UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

COLUMBUS DIVISION

| | | |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19cv03347 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Chief Judge Edmund A. Sargus, Jr. |
| | ) | Magistrate Judge Elizabeth A. Preston Deavers |
| vs. | ) | |
| | ) | |
| CARDINAL HEALTH, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND'S RESPONSE TO THE PUBLIC
PENSION FUNDS' NOTICE OF SUPPLEMENTAL AUTHORITY

The Public Pension Funds Group's' Notice of Supplemental Authority – an out-of-District and out-of-Circuit decision – adds nothing new to the arguments that have been fully briefed before this Court since November.  If the Court is interested in the parties supplementing their positions with every recent authority since November that simply bolsters previously cited cases, the 1199 Pension Fund would be happy to provide similar examples.  *See, e.g.*, *In re Cloudera, Inc. Sec. Litig.*, 2019 WL 6842021, at *6 (N.D. Cal. Dec. 16, 2019) (attached as Exhibit 1) (recent lead plaintiff decision consistent with Ohio decisions declining to allow aggregation by unaffiliated entities to attain the largest financial interest when the evidentiary showing confirms the "group was nothing more than an arrangement made by the group's lawyers"); *see also* ECF No. 19 at 4-10 (citing cases).[1]

DATED:  February 27, 2020

Respectfully submitted,

MURRAY MURPHY MOUL + BASIL LLP

**/s/ Joseph F. Murray**
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Counsel for [Proposed] Lead Plaintiff

---

[1]  To the extent the Court is inclined to consider the Public Pension Funds' submission of *Allegheny Cty. Emps.' Ret. Sys. v. Energy Transfer LP*, 2020 WL 815136 (E.D. Pa. Feb. 19, 2020) (ECF No. 20), it is unpersuasive as it diverges from Ohio decisions on this particular issue. *See* ECF No. 19 at 4-10.

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SPENCER A. BURKHOLZ
DANIELLE S. MYERS
LAURIE L. LARGENT
MICHAEL ALBERT
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
spenceb@rgrdlaw.com
dmyers@rgrdlaw.com
llargent@rgrdlaw.com
malbert@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, the foregoing was filed using the CM/ECF

system, which will automatically provide notice by electronic means to all counsel of record.

**/s/ Joseph F. Murray**
Joseph F. Murray