**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LOUISIANA SHERIFFS' PENSION & RELIEF FUND**, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**CARDINAL HEALTH, INC., GEORGE S. BARRETT, DONALD M. CASEY, JR., MICHAEL C. KAUFMANN, JORGE M. GOMEZ, and DAVID J. WILSON**,<br><br>    Defendants. | **Case No. 2:19-cv-3347**<br><br>Judge Edmund A. Sargus<br>Chief Magistrate Judge Elizabeth A. Preston Deavers |

**DECLARATION OF DAVID S. BLOOMFIELD, JR., EXHIBITS (PART II)**

# EXHIBITS 26-51

# EXHIBIT 26

Visit cardinalhealth.com for more information about Cardinal Health »

Investor Relations

**View All Press Releases**

# Cardinal Health Completes Acquisition Of Cordis

Oct 4, 2015

*ACQUIRES WORLDWIDE LEADER IN CARDIOLOGY AND ENDOVASCULAR DEVICES*

DUBLIN, Ohio, Oct. 4, 2015 /PRNewswire/ -- Cardinal Health today announced that it has completed the acquisition of Johnson & Johnson's Cordis business, a global leader in cardiology and endovascular devices, for $1.944 billion. Planning has been ongoing since the acquisition announcement in early March 2015, and the integration is off to a successful start with management teams in place worldwide.



"I'm extremely pleased to welcome our new Cordis colleagues to Cardinal Health," said George Barrett, chairman and CEO of Cardinal Health. "With an aging population and the accompanying demand for less invasive medical treatments, health systems around the world are searching for the best ways to ensure the highest quality care in the most cost-effective way."

The acquisition of Cordis will strengthen Cardinal Health's portfolio of physician preference items, which include offerings in the cardiovascular, wound management, and orthopedics areas. The company is helping customers standardize around medical devices, while offering innovative solutions in supply chain management, inventory optimization, and work flow tools and data to support the most effective management of the patient. Collectively, Cardinal Health and Cordis will now be able to offer high-quality, daily-use products; reliable, trackable inventory and logistics; and deep analytic capabilities that will result in a comprehensive offering for the entire episode of care. This multi-dimensional set of solutions will become increasingly important with emerging value-based payment models.

As previously announced, Cardinal Health expects the acquisition to be slightly dilutive to its fiscal 2016 non-GAAP diluted earnings per share (EPS) from continuing operations. The company expects fiscal 2017 accretion in non-GAAP diluted EPS of greater than $0.20 per share, inclusive of the cost of an incremental $0.07-$0.08 per share of interest expense associated with transaction financing, and for the acquisition to be increasingly accretive thereafter. The company continues to assume that synergies will exceed $100 million annually exiting fiscal 2018.

Cordis had annual sales in calendar year 2014 of approximately $780 million, split almost evenly between cardiology and endovascular products. Cordis is a global company with a growing portfolio of products and talented people serving health care systems throughout the world. While the U.S. is its largest single market, 70 percent of total sales come from outside the U.S. Cordis' international presence includes operations in China, Japan, Germany, Italy, France, the United Kingdom, and Brazil, among others.

In recognition of its strong brand equity, Cordis products will continue to be sold under the Cordis brand name, but with a logo that identifies Cordis as a Cardinal Health company.

**Integration off to a successful start**

Integration teams have been engaged since the acquisition announcement in March 2015, and the integration process is off to a successful start. David J. Wilson remains as Cordis worldwide president, and other executives are in place across all functions and regions. This includes the Cordis team based in the San Francisco Bay Area, which will remain in the current location. In addition, global headquarters and a Europe, Middle East and Africa hub have been established in Zug, Switzerland. Singapore will serve as the Asia-Pacific hub, and Puerto Rico will serve as the Latin American hub.

Approximately 3,000 employees will be joining Cardinal Health when all integration work and transitions are completed over the next few years. The organization will have operations in countries around the world.

The business will report to Don Casey, Cardinal Health's Medical segment chief executive officer, a medical device industry veteran, and a former Johnson & Johnson executive.

Casey noted that the combined skills and expertise of Cardinal Health and Cordis have created a world-class technical, clinical, and commercial talent base in cardiovascular solutions. "We are extremely excited to welcome this team, with its deep knowledge, strong customer and distributor relationships, commitment to patients, and innovative spirit, to the Cardinal Health family," said Casey.

For more information on Cordis and Cardinal Health's other cardiovascular solutions go to http://www.cardinalhealth.com/en/product-solutions/medical/cardiovascular.html.

**About Cardinal Health**
Headquartered in Dublin, Ohio, Cardinal Health, Inc. (NYSE: CAH) is a $103 billion health care services company that improves the cost-effectiveness of health care. Cardinal Health helps pharmacies, hospitals, ambulatory surgery centers, clinical laboratories and physician offices focus on patient care while reducing costs, enhancing efficiency and improving quality. Cardinal Health is an essential link in the health care supply chain, providing pharmaceuticals and medical products and services to more than 100,000 locations each day and is also the industry-leading direct-to-home medical supplies distributor. The company is a leading manufacturer of medical and surgical products, including gloves, surgical apparel and fluid management products. In addition, the company operates the nation's largest network of radiopharmacies that dispense products to aid in the early diagnosis and treatment of disease. Ranked #26 on the Fortune 500, Cardinal Health employs nearly 35,000 people worldwide. More information about the company may be found at www.cardinalhealth.com and @CardinalHealth on Twitter.

**Cautions Concerning Forward-Looking Statements**
This release contains forward-looking statements addressing Cardinal Health's acquisition of Cordis and other statements about future expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include: the ability to retain customers and employees of Cordis and to successfully integrate the Cordis into Cardinal Health's operations, and the ability to achieve the expected synergies as well as accretion in earnings. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This release reflects management's views as of October 4, 2015. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.



Photo - http://photos.prnewswire.com/prnh/20151002/273406
Logo - http://photos.prnewswire.com/prnh/20151002/273407LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/cardinal-health-completes-acquisition-of-cordis-300153418.html

SOURCE Cardinal Health

Media: Debbie Mitchell, (614) 757-6225, debbie.mitchell@cardinalhealth.com; Investors: Sally Curley, (614) 757-7115, sally.curley@cardinalhealth.com

**View All Press Releases**

# EXHIBIT 27

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Barrett George S | CARDINAL HEALTH INC [ CAH ] | X Director / 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 11/10/2015 | X Officer (give title below) / Other (specify below) Chairman and CEO |
| 7000 CARDINAL PLACE | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DUBLIN OH 43017 | | X Form filed by One Reporting Person / Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 11/10/2015 | | M[1] | | 54,658 | A | $27.29 | 460,792 | D | |
| Common Shares | 11/10/2015 | | S[1] | | 54,658 | D | $87.73[2] | 406,134 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $27.29 | 11/10/2015 | | M | | | 54,658 | [3] | 09/15/2016 | Common Shares | 54,658 | $0 | 0 | D | |

**Explanation of Responses:**

1. The exercise and sale reported on this Form 4 were effected pursuant to a 10b5-1 plan adopted by the reporting person on November 6, 2014.

2. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $87.26 to $88.05, inclusive. The reporting person undertakes to provide to Cardinal Health, Inc., any security holder of Cardinal Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in footnote 2 to this Form 4.

3. The option, representing a right to purchase a total of 644,704 shares, vested and became exercisable in three equal annual installments beginning on September 15, 2010.

**Remarks:**

| /s/ Elaine S. Natsis, Attorney-in-fact | 11/12/2015 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 28

## Cardinal Health Inc Investor and Analyst Day

DUBLIN Nov 20, 2015 (Thomson StreetEvents) -- Edited Transcript of Cardinal Health Inc corporate analyst meeting</ Thursday, November 19, 2015 at 1:30:00pm GMT

 CORPORATE PARTICIPANTS
    Sally Curley, Cardinal Health, Inc. - SVP, IR
    George Barrett, Cardinal Health, Inc. - Chairman & CEO
    Meg FitzGerald, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy
    Mike Kaufmann, Cardinal Health, Inc. - CFO
    Don Casey, Cardinal Health, Inc. - CEO - Medical Segment
    Jon Giacomin, Cardinal Health, Inc. - CEO - Pharmaceutical Segment
    Shaden Marzouk, Cardinal Health, Inc. - VP, Clinical Affairs
    William Marston, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery
    Michael Jaff, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine
    Robert Zura, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery
    Joe DePinto, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions
    Craig Cowman, Cardinal Health, Inc. - EVP. Global Sourcing
    Michael Petras, Cardinal Health, Inc. - President, Post-Acute Solutions

# PRESENTATION

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Good morning, everyone and welcome to Cardinal Health Investor & Analyst Meeting. I am Sally Curley, the Senior Vice President of Investor Relations and on behalf of the Cardinal team, we just wanted to welcome you all here today.

For those here in the room, hopefully, you've had a chance to experience our customer experience modules in the back. If you haven't, I would encourage you to do it again during the mid-morning break which you'll see come up.

We do have our business leaders on hand ready to show you the solutions we offer to our customers. You also would have seen some informations scrolling on the screen behind the full replay of the video as to how to view our slide presentation, and how to submit questions. We have two Q&A audience interactive panels coming up during the morning. The question submission is only for those attending the meeting here in the room.

As you'll see, in front of you there is an iPad. So if you have any questions, there are actually two gentleman in the back from the event app. Please raise your hand and they can help you with that. If you have it already, you can log into the event app using the registration, using the email you use to register for the meeting, along with the password cardinal2015, that's all one word, lower case c. Once you're logged in, you'll find the home page containing many different sections of the agenda, resources and presentations which will populate as we move throughout the morning.

You can submit a question by clicking the question mark on the right-hand corner at the top of the screen and then just type in your question. Again, it's a little icon, question mark icon and if you have any issue at any point in time, please just raise your hands, somebody will be to your table.

Following today's meeting, you can access the content through a link that will be sent to the email that you use to register. Because of the time constraints, if we aren't able to answer any questions or all the questions today, you can either actually find somebody, find the members of the IR team at the back during the mid-morning break or you can contact us next week and we would be more than happy to assist you. And please note that our expert physician panel which will be here during the second half of the morning, will be a moderated session only. So, now on to today's agenda.

This morning, you'll actually hear from many of our business leaders. We've structured the meeting to provide you with a perspective on the Company's position in healthcare and its future growth prospects. And we've done this from two viewpoints. From the one that's most familiar to you, which is as our finance reporting segments, medical and pharmaceutical, as well as from an enterprise viewpoint, which is how we market to our customers.

And to that end, this morning you'll see the agenda behind me is actually bifurcated. The first half will cover healthcare strategies, financial performance and outlook, followed by an audience interactive Q&A. And the second half will cover the pharmaceutical and medical segments and then we'll provide you with an enterprise perspective of how we go to market to our customers. You'll hear from renowned specialists in the areas of wound treatment, orthopedic trauma and interventional cardiology and then we'll actually finish with again an audience participation in Q&A.

I also need to remind you that we're going to be making forward-looking statements this morning. Our actual results could differ materially from those projected here today. For information about factors that could cause actual results to differ from today's projections, please refer to our SEC filings, which you can find on the Investor page of our website at cardinalhealth.com.

And finally, before I turn the meeting over to George, we will be starting with a polling question. So, if you can please take out your phone and text 22333 and again that's only for those in the audience, you take out your phone and text 22333 and then you need in response to text cardinal2015, all one word, lower case c, and you'll be joined to our investor polling. So, I'll just give you a minute to do that.

And without further ado, I'd like to turn the meeting over to George Barrett, our Chairman and CEO. George?

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Thanks, Sally. Good morning, everyone. Good to see everybody. I actually have an easy job today which is to largely introduce you to a lot of [Company folks], but first, let me welcome you to our 2015 Analyst & Investor Day.

And we're going to start, if we could, with a question that I'm going to ask you. Also let me welcome those of you who are not actually here in person. For those of you in person, we thought we might start with a question and that's why we've asked you to take out your phones, and then of course, I know because this will be (inaudible). So, here is what I'd like you to do. If you could in one word answer the following question.

What is the biggest healthcare trend which we'll face in the next five years? So most important trend shaping the healthcare industry in 2020, five years out. So for those of you have not seen this app sort of fun, which is that as you type in, if a word is repeated in large on the screen and we'll start to see a picture shaping as you type. We'll just give it a minute here.

Okay, we're about stable. So, obviously, cost is highlighted here, value pricing, aging, consumer. So if you take a look, reimbursement consolidation, I suspect that pretty much we're pretty well aligned here on what are important trends. Meg obviously, when she comes in, she is going to do this in some detail, but I think during the course of the day, you're going to hear this woven through our discussion, probably every large bolded item on the screen will be covered.

So we really are and part of what we're seeing reflected on the screen, we really are a system in transition. And in a system where priorities are going to be placed on system coordination, integration, the alignment of systems, cost effectiveness, you mentioned cost, patient outcomes, or value depending on how you describe that and what we like to refer to as right care, right setting, right sequence which is incredibly important.

And if you think about the history of healthcare, that notion of right care, right setting, right sequence has not really been the history of healthcare in the US, and I think we're moving in that direction. Given those characteristics, we really feel like we're in prime position to help change healthcare, and so let me move forward.

Over these past, I'm going to say, my tenure now is seven years. I'm just going to use that time period. If you think back for us as a team over these past seven years, we've really committed ourselves to a couple of things. High financial and operational performance and I don't want to diminish the notion of operational performance. We are in a business that is incredibly sensitive to the details of execution. Disciplined capital deployment, attracting, retaining developing top talent and thoughtful portfolio and customer balance. This has been extremely important for us and we've talked about this really over the last years.

I think all of this in many ways, those characteristics have allowed us to absorb what I'm going to describe as the occasional disturbances in any particular part of healthcare and I do think we're in a system in which there will be those disturbances. They're going to happen in various lines of businesses. Some have happened, some are still happening. This is sort of part of the nature of, I think, the world we're in.

So, let me just take us back and maybe this is just a reflection on absorbing those. It's less than three years ago that we through what I would describe as some relatively early to mid-stages of this industry realignment, [we've absorbed] the loss of nearly $30 billion of sales. Those were not easy calls. Nearly $30 billion of sales. Today, our earnings are at all time highs. This year as we forecast our 2016, our revenues will hit an all time high. We're generating more cash, we're turning more value to shareholders. So it's really I think for us an import lesson as an organization to think about how do you navigate through these, and I think to some extent, we weren't blindsided those events.

As I said, they're not happy to have to go through those moments, but I think our organization was very disciplined both in terms of executing on its business of the day and on thinking about how do we navigate through that. So, given the context of that, and by the way, I would add this, we are off to a good start to the year, a good start to 2016. I get asked often by you guys, what are the things that keep you up at night? It's a classic question you ask or what are the big challenges of leading a healthier company today? And I just wanted to take a minute or two to talk about that.

It really is, I've been doing this now for 30 plus years. I'm not sure there's ever been a more exciting time to lead a company in healthcare, very much because of the dynamics around us are really dramatic and they're really exciting and they are inspiring in some ways and they require us to face challenges. And one of those is sort of navigating when I think of is the natural tensions that organizations feel. And I want to describe those to you and just sort of highlight something that I share with our organization all the time.

People say, look, is this about short-term or long-term, right. Are we creating value now or in the long term? which is it? Is it about global scale and size or is about customer intimacy and sort of customization to that customer? Is it about the system we have today, sort of fee-for-service model that's going to change us or is it about a system of the future, pay-for-value or pay-for-performance or pay-for-outcomes? And what I like to tell our organization and tell you is, it is both.

It's not really optional to say we are simply going to worry about today head to the ground focused on the execution of the moment and ignore what we think are powerful forces going forward, nor is it acceptable for us to say we are completely clear in our minds as to what's going to happen in the future. We're going to place all our bets, all of our attention on that future and we're going to get over our skews and in the day-to-day basis, we're not going to be competing and paying attention to the details of our operating business the way we need to.

And so, in some ways, the great challenges reminding you and us that you actually have to do both, and I give our organization a lot of credit for being able to do that. To really be aware of the fact that we are in an environment in which we have to do both. And our group is really attentive to the day-to-day details of today's business and at the same time started to think carefully about what that to replace and how do we position ourselves for some things and some of these forces that you described are going and I'll just sort of give examples.

I think our operating businesses, our service levels, our management of costs, our attention of things like generics and medical surgical supply systems, we are as effective as we've ever been in those areas. And at the same time, we're defining a physician preference strategy. We are developing and building some capabilities through the acquisition of a company called naviHealth, which we announced recently.

We are innovating in at our own Innovation Center called Fuse. Some of you may have seen this week and I think it was in The Times, a big article about IBM and talking about their internal innovation system. We've been at this now for four years probably inside our own system, now not at the same scale as IBM, but a similar concept, which is how do you build innovation in a system that is a relatively large one.

Again another dilemma, how do you stay agile, fast, flexible, adaptable and do so in a larger organization. And these are the things that we talk about all the time in our organization. And my hope is that you see in us a company that can navigate those what I will call natural tensions.

So over the course of the day, I'm confident that we will demonstrate a few things to you. One, that we'll continue our track record of high performance, we're deeply committed to it, you'll hear throughout the conversation. Two, we are a robust company, a balanced company and as we like to say we could sort of take a punch, because as I said, I do believe that every part of health care is going to have its disturbances, it may just be a line of business, but you have to be able to navigate through that.

Three, we are really deeply immersed in the details of our business. And we're deeply knowledgeable about healthcare on a global basis. And I don't think today you can effectively compete and position for tomorrow without really a deep knowledge of the system around you and hopefully, you'll hear that from us during the course of the day.

Four, we're on the right side of healthcare trends. We like to use this expression on right side of the Angels, which may be a little bit hooky expression, but it really is about being on the right side where care is going, recognizing that we're still in transition. We're very much an industry that is in two places. And I think as you listen to our people, hopefully you'll walk away saying this organization has a talent to do it. This has the depth and the talent to make these things happen.

So we are going to start the day with Meg Fitzgerald, many of you know Mag from her time running our specialty business. Before I bring Mag up on stage, I just want to very quickly acknowledge our Board of Directors. It is a talented, diverse group with experiences both outside of healthcare and inside of healthcare. This is a group that has really been challenging but supportive.

We've got two of our Board members here today, Greg Kenny and David Anderson. We appreciate they are joining us, and I guess from your standpoint, deeply committed to really best practices and governance. But I'm thrilled to be connected to them.

So with that and I also want to make, I'm going to introduce you to our talent, but also we're going to have some guests with us today, who are just really fantastic advisers and challenge us at Cardinal Health on some of the strategies we've got, so you get a chance to hear from them as well. I hope you'll get a chance to enjoy the exhibits out there about this morning and then we'll have a break and we'll do it again.

So, I'm going to let Meg come on out now. Meg FitzGerald, come join me.

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

Thank you. Good morning. I'm going to start with a question not that I'm going to have you poll it, but think about your most memorable exposure or first experience with the US healthcare system, maybe it was the chicken pox, pitches on your chin, the birth of a sibling or the aggravation of spending the entire night in an emergency room. Sometimes to understand the future and trends, it's important to look through the lens of the patient.

So, this is Kathleen, she was my first patient, 89 years of age, in this photo. She lived alone as most women do, they still do; women in their 80s are often on their own. Her hands were so crippled, she could no longer do what she loved the most and that was the Sunday New York Times crossword puzzle, which now today we know is good for her mind and there's actually an app and a technology company dedicated to it.

I was 15, I was in high school and I'd go to her house three nights a week after track practice. I was part of her care team and like many, she eventually had a liquidator savings to go into a nursing home. Today 50% to 60% of people that go into nursing home die there within the first two years and she was one of them.

So if you're wondering who the little chubby baby is, that's actually me. So that was my [old ma or my grandma] and I think as we amuse about the future here today and talk about Cardinals role in it, it's important to note how far we've come, but yet how much further we have to go.

At the time, I could have never imagined there would be specialty medicines for her Alzheimer's or her arthritis and today she would have Cardinal at home to look after her, she would have one of our hubs to take care for medications and she would certainly have some Cardinal products to look after her feet and her body.

I know many of you have similar stories, but it's our collective experience with the US healthcare system then enables us to predict where the trends are going and how we're going to respond to them. Cardinal Health is helping to shape this new world. The simple truth is that we're experiencing the most dynamic and fast paced period in the history of healthcare. While this presents challenges for all stakeholders, we here at Cardinal Health see this as opportunity, opportunity to improve cost, quality and efficiency.

So it's no secret, because you report on all this. We're seeing an unprecedented demographic shift aided by innovations that have allowed the world's population to live longer. In fact, in the US, the life expectancy of an American has increased 10 years since the signing of Medicare. The world's best minds, innovators, scientists and business people are continuing to push the boundaries of medical innovation. Together, we're uncovering new treatments that prevent, fight and increasingly cure disease.

While advancements from pharmaceutical to medical are exciting and enable people to live longer, they are also increasing demand and this has its own economics by product as we saw from the first slide when you all highlighted cost as an issue. As demand increases, it will be necessary that the system find ways to prevent the spending from increasing.

Despite healthcare inflation hitting a six decade low this month, many economists believe that spending 20% on GDP, on healthcare is not a sustainable model. This dynamic has been catalyzing some profound changes in healthcare, including efforts to increase access, changes in site of care and the biggest change is how healthcare is financed. For many of you, it's been an intense period of M&A.

Our leadership team has been relentless in understanding these dynamics and while it's enormously difficult to predict the pace of change, certain forces here are just hard to ignore. We've been shaping our strategic priorities to be on the right side of healthcare. This slide captures a number of the trends that we see as an organization. Patients as consumers, the government no longer as regulator, but as the largest player, all the way to the surge in mobile connectivity.

I'm going to devote most of my time to four trends that have the most direct impact on the Cardinal business; increasing global demand, the power of two pharmaceutical models, both specialty and generics, the shift of care moving to more efficient setting and the advent of value based care. Demographics are inescapable and there is a huge surge in the demand for healthcare. It's obvious the world's population is aging. So what is striking with this trend is the pace and this pace is around the world.

In the US, for example, the elderly population is growing twice as fast as the younger population and for most nations, regardless of their geographic location or developmental stage, the 80-year old plus group is the fastest growing group and financing the

super aged is a growing concern. The number of workers per retiree is not just the US challenge and our aging population wants to be active. They want new knees, new hips.

Meanwhile, more people are living longer with chronic disease, consuming 86% of the US healthcare spend. The top 10 causes of death in the US are chronic disease. The two top chronic diseases are heart disease and cancer, both are focus points for Cardinal Health and together they account for 48% of all death. The size of our aging and increasingly sick population will stretch our system beyond anything we know today and drive utilization even higher.

And it's interesting to note, all healthcare business models are evolving to $10 billion a pill. I was in big pharma during the era of primary care drug launches. Blockbuster drugs took the industry by storm and transformed our ability to manage chronic disease, particularly arthritis and cardiovascular. The industry was amazed. We could reach so many primary care physicians and hit $10 billion in sales, powered by 13,000 sales representatives.

Today, companies are thinking very differently about accessing patient populations through data, genomics and services, where 13,000 today could actually represent the size of a population that will respond to a specialty medicine, not a field force, think about that for a moment.

The striking change I just described on the prior slide highlights the dual trend that we see in pharmaceuticals. On one hand, we have high volume generics that make up 88% of the volume, but important to note that they drove $254 billion of savings in 2014. In fact, they're expected over a 10-year period to drive $1.7 trillion in savings, and on the other hand, we have innovative specialty medicines. These account for 33% of the value today but will climb to 50% of the value by 2018.

Advances in biopharma combined with big data are pushing the boundaries of precision medicine. For example, the five-year survival rate for all cancers are up 39%. We're making it a chronic disease. Despite the growth in specialty medicines, it's important to note that overall drugs spent is 10% of our healthcare spent. It's been that way since 1960.

Pharmaceutical care remains the most effective care and a powerful tool to manage disease. We are strategically positioned at Cardinal, with our generic capabilities and our leading asset with Red Oak and our specialty division which continues its robust growth and its new frontiers in new therapeutic areas. This leads to another trend, care shifting.

In the 1950s, healthcare was mostly delivered inside the home. Over the last few decades, care moved to the hospital. Today with the call to deliver care more efficiently and cost effectively we're seeing care shift to alternative sites including the home. This realignment of where care is delivered requires two things; a mix of human-to-human touch and technology while at the same time allowing all practitioners to perform to the top of their license.

We are increasingly providing solutions along this continuum of high quality care. However, supporting the entire continuum requires a myopic focus on coordination, a more distributed system, multiple sites of care require multiple tools to connect the dots. Cardinal Health strive to connect these dots. Cardinal goes from hospital to surgery, post discharge, retail and back home.

We've added capabilities such as the services and medical products of Cardinal At Home, we dedicated a division to it; Medication Therapy Management for medication compliance through our product line outcomes MTM as well as naviHealth, a new acquisition we made in the discharge space to get patients to the right care. These capabilities, allow us to follow patients along their journey with the same value and quality that we have long provided in acute care setting.

On this slide, can you spot all the Cardinal products. If we add services, there is actually five. Inescapable demographics, population health challenges, increased utilization, the call for effective solutions, all of these forces put a focus on the last trend I'll cover today, value based care.

A system based strictly on fee for service, which is very much still here today, will continue to be challenged in search of one that is more quality and outcomes centered. Various forms of performance based care had been around for a long time, including Europe and here in the United States with dialysis and even child birth, but today alternative payment models are going to be increasingly prevalent as healthcare systems search to manage pressure for cost containment.

By 2018, 60% of payers and providers believe their payments will come from various value based care initiatives. The dynamic is creating new relationships between payers and providers and blurring the two lines. Providers are taking risk and payers are delivering care. And this is unfolding for both the government and private side.

[BMS] won 50% of its Medicare payments to be based on alternative models by 2018 and this week announced its final plans for bundled payments in the hip and knee space. On April 1, 2016, this new bundled payment in hips and knees will start in 67 MSAs and just last month, the government put a focus on discharge planning requirements in post-acute care.

And on the private side, two large payers followed suit. One said they tie $65 billion in payments to value based models by 2018 and another already has $145 billion, a third of its medical claims dedicated to value based care. So to bring this to life and put it in perspective, here is an example of value based care in action, within a therapeutic area, an IDN space we know very well.

When the physicians and nurses on the cardiology team at Tufts Medical Center noticed a 40% increase in cost per case for congestive heart failure due to longer length of stay and medication use, they created a plan to address costs, while maintaining high-quality of care.

Their solution is very familiar to us at Cardinal Health, protocols, pathways, standardization, focus on medication and discharge, not to mention a focus on the patient. Their economic results are compelling but it's their ability to do this while exceeding survival rates above the national average that is remarkable.

The policy called to action from this work is for all hospitals to perform like the top 50 in this space. So the coming five years will see everyone in healthcare strive to balance utilization with the realities of cost containment and then the special few will be able to attain higher levels of quality.

At Cardinal Health, while we don't touch every aspect of CHF, we can help hospitals connect the dots, the use of predicted analytics and our services run across this entire case study. We anticipated some of these trends and had an appreciation for which therapeutic areas might be obvious points like cardiovascular.

So, in closing, specifically, if anyone is going to deliver value in a new system, three things have to be done around quality, cost and efficiency; one, tackling chronic disease through the lens of an ageing patient by delivering the right care, the right time and the right setting; two, improve care and manage costs with both products and services that standardize meaningful and

measurable outcomes; and finally, implement new models and partnerships to experience and share the risk across the continuum.

So this next era of healthcare won't be easy. It will require systemic knowledge, reach and capability and that's why Cardinal Health is so well positioned for the future. We are where people need us most. It's now my pleasure to introduce our CFO, Mike Kaufmann.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Thanks, Meg. Hello, everyone. I'm really excited to be here and I want to really thank Meg for her portion of the talk. I want to just think back to what they were just talking about, and I want to emphasize the Cardinal is at the right place in the right time, right now with where we are today in healthcare.

So let me start out with a little bit around what are we going to talk about today. So I'm going to first talk about our five key strategic priorities. Then I'm going to review our historical performance and then I'm going to finish how we are positioned for long-term sustainable growth.

So, as I step back first and look at the four key strategic priorities the Meg talked about earlier, I believe our business is and the strategic priorities that we have are really well aligned with these trends. And the other thing I really like is that they are on the right side of healthcare. As George said, we feel like we're on the side of the angels.

So, let me briefly go through our strategic priorities. As you've seen in the past, we are focusing our strategic priorities that are aligned with both organic and inorganic growth opportunities. Our five key strategic priorities are generics, specialty and biopharma, alternate sites of care, health systems and hospital solutions and finally international. Let me briefly cover them as both Jon Giacomin and Don Casey are going to go into more detail how each one of these affect their own individual segments.

Generics are extremely important to the overall healthcare system. For us to be successful we needed to earn new customers and we need to expand and enhance our relationships with our current customers. Our success with growing our customer base as well as our long and excellent relationship with CVS Health allowed us to form Red Oak, which is based on our analysis, is not only the largest generic buying entity in the United States, but also the largest globally.

In addition to our focus on customers and our successful execution at Red Oak, we have created a market leadership position in data and analytics that we believe we are leveraging to our strategic advantage.

Specialty drugs; specialty drugs are critical to consumers, providers and to bio-pharma. Our focus on both the upstream customers as well as the downstream customers over the last four years has allowed us to grow this business from about $1 billion in sales four years ago to what we expect will be $8 billion in sales for FY16. Some of this growth has been through acquisitions, but the vast majority of this growth has been because of our relentless focus on the customers.

Both bio-pharma and physicians were looking for a new player; someone that could bring creative and valuable solutions to them and we have built that need for them. And we've not only filled it in oncology, but we've been able to fill that need in nephrology, rheumatology and urology.

Cardinal Health has had a very, very strong history and a leader in surgery centers, nursing home providers and other alternate sites of care. However, we recognized two things. First of all, care was shifting to the home and we really felt that we need to establish a leadership position in the home and we did that with our acquisition, a few years ago, of AssuraMed.

Second, we knew we were sub-scale in office-based physician offices. So we entered into our creative partnership with Henry Schein. Both moves have created exciting growth opportunities for us. Also, with the recent acquisition of naviHealth, we have a comprehensive set of solutions that now we can bring not only the right care at the right time in the right place, we bring the right products. We wrap it all together.

We're also making solid progress on selling a comprehensive portfolio of products and services that connects through our world-class medical and pharmaceutical distribution networks. We have build an industry-leading portfolio of Cardinal Health branded products from our significantly expanded consumables line to all of the physician preference items that we have been able to both acquire and develop internally.

We then roll all of this together and we can go to market as one Company, no one else can do it like we can. We also knew that expanding outside of the United States in certain markets would help us continue to drive growth. This global reach will also help us be successful in our Cardinal Health branded product strategy. We will leverage our 1,200 quality, global, regulatory, supply chain folks that we have as well as our 10,000 manufacturing employees and our decades of experience to be successful here.

In terms of commercial operations, we're the largest provider of medical surgical products in Canada. We have grown significantly in China. We serve hundreds of cities with the number one foreign-owned distributor in China and we've now grown to be number eight overall in China. And with Cordis, we're now going to have a presence in over 70 countries and this is something that we will leverage going forward.

So now let's talk about historical performance, had the focus on these strategic priorities that I just reviewed actually paid off? Let me make a few comparisons. First, if you look at the market performance since the time of our spin-off, you can see it here. Now, here is how the healthcare sector performed during that same time period.

And now, if you see how Cardinal Health stock performed, more than twice the market and significantly more than the healthcare sector. And finally, if you assume that you have reinvested our dividends, this would result in a cumulative TSR of 282% during this time period, which is in the top one-third of the S&P 500.

Now, if you want to look at a shorter period of time, let's say, since the beginning of Fiscal 2013; roughly three years. We also show outstanding performance relative to the competitors. Now, let me just step back and let's look at it from a different angle. George mentioned earlier that we saw some significant industry realignment back in 2013 and 2014. We shared in excess of 25% of our sales in that time period. But we were prepared to seize new opportunities and we knew what we had to do.

We focused our people on the right things. We adjusted our cost aggressively, we transformed our customer mix, and then even just as important or more importantly, we took our expertise and our significant cash flow and we invested in things like Red Oak Sourcing as well as the acquisitions of AssuraMed, Cordis, Harvard and others. So despite a 25% swing in our revenues, we were still able to grow our non-GAAP earnings per share every single year during this time period.

George said it well, we can take a punch and then we can come back stronger than ever. Another way to evaluate our performance is to just simply see if we do what we say we're going to do. In December 2010, our first Investor Day after our spin-off, we said we would grow non-GAAP EPS earnings by at least 10%. At the end of FY15, we delivered a five-year CAGR of 14.4%.

We said we would deliver a modified TSR of at least 11%, we delivered 16%. We said we would expand and grow gross margins. We expanded them 152 basis points. We said non-GAAP operating margin would expand, it expanded by 81 basis points. And finally, we said we would increase our dividend payout ratio, it has increased by more than 3 percentage points to over 31%. The bottom line is that we more than delivered what we said we would do.

The last area I want to talk about is capital deployment. We strive to have a balanced capital approach. First, we are focused on investing in our business to sustain growth. Then, we look to maintain our differentiated dividend. In addition, we're going to look for strategic acquisitions that create future growth and we're always going to keep open the option to opportunistically repurchase shares. Our commitment has been and will be to be excellent stewards of capital.

Now let me talk a little bit more detail about two of these; acquisitions and dividends. During fiscal 2011 through fiscal 2015, we spent $5.7 billion on acquisitions. Now if you add in Harvard and Cordis, the number is roughly $9 billion. But any company can grow through acquiring assets. What I like is that we had the discipline to buy the assets that we knew fit strategically within our five strategic priorities and ones that we could take advantage of with our talent and technology to deliver results.

All of these fits squarely into our strategic initiatives that I have been discussing and I also would tell you that all of them are making important contributions today, but also are growth engines for tomorrow. I'd also like to -- we have returned cash to shareholders through our differentiated dividend. Our dividend per share has increased at a compound annual growth rate of 15%.

In summary, our historical performance has been strong. Our stock has performed in the top one-third of the market. We can face adversity and we can still grow and we have been thoughtful about our capital deployment.

Now that I've reviewed our strategic priorities and our achievements, let me finish up with talking about how we plan to sustain our growth. As I review our drivers of strong growth, you'll know many of these have been driven by organic initiatives. First, at the time of the spin-off, we really committed ourselves to a relentless focus on the customers and our efficiency. We listen to our customers and we connect with them. The next thing we did, we expanded into China and we have grown double digits every year since we entered China.

In generics, we first change the way we approach the suppliers very successfully and then we reinvented ourselves again in FY14 with the formation of Red Oak Sourcing. In FY13, we acquired AssuraMed and became the leader in delivery of medical supplies to the home. And while we've had a long history of Cardinal Health branded products, in FY14 we put a large effort around expending aggressively our consumables portfolio and we continue to acquire differentiated physician preference items.

In Specialty, through organic growth, we reached scale and then we expanded further with our acquisition of Metro Medical. Finally in the post-acute settings, we expanded our capabilities with the recent acquisition of naviHealth. All of these drivers are integrated into our business and will contribute to our momentum going forward. Since Jon Giacomin will be covering pharma in more detail, I just want to briefly cover what I see as the key profit drivers for pharma going forward.

First, we're going to continue to have a relentless focus on the customers. Second of all, generics have been and will continue to be a focus for us. There are many levers that we can pull on generics and we'll continue to be good at all those. While we have grown significantly, we will continue to ramp up specialty and we're also going to make sure we deliver on all of our acquisitions.

And finally, besides acquisitions, we're going to continue to develop internal initiatives. George mentioned one of them, Fuse. We're going to continue to leverage our innovation center at Fuse and we're going to continue to leverage our long history of excellence and operational excellence to make sure that we're efficient.

Looking ahead to medical, you're going to hear Don Casey talk about medical in a little bit. But I would emphasize, medical was just as focused as pharma on the customer, relentlessly focused on the customer and because of that, that's why we've developed enterprise wide sales teams to work with the customers because that's what they're asking for. We are committed to growing our Cardinal Health branded products through expansion and penetration of our current accounts.

In post-acute, we're going to continue to leverage our Cardinal Health brand products to the home as well as customer pain points in the post-acute settings. And finally, we're going to make sure that we look for efficiencies. We're going to focus on deep expertise in global sourcing, manufacturing, operational excellence to constantly and continuously improve our businesses.

Next, I want to remind you about the aspirational targets that we set in our 2013 Investor Day. Our commitment to hit these aspirational targets has not changed. But we are always going to be grounded, grounded in what's right for the long-term health of our shareholders and our customers. There are many times when we will make positive business decisions for the business that may affect some of these targets. Let me give you a little bit of color on some of the things that may impact our path to these aspirational targets, specifically I'm going to focus on margin rates.

First, our strong historical performance, our aligned strategic priorities and our robust cash flow, we believe that we will be able to continue to have long-term goal over any multiple year time period of a 10% to 15% non-GAAP EPS growth and we also will continue to target a 30% to 35% annual dividend payout ratio. Now as it relates to rates in the pharma business, there are drivers that are very positive to our bottom line that may have various impacts on our margin rates. For example, our periodic [leads] renew customer contracts and partner with pharma manufacturers to launch new branded drugs like Sovaldi.

When we do these, they will typically be dilutive to margin rates. The addition of new customers will always be beneficial to the growth of Cardinal Health, but certain customers may change our mix and may cause us to have a dilution to our margin rates. Acquisitions could go either way on the pharma side. It could be accretive to rates or dilutive to rates. And things like expanding our generics program and selling more services will almost always be positive to the rates in Pharma.

On the medical side. While positive over the long term, periodic contract renewals and the continued growth of national brands will probably be margin dilutive to the medical segment. Customer mix and acquisitions, while they could go either way, I would tell you, in medical, they would tend to be more positive to margin rates. And finally, the more Cardinal Health brand products that we sell and Cardinal Health services that we sell, those are typically always going to be accretive to margin rates in the medical segment.

Supporting all of this will be our strong and flexible capital base. We continue to expect to have strong cash generation and we plan to maintain a healthy balance sheet. All of this will create financial flexibility for us. We are going to be able to pursue our

strategic initiatives and deliver strong performance. So what do I really like about Cardinal Health? First, I think we have set the table really well for the future. We have strong growing businesses.

We are a leader in medical and pharmaceutical distribution. We are also a global manufacturer and sourcer. We're a leader in the home. We have a scaled specialty offering and all of these businesses are aligned with our strategic priorities. We know how to create great partnerships as evidenced by our partnership with Henry Schein and with CVS Health. Between FY11 and FY15, we returned $4.7 billion to shareholders and we've invested $7 billion in long-term sustainable growth of our business.

Finally for me, what stands out the most is that in my 25 years now with Cardinal Health, this is absolutely one of the strongest teams I have ever worked with. We are all deeply committed to delivering outstanding results. So with that, I'm going to ask George and Meg and Sally to come up and Sally is here and we're going to open it up for some Q&A.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Just as a reminder, I did see some of you have already submitted questions, which is wonderful. Just as a reminder, on your iPads in front of you, just go ahead and click the icon that says questions. They will scroll through and we will try to get through as many of these questions as we possibly can on the time frame that we have. If we don't, for some reason, if we are unable to answer your questions in the time frame, then just please find one of us during mid-morning break which will follow the session for the next half hour. So, welcome everyone.

Meg, I am actually going to start with you. Because we have a two part question here on value-based care. So, I'm going to give you part one first. So part one is value based care, will Cardinal be taking risk?

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

So, I think the most important thing is probably just define this idea of value-based care, which is really population health management and risk is a component. So I think there is a small part of getting this done that requires people to take risk, but at the end of the day, it's quality over cost over time and I think that's why we feel like we're in a good position to help, because you're going to need tools along the continuum to follow these patients from a population health perspective.

They're going to have to predict risk in the population. They're going to need services and tools to lower cost and be more efficient. And I think we both believe and George would chime in, they'll be some shift to risk, we do some of it today. naviHealth is a convener, does some risk, but I think we feel like there is a big job to help people and enable them to take risk and a lot of our partners are on the front line of having to take risk and we're in a good spot to help them.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Maybe I'll add to that. I do think there are two components to think about how we participate in risk. One is directly taking risk on any line of business and the other is to enable one of these players who is going to be taking risk to reduce their cost or improve their quality or improve predictability. So I think we already in various parts of business, do some risk models and there are places today where partners of ours are absorbing risk and if we can help them manage an environment where they're absorbing risk that they might not have had historically, then we're really a preferred partner.

So, it has sort of these two dimensions, one is the direct and one is the indirect aspect of risk management.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

I think you probably preemptively answered the second part of the question. So we'll move on, so a question I'll pass that to actually all three of you, have your recent moves with Harvard and Cordis changed your outlook on capital deployment?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

No, I don't think it's changed our outlook on capital deployment at all. I think it's going to continue to be the same. As I've said, we're always going to focus on investing in the business for a long-term sustainable growth and again live up to our commitment on our dividends, but we have plenty of flexibility in our balance sheet that if we wanted to do another large move, we can do that now. If we felt, we had the right one, have the right strategic fit, right culture, would not be afraid if we need to take on some more debt. Not currently our plan, but for the right move and the right strategic fit we're absolutely have the financial flexibility to do more.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

I'll just add, those are actually two very interesting examples, because they're really very different kinds of acquisitions, if you think about my description of the shorter-term and the long-term. We felt very confident that Harvard was sort of a natural lay into an existing business model that we have just really honed.

Cordis was the expansion of a capability that we have been building with a prospective towards some shifting dynamics in the environment. So they are actually very good examples of our approach, but I am with Mike, we have not changed our thinking at all around deployment and we'll continue to be very opportunistic as we see opportunities [to create], but I would say it is sort of enduring growth, that's what we're looking for sustained enduring growth that fits with our business model.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Okay, great. We've got a question I'm going ask Meg to start and then maybe George if you can chime in. You talked at lengths regarding cost pressures on healthcare. Can you discuss examples of how you've overcome tension when introducing new and disruptive strategies to tackle costs?

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

So the first example, I think, that comes to mind is probably some of the work that we've done in oncology, where a lot of the new drugs have forced the need to introduce services and have a relationship between oncologists and payers. So if you tried to do this 10 years ago, it probably would have been very difficult if you didn't have both the payers on board to work with physicians to actually meet in the middle and do the best for the patient and so I think we've run into in the beginning that was sea change, but now given where healthcare is gone, it's amazing to look back five years and now see that most of the specialists in the United States want to work with payers to be in a better spot to take care of patients.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Maybe another example that's very concrete, if you think about historically the typical hospital and the way they might procure products, even consumables used throughout the hospital or throughout the surgical suite, there was a lot of latitude inside the hospitals for those decisions to be made in the departments.

And we talk about this. If you think about most industries and some of you've covered others, a few of our Board members have come from other industries, we find that you standardize certain things and customize certain things. Historically in healthcare, we've actually had it almost inverted. So what we've done in many cases in the US is we've customized things that should be standardized.

Standardization brings higher quality and lower cost and in some ways we've standardizing things that should be customized and the examples would be our consumables product. So when the hospital has, throughout its system duplication of products and supplies, not only is it inefficient, it probably actually impairs the quality. The routines of standardization are beneficial and we know this from the industrial world.

But if you think what's happening with drugs, it's actually the opposite and Meg highlighted, instead of developing drugs for a giant population where you have a limited number of responders that was sort of standardized, but actually we're able to more customized drugs for populations that are going to be responders.

So actually I think one of the changes that is going to happen in healthcare is actually something that's happened in other industries, which will get the standardization/customization equation right and so part of what we're doing in a lot of our work is to say, guys we can help you improve outcomes, lower-cost, better quality if you standardize around these consumables and so that's just another very basic example.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Mike, this one's for you and it's sort of a two-part question. So the first part is, your guidance implies a pretty weak EPS growth rate for fiscal 2017 why would that be? And then the second part was, you mentioned a multi-year timeframe when you were talking about the aspirational goals for 2015. So what's -- define multi-year?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I'm sorry Sally, I didn't hear the first piece --

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

The first piece was, your guidance implies a pretty weak EPS growth rate for fiscal 2017 why would that be? And then the second piece was defined multi-year, basically you mentioned multi-year.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Okay, I'll just answer the second one first. First of all, multi-year would be roughly three years. So on any three-year period, we would expect 10% to 15% EPS growth and so I guess I don't define 10% to 15% EPS growth is weak. So that's probably why the question surprised me a little bit, (inaudible), but compared to maybe where we're looking at this year with our EPS growth, maybe folks will look at it that way, but I think that continuing to grow at our size and continuing to deliver a 10% to 15% EPS growth will continue to put us in, at least the top half, if not the top-third of all companies. I mean you got to combine to that our commitment to the dividend too that we continue to have a commitment to the 30%, 35% payout, so we [couldn't find] them as weak.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

And then this one is kind of a land grab. So there is a couple of questions about the medical segment margin. So I'm just going to summarize a few of them, which is essentially give us the growth drivers again to get to the fiscal 2017 aspirational goals that you laid out from a margin perspective, both on the pharma side, but particularly on the medical side.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

So let me start, so let's go through sort of visually the slide that Mike had up there with sort of puts and takes on margin rate. We'll start with medical and I think we'll probably come back just a little bit when we're talking about -- when Don and Jon are talking, but medical rates are really being influenced as much as anything by mix, both of customer and of product and so what we are largely saying, if you look at our drivers of growth and I think Don is going be talking about them, they are largely margin accretive, particularly as it relates to the product side.

Now we've talked about historically what's been happening in the traditional branded Med Surge side, those have been coming down and we have sort of been layering in a new set of growth drivers and I think Don may actually could give you a little bit of a visual on this as we go. So, in some ways we'll answer this probably more fully later. But we see really good signs that product strategy and the service strategy is breeding accretion to margin rates.

Now again, during the course of this fiscal year, remember that the inventory write-up on the Cordis line is going to temporarily mask that, but coming out of that I think you're going to see some stop. On the pharma side, as Mike said, virtually everything we're doing is creating value, margin rates however -- margin rates can be influenced by mix. So for example, another generation of new specialty products comes out and they're $10 billion let's call it, as an industry and those tend to be lower margin rate launches, they're very specialized drugs, that will be dilutive to our margin rate.

It will be good for us and good for you. If we pick up a new piece of business as we have in some segments that have typically lower margin rates that is healthy to our product mix, our product portfolio and our overall margin and the contribution to our shareholders that could be dilutive to rates and that's why we said there is always this mix, something like an acquisition of Harvard is accretive to our margin rates.

So you just have to think of this as these moving parts. What we'll not waver is our attention to cost and efficiency and operational excellence and the way we drive our business. We're incredibly attentive. Our monthly meetings, our operating meetings on a monthly basis are all about the components inside the business that improve efficiency and we'll see a little more of this.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

The only thing I would add to that is I want to really emphasize that we are completely focused on delivering that 10% to 15% EPS growth. That is going to be really important to us as well as the 30% to 35% payout ratio. On the margin rates, as George said, these are aspirational. We absolutely want to hit these. We're not going to make bad decisions over the long-term just to hit margin rates. If we're winning a new customer, like a large [mail order] customer we recently won, is a little bit margin dilutive. For launching a branded product, it's going to be margin dilutive. We're not going to not do those because we want to worry about missing those margin rates. We're going to focus on doing the right things over the long-term for our business.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Meg, this one is for you. Why are you so confident that drug costs won't be under pressure? While only 10% of total cost today, it had been as low as 5% and have aggressively reversed course, this is during a period where devices have been halved.

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

Yes, fair enough. So I wasn't overly confident on this being an issue because it's obviously an issue every day. But what I think is interesting is that dynamic to adapt and how pharma has adapted its model and just recently, last week, there a drug in the cardiovascular space that struck a deal on a -- what would be perceived to be a pay for performance. They put their rebates at risk in the cardiovascular space.

So I think as we get better at precision medicine and we drive towards a cure, I think we're seeing a world where maybe there is some resistance to pay for incremental innovation, but if there is real innovation and you're moving towards increasing survival or cure or you know the target population, there is a willingness for payers to reimburse that and where there is a challenge to reimburse it, I think you're seeing pharma move to be more agile and think differently about their models as well. So I'm sure I'm incredibly bullish that there is not going to be pressure, but I think pound-for-pound pharmaceutical care is still incredibly valued in the big scheme of healthcare spectrum.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

I think Meg touched on an important point I think for all of us. It's not just in pharmaceutical, it's in our medical spend throughout the system which is I think this system will pay for real value but incrementalism is going to be hard. I think so getting that premium that once existed on incremental change is probably going to come under pressure, you're going to really have to create true value and measurable to get the kind of value and I think that's going to be across healthcare. It's not just pharmaceutical products, it's medical services and procedures. I think there is going to be real attention to incrementalism versus real innovation.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

This one is for Mike. Mike, what is your long-term leverage target and how high are you comfortable taking leverage for acquisitions?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I don't think our leverage target has changed. We still would like to be in that 1.5 to 1.75 range. But again, for the right strategic fit, right cultural fit, right growth pattern type of acquisitions. We're comfortable to go over that. We're over that today and we're not uncomfortable to be able to stay above that for a period of time. But our goal would be always to work it back down into that range.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

And a question, not to follow up a separate topic, but a question more for Mike and George and maybe we can touch on this too when Jon comes up for the panel later on. But can you talk about where Cardinal is in the generics business life cycle given the high penetration rates and how should we think about generics profit growth over a multi-year period?

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Let me start just generally, Mike if that's okay, about where we are. Obviously, penetration rates in the entire system whether it's 88% or there are different numbers, but it's obviously high. It's between 85% and 90%, probably in that mid-point. So those are pretty high number.

Having said that, I do think we have to just remind ourselves of the pie -- Meg talked about those high consumers of healthcare. That demographic wave is extraordinary. We've never seen anything like and it's not just here in the United States. So again, what we tend to forget as we look at the penetration rate of existing, but we forget that the pie is expanding, that's number one.

Number two, I think our position in generics is such that we're growing our position in the market. I'm thrilled about the partnership we have with CVS health. I think our team in their own rights has done an amazing job of repositioning us with our customer base and really thinking carefully about how does that fine tuning of the analytics in the market. So I still think there's plenty of runway on generics.

And just remember, just even the capacity, the capacity of Red Oaks purchasing how much that has grown since the day we signed that deal? Think of the changes some announced by our partner and some announced by us, both organic and inorganic. So I'll just remind you that there are two different -- couple dynamics at work, but yes 88% is high penetration rate. Mike do you want to add to that?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

The only thing I'd add is just remember, there are a lot more leverage to generics than just Red Oak. There is also more than we talk about sometimes as being usually generic inflation comes up and we've told folks that we do expect it to moderate this year. We saw that in the first quarter. It did moderate as we expected and we still had a very solid quarter and as you know, we raised guidance for the years and so even though it's moderating we still believe we have enough other levers there that we can grow.

We don't expect launches to be quite as good this year as they were last year and again, as George mentioned, between Red Oak, our ability to penetrate current customers, [our belief] for the demographics to grow, win new customers. Our ability to price and manage share of wallet effectively, all of those things are causing generics to continue to be a net positive for us the year and we would expect that going forward.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

I have a follow-up to that since you're talking about Red Oak. The question is Red Oak, now that it's up and running, what new projects are they now able to take on and how long in duration are these projects in terms of seeing results so probably George or Mike?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Yes, I don't think it'd be appropriate to talk specifically about what projects we will be working on because that's something that we're in partnership with CVS health on. But I would tell you that I'm on the Board of Red Oak. I go up there quarterly. I speak to the guys almost on a weekly basis either there or at CVS Health. And have several different things on the list of things we want to do together.

Red Oak is going incredibly well and one of the reasons it's going really well is because of the talent what we have there. I think it started with the fact that we did all the hard work upfront. We took that six months to get everything figured out so we understood down to the detail of how CVS Health made money, how we made money, how we can blended it together in a way that'd be very effective together.

So we set it up right. But we've got this amazing talent up there and we've all decided that not leveraging that talent to do other things together would be a waste, but it's a little too early for me describe what we would do next.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

George, do you want to follow up (multiple speaker)?

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

No, I think that probably covers it.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

Next, so there is kind of a two part question here. So first of all, within the healthcare sector there has been a lot of consolidation in all different channels. So do you want to comment on that, what you see for the future? What might or how it might impact Cardinal Health?

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

Sure. So every quarter we talk that M&A sets another -- at that period where I'm wondering who is left over a $10 billion market cap and we're constantly looking at the chess board. So I was glad to hear Mike says that M&A remains part of our capital deployment priority because we've been pretty busy.

I think how it affects us is we have five very focused strategic priorities and everything we do in M&A we try to treat them equally. So we mentioned Cordis for medical and Harvard Drugs for the Pharmaceutical segment but also Metro Medical for specialty and naviHealth for post-acute. But one big trend that this consolidation has led us to and we talk about it all the time as the leadership team is that the ability to do partnership is becoming just as important to things that you can buy.

So Red Oak with CVS has been incredibly successful and positive for us. Our ambulatory care deal with Henry Schein is really important to us. So as you look at this chess board changing all the time, it's important to know that we're someone that folks want to partner with and that makes us feel as though we have a lot of optionality in that regard and we're also been really busy in China. I don't want to leave our colleagues out there. That's an incredibly busy place for us. So I think to answer the question directly, I think we're lucky that we're really deliberate in five areas, but we also know now, given our connectivity throughout the system, it also is bringing new partners to the table, does that --

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Yes, I think I'll finish up on the -- the partnership point is a really important one. If you think about some of the trends that you guys highlighted that we've talked about, the conversions of so many different players is creating a different looking system. I mean it really does look good. We're trying to find the white space between what we use to think of as sectors or segments, it really hard. Defining a company it's really hard. It probably drives you guys crazy because we've historically operated in these sectors and the sectors are becoming blurred.

I do think that the ability to work with other companies is important and it's a skill set. You can't just say I'm going to partner with someone and make it work. It's just not the way it happens in real life. It is a skill set and it's an attitude and it's a cultural thing. So we do believe that there are going to be opportunities to deploy capital. We believe consolidation will likely continue. By the way, some of which we may think is a head scratcher, but that doesn't really matter. All that matters is that it happened right.

So we just -- and this is part of our system, it's part of the chess board. One of the things that we think about and I'll just share this with you. When we look at acquisitions and I've shared this with some of you when we've talked, doing an acquisition really has different dimensions and the first of which is, is this a growth opportunity? Is it a business in the right part of the industry that will have a future growth potential?

That's sort of an intellectual process. Most companies know how to do that and if you can't do that, you could hire somebody to help you with the intellectual process, right they're planning consultants that will tell you, this is a growth opportunity. There are two other parts that are really hard to get right. So most companies probably get that right. It's not that hard.

The two other parts are pace and sequence like when is the right moment and are you as a company, this is a self awareness part, qualified to actually create more value than the prior owner. Those are really important aspect as we think about acquisition strategy. We devote a lot of energy to those second two components and we would do the same to partnerships actually. And I think that's where often companies that struggle with acquisitions sort of get the first part right but the second and third are harder.

So we try to devote as much energy to two and three as we do in one, but I'm going to highlight that back to next. We'll look at opportunities, we'll see more consolidation although there are going to be areas where consolidation is probably as deep as it can get, and I think there are probably parts of healthcare that look that way already.

And partnerships too are going to be a great way to create growth opportunities and be capital efficient. Go back to Henry Schein, we knew we needed to be bigger in office based physician offices. There was a lot of opportunity if we want to acquire a bunch of

little distribution companies and try to roll that up or we could do a partnership with Red Oak, there was other opportunities, we chose to do something.

So to me, partnerships and being good on, as George said, is incredibly critical because it increases our capital in a way because we get to use less of it to gain growth opportunities and I think we've been successful with that and I know we're going to continue to be good at that.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

So there are a few questions that are actually very specific about naviHealth and specialty. So, if the audience doesn't mind, what I'm going to do is actually leave those for the panel coming up, we'll make sure we keep them in here and we'll queue them up for the panel in the second half of the morning. There is one though, Mike, I'm actually going to direct to you and then I want Meg and George to join in as well because this was, well, not your brain child, you were certainly very, very supportive of that. Talk about Fuse and some of the initiatives that Cardinal is working. Maybe explain it first for those that aren't as familiar with Fuse.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

So, for those who don't know what Fuse is, couple of years back, we came to a conclusion as we were looking at the way our innovation and our, in particular, our IT group was organized and we looked at that all IT was under one group.

And as I started looking, I'm spending time meeting with lot of folks from the outside, talking internally with folks like George, Patty and many others, we realized that customer facing technology is very different than internal facing technology. And that the needs of a group that is going to be working with the customers, figuring out the next version, the skill sets around that, where you should house them, how they want to work, all of those things were very different than the folks that work on your internal systems such as you're managing your inventory and all the things that just hopefully you'll do very efficiently and drive out costs.

So we made a decision initially at pharma segment to split our IT under a CIO and a CTO. And so, that way, we could take advantage of having the CIO group be focused on taking cost out, being very efficient, getting after what we need to do to run our businesses and we could have another group that we would combine with marketing and innovation to be able to listen to the customer, how to operate quickly, how to get next versions out, how to price and market some of our technology.

And so that's how we created Fuse as when we separate it to two. Part of that was separating it physically into an offside and naming it differently in order to attract very different talent that likes to do those types of things and knows how to work with marketing folks and customers, and it's been outstanding.

One of the things I've seen that really excites me most about Fuse is not only the creativity internally of some of the ideas that we're working on, but also how often our customers want to come and visit. We have had more customers visit Fuse than probably any other location that we have a cargo honestly from local customers to people that fly and they want to have their meetings there, they want to spend time, they want to take one of our products and talk about how we can make it better and how they can work with us together. So our working with customers has been outstanding as well as some of the creative ideas.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Let me just add something about this and this is for those of you guys who are involved in startups. As you know, they often morph, right. You start with an idea, you start with something and it evolves. This started inside the pharma segment, related more to information technology and the use of creating clinical software, for example, to help oncologists, started that way. What it's evolved into is one of our innovation centers for the enterprise.

So, let me just sort of talk you about innovation for a second. We look at it along three dimensions and we realized that we have to do all three. One is, how do you inspire innovation in a good sized company. We have about 36,500, 37,000 people. It's hard to do that, right. So, how do you do that and you know that, that requires sort of the right thought to create innovation, some tolerance for risk, the right reward system, the right recognition system, the right talents et cetera.

But inside a big system, innovation can often get choked off. It's sort of force of gravity and it happens, sometimes it'll happen if it's too small, it doesn't move the needle and so it gets marginalized and so, sometimes inside the system it doesn't work but we keep pushing on that. We've done some work externally with external partners and say look we're going to fund someone to do some innovation work for us externally, another model, and it had some benefits to us.

The third model is the sort of this hybrid basically, which we said, we're going to create our own startup innovation model. The average (technical difficulty) is probably decades younger than, to say the least, the music in there is totally different than the music I listen to, the work that they're doing though is no longer just about the pharmaceutical segment and clinical software for a clinician, it's about innovation.

And so, as Mike said, it's become for us sort of a entry point for lot of customers that have been and they'll come to us and say, we have a problem, we'd like to share with you, do you have any solutions, and that team will literally get together and say in three weeks, we'll have some ideas back to you or in two weeks, we'll have ideas back to you. So it's just a tool for us to create and as far as some innovation in the organization, it's now being used as an enterprise asset rather than as something specific to a business unit.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

This next one is for Meg. Can you talk about what other assets you are working at long-term and in what area and then there is actually kind of a follow on which is sort of related because one of our strategic priorities is international. What are your thoughts on international expansion, especially with the recent closing of Cordis?

**Meg FitzGerald**, Cardinal Health, Inc. - EVP, Strategy, M&A & Health Policy

That is why I would love to poll everyone and talk about what we're buying next, but I'm not able to. So I think the best way to think of what we're looking at next is what I mentioned earlier in the five strategic priorities. We're pretty good stewards I think of trying to be balanced as we spend capital and I think to George's point, we're really cognizant of what do we bring to the table, what would we be good at.

So we're always going to look in medical and now more than ever given Cordis and we are in over 70 countries, we've gotten a lot of inbound phone calls about that asset now as we think about it and of course, we're focused on execution. We're always looking

in specialty. So obviously a personal favorite areas-The hospital and IDN seems to be the epicenter of a lot of energy, particularly around discharge and our acquisition in naviHealth.

And then China, we've been very disciplined. We knew what that game plan was four years ago when we've been following it pretty methodically. So we're opportunistic but really deliberate. There's some assets we know we want and we're patient to get them, there is a few you could probably think of that we had to stay around the net and we were really relentless in making sure we're able to bring those asset into Cardinal.

And we just get phone calls every day. I think we've been a good place for businesses to grow and scale and it's a team that people want to be a part of. So in a world of scarce assets, the team and where people work matters, and a lot of the recent -- I'll speak to naviHealth, if you ask the team at naviHealth, they very much wanted to be part of Cardinal, they subscribe to the vision and where we're going and they saw that this model would be better realized if they were with Cardinal Health.

So I think we're going to continue to be opportunistic. Wish I could say what, I'm hunting an expo, unfortunately, I can't.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Let me add something to the international question. But first, by the way, I think Patty Morrison, [CRO, CIO] (multiple speakers) earlier, I just want to acknowledge Patty has been recognized like in the last 12 months as one of the top CIO's in the world and we're thrilled to have her. So, she has been really great partner to John and Mike in getting Fuse launched.

On the international, I think I've said this to a number of you, we tend to think along two dimensions. On the product side, we are now with Cordis, we are now in 70 markets. So just very basically, we produce surgeon's gloves. I want surgeon's gloves in every market. Those products transfer more easily than service models do. And so what we try to do is to be very disciplined about how we think about the service models.

I was at a meeting last night for a non-profit and they were talking about launching into Africa and what they are talking about was, we can't impose our system on them. What we do is we find an indigenous partner, we find a way to sort of enable them. And I think service models had unique characteristics in certain markets, regulatory systems, culture, habit, local law and so what we've tried to do, this goes back to when you think of acquisitions, the second and third dimensions, like what do you bring to it.

We try to be very careful about making sure that if we're going to enter a market, the things that we bring are valuable in that market as opposed to trying to impose something in a market where the local characteristics are not really get enable the growth or the benefit of that scale or that new capability. China enable that, other markets we've looked at, question mark. And so we'll try to be, I think, the word is disciplined, cautious, opportunistic, but we do you use a little bit of two different lenses when we think of the service lines versus product lines. Okay, I hope that's helpful.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

So we only -- actually we're coming up on a break right now, but I'm going to ask this one question, because I think it's a question that's important. If drug price inflation moderate, how much of an impact would it have on the top line growth and margin expansion? And then I think, we always get asked the question about generic, new item launches. So, maybe for Mike to start and George, you to jump in?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Sure. We talk about this a lot and I think you need to think about drug price inflation in two different buckets. Let's talk briefly about brand. So on the brand side, remember that more than 80% of our brand revenues from manufacturers is coming from our fee-for-service model and what that means is inflation could be zero, it could be [15%] and we're going to make the same amount of money, because we have negotiated a fee-for-service with that manufacturer.

On that less than 20% that's still based on inflation, almost all of that, over 90% of that, is a negotiated amount of days typically. So if there is and when there is inflation, we get to keep a certain number of days of inflation and so there is a formula that we've agreed upon and that formula is based on historical inflation. We have that agreement with the manufacturers.

So, if these things change and inflation starts to go down, it will not be a problem for us to go sit back down with the branded manufacturers and say, hey, we agreed that we would get 30 day, your inflation was roughly 10, now it's five, we need a bit more days or we need higher fees and we would be able to do that.

Could we have a quarter or two where there's a little choppiness, because all of a sudden if it changes overnight, a government law passes or there was something that says no more than 5% price increases and boom, it changes overnight kind of like fee-for-service when it came into effect in the mid-2000. Sure, you could have a little choppiness over a quarter or two.

But I have no concerns that we would not be able to sit down with our branded manufacturers, put together the right type of agreements that delivers the type of fees that we need in order to be successful. They know how valuable we are, there's no way they're going to want to go around us to customers and deal with chargebacks six, seven day a week delivery, dealing with returns and all the other things that we do for branded pharma. They understand the value of it and I think that's why you've seen it be so steady and consistent over the last eight to nine years that it's been in place.

On the generic side, I would tell you, that is something we have to remember back before really three or four years ago, generic inflation was low and we were an industry that was successful in lower generic inflation environment. So we can continue to be successful. We said it would moderate in 2015 over 2014, it did and we delivered solid numbers, we said it would moderate in 2016 versus 2015.

We've told you what we believe what we can do with that moderation, it's still important numbers, and so we have a lot of other levers that we can pull to offset that decline in generic inflation. Again, if it went to zero overnight, we could have a little bit of choppiness, but we have a lot of other levers that we would work through with both the manufacturers and the customers to be able to deliver the long-term performance we talked about.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

George, do you have anything to add?

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

No, I think that covers it.

**Sally Curley**, Cardinal Health, Inc. - SVP, IR

All right, great. We're going to go ahead and break now. So I would invite everybody in the room to please visit our customer experience modules. I just want to introduce the people that actually are manning them for those that came in late.

So Michael Petras is actually at our patient solutions module. Christi Pedra is actually at our business solutions module, Dr. Shaden Marzouk and Kathryne Reeves at our products solutions module and Tony Vahedian is at our logistic solutions module.

So with that, we will be back and for those on the webcast, we will be back at 10:25 and right now, we'll break. Thank you very much.

Hey everybody. Hopefully the podium mic works, there we go. So, welcome back and welcome back from the webcast. I hope you enjoyed the customer experience module.

I just wanted to remind you that the forward-looking statements, the Safe Harbor is still in place. And then without further due, I will bring up George who will introduce the next section and also I think make a clarifying comment, George?

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

A good break, you get a chance to see some of this and meet some of our people. One of the advantages of having a break is that I get to hear any places where you have confused folks, so let's see if we can un-confuse. Our description of the 10% to 15% CAGR that we're looking at, is basically saying on average that's how we expect to grow. It wasn't a guidance for 2017. It wasn't a way of saying, we're going to take you down, because 2016 is ex and 2017 is. So please do not infer that this is some indication that 2017 is going to drop. This is really a description of our aspirational goals to grow on average at best 10% to 15% rate, so hopefully that addresses that Mike.

So let me tell you what we're going to do now. We're going to talk a little bit here from Don Casey and Jon Giacomin who run our two reporting segments. What we'll do is, first have them talk a little bit about the segments in the way that you're used to hearing us talk about them, which is the way we report, by segment in their various lines of business inside those segments.

I'm becoming more and more like Barry White as this morning goes on, that's my voice, which I think could be pretty cool. And then what we'll do is we'll have them to talk a little bit about the business, actually the way we go to market and what you might think of is more the way the customer might see us. That lens that the customer might use in seeing Cardinal Health as opposed to a segment. We don't go to the customers as a segment or as a line of business.

So, I hope you'll get sort of two dimensions in thinking about this. I'll very quickly, just remind you that Don Casey has been with us three years, brings an incredible history in medical devices, pharmaceuticals, OTCs and you guys have had a chance to meet Don in this setting. Jon Giacomin, for some of you who have not been to Dublin days, he is going be a new face and so I just wanted to tell you real quickly about Jon.

Jon has been with Cardinal for 14 years. He has been a star throughout his time with us. Sadly like Don, he is another Notre Dame guy, so we always have to break up the secret handshake that they use. Did his -- went off and served in the Navy, came back and got an MBA. It has been a guy whose track record consistently, including his last role running our largest business, our pharmaceutical distribution business, track record has been impeccable.

So, I'm going to bring Jon out first and then Jon will bring Don out and then they'll do a little bit of a tag team. So, please welcome Jon Giacomin and will catch up in a bit.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

George, thank you. Really appreciate it. I don't about the -- sadly being from Notre Dame and I'm sure Don takes some offense to that as well. Listen, it's great to be with all of you and great to have an opportunity to really talk to you about how we've transformed the pharmaceutical segment over the last several years.

Since FY11, we've really been focused on our strategic priorities and execution thereof. While everything has been swirling around relative to transformational change, realignment, we have continued to focus on what we think matters and that is our strategic priorities. At the same time, we've built a balanced mix of customers while developing solutions that really add value to our customers. So today, we are serving more customers in the acute space, the long term care space, specialty, international and retail independents and that continues to grow.

So it's been through focus and resiliency that we've transformed into a healthier segment positioned for growth. So let me talk to you a little bit about or give you a little bit more color on our customers. As I said, we have a balanced mix of customers and what this shows you is a little bit of the relative size of those customers and then how our mix has shifted as a data point. Since 2009, we have increased the number of retail independent customers we have by roughly 60%.

With this balanced mix, we believe we're very well positioned for continued growth. Speaking of growth and results, let's take a look at our results from the last quarter. We grew revenues by roughly 19%, increased our segment operating profit by roughly 46% and expanded our profit margin rate by 49 basis points. All of that an indication of excellent execution across the entire segment in areas like our generic programs, net customer growth as well as our recent acquisitions.

So Mike mentioned our profit drivers within the pharmaceutical segment and rightfully so we've got customers at the top of the list. We work really hard every single day to continue to make connections with our customers and increase our service levels to those customers, both with respect to products as well as services.

At the same time, we have relationships with greater than 4,000 manufacturers. More than 3500 acute facilities, around 15,000 retail independents and another 10,000 retail chain locations. So we have some pretty big touch into our customer base. The other drivers of our profit are executing on our generics programs, driving growth in specialty, delivering on our recent acquisitions and of course organic initiatives, some of which were talked about here earlier this morning.

So let's go deeper on this. Our customers look to us for more than logistics and supply chain solutions. They actually ask us to help them navigate an ever increasing complicated and challenging healthcare environment. And what's top of mind for many of them right now is patient access, because if you don't have patient access, it's really hard to dispense drugs. That's where our managed

care programs come into play. We work with our customers and support their business.

So our PSAO, which is Pharmacy Services Administration Organization or third-party contracting ensures that our customers have competitive rates and at the same time access to patients. So today, our customers have access to roughly 3.9 million Medicare, preferred Medicare patients. And through our analytics tools and other tools that we have, we are able to show them performance on key attributes like generic dispense rate and adherence, which are becoming more and more critical as focus now shifts within Health Systems to cost an outcomes.

Let's look at another key driver. As Mike said, one of our most important drivers within the pharmaceutical segment of profit is generics. There is no question we buy generics efficiently, but since FY11 we've actually grown our generics unit sold by roughly 47% at 10% CAGR. Red Oak, as Mike said is delivering, but we're also executing on other elements of our generics program.

For instance, we've added new customers. We further penetrated existing customers. We've really become good at generic launches. I would actually say best in class. And lastly, we've continued to refine our commercial and go-to-market strategies around generics. And as you can see, we're having some success.

Specialty, another area of growth. We're incredibly pleased with the ramp up in specialty over the last number of years, going from $1 billion to now a projected $8 billion here in FY16 and we've done that through strategic acquisitions; Novis Pharmaceuticals, [Nexus] and most recently Metro Medical. We've also and through some of those acquisitions, expanded our therapeutic areas and therapeutic reach. We've expanded beyond hematology, urology and oncology and now we've added nephrology and rheumatology with Metro Medical.

We're also adding new customers, we're attracting new customers and some of that, we talked a little bit about with respect to Fuse, but our customers are coming because we have products and services that they value and in particular, advanced practice, management, dispensing, inventory management and clinical decision making tools that they find incredibly valuable. At the same time, we've continued to infuse talent within Specialty Solutions. We are sad to see Meg go, but we've brought in her replacement Joe DePinto and we continue to see and seed more talent into our Specialty Solutions business. You are going to get an opportunity to meet Joe here shortly.

And then, we look at our continued performance in and around acquisitions. After some very thoughtful considerations, we're very pleased with the performance of some of our recent acquisitions. The Harvard Drug, OutcomesMTM and Metro Medical are all performing very well and I might add, in some cases we're ahead of our integration plans. And then of course, we have our organic initiatives which we're very, very focused on. Those things would be pricing and analytics. We've established centers of excellence around that. We've also scaled up our MTM solutions with OutcomesMTM and operational excellence really is about a core to our business, it's our culture, continuous improvement. How do we reduce waste and reduce cost in doing so.

And then lastly, as Mike pointed out, Fuse. Fuse is our innovation lab. That's where we ask customers to come with their pain points and work with us on developing innovative technologies and commercial technologies that will help alleviate those pain points. So I'd like to leave you all with is that -- in the pharmaceutical segment, we have multiple levers both organic and inorganic. We have great relationships up and down the value chain from the providers, all the way to the manufacturers, and we have a culture and a history of very strong execution. That's why we believed we're well positioned for sustainable growth within the pharma sector.

So with that, I'm going to turn it over to my partner in crime, as George said, Don Casey. Don?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Thank you. You never know if you want to be introduced as somebody's partner in crime, but we'll just go with that, I guess. Lot of the discussion this morning is about transformation and it's about the fact that the healthcare environment is transforming on a daily basis, whether it's large chains coming together, whether it's seeing the site of care move, and whether you begin to sit there and say how are patients going to be managed in a fee-for-value environment?

Well that's created a tremendous amount of change that's impacted our unit and it's really interesting. I am going to talk about the transformation and talk about where we're going. And it's actually, I'll start it off with the quarter that we just talked about, and look on the surface we are very disappointed on the fact that we saw profits declined 11%. But if you begin to peel the onion back a little bit, the first thing you notice is sales are growing up. The second thing is basically this is the last quarter we will see an unwinding of a long-term relationship we have had had in Canada and that will continue to impact the business. And when you take that out, you begin to see that we're actually posting growth there.

And as we begin to look forward, we see a segment that's really been transformed. One that is basically starting with the customer and what is the customer need? And today, the customer needs scaled solutions in areas ranging from how are they going to manage the continuum of care? How are they going to begin to manage successfully in a fee-for-value environment? And what that means is, we basically think that we have to start with the customer, basically look at where they are going to be over the next two to three years, and then build out, and we think we've done that.

We start with the fact that we are world-class distribution company and what does that mean? We touch, we believe 80% of US hospitals on a daily basis with either our products or services. We touch more than 50% of ambulatory surgery centers and with our partnership with Henry Schein, there's virtually not a position that we can't get to.

Then we'd begin to say, what service offerings can we do and let's peel that back. When we say service, what does it mean? We have a robust and growing logistics operation where we actually help our acute customers with a company called OptiFreight, begin to manage how things come into their institution and we have a growing and thriving third party logistic company in ILS.

We've also done a lot of work over time to begin to build on the base of what we think was a successful consumable business and begin to say okay, where else can that be applied. And last, as we begin to function or help our customers function in a fee-for-value environment, means they're going to have to be able to manage their patient well beyond the four walls of a hospital and that's why post-acute discharges becomes so important to us.

This is the graphic that talks to this transformation. If you look at fiscal 2012, this is rough representation of the relative sizes of the different segments of our business and let's talk about it. In fiscal 2012, we were very reliant on national brand distribution. And you can see in the current fiscal year projection that has become a much smaller part of our business. At the same time, we begun to really ramp-up our services activity, expand our product activity and create a whole new segment and growth platform for us which is the home area as well as post-acute discharge.

So, you can see between the two -- fiscal 2012 and fiscal 2016, you can see a very, very significant change in what we are. And let's talk about that. Look, if you look at services, our service businesses in these three years have grown 72%, and when you begin to look at why we believe that these are margin accretive, services tend to be a very accretive area for us too, and it's a growing part of our business.

If you begin to look at the (technical difficulty) next slide, there we go. In 2012, we did not have AssuraMed which we -- by the way, where we said we bought AssuraMed, we've now re-branded that as the Cardinal Health at home and Michael Petras, who you had a chance to meet has done a great job, really embracing, becoming part of Cardinal. But this has become not only a fast growing section but it's also a segment that is accretive to our overall margins on a significant basis.

And the last issue is, we talk about products a tremendous amount and George mentioned this on a couple different ways. Well, some of this has been organic and some of this has been inorganic. We have really worked very hard to expand the number of categories that we compete in the consumable area. Indeed, in fiscal 2012, we were in about 450, 460 categories. Today, we are closer to 850, if you look at how GHX measures those different categories.

And you begin to see that we've been -- the amount of margin that's being contributed to our overall segment has increased by 88% in those three years. And as we look forward into 2017 which will be the first year you'll get a clean look at what Cordis can do when you don't have the mark to market. Again you can see that role the products plays is very, very important in our overall growth strategy.

So as we go forward, look, we believe that our legacy is incredibly important. It gives us huge touch points. If we can reach 80% of the healthcare system on a given day, that gives us an opportunity to establish relationship and then bring in products and services behind it. And that legacy, which is often overlooked has always included manufacturing and we're going to talk a lot about that in the future, but we have had as part of our business for over 25 years, at least 10 manufacturing facilities. We believe that we're aligned with future trends. So what is the future trends that we think are most important? Look we're going to have to manage in a fee-for-value arena. That means our customers are going to have to be able to take a patient from pre-hab to rehab.

That means, there is going be different sites of care. It's going to mean a number of different items that they are now going to have to do that they've never done before. Used be fun being in a hospital business, right? Patient came in, operated on them, fee-for-service, and then they went. We believe that we are aligning to provide the ability to not only meet their product needs, but we're going to help them manage that patient as it moves through the entire continuum of care. And I'm particularly proud that you got to meet some of our talent today.

Some of the boots out there Tony Vahedian and Michael Petras, Shaden Marzouk and Kathryne Reeves, examples of what we think, we really upgraded our talent as we changed our business around. Again we've had a number of really, really terrific people that have helped us continue to be a world-class distribution company, but as we begin to approach a multi-billion dollar product company, as we become global with Cordis, we believe that we've been able to attract and really deploy great, great talent.

So that's kind of how we have talked about the segments. And that's how we financially report. But interestingly in today's environment, I think Meg and George set this up really, really well today is, our customers don't view us as AssuraMed or they don't view us as MRP, they want solutions across the entire enterprise and we think we are unique in the whole healthcare environment in the fact that we can combine pharmaceutical, medical. We can take specialty, we can talk manufacturing that we bring a true perspective.

And ultimately, we believe our value proposition, whether it's in the retail space to patients or in the acute space that we bring scaled solutions that are going to help our customers not only survive this incredibly chaotic market, but we think they're going to thrive. So as we go forward, we believe that there is a couple of things that do make us unique. If you listen to the statistic Jon talks about, 20,000 pharmacies, 80% of hospitals, we can reach virtually any doctor in the US on a given day. We're in almost every acute lab. We have an unparalleled reach and it gives us a very broad perspective on the healthcare system, alright. It gives us a deep understanding of what our customer needs are and those customer needs have changed dramatically.

I've been part of the Cardinal for 3.5 years and the conversations we were having 3.5 years ago was, what are you including in distribution? It's today holy smoke, CCJR, recently -- they changed the name last week, it's now CJR. How is that going to impact us? Very, very different conversations and the fact that we exist in the middle of all of that we believe gives us a unique perspective and it also shows us how we're going to have to combine different things to provide a solution.

So Meg gave an example with congestive heart failure and everyone said, well Cordis doesn't do anything for congestive heart failure. Now that wasn't the point. The point is we are going to help an acute customer as total Cardinal in a number of different ways whether we're providing their lab supplies, whether we're providing medication therapy management, whether we're going to deliver their supplies home. We believe that we are offering scaled solution across the entire continuum of care.

So I'm going to bring Jon back up to describe, if you really begin to look at how customers are segmented out, we believe that we have six core customers.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

We service a variety of customers but if you think about that in six general categories, we have acute, which is large IDNs all the way down to smaller hospitals. Retail which goes from our retail independent customers all the way up to large national case, and then consumer patient, these are individuals who are actually consuming care. Maybe they've had an episode and they have follow-on care that's even needed, but they're in the process of consuming care. Then we have our manufacturer partners and suppliers, we have payers, and then the last group again is our physician office which as you know we entered into an agreement with Henry Schein and so they are serving our physician office space.

But our specialty solutions business serve specialty practices. So the point of all this really is that we really touch the entire continuum of care and when we think about this, we look at certain customers and think just about how we can bring scaled solution to them. So what I like to focus on today really are two, and those are going to be in the acute space and retail.

So let's talk about the scale we bring in acute and my comments are really going to be about the scale we bring in the US market. So as we think about acute, some of the points Don made a little earlier were servicing 4,000 hospitals. Roughly 75% of hospitals use our products and services and we bring a complete portfolio of products, everything from pharmaceuticals, which include specialty products, OTC, private label, a full complement of med-surge, but then also durable medical equipment and home healthcare products, we bring it all.

And it's almost like one-stop shopping, if you will. If you think about our footprint in retail, we have relationships with 25,000 retail

pharmacies, which could be retail independents or large chains. We bring a full complement of pharmaceuticals OTC products as well as HPA, as well as home healthcare and durable medical equipment.

So we provide a full complement of products in those. With all of this activity, the transactions, the deliveries, the individual points of contract we have with customers through our sales people, through telemarketing, through customer service, the good news for us is we sit in a very good position to understand what customers are thinking about. So we bring that information into how we think about our solutions. So what I'd like to do is pass it off to Don, he is going to tell us what's on the minds of our customers.

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Yes, and just so we get a little bit of a structure. So, we're going to literally begin to talk about our customers, then we're going to dive down to acute and dive down to retail. So if you were to talk to customers in general right now in today's healthcare environment and we [saw it] in the really cool app, what was one of the big things that came up, cost. How are we going to manage cost, which is in the middle of our bull's-eye. More importantly, overtime I don't think all these institutions, whether it's an independent or retail pharmacy, all the way into an acute care setting, understand how are we going to care for 80-year olds?

And then ultimately, how can they improve their effectives business? How are they going to improve efficiency? How are they going to get their star ratings up from a quality perspective? So we continue to see, across all our customers, three groups of questions, how I am going to get deliver better care? How I am going to deliver that at a better cost point? and how I am going to get the efficiencies that's going to allow me to begin to manage patients across a broad, broad variety?

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

So we deliver solutions across four areas predominantly. The first one up there is logistics solutions and overarching, we deliver products safely, securely, and compliantly with high service levels to providers. Believe it or not, we manage somewhere around the order of 15 million shipments both inbound and outbound through 100 plus of our distribution centers on an annual basis and in some cases we deliver seven days a week, 365 days a year. It's quite a network actually of logistics.

When we think about our business solutions, it's really about improving their business, and looking for ways to increase revenue, lower cost, and reduce working capital and we do that with a number of different or in a number of different ways; supply chain optimization, looking at work flow optimization, commercialization services, reimbursement services and we also offer analytics and regulatory services as well. Don, do you want to touch on the last two there?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Yes, absolutely Jon. So it's interesting, when you begin to just divide Cardinal into there is [M&P], you really overlook the fact that not only we're world-class logistics and business solution company, but we also offer a very broad variety of patient solutions, which is increasingly important. So if you want to go to a retail pharmacy, how are we going to help them become part of a broader network? How are we going to help them do medication therapy management? How are we going to help them with any kind of adherence program?

And then in product solutions, again you'd sit there and say, boy what does Red Oak have to do with manufacturing high-tech medical commodity products? You sit there and say, well, actually if you look across our ability to create a market through sourcing, whether it's over-the-counter or generics or specking out and sourcing medical commodities, we're getting into the manufacturing business across a variety of medical device areas.

It really add it's chores very, very similar and the breadth that we begin to bring to our customers across all of this, Mike mentioned the fact that we've got a huge quality and regulatory organization that allows us to become very efficient providers of product solutions across a broad continuum.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

So the foundation for all these capabilities really exist within the wide array of centers of excellence we have across our enterprise, whether it's global sourcing, strategic account teams, enterprise marketing, operational excellence, pricing and analytics and then Don is going to talk a little bit about the 360 program, but all of these Centers of Excellence we believe gives us an edge in the market.

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Absolutely, Jon, and let's start with the 360 program is that a unique example of enterprise solution. It's basically a program where we are allowed to rebate customers based on the volume that they purchase from Cardinal. So, the more Cardinal products and services they buy, the more that they have an opportunity to save across the broader range of products. So as we begin to add more and more, again the absolute scale that we provide across a broader range of products and services becomes more important, because the more they can buy, the more that they can save.

So we talk broadly, okay, we have solutions across logistics, business solutions, patient solutions and product solutions, what does that actually mean in an acute-care customer? So, let's just start what's on their mind. I'll go right back to how am I going to deliver great care? How am I going to do that at a cost that is going to have to be lower in the future; And how am I going to deliver the efficiency that's going to do not only great care but we're going to be able to deliver higher quality.

So that's kind of what's on the minds and basically we need to start thinking about solutions that go specifically to the acute care environment.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

So, let's look at our specific logistic solutions for acute care customers. As I said earlier, we deliver a full complement of pharmaceuticals, specialty brand, generics, as well as a full complement of med-surge products to include DME at home healthcare products. We also, through our three PL services can actually manage products for customers that typically don't flow through our channel and takes some of the burden off of having to manage different manufacturers and vendors and also different inbound shipments.

All of this, as we think about it really does enable us to drive a lot of efficiency for these different facilities, especially the fact that we're delivering at a very high service level, both on the pharmaceutical side as well as Cardinal Health branded products and then when you think about the logistics opportunities that we have and consolidation opportunities we can actually take cost out through

some of our solutions like an OptiFreight. Our business solutions really are around optimizing the supply chain. So as we think about what goes on within optimizing the supply chain, it's really about how do you optimize the inbound process? How do you optimize receiving process? How do you optimize put away and even all the way and up to and including dispensing? All of that tends to take cost out of the system as well as reduce the need for working capital.

And as we think about our pharmacy solutions component of that. It actually takes it to the next level. With our pharmacy solutions component, we have tools that optimize workflow and increase productivity. We also have tools that focuses on analytics, particularly in the pharmacy and how we manage formularies. So there is a set of clinical tools, there's a set of formulary management tools that really look to eliminate the variation in dispensing.

So when you eliminate the variation in dispensing, you improve compliance, lower cost and improve patient care all at the same time. And then lastly, we have a set of clinical and operational excellence resources that when deployed can go on site and conduct assessments. They can actually do GAAP analysis based on that assessments, identify opportunities and then even engage in building the plans and executing the plans to drive improvement.

So with that, I'm going to hand this to Don and Don is going to take us then through (multiple speakers)

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Good thanks, Jon. So, look, we can be very competitive when we go in as [MRP] into a large acute care institution, but what we're trying to communicate here is, when we begin to go in as a total enterprise, we are a differentiated offer that is really going to help them survive and navigate in a very changing and challenging environment. So if you think about logistic solutions, business solutions, we also can help them manage patients through the entire process.

Our OutcomesMTM, a recent acquisition that we mentioned, really help us deliver against the promise of how are we going to help an acute care institution manage medication not only within the institution but without, with naviHealth and we're going to talk a little bit more specifically about this in a minute. How are we going to help our acute customers manage post-acute discharge. And with Cardinal at home, is how are we going to help them get the products that they were using in need, using in the hospital now need at home, how we're going to get it there. And then how are we going to provide them products ranging from medical commodities to sophisticated specialty pharmaceutical products. We have a very large ability to do that.

Alright and one of those areas that we want to talk about is our PPI strategy and what does PPI mean, and what are we doing? Our definition is, how do you take a physician preference item and let's define that. It's an area that been very common surgical procedures that have historically had a physician preference that may have been built up over years. But there has not been a tremendous amount of innovation in that category. So really the procedure hasn't changed all that much.

There is low IP barriers and ultimately this has become a pain point for the hospital. So when you find that, there is a physician preference on somewhat of a commodity-oriented area, that's a pain point to the customers where there is a little barrier to entry and a very expensive [barrier form]. There is a tremendous amount of interest in coming up with new solutions and we believe we can provide that solution and is not just about product, it's about product, services and analytics.

And when we talk about the categories, we're going to go in and why we're optimistic about this. Cardiovascular with Cordis, people don't understand that we have a large and significant wound care business now anchored with ITI, which is a negative pressure wound therapy company and we believe orthopedics, is ultimately a category that's going to see a tremendous amount of transition over the next couple of years. And let's talk about what the Cardinal solution and this PPI looks like, and we'll start with the Cordis example.

We believe with Cordis we got a large bag of very respected products that are essential into most interventional cardiology as well as endovascular procedures. It's going to benefit from global scale that can make it sure that we are cost competitive from a manufacturing standpoint, but then we start adding in what does Cardinal do well. We have a very efficient manufacturing base, which we can now add to. We can begin to move that across our shared distribution network.

As many of you know, physician preference items have historically run through a very narrow, direct like a Medtronic or Johnson & Johnson directly to the hospital, not taking advantage of the scale that distribution has. Then as I think you saw in one of the patient solutions out there, Tony Vahedian was talking about our Wave Mark or Sims solution, which is attaching RFID, Not only is this going to change the game from our ability to manage lost products, dated products, it's going to provide the analytics people need to begin to understand how we can do a much better job of managing inventory.

And the last issue is, we bring all this into -- in our custom procedure trace, which can again really help with efficiencies. So we look at Cordis as a great product that's going to benefit immediately from share distribution, becoming part of our 360 program and then begins to ride on a smart distribution system around Sims, that's going to be a differential advantage and will allow us to deliver value. Last point, as you begin to look at these categories increasingly there are going to have a post-acute discharge component and that's why we acquired naviHealth.

What is naviHealth? It is an analytics programs that really looks at a large amount of data that helps define how patient should be best managed, post-acute discharge from a perspective of what's the right care, what's the right place and what's the length of time. And based on a tremendous amount of data, we believe we can help our partner institutions, not only deliver a better outcome we can also help them manage their expenses to do that.

So again, we believe this is another example, as we talk about products, services and analytics. We're putting together a very integrated solution that's going to be very meaningful to the acute care customers. So ultimately, when we talk about acute, we believe Cardinal is extremely competitive because we've such a broader offering between pharmaceutical and medical devices, and when we take an enterprise approach, when you go into an institution and we can say we can bring you everything from medication management all the way out to sophisticated medical devices, it's really going to help differentiate us over the long term, and that's one of the reason we're optimistic not only we are going to be able to grow but we're going to continue to have sustainable growth because we are far more relevant to our customers.

So it's one thing for us to say that, but we thought it might be an interesting opportunity to bring some of our physician advisors up and have a conversation, and I just want to read one quick thing from a disclosure standpoint, well just make sure we're on the same page. So we're going to provide you some key positions, when you guys come out and take your chair. These are members of our expert advisory panel and they are tremendous allies from the perspective they challenge our thinking, but we want to make sure that you understand they are not necessarily speaking on behalf of Cardinal Health and some of their views may not be representative of Cardinal Health view.

So, with that ground, I'm going to turn it over to Shaden Marzouk, who is a neurosurgeon and I learned when we start dealing with this, the neurosurgeon -- Shaden describes herself as the apex surgeon but I'm just trying to create a little stuff going on here before, but anyway, Shaden, thank you.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Thank you, Don. Well, good morning, everyone. We've got an expert panel ahead of us. So we're going to go ahead and jump right in. Dr. Jaff, would you please introduce yourself and let us know what are the biggest issues facing the treatment of vascular patients today.

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

Good Morning. Sorry about my voice. I could use a good doctor. My name is Michael Jaff. I'm the Chair of the Fireman Vascular Center and the Director of Care Re-Design at the Massachusetts General Hospital in Boston. And Shaden, I would have to tell you that the number one thing we're thinking about is being able to provide comprehensive vascular care that really makes a difference to patients but it's done in an efficient, responsible and value based way.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Thank you. Dr. Marston, would you go ahead and introduce yourself and let us know what are the biggest issues facing the treatment of a wound patient today.

**William Marston**, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery

Thank you, Shaden. I'm Bill Marston and I'm the Chief of Vascular Surgery at University of North Carolina. When I started there about 20 years ago, I was forced -- signed on to start a wound care clinic which nobody really wants to do in medicine. But it's been a very timely thing and it's grown into a full-time wound healing and lymph preservation center, with the growth in diabetes, obesity and cardiovascular disease this is going to continue to be a big problem facing in our healthcare system. So, the challenge to us is like the challenge all of us how do we get better patient-centered outcomes at a cost effective price point. And so we need to train physicians better and that's a real difficulty in this area, because we don't learn about wound healing in [residency] or in medical school.

We all come from a variety of backgrounds, surgery, dermatology, podiatry and on and on and so that makes it difficult to standardize care, so we need better protocols to improve the quality of care and we need better devices and therapies for patients. And then the biggest challenge, as well as that is that our patients exist across the spectrum of venues. They maybe in the home, they maybe in the long-term care facility, in my clinic or the hospital and we can't get some of these therapies to them in all of these venues right now, but these are big challenges that we have to solve if we're going to be more cost effective and provide better outcomes in the future.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Thank you. Dr. Zura, would you introduce yourself and let us know what are the biggest issues facing the treatment of orthopedic patients?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

Good morning and thank you for having me. My name is Bob Zura. I'm the Chief of Orthopaedic Trauma at Duke University, but Will and I are good (multiple speakers). I'm actually in a transition point in my career and beginning in January, I'm going to be moving down in New Orleans. I'm taking over as Chairman of Louisiana State University Orthopaedic in New Orleans, actually the Katrina Hospital that just opened.

Orthopedics has a number of issues and I apologize if I'm a little redundant with some of the issues we'll discuss later. I think first and foremost, and this come up earlier this morning, we have some demographic issues in orthopedics that are critical one. We have an aging population and part and parcel to the pharmaceutical advances and another medical advances we're seeing, they are living longer and more active and having higher demand.

We also have a younger, more active and a higher demand young population that's wanting treatments earlier that we used to defer to get better outcomes and they want those treatments earlier and they expect greater results and better outcomes. Because of those, both doing things earlier and doing things later, we're seeing higher risk patients, so higher complications and concerns with that.

Additionally, we're also continuing to have to treat chronic diseases and in orthopedics, we see that particularly in patients with diabetes, obesity and osteoarthritis. We are actually sort of surprised as we prepared for this how many similar issues we face in our field.

Few other quick issues. One, orthopedic trauma being my specialty, access to care for poorly funded and unfunded patients continues to be a huge issue and as I transition to Orleans, I can tell you that problem actually is going to be larger there, [but it is internal]. That's an issue we need to address. And then issues that are facing our patients and us and we'll talk about this more of the fiscal issues, is this bundled care and this value care, now that actually does have a patient impact.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

On some big issues, what solution are you working on?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

So, outside of physical issues, in particular, we're trying -- I may use the term bundled in this and I apologize if I confuse you. When I talk of a bundled care, I don't mean bundled payments. I'll try to use coordinating care when I talk about this. We're trying to coordinate our care and we do this by disease state, because that's how we think of these issues.

In my sub-specialty, in particular, in fracture care, we're seeing this on multiple different levels from national, international level, groups like the AAOS, AOA, are coordinating care for hip fracture patients that some of this may be called own the bone, I don't know if you're familiar with that or heard of that, and what we do with that is we try to provide total care for patients with these

issues.

On a local level, I actually run that effort at Duke where we're coordinating the hip fractured care amongst all sub-specialists, the medicine doctors, the orthopedic doctors, the surgery and anesthesia team, the pain team and the post-acute care team as well. So we're trying to focus our care for these patients.

Part of this both for our own benefit and for our patients benefit, we've shifted our focus on how we both do research and think about our outcomes towards patient related outcomes, you may have heard of the promise scores and things like that.

Additionally, physicians we were looking at how we talk to patient that are in non-physician (technical difficulty) we're focusing more on patient related and I think this may help us as we go forward with some of the bundled care and the payment issues. We also are doing big research and this responsibility of some of these large academic centers. We do the big research to address those big health issues I talked about, obesity, diabetes, osteoarthritis and main ones in orthopedics.

And finally and this came up this morning, we're trying to define the landscape we're working with. The population is aging. There is no question about that. So we're trying to prepare for that. We're training more orthopedic surgeons. We're trying to prepare for the number of hip fractures. We expected the number of hip fractures to double by 2020. But in fact they're declining. Perhaps some of the medications are having an effect. So it's a moving landscape for us and we continue to watch that, do we need more joint replacement surgeons, less fracture surgeons and such, we're working on that.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Right. So, Dr. Marston, you mentioned variability among other items. What solutions are you working on?

**William Marston**, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery

There is some good news. In the last few years, some of the important relevant medical societies such as the Society for Vascular Surgery and Wound Healing Society have labored to produce guidelines of care to start to bring the evidence and really standardize therapy across the board and having been on some of these guideline panels, it's a thankless job and we really work hard to get evidence into the system. So these are coming out now and now, we are popularizing use of those. So I think that's going to make an impact.

The second thing that's really exciting is American College of Wound Healing and Tissue Repair has started the initial first fellowships in wound healing. So, these are dedicated training pathways to train the physicians of the future who is going to work in this area. We do have some exciting novel therapies during clinical trials now that I think may be game changers. But what we haven't made is much progress on is how we're going to get these therapies to patients across the whole spectrum of where they exist.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Thank you. Dr Jaff, you mentioned value among other items. What solutions are you working on?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

In the vascular space, I'm happy to say that there's been some much better science -- clinical science helping us think about what technologies were best for specific patients with various vascular diseases. The challenge we have is that there was such an explosive number of new technologies that are hitting us. We don't actually know which ones work better in a large patient population over time. So at least for this whole concept of managing the population with a certain concept and then seeing how we can be responsive to their needs and their values.

So I mentioned that in my other rolling care redesign across the entire MGH, we've taken a large patient populations that are often managed by multiple different specialties in which historically they've been somewhat competitive, looked at ways that we can improve the efficiency and value that we can offer to patients that means something to patients and then follow our outcomes going forward, so that we can make decisions for individual patient groups, limb ischemia with below the knee disease, carotid artery disease et cetera and offer those therapies going forward. We're really excited about this.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

It seems like some of these solutions might actually help with dealing with bundled payments. So what are you and your institution doing to deal with bundled payments?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

So I must have joined the short straw in my hospital, because I also got asked over the past 1.5 years to help us prepare for bundled payments, not only at our hospital, but across partner's healthcare. This is not easy. I would say that there is a difference between what we're now talking about which is really providing pathway based, evidence based care that is based on quality compared to what it was back in the early 1990s, where it was basically just save money and quality was kind of an afterthought. We will mention that to think about later. So that's the good part of this.

The hard part about this is several things. There were so many different sources of data, we figured this out as we were talking beforehand that we all have to look at and put together to make decisions about what patients are included in a bundle or episode of care? How do you get those data sources to come together so that we can make those decisions? That's one. Number two, let's face it, guys. Doctors are not actually trained to be teen players.

We've been taught to be captains of a ship and now there are lots of captains of the ship that have to sit down together and realize that in order to be successful not only in our local environments, but across our entire spectrum of care, we got to work together. That's a big cultural change. And so I think it's the data, I think it's a cultural change and I think it's being able to in real time follow how you are doing and make appropriate adjustments on the fly.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Absolutely, it makes a lot of sense. Dr. Zura, what are you working on to address bundle payments?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

We're doing this on a couple (inaudible). Perhaps a little embarrassed maybe orthopedics isn't as advanced as vascular surgery and our academy actually has position statement on bundled care for hip and knees, which is coming very, very soon and they instruct that we should collaborate, we need to work on those and they are favor of it that supports that we need to be in the captain of the ship, we need to run that bundle.

So, I think they are trying to get this invested. So that is what we're going to do. So, we're in it. So we are acting in hip and knees as if we're in bundled care at this point and (inaudible) were both chosen to be in those groups as well. So I'll continue with that. So what we're able to do is we are trying to maintain a patient focus; we are trying to maintain a quality focus, but to collaborate and work with these groups for the entire pathway of that care.

The thing that we specifically outside of working with everyone else can control on orthopedics is we can control our implant costs, we can work on length of stay for patients and we need to work on collaborated with our hospital to achieve this. I think one of the points that Dr. Jeff brought up is probably most critical. It is a changing landscape and this is pay-for-value, pay-for-quality and we're focusing a lot on not only trying high quality care for our patients, that hasn't changed at any point in any of our practices. But what is -- how are you defining that, what is the data that is being used, so we're trying to both create not denovo but two new studies to identify what we're doing that is effective and what is isn't. And also try to impact CMS and other payers on helping them to decide what value metric should be used if its good (technical difficulty).

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

A lot of share themes. Dr. Marston, what are you working on to address bundle payments in your healthcare systems?

**William Marston**, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery

I will echo what Mike and Bob said in the same conditions reflecting us all but specific to the wound world, we don't have a blueprint of what that looks like. We only hear that 30% to 50% of the reimbursements in three to five years are going to be bundled type list sharing models but that doesn't give us RFP. Does that just mean the clinic care? Is it the hospital admission and all those things?

So we are working on core bundles. And if you look at say a diabetic foot ulcer, there are 10 to 20 different therapies and products we use in the spectrum of care for that patient. That's a very complicated bundle and really these challenges in putting those together, but I think we feel like we want to be early to the party because if you're late, you're going to be in trouble.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Well, we've been talking a lot about current state. Let's switch gears and talk about future state. So, Dr. Marston, what is the biggest health economic challenge you think you'll face over the next three to five years?

**William Marston**, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery

I can't overstate the fundamental change that we're going to be asked to work in as we move ahead. Right now, the way that the home model goes is we look for new therapy. So, we, in a perfect world, document those with well-designed studies.

And then, once approved by the FDA, we go to the reimbursers and get reimbursement. And if they are reimbursed, then we use them because that's what we think is best for the patients. And we have concern for costs, but it's not a fundamental concern. And let's be frank, there's a lot of profitability that goes into there, it's a well-reimbursed procedure or product.

So that's how we work now. We're going to be turned totally around to where, if the FDA approves the product, the discussion is no longer going to be between us and the insurer, it's going to be between us and ourselves and our patients. What's the most cost effective strategy to get a high quality outcome at a reasonable price, because that's going to support our profitability. This is totally fundamental and I think a lot of physicians and healthcare systems are not going to do well if they're not already working on it.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Dr. Zura, what do you think is going to be the most health economic issue that you're facing over the next three to five years? The biggest health economic issue?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

Yes, I'm glad you picked that short term of timeline, and I think we've touched on. We're going to see the implementation of bundled care, part and parcel of that is, this is value based pay, it's not pay-for-performance, to be honest. So, once again, to identify how to keep costs down, how to continue to provide quality care, to ensure that it is quality care and our own reimbursement, if your individual quality is not up to par, and you actually pay the less as an individual position and you partner may have higher quality.

And perhaps this isn't an economic issue, but I think it is. That actually is going to be an access issue for patients. If you're a Medicaid patient or poorly insured patient, there are studies that suggest those patient populations don't do as well with the total hips and total knees for instance. So providers don't want to see those patients. It's going to be, because their quality metrics may go down, because they're taking on a more challenging patient.

As a trauma surgeon, I guess some of the more difficult referrals as my colleagues do in their area. If you have a more difficult patient population, you are more likely to have less ideal outcomes. You're going to be rated as a less quality, less value doctor. That's a real problem. We need to make sure that whoever is making these decisions is taking income morbidities and accessing this appropriately.

And along those lines with access, I continue to think and not totally understand that poorly insured, poorly funded and uninsured patients and their access especially in the trauma for me continues to be a huge issue. And as the roll out of Obamacare switches to the states, I don't know that I fully understand what that impact will be but I'm confident that we are going to continue to have an issue with patients not having adequate funding or ideal funding in their access to care.

You think certain hospitals will shift away from certain procedures and simply send them on off the train?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

[I don't know if] it would be procedure based but I anticipate it will be procedure based on patient populations. We're ongoing in Orleans hospitals, where there is not a single position that needs Medicaid through the entire hospital system. So those patients are being shifted to our system and that's a real challenge. So, yes, they are not -- so certain groups of people are not being offered procedures with certain hospitals.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Dr. Jaff, what is the biggest health economic issue that you'll face over the next three to five years?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

It all comes down from efficiency of delivery of care. That's what I think it is. If you look at what your experience would be today if you came to any large metropolitan medical center in any of the places we live or you are going to live, the fact is it's your job to find your way from the front door to wherever you have to go through your visit and you get sent to three consultants, two CAT scans, a lab and then you hope that everybody is talking to each other, all looking at the same data, synthesizing a plan and then the first person you saw will come back to you and say this is what we're doing.

It's a little crazy for the patient to have to do all that running around and hoping. We need to be good at making it so that the patient is in one place and we use information technology, data collaboration, team based care, quality and understanding what matters to the patient from the value standpoint. This is economically challenging. It is different than how we work today. You saw an earlier slide that showed that in the 1950's healthcare was offered in the home, how weird is it. Now the hardest thing is offering healthcare in the home. It's crazy. So I think this is the challenge we're facing economically.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

And when you talk about data and information and patients choosing site of care and really coordinating all of this, how long do you think will take for this to become standard of practice?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

It's standard of practice in every meeting I go to that this is the topic of conversation. So, at least from on the docket first on the agenda item, that's what it is. What progress have we made since last week in making this real? When do I think we'll actually be able to pull this off? With a little bit bright sunshine, a little bit of luck, maybe a little break from the governments, you might be able to pull this off in three to five years.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Well, cost, quality, variability, underinsured, we certainly haven't shied away from the big issues but we do have some time for concluding remarks. So, let me ask you, Dr. Jaff, how do you think Cardinal Health will fit into this new healthcare paradigm?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

So, Bill and I came this morning from a large internationally renowned vascular surgery meeting. People come from all over the world to attend this every year. And we were both commenting about the number of companies that are doing their stuff at that meeting. So, Cardinal Health actually has the opportunity to do something that I don't actually think I know of another company that can do in my space.

So, right now, these companies that go to these large meetings are playing to meet or to build. That's what they want us to like their products, use their products. Cardinal Health has the opportunity not only do that but you already have relationships with the other important components of the healthcare delivery system, those who purchase, those who run financial bottom line, those who are operationally skilled and I think that is a very unique opportunity for Cardinal Health to play to the strengths across the entire healthcare delivery system and particularly in the place where I work.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Dr. Marston, how do you think Cardinal Health will fit into this new healthcare paradigm?

**William Marston**, University of North Carolina School of Medicine - George J. Johnson Distinguished Professor & Chief Division of Vascular Surgery

Well, when I think of who we're going to need to partner with to be affective at all the things you talked about in the next three to five or 10 years, go back to the bundle issue. So be it the patient with diabetic foot ulcer, I've got several different primary dressing products, I've got to have orthotics, I've got to have biologics, pharmaceuticals, all those are part of our guidelines to have effective care.

So if I'm going to start to try to partner with companies and each of them provides one or two of those products, and I've got to negotiate this deal out, it's going to take me forever and am I going to get as good a price as if one or two companies can provide the majority of things in that bundle and then the other issue is, can they deliver that product, whether my patients at home or in the LTAC or in the hospital or wherever, so I'll let you decide if you think Cardinal would be effective at that or not.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Dr. Zura, final word?

**Robert Zura**, Duke University School of Medicine - Section Head & Fellowship Director for Orthopaedic Trauma Surgery

Yes. So I feel like I'm venturing into telling you guys about your business. My brother is six foot eight and weighs over 300 pounds, and went to Harvard Business School, and he reminds me frequently both gently and not gently that my opinion on business is worthless.

So, take it to that, but that being said, I'm unfamiliar with any other company that can provide me and my patients and my hospital system ability to help us take care of this person from the very first step all the way through and again looking at it from a hip patient and knee patient from their in-hospital care, their laboratory care to the gloves that the nurse is wearing to in the operating room, as Cardinal gets deeper into implants, certainly will be able to affect implant costs.

And that's one of the big cost drivers in orthopedics, will help us with our supply chain and then all the way to the outpatient care, and I think that post-acute is actually were the most movement is going to happen. We don't think about that as much post-acute doctor, but I really think that's where the greatest opportunity is and where Cardinal has a unique ability to help my patients and my system.

And I'll sort of end on one final thought, again, we tend to be very myopic in reading our own world and I had the opportunity to bring a company in for an implant and orthopedic trauma and that would greatly reduce costs for specific implants, but my system was unwilling to even talk to that company because they were so narrow and potentially deep.

So at this point, our health system and our university is only negotiating with people that they can work with on all phases of care. So I found that to be very [interesting piece of] we want to, our systems want to partner with companies that can help us at all stages of the care and that's a change.

**Shaden Marzouk**, Cardinal Health, Inc. - VP, Clinical Affairs

Well, thank you all very much. Thank you. I'll hand things over to Jon next.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

Great. Thanks, Shaden and thank you to the members of the panel, very insightful. Now that you've heard about the solutions we bring for our acute customers, want to spend a little bit of time and talk about the scale solutions we bring for our retail customers.

And before I dive into this, it's probably important to differentiate among our retail customers. So, as you think about our large national chains, they predominantly rely on us for supply chain and logistic solutions, everything direct store to door to ultimately the backup for their warehouse. Our retail independent customers along with our regional chain customers rely on us for not only logistics and supply chain services but they look to us for our business solutions and our product and patients solutions as well.

And just as you heard in the discussion we said had a little earlier on the acute space, our retail customers are asking a lot of the same questions or have a lot of the same concerns around care, cost and efficiency. They ask us routinely how Mike is going to know that I have product available to me.

How do I ensure that I remain competitive in sourcing, how do I grow my front-end sales, reimbursements becoming ever challenging, how do I ensure that I can navigate that reimbursement process. How do I think serving my patients more differently, improving their outcomes but at the same time, lowering my cost, and what can you do to help me improve my working capital position.

So when you think about the solutions that we have for our retail customers, again, that follows along the same four areas. And obviously, within the logistics space, we deliver a full complement of products to them. Pharmaceuticals, both brand, generic, specialty, OTC products, private label products, CME home healthcare, and we do so with an incredible order to delivery cycle, roughly from 12 to 18 hours we receive your order, you receive the product, what does that do. It really reduces the it's just-in-time inventory for them then, it reduces the amount of inventory they have to maintain to serve their customers.

The other thing that we can do through our independent medical offering is in fact we can ship home healthcare products and durable medical equipment directly to the patient's home on behalf of the retailer, to more efficient process and by the way it gives the patients the products they need, when they need them. If you think about our business solutions, really it's about helping them run their day-to-day business and addressing some of the ongoing needs they have within their businesses.

First and foremost, we think about our inventory management solution, making sure that they optimize the inventory they have on the shelf that drive the highest service for the lowest working capital investment. Then we think about and we've already talked about our reimbursement management services and that's helping customers continue to remain competitive on reimbursement rates while at the same time continuing to have access the patients.

The last one that we provide is around advertising, and this is really leveraging our broad marketing and advertising capability to promote their business, and promoting it is where it really and truly matters, which is in their local communities, helping them to strengthen their brand and grow their businesses. So I'm going to ask Don to run through the product and patient's components there.

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

And again, just like when we were talking about the acute space, we believe that we are bringing a number of solutions that we think are really relevant to our retail customers, and whether that's how do we help them move from just a retailer into somebody that can provide some kind of healthcare services. They are increasingly looking at how are they going to increase their CMS star ratings and we can provide services that do that and as we begin to look in terms of our overall solutions -- patient solutions are going into the retail space we believe medication therapy management is absolutely essential to what we're doing.

And ultimately, we talked about the fourth pillar being the product solutions and at this point, we've really talked a lot about our ability to source generics very efficiently which is the life blood, but now we can offer a variety of front-end services, ranging from over-the-counter products to we're now bringing a cardinal branded sequence of products that are available, the hospital oriented products that used to be able only get the hospital, you can now get in a retail environment.

So when we think about the solutions we're providing, we're developing new solutions that will allow our customers to grow their business, and as importantly solutions that will allow them to follow their patients down the continuum of care. We're leveraging a lot of the expertise that we have internal through our centers of excellence and other areas around global sourcing, operational excellence, marketing and pricing and analytics.

And then just to wrap this all up, there is no question that healthcare is changing and transforming right before our eyes and our customers are having to deal with that transformation and they're looking to us for these solutions. As they become more and more aware of the need to drive outcomes, reduce costs in those outcomes and increase productivity, they look to Cardinal Health for logistic solutions, our business solutions, our product and our patient solutions because they need to reduce their costs, they need

to improve their working capital, they need to get more productive and they need to be able to spend more time with patients.

We have market-leading capabilities I'm convinced and we also have the best talent. We come from a culture of execution as I said earlier and we also have great insights into our customers' needs and not only the needs that they have today, but the needs that they are going to have into the future. So as we think about this, we are incredibly well positioned to be their partner into the future and provide those solutions that they're going to need in a very changing healthcare environment, and that's what we do at Cardinal Health and that's why we're essential to care.

So with that, I would like to invite Mike Kaufmann onto the stage who is going to facilitate the panel and then ask Mike to also introduce the panelists. So Mike?

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Don and Jon are going to serve us on the panel, also want to bring out Michael Petras. Michael is in charge of our at-home business, as well naviHealth business, as well as our enterprise solutions team, I'll bring out our last panelist here, Craig Cowman.

Craig is in charge of sourcing across the entire company. So he's rolling up typically in the pharma world due to sourcing but recently he took over sourcing for all of medical also and so he is the global Head of Sourcing for us. And Joe, as Jon mentioned earlier, Joe is the new President of our Specialty Division, he took over for Meg who, as you know, moved into the strategy role and Joe has many years of pharma experience, he's been with a lot of the biotech companies and that he is servicing every day and it's been great to have his knowledge and expertise in the space.

So let me jump into it. I'm going to start out with Don first, of the 4,000 hospitals that you serve, how many by the full suite of products and what is the white space that is available?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

It's interesting, if you look at the percentage by a 100% of what we offer, I'd say it's probably very, very small. So the white space correspondingly will very big, but if you broke out the 4,000, I would say, almost all of them would buy some product category. Now whether they buy all product categories or not is another question. Some of them would buy, let's put -- I'm not going to put a huge number of numbers out that we're going to walk back at some point. But if you look at the 4,000 hospitals, I would say you when 100% of them buy at least one product.

If you were to look at the percentage of 4,000 pharmacies that buy now in medical supplies as well as pharma products or pharmaceutical distribution, we'd say that's probably about half. If you look but the white spaces, redefine it, there is never -- I don't believe that we're ever going to be satisfied until we sit there and look at those 4,000 hospitals buying, at least some service some products and some pharmaceutical for us. So, we believe the white space is very, very significant.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

And Don, when you also greeted some of the big white spaces, just actually the products that currently don't go through us right now that with our expanding capabilities, I think it's a lot of folks that may want to utilize us even more.

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Yes, as I was talking about some of the solutions we offered, particularly in the PPI area, PPIs have historically not gone through the distribution channel. And as we begin to look at stuff like Cardinal Health inventory management systems and other ways that we can bring significant economies and efficiencies. We believe that ultimately, they're going to realize this is a better way to do business and we think that's a significant growth opportunity, Mike.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I'm going to come to the other end to the man that I forgot and go with Joe first. This is a multi-part question. So, isn't of you having to remember every part, I'll just kind of go along each one. Can you discuss the impact of biosimilars on the specialty business?

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

Yes, sure. Craig and I talked about this, we thought we'd split it. So biosimilars as they continue to enter the market, it's really interesting to see as they evolve. When you've seen one biosimilar, and you've seen one biosimilar and they may all act a bit differently. From the services side, that the part I'll address here. Some of those biosimilars depending upon the competitive space they enter in will need some of the hub services that typically branded products had used in the past. And we're well positioned to help our manufacturer customers with biosimilars to support them in that need with the Sonexus hub and depending upon what channel they use, we certainly will be able to help them from patient programs to adherence and compliance programs.

**Craig Cowman**, Cardinal Health, Inc. - EVP. Global Sourcing

Yes, I think that's well said. I think we're early innings on biosimilars and as Joe said, I think you've seen one. I think they vary by type of product, class of trade that they compete in, how they're sold. I think it's really about having their services and being positioned to assist manufacturers in the commercial strategy of those products and I think that Joe did a nice job about running the things, so [we do it to be] well positioned to help our customers and help manufacturers.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Joe, you mentioned the hub a couple of times in your answers, Sonexus hub we purchased a while back. Can you talk a little bit about that and specifically as it relates to Cardinal Health and drive adherence rate?

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

Yes. So, when we're excited about our upstream services in which we have, we call sort of upstream services or manufacturer services part of the specialty business. And it really services manufacture or customers and there's been some interesting trends in outsourcing of lot of the services by manufacturers in recent years. The hub that we acquired in 2014 was Sonexus, a best-in-class hub services program. They have programs that work on adherence; they have programs that work on reimbursement and payment for patient care.

So it's a very comprehensive hub for high-touch, high-value products. And the Sonexus hub has had a lot of attention, we've gotten attention from big and small customers, they've been impressed with the facility and what we've been able to do there. And as more and more products come out that are high touches that hub service will be a critical component of care.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I'm going to go to Michael Petras now. Michael, can you discuss how data solutions are impacting your post-acute discharges, and how much has local quality and readmissions data surprised you?

**Michael Petras**, Cardinal Health, Inc. - President, Post-Acute Solutions

In particular, Mike, I'll just give some perspective on that and how we've got a very extensive database of episode data across the country on a national basis, so the Nabsys business is kind of platform that's been in existence from an IT perspective, in Cardinal, what we call live-safe. They've gathered this information since 1999, so it's very broad in nature, it's crossed many episode groups. We use that data to help us and help health systems start to think about the right side of care for patients at discharge as well as the right length of stay and the right level of therapy.

We work in close connection, we have schemes on the grounds that actually help coordinate the care from a transition from acute into on the post-acute setting that maybe in urban in-patient rehab facility, long-term acute care facilities, skilled nursing facility or the home. So we have local teams on the ground that actually help coordinate that care and we take into consideration of data on a national basis as well as on a local basis depending on the particular patient Nabsys that we're still involved with.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Jon, you mentioned a couple of times in your presentation, talked about MTM, our outcomes business as well as all the organic growth that we did building up that internally that skill set. Can you talk a little bit about what MTM is, what is the type of service it is and is it formulary management?

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

So let me back up and maybe do a little bit of a definition around MTM Medication Therapy Management. These services are performed by pharmacists, they can be performed face-to-face or they can be performed telephonically. And a lot of this is with respect to managing the patients around understanding where they have gaps of care, understanding that reconciliation, polypharmacy events and those sorts of things. So what has happened is CMS has authorized certain disease states to be eligible to have MTM performed on them.

And those disease states then based on where the patient presents itself, the case either gets done by the pharmacist locally or it doesn't get done. And if it doesn't get done what ends up happening is it impacts the pharmacies performance ratings and why that's important is the performance ratings actually drives the star ratings and those star ratings determine whether or not your pharmacy is ultimately eligible to be in preferred networks. And so the landscape around MTM is actually growing, more disease states are becoming eligible, there's more legislation out there that would suggest that it's going to continue and pharmacies really have to get these cases done.

And that's where we as Cardinal Health center. As a trusted partner and advisor, we're able to take on some of that case load and then ensure that our customers get credit for those cases and their performance ratings reflected. Now the last question which I think is a pretty easy one. The answer is no, it's not really formulary management; it's really about trying to drive the best outcomes for the patient through this intervention of a pharmacist.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I think it is the best way to think about it, right, Jon? If you had an aging parents, and how many medications are on, you want them to have some pharmacists do an MTM episode with them, because it's likely to catching things.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

I think that's absolutely right. And I think this is just another example of how outcomes is becoming more and more prevalent, greater and greater focus on it. And that the pharmacist is becoming a bigger and bigger part of the healthcare systems. As not just dispensing anymore, they're actually going to be involved in care.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Then on the MTM side, we wouldn't look at that just as a retail solution, obviously, we also think it's on the acute side and I know Don and Jon and Michael, all have been talking about, can we take the skills we have there and take a look at them in the post-acute setting --

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

Michael, you want to talk about that?

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

Yes, we've had lots of conversations today around MTM and services that they come along with that. Today it's not reimburses part of the bundle, but if we can actually show the performance that we've seen helping reduce readmissions, there's an opportunity to bring another service of Cardinal into that bundle and get reimbursed for the help, reduced readmissions, which is clearly part of the bundle. So, that's one of the areas we're exploring.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I'll go back to Joe on this one. And Joe, of the $8 billion of specialty sales, how much of that is product versus services. And what are your biggest products and do you go directly to the patient?

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

So, we have two spots of our business is specialty, as I stated before. We have an upstream business, which is manufacturer services where our customers are the manufacturers. And we have a downstream business, which the customers are the

providers. And when you look at our growth rate and where we're getting our business from, clearly there is a mix of the two. When you look at -- and we also have had acquisition of Metro Medical that has expanded our footprint on the provider side. So on the provider side, we focus on distribution and GPO activity and we focus in the specialties as stated previously here hematology, oncology and urology, and now with Metro Medical, two very big specialties of rheumatology and nephrology. So that drives a lot of volume from the drug distribution as well as GPO activity.

The other side of our business is service oriented and it's everything that we touch on the manufacturer's services side, from the beginning of their regulatory work in filing our Reg side, all the way through the generics, looking at how to optimize their commercial launch and the life cycle of their product through services, through consulting, through products. So we have a mix of both of those that feed through there. Our growth, we anticipate to still be strong in FY 2016. We're excited about it and we think we're going to get contributions from both sides of the business.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I think it's important to note to that, our growth in specialty has largely been from internal growth, whether it's been some nice acquisitions that have complement our skill sets with P4 and Metro Medical, the vast majority of this has really come from organic growth of our -- customers really looking for another provider in this space that differentiate themselves.

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

Absolutely, and having that provider strength of business helps us on the upstream business as well, because that gives us the scale to have the manufacturers want to work with us.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Absolutely. Craig Cowman, next question to you. As it relates to Red Oak, and Craig is also on the Board of Red Oak with myself and Craig and another individual from Cardinal are three representatives. Does the scale across geographies make a big difference to the manufacturer, US scale versus US/EU and does class of trade play a big role in the price negotiations to the manufacturer?

**Craig Cowman**, Cardinal Health, Inc. - EVP. Global Sourcing

So, a couple of thoughts, I guess I would share on that. That is something that gets a lot of discussion. I can probably speak best from our perspective. And looking at the global generics market, we've evaluated this over a long time and I think that the United States market works in a very synergistic and harmonious way. It's easy to understand. I think when you start moving outside the United States, particularly into Europe, you run into a lot of different pair markets and ways in which products, generics in particular, are reimbursed.

And so, I think there is always something to be said from a scale standpoint. I think though that what our belief is, what we have found is, that scale of the United States, which is still the largest, most important generic market in the world, pharmaceutical market in the world, is a priority and so that's where we're focused. And as we've partnered with CVS Health and created Red Oak and had some nice expansion here, both from a Cardinal standpoint and from a CVS Health perspective over the last -- [part of the] last six months or so, I think we remain still very bullish on this model being very powerful and has a lot of room to grow.

I think from a class of trade perspective, there has been talk over time about how different classes of trade and what pricing or costing they get materializes. I think from our standpoint, again, thinking more Cardinal oriented or Red Oak oriented, we look at that. We pay attention to it. I think that when you look at the value that we offer, the scale, the efficiencies that we create from manufacturers, we believe we're in a great position to get a very efficient cost.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Yes, I think too what's good is, we've left our options open. It's not like, if we do think there is value in global expansion, there is not options out there. But without that setting aside, our data would show, again, I have mentioned this earlier that we are by far the largest purchaser in the United States. And then if you even look globally, we believe that we're the largest global purchaser of generics. So we already believe we have that scale.

**Craig Cowman**, Cardinal Health, Inc. - EVP. Global Sourcing

One other thing, I guess, I would point out too, Mike. When we think about classes of trade, so I think Cardinal, when you look at Cardinal, Jon talked about retail and the impact of retail, but Don and Jon, both we talked about the acute care space. And so we think about the managed generic program, what we call our SOURCE program. There are already many classes of trade. We service customers on the hospital space, on the long-term care space, alternate care space, retail independent, retail chain, [food mass], so we have already quite a wide array of classes of trade that are participating in our program.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Don, can you review the key pain points for the medical segment revenue and profits in recent years? And where do you stand with these issues and when if ever do these improve or normalize?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Wow, if ever. I think we've been pretty consistent how we describe the headwinds and tailwinds that have been hitting the business. And if you look at the headwinds over time, national branded distribution is probably been facing more pressure over the last 10 years.

I don't think this is a recent phenomenon. I think this is something that's been going on for a while. And it's a basic function of the manufacturers looking to economize on what they're paying distributors as well as within the marketplace, the hospitals are also looking at a variety of ways of how do we economize on national brands. That's the first point and I think that's probably been the biggest single one.

The second, if you want to look at kind of headwinds, Canada, if you look at Canada, it's been kind of impacting us and we had a -- when we did the spin-out, we had relationship that took us a couple of years to unwind and that hit this year. And basically is and I think George described this extremely well, it's over time is how do the growth engines that we have built and really invest a lot of time as well as capital in, how fast did those grow and I think the quarter we just talked about is very emblematic of that.

On the surface you say, okay, Canada was a very, very big headwind, but once you really look under the hood, the fact that we now, we have a terrific business in post-acute discharge, whether that's at home or whether that's now with naviHealth, we believe that is growth accretive and its margin accretive.

Our product business, whether it's the commodity expansion which is an organic activity where we've increased the number of SKUs that we offer by over 100% within three years, that bundle now makes us much more relevant and how quickly do those products begin to move and now we're adding PPI, which is a real differentiator when you look at it. The fact that our 360 program now includes everything from interventional cardiology down to [shoe covers] is a big differentiator.

And last thing that we think is a real good tailwinds is our services business and Jon mentioned (inaudible) which is a business that we've been seeing very consistent growth and is very margin accretive as well as our IOS like the third party logistic work that we do with some large customers. So as when you look at the headwinds, it's how -- when national brand normalize. Well, I'm not sure it's ever going to normalize. I think we're going to see what we've seen over the last 10 years.

The reason we're very optimistic that we will be a consistent grower going forward as we think we've got three diversified growth engines in services, products and at the continuum of care, the at home space. And we believe all those will grow very, very quickly as the market transforms from fee-for-service to fee-for-value and they're all interestingly margin accretive.

So we feel pretty good that, that is when you're going to see significant growth and as you look at 2017 when you see the impact of Cordis being added without the mark-to-market activity, kind of masking what that does, you begin to see significant growth across the franchise.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

You mentioned naviHealth earlier, so I'll go to Michael. One of the questions is why is Cardinal a good acquirer, why was Cardinal a good acquirer for naviHealth?

**Michael Petras**, Cardinal Health, Inc. - President, Post-Acute Solutions

Yes. I think if you reflect on the previous panel we just had here and they talk about hospitals consulting and there are people to deal with, they talked about the challenges they had, the managing post-acute spend, they talk about bundles, we see Cardinal Health is very well situated to deal the health systems, IDNs and payers deal with the challenges around post-acute and if we look at where it sits today, some of the capabilities is very unique.

But then you start to think about some of the other services that we have between that home business, some of the product solutions we brought together with physician preference items in bundles that can eventually evolve as well as MTM. It puts Cardinal in a very unique position.

When you look at our competitive landscape, there are very few companies that can do the breadth and depth that we have between retail pharmacies, the acute, all the services rather than acute as well then into the post-acute space. There is no other player in the space that can bring this level of services and capability to the marketplace by Cardinal Health can. That's why it makes a lot of sense. You heard the panel report even talk about the challenges they're having in being somebody built, pull it together from.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

We're going to go back to specialty a minute. So I'll ask Jon and Joe to maybe [thanking this] a little bit. First question and it's kind of a two part question, why did pharma need a new specialty model and what did they need others can't provide and what are you doing now that you can't provide?

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

Maybe I'll take it first. As you think about the new drugs that are being launched, clearly, a lot of it and lot of the growth is happening in the specialty space. Those are incredibly expensive drugs and in many cases, have a small population of patients and so ensuring that the patient who is actually eligible for the drug gets on the drug, stays on the drug and then all the necessary support work is done relative to monitoring, analytics and other things, so the manufacturer has insight into how they're performing and remaining compliant it's critical and honestly as we reflected on some of the gaps and needs that we have within the specialty business, particularly on the bio-pharma side, we thought that Sonexus would help fill that gap with our hub services and so all the patient support services, the 24/7 clinical support services, et cetera. We felt like we needed that and we felt like Sonexus really answered the bell for us on that. So Joe, I don't know what would you add.

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

No, I think you summarized it well. The one addition I'll add is that what we try to do is work with the manufacturers who ultimately will point us in the direction of where they'd like their drug distributed through but especially as these new drugs come out with very high touch activity, like Jon said, the adherence to compliance programs and making sure that Sonexus hub servers utilizes their phone services to make sure -- and sometimes these drugs have higher bit of handling, the different type of handling then typically is needed. So we're well positioned at Cardinal to handle all aspects of that which is great for a manufacturer.

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

Yes, I don't -- you guys comment, just my though, is so we're (inaudible) go big you worry we have to very large established competitors and it was really apparent to me that our focus on the customer and listing was demonstrated with what we're seeing in Fuse maybe stories of what you're seeing bringing folks to Fuse and how I think customers are seeing us differently than the competitors is that we're really listening to them. We're willing to try things differently. We don't have old established ways of doing business that needed updated we weren't stuck in our past. So I don't know if you maybe emphasis that.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Yes, I guess I'll start Joe, maybe you chime in and so. As I mentioned earlier, when I was talking about specialty one of the things that we're really excited about is we've been able to attract new customers and I think we've done so because we've had some different products and services that today aren't necessarily available out there. And they go to practice management services, they go the dispensing, they go inventory management, they go to clinical decision-making for sure.

And sure a lot of that is out there, but this is where Fuse then enters the equation, because Fuse is our Innovation Lab and we've understood by listening to our customers as Mike suggested that they were having pain points. And because we have this technology innovation center we were able to invite customers and we're able to discuss those pain points and guess what, one practices pain point, there is probably another practices pain point.

And so, from that we're able to do development of working with the customers and then push out enhancements for the customers that really will benefit them in managing their practice. So I think Fuse has really helped us in that attraction of new customers, particularly on the distribution side, Joe?

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

I've had the benefit of being on many of those visits at Fuse with customers and technology is great, but what Fuse does is it [melts] the technology to the patient flow and it's patient centric. So it listens to our customers and the challenges they're having in their practices and with patients and puts that combination of technology and medical practice together to help them be more efficient in delivering care and that's where you see the light bulb go up on those visit.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Jon I'm going to ask you, [thank him] again, but this time with Don. Can you guys talk a little bit about some real life examples of where coming together as MNP where we've delivered value to customers.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

Do you want to start, you chime in and I'll start. So one of the things that you saw on some of the slides that we presented today to centers of excellence is our strategic account changes and as we sort of evaluated the landscape and are thinking about who are some of the influencers, who are some of the leaders are going to be within the acute space, we've recognized the need to change the way in which we go to market.

A lot of that hopefully you've gained go from the presentation that Don and I did tag-team here. But the idea really is to go to market with some of those quote-unquote winners or the ones we believe will be winners with an enterprise solution. Thinking more broadly across Cardinal Health, thinking more broadly about all of the solutions that we shared with you today.

And so we put a strategic accounts team together and that strategic accounts team or the individual who manages those customers, works then across the entire enterprise. First goes in and talks about Mr. customer or Ms. customer what are some of the pain that you're experiencing, tell us what some of your needs are, and then we try to look at our solution sets to figure out which solutions we can directly apply or which solutions maybe we somewhat customize for a particular need.

I think we've had success in pretty much all of our accounts that we're managing that way to a lesser degree one way or the other. I do think it continues to be to the question that Don answered earlier, a lot of white space and a lot of runway relative to this, especially when you think about it through the lens of consolidation and systems getting better.

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

And I'd offer too Jon and a great example is we sell a lot of commodity-oriented products to hospitals that we believe would have applicability at the retail level. So we've now introduced a line of hospital quality at home that we've now pushed in retail. Well that's hospital products that are now sold through the retail channel as a great example. And it's how do we look at something that would typically be a acute play and actually push it out to a retail play.

And then I think Michael touched on it very well. The example Mike Kaufmann gave that somebody leaves a hospital and I think Meg set it up, an 80-year old that is leaving the hospital where they'd been given a pharmaceutical therapy that was specific to that hospital situation, well now they're at home. Well they had 11 drugs that they were taking at home and now they've got the drugs here.

That's where something like a meditation therapy management would come in and then that's an example of where we're going to have post-acute discharge management that will go through [NAVA], but then we're going to need to really help manage that patient and that becomes extremely relevant to these large hospital chains where you sit there and say, hey have you thought through when you're going to discharge a patients how are you going to care for that patient afterwards. And that's not an MRP, that's a cardinal solution.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Speaking of working together, now Craig that you have all of sourcing for both medical and pharma, can you talk about, in particularly, where that been productive to Cardinal? what are you seeing? What's your thoughts around combining that?

**Craig Cowman**, Cardinal Health, Inc. - EVP. Global Sourcing

Yes sure. I think that from our perspective, it really starts with the customer and how do we create value for the customer and so scaled solutions is one of the ways that we do that and though my history at Cardinal over the last 20 plus years. I think we've prided ourselves as an organization on our ability to set a strategy on how we acquire product and create value for customers. Whether that was traditionally in the medical segment or in the pharmaceutical segment, I think we have a good track record there.

I think though the recognition of creating a global sourcing team in bringing our resources together is really unlocking scale of ideas, scale of people, capabilities and volume and so I think that we have a lot of things being done historically within business units or not capitalizing fully on the complete scale either on volume or ideas we have as an organization.

And so we've spent a good bit of time setting a roadmap that capitalizes on best practices looking in categories where we think we can create more value by acting as one rather than as individual business units and we are very optimistic about our ability to continue to create value, whether it's Cardinal branded products or the national brand products either in pharmaceutical or medical through very strong partnerships and relationships with manufacturers.

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

Yes, there are some things where customers will run same product in medical and pharma, two different prices. We aren't even talking now all that's being focused on. So focusing on where we have stuff in common on products but even when we don't have

products in common, as you said, leveraging the best of the best ideas to get after it

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Yes, exactly.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Great, Michael, do you look to grow through acquisitions, product growth or both and are there particular product areas that you would see as growth areas in the post-acute space.

**Michael Jaff**, Massachusetts General Hospital - Paul & Phyllis Fireman Endowed Chair in Vascular Medicine

When we look at our post-acute space thinking about in the home or some of the other assets that we've discussed today, we see an opportunity to continue expand our product portfolio and other reimbursement products that the payers want, need their members to get and we actually do utilization management to help control that. So we've seen a lot more opportunities folding there.

When we think of home health and the home health agency marketplace, some of the challenges that they have with reimbursement, if we're able to bring a lot of different capabilities product/services to help them manage that spend and manage their resources effectively. So we see that continue to grow. We'll do tuck-in acquisitions that are very synergistic to us that are aligned with our product strategies we have today, but we also take on new products.

I think you should start to look more broadly at post-acute and start to think about discharge management in a broader sense. We've made some significant strides in being more relevant to health systems and helping them with the challenges of discharge management. They still have very significant challenges in that area and if you talk to the hospitals, they'll tell you they (inaudible) with the leader of a health system earlier this week and they're really struggling with how to manage a discharge process. I think overtime, you'll see us building out more capabilities to help make that a more efficient process for not only the employees of the hospital, but also the caregivers or the patients themselves in discharge as we kind of bring that together more broadly with having the help of some services we offer there. So we're very excited about it. We've been outpacing the market growth on top line. We continue to see opportunities moving forward.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

So Michael was just talking about growth in his space, Can you tell us a little bit about what you see is the next opportunities of growth in specialty and then was there any particular competitors or areas where you are taking volume from because our growth has been impressive in specialties?

**Joe DePinto**, Cardinal Health, Inc. - President, Cardinal Health Specialty Solutions

So, the specialty group works in a highly competitive marketplace, there is no about it. It's highly contested and the fundamentals of the specialty market are strong. So everybody wants to go get a piece of it. We, as you said before, Mike, we've grown organically and we focused a lot of our activity on making sure we're executing well across all of our business both upstream at the manufacturer side and downstream at the provider side.

We've seen a lot of activity with the addition of Metro Medical, expanding our depth and breadth now into rheumatology and nephrology as well as our core business in oncology and hematology. With the manufacturer services side that opens up all those different specialties for us to continue to sell services to.

So we are out there working hard to bring our distribution services and our GPO services to our key customers. We've had good partnerships and we continue to have partnerships with RainTree and continue to bring on volume there, but we look to continue to focus on the big customers and making sure that we're meeting their needs from not only a service standpoint, but a technology standpoint to build that long-term brand loyalty.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

I don't know whether your or Jon want to answer it, but clearly specialty pharmacies have been in the news a lot lately and not necessarily in a good light. But can you talk a little bit about this areas, how they are beneficial to supply chain and any of our thoughts around specialty pharmacy?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Maybe I'll chime in and Jon you can add as well. So specialty pharmacy has certainly grown as we've seen more specialty drugs launched in the marketplace for sure and the forecast is for more of them down the line as you all know. That's where the growth is expected. I think specialty pharmacies in and of themselves working with multiple manufacturers, working with multiple payers, actually provide a lot of value.

They do a lot of the things that I was talking about earlier relative to our Sonexus hub in that they've got patient services, they've got some other white glove type of customer service that they provide so that once the drug is dispensed, patient has it, they may have some question or able to do call in and then they've got an ability to have some follow-up and ongoing monitoring of a particular patient.

So I do think that there is an opportunity for specialty pharmacy and obviously there's very big players in specialty pharmacy who many of which happen to -- of few of which happened to be payers. So I think it does perform something very good within the healthcare market relative to getting patients on the drug, trying to ensure that they are compliant and at the same time trying to hold cost.

**Jon Giacomin**, Cardinal Health, Inc. - CEO - Pharmaceutical Segment

Perfect answer. The only thing I'd add is when I look at the specialty pharmacies, they are typically licensed and accredited and what they're helping to do is to deliver the drug oftentimes that needs specific or special handling and services to the patient that typically suffers from serious and debilitating disease and take that patient perspective, getting that drug to them at the right time to be delivered. It's really an important role they play.

Case: 1:19-cv-05847-EAS-EPD Doc #: 29-1 Filed: 11/06/20 Page: 37 of 649 PAGEID #: 954

Don, for you. We've heard a lot about the shift to value will benefit the Cardinal. Can you give some specific examples of this across the businesses and what do you see as the risk as it relates to change in reimbursement?

**Don Casey**, Cardinal Health, Inc. - CEO - Medical Segment

Well, I'll answer the second part first. Look, the changing reimbursement is going to cross a lot of hospitals and acute IDNs really think through how they want to go forward and ultimately, they believe that they are going to have less money per occasions, so that they're going to put more pressure on how are they going to manage cost going into the future.

I think where we get excited about that though is if it used to be 10 and the occasion is now going to be a 9, they're going to look for creative solutions to how am I going to deliver great quality care at a number that's lower than what it was two weeks ago and this is where we think we shine. We think as we talk about that total solution, we are in categories like interventional cardiology and vascular negative pressure wound and other areas. We believe that we have a product that's going to be a terrific addition. We're going to bring it in through share distribution what's going to allow us to deliver that at lower cost. We're going to put it on a smart distribution system with [weight mark], which is going to eliminate things like out of stock, it's going to eliminate plus product or data product.

And if you look at some of the categories whether it's orthopedics interventional cardiology, these are categories where there is not two days of inventory, there's potentially a 100 days, 200 days of inventory. So that's a huge efficiency that's going to help with a hospital. And then as you begin to look at these bundles that go beyond just the simple DRG 470, which used to be all contained within the hospital walls and begin to look at indication of care from pre-hab to rehab.

The fact that we have an absolutely category-leading assets in post-acute to storage management with NAVA. Great example of where we're going to become increasingly relevant as part of the team that's going to manage these bundles and then you look at another one of Michael's businesses, which is Cardinal Health at home where they're going to need the supply as they transition from the surgery center of the hospital to the home and we can get them there.

So, when you begin to look at the fact that the hospitals have gone from just a -- in the box, I am going to do to the surgery to somebody is going to manage a patient across the continuum of care, the ability to offer more products across that continuum care in an integrated way that's going to allow them to deliver better patient quality at lower cost, we think is going to differentiate us going into.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Mike, well I know you recently picked up the Strategic Accounts Group. We've heard Don and Jon speak a little bit about it from their perspective. Anything you'd like to add on what you're seeing and your excitement about what you're seeing from that team and what you're doing across them?

**Michael Petras**, Cardinal Health, Inc. - President, Post-Acute Solutions

Yes. I think the biggest thing is, I'm relatively new to healthcare, but I'm spending time with the leaders of several health systems across the country in the recent past and they've always thought of Cardinal in one way and that was sort of moving the supplies for pharma through their system.

The conversations we're having now are very different. We're much focused around some of the top 10 challenges they are having, if it's value based, reimbursement or its post-acute management, they're starting to see Cardinal in a very different light than they have in the past. When you start to think about all the solutions we're bringing around physician preference items, MCM services, pharmacy solutions in the hospital, the discharge management, even we've talked about it briefly earlier in today's presentation in our at home business, sitting down with them and saying, listen you have your own home health agency hospital and you shouldn't be touching the product or the fulfillment for the home at all.

You take care of the patient engagement at the front end and we'll do all the fulfillment on the back-end when your nurses get to the home, the products there [meet them], it drives more efficiency or they want to expand into their own DMEs, we're able to bring more services to them and be the back room for them and be able to take care of their services.

So I think when they look at Cardinal, what we're seeing now and again the recent meetings, I have even this week where we didn't realize Cardinal is playing so big and so broad across the whole care continuum and they're seeing us as a real potential solution to help them solve challenges they're trying to deal going forward.

So it's really exciting to be able to see the level of engagement across, I mean, just this week we talked to the CEO, the Chief Clinical Officer, the Chief Care Transformation Leader that wasn't a typical place we spent time and it's really encouraging to see what they see Cardinal can offer them.

**Mike Kaufmann**, Cardinal Health, Inc. - CFO

Yes. I'll wrap up with this question comment. So a little comments around inflation both generic and brands and on the generic side and I will talk -- Craig just wrap up with what you're seeing about our value branded manufacturers and your confidence around that, but on the generic side, we do continue to believe what we've said we still continue to see what we're seeing in the marketplace that generic inflation will continue to moderate for the rest of this year and so, I don't think anything's changed in the environment right now that makes us think that that's going to be different and we've been talking about so far with you. So, that's how I feel about on the generics side, we'll continue to manage all that, but just end with a few thoughts on our value prop, the branded manufacturers and our confidence around even if things change on the inflation front, our thoughts around that?

**Craig Cowman**, Cardinal Health, Inc. - EVP. Global Sourcing

Yes, sure. I think that we provide indispensable service to branded manufacturers and that could be pharmaceutical or medical product. I think how you get products to market from manufacturer to patient is fairly sophisticated set of components and I think Jon did a nice job earlier of explaining that under our logistics solutions. And so the relationships we have with those manufacturers, I think have evolved over many years. I think that I would categorize them as stable at this point and we are always looking at what is our cost to serve what's the best cost to serve to these manufacturers and we have communication around those with those manufacturers and I think that I don't see a lot of change in the value that we provide. Therefore, I think that the fees or the way in which we compensated from those manufacturers will follow soon.

Yeah, we will negotiate with these folks all the time, it's always -- sometimes they go up, sometimes they go down depending on the changing dynamics with the manufacturers. So we have a lot of experience and it's something I think Craig and I feel confident we'll be able to manage through. So with that I want to thank the panel, nice job and I will turn it over to George Barrett to wrap us up.

**George Barrett**, Cardinal Health, Inc. - Chairman & CEO

Thanks. So I'm going to conclude here today. First, because I'll forget to do it if I don't do it now. I want to thank Sally and her team. This kind of stuff doesn't just happen. It's a lot of work and [Debb Mitchell] is here on the communication side and Betty on the events. We really appreciate the work that you guys do to set us up. So thanks.

I appreciate your taking this event. It's a long morning with you guys, I've now got a chance to see the list of companies you follow, cover, are in your portfolios. I don't know how you do, what you do and keep it out particularly given the convergence of all these systems. So we recognize how hard your job is and we appreciate it.

I want to just touch on a few things and as always I'm like precisely scripted here. I took some notes as we were going from the day and I just wanted to -- few observations. In the next 24 hours, just leave us alone, millions of people are going to come in touch with Cardinal products and services in the next 24 hours. I mean I love Meg, the little picture of the person, the little words Waldo Game, how many Cardinal products and services in there? And I get calls all the time from friends that do with it, oh I just saw your product, I just saw your truck and this is part of an important dynamic for us, which is if system going to change we're extremely relevant we touch every one, that's number one.

I don't know there is anybody that has more touch points across the system. So I think it's really important now. The second thing I'd highlight is this, we started talking about demographics and I just want to share this little fact. We have roughly, just US alone and we're not the oldest country in the world, 11-ish million people over the age of 80, and we often talk about the -- we talk about the Medicare population at 65, which is actually now statistically speaking, well they're less healthy than 35 year olds and the 20 year olds, it's a relatively healthy population now going to 80. That group of people is going to be 20 plus million over the next five or six years.

So the implications of that again we've heard from the physicians -- by the way, I also want to thank for them to take the time out to do this, it's incredibly great and appreciated by us. So, that aging population dynamic is powerful, and I think there are going to be these tensions. One, you cannot fight demographics, the numbers are increasing, you cannot fight it. So there will be attempts to create per capita pressure to manage this and I think a lot of the tools that we've talked about during the course of the day actually help the system do that. So that's the reason why we say we are on the bring side of healthcare.

This idea of being stewards of your capital and being disciplined, our roots are deeply embedded in this low margin tough -- nails business really attentive to the details of how we operate, how we execute, our metrics are designed that way. That's incredibly useful at a time when the system is saying, help us be more efficient. So, I just want to highlight that.

I want to finish by talking a little about connecting this idea of partnerships in the patient and I made some notes and then I'm going to come back to the people. We are finding that a system and just think about your own lives, at a time of great change where there is some uncertainty even if it's not about the what, but it's about the how faster the win, what are you looking for, like minded folks that you can talk to, who get it. You're looking for partnerships.

This reference here on this slide is about the partnerships that we've announced like CVS Health on Red Oak and [Shine] but it's deeper than that. We want to be and I think we are increasingly that company that institutions are calling and saying we'd like to get our top team together with your top team, because we are wrestling through some challenges and we don't have all the answers. Nobody has all the answers today in healthcare, nobody. And I think to have a company that has this kind of depth, reach, knowledge across the system, and really touching every parts of the system is really important and I think our customers and our suppliers increasingly see us in that context, not just these big partnerships we announced don't want to highlight that.

And then finally, I want to talk about our team, a lot of what happens, happens because you've got people that really internalized what we do. And we and I as the guy that gets to lead this, I often use stories with our organization about who we are, and what we do, because I can't touch 36,000 people directly, and what we do is we illuminate who we are and how we do it -- with the stories that we tell and they're powerful and we touch so much of the system. So our people bring to this knowledge they bring humility and especially the time of great change, I don't want somebody who is going to tell me they have all the answers. Nobody has all the answers, I want a learning culture, the organization is essentially on this very steep learning curve all the time. I think we have that.

It is a diverse organization. In spite of the appearance of this [last channel] by the way, it is a diverse organization, I don't just mean gender wise, geographic diversity, I think there was -- I'm taking about point of view that healthy tension, that is necessary for any great enterprise. I think is present inside Cardinal Health, and a sense of accountability to one another and to you all. We recognized that we have a responsibility to you and we have a responsibility to our employees to develop their careers, responsibility to our customers to serve them in a way that perhaps is unlike anybody else.

So, we are excited about the work that we're doing, we feel really optimistic about the future, excited to be engaged in this craziness of healthcare and with that, I will thank you for your time and your attention and your patience, your great questions and your support and with that we'll close. Thank you.

---

StreetEvents transcripts content provided by Thomson Reuters

# EXHIBIT 29

# Welcome

## Cardinal Health, Inc. Investor and Analyst Meeting
## November 19, 2015



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Cardinal Health
# Investor and Analyst Meeting

Sally J. Curley
SVP, Investor Relations



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Agenda

## Customer Experience Modules

### Section 1

- Healthcare, strategy and financial overview
- Audience Q&A

### Break and Customer Experience Modules

### Section 2

- Pharmaceutical and Medical outlook
- An enterprise perspective of how we go to market
- Specialist physician panel
- Audience Q&A

Welcome!



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the ability to continue to achieve and maintain the benefits from the generic sourcing joint venture with CVS Health; the ability to achieve and maintain the benefits from our acquisitions of Cordis and The Harvard Drug Group; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of November 19, 2015. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement. In addition, this presentation contains Non-GAAP financial measures. Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at the end of these presentations and at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.

4   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care™*

# Healthcare is changing.
# We're changing Healthcare.

George Barrett
Chairman and Chief Executive Officer



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Polling question:

# In one word, what is the biggest trend healthcare will face in the next 5 years?

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Healthcare as we see it

Meghan FitzGerald

EVP, Strategy, M&A and Health Policy



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved








 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Healthcare trends

Global demand swells · Healthcare consumerism · Precision medicine · Power of generics and breakthrough innovation · Government's expanding role · Care shifts to more efficient settings · Partnerships · Mobile connectivity · Value-based care



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Healthcare trends

**Global demand swells**

**Power of generics and breakthrough innovation**

**Care shifts to more efficient settings**

**Value-based care**

12 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



**Cardinal**Health

*Essential to care™*

# The consumer of 2020 is not the patient of 2015











 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Accounting for both volume and value





**Generics** currently represent **88% of drug volume** for dispensed prescriptions

**Specialty** is projected to represent **50% of drug spend** in 2018

17  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



Credit Raymond K. Martin, NY

# Cardinal Health:
## Hospital to home and all points in between



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Value-based care

## Medicare fee-for-service (FFS) payment models



**2016**

30%

85%

All Medicare FFS

**2018**

50%

90%

All Medicare FFS



| | | |
|---|---|---|
| All Medicare FFS (Categories 1–4) | FFS linked to quality (Categories 2–4) | Alternative payment models (Categories 3–4) |

**Source:** Centers for Medicare & Medicaid Services

21  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Case study: Tufts Medical Center

**Problem**
40% increase in cost per CHF case in 2013, longer lengths of stay, increased medication use

**Solution**
Used predictive data to empower hospital/MDs to project appropriate discharge days, clinical interventions/protocols around PT, having patients walk sooner

**Result**
Length of stay reduced from 85 days (2013) to 32 days (2015), average cost/case for daily non-ICU declined $33,000, pharmaceutical care decreased $25,000. **Survival rates exceeded national average**

**Implication**
If ALL hospitals performed like the top 50, **8,000 lives saved and $1.3B spend eliminated**

**Source:** Modern Healthcare, Truven Health Analytics

Cardinal Health implication

Top 50 cardiac hospitals to **benefit from a combination of Cordis, Medication Therapy Management (MTM), naviHealth and Cardinal Health at Home**

# **Three keys** to success

   

**1** Right care, right time, right setting

**2** Improve and manage cost

**3** Implement new models and partnerships

 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*



# Financial Overview

Mike Kaufmann
Chief Financial Officer



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Overview

**Strategic priorities**

**Historical performance**

**Long-term sustainable growth**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Key trends

**Global demand swells**

**Power of generics and breakthrough innovation**

**Care shifts to more efficient settings**

**Value-based care**

## Positioned on the right side of healthcare

 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Our strategic priorities are aligned with healthcare growth

| Generics | Specialty & Biopharma | Alternate Sites of Care | Health System & Hospital Solutions | International |
|---|---|---|---|---|
| Growing customer base | Extensive upstream solutions for biopharma | Strong position in post-acute settings & discharge management | Expanded CAH Brand consumables | Top ten distributor in China |
| Focused on data & analytics | Valuable wraparound services for clinicians | Leader in the home | Industry-leading physician preference items (PPI) | Deep expertise in global sourcing & manufacturing |
| Largest U.S. sourcing entity | Expanding scale and therapeutic reach | Enhanced physician office footprint | Enterprise-wide solutions | Product presence in over 70 countries |

29 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Generics



Growing customer base

Focused on data & analytics

Largest U.S. sourcing entity

 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Specialty and Biopharma



Extensive upstream solutions for biopharma

Valuable wraparound services for clinicians

Expanding scale and therapeutic reach

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Alternate Sites of Care



Strong position in post-acute settings & discharge management

Leader in the home

Enhanced physician office footprint

32  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Health System & Hospital Solutions



Expanded CAH Brand consumables

Industry-leading physician preference items (PPI)

Enterprise-wide solutions

33   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# International



Top ten distributor in China

Deep expertise in global sourcing & manufacturing

Product presence in over 70 countries

34  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Overview

| Strategic priorities |
|---|
| **Historical performance** |
| Long-term sustainable growth |



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Market performance

Relative stock price performance post-spinoff[1]

**Total Shareholder Return[2]**

**282%**

**CAH: 237%**

**S5HLTH: 160%**

**SPX: 102%**

August 31, 2009

June 30, 2015

— Healthcare Sector — S&P500 — CAH

[1]*Relative stock price between 8/31/2009 and 6/30/2015. A $100 Investment made on 8/31/2009 would have grown to $202 for the S&P 500, $260 for the S&P 500 Healthcare Index and $337 for Cardinal Health stock.*
[2]*Total shareholder return over the period assumes dividends are reinvested in the stock.*

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*

# Market performance

Relative stock price since FY13[1]

**Total Shareholder Return[2]**

# 118%

**CAH: 104%**

**S5HLTH: 82%**

**SPX: 49%**

June 29, 2012

November 13, 2015

— Healthcare Sector  — S&P500  — CAH

[1]*Relative stock price between 6/29/2012 and 11/13/2015. A $100 Investment made on 6/29/2012 would have grown to $149 for the S&P 500, $182 for the S&P 500 Healthcare Index and $204 for Cardinal Health stock.*
[2]*Total shareholder return over the period assumes dividends are reinvested in the stock.*

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.


CardinalHealth
Essential to care™

# Growth and resilience



Revenue ($B)

Non-GAAP Operating Earnings ($B)

*See appendix for GAAP/non-GAAP definitions and reconciling information.*

 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# FY11 to FY15 financial performance

| What we said in Dec. 2010 | What we delivered |
|---|---|
| Non-GAAP EPS growth ≥ 10% | 14.4% CAGR[1] |
| Modified TSR ≥ 11% | 16.0%[2] |
| Gross margin expansion | +152 bps |
| Non-GAAP operating margin expansion | +81bps |
| Dividend payout ratio increase | +3.4 pp[3] |

[1]*Non-GAAP diluted earnings per share from continuing operations; See appendix for definitions and reconciling information.*
[2]*Modified TSR calculated using FY11 – FY15 non-GAAP EPS CAGR plus 1.6% dividend yield on 6/30/2015.*
[3]*Dividend payout ratio increase from 27.9% in FY11 to 31.3% in FY15 using annualized dividend per share and non-GAAP EPS.*

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Investing for long-term sustainable growth



[1]Capital Deployment over five years includes activity in FY11 through FY15.
Acquisitions are net of divestitures and do not include The Harvard Drug Group or Cordis.

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## Recent acquisition highlights

| Acquisition | Strategic fit | Update |
|---|---|---|
| **Harvard** | Generics | On track to deliver >$0.15 accretion in FY16 |
| **Metro Medical** | Specialty | Accelerated integration; ahead of our accretion targets |
| **Cordis, ACI & ITI** | Hospitals and Health Systems | Met target close date for Cordis; ACI & ITI performance ahead of targets |
| **AssuraMed** | Alternate Sites of Care | Outperformed accretion targets; continues to outpace market growth |
| **China** | International | Grew to more than $3B in revenue in FY15; expanding market presence |

41   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Shareholder returns

**Achieved a 4-year CAGR of 15.1%[1]**

| FY11 | FY12 | FY13 | FY14 | FY15 |
| --- | --- | --- | --- | --- |
| $0.78 | | | | $1.37 |

■ Dividend per share

[1]CAGR of annual dividend per share between FY12 and FY15, using FY11 as a base.



42   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Overview

**Strategic Priorities**

**Historical Performance**

**Long-term Sustainable Growth**



43   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Strong and consistent earnings growth
## Non-GAAP EPS



*See appendix for GAAP/non-GAAP definitions and reconciling information.*
*[1] 6-year CAGR is based off of non-GAAP EPS from FY10 to the midpoint of the FY16 guidance range.*

44   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

## Pharma segment profit drivers

Focus on customers

Execute on generics program

Drive growth in Specialty Solutions

Deliver on recent acquisitions

Execute on organic initiatives



45   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Medical segment profit drivers

Focus on customers

Expand on integrated services

Grow Cardinal Health Brand

Maximize the post-acute setting

Focus on efficiencies



46   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# December 2013 investor meeting: future aspirations

| Metric | FY17 |
| --- | --- |
| **Consolidated non-GAAP operating margin** | **> 3.0%** |
| **Pharmaceutical segment profit margin** | **> 2.5%** |
| **Medical segment profit margin** | **> 5.75%** |
| **Non-GAAP EPS CAGR** (from FY14) | **10% – 15%** |
| **Dividend payout** (as percent of non-GAAP EPS) | **30% – 35%** |

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Long-term financial aspirations

**Non-GAAP EPS CAGR**

# 10 – 15%

**Annual Dividend Payout**

# 30 – 35%

**Pharma Segment Profit Margin Rate**

| Contract Renewals | Customer Mix | Generics program |
| Specialty & Brand Launches | Acquisitions | Services |

**Medical Segment Profit  Margin Rate**

| National Brand | Customer Mix | CAH Brand Products |
| Contract Renewals | Acquisitions | Services |



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Strong and flexible capital base

## OCF generation of > $5B over the last two years

**Robust Balance Sheet**
- Healthy leverage ratio
- Access to ~$2.5B of borrowing facilities
- Commitment to investment grade ratings



**Strong OCF Generation**
- Continued growth in EBITDA
- Disciplined and proven working capital management

Continued capacity to fund **strategic growth** and **return cash to shareholders**

49 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Strong, **growing** businesses

# **Aligned** strategic priorities

# Great **partnerships**

# **Disciplined** cash deployment

# Outstanding **talent**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q&A with Audience

George Barrett
Mike Kaufmann
Meghan FitzGerald
Sally Curley - Moderator



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Healthcare is changing.
# We're changing Healthcare.

George Barrett
Chairman and Chief Executive Officer



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Pharmaceutical and Medical Segment Performance and outlook

Jon Giacomin, Pharmaceutical Segment CEO
Don Casey, Medical Segment CEO



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Pharmaceutical segment transformation
## FY11 through FY16

We have **transformed** into a robust segment, with excellent positioning and strong growth

**We have been relentlessly focused on:**

- Executing against our strategic priorities

- Balancing customer mix

- Building capabilities

- Growth

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Pharmaceutical segment revenue

**FY11**

**FY16**

*¹Alt. Care includes LTC, Alternate Care, Nuclear and other smaller businesses.*



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Pharmaceutical segment results
## Q1FY16

### Revenue ($M)

- Q1FY15: $21,209
- Q1FY16: $25,140

### Segment Profit ($M)

- Q1FY15: $451
- Q1FY16: $657

| | Q1 FY15 | Q1 FY16 |
|---|---|---|
| Segment profit margin | 2.13% | 2.62% |

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Pharma segment profit drivers

Focus on customers

Execute on generics program

Drive growth in Specialty Solutions

Deliver on recent acquisitions

Execute on organic initiatives

57 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Focus on customers







**Stores in PSAO network**

**>5,000 pharmacies** in our PSAO, representing ~3.9M patients lives enrolled

# Execute on generics program



**47% Growth**

**Generic units sold[1]**



**FY11**

**FY15**

*[1]Excludes non-Source sales*

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Specialty Solutions
## Revenue



60   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Deliver on recent acquisitions and execute on organic initiatives

**Generics**





**China**



**Specialty**



**Operational Excellence**



**Medication Therapy Management (MTM)**





© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Well positioned for sustainable growth

## Multiple levers

## Great relationships

## Strong execution



62  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Medical segment results
## Q1FY16



**Revenue ($M)**

**Segment Profit ($M)**

| | Q1FY15 | Q1FY16 |
|---|---|---|
| Revenue | $2,852 | $2,919 |
| Segment Profit | $113 | $101 |

| | Q1 FY15 | Q1 FY16 |
|---|---|---|
| Segment profit margin | 3.97% | 3.45% |



63   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Medical segment transformation
## FY12 through FY16

We have **transformed** into a highly customer-centric, global organization with broad and valuable offerings

**We have been relentlessly focused on:**

- World-class distribution and supply chain

- New service offerings

- Cardinal Health Brand consumables & PPI

- Post-acute and discharge management

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Medical segment profit



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Services

**72%**

**FY12**

**FY15**

**Contribution**



66 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Cardinal Health at Home

**FY12**

**FY15**

**Contribution**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Cardinal Health Brand products

**88%**

**FY12**  **FY15**  **FY17(E)**

**Contribution**

68  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Well positioned for accelerated growth

## Leverage our legacy

## Aligned for future trends

## Outstanding talent

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# An Enterprise Perspective



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

**For those navigating the complexities of healthcare…**

Cardinal Health brings **scaled solutions** that span the continuum of care and **help our customers thrive** in a changing world.

Cardinal Health: **Broad perspective of healthcare system**

**Deep understanding** of customer needs, issues, pain points

Need to provide **solutions** from across the enterprise that are **scaled**

72  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Cardinal Health customers



**Acute**

Integrated Delivery Networks (IDNs) and acute care providers



**Retail**

Independent pharmacies, chain pharmacies, chain food, chain mass merchandisers, online



**Consumer/ Patient**

Individuals making a specific healthcare purchase decision



**Supplier**

Pharmaceutical or medical manufacturers



**Payer**

Insurers or other groups paying for group healthcare



**Physician's Office**

Independent physician offices

73  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



Case: 2:19-cv-03347-EAS-EPD Doc #: 29-1 Filed: 11/06/20 Page: 113 of 649  PAGEID #: 1030

# What's on the minds of our customers?

**Care**

**Cost**

**Efficiency**

74    © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# We offer enterprise-wide capabilities in four areas



**Logistics Solutions**

Enabling a more efficient way of **bringing healthcare to market**



**Business Solutions**

**Optimizing the process and performance** of healthcare



**Patient Solutions**

**Connecting clinicians and patients** for smarter population management, better patient wellness



**Product Solutions**

Providing a **comprehensive healthcare product offering**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Cardinal Health centers of excellence

Global Sourcing | Strategic Account Teams | Enterprise Marketing | Operational Excellence | Pricing and Analytics | 360 Program

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Solutions for IDNs and acute care provider customers



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# What is on the minds of our <span style="color:red">acute care provider</span> customers?

**Care**

**Cost**

**Efficiency**



78   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Robust solutions for acute customers



**Logistics Solutions**

Med, Pharma and Specialty distribution excellence

3PL services

Home delivery services



**Business Solutions**

Supply chain optimization

Inventory management services

Clinical pharmacy solutions

Performance consulting



**Patient Solutions**

Medication adherence & compliance offerings

Discharge consulting services

Cardinal Health at Home



**Product Solutions**

Generics, Brand, Specialty products

Direct-to-home medical supplies

Med/surg & physician preference products



 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Robust solutions for acute customers



**Logistics Solutions**

Med, Pharma and Specialty distribution excellence

3PL services

Home delivery services

**Delivering products to customers efficiently, securely, compliantly & at high service levels**

**Reliable, consistent product delivery enabled by our world-class distribution network**

- − 99% fill rates
- − 100+ distribution facilities worldwide

**Our innovative solutions drive savings, based on deep understanding of health systems logistics costs**

- − Inbound freight consolidation (OptiFreight®)
- − Flexible outsourcing solutions from labor to full warehouse management

80   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for acute customers



**Business Solutions**

Supply chain optimization

Inventory management services

Clinical pharmacy solutions

Performance consulting

## Optimizing supply chain to reduce cost

## Pharmacy solutions to improve work flow and productivity

− Analytics and formulary management capability

## Clinical, operational excellence resources

− Assess performance, identify opportunities, build and execute improvement plans

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for acute customers



**Patient Solutions**

Medication adherence & compliance offerings

Discharge consulting services

Cardinal Health at Home

## Helping customers follow the patient

## OutcomesMTM

- Contracting with 40+ U.S. health plans to deliver personalized MTM services to over 5.5 million patients

- Network of over 50,000 local chain and independent retail pharmacies

## naviHealth®

- Risk management platform to help providers, payers manage post-discharge care

## Cardinal Health at Home

- 1.8 million patients, 40,000 products

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*

# Robust solutions for acute customers



**Product Solutions**

Generics, Brand, Specialty products

Direct-to-home medical supplies

Med/surg & physician preference products

**Offering industry-leading, value-oriented products as a result of our strengths in sourcing, manufacturing, logistics & operations**

Comprehensive product portfolio delivering savings to nearly 4,000 customers











83  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Physician preference items (PPI)

## Our definition

Products with historic physician preference

Low clinical differentiation

Pain point for the hospital

## Our approach

**Products**

**Services**

**Analytics**

84  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Cardinal Health PPI platforms

## Cardiovascular



## Wound management

Negative pressure wound therapy



## Orthopedics

Trauma

Surgical products and accessories



85  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# PPI solutions: *Cordis example*

Cordis products



Cardinal Health Inventory Management Solutions



Presource® Products and Services







 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Post-acute focus



**August 2015**

Acquired majority stake in Brentwood, Tenn.-based naviHealth®

### About naviHealth®

Partners with health plans, health systems and providers to manage the post-acute component of the care continuum

### Strategic alignment

Offer the most complete and integrated suite of services to our IDN, hospital and other customers

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



Acute summary

# We are…

|  |  |
|---|---|
| Aggressively growing **Cardinal Health brand** products, services | Taking an **enterprise approach** in key areas to leverage expertise, build efficiency: |

Taking an **enterprise approach** in key areas to leverage expertise, build efficiency:

- Global sourcing
- Operational excellence
- Strategic Account Teams
- Marketing
- 360 program

Working across the **continuum of care**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Expert physician panel

Moderated by
Dr. Shaden Marzouk
SVP, Clinical Operations



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Solutions for retail chain and independent customers



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# What is on the minds of our
## retail chain & independent customers?

**Care**

**Cost**

**Efficiency**

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for retail customers



**Logistics Solutions**

Pharma and OTC distribution

Specialty distribution

Independence Medical



**Business Solutions**

Inventory management solutions

Managed care services and contracting

Marketing / advertising services



**Patient Solutions**

Medication adherence and compliance offerings

Specialized Care Centers



**Product Solutions**

Generics, Brand, OTC, Specialty products

Direct-to-home medical supplies

Hospital Quality at Home – Retail medical products

Broad private label portfolio

 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Robust solutions for retail customers



**Logistics Solutions**

Pharma and OTC distribution

Specialty distribution

Independence Medical

## Pharmaceutical, OTC and Specialty distribution

Reliable, consistent product delivery enabled by our large, efficient distribution network

- >99% fill rates
- Significantly shortened lead time due to world-class supply chain efficiency

## Independence Medical

Home healthcare and durable medical equipment shipped to patients on behalf of retailer

Reduces working capital and ensures patients have products they need

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for retail customers



**Business Solutions**

Inventory management solutions

Managed care services and contracting

Marketing / advertising services

**Insight, innovative technology and heritage of healthcare experience**

Unparalleled insight for end-to-end, demand-driven supply chain

Innovative technology to enable real-time visibility into inventory

Extensive healthcare experience to understand customer priorities

94   © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for retail customers



**Patient Solutions**

Medication adherence and compliance offerings

Specialized Care Centers

## Helping retailers help their patients

Strengthen their role as a trusted healthcare provider

Meet important medication adherence measures that affect CMS Star Ratings

As an extension of customer pharmacy team, help expand patient care by remotely delivering MTM cases on customers' behalf

- − Leveraging OutcomesMTM

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Robust solutions for retail customers



**Product Solutions**

Generics, Brand, OTC, Specialty products

Direct-to-home medical supplies

Hospital Quality at Home – Retail medical products

Broad private label portfolio

## Delivering new business opportunities for retailers

Private label OTC portfolio carried at 8,000+ U.S. retail locations

Hospital-quality portfolio of medical products for retail





96  © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Retail summary

## We are…

Focused on **new** product and service **offerings** to **enable** our customers' business **growth**

Providing services that help retailers follow the patient across the **continuum of care**

Taking an **enterprise approach** in key areas to leverage expertise and scale to deliver efficiency:

- Global sourcing
- Operational excellence
- Pricing and analytics
- Marketing



97 © Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Cardinal Health serves the entire continuum of care and meets customer needs with robust solutions

**Logistics Solutions**

**Business Solutions**

**Patient Solutions**

**Product Solutions**

**World-class distribution**

**Business operations services that improve efficiency and access**

**Medication, outcomes and post-acute discharge management services**

**Range of products from Generics to OTCs and from commodities to PPIs**

**CARE** — **COST** — **EFFICIENCY**

98

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Q&A with Audience

Don Casey
Craig Cowman
Joe DePinto
Jon Giacomin
Michael Petras
Mike Kaufmann - Moderator



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Healthcare is changing.

# We're changing Healthcare.

George Barrett
Chairman and Chief Executive Officer



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Our business is positioned to grow WELL into the future

Our strategic priorities are on **the right side** of healthcare trends

We are **excellent, disciplined stewards of capital**

We have strong and valuable **strategic partnerships**

We have a **relentless focus** on serving our **customers**, and the **patients** they care for

We will execute to deliver **meaningful** and **measurable results**

## Driven by a team with a proven track record in the business of healthcare

© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



Adjourned

Thank you for attending



© Copyright 2015, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

### Fiscal Year 2015

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 2,161 | 15 % | $ 1,967 | $ 755 | $ 1,212 | 4 % | $ 3.61 | 7 % |
| Restructuring and employee severance | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and (gain)/loss on disposal of assets | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | - | | 60 | 23 | 37 | | 0.11 | |
| **Non-GAAP** | $ 2,472 | 16 % | $ 2,339 | $ 870 | $ 1,469 | 11 % | $ 4.38 | 14 % |

### Fiscal Year 2014

| | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,885 | 89 % | $ 1,798 | $ 635 | $ 1,163 | 247 % | $ 3.37 | 247% |
| Restructuring and employee severance | 31 | | 31 | 11 | 20 | | 0.06 | |
| Amortization and other acquisition-related costs | 223 | | 223 | 79 | 144 | | 0.42 | |
| Impairments and (gain)/loss on disposal of assets | 15 | | 15 | 5 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | (21) | | (21) | (8) | (13) | | (0.04) | |
| Non-GAAP | $ 2,133 | 4 % | $ 2,047 | $ 722 | $ 1,324 | 3 % | $ 3.84 | 3 % |

### Fiscal Year 2013

| | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 996 | (44)% | $ 888 | $ 553 | $ 335 | (69)% | $ 0.97 | (68)% |
| Restructuring and employee severance | 71 | | 71 | 27 | 44 | | 0.13 | |
| Amortization and other acquisition-related costs | 158 | | 158 | 52 | 106 | | 0.31 | |
| Impairments and (gain)/loss on disposal of assets | 859 | | 859 | 37 | 822 | | 2.39 | |
| Litigation (recoveries)/charges, net | (38) | | (38) | (15) | (23) | | (0.07) | |
| Non-GAAP | $ 2,046 | 10 % | $ 1,938 | $ 654 | $ 1,284 | 15 % | $ 3.73 | 16 % |

### Fiscal Year 2012

| | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,792 | 18 % | $ 1,698 | $ 628 | $ 1,070 | 11 % | $ 3.06 | 12 % |
| Restructuring and employee severance | 21 | | 21 | 8 | 13 | | 0.04 | |
| Amortization and other acquisition-related costs | 33 | | 33 | 9 | 24 | | 0.07 | |
| Impairments and (gain)/loss on disposal of assets | 21 | | 21 | 8 | 13 | | 0.04 | |
| Litigation (recoveries)/charges, net | (3) | | (3) | (1) | (2) | | (0.01) | |
| Other Spin-Off costs | 2 | | 2 | 1 | 1 | | - | |
| Non-GAAP | $ 1,866 | 13 % | $ 1,772 | $ 653 | $ 1,119 | 13 % | $ 3.21 | 15 % |

### Fiscal Year 2011

| | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,514 | 16 % | $ 1,518 | $ 552 | $ 966 | 65 % | $ 2.74 | 69 % |
| Restructuring and employee severance | 15 | | 15 | 5 | 10 | | 0.03 | |
| Amortization and other acquisition-related costs | 90 | | 90 | 22 | 68 | | 0.19 | |
| Impairments and (gain)/loss on disposal of assets | 9 | | 9 | 3 | 6 | | 0.02 | |
| Litigation (recoveries)/charges, net | 6 | | 6 | (1) | 7 | | 0.02 | |
| Other Spin-Off costs | 10 | | 10 | 4 | 6 | | 0.02 | |
| Gain on sale of CareFusion stock | - | | (75) | - | (75) | | (0.21) | |
| Non-GAAP | $ 1,644 | 18 % | $ 1,573 | $ 585 | $ 988 | 22 % | $ 2.80 | 25 % |

### Fiscal Year 2010

| | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,307 | 1 % | $ 1,212 | $ 625 | $ 587 | (23)% | $ 1.62 | (23)% |
| Restructuring and employee severance | 91 | | 91 | 32 | 59 | | 0.16 | |
| Amortization and other acquisition-related costs | 18 | | 18 | 6 | 12 | | 0.03 | |
| Impairments and (gain)/loss on disposal of assets | 29 | | 29 | (5) | 34 | | 0.09 | |
| Litigation (recoveries)/charges, net | (62) | | (62) | (23) | (39) | | (0.11) | |
| Other Spin-Off Costs | 11 | | 53 | (149) | 202 | | 0.56 | |
| Gain on sale of CareFusion stock | - | | (45) | - | (45) | | (0.12) | |
| Non-GAAP | $ 1,394 | (3)% | $ 1,296 | $ 486 | $ 810 | (2)% | $ 2.24 | (2)% |

[1] The 5-year compound annual growth rate for GAAP and non-GAAP diluted earnings per share from continuing operations was 17.4 percent and 14.4 percent, respectively.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | | Fiscal Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **2015** | | 2014 | | 2013 | | 2012 | | 2011 |
| Revenue | $ | **102,531** | $ | 91,084 | $ | 101,093 | $ | 107,552 | $ | 102,644 |
| **GAAP operating earnings** | $ | **2,161** | $ | 1,885 | $ | 996 | $ | 1,792 | $ | 1,514 |
| Restructuring and employee severance | | **45** | | 31 | | 71 | | 21 | | 15 |
| Amortization and other acquisition-related costs | | **281** | | 223 | | 158 | | 33 | | 90 |
| Impairments and (gain)/loss on disposal of assets | | **(19)** | | 15 | | 859 | | 21 | | 9 |
| Litigation (recoveries)/charges, net | | **5** | | (21) | | (38) | | (3) | | 6 |
| Other Spin-Off Costs | | **-** | | - | | - | | 2 | | 10 |
| **Non-GAAP operating earnings** | $ | **2,472** | $ | 2,133 | $ | 2,046 | $ | 1,866 | $ | 1,644 |
| **GAAP operating earnings margin rate** | | **2.11 %** | | 2.07 % | | 0.99 % | | 1.67 % | | 1.48 % |
| **Non-GAAP operating earnings margin rate** | | **2.41 %** | | 2.34 % | | 2.02 % | | 1.73 % | | 1.60 % |
| **FY11-FY15 GAAP operating earnings margin rate expansion** | | 63bp | | | | | | | | |
| **FY11-FY15 Non-GAAP operating earnings margin rate expansion** | | 81bp | | | | | | | | |

The sum of the components may not equal the total due to rounding.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP earnings from continuing operations (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are earnings from continuing operations. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and LIFO charges/(credits), which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Cardinal Health, Inc. and Subsidiaries**

**Use of Non-GAAP Measures**

This presentation contains financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP").  In general, the measures exclude items and charges that (i) management does not believe reflect Cardinal Health, Inc.'s (the "Company") core business and relate more to strategic, multi-year corporate activities; or (ii) relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. Management uses these non-GAAP financial measures internally to evaluate the Company's performance, evaluate the balance sheet, engage in financial and operational planning and determine incentive compensation.

Management provides these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on its financial and operating results and in comparing the Company's performance to that of its competitors.  However, the non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by the Company should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial statements set forth above should be carefully evaluated.

**Definitions**

**Non-GAAP Diluted EPS from Continuing Operations and growth rate calculation[1]**: non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Earnings from Continuing Operations**: earnings from continuing operations excluding (1) restructuring and employee severance[2], (2) amortization and other acquisition-related costs[3], (3) impairments and (gain)/loss on disposal of assets[4], (4) litigation (recoveries)/charges, net[5], (5) LIFO charges/(credits)[6], (6) loss on extinguishment of debt[7], (7) other spin-off costs[8], and (8) gain on sale of CareFusion stock, each net of tax.

**Non-GAAP Operating Earnings**: operating earnings excluding (1) restructuring and employee severance, (2) amortization and other acquisition-related costs, (3) impairments and (gain)/loss on disposal of assets, (4) litigation (recoveries)/charges, net, (5) LIFO charges/(credits), and (6) other spin-off costs.

**Non-GAAP Operating Earnings Margin Rate**: current period non-GAAP operating earnings divided by revenue.

**Segment Profit**: segment revenue minus (segment costs of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin**: segment profit divided by segment revenue.

[1] Except for compound annual growth rates (CAGR), growth rates in this presentation are determined by dividing the difference between current period results and prior period results by prior period results. CAGR is determined by subtracting one from ((the ending value divided by the beginning value) raised to the power of (one divided by the number of years)), calculated using fiscal 2010 as the base year, unless otherwise noted.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel) and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangible assets, transaction costs, integration costs and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market.  These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[7] Charges related to the make-whole premium on the redemption of notes.

[8] Cost incurred in connection with our spin-off of CareFusion which are included in distribution, selling, general, and administrative expenses.

# EXHIBIT 30

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT
## CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

EVENT DATE/TIME: JANUARY 12, 2016 / 6:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

### CORPORATE PARTICIPANTS

**George Barrett** *Cardinal Health, Inc. - Chairman & CEO*

**Mike Kaufman** *Cardinal Health, Inc. - CFO*

**Don Casey** *Cardinal Health, Inc. - CEO, Medical segment*

### CONFERENCE CALL PARTICIPANTS

**Lisa Gill** *JPMorgan - Analyst*

### PRESENTATION

**George Barrett** *- Cardinal Health, Inc. - Chairman & CEO*

Hello, everybody. Good morning. So, thanks for joining us.

What I'd like to do before we get started with questions -- it's been a busy few days and in many ways a tumultuous few weeks. So I thought maybe I'd take a minute and let Mike sort of address a couple of issues before we get started that have been very much on people's mind and sort of asking us and trying to catch us in the halls. We'll do that and then we'll start taking questions, so if that's okay.

---

**Mike Kaufman** *- Cardinal Health, Inc. - CFO*

Thanks, George. Good morning, everybody. Glad you could make it today.

We know there's a lot of different things on your minds. And, as you know, many of the times we're going to have to refer back to what we said in the first quarter. But I thought it would be -- there's a few things that we know are on your mind that we want to take a couple of seconds here and just proactively give you a little bit of information.

And there's really three topics. First of all, Cordis. I wanted to just give you an update. We're only 12 days into the month and wrapping up the quarter, but I just wanted to let you know right now everything's going as planned on Cordis. A couple weeks from now when we have our second quarter release, we will give you some more detailed information around how the inventory step-up looks, and overall how things are going in Cordis. But for right now, I just want you to know from everything we see things are going as planned and as expected.

The second area that's been coming up a lot is brand inflation. And I just want to tell you on that particular topic things are going, again, as expected. What we've seen in the first part of January, which you know is a big indicator of how price increases are in the branded world, things are going as expected. And so, we don't see branded inflation having any impact up or down on where we expect our year to come out.

And then lastly is a big topic on your mind is probably generic inflation. And what I would tell you is at the beginning of the year we told you that generic inflation would moderate in our first quarter. And then, at the end of the first quarter we said we expect it to moderate for the rest of the year.

It has been moderating and I would tell you it has moderated a little bit more than we had expected. It is not zero in our mind, but it has definitely moderated from where we were. But, again, that's just one of the puts and takes that we put in when we reaffirmed our guidance, when we raised our guidance at the end of last quarter to $5.15 to $5.35. We had a lot of puts and takes in that when we set that guidance. And whether or not generic inflation was up or down was part of one of those puts and takes. And so, while it is moderating, we still are reaffirming our guidance for the year.

So I just wanted to start out with that. Thanks. Now we'll take some questions.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

## QUESTIONS AND ANSWERS

**Lisa Gill** - *JPMorgan - Analyst*

And because this is also being webcast, there's a microphone at the back. So just raise your hand and Eric will be over to you. So, anybody have a question?

**Unidentified Audience Member**

The acquisition of Cordis is very provocative, of course. How do you see your concept of standardizing what should be customized as applied to Cordis, because that's a field of interventional medicine that's quite the opposite.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes. I think there are areas -- I don't have to repeat the question. So, Cordis really connects to a strategy that's broadly not just about the products themselves. So -- and, again, we've got Don Casey here somewhere in the room.

So, for us, the opportunity to go into a cath lab and say: Not only can we provide you with these products -- by the way, some of which are actually quite standardized -- and where you probably gain improvements by standardizing -- and, again, we see this in every other industry on earth -- but we also can provide you with tools that you need to manage the inventory, the amount of waste that's going down the drain, that's getting discarded, the possibility of something implanted which has expired.

So, to provide tools around those products is part of the strategy for us and Cordis. And, again, it's very early. But the integration has gone well. Obviously we're in a quiet period. We can't really talk about our Q2 yet, because we closed late in the calendar year. But off to a good start.

So I think very much connects to this concept of thinking about the patient ultimately going through this procedure and how that is going to be financed. And I think that's probably going to be going through some changes. And I think the opportunity -- people are more receptive to that at this moment, to say: Okay, let's think about this a little differently. What are the products and services that we need to get this patient managed as well as possible, not readmitted and done the most efficient way?

**Unidentified Audience Member**

Just a question on the Cordis pipeline. So, hearing some of the other presentations here about the -- from Medtronic and Boston and Bard about their drug delivery platforms, drug-coated balloons -- can you give the view of Cardinal on how they see drug-coated balloons are expanding --

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes.

**Unidentified Audience Member**

-- and [shooting] those gaps?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes. I'm not sure I can give you, again, technically the best description. And I probably have three other people in this room that could. Here's our perspective on the product line. You probably will not see Cardinal Health having a major R&D line in our P&L.

What is happening is that companies from all over the world are beginning to look at us as a potential partner for some of their products that they've innovated on. And so, again, I think we will know what we do and what we do extremely well and probably not try to be the inventor of a bunch of things that other people do very efficiently.

And, in fact, if you hear some of the other med tech companies speak, they're actually talking about this, realizing that there's sort of going to be a value part of this equation around procedures. And it's happening in every part of our system.

So I don't -- Don, do you want to --?

---

**Don Casey** - *Cardinal Health, Inc. - CEO, Medical segment*

No. I think you did a great job.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I love when that happens. Don Casey, by the way, the CEO of our medical segment.

---

**Unidentified Audience Member**

Could you just comment a little more on generics? What areas in generics are you seeing the sharpest moderation? What's driving that and is there any risk of going to a deflationary environment in generics?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So, let me start and then I'll turn it to Mike, if that's okay. I always have to do this, because it's not always intuitive. When we talk about inflation/deflation on generics, it's probably about 400 products, or 250 products, or 300 products out of 4,000 SKUs.

So, by and large, it's not that the entire system is sort of going through these changes. Typically there is a huge number, thousands of products, that just go through this very sort of slow, sort of slightly leaky kind of decelerating pricing environment. That's been true for as long as I can remember. And then there's a small subset that swing more.

Now, that can happen for two reasons. One is it's a relatively new launch. And so on new launches you never really know exactly how many players are going to enter at how many moment, and in what sequence. And that sequence can affect how pricing goes.

And the other are products -- what we've seen over the last, I'm going to say -- and I've got a number of people in the room here also quite expert on this. What we've seen over the last couple of years is a lot of supply disruptions. And those supply disruptions have affected the market.

And what I would share with you is that if you think of generics, each product is its own market. That's the dynamic. You have to look at how many players there are. Who are the players? What is it used for? Is substitution going to be impaired because it's a neurotherapeutic window drug? So, each product is its own market. And so, largely the biggest driver of pricing is how many players and who they are.

Mike, what do you want to add?

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

Not to add a lot; that was good. I would tell you, again, in every market -- I've probably been following this market since I took over procurement in 2002. There has been inflation on generics every year. Some years there's just a little bit of inflation and the deflation is more than the inflation and so you have a net deflationary market. And other years you have inflation.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Can you repeat -- I want you to repeat that point.

**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

Yes. I've never seen it be zero ever. And there's always -- but in every year you're always going to have a subset of items that are deflationary and you're going to have a set of items that are inflationary. Sometimes -- in most cases in most years the deflationary items are more than the inflationary items. Over the last couple of years the size of the inflation and the amount of the items going up, again, while small, was more than offset the deflation on the items. And that's why you've seen a little bit more net inflation than you have seen deflation.

But we as a company have been profitable and been successful many times in many years when the net market was deflationary. And so, while generic inflation is an important driver and it has moderated this year -- remember, we said in the last couple years it would moderate in 2015 and we said it would moderate in 2016. And we've been able to deliver on our results in those years. And, again, while it's moderating more this year maybe than we had expected, we still had some puts and takes in where we expect it to be.

The only other thing I would add is there's more than one lever in generics than inflation. Right? It's how well you source, how well you manage the launches, how well you're able to penetrate your customers. All those two things drive our profitability on generics. And I think we've been excellent in a lot of the other areas, too.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes. And I think the point that Mike made that I wanted to highlight is that, in the aggregate, we've actually seen inflationary and deflationary environments over the last decades. We've done very well in both. But there's always some products that are in this movement dynamic. And, as Mike said, success in generics is about a lot of things. So, please keep that in mind.

**Unidentified Audience Member**

Can you talk about -- I know it's very early, but this Walgreens/Valeant deal to try to bypass the distributors. I know it's an experiment, but maybe just, even though it's an experiment, you could comment on it.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So, I don't even know what to say exactly about that. I'm not sure it was designed to bypass distributors. I've heard that expression. That's not really what this is about. They're a unique product company with unique products, trying to make sure that their products are getting to patients that they want and not having that substituted away in some form.

So, this is a single point. We looked at it and we couldn't figure it out, really. So, I don't know if -- add to it?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

The only thing I would add is we work with, as George said, 5,000 manufacturers across M&P. And our conversations continue to be with those manufacturers that they see us as absolutely -- not just Cardinal, the industry -- as the best way to get products from their distribution facilities into the customers. To imagine these companies working to try to handle every clinic, every retail independent, handle returns, handle charge-backs, all of those types of things when you begin to think about the sophistication of the system, they see us as the most cost effective way.

And as George said, I think perfectly, this is a unique company. It's a unique set of their products. It's not every product going through this way, so you have to look at the mix.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

(Multiple speakers) --

**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

And they're in a unique situation. We distribute a ton of them. And they're just in a very unique situation. So I think this is way more of a one-off then a trend. And while it's on our radar, it is not something that I lose a lot of sleep about, to be honest with you.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Well, I think the other thing to think about is from the customer's standpoint. Imagine you're a pharmacy or a hospital and every company decides they're going to ship you individually. You would literally do nothing but receive and take inventory.

**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

It'd be a mess.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

You would literally not be able to function. So, this -- again, we work with Valeant. And so, this is a set of products with a unique program and it'll be what it will be. We'll find out.

**Unidentified Audience Member**

So, specialty obviously is an area of high growth in the pharmaceutical market. Can you talk about how you're positioned there, how you think you're differentiated, your strategy?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes. So, yes, the question is really about specialty. I think in some ways -- and those of you who have followed us for a lot of years, we were a relatively small player if you go back six or seven years. And, again, one could argue that was a disadvantage. We were up against some significant scale players.

The advantage that we had is that we could sort of build a model around the way it was evolving today as opposed to trying to defend an old model. And we've done some I think very interesting things in terms of building clinical pathway management for oncology customers using technology coming out of our Fuse Center to help oncology practices working with biopharmaceutical companies through our patient hub, to

6

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



help them connect to those patients who need specialized products and services. And we've got a number of our people here who've been involved in that.

So, we really are -- if you went to the ASCO meeting last year, clinical oncology meeting, I think we were the only service company that really was represented on the cover of the daily. We have presented papers and posters at those conferences. So, I think our technical and clinical capability is pretty deep, and I think that's helpful to us in growing.

---

**Unidentified Audience Member**

China, obviously a big area of growth for you guys. Can you talk about how things are going there? Do you see the opportunity for more M&A in that market?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So, again, China's been an exciting market for us. I should qualify it's a small market for us. In the big picture of a company doing $100-whatever-billion of sales, China's still relatively small. But it's growing very nicely.

And I think all the noise around China, which is understandable, is so tied into what's been happening in industry and infrastructure. And when you're there you see how different it is as discussions around health care. The government is very much aware that if they're going to have any kind of growing economy they need to have a consumer-driven economy. Consumption needs to grow. Consumption cannot grow if people take all their savings and they put them under the pillow, because they don't have pension plans, they don't have health care.

So the government is keenly aware of this. And they're keenly aware of the demographics, public health issues and the movements to the cities. So I think China is actually still a very interesting market for us, and we're excited about it. But it is relatively -- in the big picture of Cardinal it's a relatively small market. But we're excited about that opportunity.

And, again, new opportunities now for us because we have a presence in China and we now have Cordis, which has a presence in China, and we now have medical device opportunities, I think it just sort of creates a bigger platform for us.

---

**Unidentified Audience Member**

Could you just clarify one issue on the generic inflation topic? On your competitor's call yesterday someone brought up a question of -- hey, we know that in the past the environment has sometimes been net deflationary. Does that mean that you can lose money on those inventory balances? And your competitor effectively said -- no, we're sort of [stopped out] contractually on the negatives and we may or may not benefit on the positives, depending on the magnitude. Is that how you see it? In those deflationary environments that you referenced in the past, did you lose money on that variable?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

No. So, let me just try one basic thing, because that ties to something I saw or someone asked me over the last 24 hours, which had to do with sort of this notion of spec buying. But that's like a 10-year-old, 15-year-old phenomenon. Basically, the way we do our planning is around demand and around supply issues. Fundamentally that's it.

So, Mike, maybe you can touch on the more technical --

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Mike Kaufman** - *Cardinal Health, Inc. - CFO*

Yes. So, I think your question is -- in a deflationary environment, if we're holding a certain amount of inventory and it goes down, do we suffer from that? And we don't. We have always been typically floor-stocked on all those items. So we don't run the risk in a deflationary market of losing money on those items.

The manufacturers work for us -- again, because remember technically the way we buy everything as a wholesaler, we buy it as a WAC price and then as the prices go down we can just increase the charge-backs. So the inventory's very different and it just immediately adjusts, the way the system works. So we don't take any hit when the prices go down. So that's an important piece.

And then, as George said, spec buying on brand or generic typically -- again, 10, 15 years ago that's what we did. That was the buy-and-hold method. 99% of our income was based on that spec buying. In today's, it's almost everything's fee for service. And over 80% of our income is based on a fee for service on the branded side. And so we don't really see spec buying much on brand these days because the branded manufacturers want to make sure they understand the amount of inventory. You're giving transparency to that inventory.

And then, again, on the generic side the only time you would build inventory on brand and generics typically is around supply issues, if you have a concern that there's going to be a supply or if you're picking up a new customer and you think a product's going to grow in its demand because it got some new indication. That's when you tend to build inventory. Spec buying is an incredibly small part to almost immaterial part of anything we do.

---

**Unidentified Audience Member**

George, you alluded to the Cardinal One program in the acute care and alternate care setting in your presentation. Could you comment on how you see that program evolving further in the next maybe one to two years, if you have a plan to take that internationally as well? It seems to be a very good vehicle for you to really grow your business over time.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Thanks. It is. So what we've done really -- and, again, it's largely in a way following what the market is doing. I mean, it's one thing to go to somebody and say that you can one-stop shop from us. But they have to want to. They have to see value in the collection of things that you bring.

And so, if we're able to talk to them, not about a line of products, but about an interventional cardiology procedure, or we can talk to them about the fact that they now own all these surgery centers and docs offices and it wasn't part of their logistics network, if we can help them serve that across our segments, that is a more -- that resonates in a very different way than it did 5 to 10 years ago.

Bringing that to other markets, though, can be hard. Again, you've got to have the presence. So, in the US we have this reach across these markets. In China we're beginning to get that reach. We're a little bit different in Europe where it's more a product strategy today. Right?

So, what you're describing is true, but you have to have the necessary, the requisite components, product lines, and reach to be able to make the argument. In the US we're very well positioned to do it. In China we're increasingly in a position to do it.

I think now in our interventional cardiology, our European colleagues that have joined us now from Cordis are really excited about the tools that we bring around those medical devices, probably more than we actually thought they'd be. So that's a good sign.

---

**Unidentified Audience Member**

It's me. Another one on --

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I'm sorry --

**Unidentified Audience Member**

I can keep going. So value-based care, obviously you've put together a nice suite of assets that sort of span both the pharmacy and the medical side. Could you just talk more broadly about how you see that fitting in over the next few years as we shift to that value-based (inaudible)?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes. I mean, value-based care, as you know, it's going to be a buzz word you're going to hear tons of. We will see both the public, through CMS, and the private sector try to tinker with different models of payment that are different from the fee-for-service model.

It will take all kinds of forms. Some will -- it truly will be value-based, which is hard to measure. Others will just be capitated [plans]. There will be some kind of capitated fee structure.

In either case, a couple things are essential. If I'm on the other side of that, I just want to be as efficient as possible. I know that I used to be able to bill out for every activity I did. Some of the things that used to be revenue drivers become cost centers, if you start to tinker with that model.

So I think our ability just to provide efficiency -- this is one of the things that's sort of interesting about the world that we're in and where Cardinal is. We've got a lot in our DNA, having been in a very, very tough lower-margin business, about efficiency. And we drive efficiencies all the time. It's very much a part of what we do. But now I think we're able to combine that with some very specific solutions on how we can help you.

So, just as one example, naviHealth, which was a small acquisition for us -- we bought 71% of this company -- is able to help direct that patient to the optimal site of care post discharge. Should they be in an LTACH? Should they be in a SNP? Should they go home with a two-time-a-week visit? Should they be in a rehabilitative center?

We're building the data and the tools to be able to help health systems navigate that, and in a different payment model that could be really, really valuable. So, although not a large acquisition economically for us, that capability for us was what was particularly attractive.

So I think we are going to see more of this value-based care. A reminder: This is going to be -- it's not something that happens overnight. We have a very large system that's built around fee for service. So, these changes are going to happen at different paces in different parts of the country in different ways.

And so, one of the things that I always remind our organization, we have to compete in today's world to win, and at the same time understand some of these changes in front of us and how we're going to participate. What are the capabilities that we need to have to be effective if it changes in that way at this speed, but at the same time totally disciplined about competing now, in the moment.

Any other questions?

**Unidentified Audience Member**

So, going back to generic price inflation, obviously you see a period of moderation in the near term. As you think about sort of the trends in the generic market longer term, multiple years out -- consolidation, backlog of the FDA, things like that -- do you think that over time that you're going to see a return to --

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JANUARY 12, 2016 / 6:00PM, CAH - Cardinal Health Inc at JPMorgan Healthcare Conference (Q&A Session)

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Wow. So, some of you know that I have some background in generics for some years. Trying to give you the answer to that, even given my background, is a hard one to answer.

Again, what you have to think about as you look at generics and generic pricing -- again, just try to remind yourself each product is its own market. What are the characteristics of the market? Is it growing, not growing? Is there going to be a substitute -- is there going to be a new innovation that's going to make that product obsolete? Who are the players in the market? What is their capacity to manufacture and deliver at scale -- because we're a significant scale player. What is the behavior of that company? What do we see, as we play chess, in their behavior?

And it's product by product. And that's what makes it so challenging for all of you to say generics, because it's each market is its own.

So, I think we just -- we've seen all kinds of cycles. And I have over 30 years seen many cycles of generics.

I would also watch FDA. What is their flow of new products looking like? What are those new products doing to each market? So, there was a huge backlog at FDA. They're working on sort of chipping away at that. But, again, as they've done that they've also increased regulatory scrutiny globally. So you have these two forces sort of pushing against one another.

So I know that's a long non-answer, but it's really as best I can to describe to you the moving parts that you need to think about as you think about generics.

**Lisa Gill** - *JPMorgan - Analyst*

I think that might be it.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Thank you all.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT 31

# Healthcare is changing…
# We're changing healthcare.

George S. Barrett
Chairman and Chief Executive Officer

*J.P. Morgan Healthcare Conference*
*January 12, 2016*



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the ability to continue to achieve and maintain the benefits from the generic sourcing joint venture with CVS Health; the ability to achieve and maintain the benefits from our acquisitions of Cordis and The Harvard Drug Group; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of January 12, 2016. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement. In addition, this presentation contains Non-GAAP financial measures. Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at the end of these presentations and at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.



1   © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**For those tasked with navigating the complexities of healthcare…**

Cardinal Health brings **scaled solutions** that **help our customers thrive** in a changing world.

# Essential facts about Cardinal Health

Serving more than **25,000** U.S. PHARMACIES



We provide resources to **MORE THAN 75%** of U.S. hospitals

We have more than **36,000** employees worldwide



WE MANUFACTURE OR SOURCE MORE THAN **2.5 billion** individual consumer healthcare, home medical equipment, and over-the-counter **PRODUCTS** EACH YEAR



In home healthcare, we serve **1.8 million** patients with **40,000** products



We work with **MORE THAN 5,000** pharmaceutical & medical-surgical suppliers





3  © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Financial highlights and goals



## Highlights

Generated

### >$9B

In cash from operations
FY11 – FY15

Total Shareholder Return[2] of

### 176%

From FY11 – FY15

## Non-GAAP EPS
**Rolling 3-year CAGRs**

**12%**[1]
FY13 – FY16(E)

**11%**
FY12 – FY15

**11%**
FY11 – FY14

FY11 | FY12 | FY13 | FY14 | FY15 | FY16(E)

## Long-term goals

### Annual Dividend Payout

### 30-35%

(FY15 Dividend Payout Ratio[3] 31%)

### Non-GAAP EPS CAGR

### 10-15%

[1]CAGR for FY13 – FY16(E) uses midpoint of FY16 guidance range of $5.15 - $5.35 provided on November 2, 2015.
[2]TSR assumes the reinvestment of dividends.
[3]Based on full year dividends paid in FY15 versus non-GAAP EPS for FY15.
Please see appendix for comparable GAAP numbers and GAAP to Non-GAAP reconciliations.

4    © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*

# Key trends in healthcare

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Our priorities are focused on the right initiatives to help the system deliver the right care, at the right time, in the right setting



**Generics**

**Expand generics customer base**

**Red Oak**
Largest U.S. generic sourcing entity

**Harvard Drug Group**
Increased telesales presence



**Specialty & Biopharma**

**Upstream solutions for Biopharma**
Regulatory sciences, 3PL services, Patient HUB (Sonexus)

**Metro Medical**
Increase scale and expanded therapeutic reach



**Alternate Sites of Care**

**Grow post-acute leveraging IDN experience and scale**

**Cardinal Health at Home**
Leader in medical products to the home

**Henry Schein alliance**

**Discharge management**
naviHealth



**Health System & Hospital Solutions**

**Scaled and standardized solutions**

**360 Program**
Comprehensive suite of solutions

**Cardinal Health brand consumables**

**Physician preference items**
Cardiovascular (Cordis), Negative Pressure Wound Therapy and Ortho Trauma



**International**

**China**
Top 10 distributor

**Global product expansion**
(Cordis)

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*

# Two financial reporting segments

## Pharmaceutical segment

## Medical segment





## One enterprise market strategy



7    © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Serving the full continuum of care

Retail pharmacies

Hospitals

Surgery centers

Laboratories

Physician offices

Home health

Imaging centers

Clinics

8 © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Pharmaceutical Segment long-term sustainable growth drivers

*FY15 revenues of $91B, segment profit of $2.1B*

## Enable our customers' growth



Serving more than 25,000 U.S. PHARMACIES



**47%**
Growth in generic units sold[1]

FY11      FY15

## World-class generics offering

## Drive growth in Specialty Solutions



$8B

$1B    Revenue

FY11      FY16(E)



## Deliver on organic initiatives and recent acquisitions

[1]Excludes non-Source sales

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

9

**Cardinal**Health
*Essential to care™*

# Medical Segment long-term sustainable growth drivers

*FY15 revenues of $11B, segment profit of $433M*

**Deep** customer knowledge



We provide resources to

**>75%**

of U.S. Hospitals



**1.8 million**

patients served in the home

**Maximize** the post-acute setting

**Grow** Cardinal Health Brand



**88%**

Growth in segment profit contribution FY12 to FY15



**72%**

Growth in segment profit contribution FY12 to FY15

**Expand** on integrated services

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



**Cardinal**Health

*Essential to care™*

# Strong and consistent earnings growth
## Non-GAAP EPS



*See appendix for GAAP/non-GAAP definitions and reconciling information.*
*[1]6-year CAGR is based off of non-GAAP EPS from FY10 to the midpoint of the FY16 guidance range provided on Nov. 2, 2015.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
*Essential to care™*

# A balanced approach with capital



**FY11 – Q1 FY16 Capital Deployment**

| $1.4B | $7.1B | $1.9B | $2.9B |
|---|---|---|---|
| Capital Expenditure | Acquisitions[1] | Dividends | Share Repurchases |

**Investing**
**$8.5B**
for sustainable growth

**Returning**
**$4.8B**
long-term value to our shareholders

[1]*Acquisitions are net of divestitures. Cordis closed on October 2, 2015 at the start of Q2 and thus is not included in this figure.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

# Healthcare is changing…We're changing healthcare.

## Our business is positioned to grow WELL into the future

Our strategic priorities are on **the right side** of healthcare trends

We are **excellent, disciplined stewards of capital**

We have strong and valuable **strategic partnerships**

We have a **relentless focus** on serving our **customers**, and the **patients** they care for

We will execute to deliver **meaningful** and **measurable results**

## Driven by a team with a proven track record in the business of healthcare

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

Fiscal Year 2015

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 2,161 | 15 % | $ 1,967 | $ 755 | $ 1,212 | 4 % | $ 3.61 | 7 % |
| Restructuring and employee severance | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and (gain)/loss on disposal of assets | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | - | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 2,472 | 16 % | $ 2,339 | $ 870 | $ 1,469 | 11 % | $ 4.38 | 14 % |

Fiscal Year 2014

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,885 | 89 % | $ 1,798 | $ 635 | $ 1,163 | 247 % | $ 3.37 | 247% |
| Restructuring and employee severance | 31 | | 31 | 11 | 20 | | 0.06 | |
| Amortization and other acquisition-related costs | 223 | | 223 | 79 | 144 | | 0.42 | |
| Impairments and (gain)/loss on disposal of assets | 15 | | 15 | 5 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | (21) | | (21) | (8) | (13) | | (0.04) | |
| Non-GAAP | $ 2,133 | 4 % | $ 2,047 | $ 722 | $ 1,324 | 3 % | $ 3.84 | 3 % |

Fiscal Year 2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 996 | (44)% | $ 888 | $ 553 | $ 335 | (69)% | $ 0.97 | (68)% |
| Restructuring and employee severance | 71 | | 71 | 27 | 44 | | 0.13 | |
| Amortization and other acquisition-related costs | 158 | | 158 | 52 | 106 | | 0.31 | |
| Impairments and (gain)/loss on disposal of assets | 859 | | 859 | 37 | 822 | | 2.39 | |
| Litigation (recoveries)/charges, net | (38) | | (38) | (15) | (23) | | (0.07) | |
| Non-GAAP | $ 2,046 | 10 % | $ 1,938 | $ 654 | $ 1,284 | 15 % | $ 3.73 | 16 % |

Fiscal Year 2012

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,792 | 18 % | $ 1,698 | $ 628 | $ 1,070 | 11 % | $ 3.06 | 12 % |
| Restructuring and employee severance | 21 | | 21 | 8 | 13 | | 0.04 | |
| Amortization and other acquisition-related costs | 33 | | 33 | 9 | 24 | | 0.07 | |
| Impairments and (gain)/loss on disposal of assets | 21 | | 21 | 8 | 13 | | 0.04 | |
| Litigation (recoveries)/charges, net | (3) | | (3) | (1) | (2) | | (0.01) | |
| Other Spin-Off costs | 2 | | 2 | 1 | 1 | | - | |
| Non-GAAP | $ 1,866 | 13 % | $ 1,772 | $ 653 | $ 1,119 | 13 % | $ 3.21 | 15 % |

Fiscal Year 2011

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,514 | 16 % | $ 1,518 | $ 552 | $ 966 | 65 % | $ 2.74 | 69 % |
| Restructuring and employee severance | 15 | | 15 | 5 | 10 | | 0.03 | |
| Amortization and other acquisition-related costs | 90 | | 90 | 22 | 68 | | 0.19 | |
| Impairments and (gain)/loss on disposal of assets | 9 | | 9 | 3 | 6 | | 0.02 | |
| Litigation (recoveries)/charges, net | 6 | | 6 | (1) | 7 | | 0.02 | |
| Other Spin-Off costs | 10 | | 10 | 4 | 6 | | 0.02 | |
| Gain on sale of CareFusion stock | - | | (75) | | (75) | | (0.21) | |
| Non-GAAP | $ 1,644 | 18 % | $ 1,573 | $ 585 | $ 988 | 22 % | $ 2.80 | 25 % |

Fiscal Year 2010

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,307 | 1 % | $ 1,212 | $ 625 | $ 587 | (23)% | $ 1.62 | (23)% |
| Restructuring and employee severance | 91 | | 91 | 32 | 59 | | 0.16 | |
| Amortization and other acquisition-related costs | 18 | | 18 | 6 | 12 | | 0.03 | |
| Impairments and (gain)/loss on disposal of assets | 29 | | 29 | (5) | 34 | | 0.09 | |
| Litigation (recoveries)/charges, net | (62) | | (62) | (23) | (39) | | (0.11) | |
| Other Spin-Off Costs | 11 | | 53 | (149) | 202 | | 0.56 | |
| Gain on sale of CareFusion stock | - | | (45) | - | (45) | | (0.12) | |
| Non-GAAP | $ 1,394 | (3)% | $ 1,296 | $ 486 | $ 810 | (2)% | $ 2.24 | (2)% |

[1] The 3-year compound annual growth rate for GAAP and non-GAAP diluted earnings per share from continuing operations for FY11-14 was 7 percent and 11 percent, respectively. The 3-year compound annual growth rate for GAAP and non-GAAP diluted earnings per share from continuing operations for FY12-FY15 was 6 percent and 11 percent, respectively.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP earnings from continuing operations (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are earnings from continuing operations. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, LIFO charges/(credits), and loss on extinguishment of debt, which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Use of Non-GAAP Measures**

This presentation contains financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). In general, the measures exclude items and charges that (i) management does not believe reflect Cardinal Health, Inc.'s (the "Company") core business and relate more to strategic, multi-year corporate activities; or (ii) relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. Management uses these non-GAAP financial measures internally to evaluate the Company's performance, evaluate the balance sheet, engage in financial and operational planning and determine incentive compensation.

Management provides these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on its financial and operating results and in comparing the Company's performance to that of its competitors. However, the non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by the Company should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial statements set forth above should be carefully evaluated.

**Definitions**

**Non-GAAP Diluted EPS from Continuing Operations and growth rate calculation**[1]: non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Earnings from Continuing Operations**: earnings from continuing operations excluding (1) restructuring and employee severance[2], (2) amortization and other acquisition-related costs[3], (3) impairments and (gain)/loss on disposal of assets[4], (4) litigation (recoveries)/charges, net[5], (5) LIFO charges/(credits)[6], (6) loss on extinguishment of debt[7], (7) other spin-off costs[8], and (8) gain on sale of CareFusion stock, each net of tax.

**Segment Profit**: segment revenue minus (segment costs of products sold and segment distribution, selling, general, and administrative expenses).

[1] Except for compound annual growth rates (CAGR), growth rates in this presentation are determined by dividing the difference between current period results and prior period results by prior period results. CAGR is determined by subtracting one from ((the ending value divided by the beginning value) raised to the power of (one divided by the number of years)).

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel) and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangible assets, transaction costs, integration costs and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[7] Charges related to the make-whole premium on the redemption of notes.

[8] Cost incurred in connection with our spin-off of CareFusion which are included in distribution, selling, general, and administrative expenses.

# EXHIBIT 32

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## Form 8-K

### Current Report

**Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): February 1, 2016**

# Cardinal Health, Inc.

(Exact name of registrant as specified in its charter)

| **Ohio** | **1-11373** | **31-0958666** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**7000 Cardinal Place, Dublin, Ohio 43017**

(Address of principal executive offices) (Zip Code)

**(614) 757-5000**

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions ( see General Instructions A.2. below):

☐      Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐      Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐      Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d2(b))

☐      Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

## Item 2.02: Results of Operations and Financial Condition

On February 1, 2016 , Cardinal Health, Inc. (the "Company") issued a news release announcing its results for the quarter ended December 31, 2015 . A copy of the news release is included as Exhibit 99.1 to this report.

## Item 7.01: Regulation FD Disclosure

During a conference call scheduled to be held at 8:30 a.m. Eastern time on February 1, 2016 , the Company's Chairman and Chief Executive Officer and Chief Financial Officer will discuss the Company's results for the quarter ended December 31, 2015 and outlook for the fiscal year ending June 30, 2016 . The slide presentation for the conference call will be available at ir.cardinalhealth.com . An audio replay of the conference call also will be available at ir.cardinalhealth.com .

## Item 9.01: Financial Statements and Exhibits

(d) Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | News release issued by the Company on February 1, 2016 announcing second quarter results. |

2

# Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Cardinal Health, Inc.**

(Registrant)

Date: February 1, 2016      By:    /s/ Stuart G. Laws

Stuart G. Laws

Senior Vice President and Chief Accounting Officer

3

# Exhibit Index

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | News release issued by the Company on February 1, 2016 announcing second quarter results. |

4

Exhibit 99.1



**FOR IMMEDIATE RELEASE**

| Media: | Debbie Mitchell | Investors: | Sally Curley |
|--------|-----------------|------------|--------------|
| | (614) 757-6225 | | (614) 757-7115 |
| | debbie.mitchell@cardinalhealth.com | | sally.curley@cardinalhealth.com |

# CARDINAL HEALTH REPORTS SECOND-QUARTER RESULTS FOR FISCAL 2016

- **23 percent increase in revenue to $31.4 billion**
- **14 percent increase in non-GAAP [1] operating earnings to $726 million**
- **8 percent increase in non-GAAP diluted earnings per share to $1.30**
- **Reaffirms fiscal 2016 non-GAAP diluted earnings per share guidance range of $5.15 to $5.35**

**DUBLIN, Ohio, Feb. 1, 2016** - Cardinal Health today reported fiscal year 2016 second-quarter results, with revenue of $31.4 billion , an increase of 23 percent , and non-GAAP operating earnings of $726 million , an increase of 14 percent. Non-GAAP diluted earnings per share (EPS) increased 8 percent to $1.30 . On a GAAP basis, operating earnings increased 3 percent to $563 million , and diluted EPS increased 14 percent to $0.98 .

"Our performance in the second quarter of our fiscal 2016 reflects our deep commitment to serving a health system experiencing powerful changes," said George Barrett, chairman and chief executive officer of Cardinal Health. "We achieved strong revenue and operating growth. Both of our reporting segments continue to demonstrate very solid fundamentals and growth in our base of customers. Our organization continues to demonstrate discipline in executing on our priorities while strategically positioning us for the future."

Barrett noted that the company was reaffirming its fiscal 2016 non-GAAP diluted earnings per share guidance of $5.15 to $5.35, representing an 18 to 22 percent growth rate compared to fiscal 2015.

## Q2 FY16 SUMMARY

| | | Q2 FY16 | | Q2 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | 31.4 billion | $ | 25.5 billion | 23% |
| Operating earnings | $ | 563 million | $ | 546 million | 3% |
| Non-GAAP operating earnings | $ | 726 million | $ | 639 million | 14% |
| Net earnings attributable to Cardinal Health, Inc. | $ | 326 million | $ | 289 million | 13% |
| Non-GAAP net earnings attributable to Cardinal Health, Inc. | $ | 430 million | $ | 400 million | 7% |
| Diluted EPS attributable to Cardinal Health, Inc. | $ | 0.98 | $ | 0.86 | 14% |
| Non-GAAP diluted EPS attributable to Cardinal Health, Inc. | $ | 1.30 | $ | 1.20 | 8% |

## SEGMENT RESULTS

**Pharmaceutical Segment**
Second-quarter revenue for the Pharmaceutical segment increased 25 percent to $28.3 billion . Segment profit for the quarter increased 16 percent to $627 million . The drivers for both segment revenue and profit were growth from existing and new customers as well as acquisitions.

| | | Q2 FY16 | | Q2 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | 28.3 billion | $ | 22.6 billion | 25% |
| Segment profit | $ | 627 million | $ | 542 million | 16% |

**Medical Segment**
Second-quarter revenue for the Medical segment increased 9 percent to $3.2 billion . This growth was primarily due to the net contribution from acquisitions and growth in the Cardinal Health at Home platform.

Segment profit declined 8 percent to $106 million . This includes the impact of the Cordis-related inventory fair value step-up. Excluding the step-up of $21 million, year-over-year Medical segment profit growth was 10 percent.

| | | Q2 FY16 | | Q2 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | 3.2 billion | $ | 2.9 billion | 9% |
| Segment profit | $ | 106 million | $ | 115 million | (8)% |

**Cardinal Health**
**Page 2**

## ADDITIONAL SECOND-QUARTER AND RECENT HIGHLIGHTS

- Completed acquisition of Cordis and launched combined Interventional Solutions portfolio at 27th annual Transcatheter Cardiovascular Therapeutics conference
- Supported expansion of naviHealth presence in post-acute care with acquisition of RightCare Solutions Inc.
- Opened the Generation Rx Medication Disposal Grant Program application period to non-profit organizations throughout the U.S. and Puerto Rico to help support education and awareness of community drug disposal programs
- Named among 2016 Best Companies for Leaders by *Chief Executive* magazine
- Ranked among the Most LGBT-Inclusive Places to Work in 2016 and earned a perfect score on the 2016 Corporate Equality Index for the eighth consecutive year

## CONFERENCE CALL

Cardinal Health will host a webcast and conference call today at 8:30 a.m. Eastern to discuss second-quarter results. To access the call and corresponding slide presentation, go to ir.cardinalhealth.com. Alternatively, participants can call 913.905.3226 and use passcode 852145.

There is no pre-registration for the call. Participants are advised to dial into the call at least 10 minutes prior to the start time.

Presentation slides and an audio replay will be archived on the Cardinal Health website after the conclusion of the meeting. The audio replay will also be available until Feb. 8 by dialing 719.457.0820, passcode 852145.

## UPCOMING WEBCASTED INVESTOR EVENTS

- Leerink Partners Fifth Annual Global Healthcare Conference on Feb. 10 at 8:50 a.m. Eastern in New York

At the event, Cardinal Health executives will discuss the company's diverse products and services, company performance and strategies for continued growth. To access more details and a live webcast of this event, go to ir.cardinalhealth.com.

## About Cardinal Health

Headquartered in Dublin, Ohio, Cardinal Health, Inc. (NYSE: CAH) is a $103 billion health care services company that improves the cost-effectiveness of health care. Cardinal Health helps pharmacies , hospitals , ambulatory surgery centers, clinical laboratories and physician offices focus on patient care while reducing costs, enhancing efficiency and improving quality. Cardinal Health is an essential link in the health care supply chain, providing pharmaceuticals and medical products and services to more than 100,000 locations each day and is also the industry-leading direct-to-home medical supplies distributor . The company is a leading manufacturer of medical and surgical products, including gloves, surgical apparel and fluid management products. In addition, the company operates the nation's largest network of radiopharmacies that dispense products to aid in the early diagnosis and treatment of disease. Ranked #26 on the Fortune 500, Cardinal Health employs more than 36,000 people worldwide. More information about the company may be found at www.cardinalhealth.com and @CardinalHealth on Twitter.

[1] See the attached tables for definitions of the non-GAAP financial measures presented in this news release and reconciliations of the differences between the non-GAAP financial measures and their most directly comparable GAAP financial measures.

Cardinal Health uses its website as a channel of distribution for material company information. Important information, including news releases, financial information, earnings and analyst presentations, and information about upcoming presentations and events is routinely posted and accessible at ir.cardinalhealth.com. In addition, the website allows investors and other interested persons to sign up automatically to receive e-mail alerts when the company posts news releases, SEC filings and certain other information on its website.

## Cautions Concerning Forward-Looking Statements

This news release contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the ability to continue to achieve and maintain the benefits from the generic sourcing venture with CVS Health and from the acquisitions of Cordis and The Harvard Drug Group; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform, including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This news release reflects management's views as of Feb. 1, 2016 . Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.

**Schedule 1**

<div align="center">

**Cardinal Health, Inc. and Subsidiaries**

**Condensed Consolidated Statements of Earnings (Unaudited)**

</div>

| (in millions, except per common share amounts) | Second Quarter 2016 | 2015 | % Change |
|---|---|---|---|
| Revenue | $ 31,445 | $ 25,537 | 23% |
| Cost of products sold | 29,836 | 24,083 | 24% |
| Gross margin | 1,609 | 1,454 | 11% |
| | | | |
| **Operating expenses:** | | | |
| Distribution, selling, general, and administrative expenses | 922 | 815 | 13% |
| Restructuring and employee severance | 2 | 7 | N.M. |
| Amortization and other acquisition-related costs | 114 | 60 | N.M. |
| Impairments and (gain)/loss on disposal of assets | 17 | (18) | N.M. |
| Litigation (recoveries)/charges, net | (9) | 44 | N.M. |
| Operating earnings | 563 | 546 | 3% |
| | | | |
| Other income, net | (2) | (1) | N.M. |
| Interest expense, net | 45 | 36 | 24% |
| Loss on extinguishment of debt | — | 60 | N.M. |
| Earnings before income taxes | 520 | 451 | 15% |
| | | | |
| Provision for income taxes | 194 | 162 | 20% |
| Net earnings | 326 | 289 | 12% |
| | | | |
| Less: Net earnings attributable to noncontrolling interests | — | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ 326 | $ 289 | 13% |
| | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | |
| Basic | $ 0.99 | $ 0.87 | 14% |
| Diluted | 0.98 | 0.86 | 14% |
| | | | |
| **Weighted-average number of common shares outstanding:** | | | |
| Basic | 329 | 331 | |
| Diluted | 332 | 334 | |

**Schedule 2**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Earnings (Unaudited)**

| (in millions, except per common share amounts) | Year-to-Date 2016 | | 2015 | % Change |
|---|---|---|---|---|
| Revenue | $ | 59,499 | $ 49,607 | 20% |
| Cost of products sold | | 56,311 | 46,813 | 20% |
| Gross margin | | 3,188 | 2,794 | 14% |
| | | | | |
| **Operating expenses:** | | | | |
| Distribution, selling, general, and administrative expenses | | 1,764 | 1,590 | 11% |
| Restructuring and employee severance | | 14 | 26 | N.M. |
| Amortization and other acquisition-related costs | | 219 | 112 | N.M. |
| Impairments and (gain)/loss on disposal of assets | | 17 | (18) | N.M. |
| Litigation (recoveries)/charges, net | | (9) | 72 | N.M. |
| Operating earnings | | 1,183 | 1,012 | 17% |
| | | | | |
| Other (income)/expense, net | | 6 | (4) | N.M. |
| Interest expense, net | | 90 | 70 | 28% |
| Loss on extinguishment of debt | | — | 60 | N.M. |
| Earnings before income taxes | | 1,087 | 886 | 23% |
| | | | | |
| Provision for income taxes | | 377 | 331 | 14% |
| Net earnings | | 710 | 555 | 28% |
| | | | | |
| Less: Net earnings attributable to noncontrolling interests | | (1) | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ | 709 | $ 555 | 28% |
| | | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | | |
| Basic | $ | 2.16 | $ 1.66 | 30% |
| Diluted | | 2.14 | 1.65 | 30% |
| | | | | |
| **Weighted-average number of common shares outstanding:** | | | | |
| Basic | | 329 | 333 | |
| Diluted | | 332 | 337 | |

**Schedule 3**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets**

| (in millions) | | December 31, 2015 | | June 30, 2015 |
|---|---|---|---|---|
| | | **(Unaudited)** | | |
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and equivalents | $ | **2,324** | $ | 4,616 |
| Trade receivables, net | | **6,980** | | 6,523 |
| Inventories, net | | **11,007** | | 9,211 |
| Prepaid expenses and other | | **1,518** | | 1,402 |
| Total current assets | | **21,829** | | 21,752 |
| | | | | |
| Property and equipment, net | | **1,651** | | 1,506 |
| Goodwill and other intangibles, net | | **9,113** | | 6,018 |
| Other assets | | **914** | | 866 |
| **Total assets** | $ | **33,507** | $ | 30,142 |
| | | | | |
| **Liabilities, Redeemable Noncontrolling Interests, and Shareholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | **16,919** | $ | 14,368 |
| Current portion of long-term obligations and other short-term borrowings | | **354** | | 281 |
| Other accrued liabilities | | **1,606** | | 2,594 |
| Total current liabilities | | **18,879** | | 17,243 |
| | | | | |
| Long-term obligations, less current portion | | **5,171** | | 5,211 |
| Deferred income taxes and other liabilities | | **2,609** | | 1,432 |
| | | | | |
| Redeemable noncontrolling interests | | **120** | | — |
| | | | | |
| Total Cardinal Health, Inc. shareholders' equity | | **6,711** | | 6,256 |
| Noncontrolling interests | | **17** | | — |
| Total shareholders' equity | | **6,728** | | 6,256 |
| **Total liabilities, redeemable noncontrolling interests, and shareholders' equity** | $ | **33,507** | $ | 30,142 |

**Schedule 4**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Cash Flows (Unaudited)**

| | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| (in millions) | 2016 | 2015 | 2016 | 2015 |
| **Cash flows from operating activities:** | | | | |
| Net earnings | $ 326 | $ 289 | $ 710 | $ 555 |
| | | | | |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 169 | 112 | 306 | 220 |
| Loss on extinguishment of debt | — | 60 | — | 60 |
| Gain on sale of other investments | — | — | — | (5) |
| Impairments and (gain)/loss on disposal of assets, net | 17 | (18) | 17 | (18) |
| Share-based compensation | 26 | 28 | 56 | 53 |
| Provision for bad debts | 18 | 14 | 35 | 26 |
| Change in fair value of contingent consideration obligation | (13) | — | (14) | — |
| Change in operating assets and liabilities, net of effects from acquisitions: | | | | |
| Increase in trade receivables | (45) | — | (393) | (291) |
| Increase in inventories | (1,070) | (1,336) | (1,565) | (1,137) |
| Increase in accounts payable | 2,006 | 1,595 | 2,431 | 1,438 |
| Other accrued liabilities and operating items, net | 29 | 209 | (172) | 113 |
| Net cash provided by operating activities | 1,463 | 953 | 1,411 | 1,014 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of subsidiaries, net of cash acquired | (1,885) | (25) | (3,284) | (86) |
| Additions to property and equipment | (92) | (47) | (175) | (83) |
| Purchase of available-for-sale securities and other investments | (62) | (32) | (88) | (107) |
| Proceeds from sale of available-for-sale securities and other investments | 32 | 16 | 57 | 107 |
| Proceeds from maturities of available-for-sale securities | 14 | 16 | 19 | 16 |
| Proceeds from divestitures and disposal of held for sale assets | — | 53 | — | 53 |
| Net cash used in investing activities | (1,993) | (19) | (3,471) | (100) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Payment of contingent consideration obligation | — | — | (23) | — |
| Net change in short-term borrowings | 3 | (58) | 39 | (18) |
| Reduction of long-term obligations | — | (1,220) | (4) | (1,220) |
| Proceeds from long-term obligations, net of issuance costs | — | 1,182 | — | 1,182 |
| Net proceeds/(tax withholdings) from share-based compensation | 14 | 10 | (7) | 35 |
| Tax proceeds from share-based compensation | 1 | 4 | 32 | 42 |
| Dividends on common shares | (128) | (114) | (259) | (233) |
| Purchase of treasury shares | — | (326) | — | (686) |
| Net cash used in financing activities | (110) | (522) | (222) | (898) |
| | | | | |
| Effect of exchange rate changes on cash and equivalents | (10) | — | (10) | — |
| | | | | |
| Net increase/(decrease) in cash and equivalents | (650) | 412 | (2,292) | 16 |
| Cash and equivalents at beginning of period | 2,974 | 2,469 | 4,616 | 2,865 |
| **Cash and equivalents at end of period** | $ 2,324 | $ 2,881 | $ 2,324 | $ 2,881 |

**Schedule 5**

**Cardinal Health, Inc. and Subsidiaries**
**Total Company Business Analysis**

| (in millions) | | Second Quarter | | | Non-GAAP Second Quarter | |
| --- | --- | --- | --- | --- | --- | --- |
| | | **2016** | 2015 | | **2016** | 2015 |
| **Revenue** | | | | | | |
| Amount | $ | **31,445** | $ 25,537 | | | |
| Growth rate | | **23%** | 15% | | | |
| **Gross Margin** | | | | | | |
| Amount [1] | $ | **1,609** | $ 1,454 | $ | **1,648** | $ 1,454 |
| Growth rate | | **11%** | 8% | | **13%** | 8% |
| **Operating earnings** | | | | | | |
| Amount | $ | **563** | $ 546 | $ | **726** | $ 639 |
| Growth rate | | **3%** | 5% | | **14%** | 10% |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | |
| Amount | $ | **326** | $ 289 | $ | **430** | $ 400 |
| Growth rate | | **13%** | 5% | | **7%** | 28% |
| Return on equity | | **19.7%** | 18.7% | | **26.0%** | 25.9% |
| Effective tax rate | | **37.3%** | 36.0% | | **37.1%** | 33.8% |
| Debt to total capital | | **45%** | 39% | | | |
| Net debt to capital | | | | | **32%** | 15% |

| (in millions) | | Year-to-Date | | | Non-GAAP Year-to-Date | |
| --- | --- | --- | --- | --- | --- | --- |
| | | **2016** | 2015 | | **2016** | 2015 |
| **Revenue** | | | | | | |
| Amount | $ | **59,499** | $ 49,607 | | | |
| Growth rate | | **20%** | 6 % | | | |
| **Gross Margin** | | | | | | |
| Amount [1] | $ | **3,188** | $ 2,794 | $ | **3,227** | $ 2,794 |
| Growth rate | | **14%** | 7 % | | **15%** | 7% |
| **Operating earnings** | | | | | | |
| Amount | $ | **1,183** | $ 1,012 | $ | **1,463** | $ 1,204 |
| Growth rate | | **17%** | 2 % | | **22%** | 8% |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | |
| Amount | $ | **709** | $ 555 | $ | **889** | $ 740 |
| Growth rate | | **28%** | (10)% | | **20%** | 7% |
| Return on equity | | **21.8%** | 17.8 % | | **27.4%** | 23.7% |
| Effective tax rate | | **34.7%** | 37.4 % | | **35.0%** | 35.0% |

[1] Gross margin includes the negative impact of a $39 million LIFO charge in the second quarter.

Refer to the GAAP/Non-GAAP reconciliation for definitions and calculations supporting the Non-GAAP balances.

**Schedule 6**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Second Quarter | | | (in millions) | Second Quarter | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **28,287** | $ 22,627 | Amount | $ | **3,162** | $ 2,914 |
| Growth rate | | **25%** | 16% | Growth rate | | **9 %** | 4 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **627** | $ 542 | Amount | $ | **106** | $ 115 |
| Growth rate | | **16%** | 12% | Growth rate [1] | | **(8)%** | (12)% |
| Segment profit margin | | **2.22%** | 2.39% | Segment profit margin | | **3.36 %** | 3.96 % |

[1] Segment profit includes a $21 million impact from the roll-out of the inventory fair value step up related to the Cordis acquisition for the three months ended December 31, 2015. Excluding the impact of the inventory fair value step up, Medical segment profit would have increased 10% for the three months ended December 31, 2015.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the three months ended December 31, 2015 was $31,445 million , which included total segment revenue of $31,449 million and Corporate revenue of $(4) million . Total consolidated revenue for the three months ended December 31, 2014 was $25,537 million , which included total segment revenue of $25,541 million and Corporate revenue of $(4) million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended December 31, 2015 were $563 million , which included total segment profit of $733 million and Corporate costs of $(170) million . Total consolidated operating earnings for the three months ended December 31, 2014 were $546 million , which included total segment profit of $657 million and Corporate costs of $(111) million . Corporate includes, among other things, LIFO (charges)/credits, restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Schedule 7**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Year-to-Date | | | (in millions) | Year-to-Date | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **53,427** | $ 43,836 | Amount | $ | **6,081** | $ 5,766 |
| Growth rate | | **22%** | 6% | Growth rate | | **5 %** | 5 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **1,285** | $ 992 | Amount | $ | **207** | $ 229 |
| Growth rate | | **29%** | 8% | Growth rate [1] | | **(10)%** | (4)% |
| Segment profit margin | | **2.41%** | 2.26% | Segment profit margin | | **3.40 %** | 3.96 % |

[1]    Segment profit includes a $21 million impact from the roll-out of the inventory fair value step up related to the Cordis acquisition for the six months ended December 31, 2015. Excluding the impact of the inventory fair value step up, Medical segment profit growth would have been flat for the six months ended December 31, 2015.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the six months ended December 31, 2015 was $59,499 million , which included total segment revenue of $59,508 million and Corporate revenue of $(9) million . Total consolidated revenue for the six months ended December 31, 2014 was $49,607 million , which included total segment revenue of $49,602 million and Corporate revenue of $5 million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the six months ended December 31, 2015 were $1,183 million , which included total segment profit of $1,492 million and Corporate costs of $(309) million . Total consolidated operating earnings for the six months ended December 31, 2014 were $1,012 million , which included total segment profit of $1,221 million and Corporate costs of $(209) million . Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and certain investment spending that are not allocated to the segments.

**Schedule 8**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Second Quarter 2016** | | | | | |
| GAAP | $ 1,609 | 11% | $ 563 | 3% | $ 520 | $ 194 | $ 326 | 13% | $ 0.98 | 14% |
| LIFO charges/(credits) | 39 | | 39 | | 39 | 15 | 24 | | 0.07 | |
| Restructuring and employee severance | — | | 2 | | 2 | 1 | 1 | | — | |
| Amortization and other acquisition-related costs | — | | 114 | | 114 | 41 | 73 | | 0.22 | |
| Impairments and (gain)/loss on disposal of assets | — | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | — | | (9) | | (9) | (5) | (4) | | (0.01) | |
| **Non-GAAP** | **$ 1,648** | **13%** | **$ 726** | **14%** | **$ 683** | **$ 253** | **$ 430** | **7%** | **$ 1.30** | **8%** |
| | | | | | **Second Quarter 2015** | | | | | |
| GAAP | $ 1,454 | 8% | $ 546 | 5% | $ 451 | $ 162 | $ 289 | 5% | $ 0.86 | 9% |
| Restructuring and employee severance | — | | 7 | | 7 | 3 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | — | | 60 | | 60 | 22 | 38 | | 0.11 | |
| Impairments and (gain)/loss on disposal of assets | — | | (18) | | (18) | (10) | (8) | | (0.03) | |
| Litigation (recoveries)/charges, net | — | | 44 | | 44 | 4 | 40 | | 0.12 | |
| Loss on extinguishment of debt | — | | — | | 60 | 23 | 37 | | 0.11 | |
| **Non-GAAP** | **$ 1,454** | **8%** | **$ 639** | **10%** | **$ 604** | **$ 204** | **$ 400** | **28%** | **$ 1.20** | **33%** |

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Year-to-Date 2016** | | | | | |
| GAAP | $ 3,188 | 14% | $ 1,183 | 17% | $ 1,087 | $ 377 | $ 709 | 28 % | $ 2.14 | 30 % |
| LIFO charges/(credits) | 39 | | 39 | | 39 | 15 | 24 | | 0.07 | |
| Restructuring and employee severance | — | | 14 | | 14 | 5 | 9 | | 0.02 | |
| Amortization and other acquisition-related costs | — | | 219 | | 219 | 78 | 141 | | 0.42 | |
| Impairments and (gain)/loss on disposal of assets | — | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | — | | (9) | | (9) | (5) | (4) | | (0.01) | |
| **Non-GAAP** | **$ 3,227** | **15%** | **$ 1,463** | **22%** | **$ 1,368** | **$ 479** | **$ 889** | **20 %** | **$ 2.68** | **22 %** |
| | | | | | **Year-to-Date 2015** | | | | | |
| GAAP | $ 2,794 | 7% | $ 1,012 | 2% | $ 886 | $ 331 | $ 555 | (10)% | $ 1.65 | (7)% |
| Restructuring and employee severance | — | | 26 | | 26 | 9 | 17 | | 0.05 | |
| Amortization and other acquisition-related costs | — | | 112 | | 112 | 41 | 71 | | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | — | | (18) | | (18) | (10) | (8) | | (0.02) | |
| Litigation (recoveries)/charges, net | — | | 72 | | 72 | 4 | 68 | | 0.20 | |
| Loss on extinguishment of debt | — | | — | | 60 | 23 | 37 | | 0.11 | |
| **Non-GAAP** | **$ 2,794** | **7%** | **$ 1,204** | **8%** | **$ 1,138** | **$ 399** | **$ 740** | **7 %** | **$ 2.19** | **10 %** |

[1] The $56 million remeasurement of unrecognized tax benefits reduced, for fiscal 2014 second quarter, both diluted EPS from continuing operations and non-GAAP diluted EPS from continuing operations by $0.16. The fiscal 2015 second quarter growth rates for diluted EPS from continuing operations and non-GAAP diluted EPS from continuing operations, excluding the impact of the tax remeasurement, would have been (10) percent and 13 percent, respectively.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 9**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Second Quarter | |
| --- | --- | --- |
| | **2016** | 2015 |
| **GAAP return on equity** | **19.7%** | 18.7% |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings attributable to Cardinal Health, Inc. | $ **326** | $ 289 |
| LIFO charges/(credits), net of tax | **24** | — |
| Restructuring and employee severance, net of tax | **1** | 4 |
| Amortization and other acquisition-related costs, net of tax | **73** | 38 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | (8) |
| Litigation (recoveries)/charges, net, net of tax | **(4)** | 40 |
| Loss on extinguishment of debt, net of tax | **—** | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **430** | $ 400 |
| Annualized | $ **1,720** | $ 1,600 |

| | Second Quarter 2016 | First Quarter 2016 | Second Quarter 2015 | First Quarter 2015 |
| --- | --- | --- | --- | --- |
| Total Cardinal Health, Inc. shareholders' equity | $ **6,711** | $ **6,505** | $ 6,100 | $ 6,256 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,608** | | $ 6,178 | |
| **Non-GAAP return on equity** | **26.0%** | | 25.9% | |

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 10**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Year-to-Date 2016 | | Year-to-Date 2015 |
|---|---|---|---|
| **GAAP return on equity** | **21.8%** | | 17.8% |
| | | | |
| **Non-GAAP return on equity** | | | |
| Net earnings attributable to Cardinal Health, Inc. | $ **709** | | $ 555 |
| LIFO charges/(credits), net of tax | **24** | | — |
| Restructuring and employee severance, net of tax | **9** | | 17 |
| Amortization and other acquisition-related costs, net of tax | **141** | | 71 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | | (8) |
| Litigation (recoveries)/charges, net, net of tax | **(4)** | | 68 |
| Loss on extinguishment of debt, net of tax | **—** | | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **889** | | $ 740 |
| Annualized | $ **1,778** | | $ 1,480 |

| | Second Quarter 2016 | First Quarter 2016 | Fourth Quarter 2015 | Second Quarter 2015 | First Quarter 2015 | Fourth Quarter 2014 |
|---|---|---|---|---|---|---|
| Total Cardinal Health, Inc. shareholders' equity | $ **6,711** | $ **6,505** | $ **6,256** | $ 6,100 | $ 6,256 | $ 6,401 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,491** | | | $ 6,252 | | |
| **Non-GAAP return on equity** | **27.4%** | | | 23.7% | | |

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 11**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Second Quarter 2016 | 2015 | Year-to-Date 2016 | 2015 |
|---|---|---|---|---|
| **GAAP effective tax rate** | **37.3%** | 36.0% | **34.7%** | 37.4% |
| | | | | |
| **Non-GAAP effective tax rate** | | | | |
| Earnings before income taxes | $ **520** | $ 451 | $ **1,087** | $ 886 |
| LIFO charges/(credits) | **39** | — | **39** | — |
| Restructuring and employee severance | **2** | 7 | **14** | 26 |
| Amortization and other acquisition-related costs | **114** | 60 | **219** | 112 |
| Impairments and (gain)/loss on disposal of assets | **17** | (18) | **17** | (18) |
| Litigation (recoveries)/charges, net | **(9)** | 44 | **(9)** | 72 |
| Loss on extinguishment of debt | — | 60 | — | 60 |
| Adjusted earnings before income taxes | $ **683** | $ 604 | $ **1,368** | $ 1,138 |
| | | | | |
| Provision for income taxes | $ **194** | $ 162 | $ **377** | $ 331 |
| LIFO charges/(credits) tax benefit | **15** | — | **15** | — |
| Restructuring and employee severance tax benefit | **1** | 3 | **5** | 9 |
| Amortization and other acquisition-related costs tax benefit | **41** | 22 | **78** | 41 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | **7** | (10) | **7** | (10) |
| Litigation (recoveries)/charges, net tax benefit/(expense) | **(5)** | 4 | **(5)** | 4 |
| Loss on extinguishment of debt tax benefit | — | 23 | — | 23 |
| Adjusted provision for income taxes | $ **253** | $ 204 | $ **479** | $ 399 |
| | | | | |
| **Non-GAAP effective tax rate** | **37.1%** | 33.8% | **35.0%** | 35.0% |

| | Second Quarter 2016 | 2015 |
|---|---|---|
| **Debt to total capital** | **45%** | 39% |
| | | |
| **Net debt to capital** | | |
| Current portion of long-term obligations and other short-term borrowings | $ **354** | $ 270 |
| Long-term obligations, less current portion | **5,171** | 3,706 |
| Debt | $ **5,525** | $ 3,976 |
| Cash and equivalents | **(2,324)** | (2,881) |
| Net debt | $ **3,201** | $ 1,095 |
| Total Cardinal Health, Inc. shareholders' equity | **6,711** | 6,100 |
| Capital | $ **9,912** | $ 7,195 |
| **Net debt to capital** | **32%** | 15% |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP net earnings attributable to Cardinal Health, Inc. and non-GAAP effective tax rate (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are net earnings attributable to Cardinal Health, Inc. and effective tax rate. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and loss on extinguishment of debt, which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Cardinal Health, Inc. and Subsidiaries**

**Use of Non-GAAP Measures**

This earnings release contains financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). In general, the measures exclude items and charges that (i) management does not believe reflect Cardinal Health, Inc.'s (the "Company") core business and relate more to strategic, multi-year corporate activities; or (ii) relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. Management uses these non-GAAP financial measures internally to evaluate the Company's performance, evaluate the balance sheet, engage in financial and operational planning and determine incentive compensation.

Management provides these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on its financial and operating results and in comparing the Company's performance to that of its competitors. However, the non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by the Company should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial statements set forth above should be carefully evaluated.

**Definitions**

**Debt** : long-term obligations plus short-term borrowings.

**Debt to Total Capital** : debt divided by (debt plus total Cardinal Health, Inc. shareholders' equity).

**Net Debt** : a Non-GAAP measure defined as debt minus (cash and equivalents).

**Net Debt to Capital** : a Non-GAAP measure defined as net debt divided by (net debt plus total Cardinal Health, Inc. shareholders' equity).

**Non-GAAP Diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP Diluted EPS" or "Non-GAAP Diluted Earnings Per Share"** : non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

**Non-GAAP Diluted EPS from continuing operations** : non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Effective Tax Rate** : (provision for income taxes adjusted for (1) LIFO charges/(credits) [1] , (2) restructuring and employee severance [2] , (3) amortization and other acquisition-related costs [3] , (4) impairments and (gain)/loss on disposal of assets [4] , (5) litigation (recoveries)/charges, net [5] , and (6) loss on extinguishment of debt [6] ) divided by (earnings before income taxes adjusted for the same six items).

**Non-GAAP Gross Margin** : Gross margin excluding LIFO charges/(credits).

**Non-GAAP Net Earnings attributable to Cardinal Health, Inc. or "Non-GAAP Net Earnings"** : net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Earnings from Continuing Operations** : earnings from continuing operations excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Operating Earnings** : operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, and (5) litigation (recoveries)/charges, net.

**Non-GAAP Return on Equity** : (annualized current period net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax) divided by average Cardinal Health, Inc. shareholders' equity.

**Return on Equity** : annualized current period net earnings attributable to Cardinal Health, Inc. divided by average Cardinal Health, Inc. shareholders' equity.

**Segment Profit** : segment revenue minus (segment cost of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin** : segment profit divided by segment revenue.

[1] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel), and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangibles assets, transaction costs, integration costs, and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the condensed consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] Charges related to the make-whole premium on the redemption of notes.

# EXHIBIT 33



# Q2 FY16 Cardinal Health, Inc. Earnings Conference Call

**February 1, 2016 8:30AM Eastern**

Operator: Please standby. We're about to begin. Good day and welcome to the Cardinal Health Second Quarter Fiscal Year 2016 Earnings conference call. Today's conference is being recorded. At this time, I would like to turn the conference over to Sally Curley. Please go ahead.

Sally Curley: Thank you, Bethany, and welcome to the Cardinal Health Second Quarter Fiscal 2016 Earnings call. Today, we will be making forward looking statements.

The matters addressed in the statements are subject risks and uncertainties that could cause actual results to differ materially from those projected or implied.

Please refer to the SEC filings and the forward looking statements slide at the beginning of the presentation found on the Investor page of our website for a description of those risks and uncertainties. In addition, we'll reference non-GAAP financial measures.

Information about these measures and reconciliations to GAAP are included at the end of the slide. In terms of upcoming events, we will be webcasting our presentation at the Leerink 5th Annual Global Healthcare Conference on February 10th in New York.

Today's press release and details for any webcasted events are or will be posted on the IR section of our website at www.cardinalhealth.com. So please make sure to visit the site often for updated information. We hope to see many of you at an upcoming event.

Now I'd like to turn the call over to our Chairman and CEO, George Barrett. George?

**CardinalHealth**
*Essential to care™*

George Barrett: Thanks, Sally. Good morning, and thanks to all of you for joining us. We reported a strong quarter this morning, wrapping up an excellent first half to our fiscal 2016. Our second quarter revenues increased 23% to $31.4 billion.

Non-GAAP operating earnings increased 14% to $726 million and we reported non-GAAP diluted earnings per share of $1.30, an increase of 8% over the prior year.

Our organization continues to demonstrate the discipline necessary to compete in a very dynamic environment and the capacity and readiness to take the actions to position us to sustain growth over the long term.

We are confident about our position and our ability to create value for health systems experiencing change, and we are reaffirming our full year non-GAAP diluted earnings per share guidance of $5.15 to $5.35. This range represents an 18% to 22% growth rate over our fiscal 2015.

Both of our reporting segments demonstrated strong operating performance in the second quarter.

Specifically, the pharmaceutical segment reported significant profit growth and the medical segment showed strong underlying performance, largely masked by the Cordis related inventory fair value step up.

Adjusting for this, both segments reported robust revenues and double digit growth in segment profit.

Turning to our segments - our pharmaceutical segment continued its momentum with a very strong second quarter. Revenue for the pharma segment increased 25% to $28.3 billion and segment profit increased 16% to $627 million.

Over the past few years, we've referred a number of times to the importance of having deep expertise in two specific areas in our pharmaceutical business. Generic drugs, which represent the vast majority of prescriptions

filled in the U.S.; and specialty pharmaceuticals, which account for many new launches and a significant number of development projects in the pipeline of the pharmaceutical industry.

As you know, these products tend to require very distinct capabilities. We continue to show excellent progress in both of these areas. As it relates to generics, we continued to grow our base of customers spanning independent pharmacies, chain, mail order, institutional and hospital pharmacies.

Our generics program is designed to meet the needs of our pharmacy customers who recognize that generic drugs are extremely important to support their patients. And our program is strengthened through the purchasing capacity of Red Oak Sourcing, our joint venture with CVS Health.

While our generics program is an important offering for all of our customers and for us, it is also the broad and deep range of services that we provide to these customers, which enable pharmacists to provide clinical support both to their patients and to the physicians with whom these pharmacists will increasingly be coordinating.

As more precision medicine emerges from the pipelines of the pharmaceutical industry, our specialty solutions group builds the linkages between biopharmaceutical manufacturers and physicians to help manage the complexity in delivering this important care to patients.

Our specialty solutions business continues its steep growth trajectory, growing both in our base of provider customers we serve and in the tools that make us an outstanding partner to biopharmaceutical companies. We're confident that our specialty solutions sales will exceed $8 billion for our fiscal 2016.

Our medical segment continues its repositioning and is adding value through reinvigorated distribution businesses, new product lines and services as well as new channels inside and outside of the U.S. Revenue for the medical segment was up 9% to $3.2 billion.

Segment profit declined 8% versus the prior year to $106 million. And remember, that this is the first quarter that includes the impact from the Cordis related inventory step up. Excluding that impact, medical segment profit growth was 10% versus the prior year.

Mike will provide more color in his commentary. The work that we're doing in consumables, physician preference items, medical supplies to the home, our service offerings and discharge management all align with the trend towards value based payment models.

Related to this, it's our ability to bring to our increasingly complex customers the full Cardinal Health portfolio across both our medical and pharmaceutical segments that will help as new payment and delivery models begin to emerge.

Our business in China continues to grow at double digit rates. Of course, China has been a subject of considerable economic news over these past months. And while the economic slowdown has significant impact for many industrials, the impact on the services sector has been more muted. Healthcare specifically, continues to be a national priority.

China's policy reforms, aging population, public health issues and expanding middle class have created increased opportunities for scaled healthcare solutions, and we expect the healthcare market in China to continue to grow.

Finally, a few words on Cordis - as you know, we closed the acquisition of Cordis on October 2, 2015. This is not a simple integration process and our teams are doing an outstanding job managing all of the many moving parts across multiple markets.

The integration of Cordis has gone well and is on target. Of greatest significance, on day one, we were ready to serve customers and their patients seamlessly in markets across the globe.

Our new Cordis leadership team is off to a strong start and this reinforces our optimism that Cordis will serve as a platform for growth. As the healthcare market introduces fee for value models, our physician preference item strategy is designed to help our customers meet this challenge.

Our offering of products combined with business model innovation that includes services and analytics creates real value for our customers. Cost effective, meaningful and measurable solutions. This is at the heart of our value proposition.

We close out the first half of fiscal 2016 with strong results and well positioned for long term growth. Ours is an organization that internalizes its mission.

And seeing our people work to serve our customers through the extreme weather of the last few weeks is a reminder of their deep commitment, not only to our customers but also to their patients. And I want to take this opportunity to thank them for their work.

And with that, I'll turn the call over to Mike.

Mike Kaufmann: Thanks, George, and thanks to everyone joining us on the call today. As George mentioned, we had a strong quarter and halfway through our fiscal 2016, we're off to a good start. We feel comfortable reaffirming our non-GAAP EPS guidance range.

In my remarks, I first want to review our second quarter financial performance in more detail, and then I'll end with some additional color on our expectations for the full year. You can refer to the slide presentation posted on our website as a guide to this discussion.

Second quarter non-GAAP diluted earnings per share were $1.30, growth of 8% versus the prior year. Starting with consolidated company results, revenues were $31.4 billion, growth of 23%.

Based on what we've seen through the first half of the year, we are updating our full year revenue assumption from mid-teens to mid- to high-teens percentage growth versus the prior year. Total company non-GAAP gross margin dollars were up 13%.

Consolidated company SG&A increased by 13% versus the prior year, with the vast majority due to acquisitions. We remain focused on disciplined management of our core SG&A to ensure that we maintain a lean, efficient organization.

Resulting non-GAAP operating earnings in the quarter were $726 million dollars, an increase of 14% versus the prior year. Below the operating line, net interest and other expense was $43 million for the quarter.

This is an increase versus the prior year, primarily due to the interest expense related to long term debt issued in June of 2015 to fund the acquisitions of Cordis and The Harvard Drug Group. Our non-GAAP effective tax rate in the quarter was 37%.

While this is three percentage points higher than the prior year, it is common for the rate to fluctuate from quarter to quarter. For the full fiscal year, we still expect our non-GAAP effective tax rate to be between 35.5% and 37%.

Diluted weighted average shares outstanding were nearly 332 million shares, slightly fewer shares versus the second quarter last year. We did not re-purchase shares in the quarter and had about $700 million remaining on our board-authorized share re-purchase program.

As I've said in the past, we will continue to evaluate share re-purchases opportunistically in the context of our overall capital deployment strategy. In the quarter, operations generated cash flow of nearly $1.5 billion. As a reminder, quarterly operating cash flows can be effected by timing.

It's more representative to look at operating cash flow over a longer period, such as the first half of our fiscal year. Operating cash flow for the six-month period was $1.4 billion. At the end of the second quarter, we had a cash balance of $2.3 billion with $394 million held internationally.

Overall, we have a strong and flexible balance sheet.

I'll now review segment performance starting with the pharmaceutical segment. In the second quarter, the pharma segment increased revenues by 25% to $28.3 billion.

This was a result of continued growth in our existing and new customer relationships, and to a lesser degree, the recent acquisitions of Harvard Drug and Metro Medical.

Segment profit increased 16% to $627 million, driven by growth from existing and new customer relationships, which includes strong performance from our generics program. The acquisitions of Harvard Drug and Metro Medical also contributed to segment profit growth in the quarter.

Segment profit margin rate for the quarter was down 17 basis points versus the prior year. As we previously mentioned, our new relationship with a large mail order customer, while positive from an earnings and capital standpoint, was dilutive to margin rates.

Our integration of Harvard Drug continues to go well. And while still early, we are on track to achieve our accretion targets of greater than 15 cents in this fiscal year and greater than 20 cents for fiscal 2017.

Our specialty business had strong double digit growth which includes the contribution from the acquisition of Metro Medical, which is also going well. Of late, many of you have been asking us about branded and generic manufacturer pricing.

I'll share our current view, which is consistent with what we recently communicated at a mid-January webcasted event. We continue to model that branded manufacturer price increases will generally be similar to historical levels. This would be in line with our FY16 assumptions.

As it relates to generic pricing, over the last 18 months, our commentary and assumptions have been that generic inflation would moderate. In our fiscal 2015, that moderation was about as we expected.

When we provided assumptions for our fiscal 2016, we communicated that we expected further moderation. In fact, we are seeing moderation in generic pricing. Although as we recently shared, it is somewhat steeper than we had originally modeled.

That being said, generic manufacturer pricing is only one piece of our overall generics program, which in total, we still see as meeting our expectations.

Our solid work in sourcing, attracting new customers, penetrating existing customers, utilizing data and analytics, as well as executing on new item launches has been key in our overall success.

I continue to be excited about our overall generics program and the different components we have created to ensure long term sustainability. Overall, this was another solid quarter for the Pharmaceutical segment, and while there always puts and takes, the quarter was largely in line with our assumptions.

Now, let's go to the Medical segment performance. Second quarter revenues grew 9% to $3.2 billion driven by the net impact of acquisitions and divestitures. Our at-Home business, which grew double digits, also contributed to topline growth for the segment.

Segment profit decreased 8% versus the prior year to $106 million. As a reminder, this was the first quarter that included the acquisition of Cordis and the related impact of the inventory fair value step up. Excluding the step up of $21 million, the Medical segment profit grew 10%.

The total step up came in at about 8 cents, which is lower than the 13 to 15 cents of EPS impact we had anticipated. We expensed 4 cents in Q2 and we will do the same in Q3. There will be no inventory fair value step up to recognize in Q4.

In this quarter, the favorability of the step up as compared to our original guidance was offset by some one-time items resulting from the execution of the transaction as well as FX. Looking to Q3, we expect the step up favorability and FX to be a wash.

Setting those non-operating pieces aside, as George mentioned, Cordis is off to a good start with all key personnel in place and day to day operations up and running. As we integrate the Cordis business through the remainder of our fiscal year, we continue to be excited and will work to drive efficiencies.

As we've previously shared, in FY17 we still expect the transaction to be greater than 20 cents accretive and increasingly accretive thereafter. We are also working towards achieving the $100 million of annual synergies as we exit our fiscal 2018.

Switching to other pieces of our Medical business. As expected, from an operational standpoint, our Canadian business has stabilized, though foreign currency created a bit of a headwind. The team there continues to work diligently to ensure we position our business for the future.

Our Cardinal Health brand products continue to grow over and above the incremental increase from Cordis. Notably, we saw this growth in our Strategic Accounts, which are those customers that we have identified as key partners in the continually evolving health care landscape.

Turning to slide number 6, you will see our consolidated GAAP results for the quarter. The 32 cents variance to non-GAAP results was primarily driven by amortization and other acquisition related costs, as well as a $39 million LIFO related charge.

With the first half behind us, there are two variables I'd note that probably have the most impact on us achieving the very high end of our guidance range for the full year.

The first is generic manufacturer pricing levels, and the second is the net impact of foreign currency exchange rates related to our specific businesses.

These items moving in our favor would push us toward achievement of the very top end of our non-GAAP EPS guidance range of $5.15 to $5.35 that we re-affirmed this morning. As a reminder, this is a growth of 18% to 22% to the prior year.

While there are a few moving parts, our overall breadth and presence across the continuum of care provides us with the confidence to deliver on our commitments. I believe we have positioned ourselves well in the first half.

We continue to be focused on our customers and have the talent to drive results and execute against our strategic priorities. Operator, let's now go to the questions.

Operator: Okay. Thank you. If you would like to ask a question, please signal by pressing star 1 on your telephone keypad. If you are using a speakerphone, please make sure your mute function is turned off to allow your signal to reach our equipment.

As a courtesy, please allow yourself one question and one follow up question. Again, press star 1 to ask a question. We'll pause for just a moment to allow everyone an opportunity to signal for questions. And we'll take our first question from Eric Percher from Barclays. Please go ahead.

Eric Percher: Thank you. With FX called out as one of the key elements to hitting the higher end of guidance, could you speak a bit to the exposure in FX now with Cordis under your control, and some of the elements of scale or

maybe impact at the top end - top line as well as offsets at the profit line and maybe also touch on Canadian exposure?

George Barrett: Yeah. Mike, why don't you - good morning, Eric. Mike, want to grab that?

Mike Kaufmann: Hey, Eric. As you could imagine with the company - with our breadth, not only in our commercial operations overseas, we also have manufacturing operations overseas.

So we are seeing FX be both positive and negative depending on which country we're talking about and whether or not we're talking about on the manufacturing side, or on the commercial operations.

And so, clearly with Cordis, we are getting some additional exposure with FX, with 70% of that business being overseas. But to be able to actually get into any detail about how that FX will be impacting our business exactly, it's really difficult to do that.

And not something at this time that I'd be comfortable with talking about. But it's something that we'll take a look at as we go forward and decide how much more color we can provide.

Eric Percher: And is there - so as you're considering that color I mean at this point, is there a general rule of thumb that you've thought about, maybe even pre-Cordis in terms of when you see the exchange rate moving, how much is naturally offset because of their location of operations?

Mike Kaufmann: No. I wouldn't say there's a general rule of thumb because it's - as one moves in one direction, often other ones could be moving in other directions - so it's very difficult.

Also as you could imagine with us just starting up with Cordis, we're just beginning to ramp up our hedging strategies and taking a look at all the things we can do in terms of hedging to be able to make sure that we have more consistent earnings.

So it's just so early with the changes in the mix of our business, it's hard for me to be able to provide you a lot more detail than what I said, which is that, you know, right now we see FX as a little bit of a headwind in the second half of the year. But it - other than that, it's - I really can't give you more details.

Sally Curley: Operator, next question.

Operator: Okay. We'll take our next question from Ricky Goldwasser from Morgan Stanley.

Ricky Goldwasser: Yeah, hi. Good morning. Mike, I think you mentioned that to arrive at the high end of your guidance, generic manufacturing needs to be at a certain level. So can you just give us more color on your assumption at kind of like the high end of the - of guidance range around generic pricing?

Do you assume that it's going to accelerate from current levels; stay the same? And also, at the low end of the guidance range, what are you assuming for generic...

Mike Kaufmann: Yeah.

Ricky Goldwasser: ...inflation?

Mike Kaufmann: Thanks, Ricky. I would tell you this - I think what we are trying to communicate there was that right now we're assuming that the moderation of generic pricing is steeper than we originally modeled at the beginning of the year.

So generic pricing we expect to be a little bit more of a headwind in the second half than we had originally anticipated. Now as I've mentioned, there's other things going in the direction which is why we re-affirmed our overall guidance.

But the two things that we think that would need to go back to more similar to the first half would be FX and generic pricing.

If they were to return to more similar levels as where they were in the first part of the - this fiscal year, then that would enable us to get to the very high end of our non-GAAP EPS guidance.

George Barrett: And Ricky, just - it's George. As a reminder, and I know I do this probably every call, but it's really important.

This is a huge number of products in this line, so it doesn't take - that's one of the challenges always in modeling is it doesn't take that many products moving to alter the overall equation. But in the big sense, it's - it tends to be driven by a small percentage of the overall total products.

Ricky Goldwasser: Okay. And just one follow up, just because there are a number of moving parts in the quarter.

So can you quantify for us what same store kind of like top line growth for distribution segment after you normalize for Metro and for Harvard and for kind of like the new Optum business and also kind of like on the EBIT line, just kind of like what we think about with kind of like normalized growth in - for the distribution segment?

George Barrett: Go ahead, Mike.

Mike Kaufmann: You know, that would be hard to do, Ricky. You know, clearly, Harvard, Cordis, Metro Medical, are all providing, you know, revenue uplift for us.

But other than the fact that we said they are one of the components of our revenue and earnings growth, we still are just having really robust, you know, activities and growth with our existing and new customers.

And to split that apart would be difficult and - and not something I think would be right for us to do right now.

Page **13** of **34**

CardinalHealth
Essential to care™

George Barrett: Yeah. I mean I would probably add, if you look at the revenue line, the contribution is not overwhelmingly coming from the forces. It's really our core business and our customers and new customers.

Sally Curley: Operator, next question.

Operator: Okay. We will take our next question from Ross Muken from Evercore ISI.

Ross Muken: Hi. Good morning, guys. So, it - it feels on the medical side like we're trending kind of in a much better direction. And if you think about on sort of the basis - so let's put Cordis aside for a minute. It seems like the home piece is doing well.

What on the traditional base business, if you look at maybe ex what happened in Canada, where do you see the sort of key trends that are kind of moving in the right direction?

And where do you feel like you've sort of, you know, met plan versus are there any areas in that piece where you actually feel like you sort of exceeded plan?

George Barrett: Yeah. Good morning, Ross. This is George. I'll take that. And Mike, jump in.

Mike Kaufmann: Sure.

George Barrett: I think the underlying characteristics actually feel as good as they have in some time. I think partly the value proposition across our lines of business, Ross, helps us to sell the individual lines of business.

Because I think what we're going to our customers who basically have very new kinds of strategic and financial needs with a line of products and services that I think touch those hot buttons.

**Cardinal**Health
*Essential to care™*

And I think increasingly, that just allows us to strengthen the position of each of the lines. So our underlying business, you know, feels like it's going pretty well. Of course, it's always competitive out there. But I think we - we've done a good job of articulating that value proposition.

We've also done a good job, I think Ross, in some of our legacy lines of improving efficiency and reducing costs where necessary. And I think that was also an important thing for us to do over this last year.

So I think in general, we feel good progress along many of the lines in the medical segment.

Ross Muken: Okay, that's helpful, George. And again, just sort of sticking on Ricky's theme, because I think, you know, the heart of what everyone's trying to figure out is, amongst the three players, each of you obviously have slightly different generic businesses and transact slightly differently.

And so can you help us understand - it seems like Cardinal has sort of weathered the storm, at least relative to one of your peers better in terms of a change in the market. And you've had a more balanced portfolio in generics.

Can you just help us philosophically understand maybe some of the differences at least as you see it for Cardinal, relative to the peers?

George Barrett: Yeah. I'll try to speak to Cardinal. It's really it's tricky for me to try to speak for Peer Group and I shouldn't and probably won't.

I think what I would say is that as you guys look at peer groups - again, we have many different competitors in different lines of business, and I always have to remind you of that. But I think every business is different. Everybody's product line is different. Their product mixes are different.

And their customer mixes are different. So from our standpoint, we've devoted a lot of energy over these last seven years to positioning ourselves both in terms of product line and in terms of customer mix, to be on what we think are the right side of trends.

And so again, this is not a comment on anybody else, but on our business. I think our teams have done a good job of segmenting our markets; understanding what their needs are and how we can attach value from our work to theirs.

It's been a long process, but I think we're generally doing that fairly effectively. So it's a hard question to answer as a comparative answer. But I think I can describe our organization, which is very much focused on certain key trends, and we have been for quite some time.

And then really disciplined execution around priorities that tie to those.

Mike Kaufmann: Yeah. I would just add that I think that, you know, we've been really focused on the day to day blocking and tackling as well as the strategic, you know, priorities that we're on.

So when it comes to things like focus on our SG&A to really making sure that we're investing in the right places and controlling that. Staying, you know, insanely focused on the customer to deliver value to them and listening to what they need.

I really like what both the M and the P teams are doing there. And then you take a look at the acquisition on - the acquisitions and how we're performing on those has been excellent. And then overall, just execution against our strategic priorities.

So all those things also I think are helping contribute to our success.

Sally Curley: Operator, next question?

Operator: And as a reminder, please allow yourself one question and one follow up question. And we will now take our next question from Charles Rhyee from Cowen & Company.

Charles Rhyee: Yeah. Thanks for taking the questions here. George, you know, you mentioned earlier about your physician preference item strategy here and, you know, the shift to value based care. Can you talk about though, where your customers are at in this progress?

I mean, you know, if you look at sort of targets from CMS and etc., it looks like, you know, there are aggressive targets out there. But, you know, hospitals might be moving at a little bit of a slower pace here.

Can you talk about how they are viewing it and, you know, how that fits into your strategy and when we can maybe see - maybe acceleration and driving into your numbers? Thanks.

George Barrett: Sure, I'll try. Good morning, Charles. You know, this is a process. Obviously we have an enormous healthcare system that's been operating with a certain financing model for many, many years. And so, you know, change doesn't happen overnight and we don't expect it to.

So I think what's going to happen is we're - it's a process. We'll be living in a world in which both the fee for service model exists and alternate models are emerging. And I think again, you can look around the country at different health systems and they're all responding differently.

There are of course pressures from, as you said, the public and the private sector, to move to some new financing models. And - which focused more on outcomes than activity. And I think everybody's in a different stage of adapting to that.

What we've tried to do is make sure we're in a position to compete in either model. In a fee for service model we know how to do that and I think we're very, as Mike said, disciplined about that.

But we've started to build some tools that allow us to be a valued partner in models that are emerging. So I think as you're describing, it's a mixed bag around the system. But the pressure is to move towards some kind of value based model exist.

And that's probably true here. It's probably true elsewhere in the world as well.

Charles Rhyee: Great. And just a follow up can you talk about M&A opportunities then as you keep trying to build out your capabilities here? You know, how do you see the landscape, you know, and stating your capabilities to attack on it? Thanks.

George Barrett: Yeah. Yeah, well look, you know, for us this is very hard to comment on. I would say this, as Mike highlighted in his commentary, we've got great financial flexibility. But for us it's always a question of strategic positioning.

Whether or not we are - see opportunities to enhance the capabilities, the scale, the efficiency of some operation we do or some market that ties into some value that's really connected to a customer need, we'll continue to be open minded about that, as we have been.

I don't think our view has changed as it relates to the overall balance of our capital deployment. We will look at that as one of our - one of the tools. And we'll continue to look if the opportunities are right. But we have a financial flexibility to do that and I think organizational capacity.

Mike Kaufmann: Great. Yeah, I agree with - our capital deployment policy, you know, hasn't changed. We still believe that CAPEX is, you know, obviously number one on our list. And then continuing with our differentiated dividend.

And then we're going to look opportunistically at both M&A and share repurchases. And as George said, we're going to stay balanced and disciplined on that.

Sally Curley: Operator, next question.

Operator: Okay. We'll take our next question from Lisa Gill from JPMorgan.

Lisa Gill: Hi. Thanks very much. Good morning. George, just really want to follow up, or Mike, want to follow up on thoughts around the medical segment. Mike, I think you made a comment that Cardinal Health products grew again this quarter.

Can you give us an idea of what you've seen from a growth rate perspective? And then secondly, I think you have this role out in the marketplace, around where you can get the margin on the medical segment over time.

You know, if I back out the onetime item around inventory, step up in the quarter, it looks like the margins are trending just above 4%. So can you talk to us about, you know, how do you reach that goal of above 5% over the next couple of years? Is that the private label product?

You know, what are the things that we need to see in that segment? And do you feel like you're on target for reaching that goal?

Mike Kaufmann: Yeah. Let me start with first a couple of things. I think first of all, our Cardinal Health brand products, even if you pulled out Cordis, still we're able to grow. And so we were excited about the execution of the team being able to sell those products.

So important to note even without Cordis, the Cardinal Health brand products did grow. As you know, there's many margin initiatives in medical that we can get to go after getting to our aspiration of 5.75%.

And as you know that by definition, an aspiration means it's something you can think you can achieve, but it's hard to reach and it's something that you've got to get out and execute and get a lot of things done to do. And we're not backing away from that aspiration.

But it's not only growing the Cordis products. It's the other Cardinal Health brand. It's growing the at-Home business, which also had a nice revenue growth this quarter. It's also our services business, which tend to be higher margin rates.

And we've always said all along that to get to that rate there would probably be additional M&A to get there. And so we're going to continue to evaluate, in a very disciplined way, other M&A opportunities to reach that goal.

Lisa Gill: If we think about the comments that you made, additional M&A around fit to reach that goal. But do you feel like operationally you're where you wanted to be as - as we think about that - the margin today?

Or do you see more enhancements that you need to do in your core business outside of acquisitions?

Mike Kaufmann: I don't think, you know, whether it's Don or Jon or George or I or any of us are ever operationally where we want to be. We're always striving to get better. I mean that's what I think makes us as successful as we have been lately is that we're always focused on getting better.

But I do like where we're at on the medical side as far as how they're executing on all those things I mentioned earlier, like services; like the current products businesses; launching new products ourselves in our more commodity like lines as well as driving our higher physician preference items.

So I don't know, George, do you have anything else?

George Barrett: No. I think that's right. Lisa, we're going to be - I think one of the things that you hopefully will see for us as we have tried to adapt quickly where we need to. So for example, we talked about the legacy business on the med surge side.

We had to make some moves I think, really to tighten the reins there in certain parts of it. Manage the expenses differently but also manage the mix differently. And I think it's - a lot of this is about that kind of discipline to manage both of the expense side. But certainly of the mix of products.

And so I think that's an effective and important tool. And we can still get better.

Operator: We will take our next question from George Hill from Deutsche Bank.

George Hill: Yeah. Good - good morning, guys and thanks for taking the question. And Mike, I wanted to follow up on Ross's question a little bit. And when we think about generic inflation, I guess, can you qualitatively talk about the buckets?

Will you guys monetize either the inflation or the deflation, kind of the buy side margin and sell side margin and carry margin? And how should we think about the importance of each of the buckets or the sizes of each of the buckets?

Mike Kaufmann: Yeah. Obviously George, I won't be able to get into lots of detail but I'll give you a little bit of information to see if I can be helpful. First of all, you know, we can make money in both an inflationary environment on generics or a deflationary environment.

History - historically, generics has been a deflationary environment. And we've been able to make money in that. And so I look at it as two ways. Think about it this way.

When generics are going up in price, you do make some inventory revaluation income or, you know, some people call that buy side margins. And so in a deflating market you don't make the upside on the inventory inflation. But you're protected from any inventory exposure.

You get floor stock adjusted. So you basically, in an inflating environment, you know, make the money on the extra bucket of money on the inventory inflation.

But in both environments you're able to reprice to the customer and be able to adjust your pricing, in order to work on your margins.

But I think one of the keys you have to remember, whether you're in an inflationary or a deflationary environment every single day, our goal is to keep our customers competitive.

And our pricing is not often - is based on what we need to do to be able to sell the products and keep our customers competitive as they look at things like reimbursement that impact them every single day. And so that's really important to us.

And, you know, there's a lot more levers than just generic pricing. As I mentioned before, our ability to launch drugs effectively, penetrate current customers and existing customers, Red Oak has clearly been a driver of our ability there.

There's just a lot of pieces that go together. And it's hard to disconnect any one of those and try to quantify those when it's all blended together.

George Hill: Yeah. That's helpful. And then maybe a quick follow up on one of the other levers is you hear a lot of also small and midsized brand side - brand drug manufacturers, complaining about the fees that they pay to the wholesalers to access the channel.

**Cardinal**Health
*Essential to care™*

I know that brand drugs is a portion of the margin - is a portion of the total segment margin or a smaller piece.

But how should we think about how important those fees from the smaller and midsized branded guys are, and kind of what's the risk to that segment of the business if they're consolidated away? And I'll hop off. Thanks.

Mike Kaufmann: Yeah. I think all of our manufacturer partners are important to us. We, you know, we work really, really hard to make sure no matter what size you are, whether you're in medical or in pharma, that you're seen as important.

I think that's one of the things that Red Oak has done a good job of is also is working hard to treat every manufacturer like an equal partner. But as you think about the pricing, sure, I think most suppliers were always going to say that their fees are too high.

But we're very, very disciplined about how we charge our fees. And we look at things like line extensions, whether they're controlled drugs; whether they're refrigerated drugs.

All those different costs that we incur that they would have to incur that if they were to go direct, we look at those to understand what we should charge as a fee.

And so we work incredibly hard to make sure that we don't charge fees to manufacturers that would be more expensive than them going around us. And so I feel really confident with our model and our pricing that we're the most efficient way of getting products through the supply channel.

I don't see any country that's more efficient or any supply chain that's more efficient than the United States. And I think the other piece is I can't even remember the last time there's been any, you know, significant supply chain integrity issue in the U.S., and so that's - that to me is incredibly important.

**Cardinal**Health
*Essential to care™*

George Barrett: It's George, I'd like to follow up again, just having had some experience outside the U.S. The supply chain for pharmaceuticals in the U.S. is the most efficient - has the highest line item flow rates; is the safest and is the most secure in the world.

So I think that this is something that is important to our partners. We actually generally hear very positive things from them about that work. And that's important in terms of our value proposition.

Sally Curley: Operator, next question?

Operator: We will take our next question from Dave Francis from RBC Capital Markets.

Dave Francis: Hey. Good morning, guys. And sorry to keep going back to the pricing well. But given the focus everybody's had on it of late, I had a couple more questions.

First, how - from your seat George and Mike, kind of how are you seeing your end customers in the marketplace, whether it be health systems or PBMs or retailers?

How are they reacting either strategically or operationally, to the changing price dynamic in both the brand and generic baskets? And how is that affecting your business particularly?

George Barrett: Good morning, Dave. Yeah. It's a hard question to answer, because it really depends what seat you're in. I do think that as Mike described, all of our customers are influenced by the reimbursement dynamics - how they're compensated.

And that can come either from the private sector or the public sector. I think what can be worrisome to them is when there are lags between how they get compensated in reimbursement or how they're not just time lags but lags in general between what their costs look like and what their reimbursement looks like.

So we just try to stay very close to it. It can vary by product and it can vary by different classes of drugs. But I do think it's an environment in which there's - as you guys have all said, a lot of attention on this. We try to stay very close to it.

I think we pride ourselves on having a certain intimacy with our customers and understanding where they are. So they try to make sure that we do everything that we can, to put them in a position to be successful in serving their patients.

But yeah, but certainly a lot of it has to do with reimbursement dynamics and what's happening around financing models in the system.

Dave Francis: Okay.

Mike Kaufmann: I think also Dave, just so you know, I think while cost and reimbursement are obviously incredibly critical to our customers, there's a lot of other services that we provide that are helpful to them. Helping them take capital out by helping them manage their inventory, helping - giving them a broader array of private label products or physician preference products.

Or helping them with various types of programs to run their business are also critical. And so we try hard to find more than - while we focus incredibly hard every day on having the best cost, to provide great pricing, there's a lot of other pieces that are critical.

George Barrett: Just to add one piece to that - one of the things that we find is that the absence of standardization around healthcare is often a source of inefficiency. And so one of the things that we've been able to help many of our customers do is standardize, for example, around consumable products.

So when they do that, that tends to be much more cost effective. And so that's one of the tools that we use.

Dave Francis: And as a quick follow up, just to put a fine point on it, understanding there are a lot moving pieces in it. But would you characterize the overall generic basket today as still being moderately inflationary? Or have you seen it gone deflationary?

Mike Kaufmann: Gosh, that's - it's clearly moderated significantly. So I would say it's, you know, very close to right - almost a wash in between right now what we're seeing right now.

So it's hard to say whether it's slightly inflationary or slightly deflationary, depending on the day of the week and, you know, where you are. But it is clearly moderated steeper than we had said.

But again, while it's moderated more than we expected it to, we're doing really well overall in our overall generics program. And like the other, you know, other components that are delivering valuable.

George Barrett: Dave as a reminder, because you describe the overall basket. Again, just as a reminder, the overwhelming majority of products are moving the way they typically move.

And then what tends to swing that total or the net total - the net aggregate, is just a relatively small basket of products. And so I think that's probably worth noting all the time that you have thousands of products that are moving fairly typically.

Sally Curley: Next question, operator?

Operator: Okay. We will now take our next question from David Larsen from Leerink.

David Larsen: Hi. Can you talk a little bit more about the pharma operating margin itself? I mean it looks like revenue was good in the quarter. But according to our model, it looks like an 18 basis point contraction year over year and a slight, you know, decline in operating profit itself, on a sequential basis.

Just I mean anymore color around that? I mean is that new customer starts? Or is it all generic inflation or, you know, have you changed the way that you're pricing new business sort of, you know, what Dave Francis was asking about? Thanks.

Mike Kaufmann: Yeah, no real fundamental changes to the way we're pricing or the competitive environment or anything like that. This is merely - the 18 basis point is - really the majority of it is the addition of a new customer that was added in the quarter that was at lower margin rates.

And remember, we talked about this and this is a situation while the margin rates are lower, the amount of capital that we deploy is incredibly efficient. And so we're willing to take lower margin rates when we have the, you know, the ability to manage our capital effectively.

As far as the sequential drop, remember last quarter, we did mention that there was about an 11 cents in that quarter that we said were kind of like one timers. Part of it being those generic items that were operating a little bit differently than they - we anticipated.

And then also, we had the acceleration of some of the benefits of our M&A in the quarter that was a little bit better than we thought. So if you think about 11 cents of kind of extra in last quarter.

The reason we talked about that then it was to give you some insight that was kind of a way to think about how this quarter would be. So this was very much in line with what we expected for this quarter.

David Larsen: Okay. That's very helpful. Thanks a lot. And then you made some comments I think on the Cardinal Home Health business, growing I think double digits year over year. Is that the top line organic growth rate - the home health business is growing over 10% per year on a top line? Is that correct?

Mike Kaufmann: Yes. That's top line.

**Cardinal**Health
*Essential to care™*

Sally Curley: Operator, next question?

Operator: Okay. We will now take our next question from Garen Sarafian from Citi Research.

Garen Sarafian: Good morning, everyone. On branded pharma contracts and inflation, Mike you had mentioned last quarter that you tried to proactively manage those agreements. And I'm assuming you had at least some contracts that were up for renewal at calendar year end.

So could you elaborate a bit on how those conversations have changed in any way, even if I think you mentioned that they were broadly in line in the prepared remarks?

Mike Kaufmann: Yeah. Thanks for the question, Garen. I wouldn't say anything's, you know, different. I'm not getting a different sense from the manufacturers. There's always a good negotiation every time one of these happens. Everybody wants to pay lower. We want to, you know, get paid more.

We spend a lot of time talking about the various dynamics of the manufacturers' mix and whether their line extension has gone up or down, whether or not they've changed their mix as far as control drugs or, you know, refrigerated items.

And so we work through all those. We have incredibly productive relationships with our manufactures. And so I would tell you that the way these are going, still training the way they have historically and they're still about 80% or so of the margins are coming from a non-contingent standpoint.

And roughly 20% or so are coming from what we call a contingent basis, which means that inflation can drive the actual value of the dollars, when we talk about contingent versus non-contingent.

Garen Sarafian: Got it. Great. And then - and apologies if I missed this in your prepared remarks. But on you having raised the high end of sales guidance, did you mention which segments or in specific businesses you're seeing evolve more favorably? Thanks a lot.

Mike Kaufmann: No. Our revenue overall, was an overall revenue guidance increase. But as you can see, obviously, the pharma segment has performed well. But with the addition of Cordis and some other good activities; medical also had a good top line growth. So, but it - that was an overall to go from mid-teens to mid to high teens.

Operator: Great. We will now take our next question from John Kreger from William Blair.

Roby Fatta: Hi. Good morning guys. This is Roby Fatta filling in for John today.

George Barrett: Good morning.

Roby Fatta: Thanks for taking the question. You mentioned earlier in the call that there were a few things on the generic side that are offsetting the inflation rate moderation. Can you flesh that out a little bit?

Perhaps, give us a sense of what percent of customers are currently still buying direct versus how many have shifted to buying through the channel.

Mike Kaufmann: Yeah. I won't be able to do that. I know that's a question but go ahead George, do you want to comment? Or...

George Barrett: Why don't you take the first part...

Mike Kaufmann: Okay.

George Barrett: ...which is the moving - moving parts?

CardinalHealth
*Essential to care™*

Mike Kaufmann: Yeah. From a moving part standpoint, I would tell you that the two things that we said would moderate the shares as we talked about a couple of times, was generic inflation. And as I've mentioned, it's moderated a little bit more than we had modeled.

We expect generic launches for this year, to be slightly less than this past year. But in terms of overall, our ability to source products, is doing better. Our ability to penetrate existing and new customers is going very well.

Our use of data and analytics and how we price our products, is going really well. So when you wrap it all together I still feel like our overall generics program, is performing about as we expected. But there - it's just coming in a little bit differently.

Other than that, I really can't split it down more. It's - actually, even if I wanted to, it's incredibly difficult because they're all so interrelated on how we work with customers. It's very difficult to split it apart.

George Barrett: And Roby, I'll try to touch base - I'll try to touch on one part of your question, which was those customers that source generics from us. I think if you look at our numbers, it's pretty clear that that has increased for us.

I do think the market recognizes that, particularly given the strength of our capacity in working through Red Oak, that we're a very attractive partner.

And so I think there are many customers in the system that actually have done for years, a blend of buying generics, some directly, some through distribution partners. And so even small swings in those percentages can be beneficial to us.

We think our value proposition is very strong, as Mike said, and getting increasingly strong. So we're hoping that we can continue to attract those customers.

Roby Fatta: Great. Thanks very much. And one quick one on medical if I could. Is there any update on what kind of commodity related tailwind you might see in the coming quarters if oil remains low?

Mike Kaufmann: Yeah. Remember too, the oil price that you see every day is more of a spot market versus the - more of the forward curves. But at the beginning of the year we had mentioned that we thought commodities would be a $10 million to $20 million, you know, good guide for us this year.

And that's still tracking essentially, as we said, it would at the beginning of the year. And then the other thing to remember is that we've employed a lot of - a host of hedging strategies.

We've renegotiated our contracts over the last several years, with manufacturers, as well as if you look at the overall supply line and our commitment to inventory, it takes about six months before any type of changes in commodities will have an impact on us.

And then the last bucket is, is that, you know, we have a lot of different commodities and not all move with oil.

And so where probably five to ten years ago, oil was a much better proxy for how our commodities would go, it's very different today, when you look at our mix of commodities that we buy. Many of them do not move in correlation with oil at all.

Sally Curley: Operator, next question?

Operator: We will take our next question from Steven Valiquette from UBS.

Steven Valiquette: Thanks. Good morning, George and Mike. I guess just for me, one question that we keep getting from investors - this kind of relates to Red Oak a little bit. But without going into specific details, investors keep wondering, is there anything maybe mechanical about Red Oak that perhaps smooths out your generic profit?

Where, you know, perhaps Cardinal made a little bit less profit during the big, generic hyperinflation quarter so maybe it shields you a little bit on the way down, on generic pricing?

Or, you know, if there is a better, you know, smoothing of generics profits for Cardinal versus Peers, as some investors perceive, does it maybe have nothing to do with Red Oak in your view? I'm just curious if you want to offer any additional color on that. Thanks.

Mike Kaufmann: Yeah, I think it's a little bit Red Oak. But really I - this was really pre-Red Oak was that probably about four years or so ago, when we were reevaluating our overall way we buy generics, we made a very conscious decision that we would cut back on our spec buying and the way we managed inventory with generics.

And we really want to focus on how can we be the best possible partner for our generic partners? And trying to manage inventory more from a supply standpoint versus, you know, a pricing standpoint was a way that we felt that it would go.

It was better for the manufacturers and we thought, over the long run, it would improve our relationships. And hopefully, make them stick here as well as lead to a better everyday low price for us. And so we did that. And that philosophy was also shared by CVS, when we formed Red Oak.

Is that our focus is - at Red Oak, is how can we be the absolute best partner to our manufacturers? Obviously we want to get a great price. But we want to be transparent. We want to be easy to do business with. We want them to want to come do business with us.

And one of that way is helping smooth out fluctuations in the supply chain, which is something that we've done for a while, that I think maybe has made us a little different from an exposure standpoint to declines in pricing.

Steven Valiquette: Okay. So maybe it's just a little bit less forward buying versus your peers that again, didn't necessarily have to do with the Red Oak but...

Mike Kaufmann: It's hard - it's hard for me to say what my peers were doing.

George Barrett: Yes.

Mike Kaufmann: I won't comment on what they were doing. But I can just tell you that for us, managing inventory more around being a great partner and making it efficient in the supply chain, was the focus for us versus other types of activities. Thanks Steve.

Sally Curley: Operator?

Operator: Okay. We will take our final question from Eric Coldwell from Robert W. Baird.

Eric Coldwell: Thanks very much. Good morning. Question - first question's around pharma. Very strong growth in the quarter. A couple of billion of upside versus street. It seems like that was probably your net wins driven.

But can you give us a sense on the M&A impact in pharma in terms of percentage points of growth? And also maybe your best estimate of what your same store trend might be, excluding net wins and losses?

Mike Kaufmann: Yeah. I would tell you that majority of our growth was growth from our relationships with new and existing customers. Acquisitions were a, you know, a smaller contributor of our overall growth. But that's the best I can give you in terms of trying to size the two.

George Barrett: Eric, just a reminder. We have tens of thousands of customers. And so again, the small movements in those customers can be meaningful. And of course, as you know, in the branded side over the last year has seen a lot being driven by some of the important new products in the system.

And so we shouldn't - we shouldn't ignore that as well.

Eric Coldwell: Yeah, that's fair. Just a quick follow up on - we didn't hear much about the Henry Schein relationship. And I'm just curious if you can give us a sense if that was a driver of your Cardinal brand growth in the quarter and how that's tracking to date?

George Barrett: Yeah. So again, plays with the relationship. I wouldn't say economically yet a big driver. But definitely positive to be able to sell many of our Cardinal brand products through these additional channels. So we really look forward to greater growth there.

And it's again, it's early but it's off to a pretty good start.

Sally Curley: Operator, is there anybody else in queue?

Operator: No, there is not. And I will turn the call over to George Barrett for closing.

George Barrett: Sure, thank you Bethany. Again, just closing summary - I think we're off to a really good start to the first half of our fiscal 16.

We thank all of you for joining us this morning and for your questions. And we look forward to seeing many of you in the coming weeks. And with that, we'll close the call. Thank you.

Operator: And at this time, this does conclude today's conference. Thank you for your participation. You may now disconnect.

# EXHIBIT 34

# Q2 FY2016

Cardinal Health, Inc. Earnings Investor/Analyst call
February 1, 2016



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the ability to continue to achieve and maintain the benefits from the generic sourcing venture with CVS Health and from the acquisitions of Cordis and The Harvard Drug Group; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform, including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of Feb. 1, 2016. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement. In addition, this presentation contains Non-GAAP financial measures. Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at the end of these presentations and at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.



 © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# Q2 FY2016 financial summary

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
|---|---|---|---|---|
| | **Q2 FY16** | **Q2 FY15** | **Q2 FY16** | **Q2 FY15** |
| **Revenue** <br> *% change* | **$31,445** <br> *23% increase YoY* | **$25,537** <br> *15% increase YoY* | | |
| **Gross Margin** <br> *% change* <br> *Ratio to revenue* | **$1,609** <br> *11% increase YoY* <br> *5.12%* | **$1,454** <br> *8% increase YoY* <br> *5.69%* | **$1,648** <br> *13% increase YoY* <br> *5.24%* | **$1,454** <br> *8% increase YoY* <br> *5.69%* |
| **Operating Earnings** <br> *% change* <br> *Ratio to revenue* | **$563** <br> *3% increase YoY* <br> *1.79%* | **$546** <br> *5% increase YoY* <br> *2.14%* | **$726** <br> *14% increase YoY* <br> *2.31%* | **$639** <br> *10% increase YoY* <br> *2.50%* |
| **Net Earnings[1]** <br> *% change* <br> *Ratio to revenue* | **$326** <br> *13% increase YoY* <br> *1.04%* | **$289** <br> *5% increase YoY* <br> *1.13%* | **$430** <br> *7% increase YoY* <br> *1.37%* | **$400** <br> *28% increase YoY* <br> *1.57%* |
| **Diluted EPS[1]** <br> *% change* | **$0.98** <br> *14% increase YoY* | **$0.86** <br> *9%[2] increase YoY* | **$1.30** <br> *8% increase YoY* | **$1.20** <br> *33%[2] increase YoY* |

[1]*Attributable to Cardinal Health*

[2]*Q2FY14 GAAP and non-GAAP diluted EPS from continuing operations included a $0.16 charge related to a tax reserve. Excluding this, Q2FY15 growth rates for diluted EPS from continuing operations and non-GAAP diluted EPS from continuing operations would have been (10) percent and 13 percent, respectively. Please see appendix for comparable GAAP numbers and GAAP to Non-GAAP reconciliations.*



3   © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

## Q2 FY2016 Pharmaceutical segment business analysis

|  | Q2 FY16 ($M) | Q2 FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | **$28,287** | **$22,627** | **25%** |
| **Segment Profit** | **$627** | **$542** | **16%** |
| **Segment Profit Margin** | **2.22%** | **2.39%** | |

**Highlights:**

- **Revenue** for the Pharmaceutical segment increased 25 percent to $28.3 billion due to growth from existing and new customers as well as acquisitions.

- **Segment profit** for the quarter increased 16 percent to $627 million due to growth from existing and new customers as well as acquisitions.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## Q2 FY2016 Medical segment business analysis

| | Q2 FY16 ($M) | Q2 FY15 ($M) | YoY Change |
|---|---|---|---|
| Revenue | $3,162 | $2,914 | 9% |
| Segment Profit | $106 | $115 | (8)% |
| Segment Profit Margin | 3.36% | 3.96% | |

**Highlights:**

- **Revenue** for the Medical segment increased 9 percent to $3.2 billion. This growth was primarily due to the net contribution from acquisitions and growth in the Cardinal Health at Home platform.

- **Segment profit** declined 8 percent to $106 million. This includes the impact of the Cordis-related inventory fair value step-up. Excluding the step-up impact of $21 million, year-over-year Medical segment profit growth was 10 percent.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## Q2 FY2016 GAAP to non-GAAP reconciliation

| | Q2 FY 2016 | | | | Q2 FY 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[1] ($M) | Diluted EPS[1] | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[1] ($M) | Diluted EPS[1] |
| **GAAP** | **$1,609** | **$563** | **$326** | **$0.98** | **$1,454** | **$546** | **$289** | **$0.86** |
| LIFO charges/(credits) | 39 | 39 | 24 | $0.07 | - | - | - | - |
| Restructuring and employee severance | - | 2 | 1 | - | - | 7 | 4 | 0.01 |
| Amortization and other acquisition-related costs | - | 114 | 73 | 0.22 | - | 60 | 38 | 0.11 |
| Impairments and (gain)/loss on disposal of assets | - | 17 | 10 | 0.03 | - | (18) | (8) | (0.03) |
| Litigation (recoveries)/charges, net | - | (9) | (4) | (0.01) | - | 44 | 40 | 0.12 |
| Loss on extinguishment of debt | - | - | - | - | - | - | 37 | 0.11 |
| **Non-GAAP** | **$1,648** | **$726** | **$430** | **$1.30** | **$1,454** | **$639** | **$400** | **$1.20** |
| | | | | | | | | |
| Amortization of acquisition-related intangible assets | - | $100 | $65 | $0.20 | - | $47 | $30 | $0.09 |

[1]*Attributable to Cardinal Health*

*The sum of the components may not equal the total due to rounding.*

6 © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY2016 Outlook



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

## FY2016 financial expectations

|  | **FY2016 Outlook** | **FY2015 Actual** |
|---|---|---|
| **Revenue** | Mid- to high-teens percentage growth vs. PY | $103B |
| **Non-GAAP Diluted EPS** | $5.15 to $5.35 | $4.38[1] |

[1]Non-GAAP diluted EPS from continuing operations

Red font indicates a change since previous guidance

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## FY2016 corporate assumptions

| | FY2016 Outlook | FY2015 Actual |
|---|---|---|
| **Non-GAAP effective tax rate** | 35.5% - 37%[1] | 37.2% |
| **Diluted weighted average Shares outstanding** | 332M – 334M | 335M |
| **Interest and other, net** | $195M - $210M | $134M |
| **Capital expenditures** | $510M - $540M | $300M |
| **Acquisition-related intangible amortization** | ~$357M or ~$0.70[2] | $189M or $0.36 |

[1]*May fluctuate quarterly due to unique items affecting periods*
[2]*Includes only acquisitions closed as of December 31, 2015*
*Red font indicates a change since previous guidance*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q2 FY2016 trailing five quarters, Year-to-date financial summary and GAAP to Non-GAAP reconciliation statements



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

## Q2 FY2016 segment analysis

### Pharmaceutical segment

|  | Q2 FY15 | Q3 FY15 | Q4 FY15 | Q1 FY16 | Q2 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 22,627 | 22,605 | 24,676 | 25,140 | 28,287 |
| Segment Profit ($M) | 542 | 567 | 535 | 657 | 627 |

### Medical segment

|  | Q2 FY15 | Q3 FY15 | Q4 FY15 | Q1 FY16 | Q2 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 2,914 | 2,774 | 2,855 | 2,919 | 3,162 |
| Segment Profit ($M) | 115 | 102 | 103 | 101 | 106 |

11 © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

# Year-to-date financial summary[1]

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
| --- | --- | --- | --- | --- |
| | H1 FY16 | H1 FY15 | H1 FY16 | H1 FY15 |
| **Revenue** | **$59,499** | **$49,607** | | |
| *% change* | 20% increase YoY | 6% increase YoY | | |
| **Gross Margin** | **$3,188** | **$2,794** | **$3,227** | **$2,794** |
| *% change* | 14% increase YoY | 7% increase YoY | 15% increase YoY | 7% increase YoY |
| *Ratio to revenue* | 5.36% | 5.63% | 5.42% | 5.63% |
| **Operating Earnings** | **$1,183** | **$1,012** | **$1,463** | **$1,204** |
| *% change* | 17% increase YoY | 2% increase YoY | 22% increase YoY | 8% increase YoY |
| *Ratio to revenue* | 1.99% | 2.04% | 2.46% | 2.43% |
| **Net Earnings[2]** | **$709** | **$555** | **$889** | **$740** |
| *% change* | 28% increase YoY | 10% decrease YoY | 20% increase YoY | 7% increase YoY |
| *Ratio to revenue* | 1.19% | 1.12% | 1.49% | 1.49% |
| **Diluted EPS[2]** | **$2.14** | **$1.65** | **$2.68** | **$2.19** |
| *% change* | 30% increase YoY | 7% decrease YoY | 22% increase YoY | 10% increase YoY |

*[1] Six months ended 12/31/2015*
*[2]Attributable to Cardinal Health*
*Please see appendix for comparable GAAP numbers and GAAP to Non-GAAP reconciliations.*



12   © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| **Second Quarter 2016** | | | | | | | | | | |
| **GAAP** | $ 1,609 | 11 % | $ 563 | 3 % | $ 520 | $ 194 | $ 326 | 13 % | $ 0.98 | 14 % |
| LIFO charges/(credits) | 39 | | 39 | | 39 | 15 | 24 | | 0.07 | |
| Restructuring and employee severance | - | | 2 | | 2 | 1 | 1 | | - | |
| Amortization and other acquisition-related costs | - | | 114 | | 114 | 41 | 73 | | 0.22 | |
| Impairments and (gain)/loss on disposal of assets | - | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | - | | (9) | | (9) | (5) | (4) | | (0.01) | |
| **Non-GAAP** | $ 1,648 | 13 % | $ 726 | 14 % | $ 683 | $ 253 | $ 430 | 7 % | $ 1.30 | 8 % |
| **Second Quarter 2015** | | | | | | | | | | |
| GAAP | $ 1,454 | 8 % | $ 546 | 5 % | $ 451 | $ 162 | $ 289 | 5 % | $ 0.86 | 9 % |
| Restructuring and employee severance | - | | 7 | | 7 | 3 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | - | | 60 | | 60 | 22 | 38 | | 0.11 | |
| Impairments and (gain)/loss on disposal of assets | - | | (18) | | (18) | (10) | (8) | | (0.03) | |
| Litigation (recoveries)/charges, net | - | | 44 | | 44 | 4 | 40 | | 0.12 | |
| Loss on extinguishment of debt | - | | - | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 1,454 | 8 % | $ 639 | 10 % | $ 604 | $ 204 | $ 400 | 28 % | $ 1.20 | 33 % |

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year-to-Date 2016** | | | | | | | | | | |
| **GAAP** | $ 3,188 | 14 % | $ 1,183 | 17 % | $ 1,087 | $ 377 | $ 709 | 28 % | $ 2.14 | 30 % |
| LIFO charges/(credits) | 39 | | 39 | | 39 | 15 | 24 | | 0.07 | |
| Restructuring and employee severance | - | | 14 | | 14 | 5 | 9 | | 0.02 | |
| Amortization and other acquisition-related costs | - | | 219 | | 219 | 78 | 141 | | 0.42 | |
| Impairments and (gain)/loss on disposal of assets | - | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | - | | (9) | | (9) | (5) | (4) | | (0.01) | |
| **Non-GAAP** | $ 3,227 | 15 % | $ 1,463 | 22 % | $ 1,368 | $ 479 | $ 889 | 20 % | $ 2.68 | 22 % |
| **Year-to-Date 2015** | | | | | | | | | | |
| GAAP | $ 2,794 | 7 % | $ 1,012 | 2 % | $ 886 | $ 331 | $ 555 | (10)% | $ 1.65 | (7)% |
| Restructuring and employee severance | - | | 26 | | 26 | 9 | 17 | | 0.05 | |
| Amortization and other acquisition-related costs | - | | 112 | | 112 | 41 | 71 | | 0.21 | |
| Impairments and loss on disposal of assets | - | | (18) | | (18) | (10) | (8) | | (0.02) | |
| Litigation (recoveries)/charges, net | - | | 72 | | 72 | 4 | 68 | | 0.20 | |
| Loss on extinguishment of debt | - | | - | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 2,794 | 7 % | $ 1,204 | 8 % | $ 1,138 | $ 399 | $ 740 | 7 % | $ 2.19 | 10 % |

The $56 million remeasurement of unrecognized tax benefits reduced, for fiscal 2014 second quarter, both diluted EPS from continuing operations and non-GAAP diluted EPS from continuing operations by $0.16. The fiscal 2015 second quarter growth rates for diluted EPS from continuing operations and non-GAAP diluted EPS from continuing operations, excluding the impact of the tax remeasurement, would have been (10) percent and 13 percent, respectively.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate |
|---|---|---|---|---|---|---|---|---|
| | | | | Fiscal Year 2015 | | | | |
| **GAAP** | $ 2,161 | 15 % | $ 1,967 | $ 755 | $ 1,212 | 4 % | $ 3.61 | 7 % |
| Restructuring and employee severance | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and (gain)/loss on disposal of assets | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | - | | 60 | 23 | 37 | | 0.11 | |
| **Non-GAAP** | $ 2,472 | 16 % | $ 2,339 | $ 870 | $ 1,469 | 11 % | $ 4.38 | 14 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**Total Company Business Analysis**

| (in millions) | Second Quarter | | | Non-GAAP Second Quarter | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | | **2016** | 2015 | |
| **Revenue** | | | | | | |
| Amount | $ **31,445** | $ 25,537 | | | | |
| Grow th rate | **23 %** | 15 % | | | | |
| | | | | | | |
| **Gross Margin** | | | | | | |
| Amount[1] | $ **1,609** | $ 1,454 | | $ **1,648** | $ 1,454 | |
| Grow th rate | **11 %** | 8 % | | **13 %** | 8 % | |
| | | | | | | |
| **Operating earnings** | | | | | | |
| Amount | $ **563** | $ 546 | | $ **726** | $ 639 | |
| Grow th rate | **3 %** | 5 % | | **14 %** | 10 % | |
| | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | |
| Amount | $ **326** | $ 289 | | $ **430** | $ 400 | |
| Grow th rate | **13 %** | 5 % | | **7 %** | 28 % | |
| | | | | | | |
| Return on equity | **19.7 %** | 18.7 % | | **26.0 %** | 25.9 % | |
| | | | | | | |
| Effective tax rate | **37.3 %** | 36.0 % | | **37.1 %** | 33.8 % | |
| | | | | | | |
| Debt to total capital | **45 %** | 39 % | | | | |
| Net debt to capital | | | | **32 %** | 15 % | |

| (in millions) | Year-to-Date | | | Non-GAAP Year-to-Date | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | | **2016** | 2015 | |
| **Revenue** | | | | | | |
| Amount | $ **59,499** | $ 49,607 | | | | |
| Grow th rate | **20 %** | 6 % | | | | |
| | | | | | | |
| **Gross Margin** | | | | | | |
| Amount[1] | $ **3,188** | $ 2,794 | | $ **3,227** | $ 2,794 | |
| Grow th rate | **14 %** | 7 % | | **15 %** | 7 % | |
| | | | | | | |
| **Operating earnings** | | | | | | |
| Amount | $ **1,183** | $ 1,012 | | $ **1,463** | $ 1,204 | |
| Grow th rate | **17 %** | 2 % | | **22 %** | 8 % | |
| | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | |
| Amount | $ **709** | $ 555 | | $ **889** | $ 740 | |
| Grow th rate | **28 %** | (10)% | | **20 %** | 7 % | |
| | | | | | | |
| Return on equity | **21.8 %** | 17.8 % | | **27.4 %** | 23.7 % | |
| | | | | | | |
| Effective tax rate | **34.7 %** | 37.4 % | | **35.0 %** | 35.0 % | |

Gross margin includes the negative impact of a $39 million LIFO charge in the second quarter.

Refer to the GAAP/Non-GAAP reconciliation for definitions and calculations supporting the Non-GAAP balances.

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Second Quarter | | | (in millions) | Second Quarter | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **28,287** | $ 22,627 | Amount | $ | **3,162** | $ 2,914 |
| Growth rate | | **25 %** | 16 % | Growth rate | | **9 %** | 4 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **627** | $ 542 | Amount | $ | **106** | $ 115 |
| Growth rate | | **16 %** | 12 % | Growth rate[1] | | **(8)%** | (12)% |
| Segment profit margin | | **2.22 %** | 2.39 % | Segment profit margin | | **3.36 %** | 3.96 % |

Segment profit includes a $21 million impact from the roll out of the inventory fair value step up related to the Cordis acquisition for the three months ended December 31, 2015. Excluding the impact of the inventory fair value step up, Medical segment profit would have increased 10% for the three months ended December 31, 2015.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the three months ended December 31, 2015 was $31,445 million, which included total segment revenue of $31,449 million and Corporate revenue of $(4) million. Total consolidated revenue for the three months ended December 31, 2014 was $25,537 million, which included total segment revenue of $25,541 million and Corporate revenue of $(4) million. Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended December 31, 2015 were $563 million, which included total segment profit of $733 million and Corporate costs of $(170) million. Total consolidated operating earnings for the three months ended December 31, 2014 were $546 million, which included total segment profit of $657 million and Corporate costs of $(111) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Year-to-Date | | | (in millions) | Year-to-Date | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **53,427** | $ 43,836 | Amount | $ | **6,081** | $ 5,766 |
| Growth rate | | **22 %** | 6 % | Growth rate | | **5 %** | 5 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **1,285** | $ 992 | Amount | $ | **207** | $ 229 |
| Growth rate | | **29 %** | 8 % | Growth rate[1] | | **(10)%** | (4)% |
| Segment profit margin | | **2.41 %** | 2.26 % | Segment profit margin | | **3.40 %** | 3.96 % |

Segment profit includes a $21 million impact from the roll out of the inventory fair value step up related to the Cordis acquisition for the six months ended December 31, 2015. Excluding the impact of the inventory fair value step up, Medical segment profit would have been flat for the six months ended December 31, 2015.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the six months ended December 31, 2015 was $59,499 million, which included total segment revenue of $59,508 million and Corporate revenue of $(9) million. Total consolidated revenue for the six months ended December 31, 2014 was $49,607 million, which included total segment revenue of $49,602 million and Corporate revenue of $5 million. Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the six months ended December 31, 2015 were $1,183 million, which included total segment profit of $1,492 million and Corporate costs of $(309) million. Total consolidated operating earnings for the six months ended December 31, 2014 were $1,012 million, which included total segment profit of $1,221 million and Corporate costs of $(209) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Second Quarter | | |
| --- | --- | --- | --- |
| | **2016** | | 2015 |
| **GAAP return on equity** | **19.7 %** | | 18.7 % |
| | | | |
| **Non-GAAP return on equity** | | | |
| Net earnings attributable to Cardinal Health, Inc. | $ **326** | $ | 289 |
| LIFO charges/(credits), net of tax | **24** | | - |
| Restructuring and employee severance, net of tax | **1** | | 4 |
| Amortization and other acquisition-related costs, net of tax | **73** | | 38 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | | (8) |
| Litigation (recoveries)/charges, net, net of tax | **(4)** | | 40 |
| Loss on extinguishment of debt, net of tax | **-** | | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **430** | $ | 400 |
| Annualized | $ **1,720** | $ | 1,600 |

| | Second Quarter 2016 | First Quarter 2016 | Second Quarter 2015 | First Quarter 2015 |
| --- | --- | --- | --- | --- |
| Total Cardinal Health, Inc. shareholders' equity | $ **6,711** | $ **6,505** | $ 6,100 | $ 6,256 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,608** | | $ 6,178 | |
| **Non-GAAP return on equity** | **26.0 %** | | 25.9 % | |

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

|  | Year-to-Date | |
|---|---|---|
| (in millions) | 2016 | 2015 |
| **GAAP return on equity** | **21.8 %** | 17.8 % |
|  |  |  |
| **Non-GAAP return on equity** |  |  |
| Net earnings attributable to Cardinal Health, Inc. | $     **709** | $     555 |
| LIFO charges/(credits), net of tax | **24** | - |
| Restructuring and employee severance, net of tax | **9** | 17 |
| Amortization and other acquisition-related costs, net of tax | **141** | 71 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | (8) |
| Litigation (recoveries)/charges, net, net of tax | **(4)** | 68 |
| Loss on extinguishment of debt, net of tax | **-** | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $     **889** | $     740 |
| Annualized | $   **1,778** | $   1,480 |

|  | Second Quarter 2016 | First Quarter 2016 | Fourth Quarter 2015 | Second Quarter 2015 | First Quarter 2015 | Fourth Quarter 2014 |
|---|---|---|---|---|---|---|
| Total Cardinal Health, Inc. shareholders' equity | $     **6,711** | $     **6,505** | $     **6,256** | $     6,100 | $     6,256 | $     6,401 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $     **6,491** |  |  | $     6,252 |  |  |
| **Non-GAAP return on equity** | **27.4 %** |  |  | 23.7 % |  |  |

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Second Quarter | | Year-to-Date | |
|---|---|---|---|---|
| | 2016 | 2015 | 2016 | 2015 |
| **GAAP effective tax rate** | **37.3 %** | 36.0 % | **34.7 %** | 37.4 % |
| | | | | |
| **Non-GAAP effective tax rate** | | | | |
| Earnings before income taxes | $ **520** | $ 451 | $ **1,087** | $ 886 |
| LIFO charges/(credits) | **39** | - | **39** | - |
| Restructuring and employee severance | **2** | 7 | **14** | 26 |
| Amortization and other acquisition-related costs | **114** | 60 | **219** | 112 |
| Impairments and (gain)/loss on disposal of assets | **17** | (18) | **17** | (18) |
| Litigation (recoveries)/charges, net | **(9)** | 44 | **(9)** | 72 |
| Loss on extinguishment of debt | **-** | 60 | **-** | 60 |
| Adjusted earnings before income taxes | $ **683** | $ 604 | $ **1,368** | $ 1,138 |
| | | | | |
| Provision for income taxes | $ **194** | $ 162 | $ **377** | $ 331 |
| LIFO charges/(credits) tax benefit | **15** | - | **15** | - |
| Restructuring and employee severance tax benefit | **1** | 3 | **5** | 9 |
| Amortization and other acquisition-related costs tax benefit | **41** | 22 | **78** | 41 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | **7** | (10) | **7** | (10) |
| Litigation (recoveries)/charges, net tax benefit/(expense) | **(5)** | 4 | **(5)** | 4 |
| Loss on extinguishment of debt tax benefit | **-** | 23 | **-** | 23 |
| Adjusted provision for income taxes | $ **253** | $ 204 | $ **479** | $ 399 |
| | | | | |
| **Non-GAAP effective tax rate** | **37.1 %** | 33.8 % | **35.0 %** | 35.0 % |

| | Second Quarter | |
|---|---|---|
| | 2016 | 2015 |
| **Debt to total capital** | **45 %** | 39 % |
| | | |
| **Net debt to capital** | | |
| Current portion of long-term obligations and other short-term borrowings | $ **354** | $ 270 |
| Long-term obligations, less current portion | **5,171** | 3,706 |
| Debt | $ **5,525** | $ 3,976 |
| Cash and equivalents | **(2,324)** | (2,881) |
| Net debt | $ **3,201** | $ 1,095 |
| Total Cardinal Health, Inc. shareholders' equity | **6,711** | 6,100 |
| Capital | $ **9,912** | $ 7,195 |
| Net debt to capital | **32 %** | 15 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Fiscal Year 2015 |
|---|---|
| **GAAP effective tax rate from continuing operations** | **38.4 %** |
| | |
| **Non-GAAP effective tax rate from continuing operations** | |
| Earnings before income taxes and discontinued operations | $ 1,967 |
| Restructuring and employee severance | 44 |
| Amortization and other acquisition-related costs | 281 |
| Impairments and (gain)/loss on disposal of assets | (19) |
| Litigation (recoveries)/charges, net | 5 |
| Loss on extinguishment of debt | 60 |
| Adjusted earnings before income taxes and discontinued operations | $ 2,339 |
| | |
| Provision for income taxes | $ 755 |
| Restructuring and employee severance tax benefit | 15 |
| Amortization and other acquisition-related costs tax benefit | 100 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | (10) |
| Litigation (recoveries)/charges, net tax expense | (14) |
| Loss on extinguishment of debt tax benefit | 23 |
| Adjusted provision for income taxes | $ 870 |
| | |
| **Non-GAAP effective tax rate from continuing operations** | **37.2 %** |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP net earnings attributable to Cardinal Health, Inc. and non-GAAP effective tax rate (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are net earnings attributable to Cardinal Health, Inc. and effective tax rate. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and loss on extinguishment of debt, which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Cardinal Health, Inc. and Subsidiaries**

**Definitions**

**Debt**: long-term obligations plus short-term borrowings.

**Debt to Total Capital**: debt divided by (debt plus total Cardinal Health, Inc. shareholders' equity).

**Interest and Other, net**: other (income)/expense, net plus interest expense, net.

**Net Debt**: a Non-GAAP measure defined as debt minus (cash and equivalents).

**Net Debt to Capital**: a Non-GAAP measure defined as net debt divided by (net debt plus total Cardinal Health, Inc. shareholders' equity).

**Non-GAAP Diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP Diluted EPS" or "Non-GAAP Diluted Earnings Per Share"**: non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares

**Non-GAAP Diluted EPS from continuing operations**: non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Effective Tax Rate**: (provision for income taxes adjusted for (1) LIFO charges/(credits)[1], (2) restructuring and employee severance[2], (3) amortization and other acquisition-related costs[3], (4) impairments and (gain)/loss on disposal of assets[4], (5) litigation (recoveries)/charges, net[5], and (6) loss on extinguishment of debt[6]) divided by (earnings before income taxes adjusted for the same six items).

**Non-GAAP Gross Margin**: Gross margin excluding LIFO charges/(credits).

**Non-GAAP Net Earnings attributable to Cardinal Health, Inc. or "Non-GAAP Net Earnings"**: net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Earnings from Continuing Operations:** earnings from continuing operations excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Operating Earnings**: operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net.

**Non-GAAP Return on Equity**: (annualized current period net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax) divided by average Cardinal Health, Inc. shareholders' equity.

**Return on Equity**: annualized current period net earnings attributable to Cardinal Health, Inc. divided by average Cardinal Health, Inc. shareholders' equity.

**Segment Profit**: segment revenue minus (segment cost of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin**: segment profit divided by segment revenue.

[1] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel), and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangible assets, transaction costs, integration costs, and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the condensed consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] Charges related to the make-whole premium on the redemption of notes.

# EXHIBIT 35

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended December 31, 2015

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 1-11373

**CardinalHealth**
*Essential to care™*

# Cardinal Health, Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Ohio** | **31-0958666** |
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |
| **7000 Cardinal Place, Dublin, Ohio** | **43017** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(614) 757-5000**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☑ | Accelerated filer ☐ |
| Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

The number of the registrant's common shares, without par value, outstanding as of January 27, 2016, was the following: 329,328,935.

# Cardinal Health
**Q2 Fiscal 2016 Form 10-Q**

# Table of Contents

|  | Page |
|---|---|
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 2 |
| Explanation and Reconciliation of Non-GAAP Financial Measures | 10 |
| Quantitative and Qualitative Disclosures about Market Risk | 12 |
| Controls and Procedures | 12 |
| Legal Proceedings | 12 |
| Risk Factors | 12 |
| Unregistered Sales of Equity Securities | 12 |
| Financial Statements and Supplementary Data | 13 |
| Exhibits | 26 |
| Form 10-Q Cross Reference Index | 27 |
| Signatures | 28 |

# Forward-Looking Statements

This Form 10-Q (including information incorporated by reference) includes "forward-looking statements" addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. Many forward-looking statements appear in Management's Discussion and Analysis of Financial Condition and Results of Operation ("MD&A"), but there are others in the document, which may be identified by the words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results, trends or guidance, statements of outlook and expense accruals. The matters discussed in these forward-looking statements are subject to risks, uncertainties and other factors that could cause actual results to differ materially from those made, projected or implied in the forward-looking statements. The most significant of these risks, uncertainties and other factors are described in Exhibit 99.1 to this Form 10-Q and in "Risk Factors" of our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (our "2015 Form 10-K"). Forward-looking statements in this document speak only as of the date of this document. Except to the extent required by applicable law, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.

# About Cardinal Health

Cardinal Health, Inc. is an Ohio corporation formed in 1979. As used in this report, "we," "our," "us," and similar pronouns refer to Cardinal Health, Inc. and its subsidiaries, unless the context requires otherwise. We are a healthcare services and products company that improves the cost-effectiveness of health care. We help pharmacies, hospitals, and other healthcare providers focus on patient care while reducing costs, enhancing efficiency, and improving quality. We also provide medical products to patients in the home. We manage our business and report our financial results in two segments: Pharmaceutical and Medical.

# Non-GAAP Financial Measures

We use "non-GAAP financial measures" in the "Overview of Consolidated Results" section of MD&A. These measures are derived from our condensed consolidated financial data but are not presented in our financial statements prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). The reasons we use these non-GAAP financial measures and the reconciliations to their most directly comparable GAAP financial measures are included in the "Explanation and Reconciliation of Non-GAAP Financial Measures" section following MD&A. The remaining sections of MD&A refer to GAAP measures only.

**MD&A**

# Management's Discussion and Analysis of Financial Condition and Results of Operations

The discussion and analysis presented below is concerned with material changes in financial condition and results of operations between the periods specified in our condensed consolidated balance sheets at December 31, 2015 and June 30, 2015, and in our condensed consolidated statements of earnings for the three and six months ended December 31, 2015 and 2014. All comparisons presented are with respect to the prior-year period, unless stated otherwise. This discussion and analysis should be read in conjunction with MD&A included in our 2015 Form 10-K.

## Significant Developments

**Cordis**

On October 2, 2015, we completed the acquisition of the Cordis business ("Cordis") from Ethicon, Inc., a wholly-owned subsidiary of Johnson and Johnson, for $1.9 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Cordis, a global manufacturer and distributor of interventional cardiology devices and endovascular solutions with operations in more than 50 countries, expands our Medical segment's portfolio of self-manufactured products and its geographic scope.

**naviHealth**

On August 26, 2015, we acquired a 71 percent ownership interest in naviHealth Group Holdings, L.P. ("naviHealth") for $238 million, net of cash acquired of $53 million. We funded the acquisition with cash on hand. The acquisition of naviHealth, a leader in post-acute care management solutions, expands our ability to serve health plans, health systems, and providers. We consolidate the results of naviHealth in our condensed consolidated financial statements and report its results in our Medical segment. The portion of naviHealth net earnings attributable to third-party interest holders is reported as a reduction to net earnings in the condensed consolidated statements of earnings.

**Harvard Drug**

On July 2, 2015, we completed the acquisition of The Harvard Drug Group ("Harvard Drug") for $1.1 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Harvard Drug, a distributor of generic pharmaceuticals, over-the-counter healthcare and related products to retail, institutional, and alternate care customers, enhances our Pharmaceutical segment's generic pharmaceutical distribution and related services businesses. Harvard Drug also manufactures and repackages generic pharmaceuticals and over-the-counter healthcare products.

Refer to Note 2 of the "Notes to Condensed Consolidated Financial Statements" for additional information on acquisitions.

**MD&A**      **Results of Operations**

# Overview of Consolidated Results

## Revenue (in billions)



Revenue for the three and six months ended December 31, 2015 was $31.4 billion and $59.5 billion, respectively, a 23 percent and 20 percent increase from the prior-year periods due primarily to sales growth from existing and new pharmaceutical distribution customers and from acquisitions.

## GAAP and Non-GAAP Operating Earnings



**GAAP (in billions)**

**Non-GAAP (in billions)**

| GAAP and Non-GAAP Operating Earnings | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| (in millions) | 2015 | 2014 | Change | 2015 | 2014 | Change |
| **GAAP** | $ 563 | $ 546 | 3% | $ 1,183 | $ 1,012 | 17% |
| LIFO charges/(credits) | 39 | — | | 39 | — | |
| Restructuring and employee severance | 2 | 7 | | 14 | 26 | |
| Amortization and other acquisition-related costs | 114 | 60 | | 219 | 112 | |
| Impairments and (gain)/loss on disposal of assets | 17 | (18) | | 17 | (18) | |
| Litigation (recoveries)/charges, net | (9) | 44 | | (9) | 72 | |
| **Non-GAAP** | $ 726 | $ 639 | 14% | $ 1,463 | $ 1,204 | 22% |

During the three and six months ended December 31, 2015, GAAP operating earnings increased 3 percent to $563 million and 17 percent to $1.2 billion, respectively. Non-GAAP operating earnings increased 14 percent to $726 million and 22 percent to $1.46 billion for the three and six months ended December 31, 2015, respectively. The increases in both GAAP and non-GAAP operating earnings were due to sales growth from existing and new pharmaceutical distribution customers, performance under our Pharmaceutical segment generics program, and acquisitions, offset in part by the adverse impact of customer pricing changes. GAAP operating earnings were also impacted by increased acquisition-related amortization, a last-in, first-out ("LIFO") charge, and prior-year litigation charges.

**MD&A**        **Results of Operations**

# GAAP and Non-GAAP Diluted EPS ($ per share)



| GAAP and Non-GAAP Diluted EPS | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | **2015** | 2014 | Change | **2015** | 2014 | Change |
| **GAAP** | **$ 0.98** | $ 0.86 | **14%** | **$ 2.14** | $ 1.65 | **30%** |
| LIFO charges/(credits) | **0.07** | — | | **0.07** | — | |
| Restructuring and employee severance | **—** | 0.01 | | **0.02** | 0.05 | |
| Amortization and other acquisition-related costs | **0.22** | 0.11 | | **0.42** | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | **0.03** | (0.03) | | **0.03** | (0.02) | |
| Litigation (recoveries)/charges, net | **(0.01)** | 0.12 | | **(0.01)** | 0.20 | |
| Loss on extinguishment of debt | **—** | 0.11 | | **—** | 0.11 | |
| **Non-GAAP** | **$ 1.30** | $ 1.20 | **8%** | **$ 2.68** | $ 2.19 | **22%** |

The sum of the components may not equal the total due to rounding.

During the three and six months ended December 31, 2015, GAAP diluted earnings per share attributable to Cardinal Health, Inc. ("diluted EPS") increased 14 percent to $0.98 and 30 percent to $2.14, respectively. Non-GAAP diluted EPS increased 8 percent to $1.30 and 22 percent to $2.68 during the three and six months ended December 31, 2015, respectively. GAAP and non-GAAP diluted EPS increased primarily due to the factors impacting GAAP and non-GAAP operating earnings, partially offset by an increase in interest expense. GAAP and non-GAAP diluted EPS also increased due to a lower effective tax rate during the six months ended December 31, 2015. The increase in GAAP diluted EPS was also partially due to the prior-year loss on extinguishment of debt.

# Cash and Equivalents

Our cash and equivalents balance was $2.3 billion at December 31, 2015 compared to $4.6 billion at June 30, 2015. The decrease in cash and equivalents during the six months ended December 31, 2015 was driven by $3.3 billion deployed for acquisitions and dividends of $259 million, offset in part by cash provided by operating activities of $1.4 billion.

# Results of Operations

## Revenue



| (in millions) | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | Change | 2015 | 2014 | Change |
| Pharmaceutical | $ 28,287 | $ 22,627 | 25% | $ 53,427 | $ 43,836 | 22% |
| Medical | 3,162 | 2,914 | 9% | 6,081 | 5,766 | 5% |
| Total segment revenue | 31,449 | 25,541 | 23% | 59,508 | 49,602 | 20% |
| Corporate | (4) | (4) | N.M. | (9) | 5 | N.M. |
| **Total revenue** | $ 31,445 | $ 25,537 | 23% | $ 59,499 | $ 49,607 | 20% |

### Pharmaceutical Segment

Pharmaceutical segment revenue growth for the three and six months ended December 31, 2015 compared to the prior-year periods was primarily due to sales growth from existing and new pharmaceutical distribution customers, which increased revenue by $5.1 billion and $8.5 billion, respectively, including the impact of continued branded pharmaceutical price appreciation. Acquisitions also contributed to revenue growth ($622 million and $1.3 billion, respectively).

### Medical Segment

Medical segment revenue growth for the three and six months ended December 31, 2015 compared to the prior-year periods was primarily due to acquisitions, net of divestitures, which contributed $205 million and $217 million, respectively.

## Cost of Products Sold

As a result of the same factors affecting the change in revenue, consolidated cost of products sold increased $5.8 billion (24 percent) and $9.5 billion (20 percent) compared to the prior-year periods. In addition, we incurred a $39 million LIFO charge during the three months ended December 31, 2015. See the "Gross Margin" section for additional drivers impacting cost of products sold.

**MD&A** | **Results of Operations**

# Gross Margin



**Gross Margin
(in billions)**

| | | |
|---|---|---|
| $1.5 Q2 FY15 | $1.6 Q2 FY16 | $2.8 YTD FY15 $3.2 YTD FY16 |

**Gross Margin Rate
(Gross Margin as a Percent of Revenue)**

| | | |
|---|---|---|
| 5.69% Q2 FY15 | 5.12% Q2 FY16 | 5.63% YTD FY15 5.36% YTD FY16 |

| (in millions) | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | **2015** | 2014 | **Change** | **2015** | 2014 | **Change** |
| Gross margin | **$ 1,609** | $ 1,454 | **11%** | **$ 3,188** | $ 2,794 | **14%** |

Gross margin increased during the three and six months ended December 31, 2015 compared to the prior-year periods by $155 million (11 percent) and $394 million (14 percent), respectively.

Gross margin was positively impacted by sales growth from existing and new pharmaceutical distribution customers ($152 million and $269 million during the three and six months ended December 31, 2015, respectively) and acquisitions, net of divestitures ($147 million and $219 million, respectively).

Gross margin rate contracted during both the three and six months ended December 31, 2015, primarily due to the onboarding of a new

mail order customer starting in October 2015. In addition, gross margin rate was favorably impacted by performance under our generics program and adversely impacted by customer pricing changes. Gross margin rate contraction includes the negative impact of a LIFO charge ($39 million) during the three months ended December 31, 2015. See Note 1 of the "Notes to Condensed Consolidated Financial Statements" for additional information on the LIFO inventory method.

# Distribution, Selling, General, and Administrative ("SG&A") Expenses

| (in millions) | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | **2015** | 2014 | **Change** | **2015** | 2014 | **Change** |
| SG&A expenses | **$ 922** | $ 815 | **13%** | **$ 1,764** | $ 1,590 | **11%** |

The increase in SG&A expenses during the three and six months ended December 31, 2015 over the prior-year periods was driven by acquisitions, net of divestitures ($106 million and $136 million, respectively).

# Segment Profit

We evaluate segment performance based on segment profit, among other measures. See Note 13 of the "Notes to Condensed Consolidated Financial Statements" for additional information on segment profit.



**Pharmaceutical Segment Profit**
**(in millions)**

Q2 FY15: $542  Q2 FY16: $627  YTD FY15: $992  YTD FY16: $1,285

**Medical Segment Profit**
**(in millions)**

Q2 FY15: $115  Q2 FY16: $106  YTD FY15: $229  YTD FY16: $207

| (in millions) | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2015 | 2014 | Change | 2015 | 2014 | Change |
| Pharmaceutical | $ 627 | $ 542 | 16 % | $ 1,285 | $ 992 | 29 % |
| Medical | 106 | 115 | (8)% | 207 | 229 | (10)% |
| Total segment profit | 733 | 657 | 12 % | 1,492 | 1,221 | 22 % |
| Corporate | (170) | (111) | N.M. | (309) | (209) | N.M. |
| Total consolidated operating earnings | $ 563 | $ 546 | 3 % | $ 1,183 | $ 1,012 | 17 % |

**Pharmaceutical Segment Profit**

The increase in Pharmaceutical segment profit during the three and six months ended December 31, 2015 over the prior-year periods was due to sales growth from existing and new pharmaceutical distribution customers and performance under our generics program, partially offset by the adverse impact of customer pricing changes. Acquisitions also contributed to segment profit growth. Segment profit does not include LIFO charges/(credits) held at corporate as explained in Note 13 of the "Notes to Condensed Consolidated Financial Statements."

**Medical Segment Profit**

The decrease in Medical segment profit during the three and six months ended December 31, 2015 compared to the prior-year periods was primarily due to the negative impact of acquisitions and

divestitures, which included the unfavorable cost of products sold impact from the fair value step up of inventory acquired with Cordis. The decrease in Medical segment profit during the six months ended December 31, 2015 was also due to our Canada business.

**Corporate**

As discussed further in sections that follow, the principal drivers for the change in Corporate during the three and six months ended December 31, 2015 compared to the prior-year periods were increased amortization and other acquisition-related costs primarily due to amortization and costs incurred in connection with the acquisitions of Cordis and Harvard Drug. Corporate was also adversely impacted by the LIFO charge described under "Gross Margin" above.

**MD&A**  Results of Operations

## Other Components of Consolidated Operating Earnings

In addition to revenue, gross margin, and SG&A expenses discussed previously, consolidated operating earnings were impacted by the following:

| (in millions) | Three Months Ended December 31 | | Six Months Ended December 31 | |
| --- | --- | --- | --- | --- |
| | **2015** | 2014 | **2015** | 2014 |
| Restructuring and employee severance | $ **2** | $ 7 | $ **14** | $ 26 |
| Amortization and other acquisition-related costs | **114** | 60 | **219** | 112 |
| Impairments and (gain)/loss on disposal of assets, net | **17** | (18) | **17** | (18) |
| Litigation (recoveries)/charges, net | **(9)** | 44 | **(9)** | 72 |

**Amortization and Other Acquisition-Related Costs**
Amortization of acquisition-related intangible assets was $100 million and $47 million for the three months ended December 31, 2015 and 2014, respectively, and $167 million and $91 million for the six months ended December 31, 2015 and 2014, respectively. The increase in amortization of acquisition-related intangible assets during both periods is largely due to the acquisitions of Cordis and Harvard Drug. Transaction and integration costs associated with the acquisition of Cordis were $20 million and $41 million during the three and six months ended December 31, 2015, respectively.

**Litigation (Recoveries)/Charges, Net**
During the three months ended December 31, 2015, we received and recognized income of $13 million resulting from settlements of class action antitrust claims in which we were a class member.

During the three and six months ended December 31, 2014, we incurred litigation charges of $7 million and $61 million, respectively, related to the DEA and FTC investigations and related matters.

## Earnings Before Income Taxes

In addition to the items discussed above, earnings before income taxes was impacted by the following:

| (in millions) | Three Months Ended December 31 | | | Six Months Ended December 31 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2015** | 2014 | Change | **2015** | 2014 | Change |
| Other (income)/expense, net | $ **(2)** | $ (1) | **N.M.** | $ **6** | $ (4) | **N.M.** |
| Interest expense, net | **45** | 36 | **24%** | **90** | 70 | **28%** |
| Loss on extinguishment of debt | **—** | 60 | **N.M.** | **—** | 60 | **N.M.** |

**Interest Expense, Net**
Interest expense increased during both the three and six months ended December 31, 2015, primarily as a result of the additional $1.5 billion of debt issued in June 2015 to fund the Harvard Drug and Cordis acquisitions.

**Loss on Extinguishment of Debt**
In December 2014 we redeemed certain debt resulting in a loss on the extinguishment of debt of $60 million ($37 million, net of tax).

## Provision for Income Taxes

During the three months ended December 31, 2015 and 2014, the effective tax rate was 37.3 percent and 36.0 percent, respectively. During the six months ended December 31, 2015 and 2014, the effective tax rate was 34.7 percent and 37.4 percent, respectively. The effective tax rate during the six months ended December 31, 2015 was impacted by net favorable discrete items of $28 million.

Due to the adoption of amended accounting guidance that simplifies the accounting for income taxes, current deferred tax assets of $20 million and current deferred tax liabilities of $1.1 billion in our December 31, 2015 condensed consolidated balance sheet were reclassified as non-current. In accordance with the adoption of this

guidance, balances were not retrospectively adjusted. The adoption of this guidance had no impact on our condensed consolidated statements of earnings, comprehensive income or cash flows. Refer to Note 1 of the "Notes to Condensed Consolidated Financial Statements" for additional information.

# Liquidity and Capital Resources

We currently believe that, based on available capital resources (cash on hand and committed credit facilities) and projected operating cash flow, we have adequate capital resources to fund working capital needs; currently anticipated capital expenditures; currently anticipated business growth and expansion; contractual obligations; tax payments; and current and projected debt service requirements, dividends, and share repurchases. If we decide to engage in one or more additional acquisitions, depending on the size and timing of such transactions, we may need to access capital markets for additional financing.

## Cash and Equivalents

Our cash and equivalents balance was $2.3 billion at December 31, 2015 compared to $4.6 billion at June 30, 2015. The decrease in cash and equivalents during the six months ended December 31, 2015 was driven by $3.3 billion deployed for acquisitions and dividends of $259 million, offset in part by cash provided by operating activities of $1.4 billion. At December 31, 2015, our cash and equivalents were held in cash depository accounts with major banks or invested in high quality, short-term liquid investments.

The cash and equivalents balance at December 31, 2015 included $394 million of cash held by subsidiaries outside of the United States. Although the vast majority of this cash is available for repatriation, permanently bringing the money into the United States could trigger U.S. federal, state, and local income tax obligations. As a U.S. parent company, we may temporarily access cash held by our foreign subsidiaries without becoming subject to U.S. federal, state, and local income tax through intercompany loans.

Changes in working capital, which impact operating cash flow, can vary significantly depending on factors such as the timing of customer payments, inventory purchases and payments to vendors in the regular course of business, as well as fluctuating working capital needs driven by customer and product mix.

## Financial Instruments and Other Financing Arrangements

### Credit Facilities and Commercial Paper

Other sources of liquidity include a $1.5 billion revolving credit facility and a $950 million committed receivables sales facility program. We also have a commercial paper program of up to $1.5 billion, backed by the revolving credit facility. At December 31, 2015, we had no outstanding balances or borrowings under these facilities, except for standby letters of credit of $40 million under the committed receivables sales facility program.

Our revolving credit facility and committed receivables sales facility program require us to maintain a consolidated interest coverage ratio of at least 4-to-1 and consolidated leverage ratio of no more than 3.25-to-1. As of December 31, 2015, we were in compliance with these financial covenants.

### Available-for-Sale Securities

At December 31, 2015, we held $198 million of marketable securities, which are classified as available-for-sale.

## Capital Deployment

### Capital Expenditures

Capital expenditures during the six months ended December 31, 2015 and 2014 were $175 million and $83 million, respectively.

### Dividends

On November 4, 2015, our Board of Directors approved a quarterly dividend of $0.3870 per share, or $1.55 per share on an annualized basis, payable on January 15, 2016 to shareholders of record on January 4, 2016.

### Share Repurchases

Our Board of Directors has approved a $2.0 billion share repurchase program, which expires on December 31, 2016. During the six months ended December 31, 2015, we did not repurchase common shares under this program. At December 31, 2015, we had $693 million remaining under this repurchase authorization.

### Acquisitions

On July 2, 2015, August 26, 2015, and October 2, 2015, we acquired Harvard Drug, naviHealth, and Cordis for $1.1 billion, $238 million, and $1.9 billion, respectively.

# Other Items

The MD&A in our 2015 Form 10-K addresses our contractual obligations, critical accounting policies and sensitive accounting estimates, and the absence of off-balance sheet arrangements, as of and for the fiscal year ended June 30, 2015. There have been no subsequent material changes outside of the ordinary course of business to those items.

# Explanation and Reconciliation of Non-GAAP Financial Measures

The "Overview of Consolidated Results" section within MD&A in this Form 10-Q contains financial measures that are not calculated in accordance with GAAP. In general, the measures exclude items and charges that we do not believe reflect our core business and relate more to strategic, multi-year corporate activities, or the items and charges relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. We use these non-GAAP financial measures internally to evaluate our performance, evaluate our financial position, engage in financial and operational planning, and determine incentive compensation.

We provide these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on our financial and operating results and in comparing our performance to that of our competitors. However, the non-GAAP financial measures used by us may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by us should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial measures should be carefully evaluated.

Following are definitions of the non-GAAP financial measures presented in this Form 10-Q and reconciliations of the differences between the non-GAAP financial measures and their most directly comparable GAAP financial measures. For all other definitions, refer to our 2015 Form 10-K.

## Definitions

**Non-GAAP operating earnings**: operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, and (5) litigation (recoveries)/charges, net.

**Non-GAAP net earnings attributable to Cardinal Health, Inc.**: net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP diluted EPS"**: non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

# GAAP to Non-GAAP Reconciliations

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|
| | | | Three Months Ended December 31, 2015 | | | |
| GAAP | $ 563 | 3 % $ | 326 | 13 % $ | 0.98 | 14 % |
| LIFO charges/(credits) | 39 | | 24 | | 0.07 | |
| Restructuring and employee severance | 2 | | 1 | | — | |
| Amortization and other acquisition-related costs | 114 | | 73 | | 0.22 | |
| Impairments and (gain)/loss on disposal of assets | 17 | | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | (9) | | (4) | | (0.01) | |
| Non-GAAP | $ 726 | 14 % $ | 430 | 7 % $ | 1.30 | 8 % |
| | | | Three Months Ended December 31, 2014 | | | |
| GAAP | $ 546 | 5 % $ | 289 | 5 % $ | 0.86 | 9 % |
| Restructuring and employee severance | 7 | | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | 60 | | 38 | | 0.11 | |
| Impairments and (gain)/loss on disposal of assets | (18) | | (8) | | (0.03) | |
| Litigation (recoveries)/charges, net | 44 | | 40 | | 0.12 | |
| Loss on extinguishment of debt | — | | 37 | | 0.11 | |
| Non-GAAP | $ 639 | 10 % $ | 400 | 28 % $ | 1.20 | 33 % |
| | | | Six Months Ended December 31, 2015 | | | |
| GAAP | $ 1,183 | 17 % $ | 709 | 28 % $ | 2.14 | 30 % |
| LIFO charges/(credits) | 39 | | 24 | | 0.07 | |
| Restructuring and employee severance | 14 | | 9 | | 0.02 | |
| Amortization and other acquisition-related costs | 219 | | 141 | | 0.42 | |
| Impairments and (gain)/loss on disposal of assets | 17 | | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | (9) | | (4) | | (0.01) | |
| Non-GAAP | $ 1,463 | 22 % $ | 889 | 20 % $ | 2.68 | 22 % |
| | | | Six Months Ended December 31, 2014 | | | |
| GAAP | $ 1,012 | 2 % $ | 555 | (10)% $ | 1.65 | (7)% |
| Restructuring and employee severance | 26 | | 17 | | 0.05 | |
| Amortization and other acquisition-related costs | 112 | | 71 | | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | (18) | | (8) | | (0.02) | |
| Litigation (recoveries)/charges, net | 72 | | 68 | | 0.20 | |
| Loss on extinguishment of debt | — | | 37 | | 0.11 | |
| Non-GAAP | $ 1,204 | 8 % $ | 740 | 7 % $ | 2.19 | 10 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

Other

# Quantitative and Qualitative Disclosures About Market Risk

There have been no material changes in the quantitative and qualitative market risk disclosures included in our 2015 Form 10-K since the end of fiscal 2015 through December 31, 2015.

# Controls and Procedures

### Evaluation of Disclosure Controls and Procedures

We evaluated, with the participation of our principal executive officer and principal financial officer, the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of December 31, 2015. Based on this evaluation, our principal executive officer and principal financial officer have concluded that as of December 31, 2015, our disclosure controls and procedures were effective to provide reasonable assurance that information required to be disclosed in our reports under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the SEC rules and forms and that such information is accumulated and communicated to management as appropriate to allow timely decisions regarding required disclosure.

### Changes in Internal Control Over Financial Reporting

There were no changes in our internal control over financial reporting during the quarter ended December 31, 2015 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

# Legal Proceedings

The legal proceedings described in Note 7 of the "Notes to Condensed Consolidated Financial Statements" are incorporated in this "Legal Proceedings" section by reference.

# Risk Factors

You should carefully consider the information in this Form 10-Q and the risk factors discussed in "Risk Factors" and other risks discussed in our 2015 Form 10-K and our filings with the SEC since June 30, 2015. These risks could materially and adversely affect our results of operations, financial condition, liquidity, and cash flows. Our business also could be affected by risks that we are not presently aware of or that we currently consider immaterial to our operations.

# Unregistered Sales of Equity Securities and Use of Proceeds

### Issuer Purchases of Equity Securities

| Period | Total Number of Shares Purchased (1) | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Program (2) | Approximate Dollar Value of Shares That May Yet be Purchased Under the Program (2) (in millions) |
|---|---|---|---|---|
| October 2015 | 266 | $ 79.88 | — | $ 693 |
| November 2015 | 231 | 87.72 | — | 693 |
| December 2015 | 221 | 88.83 | — | 693 |
| **Total** | **718** | **$ 85.16** | **—** | **$ 693** |

(1)   Common shares purchased through a rabbi trust as investments of participants in our Deferred Compensation Plan.

(2)   On October 29, 2013, our Board of Directors approved a $1.0 billion share repurchase program and on August 6, 2014, the Board of Directors authorized an additional $1.0 billion under the program, for a total of $2.0 billion. This program expires on December 31, 2016.  We did not repurchase common shares under this program during the three months ended December 31, 2015.

# Condensed Consolidated Statements of Earnings
**(Unaudited)**

| (in millions, except per common share amounts) | Three Months Ended December 31 | | Six Months Ended December 31 | |
|---|---|---|---|---|
| | **2015** | 2014 | **2015** | 2014 |
| Revenue | $ **31,445** | $ 25,537 | $ **59,499** | $ 49,607 |
| Cost of products sold | **29,836** | 24,083 | **56,311** | 46,813 |
| Gross margin | **1,609** | 1,454 | **3,188** | 2,794 |
| | | | | |
| **Operating expenses:** | | | | |
| Distribution, selling, general, and administrative expenses | **922** | 815 | **1,764** | 1,590 |
| Restructuring and employee severance | **2** | 7 | **14** | 26 |
| Amortization and other acquisition-related costs | **114** | 60 | **219** | 112 |
| Impairments and (gain)/loss on disposal of assets, net | **17** | (18) | **17** | (18) |
| Litigation (recoveries)/charges, net | **(9)** | 44 | **(9)** | 72 |
| Operating earnings | **563** | 546 | **1,183** | 1,012 |
| | | | | |
| Other (income)/expense, net | **(2)** | (1) | **6** | (4) |
| Interest expense, net | **45** | 36 | **90** | 70 |
| Loss on extinguishment of debt | **—** | 60 | **—** | 60 |
| Earnings before income taxes | **520** | 451 | **1,087** | 886 |
| | | | | |
| Provision for income taxes | **194** | 162 | **377** | 331 |
| Net earnings | **326** | 289 | **710** | 555 |
| | | | | |
| Less: Net earnings attributable to noncontrolling interests | **—** | — | **(1)** | — |
| **Net earnings attributable to Cardinal Health, Inc.** | $ **326** | $ 289 | $ **709** | $ 555 |
| | | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | | |
| Basic | $ **0.99** | $ 0.87 | $ **2.16** | $ 1.66 |
| Diluted | **0.98** | 0.86 | **2.14** | 1.65 |
| | | | | |
| **Weighted-average number of common shares outstanding:** | | | | |
| Basic | **329** | 331 | **329** | 333 |
| Diluted | **332** | 334 | **332** | 337 |
| | | | | |
| Cash dividends declared per common share | $ **0.3870** | $ 0.3425 | $ **0.7740** | $ 0.6850 |

See notes to condensed consolidated financial statements.

**Financial Statements**

# Condensed Consolidated Statements of Comprehensive Income
**(Unaudited)**

| (in millions) | Three Months Ended December 31 | | Six Months Ended December 31 | |
|---|---|---|---|---|
| | **2015** | 2014 | **2015** | 2014 |
| Net earnings | $ **326** | $ 289 | $ **710** | $ 555 |
| | | | | |
| **Other comprehensive loss:** | | | | |
| Foreign currency translation adjustments | **(28)** | (40) | **(73)** | (64) |
| Net unrealized loss on derivative instruments, net of tax | **(1)** | (9) | **(1)** | (9) |
| Total other comprehensive loss, net of tax | **(29)** | (49) | **(74)** | (73) |
| | | | | |
| Total comprehensive income | **297** | 240 | **636** | 482 |
| | | | | |
| Less: Comprehensive income attributable to noncontrolling interests | **—** | — | **(1)** | — |
| **Total comprehensive income attributable to Cardinal Health, Inc.** | $ **297** | $ 240 | $ **635** | $ 482 |

See notes to condensed consolidated financial statements.

**Financial Statements**

# Condensed Consolidated Balance Sheets

| (in millions) | | December 31, 2015 | | June 30, 2015 |
|---|---|---|---|---|
| | | (Unaudited) | | |
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and equivalents | $ | 2,324 | $ | 4,616 |
| Trade receivables, net | | 6,980 | | 6,523 |
| Inventories, net | | 11,007 | | 9,211 |
| Prepaid expenses and other | | 1,518 | | 1,402 |
| Total current assets | | 21,829 | | 21,752 |
| | | | | |
| Property and equipment, net | | 1,651 | | 1,506 |
| Goodwill and other intangibles, net | | 9,113 | | 6,018 |
| Other assets | | 914 | | 866 |
| **Total assets** | $ | 33,507 | $ | 30,142 |
| | | | | |
| **Liabilities, Redeemable Noncontrolling Interests, and Shareholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 16,919 | $ | 14,368 |
| Current portion of long-term obligations and other short-term borrowings | | 354 | | 281 |
| Other accrued liabilities | | 1,606 | | 2,594 |
| Total current liabilities | | 18,879 | | 17,243 |
| | | | | |
| Long-term obligations, less current portion | | 5,171 | | 5,211 |
| Deferred income taxes and other liabilities | | 2,609 | | 1,432 |
| | | | | |
| Redeemable noncontrolling interests | | 120 | | — |
| | | | | |
| **Shareholders' equity:** | | | | |
| Preferred shares, without par value: | | | | |
| Authorized—**500 thousand** shares, Issued—**none** | | — | | — |
| Common shares, without par value: | | | | |
| Authorized—**755 million** shares, Issued—**364 million** shares at **December 31, 2015** and June 30, 2015 | | 2,973 | | 3,003 |
| Retained earnings | | 5,972 | | 5,521 |
| Common shares in treasury, at cost: **34 million** shares and 36 million shares at **December 31, 2015** and June 30, 2015, respectively | | (2,137) | | (2,245) |
| Accumulated other comprehensive loss | | (97) | | (23) |
| **Total Cardinal Health, Inc. shareholders' equity** | | 6,711 | | 6,256 |
| Noncontrolling interests | | 17 | | — |
| **Total shareholders' equity** | | 6,728 | | 6,256 |
| **Total liabilities, redeemable noncontrolling interests, and shareholders' equity** | $ | 33,507 | $ | 30,142 |

See notes to condensed consolidated financial statements.

**Financial Statements**

# Condensed Consolidated Statements of Cash Flows

**(Unaudited)**

| (in millions) | Six Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| **Cash flows from operating activities:** | | |
| Net earnings | $ **710** | $ 555 |
| | | |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Depreciation and amortization | **306** | 220 |
| Loss on extinguishment of debt | **—** | 60 |
| Gain on sale of other investments | **—** | (5) |
| Impairments and (gain)/loss on disposal of assets, net | **17** | (18) |
| Share-based compensation | **56** | 53 |
| Provision for bad debts | **35** | 26 |
| Change in fair value of contingent consideration obligation | **(14)** | — |
| Change in operating assets and liabilities, net of effects from acquisitions: | | |
| Increase in trade receivables | **(393)** | (291) |
| Increase in inventories | **(1,565)** | (1,137) |
| Increase in accounts payable | **2,431** | 1,438 |
| Other accrued liabilities and operating items, net | **(172)** | 113 |
| Net cash provided by operating activities | **1,411** | 1,014 |
| | | |
| **Cash flows from investing activities:** | | |
| Acquisition of subsidiaries, net of cash acquired | **(3,284)** | (86) |
| Additions to property and equipment | **(175)** | (83) |
| Purchase of available-for-sale securities and other investments | **(88)** | (107) |
| Proceeds from sale of available-for-sale securities and other investments | **57** | 107 |
| Proceeds from maturities of available-for-sale securities | **19** | 16 |
| Proceeds from divestitures and disposal of held for sale assets | **—** | 53 |
| Net cash used in investing activities | **(3,471)** | (100) |
| | | |
| **Cash flows from financing activities:** | | |
| Payment of contingent consideration obligation | **(23)** | — |
| Net change in short-term borrowings | **39** | (18) |
| Reduction of long-term obligations | **(4)** | (1,220) |
| Proceeds from long-term obligations, net of issuance costs | **—** | 1,182 |
| Net proceeds/(tax withholdings) from share-based compensation | **(7)** | 35 |
| Tax proceeds from share-based compensation | **32** | 42 |
| Dividends on common shares | **(259)** | (233) |
| Purchase of treasury shares | **—** | (686) |
| Net cash used in financing activities | **(222)** | (898) |
| | | |
| Effect of exchange rate changes on cash and equivalents | **(10)** | — |
| | | |
| Net increase/(decrease) in cash and equivalents | **(2,292)** | 16 |
| Cash and equivalents at beginning of period | **4,616** | 2,865 |
| Cash and equivalents at end of period | $ **2,324** | $ 2,881 |

See notes to condensed consolidated financial statements.

# Notes to Condensed Consolidated Financial Statements

## 1. Basis of Presentation and Summary of Significant Accounting Policies

### Basis of Presentation

Our condensed consolidated financial statements include the accounts of all majority-owned or controlled subsidiaries, and all significant intercompany transactions and amounts have been eliminated. References to "we," "our," and similar pronouns in this Quarterly Report on Form 10-Q for the quarter ended December 31, 2015 (this "Form 10-Q") refer to Cardinal Health, Inc. and its majority-owned or controlled subsidiaries unless the context requires otherwise. The results of businesses acquired or disposed of are included in the condensed consolidated financial statements from the effective date of the acquisition or up to the date of disposal, respectively.

Our condensed consolidated financial statements have been prepared in accordance with the U.S. Securities and Exchange Commission ("SEC") instructions to Quarterly Reports on Form 10-Q and include all of the information and disclosures required by accounting principles generally accepted in the United States ("GAAP") for interim financial reporting. The preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect amounts reported in the condensed consolidated financial statements and accompanying notes. Actual amounts may differ from these estimated amounts. In addition, operating results presented for this fiscal 2016 interim period are not necessarily indicative of the results that may be expected for the full fiscal year ending June 30, 2016.

These condensed consolidated financial statements are unaudited and are presented pursuant to the rules and regulations of the SEC. Accordingly, the condensed consolidated financial statements included in this Form 10-Q should be read in conjunction with the audited consolidated financial statements and related notes contained in our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (the "2015 Form 10-K"). In our opinion, all adjustments necessary for a fair presentation of the condensed consolidated financial statements have been included. Except as disclosed elsewhere in this Form 10-Q, all such adjustments are of a normal and recurring nature.

### Inventories

A substantial portion of our inventories are valued at the lower of cost, using the last-in, first-out ("LIFO") method, or market. These inventories are included within the core pharmaceutical distribution facilities of our Pharmaceutical segment ("distribution facilities") and are primarily merchandise inventories. The LIFO method presumes that the most recent inventory purchases are the first items sold, so LIFO helps us better match current costs and revenue. We believe that the average cost method of inventory valuation provides a reasonable approximation of the current cost of replacing inventory within these distribution facilities. As such, the LIFO reserve is the difference between (a) inventory at the lower of LIFO cost or market

and (b) inventory at replacement cost determined using the average cost method of inventory valuation.

Interim LIFO calculations are based on our estimates of expected year-end inventory levels and costs, as the actual valuation of inventory under the LIFO method is computed at the end of the fiscal year based on the inventory levels and costs at that time. Based upon the year-to-date balance and expectations for the remainder of the fiscal year, we recorded a LIFO charge of $39 million for the three months ended December 31, 2015, which is included in cost of products sold in the condensed consolidated financial statements.

### Recent Financial Accounting Standards

In January 2016, the Financial Accounting Standards Board ("FASB") issued amended accounting guidance intended to improve the recognition and measurement of financial instruments as part of a larger simplification initiative. The amended guidance primarily changes the accounting for equity method investments, financial liabilities under the fair value option, the method for assessing the realizability of deferred tax assets related to available-for-sale securities, and the presentation and disclosure requirements for financial instruments. This classification and measurement guidance will be effective for us in the first quarter of fiscal 2019, with early adoption permitted. We are currently evaluating the impact of the adoption on our consolidated financial statements.

In November 2015, the FASB issued amended accounting guidance that simplifies the accounting for income taxes. Under this amended guidance, deferred tax assets and liabilities must be classified as noncurrent on the balance sheet instead of separating deferred tax items into current and noncurrent amounts. We adopted this guidance on a prospective basis in the second quarter of fiscal 2016. Upon adoption of this guidance, current deferred tax assets of $20 million and current deferred tax liabilities of $1.1 billion in our December 31, 2015 condensed consolidated balance sheet were reclassified as noncurrent. In accordance with the adoption of this guidance, balances were not retrospectively adjusted. The adoption of this guidance had no impact on our condensed consolidated statements of earnings, comprehensive income or cash flows.

In September 2015, the FASB issued amended accounting guidance that eliminates the requirement that an acquirer in a business combination account for measurement-period adjustments on a retrospective basis. Under this amended guidance, the acquirer will recognize a measurement-period adjustment during the period in which it determines the amount of the adjustment. We adopted this guidance in the second quarter of fiscal 2016. The adoption of this guidance did not materially impact our condensed consolidated financial statements.

In May 2014, the FASB issued amended accounting guidance related to revenue recognition. This guidance is based on the principle that revenue is recognized in an amount that reflects the consideration to which an entity expects to be entitled in exchange for the transfer of goods or services to customers. The guidance also requires additional disclosure about the nature, amount, timing, and

uncertainty of revenue and cash flows arising from customer contracts, including significant judgments and changes in judgments and assets recognized from costs incurred to obtain or fulfill a contract. In July 2015, the FASB deferred the effective date for one year beyond the originally specified effective date. This amendment will be effective for us in the first quarter of fiscal 2019. We are continuing to evaluate the options for adoption and the impact on our consolidated financial statements.

In April 2014, the FASB issued amended accounting guidance related to the reporting of discontinued operations and disclosures of disposals of components of an entity. The amended guidance changes the thresholds for disposals to qualify as discontinued operations and requires additional disclosures. We adopted this guidance in the first quarter of fiscal 2016. The adoption of this guidance did not impact our condensed consolidated financial statements.

## 2. Acquisitions

During the six months ended December 31, 2015, we completed several acquisitions, the most significant of which are described in more detail below. The pro forma results of operations and the results of operations for acquired businesses since the acquisition dates have not been separately disclosed because the effects were not significant compared to the condensed consolidated financial statements, individually or in the aggregate.

### Cordis

On October 2, 2015, we acquired the Cordis business ("Cordis") from Ethicon, Inc., a wholly-owned subsidiary of Johnson & Johnson, for $1.9 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Cordis, a global manufacturer and distributor of interventional cardiology devices and endovascular solutions with operations in more than 50 countries, expands our Medical segment's portfolio of self-manufactured products and its geographic scope. We closed the Cordis acquisition in 20 principal countries on October 2, 2015, and acquired the rights to the net economic benefit from the entire Cordis business in the other countries at that time. For the remaining non-principal countries, we will acquire legal ownership in the next 24 months. The results for the entire Cordis business in all countries are included in the condensed consolidated financial statements as of and for the six months ended December 31, 2015.

Transaction and integration costs associated with the acquisition of Cordis were $20 million and $41 million during the three and six months ended December 31, 2015, respectively, and are included in amortization and other acquisition-related costs in the condensed consolidated statements of earnings.

### naviHealth

On August 26, 2015, we acquired a 71 percent ownership interest in naviHealth Group Holdings, L.P. ("naviHealth") for $238 million, net of cash acquired of $53 million. We funded the acquisition with cash on hand. The acquisition of naviHealth, a leader in post-acute care management solutions, expands our ability to serve health plans, health systems, and providers. We consolidate the results of naviHealth in our condensed consolidated financial statements and

report its consolidated results in our Medical segment. The terms of the agreement provide us with the option to acquire the remaining 29 percent noncontrolling interests at any time after the two-year anniversary of the closing. The third-party noncontrolling interests holders also hold an option, which allows them to sell their noncontrolling interests to us at any time after the two-year anniversary of the closing. Refer to Note 10 for further information on the redeemable noncontrolling interests.

### Harvard Drug

On July 2, 2015, we completed the acquisition of The Harvard Drug Group ("Harvard Drug") for $1.1 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Harvard Drug, a distributor of generic pharmaceuticals, over-the-counter healthcare and related products to retail, institutional and alternate care customers, enhances our Pharmaceutical segment's generic pharmaceutical distribution and related services businesses. Harvard Drug also manufactures and repackages generic pharmaceuticals and over-the-counter healthcare products.

### Fair Value of Assets Acquired and Liabilities Assumed

The allocation of the purchase price for the acquisitions of Cordis, naviHealth, and Harvard Drug are not yet finalized and are subject to adjustment as we complete the valuation analysis for these acquisitions. The purchase prices are also subject to adjustment based on working capital requirements as set forth in the acquisition agreements.

The valuation of identifiable intangible assets utilizes significant unobservable inputs and thus represents a Level 3 nonrecurring fair value measurement. The estimated fair value of the identifiable intangible assets was determined using an income-based approach, which includes market participant expectations of the cash flows that an asset could generate over its remaining useful life, discounted back to present value using an appropriate rate of return. The discount rates used to arrive at the present value of the identifiable intangible assets ranged from 12 percent to 14 percent, and reflect the internal rate of return and uncertainty in the cash flow projections.

The following table summarizes the estimated fair values of the assets acquired and liabilities assumed as of the acquisition dates for Cordis, naviHealth, and Harvard Drug:

| (in millions) | Cordis | naviHealth | Harvard Drug |
|---|---|---|---|
| **Identifiable intangible assets:** | | | |
| Customer relationships (1) | $ 230 | $ 38 | $ 470 |
| Trade names (2) | 130 | 16 | 130 |
| Developed technology (3) | 400 | 61 | — |
| In-process research and development (4) | 55 | — | — |
| Total identifiable intangible assets acquired | 815 | 115 | 600 |
| | | | |
| Cash and equivalents | — | 53 | 46 |
| Trade receivables | — | 38 | 67 |
| Inventories | 213 | — | 49 |
| Prepaid expenses and other | 4 | 14 | 12 |
| Property and equipment | 98 | 5 | 16 |
| Other assets | 10 | 1 | 1 |
| Accounts payable | (81) | (2) | (48) |
| Other accrued liabilities | (11) | (95) | (39) |
| Deferred income taxes and other liabilities | (7) | (42) | (104) |
| Redeemable noncontrolling interests | — | (119) | — |
| Total identifiable net assets/ (liabilities) acquired | 1,041 | (32) | 600 |
| Goodwill | 832 | 323 | 551 |
| **Total net assets acquired** | $ 1,873 | $ 291 | $ 1,151 |

(1)   The weighted-average useful lives of customer relationships range from 4 to 13 years.

(2)   The weighted-average useful lives of trade names range from 10 to 17 years.

(3)   The weighted-average useful life of developed technology is 10 years.

(4)   Acquired in-process research and development ("IPR&D") intangible assets have an indefinite-life.

## 3. Restructuring and Employee Severance

The following tables summarize restructuring and employee severance costs:

| | Three Months Ended December 31 | |
|---|---|---|
| (in millions) | 2015 | 2014 |
| Employee-related costs (1) | $ — | $ 5 |
| Facility exit and other costs (2) | 2 | 2 |
| **Total restructuring and employee severance** | $ 2 | $ 7 |

| | Six Months Ended December 31 | |
|---|---|---|
| (in millions) | 2015 | 2014 |
| Employee-related costs (1) | $ 6 | $ 21 |
| Facility exit and other costs (2) | 8 | 5 |
| **Total restructuring and employee severance** | $ 14 | $ 26 |

(1)   Employee-related costs primarily consist of termination benefits provided to employees who have been involuntarily terminated and duplicate payroll costs

during transition periods.

(2)   Facility exit and other costs primarily consist of lease termination costs, accelerated depreciation, equipment relocation costs, project consulting fees, and costs associated with restructuring our delivery of information technology infrastructure services.

The following table summarizes activity related to liabilities associated with restructuring and employee severance:

| (in millions) | Employee-Related Costs | Facility Exit and Other Costs | Total |
|---|---|---|---|
| Balance at June 30, 2015 | $ 22 | $ — | $ 22 |
| Additions | 7 | 2 | 9 |
| Payments and other adjustments | (13) | — | (13) |
| **Balance at December 31, 2015** | $ 16 | $ 2 | $ 18 |

## 4. Goodwill and Other Intangible Assets
### Goodwill

The following table summarizes the changes in the carrying amount of goodwill by segment and in total:

| (in millions) | Pharmaceutical | Medical | Total |
|---|---|---|---|
| Balance at June 30, 2015 | $ 2,199 | $ 2,871 | $ 5,070 |
| Goodwill acquired, net of purchase price adjustments | 578 | 1,178 | 1,756 |
| Foreign currency translation adjustments and other | (13) | (14) | (27) |
| **Balance at December 31, 2015** | $ 2,764 | $ 4,035 | $ 6,799 |

The increase in the Pharmaceutical segment goodwill is primarily due to the Harvard Drug acquisition. Goodwill recognized in connection with this acquisition primarily represents the expected benefits from synergies of integrating this business, the existing workforce of the acquired entity, and expected growth from new customers.

The increase in the Medical segment goodwill is primarily due to the Cordis and naviHealth acquisitions. Goodwill recognized in connection with the Cordis acquisition primarily represents the expected benefits from synergies of integrating the business, the existing workforce of the acquired entity, expected growth from new customers, and the expected growth from existing technology. Goodwill recognized in connection with the naviHealth acquisition primarily represents the existing workforce of the acquired entity, expected growth from new customers, new service offerings, and the expected growth from existing technology.

See Note 2 for further discussion of these acquisitions.

**Notes to Financial Statements**

## Other Intangible Assets

The following tables summarize other intangible assets by class at:

| (in millions) | December 31, 2015 | | | |
|---|---|---|---|---|
| | Gross Intangible | Accumulated Amortization | Net Intangible | Weighted Average Remaining Amortization Period (Years) |
| **Indefinite-life intangibles:** | | | | |
| IPR&D, trademarks and other | $ 69 | $ — | $ 69 | N/A |
| Total indefinite-life intangibles | 69 | — | 69 | N/A |
| **Definite-life intangibles:** | | | | |
| Customer relationships | 1,826 | 620 | 1,206 | 10 |
| Trademarks, trade names, and patents | 512 | 112 | 400 | 15 |
| Developed technology and other | 793 | 154 | 639 | 10 |
| Total definite-life intangibles | 3,131 | 886 | 2,245 | 11 |
| **Total other intangible assets** | $ 3,200 | $ 886 | $ 2,314 | N/A |

| (in millions) | June 30, 2015 | | |
|---|---|---|---|
| | Gross Intangible | Accumulated Amortization | Net Intangible |
| **Indefinite-life intangibles:** | | | |
| Trademarks and other | $ 14 | $ — | $ 14 |
| Total indefinite-life intangibles | 14 | — | 14 |
| **Definite-life intangibles:** | | | |
| Customer relationships | 1,103 | 501 | 602 |
| Trademarks, trade names, and patents | 237 | 91 | 146 |
| Developed technology and other | 320 | 134 | 186 |
| Total definite-life intangibles | 1,660 | 726 | 934 |
| **Total other intangible assets** | $ 1,674 | $ 726 | $ 948 |

Total amortization of intangible assets was $101 million and $47 million for the three months ended December 31, 2015 and 2014, respectively, and $168 million and $92 million for the six months ended December 31, 2015 and 2014, respectively. Estimated annual amortization of intangible assets for the remainder of fiscal 2016 through 2020 is as follows: $189 million, $368 million, $308 million, $255 million, and $228 million.

## 5. Available-for-Sale Securities

We invest in marketable securities, which are classified as available-for-sale and are carried at fair value in the condensed consolidated balance sheets. We held the following investments in marketable securities at fair value at:

| (in millions) | December 31, 2015 | June 30, 2015 |
|---|---|---|
| **Current available-for-sale securities:** | | |
| Commercial paper | $ 2 | $ 4 |
| Treasury bills | 2 | 12 |
| International bonds | — | 2 |
| Corporate bonds | 53 | 34 |
| U.S. agency bonds | 1 | 5 |
| Asset-backed securities | 28 | 8 |
| International equity securities | 2 | — |
| U.S. agency mortgage-backed securities | 16 | 26 |
| Total current available-for-sale securities | 104 | 91 |
| **Long-term available-for-sale securities:** | | |
| International bonds | 1 | — |
| Corporate bonds | 29 | 33 |
| U.S. agency bonds | 31 | 18 |
| Asset-backed securities | 20 | 41 |
| U.S. agency mortgage-backed securities | 13 | 10 |
| Total long-term available-for-sale securities | 94 | 102 |
| **Total available-for-sale securities** | $ 198 | $ 193 |

Gross unrealized gains and losses were immaterial at December 31, 2015 and June 30, 2015. During the three and six months ended December 31, 2015 and 2014, gross realized gains and losses were immaterial and we did not recognize any other-than-temporary impairments. At December 31, 2015, the weighted-average effective maturity of our current and long-term investments was approximately 6 months and 14 months, respectively.

## 6. Income Taxes

Fluctuations in our provision for income taxes as a percentage of pretax earnings ("effective tax rate") are due to changes in international and U.S. state effective tax rates resulting from our business mix and discrete items.

During the three months ended December 31, 2015 and 2014, the effective tax rate was 37.3 percent and 36.0 percent, respectively.

During the six months ended December 31, 2015 and 2014, the effective tax rate was 34.7 percent and 37.4 percent, respectively. The effective tax rate during the six months ended December 31, 2015 was impacted by net favorable discrete items of $28 million.

At December 31, 2015 and June 30, 2015, we had $530 million and $542 million of unrecognized tax benefits, respectively. The December 31, 2015 and June 30, 2015 balances include $348 million and $357 million of unrecognized tax benefits, respectively, that if recognized, would have an impact on the effective tax rate.

At December 31, 2015 and June 30, 2015, we had $154 million and $169 million, respectively, accrued for the payment of interest and penalties related to unrecognized tax benefits, which we recognize in the provision for income taxes in the condensed consolidated statements of earnings. These balances are gross amounts before any tax benefits and are included in deferred income taxes and other liabilities in the condensed consolidated balance sheets.

It is reasonably possible that there could be a change in the amount of unrecognized tax benefits within the next 12 months due to activities of the U.S. Internal Revenue Service or other taxing authorities, possible settlement of audit issues, reassessment of existing unrecognized tax benefits or the expiration of statutes of limitations. We estimate that the range of the possible change in unrecognized tax benefits within the next 12 months is a net decrease of zero to $190 million, exclusive of penalties and interest.

We file income tax returns in the U.S. federal jurisdiction, various U.S. state jurisdictions, and various foreign jurisdictions. With few exceptions, we are subject to audit by taxing authorities for fiscal years 2006 through the current fiscal year.

We are a party to a tax matters agreement with CareFusion Corporation ("CareFusion"), which has been acquired by Becton, Dickinson and Company. Under the tax matters agreement, CareFusion is obligated to indemnify us for certain tax exposures and transaction taxes prior to our fiscal 2010 spin-off of CareFusion. The indemnification receivable was $222 million and $219 million at December 31, 2015, and June 30, 2015, respectively, and is included in other assets in the condensed consolidated balance sheets.

## 7. Commitments, Contingent Liabilities and Litigation

### Commitments

#### Generic Sourcing Venture With CVS Health Corporation

In July 2014, we established Red Oak Sourcing, LLC ("Red Oak Sourcing"), a U.S.-based generic pharmaceutical sourcing venture with CVS Health Corporation ("CVS Health") with an initial term of 10 years. Both companies have contributed sourcing and supply chain expertise to the 50/50 venture and have committed to source generic pharmaceuticals through arrangements negotiated by the venture. Red Oak Sourcing negotiates generic pharmaceutical supply contracts on behalf of both companies. We are required to pay 39 quarterly payments of $25.6 million to CVS Health which commenced in October 2014. Due to the achievement of a milestone, the quarterly payment to CVS Health increased by $10 million beginning in the first quarter of fiscal 2016. In addition, if an additional milestone is achieved, the quarterly payment will increase in fiscal 2017 by a further $10 million resulting in a maximum quarterly payment of $45.6 million if all milestones are met.

### Legal Proceedings

We become involved from time to time in disputes, litigation, and regulatory matters incidental to our business.

We may be named from time to time in qui tam actions, which are initiated by private third parties purporting to act on behalf of federal or state governments, that allege that false claims have been submitted or have been caused to be submitted for payment by the government. After a private party has filed a qui tam action, the government must investigate the private party's claim and determine whether to intervene in and take control over the litigation. These actions may remain under seal while the government makes this determination. If the government declines to intervene, the private party may nonetheless continue to pursue the litigation on his or her own on behalf of the government.

From time to time, we receive subpoenas or requests for information from various government agencies relating to our business or to the business of a customer, supplier, or other industry participant. Most of these matters are resolved without incident; however, such subpoenas or requests can lead to the assertion of claims, or the commencement of legal proceedings, against us.

In addition, we may suspect that products we manufacture, market or distribute do not meet product specifications, published standards, or regulatory requirements. In such circumstances, we investigate and take appropriate corrective action. Such actions can lead to product recalls, costs to repair or replace affected products, temporary interruptions in product sales, and action by regulators.

We accrue for contingencies related to disputes, litigation, and regulatory matters if it is probable that a liability has been incurred and the amount of the loss can be reasonably estimated. Because these matters are inherently unpredictable and unfavorable developments or resolutions can occur, assessing contingencies is highly subjective and requires judgments about future events. We regularly review contingencies to determine whether our accruals and related disclosures are adequate. The amount of ultimate loss may differ from these estimates.

With respect to the matters described below, we are unable to estimate a range of reasonably possible loss for matters for which there is no accrual, or additional loss for matters for which we have recorded an accrual, since damages or fines have not been specified or the proceedings are at stages where significant uncertainty exists as to legal or factual issues and as to whether such matters will proceed to trial. We do not believe, based on currently available information, that the outcomes of these matters will have a material adverse effect on our financial position, results of operations, or cash flows, though the outcome of one or more of these matters could be material to our results of operations for a particular period.

We recognize income from the favorable outcome of litigation when we receive the associated cash or assets.

We recognize estimated loss contingencies for litigation and regulatory matters and income from favorable resolution of litigation in litigation (recoveries)/charges, net in our condensed consolidated statements of earnings.

#### DEA Investigation and Related Matters

In February 2012, the U.S. Drug Enforcement Administration (the "DEA") issued an order to show cause and immediate suspension of our Lakeland, Florida distribution center's registration to distribute controlled substances, asserting that we failed to maintain required controls against the diversion of controlled substances. In May 2012, we entered into a settlement agreement with the DEA that resolved the administrative aspects of the DEA's action but did not resolve potential liability for civil fines in Florida or elsewhere for the conduct covered by the settlement agreement. In that regard, we are continuing to discuss a settlement with the U.S. Department of Justice. Our total accrual for this matter at December 31, 2015 and June 30, 2015 was $44 million and $41 million, respectively, which is included in other accrued liabilities in the condensed consolidated balance sheets.

**State of West Virginia vs. Cardinal Health, Inc.**

Since June 2012, the West Virginia Attorney General has filed complaints against a number of pharmaceutical wholesale distributors, including us and Harvard Drug. The complaints, which were filed in the Circuit Court of Boone County, West Virginia, allege, among other things, that the distributors failed to maintain effective controls to guard against diversion of controlled substances in West Virginia, failed to report suspicious orders of controlled substances in accordance with the West Virginia Uniform Controlled Substances Act, and were negligent in distributing controlled substances to pharmacies that serve individuals who abuse controlled substances. The complaints seek, among other things, injunctive and other equitable relief and monetary damages. We are vigorously defending ourselves in this matter.

**Antitrust Litigation Proceeds**

We received and recognized income resulting from settlements of class action antitrust claims in which we were a class member of $13 million during both the three and six months ended December 31, 2015.

## 8. Fair Value Measurements

The following tables present the fair values for assets and (liabilities) measured on a recurring basis at:

| (in millions) | December 31, 2015 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents (1) | $ 554 | $ — | $ — | $ 554 |
| Forward contracts (2) | — | 5 | — | 5 |
| Available-for-sale securities (3) | — | 198 | — | 198 |
| Other investments (4) | 115 | — | — | 115 |
| **Liabilities:** | | | | |
| Contingent Consideration (5) | — | — | (23) | (23) |

| (in millions) | June 30, 2015 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents (1) | $ 1,809 | $ — | $ — | $ 1,809 |
| Forward contracts (2) | — | 5 | — | 5 |
| Available-for-sale securities (3) | — | 193 | — | 193 |
| Other investments (4) | 111 | — | — | 111 |
| **Liabilities:** | | | | |
| Contingent Consideration (5) | — | — | (53) | (53) |

(1) Cash equivalents are comprised of highly liquid investments purchased with a maturity of three months or less. The carrying value of these cash equivalents approximates fair value due to their short-term maturities.

(2) The fair value of interest rate swaps, foreign currency contracts, and commodity contracts is determined based on the present value of expected future cash flows considering the risks involved, including non-performance risk, and using discount rates appropriate for the respective maturities. Observable Level 2 inputs are used to determine the present value of expected future cash flows. The fair value of these derivative contracts, which are subject to master netting arrangements under certain circumstances, is presented on a gross basis in the condensed consolidated balance sheets.

(3) We invest in marketable securities, which are classified as available-for-sale and are carried at fair value in the condensed consolidated balance sheets.

Observable Level 2 inputs such as quoted prices for similar securities, interest rate spreads, yield curves, and credit risk are used to determine the fair value. See Note 5 for additional information regarding available-for-sale securities.

(4) The other investments balance includes investments in mutual funds, which are used to offset fluctuations in deferred compensation liabilities. These mutual funds primarily invest in the equity securities of companies with large market capitalization and high quality fixed income debt securities. The fair value of these investments is determined using quoted market prices.

(5) Contingent consideration represents the obligations incurred in connection with acquisitions. We do not deem the fair value of the contingent consideration obligations under any single acquisition to be significant. The estimate of fair value of the contingent consideration obligations requires subjective assumptions to be made regarding future business results, discount rates, discount periods, and probabilities assigned to various potential business result scenarios and was determined using probability assessments with respect to the likelihood of reaching various targets or from achieving certain milestones. The fair value measurement is based on significant inputs unobservable in the market and thus represents a Level 3 measurement. Failure to meet current expectations of progress could increase the probability of not achieving the targets within the measurement periods and result in a reduction in the fair value of the contingent consideration obligation.

The following table presents a reconciliation of those liabilities measured at fair value on a recurring basis using unobservable inputs (Level 3):

| (in millions) | Contingent Consideration Obligation |
| --- | --- |
| Balance at June 30, 2015 | $ 53 |
| Additions from acquisitions | 7 |
| Changes in fair value of contingent consideration (1) | (14) |
| Payment of contingent consideration | (23) |
| **Balance at December 31, 2015** | $ 23 |

(1) Amount is included in amortization and other acquisition-related costs in the condensed consolidated statements of earnings.

## 9. Financial Instruments

We utilize derivative financial instruments to manage exposure to certain risks related to our ongoing operations. The primary risks managed through the use of derivative instruments include interest rate risk, currency exchange risk, and commodity price risk. We do not use derivative instruments for trading or speculative purposes. While the majority of our derivative instruments are designated as hedging instruments, we also enter into derivative instruments that are designed to hedge a risk, but are not designated as hedging instruments. These derivative instruments are adjusted to current fair value through earnings at the end of each period. Our derivative and hedging programs are consistent with those described in the 2015 Form 10-K. The amount of ineffectiveness associated with these derivative instruments was immaterial for the three and six months ended December 31, 2015 and 2014.

During the three months ended December 31, 2015 and 2014, we entered into pay-floating interest rate swaps with total notional amounts of $300 million and $450 million, respectively. These swaps have been designated as fair value hedges of our fixed rate debt and are included in other assets in the condensed consolidated balance sheets.

During the three months ended September 30, 2014, we entered into forward interest rate swaps with a total notional amount of $50 million to hedge probable, but not firmly committed, future transactions associated with our debt.

In December 2014, we terminated notional amounts of $875 million of pay-floating interest rate swaps in connection with the debt redemption described in our 2015 10-K. These swaps were previously designated as fair value hedges. As a result of this redemption, we also incurred a loss on the extinguishment of debt of $60 million ($37 million, net of tax), which included a make-whole premium of $80 million, write-off of $2 million of unamortized debt issuance costs, and an offsetting $22 million fair value adjustment to the respective debt related to previously terminated interest rate swaps.

### Fair Value of Financial Instruments

The carrying amounts of cash and equivalents, trade receivables, net, accounts payable, and other accrued liabilities at December 31, 2015 and June 30, 2015 approximate fair value due to their short-term maturities.

The following table summarizes the estimated fair value of our long-term obligations and other short-term borrowings compared to the respective carrying amounts at:

| (in millions) | December 31, 2015 | June 30, 2015 |
|---|---|---|
| Estimated fair value | $ 5,625 | $ 5,521 |
| Carrying amount | 5,525 | 5,492 |

The fair value of our long-term obligations and other short-term borrowings is estimated based on either the quoted market prices for the same or similar issues or other inputs derived from available market information, which represents a Level 2 measurement.

## 10. Redeemable Noncontrolling Interests

In connection with the acquisition of a 71 percent ownership interest in naviHealth described in Note 2, we recognized noncontrolling interests with a fair value of $119 million at the acquisition date.

The noncontrolling interests are redeemable at the option of the third-party noncontrolling interests holders at any time after the two-year anniversary of the closing. As such, the noncontrolling interests have been presented as redeemable noncontrolling interests in our condensed consolidated balance sheets. The noncontrolling interests will be adjusted each period for net earnings and dividends attributable to the noncontrolling interests and changes in the noncontrolling ownership interests in naviHealth, if any. An additional adjustment to the carrying value of the noncontrolling interests may be required if the redemption value under the terms of the agreement exceeds the carrying value. Changes in the carrying value of the noncontrolling interests related to a change in the redemption value will be recorded through retained earnings and will not affect net earnings attributable to Cardinal Health, Inc.

The reconciliation of the changes in redeemable noncontrolling interests are as follows:

| (in millions) | |
|---|---|
| Balance at June 30, 2015 | $ — |
| Redeemable noncontrolling interests acquired | 119 |
| Net earnings attributable to redeemable noncontrolling interests | 1 |
| **Balance at December 31, 2015** | **$ 120** |

## 11. Shareholders' Equity

During the six months ended December 31, 2015, we did not repurchase any common shares.

During the six months ended December 31, 2014, we repurchased 9.1 million common shares having an aggregate cost of $684 million. The average price paid per common share was $75.00. We funded the repurchases with available cash. The common shares repurchased are held in treasury to be used for general corporate purposes.

### Accumulated Other Comprehensive Loss

The following table summarizes the changes in the balance of accumulated other comprehensive loss by component and in total:

| (in millions) | Foreign Currency Translation Adjustments | Unrealized Gain/(Loss) on Derivatives, net of tax | **Accumulated Other Comprehensive Loss** |
|---|---|---|---|
| Balance at June 30, 2015 | $ (41) | $ 18 | $ (23) |
| Other comprehensive loss, net of tax before reclassifications | (73) | (1) | **(74)** |
| Amounts reclassified to earnings | — | — | — |
| Total other comprehensive loss | (73) | (1) | **(74)** |
| **Balance at December 31, 2015** | **$ (114)** | **$ 17** | **$ (97)** |

Activity related to realized and unrealized gains and losses on available-for-sale securities, as described in Note 5, was immaterial during the three and six months ended December 31, 2015.

## 12. Earnings Per Share Attributable to Cardinal Health, Inc.

The following tables reconcile the number of common shares used to compute basic and diluted earnings per share attributable to Cardinal Health, Inc.:

| | Three Months Ended December 31 | |
|---|---|---|
| (in millions) | **2015** | 2014 |
| Weighted-average common shares–basic | **329** | 331 |
| **Effect of dilutive securities:** | | |
| Employee stock options, restricted share units, and performance share units | **3** | 3 |
| **Weighted-average common shares–diluted** | **332** | **334** |

| (in millions) | Six Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| Weighted-average common shares–basic | **329** | 333 |
| **Effect of dilutive securities:** | | |
| Employee stock options, restricted share units, and performance share units | **3** | 4 |
| **Weighted-average common shares–diluted** | **332** | 337 |

The potentially dilutive employee stock options, restricted share units, and performance share units that were antidilutive were 2 million and 1 million for the three months ended December 31, 2015 and 2014, respectively, and 2 million and 1 million for the six months ended December 31, 2015 and 2014, respectively.

## 13. Segment Information

Our operations are principally managed on a products and services basis and are comprised of two operating segments, which are the same as our reportable segments: Pharmaceutical and Medical. The factors for determining the reportable segments include the manner in which management evaluates performance for purposes of allocating resources and assessing performance combined with the nature of the individual business activities.

The following tables present revenue for each reportable segment and Corporate:

| (in millions) | Three Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| Pharmaceutical | **$ 28,287** | $ 22,627 |
| Medical | **3,162** | 2,914 |
| Total segment revenue | **31,449** | 25,541 |
| Corporate (1) | **(4)** | (4) |
| **Total revenue** | **$ 31,445** | $ 25,537 |

| (in millions) | Six Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| Pharmaceutical | **$ 53,427** | $ 43,836 |
| Medical | **6,081** | 5,766 |
| Total segment revenue | **59,508** | 49,602 |
| Corporate (1) | **(9)** | 5 |
| **Total revenue** | **$ 59,499** | $ 49,607 |

(1) Corporate revenue consists of the elimination of inter-segment revenue and other revenue not allocated to the segments.

We evaluate segment performance based on segment profit, among other measures. Segment profit is segment revenue, less segment cost of products sold, less segment SG&A expenses. Segment SG&A expenses include share-based compensation expense as well as allocated corporate expenses for shared functions, including corporate management, corporate finance, financial and customer care shared services, human resources, information technology, and legal and compliance. The results attributable to noncontrolling interests are recorded within segment profit. Corporate expenses are

allocated to the segments based on headcount, level of benefit provided, and other ratable allocation methodologies.

We do not allocate the following items to our segments: LIFO inventory charges/(credits); restructuring and employee severance; amortization and other acquisition-related costs; impairments and (gain)/loss on disposal of assets; litigation (recoveries)/charges, net; other income, net; interest expense, net; loss on extinguishment of debt; and provision for income taxes.

In addition, certain investment spending, certain portions of enterprise-wide incentive compensation, and other spending are not allocated to the segments. Investment spending generally includes the first-year spend for certain projects that require incremental investments in the form of additional operating expenses. We encourage our segments and corporate functions to identify investment projects that will promote innovation and provide future returns. As approval decisions for such projects are dependent upon executive management, the expenses for such projects are often retained at Corporate. Investment spending within Corporate was $5 million and $4 million for the three months ended December 31, 2015 and 2014, respectively, and $11 million and $6 million for the six months ended December 31, 2015 and 2014, respectively.

The following tables present segment profit by reportable segment and Corporate:

| (in millions) | Three Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| Pharmaceutical | **$ 627** | $ 542 |
| Medical | **106** | 115 |
| Total segment profit | **733** | 657 |
| Corporate | **(170)** | (111) |
| **Total operating earnings** | **$ 563** | $ 546 |

| (in millions) | Six Months Ended December 31 | |
|---|---|---|
| | **2015** | 2014 |
| Pharmaceutical | **$ 1,285** | $ 992 |
| Medical | **207** | 229 |
| Total segment profit | **1,492** | 1,221 |
| Corporate | **(309)** | (209) |
| **Total operating earnings** | **$ 1,183** | $ 1,012 |

The following table presents total assets for each reportable segment and Corporate at:

| (in millions) | December 31, 2015 | June 30, 2015 |
|---|---|---|
| Pharmaceutical | **$ 20,464** | $ 17,385 |
| Medical | **9,741** | 7,095 |
| Corporate | **3,302** | 5,662 |
| **Total assets** | **$ 33,507** | $ 30,142 |

## 14. Share-Based Compensation

### Share-Based Compensation Plans

We maintain stock incentive plans (collectively, the "Plans") for the benefit of certain of our officers, directors, and employees.

The following tables provide total share-based compensation expense by type of award:

| | Three Months Ended December 31 | |
|---|---|---|
| (in millions) | 2015 | 2014 |
| Restricted share unit expense | $ 17 | $ 18 |
| Employee stock option expense | 5 | 5 |
| Performance share unit expense | 4 | 5 |
| **Total share-based compensation** | $ 26 | $ 28 |

| | Six Months Ended December 31 | |
|---|---|---|
| (in millions) | 2015 | 2014 |
| Restricted share unit expense | $ 35 | $ 34 |
| Employee stock option expense | 10 | 10 |
| Performance share unit expense | 11 | 9 |
| **Total share-based compensation** | $ 56 | $ 53 |

The total tax benefit related to share-based compensation was $9 million for both the three months ended December 31, 2015 and 2014, and $19 million and $18 million for the six months ended December 31, 2015 and 2014, respectively.

### Stock Options

Employee stock options granted under the Plans generally vest in equal annual installments over three years and are exercisable for periods ranging from seven to ten years from the grant date. All stock options are exercisable at a price equal to the market value of the common shares underlying the option on the grant date.

The following table summarizes all stock option transactions under the Plans:

| (in millions, except per share amounts) | Stock Options | Weighted-Average Exercise Price per Common Share |
|---|---|---|
| Outstanding at June 30, 2015 | 8 | $ 46.50 |
| Granted | 1 | 84.19 |
| Exercised | (1) | 40.31 |
| Canceled and forfeited | — | — |
| **Outstanding at December 31, 2015** | 8 | $ 53.45 |
| **Exercisable at December 31, 2015** | 5 | $ 42.05 |

At December 31, 2015, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested stock options not yet recognized was $32 million, which is expected to be recognized over a weighted-average period of two years. The following table provides additional detail related to stock options:

| (in millions, except per share amounts) | December 31, 2015 | June 30, 2015 |
|---|---|---|
| Aggregate intrinsic value of outstanding options at period end | $ 277 | $ 281 |
| Aggregate intrinsic value of exercisable options at period end | 233 | 193 |
| Weighted-average remaining contractual life of outstanding options (in years) | 7 | 6 |
| Weighted-average remaining contractual life of exercisable options (in years) | 5 | 5 |

### Restricted Share Units

Restricted share units granted under the Plans generally vest in equal annual installments over three years. Restricted share units accrue cash dividend equivalents that are payable upon vesting of the awards.

The following table summarizes all transactions related to restricted share units under the Plans:

| (in millions, except per share amounts) | Restricted Share Units | Weighted-Average Grant Date Fair Value per Share |
|---|---|---|
| Nonvested at June 30, 2015 | 3 | $ 59.69 |
| Granted | 1 | 84.22 |
| Vested | (1) | 53.96 |
| Canceled and forfeited | — | — |
| **Nonvested at December 31, 2015** | 3 | $ 70.84 |

At December 31, 2015, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested restricted share units not yet recognized was $109 million, which is expected to be recognized over a weighted-average period of two years.

### Performance Share Units

Performance share units vest over a three-year performance period based on achievement of specific performance goals. Based on the extent to which the targets are achieved, vested shares may range from zero to 200 percent of the target award amount. Performance share units accrue cash dividend equivalents that are payable upon vesting of the awards.

The following table summarizes all transactions related to performance share units under the Plans (based on target award amounts):

| (in millions, except per share amounts) | Performance Share Units | Weighted-Average Grant Date Fair Value per Share |
|---|---|---|
| Nonvested at June 30, 2015 | 0.9 | $ 50.31 |
| Granted | 0.3 | 84.26 |
| Vested (1) | (0.4) | 39.81 |
| Canceled and forfeited | — | — |
| **Nonvested at December 31, 2015** | **0.8** | **$ 62.61** |

(1)   Vested based on achievement of 133 percent of the target performance goal.

At December 31, 2015, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested performance share units not yet recognized was $22 million, which is expected to be recognized over a weighted-average period of two years.

# Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 2.1 | Amendment No. 1, dated as of October 2, 2015, to the Stock and Asset Purchase Agreement, dated as of March 1, 2015, by and between Ethicon, Inc. and Cardinal Health, Inc. (incorporated by reference to Exhibit 2.1 to Cardinal Health's Quarterly Report on Form 10-Q for the quarter ended September 30, 2015, File No. 1-11373) |
| 3.1 | Amended and Restated Articles of Incorporation of Cardinal Health, Inc., as amended (incorporated by reference to Exhibit 3.1 to Cardinal Health's Quarterly Report on Form 10-Q for the quarter ended September 30, 2008, File No. 1-11373) |
| 3.2 | Cardinal Health, Inc. Restated Code of Regulations (incorporated by reference to Exhibit 3.2 to Cardinal Health's Current Report on Form 8-K filed on July 1, 2015, File No. 1-11373) |
| 10.1 | Cardinal Health Deferred Compensation Plan, as amended and restated effective January 1, 2016 |
| 12.1 | Computation of Ratio of Earnings to Fixed Charges |
| 31.1 | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 | Certification of the Chief Executive Officer and the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.1 | Statement Regarding Forward-Looking Information |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

## Cardinal Health Website

We use our website as a channel of distribution for material information about us. Important information, including news releases, financial information, earnings and analyst presentations and information about upcoming presentations and events, is routinely posted and accessible on the Investors page at ir.cardinalhealth.com. In addition, our website allows investors and other interested persons to sign up to automatically receive email alerts when we post news releases, SEC filings and certain other information on our website.

# Form 10-Q Cross Reference Index

| Item<br>Number | | Page |
|---|---|---|
| | **Part I. Financial Information** | |
| Item 1 | Financial Statements | **13** |
| Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operation | **2** |
| Item 3 | Quantitative and Qualitative Disclosures about Market Risk | **12** |
| Item 4 | Controls and Procedures | **12** |
| | **Part II. Other Information** | |
| Item 1 | Legal Proceedings | **12** |
| Item 1A | Risk Factors | **12** |
| Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds | **12** |
| Item 3 | Defaults Upon Senior Securities | **N/A** |
| Item 4 | Mine Safety Disclosures | **N/A** |
| Item 5 | Other Information | **N/A** |
| Item 6 | Exhibits | **26** |
| | Signatures | **28** |

**N/A**  Not applicable

# Signatures

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Cardinal Health, Inc.

Date:  February 2, 2016

/s/   GEORGE S. BARRETT

**George S. Barrett**
**Chairman and Chief Executive Officer**

/s/   MICHAEL C. KAUFMANN

**Michael C. Kaufmann**
**Chief Financial Officer**

**Exhibit 10.1**

**CARDINAL HEALTH**

**DEFERRED COMPENSATION PLAN**

*Amended and Restated Effective January 1, 2016*

TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| ARTICLE I | DEFINITIONS AND GENERAL PROVISIONS | 1 |
| ARTICLE II | ELIGIBILITY AND PARTICIPATION | 6 |
| ARTICLE III | DEFERRED COMPENSATION AND MATCHING CREDITS | 7 |
| ARTICLE IV | VESTING | 11 |
| ARTICLE V | DISTRIBUTION OF BENEFITS | 12 |
| ARTICLE VI | PLAN ADMINISTRATION | 16 |
| ARTICLE VII | AMENDMENT AND TERMINATION | 17 |
| ARTICLE VIII | MISCELLANEOUS PROVISIONS | 18 |

## CARDINAL HEALTH

## DEFERRED COMPENSATION PLAN

The Cardinal Health Deferred Compensation Plan (the "Plan") is hereby amended and restated effective as of January 1, 2016 by Cardinal Health, Inc., an Ohio corporation (the "Company"), for the benefit of members of the Board of Directors of the Company and a select group of the management and highly compensated employees of the Company and of its affiliated entities which participate in this Plan with the consent of the Company.

### Background Information

A.      The Company desires to continue to maintain the Plan in order to provide its Directors and certain of its highly compensated and management employees with the opportunity to defer a portion of the base salary, bonuses and other cash compensation otherwise payable to them.

B.      The Company intends for the Plan to continue to be an unfunded, nonqualified deferred compensation arrangement as provided under the Employee Retirement Income Security Act of 1974, as amended ("ERISA") and to satisfy the requirements of a "top hat" plan thereunder and under Labor Reg. Sec. 2520.104-23.

C.      This amended and restated Plan is intended to continue to comply with the requirements of The American Jobs Creation Act of 2004 ("AJCA"), Section 409A of the Internal Revenue Code of 1986, as amended ("Code"), and final regulations and other rulings issued by the Internal Revenue Service ("IRS") thereunder.

### ARTICLE I

### DEFINITIONS AND GENERAL PROVISIONS

1.1      Definitions.  Unless the context requires otherwise, the terms defined in this Article shall have the meanings set forth below unless the context clearly requires another meaning.  When the defined meaning is intended, the term is capitalized:

(a)      Account.  The bookkeeping account described in Section 3.4 under which benefits and earnings are credited on behalf of a Participant.

(b)      Administrative Committee.  The Financial Benefit Plans Committee or such other committee of at least three persons appointed by the Human Resources and Compensation Committee of the Board to oversee the administration of the Plan.

(c)      Beneficiary.  The person(s) entitled to receive any distribution hereunder upon the death of a Participant. The Beneficiary for benefits payable under this Plan shall be the beneficiary designated by the Participant in accordance with procedures established by the Administrative Committee as of the Participant's date of death, or, in the absence of any such designation, the Participant's estate.

(d)      Board.  The Board of Directors of the Company.

(e)      Change of Control.  For purposes of the Plan, a Change of Control means:

A.      the acquisition by any individual, entity or group (within the meaning of Section 13(d)(3) or 14(d)(2) of the Securities Exchange Act of 1934, as amended (the "Exchange Act")) (a "Person") of beneficial ownership (within the meaning of Rule 13d-3 promulgated under the Exchange Act) of 30 percent or more of either (i) the then outstanding Shares of the Company (the "Outstanding Shares") or (ii) the combined voting power of the then outstanding voting securities of the Company entitled to vote generally in the election of directors (the "Outstanding Voting Securities"); provided, however, that for purposes of this Subsection A., the following acquisitions do not constitute a Change of Control: (I) any acquisition directly from the Company or any corporation controlled by the Company, (II) any acquisition by the Company or any corporation controlled by the Company, (Ill) any acquisition by any employee benefit plan (or related trust) sponsored or maintained by the Company or any corporation controlled by the Company, or (IV) any acquisition by any corporation that is a Non-Control Acquisition (as defined in Subsection C. of this Section); or

B.      during any period of two consecutive years, individuals who, as of the beginning of such two-year period, constitute the Board (the "Incumbent Board") cease for any reason to constitute at least a majority of the Board of the Company; provided, however, that any individual becoming a Director subsequent to the beginning of such two-year period whose election, or nomination for election by the Company's shareholders, was approved by a vote of at least a majority of the Directors then comprising the Incumbent Board will be considered as though such individual were a member of the Incumbent Board, but excluding, for this purpose, any such individual whose initial assumption of office occurs as a result of an actual or threatened election contest with respect to the election or removal of Directors or other actual or threatened solicitation of proxies or consents by or on behalf of a Person other than the Board; or

C.      consummation of a reorganization, merger or consolidation or sale or other disposition of all or substantially all of the assets of the Company or the acquisition by the Company of assets or shares of another corporation (a "Business Combination"), unless, such Business Combination is a Non-Control Acquisition. A "Non-Control Acquisition" means a Business Combination where: (i) all or substantially all of the individuals and entities who were the beneficial owners, respectively, of the Outstanding Shares and Outstanding Voting Securities immediately prior to such Business Combination beneficially own, directly or indirectly, more than 50 percent of, respectively, the then outstanding shares of common stock and the combined voting power of the then outstanding voting securities entitled to vote generally in the election of directors, as the case may be, of the corporation resulting from such Business Combination (including, without limitation, a corporation which as a result of such transaction owns the Company or all or substantially all of the Company's assets either directly or through one or more subsidiaries) in substantially the same proportions as their ownership immediately prior to such Business Combination of the Outstanding Shares and Outstanding Voting Securities, as the case may be, (ii) no Person (excluding any employee benefit plan (or related trust) of the Company or such corporation resulting from such Business Combination) beneficially owns, directly or indirectly, 30 percent or more of, respectively, the then outstanding shares of common stock of the corporation resulting from such Business Combination or the combined voting power of the then outstanding voting securities of such corporation except to the extent that such ownership existed prior to the Business Combination (including any ownership that existed in the Company

2

or the company being acquired, if any), and (iii) at least a majority of the members of the board of directors of the corporation resulting from such Business Combination were members of the Incumbent Board at the time of the execution of the initial agreement, or of the action of the Board, providing for such Business Combination; or

D.      approval by the shareholders of the Company of a complete liquidation or dissolution of the Company.

(f)      <u>Code</u>.  The Internal Revenue Code of 1986, as amended from time to time.

(g)      <u>Committee</u>.  The Human Resources and Compensation Committee of the Board.

(h)      <u>Company</u>.  Cardinal Health, Inc.

(i)      <u>Compensation</u>.  Amounts paid or payable by the Employer to an Eligible Employee for a Plan Year which are includable in income for federal tax purposes, including base salary and variable compensation in the form of bonuses (except as otherwise provided herein). In addition, cash dividend-equivalent payments under share unit award agreements ("Share Units") may also be deferred hereunder by Eligible Employees who are Reporting Persons in accordance with procedures established from time to time by the Committee and that comply with Code Section 409A. Notwithstanding the foregoing, the following amounts are excluded from Compensation: (i) other cash or non-cash compensation, expense reimbursements or other benefits or contributions by the Employer to any other employee benefit plan, other than pre-tax salary deferrals into the Qualified Plan or any Code Section 125 plan sponsored by the Company or any of its affiliates; (ii) any bonus payment if such bonus payment is wholly or partially payable without regard to the attainment of a Performance-Based goal (i.e., guaranteed); (iii) commissions; (iv) amounts realized (A) from the exercise of a stock option, (B) when restricted stock (or property) held by a Participant either becomes freely transferable or is no longer subject to a substantial risk of forfeiture, (C) when the Shares underlying Share Units are payable to a Participant, or (D) from the sale, exchange or other disposition of stock acquired under a qualified stock option; and (iv) any amounts that are required to be withheld from a Participant's wages from the Employer pursuant to Code Section 3102 to satisfy the Participant's tax obligations under Code Section 3101. With respect to Directors, "Compensation" means any and all fees paid for service as a member of the Board, including fees for attendance at meetings or committee meetings, and cash dividend-equivalent payments under deferred settlement Share Units.

(j)      <u>Director</u>.  A member of the Board of Directors of the Company who is not also an Eligible Employee.

(k)      <u>Distribution Options</u>.  A single lump sum or annual installment payments over a period of five or ten years.  Except to the extent that another Distribution Option is timely elected by a Participant in accordance with the terms of the Plan and Code Section 409A and regulations thereunder, the form of payment of the Participant's Account shall be the Standard Option.

(l)      <u>Eligible Employee</u>.  Any employee of an Employer who is (i) an employee who is a Reporting Person or (ii) (A) among a select group of management or highly compensated employees (within the meaning of Sections 201(2), 301(a)(3) and 401(a)(1) of ERISA), and (B) designated by the Company as eligible to make Compensation deferral contributions under Article II of the Plan in accordance with eligibility criteria established from time to time by the Administrative Committee, the Policy Committee, the Committee or the Board.  In lieu of expressly designating individual employees

3

as Eligible Employees, the Company may establish eligibility criteria providing for designation as Eligible Employees of all employees who satisfy such criteria.

(m)     Employer.  The Company and any affiliate thereof or successor thereto which adopts and participates in the Plan.  Any affiliate that has U.S. employees and is a member of a controlled group of corporations or other business entities within the meaning of Code Sections 414(b) and (c) that includes Cardinal Health, Inc. may participate in the Plan.  Such participation in the Plan shall continue only so long as the affiliate remains a member of a controlled group of corporations or other business entities within the meaning of Code Sections 414(b) and (c) that includes Cardinal Health, Inc.

(n)     ERISA.  The Employee Retirement Income Security Act of 1974, as amended from time to time.

(o)     Participant.  Any Director or any Eligible Employee who meets the eligibility requirements for participation in the Plan as set forth in Article II and who earns benefits under the Plan.

(p)     Participation Agreement.  An agreement, in written or electronic form as established by the Administrative Committee from time to time, by which a Participant agrees to defer some of his Compensation and/or makes an election of the time and/or form of payment of amounts credited to the Participant's Account in accordance with the Plan.

(q)     Performance-Based.  A bonus or other payment of Compensation is Performance-Based if the amount of the payment or the entitlement thereto is contingent on the satisfaction of organizational or individual performance criteria relating to a performance period of at least 12 consecutive months. The organizational or individual performance criteria shall be established in writing no later than 90 days after the beginning of the period of service to which the criteria relate, and the outcome must be substantially uncertain at the time the criteria are established.  Notwithstanding the above, a Performance-Based Bonus may be based on subjective performance criteria, provided that:

> A.     The subjective performance criteria are bona fide and relate to the performance of the Participant, a group of service providers that includes the Participant, or a business unit for which the Participant provides services (which may include the entire organization); and

> B.     the determination that any subjective performance criteria have been met is not made by the Participant or a family member of the Participant (as defined in Code Section 267(c)(4) applied as if the family of an individual includes the spouse of any member of the family), or a person under the effective control of the Participant or such a family member, and no amount of the Compensation of the person making such determination is effectively controlled in whole or in part by the Participant or such a family member.

(r)     Plan.  The Cardinal Health Deferred Compensation Plan, as set forth herein, and as such Plan may be amended from time to time hereafter.

(s)     Plan Year.  The fiscal year of the Plan, which is the 12 consecutive month period beginning January 1 and ending December 31.

(t)     Policy Committee.  The Benefits Policy Committee of the Company.

(u)     Qualified Plan.  The Cardinal Health 401(k) Savings Plan, as amended from time to time.

4

(v)     Reporting Person.  Eligible Employees and Directors who are subject to Section 16 of the Securities Exchange Act of 1934, as amended.

(w)     Retirement.  An Eligible Employee's Separation from Service with the Employer following attainment of age 65 or retirement from the Board of any Director.

(x)     Separation from Service.  An Eligible Employee separates from service with the Employer if the Eligible Employee dies, retires or otherwise has a termination of employment with the Employer. Whether a termination of employment has occurred is determined based on whether the facts and circumstances indicate that the Employer and the Eligible Employee reasonably anticipated that no further services would be performed after a certain date or that the level of bona fide services the Eligible Employee would perform after such date (as an employee or independent contractor) would permanently decrease to no more than 20 percent of the average level of bona fide services performed over the immediately preceding 36-month period (or the full period in which the Eligible Employee provided services to the Employer if the Eligible Employee has been providing services for less than 36 months). An Eligible Employee will not be deemed to have experienced a Separation from Service if such Eligible Employee is on military leave, sick leave, or other bona fide leave of absence, to the extent such leave does not exceed a period of six months or, if longer, such longer period of time during which a right to re-employment is protected by either statute or contract.  If the period of leave exceeds six months and the individual does not retain a right to re-employment under an applicable statute or by contract, the employment relationship is deemed to terminate on the first date immediately following such six-month period.  In the case of a Director, a separation from service occurs upon the termination of the Director's service on the Board, provided, however, that a Director who is also providing services to the Employer as an independent contractor, does not have a Separation from Service until he has separated from service both as a Director and as an independent contractor.  If an Eligible Employee provides services both as an employee and as a member of the Board, the services provided as a Director are generally not taken into account in determining whether the Eligible Employee has a Separation from Service as an employee for purposes of the Plan, in accordance with final regulations under Code Section 409A.

(y)     Shares.  The common shares, without par value, of the Company.

(z)     Standard Option.  A single lump sum payment.

(aa)     Total Disability.  Occurs when a Participant is unable to engage in any substantial gainful activity and has qualified for benefits under the Company's long term disability plan by reason of any medically determinable physical or mental impairment that can be expected to result in death or can be expected to last for a continuous period of not less than 12 months.  A Participant shall also be deemed to be totally disabled if determined to be totally disabled by the Social Security Administration.  The Company may require the Participant to submit to periodic medical examinations at the Participant's expense to confirm the existence and continuation of a Total Disability.

1.2     General Provisions.  The masculine wherever used herein shall include the feminine; singular and plural forms are interchangeable.  Certain terms of more limited application have been defined in the provisions to which they are principally applicable.  The division of the Plan into Articles and Sections with captions is for convenience only and is not to be taken as limiting or extending the meaning of any of its provisions.

ARTICLE II

ELIGIBILITY AND PARTICIPATION

2.1     General Eligibility Conditions.  To become eligible to participate in the Plan, an individual must be (i) a Director, or (ii) an Eligible Employee.  In order to receive a benefit under the Plan, however, a Participant must also meet the requirements of Sections 2.2 and 2.3.  An Eligible Employee or a Director shall be considered eligible to participate in the Plan effective as of the date he first becomes a Director or an Eligible Employee in accordance with this Plan (the "Eligibility Effective Date")

2.2     Specific Conditions for Active Participation.  To participate actively in the Plan (*i.e.*, to make deferrals hereunder), a Participant must execute or acknowledge a Participation Agreement in accordance with the terms and conditions of the Plan.  Each Participation Agreement shall be maintained by or on behalf of the Administrative Committee and must be executed, acknowledged, filed or submitted electronically within 30 days of the Eligibility Effective Date and, for all subsequent deferral elections after initial participation, in advance of the beginning of the calendar year during which such compensation is expected to be earned, or at such other time as may be required or permitted by regulations issued under Code Section 409A.  In all cases, a Participant's election to defer Compensation shall be made prior to the time any of the Compensation covered by such election is to be earned by such Participant.  Elections to participate and defer Compensation shall be irrevocable with respect to the Compensation to which they apply and may be amended, revoked or suspended by the Participant only effective as of the January 1st following the amendment, revocation or suspension in accordance with procedures established by the Administrative Committee, unless transition rules and regulations under Code Section 409A permit amendment, revocation or suspension as of some other time.  With respect to Matching, Employer Contribution Credits and Social Security Supplement Credits, the Eligible Employee must designate a time and form of payment within 30 days of the Eligibility Effective Date; provided, however, that with respect to any Participant whose initial Eligibility Effective Date occurs on or after January 1, 2016, the initial Distribution Option applicable to the portion of such Participant's Account that is attributable to any Employer Contribution Credit and/or Social Security Matching Credit credited to such Participant's Account during the Plan Year in which the Participant's Eligibility Effective Date first occurs (or, to the extent that there is no Employer Contribution Credit or Social Security Matching Credit credited to such Participant's Account during such Plan Year, any Employer Contribution Credit and/or Social Security Matching Credit credited to such Participant's Account during the next succeeding Plan Year) shall be the Standard Option, notwithstanding any installment Distribution Option election that may be made by such Participant in accordance this Section 2.2 for the remainder of the Participant's Account.

2.3     Suspension of Active Participation.  Any Participant who ceases to be an Eligible Employee or a Director for a given Plan Year shall cease to have any right to defer Compensation for such Plan Year or to receive Matching, Employer Contribution Credits and Social Security Supplement Credits for such Plan Year.  However, any amounts credited to the Account of a Participant whose participation is suspended shall otherwise continue to be maintained under the Plan in accordance with its terms, and any election to defer Compensation made by a Participant, once it has become irrevocable in accordance with the Plan, shall continue to be irrevocable with respect to Compensation to which it applies for the remainder of the Plan Year for which it is made, notwithstanding any subsequent change in the Participant's eligibility during such Plan Year.

2.4     Termination of Participation.  Once a Director or an Eligible Employee becomes a Participant, such individual shall continue to be a Participant until such individual (i) ceases to be

6

described as a Director or as an Eligible Employee, and (ii) ceases to have any vested interest in the Plan (as a result of distributions made to such Participant or his Beneficiary, if applicable, or otherwise).

<div align="center">ARTICLE III</div>

<div align="center">DEFERRED COMPENSATION AND MATCHING CREDITS</div>

3.1     Deferred Compensation Credits.  Pursuant to the provisions of Article II and this Article III, a Participant and the Employer may, by mutual agreement, provide for deferred and postponed payment of a percentage of the Participant's Compensation which otherwise would be paid during the applicable Plan Year(s) for services to be rendered in such year(s).  Except as otherwise provided herein with respect to Performance-Based Compensation, all elections to defer Compensation must be made within 30 days after the Participant's Eligibility Effective Date and, for subsequent elections after initial eligibility, prior to the calendar year during which the Compensation is expected to be earned or at such other time as may be specified under regulations issued under the Code.  In the case of the deferral of any Performance-Based Compensation, such election must be made no later than six months before the end of the performance period, provided that in no event may an election to defer Performance-Based Compensation be made after such Compensation has become readily ascertainable within the meaning of Code Section 409A.  Notwithstanding the foregoing, in the case of the deferral of any Performance-Based Compensation with a performance period exceeding one year in length, the deferral election must be made no later than halfway through such performance period.  If an Eligible Employee has ceased being eligible to participate in the Plan (other than the accrual of earnings on his Account, if any), regardless of whether all amounts deferred under the Plan have yet been paid, and subsequently becomes eligible to participate in the Plan again, the Eligible Employee may be treated, to the extent permitted by Code Section 409A as being initially eligible to participate in the Plan if he has not been eligible to participate in the Plan (other than the accrual of earnings on his Account, if any) at any time during the 24-month period ending on the date the employee again becomes an Eligible Employee under the Plan.

A Participant who is an Eligible Employee may defer between one percent and 50 percent of Compensation that is not Performance-Based Compensation and may make one or more separate elections for the deferral of from one percent to 80 percent of Performance-Based Compensation from each plan or arrangement offering the opportunity to earn such Compensation.  A Participant who is a Director may defer between 20 percent and 100 percent of Compensation.  The Company may, in its discretion, establish and change from time to time the minimum and maximum amount that may be so deferred for Participants who are not Reporting Persons.  Elections shall be made in accordance with procedures established by the Administrative Committee.     The Employer will credit the deferred compensation amount agreed to for each Plan Year to the Participant's Account from time to time as soon as administratively practicable after the deferred amounts otherwise would have been earned and paid to the Participant.  All contributions under this provision to the Accounts of Participants in the Plan, as adjusted for earnings or losses (described below), are referred to as "Deferred Compensation Credits."

In addition to the Deferred Compensation Credits described above, Reporting Persons who have elected to defer receipt of Shares to be issued under Share Units awarded on or after November 1, 2006, shall automatically have 100 percent of the cash dividend-equivalents that are vested and payable under such Share Units deferred under this Plan.  Such amounts shall be referred to as "Deferred Cash Equivalent Credits."  Deferred Cash Equivalent Credits are always 100 percent vested and nonforfeitable but are not eligible for Matching Credits.

3.2     Matching Credits.  The Employer may, in its discretion, credit to a Participant's Account each Plan Year during which the Participant is an Eligible Employee an amount equal to a percentage

<div align="center">7</div>

of the Participant's Deferred Compensation Credits as a matching contribution. The amount of any such contributions may vary from year to year or among Participants in the discretion of the Employer. In general, such matching contributions may be made at the same rate as is applicable to the Participant under the Qualified Plan, but only with respect to the first $100,000 of Compensation in excess of the maximum amount of Compensation recognized under the Qualified Plan under Section 401(a)(17) of the Code. All contributions under this provision to the Accounts of Participants in the Plan, as adjusted for earnings or losses (described below), are referred to as "Matching Credits." The Employer may, in its discretion, also make an additional matching contribution to the Accounts of certain Participants who have been required to forfeit Employer matching contributions under the Qualified Plan. Such contributions, if any, shall be in an amount equal to the Employer matching contribution forfeited under the Qualified Plan by an affected Participant and shall be made and allocated to the Accounts of affected Participants in the Plan Year during which such forfeitures occur. Any additional Employer matching contributions under the foregoing sentence shall be fully vested when made and subject to the distribution elections in effect with respect to the Participant's Account as of the beginning of the Plan Year in which the contribution is made.

3.3     Employer Contribution and Social Security Supplement Credits. The Employer may, in its discretion, credit to the Participant's Account each Plan Year (a) an amount equal to a percentage of the Participant's Compensation from the Employer for the fiscal year ending within the Plan Year in excess of the dollar limitation applicable to such fiscal year under Section 401(a)(17) of the Code, but not more than an excess of $100,000 above such compensation limit, and (b) such other amount as the Employer may determine, in its sole discretion. All contributions under this provision to the Accounts of Participants in the Plan, as adjusted for earnings or losses (described below), are referred to as "Employer Contribution Credits." In addition, the Employer may make an additional discretionary contribution for a Plan Year to the Participant's Account, as determined by the Employer in its discretion, equal to a percentage of the Participant's Compensation from the Employer for the fiscal year ending within the Plan Year in excess of the dollar limitation applicable to such fiscal year under Section 401 (a)(17) of the Code, but not more than an excess of $100,000 above such compensation limit, for the purpose of supplementing the benefits the Participant will receive at retirement under the Social Security program. All contributions under this provision to the Accounts of Participants in the Plan, as adjusted for earnings or losses (described below), are referred to as "Social Security Supplement Credits." Contributions made to Participant Accounts under this Section may be subject to additional requirements as established from time to time by the Policy Committee, such as a requirement to be employed on the last day of the year for which such contribution is made. The Employer may, in its discretion, also make an additional contribution to the Accounts of certain Participants who have been required to forfeit Employer contributions (other than matching contributions) under the Qualified Plan. Such contributions, if any, shall be in an amount equal to the Employer contribution forfeited under the Qualified Plan by an affected Participant and shall be made and allocated to the Accounts of affected Participants in the Plan Year during which such forfeitures occur. Any additional Employer contributions under the foregoing sentence shall be subject to the vesting requirements applicable to Employer Contribution Credits and the distribution elections in effect with respect to the Participant's Account as of the beginning of the Plan Year in which the contribution is made.

3.4     Record of Account. Solely for the purpose of measuring the amount of the Employer's obligations to each Participant or his beneficiaries under the Plan, the Employer will maintain a separate bookkeeping record, an "Account," for each Participant in the Plan. The Company, in its discretion, may either credit a hypothetical earnings rate to the Participant's Account balance for the Plan Year, or may actually invest an amount equal to the amount credited to the Participant's Account from time to time in an account or accounts in its name with investment media or companies, which investment

8

options may include some or all of those used for investment purposes under the Qualified Plan, as determined by the Company in its discretion. The Company may also establish a deferred compensation trust that qualifies as a so-called "rabbi" trust meeting applicable requirements of Code Section 409A. The Participant may change the allocation of his Account among the applicable investment alternatives then available under the Plan in accordance with procedures established by the Administrative Committee from time to time. In no event, however, shall a Participant who is a Reporting Person be permitted to change any amounts invested in any other investment alternative to a Cardinal Stock Account (as defined below). In addition, a Participant who is a Reporting Person shall not be permitted to change any investment in a Cardinal Stock Account to any other investment alternative. After a Participant ceases to be a Reporting Person, such Participant may again change investments into or out of a Cardinal Stock Account in accordance with rules established by the Administrative Committee and without regard to the above restrictions. The Company is not obligated to make any particular investment options available, however, if investments are in fact made, and may, from time to time in its sole discretion, change the investment alternatives. Nothing herein shall be construed to confer on the Participant the right to continue to have any particular investment available.

The Company will credit the Participant's Account with hypothetical or actual earnings or losses at least quarterly based on the earnings rate declared by the Company or the performance results of the Employer's account(s) invested pursuant to the Company's or the Participant's directions, and shall determine the fair market value of the Participant's Account based on the bookkeeping record or the fair market value of the portion of the Employer's accounts representing the Participant's Account. The determination of the earnings, losses or fair market value of the Participant's Account may be adjusted by the Company to reflect its payroll, income or other taxes or costs associated with the Plan, as determined by the Company in its sole discretion.

3.5    Special Rules Applicable to Investments in Shares. Subject to the provisions of this Article III, a Participant may also elect to have all or a portion of his Account, but not including any Deferred Cash Equivalent Credits, to be deemed invested in Shares (such dollar amounts shall be referred to as the "Share Election Accumulations"). On the date when the amounts to be credited to the Participant's Share Election Accumulations are otherwise allocated to his Account, the Company will credit to a separate sub-account (the Participant's "Cardinal Stock Account") a number of hypothetical Shares (and fractions thereof) having a Value equal to the Share Election Accumulations. For purposes of this Plan, the "Value" of a Share on a particular day shall mean the closing trading price of a Share on the New York Stock Exchange on that day (or, if there is no trading of the Shares on that day, on the most recent previous date on which trading occurred). With respect to any Director, any election made pursuant to this Section shall be irrevocable for all amounts credited to a Participant's Account during the Plan Year for which the election is made. Any election made by a Director pursuant to this Section shall remain in effect for amounts credited to the Participant's Account in subsequent Plan Years unless the Participant delivers a written notice to the Secretary of the Company setting forth a different investment election or otherwise makes a different investment election in accordance with procedures established by the Committee from time to time. Any such change in investment election shall be applied to future Plan Years until further notice is given by the Participant changing the election in accordance with the requirements of this Section. Except for Directors, no other Reporting Person may elect to invest future contributions in his Account in Shares. Such other Reporting Person may again elect to invest future contributions in his Account in Shares subject to this Section 3.5 after he ceases to be a Reporting Person.

If any Organic Change shall occur, then the Committee shall make such substitutions or adjustments as it deems appropriate and equitable to each Participant's Cardinal Stock Account (if any).

9

In the case of Organic Changes, such adjustments may include, without limitation, (x) the cancellation of outstanding Shares in exchange for payments of cash, property or a combination thereof having an aggregate value equal to the value of such Shares, as determined by the Committee in its sole discretion, (y) the substitution of other property (including, without limitation, cash or other securities of the Company and securities of entities other than the Company) for the Shares, and (z) in connection with any Disaffiliation, arranging for the assumption or replacement of Shares with new shares based on other property or other securities (including, without limitation, other securities of the Company and securities of entities other than the Company), by the affected subsidiary, affiliate or division or by the entity that controls such subsidiary, affiliate or division following such Disaffiliation (as well as any corresponding adjustments to awards that remain based upon Company securities). An "Organic Change" includes (i) a stock dividend, stock split, reverse stock split, share combination, or recapitalization or similar event affecting the capital structure of the Company (each, a "Share Change"), or (ii) a merger, consolidation, acquisition of property or shares, separation, spin-off, reorganization, stock rights offering, liquidation, disaffiliation from the Company of a subsidiary or division ("Disaffiliation"), or similar event affecting the Company or any of its subsidiaries (each, an "Organic Change"). If the assets held in the Participant's Cardinal Stock Account immediately after such adjustment are not equity securities, then the Participant shall be permitted to re-direct the investment thereof into the other investment choices then available under this Plan.

In the case of the Cardinal Stock Account (if any) of a Participant other than a Reporting Person (as of the Dividend Payment Date), the earnings (or losses) credited to such account shall consist solely of dividend equivalent credits pursuant to this paragraph. Whenever a dividend or other distribution is made with respect to the Shares, then the Cardinal Stock Account of a Participant who is not a Reporting Person (as of the Dividend Payment Date) shall be credited, on the payment date for such dividend or other distribution (the "Dividend Payment Date"), with a number of additional Shares having a Value, as of the Dividend Payment Date, based upon the number of Shares deemed to be held in the Participant's Cardinal Stock Account as of the record date for such dividend or other distribution (the "Dividend Record Date"), if such Shares were outstanding. If such dividend or other distribution is in the form of cash, the number of Shares so credited shall be a number of Shares (and fractions thereof) having a Value, as of the Dividend Payment Date, equal to the amount of cash that would have been distributed with respect to the Shares deemed to be held in the Participant's Cardinal Stock Account as of the Dividend Record Date, if such Shares were outstanding. If such dividend or other distribution is in the form of Shares, the number of Shares so credited shall equal the number of such Shares (and fractions thereof) that would have been distributed with respect to the Shares deemed to be held in the Participant's Cardinal Stock Account as of the Dividend Record Date, if such Shares were outstanding. If such dividend or other distribution is in the form of property other than cash or Shares, the number of Shares so credited shall be a number of Shares (and fractions thereof) having a Value, as of the Dividend Payment Date, equal to the value of the property that would have been distributed with respect to the Shares deemed to be held in the Participant's Cardinal Stock Account as of the Dividend Record Date, if such Shares were outstanding. The value of such property shall be its fair market value as of the Dividend Payment Date, determined by the Board based upon market trading if available and otherwise based upon such factors as the Board deems appropriate.

With respect to a Participant who is a Reporting Person on the Dividend Payment Date, the cash value of the dividend or other distribution shall be invested in an alternate investment option under the Plan, as determined by the Administrative Committee in its sole discretion. To the extent that the dividend or other distribution is made in a form other than cash, the Shares or other property shall be liquidated to cash as soon as administratively practicable and thereafter invested as indicated herein.

10

ARTICLE IV

VESTING

4.1     Vesting.  A Participant always will be 100 percent vested in amounts credited to his Account as Deferred Compensation Credits, Deferred Cash Equivalent Credits, Matching Credits made on or after January 1, 2005 and earnings allocable thereto.  The Participant or his Beneficiaries shall be entitled to benefits from Matching Credits made prior to January 1, 2005, Employer Contribution Credits and Social Security Supplement Credits allocated to his Account by the Employer, and earnings thereon, only upon satisfaction of the vesting requirements of this Article IV.  The Participant shall become 100 percent vested in his Account upon his Retirement, death, or Total Disability.  The Participant shall also become 100 percent vested in his Account if the Participant is terminated by the Company without Cause or the Participant terminates employment with the Company for Good Reason within two years after a Change of Control.  For this purpose, "Cause" means termination of employment by the Company on account of any act of fraud or intentional misrepresentation or embezzlement, intentional misappropriation, or conversion of assets of the Company or any affiliate, or the intentional and repeated violation of the written policies or procedures of the Company, provided that for a Participant who is party to an individual severance or employment agreement defining Cause, "Cause" has the meaning set forth in such agreement.  For purposes of the Plan, a Participant's termination will not be deemed to be a termination without "Cause" if, after the Participant's employment has terminated, facts and circumstances are discovered that would have, in the opinion of the Committee, met the definition of "Cause." For this purpose, "Good Reason" means, unless otherwise provided in an individual severance or employment agreement to which the Participant is a party, termination by the Participant on account of any of the following: (i) a material reduction in the Participant's total compensation; (ii) a material reduction in the Participant's annual or long-term incentive opportunities (including a material adverse change in the method of calculating the Participant's annual or long-term incentives); (iii) a material diminution in the Participant's duties, responsibilities, or authority; or (iv) a relocation of more than 50 miles from the Participant's office or location, except for travel reasonably required in the performance of the Participant's responsibilities. If the Participant has a Separation from Service with the Employer for any reason other than Retirement, death, Total Disability, or following a Change of Control under the circumstances described above, all rights of the Participant, his Beneficiaries, executors, administrators, or any other person to receive benefits under this Plan derived from amounts credited as Matching Credits made prior to January 1, 2005, Employer Contribution Credits and Social Security Supplement Credits shall vest as of the date that the Participant has completed three Years of Service with the Employer.  A "Year of Service" for this purpose means a period of 12 consecutive calendar months during which the Participant was employed by the Employer, defined to include all members of a controlled group of corporations or other business entities within the meaning of Code Sections 414 (b) and (c) that includes Cardinal Health, Inc.  If a Participant has a Separation from Service before that date (other than due to a Change of Control, Retirement, death or Total Disability), all Matching Credits made prior to January 1, 2005, Employer Contribution Credits and Social Security Supplement Credits shall be forfeited.  If the Participant has a Separation from Service but is subsequently re-employed by the Employer, no benefits forfeited hereunder shall be reinstated unless otherwise determined by the Company in its sole discretion.  A Participant who has completed one Year of Service but less than three Years of Service and is terminated from employment under the terms of a designated reduction in force, a divestiture or designated layoff, shall receive additional ratable vesting credit hereunder determined by multiplying the portion of this Account that is subject to the vesting provisions of this Section 4.1 by a fraction, the numerator of which is the Participant's calendar months of service calculated from his or her date of hire and the denominator of which is 36, and by rounding the product up to the next whole percentage.  A month of service shall be included in the calculation of additional vesting credit under

11

this Section if the Participant has performed at least one hour of service during the calendar month. In no event shall a Participant be more than 100 percent vested in any amounts credited to his Account.

4.2     Confidentiality and Non-Competition Agreement.  In its discretion, the Employer may require any Eligible Employee selected to become a Participant in the Plan to execute a Confidentiality and Non-Competition Agreement with the Employer in consideration of the benefits to be provided hereunder.

ARTICLE V

DISTRIBUTION OF BENEFITS

5.1     Distribution Timing.  A Participant shall receive payment of the amounts credited to his Account upon his Separation from Service due to Retirement or any other reason, or upon his death or Total Disability.  The Participant will begin to receive the amount credited to his Account as of such date beginning on the first regular payment processing date to occur at least six months after the date of the Participant's Separation from Service for reasons other than death or Total Disability.  The regular payment processing dates shall be the first business day coinciding with or next following January 15 and July 15 of each calendar year.  If payment is to be made in a lump sum, it shall occur on the first regular payment processing date as described above.  If payment is to be made in annual installments, it shall commence on such first regular payment processing date, with subsequent annual installments to occur on the same regular payment processing date each year thereafter until the Participant's Account is distributed in full.  In the case of a Participant's death or Total Disability before payment of the Participant's Account has commenced, the Participant (or the Participant's Beneficiaries) will receive or begin to receive the amount credited to his Account on the 15th of the month following notice to the record keeper for the Plan of the Participant's death or Total Disability, or as soon as administratively practicable, but not more than 90 days, after the date of death or Total Disability.  Payment of all such amounts will be made in accordance with the deferral election made under Section 5.5, which may provide for a different time or form of payment for distributions made upon death or Total Disability. In addition, in the case of the deferral of Performance-Based Compensation under the Long Term Incentive Cash Program, payment of all such amounts credited to a Participant's Account will be made in accordance with the separate deferral election made for such amounts under Section 3.1, which may provide for a different time or form of payment from other amounts credited to the Participant's Account.

5.2     Distribution upon Retirement or Other Separation from Service; Form of Payment.  Upon Retirement or Separation from Service other than due to death or Disability, the Participant shall be eligible to receive payment of the amounts credited to the Participant's Account in the Standard Option commencing as of the date specified in Section 5.1, above.  Alternatively, a Participant may elect another Distribution Option at the time of initial enrollment in the Plan (subject to such limitations as are set forth in the Plan, including in Section 2.2 hereof).  The Participant may make a one-time election to change his election of a Distribution Option pursuant to an election made during the annual deferral election period prior to the beginning of a Plan Year, provided said election is made at least 12 months prior to the date that payments would have otherwise begun under such option and provided that payments will also be deferred to a new commencement date that is at least five years later than the original commencement date (i.e., five years after the date of the Participant's Separation from Service).  A Participant may not change a Distribution Option or a distribution date in a manner that does not comply with Code Section 409A.  If a Distribution Option election is made or changed and distribution is triggered before 12 months have elapsed, the distribution will be made in accordance with the Distribution Option election in effect prior to the change or, if none, in accordance with the Standard Option.  If an annual installment payment method is the selected Distribution Option, the amount of the annual benefit

12

shall equal the amount necessary to fully distribute the Participant's Account as an annual benefit payable over the installment period, consistent with the following methodology: the amount payable as the annual installment shall equal the value of the Participant's Account as of the most recent Account valuation date, multiplied by a fraction, the numerator of which is one and the denominator of which is the number of annual installments remaining in the installment period elected by the Participant. For example, assuming a 10 year installment payment period applies, the amount distributed at each of the distribution dates would represent the value of the Participant's Account as of the most recent valuation date preceding the actual distribution date times the following factors: year one – 10 percent (1/10); year two – 11.11 percent (1/9); year three – 12.5 percent (1/8); year four – 14.29 percent (1/7); year five – 16.66 percent (1/6); year six – 20 percent (1/5); year seven – 25 percent (1/4); year eight – 33.33 percent (1/3); year nine – 50 percent (1/2) and year ten – 100 percent (1/1). The Participant must provide the Employer advance notice of his intention to retire and receive benefits hereunder in accordance with uniform procedures established by the Administrative Committee. Payments of amounts credited to the Participant's Account will be made in U.S. dollars, including amounts credited to the Participant's Cardinal Stock Account, if any.

5.3     Distribution upon Death. In the event of the death of the Participant while receiving benefit payments under the Plan, the Beneficiary or Beneficiaries designated by the Participant shall be paid the remaining payments due under the Plan in accordance with the method of distribution in effect to the Participant at the date of death. In the event of the death of the Participant prior to the commencement of the distribution of benefits under the Plan, such benefits shall be paid to the Beneficiary or Beneficiaries designated by the Participant, beginning as soon as practicable after the Participant's death.

5.4     Distribution in the Event of Total Disability. Upon the Participant's Total Disability, the Participant shall be eligible to receive payment of the amounts credited to his Account commencing as soon as practicable after the Administrative Committee is satisfied of the determination of the existence of a Total Disability with respect to such Participant. Total Disability shall be considered to have ended and entitlement to a disability benefit shall cease if the Participant (i) is re-employed by the Employer or one of its affiliates, or (ii) engages in any substantial gainful activity, except for such employment as is found by the Administrative Committee in its sole discretion to be for the primary purpose of rehabilitation or not incompatible with a finding of Total Disability. If entitlement to a disability benefit ceases in accordance with the provisions of this paragraph, the Participant shall not be prevented from qualifying for a benefit under another provision of the Plan. Notwithstanding the foregoing, in no event shall Disability payments cease to a Participant if to do so would violate Code Section 409A.

5.5     Form of Payment upon Death or Total Disability. Benefits payable upon death or Total Disability shall be paid in the Standard Option unless another Distribution Option was timely elected by the Participant upon initial enrollment in the Plan (and subject to such limitations as are set forth in the Plan, including in Section 2.2 hereof) or at least 12 months prior to his death or Total Disability. Each Participant may elect a Distribution Option to apply to distributions made upon death or Total Disability that is different from the Distribution Option applicable to other payment events. The Participant may make a one-time election to change his election of a Distribution Option for death or Total Disability pursuant to an election made during the annual deferral election period prior to the beginning of a Plan Year, provided said election is made at least 12 months prior to the date that payments would have otherwise begun under such option. If a Distribution Option election is made or changed after initial enrollment and the Participant dies or suffers a Total Disability before 12 months have elapsed, the distribution will be made in accordance with the Distribution Option in effect prior to the change or, if none, in accordance with the Standard Option.

13

5.6     <u>Lump Sum Distribution of Small Amounts or upon a Change of Control</u>.  If the value of a Participant's entire Account as of the date it becomes distributable is not greater than the applicable dollar amount under Section 402(g)(1)(B) of the Code, then the Participant's entire Account balance shall be payable as a single lump sum notwithstanding any other election that may be in effect.  In addition, if a Participant has a Separation from Service within two years of a change of control of the Company (as defined in Treasury Regulations Section 1.409A-3(i)(5)), then the Participant's Account shall be payable in a single lump sum on the first regular payment processing date next following the Participant's Separation from Service following the change of control, and alternative elections in effect by the Participant shall no longer apply.  Notwithstanding the foregoing, if the Participant is a "specified employee" (determined in accordance with Treasury Regulations issued under Code Section 409A) for the year in which the Separation from Service occurs, such lump sum payment shall be made on the first business day that is at least six months after the Separation from Service occurs.

5.7     <u>Withdrawals for Unforeseeable Emergency</u>.  Upon the occurrence of an unforeseeable emergency, the Participant shall be eligible to receive payment of the amount necessary to satisfy such emergency plus amounts necessary to pay taxes reasonably anticipated as a result of the distribution, after taking into account the extent to which such hardship is or may be relieved through reimbursement or compensation by insurance or otherwise or by liquidation of the participant's assets (to the extent such liquidation would not itself cause severe financial hardship), or by cessation of deferrals under the Plan. The amount determined to be properly distributable under this section and applicable regulations under Code Section 409A shall be payable in a single lump sum only.  For the purposes of this section, the term "unforeseeable emergency" means a severe financial hardship to the Participant resulting from an illness or accident of the Participant, the Participant's spouse, or a dependent of the Participant (as defined in Code Section 152(a)); loss of the Participant's property due to casualty, including the need to rebuild a home following damage not otherwise covered by insurance, for example, not as a result of a natural disaster; or other similar extraordinary and unforeseeable circumstances arising as a result of events beyond the control of the Participant, including imminent foreclosure of or eviction from the Participant's primary residence, the need to pay for medical expenses, including non-refundable deductibles, the cost of prescription drugs, and the need to pay for funeral expenses of a spouse, beneficiary, or dependent.  It shall be the responsibility of the Participant seeking to make a withdrawal under this section to demonstrate to the Administrative Committee that an unforeseeable emergency has occurred and to document the amount properly distributable hereunder.  After a distribution on account of an unforeseeable emergency, a Participant's deferral elections shall cease and such Participant will not be permitted to participate in the Plan or elect additional deferrals until the next enrollment following one full year from the date of the distribution on account of an unforeseeable emergency.  Such future deferral elections following a distribution on account of an unforeseeable emergency will be treated as an initial deferral election and subject to the rules applicable thereto under the Plan and Code Section 409A.

5.8     <u>Acceleration of Payment</u>.  The acceleration of the time and/or form of any payment determined in accordance with the provisions of this Article V, above, shall not be made except due to unforeseeable emergency, as described above, or as set forth below and otherwise permitted by Code Section 409A and the Treasury Regulations and other guidance issued thereunder:

(a)     <u>Domestic Relations Order</u>.  A payment of all or part of the Participant's Account may be made to a spouse, former spouse or other dependent under the terms of a domestic relations order (as defined in Code Section 414(p)(1)(B)).  The Administrative Committee shall determine whether a

14

payment should be made pursuant to the terms of a domestic relations order and the time and form of such payment.

(b) <u>Employment Taxes</u>. A payment of all or part of the Participant's Account may be made to the extent necessary to pay the Federal Insurance Contributions Act ("FICA") tax imposed under Code Sections 3101, 3121(a), and 3121(v)(2) on amounts deferred under the Plan (the "FICA Amount"), income tax at source on wages imposed under Code Section 3401 or the corresponding withholding provisions of applicable state, local, or foreign tax laws as a result of the payment of the FICA Amount, and to pay the additional income tax at source on wages attributable to the pyramiding Code Section 3401 wages and taxes. The total payment under this Section shall not exceed the aggregate of the FICA Amount and the income tax withholding related to such FICA Amount.

(c) <u>Payment of State, Local or Foreign Taxes</u>. Payment may be made to reflect payment of state, local or foreign tax obligations arising from participation in the Plan that apply to an amount deferred under the Plan before the amount is paid or made available to the Participant, plus the income tax at source on wages imposed under Code Section 3401 as a result of such payment; provided, however, that the amount of the payment may not exceed the amount of the taxes due, and the income tax withholding related to such state, local and foreign tax amount.

(d) <u>Income Inclusion under Code Section 409A</u>. Payment may be made at any time the Plan fails to meet the requirements of Code Section 409A and the Treasury Regulations issued thereunder; provided, however, that payment cannot exceed the amount required to be included in income as a result of the failure to comply.

(e) <u>Certain Offsets</u>. Payment may be made as satisfaction of a debt of the Participant to the Employer where: (1) the debt is incurred in the ordinary course of the employment relationship; (2) the entire amount of the offset in any of the Participant's taxable years does not exceed $5,000; and (3) the reduction is made at the same time and in the same amount as the debt otherwise would have been due and collected from the Participant.

5.9 <u>Delay of Payment</u>. The Company may in its discretion delay any payment due under the Plan to the extent permitted by Code Section 409A and the regulations thereunder.

5.10 <u>Assignment and Assumption of Liabilities</u>. In the discretion of the Company, upon the cessation of participation in the Plan by any Participant solely due to the employer of that Participant no longer qualifying as a member of the controlled group of Cardinal Health, Inc. within the meaning of Code Sections 414(b) and (c), all liabilities associated with the Account of such Participant may be transferred to and assumed by the Participant's employer under a deferred compensation plan established by such employer that is substantially identical to this Plan and that preserves the deferral and payment elections in effect for the Participant under this Plan to the extent required by Code Section 409A. Any such Participant shall not be deemed to have incurred a Separation from Service for purposes of the Plan by virtue of his employer's ceasing to be a member of the controlled group of Cardinal Health, Inc. The foregoing provision shall be interpreted and administered in compliance with the requirements of Code Section 409A.

ARTICLE VI

PLAN ADMINISTRATION

6.1     Administration.  The Plan shall be administered by the Administrative Committee as an unfunded deferred compensation plan that is not intended to meet the qualification requirements of Code Section 401 and that is intended to meet all applicable requirements of Code Section 409A.

6.2     Administrative Committee.  The Administrative Committee will operate and administer the Plan and shall have all powers necessary to accomplish that purpose, including, but not limited to, the discretionary authority to interpret the Plan, the discretionary authority to determine all questions relating to the rights and status of Eligible Employees and Participants, and the discretionary authority to make such rules and regulations for the administration of the Plan as are not inconsistent with the terms and provisions hereof or applicable law, as well as such other authority and powers relating to the administration of the Plan, except such as are reserved by the Policy Committee or by the Plan to the Policy Committee, the Committee or the Board.  All decisions made by the Committee, the Policy Committee or the Administrative Committee shall be final.

Without limiting the powers set forth herein, the Administrative Committee shall have the power (i) to change or waive any requirements of the Plan to conform with Code Section 409A or other applicable law or to meet special circumstances not anticipated or covered in the Plan; (ii) to determine the times and places for holding meetings of the Administrative Committee and the notice to be given of such meetings; (iii) to employ such agents and assistants, such counsel (who may be counsel to the Company), and such clerical and other services as the Administrative Committee may require in carrying out the provisions of the Plan; and (iv) to authorize one or more of their number or any agent to execute or deliver any instrument on behalf of the Administrative Committee.

The members of the Administrative Committee, the Policy Committee, the Committee, and the Company and its officers and directors, shall be entitled to rely upon all valuations, certificates and reports furnished by any funding agent or service provider, upon all certificates and reports made by an accountant, and upon all opinions given by any legal counsel selected or approved by the Administrative Committee, and the members of the Administrative Committee, the Policy Committee, the Committee, and the Company and its officers and directors shall, except as otherwise provided by law, be fully protected in respect of any action taken or suffered by them in good faith in reliance upon any such valuations, certificates, reports, opinions or other advice of a funding agent, service provider, accountant or counsel.

6.3     Statement of Participant's Account.  The Administrative Committee shall, as soon as practicable after the end of each Plan Year, provide to each Participant a statement setting forth the Account of such Participant under Section 3.4 as of the end of such Plan Year.  Such statement shall be deemed to have been accepted as correct unless written notice to the contrary is received by the Administrative Committee within 30 days after providing such statement to the Participant.  Account statements may be provided more often than annually in the discretion of the Administrative Committee.

6.4     Filing Claims.  Any Participant, Beneficiary or other individual (hereinafter a "Claimant") entitled to benefits under the Plan, or otherwise eligible to participate herein, shall be required to make a claim with the Administrative Committee (or its designee) requesting payment or distribution of such Plan benefits (or written confirmation of Plan eligibility, as the case may be), on such form or in such manner as the Administrative Committee shall prescribe.  Unless and until a Claimant makes proper

16

application for benefits in accordance with the rules and procedures established by the Administrative Committee, such Claimant shall have no right to receive any distribution from or under the Plan.

6.5     Notification to Claimant.  If a Claimant's application is wholly or partially denied, the Administrative Committee (or its designee) shall, within 90 days, furnish to such Claimant a written notice of its decision.  Such notices shall be written in a manner calculated to be understood by such Claimant, and shall contain at least the following information:

(i)     the specific reason or reasons for such denial;

(ii)     specific reference to pertinent Plan provisions upon which such denial is based;

(iii)     a description of any additional material or information necessary for such Claimant to perfect his claim, and an explanation of why such material or information is necessary; and

(iv)     an explanation of the Plan's claim review procedure describing the steps to be taken by such Claimant, if he wishes to submit his claim for review.

6.6     Review Procedure.  Within 60 days after the receipt of such notice from the Administrative Committee, such Claimant, or the duly authorized representative thereof, may request, by written application to the Plan, a review by the Administrative Committee (the Committee in the case of Reporting Persons) of the decision denying such claim.  In connection with such review, such Claimant, or duly authorized representative thereof, shall be entitled to receive any and all documents pertinent to the claim or its denial and shall also be entitled to submit issues and comments in writing.  The decision of the Administrative Committee (the Committee in the case of Reporting Persons) upon such review shall be made promptly and not later than 60 days after the receipt of such request for review, unless special circumstances require an extension of time for processing, in which case a decision shall be rendered as soon as possible, but not later than 120 days after the Administrative Committee's (the Committee's in the case of Reporting Persons) receipt of a request for review.  Any such decision on review shall be in writing and shall include specific reasons for the decision and specific references to the pertinent Plan provisions on which the decision is based.  In the event of a genuine dispute regarding the amount or timing of payments under the Plan, a delay in the payment of Plan benefits shall not cause a violation of Code Section 409A to the extent such delay satisfies the conditions set forth in Code Section 409A and the regulations thereunder.

6.7     Payment of Expenses.  All costs and expenses incurred in administering the Plan shall be paid from the Plan unless the Company elects to pay the costs and expenses.

ARTICLE VII

AMENDMENT AND TERMINATION

7.1     Amendment.  The Company has reserved, and does hereby reserve, the right at any time and from time to time by action of the Board or the Committee (or by action of the Policy Committee or the Administrative Committee if and to the extent that the Board or the Committee has delegated the authority to amend the provisions of the Plan to either such committee) to amend, modify or alter any or all of the provisions of the Plan without the consent of any Eligible Employees or Participants; provided, however, that no amendment shall operate retroactively so as to affect adversely any rights to which a Participant may be entitled under the provisions of the Plan as in effect prior to such action. Any such amendment, modification or alteration shall be expressed in an instrument executed by an

17

authorized officer or officers of the Company, and shall become effective as of the date designated in such instrument.

7.2    Termination.  The Company reserves the right to suspend, discontinue or terminate the Plan, at any time in whole or in part; provided, however, that a suspension, discontinuance or termination of the Plan shall not accelerate the obligation to make payments to any person not otherwise currently entitled to payments under the Plan, unless otherwise specifically so determined by the Company and permitted by Code Section 409A (including a termination and liquidation of the Plan by the Company in accordance with Treasury Regulation § 1.409A-3(j)(4)(ix)) and applicable law, relieve the Company of its obligations to make payments to any person then entitled to payments under the Plan, or reduce any existing Account balance.

ARTICLE VIII

MISCELLANEOUS PROVISIONS

8.1    Employment Relationship.  For purposes of determining if there has been a Separation from Service, the Employer is defined to include all members of a controlled group of corporations or other business entities within the meaning of Code Sections 414(b) and (c) that includes Cardinal Health, Inc. as modified by this Section.  A Participant shall be considered to be in the employ of the Employer and its related affiliates and subsidiaries as long as he remains an employee of the Company, any subsidiary corporation of the Company, or any corporation to which substantially all of the assets and business of the Company are transferred.  For this purpose, a subsidiary corporation of the Company is any corporation (other than the Company) in an unbroken chain of corporations beginning with the Company if, as of the date such determination is to be made, each of the corporations other than the last corporation in the unbroken chain owns stock possessing greater than 50 percent of the total combined voting power of all classes of stock in one of the other corporations in such chain.  Nothing in the adoption of the Plan or the crediting of deferred compensation shall confer on any Participant the right to continued employment by the Company or an affiliate or subsidiary corporation of the Company, or affect in any way the right of the Company or such affiliate or subsidiary to terminate his employment at any time.  Any question as to whether and when there has been a Separation from Service of a Participant's employment, and the cause of such Separation from Service, shall be determined by the Administrative Committee, and its determination shall be final.

8.2    Facility of Payments.  Whenever, in the opinion of the Administrative Committee, a person entitled to receive any payment, or installment thereof, is under a legal disability or is unable to manage his financial affairs, the Administrative Committee shall have the discretionary authority to direct payments to such person's legal representative or to a relative or friend of such person for his benefit; alternatively, the Administrative Committee may in its discretion apply the payment for the benefit of such person in such manner as the Administrative Committee deems advisable.  Any such payment or application of benefits made in good faith in accordance with the provisions of this Section shall be a complete discharge of any liability of the Administrative Committee with respect to such payment or application of benefits.

8.3    Funding.  All benefits under the Plan are unfunded and the Company shall not be required to establish any special or separate fund or to make any other segregation of assets in order to assure the payment of any amounts under the Plan; provided, however, that in order to provide a source of payment for its obligations under the Plan, the Company may establish a trust fund, provided that the assets of any such trust shall remain subject to the claims of the Company's creditors in the event of the Company's bankruptcy or insolvency, and further provided that no assets will be transferred to or set

18

aside in any such trust at a time or in a manner that would result in a violation of Section 409A.  The right of a Participant or his Beneficiary to receive a distribution hereunder shall be an unsecured claim against the general assets of the Company, and neither the Participant nor his Beneficiary shall have any rights in or against any amounts credited under the Plan or any other specific assets of the Company.  All amounts credited under the Plan to the benefit of a Participant shall constitute general assets of the Company and may be disposed of by the Company at such time and for such purposes as it may deem appropriate.

8.4     Anti-Assignment.  No right or benefit under the Plan shall be subject to anticipation, alienation, sale, assignment, pledge, encumbrance or charge; and any attempt to anticipate, alienate, sell, assign, pledge, encumber or charge the same shall be void.  No right or benefit shall be liable for or subject to the debts, contracts, liabilities, or torts of the person entitled to such benefits.  If a Participant, a Participant's spouse, or any Beneficiary should become bankrupt or attempt to anticipate, alienate, sell, assign, pledge, encumber or charge any right to benefits under the Plan, then those rights, in the discretion of the Administrative Committee, shall cease.  In this case, the Administrative Committee may hold or apply the benefits at issue or any part thereof for the benefit of the Participant, the Participant's spouse, or Beneficiary in such manner as the Administrative Committee may deem proper.

8.5     Unclaimed Interests.  If the Administrative Committee shall at any time be unable to make distribution or payment of benefits hereunder to a Participant or any Beneficiary of a Participant by reason of the fact that his whereabouts is unknown, the Administrative Committee shall so certify, and thereafter the Administrative Committee shall make a reasonable attempt to locate such missing person.  If such person continues missing for a period of three years following such certification, the interest of such Participant in the Plan shall, in the discretion of the Administrative Committee, be distributed to the Beneficiary of such missing person.

8.6     References to Code, Statutes and Regulations.  Any and all references in the Plan to any provision of the Code, ERISA, or any other statute, law, regulation, ruling or order shall be deemed to refer also to any successor statute, law, regulation, ruling or order.

8.7     Liability.  The Company, and its directors, officers and employees, shall be free from liability, joint or several, for personal acts, omissions, and conduct, and for the acts, omissions and conduct of duly constituted agents, in the administration of the Plan, except to the extent that the effects and consequences of such personal acts, omissions or conduct shall result from willful misconduct.  However, this Section shall not operate to relieve any of the aforementioned from any responsibility or liability for any responsibility, obligation, or duty that may arise under ERISA.

8.8     Tax Consequences of Compensation Reductions.  The income tax consequences to Participants of Compensation reductions under the Plan shall be determined under applicable federal, state and local tax law and regulation.  It is intended that the Plan will comply with the provisions of Code Section 409A, and the Plan will be construed, administered and governed in a manner that effects such intent.  Although the Company shall use its best efforts to avoid the imposition of taxation, interest or penalties under Section 409A of the Code, the tax treatment of deferrals under the Plan is not warranted or guaranteed.

8.9     Company as Agent for Related Employers.  Each corporation which shall become a participating employer pursuant to Section 2.5 by so doing shall be deemed to have appointed the Company its agent to exercise on its behalf all of the powers and authority hereby conferred upon the Company by the terms of the Plan, including but not limited to the power to amend and terminate the

19

Plan.  The Company's authority shall continue unless and until the related employer terminates its participation in the Plan.

8.10    Governing Law; Severability.  The Plan shall be construed according to the laws of the State of Ohio, including choice of law provisions, and all provisions hereof shall be administered according to the laws of that State, except to the extent preempted by federal law.  A final judgment in any action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law.  In the event that any one or more of the provisions of the Plan shall for any reason be held to be invalid, illegal, or unenforceable, such invalidity, illegality or unenforceability shall not affect any other provision of the Plan, but the Plan shall be construed as if such invalid, illegal, or unenforceable provisions had never been contained herein, and there shall be deemed substituted such other provision as will most nearly accomplish the intent of the parties to the extent permitted by applicable law.

8.11    Taxes.  The Company shall be entitled to withhold any taxes from any distribution hereunder or from other compensation then payable, or to require a Participant to pay or to make arrangements satisfactory to the Company for the payment of such taxes, as the Company believes necessary, appropriate, or required under relevant law.

Exhibit 12.1

# Cardinal Health, Inc. and Subsidiaries

## Computation of Ratio of Earnings to Fixed Charges

| (in millions, except ratios) | Fiscal Year Ended June 30 | | | | | Six Months Ended December 31, 2015 |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | |
| Earnings before income taxes | $ 1,518.3 | $ 1,698.1 | $ 888.3 | $ 1,798.3 | $ 1,967.3 | $ 1,087.3 |
| **Plus fixed charges:** | | | | | | |
| Interest expense | 95.2 | 92.3 | 119.2 | 129.4 | 137.0 | 89.3 |
| Capitalized interest | 5.7 | 6.0 | 1.7 | 1.2 | 1.8 | 2.1 |
| Amortization of debt offering costs | 1.8 | 2.8 | 3.5 | 3.6 | 7.6 | 2.8 |
| Interest portion of rent expense | 7.1 | 7.8 | 8.3 | 9.8 | 9.6 | 5.5 |
| **Fixed charges** | 109.8 | 108.9 | 132.7 | 144.0 | 156.0 | 99.7 |
| Plus: amortization of capitalized interest | 5.3 | 3.2 | 3.4 | 2.9 | 2.4 | 1.2 |
| Less: capitalized interest | (5.7) | (6.0) | (1.7) | (1.2) | (1.8) | (2.1) |
| **Earnings** | $ 1,627.7 | $ 1,804.2 | $ 1,022.7 | $ 1,944.0 | $ 2,123.9 | $ 1,186.1 |
| **Ratio of earnings to fixed charges (1)** | 14.8 | 16.6 | 7.7 | 13.5 | 13.6 | 11.9 |

(1)   The ratio of earnings to fixed charges is computed by dividing fixed charges into earnings before income taxes plus fixed charges and capitalized interest. Fixed charges include interest expense, amortization of debt offering costs and the portion of rent expense that is deemed to be representative of the interest factor. Interest expense recorded on tax exposures has been recorded in income tax expense and has therefore been excluded from the calculation.

Exhibit 31.1

I, George S. Barrett, certify that:

1. I have reviewed this Form 10-Q of Cardinal Health, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 2, 2016

/s/ GEORGE S. BARRETT

George S. Barrett
Chairman and Chief Executive Officer

Exhibit 31.2

I, Michael C. Kaufmann, certify that:

1.  I have reviewed this Form 10-Q of Cardinal Health, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 2, 2016

/s/ MICHAEL C. KAUFMANN
Michael C. Kaufmann
Chief Financial Officer

Exhibit 32.1

**Certification of the Chief Executive Officer and the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

Each of George S. Barrett, Chairman and Chief Executive Officer of Cardinal Health, Inc. (the "Company"), and Michael C. Kaufmann, Chief Financial Officer of the Company, certifies, pursuant to 18 U.S.C. Section 1350, that:

(1)     the Quarterly Report on Form 10-Q for the quarter ended December 31, 2015 containing the financial statements of the Company (the "Periodic Report"), which this statement accompanies, fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)); and

(2)     the information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: February 2, 2016

/s/ GEORGE S. BARRETT
_____
George S. Barrett
Chairman and Chief Executive Officer

/s/ MICHAEL C. KAUFMANN
_____
Michael C. Kaufmann
Chief Financial Officer

Exhibit 99.1

## Statement Regarding Forward-Looking Information

As used in this exhibit, "we," "our," "us" and similar pronouns refer to Cardinal Health, Inc. and its subsidiaries, unless the context requires otherwise. Our filings with the Securities and Exchange Commission, including our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (the "2015 Form 10-K"), our quarterly reports on Form 10-Q or our current reports on Form 8-K (along with any exhibits and amendments to such reports), as well as our news releases or any other written or oral statements made by or on behalf of us, may include, directly or by incorporation by reference, forward-looking statements that reflect our current view (as of the date the forward-looking statement is first made) about future events, prospects, projections or financial performance. The matters discussed in these forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied in or by such statements. These risks and uncertainties include:

- competitive pressures in the markets in which we operate, including pricing pressures;

- increasing consolidation in the healthcare industry, which could give the resulting enterprises greater bargaining power and may increase pressure on prices for our products and services;

- uncertainties due to government healthcare reform;

- changes to the prescription drug reimbursement formula and related reporting requirements for generic pharmaceuticals under Medicaid;

- material reductions in purchases, non-renewal or early termination of contracts, or delinquencies or defaults by key customers;

- risks associated with the generic pharmaceutical sourcing venture with CVS Health Corporation, including those relating to our ability to realize and maintain the benefits from the sourcing venture;

- actions of regulatory bodies and other governmental authorities, including the U.S. Drug Enforcement Administration ("DEA"), the U.S. Food and Drug Administration and other agencies within the U.S. Department of Health and Human Services, including the Centers for Medicare and Medicaid Services, the Office of Inspector General and the Office for Civil Rights, the U.S. Nuclear Regulatory Commission, the U.S. Federal Trade Commission, the U.S. Customs and Border Protection, various state boards of pharmacy, state controlled substance agencies, state health departments, state insurance departments, state Medicaid departments or comparable regulatory bodies or governmental authorities or foreign equivalents that could delay, limit or suspend product development, manufacturing, distribution, importation or sales or result in warning letters, recalls, seizures, injunctions or monetary sanctions;

- the possibility of civil fines levied against us (in excess of the reserve we have accrued) by the U.S. Department of Justice for conduct covered by the settlement agreement that we entered into in connection with the DEA's suspension of our Lakeland, Florida distribution center's registration to distribute controlled substances;

- the loss of, or default by, one or more key suppliers for which alternative suppliers may not be readily available;

- unfavorable changes to the terms of key customer or supplier relationships, or changes in customer mix;

- changes in manufacturers' pricing, selling, inventory, distribution or supply policies or practices;

- changes in regulatory policies regarding pharmaceutical manufacturer product pricing practices;

- changes in hospital buying groups or hospital buying practices;

- changes in the frequency or magnitude of brand or generic pharmaceutical price appreciation, restrictions in the amount of inventory available to us, or changes in the timing or frequency of generic launches or the introduction of brand pharmaceuticals;

- uncertainties relating to market conditions for pharmaceuticals;

- uncertainties relating to demand for our products and services;

- changes in distribution or sourcing models for pharmaceutical and medical/surgical products and services, including an increase in direct and limited distribution;

- the costs, difficulties and uncertainties related to the integration of acquired businesses, including liabilities relating to the operations or activities of such businesses prior to their acquisition, and uncertainties relating to our ability to achieve the anticipated results from acquisitions;

- uncertainties relating to our ability to achieve the anticipated results from the acquisition of The Harvard Drug Group;

- risks and uncertainties relating to the acquisition of Cordis, including the ability to achieve the expected synergies and positive impact to operating results and the additional risks the Cordis acquisition will subject us to relating to regulatory matters, legal proceedings, tax laws or positions and global operations, including the effects of local economic environments and currency volatility;

- risks arising from certain of our businesses being Medicare-certified suppliers or participating in state Medicaid programs, which business are subject to accreditation and quality standards and other rules and regulations, including applicable billing, payment and record-keeping requirements;

- risks arising from certain of our businesses manufacturing or repackaging pharmaceuticals, which businesses are subject to federal and state laws that establish eligibility for reimbursement by federal and state healthcare programs;

- risks arising from possible violations of the U.S. Foreign Corrupt Practices Act, Chinese anti-corruption laws and other similar anti-corruption laws in other jurisdictions and U.S. and foreign export control, trade embargo and customs laws;

- risks arising from possible violations of healthcare fraud and abuse laws;

- risks arising from our collecting, handling and maintaining patient-identifiable healthcare information and other sensitive personal information, which are subject to federal, state and foreign laws that regulate the use and disclosure of such information;

- changes in laws or changes in the interpretation or application of laws or regulations, as well as possible failures to comply with applicable laws or regulations, including as a result of possible misinterpretations or misapplications;

- our ability to introduce and market new products and our ability to keep pace with advances in technology;

- our ability to maintain adequate intellectual property protections;

- costs or claims resulting from potential errors or defects in our manufacturing of medical devices or other products or in our compounding, repackaging, information systems or pharmacy management services that may injure persons or damage property or operations, including costs from remediation efforts or recalls;

- the results, costs, effects or timing of any commercial disputes, government contract compliance matters, patent infringement claims, *qui tam* actions or other legal proceedings;

- disruption or damage to, or failure of, our information or controls systems, including in the event that the Pharmaceutical segment's planned multi-year systems upgrade is not effectively implemented or fails to operate as intended, or a data security breach;

- disruptions to the proper functioning of our critical facilities, including our national logistics center;

- the costs, effects, timing or success of restructuring programs or plans;

- significant charges to earnings if goodwill or intangible assets become impaired;

- increased costs for commodities used in the Medical segment including various components, compounds, raw materials or energy such as oil-based resins, cotton, latex and other commodities;

- shortages in commodities, components, compounds, raw materials or energy used by our businesses, including supply disruptions of radioisotopes;

- the risks of counterfeit products in the supply chain;

- risks associated with volatility and disruption to the global capital and credit markets, which may adversely affect our ability to access credit, our cost of credit and the financial soundness of our customers and suppliers;

- bankruptcy, insolvency or other credit failure of a customer or supplier that has a substantial amount owed to us;

- risks associated with global operations, including the effect of local economic environments, inflation, recession, currency volatility and global competition, in addition to risks associated with compliance with U.S and international laws relating to global operations;

- difficulties or delays in the development, production, manufacturing, sourcing and marketing of new or existing products and services, including difficulties or delays associated with obtaining requisite regulatory consents or approvals associated with those activities;

- adverse changes in U.S. or foreign tax laws, unfavorable challenges to our tax positions and payments to settle these challenges; and

- uncertainties relating to general political, business, industry, regulatory and market conditions;

- other factors described in the "Risk Factors" section of the 2015 Form 10-K.

The words "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions generally identify "forward-looking statements," which speak only as of the date the statements were made, and also include statements reflecting future results or guidance, statements of outlook and expense accruals. We undertake no obligation to update or revise any forward-looking statements, except to the extent required by applicable law.

# EXHIBIT 36

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference

## EVENT DATE/TIME: FEBRUARY 10, 2016 / 1:50PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference**

## CORPORATE PARTICIPANTS

**George Barrett** *Cardinal Health, Inc. - Chairman & CEO*

**Sally Curley** *Cardinal Health, Inc. - SVP of IR*

## CONFERENCE CALL PARTICIPANTS

**Dave Larsen** *Leerink Partners - Analyst*

**Terri Towers** *Neuberger Berman - Analyst*

**Marshall Gordon** *ClearBridge - Analyst*

**Chris Lafayette** *The Clark Estates - Analyst*

## PRESENTATION

**Dave Larsen** - *Leerink Partners - Analyst*

All right. So hey, everybody. I'm Dave Larsen, the healthcare IT and distribution analyst here at Leerink Partners.

I'm delighted to have George Barrett, the CEO of Cardinal Health, with us today along with Sally Curley from Investor Relations. So thank you George and Sally for joining us. I really appreciate it.

So why don't we get started. There's obviously a lot of chatter in the market around generic price inflation.

It looked like there was some incremental decline in the benefit from generic pricing from fiscal 1Q to fiscal 2Q. Can you maybe just talk about where we are in terms of overall generic pricing and how you see these trends going forward?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Sure, Dave, we have some official business to take care of first.

**Sally Curley** - *Cardinal Health, Inc. - SVP of IR*

It's the dramatic reading of the forward-looking statements. During this presentation we will be making forward-looking statements. Our actual results could differ materially from those projected here today. For information about factors that could cause actual results to differ from today's projections, please refer to our SEC filings which you can find on the investor page of our website.

So with that, George,

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I love that part. Good morning everyone. So yes, this is as I said this has been a noisy subject over the last month or so.

So let me just sort of context first. Generic pricing is one element and one moving part in a very complex and I think really successful generic program that we conduct. So I'll come back to that.

The other thing I'd like to sort of give you some perspective on what we've said about generic manufacturer pricing over the last probably 18 months, maybe a little longer, you know the period in 2014 and 2015 were periods where on an aggregate basis we saw some significant inflation.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



We always try to remind people that when you're talking about inflation and deflation in generic prices we're really talking about thousands of SKUs that are moving all the time and the number of products that really move the needle in the aggregate is relatively small.

So you have thousands of products that behave and continue to behave as we've seen them quite typically. And then you have a smaller number of products in the hundreds, that number can be 200, can be 250, can be 300 products where you see more significant movement up and down and that can move the needle up and down.

We had seen during late 2013 and 2014 relatively, in the aggregate relatively higher levels of manufacturing pricing than we had seen prior. And so we began to say publicly that we expected that to moderate. And in fact, it did moderate a little bit later than we modeled and probably a little more steeply than we modeled but all sort of within our band of expectations.

So this is again I always have to put this into some broad context that we're talking about a relatively small number of products that tend to cause the aggregate number to be inflationary or deflationary. As Cardinal Health we have been very successful in environments where the aggregate number is deflationary and we've been very successful in periods where it inflationary.

Over the last five years our non-GAAP compound annual growth rate has been in the mid-teens. And we've gone through all of that during that stretch. So that's probably the broad context.

What we've said about it coming out of our Q2 was just essentially that, that we did see some moderation, we called that out as one of those factors that are very hard to control and model along with foreign exchange, that might affect, influence our ability to hit what we said is the very top range of our guidance which was $5.15 to $5.35. And so again I want to be very explicit, it's just one of many factors and as I said we modeled moderation coming into this year.

It happened a little later and a little more steeply and that's sort of described. But just for what it's worth again context that guidance for our fiscal 2016 which ends in June is 18% to 22% growth.

---

**Dave Larsen** - *Leerink Partners - Analyst*

So you have a very resilient business model. Cardinal has obviously work through a lot of these various inflationary or deflationary trends over the past several decades. There's been an unusual amount of price increases on a select number of products on some generic products in 2014.

We're now working through that. As the former head of Teva North America, can you talk about what causes these generic price increases? And really when do you think we're going to actually get through all this and what might cause a deceleration in these price increases?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So again I have to just qualify, when you say throughout this it sounds like it's a moment in time, discrete thing that happened and stopped happening. These are thousands of products that are moving all the time, thousands of products that are moving all the time.

And again I'm happy to give some observation. I really don't want to be doing it as Teva is its own company and they should speak for themselves, obviously, and I'm sure they do. I do have some history in this and so here are some of the dynamics that influence price.

You just have to remember as you're thinking about generics every product is its own market. So while that's probably a huge modeling frustration for everybody that's the reality that each product actually is its own market. And so the price of that product is influenced by a number of things, how many players are in that product or even in the SKU specific that specific size strength, who are those players?

What is their strategic positioning? For example are they vertically integrated, how critical is volume to them? You might see different behavior with an organization that has high vertical integration on a particular product.

3

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Are there any shortages on raw materials, are there intermediates that are used in raw materials? Is there a 43 that we can see an FDA observation that looks like one company may have some issues from a regulatory standpoint? What's the product used for and what channel it goes through?

Each one of these things affect the price of a given product. I think what we saw -- so what might've caused some of those movements as we saw over the last couple of years, well we certainly saw more shortages. We certainly saw more disturbance in the supply chain.

As you know a lot of that was quality/regulatory/FDA related between the manufacturer and the regulatory agencies. And I think part of that dynamic, again hopefully I'm not this is not to poke anybody, it's a global supply system. It has been for many years.

FDA's traditional oversight work was more heavily US-based and as the industry became more globalized FDA had to adjust to that and began to reach its regulatory reach more globally. And I think for some companies it was hard for them to prepare for that regulatory oversight.

And so I do think what we had was an evolving dynamic between those companies that were producing those companies and the regulators. And it was just one sort of catching up to the globality in some ways of this industry.

So I think that's to some extent we saw a lot of disturbances in that time. And particularly in injectables where there weren't that many manufacturers actually. So I think that was part of the dynamic.

The other might've been an occasional acquisition that increased concentration in a particular product or some other dynamic, a shortage of raw material that can happen at a given moment. So I think what we saw was a number of those things coming together that drove an environment where there were probably more prices being increased. But again, we're still talking about a relatively small subset of the overall system and I just have to remind everybody of that all the time.

---

**Dave Larsen** *- Leerink Partners - Analyst*

Okay, that's very helpful. If anybody has a question please raise your hand. We have a mic runner, so we're happy to field questions from the audience.

Okay, can we talk about Red Oak and how is this joint venture progressing relative to your expectations? And are there any sort of dynamics that are evolving in the overall market given the formation of WBAD and Red Oak?

---

**George Barrett** *- Cardinal Health, Inc. - Chairman & CEO*

Yes, let me talk a little bit about Red Oak and it might actually have a calming influence on the noise around price which I don't know how to say is continues to feel extraordinary overblown to me. So it's been a fantastic venture for us.

We devoted we signed that deal late in 2013. We took the next nine months to study every way that we operate the two companies because they have helped us see some things a little differently than the way Cardinal does it. And we studied how we wanted to go to make this in some ways really a win-win proposition for the manufactures.

It was very clear that we felt that the aggregation of shares, the ability to move market share for manufacturers was very dynamic and very powerful. And that was really at the heart of this, that we wanted to be able to say to a manufacturer we are going to move 1,000 units of X and when we say 1,000 units it's 1,000 units, you can bank it.

We had to harmonize to be able to go to market and we really simplified it for the manufacturer. And so part of what we did with them is to say look, we are coming together as companies. You're not going to love everything that we do that's true for us and we have large customers sometimes that can be demanding but what you're going to get in return is absolute clarity on what the terms and conditions are.

4

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



You know exactly what you're going to pay for it. You know exactly what kind of share you're going to get. We're not going to be spec buying.

You're not going to have to deal with the lumpiness of product movement. You're going to have transparency. So I think what we've been able to do is to really make a powerful entity that is one voice.

The manufacturers know they are negotiating with one entity, not three, not two, one entity. And that group has extraordinary knowledge of the global supply system, everything that you could possibly know, deep analytics on that supply system.

And I think we offer a very compelling value proposition for those manufacturers. Even though we are a large customer they know that when we make a commitment we make a commitment and that there's great clarity on how they are going to transact with us.

Having lived on the other side of this for most of my career, that's a really important thing, knowing what my net achieved cost and volume is going to look like, particularly as I'm planning production. And as you know supply in the generic system can move around. So that's been really powerful for us.

We're excited about the way it's going. We have been hitting our numbers. As you know, those of you who have followed us the deal involved a set of payments every quarter.

There was a another threshold that we set up if we achieved additional milestones we actually build that into our 2016 because we have achieved those milestones and there's one more that would happen in the next fiscal year if we achieve these other milestones. It's been for me a very exciting combination and part of what happens also is that it really operates as its own unit.

And then CVS Health does its thing, having sourced products with this entity and Cardinal Health does its thing having sourced products through this entity. And I couldn't be more excited about it. I think it's a great tool.

---

**Dave Larsen** - *Leerink Partners - Analyst*

That's very helpful. And I think Cardinal is making the incremental payments to CVS because you've exceeded the savings that you had expected to, is that correct?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, so again I can't go into great detail but as you would imagine we created these milestones that were going to trigger payments to CVS if we achieved something that was going to be valuable to us. And so, therefore, we wanted it to be valuable to both of us.

So these were all about targets that we laid out and we've been able to achieve those. And I feel very optimistic about our ability to continue to drive growth there.

The other thing I would add to Red Oak which is to the Red Oak story is that both Cardinal Health and CVS Health have been growing our volume that's going into that entity. Our growth has been tremendous organically as Cardinal Health and we acquired Harbor Drug and we've made a number of moves to increase our generic volume.

CVS Health in its own way growing in its own business, it's made its move with Target and with Omnicare, all of which means that both of us are contributing additional volume into that entity which is negotiating with manufacturers and giving them the opportunity to move significant share. So I think it's been sort of a virtuous cycle.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference**

**Dave Larsen** - *Leerink Partners - Analyst*

A question in the front. And can you please highlight your name and which firm you're with?

---

## QUESTIONS AND ANSWERS

**Terri Towers** - *Neuberger Berman - Analyst*

Sure. Terri Towers, Neuberger Berman. Can you walk us through what you think the benefit of Red Oak is in you getting new customer wins?

And then can you also give us a little more detail on your latest customer win that was the Optum contract? I think when folks hear mail-order they get a little nervous about profitability.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So let me do the second one first just because it sort of easier and just mechanical. We haven't given a lot of detail and we typically don't on any individual contract other than to say that it is slightly accretive.

By definition the mail-order business tends to be lower margin rates but it contributes to our margin. And frankly we're very happy to have that and I would hope that our shareholders would be very happy to have it.

The second part was really about how Red Oak's sourcing might be valuable as we look for new business and ensures the concept, Terri, I think if you look at the history of the industry let's say over the last decade and you look at the buyers of generic drugs, the purchasers of generic drugs and if you drew them each one in terms of their size in a bar and let's just for fun go back a decade and we had let's say Walgreen and CVS as the two largest players and then you had other players like Rite Aid and Walmart and Kaiser and fill in the blanks, all the companies that have been part of our retail system. The gap between one player and the next 10 years ago was considerably smaller. And so if I was number six on that list and if you drew a line down from, for those dialing in I'm pantomiming here, so the number between five and what was up at large.

So if our sitting in that seat as a retailer or as a large buyer I might've said look, the way to go here is to try to do what the biggest guy is doing and just buy directly. That's the secret sauce.

Well, that made a lot more sense when the gap was a lot smaller. But I think as the gap between the purchasers in the system widens, if I'm number five I have to look up and ask myself the following question: am I competitive in the market doing it this way buying directly? And I think that's a different conversation today.

So I do think what's happening as we are picking up business. Some of this is very subtle. And let me give you an example, you might have a customer who is sort of a hybrid buyer.

That's not unusual, they could be a mass merchant or a grocery chain or a small chain and they buy some directly and some through a partner, through a distribution partner. Small swings in that can be very valuable. So if they were doing 75/25 and it suddenly goes 60/40 I'm happy to see the growth.

Because we can also then demonstrate our ability to serve that account very effectively. And of course more volume is a good thing. So it's sort of that flywheel that I think is beneficial.

So I think we could increase our ability to serve our customers and actually serve them at a very tense time in the industry at a time where reimbursement pressures really exist. So I'm really excited about what it offers our customers. And so hopefully that helps.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference

**Dave Larsen** - *Leerink Partners - Analyst*

So you can basically provide good pricing and good services to your existing customers, potentially win incremental share from your existing customers where they may have been buying some products direct previously, it now makes sense for them to buy through Red Oak and this can benefit all of your customers and supply chain and it makes Cardinal more competitive.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Just to be clear just because these little tiny words matter. They actually don't buy through Red Oak, right, they buy through Cardinal or they buy through CVS Health in CVS's book of business but they get the benefit of that acquisition cost that we're doing through Red Oak. Just want to make sure, I know it's a nuance but I want to be --

**Dave Larsen** - *Leerink Partners - Analyst*

Okay, very helpful. And what other sort of value does your improved or deeper relationship with CVS bring to Cardinal? So you've got Cardinal Health at Home, are there any other potential soda projects that you could work on with CVS and bring some of your products through their stores possibly?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, so this obviously is tricky for me to discuss. I would only say that it certainly has deepened our relationship.

We find them an incredibly thoughtful partner. And we're of course going to be creative about how we might do things together that create value in the system. And so we'll continue to think about those things, but it's not really my place to speak for us at this point.

**Dave Larsen** - *Leerink Partners - Analyst*

Sure, okay. And then a question? Please state your name and firm please.

**Marshall Gordon** - *ClearBridge - Analyst*

Hi, Marshall Gordon from ClearBridge. I wanted to get a sense of what you think the sort of core growth rate is of revenues and potentially EBIT in the distribution, in the drug distribution business?

And is it fair to think that margins are actually it's going to be harder to expand given where the mix is going more towards branded over time and that we're really going to have to see revenue growth? Help me understand --

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, so I can't give you -- the question is about disaggregating the revenue by organic and what's -- this is really hard to do. The only thing I can call out is that you know we picked up a large mail-order piece of business.

And you guys we've never disclosed the exact revenues. I think maybe you can probably back into that, it's a good-sized number. Most of our growth has been organic.

So it's been exciting. I think part of that is expansion of products but some of it is just mix.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



So as you said let's take an example, the hep C products generate a lot of revenue as we've seen over these last 12 months. Less margin rate but they generate margin.

So I think here's what I focus on, Marshall. Because mix is a dynamic I focus on the levers that we have that can influence margin, how efficiently we operate, how are we managing SG&A, how good are our analytics around pricing.

So I think that picking up that kind of business dilutes rate but it improves our margins and overall our growth. It improves profitability. It improves our return on invested capital and it improves our strategic positioning.

So we will from time to time have things that move, especially in pharma because the revenue numbers can swing so much, that move rate but the underlying trends for me are very, very positive right now. I feel as good as I felt in quite some time about our basic performance of our business. But we're going to have these mix dynamics always at work.

**Dave Larsen** - *Leerink Partners - Analyst*

Okay, that's great. So as CEO of the firm you've obviously grown your specialty business over the past five years. Can you talk about what your overall strategy is with regards to specialty and why and how you've been able to grow it so much.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So just generally and you guys know this well the market is in some way sort of becoming bifurcated where 86%, 87% 80% of prescriptions are flowing are generically filled but a fairly significant amount of the dollars are going into specialty. And if you look at the pipelines of any biopharmaceutical company, specialty is heavily represented.

For us we really we were relatively small player five or six years ago. We were probably a $1 billion specialty business and we really needed to increase our position both downstream and upstream.

Downstream across therapeutic areas, so we have some strength in oncology but we really needed to broaden that in terms of some of where the development opportunities are. Rheumatology is important, dermatology is important. So we've done some important things to expand our positioning with those downstream players and provide more tools to them.

The same is true for our biopharmaceutical partners upstream. Those companies want to connect deeply as much as possible to those patients. That often requires certain kinds of services, and we have all kinds of services that we provide them: a patient hub for patient support, call centers, regulatory and clinical affairs.

We've got a health economics group and so we're able to provide more tools to the manufacturers as well. And so in order for us to be successful, and we expect this year that we'll cross $8 billion in the specialty business, we have to be strong in both directions and we've just worked really hard at it. We've attracted some very good talent and I'm proud of the work our team is doing.

**Dave Larsen** - *Leerink Partners - Analyst*

Okay. And what customer segment are you typically focused on, what specialty? Are you delivering primarily into doc offices and/or hospitals or all of the above?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

**FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference**

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

It's all of the above. And remember specialty for us is really a couple of lines of business. It's specialty distribution and it's all the services that go with it.

I would also remind you just for those of you who follow some of our publicly traded peers. We all define this a little bit differently and it's probably very frustrating. So for us what we call specialty runs physically through our specialty organization.

So for example, the hep C products which for some companies are regarded as specialty for us are not. They are just in our pharmaceutical distribution, our traditional pharma model. So just want to make sure I clarify that.

**Dave Larsen** - *Leerink Partners - Analyst*

Okay, great. And then how are you thinking about biosimilars?

We've seen a couple come to market. Any thoughts on the incremental profitability of biosimilars? And maybe you can talk about where the source of the earnings or the incremental earnings from biosimilars will come from, is it more margin or services?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So look, I do think we're going to see biosimilars. We've seen one or two, there was as you know an advisory board hearing yesterday on what will happen with the biosimilar to REMICADE.

The way I see this, and in many ways it's the way I saw it when I was in a different seat, I still believe that most of these products will be individual product markets with very distinct characteristics. And so I don't know that I tend not to think of them as a biosimilar segment or a biosimilar industry.

I think of them as specific products in therapeutic areas directed at a particular patient population and we could see very different behavior. I think in the absence of an A.B. rating, again that's a very important dynamic in the current generic system, because it essentially speeds up the commercialization.

So if you think about what we're seeing now on the biosimilar side is some breaking of the logjam on the regulatory side on how to get to market. But in the absence of an A.B. rating you're still going to have to commercialize that drug. And you've got patients that have particular needs and you've got physicians who are going to have their own preferences.

And then there are going to be pressures in the system to reduce costs. So you're going to have all these forces coming together.

I think there's an opportunity for us in this world but I think in some ways the work that we've done in specialty actually is an enabler of those of that value coming in the biosimilar world because I think they are going to require services and tools. The commercialization is not simple, it's not like you put it into the system and the A.B. rating polls it through.

So in the absence of that, and we could see A.B. rating at some point, but in the absence of that I think we're going to see a system that's going to require some commercialization skills, some service components and some touch points to the physicians and data. And so that's why think each product is going to have its own characteristics.

But I think there's an opportunity for us much as we see today more like specialty and that can evolve over time. A decade from now could look quite different.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference

**Dave Larsen** - *Leerink Partners - Analyst*

Okay. Question?

**Unidentified Audience Member**

First on the profitability perspective, it would be below generics but above branded. And then if you don't have interchangeability is that better for you because you can sell more services?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So for those who didn't hear the question was what does it mean for profitability? And the answer is I don't know. I think it depends on the products and the services that we provide.

There could be products in which the service that for a quote generic companies that doesn't have any of those tools compared to a major pharma company, that service offering could be very valuable and we could be compensated very well for doing that very important work. If it's A.B. rated it probably has different characteristics and maybe depending on what channel that goes to Red Oak comes into play. So it's very hard to give you a really crisp answer on what each product would do on a margin basis.

**Dave Larsen** - *Leerink Partners - Analyst*

Can we touch on capital deployment and China and are there other markets across the globe that may be attractive to you?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Sure. Well just a couple of quick observations about China. China continues to go well for us.

Obviously there's been a huge amount of noise around China particularly for industrials. The healthcare world in China is different. The Chinese government is still very committed to trying to provide healthcare to its population.

You still have large populations moving to the city. And they know as a government that if they are going to increase consumption, domestic consumption which they are very committed to, people have to have some kind of safety net. So healthcare continues to grow and we're continuing to grow in China.

I think with an additional presence through Cordis in China we have a bigger footprint. I think we are a very interesting partner in China because again we can operate with our business practices. And I think that might be some provide some security for people wanting to do business in China.

In terms of capital deployment our philosophy continues to be as it was, we will invest in our core business is doing very well and we want it to stay healthy and robust and all the bridges and tunnels to be working effectively, for us that's particularly IT systems. A lot of our capital spending as a Company is to deal with this very complex IT system. So we'll continue to invest there.

We believe the dividend is important for us and we'll continue to -- we've said publicly we'd like that to grow roughly in line with our earnings. We continue to look at opportunities to deploy capital in businesses, acquisitions or partnerships that increase our value at a time of change in the healthcare system and help create really long-term sustained competitive advantage.

10

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



I feel like the moves that we've made if you think about the trends AssuraMed really touches on that trend, it's now Cardinal at Home, of care moving to the home. I think the acquisition of Cordis, if you think about what's happening with some of the payment models and some shifting from fee-for-service to fee for outcomes, combining products and services into that Cath Lab is a valuable proposition.

So we will continue to look for opportunities but we want to make sure that those opportunities either improve efficiency through scale or something else or really help position us on the right side of some of these important trends that are happening in healthcare. And so our general philosophy, and of course repurchases, we've got $700 million left as of last report, last public report on our share authorization. And we won't be shy if we think it's important for us to repurchase some shares at a given moment.

**Dave Larsen** - *Leerink Partners - Analyst*

Any thoughts on Europe? Some of your competitors have entered Europe obviously, so any general thoughts there?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Europe is a lot of markets and we like to think of it as Europe, I think given my experience in the global pharmaceutical side of it, I came to understand that there are multiple kinds of healthcare markets around Europe. Some that look a little bit more like the US not terribly, some that look more like tender markets, some that are peer national controlled health systems.

And they really vary a lot. And so we don't tend to look at Europe just as a single entity. We look at markets, number one.

Number two, we use in some ways to different lenses in looking at our business internationally. From the product standpoint products move across markets generally, again there can be differences, more efficiently and create scale and production, then services which translate with a greater challenge.

That doesn't mean you can't create value in service business from one market to the other. But it's a much different lift than on a product basis.

So we sort of use two sets of eyes as we look at those opportunities and we try to be very disciplined about it. There are opportunities in Europe in the service side that we've decided we have plenty of time to continue to watch and see how that unfolds.

And on the product side there are some moves that we've made to enhance our ability to push some of our products on a global basis. So we'll continue to look around the globe but do so with care.

Now I would add that what Cordis has done for us is actually given us a footprint in some additional markets which is nice to have. So we can decide how to use that platform in any given market to see where there's opportunity.

**Dave Larsen** - *Leerink Partners - Analyst*

That's great. So speaking about Cordis, why don't we focus on the medical division?

Maybe we can talk about the Cordis deal, how is that performing relative to expectations? And maybe you can talk about naviHealth and Cardinal at Home, like what do these various solutions bring to Cardinal's overall capabilities and your ability to serve your IDN customers?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So first I'll talk about Cordis, but let me just bring together one concept. We have a tendency because we report, we have an obligation to report in sectors or in some kind of a system, we report in a pharmaceutical sector and a medical sector.

11

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference

Increasingly what's happening with these converging customer base is we don't go to the market as a sector or as a line of business. We're going as Cardinal Health saying to let's say a very complex, integrated delivery system we know what you're going through.

Used to be a teaching hospital and a community hospital and a clinic and you are now a teaching academic medical center plus 10 community hospitals, plus an affiliation abroad, plus all of these physicians' offices, surgery centers, GI centers, oncology clinics. That is a daunting task for many systems and I think we bring to them a set of solutions across the enterprise that is really becoming increasingly attractive.

So I just wanted to highlight that even though I'll talk in the sectors and we report in sectors we don't sell as a sector. We sell as Cardinal Health. Cordis has been a really exciting move for us, and again let me just start with the basics.

It's early, we just closed the deal in October. That was I think a great effort to close right on our timetable because it was a lot of markets, a lot of moving parts. We're off to a very good start.

As we said at the end of our second quarter, things are going as expected. Net-net we're about where we expected to be, one market a little up, one market a little down. We've had great retention of talent and actually we've been able to attract some talent in some cases back to Cordis.

What we are finding interesting is that the combination of products and services matter. So and that will matter increasingly if payment models continue to evolve. So in a fee-for-service system I still think it matters.

But to the extent that we start seeing let's say payment for bundles or episodes of care or call that maybe the more blunt instrument capitation, then if I'm a Cath Lab I care about waste. I don't want to throw bunch of devices out. I care about the management of my inventory.

I care about whether or not there's a potential to ever expire an implant -- an expired device. We have tools, service tools for everyone of those things. And so we're able to go to these customers with a comprehensive set of products and solutions and services that is beginning to resonate.

One real indicators to me is we started getting calls from our European, our new colleagues saying can you guys come and make a presentation to this customer about this. It matters. And it's safer, it's more efficient, better outcomes for patients.

And we're also I think seeing opportunities to fill out that bag. We don't have to do research to fill out that bag. We'll be doing development and we'll be doing in partnerships.

But you're not likely to see us be have a research-based medtech. Other people will move that path and that's the right path for them.

So we're really excited about where we are to date. But again its early and declaring victory after three months is not a way to go.

You have a question. Hi Steve.

---

**Unidentified Audience Member**

Hey, George, thank you. On that Cath Lab market, I am curious as you have at least one competitor in Medtronic now who does manage Cath Labs in Europe, that inventory control and all of those activities. Would you ever envision you guys moving into that type of a service business?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

So I'm not going to answer that precisely because I don't know how to answer it. Here is what I will say which may be a little counterintuitive.

I think we're entering a healthcare world where the complexity, the global complexity is such that and the convergence of customer types is such that you're going to see a lot of companies doing things together. So our work with CVS is just an example, but I think that what we are going to

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



see our companies that often you see as competitive may find that they actually have some complementary skills in certain markets. And you could find that we could find that we're working together with one company in a certain market and we're competing in another and that's totally normal.

And I like to say that there is a company that we work with and this is I think an evolving issue in healthcare, we have a company that we do business with. They are a competitor in some lines of business.

They are a customer in certain places. They are a supplier in certain places and we partner in certain places. And that's part of life.

So I think we're going to sort of be open-minded about how we compete. I wouldn't necessarily steer to that outcome. But I would say we're going to be very thoughtful about how we might work and work in some cases in partnership with companies that are in the same field.

---

**Unidentified Audience Member**

Thank you. Maybe one follow-on. You alluded to bundles a minute ago.

We do have an emerging now in the orthopedic space, kind of an MSA by MSA bundle. I think 68 regions that are going to be capitated for hips and knees. Do you have the critical mass there with preferred products to compete for a winnowing of that portfolio of offerings or do you need to get bigger?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I think on the ortho, I'm sorry, on the cardio side yes, on the wound management side yes, on the ortho side we're probably still a little thin. So we're a little too heavily focused in the pure trauma. And so it's an area that's certainly on our minds and very interesting.

---

**Sally Curley** - *Cardinal Health, Inc. - SVP of IR*

And naviHealth too.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

And there was a question about naviHealth. So I want to share something about naviHealth, it's a small, economically for us as you guys know if you follow us but there's not a large deployment of capital necessarily and they are a small company, early-stage company.

But the work they are doing is incredibly important and again it follows, for us it aligns with a thesis that we have about what's happening with care. Care will be delivered in more coordinated fashion and care will be delivered in different settings. And what's going to happen in the acute care setting you're going to find really sick people.

That's what should happen as our healthcare system evolves acute-care hospitals should be for really sick people. And the rest of care is going to be delivered in different settings.

And naviHealth has incredible tools for helping at this critical moment of discharge. The moment of discharge is actually one of our crisis moments in healthcare because a person discharged to the wrong setting or without great clarity in what's supposed to happen post discharge will rebound back to the hospital and often in the ER.

So what naviHealth is able to do is help direct the patient given heavy data and analytics and knowledge of that patient and their condition to which side is most likely to be healthiest, safest and most cost efficient. So for example if you send a person to a long-term care facility and they

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



really should be in rehab or they should be home with nursing follow-up three days a week and two days a week of physical therapy, they will decline in that long-term care facility. And the opposite is also true.

So what naviHealth does is help, this a critical dynamic, and again this is all aligned with our point of view and the same with Cardinal at Home that care is going to be pushed out. We're going to have 20 million people over the age of 80 in the United States by 2025.

They are not all going to be in hospitals. We're going to have to care for them in some different way.

So all of the moves that we've made sort of align with a point of view on how care is going to be in a sense redistributed through the system, delivered in different settings possibly by different caregivers and we're trying to make sure on this side of those trends. So naviHealth has been it's triggered some really interesting conversations with our customers. They are very interested in this space.

---

**Dave Larsen** - *Leerink Partners - Analyst*

Can you remind us generally how many hospital customers you have? Couple thousand?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Gosh, thousands, yes.

---

**Dave Larsen** - *Leerink Partners - Analyst*

So as risk migrates from the health plans towards the providers and these IDNs you have solutions naviHealth, AssuraMed that can basically enable them to manage that risk effectively and prosper in a more capitated environment?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I think we can help. No single company has all these solutions to this. But what I think what these systems are going to look for are partners that can help them with any part of this.

I will just add another basic part. Our private label consumables, standardization occurs in every other industry to improve outcomes, reduce safety events and make it more efficient. And yet in healthcare there are lots of places we don't do it.

Our private label program on consumables is designed basically to say to them look, we'll help you standardize on these things. That is another valuable tool. So I think what we're doing is going to these customers with a set of tools.

I would also add again this is where the medic and pharma connect. We have a medication therapy management business, our clinical pharmacy group, so we can follow that patient post-discharge. And that's all part of the value proposition.

---

**Dave Larsen** - *Leerink Partners - Analyst*

A question from the audience and please state your name and firm. Thanks.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference**

**Chris Lafayette** - *The Clark Estates - Analyst*

Chris Lafayette, The Clark Estates. On the theme of the evolving healthcare landscape is there anything, is there any rhetoric on the campaign trail or coming out of Washington that you think would cause you to change this strategy that you've talked about or would require a change in your business model? How are you thinking about that?

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, thanks, good question. Actually it's probably made me feel a little more comfortable about our business model. I think we really are still our value proposition is being about that business that can help you navigate these new dynamics.

Some of the rhetoric is difficult. Obviously all the discussion around drug pricing certainly creates noise in the system and a lot of tension. And we're following it very carefully.

In some ways we're of course the second order effect of what happens in that world so clearly we follow it. But a lot of the discussion is around coordination of care and payment for value and safety and patient safety. These are all areas and care moving to more ambulatory settings.

So that conversation, that discourse publicly we're just fine with. But yes, there certainly are some other dynamics that are more troubling. And I think we all need to watch those.

**Chris Lafayette** - *The Clark Estates - Analyst*

I personally find it very interesting how your strategy is aligned with reducing the overall cost of the healthcare system. You've invested in AssuraMed which is obviously a home health enterprise.

The costs at home are obviously far less expensive than what an inpatient stay is. The whole purpose of a naviHealth investment is to basically make sure that the members basically receive care in the proper setting at the right cost. And you're working with IDNs to basically accept more of that actuarial risk which maybe they are now more prepared to do given that they all have EMRs via the meaningful use program.

So I find it interesting that this is a core part of your medical strategy. And it also ties into your pharma strategy as well.

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, we almost actually have a vertical, it's too much in its infancy to call it, we almost have a vertical that's in post-discharge at this point that really is about that moment after at discharge and post-discharge. So I think what we found, maybe this is and I don't know if this is going to sort of be mom and apple pie, but our conversations are changing with our customers.

They are more likely and at the C suite to be more active participants in what's happening in the trenches of that system because the world is changing on them. And they need to know that as systems they can live it both worlds, a fee-for-service world and one that's changing.

And that's an important reminder by the way. This is I get asked all the time in schools or wherever I speak about the challenges.

One of the interesting challenges at this moment is living in the present world, competing to win in the world as we know it today, much of it fee-for-service, and having a point of view on the future and making the right measured bets on how to position for that. And that is sort of the key role in some ways for us as an organization and so we talk about that all the time.

15

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference**

If you just put your nose to the grindstone and you forget about all the things happening around you in technology and healthcare change and policy you're probably going to get blindsided. But if you spend all of your time looking out into the future to imagine what's going to happen and you can't compete day to day then you're going to regret that as well.

So one of the really exciting things about the world today is you have to do both. And I think our organization, we manage capital incredibly efficiently, we're really attentive to our SG&A cost. From a service level our service levels have never been higher.

So we are really attentive to the details of our business. But I do think we have a point of view on where care is going. And I think we've made some measured moves to make sure that we're positioning ourselves to compete in a world that might have some different characteristics.

---

**Dave Larsen** - *Leerink Partners - Analyst*

Any thoughts on the PharMEDium deal that ABC made? Are they trying to get into the hospital space and any thoughts around that?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

Yes, well I mean they are a hospital supplier as are we. So they are already a player in serving hospitals.

I'll be careful here. It's not an unfamiliar asset to us, I guess I'd say that.

And a fine company, not wasn't for us. And I'll leave it at that.

---

**Dave Larsen** - *Leerink Partners - Analyst*

Okay and then any thoughts on the medical division's margins? There's this 5.75% aspirational long-term goal. Any general comments on that?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

I think we feel pretty good about that goal. I think what's happening with our business is really primarily a mix change.

So the medical surgical branded medical surgical business which 10 or 15 years ago was primarily what that med business is about is a smaller part of that business. And what is growing in that mix are the services that we provide the system, are the postacute at home businesses that are growing at a quicker rate, are the consumables in the private label programs that we're doing and the whole PPI strategies.

So all those our growth engines for us. They tend to be higher margin. They are right now getting some good momentum and I think as we come out, remember we've been burdening our P&L with an inventory step-up which is going to turn out to be when the year is done about $0.08.

So that's distorting our numbers down. And so I think we still continue to feel that we're on the right trajectory to grow our margins in medical.

---

**Dave Larsen** - *Leerink Partners - Analyst*

Any last questions from the audience? Just any general thoughts on Henry Schein, your relationship with Henry Schein?

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 10, 2016 / 1:50PM, CAH - Cardinal Health Inc at Leerink Partners Global Healthcare Conference

**George Barrett** - *Cardinal Health, Inc. - Chairman & CEO*

You know what it's done two things for us. We have been incredibly strong across the continuum of care pharmacy, hospital, surgery center, clinic, big practice. Where we were not ever that strong was the small physician practices and it was really much more akin to the kind of work that Schein does in its dental business.

We had a business doing it but we really weren't making that much headway and I felt like we had to reinvent the wheel when it existed out there to do that. So I now can by doing a partnership with them we get our products flowing through those additional channels and we can also go to the IDN and say we think that we can serve every part of your system as efficiently as anybody with no sort of link in the chain that's particular weak. So it's still early days but we're glad to be working with them and it's off to a decent start.

---

**Dave Larsen** - *Leerink Partners - Analyst*

Okay, super. George and Sally, thanks so much for joining us today. Really appreciate it.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT 37

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

## EVENT DATE/TIME: MARCH 07, 2016 / 2:15PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

### CORPORATE PARTICIPANTS

**George Barrett** *Cardinal Health, Inc. - Chairman, CEO*

### PRESENTATION

**Unidentified Participant**

We are going to shake things up this morning at the Raymond James conference. I'm here with George Barrett, CEO. We're going to do more of a town-hall session. I've got some questions, and hopefully you guys will pitch in and help me out because I will quickly run out of questions, I think.

But as I told George, this allows me to do my second favorite thing in the world, which is to talk; so I'm pretty happy about all this. Just a couple of words on Cardinal, and then we will move right into questions.

One of three US wholesalers which control roughly 90% of the US market; largely consolidated. And as we were discussing outside, what's interesting is these companies are all large companies with great balance sheets, and it's interesting to see the strategic direction that they're all taking. They're all doing something different.

What we're going to talk about a lot is broader questions around strategy and longer-term industry trends, not so much about short-term stuff. And again please kick in.

My first question, George, if you look at the December quarter, you were the only one of the three that actually had positive EBIT growth in the US drug wholesale sector. I know you are bigger than just US drug wholesale; but what do you think -- what does the growth model look like in wholesale, in an environment of low script growth, low inflation, and not many new generics? A combination of factors that I have not seen in my 12 years of covering the industry.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

So, good morning. I hope this format works for you all rather than seeing a bunch of pictures and me giving you a quick pitch. Let me just do a qualifier to the description.

Our largest business is pharmaceutical distribution. It's the one that gets the most attention; it's a great business. We're proud of it; we're excited about its future. It is part of the portfolio that is very important to the positioning of Cardinal Health.

What winds up happening is we are invariably compared to a peer group that also have a pharmaceutical distribution business. So I just want to make sure I qualify, because hopefully in the course of the morning you're going to get a picture of the full Cardinal Health, because we don't really go to market as a pure pharmaceutical distribution company.

So (technical difficulty) now I will come back to pharmaceutical distribution. We have a tendency to forget as we are thinking about growth drivers in pharmaceuticals two really important factors. One -- actually, it's sort of three, two I will combine, which is demographics and public health issues.

Script growth has been uneven and choppy. But I would argue that that is largely about shifting benefit design. We've been seeing -- is a system going through some changes; plan design is affecting the way prescriptions are filled; and to some extent actually shifting sites of care is changing how we can measure them.

Our demographic story is extraordinary. We have today 11 million to 12 million people over the age of 80. People talk about the 10,000 people a day reaching Medicare age; actually a lot of those Medicare eligibles are relatively healthy. But what we're seeing is this enormous growth in the population between 60 and 90, so -- and those are essentially the super-users in the system.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



We're going to have 20 million people in the US alone over the age of 80 by 2022 or 2023. That's an extraordinary driver of demand.

Combine that with some public health issues which we still wrestle with as a nation, and while I would say our obesity issue is stabilizing, it's certainly not getting better. So that is driving activity.

I think the other thing is, again, people getting access to some kind of insurance. Again whether you like the Affordable Care Act, don't like the Affordable Care Act, we are going to have something that continues to drive more people into opportunities to have share. So I think we have a tendency to miss that as we are looking at drivers of growth.

The second thing that I think is really important is that we're actually experiencing really a new wave of innovation in the pharmaceutical industry. I remember five or six years ago people talking about pharmaceutical innovation being dead. And in fact at that time I remember saying: You're not really watching very carefully, because the collision of the biological science, what's happening in the biological sciences, and what's happening in Big Data is creating enormous opportunity for very interesting innovation.

That innovation is a driver of growth both of the branded side and as we look to the future of generics to follow. So I think there's some really important things that are happening.

Going back to our business, we have -- I think our value proposition is resonating with a lot of our market here. It's really not just about being able to say we can serve you with pharmaceutical distribution.

We're looking at very highly integrated systems. They are struggling with a lot of issues.

Just think of this. If you used to be a hospital and your job was running a hospital, today that hospital might be an academic teaching institution; it might be four community hospitals with 12 surgery centers and a GI clinic, and oncology clinics, and some doctors' offices. Managing that is a totally different exercise.

So I think we've been able to pick up share because we're able to serve those systems with a lot of lines of business that are helpful. And we picked up some business, we've made some moves from an acquisition standpoint to grow that business.

We've been on a relatively good stretch, and I continue to believe that the demand -- there are very few businesses on earth where you can say the fundamental demand is likely to increase. Demographics tell us the fundamental demand is likely to increase.

The question we wrestle with as a system is: How are we going to fund it? How are we going to pay for it? And I think we're in that inflection point where some of the shift in payment models and benefit design is causing some of the disruption.

---

**Unidentified Participant**

You've -- Cardinal from 1995 to 2007 was a big MNA story. There was a period of time where you shed a lot of those businesses. You've rebuilt the Company with M&A again.

So a couple questions there. One is, if you had to say, what's been the most -- I hate this word -- impactful deal? What's been the deal that probably has fallen the most short?

Then number two, what's different about what you're buying now than what the legacy Company was doing? And why do you think this will turn out better than the last wave of M&A?

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

I will try to answer this without any judgment on historical decisions. I think every company -- Cardinal was an extraordinary growth story, so the 1980s and 1990s, among those leading consolidation of an industry that was way too fragmented and inefficient.

Cardinal was among those companies that helped bring I think real efficiency to that system. I would argue right now the US is the most -- in terms of pharmaceutical distribution and logistics supply chain management the most efficient and safest in the world.

Cardinal went into what people would think of typically as a diversification strategy. A lot of that was really about saying: Look, we're an outsource supplier to the pharmaceutical industry as a distribution player; why don't we provide these other services? And there was some intellectual logic to that. You could really make an argument for why that existed.

The problem I think during those years was the market has to be ready for that. The market has to be willing to say: I see you as a single company, and I went to buy all those things from you.

The second thing, which is critical I think in those diversification strategies, you have to be best in class at all those things. I was on the other side of this, right? I was a pharmaceutical executive; so what we're looking for is best in class in all those things.

And Cardinal over time said: Look, these are not necessarily all fitting. I think the market was saying it. The internal folks were saying it and began to shed those.

We started to rebuild the portfolio with a perspective on where we thought healthcare was going. Here was our point of view.

Demand would increase. Generic drugs were not going to be less important; they were only going to become more important. Specialty, we saw bifurcation in the system: high percentage of our prescriptions in generic drugs, and a fair amount of the dollars in highly specialized drugs.

We saw a system in which care was going to be delivered in different settings, not just in the hospital but in more ambulatory settings, and we started making moves to address that. We thought that care would actually move to the home.

We felt that analytics, predictive analytics, and helping people manage very integrated systems was going to be important. So that we imagined that we'd see these very highly complex IDNs.

And that we thought as part of our perspective on this that one of the inherent problems in healthcare in some ways has been that we tend to customize things that should be specialized, and we sometimes specialize things -- customize things that should be standardized, and we standardize things that should be customized.

For example, if you went into a hospital, we'd go into a hospital and they'd have 30 different versions of an exam glove. Well, if you go to any other industry you see that standardization does two things: it improves efficiency; it also tends to create, by reproducing over and over and over again, the data tells us you improve quality outcomes.

So we were able to go to these systems and say: Look we can provide this essentially standardized portfolio for you, so that you're not undermining your own scale. And we could aggregate the demand of these thousands of hospitals and tens of thousands of pharmacies we serve.

Again, on a daily basis we're probably touching 70% to 75% of the hospitals in the US. We're touching 60% of the pharmacies and virtually every pharmaceutical manufacturer, generic supplier, lab supplier, med-tech company.

So we just felt that we had a unique opportunity to create a portfolio that was really coherent around a basic philosophy of where care was going to go: efficiency, standardization, and addressing very unique problems sets. These systems downstream of us became much more complex.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**Unidentified Participant**

Great.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Oh, you asked about which acquisitions --

---

**Unidentified Participant**

Right. Just talk about the ones that have moved the needle, so to speak; and then maybe ones that your thesis didn't play out maybe necessarily like you hoped.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Yes. Let me give you a couple of just very simple ones. An acquisition like Kinray, which was not a well-known company for most of you, a regional distribution player in New York, turned out to be a very viable acquisition for us. We were somewhat underrepresented in that part of the country.

There's a strong independent -- you know, those of you who live in New York, it's got its unique characteristics, and it's true in healthcare. Even though major chains do well there, there are strong independent pharmacy networks there. So that was important for us.

It also allowed us to, again, double down in this strategy of building scale and helped our generics business. That's an example of one that might be below the radar for people. It's not a highly known deal.

The acquisition of AssuraMed, which was our first move into home health, was a really important step for us. Because again, our point of view is that more care would be delivered post-acute in ambulatory settings and ultimately to the home. That's actually been a very valuable acquisition for us.

Then I will highlight one that -- it's not that it's not going well, I just want to highlight it because it's different. We recently acquired -- announced the acquisition of 71% of a company called naviHealth, which is based in Nashville. It's a small deal; way below the radar for most.

What naviHealth does, naviHealth uses data to help a system look at the optimal site of care for a patient post-discharge. The moment of discharge is one of our moments of danger in the healthcare system. A patient who should be going into a rehab facility who goes to a long-term care facility instead is probably going to decline; and they will probably wind up rebounding back to the hospital.

There are patients that should be going home with nurse follow-up twice a week. naviHealth helps companies do the analytics to direct that patient to the right site of care.

That was a small deal for us, but it's probably triggered as much conversation with our customers as any of the bigger deals that we've done like Cordis, which is a larger deal. Again, for us the Cordis acquisition, which is very early on and going well thus far, was really about helping as payment models change.

Think about if I'm doing an interventional cardiology procedure, and I'm now going to be paid no longer in a fee-for-service model but in some other kind of model, who can help me navigate that procedure? The medical devices, the services that are surrounding it, the inventory management, the control of quality and safety issues around that, cath lab.

They're all sort of different. Knock wood, I would say the deals that we've made in the last five years have been all going pretty well. But they're at different scale and they're in different parts of our business.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**Unidentified Participant**

I recall, when you first started, one of your objective was to build out your specialty business. Cardinal was underrepresented in specialty. I think if memory serves you're about an $8 billion specialty, up from $5 billion; Metro Medical helped with that.

Do you think you've scaled that up? Or is there still wood to chop in specialty?

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

What we've said is we'll finish this year -- our fiscal year ends in June -- probably in excess of $8 billion. That business was a billion-dollar business five years ago, so we've had terrific growth.

A little bit of that has been through acquisition -- Metro Medical the most recent of which -- which was really designed to just enhance our footprint across therapeutic areas. It gave us a stronger position in some oncology areas, in hematology, in rheumatology.

It's been important for us to be able to expand not just our footprint across therapeutic areas but our skill sets. If we are going to be an important partner to biopharmaceutical companies in specialty, we really have to speak the language of the therapeutic area, of the area that's being treated. We can't be a player in rheumatology without having some experience in that field.

If you look at the composition even of our labor force, while our total headcount actually hasn't changed that much in the last couple years, the composition of that has changed a lot, with many more clinicians, many more Big Data people. So we've been growing pretty nicely.

We had two parts to that business, John. One is a downward-facing business, which is driving most of the revenue. The revenue is more heavily influenced by the downstream distribution of products.

And then we've got an upstream-facing business, which provides services to the pharma and bio, basically to make sure that they're able to touch those patients. A lot of these drugs require high touch with patients, helping them navigate reimbursement issues a little bit maybe. So that's been an area of some pretty exciting growth for us.

**Unidentified Participant**

Is your specialty more patient administered at the home? Or is it more physician administered? Or is it a bit of both?

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

It's more physician driven, I would say. More professional driven.

**Unidentified Participant**

If I look at your competitors, you have Amerisource, who's bound very tightly with Walgreen. You have McKesson, who is more willing to go downstream into the pharmacy business with their recent deal in Canada, for example. Do you ever see a day where Cardinal might say: We need to not only distribute to the independents; we maybe need to own some of these channels that we don't own today? How do you think about channel conflicts when you think about potentially going downstream?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

I will come back to this very specific, but the issue of channel conflicts is an interesting one. Because if you think about what's happened in healthcare, I grew up in a world in which the discrete parts of healthcare were very distinct. A hospital was a hospital; a pharma company was a pharma company; a healthcare insurer was a healthcare insurer; a distribution company was a distribution company; a retailer was a retailer. Those days are gone, right?

When you look at some of the businesses that you guys follow in healthcare, they're very complex businesses. They're typically not easily defined by those single lines. So in some ways we all live in a world of natural conflict.

I've said this before, we've got a business that we do some work with. They're a customer; they're a supplier; they're a business partner on the line; and they're a competitor on the line. And it's totally okay.

I do think that the future of healthcare is going to have a lot of this convergence, and you have to be able to navigate that. We do that very thoughtfully; but we recognize that there are probably going to be places where we occasionally bump heads.

Having said that, sometimes -- there was a guy I worked with in my past life who used to say: You don't always have to own the cow to get the milk. It's an expression probably has 14 different versions which you guys know, and I think it's a good one. So there are a lot of ways in which we can capture value through our scale and our ability to partner with people without owning everything.

Our relationship with CVS Health on generic drugs, a joint venture called Red Oak, we are the largest market maker far and away for generic products in the US -- and probably the world if you really look at actually making markets. So there are times when you don't have to own things necessarily to be able to capture value.

As we look downstream, there are times where it's important for us to own a particular asset. There are other times where it's important for us to have enough scale so that people really do want to work with us and they feel that they need us to help them accomplish their goal with the market.

---

**Unidentified Participant**

Clearly the days of companies like Valeant raising prices 40% a year ad infinitum are at least behind us for the short term. I think people broadly understand your model with generics and they broadly understand a fee-for-service model, say, with a Pfizer.

How much impact is the cooling of inflation with what I call the smaller branded guys, where presumably your economics are probably better than they would be with a Pfizer -- how much is that playing into, in your opinion, the recent weakness, not necessarily with Cardinal but with some of your peers in some of the EBIT numbers?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Well, I wouldn't comment -- again, I'm not going to comment on peers and their performance. I think obviously the pricing discussion has become an enormous public discussion, and obviously in the middle of an election cycle it's even more public.

I think what we are seeing, and people sometimes don't realize this, that our -- we think very carefully about the way we design our fee structures. Let's start with branded manufacturers. We really have thought very carefully about what would be the cost of doing it in a different way; like, how could they do that?

We are very confident that we're the most efficient way to get these products into these 50,000 -- if you add hospital pharmacies probably close to 60,000 -- outlets around the country. Include prison systems and clinics, I think pricing will continue to be a hot subject.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

What we do see is this: What gets a lot of attention are the really very high-priced drugs, and are getting a lot of attention, and those drugs that had extraordinary percentage increases.

People forget that there really are a lot of branded drugs that are not $30,000 a year but they're actually $3,000 a year. And those are still behaving as they historically have.

I think where a lot of the attention is being devoted is on these very expensive drugs, and I think it will continue to be. I think we're going to see some new models for attempt to create different forms of pricing tools, whether it's a value-based tool -- and you've seen some publicity around that.

I think we will be part of those conversations about how to -- how we can play a role in helping that. So I think the environment, certainly the political environment, the noise in the system, is affecting practice a bit. I think the same is probably true in generics on some level.

But here's what I would say. You have to think of generics not as a product line but as 4,000 individual markets. That's literally what's happening. Every day some SKU is going to have a different competitive dynamic unfolding.

So in the big picture of things by and large 3,500 of those have been behaving quite typically for many, many, many years and they continue to look that way. And then there is a small subset that are going through these changes. Sometimes inflation was relatively high for a couple of years and then it slowed down more recently. But it tends to be a smaller set of these products.

But I do remind people, and it makes it hard to steady it sometimes, because you can't just say: I'm going to study the class. You have to actually know the drug and what's happening in the competitive landscape for that drug.

---

**Unidentified Participant**

Just to be clear, thinking about a branded drug but it's a smaller manufacturer, does that model for you look more like your generic model? Or does it look more like a branded fee-for-service model? Or is it -- just depends?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

I would say that our branded models, whether it's for a larger company or a smaller company, tend to be more closely aligned than they would be to a generic model. The primary difference is basic, which is that the decision-maker for the branded product is either the physician or the formulary driving the physician. In generics that decision point is more in the pharmacy. So that's an important distinction.

---

**Unidentified Participant**

A couple others and then I'll open it up to the audience. Your physician preference line -- and for those of you not familiar with it -- Cardinal is on the front end, in my opinion, of trying to commoditize starting with low-end products, say, like a tongue depressor, cotton ball, and moving up the value chain as hospitals get more capitated and whatnot. In other words, moving upstream.

So use the baseball analogy: What inning are you in that? Are where you thought you would be? And how quickly is this moving?

And then how much is entrenched position behavior and generational differences maybe impeding the move, which probably should happen quicker than it has?

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Let me give a little bit of definition. For us the physician preference side in the area would be -- it's particularly noteworthy in orthopedics and interventional cardiology and wound management, where you can have -- even within the same hospital system -- the individual physicians -- even in the same department -- wanting to use different devices and tools in their work. This is a source of frustration for many hospitals and health systems, where they believe that in many cases it's really only about commoditizing; it's really about saying that in certain areas there is really no clinical differentiation between this and that.

And where there is no clinical differentiation -- and again if you look at another industry, when you standardize you improve efficiency, you can aggregate demand, and you can improve quality because the reproducibility just improves quality. It's well known in LEAN tools and operational excellence.

So we've been working with many of those hospitals to look at those areas to see where we can help. Cordis was really our first significant move in that space, at least as an external move; we've done some internal work.

Which was to say in the cath lab in interventional cardiology, we can help a health system standardize around certain medical devices. But it's not just about commoditizing that; it's about saying this is a procedure that has multiple components: the devices, the inventory management, the service components of that model, the safety issues. As an example, what are the tools that you have to prevent you from implanting an expired device? You go into many settings and ask that question the answer is: We don't really have one; we count on human judgment to make sure that's not happening.

It's just not where we should be. So we've been able to come at this with a more holistic approach. We're doing some of this in orthopedic and in trauma and in wound management.

I would say if you gave this a baseball analogy it's relatively early. We just completed the Cordis acquisition in October. Ortho was a little bit -- we started earlier but on a much smaller scale, so I would still say this is relatively early days. But the conversations we're having with our customers are powerful and (multiple speakers).

---

**Unidentified Participant**

If you had to guess what percent of the dollars have been substituted over the past five years with more generic products, if you will, and -- where do you think that is five years from now?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Oh, gosh.

---

**Unidentified Participant**

We like numbers.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Yes, I know. I don't know if I can answer that because it's really not like -- I don't want to -- (multiple speakers) a generic product.

---

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**Unidentified Participant**

She's shaking her head over there. I don't like her.

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

She's shaking her head and saying don't give a number? I not only won't, I can't because I don't really have one.

Here's what I would say. This is not really about a pure generic strategy. This is really about the procedure.

The way to think about this is how this might evolve when the payment model -- you just saw that CMS came out with some requirements on bundles for lower extremity on joint replacement. That is going to change the game. Hospitals and health systems and those paying for it are going to have to look at this differently, and that is what's changing the conversation between us and our customers.

So what I would say is this: Cordis is off to a very good start, and nothing I've seen makes me less enthusiastic about this part of the strategy. I'd probably be happy if we were a little further along in our (inaudible).

---

**Unidentified Participant**

Sure, okay. Just finally, you have a front-row seat in China. That business is growing very well. Are you seeing any changes in the demand picture or what you are doing in China relative to their GDP slowing from 11% to, say, 6%? What are you seeing in your business, if anything?

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

Yes, China is still growing, and growing very well. It's probably growing a little bit less quickly. But by and large what we are seeing in China, as you guys know, is really about an industrial phenomenon, which is a country that was just heavily investing in infrastructure and then turned the spigot off as the bubble began to grow.

But healthcare remains a high priority. We've been very involved and talking with folks at the provincial and the national level in China. It's a very high priority for them as a nation to make sure. They've got still enormous populations that are (multiple speakers).

---

**Unidentified Participant**

What's the percent that smokes? It's something like --

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

I don't remember.

---

**Unidentified Participant**

Enormous number, like we were 30 years ago. (multiple speakers)

---

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

It's huge. And they have the largest number of pre-diabetics in the world. They are facing a real healthcare threat coming forward.

10

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**Unidentified Participant**

We exported that to them.

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

That was one of our exports.

**Unidentified Participant**

Kentucky Fried Chicken, what have you.

We have a couple minutes. Any questions from the field?

## QUESTIONS AND ANSWERS

**Unidentified Audience Member**

Hey, George, thanks for speaking so candidly. I actually really appreciate this format. If you look across your end markets or your business or maybe even the industry, can you talk a little bit about maybe any surprises in terms of growth, or lack of growth, or declines that you've seen?

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

On the end markets? That's an interesting question. Those of you that didn't hear the question, it was: Have we seen any surprises in the growth of end markets?

I don't know if I would say a few surprises. What we've seen is over the last I'm going to say two years is a little bit of unevenness and a little bit of difficulty in measuring. Let me give you a thought on that.

Having done this for a long time, I remember in the early years of my career in the pharmaceuticals, we knew that it was very straightforward to measure prescription utilization. There were companies that had gotten very good at this; they surveyed pharmacies and it was a very good marker for the system.

What's happened over time is that care is being delivered differently and in different settings. So it's particularly hard when you think about procedures to get a good bead on what the growth really looks like. Because the tools that we used to use for measuring which, let's say, might have measured procedures in a hospital are now only capturing part of the story.

So the surprise is -- it's not as much a surprise as it is challenges in really getting a nice picture. Now at Cardinal we probably have about as good as picture as anybody, because of our touch points across the system. We have a pretty good line of sight.

But I would note that the difficulty in capturing really cleanly a set of data that says here's exactly what's happening in utilization and growth, that's more challenging. I think we've got a pretty good read on it, but it is much harder because the sites of care are changing.

**Unidentified Audience Member**

(inaudible - microphone inaccessible)

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MARCH 07, 2016 / 2:15PM, CAH - Cardinal Health Inc at Raymond James Institutional Investors Conference

**George Barrett** - *Cardinal Health, Inc. - Chairman, CEO*

The question is: Does it affect the way we forecast? It just makes it harder to forecast.

But what we do see is we can say we expect utilization. For example, we'll see certain of our product lines where we will model higher growth in surgery centers than in the acute care center. So you had to change the way we do our modeling. Thank you all.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# EXHIBIT 38

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## Form 8-K

### Current Report

**Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): April 28, 2016**

# Cardinal Health, Inc.

(Exact name of registrant as specified in its charter)

| **Ohio** | **1-11373** | **31-0958666** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**7000 Cardinal Place, Dublin, Ohio 43017**

(Address of principal executive offices) (Zip Code)

**(614) 757-5000**

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions ( see General Instructions A.2. below):

☐ Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

## Item 2.02: Results of Operations and Financial Condition

On April 28, 2016 , Cardinal Health, Inc. (the "Company") issued a news release announcing its results for the quarter ended March 31, 2016 . A copy of the news release is included as Exhibit 99.1 to this report.

## Item 7.01: Regulation FD Disclosure

During a conference call scheduled to be held at 8:30 a.m. Eastern time on April 28, 2016 , the Company's Chairman and Chief Executive Officer and Chief Financial Officer will discuss the Company's results for the quarter ended March 31, 2016 and outlook for the fiscal year ending June 30, 2016 . The slide presentation for the conference call will be available at ir.cardinalhealth.com . An audio replay of the conference call also will be available at ir.cardinalhealth.com .

## Item 9.01: Financial Statements and Exhibits

(d) Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 99.1 | News release issued by the Company on April 28, 2016 announcing third quarter results. |

2

# Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Cardinal Health, Inc.**

(Registrant)

Date: April 28, 2016

By:  /s/ Stuart G. Laws

Stuart G. Laws

Senior Vice President and Chief Accounting Officer

3

# Exhibit Index

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | News release issued by the Company on April 28, 2016 announcing third quarter results. |

4

Exhibit 99.1



**FOR IMMEDIATE RELEASE**

| | | |
|---|---|---|
| Media: | Debbie Mitchell | Investors: Sally Curley |
| | (614) 757-6225 | (614) 757-7115 |
| | debbie.mitchell@cardinalhealth.com | sally.curley@cardinalhealth.com |

# CARDINAL HEALTH REPORTS STRONG THIRD-QUARTER RESULTS FOR FISCAL YEAR 2016

- **21 percent increase in revenue to $30.7 billion**
- **20 percent increase in non-GAAP [1] operating earnings to $788 million**
- **20 percent increase in non-GAAP diluted earnings per share to $1.43**
- **Revised range of $5.17 to $5.27 for fiscal 2016 non-GAAP diluted earnings per share**

**DUBLIN, Ohio, April 28, 2016** - Cardinal Health today reported third-quarter results for fiscal year 2016 , including a 21 percent increase in revenue to $30.7 billion and a 20 percent increase in non-GAAP operating earnings to $788 million . Non-GAAP diluted earnings per share (EPS) increased 20 percent to $1.43 . On a GAAP basis, operating earnings increased 11 percent to $656 million , and diluted EPS increased 7 percent to $1.17 .

"We had a strong financial and operational performance in our fiscal third quarter. At the same time, we continued to enhance and grow enterprise-wide service and product lines, which are important to our customers and address some of health care's most difficult challenges," said George Barrett, chairman and chief executive officer of Cardinal Health. "We delivered double-digit growth in revenue and profit in both our Pharmaceutical and Medical reporting segments and had very solid performance across our lines of business."

The company tightened the range for its fiscal 2016 non-GAAP diluted earnings per share guidance to $5.17 to $5.27 from the prior range of $5.15 to $5.35.

## Q3 FY16 SUMMARY

| | | Q3 FY16 | | Q3 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | **30.7 billion** | $ | 25.4 billion | 21% |
| Operating earnings | $ | **656 million** | $ | 591 million | 11% |
| Non-GAAP operating earnings | $ | **788 million** | $ | 657 million | 20% |
| Net earnings attributable to Cardinal Health, Inc. | $ | **386 million** | $ | 365 million | 6% |
| Non-GAAP net earnings attributable to Cardinal Health, Inc. | $ | **472 million** | $ | 396 million | 19% |
| Diluted EPS attributable to Cardinal Health, Inc. | $ | **1.17** | $ | 1.09 | 7% |
| Non-GAAP diluted EPS attributable to Cardinal Health, Inc. | $ | **1.43** | $ | 1.19 | 20% |

## SEGMENT RESULTS

**Pharmaceutical Segment**

Third-quarter revenue for the Pharmaceutical segment increased 22 percent to $27.5 billion due to growth from new and existing customers as well as acquisitions.

Strong performance from both acquisitions and new and existing customers significantly contributed to segment profit growth of 16 percent to $660 million .

| | | Q3 FY16 | | Q3 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | **27.5 billion** | $ | 22.6 billion | 22% |
| Segment profit | $ | **660 million** | $ | 567 million | 16% |

**Medical Segment**

Third-quarter revenue for the Medical segment increased 13 percent to $3.1 billion due to the net contribution from acquisitions as well as solid growth from existing businesses.

Segment profit increased 26 percent to $128 million due to the contribution from acquisitions, net of divestitures, and from Cardinal Health-branded products. Segment profit includes the $21 million negative impact of the Cordis-related inventory fair value step-up.

| | | Q3 FY16 | | Q3 FY15 | Y/Y |
|---|---|---|---|---|---|
| Revenue | $ | **3.1 billion** | $ | 2.8 billion | 13% |
| Segment profit | $ | **128 million** | $ | 102 million | 26% |

**Cardinal Health**
**Page 2**

## ADDITIONAL THIRD-QUARTER AND RECENT HIGHLIGHTS

- Announced agreement to acquire Curaspan Health Group Inc., a leader in discharge planning and care transitions technology for hospitals, health systems and post-acute providers
- Recognized as one of the Top Companies for Female Executives by the National Association for Female Executives
- Launched Cardinal Health MedSync Advantage™, a custom-built medication synchronization program to help community pharmacists improve medication adherence and patient outcomes and increase pharmacy efficiency
- Announced winners of the sixth annual Generation Rx awards, recognizing student pharmacists from across the country and a clinical professor of pharmacy for their ongoing efforts to help prevent prescription medication misuse

## CONFERENCE CALL

Cardinal Health will host a webcast and conference call today at 8:30 a.m. Eastern to discuss third-quarter results. To access the call and corresponding slide presentation, go to ir.cardinalhealth.com. Alternatively, participants can call 913.312.1411 and use passcode 4332927.

There is no pre-registration for the call. Participants are advised to dial into the call at least 10 minutes prior to the start time.

Presentation slides and a webcast replay will be available on the Cardinal Health website at ir.cardinalhealth.com.

## UPCOMING WEBCASTED INVESTOR EVENTS

- William Blair's 36th Annual Growth Stock Conference on June 15 at 8 a.m. Central in Chicago

At the event, Cardinal Health executives will discuss the company's diverse products and services, company performance and strategies for continued growth. To access more details and a live webcast of this event, go to ir.cardinalhealth.com.

## About Cardinal Health

Cardinal Health, Inc. (NYSE: CAH), a global health services and products company, brings scaled solutions that help our customers thrive in a changing world. We improve the cost-effectiveness of healthcare through solutions that improve the efficiency of the supply chain; optimize the process and performance of healthcare; provide clinically proven, daily use medical products and pharmaceuticals; and connect patients, providers, payers, pharmacists and manufacturers for seamless care coordination and better patient management. Backed by nearly 100 years of experience, we rank among the top 50 on the *Fortune* 500 and among the *Fortune* Global 100. We support our partners with more than 37,000 employees in nearly 60 countries worldwide. For more information, visit www.cardinalhealth.com and @CardinalHealth on Twitter.

Cardinal Health uses its website as a channel of distribution for material company information. Important information, including news releases, financial information, earnings and analyst presentations, and information about upcoming presentations and events is routinely posted and accessible at ir.cardinalhealth.com. In addition, the website allows investors and other interested persons to sign up automatically to receive e-mail alerts when the company posts news releases, SEC filings and certain other information on its website.

[1] See the attached tables for definitions of the non-GAAP financial measures presented in this news release and reconciliations of the differences between the non-GAAP financial measures and their most directly comparable GAAP financial measures.

## Cautions Concerning Forward-Looking Statements

This news release contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the ability to continue to achieve and maintain the benefits from the generic sourcing venture with CVS Health and from the acquisitions of Cordis and The Harvard Drug Group; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform, including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This news release reflects management's views as of April 28, 2016 . Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.

**Schedule 1**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Earnings (Unaudited)**

| (in millions, except per common share amounts) | Third Quarter 2016 | | 2015 | | % Change |
|---|---:|---|---:|---|---:|
| Revenue | $ | **30,662** | $ | 25,375 | 21% |
| Cost of products sold | | **28,973** | | 23,916 | 21% |
| Gross margin | | **1,689** | | 1,459 | 16% |
| | | | | | |
| **Operating expenses:** | | | | | |
| Distribution, selling, general, and administrative expenses | | **914** | | 803 | 14% |
| Restructuring and employee severance | | **6** | | 7 | N.M. |
| Amortization and other acquisition-related costs | | **108** | | 77 | N.M. |
| Impairments and (gain)/loss on disposal of assets | | **—** | | (1) | N.M. |
| Litigation (recoveries)/charges, net | | **5** | | (18) | N.M. |
| Operating earnings | | **656** | | 591 | 11% |
| | | | | | |
| Other (income)/expense, net | | **—** | | (2) | N.M. |
| Interest expense, net | | **44** | | 35 | 28% |
| Earnings before income taxes | | **612** | | 558 | 10% |
| | | | | | |
| Provision for income taxes | | **226** | | 193 | 17% |
| Net earnings | | **386** | | 365 | 6% |
| | | | | | |
| Less: Net earnings attributable to noncontrolling interests | | **—** | | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ | **386** | $ | 365 | 6% |
| | | | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | | | |
| Basic | $ | **1.18** | $ | 1.10 | 7% |
| Diluted | | **1.17** | | 1.09 | 7% |
| | | | | | |
| **Weighted-average number of common shares outstanding:** | | | | | |
| Basic | | **328** | | 330 | |
| Diluted | | **331** | | 334 | |

**Schedule 2**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Earnings (Unaudited)**

| (in millions, except per common share amounts) | | Year-to-Date | | % Change |
|---|---|---|---|---|
| | | 2016 | 2015 | |
| Revenue | $ | 90,162 | $ 74,983 | 20% |
| Cost of products sold | | 85,285 | 70,729 | 21% |
| Gross margin | | 4,877 | 4,254 | 15% |
| | | | | |
| **Operating expenses:** | | | | |
| Distribution, selling, general, and administrative expenses | | 2,678 | 2,393 | 12% |
| Restructuring and employee severance | | 19 | 33 | N.M. |
| Amortization and other acquisition-related costs | | 327 | 190 | N.M. |
| Impairments and (gain)/loss on disposal of assets | | 17 | (19) | N.M. |
| Litigation (recoveries)/charges, net | | (3) | 54 | N.M. |
| Operating earnings | | 1,839 | 1,603 | 15% |
| | | | | |
| Other (income)/expense, net | | 5 | (6) | N.M. |
| Interest expense, net | | 134 | 105 | 28% |
| Loss on extinguishment of debt | | — | 60 | N.M. |
| Earnings before income taxes | | 1,700 | 1,444 | 18% |
| | | | | |
| Provision for income taxes | | 604 | 524 | 15% |
| Net earnings | | 1,096 | 920 | 19% |
| | | | | |
| Less: Net earnings attributable to noncontrolling interests | | (1) | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ | 1,095 | $ 920 | 19% |
| | | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | | |
| Basic | $ | 3.33 | $ 2.77 | 20% |
| Diluted | | 3.30 | 2.74 | 20% |
| | | | | |
| **Weighted-average number of common shares outstanding:** | | | | |
| Basic | | 328 | 332 | |
| Diluted | | 331 | 336 | |

**Schedule 3**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets (Unaudited)**

| (in millions) | | March 31, 2016 | | June 30, 2015 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and equivalents | $ | 2,598 | $ | 4,616 |
| Trade receivables, net | | 7,292 | | 6,523 |
| Inventories, net | | 10,910 | | 9,211 |
| Prepaid expenses and other | | 1,491 | | 1,402 |
| Total current assets | | 22,291 | | 21,752 |
| | | | | |
| Property and equipment, net | | 1,683 | | 1,506 |
| Goodwill and other intangibles, net | | 9,150 | | 6,018 |
| Other assets | | 931 | | 866 |
| Total assets | $ | 34,055 | $ | 30,142 |
| | | | | |
| **Liabilities, Redeemable Noncontrolling Interests, and Shareholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 17,340 | $ | 14,368 |
| Current portion of long-term obligations and other short-term borrowings | | 351 | | 281 |
| Other accrued liabilities | | 1,694 | | 2,594 |
| Total current liabilities | | 19,385 | | 17,243 |
| | | | | |
| Long-term obligations, less current portion | | 5,195 | | 5,211 |
| Deferred income taxes and other liabilities | | 2,628 | | 1,432 |
| | | | | |
| Redeemable noncontrolling interests | | 117 | | — |
| | | | | |
| Total Cardinal Health, Inc. shareholders' equity | | 6,713 | | 6,256 |
| Noncontrolling interests | | 17 | | — |
| Total shareholders' equity | | 6,730 | | 6,256 |
| **Total liabilities, redeemable noncontrolling interests, and shareholders' equity** | $ | 34,055 | $ | 30,142 |

**Schedule 4**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Cash Flows (Unaudited)**

| (in millions) | Third Quarter 2016 | Third Quarter 2015 | Year-to-Date 2016 | Year-to-Date 2015 |
|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | |
| Net earnings | $ 386 | $ 365 | $ 1,096 | $ 920 |
| | | | | |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 159 | 116 | 465 | 336 |
| Loss on extinguishment of debt | — | — | — | 60 |
| Gain on sale of other investments | — | — | — | (5) |
| Impairments and (gain)/loss on disposal of assets, net | — | (1) | 17 | (19) |
| Share-based compensation | 26 | 27 | 82 | 80 |
| Provision for bad debts | 16 | 16 | 51 | 42 |
| Change in fair value of contingent consideration obligation | (2) | — | (16) | — |
| Change in operating assets and liabilities, net of effects from acquisitions: | | | | |
| Increase in trade receivables | (328) | (427) | (721) | (718) |
| Decrease/(increase) in inventories | 108 | 287 | (1,457) | (850) |
| Increase in accounts payable | 408 | 219 | 2,839 | 1,657 |
| Other accrued liabilities and operating items, net | 146 | 56 | (26) | 169 |
| Net cash provided by operating activities | 919 | 658 | 2,330 | 1,672 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of subsidiaries, net of cash acquired | (99) | (233) | (3,383) | (319) |
| Additions to property and equipment | (109) | (56) | (284) | (139) |
| Purchase of available-for-sale securities and other investments | (62) | (27) | (150) | (134) |
| Proceeds from sale of available-for-sale securities and other investments | 42 | 22 | 99 | 129 |
| Proceeds from maturities of available-for-sale securities | 18 | 8 | 37 | 24 |
| Proceeds from divestitures and disposal of held for sale assets | — | — | — | 53 |
| Net cash used in investing activities | (210) | (286) | (3,681) | (386) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Payment of contingent consideration obligation | — | (3) | (23) | (3) |
| Net change in short-term borrowings | (5) | 9 | 34 | (9) |
| Purchase of noncontrolling interests | (10) | — | (10) | — |
| Reduction of long-term obligations | (1) | (1) | (5) | (1,221) |
| Proceeds from long-term obligations, net of issuance costs | — | — | — | 1,182 |
| Net proceeds/(tax withholdings) from share-based compensation | 4 | 24 | (3) | 59 |
| Excess tax benefits from share-based compensation | 1 | 14 | 33 | 56 |
| Dividends on common shares | (127) | (113) | (386) | (346) |
| Purchase of treasury shares | (300) | — | (300) | (686) |
| Net cash used in financing activities | (438) | (70) | (660) | (968) |
| | | | | |
| Effect of exchange rate changes on cash and equivalents | 3 | — | (7) | — |
| | | | | |
| Net increase/(decrease) in cash and equivalents | 274 | 302 | (2,018) | 318 |
| Cash and equivalents at beginning of period | 2,324 | 2,881 | 4,616 | 2,865 |
| **Cash and equivalents at end of period** | $ 2,598 | $ 3,183 | $ 2,598 | $ 3,183 |

**Schedule 5**

**Cardinal Health, Inc. and Subsidiaries**
**Total Company Business Analysis**

| (in millions) | | Third Quarter 2016 | | Third Quarter 2015 | | Non-GAAP Third Quarter 2016 | | Non-GAAP Third Quarter 2015 |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Amount | $ | 30,662 | $ | 25,375 | | | | |
| Growth rate | | 21% | | 18% | | | | |
| | | | | | | | | |
| **Gross Margin** | | | | | | | | |
| Amount [1] | $ | 1,689 | $ | 1,459 | $ | 1,702 | $ | 1,459 |
| Growth rate | | 16% | | 12% | | 17% | | 12% |
| | | | | | | | | |
| **Operating earnings** | | | | | | | | |
| Amount | $ | 656 | $ | 591 | $ | 788 | $ | 657 |
| Growth rate | | 11% | | 16% | | 20% | | 17% |
| | | | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | | | |
| Amount | $ | 386 | $ | 365 | $ | 472 | $ | 396 |
| Growth rate | | 6% | | 16% | | 19% | | 13% |
| | | | | | | | | |
| Return on equity | | 23% | | 23.4% | | 28.1% | | 25.4% |
| | | | | | | | | |
| Effective tax rate | | 36.9% | | 34.6% | | 36.6% | | 36.5% |
| | | | | | | | | |
| Debt to total capital | | 45% | | 39% | | | | |
| Net debt to capital | | | | | | 31% | | 11% |

| (in millions) | | Year-to-Date 2016 | | Year-to-Date 2015 | | Non-GAAP Year-to-Date 2016 | | Non-GAAP Year-to-Date 2015 |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Amount | $ | 90,162 | $ | 74,983 | | | | |
| Growth rate | | 20% | | 10 % | | | | |
| | | | | | | | | |
| **Gross Margin** | | | | | | | | |
| Amount [1] | $ | 4,877 | $ | 4,254 | $ | 4,929 | $ | 4,254 |
| Growth rate | | 15% | | 9 % | | 16% | | 9% |
| | | | | | | | | |
| **Operating earnings** | | | | | | | | |
| Amount | $ | 1,839 | $ | 1,603 | $ | 2,251 | $ | 1,861 |
| Growth rate | | 15% | | 7 % | | 21% | | 11% |
| | | | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | | | |
| Amount | $ | 1,095 | $ | 920 | $ | 1,361 | $ | 1,136 |
| Growth rate | | 19% | | (1)% | | 20% | | 9% |
| | | | | | | | | |
| Return on equity | | 22.3% | | 19.5 % | | 27.7% | | 24.1% |
| | | | | | | | | |
| Effective tax rate | | 35.5% | | 36.3 % | | 35.6% | | 35.6% |

[1] GAAP gross margin includes the negative impact of a $12 million LIFO charge in the third quarter of fiscal 2016 ($51 million year-to-date).

Refer to the GAAP/Non-GAAP reconciliation for definitions and calculations supporting the Non-GAAP balances.

**Schedule 6**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Third Quarter | | | (in millions) | Third Quarter | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **27,527** | $ 22,605 | Amount | $ | **3,138** | $ 2,774 |
| Growth rate | | **22%** | 20% | Growth rate | | **13%** | 4 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **660** | $ 567 | Amount | $ | **128** | $ 102 |
| Growth rate | | **16%** | 25% | Growth rate [1] | | **26%** | (8)% |
| Segment profit margin | | **2.40%** | 2.51% | Segment profit margin | | **4.08%** | 3.66 % |

[1] Segment profit includes a $21 million impact from the roll-out of the inventory fair value step up related to the Cordis acquisition for the three months ended March 31, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit would have increased 47% for the three months ended March 31, 2016.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the three months ended March 31, 2016 was $30,662 million , which included total segment revenue of $30,665 million and Corporate revenue of $(3) million . Total consolidated revenue for the three months ended March 31, 2015 was $25,375 million , which included total segment revenue of $25,379 million and Corporate revenue of $(4) million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended March 31, 2016 were $656 million , which included total segment profit of $788 million and Corporate costs of $(132) million . Total consolidated operating earnings for the three months ended March 31, 2015 were $591 million , which included total segment profit of $669 million and Corporate costs of $(78) million . Corporate includes, among other things, LIFO (charges)/credits, restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Schedule 7**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Year-to-Date | | | (in millions) | Year-to-Date | | |
|---|---|---|---|---|---|---|---|
| | | **2016** | 2015 | | | **2016** | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **80,954** | $ 66,440 | Amount | $ | **9,220** | $ 8,540 |
| Growth rate | | **22%** | 11% | Growth rate | | **8%** | 5 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **1,945** | $ 1,559 | Amount | $ | **335** | $ 330 |
| Growth rate | | **25%** | 14% | Growth rate [1] | | **1%** | (5)% |
| Segment profit margin | | **2.40%** | 2.35% | Segment profit margin | | **3.63%** | 3.86 % |

[1]  Segment profit includes a $43 million impact from the roll-out of the inventory fair value step up related to the Cordis acquisition for the nine months ended March 31, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit growth would have been 14% for the nine months ended March 31, 2016.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the nine months ended March 31, 2016 was $90,162 million , which included total segment revenue of $90,174 million and Corporate revenue of $(12) million . Total consolidated revenue for the nine months ended March 31, 2015 was $74,983 million , which included total segment revenue of $74,980 million and Corporate revenue of $3 million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the nine months ended March 31, 2016 were $1,839 million , which included total segment profit of $2,280 million and Corporate costs of $(441) million . Total consolidated operating earnings for the nine months ended March 31, 2015 were $1,603 million , which included total segment profit of $1,889 million and Corporate costs of $(286) million . Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and certain investment spending that are not allocated to the segments.

**Schedule 8**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **Third Quarter 2016** | | | | | | | | | | |
| **GAAP** | $ 1,689 | 16% | $ 656 | 11% | $ 612 | $ 226 | $ 386 | 6% | $ 1.17 | 7% |
| LIFO charges/(credits) | 12 | | 12 | | 12 | 4 | 8 | | 0.02 | |
| Restructuring and employee severance | — | | 6 | | 6 | 2 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | — | | 108 | | 108 | 37 | 71 | | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | — | | — | | — | — | — | | — | |
| Litigation (recoveries)/charges, net | — | | 5 | | 5 | 2 | 3 | | 0.01 | |
| **Non-GAAP** | $ 1,702 | 17% | $ 788 | 20% | $ 744 | $ 272 | $ 472 | 19% | $ 1.43 | 20% |
| **Third Quarter 2015** | | | | | | | | | | |
| GAAP | $ 1,459 | 12% | $ 591 | 16% | $ 558 | $ 193 | $ 365 | 16% | $ 1.09 | 20% |
| Restructuring and employee severance | — | | 7 | | 7 | 3 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | — | | 77 | | 77 | 29 | 48 | | 0.15 | |
| Impairments and (gain)/loss on disposal of assets | — | | (1) | | (1) | (1) | — | | — | |
| Litigation (recoveries)/charges, net | — | | (18) | | (18) | 3 | (21) | | (0.07) | |
| Non-GAAP | $ 1,459 | 12% | $ 657 | 17% | $ 624 | $ 228 | $ 396 | 13% | $ 1.19 | 18% |

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| **Year-to-Date 2016** | | | | | | | | | | |
| **GAAP** | $ 4,877 | 15% | $ 1,839 | 15% | $ 1,700 | $ 604 | $ 1,095 | 19 % | $ 3.30 | 20% |
| LIFO charges/(credits) | 51 | | 51 | | 51 | 20 | 31 | | 0.10 | |
| Restructuring and employee severance | — | | 19 | | 19 | 7 | 12 | | 0.04 | |
| Amortization and other acquisition-related costs | — | | 327 | | 327 | 115 | 212 | | 0.64 | |
| Impairments and (gain)/loss on disposal of assets | — | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | — | | (3) | | (3) | (3) | — | | — | |
| **Non-GAAP** | $ 4,929 | 16% | $ 2,251 | 21% | $ 2,112 | $ 751 | $ 1,361 | 20 % | $ 4.10 | 21% |
| **Year-to-Date 2015** | | | | | | | | | | |
| GAAP | $ 4,254 | 9% | $ 1,603 | 7% | $ 1,444 | $ 524 | $ 920 | (1)% | $ 2.74 | 2% |
| Restructuring and employee severance | — | | 33 | | 33 | 12 | 21 | | 0.06 | |
| Amortization and other acquisition-related costs | — | | 190 | | 190 | 69 | 121 | | 0.36 | |
| Impairments and (gain)/loss on disposal of assets | — | | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | — | | 54 | | 54 | 8 | 46 | | 0.14 | |
| Loss on extinguishment of debt | — | | — | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 4,254 | 9% | $ 1,861 | 11% | $ 1,763 | $ 627 | $ 1,136 | 9 % | $ 3.38 | 12% |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 9**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Third Quarter | | |
| --- | --- | --- | --- |
| | **2016** | | 2015 |
| **GAAP return on equity** | **23%** | | 23.4% |
| | | | |
| **Non-GAAP return on equity** | | | |
| Net earnings attributable to Cardinal Health, Inc. | $ **386** | $ | 365 |
| LIFO charges/(credits), net of tax | **8** | | — |
| Restructuring and employee severance, net of tax | **4** | | 4 |
| Amortization and other acquisition-related costs, net of tax | **71** | | 48 |
| Litigation (recoveries)/charges, net, net of tax | **3** | | (21) |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **472** | $ | 396 |
| Annualized | $ **1,889** | $ | 1,584 |

| | **Third Quarter 2016** | **Second Quarter 2016** | Third Quarter 2015 | Second Quarter 2015 |
| --- | --- | --- | --- | --- |
| Total Cardinal Health, Inc. shareholders' equity | $ **6,713** | $ **6,711** | $ 6,369 | $ 6,100 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,712** | | $ 6,235 | |
| **Non-GAAP return on equity** | **28.1%** | | 25.4% | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 10**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Year-to-Date | |
|---|---|---|
| | **2016** | 2015 |
| **GAAP return on equity** | **22.3%** | 19.5% |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings attributable to Cardinal Health, Inc. | $ **1,095** | $ 920 |
| LIFO charges/(credits), net of tax | **31** | — |
| Restructuring and employee severance, net of tax | **12** | 21 |
| Amortization and other acquisition-related costs, net of tax | **212** | 121 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | (9) |
| Litigation (recoveries)/charges, net, net of tax | **—** | 46 |
| Loss on extinguishment of debt, net of tax | **—** | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **1,361** | $ 1,136 |
| Annualized | $ **1,815** | $ 1,515 |

| | Third Quarter | Second Quarter | First Quarter | Fourth Quarter | Third Quarter | Second Quarter | First Quarter | Fourth Quarter |
|---|---|---|---|---|---|---|---|---|
| | **2016** | **2016** | **2016** | **2015** | 2015 | 2015 | 2015 | 2014 |
| Total Cardinal Health, Inc. shareholders' equity | $ **6,713** | $ **6,711** | $ **6,505** | $ **6,256** | $ 6,369 | $ 6,100 | $ 6,256 | $ 6,401 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,546** | | | | $ 6,281 | | | |
| **Non-GAAP return on equity** | **27.7%** | | | | 24.1% | | | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Schedule 11**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Third Quarter | | Year-to-Date | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **GAAP effective tax rate** | **36.9%** | 34.6% | **35.5%** | 36.3% |
| | | | | |
| **Non-GAAP effective tax rate** | | | | |
| Earnings before income taxes | $ **612** | $ 558 | $ **1,700** | $ 1,444 |
| LIFO charges/(credits) | **12** | — | **51** | — |
| Restructuring and employee severance | **6** | 7 | **19** | 33 |
| Amortization and other acquisition-related costs | **108** | 77 | **327** | 190 |
| Impairments and (gain)/loss on disposal of assets | **—** | (1) | **17** | (19) |
| Litigation (recoveries)/charges, net | **5** | (18) | **(3)** | 54 |
| Loss on extinguishment of debt | **—** | — | **—** | 60 |
| Adjusted earnings before income taxes | $ **744** | $ 624 | $ **2,112** | $ 1,763 |
| | | | | |
| Provision for income taxes | $ **226** | $ 193 | $ **604** | $ 524 |
| LIFO charges/(credits) tax benefit | **4** | — | **20** | — |
| Restructuring and employee severance tax benefit | **2** | 3 | **7** | 12 |
| Amortization and other acquisition-related costs tax benefit | **37** | 29 | **115** | 69 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | **—** | (1) | **7** | (10) |
| Litigation (recoveries)/charges, net tax benefit/(expense) | **2** | 3 | **(3)** | 8 |
| Loss on extinguishment of debt tax benefit | **—** | — | **—** | 23 |
| Adjusted provision for income taxes | $ **272** | $ 228 | $ **751** | $ 627 |
| | | | | |
| **Non-GAAP effective tax rate** | **36.6%** | 36.5% | **35.6%** | 35.6% |

| | Third Quarter | |
|---|---|---|
| | **2016** | 2015 |
| **Debt to total capital** | **45%** | 39% |
| | | |
| **Net debt to capital** | | |
| Current portion of long-term obligations and other short-term borrowings | $ **351** | $ 283 |
| Long-term obligations, less current portion | **5,195** | 3,720 |
| Debt | $ **5,546** | $ 4,003 |
| Cash and equivalents | **(2,598)** | (3,183) |
| Net debt | $ **2,948** | $ 820 |
| Total Cardinal Health, Inc. shareholders' equity | **6,713** | 6,369 |
| Capital | $ **9,661** | $ 7,189 |
| **Net debt to capital** | **31%** | 11% |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP net earnings attributable to Cardinal Health, Inc. and non-GAAP effective tax rate (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are net earnings attributable to Cardinal Health, Inc. and effective tax rate. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and loss on extinguishment of debt, which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Cardinal Health, Inc. and Subsidiaries**

**Use of Non-GAAP Measures**

This earnings release contains financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). In general, the measures exclude items and charges that (i) management does not believe reflect Cardinal Health, Inc.'s (the "Company") core business and relate more to strategic, multi-year corporate activities; or (ii) relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. Management uses these non-GAAP financial measures internally to evaluate the Company's performance, evaluate the balance sheet, engage in financial and operational planning and determine incentive compensation.

Management provides these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on its financial and operating results and in comparing the Company's performance to that of its competitors. However, the non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by the Company should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial statements set forth above should be carefully evaluated.

**Definitions**

**Debt** : long-term obligations plus short-term borrowings.

**Debt to Total Capital** : debt divided by (debt plus total Cardinal Health, Inc. shareholders' equity).

**Net Debt** : a Non-GAAP measure defined as debt minus (cash and equivalents).

**Net Debt to Capital** : a Non-GAAP measure defined as net debt divided by (net debt plus total Cardinal Health, Inc. shareholders' equity).

**Non-GAAP Diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP Diluted EPS" or "Non-GAAP Diluted Earnings Per Share"** : non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

**Non-GAAP Diluted EPS from continuing operations** : non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Effective Tax Rate** : (provision for income taxes adjusted for (1) LIFO charges/(credits) [1], (2) restructuring and employee severance [2], (3) amortization and other acquisition-related costs [3], (4) impairments and (gain)/loss on disposal of assets [4], (5) litigation (recoveries)/charges, net [5], and (6) loss on extinguishment of debt [6]) divided by (earnings before income taxes adjusted for the same six items).

**Non-GAAP Gross Margin** : Gross margin excluding LIFO charges/(credits).

**Non-GAAP Net Earnings attributable to Cardinal Health, Inc. or "Non-GAAP Net Earnings"** : net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Earnings from Continuing Operations** : earnings from continuing operations excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Operating Earnings** : operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, and (5) litigation (recoveries)/charges, net.

**Non-GAAP Return on Equity** : (annualized current period net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax) divided by average Cardinal Health, Inc. shareholders' equity.

**Return on Equity** : annualized current period net earnings attributable to Cardinal Health, Inc. divided by average Cardinal Health, Inc. shareholders' equity.

**Segment Profit** : segment revenue minus (segment cost of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin** : segment profit divided by segment revenue.

[1] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel), and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangibles assets, transaction costs, integration costs, and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the condensed consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] Charges related to the make-whole premium on the redemption of notes.

# EXHIBIT 39



# Q3 FY16 Cardinal Health, Inc. Earnings Conference Call

**April 28, 2016 8:30AM Eastern**

Operator:  Please standby. We're about to begin. Good day and welcome to the Cardinal Health Third Quarter Fiscal Year 2016 Earnings call. Today's call is being recorded. At this time I would like to turn the conference over to Sally Curley. Please go ahead.

Sally Curley:  Thank you Alicia and welcome to Cardinal Health's Third Quarter Fiscal 2016 Earnings call today.

Today we will be making forward looking statements. The matters addressed in the statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected or implied.

Please refer to the SEC filings and the forward looking statement slide at the beginning of the presentation found on the Investor Page of our website for a description of risks and uncertainties.

In addition, we will reference non-GAAP financial measures. Information about these measures and reconciliations to GAAP are included at the end of the slides.

In terms of our upcoming events, we will be webcasting our presentation at the William Blair 36th Annual Growth Stock Conference on June 15th at 8:00 am Central in Chicago.

Today's press release and details for any webcasted events are or will be posted on the IR Section of our website at cadinalhealth.com. So please make sure to visit the site often for updated information. We hope to see many of you at an upcoming event.

Now I'd like to turn the call over to our Chairman and CEO George Barrett. George?

George Barrett:  Thanks Sally. Good morning everyone and thanks to all of you for joining our third quarter call.

We had a very strong and balanced third quarter. So let me get right to the numbers.

First, revenue for the period was up 21% versus the prior year to $31 billion.

Second, we reported an increase of 20% versus the prior year in non-GAAP operating earnings of $788 million.

And third, we delivered an increase of 20% versus the prior year of non-GAAP diluted earnings per share of $1.43.

And as we move into our fiscal 2016 fourth quarter, we are narrowing our guidance range to $5.17 to $5.27. The midpoint of this range would imply a growth rate of 12% for Q4 and a growth rate of 19% for the full year.

I'll turn the call over to Mike who'll go into the financials in a moment. But let me first provide you with more context on our business lines.

CardinalHealth
*Essential to care™*

Both our Pharmaceutical and Medical segments had a strong third quarter reporting double digit revenue and profit growth versus the prior year. Starting with the results from our Pharmaceutical segment. First, revenue for the pharmaceutical segment increased 22% to $27.5 billion and segment profit increased 16% to $660 million.

Overall, we saw solid performance across the segment with significant contributions from Pharmaceutical Distribution and Specialty.

Second, our Pharmaceutical Distribution business performed extremely well in the period. We continue to quickly respond to our customers' needs and strengthen our relationships through our value-added service offerings, and as a result have outpaced the market in all classes of trade.

Our team has moved decisively with the integration of Harvard Drug and we are on track to deliver our financial targets for this transaction.

As you know generic pharmaceuticals play an important role in our pharmaceutical offering and will continue to play an important role in the overall healthcare system. I'd like to take a few moments to share my thoughts on the environment around generics in the U.S.

With demographics driving demand and breakthrough science opening the door to new treatments, and in some cases, cures for our most dangerous, costly, and complex diseases generic drugs are a key component to our system's ability to contain costs through competition and provide needed head space to help fund pharmaceutical innovation.

We do see some dynamics in the current generics environment which I would like to highlight and which have some financial implications for the near term.

First, demand is up. We all know the pressure that aging Baby Boomers are putting on the healthcare system. And that pressure will continue to drive volume and growth for years to come.

Second, the cycle of patent expirations is never a straight line. It has peaks and valleys with the launch and lifecycle of in-market brand drugs. Right now, we are in a period of relatively fewer generic launches. This has been true in recent quarters and we would expect this pattern to continue into our FY17 with the value from new launches being down from FY16.

As you know this can change based on patent cases. And we'll provide you with more clarity around our launch expectations for next year when we finish our FY16 and guide for FY17.

Third, the flow of new ANDA approvals coming out of the FDA has significantly increased. The average number of yearly ANDA approvals in the period between 2012 and 2015 was 155 per year. The number of ANDAs approved just in the six-month period between November of 2015 and March of 2016 was 279. The FDA is clearly working through its backlog.

Combining this with the heightened election cycle discourse around the "cost and value" of pharmaceuticals, we might expect that across the portfolio, in the aggregate we would see a relatively flat to slightly down generic manufacturer inflation rate in the near future.

**Cardinal**Health

*Essential to care™*

Finally, this has been a year in which strategic moves among numerous players in the retail and non-retail sectors has shifted many long-standing generic affiliations. This has naturally caused some competitive realignment, which we would expect to settle out as the coming months unfold.

Given all of these factors, we anticipate that the contribution from generics would be more muted in the near term. That is a challenge, but we are well positioned, well prepared, and will be working closely with our customers and drawing on the capabilities of our sourcing through Red Oak.

Turning to our Specialty solutions group. We continue our track record of delivering very strong double-digit growth. We serve and support our provider customers across a broad range of therapeutic areas. And we're expanding our services to support biopharmaceutical companies. This positioning is extremely important as the flow of new innovative pharmaceuticals emerges from biopharma pipelines.

Finally on the pharmaceutical segment, we're beginning to see an uptick in product volumes in our Nuclear business. We are delivering and driving efficiencies in the nuclear diagnostic space and at the same time, are looking forward to participating in the manufacture and distribution of new therapeutic radio-bio-pharmaceuticals.

Overall – a very solid quarter for the pharmaceutical segment.

Turning to our Medical segment, our Medical segment put up some strong numbers in the period. We continue to deliver the tools, services, and technologies that thousands of care providers depend on every day.

As a result, third quarter revenue was up 13% versus the prior year to $3.1 billion dollars.

And segment profit increased 26% to $128 million. As a reminder this quarter included the negative impact of the Cordis-related fair value step up, which Mike will cover.

Our year-over-year growth for the quarter was not only a result of strategic acquisitions which did contribute nicely – but also the result of some very positive contributions from existing lines of business which continue to get stronger.

We continue to see growth in the number of accounts we serve and in the range of product lines they purchase from us. In the period, we saw growth in Cardinal Health consumables, services to hospitals and health systems, surgical kits, lab products, and Cardinal Health at Home.

Don and his team are driving strong performance and we're very excited to see this kind of growth and importantly, our strategic positioning in the market has been thoughtfully crafted and is being effectively executed.

For example, we've identified the activities and process of discharge into the post-acute arena as an important area of dysfunction in the overall healthcare system. We've taken some important steps including the acquisitions of naviHealth and Curaspan which strengthen our ability to play an important role in helping our customers navigate this critical stage. These capabilities are particularly relevant as we see the emergence of more value-based payment models.

Finally on medical, the integration of Cordis remains on track. Under the leadership of Cordis President David Wilson, we have trained and merged our Cordis and Access Closure US commercial teams. We have finalized

our worldwide leadership teams, appointing a new President in Japan, and a new operations leader to our Cordis headquarters in Zug, Switzerland. We are bringing the best of Cordis and Cardinal Health together and care providers, patients, and investors will see real benefits.

We do have some important work in front of us though. Of course we want to make sure that what we call the Day 2 Countries are closed and integrated. We've seen some encouraging growth in the EU and would like to see a similar pattern in our Asian markets. And we think there's significant opportunity to expand the Cordis product portfolio.

Let me close with an important point. At a time when powerful forces are reshaping the healthcare landscape Cardinal Health is not just prepared to respond but poised to lead. We've worked hard to create a balanced portfolio of products and services that deliver real solutions that address our customers' most pressing challenges. We deliver value across the lines of traditional customer groupings and markets and from a fully integrated Cardinal Health portfolio.

And with that, I will turn the call over to Mike.

Mike Kaufmann:  Thanks George, and thanks to everyone joining us on the call today. In my comments I'll first provide some context around our third quarter performance.

Then I'll give some additional color on our expectations for the remainder of the fiscal year. You can refer to the slide presentation posted on our website as a guide for this discussion.

Starting with consolidated company results, third quarter non-GAAP diluted earnings per share were $1.43 a 20% growth versus the prior year. This was due to solid performance in both the Pharmaceutical and Medical segments, which I'll discuss in detail later.

Total company revenues grew 21% versus the prior year to $30.7 billion. Non-GAAP gross margin dollars grew 17%.

Consolidated company SG&A increased by 14% versus the prior year, almost entirely due to acquisitions. Our core SG&A continues to be an area of focus with a disciplined approach to ensure that we maintain a lean, efficient organization.

Resulting non-GAAP operating earnings in the quarter were $788 million, an increase of 20% versus the prior year.

Moving below the operating line, net interest and other expense was $44 million. Again this quarter, the increase versus the prior year is due to the interest expense related to long term debt issued in June of 2015 to fund the acquisitions of Cordis and The Harvard Drug Group.

The non-GAAP effective tax rate was 36.6%, flat to the rate in the prior year quarter.

Diluted weighted average shares outstanding were 331 million, 3 million shares lower than the third quarter in the prior year. During the quarter, we repurchased $300 million worth of shares. And as of the end of the quarter, had slightly under $400 million remaining on our Board authorized share repurchase program.

Cash flow from operations was nearly $920 million, and at the end of the third quarter we had $2.6 billion of cash on the balance sheet. Our strong cash flow is the result of our robust earnings growth as well as our efficient management of working capital by our teams. As always, we remain committed to a balanced approach to capital deployment.

Moving on to segment performance, let's start with the Pharmaceutical segment. Revenues grew 22% to $27.5 billion due to continued growth from new and existing customers as well as the contributions from the recent acquisitions of Harvard Drug and Metro Medical.

Segment profit was $660 million, an increase of 16% versus the prior year. There were two primary drivers of our profit growth in the quarter. The first is the acquisitions of Harvard Drug and Metro Medical which are integrating well and meeting our financial targets.  The second is the continued growth in Pharmaceutical Distribution of new and existing customers which includes our generics program.

Also, while not the primary drivers in the quarter, both specialty and nuclear were contributors with specialty continuing its double-digit growth and is on track to deliver at least $8 billion in revenue for fiscal 2016.

Pharma segment profit margin rate for the quarter was down 11 basis points versus the prior year. This is a mix dynamic due to the new relationship with a large mail order customer which began in our second quarter.

As a reminder, while the new contract has a dilutive effect to margin rates, it is positive from an earnings and capital standpoint.

In our Medical segment, we saw the same sort of uplift across the breadth of our businesses. Revenues grew 13% to $3.1 billion driven by contribution from acquisitions, net of divestitures, as well as growth from all of our existing businesses.

Medical segment profit grew 26% to $128 million. This was driven by the net contributions from acquisitions as well as Cardinal Health brand products. As you may recall, this quarter, like Q2, includes the Cordis inventory fair value step-up, which was $21 million in each quarter.

Let me give you a little more color on Cordis. First, the onboarding of Cordis continues to progress well. We have filled the key roles with excellent talent and are focused on execution.  As I mentioned last quarter, the expected favorability of the lower inventory step up was a wash with the foreign exchange impact that was greater than we had originally modeled.

As we work through the transaction there are a few mechanics such as the timing of exiting our transition service agreements with J&J, the closing of Day 2 countries and the ramping up and down of certain expenses that could result in variability between quarters.

As you can imagine, all of these moving parts can lead to Cordis results that may not be linear for a few more quarters. Specifically, some of these caused margin rates to be somewhat elevated in the third quarter versus

how they may look over the next few quarters. If anything significant occurs, we will let you know, but again, overall Cordis is performing well.

Organic growth of our Cardinal Health brand products was the primary driver of a 42 basis points increase in the Q3 Medical segment profit rates to just over 4%. Our Cardinal Health brand product portfolio includes private label consumables and physician preference items.

These lines of business are important value drivers for our customers and are key to margin expansion.

Of particular note, this offering is resonating with our customers. In the quarter, Cardinal Health brand product growth was in the low double-digits within our Strategic Accounts. Additionally, the value of the breadth of our offering is also gaining traction as our Strategic Accounts once again grew well above the market this quarter.

Before I move to our outlook for the rest of the fiscal year, let me touch briefly on China which reports in both segments.

In spite of well documented macroeconomic conditions, our businesses in China continue to perform well with strong double-digit top- and bottom-line growth for the quarter.

Turning to slide number 6, you will see our consolidated GAAP and non-GAAP reconciliation for the quarter. The 26 cent variance to non-GAAP diluted EPS results was primarily driven by amortization and other acquisition related costs.

**Cardinal**Health
*Essential to care™*

I'll now update you on our thoughts for the remainder of fiscal 16. Based on our current assumptions, we've tightened our non-GAAP diluted EPS to a range of $5.17 to $5.27, or growth of 18% to 20% versus the prior year. This range implies fourth quarter guidance of $1.07 to $1.17 non-GAAP earnings per share, a 12% growth at the midpoint.

Looking sequentially to Q4, four things essentially explain the variance from Q3. First, we typically see higher brand inflation activity in the third quarter which comes down in the fourth quarter. We expect this fiscal year will be consistent with this historical trend.

Second, as a result of the acquisition of Safeway by Albertsons, we stopped servicing them as of April 1st, which has an impact on our fourth quarter comparison. The final two are a higher tax rate and a handful of smaller corporate items.

For our full fiscal year guidance, recall that in the prior quarter I mentioned that foreign exchange and the generic pricing environment could impact us in reaching the very high-end of our prior range. Neither turned in our favor; foreign exchange hasn't moved much from our prior expectations, and as for generic drug pricing, we expect the environment to be similar to what we experienced towards the end of Q3, which was slightly deflationary.

Moving on to slide 9 of the presentation, I'll walk through the updated corporate assumptions that reflect what we expect as we close out fiscal 2016.

First, we expect our non-GAAP effective tax rate to be in the range of 35.5% to 36.5%.

Next, we expect diluted weighted average shares outstanding to be between 330 and 331 million shares.

In addition, we've lowered our expected range for net interest and other expense to 185 to $200 million. Also, we expect that our full year capex spend will be in the range of 450 to $480 million.

And, finally, our updated assumption on acquisition-related intangible amortization will be about $348 million or 68 cents per share.

Now, I want to take the opportunity to share a few preliminary thoughts on what we believe will be some of the key drivers in FY17. We still have work to do on sizing each of these, so my thoughts will be more qualitative than quantitative.

Starting with the Medical segment, we expect strong growth to be led by our Cardinal Health brand products, which will include Cordis. As a reminder, FY17 will not have the negative impact from the inventory step-up.

Also, we expect growth in our post-acute initiatives, which includes our Cardinal Health at Home business. As in past years, we would still expect repricing on National Brand to be a headwind.

Moving to the Pharma segment, as we mentioned, the Safeway contract has expired and will be a factor until we anniversary it in Q3 of next year.

Under our generics program, we expect continued strong performance from Red Oak. As it relates to new item launches, due to the timing of our fiscal year and the shifting of a few product launches, we expect the contribution in FY17 to be less than FY16. Also, we are currently expecting generic inflation to be less in FY17.

As I mentioned in our Q4FY15 call, we initiated a multi-year program to refresh our information systems in our Pharmaceutical segment. This investment is being made to support our significant customer growth and acquisitions.

Per our plan, FY17 expenses related to this program will be more than what we incur in FY16. We have outstanding talent and metrics in place to ensure success.

Lastly, we expect to continue with our current moment in the Specialty business. As we complete our budgeting process this Summer, we will finalize our FY17 outlook and will provide additional clarity on our Q4FY16 call in August.

Let me close by expressing my appreciation to our people who delivered a record quarter in Q3, who continue to do things necessary to position us on the right side of healthcare trends, and who I know will work tirelessly and with discipline to achieve our goals and of course, serve our customers and their patients.

Operator, let's go to the questions.

Operator: Thank you. If you would like to ask a question please signal by pressing Star 1 on your telephone keypad. If you're using a speakerphone please make sure that your mute function is turned off to allow your signal to reach our equipment.

We'll go first to Robert Jones or Bob Jones from Goldman Sachs.

Robert Jones:  Yes, thanks for the questions. You know George and Mike, you know, I appreciate all the details you guys shared around generics and then some of the changes from 3Q to 4Q.

But I guess I'm still trying to parse out, you know, what was incremental relative to what you had line of sight into previously? You know if I just look at the implied 4Q guidance you guys highlighted, you know, having a hard time based off the trends in both segments seeing how growth will slow as much as you're implying.

So I guess really just if you could go back to some of the buckets you highlighted. What kind of moved against you from where you were thinking about the year previously to how you're thinking about the fourth quarter now?

Mike Kaufmann:  Yeah thanks for the question, Bob. I appreciate it.

I guess I'll just go back a little bit to emphasize what I talked about and see if that's helpful.

So I'm not sure things changed a lot in the sense if you think about what typically often happens between Q3 and Q4 as it relates to the branded inflation piece. That is what we're seeing sequentially both in pharma and in med. We see a stronger Q3 from price increase activity on branded products.

So we're planning to see that again in our Q4. That's number one.

Second of all the Safeway contract expired and we quit servicing the business on April 1 so we have a full quarter of the impact of Safeway. Those are the two biggest drivers sequentially from Q3 to Q4.

And then we are expecting a higher tax rate in Q4 which will have impact sequentially on it. And then also there's just some corporate items, several smaller corporate items that we expect to happen in our fourth quarter.

And then so that's kind of maybe helps a little bit for a chunk of it. And then the other piece, if you think back to our last quarter, what we were trying to help everybody understand is to get to that top end of our range we really needed to see FX rebound and generic inflation change. And neither one did. We didn't see really much change at all in FX. And so we're not seeing any pickup from that in the fourth quarter.

And then generic inflation in the fourth quarter, we're expecting it to be more like what we saw in the last part of Q3 which as you know as we mentioned before was declining in the back part of Q3.

Robert Jones:  Just to be clear then, Mike, the generic pricing didn't change from what you had thought. It just didn't come back in your favor. Is that a fair characterization?

Mike Kaufmann:  Yes. I would say it didn't change from the second half of Q3 but what we're expecting is the whole Q4 to be more like the end of Q3.

So yeah, I wouldn't say it really changed from what we were trying to help you to get to that top end of the range, we needed it to, you know, go back the other way.

But it did change from Q2. And then as I said it seemed it - we're expecting it to be more similar to the second half of Q3 than it was for the whole Q3.

Operator:  And once again that is...

Sally Curley:  Operator.

Operator:  ...that is Star 1 to ask a question. And as a reminder we do ask that you limit yourself to one question and one follow-up.

We'll go next to George Hill of Deutsche Bank.

George Hill:  Hey good morning Mike and George and thanks for taking the questions.

George Barrett:  Morning.

George Hill:  I guess George could you provide a little more color on this industry realignment that you mentioned? I don't know if you can get anymore granular on what you're seeing and the impact it's having on the business.

And then I guess as it relates to the changes in generic drug price inflation versus deflation, I guess as we look into 17 is the expectation that inflation will be less than it was in 16 or are we back to a more normalized modestly deflationary environment?

George Barrett: Yeah, George, good morning. Let me start with the second part in a sense because as I described in the call, there really is sort of a number of factors at work here, including the launch cycle, the rate of approvals, which creates more products in the system, reimbursement dynamics, which our customers feel.

So this is all sort of part of the dynamic that affects the overall pricing environment. So that's sort of what I was trying to capture which is that this is really not a single factor, but we're seeing a number of factors that actually come together.

As it relates to the environment I was really referring to some of the big moves that have occurred over the course of the year. You have CVS buying Target and Omnicare. You've got the move with Albertsons and Safeway. You've got Walgreens and Rite Aid.

And so I think those kinds of big moves have a tendency to create a little bit of sort of short term disturbance and then they just sort of settle out.

And I just wanted to highlight that. But, you know, I think what we're describing here is more, again as Mike said it is quite different than it was at the early part of the year of our Fiscal 16. And that's sort of what we're describing.

So we just wanted - what we tried to do with you George is to always be transparent about the environment that we're seeing. And this is sort of as clear as we can be about the way we see the environment today.

Sally Curley:  And I think...

George Hill:  Okay.

Sally Curley: ...your question George about 17, Mike do you want to...?

Mike Kaufmann:  Yes. On 17 George we are expecting generic inflation to be less in 17 versus 16. But again, it's early. And that can change. There's so many factors as you know George, I think, described several of those that can impact it.

But we're kind of looking at it more as what we're seeing in the second part of Q3 and what we're assuming for Q4. If that stays consistent we would expect 17 to have less generic inflation than FY 16.

George Hill:  Okay. And then Mike maybe just a real quick follow-up. Can you give us any sense for what OP margins in the core drug business were like in the quarter, kind of ex-Optum ex the acquisitions?

CardinalHealth
*Essential to care™*

I'm trying to get a sense. Would we have kind of seen the changes in the deflationary environment in the quarter ex the bigger moving pieces?

And I guess kind of the margin deterioration rate that we're seeing in Q4, is that kind of how we should be thinking about the business, you know, in what I'll call the near to medium term?

Mike Kaufmann:  Yes. Gosh, a lot of moving parts on that. I can tell you, you know, again the biggest driver is really the mix dynamic with the addition of the large customer. You also have to remember in Q3 it's our biggest branded inflation quarter so that obviously has some impact on the quarter.

And then you have the acquisitions rolling in and synergy. There's just so many moving parts. It would be hard for me to break those apart.

But I think hopefully that's at least enough color to give you a little bit of help.

Operator:  We'll go to our next question from Ross Muken of Evercore ISI.

Elizabeth Anderson:  Hi. It's Elizabeth Anderson in for Ross this morning.

I have a question. In terms of you obviously had some pretty impressive cash flow generation in the quarter, is there any - have you guys changed any of your thoughts regarding capital allocation and sort of as a follow-up how are you're seeing, you know, valuations in the market generally?

Mike Kaufmann:  Yes. I can take it and George can add a little too. You know right now there would be no change in our capital deployment policy. We're still going to be focused on investing in the business first through our capital expenditures and then, you know, we're going to stay focused on our differentiated dividend.

And as we said before we're going to continue to balance between M&A and stock buybacks. You know we did do some stock buyback this quarter, as I mentioned, we did $300 million worth of it in this quarter.

So we do look at that all the time to see what's the right use of our cash and we will continue to do that going forward.

As far as the environment from M&A, I can see if George wants to make a couple comments.

George Barrett:  Yes. No. Just generally I think our team did a really good job of managing working capital. And so we're very conscious of - certainly we don't want to just sit still if we're accumulating cash. We will be very, very smart and balanced I think of that, how we deploy that.

As it relates to valuations out there, you know, the primary driver for us as you know when we look at anything related to an acquisition is the strategic fit and how relevant that is to the changes in front of us in healthcare and whether Cardinal can be an advantaged owner of any given asset.

And so we think a lot about those execution things. Obviously valuation when it's coming back to a better place certainly makes those transactions can make them more attractive.

But the driver is always going to be that strategy piece and how we as Cardinal can create value from it.

Elizabeth Anderson:  That makes a lot of sense. And then just as a follow-up. I was just wondering in terms of, you mentioned that obviously Red Oak was a contributor in the quarter, have you seen any sort of change in outlook in terms of how it's been helping you guys or any change in sort of the way you're working with that structure?

Mike Kaufmann:  No, I was just at the Board Meeting last week, and continue to be incredibly excited about the talent at Red Oak. It's just a fantastic team. Our relationship with CVS continues to be both strategic and positive to work together on opportunities with Red Oak not only today but, you know, going forward.

You know clearly we'll be lapping some of the initial opportunities that we saw in Red Oak. You know when you go from nothing to starting up and executing as quickly as we did we had some larger incremental upticks over the first couple quarters. And that will be coming down a little bit.

But as far as it continuing to be a benefit for us we continue to see Red Oak to be a positive driver for us going forward in the future and we continue to be excited about it.

George Barrett: I just add, you know, we continue to talk to a lot of our manufacture partners. And I think they really appreciate the simplicity of the way that we created that model. And they know what to expect and how to work with us. And so the team there and Mike and the Board at Red Oak have done a great job.

Elizabeth Anderson: Perfect. Thank you so much.

George Barrett: You're welcome.

Sally Curley: Operator.

Operator: We'll go next to Ricky Goldwasser of Morgan Stanley.

Ricky Goldwasser: Yes, hi, good morning. I have a couple of questions here. The first one George, you know, if we step back, right, and we think about, you know, the generic pipeline, generic inflation environment and the industry dynamics, how should we think about, kind of like, long term growth for the distribution segment on a normalized environment? So beyond fiscal year 17 and the nuance of contract gains and losses, but just when we think about kind of like the core industry drivers?

George Barrett: Yes, so good morning Ricky. At this point obviously we're not going to be guiding long term forecasts for a business unit.

But let me just sort of give some color to the pharmaceutical distribution business. We are incredibly well positioned. I'm not sure that I've ever felt that we're better positioned, certainly during my tenure here, in terms the way that we're creating value for customers. The strength of those relationships, the opportunities in front of us to continue to use the value creation that has occurred through, I think the strength and capability of Red Oak, on generics, demographics are certainly a positive for us.

So I think our long term view is quite positive. We are going to always have these sort of like dips related to activities in the market or pricing dynamics or launches. But fundamentally I think this business is really robust. We're extremely well positioned. And we feel very optimistic over the long term about its growth prospects.

And I think you've seen over these last couple years that our positioning has improved quite substantially.

Ricky Goldwasser:  Okay. And then obviously we heard that you, kind of like, won, kind of like, the Kaiser contract on the med device segment, so congrats on that.

Can you maybe share with us, kind of like, what do you think differentiated your offering versus the incumbent? What's included in that contract? Is any of the new businesses that you've acquired are in it?

And also there's still, kind of like, there's still a decision pending on the drug purchasing contract.

How do you think about this opportunity? And are there any read-throughs between the two or are these two completely separate decisions?

George Barrett: Right. Right, thanks for the question. Ricky look, we did confirm that we were awarded the Med-Surg Supply for Kaiser. We do expect that probably to transition over the coming quarters.

I do think it was really about the broad capabilities of Cardinal to create value in a market going through change. I think, again I don't want to speak, It's not fair for me to speak for Kaiser, but I think the general dialogue was really about the future about the evolution of their business how they're going to have to serve a customer base that continues to be treated in different care settings and our ability to take care of that, as well as the services and technologies that we may be able to bring to them that improve efficiencies in their operations.

So I think increasingly that discussion is occurring with our largest customers. They understand that complexity is increasing and that those partners that can help them navigate that are probably more attractive as they go forward.

And I think that was sort of a differentiator for us. Again, being careful of not to speak for them.

There are other lines of business obviously that we serve to the market and Kaiser is looking at those. I could not comment on the status of any of those. It's not appropriate.

I will say that we're well positioned with Kaiser or anyone else on other lines of business. Whether or not that's a surgical kitting or service to the home or pharmaceutical distribution.

**Cardinal**Health
*Essential to care™*

So as I said earlier, I think I really like our positioning, but I don't think I can comment specifically on Kaiser and those lines of business and how that's going to unfold.

Operator: We'll go next to Bob Willoughby of Credit Suisse.

Penny Willoughby: Penny Willoughby in for Bob. It doesn't look like Cordis has any impact on your working capital balances. So are we expecting any shifts in future quarters for better or worse?

George Barrett: So I think that is Bob's daughter, Penny. It is bring your child to work day. We have hundreds of kids buzzing around the halls here so good morning.

Mike Kaufmann: Yes.

George Barrett: Mike, you want to take this?

Mike Kaufmann: Yes absolutely. I'm sure that Bob has a smile on his face like we do here when we walk in the morning being able to do that.

You know, Penny, I would say that right now I don't think that the Cordis acquisition will have a huge capital change in either our capital deployment policy or in our cash flows or anything going forward. I still feel really good that with all the other moving pieces we have in our businesses, we're always focused on managing our capital as

tightly as possible, making the right investments at the right time, you know, whether it be with our supplier partners, our customers or in M&A or stock repo.

So I don't think it's going to have any material change going forward.

Penny Willoughby:  Thank you.

Sally Curley:  Thank you, Penny, for the question.

Mike Kaufmann:  Thank you for questions.

Operator:  We'll go next to Eric Percher of Barclays.

Eric Percher:  Thank you. I'm still trying to wrap my head around sequential trend. And if I understand you right, it sounds like on the pharmaceutical side you're seeing normal seasonality and then Safeway and so it sounds like we could use Q4 as a proxy moving forward.

So I'll ask, you know, that first.

And then the second half would be in medical at the segment level. Obviously a very strong quarter; you won't have the $21 million headwind next quarter. But you mentioned that there's going to be some timing issues over the next couple of quarters.

So I guess first, can I kind of confirm that around the pharma side and then your thoughts on medical?

Mike Kaufmann:  Yes. So from pharma, yes, the first two big items I talked about were more majority pharma. But again, part of the branded inflation, when I talked about that, part of that's also in medical. Medical also sees a slightly better Q3 than Q4 from a price increase activity.

But clearly you're absolutely right. The largest piece of that branded inflation component happens in pharma distribution. And sequentially Q4 is always a much smaller quarter than Q3. And then the Safeway piece is the other piece.

So yes, on pharma that would be it. As far as medical goes, yes, that's why I was trying to give you a little color. As we're bringing on Cordis with, you know, again some of the things I mentioned. We've got several different types of Transition Service Agreements that we have in place with J&J, each with different timing of when we roll off of those and how we can work through those.

We have different Day 2 Countries coming in on different timing. And then we have certain expenses where we're ramping up on new headcount and then also getting after the synergies and taking expenses out in other areas so all of those things creates some variability between quarters.

And so again those Cordis results may not quite be as linear as you would expect them to be for a few more quarters until things kind of normalize for us.

Eric Percher: And there - are there dollars flowing out today for the transition services that will dissipate and then at the same time you may have higher upfront costs to standup the same services?

Mike Kaufmann: Yes, I think that's a really good way to look at it, because we're incurring costs to stand those up, then they transition out. And then net-net we expect all of that to be, you know, a positive for us.

As we mentioned in FY 18, as we exit FY 18 we expect to be at $100 million of synergies on Cordis. So we're still expecting that as we exit FY 18.

But there'll be a lot of noise as we're standing up. At the same time we're still long and then we roll off those Transition Service Agreements into what we think are going to be better cost situations for us.

But again I think it's really important to know that the underlying Cordis business is doing really well, does an excellent job of staffing up both from management and the sales teams.

Operator: We'll go next to Lisa Gill of JP Morgan.

Lisa Gill: Thanks very much. So Mike, when you talked about 2017, and I know that at this point it's qualitative, but you are highly medical versus drug, and if you look at the results in this quarter and I know the previous question

asked about kind of next quarter and how do we think about it going forward, but can we talk about some of the underlying drivers and more specifics to this quarter and how to think about them going forward?

And my first question would be around private label. You know the Cardinal products. Can you give us any indication as to what percentage of the sales that was? You know, does your new contract, for example, include private label for companies like Kaiser?

And how do we think about the growth component of that as we start to think about 17 and beyond?

Mike Kaufmann: Yeah, I can't specifically get into what the product mix will be with Kaiser. But as you can imagine with any customer we have, we're constantly looking to be able to shift them to our products both to save them money and improve our margins and work together positively.

So that's the goal with every single customer we have. As far as some of the other private label products and the percentage, I will tell you that it is going up significantly, but we plan to give a more detailed update at our Dublin Day in June when Don's going to spend some time walking through how all of those mechanics are working and how things are going.

But suffice it to say we're seeing some nice improvements both as a percentage of revenue as well as a percentage of margins on our products. So that's a real positive.

**CardinalHealth**
*Essential to care™*

George Barrett:  Yes, let me add to that Lisa just to give some color. In the last two years we probably added 2,000 SKUs to that line.

So this has been a very focused effort to expand that line, which we think really pays value for our customers and for us.

Lisa Gill:  And, you know George, I think historically at your last Analyst Day you talked about a goal of 5.75% as a margin for the medical segment.

Do you feel that you can get there with the assets that you have today and private label or do you think you need to make incremental acquisitions to add to the offering to ultimately get to that goal?

George Barrett:  Go ahead, Mike.

Mike Kaufmann:  Yeah, I don't think anything's changed from the last meeting. You know that when we talked about this before, again it's an aspiration which means it's something that is not simple, it's not a layup to get to.

But when we really take a look at what we have on tap, both internally with all organic growth with Cordis, with our growth in our distribution services business, with our new post-acute business acquisitions, at home growing faster than we expected, et cetera, we expect to see very good performance against that goal organically.

But we also have said we would expect to get there, we would need to do some more M&A.

Sally Curley:  Operator.


Operator:  We'll go next to Dave Francis of RBC Capital Markets.


Dave Francis:  Hi. Good morning.  Wanted to hit on a couple of different items that you've already covered, but quickly on the generic pricing front, George and Mike, are you guys in a position given your look at the broad portfolio of products to see on the uptick of ANDA approvals at FDA if there is a targeting effort going on by FDA to look at some of the lower competition, higher priced pockets of the market to potentially create additional competition and therefore lower pricing in the market or is this something that you guys just don't have a good window into right now trying to figure out directionally where the market is going?


George Barrett:  Yes Dave, that's a great question. I wish I knew the answer to it. I'll give you some historical perspective, but I cannot tell you about the inner workings and how they're seeing this. Historically, the FDA has been very conscious of getting first drug to market and always took priority to make sure that they would - could do that to encourage competition.


Whether or not they're targeting specific drugs is really hard to say. I don't think we would have line of sight on that. You know that they've expressed, you know, publicly and to Congress that they're really working hard to dig out of the backlog.


What's probably worth also noting is there are a lot of - the inflow into them continues to be very high. So the outflow has increased but the incoming number of applications continues to be really robust.

But I don't think we have enough line of sight or insight into their thinking to know that they're targeting particular drugs.

Dave Francis: Okay, that's helpful. A quick follow-up shifting back to the Kaiser win, as you look more broadly at the marketplace you've seen other leading health systems out there kind of identifying the physician preference item issue from a cost perspective.

Where would you say the market is relative to recognizing some of the overall trends that you guys are trying to get after relative to the changing reimbursement environment and how that might play out for you over the intermediate to long term? Thanks.

George Barrett: Well that is the - so essentially part of the work we do in our segmentation, there are certainly systems who are very much on top of some of these trends and pushing very hard to improve efficiency through standardization.

And there are others that are just at a different stage. So it really varies across the country and across the systems.

And I would also say different programs have different sales cycles. So for example on the consumable side you're probably going to have a faster sales cycle than you will for example than on the physician preference item where you want - that requires a little bit more buy-in in the system.

So I think you'd have to look at those a little bit differently from the sort of commodity-type consumables to products that are more used in the traditional physician preference area.

So again it varies a little bit by product type. And it certainly varies a lot by system.

Overall directionally as we've seen more bundled payment models, more payment for performance, shifting financing models, I would say this trend is well understood and most institutions are trying to push in that direction. And it's probably good news for us.

Sally Curley:  Operator.

Operator:  We'll go next to Garen Sarafian of Citi.

Garen Sarafian:  Good morning George and Mike. So I just wanted to go back to your generics commentary. So for a bit of clarification, but more on clarification at this point, you mentioned flat to slightly deflationary environment. But previously you've stated you're protected to the downside.

So did you protect it to the extent it becomes deflationary? Is that the right way to think about it?

And maybe related to the generics again, if there's any way you could help us think through qualitatively the size of the generic contributions stepped down in Fiscal 17 in either moderating inflation or in new introduction? That'd be helpful.

Mike Kaufmann:  Yeah, let me take a couple comments and if I miss something please feel free in the follow-up.

But I think first of all yes, when it comes to inventory, we are price protected on inventory. And so I don't have any concerns that as we see, you know, deflation on any generic inventory or any item that we have any generic inventory risk. So let's just take that one off the table first. That one's not a concern.

As far as what we think the rate of deflation will be, obviously that's a tough one. But there is a lot of market commentary out there around it. And from what we're hearing, if you listen to some of the various manufacturers and the discussions, what we're assuming is probably similar to what they're seeing is that we think that our expectations for next year are probably going to be very similar to what those are that you're hearing from the manufacturing partners.

George Barrett:  I would just add that again, as Mike said, you're talking a little bit about the purchasing and the inventory.

But there's also the market side, which is reimbursement pressures and we have to live in that environment. And so we're very sensitive to that and that's part of the dynamic as well.

Mike Kaufmann:  Yes, and also, when we're in a net deflation environment that doesn't mean there's no inflation. That just means that the net deflating items will be more than the net inflating items. And that's how you get to a net deflationary.

So don't interpret our comments as saying we expect no generic inflation over the next year. I always believe there's going to be some. It's just the net down.

Garen Sarafian:  Okay, that's helpful. And then maybe touching on Red Oak, it's clear you've been very pleased with the results of your JV so far, but what's the bar you're trying to set in upcoming quarters and years to the extent you can share?

So maybe taking a step back, now that you've established your joint venture, the successful purchasing entity in the past two years or so. What will Red Oak need to do in two, three years from now in addition to what they're doing now for you to consider them to be a success?

Mike Kaufmann:  Well that's a great question. You know I think some of the basic things you would have to do in any business, right? You've got to be able to add and develop talent and make sure that it's sustainable and that's something that I have no concerns that we won't be able to do, but that is something that any business has got to do.

I think you've got to continue to increase your data and analytics capabilities, so you could understand and be more proactive on various opportunities to either lower costs or find new folks in the system that can help you get

**CardinalHealth**
*Essential to care™*

after, you know, increasing competition where you may need it on certain items. Understanding what's going on in the API environment and working backwards.

I think, you know, those are always important. Understanding really well what's going on with the various legal cases. All those types of things are really important as you work forward.

And then obviously scale is important too. That and, you know, I believe that's another great piece about Red Oak is when you look at both Cardinal's success recently and over its history as well as CVS's, you know, progress, than you're going to see scale continuing to increase, which I think will always be beneficial to Red Oak.

Operator: We'll go next to Greg Bolan of Avondale Partners.

Greg Bolan: Hey great. Thanks for taking the question. So just from a capital deployment standpoint, I know you guys obviously used $300 of the $700 million this quarter. Just kind of thinking about in a sense kind of going back to Bob's question earlier, moving from 2Q to 3Q obviously a few levers were pulled, buyback being one of them.

Is, I guess as we think about moving into the fourth quarter, is there an opportunity to become more aggressive with the buyback authorization or at this point feel pretty, you know, good with that $400 million and that should last you at least through, you know, at least through the end of this year? And obviously I guess readdress, you know, what's authorized as you think about Fiscal 17.

Mike Kaufmann:  Yeah, you know, thanks for the question Greg. You know as you can imagine with a company with our scale and breadth, there's a lot of things going on from an M&A standpoint that we're constantly looking at as well as looking at whether stock repurchases is the right opportunity.

So as far as the numbers go, you're right. We do have just a little less than $400 million left in our stock repurchase program.

So if we do see some opportunity in the fourth quarter, if we do believe that is the right place to put capital, we do have some ability to do that without any further Board authorization.

But to be able to say whether we'll do that or whether we'll do an M&A is just - it's really hard for me to do at this time. And something that I can just tell you, we constantly evaluate where is the best place to deploy our cash.

Greg Bolan:  That's great. And then just one quick question going back to an earlier question on medical segment operating profit. I mean organically it absolutely, you can see that the incremental profit margin is accelerating in that business. You know, clearly that seems to be George going back to your comments around the large number of SKUs that have been introduced on the branded side.

I guess if you think about the mix and medical segment revenues and profit, is it safe to say that the operating profit contribution from the branded products is around double that of the contribution to revenues?

**CardinalHealth**
*Essential to care™*

George Barrett:  So Greg let me try that. I don't think we can break that out for you. I'll probably answer it more generally. And I hope the color will be useful.

You know we always see and I mentioned this in prior calls that on the branded side of Med-Surg distribution, those have over a long period of time sort of been declining.

What has been happening and this is sort of what we've been describing to you guys is that the range of services that we provide that are high value, the number of products that we're providing in our private label, the mix of our business, the work that Don and his team have done is beginning to bear fruit.

And so what we're seeing is what I would describe as organic, well you call organic, it's so hard for me to actually parse that out, but some of our historical lines are doing very well. They're competing well in the market. We're expanding the product and services, and I think that's beginning to bear fruit.

So I can't break out the components for you or predict it. But what I can say is that, directionally, is a very positive thing.

Mike Kaufmann:  Yeah, the old numbers just so you remember was that our Cardinal Health preferred products and consumable products in total as a percentage of med segment profit as revenue it would be in the low 20s of med revenues and in the higher 30s for med segment gross margins.

And that is something that we plan to update in our, you know, our June Dublin Day when Don gets into a little more detail about the med segment and as he gets a chance to evaluate what's going on with the Cordis acquisition.

But it's safe to say it will be much higher when you see it.

Operator: We'll go to our next question from David Larsen of Leerink Partners.

David Larsen: Hi. George you mentioned in your prepared comments something about reimbursement rates to your customers.

Can you expand on that a little bit more and maybe touch on, you know, hospitals, docs, retailers and, you know, how you see reimbursement rates trending for that group? And what do you think of this Part B rule that was proposed? What impact does that have on your business? Thanks.

George Barrett: So Dave let me start with - my comments were primarily addressing the retail side, but I'll be happy to weigh-in on the others.

So yes, I think the dynamic, obviously all the payers, whether it's the government or private payers, are working very hard to contain costs. Reimbursement is one of the tools that they have.

And so as they press those customers, we have to be there to support our customers and make sure that they're able to compete and run their business.

So it's just a dynamic in the market that we have to live with. And we're very sensitive to it. I think our customers trust that we understand this dynamic.

As it relates to the Med B proposal, as you know this was - got a lot of attention and got a lot of pushback. Let me start by saying it doesn't really much impact on us very specifically so that's important to note upfront.

You know I think this is, you know, again an attempt - we'll see CMS try to continue to do things to contain costs, to push us towards a more value-based system.

Directionally, we understand that. That's just very, very hard to do and they've got to be careful as they do that not to hurt providers who really are working hard to deliver care every day.

And I think what they've bumped into here was some very strong pushback in the provider world.

So I do think we'll see an active CMS. We expect that. I think they will make proposals regularly. Some of those will come through and stick and I think some with the system will say those are tough for us to adopt and they have adverse consequences. And this is probably one of those ones where the market pushed back, and particularly the physicians, saying this was particularly painful for them. But, you know, this is part of the dynamic that we live with I think today.

David Larsen:  Okay. Couldn't the biosimilar component of the Part B rule be a benefit to your model?

George Barrett:  It's an interesting question. I'll probably be a little careful in answering because it's so early. I mean the biosimilars, Dave, are still emerging as you know because you don't have this driver of the AB rating. It doesn't get the kind of instant uptick that you see with the launch of a traditional generic drug.

And so I guess we're saying, hypothetically the answer is yes, but we have to just recognize we're in very early days on the biosimilar side and I think a lot to play out still.

Operator:  We'll go next to John Kreger of William Blair.

John Kreger:  Hi. Thanks very much. George earlier in the call you talked about a fair amount of customer consolidation within the pharma distribution business.

Can you just remind us how you think that ripples through with pricing trends as some of those relationships come up for renewal for you?

George Barrett:  You know we have seen a fair amount of consolidation, certainly among the biggest players, biggest purchasers.

**CardinalHealth**
*Essential to care™*

You know I think first of all, that this is still sort of unraveling, not unraveling, probably unwinding. Some of these are still in regulatory approval.

I think in general consolidation is a phenomenon that we've experienced over a lot of years. We're sort of used to it. I think the question that we think about when we look at those consolidated customers is not just are they bigger, but do they have new kinds of need, distinct needs where we have tools that can support them.

So I think the key for us, as we think about these, is not just whether or not we can be efficient in order to be price competitive, but as those combinations occur do we have unique sets of skills that allow us to create value for those merged or different kinds of entities?

I think increasingly we do. So I think it's clear that we have scale and that we can be price competitive. But I think it's also other things that we want to be able to bring to any player whether or not that's on the institutional side in hospital and health systems or whether it's in the retail side.

John Kreger:   Great, thanks. And a quick follow-up on the medical side, where are you seeing the best traction with your private label and branded products? If you could characterize that and I'm curious if it's the big IDNs, if it's smaller; are you seeing any patterns emerge as you get more scale in that business?

George Barrett:   It's a great question. I wish I could discern. We're very good at analytics. It would be very hard to discern a pattern. We do a lot of work to segment our customers. It really varies. It varies specific to the account, the nature of their buying organizations, how active the CFO and the C-Suite is and the activities deeper in the organization. So it really varies a lot and would be extremely hard to discern a very clear pattern.

John Kreger:  Interesting. Okay, thank you.

George Barrett:  You're welcome.

Operator:  We'll take our last question from Charles Rhyee of Cowen & Company.

Charles Rhyee:  Yeah, thanks for squeezing me in here guys. Just a question, you know, George you kind of alluded to beforehand with naviHealth. You know just curious how you are looking at, you know, some of the programs that are going on in that area? So like the bundled payments for care improvement initiative. Also I think more recently the joint replacement one. And can you talk about how naviHealth is helping you position there particularly in BPCI?

My understanding is that program is not really open. I guess it's still sort of pilot. And so where are we in terms of I guess process and when do you think that gets more broadly, you know, opened up for hospitals again?

George Barrett:  Right. So let's start with the basic. I think some of these programs we just have to remember are in their early phases.

But there is, Charles, I think no question that there's a push both from the public through Medicare, Medicaid and through private payers, to try to encourage payment models that are not fee-for-service, so that are some kind of value-based program.

The tools that we have in naviHealth are really interesting. And again remember that these have been primarily directed through naviHealth's history at helping hospitals, direct care, post-acute.

But I think that that skillset of being able to look at how to identify different ways of creating payment models, how do you help the hospitals that are going to have to live in that world, how do you help them navigate this.

I think what we have in naviHealth is enormously valuable. And I think it's actually, for a relatively small business, it's generating a lot of discussion between us and our customers.

But again BPCI is early. CMMI looking at that program. Early days in all of these. But the direction I think is unambiguous. I think there's more push to move away, to the extent possible, from the fee-for-service.

And I think the tools of naviHealth and the work that we do in Curaspan which, you know, touches 600 hospitals in their customer base and 8,000 post-acute providers. Those kinds of tools I think are going to be increasingly valuable to us.

Charles Rhyee: And with naviHealth have you seen that already with the hospitals they serve and as you're looking to help direct sort of the appropriate discharge location and that's how you can save money for a system? Is that advantaging sort of on the AssuraMed side, on the home and distribution business yet?

George Barrett:  Yeah, I don't want to get ahead of us here. Again remember it's early. But I think it's safe to say that the discussions that we're having with large institutions around naviHealth help us at Cardinal Health position ourselves in the big sense as understanding the challenges and the forces in the market and having sets of solutions and tools that we can bring to bear.

So I think as an asset in the Cardinal Health portfolio it is creating some unique conversations and again I don't want to get ahead of us. It's early. But we're quite encouraged.

Charles Rhyee:  Great. Thanks a lot guys.

George Barrett:  You're welcome.

Charles Rhyee:  Thanks guys.

Operator:  At this time I would like to turn the call back over to George Barrett for any additional or closing comments.

George Barrett:  Well thank you all for joining us. It's been a long call. I appreciate you taking the time. We look forward to seeing many of you in the coming weeks.

I'll just finish by saying, you know, we're excited about the performance of the quarter. Looking forward to talking with you in June and those of you who will be able to join us for Dublin Day and I hope you have a good day. Thanks all.



Operator:  Thank you. And that does conclude our conference for today. We thank you for your participation.

# EXHIBIT 40

# Q3 FY2016

Cardinal Health, Inc. Earnings Investor/Analyst call
April 28, 2016



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the ability to continue to achieve and maintain the benefits from the generic sourcing venture with CVS Health and from the acquisitions of Cordis and The Harvard Drug Group; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform, including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of April 28, 2016. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.  In addition, this presentation contains Non-GAAP financial measures.  Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at the end of these presentations and at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.

2    © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q3 FY16 Financial summary

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
| --- | --- | --- | --- | --- |
| | Q3 FY16 | Q3 FY15 | Q3 FY16 | Q3 FY15 |
| **Revenue**<br>*% change* | **$30,662**<br>*21% increase YoY* | **$25,375**<br>*18% increase YoY* | | |
| **Gross Margin**<br>*% change*<br>*Ratio to revenue* | **$1,689**<br>*16% increase YoY*<br>*5.51%* | **$1,459**<br>*12% increase YoY*<br>*5.75%* | **$1,702**<br>*17% increase YoY*<br>*5.55%* | **$1,459**<br>*12% increase YoY*<br>*5.75%* |
| **Operating Earnings**<br>*% change*<br>*Ratio to revenue* | **$656**<br>*11% increase YoY*<br>*2.14%* | **$591**<br>*16% increase YoY*<br>*2.33%* | **$788**<br>*20% increase YoY*<br>*2.57%* | **$657**<br>*17% increase YoY*<br>*2.59%* |
| **Net Earnings[1]**<br>*% change*<br>*Ratio to revenue* | **$386**<br>*6% increase YoY*<br>*1.26%* | **$365**<br>*16% increase YoY*<br>*1.44%* | **$472**<br>*19% increase YoY*<br>*1.54%* | **$396**<br>*13% increase YoY*<br>*1.56%* |
| **Diluted EPS[1]**<br>*% change* | **$1.17**<br>*7% increase YoY* | **$1.09**<br>*20% increase YoY* | **$1.43**<br>*20% increase YoY* | **$1.19**<br>*18% increase YoY* |

[1]*Attributable to Cardinal Health.*
*Please see appendix for comparable GAAP numbers and GAAP to Non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## Q3 FY16 Pharmaceutical segment business analysis

|  | Q3 FY16 ($M) | Q3 FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | $27,527 | $22,605 | 22% |
| **Segment Profit** | $660 | $567 | 16% |
| **Segment Profit Margin** | 2.40% | 2.51% | |

**<u>Highlights:</u>**

- **Revenue** for the Pharmaceutical segment increased 22 percent to $27.5 billion due to growth from new and existing customers as well as acquisitions.

- **Segment profit** increased 16 percent to $660 million due to significant contributions from strong performance by both acquisitions and new and existing customers.

*The sum of the components may not equal the total due to rounding.*

4    © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q3 FY16 Medical segment business analysis

|  | Q3 FY16 ($M) | Q3 FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | **$3,138** | **$2,774** | **13%** |
| **Segment Profit** | **$128** | **$102** | **26%** |
| **Segment Profit Margin** | **4.08%** | **3.66%** | |

**Highlights:**

- **Revenue** for the Medical segment increased 13 percent to $3.1 billion due to the net contribution from acquisitions as well as solid growth from existing businesses.

- **Segment profit** increased 26 percent to $128 million due to the contribution from acquisitions, net of divestitures, and from Cardinal Health-branded products. Segment profit includes the $21 million negative impact of the Cordis-related inventory fair value step-up.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

## Q3 FY16 GAAP to non-GAAP reconciliation

| | Q3 FY 2016 | | | | Q3 FY 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[1] ($M) | Diluted EPS[1] | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[1] ($M) | Diluted EPS[1] |
| **GAAP** | **$1,689** | **$656** | **$386** | **$1.17** | **$1,459** | **$591** | **$365** | **$1.09** |
| LIFO charges/(credits) | 12 | 12 | 8 | 0.02 | - | - | - | - |
| Restructuring and employee severance | - | 6 | 4 | 0.01 | - | 7 | 4 | 0.01 |
| Amortization and other acquisition-related costs[1] | - | 108 | 71 | 0.21 | - | 77 | 48 | 0.15 |
| Impairments and (gain)/loss on disposal of assets | - | - | - | - | - | (1) | - | - |
| Litigation (recoveries)/charges, net | - | 5 | 3 | 0.01 | - | (18) | (21) | (0.07) |
| **Non-GAAP** | **$1,702** | **$788** | **$472** | **$1.43** | **$1,459** | **$657** | **$396** | **$1.19** |
| | | | | | | | | |
| Amortization of acquisition-related intangible assets | - | $88 | $57 | $0.17 | - | $48 | $30 | $0.09 |

[1]*Attributable to Cardinal Health.*

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY2016 Outlook



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

## FY16 financial expectations

|  | **FY2016 Outlook** | **FY2015 Actual** |
|---|---|---|
| **Revenue** | Mid- to high-teens percentage growth vs. PY | $103B |
| **Non-GAAP Diluted EPS** | $5.17 to $5.27 | $4.38[1] |

[1]Non-GAAP diluted EPS from continuing operations

Red font indicates a change since previous guidance.

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



## FY16 corporate assumptions

|  | **FY2016 Outlook** | **FY2015 Actual** |
|---|---|---|
| **Non-GAAP effective tax rate** | 35.5% - 36.5%[1] | 37.2% |
| **Diluted weighted average Shares outstanding** | 330M – 331M | 335M |
| **Interest and other, net** | $185M - $200M | $134M |
| **Capital expenditures** | $450M - $480M | $300M |
| **Acquisition-related intangible amortization** | ~$348M or ~$0.68[2] | $189M or $0.36 |

[1]*May fluctuate quarterly due to unique items affecting periods.*

[2]*Includes only acquisitions closed as of March 31, 2016.*

*Red font indicates a change since previous guidance.*



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

Q3 FY2016 trailing five quarters, Year-to-Date Financial summary and GAAP to Non-GAAP reconciliation statements



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

## Q3 FY2016 Segment analysis

### Pharmaceutical segment

|  | Q3 FY15 | Q4 FY15 | Q1 FY16 | Q2 FY16 | Q3 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 22,605 | 24,676 | 25,140 | 28,287 | 27,527 |
| Segment Profit ($M) | 567 | 535 | 657 | 627 | 660 |

### Medical segment

|  | Q3 FY15 | Q4 FY15 | Q1 FY16 | Q2 FY16 | Q3 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 2,774 | 2,855 | 2,919 | 3,162 | 3,138 |
| Segment Profit ($M) | 102 | 103 | 101 | 106 | 128 |

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health
*Essential to care™*

# Year-to-Date Financial summary[1]

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
|---|---|---|---|---|
| | YTD FY16 | YTD FY15 | YTD FY16 | YTD FY15 |
| **Revenue** | **$90,162** | **$74,983** | | |
| *% change* | 20% increase YoY | 10% increase YoY | | |
| **Gross Margin** | **$4,877** | **$4,254** | **$4,929** | **$4,254** |
| *% change* | 15% increase YoY | 9% increase YoY | 16% increase YoY | 9% increase YoY |
| *Ratio to revenue* | 5.41% | 5.67% | 5.47% | 5.67% |
| **Operating Earnings** | **$1,839** | **$1,603** | **$2,251** | **$1,861** |
| *% change* | 15% increase YoY | 7% increase YoY | 21% increase YoY | 11% increase YoY |
| *Ratio to revenue* | 2.04% | 2.14% | 2.50% | 2.48% |
| **Net Earnings[2]** | **$1,095** | **$920** | **$1,361** | **$1,136** |
| *% change* | 19% increase YoY | 1% decrease YoY | 20% increase YoY | 9% increase YoY |
| *Ratio to revenue* | 1.21% | 1.23% | 1.51% | 1.52% |
| **Diluted EPS[2]** | **$3.30** | **$2.74** | **$4.10** | **$3.38** |
| *% change* | 20% increase YoY | 2% increase YoY | 21% increase YoY | 12% increase YoY |

[1] *Nine Months ended 3/31/2016.*
[2]*Attributable to Cardinal Health.*
*Please see appendix for comparable GAAP numbers and GAAP to Non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



CardinalHealth
*Essential to care™*

**Cardinal Health, Inc. and Subsidiaries**
GAAP / Non-GAAP Reconciliation

### Third Quarter 2016

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,689 | 16 % | $ 656 | 11 % | $ 612 | $ 226 | $ 386 | 6 % | $ 1.17 | 7 % |
| LIFO charges/(credits) | 12 | | 12 | | 12 | 4 | 8 | | 0.02 | |
| Restructuring and employee severance | - | | 6 | | 6 | 2 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | - | | 108 | | 108 | 37 | 71 | | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | - | | - | | - | - | - | | - | |
| Litigation (recoveries)/charges, net | - | | 5 | | 5 | 2 | 3 | | 0.01 | |
| Non-GAAP | $ 1,702 | 17 % | $ 788 | 20 % | $ 744 | $ 272 | $ 472 | 19 % | $ 1.43 | 20 % |

### Third Quarter 2015

| | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 1,459 | 12 % | $ 591 | 16 % | $ 558 | $ 193 | $ 365 | 16 % | $ 1.09 | 20 % |
| Restructuring and employee severance | - | | 7 | | 7 | 3 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | - | | 77 | | 77 | 29 | 48 | | 0.15 | |
| Impairments and (gain)/loss on disposal of assets | - | | (1) | | (1) | (1) | - | | - | |
| Litigation (recoveries)/charges, net | - | | (18) | | (18) | 3 | (21) | | (0.07) | |
| Non-GAAP | $ 1,459 | 12 % | $ 657 | 17 % | $ 624 | $ 228 | $ 396 | 13 % | $ 1.19 | 18 % |

### Year-to-Date 2016

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 4,877 | 15 % | $ 1,839 | 15 % | $ 1,700 | $ 604 | $ 1,095 | 19 % | $ 3.30 | 20 % |
| LIFO charges/(credits) | 51 | | 51 | | 51 | 20 | 31 | | 0.10 | |
| Restructuring and employee severance | - | | 19 | | 19 | 7 | 12 | | 0.04 | |
| Amortization and other acquisition-related costs | - | | 327 | | 327 | 115 | 212 | | 0.64 | |
| Impairments and (gain)/loss on disposal of assets | - | | 17 | | 17 | 7 | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | - | | (3) | | (3) | (3) | - | | - | |
| Non-GAAP | $ 4,929 | 16 % | $ 2,251 | 21 % | $ 2,112 | $ 751 | $ 1,361 | 20 % | $ 4.10 | 21 % |

### Year-to-Date 2015

| | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes | Provision for Income Taxes | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| GAAP | $ 4,254 | 9 % | $ 1,603 | 7 % | $ 1,444 | $ 524 | $ 920 | (1)% | $ 2.74 | 2 % |
| Restructuring and employee severance | - | | 33 | | 33 | 12 | 21 | | 0.06 | |
| Amortization and other acquisition-related costs | - | | 190 | | 190 | 69 | 121 | | 0.36 | |
| Impairments and loss on disposal of assets | - | | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | - | | 54 | | 54 | 8 | 46 | | 0.14 | |
| Loss on extinguishment of debt | - | | - | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 4,254 | 9 % | $ 1,861 | 11 % | $ 1,763 | $ 627 | $ 1,136 | 9 % | $ 3.38 | 12 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Earnings Before Income Taxes and Discontinued Operations | Provision for Income Taxes | Earnings from Continuing Operations | Earnings from Continuing Operations Growth Rate | Diluted EPS from Continuing Operations | Diluted EPS from Continuing Operations Growth Rate |
|---|---|---|---|---|---|---|---|---|
| | | | | | Fiscal Year 2015 | | | |
| **GAAP** | $ 2,161 | 15 % | $ 1,967 | $ 755 | $ 1,212 | 4 % | $ 3.61 | 7 % |
| Restructuring and employee severance | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and (gain)/loss on disposal of assets | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | - | | 60 | 23 | 37 | | 0.11 | |
| **Non-GAAP** | $ 2,472 | 16 % | $ 2,339 | $ 870 | $ 1,469 | 11 % | $ 4.38 | 14 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**Total Company Business Analysis**

| (in millions) | Third Quarter | | | | Non-GAAP Third Quarter | | | |
|---|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 | |
| **Revenue** | | | | | | | | |
| Amount | $ | **30,662** | $ | 25,375 | | | | |
| Growth rate | | **21 %** | | 18 % | | | | |
| | | | | | | | | |
| **Gross margin** | | | | | | | | |
| Amount[1] | $ | **1,689** | $ | 1,459 | $ | **1,702** | $ | 1,459 |
| Growth rate | | **16 %** | | 12 % | | **17 %** | | 12 % |
| | | | | | | | | |
| **Operating earnings** | | | | | | | | |
| Amount | $ | **656** | $ | 591 | $ | **788** | $ | 657 |
| Growth rate | | **11 %** | | 16 % | | **20 %** | | 17 % |
| | | | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | | | |
| Amount | $ | **386** | $ | 365 | $ | **472** | $ | 396 |
| Growth rate | | **6 %** | | 16 % | | **19 %** | | 13 % |
| | | | | | | | | |
| Return on equity | | **23 %** | | 23.4 % | | **28.1 %** | | 25.4 % |
| | | | | | | | | |
| Effective tax rate | | **36.9 %** | | 34.6 % | | **36.6 %** | | 36.5 % |
| | | | | | | | | |
| Debt to total capital | | **45 %** | | 39 % | | | | |
| Net debt to capital | | | | | | **31 %** | | 11 % |

| (in millions) | Year-to-Date | | | | Non-GAAP Year-to-Date | | | |
|---|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 | |
| **Revenue** | | | | | | | | |
| Amount | $ | **90,162** | $ | 74,983 | | | | |
| Growth rate | | **20 %** | | 10 % | | | | |
| | | | | | | | | |
| **Gross margin** | | | | | | | | |
| Amount[1] | $ | **4,877** | $ | 4,254 | $ | **4,929** | $ | 4,254 |
| Growth rate | | **15 %** | | 9 % | | **16 %** | | 9 % |
| | | | | | | | | |
| **Operating earnings** | | | | | | | | |
| Amount | $ | **1,839** | $ | 1,603 | $ | **2,251** | $ | 1,861 |
| Growth rate | | **15 %** | | 7 % | | **21 %** | | 11 % |
| | | | | | | | | |
| **Net earnings attributable to Cardinal Health, Inc.** | | | | | | | | |
| Amount | $ | **1,095** | $ | 920 | $ | **1,361** | $ | 1,136 |
| Growth rate | | **19 %** | | (1)% | | **20 %** | | 9 % |
| | | | | | | | | |
| Return on equity | | **22.3 %** | | 19.5 % | | **27.7 %** | | 24.1 % |
| | | | | | | | | |
| Effective tax rate | | **35.5 %** | | 36.3 % | | **35.6 %** | | 35.6 % |

GAAP Gross margin includes the negative impact of a $12 million LIFO charge in the third quarter ($51 million year-to-date).

Refer to the GAAP/Non-GAAP reconciliation for definitions and calculations supporting the Non-GAAP balances.

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Third Quarter | | | (in millions) | Third Quarter | | |
|---|---|---|---|---|---|---|---|
| **Pharmaceutical** | **2016** | | 2015 | **Medical** | **2016** | | 2015 |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **27,527** | $ 22,605 | Amount | $ | **3,138** | $ 2,774 |
| Growth rate | | **22 %** | 20 % | Growth rate | | **13 %** | 4 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **660** | $ 567 | Amount | $ | **128** | $ 102 |
| Growth rate | | **16 %** | 25 % | Growth rate[1] | | **26 %** | (8)% |
| Segment profit margin | | **2.40 %** | 2.51 % | Segment profit margin | | **4.08 %** | 3.66 % |

Segment profit includes a $21 million impact from the roll out of the inventory fair value step up related to the Cordis acquisition for the three months ended March 31, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit would have increased 47% for the three months ended March 31, 2016.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the three months ended March 31, 2016 was $30,662 million, which included total segment revenue of $30,665 million and Corporate revenue of $(3) million. Total consolidated revenue for the three months ended March 31, 2015 was $25,375 million, which included total segment revenue of $25,379 million and Corporate revenue of $(4) million. Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended March 31, 2016 were $656 million, which included total segment profit of $788 million and Corporate costs of $(132) million. Total consolidated operating earnings for the three months ended March 31, 2015 were $591 million, which included total segment profit of $669 million and Corporate costs of $(78) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

Cardinal Health, Inc. and Subsidiaries
Segment Business Analysis

| (in millions) | Year-to-Date | | | (in millions) | Year-to-Date | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| | | | | | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **80,954** | $ 66,440 | Amount | $ | **9,220** | $ 8,540 |
| Grow th rate | | **22 %** | 11 % | Grow th rate | | **8 %** | 5 % |
| | | | | | | | |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **1,945** | $ 1,559 | Amount | $ | **335** | $ 330 |
| Grow th rate | | **25 %** | 14 % | Grow th rate[1] | | **1 %** | (5)% |
| Segment profit margin | | **2.40 %** | 2.35 % | Segment profit margin | | **3.63 %** | 3.86 % |

Segment profit includes a $43 million impact from the roll out of the inventory fair value step up related to the Cordis acquisition for the nine months ended March 31, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit w ould have been 14% for the nine months ended March 31, 2016.

Refer to definitions for an explanation of calculations.

Total consolidated revenue for the nine months ended March 31, 2016 w as $90,162 million, w hich included total segment revenue of $90,174 million and Corporate revenue of $(12) million. Total consolidated revenue for the nine months ended March 31, 2015 w as $74,983 million, w hich included total segment revenue of $74,980 million and Corporate revenue of $3 million.  Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the nine months ended March 31, 2016 w ere $1,839 million, w hich included total segment profit of $2,280 million and Corporate costs of $(441) million. Total consolidated operating earnings for the nine months ended March 31, 2015 w ere $1,603 million, w hich included total segment profit of $1,889 million and Corporate costs of $(286) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Third Quarter | |
| --- | --- | --- |
| | 2016 | 2015 |
| **GAAP return on equity** | **23 %** | 23.4 % |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings attributable to Cardinal Health, Inc. | **$ 386** | $ 365 |
| LIFO charges/(credits), net of tax | **8** | - |
| Restructuring and employee severance, net of tax | **4** | 4 |
| Amortization and other acquisition-related costs, net of tax | **71** | 48 |
| Litigation (recoveries)/charges, net, net of tax | **3** | (21) |
| Adjusted net earnings attributable to Cardinal Health, Inc. | **$ 472** | $ 396 |
| Annualized | **$ 1,889** | $ 1,584 |

| | Third Quarter 2016 | Second Quarter 2016 | Third Quarter 2015 | Second Quarter 2015 |
| --- | --- | --- | --- | --- |
| Total Cardinal Health, Inc. shareholders' equity | **$ 6,713** | **$ 6,711** | $ 6,369 | $ 6,100 |
| Divided by average Cardinal Health, Inc. shareholders' equity | **$ 6,712** | | $ 6,235 | |
| **Non-GAAP return on equity** | **28.1 %** | | 25.4 % | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Year-to-Date | |
|---|---|---|
| | **2016** | 2015 |
| **GAAP return on equity** | **22.3 %** | 19.5 % |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings attributable to Cardinal Health, Inc. | **$  1,095** | $  920 |
| LIFO charges/(credits), net of tax | **31** | - |
| Restructuring and employee severance, net of tax | **12** | 21 |
| Amortization and other acquisition-related costs, net of tax | **212** | 121 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **10** | (9) |
| Litigation (recoveries)/charges, net, net of tax | **-** | 46 |
| Loss on extinguishment of debt, net of tax | **-** | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | **$  1,361** | $  1,136 |
| Annualized | **$  1,815** | $  1,515 |

| | **Third Quarter** | **Second Quarter** | **First Quarter** | **Fourth Quarter** | Third Quarter | Second Quarter | First Quarter | Fourth Quarter |
|---|---|---|---|---|---|---|---|---|
| | **2016** | **2016** | **2016** | **2015** | 2015 | 2015 | 2015 | 2014 |
| Total Cardinal Health, Inc. shareholders' equity | **$  6,713** | **$  6,711** | **$  6,505** | **$  6,256** | $  6,369 | $  6,100 | $  6,256 | $  6,401 |
| Divided by average Cardinal Health, Inc. shareholders' equity | **$  6,546** | | | | $  6,281 | | | |
| **Non-GAAP return on equity** | **27.7 %** | | | | 24.1 % | | | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction w here it is incurred.

Cardinal Health, Inc. and Subsidiaries
GAAP / Non-GAAP Reconciliation

| (in millions) | Third Quarter | | Year-to-Date | |
| --- | --- | --- | --- | --- |
| | 2016 | 2015 | 2016 | 2015 |
| **GAAP effective tax rate** | **36.9 %** | 34.6 % | **35.5 %** | 36.3 % |
| | | | | |
| **Non-GAAP effective tax rate** | | | | |
| Earnings before income taxes | $ **612** | $ 558 | $ **1,700** | $ 1,444 |
| LIFO charges/(credits) | **12** | - | **51** | - |
| Restructuring and employee severance | **6** | 7 | **19** | 33 |
| Amortization and other acquisition-related costs | **108** | 77 | **327** | 190 |
| Impairments and (gain)/loss on disposal of assets | **-** | (1) | **17** | (19) |
| Litigation (recoveries)/charges, net | **5** | (18) | **(3)** | 54 |
| Loss on extinguishment of debt | **-** | - | **-** | 60 |
| Adjusted earnings before income taxes | $ **744** | $ 624 | $ **2,112** | $ 1,763 |
| | | | | |
| Provision for income taxes | $ **226** | $ 193 | $ **604** | $ 524 |
| LIFO charges/(credits) tax benefit | **4** | - | **20** | - |
| Restructuring and employee severance tax benefit | **2** | 3 | **7** | 12 |
| Amortization and other acquisition-related costs tax benefit | **37** | 29 | **115** | 69 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | **-** | (1) | **7** | (10) |
| Litigation (recoveries)/charges, net tax benefit/(expense) | **2** | 3 | **(3)** | 8 |
| Loss on extinguishment of debt tax benefit | **-** | - | **-** | 23 |
| Adjusted provision for income taxes | $ **272** | $ 228 | $ **751** | $ 627 |
| | | | | |
| **Non-GAAP effective tax rate** | **36.6 %** | 36.5 % | **35.6 %** | 35.6 % |

| | Third Quarter | |
| --- | --- | --- |
| | 2016 | 2015 |
| **Debt to total capital** | **45 %** | 39 % |
| | | |
| **Net debt to capital** | | |
| Current portion of long-term obligations and other short-term borrowings | $ **351** | $ 283 |
| Long-term obligations, less current portion | **5,195** | 3,720 |
| Debt | $ **5,546** | $ 4,003 |
| Cash and equivalents | **(2,598)** | (3,183) |
| Net debt | $ **2,948** | $ 820 |
| Total Cardinal Health, Inc. shareholders' equity | **6,713** | 6,369 |
| Capital | $ **9,661** | $ 7,189 |
| **Net debt to capital** | **31 %** | 11 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Fiscal Year 2015 |
|---|---:|
| **GAAP effective tax rate from continuing operations** | **38.4 %** |
| | |
| **Non-GAAP effective tax rate from continuing operations** | |
| Earnings before income taxes and discontinued operations | $ 1,967 |
| Restructuring and employee severance | 44 |
| Amortization and other acquisition-related costs | 281 |
| Impairments and (gain)/loss on disposal of assets | (19) |
| Litigation (recoveries)/charges, net | 5 |
| Loss on extinguishment of debt | 60 |
| Adjusted earnings before income taxes and discontinued operations | $ 2,339 |
| | |
| Provision for income taxes | $ 755 |
| Restructuring and employee severance tax benefit | 15 |
| Amortization and other acquisition-related costs tax benefit | 100 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | (10) |
| Litigation (recoveries)/charges, net tax expense | (14) |
| Loss on extinguishment of debt tax benefit | 23 |
| Adjusted provision for income taxes | $ 870 |
| | |
| **Non-GAAP effective tax rate from continuing operations** | **37.2 %** |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Forward-Looking Non-GAAP Financial Measures**

We present non-GAAP net earnings attributable to Cardinal Health, Inc. and non-GAAP effective tax rate (and presentations derived from these financial measures, including per share calculations) on a forward-looking basis. The most directly comparable forward-looking GAAP measures are net earnings attributable to Cardinal Health, Inc. and effective tax rate. We are unable to provide a quantitative reconciliation of these forward-looking non-GAAP measures to the most directly comparable forward-looking GAAP measures because we cannot reliably forecast LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and loss on extinguishment of debt, which are difficult to predict and estimate and are primarily dependent on future events. Please note that the unavailable reconciling items could significantly impact our future financial results.

**Debt**: long-term obligations plus short-term borrowings.

**Debt to Total Capital**: debt divided by (debt plus total Cardinal Health, Inc. shareholders' equity).

**Interest and Other, net**: other (income)/expense, net plus interest expense, net.

**Net Debt**: a Non-GAAP measure defined as debt minus (cash and equivalents).

**Net Debt to Capital**: a Non-GAAP measure defined as net debt divided by (net debt plus total Cardinal Health, Inc. shareholders' equity).

**Non-GAAP Diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP Diluted EPS" or "Non-GAAP Diluted Earnings Per Share"**: non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

**Non-GAAP Diluted EPS from continuing operations**: non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Effective Tax Rate**: (provision for income taxes adjusted for (1) LIFO charges/(credits)[1], (2) restructuring and employee severance[2], (3) amortization and other acquisition-related costs[3], (4) impairments and (gain)/loss on disposal of assets[4], (5) litigation (recoveries)/charges, net[5], and (6) loss on extinguishment of debt[6]) divided by (earnings before income taxes adjusted for the same six items).

**Non-GAAP Gross Margin**: Gross margin excluding LIFO charges/(credits).

**Non-GAAP Net Earnings attributable to Cardinal Health, Inc. or "Non-GAAP Net Earnings"**: net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Earnings from Continuing Operations**: earnings from continuing operations excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Operating Earnings**: operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net.

**Non-GAAP Return on Equity**: (annualized current period net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax) divided by average Cardinal Health, Inc. shareholders' equity.

**Return on Equity**: annualized current period net earnings attributable to Cardinal Health, Inc. divided by average Cardinal Health, Inc. shareholders' equity.

**Segment Profit**: segment revenue minus (segment cost of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin**: segment profit divided by segment revenue.

[1] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel), and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangible assets, transaction costs, integration costs, and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the condensed consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] Charges related to the make-whole premium on the redemption of notes.

# EXHIBIT 41

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# Form 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2016

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 1-11373

**CardinalHealth**
*Essential to care™*

# Cardinal Health, Inc.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Ohio** | **31-0958666** |
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |
| **7000 Cardinal Place, Dublin, Ohio** | **43017** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**(614) 757-5000**

*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑                          Accelerated filer ☐

Non-accelerated filer ☐ (Do not check if a smaller reporting company)         Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☑

The number of the registrant's common shares, without par value, outstanding as of April 27, 2016, was the following: 325,815,306.

# Cardinal Health
**Q3 Fiscal 2016 Form 10-Q**

## Table of Contents

|  | Page |
|---|---|
| Management's Discussion and Analysis of Financial Condition and Results of Operations | **2** |
| Explanation and Reconciliation of Non-GAAP Financial Measures | **11** |
| Quantitative and Qualitative Disclosures about Market Risk | **13** |
| Controls and Procedures | **13** |
| Legal Proceedings | **13** |
| Risk Factors | **13** |
| Unregistered Sales of Equity Securities and Use of Proceeds | **13** |
| Financial Statements and Supplementary Data | **14** |
| Exhibits | **27** |
| Form 10-Q Cross Reference Index | **28** |
| Signatures | **29** |

## Forward-Looking Statements

This Form 10-Q (including information incorporated by reference) includes "forward-looking statements" addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. Many forward-looking statements appear in Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A"), but there are others in the document, which may be identified by the words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results, trends or guidance, statements of outlook and expense accruals. The matters discussed in these forward-looking statements are subject to risks, uncertainties and other factors that could cause actual results to differ materially from those made, projected or implied in the forward-looking statements. The most significant of these risks, uncertainties and other factors are described in Exhibit 99.1 to this Form 10-Q and in "Risk Factors" of our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (our "2015 Form 10-K"). Forward-looking statements in this document speak only as of the date of this document. Except to the extent required by applicable law, we undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events, or otherwise.

## About Cardinal Health

Cardinal Health, Inc. is an Ohio corporation formed in 1979. As used in this report, "we," "our," "us," and similar pronouns refer to Cardinal Health, Inc. and its subsidiaries, unless the context requires otherwise. We are a healthcare services and products company that improves the cost-effectiveness of health care. We help pharmacies, hospitals, and other healthcare providers focus on patient care while reducing costs, enhancing efficiency, and improving quality. We also provide medical products to patients in the home. We manage our business and report our financial results in two segments: Pharmaceutical and Medical.

## Non-GAAP Financial Measures

We use "non-GAAP financial measures" in the "Overview of Consolidated Results" section of MD&A. These measures are derived from our condensed consolidated financial data but are not presented in our financial statements prepared in accordance with U.S. generally accepted accounting principles ("GAAP"). The reasons we use these non-GAAP financial measures and the reconciliations to their most directly comparable GAAP financial measures are included in the "Explanation and Reconciliation of Non-GAAP Financial Measures" section following MD&A. The remaining sections of MD&A refer to GAAP measures only.

# Management's Discussion and Analysis of Financial Condition and Results of Operations

The discussion and analysis presented below is concerned with material changes in financial condition and results of operations between the periods specified in our condensed consolidated balance sheets at March 31, 2016 and June 30, 2015, and in our condensed consolidated statements of earnings for the three and nine months ended March 31, 2016 and 2015. All comparisons presented are with respect to the prior-year period, unless stated otherwise. This discussion and analysis should be read in conjunction with MD&A included in our 2015 Form 10-K.

# Overview of Consolidated Results

## Revenue



**Revenue
(in billions)**

Revenue for the three and nine months ended March 31, 2016 was $30.7 billion and $90.2 billion, respectively, a 21 percent and 20 percent increase from the prior-year periods due primarily to sales growth from existing and new pharmaceutical distribution customers and from acquisitions.

**MD&A** | **Overview**

# GAAP and Non-GAAP Operating Earnings



| GAAP and Non-GAAP Operating Earnings | | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|---|
| (in millions) | | **2016** | 2015 | **Change** | **2016** | 2015 | **Change** |
| **GAAP** | $ | **656** | $ 591 | **11%** | $ **1,839** | $ 1,603 | **15%** |
| LIFO charges/(credits) | | **12** | — | | **51** | — | |
| Restructuring and employee severance | | **6** | 7 | | **19** | 33 | |
| Amortization and other acquisition-related costs | | **108** | 77 | | **327** | 190 | |
| Impairments and (gain)/loss on disposal of assets | | **—** | (1) | | **17** | (19) | |
| Litigation (recoveries)/charges, net | | **5** | (18) | | **(3)** | 54 | |
| **Non-GAAP** | $ | **788** | $ 657 | **20%** | $ **2,251** | $ 1,861 | **21%** |

The sum of the components may not equal the total due to rounding.

During the three and nine months ended March 31, 2016, GAAP operating earnings increased 11 percent to $656 million and 15 percent to $1.8 billion, respectively. Non-GAAP operating earnings increased 20 percent to $788 million and 21 percent to $2.3 billion for the three and nine months ended March 31, 2016, respectively. The increases in both GAAP and non-GAAP operating earnings were due to sales growth from existing and new pharmaceutical distribution customers, performance under our Pharmaceutical segment generics program, and acquisitions, offset in part by the adverse impact of customer pricing changes. GAAP operating earnings were negatively impacted by increased acquisition-related amortization and last-in, first-out ("LIFO") charges for both the three and nine month periods ended March 31, 2016, which for the nine month period was offset in part by the change in litigation (recoveries)/charges, net.

## GAAP and Non-GAAP Diluted EPS



| GAAP and Non-GAAP Diluted EPS | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|
| ($ per share) | 2016 | 2015 | Change | 2016 | 2015 | Change |
| **GAAP** | $ **1.17** | $ 1.09 | **7%** | $ **3.30** | $ 2.74 | **20%** |
| LIFO charges/(credits) | **0.02** | — | | **0.10** | — | |
| Restructuring and employee severance | **0.01** | 0.01 | | **0.04** | 0.06 | |
| Amortization and other acquisition-related costs | **0.21** | 0.15 | | **0.64** | 0.36 | |
| Impairments and (gain)/loss on disposal of assets | **—** | — | | **0.03** | (0.03) | |
| Litigation (recoveries)/charges, net | **0.01** | (0.07) | | **—** | 0.14 | |
| Loss on extinguishment of debt | **—** | — | | **—** | 0.11 | |
| **Non-GAAP** | $ **1.43** | $ 1.19 | **20%** | $ **4.10** | $ 3.38 | **21%** |

The sum of the components may not equal the total due to rounding.

During the three and nine months ended March 31, 2016, GAAP diluted earnings per share attributable to Cardinal Health, Inc. ("diluted EPS") increased 7 percent to $1.17 and 20 percent to $3.30, respectively. Non-GAAP diluted EPS increased 20 percent to $1.43 and 21 percent to $4.10 during the three and nine months ended March 31, 2016, respectively. GAAP and non-GAAP diluted EPS increased primarily due to the factors impacting GAAP and non-GAAP operating earnings. The increase in GAAP diluted EPS during the nine months ended March 31, 2016 was also due in part to the prior-year loss on extinguishment of debt.

## Cash and Equivalents

Our cash and equivalents balance was $2.6 billion at March 31, 2016 compared to $4.6 billion at June 30, 2015. The decrease in cash and equivalents during the nine months ended March 31, 2016 was driven by $3.4 billion deployed for acquisitions, $386 million paid in dividends, $300 million paid for share repurchases, and $284 million in capital expenditures, offset in part by cash provided by operating activities of $2.3 billion.

# Significant Developments

**Cordis**

On October 2, 2015, we completed the acquisition of the Cordis business ("Cordis") from Ethicon, Inc., a wholly-owned subsidiary of Johnson & Johnson, for $1.9 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Cordis, a global manufacturer and distributor of interventional cardiology devices and endovascular solutions with operations in more than 50 countries, expands our Medical segment's portfolio of self-manufactured products and its geographic scope.

**naviHealth**

On August 26, 2015, we acquired a 71 percent ownership interest in naviHealth Group Holdings, L.P. ("naviHealth") for $238 million, net of cash acquired of $53 million. We funded the acquisition with cash on hand. The acquisition of naviHealth, a leader in post-acute care management solutions, expands our ability to serve health plans, health systems, and providers. We consolidate the results of naviHealth in our condensed consolidated financial statements and report its results in our Medical segment. The portion of naviHealth net earnings attributable to third-party interest holders is reported as a reduction to net earnings in the condensed consolidated statements of earnings.

**Harvard Drug**

On July 2, 2015, we completed the acquisition of The Harvard Drug Group ("Harvard Drug") for $1.1 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Harvard Drug, a distributor of generic pharmaceuticals, over-the-counter healthcare and related products to retail, institutional, and alternate care customers, enhances our Pharmaceutical segment's generic pharmaceutical distribution and related services businesses. Harvard Drug also manufactures and repackages generic pharmaceuticals and over-the-counter healthcare products.

Refer to Note 2 of the "Notes to Condensed Consolidated Financial Statements" for additional information on acquisitions.

| MD&A | Results of Operations |
|---|---|

# Results of Operations

## Revenue



| (in millions) | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | **Change** | **2016** | 2015 | **Change** |
| Pharmaceutical | **$ 27,527** | $ 22,605 | **22%** | **$ 80,954** | $ 66,440 | **22%** |
| Medical | **3,138** | 2,774 | **13%** | **9,220** | 8,540 | **8%** |
| Total segment revenue | **30,665** | 25,379 | **21%** | **90,174** | 74,980 | **20%** |
| Corporate | **(3)** | (4) | **N.M.** | **(12)** | 3 | **N.M.** |
| **Total revenue** | **$ 30,662** | $ 25,375 | **21%** | **$ 90,162** | $ 74,983 | **20%** |

### Pharmaceutical Segment

Pharmaceutical segment revenue growth for the three and nine months ended March 31, 2016 compared to the prior-year periods was primarily due to sales growth from existing and new pharmaceutical distribution customers, which increased revenue by $4.5 billion and $13.1 billion, respectively, including the impact of branded pharmaceutical price appreciation. Acquisitions also contributed to revenue growth ($630 million and $1.9 billion, respectively).

### Medical Segment

Medical segment revenue growth for the three and nine months ended March 31, 2016 compared to the prior-year periods was primarily due to acquisitions, net of divestitures, which contributed $218 million and $435 million, respectively, and growth from existing businesses.

## Cost of Products Sold

As a result of the same factors affecting the change in consolidated revenue, consolidated cost of products sold increased $5.1 billion (21 percent) and $14.6 billion (21 percent) compared to the prior-year periods. In addition, we incurred $12 million and $51 million in LIFO charges during the three and nine months ended March 31, 2016, respectively. See the "Gross Margin" section for additional drivers impacting cost of products sold.

| MD&A | Results of Operations |
|------|----------------------|

# Gross Margin



**Gross Margin (in billions)**

Q3 FY15: $1.5 · Q3 FY16: $1.7 · YTD FY15: $4.3 · YTD FY16: $4.9



**Gross Margin Rate (Gross Margin as a Percent of Revenue)**

Q3 FY15: 5.75% · Q3 FY16: 5.51% · YTD FY15: 5.67% · YTD FY16: 5.41%

| (in millions) | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | **Change** | **2016** | 2015 | **Change** |
| Gross margin | **$ 1,689** | $ 1,459 | **16%** | **$ 4,877** | $ 4,254 | **15%** |

Gross margin increased during the three and nine months ended March 31, 2016 compared to the prior-year periods by $230 million (16 percent) and $623 million (15 percent), respectively.

Gross margin during the three and nine months ended March 31, 2016, was positively impacted by sales growth from existing and new pharmaceutical distribution customers ($139 million and $409 million, respectively) and acquisitions, net of divestitures ($174 million and $393 million, respectively).

Gross margin rate contracted during both the three and nine months ended March 31, 2016, primarily due to the onboarding of a new mail order customer starting in October 2015. In addition, gross margin rate was favorably impacted by performance under our generics program and adversely impacted by customer pricing changes. Gross margin rate contraction also includes the negative impact of LIFO charges of $12 million and $51 million during the three and nine months ended March 31, 2016, respectively. See Note 1 of the "Notes to Condensed Consolidated Financial Statements" for additional information on the LIFO inventory method.

# Distribution, Selling, General, and Administrative ("SG&A") Expenses

| (in millions) | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | **Change** | **2016** | 2015 | **Change** |
| SG&A expenses | **$ 914** | $ 803 | **14%** | **$ 2,678** | $ 2,393 | **12%** |

The increase in SG&A expenses during the three and nine months ended March 31, 2016 over the prior-year periods was driven by acquisitions, net of divestitures ($110 million and $246 million, respectively).

**MD&A** | **Results of Operations**

# Segment Profit

We evaluate segment performance based on segment profit, among other measures. See Note 13 of the "Notes to Condensed Consolidated Financial Statements" for additional information on segment profit.



**Pharmaceutical Segment Profit**
**(in millions)**



**Medical Segment Profit**
**(in millions)**

| (in millions) | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | **Change** | **2016** | 2015 | **Change** |
| Pharmaceutical | $ **660** | $ 567 | **16%** | $ **1,945** | $ 1,559 | **25%** |
| Medical | **128** | 102 | **26%** | **335** | 330 | **1%** |
| Total segment profit | **788** | 669 | **18%** | **2,280** | 1,889 | **21%** |
| Corporate | **(132)** | (78) | **N.M.** | **(441)** | (286) | **N.M.** |
| **Total consolidated operating earnings** | $ **656** | $ 591 | **11%** | $ **1,839** | $ 1,603 | **15%** |

**Pharmaceutical Segment Profit**

The increase in Pharmaceutical segment profit during the three and nine months ended March 31, 2016 over the prior-year periods was due to sales growth from existing and new pharmaceutical distribution customers and performance under our generics program, partially offset by the adverse impact of customer pricing changes. Acquisitions also contributed to Pharmaceutical segment profit growth. LIFO charges/(credits) are not allocated to segment profit as explained in Note 13 of the "Notes to Condensed Consolidated Financial Statements."

**Medical Segment Profit**

The increase in Medical segment profit during the three and nine months ended March 31, 2016 compared to the prior-year periods was primarily due to the impact of acquisitions, net of divestitures, which included the unfavorable impact on cost of products sold from the fair value step up of inventory acquired with Cordis. Cardinal Health brand products also contributed to Medical segment profit growth during the three and nine months ended March 31, 2016. The increase in Medical segment profit during the nine months ended March 31, 2016 was partially offset by a decline in the results from our Canada business.

**Corporate**

As discussed further in sections that follow, the principal drivers for the change in Corporate during the three and nine months ended March 31, 2016 compared to the prior-year periods were increased amortization and other acquisition-related costs primarily due to amortization and costs incurred in connection with the acquisitions of Cordis and Harvard Drug. Corporate was also adversely impacted by LIFO charges previously discussed under "Gross Margin".

# Other Components of Consolidated Operating Earnings

In addition to revenue, gross margin, and SG&A expenses discussed previously, consolidated operating earnings were impacted by the following:

| (in millions) | Three Months Ended March 31 | | Nine Months Ended March 31 | |
| --- | --- | --- | --- | --- |
| | **2016** | 2015 | **2016** | 2015 |
| Restructuring and employee severance | $ **6** | $ 7 | $ **19** | $ 33 |
| Amortization and other acquisition-related costs | **108** | 77 | **327** | 190 |
| Impairments and (gain)/loss on disposal of assets, net | **—** | (1) | **17** | (19) |
| Litigation (recoveries)/charges, net | **5** | (18) | **(3)** | 54 |

**Amortization and Other Acquisition-Related Costs**
Amortization of acquisition-related intangible assets was $88 million and $48 million for the three months ended March 31, 2016 and 2015, respectively, and $255 million and $139 million for the nine months ended March 31, 2016 and 2015, respectively. The increase in amortization of acquisition-related intangible assets during both periods is largely due to the acquisitions of Cordis and Harvard Drug. Transaction and integration costs associated with the acquisition of Cordis were $13 million and $54 million during the three and nine months ended March 31, 2016, respectively.

**Litigation (Recoveries)/Charges, Net**
During the nine months ended March 31, 2016, we received and recognized income of $13 million from settlements of class action antitrust claims in which we were a class member.

During the nine months ended March 31, 2015, we incurred litigation charges of $61 million related to government investigations and related matters.

# Earnings Before Income Taxes

In addition to the items discussed above, earnings before income taxes was impacted by the following:

| (in millions) | Three Months Ended March 31 | | | Nine Months Ended March 31 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | **2016** | 2015 | Change | **2016** | 2015 | Change |
| Other (income)/expense, net | $ **—** | $ (2) | **N.M.** | $ **5** | $ (6) | **N.M.** |
| Interest expense, net | **44** | 35 | **28%** | **134** | 105 | **28%** |
| Loss on extinguishment of debt | **—** | — | **N.M.** | **—** | 60 | **N.M.** |

**Interest Expense, Net**
Interest expense increased during both the three and nine months ended March 31, 2016, primarily as a result of the additional $1.5 billion of debt issued in June 2015 to fund the Harvard Drug and Cordis acquisitions.

**Loss on Extinguishment of Debt**
In December 2014, we redeemed certain debt resulting in a loss on the extinguishment of debt of $60 million ($37 million, net of tax).

# Provision for Income Taxes

During the three months ended March 31, 2016 and 2015, the effective tax rate was 36.9 percent and 34.6 percent, respectively. The effective tax rate for the three months ended March 31, 2015 included net favorable items discrete to the quarter. During the nine months ended March 31, 2016 and 2015, the effective tax rate was 35.5 percent and 36.3 percent, respectively.

# Liquidity and Capital Resources

We currently believe that, based on available capital resources (cash on hand and committed credit facilities) and projected operating cash flow, we have adequate capital resources to fund working capital needs; currently anticipated capital expenditures; currently anticipated business growth and expansion; contractual obligations; tax payments; and current and projected debt service requirements, dividends, and share repurchases. If we decide to engage in one or more additional acquisitions, depending on the size and timing of such transactions, we may need to access capital markets for additional financing.

## Cash and Equivalents

Our cash and equivalents balance was $2.6 billion at March 31, 2016 compared to $4.6 billion at June 30, 2015. The decrease in cash and equivalents during the nine months ended March 31, 2016 was driven by $3.4 billion deployed for acquisitions, $386 million paid in dividends, $300 million paid for share repurchases, and $284 million in capital expenditures, offset in part by cash provided by operating activities of $2.3 billion. At March 31, 2016, our cash and equivalents were held in cash depository accounts with major banks or invested in high quality, short-term liquid investments.

The cash and equivalents balance at March 31, 2016 included $452 million of cash held by subsidiaries outside of the United States.

Although the vast majority of this cash is available for repatriation, permanently bringing the money into the United States could trigger U.S. federal, state and local income tax obligations. As a U.S. parent company, we may temporarily access cash held by our foreign subsidiaries without becoming subject to U.S. federal, state, and local income tax through intercompany loans.

Changes in working capital, which impact operating cash flow, can vary significantly depending on factors such as the timing of customer payments, inventory purchases and payments to vendors in the regular course of business, as well as fluctuating working capital needs driven by customer and product mix.

## Other Financing Arrangements

### Credit Facilities and Commercial Paper

In addition to cash and equivalents and operating cash flow, other sources of liquidity include a $1.5 billion revolving credit facility and a $950 million committed receivables sales facility program. We also have a commercial paper program of up to $1.5 billion, backed by the revolving credit facility. At March 31, 2016, we had no amounts outstanding under the revolving credit facility. Availability on the revolving credit facility was reduced by outstanding letters of credit of $14 million at March 31, 2016. We also had standby letters of credit of $40 million issued under the committed receivables sales facility program at March 31, 2016.

Our revolving credit facility and committed receivables sales facility program require us to maintain a consolidated interest coverage ratio of at least 4-to-1 and consolidated leverage ratio of no more than 3.25-to-1. As of March 31, 2016, we were in compliance with these financial covenants.

### Available-for-Sale Securities

At March 31, 2016, we held $205 million of marketable securities, which are classified as available-for-sale.

## Capital Deployment

### Capital Expenditures

Capital expenditures during the nine months ended March 31, 2016 and 2015 were $284 million and $139 million, respectively.

We now expect capital expenditures to be between $450 million and $480 million for the fiscal year ending June 30, 2016.

### Dividends

On February 2, 2016, our Board of Directors approved a quarterly dividend of $0.3870 per share, or $1.55 per share on an annualized basis, payable on April 15, 2016 to shareholders of record on April 1, 2016.

### Share Repurchases

Our Board of Directors has approved a $2.0 billion share repurchase program, which expires on December 31, 2016. During the three and nine months ended March 31, 2016, we repurchased $300 million of our common shares. We funded the repurchases with available cash. At March 31, 2016, we had $393 million remaining under this repurchase authorization.

### Acquisitions

On July 2, 2015, August 26, 2015, and October 2, 2015, we acquired Harvard Drug, naviHealth, and Cordis for $1.1 billion, $238 million, and $1.9 billion, respectively.

# Other Items

The MD&A in our 2015 Form 10-K addresses our contractual obligations, critical accounting policies and sensitive accounting estimates, and the absence of off-balance sheet arrangements, as of and for the fiscal year ended June 30, 2015. There have been no subsequent material changes outside of the ordinary course of business to those items.

# Explanation and Reconciliation of Non-GAAP Financial Measures

The "Overview of Consolidated Results" section within MD&A in this Form 10-Q contains financial measures that are not calculated in accordance with GAAP. In general, the measures exclude items and charges that we do not believe reflect our core business and relate more to strategic, multi-year corporate activities, or the items and charges relate to activities or actions that may have occurred over multiple or in prior periods without predictable trends. We use these non-GAAP financial measures internally to evaluate our performance, evaluate our financial position, engage in financial and operational planning, and determine incentive compensation.

We provide these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on our financial and operating results and in comparing our performance to that of our competitors. However, the non-GAAP financial measures used by us may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by us should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial measures should be carefully evaluated.

Following are definitions of the non-GAAP financial measures presented in this Form 10-Q and reconciliations of the differences between the non-GAAP financial measures and their most directly comparable GAAP financial measures. For all other definitions, refer to our 2015 Form 10-K.

## Definitions

**Non-GAAP operating earnings**: operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, and (5) litigation (recoveries)/charges, net.

**Non-GAAP net earnings attributable to Cardinal Health, Inc.**: net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/ (credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP diluted EPS"**: non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

**Explanation and Reconciliation of Non-GAAP Financial Measures**

# GAAP to Non-GAAP Reconciliations

| (in millions, except per common share amounts) | Operating Earnings | Operating Earnings Growth Rate | Net Earnings attributable to Cardinal Health, Inc. | Net Earnings attributable to Cardinal Health, Inc. Growth Rate | Diluted EPS attributable to Cardinal Health, Inc. | Diluted EPS attributable to Cardinal Health, Inc. Growth Rate |
|---|---|---|---|---|---|---|
| | | | **Three Months Ended March 31, 2016** | | | |
| **GAAP** | $ 656 | 11 % $ | 386 | 6 % $ | 1.17 | 7 % |
| LIFO charges/(credits) | 12 | | 8 | | 0.02 | |
| Restructuring and employee severance | 6 | | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | 108 | | 71 | | 0.21 | |
| Impairments and (gain)/loss on disposal of assets | — | | — | | — | |
| Litigation (recoveries)/charges, net | 5 | | 3 | | 0.01 | |
| **Non-GAAP** | $ 788 | 20 % $ | 472 | 19 % $ | 1.43 | 20 % |
| | | | Three Months Ended March 31, 2015 | | | |
| GAAP | $ 591 | 16 % $ | 365 | 16 % $ | 1.09 | 20 % |
| Restructuring and employee severance | 7 | | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | 77 | | 48 | | 0.15 | |
| Impairments and (gain)/loss on disposal of assets | (1) | | — | | — | |
| Litigation (recoveries)/charges, net | (18) | | (21) | | (0.07) | |
| Non-GAAP | $ 657 | 17 % $ | 396 | 13 % $ | 1.19 | 18 % |
| | | | **Nine Months Ended March 31, 2016** | | | |
| **GAAP** | $ 1,839 | 15 % $ | 1,095 | 19 % $ | 3.30 | 20 % |
| LIFO charges/(credits) | 51 | | 31 | | 0.10 | |
| Restructuring and employee severance | 19 | | 12 | | 0.04 | |
| Amortization and other acquisition-related costs | 327 | | 212 | | 0.64 | |
| Impairments and (gain)/loss on disposal of assets | 17 | | 10 | | 0.03 | |
| Litigation (recoveries)/charges, net | (3) | | — | | — | |
| **Non-GAAP** | $ 2,251 | 21 % $ | 1,361 | 20 % $ | 4.10 | 21 % |
| | | | Nine Months Ended March 31, 2015 | | | |
| GAAP | $ 1,603 | 7 % $ | 920 | (1)% $ | 2.74 | 2 % |
| Restructuring and employee severance | 33 | | 21 | | 0.06 | |
| Amortization and other acquisition-related costs | 190 | | 121 | | 0.36 | |
| Impairments and (gain)/loss on disposal of assets | (19) | | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | 54 | | 46 | | 0.14 | |
| Loss on extinguishment of debt | — | | 37 | | 0.11 | |
| Non-GAAP | $ 1,861 | 11 % $ | 1,136 | 9 % $ | 3.38 | 12 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

# Quantitative and Qualitative Disclosures About Market Risk

There have been no material changes in the quantitative and qualitative market risk disclosures included in our 2015 Form 10-K since the end of fiscal 2015 through March 31, 2016.

# Controls and Procedures

## Evaluation of Disclosure Controls and Procedures

We evaluated, with the participation of our principal executive officer and principal financial officer, the effectiveness of our disclosure controls and procedures (as defined in Rule 13a-15(e) under the Securities Exchange Act of 1934 (the "Exchange Act")) as of March 31, 2016. Based on this evaluation, our principal executive officer and principal financial officer have concluded that as of March 31, 2016, our disclosure controls and procedures were effective to provide reasonable assurance that information required to be disclosed in our reports under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in the U.S. Securities and Exchange Commission ("SEC") rules and forms and that such information is accumulated and communicated to management as appropriate to allow timely decisions regarding required disclosure.

## Changes in Internal Control Over Financial Reporting

There were no changes in our internal control over financial reporting during the quarter ended March 31, 2016 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

# Legal Proceedings

The legal proceedings described in Note 7 of the "Notes to Condensed Consolidated Financial Statements" are incorporated in this "Legal Proceedings" section by reference.

# Risk Factors

You should carefully consider the information in this Form 10-Q and the risk factors discussed in "Risk Factors" and other risks discussed in our 2015 Form 10-K and our filings with the SEC since June 30, 2015. These risks could materially and adversely affect our results of operations, financial condition, liquidity, and cash flows. Our business also could be affected by risks that we are not presently aware of or that we currently consider immaterial to our operations.

# Unregistered Sales of Equity Securities and Use of Proceeds

**Issuer Purchases of Equity Securities**

| Period | Total Number of Shares Purchased (1) | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Program (2) | Approximate Dollar Value of Shares That May Yet be Purchased Under the Program (2) (in millions) |
|---|---|---|---|---|
| January 2016 | 204 | $ 85.71 | — | $ 693 |
| February 2016 | 2,078,240 | 79.62 | 2,077,905 | 528 |
| March 2016 | 1,638,476 | 82.11 | 1,638,279 | 393 |
| **Total** | **3,716,920** | **$ 80.72** | **3,716,184** | **$ 393** |

(1) Reflects 204, 335 and 197 common shares purchased in January, February and March 2016, respectively, through a rabbi trust as investments of participants in our Deferred Compensation Plan.

(2) On October 29, 2013, our Board of Directors approved a $1.0 billion share repurchase program and on August 6, 2014, the Board of Directors authorized an additional $1.0 billion under the program, for a total of $2.0 billion. This program expires on December 31, 2016. During the three months ended March 31, 2016, we repurchased 3.7 million common shares under this program.

# Condensed Consolidated Statements of Earnings
**(Unaudited)**

| (in millions, except per common share amounts) | Three Months Ended March 31 | | Nine Months Ended March 31 | |
| --- | --- | --- | --- | --- |
| | **2016** | 2015 | **2016** | 2015 |
| Revenue | $ **30,662** | $ 25,375 | $ **90,162** | $ 74,983 |
| Cost of products sold | **28,973** | 23,916 | **85,285** | 70,729 |
| Gross margin | **1,689** | 1,459 | **4,877** | 4,254 |
| | | | | |
| **Operating expenses:** | | | | |
| Distribution, selling, general, and administrative expenses | **914** | 803 | **2,678** | 2,393 |
| Restructuring and employee severance | **6** | 7 | **19** | 33 |
| Amortization and other acquisition-related costs | **108** | 77 | **327** | 190 |
| Impairments and (gain)/loss on disposal of assets, net | **—** | (1) | **17** | (19) |
| Litigation (recoveries)/charges, net | **5** | (18) | **(3)** | 54 |
| Operating earnings | **656** | 591 | **1,839** | 1,603 |
| | | | | |
| Other (income)/expense, net | **—** | (2) | **5** | (6) |
| Interest expense, net | **44** | 35 | **134** | 105 |
| Loss on extinguishment of debt | **—** | — | **—** | 60 |
| Earnings before income taxes | **612** | 558 | **1,700** | 1,444 |
| | | | | |
| Provision for income taxes | **226** | 193 | **604** | 524 |
| Net earnings | **386** | 365 | **1,096** | 920 |
| | | | | |
| Less: Net earnings attributable to noncontrolling interests | **—** | — | **(1)** | — |
| **Net earnings attributable to Cardinal Health, Inc.** | $ **386** | $ 365 | $ **1,095** | $ 920 |
| | | | | |
| **Earnings per common share attributable to Cardinal Health, Inc.:** | | | | |
| Basic | $ **1.18** | $ 1.10 | $ **3.33** | $ 2.77 |
| Diluted | **1.17** | 1.09 | **3.30** | 2.74 |
| | | | | |
| **Weighted-average number of common shares outstanding:** | | | | |
| Basic | **328** | 330 | **328** | 332 |
| Diluted | **331** | 334 | **331** | 336 |
| | | | | |
| Cash dividends declared per common share | $ **0.3870** | $ 0.3425 | $ **1.1610** | $ 1.0275 |

See notes to condensed consolidated financial statements.

**Financial Statements**

# Condensed Consolidated Statements of Comprehensive Income
**(Unaudited)**

| (in millions) | Three Months Ended March 31 | | Nine Months Ended March 31 | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Net earnings | **$        386** | $        365 | **$      1,096** | $        920 |
| | | | | |
| **Other comprehensive income/(loss):** | | | | |
| Foreign currency translation adjustments | **16** | (53) | **(57)** | (117) |
| Net unrealized gain/(loss) on derivative instruments, net of tax | **(3)** | 2 | **(4)** | (6) |
| Total other comprehensive income/(loss), net of tax | **13** | (51) | **(61)** | (123) |
| | | | | |
| Total comprehensive income | **399** | 314 | **1,035** | 797 |
| | | | | |
| Less: Comprehensive income attributable to noncontrolling interests | **—** | — | **(1)** | — |
| **Total comprehensive income attributable to Cardinal Health, Inc.** | **$        399** | $        314 | **$      1,034** | $        797 |

See notes to condensed consolidated financial statements.

# Condensed Consolidated Balance Sheets
## (Unaudited)

| (in millions) | | March 31, 2016 | | June 30, 2015 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and equivalents | $ | 2,598 | $ | 4,616 |
| Trade receivables, net | | 7,292 | | 6,523 |
| Inventories, net | | 10,910 | | 9,211 |
| Prepaid expenses and other | | 1,491 | | 1,402 |
| Total current assets | | 22,291 | | 21,752 |
| | | | | |
| Property and equipment, net | | 1,683 | | 1,506 |
| Goodwill and other intangibles, net | | 9,150 | | 6,018 |
| Other assets | | 931 | | 866 |
| Total assets | $ | 34,055 | $ | 30,142 |
| | | | | |
| **Liabilities, Redeemable Noncontrolling Interests, and Shareholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 17,340 | $ | 14,368 |
| Current portion of long-term obligations and other short-term borrowings | | 351 | | 281 |
| Other accrued liabilities | | 1,694 | | 2,594 |
| Total current liabilities | | 19,385 | | 17,243 |
| | | | | |
| Long-term obligations, less current portion | | 5,195 | | 5,211 |
| Deferred income taxes and other liabilities | | 2,628 | | 1,432 |
| | | | | |
| Redeemable noncontrolling interests | | 117 | | — |
| | | | | |
| **Shareholders' equity:** | | | | |
| Preferred shares, without par value: | | | | |
| Authorized—**500 thousand** shares, Issued—**none** | | — | | — |
| Common shares, without par value: | | | | |
| Authorized—**755 million** shares, Issued—**364 million** shares at **March 31, 2016** and June 30, 2015 | | 2,995 | | 3,003 |
| Retained earnings | | 6,231 | | 5,521 |
| Common shares in treasury, at cost: **38 million** shares and 36 million shares at **March 31, 2016** and June 30, 2015, respectively | | (2,429) | | (2,245) |
| Accumulated other comprehensive loss | | (84) | | (23) |
| **Total Cardinal Health, Inc. shareholders' equity** | | 6,713 | | 6,256 |
| Noncontrolling interests | | 17 | | — |
| Total shareholders' equity | | 6,730 | | 6,256 |
| Total liabilities, redeemable noncontrolling interests, and shareholders' equity | $ | 34,055 | $ | 30,142 |

See notes to condensed consolidated financial statements.

# Condensed Consolidated Statements of Cash Flows
**(Unaudited)**

| (in millions) | Nine Months Ended March 31 | |
| --- | --- | --- |
| | **2016** | 2015 |
| **Cash flows from operating activities:** | | |
| Net earnings | $ **1,096** | $ 920 |
| | | |
| Adjustments to reconcile net earnings to net cash provided by operating activities: | | |
| Depreciation and amortization | **465** | 336 |
| Loss on extinguishment of debt | **—** | 60 |
| Gain on sale of other investments | **—** | (5) |
| Impairments and (gain)/loss on disposal of assets, net | **17** | (19) |
| Share-based compensation | **82** | 80 |
| Provision for bad debts | **51** | 42 |
| Change in fair value of contingent consideration obligation | **(16)** | — |
| Change in operating assets and liabilities, net of effects from acquisitions: | | |
| Increase in trade receivables | **(721)** | (718) |
| Increase in inventories | **(1,457)** | (850) |
| Increase in accounts payable | **2,839** | 1,657 |
| Other accrued liabilities and operating items, net | **(26)** | 169 |
| Net cash provided by operating activities | **2,330** | 1,672 |
| | | |
| **Cash flows from investing activities:** | | |
| Acquisition of subsidiaries, net of cash acquired | **(3,383)** | (319) |
| Additions to property and equipment | **(284)** | (139) |
| Purchase of available-for-sale securities and other investments | **(150)** | (134) |
| Proceeds from sale of available-for-sale securities and other investments | **99** | 129 |
| Proceeds from maturities of available-for-sale securities | **37** | 24 |
| Proceeds from divestitures and disposal of held for sale assets | **—** | 53 |
| Net cash used in investing activities | **(3,681)** | (386) |
| | | |
| **Cash flows from financing activities:** | | |
| Payment of contingent consideration obligation | **(23)** | (3) |
| Net change in short-term borrowings | **34** | (9) |
| Purchase of noncontrolling interests | **(10)** | — |
| Reduction of long-term obligations | **(5)** | (1,221) |
| Proceeds from long-term obligations, net of issuance costs | **—** | 1,182 |
| Net proceeds/(tax withholdings) from share-based compensation | **(3)** | 59 |
| Excess tax benefits from share-based compensation | **33** | 56 |
| Dividends on common shares | **(386)** | (346) |
| Purchase of treasury shares | **(300)** | (686) |
| Net cash used in financing activities | **(660)** | (968) |
| | | |
| Effect of exchange rate changes on cash and equivalents | **(7)** | — |
| | | |
| Net increase/(decrease) in cash and equivalents | **(2,018)** | 318 |
| Cash and equivalents at beginning of period | **4,616** | 2,865 |
| **Cash and equivalents at end of period** | $ **2,598** | $ 3,183 |

See notes to condensed consolidated financial statements.

# Notes to Condensed Consolidated Financial Statements

## 1. Basis of Presentation and Summary of Significant Accounting Policies

### Basis of Presentation

Our condensed consolidated financial statements include the accounts of all majority-owned or controlled subsidiaries, and all significant intercompany transactions and amounts have been eliminated. References to "we," "our," and similar pronouns in this Quarterly Report on Form 10-Q for the quarter ended March 31, 2016 (this "Form 10-Q") refer to Cardinal Health, Inc. and its majority-owned or controlled subsidiaries unless the context requires otherwise. The results of businesses acquired or disposed of are included in the condensed consolidated financial statements from the effective date of the acquisition or up to the date of disposal, respectively.

Our condensed consolidated financial statements have been prepared in accordance with the U.S. Securities and Exchange Commission ("SEC") instructions to Quarterly Reports on Form 10-Q and include all of the information and disclosures required by accounting principles generally accepted in the United States ("GAAP") for interim financial reporting. The preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect amounts reported in the condensed consolidated financial statements and accompanying notes. Actual amounts may differ from these estimated amounts. In addition, operating results presented for this fiscal 2016 interim period are not necessarily indicative of the results that may be expected for the full fiscal year ending June 30, 2016.

These condensed consolidated financial statements are unaudited and are presented pursuant to the rules and regulations of the SEC. Accordingly, the condensed consolidated financial statements included in this Form 10-Q should be read in conjunction with the audited consolidated financial statements and related notes contained in our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (the "2015 Form 10-K"). In our opinion, all adjustments necessary for a fair presentation of the condensed consolidated financial statements have been included. Except as disclosed elsewhere in this Form 10-Q, all such adjustments are of a normal and recurring nature.

### Inventories

A substantial portion of our inventories are valued at the lower of cost, using the last-in, first-out ("LIFO") method, or market. These inventories are included within the core pharmaceutical distribution facilities of our Pharmaceutical segment ("distribution facilities") and are primarily merchandise inventories. The LIFO method presumes that the most recent inventory purchases are the first items sold, so LIFO helps us better match current costs and revenue. We believe that the average cost method of inventory valuation provides a reasonable approximation of the current cost of replacing inventory within these distribution facilities. As such, the LIFO reserve is the difference between (a) inventory at the lower of LIFO cost or market

and (b) inventory at replacement cost determined using the average cost method of inventory valuation.

Interim LIFO calculations are based on our estimates of the expected year-end inventory levels and costs, as the actual valuation of inventory under the LIFO method is computed at the end of the fiscal year based on the inventory levels, inventory mix and inventory cost inflation and deflation at that time. Based upon the year-to-date balance and expectations for the remainder of the fiscal year, we recorded LIFO charges of $12 million and $51 million for the three and nine months ended March 31, 2016, respectively, which are included in cost of products sold in the condensed consolidated financial statements.

### Recent Financial Accounting Standards

In March 2016, the Financial Accounting Standards Board ("FASB") issued amended accounting guidance that will change the accounting for certain aspects of share-based compensation to employees. The guidance requires all income tax effects of share-based awards to be recognized in the statement of earnings as awards vest or are settled. Additionally, the guidance increases the amount employers can withhold in shares to cover employee income taxes without requiring liability classification and allows a policy election for accounting for forfeitures. This guidance will be effective for us in the first quarter of fiscal 2018, with early adoption permitted. We are currently evaluating the impact of the adoption on our consolidated financial statements.

Also in March 2016, the FASB issued amended accounting guidance that eliminates the requirement for investors to retrospectively apply the equity method of accounting when an investment that was accounted for by another method qualifies for use of the equity method as a result of an increase in ownership interest or degree of influence. This guidance will be effective for us in the first quarter of fiscal 2018, with early adoption permitted. We do not expect the adoption of this guidance to have a material impact on our consolidated financial statements.

In February 2016, the FASB issued amended accounting guidance that requires lessees to recognize most leases on the balance sheet as a lease liability and corresponding right-of-use asset. This guidance will be effective for us in the first quarter of fiscal 2020, with early adoption permitted. We are currently evaluating the impact of the adoption on our consolidated financial statements.

In January 2016, the FASB issued amended accounting guidance intended to improve the recognition and measurement of financial instruments. The amended guidance primarily changes the accounting for equity investments, financial liabilities under the fair value option, the method for assessing the realizability of deferred tax assets related to available-for-sale securities, and the presentation and disclosure requirements for financial instruments. This classification and measurement guidance will be effective for us in the first quarter of fiscal 2019, with early adoption permitted. We are currently evaluating the impact of the adoption on our consolidated financial statements.

In November 2015, the FASB issued amended accounting guidance that simplifies the accounting for income taxes. Under this amended guidance, deferred tax assets and liabilities must be classified as noncurrent on the balance sheet instead of separating deferred tax items into current and noncurrent amounts. We adopted this guidance on a prospective basis in the second quarter of fiscal 2016. The adoption of this guidance had no impact on our condensed consolidated statements of earnings, comprehensive income or cash flows.

In September 2015, the FASB issued amended accounting guidance that eliminates the requirement that an acquirer in a business combination account for measurement-period adjustments on a retrospective basis. Under this amended guidance, the acquirer will recognize a measurement-period adjustment during the period in which it determines the amount of the adjustment. We adopted this guidance in the second quarter of fiscal 2016. The adoption of this guidance did not materially impact our condensed consolidated financial statements.

In May 2014, the FASB issued amended accounting guidance related to revenue recognition. This guidance is based on the principle that revenue is recognized in an amount that reflects the consideration to which an entity expects to be entitled in exchange for the transfer of goods or services to customers. The guidance also requires additional disclosure about the nature, amount, timing, and uncertainty of revenue and cash flows arising from customer contracts, including significant judgments and changes in judgments and assets recognized from costs incurred to obtain or fulfill a contract. In July 2015, the FASB deferred the effective date for one year beyond the originally specified effective date. This amendment will be effective for us in the first quarter of fiscal 2019. We are in the process of assessing any differences between the amended and existing guidance that could impact our consolidated financial statements and continuing to evaluate the options for adoption.

In April 2014, the FASB issued amended accounting guidance related to the reporting of discontinued operations and disclosures of disposals of components of an entity. The amended guidance changes the thresholds for disposals to qualify as discontinued operations and requires additional disclosures. We adopted this guidance in the first quarter of fiscal 2016. The adoption of this guidance did not impact our condensed consolidated financial statements.

## 2. Acquisitions

During the nine months ended March 31, 2016, we completed several acquisitions, the most significant of which are described in more detail below. The pro forma results of operations and the results of operations for acquired businesses since the acquisition dates have not been separately disclosed because the effects were not significant compared to the condensed consolidated financial statements, individually or in the aggregate.

### Cordis

On October 2, 2015, we acquired the Cordis business ("Cordis") from Ethicon, Inc., a wholly-owned subsidiary of Johnson & Johnson, for $1.9 billion using cash on hand and proceeds from our debt offering

in June 2015. The acquisition of Cordis, a global manufacturer and distributor of interventional cardiology devices and endovascular solutions with operations in more than 50 countries, expands our Medical segment's portfolio of self-manufactured products and its geographic scope. We closed the Cordis acquisition in 20 principal countries on October 2, 2015, and acquired control of, as described in GAAP, and the rights to, the net economic benefit from the entire Cordis business in the other countries at that time. We are in the process of transitioning legal ownership in the remaining non-principal countries, which we expect to complete by the end of calendar 2017. The results for the entire Cordis business in all countries are included in the condensed consolidated financial statements beginning October 2, 2015.

Transaction and integration costs associated with the acquisition of Cordis were $13 million and $54 million during the three and nine months ended March 31, 2016, respectively, and are included in amortization and other acquisition-related costs in the condensed consolidated statements of earnings.

### naviHealth

On August 26, 2015, we acquired a 71 percent ownership interest in naviHealth Group Holdings, L.P. ("naviHealth") for $238 million, net of cash acquired of $53 million. We funded the acquisition with cash on hand. The acquisition of naviHealth, a leader in post-acute care management solutions, expands our ability to serve health plans, health systems, and providers. We consolidate the results of naviHealth in our condensed consolidated financial statements and report its consolidated results in our Medical segment. The terms of the agreement provide us with the option to acquire any remaining noncontrolling interests at any time after the two-year anniversary of the closing. The third-party noncontrolling interest holders also hold an option, which allows them to sell their noncontrolling interests to us at any time after the two-year anniversary of the closing, or earlier if a trigger event occurs. Refer to Note 10 for further information on the redeemable noncontrolling interests.

### Harvard Drug

On July 2, 2015, we completed the acquisition of The Harvard Drug Group ("Harvard Drug") for $1.1 billion using cash on hand and proceeds from our debt offering in June 2015. The acquisition of Harvard Drug, a distributor of generic pharmaceuticals, over-the-counter healthcare and related products to retail, institutional, and alternate care customers, enhances our Pharmaceutical segment's generic pharmaceutical distribution and related services businesses. Harvard Drug also manufactures and repackages generic pharmaceuticals and over-the-counter healthcare products.

### Fair Value of Assets Acquired and Liabilities Assumed

The allocation of the purchase price for the acquisitions of Cordis, naviHealth, and Harvard Drug are not yet finalized and are subject to adjustment as we complete the valuation analysis for these acquisitions. The purchase prices are also subject to adjustment based on working capital requirements as set forth in the acquisition agreements.

The following table summarizes the estimated fair values of the assets acquired and liabilities assumed as of the acquisition dates for Cordis, naviHealth, and Harvard Drug:

| (in millions) | Cordis | naviHealth | Harvard Drug |
|---|---|---|---|
| **Identifiable intangible assets:** | | | |
| Customer relationships (1) | $ 230 | $ 38 | $ 470 |
| Trade names (2) | 130 | 16 | 130 |
| Developed technology (3) | 400 | 61 | — |
| In-process research and development (4) | 55 | — | — |
| Total identifiable intangible assets acquired | 815 | 115 | 600 |
| | | | |
| Cash and equivalents | — | 53 | 44 |
| Trade receivables | — | 34 | 67 |
| Inventories | 220 | — | 49 |
| Prepaid expenses and other | 4 | 14 | 11 |
| Property and equipment | 97 | 5 | 16 |
| Other assets | 17 | 1 | 1 |
| Accounts payable | (95) | (2) | (48) |
| Other accrued liabilities | (13) | (93) | (36) |
| Deferred income taxes and other liabilities | — | (43) | (104) |
| Redeemable noncontrolling interests | — | (119) | — |
| Total identifiable net assets/ (liabilities) acquired | 1,045 | (35) | 600 |
| Goodwill | 828 | 326 | 549 |
| **Total net assets acquired** | **$ 1,873** | **$ 291** | **$ 1,149** |

(1) The weighted-average useful lives of customer relationships range from 4 to 13 years.

(2) The weighted-average useful lives of trade names range from 10 to 17 years.

(3) The weighted-average useful life of developed technology is 10 years.

(4) Acquired in-process research and development ("IPR&D") intangible assets have an indefinite life.

# 3. Restructuring and Employee Severance

The following tables summarize restructuring and employee severance costs:

| | Three Months Ended March 31 | |
|---|---|---|
| (in millions) | **2016** | 2015 |
| Employee-related costs (1) | **$ 6** | $ 3 |
| Facility exit and other costs (2) | **—** | 4 |
| **Total restructuring and employee severance** | **$ 6** | $ 7 |

| | Nine Months Ended March 31 | |
|---|---|---|
| (in millions) | **2016** | 2015 |
| Employee-related costs (1) | **$ 11** | $ 24 |
| Facility exit and other costs (2) | **8** | 9 |
| **Total restructuring and employee severance** | **$ 19** | $ 33 |

(1) Employee-related costs primarily consist of termination benefits provided to employees who have been involuntarily terminated and duplicate payroll costs during transition periods.

(2) Facility exit and other costs primarily consist of lease termination costs, accelerated depreciation, equipment relocation costs, project consulting fees, and costs associated with restructuring our delivery of information technology infrastructure services.

The following table summarizes activity related to liabilities associated with restructuring and employee severance:

| (in millions) | Employee-Related Costs | Facility Exit and Other Costs | Total |
|---|---|---|---|
| Balance at June 30, 2015 | $ 22 | $ — | $ 22 |
| Additions | 12 | 1 | 13 |
| Payments and other adjustments | (18) | — | (18) |
| **Balance at March 31, 2016** | **$ 16** | **$ 1** | **$ 17** |

# 4. Goodwill and Other Intangible Assets
## Goodwill

The following table summarizes the changes in the carrying amount of goodwill by segment and in total:

| (in millions) | Pharmaceutical | Medical | Total |
|---|---|---|---|
| Balance at June 30, 2015 | $ 2,199 | $ 2,871 | $ 5,070 |
| Goodwill acquired, net of purchase price adjustments | 655 | 1,183 | 1,838 |
| Foreign currency translation adjustments and other | (14) | (6) | (20) |
| **Balance at March 31, 2016** | **$ 2,840** | **$ 4,048** | **$ 6,888** |

The increase in the Pharmaceutical segment goodwill is primarily due to the Harvard Drug acquisition. Goodwill recognized in connection with this acquisition primarily represents the expected benefits from synergies of integrating this business, the existing workforce of the acquired entity, and the expected growth from new customers.

The increase in the Medical segment goodwill is primarily due to the Cordis and naviHealth acquisitions. Goodwill recognized in connection with the Cordis acquisition primarily represents the expected benefits from synergies of integrating the business, the existing workforce of the acquired entity, the expected growth from new customers, and the expected growth from existing technology. Goodwill recognized in connection with the naviHealth acquisition primarily represents the existing workforce of the acquired entity, expected growth from new customers, new service offerings, and the expected growth from existing technology.

See Note 2 for further discussion of these acquisitions.

## Other Intangible Assets

The following tables summarize other intangible assets by class at:

**March 31, 2016**

| (in millions) | Gross Intangible | Accumulated Amortization | Net Intangible | Weighted Average Remaining Amortization Period (Years) |
|---|---|---|---|---|
| **Indefinite-life intangibles:** | | | | |
| IPR&D, trademarks and other | $ 69 | $ — | $ 69 | N/A |
| Total indefinite-life intangibles | 69 | — | 69 | N/A |
| **Definite-life intangibles:** | | | | |
| Customer relationships | 1,859 | 677 | 1,182 | 9 |
| Trademarks, trade names, and patents | 512 | 125 | 387 | 14 |
| Developed technology and other | 796 | 172 | 624 | 9 |
| Total definite-life intangibles | 3,167 | 974 | 2,193 | 10 |
| **Total other intangible assets** | $ 3,236 | $ 974 | $ 2,262 | N/A |

**June 30, 2015**

| (in millions) | Gross Intangible | Accumulated Amortization | Net Intangible |
|---|---|---|---|
| **Indefinite-life intangibles:** | | | |
| Trademarks and other | $ 14 | $ — | $ 14 |
| Total indefinite-life intangibles | 14 | — | 14 |
| **Definite-life intangibles:** | | | |
| Customer relationships | 1,103 | 501 | 602 |
| Trademarks, trade names, and patents | 237 | 91 | 146 |
| Developed technology and other | 320 | 134 | 186 |
| Total definite-life intangibles | 1,660 | 726 | 934 |
| **Total other intangible assets** | $ 1,674 | $ 726 | $ 948 |

Total amortization of intangible assets was $88 million and $48 million for the three months ended March 31, 2016 and 2015, respectively, and $255 million and $140 million for the nine months ended March 31, 2016 and 2015, respectively. Estimated annual amortization of intangible assets for the remainder of fiscal 2016 through 2020 is as follows: $94 million, $371 million, $334 million, $268 million, and $238 million.

## 5. Available-for-Sale Securities

We invest in marketable securities, which are classified as available-for-sale and are carried at fair value in the condensed consolidated balance sheets. We held the following investments in marketable securities at fair value at:

| (in millions) | March 31, 2016 | June 30, 2015 |
|---|---|---|
| **Current available-for-sale securities:** | | |
| Commercial paper | $ — | $ 4 |
| Treasury bills | — | 12 |
| International bonds | 1 | 2 |
| Corporate bonds | 51 | 34 |
| U.S. agency bonds | 2 | 5 |
| Asset-backed securities | 36 | 8 |
| International equity securities | 2 | — |
| U.S. agency mortgage-backed securities | 13 | 26 |
| Total current available-for-sale securities | 105 | 91 |
| **Long-term available-for-sale securities:** | | |
| Corporate bonds | 40 | 33 |
| U.S. agency bonds | 30 | 18 |
| Asset-backed securities | 13 | 41 |
| U.S. agency mortgage-backed securities | 17 | 10 |
| Total long-term available-for-sale securities | 100 | 102 |
| **Total available-for-sale securities** | $ 205 | $ 193 |

Gross unrealized gains and losses were immaterial at March 31, 2016 and June 30, 2015. During the three and nine months ended March 31, 2016 and 2015, gross realized gains and losses were immaterial and we did not recognize any other-than-temporary impairments. At March 31, 2016, the weighted-average effective maturity of our current and long-term investments was approximately 6 months and 16 months, respectively.

## 6. Income Taxes

Fluctuations in our provision for income taxes as a percentage of pretax earnings ("effective tax rate") are due to changes in international and U.S. state effective tax rates resulting from our business mix and discrete items.

During the three months ended March 31, 2016 and 2015, the effective tax rate was 36.9 percent and 34.6 percent, respectively. The effective tax rate for the three months ended March 31, 2015 included net favorable items discrete to the quarter.

During the nine months ended March 31, 2016 and 2015, the effective tax rate was 35.5 percent and 36.3 percent, respectively.

At both March 31, 2016 and June 30, 2015, we had $542 million of unrecognized tax benefits. The March 31, 2016 and June 30, 2015 balances include $356 million and $357 million of unrecognized tax benefits, respectively, that if recognized, would have an impact on the effective tax rate.

At March 31, 2016 and June 30, 2015, we had $158 million and $169 million, respectively, accrued for the payment of interest and penalties related to unrecognized tax benefits, which we recognize in the provision for income taxes in the condensed consolidated statements of earnings. These balances are gross amounts before any tax benefits and are included in deferred income taxes and other liabilities in the condensed consolidated balance sheets.

It is reasonably possible that there could be a change in the amount of unrecognized tax benefits within the next 12 months due to

activities of the U.S. Internal Revenue Service or other taxing authorities, possible settlement of audit issues, reassessment of existing unrecognized tax benefits or the expiration of statutes of limitations. We estimate that the range of the possible change in unrecognized tax benefits within the next 12 months is a net decrease of zero to $195 million, exclusive of penalties and interest.

We file income tax returns in the U.S. federal jurisdiction, various U.S. state and local jurisdictions, and various foreign jurisdictions. With few exceptions, we are subject to audit by taxing authorities for fiscal years 2006 through the current fiscal year.

We are a party to a tax matters agreement with CareFusion Corporation ("CareFusion"), which has been acquired by Becton, Dickinson and Company. Under the tax matters agreement, CareFusion is obligated to indemnify us for certain tax exposures and transaction taxes prior to our fiscal 2010 spin-off of CareFusion. The indemnification receivable was $225 million and $219 million at March 31, 2016, and June 30, 2015, respectively, and is included in other assets in the condensed consolidated balance sheets.

## 7. Commitments, Contingent Liabilities and Litigation

### Commitments

#### Generic Sourcing Venture With CVS Health Corporation

In July 2014, we established Red Oak Sourcing, LLC ("Red Oak Sourcing"), a U.S.-based generic pharmaceutical sourcing venture with CVS Health Corporation ("CVS Health") with an initial term of 10 years. Both companies have contributed sourcing and supply chain expertise to the 50/50 venture and have committed to source generic pharmaceuticals through arrangements negotiated by the venture. Red Oak Sourcing negotiates generic pharmaceutical supply contracts on behalf of both companies. We are required to pay 39 quarterly payments of $25.6 million to CVS Health which commenced in October 2014. Due to the achievement of a milestone, the quarterly payment to CVS Health increased by $10 million beginning in the first quarter of fiscal 2016. In addition, if an additional milestone is achieved, the quarterly payment will increase in fiscal 2017 by a further $10 million resulting in a maximum quarterly payment of $45.6 million if all milestones are met.

### Legal Proceedings

We become involved from time to time in disputes, litigation, and regulatory matters incidental to our business.

We may be named from time to time in qui tam actions, which are initiated by private third parties purporting to act on behalf of federal or state governments, that allege that false claims have been submitted or have been caused to be submitted for payment by the government. After a private party has filed a qui tam action, the government must investigate the private party's claim and determine whether to intervene in and take control over the litigation. These actions may remain under seal while the government makes this determination. If the government declines to intervene, the private party may nonetheless continue to pursue the litigation on his or her own on behalf of the government.

From time to time, we receive subpoenas or requests for information from various government agencies relating to our business or to the business of a customer, supplier, or other industry participant. Most of these matters are resolved without incident; however, such subpoenas or requests can lead to the assertion of claims, or the commencement of legal proceedings, against us.

In addition, we may suspect that products we manufacture, market or distribute do not meet product specifications, published standards, or regulatory requirements. In such circumstances, we investigate and take appropriate corrective action. Such actions can lead to product recalls, costs to repair or replace affected products, temporary interruptions in product sales, and action by regulators.

We accrue for contingencies related to disputes, litigation, and regulatory matters if it is probable that a liability has been incurred and the amount of the loss can be reasonably estimated. Because these matters are inherently unpredictable and unfavorable developments or resolutions can occur, assessing contingencies is highly subjective and requires judgments about future events. We regularly review contingencies to determine whether our accruals and related disclosures are adequate. The amount of ultimate loss may differ from these estimates.

With respect to the matters described below, we are unable to estimate a range of reasonably possible loss for matters for which there is no accrual, or additional loss for matters for which we have recorded an accrual, since damages or fines have not been specified or the proceedings are at stages where significant uncertainty exists as to legal or factual issues and as to whether such matters will proceed to trial. We do not believe, based on currently available information, that the outcomes of these matters will have a material adverse effect on our financial position, results of operations, or cash flows, though for a particular period, the outcome of one or more of these matters could be material to our results of operations.

We recognize income from the favorable outcome of litigation when we receive the associated cash or assets.

We recognize estimated loss contingencies for litigation and regulatory matters and income from favorable resolution of litigation in litigation (recoveries)/charges, net in our condensed consolidated statements of earnings.

#### DEA Investigation and Related Matters

In February 2012, the U.S. Drug Enforcement Administration (the "DEA") issued an order to show cause and immediate suspension of our Lakeland, Florida distribution center's registration to distribute controlled substances, asserting that we failed to maintain required controls against the diversion of controlled substances. In May 2012, we entered into a settlement agreement with the DEA that resolved the administrative aspects of the DEA's action but did not resolve potential liability for civil fines in Florida or elsewhere for the conduct covered by the settlement agreement. In that regard, we are continuing to discuss a settlement with the U.S. Department of Justice. Our total accrual for this matter at March 31, 2016 and June 30, 2015 was $44 million and $41 million, respectively, which is included in other accrued liabilities in the condensed consolidated balance sheets.

**State of West Virginia vs. Cardinal Health, Inc.**

Since June 2012, the West Virginia Attorney General has filed complaints against a number of pharmaceutical wholesale distributors, including us and Harvard Drug. The complaints, which were filed in the Circuit Court of Boone County, West Virginia, allege, among other things, that the distributors failed to maintain effective controls to guard against diversion of controlled substances in West Virginia, failed to report suspicious orders of controlled substances in accordance with the West Virginia Uniform Controlled Substances Act, and were negligent in distributing controlled substances to pharmacies that serve individuals who abuse controlled substances. The complaints seek, among other things, injunctive and other equitable relief and monetary damages. We are vigorously defending ourselves in this matter.

**Antitrust Litigation Proceeds**

We received and recognized income resulting from settlements of class action antitrust claims, in which we were a class member, of zero and $14 million during the three months ended March 31, 2016 and 2015, respectively, and $13 million and $14 million during the nine months ended March 31, 2016 and 2015, respectively.

## 8. Fair Value Measurements

The following tables present the fair values for assets and (liabilities) measured on a recurring basis at:

| (in millions) | March 31, 2016 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents (1) | $ 706 | $ — | $ — | $ 706 |
| Forward contracts (2) | — | 26 | — | 26 |
| Available-for-sale securities (3) | — | 205 | — | 205 |
| Other investments (4) | 111 | — | — | 111 |
| **Liabilities:** | | | | |
| Contingent Consideration (5) | — | — | (21) | (21) |

| (in millions) | June 30, 2015 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Total |
| **Assets:** | | | | |
| Cash equivalents (1) | $ 1,809 | $ — | $ — | $ 1,809 |
| Forward contracts (2) | — | 5 | — | 5 |
| Available-for-sale securities (3) | — | 193 | — | 193 |
| Other investments (4) | 111 | — | — | 111 |
| **Liabilities:** | | | | |
| Contingent Consideration (5) | — | — | (53) | (53) |

(1)　Cash equivalents are comprised of highly liquid investments purchased with a maturity of three months or less. The carrying value of these cash equivalents approximates fair value due to their short-term maturities.

(2)　The fair value of interest rate swaps, foreign currency contracts, and commodity contracts is determined based on the present value of expected future cash flows considering the risks involved, including non-performance risk, and using discount rates appropriate for the respective maturities. Observable Level 2 inputs are used to determine the present value of expected future cash flows. The fair value of these derivative contracts, which are subject to master netting arrangements under certain circumstances, is presented on a gross basis in the condensed consolidated balance sheets.

(3)　We invest in marketable securities, which are classified as available-for-sale and are carried at fair value in the condensed consolidated balance sheets. Observable Level 2 inputs such as quoted prices for similar securities, interest rate spreads, yield curves, and credit risk are used to determine the fair value. See Note 5 for additional information regarding available-for-sale securities.

(4)　The other investments balance includes investments in mutual funds, which are used to offset fluctuations in deferred compensation liabilities. These mutual funds primarily invest in the equity securities of companies with large market capitalization and high quality fixed income debt securities. The fair value of these investments is determined using quoted market prices.

(5)　Contingent consideration represents the obligations incurred in connection with acquisitions. We do not deem the fair value of the contingent consideration obligations under any single acquisition to be significant. The estimate of fair value of the contingent consideration obligations requires subjective assumptions to be made regarding future business results, discount rates, discount periods, and probabilities assigned to various potential business result scenarios and was determined using probability assessments with respect to the likelihood of reaching various targets or of achieving certain milestones. The fair value measurement is based on significant inputs unobservable in the market and thus represents a Level 3 measurement. Changes in current expectations of progress could change the probability of achieving the targets within the measurement periods and result in an increase or decrease in the fair value of the contingent consideration obligation.

The following table presents a reconciliation of those liabilities measured at fair value on a recurring basis using unobservable inputs (Level 3):

| (in millions) | Contingent Consideration Obligation |
|---|---|
| Balance at June 30, 2015 | $ 53 |
| Additions from acquisitions | 7 |
| Changes in fair value of contingent consideration (1) | (16) |
| Payment of contingent consideration | (23) |
| **Balance at March 31, 2016** | $ 21 |

(1)　Amount is included in amortization and other acquisition-related costs in the condensed consolidated statements of earnings.

## 9. Financial Instruments

We utilize derivative financial instruments to manage exposure to certain risks related to our ongoing operations. The primary risks managed through the use of derivative instruments include interest rate risk, currency exchange risk, and commodity price risk. We do not use derivative instruments for trading or speculative purposes. While the majority of our derivative instruments are designated as hedging instruments, we also enter into derivative instruments that are designed to hedge a risk, but are not designated as hedging instruments. These derivative instruments are adjusted to current fair value through earnings at the end of each period. Our derivative and hedging programs are consistent with those described in the 2015 Form 10-K. The amount of ineffectiveness associated with these derivative instruments was immaterial for the three and nine months ended March 31, 2016 and 2015.

During the nine months ended March 31, 2016, we entered into pay-floating interest rate swaps with total notional amounts of $300 million. These swaps have been designated as fair value hedges of our fixed rate debt and are included in other assets in the condensed consolidated balance sheets.

**Notes to Financial Statements**

Also during the nine months ended March 31, 2016, we entered into forward interest rate swaps with a total notional amount of $200 million to hedge probable, but not firmly committed, future transactions associated with our debt.

During the nine months ended March 31, 2015, we entered into pay-floating interest rate swaps with total notional amounts of $700 million, of which $450 million was in connection with the registered debt offering in November 2014 described in our 2015 10-K. These swaps have been designated as fair value hedges of our fixed rate debt and are included in other assets in the condensed consolidated balance sheets.

During the nine months ended March 31, 2015, we entered into forward interest rate swaps with a total notional amount of $50 million to hedge probable, but not firmly committed, future transactions associated with our debt.

Also during the nine months ended March 2015, we terminated notional amounts of $875 million of pay-floating interest rate swaps in connection with the debt redemption in December 2014 described in our 2015 10-K. These swaps were previously designated as fair value hedges. As a result of this redemption, we also incurred a loss on the extinguishment of debt of $60 million ($37 million, net of tax), which included a make-whole premium of $80 million, write-off of $2 million of unamortized debt issuance costs, and an offsetting $22 million fair value adjustment to the respective debt related to previously terminated interest rate swaps. Additionally, we terminated $350 million in forward interest rate swaps that were previously designated as cash-flow hedges.

### Fair Value of Financial Instruments

The carrying amounts of cash and equivalents, trade receivables, net, accounts payable, and other accrued liabilities at March 31, 2016 and June 30, 2015 approximate fair value due to their short-term maturities.

The following table summarizes the estimated fair value of our long-term obligations and other short-term borrowings compared to the respective carrying amounts at:

| (in millions) | March 31, 2016 | June 30, 2015 |
|---|---|---|
| Estimated fair value | $ 5,758 | $ 5,521 |
| Carrying amount | 5,546 | 5,492 |

The fair value of our long-term obligations and other short-term borrowings is estimated based on either the quoted market prices for the same or similar issues or other inputs derived from available market information, which represents a Level 2 measurement.

## 10. Redeemable Noncontrolling Interests

In connection with the acquisition of a 71 percent ownership interest in naviHealth described in Note 2, we recognized noncontrolling interests with a fair value of $119 million at the acquisition date.

The noncontrolling interests are redeemable at the option of the third-party noncontrolling interest holders at any time after the two-year anniversary of the closing, or earlier if a trigger event occurs. As such, the noncontrolling interests have been presented as redeemable noncontrolling interests in our condensed consolidated balance sheets. The noncontrolling interests will be adjusted each period for net earnings and dividends attributable to the noncontrolling interests and changes in the noncontrolling ownership interests in naviHealth, if any. An additional adjustment to the carrying value of the noncontrolling interests may be required if the redemption value under the terms of the agreement exceeds the carrying value. Changes in the carrying value of the noncontrolling interests related to a change in the redemption value will be recorded through retained earnings and will not affect net earnings attributable to Cardinal Health, Inc.

The reconciliation of the changes in redeemable noncontrolling interests are as follows:

| (in millions) | |
|---|---|
| Balance at June 30, 2015 | $ — |
| Redeemable noncontrolling interests acquired | 119 |
| Net earnings attributable to redeemable noncontrolling interests | 1 |
| Purchase of redeemable noncontrolling interests | (3) |
| **Balance at March 31, 2016** | **$ 117** |

## 11. Shareholders' Equity

During the nine months ended March 31, 2016, we repurchased 3.7 million common shares having an aggregate cost of $300 million. The average price paid per common share was $80.72.

During the nine months ended March 31, 2015, we repurchased 9.1 million common shares having an aggregate cost of $684 million. The average price paid per common share was $75.00.

We funded the repurchases with available cash. The common shares repurchased are held in treasury to be used for general corporate purposes.

### Accumulated Other Comprehensive Loss

The following table summarizes the changes in the balance of accumulated other comprehensive loss by component and in total:

| (in millions) | Foreign Currency Translation Adjustments | Unrealized Gain/(Loss) on Derivatives, net of tax | Accumulated Other Comprehensive Loss |
|---|---|---|---|
| Balance at June 30, 2015 | $ (41) | $ 18 | $ (23) |
| Other comprehensive loss, net of tax before reclassifications | (57) | (4) | (61) |
| Amounts reclassified to earnings | — | — | — |
| Total other comprehensive loss | (57) | (4) | (61) |
| **Balance at March 31, 2016** | **$ (98)** | **$ 14** | **$ (84)** |

Activity related to realized and unrealized gains and losses on available-for-sale securities, as described in Note 5, was immaterial during the three and nine months ended March 31, 2016.

## 12. Earnings Per Share Attributable to Cardinal Health, Inc.

The following tables reconcile the number of common shares used to compute basic and diluted earnings per share attributable to Cardinal Health, Inc.:

| (in millions) | Three Months Ended March 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Weighted-average common shares–basic | 328 | 330 |
| **Effect of dilutive securities:** | | |
| Employee stock options, restricted share units, and performance share units | 3 | 4 |
| **Weighted-average common shares–diluted** | 331 | 334 |

| (in millions) | Nine Months Ended March 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Weighted-average common shares–basic | 328 | 332 |
| **Effect of dilutive securities:** | | |
| Employee stock options, restricted share units, and performance share units | 3 | 4 |
| **Weighted-average common shares–diluted** | 331 | 336 |

The potentially dilutive employee stock options, restricted share units, and performance share units that were antidilutive were 2 million and 1 million for the three months ended March 31, 2016 and 2015, respectively, and 2 million and 1 million for the nine months ended March 31, 2016 and 2015, respectively.

## 13. Segment Information

Our operations are principally managed on a products and services basis and are comprised of two operating segments, which are the same as our reportable segments: Pharmaceutical and Medical. The factors for determining the reportable segments include the manner in which management evaluates performance for purposes of allocating resources and assessing performance combined with the nature of the individual business activities.

The following tables present revenue for each reportable segment and Corporate:

| (in millions) | Three Months Ended March 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Pharmaceutical | $ 27,527 | $ 22,605 |
| Medical | 3,138 | 2,774 |
| Total segment revenue | 30,665 | 25,379 |
| Corporate (1) | (3) | (4) |
| **Total revenue** | $ 30,662 | $ 25,375 |

| (in millions) | Nine Months Ended March 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Pharmaceutical | $ 80,954 | $ 66,440 |
| Medical | 9,220 | 8,540 |
| Total segment revenue | 90,174 | 74,980 |
| Corporate (1) | (12) | 3 |
| **Total revenue** | $ 90,162 | $ 74,983 |

(1) Corporate revenue consists of the elimination of inter-segment revenue and other revenue not allocated to the segments.

We evaluate segment performance based on segment profit, among other measures. Segment profit is segment revenue, less segment cost of products sold, less segment distribution, selling, general, and administrative ("SG&A") expenses. Segment SG&A expenses include share-based compensation expense as well as allocated corporate expenses for shared functions, including corporate management, corporate finance, financial and customer care shared services, human resources, information technology, and legal and compliance. The results attributable to noncontrolling interests are recorded within segment profit. Corporate expenses are allocated to the segments based on headcount, level of benefit provided, and other ratable allocation methodologies.

We do not allocate the following items to our segments: LIFO inventory charges/(credits); restructuring and employee severance; amortization and other acquisition-related costs; impairments and (gain)/loss on disposal of assets; litigation (recoveries)/charges, net; other income, net; interest expense, net; loss on extinguishment of debt; and provision for income taxes.

In addition, certain investment spending, certain portions of enterprise-wide incentive compensation, and other spending are not allocated to the segments. Investment spending generally includes the first-year spend for certain projects that require incremental investments in the form of additional operating expenses. We encourage our segments and corporate functions to identify investment projects that will promote innovation and provide future returns. As approval decisions for such projects are dependent upon executive management, the expenses for such projects are often retained at Corporate. Investment spending within Corporate was $9 million and $6 million for the three months ended March 31, 2016 and 2015, respectively, and $20 million and $12 million for the nine months ended March 31, 2016 and 2015, respectively.

The following tables present segment profit by reportable segment and Corporate:

| (in millions) | Three Months Ended March 31 | |
| --- | --- | --- |
| | 2016 | 2015 |
| Pharmaceutical | $ 660 | $ 567 |
| Medical | 128 | 102 |
| Total segment profit | 788 | 669 |
| Corporate | (132) | (78) |
| **Total operating earnings** | $ 656 | $ 591 |

| (in millions) | Nine Months Ended March 31 | |
|---|---|---|
| | 2016 | 2015 |
| Pharmaceutical | $ 1,945 | $ 1,559 |
| Medical | 335 | 330 |
| Total segment profit | 2,280 | 1,889 |
| Corporate | (441) | (286) |
| **Total operating earnings** | $ 1,839 | $ 1,603 |

The following table presents total assets for each reportable segment and Corporate at:

| (in millions) | March 31, 2016 | June 30, 2015 |
|---|---|---|
| Pharmaceutical | $ 20,633 | $ 17,385 |
| Medical | 9,984 | 7,095 |
| Corporate | 3,438 | 5,662 |
| **Total assets** | $ 34,055 | $ 30,142 |

## 14. Share-Based Compensation

We maintain stock incentive plans (collectively, the "Plans") for the benefit of certain of our officers, directors, and employees.

The following tables provide total share-based compensation expense by type of award:

| (in millions) | Three Months Ended March 31 | |
|---|---|---|
| | 2016 | 2015 |
| Restricted share unit expense | $ 18 | $ 18 |
| Employee stock option expense | 6 | 6 |
| Performance share unit expense | 2 | 3 |
| **Total share-based compensation** | $ 26 | $ 27 |

| (in millions) | Nine Months Ended March 31 | |
|---|---|---|
| | 2016 | 2015 |
| Restricted share unit expense | $ 53 | $ 52 |
| Employee stock option expense | 16 | 16 |
| Performance share unit expense | 13 | 12 |
| **Total share-based compensation** | $ 82 | $ 80 |

The total tax benefit related to share-based compensation was $9 million and $10 million for the three months ended March 31, 2016 and 2015, respectively, and $28 million for both the nine months ended March 31, 2016 and 2015.

### Stock Options

Employee stock options granted under the Plans generally vest in equal annual installments over three years and are exercisable for periods ranging from seven to ten years from the grant date. All stock options are exercisable at a price equal to the market value of the common shares underlying the option on the grant date.

The following table summarizes all stock option transactions under the Plans:

| (in millions, except per share amounts) | Stock Options | Weighted-Average Exercise Price per Common Share |
|---|---|---|
| Outstanding at June 30, 2015 | 8 | $ 46.50 |
| Granted | 1 | 84.16 |
| Exercised | (1) | 39.52 |
| Canceled and forfeited | — | — |
| **Outstanding at March 31, 2016** | 8 | $ 53.62 |
| **Exercisable at March 31, 2016** | 5 | $ 42.33 |

At March 31, 2016, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested stock options not yet recognized was $27 million, which is expected to be recognized over a weighted-average period of two years. The following table provides additional detail related to stock options:

| (in millions) | March 31, 2016 | June 30, 2015 |
|---|---|---|
| Aggregate intrinsic value of outstanding options at period end | $ 217 | $ 281 |
| Aggregate intrinsic value of exercisable options at period end | 191 | 193 |
| Weighted-average remaining contractual life of outstanding options (in years) | 6 | 6 |
| Weighted-average remaining contractual life of exercisable options (in years) | 5 | 5 |

### Restricted Share Units

Restricted share units granted under the Plans generally vest in equal annual installments over three years. Restricted share units accrue cash dividend equivalents that are payable upon vesting of the awards.

The following table summarizes all transactions related to restricted share units under the Plans:

| (in millions, except per share amounts) | Restricted Share Units | Weighted-Average Grant Date Fair Value per Share |
|---|---|---|
| Nonvested at June 30, 2015 | 3 | $ 59.69 |
| Granted | 1 | 84.01 |
| Vested | (1) | 54.15 |
| Canceled and forfeited | — | — |
| **Nonvested at March 31, 2016** | 3 | $ 71.41 |

At March 31, 2016, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested restricted share units not yet recognized was $95 million, which is expected to be recognized over a weighted-average period of two years.

### Performance Share Units

Performance share units vest over a three-year performance period based on achievement of specific performance goals. Based on the extent to which the targets are achieved, vested shares may range from zero to 200 percent of the target award amount. Performance share units accrue cash dividend equivalents that are payable upon

vesting of the awards.

The following table summarizes all transactions related to performance share units under the Plans (based on target award amounts):

| (in millions, except per share amounts) | Performance Share Units | Weighted-Average Grant Date Fair Value per Share |
|---|---|---|
| Nonvested at June 30, 2015 | 0.9 | $ 50.31 |
| Granted | 0.3 | 84.26 |
| Vested (1) | (0.4) | 39.81 |
| Canceled and forfeited | — | — |
| **Nonvested at March 31, 2016** | **0.8** | **$ 62.51** |

(1)  Vested based on achievement of 133 percent of the target performance goal.

At March 31, 2016, the total pre-tax compensation cost, net of estimated forfeitures, related to nonvested performance share units not yet recognized was $18 million, which is expected to be recognized over a weighted-average period of two years.

# Exhibits

**Exhibit Number**    **Exhibit Description**

3.1      Amended and Restated Articles of Incorporation of Cardinal Health, Inc., as amended (incorporated by reference to Exhibit 3.1 to Cardinal Health's Quarterly Report on Form 10-Q for the quarter ended September 30, 2008, File No. 1-11373)

3.2      Cardinal Health, Inc. Restated Code of Regulations (incorporated by reference to Exhibit 3.2 to Cardinal Health's Current Report on Form 8-K filed on July 1, 2015, File No. 1-11373)

10.1     Cardinal Health Deferred Compensation Plan, as amended and restated effective January 1, 2016 (incorporated by reference to Exhibit 10.1 to Cardinal Health's Quarterly Report on Form 10-Q for the quarter ended December 31, 2015, File No. 1-11373)

12.1     Computation of Ratio of Earnings to Fixed Charges

31.1     Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

31.2     Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002

32.1     Certification of the Chief Executive Officer and the Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

99.1     Statement Regarding Forward-Looking Information

101.INS    XBRL Instance Document

101.SCH    XBRL Taxonomy Extension Schema Document

101.CAL    XBRL Taxonomy Extension Calculation Linkbase Document

101.DEF    XBRL Taxonomy Definition Linkbase Document

101.LAB    XBRL Taxonomy Extension Label Linkbase Document

101.PRE    XBRL Taxonomy Extension Presentation Linkbase Document

## Cardinal Health Website

Cardinal Health uses its website as a channel of distribution for material company information. Important information, including news releases, financial information, earnings and analyst presentations, and information about upcoming presentations and events is routinely posted and accessible at ir.cardinalhealth.com. In addition, the website allows investors and other interested persons to sign up automatically to receive e-mail alerts when the company posts news releases, SEC filings and certain other information on its website.

# Form 10-Q Cross Reference Index

| **Item Number** | | **Page** |
|---|---|---|
| | **Part I. Financial Information** | |
| Item 1 | Financial Statements | **14** |
| Item 2 | Management's Discussion and Analysis of Financial Condition and Results of Operations | **2** |
| Item 3 | Quantitative and Qualitative Disclosures about Market Risk | **13** |
| Item 4 | Controls and Procedures | **13** |
| | **Part II. Other Information** | |
| Item 1 | Legal Proceedings | **13** |
| Item 1A | Risk Factors | **13** |
| Item 2 | Unregistered Sales of Equity Securities and Use of Proceeds | **13** |
| Item 3 | Defaults Upon Senior Securities | **N/A** |
| Item 4 | Mine Safety Disclosures | **N/A** |
| Item 5 | Other Information | **N/A** |
| Item 6 | Exhibits | **27** |
| | Signatures | **29** |

**N/A**    Not applicable

# Signatures

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Cardinal Health, Inc.

Date: May 3, 2016                                                   /s/   GEORGE S. BARRETT
                                                                   **George S. Barrett**
                                                                   **Chairman and Chief Executive Officer**


                                                                   /s/   MICHAEL C. KAUFMANN
                                                                   **Michael C. Kaufmann**
                                                                   **Chief Financial Officer**

Exhibit 12.1

## Cardinal Health, Inc. and Subsidiaries

### Computation of Ratio of Earnings to Fixed Charges

| (in millions, except ratios) | Fiscal Year Ended June 30 | | | | | Nine Months Ended March 31, 2016 |
| --- | --- | --- | --- | --- | --- | --- |
| | 2011 | 2012 | 2013 | 2014 | 2015 | |
| Earnings before income taxes | $ 1,518.3 | $ 1,698.1 | $ 888.3 | $ 1,798.3 | $ 1,967.3 | $ 1,699.8 |
| | | | | | | |
| **Plus fixed charges:** | | | | | | |
| Interest expense | 95.2 | 92.3 | 119.2 | 129.4 | 137.0 | 133.8 |
| Capitalized interest | 5.7 | 6.0 | 1.7 | 1.2 | 1.8 | 3.6 |
| Amortization of debt offering costs | 1.8 | 2.8 | 3.5 | 3.6 | 7.6 | 4.2 |
| Interest portion of rent expense | 7.1 | 7.8 | 8.3 | 9.8 | 9.6 | 8.4 |
| **Fixed charges** | 109.8 | 108.9 | 132.7 | 144.0 | 156.0 | 150.0 |
| Plus: amortization of capitalized interest | 5.3 | 3.2 | 3.4 | 2.9 | 2.4 | 1.9 |
| Less: capitalized interest | (5.7) | (6.0) | (1.7) | (1.2) | (1.8) | (3.6) |
| **Earnings** | $ 1,627.7 | $ 1,804.2 | $ 1,022.7 | $ 1,944.0 | $ 2,123.9 | $ 1,848.1 |
| | | | | | | |
| **Ratio of earnings to fixed charges (1)** | 14.8 | 16.6 | 7.7 | 13.5 | 13.6 | 12.3 |

(1) The ratio of earnings to fixed charges is computed by dividing fixed charges into earnings before income taxes plus fixed charges and capitalized interest. Fixed charges include interest expense, amortization of debt offering costs and the portion of rent expense that is deemed to be representative of the interest factor. Interest expense recorded on tax exposures has been recorded in income tax expense and has therefore been excluded from the calculation.

Exhibit 31.1

I, George S. Barrett, certify that:

1.  I have reviewed this Form 10-Q of Cardinal Health, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 3, 2016

/s/ GEORGE S. BARRETT

George S. Barrett
Chairman and Chief Executive Officer

Exhibit 31.2

I, Michael C. Kaufmann, certify that:

1.   I have reviewed this Form 10-Q of Cardinal Health, Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.   The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

     (a)   Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

     (b)   Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

     (c)   Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

     (d)   Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.   The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

     (a)   All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

     (b)   Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 3, 2016

/s/ MICHAEL C. KAUFMANN
Michael C. Kaufmann
Chief Financial Officer

Exhibit 32.1

**Certification of the Chief Executive Officer and the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002**

Each of George S. Barrett, Chairman and Chief Executive Officer of Cardinal Health, Inc. (the "Company"), and Michael C. Kaufmann, Chief Financial Officer of the Company, certifies, pursuant to 18 U.S.C. Section 1350, that:

(1)     the Quarterly Report on Form 10-Q for the quarter ended March 31, 2016 containing the financial statements of the Company (the "Periodic Report"), which this statement accompanies, fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m or 78o(d)); and

(2)     the information contained in the Periodic Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated: May 3, 2016

/s/ GEORGE S. BARRETT
_____
George S. Barrett
Chairman and Chief Executive Officer


/s/ MICHAEL C. KAUFMANN
_____
Michael C. Kaufmann
Chief Financial Officer

Exhibit 99.1

## Statement Regarding Forward-Looking Information

As used in this exhibit, "we," "our," "us" and similar pronouns refer to Cardinal Health, Inc. and its subsidiaries, unless the context requires otherwise. Our filings with the Securities and Exchange Commission, including our Annual Report on Form 10-K for the fiscal year ended June 30, 2015 (the "2015 Form 10-K"), our quarterly reports on Form 10-Q or our current reports on Form 8-K (along with any exhibits and amendments to such reports), as well as our news releases or any other written or oral statements made by or on behalf of us, may include, directly or by incorporation by reference, forward-looking statements that reflect our current view (as of the date the forward-looking statement is first made) about future events, prospects, projections or financial performance. The matters discussed in these forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied in or by such statements. These risks and uncertainties include:

- competitive pressures in the markets in which we operate, including pricing pressures;

- increasing consolidation in the healthcare industry, which could give the resulting enterprises greater bargaining power and may increase pressure on prices for our products and services;

- uncertainties due to government healthcare reform;

- changes to the prescription drug reimbursement formula and related reporting requirements for generic pharmaceuticals under Medicaid;

- material reductions in purchases, non-renewal or early termination of contracts, or delinquencies or defaults by key customers;

- risks associated with the generic pharmaceutical sourcing venture with CVS Health Corporation, including those relating to our ability to realize and maintain the benefits from the sourcing venture;

- actions of regulatory bodies and other governmental authorities, including the U.S. Drug Enforcement Administration ("DEA"), the U.S. Food and Drug Administration and other agencies within the U.S. Department of Health and Human Services, including the Centers for Medicare and Medicaid Services, the Office of Inspector General and the Office for Civil Rights, the U.S. Nuclear Regulatory Commission, the U.S. Federal Trade Commission, the U.S. Customs and Border Protection, various state boards of pharmacy, state controlled substance agencies, state health departments, state insurance departments, state Medicaid departments or comparable regulatory bodies or governmental authorities or foreign equivalents that could delay, limit or suspend product development, manufacturing, distribution, importation or sales or result in warning letters, recalls, seizures, injunctions or monetary sanctions;

- the possibility of civil fines levied against us (in excess of the reserve we have accrued) by the U.S. Department of Justice for conduct covered by the settlement agreement that we entered into in connection with the DEA's suspension of our Lakeland, Florida distribution center's registration to distribute controlled substances;

- the loss of, or default by, one or more key suppliers for which alternative suppliers may not be readily available;

- unfavorable changes to the terms of key customer or supplier relationships, or changes in customer mix;

- changes in manufacturers' pricing, selling, inventory, distribution or supply policies or practices;

- changes in regulatory policies regarding pharmaceutical manufacturer product pricing practices;

- changes in hospital buying groups or hospital buying practices;

- changes in the frequency or magnitude of brand pharmaceutical price appreciation, restrictions in the amount of inventory available to us, or changes in the timing or frequency of the introduction of brand pharmaceuticals;

- uncertainties relating to the pricing of generic pharmaceuticals;

- uncertainties relating to the timing, frequency and profitability of generic pharmaceutical launches;

- uncertainties relating to market conditions for pharmaceuticals;

- uncertainties relating to demand for our products and services;

- changes in distribution or sourcing models for pharmaceutical and medical/surgical products and services, including an increase in direct and limited distribution;

- the costs, difficulties and uncertainties related to the integration of acquired businesses, including liabilities relating to the operations or activities of such businesses prior to their acquisition, and uncertainties relating to our ability to achieve the anticipated results from acquisitions;

- uncertainties relating to our ability to achieve the anticipated results from the acquisition of The Harvard Drug Group;

- risks and uncertainties relating to the acquisition of Cordis, including the ability to achieve the expected synergies and positive impact to operating results and the additional risks the Cordis acquisition will subject us to relating to regulatory matters, legal proceedings, tax laws or positions and global operations, including the effects of local economic environments and currency volatility;

- risks arising from certain of our businesses being Medicare-certified suppliers or participating in state Medicaid programs, which business are subject to accreditation and quality standards and other rules and regulations, including applicable billing, payment and record-keeping requirements;

- risks arising from certain of our businesses manufacturing or repackaging pharmaceuticals, which businesses are subject to federal and state laws that establish eligibility for reimbursement by federal and state healthcare programs;

- risks arising from possible violations of the U.S. Foreign Corrupt Practices Act, Chinese anti-corruption laws and other similar anti-corruption laws in other jurisdictions and U.S. and foreign export control, trade embargo and customs laws;

- risks arising from possible violations of healthcare fraud and abuse laws;

- risks arising from our collecting, handling and maintaining patient-identifiable healthcare information and other sensitive personal information, which are subject to federal, state and foreign laws that regulate the use and disclosure of such information;

- changes in laws or changes in the interpretation or application of laws or regulations, as well as possible failures to comply with applicable laws or regulations, including as a result of possible misinterpretations or misapplications;

- our ability to introduce and market new products and our ability to keep pace with advances in technology;

- our ability to maintain adequate intellectual property protections;

- costs or claims resulting from potential errors or defects in our manufacturing of medical devices or other products or in our compounding, repackaging, information systems or pharmacy management services that may injure persons or damage property or operations, including costs from remediation efforts or recalls;

- the results, costs, effects or timing of any commercial disputes, government contract compliance matters, patent infringement claims, *qui tam* actions or other legal proceedings;

- disruption or damage to, or failure of, our information or controls systems, including in the event that the Pharmaceutical segment's planned multi-year systems upgrade is not effectively implemented or fails to operate as intended, or a data security breach;

- disruptions to the proper functioning of our critical facilities, including our national logistics center;

- the costs, effects, timing or success of restructuring programs or plans;

- significant charges to earnings if goodwill or intangible assets become impaired;

- increased costs for commodities used in the Medical segment including various components, compounds, raw materials or energy such as oil-based resins, cotton, latex and other commodities;

- shortages in commodities, components, compounds, raw materials or energy used by our businesses, including supply disruptions of radioisotopes;

- the risks of counterfeit products in the supply chain;

- risks associated with volatility and disruption to the global capital and credit markets, which may adversely affect our ability to access credit, our cost of credit and the financial soundness of our customers and suppliers;

- bankruptcy, insolvency or other credit failure of a customer or supplier that owes us a substantial amount;

- risks associated with global operations, including the effect of local economic environments, inflation, recession, currency volatility and global competition, in addition to risks associated with compliance with U.S and international laws relating to global operations;

- difficulties or delays in the development, production, manufacturing, sourcing and marketing of new or existing products and services, including difficulties or delays associated with obtaining requisite regulatory consents or approvals associated with those activities;

- adverse changes in U.S. or foreign tax laws, unfavorable challenges to our tax positions and payments to settle these challenges; and

- uncertainties relating to general political, business, industry, regulatory and market conditions;

- other factors described in the "Risk Factors" section of the 2015 Form 10-K.

The words "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions generally identify "forward-looking statements," which speak only as of the date the statements were made, and also include statements reflecting future results or guidance, statements of outlook and expense accruals. We undertake no obligation to update or revise any forward-looking statements, except to the extent required by applicable law.

2

# EXHIBIT 42

# Cardinal Health Inc at William Blair Growth Stock Conference

Chicago Jun 15, 2016 (Thomson StreetEvents) -- Edited Transcript of Cardinal Health Inc presentation Wednesday, June 15, 2016 at 1:00:00pm GMT

CORPORATE PARTICIPANTS
    George Barrett, Cardinal Health Inc. - Chairman and CEO
    Sally Curley, Cardinal Health Inc. - SVP of IR
CONFERENCE CALL PARTICIPANTS
    John Kreger, William Blair & Company - Analyst

# PRESENTATION

**John Kreger**, William Blair & Company - Analyst

Good morning, everyone. We're going to get started now. Thank you all for showing up right on time. Our first session of the day is Cardinal Health. I am John Kreger, the analyst at William Blair that covers Cardinal. I am required to inform you that you can obtain a complete list of research disclosures of potential conflicts on our website.

Here to help us walk through the story is CEO, George Barrett, and also the Head of Investor Relations, Sally Curley. We are going to do our format slightly differently today. We're going to use sort of a fireside chat. George will make a few introductory comments to sort of set the stage and then he and I will kind of go through and talk through some key issues and then for anyone that would like to take part in a further Q&A session, we will meet downstairs in the LaSalle A room.

So let me hand it over to George to get started. Thank you.

**George Barrett**, Cardinal Health Inc. - Chairman and CEO

I think Sally will get started with her Hamiltonian --.

**Sally Curley**, Cardinal Health Inc. - SVP of IR

I am not going to do a Hamiltonian sonnet.

**George Barrett**, Cardinal Health Inc. - Chairman and CEO

So yes. As you know we will be making some forward-looking statements today and so we would refer you to our website to review that.

I hope this format works for you all. We talked about doing a presentation. We often find that many of you prefer to sort of get into the meat of things through some Q&A. So hopefully John and I talked about that and hopefully that works for you.

I thought I would make just a few introductory comments sort of to frame this out and then we will take it from there.

Cardinal Health has devoted tremendous energy, time, resources, talent over the last seven years or so to position ourselves to compete in what really is a pretty significantly changing healthcare environment and that change probably over the last two or three years in some ways and I been in the industry now for over 30 years, probably as dramatic as we have seen during that stretch. And I would expect the next couple of years to continue to be a time of great change and I think we all know the reasons for that. Enormous pressure in terms of demographic growth, public health issues all driving demand for healthcare and then obviously a government trying to wrestle with how to provide healthcare to all of our citizens. And that is happening everywhere in the world. Essentially some of that same dynamic and the same equation.

We have really been focused over the years and again I will remind you we spun off CareFusion just about six years ago and over that time it has been I think a strong story. We have had a non-GAAP compound annual growth rate of EPS in the high teens. We have grown our cumulative dividend increase over that stretch by about 220% to 220% cumulative dividend growth. We have repurchased over 3 billion shares, we have deployed around $9 billion in then acquisitions, really strategically to position us to compete in this environment.

A couple of areas that have been very important for us, one is to make sure that we have the scale and the capacity to be as strong as anyone in the world of generics, a continued important area for us at Cardinal Health and I think for the healthcare system in order to manage, to contain costs.

We have been very closely following like all of you the extraordinary development in pharmaceutical sciences and the growth of drugs that are now turning what were life sentence diseases into chronic illnesses and in some cases curing disease and that has required us to be positioned well to be in the specialty pharmaceutical world but to compete to help enable both patients get access to those drugs effectively and the tools they need and help pharmaceutical companies support them.

We also felt strongly that care would continue to move into ambulatory settings, that ultimately hospitals will be for very sick people and that care will continue to migrate into different settings, surgery centers, oncology clinics, unique practices that do specialized care and to the home. We think that is an important thing just as you think about this.

It is not just that we have 10,000 people a day reaching eligibility age for Medicare, we also have today over 11 million people over the age of 80 in the United States. That number is going to roughly double in the next seven or eight years. That has extraordinary implications.

We have grown our business internationally. Our China business continues to grow and through the acquisition of Cordis, we have now positioned ourselves in some additional markets. This gives us access to markets in order to sell many of the products that we produce and distribute. And we have really worked hard to make sure that we are able to provide for hospitals and health systems some solutions to unique problems that they have not historically faced. It is a time of tremendous change and so we really do see ourselves as a healthcare services and products company that is uniquely positioned to help our partners at a time of tremendous

change address new kinds of patient needs. And we do it with a workforce of roughly 37,000 people. We are ranked somewhere in the top 25 of the Fortune 500 depending on what year; our calendar year is June so we are always a little bit out of sync with that list. And I think we were 21 in the recent list.

So again, our business is really about products and services that help enable a system going through tremendous change and we have been able to do so in a way that I think is hopefully providing return for our shareholders in a very exciting way and we have been focused on being thoughtful and disciplined stewards of your capital.

So we are excited to be here. We are finishing our fiscal 2016 in a few weeks. Just to give you again a rough data point, our guidance midpoint, so we will do that since they are not yet at the finish line, our guidance midpoint implies a non-GAAP growth of EPS this year of 18% to 20%.

So that is where we are, frame it out a little bit and I would be very happy to take questions and have a conversation with John in front of you here.

# QUESTIONS AND ANSWERS

**Analyst:** John Kreger, William Blair & Company - Analyst

**Question – John Kreger:** Thanks, George. So one of the things you touched on a few minutes ago is the tremendous change in healthcare. I think those of us in this room when we hear that we typically -- or one of the things we think about a lot is this movement towards more of a value-based reimbursement regime. Can you talk about what that means to Cardinal Health? Should we think about that primarily in the context of your medical segment or does it really span broadly and how are you positioned for that?

**Answer – George Barrett:** So there is no question that there is a push -- again, let's stay here in the US -- to move away from a fee for service model system to an alternate model. There are various terms for this, by and large the notion of pay for value or value-based care is the direction. The Center for Medicaid and Medicare Services has been very articulate and specific about the fact that it would like to see payments in the Medicare system being heavily balanced towards those kinds of models. And I will come back to how we are positioned in a moment.

But it is important I think for us in terms of framing this to recognize that we are actually going to be living in two systems at the same time.

We still are largely in a fee for service model in much of our healthcare system and it is a big part of the system, it is 1/6 of the economy, it is not going to change overnight. The tools to manage in a value-based system are for many players in the system still quite elusive and identifying what that outcome means, paying for outcomes, what is the outcome we are looking for? What does the value mean and over what period of time?

So I think we're going to be in this transition period and it is going to take some time.

Having said that, there is no question that directionally this is the push. There is a gravitational pull and there is also a push to make this happen and we have done a lot of work in this space. At our core, our business is about bringing efficiency to the system. So for any institution, any business partner that is under pressure to be able to deliver value in a new way, obviously we've got to bring efficiency to them and we do that through all kinds of tools, the basic tools of supply chain management, Lean Six Sigma tools, all the work that we do in pharmacy and hospitals and clinics to reduce costs, those are relevant.

But we have done some other things that I think are really important. One is again to grow our business in the ambulatory settings and the continuum of care because one of the keys to thinking about value-based care is sort of episodes of care and following that patient. That patient may start by entering an emergency room but they are going to have a cycle and we would like to be able to be helping any partner whether that is a health system or a payer and those often are beginning to look alike, navigate the care of that patient over that continuum of care. So we are I think really uniquely positioned to do that.

We have also done some important things in terms of capabilities. Let me give you an example. We acquired a company called naviHealth in this past year. It was a relatively small acquisition by economic standards but strategically incredibly important. What naviHealth does is it touches the system at a very unique point which is right at that moment of discharge. So this moment of discharge is a very interesting period where we tend to have an inefficiency see that follows which is -- it is highly I am disconnected, multiple stakeholders, very difficult on the resources, during the discharge planning, very manual and we often find the patient going into the wrong setting or not having a clear plan for follow-up.

So what naviHealth does is it uses clinical data to identify patient cohorts and is able to say where that patient should be directed based on the condition they have got and then a large database that compares those clinical characteristics. So if you take a patient who should be going home, let's say first to rehab and then home with some nursing care and you send them to a long-term care facility, they are very likely to decline and wind up back in the ER.

So our ability to help the health system direct that patient's care to the right setting is incredibly important. Those tools today we deploy primarily in this world of where do you direct a patient post acute. But we can use some of those same tools in other areas and we are looking at joint replacement and all kinds of episodes of care where we might be able to use clinical data or we will be able to use clinical data to help that health system deliver the right care in the right setting at the right time.

That is going to be at the heart of what value-based care is, how are we following that patient pre-op to post-op and so naviHealth is a very good example. We have done some things in and around that with small other capabilities to be able to do discharge planning and then design a map for where that patient should be going and what that care plan should be.

So it is just an example of how we might follow that patient.

**Question – John Kreger:** A quick follow-up to that. If you think about your most strategic IDN clients, are they there at this point? Are we in the first inning or the eighth inning?

**Answer – George Barrett:** It is a great question. The baseball analogy actually has to be applied to different systems across healthcare in the United States. There are some systems that are executing far down this path for an assortment of reasons and also may depend on their model.

So for example in some clinic models where there really is a more sort of general contractor of a patient's care, there is greater capacity to do this kind of work and probably more tradition for doing it and more tools to enable it. There are other health systems that just are really in the first inning of this. They know this is going to happen, they need help in how to do this and they are not that far along the path.

So what you will find across the country is tremendous variation in terms of any hospital health systems' ability to sort of do this work, track the data and begin to go "at risk" in a value-based model. It is really in its formative stages for a lot of institutions.

**Question – John Kreger:** I think a few minutes ago you talked about in fiscal 2016 you are sort of in the 18% to 20% range at the midpoint. I'm going to try to sort of ask about numbers without getting in trouble with Sally. (multiple speakers) We try to avoid that.

Maybe break that 18% to 20% down because I don't consider your business to be a long-term 20% earnings grower. What are the kind of things that have propelled you to the upper end or even above the upper end of the range? Just put that in the context as we think about long-term.

**Answer – George Barrett:** Again I would love to be able to tell you that 20% growth every year is a realistic goal and it is not what we have articulated. But we have been growing very nicely and there are a couple of things that are driving that. One is I think in many ways every line of business that we have has been competing very effectively. I think our value proposition at a time of great change has been particularly resonant at this moment where the health system is going through these kinds of changes.

So at the basic level, we are competing very effectively across our many lines of business and we probably have 30 lines of business that we compete in today, all highly related. And we've been more effective at selling that basket of tools to our customer than individual lines and I think that again that is very important -- it is to some extent a comment of what this system is going through. Most of the players in the system are looking for partners that can help enable them at times of great change.

We've also had some significant uplift from some areas. Our generic program has been particularly strong the last let's say 15 to 18 months. There are a few things driving that. One is our joint venture with CVS Health called Red Oak, that is a sourcing joint venture and I would say we have had a bit of a step function growth in the 2016 to 2015 period because it was the first full year's operationalizing Red Oak versus prior year. So I would say during this year we have gotten a particularly stronger uplift from Red Oak as we are really -- the comps essentially are favorable.

Second, I think over the last say 24 months, there have been some unique things in the generic environment that have been going on probably for about two years where the pricing environment, the flow of new products actually has been favorable to us and been somewhat of a tailwind for us. So I do think that those things have been let's say particularly strong in the last 15 to 18 months.

We have made some acquisitions that have been ramping up so again an acquisition like Harvard Drug, we have begun to see the synergy ramp on that. We acquired Cordis, which at this point really to date has not been one of the big contributors but we see it as going forward. So I do think there have been a number of things I would highlight.

One is the value proposition across the enterprise selling Cardinal Health to strategic accounts. The second is some of the dynamics around generics. I think again some of the moves that we have made to position ourselves in the ambulatory setting as we move to new settings of care.

**Answer – Sally Curley:** I would just add one thing or two things maybe, there has been some customers shift both positive and negative for us, mostly net positive for us but those customer shifts tweak sometimes the business in the (multiple speakers).

**Answer – George Barrett:** That is fair. Good to point out. If you look at the moves in the last 15 to 18 months, the chessboard has moved a lot and in some cases we've been the beneficiary of those moves and in some cases we have been hurt by those moves and that is one of the things that is really interesting about the environment today is that there have been so many changes, there are second order effects to some of these changes.

By and large we feel very well-positioned with our customers and their positions in the marketplace but again, we have at times been a beneficiary where for example, CVS acquires certain businesses and Red Oak gets the benefit of those generics. Albertson's acquired Safeway, Safeway was a big customer of ours, they come off the board. So there has been a lot of shifting in the environment and Sally makes an important point.

**Question – John Kreger:** You mentioned Red Oak. Are there more opportunities for that continue to be a growth driver for you and can we think about that as a broader vehicle or should we really think of it as being confined to generics over the next five years?

**Answer – George Barrett:** So with again, with the disclaimer, the caveat that I think 2016 to 2015 was a particularly noteworthy step function, we feel this is a growth engine. It is a bit of a virtuous cycle as we grow our businesses, we grow the scale of Red Oak. As the scale of Red Oak grows, we are better positioned to serve our customers in a tough environment and I think that is the flywheel that we envisioned when we started this.

So we continue to see red Oak as a growth engine but not the kind of growth that we saw 2016 to 2015. I think that is not realistic.

Our partnership with CVS Health is very deep and we are really excited about the work that we are doing together and we are exploring some other opportunities to see how to leverage the capacity of the two companies. But again, I wouldn't say more than that. But again in fairness, the single biggest target for us has been generics and that has been the priority of Red Oak so I will make sure that we restate that.

**Question – John Kreger:** Since last September there has been a lot of angst about drug pricing, both on the brand and on the generic side. As you look across your portfolio, what are you seeing? Are you seeing any signs particularly of the manufacturers changing their pricing behavior voluntarily?

**Answer – George Barrett:** It is an important question and again we have sort of the reality and we have the optics of all this affecting the system. Again, it has gotten a lot of attention, it is an election year so this has been certainly a noisy subject.

Here is what we have seen. Let's start with generics. On generics, we have seen and we modeled this for those of you who follow us just about a year ago. We said that we have been in a period of relatively robust pricing and let me describe what that means. That for us has been sort of inflation in the low to mid-single digits which historically is relatively high. Again, for context, there are somewhere close to 4000 SKUs in a generic line, each one its own market, each one its own market which makes it incredibly hard

to follow it to model. Most of those drugs, the overwhelming majority, have been behaving similarly for decades in a sense sort of slowly eroding in price over time, just the nature of the competition and the maturity of the products.

A smaller basket and let's say hundreds of those that have been moving the needle basically up and down and often those are products let's say that launch was relatively through competitors and then over time mature and experience more competition.

What we saw in the 2015, 2016 period was more of those drugs were going up and that basket was a little bigger so we were feeling in the aggregate inflation. We thought that that was likely to start to change and we modeled that as we went into our fiscal 2016; in fact, we told the market that we were moderating a slowing of that. We were basically right although a little bit early.

So actually the first quarter of our 2016 pricing was actually quite robust still. We had already modeled it to start to decline. As we got into our fiscal 2016, let's say the first half of calendar 2016, we started to see a reduction, fewer products going up in that smaller basket and the rates a little bit smaller and that is the environment that we are in today.

I would say in the net the last time we spoke publicly again we were saying it was flat to slightly deflationary and I think that is probably right. Again even into the sort of mid but let's say low to mid single-digit and that is what we are modeling at the moment. So that is what is happening on generics.

**Question – John Kreger:** And just to clarify, is that more in sync with historical norms, certainly not in sync with what you have seen in the last year.

**Answer – George Barrett:** I would say if you diagram generic pricing, it will look like waves and I don't if I would describe it as cyclical as much as I would describe it as sort of wave like and it has periods but a very common phenomenon that we have seen over my unfortunately many, many years in doing this -- or fortunately.

On the branded side, it has been a little bit more stable. I would say we have seen high single-digit to low double-digit inflation and that is the band we model. It has probably been a little bit in the lower end of that band of late. And I do think again the environment is probably getting a little bit of additional caution. There has as you know, been some pretty public stories in and around pricing. For us this is part of the nature of our world.

And let me just very quickly do that -- I will try to keep my eye on the clock and not get too much. On generics, we just compete very effectively. This is an area where again we price each product, each product to market. We've got really strong analytics to do that. Our acquisition cost is driven by the strength of Red Oak and so I think we compete very effectively. And we've tried to make sure during this entire environment whether prices are going up or down that our customers are in a good position because they are very influenced by reimbursement trends.

So we were very customer focused to make sure that they are in a position to compete effectively. So that is that on that.

On the branded business for us we know what any given pharmaceutical company would have to spend to get their products into the channel and we know that we do that much more efficiently and so I think we are well-positioned to continue to drive value for those guys regardless of whether that price is 9% or 10%, I think we are well-positioned.

**Question – John Kreger:** Okay, specialty, another kind of key strategic driver at least we believe it. Maybe you can start, how do you even define it? It is one of those ambiguous terms. What does it mean to Cardinal?

**Answer – George Barrett:** By the way, it is a great question because if you follow many companies in healthcare including the peer group that many of you see us compared to, we all define this a little bit differently. So for us our specialty pharmaceutical business is business that runs through our specialty channel, it does not go through our traditional pharma distribution logistics supply chain. It's actually got its own unique supply chain.

And so that is the reason that -- hep C for example, all of the products, treatments for hep C for us are not in specialty. They actually run through the more traditional channels and we categorize them in what we call PD, pharmaceutical distribution. Specialty is really the products that are going to these unique channels.

That is a business that we have said we expect it to be somewhere in a range of $8 billion when we completed our FY16. We haven't changed that view. Three or four years ago, maybe five years ago we were probably a $1 billion business. So we have really grown our position to serve the oncology world, the dermatology world, special products, urology, rheumatoid arthritis. These are areas that are important growth engines, high areas of focus for the pharmaceutical industry.

So we have done two things. One is increase our footprint downstream with those providers, providing the tools that they need and also providing tools for the upstream partners whether those are a regulatory services or some unique patient hub systems, providing tools for the pharmaceutical and the biotech industry that need to touch those patients because ultimately what they care about is that patient being on their drug, being compliant and we have the tools to help them do that.

**Question – John Kreger:** So should we think of specialty to you as primarily a physician dispensed business? What about hospital dispensing, what about specialty pharmacies?

**Answer – George Barrett:** I can't completely define it that way because we will have some products that go into hospitals that are running through our specialty logistics system. By and large most of it actually does go to the non-hospital world but I think there are some shifting there and so I wouldn't want to divide it that way. I would say it is really more about the logistical supply chain and how we manage the flow, where it goes, which channel can [be you].

**Question – John Kreger:** And when we think about traditional drug distribution, manufacturers going to use you and your peers sort of equally in a specialty world, is that still the case or is there some competitive dynamic between you and your peers?

**Answer – George Barrett:** I would say with most drugs, with most drugs in the specialty world the biopharmaceutical companies want to have as broad a distribution capacity as possible and they will use a full network that they think are qualified to manage the special handling needs. Again remember, these are drugs that require special handling, temperature controls, speed to market, there are things that need to be done that are unique. So if you are qualified to do that, I would say more often than not it is a network that is open.

There are some I am going to say particularly sort of ultra orphan drugs that have a very small population that may be done with a single point or a more narrow network of distribution partners but I would say that is more the exception than the rule.

**Answer – Sally Curley:** John, I'm going to prompt a question to George. Do you want to talk a little bit about a specialty pharmacy services because that is really our focus has been, of the hub, etc.

**Question – John Kreger:** Yes, just real quickly and I wanted to be careful because again I don't want to be specialty pharmacy which is its own thing but again, hub services are very important particularly with patients with unique needs, with unique populations and with patients that have a need for high touch interaction. And most biotech and pharmaceutical companies want to make sure that they've got a partner that can address those needs whether it is making sure there is access to insurance, a call center. So we've built out some of those capabilities that I think are important in this specialty world. That has helped our growth.

**Question – John Kreger:** One thing we haven't touched on much is your sort of Cardinal brand business within medical. Can you just talk about that and maybe clarify it again, I think there is a little confusion. Are we talking about commodities ala the old sort of Allegiance business, are we talking about physician preference items, what do you think about currently?

**Answer – George Barrett:** So most of again, as you guys know we are a large player, those of you who follow us in the medical surgical world. We have an enormous range of touch points to the system. In the next 24 hours we will probably touch 75% of the hospitals in the United States in some form. So part of that touch point is medical surgical supplies.

In many cases, there is an inefficiency in that system, not in the logistics system but in the way sourcing is done where you can walk into a hospital and there will be 30 versions of an exam glove. That actually reduces the capacity to drive efficiency through scale. And so what we have been doing is helping hospitals aggregate across all of our network the demand so that we can either produce in many cases or source those products at greater scale.

We are able to do that and in many cases those are Cardinal brand products. So our Cardinal brand portfolio has grown quite significantly. Most of these that we are referring to are let's say more commodity type supplies or medical devices with less clinical differentiation. Those are important products for us. They represent an important growth driver for us. We have probably launched in the last 18 months between 1500 and 2000 SKUs that are flowing into those channels. And again, it is about driving efficiency for the customer.

For us because we are able to take advantage of our scale, we capture greater margin. So those are margin drivers for us but they are also value drivers for our customers so most of that is really in the let's say low clinical differentiation area.

Now again in our physician preference item, it is a little bit of a different touch point. Again, these are a little bit more clinical relevance areas in and around orthopedics. We have done some small moves there, wound management and of course our acquisition of Cordis into interventional cardiology which for us is an opportunity to go to that cath lab with a suite of solutions that says we can help you particularly in an environment in which you are now going to look at fee for outcome. We can help you manage that episode of care by providing you the tools and these medical devices and by providing you services to help you manage inventory, manage the flow of products, reduce the potential for a safety issue or implanting an expired device, etc.

So we are doing a lot of things to package essentially the products and these services into these settings that I think are particularly important at a time where those payment models are starting to migrate.

**Question – John Kreger:** And we have got time I think just for maybe one more. How about wrapping it up with Cordis. As you mention that, what are the lessons learned and how is Cordis performing thus far?

**Answer – George Barrett:** So it is still early, we are still in full integration mode. Let me give you the good. There is probably only one bad and that is not a terrible bad, it is just foreign exchange over the last year has been relatively difficult and we have said that in our last call.

That aside, operationally the integration is going extremely well. Market share is going well, we have retained the talent we want, we have attracted additional talent and on a global basis, we are actually about where we modeled it with again some swings in foreign exchange. But otherwise Cordis is off to a strong start. We are really excited about the leadership team. We are operational fully across the globe. We've got a European headquarters in Zurich, Switzerland and I think right now we are off to a good start in the integration.

**Question – John Kreger:** Great. We will cut it off there. For anyone that wants to jump into the Q&A, we will go downstairs to LaSalle A. Thank you very much.

**Answer – George Barrett:** Thank you all.

StreetEvents transcripts content provided by Thomson Reuters  THOMSON REUTERS

# EXHIBIT 43



# Cardinal Health, Inc. Dublin Day

**June 17, 2016 10:00AM Eastern**

Sally Curley:  Okay, good morning everyone. Hopefully this is working on the webcast as well.

I'm Sally Curley. I am SVP of Investor Relations for Cardinal Health. Welcome to our Dublin Day. As you can see, we are trying to keep this informal. Many of you have actually participated in Dublin Day in the past so you know that this is largely a Q&A.

One thing that we're going to do this morning is actually have a little bit of a focus on some of the smaller businesses within Cardinal Health that you don't get to hear about that much but that we are very, very excited about. So I will go into that in a moment. But on behalf of the Investor Relations team and the Cardinal Health management teams, I would just say welcome and thank you for joining us. For those of you in the room, thank you for making the trip. For those of you on the webcast, thank you for listening in today.

With me here I have our Chairman and CEO, George Barrett. I have our Chief Financial Officer, Mike Kaufmann; Jon Giacomin, the CEO of our Pharmaceutical segment; Don Casey, the CEO of our Medical Segment; and CEO of naviHealth, our special guest today is Clay Richards.

I also have who is going to join us later in the program, Joe DePinto, the President of our Cardinal Health Specialty Solutions. So maybe Joe for those in the room, just kind of wave.

As I mentioned in my email invitation in lieu of hosting a large investor day, we are actually moving to hosting two Dublin Days a year here at our headquarters and that has given our global investor base -- we are going to be webcasting the events. We started that last year when we announced Harvard Drug, happened to be serendipitous at the same time. So I will be keeping us all on track throughout the day so that we can adhere to the webcast.

Many of you or let me just say before I get started just the introduction, we will be making forward-looking statements. I need to remind everybody that actual results may differ materially. You can find information in our SEC filings on the IR section of our website.

CardinalHealth
Essential to care™

So without further ado, just a reminder of our mission statement. Today, this is our agenda. So in the beginning, George, I'm going to turn it over shortly here to George. He's going to make some introductory comments. Don will actually provide some context and a quick introduction to medical and provide some context for Clay. Clay is actually going to present. We do have a few slides. You will be able to follow along here in the room and on the webcast.

We are going to break for lunch at about 11:45 for about 15 minutes. For those of you the webcast, we will be pausing that for 15 minutes. We will come back right at noon and we will do kind of a working lunch for those in the room and then in the last hour, we will be focused on the Pharmaceutical segment, and that's when we invite Joe to join us up here on stage as well. So we will adjourn at 1:00PM. We think you for your time and your questions today.

There will be a mechanism for those of you the webcast to be able to ask questions. The members of the Investor Relations team will periodically ask them if there any questions from the webcast. So please feel free to submit those. If we don't get to your questions on the webcast, I apologize. Just feel free to reach out to anybody on the Investor Relations team and we will try to follow up with you.

Without further ado, I will turn it over to George.

George Barrett: Great. Thanks, Sally. Good morning, everybody. Thanks for coming here and seeing us in Dublin. For those of you who have not been here before, I think most of you have but possibly one or two of you have not. This is essentially our worldwide headquarters. We have somewhere in the range of 2,800 people I think in this campus. We have some off-site activities here so this is probably our largest collection of Cardinal employees.

Some of you know this area is a little bit of a new entry into our facility and so often we bring people in here and we have some things that we can do in exhibits and with customers. It's not unusual for us to bring them in here. So anyway welcome. Glad to have you here.

Today is largely yours in a way. We're going to provide some broad overviews and then make sure that we are here to address some of the questions. We will try to make sure that we are clear about areas that are high-priority businesses for us, how we are doing, a little bit of color in the markets we are experiencing. As Sally

mentioned, we've got a couple of businesses you hear less about that are smaller but actually can have important strategic implications for our positioning. And so we are glad to be able to do that today and give you some chance.

One thing we will not do so I will get this out at the beginning, we are not providing today a fiscal FY17 guidance just so we can get that off the table and everybody is okay with that. Customarily we do this in August when we wrap our year and that's our game plan. We will try the best that we can and you also know that we are sort of closing in on the end of our quarter and our fiscal year so we have to be little bit careful but we will try to give you as much color as we can on the world as we see it, what is happening around us and we've got a talented team here to do that. So thanks for being here.

Let me just start with a couple of things. There has been so much discussion obviously around the environment that we are in and what's happening particularly in the US not just for us but around healthcare. So let me start with sort of just a very qualitative observation. I'm not sure as an enterprise, at least during my tenure, we've been better positioned, both in terms of being able to compete in the markets that we traditionally operated in but positioned to compete in world that is really going through some changes that we are going to talk about today.

We are competing very effectively. Most of our lines of business right now are having very, very good momentum in the sense of our value proposition with our customers. That is as an important a thing as I can describe to you. So I wanted to make sure I started with that very qualitative observation.

We are in a very interesting time in healthcare. It's not just the moving chess pieces that all of us see every day in the acquisitions and the mergers and the moves but it's also a time where there is so much discussion about how we will as a system try to adapt to different kinds of models. The discussion about a fee for value or fee for outcome, these are buzzwords but they really do actually mean something, there is sort of an underlying premise behind this which is that we've had a system for all these years that has primarily been a fee-for-service and it's been a fee for activity. And we are in the middle or maybe even in the early stages of some of that change.

And the description of how far we are along that change depends a lot on who you talk to even within our customer base.  We have customers who have really, really taken some very assertive moves to try to position

themselves to compete in a different way where they may get paid for it differently or financed differently and others that are at a very different stage of that journey.

I think you guys cover the industry broadly and I imagine that that's what you hear, people with very different perspectives on where we are as a system and probably it's because of where they are. There's just a huge amount of movement.

But we do see this general direction occurring. The great challenge for us in every business and we try to keep incredibly mindful of it is that we have to be able to both. We have to compete in the world as we know it in a fee-for-service world with the customer base that we know and do it incredibly efficiently with a value proposition that is very clear and very focused, very disciplined. And at the same time, we have to have a point of view on some of these changes and where they are going to go and make some of the right moves to position ourselves as an enterprise to do that.

I guess the last observation I would make and I will just give you a couple of quick -- a number of bullet points, is that our effectiveness as Cardinal Health the enterprise has probably never been more clear because if the system is sort of going through a kind of convergence and so the different -- the distinctions between channels and players in the market is actually in some ways blurring. And so for us to be able to go to our customers who now look quite different than they did 10 years ago with the value proposition that touches a number of lines of business for them is really important.

So we will finish up 2016 in a few weeks. You know that we have provided guidance on that. Just again for context, the midpoint of that guidance will imply the growth rate of non-GAAP EPS for FY16 of 18% to 20%. So not a bad year and a year in which we've seen some important areas of growth for us and in particular we're going to start with medical. We're starting to see some of the things that we've talked about over the last couple of years come to fruition.

So in the interest of time, just a couple of other data points just to give us -- if you go back to the spin of CareFusion, so we are now looking at six years or so. We have had a compound annual growth rate in the teens. It's been I think encouraging numbers. We have had a 220% cumulative dividend increase. We have repurchased

about $3 billion in shares. As you know, we have done this opportunistically but we when think that our cash position is a certain way and the stock price is right and that's the most effective way to deploy capital, and we deployed somewhere in the range of $9 billion in strategic acquisitions both enhanced scale in some places and to increase capability in others.

So it has been a busy and exciting number of years. But today we are here again to talk a little more about the present and the future rather than the past but I just want to provide that context.

So with that, I would welcome you. We are going to start this morning with Don, talk to you a little bit about our medical segment, but let me just tee it up for a second. As you guys know and we've talked about a lot, over the last five or six years we have really had to sort of reposition. We've always believed that if you think about the United States particularly, 87% of our spending is actually not pharmaceuticals; it's in the medical area, the medical spend and we know that that's an area that our value proposition in terms of our ability to bring efficiencies, enhanced outcomes, improved safety is very, very important to our customers. And we've had to go through this transformation where the traditional medical surgical business, which was in many ways the primary footprint of the business seven or eight years ago is being supplemented by other areas that take advantage of that footprint. So medical surgical continues to be actually really important to our business. We touch in the next 24 hours, we'll probably touch throughout this group, 75% of the hospitals in the United States. But those pipes into the system, those touch points enable us to bring other drivers of value to the system. And Don and his team have done I think a really great job of really beginning to drive that transformation in terms of how we create value, how we take advantage of those touch points and that footprint.

So with that, I will turn it over to Don Casey, who is the CEO of our Medical Segment, and we will take questions along the way. Don?

Don Casey:  Great. Thanks, George. Just to build on that theme, the evolution that we have been on really is reflected in the evolution that the marketplace has undergone. So if you have been doing this as long as I have, you remember when a hospital was a hospital, a doctor's office was a doctor's office, there was no such thing as an urgent care clinic or a surgery center and now you start talking about an integrated delivery network. And as you see integrated delivery networks where a hospital will now span multiple hospitals, they will now span the

continuum of care, they are now trying to get ready for fee for value, which in some cases might look like risk sharing or capitation. What they are looking for from strategic partners has evolved and changed and that's really reflected in how we have approached the business.

To George's point, we think we've got a terrific set of pipes that go into that in our base distribution business. We think we are operating that business better today than we were yesterday and that is certainly better than we were two years ago just in terms of operational efficiency, how we manage cash, looking at inventory.

But more importantly, that relationship has allowed us to build a couple growth pillars that begin to allow us to have a different conversation. So when we go into an IDN today, we can go in as an enterprise where we can talk about managing the continuum of care and that's going to tee up where we are going to go with Clay. And managing a continuum of care is if you think through it, if you are discharged from a hospital and you are going to go home after a procedure, you are going to need medical supplies. That's our Cardinal Health at home business. As you are looking at how that discharge is managed, that is a business that we have begun to build.

And as we've talked to you guys in the past, we bought naviHealth and we bought a company called Curaspan. And we are beginning to look at that as part of our offering to manage this continuum of care. Once we get done, Clay will come back and talk to you. Some of the other growth pillars that we've talked about, our physician preference items, we can give you an update on Cordis and we can also talk about where we are in Cardinal branded and some of the other services we are doing.

But to George's point, as you begin to look at an evolved set of customers and you begin to look at the impetus that fee for value is creating, it has required us to reposition the business. We were very happy with our third-quarter results but more to the point, we are not here to talk about the past. It is about how we are positioned for the future.

One of the areas that we are very excited about is post-acute discharge and one of the pleasures of acquiring companies is you get great talent that comes along with this and Clay is now leading our post-acute discharge business and I'm happy to turn it over to him.

Clay Richards:  Good morning. I am Clay Richards. I am the CEO of naviHealth and as George and Don mentioned, we became part of Cardinal in August of 2015. So what I thought I would do today is just introduce you into our business. I think a few of you we may have met before but talk about our market, our capabilities, and where do we see this market going forward.

So we have a couple of slides that we will just hit on and then we can go through some questions.

So when you think of naviHealth, we are in the business of managing post-acute care on a value basis or fee for value. I think if you look at post-acute care in general over the last decade, you have seen this has been an increasing area of spend, and an increasing amount of variance in what's driving that spend. So we started the business with the goal of really putting the patient in the center and managing it on a fee-for-value basis versus fee-for-service.

Primarily we have really three customer sets. We work with payers where we will manage the post-acute spend on a capitated risk basis. We will work with health systems, whether that is at an ACO or a bundled payment environment. Or we will work with hospitals and other post-acute providers in providing our technology or our analytics to them in order to manage discharge or manage post-acute care.

Just a couple of stats we will get into more of the business. We manage today about a little over 1.5 million Medicare Advantage lives that I spoke about. We are one of the larger participants in CMS's bundled payment program as a convener. We work with several different hospital systems in managing that episode of care. And then today we work with over 1,000 hospitals both with our technology and our services model and then about 10,000 post-acute providers. So that's a little bit of the landscape of where we are in our business model.

So post-acute has gotten a lot of attention in the last 24 months, certainly much more than when we started the business. It's in the bull's-eye of CMS, MedPAC, certainly commercial payers and there's really two drivers. One, post-acute is a lot more expensive than people realize. In total it's about $60 billion on an annual basis is what CMS pays out for post-acute care. When we think of post-acute care, it's really the services that are provided post discharge from a hospital, four big buckets, skilled nursing facilities care, that's the biggest bucket; inpatient

rehab; long-term acute care; and then home health services. There's also some ancillary Part B and outpatient therapy but that is a much, much smaller percentage of the care.

That's really how we define post-acute care. As I mentioned it is about $60 billion on an annual basis that CMS pays for and as you look at -- there's a lot of talk around bundling and whether it's post-acute bundling, CMS's mandatory bundling initiatives with joints, on average post-acute accounts for greater than 50% of the cost of that bundle.

So as we talk about why do hospitals care about this, to win in bundles you have to be effective in managing what happens when patients leave the hospital.

The next thing I will talk about is one, it's expensive. Two, it's been growing at about twice the rate of inpatient hospital spend over the last decade. And what you have seen is as the spend has grown, you haven't seen the outcomes improve so that goes to my next point around variance.

This was first highlighted in the Institute of Medicine study in 2013 where the Institute of Medicine was looking at what's driving regional variance across Medicare. As you can see here, almost three-quarters of the variance could be eliminated if you could just eliminate unnecessary variance in post-acute care. Post-acute care accounts for about 10% of Medicare spend but they could say the study revealed that you could reduce that variance by 75% if you could manage post-acute care, which tells you it is the wild wild west of healthcare.

Largely that has been because it has been an area that has been driven by volume. If you look at the payment models in post-acute, when a patient is discharged, every time they stop at a different provider, there is a different payment mechanism. If you go to a skilled facility, you are being paid on per diem which is driven by your therapy levels. If you are then discharged to home health, you are paid in episode rate. And then if you readmit back to the hospital, you are paid another DRG.

So it was an area where you had increasing spend and really no one entity or person was thinking about how do you manage this care more effectively to get better outcome for the patient? So again higher costs, great variance, and unfortunately no better outcomes for patients over the last decade.

Sally, if you would move to the next slide.

So probably the biggest area where we see opportunity to mitigate the variance is in discharge planning. So historically hospitals have thought of discharge planning really in two ways. As you know, hospitals are paid on a DRG so they are paid a set amount for different conditions where patients admit. The role of the discharge planner was one, make sure they were meeting the Medicare compliance rules from a patient choice standpoint and make sure patients were flowing through the system fast enough and they weren't keeping patients longer than they needed to.

Discharge planning is probably the area that has more turnover in the hospital than any other area from a human capital standpoint. And then over the last two or three years, you have really seen the rules change for hospitals, how they think about discharge planning.

So about four years ago you started seeing readmission penalties for hospitals on the three core conditions which made it important for hospitals to think about what happens when patients leave their hospital. You saw the introduction of value-based purchasing penalties which hospitals could get paid more or less depending on the cost of care outside of the hospital.

And then more recently, you've seen the introduction of mandatory bundles, the first one being comprehensive of joint replacement, hips and knees where hospitals are responsible for that cost of care for a 90 day episode post discharge.

So hospitals now have to care about what happens when patients leave their hospital and really the three areas that we think about are important, one is understanding your patients. What's the risk level? What are their needs? Two, how do you match those needs to the right level of care? So do they need to go to a skilled facility? Do they need to go home health? Do they need to go to a higher level of care? How do you match their needs with the right level of care and then how do you match those needs to the high-quality providers?

A lot of talk around how do you get preferred narrow higher-quality networks, probably post-acute is the biggest opportunity to match needs of the patients with those higher-quality providers.

**CardinalHealth**
*Essential to care™*

And then finally, how do you stay connected to patients and providers throughout the continuum? Again, patients discharged from the hospital, how do patients -- the hospitals have continued engagement with those providers and those patients throughout that 90 day episode.

So if you think about next slide, Sally, if you think about our solutions, we have bucketed them really in three and I will start on the left. First is technology solutions. Don mentioned this. Over the last really nine months we've acquired two different companies that we think are the market leaders in discharge planning solutions where we provide not just workflow for discharge planners and connectivity into the post-acute providers but we've also acquired clinical decision support capabilities to address that issue of matching patients' needs with the right level of care and the right providers.

So today we are partnering with about over 600 hospitals leveraging this technology and workflow solution and about 8,000 post-acute providers and that spans 15 different types of providers. So that's DME, that's dialysis all the way to skilled nursing facility and patient rehab etc.

On the far right is what we refer to our managed services and this is really more traditionally how we have serviced the payer market where we are a fully outsourced solution. So if you think about payers, traditional benefit management type solutions, that's essentially what we have done with post-acute. We created one category of spend that we would manage on a risk basis. We would deploy our technology, our analytics and we would deploy clinicians in the market working both with hospitals and post-acute providers to manage the care for patients.

We do this with about 1.8 million Medicare Advantage lives across the country where our fee is based on the value we create. Similarly we do this in the bundled payment program, which is one of CMS's bundling initiatives where we partner with hospital systems in a very similar model except CMS is the payer rather than other commercial payers.

On the far left is more of a fee-based model where we are selling technology analytics into providers and on the far right is where we are really risk partners in creating the value and then sharing in that value back.

This is just somewhat of a scatter plot of where we are the market representing both post-acute in blue and then our acute care partners in the orangest color.

Just to give you a sense, a little over 20% of the discharges across the country we touch. Either that's through our technology, our analytics, or through our managed services. And then as I mentioned, about 1.8 million Medicare Advantage lives we manage on a risk basis with our health plan partners.

And then the last slide and then we can take questions, what's our value proposition when we go into these markets? It's really three things. One, we can engage our patients better in the episode of care. Two, we can deliver better quality outcomes. Three, we can do it in a way that lowers cost for the system.

So when we look across all of our markets, those are the things we measure. As you can see, we have really high member satisfaction. Patients view what we do as a concierge service. If you've ever had a family member or loved one go through post-acute, it is an area that is really complex with not a lot of information. So we provide a lot of data, a lot of information and then we work with the patients and the family through this episode.

Two, we have been able to improve outcomes both patient functional outcomes so that means how the patient is able to recover, lower readmission rates.

And then finally, we have been able to do this in a way that significantly reduces the cost of care. So as we think about CMS's triple aim in this area. How do you engage members? How do you get better outcomes? And how you get do it in a more efficient manner? That's really our value proposition whether we are working with a payer, provider or a health system.

George Barrett:  So again, think about for Cardinal Health, and I will come back to our broad priorities because they really are the ones we've talked about actually pretty consistently. In doing that, having some part of our business that is really attentive to these emerging and very powerful trends that are going on. naviHealth is a small business economically for Cardinal Health. The implications of that capability for us and our discussions with our customers has actually been really profound and to some extent even more surprising than we thought.

I just got back from a meeting with a number of leaders of large health systems. This area is incredibly important to them. Again now some of them are further along the path in capability of thinking about this. Some are just

wrestling with it, which is how -- if we are going to be responsible, let's call it pre-op to post-op, what does that look like? When we have tools that enable that, it changes the discussion between Cardinal Health and our customers. And then we can talk about pharmaceuticals and our generics programs and our other services and product lines that we bring to them. So our consumables.

This has been a really interesting move for us because it is a capability that we think is so relevant and really relevant across many areas in healthcare. So again, a small business but one that we are really excited about and I think that brings capability.

I'm going to add one more piece and then we will -- I will let you guys ask some questions. This also goes back to sort of the capabilities and composition of our workforce. The number of people in Cardinal Health taking out a larger acquisition let's say like Cordis, which brought more people, over the last five years has been relatively stable, the number of people. The composition of that group has actually been changing in interesting ways. We have several thousand people that we would describe as clinical-oriented folks, the number of data scientists we have.

So it has sort of been an interesting evolution and these kinds of capabilities are really important to us. Just to give another context.

So Don, things you want to add before we take some questions?

Don Casey:  I mean I started when a hospital used to be a hospital, they didn't really have to manage an episode of care. They were basically going to perform a surgery and then somebody was going to leave. And the whole idea of an integrated delivery network and thinking about fee for value where you are going to have to manage pre-op to post-op for a 90 day occurrence, it's not as if these institutions have had two decades of experience where they can really begin to manage post-acute discharge.

So the demand for services as George said of something like what Clay and his team are bringing just create a whole different conversation because you are not necessarily going in and saying hey, we really want to talk to you about pharmaceutical distribution into the acute care setting or this. It is look, you are now facing an entirely different environment. And once you go in and have a conversation about the solutions you can provide, it

CardinalHealth
Essential to care™

certainly provides a broader umbrella in which to have conversation about a number of different things. So with that questions. Yes, Dave?

Audience Member:  Thanks, Dave Larsen, Leerink Partners. Clay, can you talk a bit more about the market overall? We've been hearing about fee-for-value for a long time. I kept hearing about capitation in the 90s. And what is different about today versus the 90s and the 80s? What percentage of the market do you think about risk bearing sort of environment now and what do you think that percent will be say five years from now?

Clay Richards:  First of all, CMS came out and said they want 50% of their payments in 2018 to add to value. Currently they are at 30%, slightly ahead of schedule of where they thought they would be. I think you are going to continue to see CMS through these voluntary programs like BPCI, ACOs etc. push more of their payments to value-based. But at the same time, CJR was really important, not the size is not that big, there's probably 100,000-150,000 episodes in the mandatory joint replacement. But the first time CMS has ever put in place a mandatory change in payment policy for hospitals. When you think about it, hospitals are now taking insurance risks for 90 days, mandatory. In all those MSAs where CJR applies, CJR is the comprehensive joint replacement program that CMS started on April 1 of this year.

So I think the momentum is getting greater and what we've seen is that's what's happening from a policy standpoint. Commercially, you are seeing more and more payers look to mimic that. So how do they get their hospital systems, their physician groups in a fee for value world?

And then even this week, MedPAC, I don't know if you guys saw this, MedPAC released their June report, which basically was the first step towards a prospective payment system for post-acute, which would essentially create a post-acute DRG on a prospective basis, which was pretty important. And their step was I think the secretary is mandated to review this again in 2022, their view is we have to move faster than that.

I would just say whether it's on the government side or commercially, I think you are seeing a lot of tailwinds towards managing value-based care and you really can't get at those goals, the 50% goal that CMS is after unless you tackle post-acute care.



Audience Member: So naviHealth has solutions that will enable providers basically function effectively amidst a macro world also bundles orthopedics and how about the recent Part B rule on drug reimbursement? Does naviHealth have a solution there?

Clay Richards: Our focus to date has really been working with the hospitals on the Part A and the Part B spend. We do think that's obviously an opportunity with Cardinal longer-term is how do we look at those capabilities together?

George Barrett: You actually touched on something I was going to comment on here. These are -- I think this is very real. This is happening. The gravitational pull is there and the push from CMS is pretty clear directed and specific. Having said that, there are areas where identifying the outcome, measuring the outcome, the value that we want to pay for is going to be clearer. And there are areas where it's really hard because over what time?

So for example, in the pharmaceutical areas, this is a much more challenging question in many ways and as you know as people talk about these pay-for-value programs, it has been really hard to put those into fruition because they require an agreement on a prospective on time dimension which is very hard.

So I think what we ought to be thinking about is this is directionally where things are going. We will probably come back a little bit when you talk about pharma and specialty, but it's happening systemically but I think we are going to see pockets where there are clearer disease areas where you can say we have alignment on what the outcome is that we are looking for and how we define value and there are areas where there's going to be much more ambiguity there, disagreement about over what time horizon.

So again, we have to recognize this as sort of an episodes of care are going to look quite different I think.

Clay Richards: Just one other point. I failed to mention this, MA, which is Medicare Advantage, which is the biggest fee for value program out there has consistently grown. So there is a 20% three years ago now it's that 31% of Medicare seniors are in Medicare Advantage programs and I think you are going to continue to see that number rise. We think is a great area for us just because that is where we cut our teeth on the Medicare Advantage population.

Audience Member: Garen Sarafian, Citigroup. Thank you for hosting. Clay, one of your slides are those three buckets on the right side is the managed services bucket. Could you first just give us a couple of common examples of what

CardinalHealth
*Essential to care™*

type of contracts? Is it just on the absorbing admissions side? If that's the case, then just ballpark what do you sort of commit to? Overall, how is that coming in the last two to three years? How are your clients buying? Are they buying that more? Are they sort of saying, no I don't want that risk or I don't want to pay that way? Or are they saying we want to see more visibility in which to pay?

Clay Richards: Let me answer your last question first. To George's point, I think that varies by market and you have some clients that have greater capabilities and investments in this area and really need help. They want us to enable them. They want to use some of our analytics, some of our technology but they feel like they've made investments and they can manage that risk but they need our help. That's where we would look at more of a technology analytics solutions.

You have others that don't have those capabilities and are looking for a risk partner, somebody that will do it for them, whether that's technology analytics as well as the clinical services. When I say clinical services, care management. We are not a provider. I should've mentioned that earlier. We are not a provider. We provide care management services, where we will be their full risk partner for that.

And I'd say the demand both on the Medicare Advantage side for that service is continuing to grow at a pretty strong rate and on the health systems side again, I think there's both. We want you to manage it for us and in some cases we just want some capabilities and some tools to help us manage it.

Audience Member: So the clients that are within the buckets aren't changing buckets? They are just buying more of it once they commit to those buckets?

Clay Richards: Largely I think right now that's the case. I think you will see some evolution of that over time but this is still pretty nascent. Then the first question is of course contractual structure. Obviously on our fee-based model, it's a typical fee-based model where we are providing solutions and we are getting paid a fee. In our value-based model, we carve out a certain subset of the spend if you think about it skilled nursing, inpatient rehab, long-term acute care. We basically agree on what that historical cost would be and then we share in the value we create from reducing that cost from what the historical spend was.

So it's very defined as to what the buckets of spend we manage and obviously we have been doing this a long time so our ability to underwrite and know what the opportunities are, we go in, we feel pretty good about what discount we can give the plan and then how much we can save.

Audience Member:  Kristen Stewart, Deutsche Bank. I was wondering, Don, if you could give an update on just the PPI initiative with -- and also the integration of Cordis? And the maybe also talk about how you plan integrating naviHealth with PPI because it seems to be the perfect program obviously to go hand-in-hand as you are going into the hospitals with value-based products. I'm talking about shared savings particularly starting off with orthopedics and then ultimately the discussion is for CMS rolling to cardiology, how that may work out this quarter?

Don Casey:  Let's discuss just for a point of order, we're going to finish kind of Clay's section and then I was literally going to do a preamble, this is where we are on Cordis, this is where we are on a couple things. Your macro premise and we talked about how are we being relevant across the care continuum? Obviously when we look at PPIs and naviHealth as well as Curaspan, you are thinking along the same ways we are.

But why don't we stay a little focused on Clay and actually the question on Curaspan is one that is certainly pertinent here and maybe we would just take a second and explain what Curaspan is and then why we're excited about what capabilities that will enable with naviHealth as well as the other acquisition we mentioned, which was a smaller one, which was RightCare.

Clay Richards:  So if you think about Curaspan, I mentioned before one of the big challenges in post-acute is just start explaining, matching patients' needs to the level of care and then to the right providers. What we were so excited about Curaspan is Curaspan is integrated into the workflow of over 600 hospitals and not only are they integrating the workflow from intake through discharge planning, they have built the pipes and the connectivity into the post-acute ecosystem.

So if you think about in the market areas, a hub and spoke system where you are integrating into the hospital workflow and you have also built the connectivity to over 9,000 post-acute providers across the country.  The network effect of being able to manage patients across that continuum for us increases significantly now because

of our ability to put our analytics, our clinical protocols on top of these pipes into the hospital and then far reaching into the different post-acute providers.

So for us we think it's a perfect complement for what we were really good at the clinical analytics, clinical protocols and the services but we weren't integrated into the workflow, so this opens up the ability to manage that across the continuum.

Don Casey:  It kind of goes to a broader thesis that when we were looking at the space, we felt that we needed to have a couple capabilities and naviHealth, which was one, as well as Curaspan, which is a separate capability but when combined we believe advantages in the space and then when you put it under the overall Cardinal umbrella, it gives us a certain access to a different place within the acute care setting that we hadn't gotten to before.

So Jon's people will talk to the pharmacy manager. We have historically talked to the materials manager. Now we need to talk to the C-suite because we're going to begin to help them with bundle. So it kind of changes the direction of the conversation.

The other thing is just that -- and we will come back to this theme a couple different times, there are -- there is a significant part of our acute care services that are run under Jon's direction and it's like medication therapy management and other things that we are really excited about as we begin to take naviHealth, we begin to take Curaspan, we begin to take Medication Therapy Management and begin to look at an episode of care where it is not only the product, the medical surgical, the post-acute discharge, but it's how do we manage pharmacy along the way with that?

Jon will cover that off a little bit later.

George Barrett:  Kristen, we will make sure that again we will try to do this but I will absolutely make sure we come back, give you a full discussion of Cordis and a little bit of our thinking around how this capability might be deployed in other areas. So we will absolutely to make sure to come back to that.

Don Casey:  And it is relevant to the PPI as well so it's a very pertinent question.

**CARDINAL**Health

*Essential to care™*

Audience Member:  Ross Muken, Evercore. Clay, maybe a few high-level questions. So naviHealth is a relatively nascent young business. Can you help us -- value-based here and the concept has been around for some time but your industry has not. And so help us understand how you've seen it sort of evolve? What does the competitor landscape look like? When you are going out and you are pitching your services, is there anyone else who offers anything similar in terms of the scale of the suite like you can provide to give us just an idea?

And then secondarily, when you were -- you are obviously a very attractive asset, there were numbers of folks who would be interested or rightful owners of it other than Cardinal over time, what made Cardinal the right partner for you where you clearly saw the leverage of the enterprise or the vision to where you thought that in the promise of this asset could really come to fruition underneath this umbrella?

Don Casey:  Well, let me answer it. No and is there any question?

Clay Richards:  Let me answer again that question first. For us, we were young private equity-backed business growing fast so when we were looking at who was the right partner for us to scale? A couple of things we looked at. One, same values, meaning we wanted to be with a partner that we felt like had the same mission we did, which was to be on the right side of healthcare and really change things for the better. Cardinal certainly met that criteria.

Two, having a partner that could scale with us, we knew both Medicare Advantage is going to continue to be a growing market but also our ability to look at broader value proposition and a distribution network in the hospitals was key. Obviously with Cardinal's suite of products as well as the fact that three quarters of the hospitals as George said would be touched by Cardinal today was very, very attractive to us.

And then the third and fourth thing I would say is we knew we needed more capabilities and Cardinal certainly had the appetite to want to go invest around this transformative post-acute solution. We also wanted somebody that if we partnered with them we had not foreclosed a part of the market. So Cardinal is unique in that payers, providers, IDNs, are still -- view them somewhat as Switzerland, in a good way, as a partner to all and that was really important to us.

CardinalHealth
*Essential to care™*

So those were the four main reasons. As far as competitive landscape, when we first started, we were only competing against status quo and really worked to convince people that they should even know or care about post-acute care. That has changed a lot.

However, our biggest competitor is still status quo, is still do nothing. We do see some technology solutions that we compete against on the hospital side and you guys -- there's a whole bunch of those. On the payer side, there's really not a lot. You see some other benefit managers that will compete for this. But we are not aware of anybody else and frankly don't run across a lot of other competitors in the Medicare Advantage market. It's still a do we do it ourselves or do we outsource it to somebody else?

George Barrett: That's one of the things we thought about a lot. From a strategy standpoint, when we think about moves into new areas, nascent areas, our view is if you're going to go there -- be early and be the best. We just made a decision, that's why we sort of combined these is three smaller moves together. We thought that that combination would be unlike anything that is available in the market. And we hope that's what we are achieving.

Again recognizing this as -- you used the word nascent. It is I think a perfect word for what's happening here. Not in the system but in terms of tools and I think that's right. A lot of the choices can be -- can we do this ourselves as an integrated institution or do we need somebody who can help us facilitate that? So we are really excited about this opportunity.

Mike Kaufmann: Also just real quick on this, this business while it's nascent is making money when we acquired it. So I don't want you to think we spent a lot of money on something like a lot of these internet companies are losing money, it is making money. It is incredibly capital-efficient the way they bill, collect and do that. So it's a low to no capital business. It's higher-margin rates, too.

So don't take nascent as losing money. It's very, very well-established for sure. Just the CFO part of me was starting to get a little hair on the back…

Don Casey: We said it was a strategic nascent investment.

Sally Curley: Before we move to the broader medical piece, any other questions for Clay on this component? On naviHealth?

CardinalHealth
*Essential to care™*

Audience Member: You put up a slide, it's still up that talks about you declines in readmissions, double-digit declines in spend. So can you talk to us about how healthcare systems you work with are changing behavior in either discharge patterns or basically where are they able to improve these metrics?

Clay Richards:  Sure, I would answer in the context of both health systems but also health plans because this is across the board. First is you are seeing a big push and a lot of discussion around how do we narrow our networks and really work with higher-quality, smaller number of providers? It would not be uncommon for us to go into a large Blue's plan and they would discharge to over 350 different skilled nursing facilities in a year. And so what you saw was wide variance in outcome. You didn't have constant care protocols. Patients were treated differently, tremendous variance.

With the data we collect as we are managing these services, we can really narrow in on what we call a risk-adjusted basis, meaning on a -- take into account the complexity of the patients to understand who is really good at managing hips? Who is really good at strokes? How do we match those needs to the right providers? So you have seen a big push towards higher-quality networks both on the payer side as well as on the health systems side.

The other area where we have been really successful is in length of stay management on the post-acute side. And we have been able to do that with -- this is really important for us is we've been able to reduce the length of stay significantly, double-digit reductions we've talked about. At the same time, our readmissions from skilled facilities have gone down double digits, meaning we are not squeezing the balloon. We are not discharging patients too quickly and then they are bouncing back. We're actually eliminating unnecessary utilization. So the outcomes are better and the cost of care is better, so those are the two primary areas.

George Barrett:  In a very practical sense, again I don't know how many of you have experienced even an aging parent, if you discharge someone to the wrong side of care, someone let's say who should be doing some kind of therapy, rehabilitative therapy and you put them in a long-term care facility, they are going to decline. They're going to

CardinalHealth
Essential to care™

decline. It's more dangerous. It's less effective for them, it costs more and there's a very good chance they are going to rebound back into the ER.

So a lot of this is using clinical data, and that base is growing to say what are the like clinical conditions that we can identify where we can help direct outcomes?

The other interesting thing that is happening, even within a system. So we are talking often about multiple systems but even within a system that are getting more big and complex, even inside their own system, they are looking for -- and I've talked to all of you looking for help as to where they have reached their variability even in their own systems and they are trying to figure out how do we improve that?

So a lot of what you're describing here again it's this change in behavior thing. The change in healthcare, unit cost pressure is sort of the situation we have all lived with and known. The real change is going to be behavior change, the right care and the right time, right context, right set of protocols by the right clinician. That's where the big action. That's where the big changes are going to take place and where the real savings and improvement in quality and safety are going to occur.

Don Casey: That's one of the reasons I think George mentioned it. If you are going to buy something in a new area and buy something with scale and something is proprietary advantage, we have run a lot of lives through this process. Therefore it turns into somewhat of a virtuous cycle. You run more lives through it, you gain more experience and that allows us to direct patients to the right care and you begin to validate that circle.

So it's almost a systemic advantage as you begin to go through that.

Why don't we -- Sally, I think we will kick it over to Medical and not to go through a long, long discussion, but when we have the opportunity to go out and talk to investors or analysts, the question we're getting recently is what has changed? I would say nothing has really changed. I think a lot of the things that we put into place, a lot of initiatives that we have been focusing on over the last couple of years are starting to come to fruition. And again I started off by saying the acute-care market has changed and we are now talking about IDNs that have a lot of different challenges. And Dave, you asked the question because we've always -- if you lived back through the HMOs is when were we really going to see fee for value? I don't know if we have hit the tipping point but

we've certainly hit the thinking tipping point where there isn't an institution that is not really beginning to say okay, I'm still getting a majority on fee-for-service but I can see the day where that is going to switch.

And basically we have been configuring the segment as well as total Cardinal to begin to address the needs of a very different customer. What are those needs? As you begin to think through a fee for value environment, it's going to be episodes of care and if you begin to look at an episode of care, it's going to have a product component. It is going to have a post-acute discharge component. It's going to have how do we actually manage beyond the walls of a hospital? It's not just going to be medical. It's going to be how do you look at medical, laboratory, as well as pharmaceutical?

So that's kind of what we have been focusing on and just an update on where we were, those of you that have been following Medical segment for a while we talked about an expansion of our product business and today we feel that we have begun to create a very effective product organization that is showing the growth that we wanted to see.

We've invested a lot of time, talent and treasure really expanding our portfolio and our portfolio today is probably twice as big as it was in terms of an absolute number of SKU basis from where it was three years ago.

This is something that we will come back -- so this is more kind of the branded commodity business that we feel we are extremely competitive there.

The PPI initiative and just to clarify this, the obvious focus is on the products. When are you going to get into an orthopedic product business or whatnot? We have always said that this solution that it's not going to be just about product, it's going to be product, services, and analytics and the question you asked feeds right into that which we always said there's going to be a product component and we're making investments in that. But there's going to be a service component as you begin to look at things like CJR, where naviHealth can play a role, but also analytics, which is we have invested in WaveMark, which we now refer to as Cardinal Inventory Management Solutions, CIMS, which is an RFID program that's going to enable us to create a totally we think more effective lean supply chain organization and that has applications in cardio. It has applications in ortho and others.

So our PPI initiative was not necessarily product, it was a broader portfolio of products, services and analytics. Just an update on that. Cordis is obviously the flagship on that but we have made a couple moves here. About 18 months ago we bought AccessClosure, which was kind of our first step into the cardiovascular area and with Cordis.

So where are we on Cordis today? We kind of think through Cordis in three phases, which was catch the business, run the business, and then optimize the business. And as you begin to look at the help we are getting from J&J, it has been significant as we begin to carve out what we say are day one versus day two countries. In some countries it takes a little longer to get product registrations and what not and we will use J&J there for a little longer. But we are in the process now the day we closed, we brought a lot of business right into us, US and China and other places. We took over the manufacturing facilities and that's going well.

As we begin to look at beyond the United States or China where we have infrastructure, we've spent a lot of time as well as focused effort on really beginning to take the commercial capabilities that come with Cordis and beginning to build an infrastructure underneath that. That has gone well.

At this point we feel that we filled key leadership positions all around the world, the most recent one was in Japan, where we think we've got a really good set of leaders there and team so we feel good about that. Some of -- Mike and I get to spend a lot of time together anyway but we get to spend even more time because the accounting issues obviously as you look at the inventory step-up as well as Johnson & Johnson runs a slightly different calendar than we do, so there is some lumpiness that goes along with when day one countries show up or day two countries show up and we think we are a couple quarters away from having that totally ironed out.

But what the lumpiness in accounting doesn't show is the business is performing about how we thought and that's important to us. Look, it's got some FX headwinds associated with it but as you look at almost by region by region, we are pretty comfortable that the business is performing that way.

Some red letter dates for us, we actually have put the AccessClosure and the Cordis salesforces together and that gives us an expanded presence in the US. We are -- that has gone well and I think everyone picked up on Biosensors, which was a distribution deal we did for a drug eluting stent. And I think that will be a pattern that you

will see going forward where George and Mike when they talked about Cordis have always been clear it's not an R&D, it's much more D.

You are seeing an evolution in the med device space where you are starting to see innovative companies that don't want to necessarily invest in the commercial capabilities. They would rather focus on how do I get my technology to market? And all of a sudden we now have a tailor-made cardiovascular salesforce that's operational in 60 countries and as such, we've become a very attractive partner.

So the model for us to help Cordis fill out its bag will be partnerships and we are proud to see Biosensors as the first one of those.

The next obvious question is what are the other partnerships and when are they going to show up? We are working through it but if you look at the bag that you are putting, particularly in Europe where you want to be able to compete on a tendered basis where it might be a broad portfolio, we think we can compete effectively today. We would like to add a few more things to that.

So that has gone reasonably well and if you go to -- we have had to learn a new language, PCR and PCT where you go to these meetings, our challenge is to actually meet all the people who want to talk to us. It's a great brand name.

And the last point I would make is incredibly proud of not only the Cordis organization under the leadership of David Wilson, but the Cardinal organization showed tremendous agility and flexibility because as we were saying, one day we inherited a business in a country we've probably not even traveled to and now we are operating something. So the combination of Cordis and Cardinal hasn't been seamless. There's been a lot of work going into it but the fact that we set a goal right at the beginning, we said we didn't want there to be a single patient around the world that wasn't going to get the Cordis product they needed when they needed it. To date, we are in it since October, we have been able to do that.

So we're excited about the opportunities. It's great. One of the privileges of working at a company like this is one minute we get to talk about how are we creating an amazing post-acute discharge business? The next is how do you really talk about creating a really powerful cardiovascular business that is not going to be just about product?

All of a sudden we're taking WaveMark in, every presentation that you go in to Cordis, all of a sudden, WaveMark shows up, which is Cardinal Health Inventory Management Solutions. And now that we have naviHealth, we're talking about how are you going to manage a bundle?

So the conversation is very, very different. The Cordis team was surprised. They said we thought it was all going to be about product and now you sit with a group of advisers and you show them WaveMark. They said there and say my God, I'm under so much pressure to manage the inventory. When can we have this presentation? So that's gone well.

The rest of PPI is -- look, negative pressure we like our investment there. It's moving along. Ortho, again I think everyone is going to ask where is the product? I would tell you with CJR and you begin to look at the capabilities we just talked about and then you look at an inventory management system that might be transformative in terms of how you talk about trades, you can see that again it's a triangle for us. Its analytics, services, and product. And when we see the right product we will make the move on the right product.

But our strategy to help the orthopedic market transform itself is not reliant strictly on the product. We see good progress there.

Just last two points and then we can get into it. Our Cardinal Health at Home business is another example. As George said, if you are going to get into a space, buy an asset that is at scale and really has an advantage and that business since we have owned it has continued to grow at a good clip. It is proving to be much more important to the acute-care market than we originally thought because people are now -- Oh, I'm just discharging that patient, I'm now responsible for them. How do I get my stuff to them? So all of a sudden we're going in and saying, we have Edgepark and we have Independence Medical.

So that business and we've made some tuck-in acquisitions to help boost a urology or an ostomy area and that continues to be a growth pillar for us. So the proof is in the pudding.

I think the win that we had at Kaiser is kind of emblematic of the fact that we are now coming in not only as a great distribution company but with a full bag of products and innovative solutions around things like PPIs and we

are having a conversation where we take Jon's Medication Therapy Management as well and we combine that and sit there and say we are really coming in as a solution-oriented company.

So I didn't mean to be quite that long but I am incredibly proud of the work our team has done and sometimes it shows.

George Barrett:  Don, roughly how many Cardinal label consumables do you think we've launched in the last say two years?

Don Casey: If you were to look at GHX and you would say there's roughly 950 categories that represent distribution. We have doubled the number of categories we participate in. We have launched over 2,500 SKUs under the Cardinal Health brand.

It's interesting, anyone who has come to the building if you begin to look in the back and you will see one of the reasons we built this place is there's a lot of Cardinal branded product coming in. And what is the WIIFM -- what's in it for me for a Cardinal branded product? If you go into a Kaiser and say look, we not only have distribution but some of these categories that are really more commodity-oriented or slightly more engineered, we can now advantage you because it's now riding on the Cardinal rails and it's now a Cardinal brand. So you are helping them with value and I think Kaiser represented a significant change for us because if you were to ask the people that work on Kaiser every day, yes, you are having conversations about when are you going to make that transition? But it's also now when we were pitching, you talked about A, B, and C, so it has proven to be an interesting conversation.

George Barrett:  So we actually have if you sort of hear that language and then we will come back obviously to talk about pharma and then think about our generics business, there's a lot of differences and we can talk about those. But one of the common themes is sort of this flywheel, which it the ability to aggregate in a very fragment system, the ability to aggregate demand increases scale and improves our acquisition costs. We are able to provide value to the downstream from that additional scale, which gives us more scale, which allows the flywheel to get in motion.

CardinalHealth
*Essential to care*™

That is true with capabilities as well. Again going back to Clay's work, the more data that we get, the more clinical lives we manage, the more valuable our work. So that is probably a theme you will hear sort of across our businesses even though there are some very interesting distinctions and we will come back to those as well.

Sally Curley: Did we get your question; did we get to the heart of your question? Anybody else?

Audience Member: Don, one of the things that clearly has evolved is the fact that not just the focus on products but really kind of like this suite of capabilities more than ever. Could you talk a little bit how you are structuring the sales force? And obviously assuming that this is kind of going to be an evolutionary process, how does kind of like Clay's sales, his product now and who are the different kind of points within the IDN that you reach out to? So that's question one.

Question two, just if you can comment around the Medtronic announcement around the generics in hips and knees? If this is something you can potentially do? It seems like you have the capability to do it. Is there a desire to do so?

Don Casey: Sure, Ricky, I know you have followed us for a while and you could probably go back about two years. We talked about some of the restructuring we did. At that point we changed literally how we go to market. And Jon and I, we now go into the acute-care market at the larger customers. We call it our executive selling organization where we've gone and transformed that. So large accounts and strategic accounts now have a single very senior Cardinal person to do that. Their job is to create opportunities for all of Cardinal Health and then what will go on is we will come into Clay and say Account XYZ is really interested in post-acute. So his sales force would follow that up.

The other change that we made as part of that -- again if you think about -- and we refer to strategic accounts a fair amount, we began to stratify those and we moved to what we would refer to as a big bag rep that carries all of Cardinal and then we simplified the number of expert sales forces behind that. We again two years ago, we had probably about 11 of them and we moved it down to five.

How it's now structured is again you will go to Account XYZ and if they have particular interest in, say, negative pressure wound, a negative pressure wound expert will go do that. And we wrapped it all up into what we call the

Cardinal 360 program, which has proven to be important to us, which is if you buy one set of products from us, you get one price. If you buy and perform against a second, third, fourth category, you have an opportunity to earn additional discounts across the entire business.

So that bundle if you will begins to when you can add naviHealth, you can add inventory management systems to it, it becomes progressively more attractive. So as you partner and create more opportunities to do that, the Cardinal 360 program, which is again something we introduced about 18 months ago, has proven important. So think of it as strategic accounts, executive selling at the top, experts behind it supported by a bundle underneath it.

George Barrett:  That content capability is really important because this is a really important concept I think. The idea of saying we can provide you a lot of things is only valuable if you are best-in-class at those things. So to try to convince you -- we do a lot of things for you but one of these things is quite mediocre and ordinary. Once you get into the content experts on the other side, you are not going to make progress.

So it's really important in all of these lines of business for us. We can open doors and really get a powerful conversation going. It's also very important for us to be able to bring the content behind each of those businesses.

Don Casey:  Your second question was about the Medtronic announcement last week. And obviously we are not going to comment on what Medtronic is doing but in a lot of ways we look at that as a validation of our strategy in that we are attacking it slightly differently. You hear us talk about the service component of that before we go into the product side, but obviously what they are doing is not a long walk from what we are doing and we are building the foundation in a slightly different way than they are.

But on the surface you look at the orthopedic business, you would say that there clearly is an opportunity to deliver the patient great care at a differential price and a couple people have tried it a couple different ways. Obviously Smith & Nephew has tried it. Medtronic is trying it in a different way. We feel that the steps we are taking will allow us to create an important growth pillar for us.

**George Barrett:** But directionally it is again, as Don said, it is completely unaligned with our general thinking, which is that there is an inexorable march toward some of these new kinds of payment models. That's what they have said explicitly. I'm just again quoting their commentary and I think that's our commentary as well.

What's actually very interesting, and again nobody should read through this, but if you think about the complexity of doing this, I think you're going to find companies actually sort of doing things together to accomplish some of these goals. Again, so I think that's the other thing that's going to be very intriguing and we see it now in people coming to us and saying you've got this. We've got a product that we think is valuable but we don't really have a way to bring it in a holistic way to the market and maybe you guys could handle that for us in Europe.

So that's another -- we would be very open. We know what that end game looks like that we can picture and we're going to be very open to figuring out what we do ourselves of the things we might with other players as partnerships of their products or their service so it's just an incredible time in that regard.

**Sally Curley:** I'm going to interrupt us here because Clay has an hour to catch a flight. So Clay, thank you very, very much. You've been very generous and very patient.

**George Barrett:** Usually we keep him and he just misses it.

**Clay Richards:** Thank you. Thank you so much.

**George Barrett:** Safe travels.

**Sally Curley:** Don and George, back to you or to the audience for any questions.

**Audience Member:** Evan Stover, Robert Baird. I guess I just have to be that guy and ask the obligatory question because you get it probably once every couple quarters. Is there any update in light of everything you've just told us on what Cardinal brand products, consumables and PPIs, what the goals are for percentage of revenue and gross profit in that business? It would be helpful given the background you've given us and the strategy?

**Don Casey:** It's interesting, what was it two years ago? It was two years ago we kind of that an objective that if you looked at the combination of our products, services including at Home, we thought that should represent over 70% of the business. We would be working toward a margin of 5.75% and we said for us a key thing is when do

we see the Cardinal branded products getting over 40% on a contribution margin basis. We still think those are very valid.

Where we are on the Cardinal branded products, we've pretty much achieved that goal now. We're not going to give you an exact number. And one of the interesting things is we are starting to win more distribution business, which may change and fluctuate how that works. But if you look at -- if you think about the aggregate margin level as we begin to bring on more of these services which are accretive and products like Cordis, we continue to think that that's a meaningful objective that we should be able to attain. On the total contribution margin from Cardinal branded we've hit the goals we've laid out and again, we are never going to give you that down to the decimal point because depending on how much national brand on the distribution side comes in if you go win a Kaiser, that may bounce that number around a little bit.

But the direction we've laid out two years ago, we are either very close to attaining or continue on focusing attaining but that's directionally what we think -- what this business should look like.

George Barrett:  If I could comment on this, it's sort of an interesting question because it is always a tricky part about laying out -- and we do it internally -- margin rate goals. Because the things that we are doing, key drivers, key lead indicators for us are things like the growth of our consumables business, our Cardinal Health label business.

But then what can happen is you can pick up the business in another part of your system that has a different mix, let's say in the pharma business, we pick a big mail-order account and so the rate can get compressed. But in fact, it is a very good thing for us and for our shareholders.

So we will keep trying to set goals but we will try to let you know, look, there's some mix things happening but what we are measuring every month are those lead drivers of expansion so things like our generics program or our consumables business, those are -- our services business. Those are important growth drivers for us and as Don said, those are going well. What seems to be happening a little bit alongside is we're picking up a little bit more distribution business and that will probably -- as a rate be a little bit dilutive but I think the general direction is pretty encouraging actually.

Audience Member: Steve Valiquette, Bank of America. I guess there's probably no question that Cardinal is light-years ahead of most competitors in medical when it comes to private label and self-manufacturing. We've heard about some of the GPOs like Premier trying to build a greater presence in this area. I'm curious, competitive landscape, let's say 3-10 years down the road, is that something you worry about or are they so far behind it doesn't really matter that much?

Don Casey: It's interesting, the GPOs and there's been a just a tremendous amount of both consolidation and activity on the GPO space, I think we are obviously looking to create different revenue streams and service their customers. The conversation we will have with the Premiers is one of co-opetition -- if you will. There are places we can work together and our sourcing is at a scale that is significantly larger than theirs in a lot of categories and say can we work together in this category where we will continue making money.

And in other places they feel they may have an advantage. So more to your point, Steve, do we worry about that over time? It's safe to say that we worry about everything, first off. But I really believe the fact that we are scaled from a sourcing perspective and now particularly with Cordis and -- look, tomorrow morning we're not going to be selling every product we make here on the Cordis network outside. But it's certainly something we are planning for so that we begin to create scale beyond the acute market. The fact that I can work with Jon and go into the retail market with some of this gives you scale and that scale to me is important that you keep us with sustainable advantage three, five, 10 years out.

I do think there's going to be some consolidation though in terms of how you look at some of the competitors in the space and I'm not sure exactly how it will play out but I think there will be fewer bigger competitors as you go along the scale. Scale is absolutely essential here.

George Barrett: By the way, I think scale and experience again going back and this for us, goes all the way back to American Hospital Supply. We have been manufacturing and sourcing products for decades. So it's scale and its capability. Again this is not a criticism of anybody else. But our quality compliance regulatory organization is probably bigger than most companies who are in this space. So -- our global trade group.

This requires some expertise. So the GPOs for us are partners actually. They are customers. We are probably going to have lines of business where we bump noses but that's part of the industry -- that's sort of the world that we are in today. We have it in our retail world. We have it in almost every line of business where there's someone you are working with. They are actually a customer. But you probably have some line of business where they want to do it themselves or they source and that's okay. As long as we are at the top of the organization's strategic understanding about where each is going, we navigate it. I think that's the world that we are in.

Audience Member: When you said consolidation, are you talking about among self-manufacturers or private label brands? Are you talking GPOs and foundations? I just wanted to clarify that..

Don Casey: More in the manufacturing side.

Audience Member: I just wanted to make sure.

Don Casey: And the point and just last point, obviously, we at this point have 16 manufacturing facilities. We have been in this business for a long time. They range from Thailand down into Mexico and other places and here. It does provide a certain infrastructure advantage we believe that is sustainable over the long-term.

Sally Curley: Just as a reminder for those on the webcast, you should be able to submit a question if you'd like.

Audience Member: Nathan Rich, Goldman Sachs. Two questions on Cordis. Don, you talked a little bit about the integration process in some of the day two countries. I think you're also in the process of exiting the TSA with J&J. Can you just maybe update us on where you are, what the next steps look like over the coming months?

And then as we think about that timeline, do you still feel comfortable with the guidance for more than 20% EPS accretion for fiscal 2017 just based on where we stand now?

Don Casey: I don't think that we said 20%.

Audience Member: $0.20, sorry.

Don Casey: The question on where are we on day one and day two? A lot of that -- of those TSAs were timed for a year and during the summer we are beginning to take some of the countries off. I am not going to give you a specific litany but we believe that we will be on track if not potentially a little bit earlier on exiting those TSAs.

Mike Kaufmann: Some just go for a couple of years --. I don't want you to think like they all fall off at one time and there's no TSAs. We will still have some, pieces and parts.

Don Casey: Let's parse that out just a little bit. First the TSAs if we want to avail ourselves of the TSAs, there's no deadline. J&J seems to be very comfortable in helping us do that. It's more when do we want to get off it? There were day zero countries which occurred. The day one countries we said we would like to target to get them off within a year. Then there's day two countries like Brazil is a noteworthy day two country. You just can't switch the product registrations all that quickly.

So it's not that we are not ready to do it, it's just there are regulatory filings that take time. Over the course of the summer, we are going to look at the day one countries and we're going to be focused on moving a lot of those this summer. And we had -- in the model we had built in kind of fall, so we will see where we are in those. Again, we keep this idea there's a patient. We are not going to screw up an ability to get a patient product.

But again, tribute -- a lot of the burden falls on Mike's people in the finance organization and we are tracking about where we thought we would be tracking. But as we learned in this business, any given day there's a new set of challenges.

But I would tell you we are going to meet what we said and the guidance where we are, we are still pretty comfortable with where that is. A lot of this is really going to fall where FX, FX can move that business up, down, or sideways so it will -- again I'm not going to give you a piece of the 2017 guidance. I will tell you we are pretty comfortable that Cordis is performing about where we thought it would be. There are puts and takes, but Cordis is doing what we thought it would do.

Audience Member: That makes sense. Then just a follow-up, could you kind of talk about now that you have seen the business what the stuff you need to execute on the synergy plan is and kind of how we should expect that to kind of flow through over the next several years?



Don Casey:  The TMA, which is the manufacturing agreement, is I guess four -- a four-year agreement. It's a four-year agreement, so that's really the biggest gating on what you will see in terms of when those synergies roll off and on.

The second thing that again you hear us describe, catch the business, run the business, optimize the business, we are in the catching the business phase right now. To your point, day one countries coming on to us for instance the supply chain right now is probably not where it will be in a year. So right now we want to get and run those countries and then we will optimize the network.

So again the timing that we set on synergies is one we really think is about right. So the only thing that has changed in Cordis I would tell you is where FX falls and in some cases that was a bigger move than we thought. But the underlying business in some cases has been a little bit stronger than we thought. So again, FX is a challenge. I don't mean to say it's not but what we said on Cordis is about what we think Cordis is going to do.

Audience Member: You sort of alluded to Kaiser. So just curious if Kaiser was here today and we asked what were the top one or two reasons why they chose Cardinal, what would it be? Is it your portfolio of offerings, they all sound appealing but what was it specific to them?

Secondly, one of the offerings was just sort how can you help your client lower their cost structure not necessarily with absolute pricing but just some of the mechanisms that you have. So I'm just wondering, in larger strategic clients, what's the winning been on price, on absolute apples-to-apples price, versus a couple years ago? So give us a better idea of how that's trending. So is it just one or is more on the strategic partnership even if pricing isn't cheap?

Don Casey:  Again I don't want to put words in Kaiser's mouth but we did the kick off meeting with them two weeks ago and they sat there and said we really want to transform healthcare. We think you are the customer to do it. So on an apples-to-apples price basis, I would say there are three options, and we're probably similar. The discussion we had with them was we can do some very innovative things around how we are going to do distribution but also the fact that we are now in 900 categories that gives them a potential cost savings opportunity around product. They are extremely interested in naviHealth. And I think they've set forth an objective internally where I don't think

Kaiser's footprint today is where Kaiser's footprint is where they think it will be in a couple of years and they wanted somebody that could grow with and provide solutions.

So it's really -- it was really a case and George has a great relationship with their CEO, Bernard Tyson. And I think George -- I would comment -- they really told us it's like everyone was competitive a price perspective but you guys differentiate yourself on your total offering.

George Barrett: Again it's really unfair for me to speak for somebody else so I won't. But I can sort of talk generically about the conversations that we are having at the C suite. At a time of change, I think progressive larger systems are thinking about where they need to be downstream. Obviously what they look like and just like we have, the same dilemma, we've got to execute today an existing business, a fee-for-service larger amount. But they are also clearing where they need to go. And I would say in many of our businesses, everybody can match price. It's generally not a differentiator. It is generally not a differentiator.

So the question you're asking, we did the same with our supply system -- who seems to be -- who is bringing us capabilities that will allow us to get to that goal and who seems to be sort of aligned with our way of thinking, like-minded about the future? Those things seem to matter if you have the basics sort of underfoot and doing it well. And we're a very, very good supply chain company. Under any measurement and it is -- by the way that is something we are obsessively measuring and our monthly meetings are all about the day-to-day and how we are doing.

But the ability to say we think we can help you navigate a new challenge that is brewing in your system or in the system, I think is an important differentiator for us. I think that's been helping some of our older -- I will call the more legacy businesses because we do those extremely well. So again, it goes back to the other thing. If you don't do them well, no one is going to grant you new business because you have interesting thoughts. But if you have interesting lines of businesses and your other businesses are really high execution businesses, you have a better shot at it. I think that is sort of what is happening.

Don Casey: Again, Garen, you had two other questions in there is how do you lower the cost structure of something like a Kaiser? How do you specifically do that? I will give you -- I'm not saying we are doing the Kaiser but as an

example of conversations that go on not only with Kaiser but other places. So a lot of them run their DME business. They are selling durable medical equipment to patients post discharge. It's not something they are good at. It's something Cardinal Health at Home is really good at.

So we can go in and sit there and say -- flip that business not only you're going to have a broader portfolio of products, you're going to have better service and it's less expensive to you with an example.

Another large customer basically sat there and said we are thinking about the supply chain wrong. We have historically looked at distribution as big pallets that come to the back of the loading dock and could you begin to talk directly to the patient bed? And we've actually badge flipped employees at that point because we believe we can offer synergies across the entire thing so across the entire supply chain.

So that's an example where literally we believe because we do this at scale and they don't we can be more efficient.

Third example is WaveMark, CIMS, Cardinal Health Inventory Management Solutions. If you look at aggregate level of inventory, number of lost products, number of dated products that they are not necessarily getting revenue or they are having a long-term conversation with the supplier, we can take that off the table. That is real money real fast for them.

Again, because you asked in the context of and where are you from a pricing perspective versus where you are three years ago? Look, I don't think any of us are expecting price increases, but the way you hold the line on price is you begin to look at shared opportunities to save money.

Audience Member: Again, the weighting in the price so if it was a third of the RFP then you're sort of implying that perhaps it's a little bit lower because of other factors that are becoming more of the conversation because of price?

George Barrett: Again I want to just be careful here. I think it's realistic to assume any incumbent doing a really good job has always got an advantage, right? I think generally that's true. We would hope that would include us as well. When we're the incumbent we're doing a really good job. What we have seen and this varies so much by system, there are some that really see themselves and they are having an internal conversation that we are not part at an

inflection point and they are looking for partners who can help them get there. They may look at their supply system and say these three or four players are exactly within a band of pricing that is not differentiated. But we think that this company has sets of tools that really actually can help us change behavior and really improve our economics and our outcomes.

We want that conversation. It doesn't always happen that way. There are many times it gets buried back down into the organization and you have somebody as Don said in the procurement department or in the pharmacy department that is making their individual call and it's at that level.

But we welcome that conversation I guess is the point. We welcome the conversation, talk about where care is going, what their strategy is all about. We try to understand our customers. So I think what we've gotten better at, we are not walking into every system assuming they are the same. We really have studied them and we know what their strategies are and what their footprint looks like and a little bit of certainly what they've said publically and we try to really stay on top of that.

So again, we don't want to be overstating this. I think incumbency is always an advantage if you are doing well but I think that we offer some value proposition that may be increasingly attractive.

Don Casey:  To build on the last point, if we are shipping more Cardinal branded things through our network, obviously our cost to them is lower so it makes us more competitive.

Sally Curley:  More questions before we are going to the break for lunch? Yes.

Audience Member:  I don't want to talk too much about one customer but Trinity Health made some waves by deciding to centralize some of its operations in-house and I think there might be some misunderstanding as to what Cardinal's relationship is going forward with that client. Maybe just more broadly speaking, what does that type of move say about how kind of your relationships might change with some of your customers?

Don Casey:  By the way, this goes to the breadth of the relationship we have with Trinity. Jon, you talk first and then I'll go second.



Jon Giacomin: I'll speak first to it. Maybe Don can address the medical product side of this and I will talk about the pharma side. We have a relationship with them. We do supply pharmaceuticals to them and at present there is no indication that there will be sort of moving to some sort of consolidated supply chain solution or 3PL type of solution for their system. So we will continue to supply pharmaceuticals to them just as we do today, delivering to every one of their locations every single day.

The pharmaceutical situation, there are very few if any health systems today managing really their supply chain around pharmaceuticals. The reason really is that it's very difficult and somewhat tricky. You get into licensing. Think about it. You are managing controlled substances. You have to have the applicable security in place. You need to have the applicable storage conditions. So whether it's frozen product, refrigerated product, product that needs to be at quote-unquote ambient temperatures, that now throws a whole other level of complexity and difficulty into doing that.

So I'm not sure I see really any sort of trend in the pharmaceutical market to suggest that they will move to 3PL models. But I will turn it to Don to talk about Med/Surg.

Don Casey: Then on our side because it really looked like it was coming at Med/Surg side. First, what are they really talking about? They are going to basically build their own warehouse and they are going to manage that and then they will use third-party logistics to push it through.

The interesting issue is as we look at our partnership with Trinity, it's going to remain after they actually in fact do that because we are providing services to them that will enable them to manage the third-party logistics. So when you think about Trinity, what they are doing, there's a warehouse component. There is a movement of boxes component to third-party logistics and then there's the coordinating the billing with national brand and other people and we are providing services that will help them do that.

Is it a trend? I will go back to Dave's question about every once in a while you will see a group of people say in a pandemic situation, boy, we better have our own warehouses to make sure we have things. Ultimately it's just more cost effective to use a distribution company and we see pendulums swing back and forth.

Other than Trinity, we've actually seen more people get out of the distribution -- out of proprietary distribution coming back. But as we changed our relationship with somebody like a Trinity or some other accounts we've had, fine, if you guys want to go do that, we think it's more cost-effective to do it this way. But here's the inventory management program you need to run, which we will sell to you as a service. Here is how you manage billing and other parts of that. Here is how you actually manage your warehouse. So we can actually on a service basis create a very profitable relationship for us as well.

George Barrett: They are still a great partner. I think what happens is again you're going to find systems trying to find different approaches to being more efficient, finding new revenue streams. We have an interesting line of sight on this because we see a lot of the system. Again in full transparency, there are lots of times that companies offload ideas by us and we basically know that that's probably not the most efficient thing for them to do. But there are times that they want to do that, we will say look, how can we help? This is what you are committed to doing. We are a partner. How do we help you do that?

We have tools that will help you do that. There are times that we understand and it makes sense to us sometimes we probably think there's more effective ways to do it with various players but they sort of have a game plan. We just -- we do get to sort of see everybody and how they do it and what the scale looks like and what the capacity to do those things are and so it gives us a little bit of a unique vantage plan on it.

Jon Giacomin: I think what is also interesting is you have to step back a little bit and say what are they really trying to solve for? To George's point, there are probably a couple different approaches to solve that same problem, but the heart of it is really driving efficiency, lowering costs, and really driving standardization. Particularly in Med/Surg, where you can have multiple products in multiple categories, how do you ensure compliance and how do you ensure standardization to lower your overall acquisition costs? That is mostly at the heart of what they are trying to solve for and there are many ways to do that, many of which don't include operating a warehouse.

Sally Curley: I think we have one more question before we break for lunch from the webcast.

Webcast Member: The partnership with Henry Schein appears beneficial so far. Does it make sense to explore similar arraignments with other channel partners in the ambulatory space?

George Barrett: So let me start and then maybe turn it to Don if that's okay. As a starting point, again we think that partnership generally is something, a capability. It is in a system that going to this many moving parts will probably find companies, maybe the companies you wouldn't expect to work together working together so we are always going to be open to that. We've done some very successful -- obviously Red Oak and our partnership with CVS is probably the largest example.

And on sharing arrangements, I would just say in its early stages truthfully. Again, it takes a while to sort of line up specifications and all those things, so it's relatively early. But we broadly are open to that, so what else would you --?

Don Casey: I wanted to add, look if we can do a capital efficient partnership that gives us a capability in another channel, we will absolutely look at that. Ultimately as we begin to build this product portfolio, we are going to want to push it into a bunch of different channels and I don't think we have to own all the assets to do that effectively.

Sally Curley: With that, I'm going to suggest that we pause the webcast. We will return at about 12:00 noon. For those in the room I invite you to join us for lunch. We are going to -- as a reminder, lunch is just around the corner. And we have a working lunch, so if you can grab your lunch, come back to your seat, we will try to get the webcast going again at noon. Thanks, everyone.

# (BREAK)

**CardinalHealth**
*Essential to care™*

Sally Curley:  Okay, so welcome back. Hopefully everybody can hear me, welcome back to the webcast and welcome back to the meeting.

The last hour here we are going to kick off actually with the Pharmaceutical segment, but also if you have any questions on capital deployment, please feel free to ask our CFO, Mike Coffman.

Jon, I'm going to hand it over to you maybe for a few introductory comments.

Jon Giacomin:  I will make a few introductory comments but I think George wanted to say something.

George Barrett:  Sure, just a couple of quick things. Welcome back, for those dialing in. Hopefully we won't be chewing too loudly in your ear for those of us who are eating.

As you guys have heard us talk about before, our Pharmaceutical segment has been performing very well. Jon and his team deserve a tremendous credit for that.

High priorities for us have been broadening that customer base, really achieving scale and value creation from those generics programs, particularly some of the value coming from our ability to source globally with Red Oak, our joint venture with CVS Health. Growing our specialty business, and that really is in two directions and Joe is going to talk about that. Again, this is largely -- you cannot ignore the evolution of the pharmaceutical sciences and what's happening between -- sort of this collision between data science and biology and the opportunity that is creating.

We have felt, as you know, for many years that that's a place in which we need to be strong, well-positioned, and creating value. And I think we've made some great progress there. So those are high-priority areas for us.

And with that I will turn it to Jon and Joe is going to join us as well.

Jon Giacomin:  Great. Thanks, everybody. Good to be with you.

Before I jump in with some opening remarks, let me introduce again Joe DePinto. He is our President of our Specialty Solutions business. Joe has been with us about a little bit over a year now and couldn't be happier with

Joe being a part of the team and the contributions he is making to not only the Specialty business but our overall business.

A couple of opening remarks and then we will turn it to all of you for some questions. To pick up a little bit on what George said, I think across the segment we are executing really well in the markets that we are serving, but also against our strategic priorities. And as we think about the pharmaceutical distribution business for a moment, it goes without saying that in order to play you have to be really good at the basics of that business, the basic blocking and tackling, and executing day in and day out against the supply chain and customer requirements and demands there. And I think we are performing exceedingly well on that front.

The environment is such, though, that right now -- a little bit dovetailing off of what we talked about this morning -- that customers are faced with some tremendous challenges. Whether it's value-based care or whether it's performance and being paid for outcomes, all of our customers are challenged in that regard as healthcare goes through this transformation. I think as a result our customers, now more than ever, are thinking about new and different ways to partner and we are seeing more and more opportunities relative to driving deeper and deeper relationships with our customers relative to solutions.

And while this morning we spent a lot of time talking about acute, and rightfully so, it's not just in acute. It's also in retail, and retail from the very large to the retail independent customers. It's also in places like alternate care, particularly in long-term care where customers are coming to us.

The solutions that we are talking about, to pick up a little bit where Don left off, is mostly in the pharmacy solutions area within acute and also within retail. So let me spend a minute on pharmacy solutions and acute.

You may or may not know this but we have a business that employs in excess of a thousand clinical pharmacists and those pharmacists do everything from managing an in-patient pharmacy to also providing telephonic pharmacy services so we are on the phone with patients. We are providing consulting. We are doing medication therapy management and, in the case of outcomes MTM, we are even facilitating that to include a relationship with roughly 50,000 retail pharmacies who are delivering face-to-face interactions with patients.

So clinical pharmacy is a critical piece of what we do. Again, it's everything from inpatient to telephonic to even managing retail outpatient pharmacies. And that is applicable not just to acute and not just to retail, but now we are seeing some applicability even in long-term care.

When you switch over to the retail space, obviously their challenges and problems are a little bit different, but all of it is about performance now. All of it is about moving to star ratings as CMS has described star ratings. These star ratings become increasingly important because, if you can't perform, you run the risk of being cut out of networks. And I think, as many of you know today, probably within your own health insurance, limited networks are sort of the thing that is in, in an effort to reduced cost as a result of higher access, higher utilization.

And so the way retail pharmacies perform is critically important to how they can participate in networks going forward. We have been doing a lot of work in that regard and much of it has really been about data, analytics, generic dispense rates, and giving them insights into how they are performing relative to the attributes that determine their star ratings.

And while this is something that CMS has put out now for Medicare, it wouldn't be so much of a stretch to think that it's going to be important in commercial as well. It has really been about providing the solutions that are necessary for our customers to meet the challenges of today as they work through the transition.

George mentioned also generics. Generics is obviously very key to our business and strategic to our business and, of course, we are very pleased with the relationship that we have with CVS and the Red Oak sourcing joint venture. It's creating a lot of value, I think, for both organizations and as importantly, for us, it's creating value for our customers and obviously our shareholders. We are pleased with the progress that we have made and believe that that is going to be something that's going to be critically important as we move now into the future. So very good position there.

Specialty is an area where we are seeing some very nice growth. As we expect to finish the year here, we will probably be revenue in excess of $8 billion, double-digit growth year over year, and I think positioned well, both on the provider side as well as the biopharma services side.

On the provider side, we have been adding scale with new relationships, new partnerships with customers, and also on the biopharma side, we've been working and very focused on adding to our capabilities there. Everything from regulatory science capabilities and helping manufacturers with their filings up to and through a patient or hub services where we are focused on patients assistance programs, everything from prior authorization to 24/7 hotlines and assistance programs that we offer patients. So very pleased with the progress that we are making in our Specialty business.

With that --

George Barrett: Before we do that I'd just like to remind everybody, we blew past generics. Don't worry, I promise we will come back to it because I know there are going to be no questions.

Jon Giacomin: There aren't going to be any questions on generics? Okay, good.

George Barrett: So we will make sure -- so you guys know, we will talk about Specialty for a while and we will come back.

Jon Giacomin: So with that, I will open it up to you for any questions you may have. You're right. No questions, George.

Audience Member: Stephen Hagan, Deutsche Bank. Just wondering on the Specialty side how much variance is there in terms of the margins that you've got on specialty drugs. Is there kind of significant difference in some specialty drugs in terms of how profitable they are and what drives them differently?

Jon Giacomin: Well, I guess I would say, and Joe and even Mike could chime in on this one, while you obviously have brand specialty drugs, there are also generics within the specialty space. Although some of those are somewhat limited in terms of oncolytics.

But relative to brand and specialty drugs, I would say a lot of that is ultimately dependent on the particular drug, line extensions, and other things that go into determining just how difficult it is to handle those products. Because, as you know, many of those products require special handling. They sit within the specialty distribution channel for a reason and that is most of them are high dollar cost, require special handling, usually come with some sort of temperature requirement associated with them. And so a lot of that actually influences as we think about specialty drugs and the margins that we might earn on them.

CardinalHealth
*Essential to care™*

Anything else?

Mike Kaufmann:  I guess the only thing I would add just to give maybe a little bit more color, if you broke it down you'd have some normal solid oral generics that would be going through Red Oak, just like the rest of our generics in the rest of the distribution business. Those are going to be your highest margin, both in terms of rate and dollars.

Then you're going to have your injectable generics, which are again like pharma distribution: higher margins, but not as high a margin typically as solid orals. And then you have your branded products, which, as Jon said, are going to have various margin rates, depending on a lot of times the storage conditions and the market pricing on those drugs. And so those are kind of the mix.

The other kind of unique thing a little bit about specialty is the branded drug mix in specialty tends to be a little bit more heavily weighted on the non-contingent piece of fee-for-service, so there is less contingent fees in specialty type products just due to the limited type of products in there and the cost of those drugs. And they tend to have lower price increases as a percentage. And so over the years we have negotiated more fee-for-service mix in there, so it's a little bit higher fee-for-service mix, the non-contingent fee per service deals, then contingent in specialty versus normal pharma.

George Barrett:  Just for clarification, I think it's worth doing this -- and probably most of you know this, but if you don't, I want to make sure.

Everybody sort of defines specialty differently it seems. For us, I think we've got -- you guys tell me if this is as simple as possible, if it runs to our traditional pharmaceutical distribution network and our logistics center, then it's in PD in pharmaceutical distribution. If it's running through our specialty logistics system, it's specialty.

For example, hepatitis C, which is easily described as a specialty drug, the Sovaldi and other drugs for hep C, actually for us are not in specialty. Those are in pharmaceutical distribution. They run through our traditional channels and our traditional network.

So that might be helpful so when we are talking we have common language.

Jon Giacomin:  That's right.

**Cardinal**Health

*Essential to care™*

Audience Member: So I have to ask a generic question; it has two parts for it. First of all, in generic price dynamics, obviously generic price inflation and then deflation have taken a toll.

And your two competitors have quantified the impact for them on a going-forward basis. Obviously you're not giving guidance today, but when we think about fiscal year 2017 -- you are almost done with 2016 -- should we think about generic inflation headwinds as greater, lesser, or about the same as what you saw in 2016? So that's the pricing question.

The second question is you keep going back to kind of the point that generics will continue to be a very important contributor of profit for the segment going forward. And you are not alone in it. We are hearing McKesson and ABC saying the same thing.

Can you maybe help us quantify that opportunity? The market is at 85% generic conversion, the industry same, but this really doesn't correlate to where we are. So maybe give us some kind of data points that will help us tie these two.

George Barrett: Let me start, if I could, and then we've got a bunch of knowledgeable folks here, probably more knowledgeable than I.

So even with our competitor's breakout, just for what it's worth, it's not -- it's usually a group of things. Again, we have to be careful so I said generic pricing and renewals. I would just caution everybody to be careful that it's rarely a specific line that's just pure price. Again, that's not a criticism or a compliment; it's again fact, because I think people have misunderstood some of what that is.

Second for us, generics continue to be very important. Let me just broadly; we are not rolling back the clock on the pressure to reduce healthcare costs and pharmaceuticals, and generics are the most obvious answer.

The demand continues to grow. So no matter what we do -- and benefit design can cause temporary blips -- but we have a gigantic wave of now late 60s, early 70s, entering 80s; these are essentially the super users in the system. So the demand is going to increase.

Our market position is extremely good. Red Oak, I think is the most capable and largest scale purchasing entity, in our view, in the world. And our customer base, or let's call it the broad customer base, is also thinking about what's the most efficient way to source generics.

We tend to think of that as those who buy directly and those who buy through a distribution partner. But we forget, while that's true, and even that is shifting, there are also many that do both. They buy some through direct sources and they buy some from a distribution partner.

The more capable, the more attractive our program is in generics, the more we can actually even influence that mix. And so if someone is buying 50/50 and we can get them to 55/45 in our direction, it's a very good thing for us. So I do think that people sort of forget that there's a large part of the system.

Quantifying all of this is externally difficult, Ricky. It really is. Even if I were absolutely sure it was the right thing to do, it's so hard to quantify what that exact opportunity looks like. And, again, it depends on so many moving parts, but we continue to see it as really a growth engine for us.

Again, with a qualifier -- and I think is this on the call and it's really important -- that the 2016 over 2015 benefit of a full year of Red Oak versus a partial year is hard to reproduce. You can't reproduce that step function so easily, and so again we have to be realistic about that.

But I just wanted to make sure that I frame that out and then we've got -- Jon and Mike can really, I think, put more meat on the bones here.

Jon Giacomin:  Let me start, Mike, and you can chime in. But I would say over the last 18 months or so we've been suggesting that generic inflation was moderating. I know you've heard that before.

When we get into 2016, I think Q2 of 2016 was probably a little steeper than we expected and then Q3 was maybe even a little bit more steeper than that and even slightly deflationary. I think an important thing to keep in mind is that definitionally we probably, when you look across the industry, competitors, etc., we probably measure that differently. We have 4,000 items within our generics portfolio today.

When we think about measuring this, we don't include items that have been launched in the last year. We do a weighted average of that with some items going up, some items going down, and when you look at all of that, puts and takes around that determining whether or not there was net inflation or deflation.

That said, I still think, to George's point, generics are an incredibly important piece for us and continue, even in a deflationary environment, to offer growth. And a lot of it gets to what George said. We have huge demographic shifts coming. You've got the 10,000 people per day that are turning age 65, going into Medicare.

The demand for these products is going to be high. You do have new launches coming in, albeit maybe a little bit less year over year and we have great opportunities with our customers today, existing customers who today are buying direct to take those generics then through the distributor model. We always have the opportunity to drive new business as well.

Then I think the anchor of our generics program is really Red Oak sourcing and the position that it gives to us. So we continue to feel very, very good about our generics programs and our ability to drive value in the market.

Mike Kaufmann: The only thing I would add is back in our Q3 call, when I gave a little color in my prepared remarks and then in the Q&A. In the generic area two things were headwinds is what we said back then would be in generic: pricing we would expect to be headwind in 2017 versus 2016, as well as generic launches, back at the end of Q3. Again, we are continuing to look at that and we will give you more color when we come out.

Our insight at that time said that those two would be headwinds. Then Red Oak would still be a tailwind for us in the generic area and that what we were seeing was in that mid-single-digit area of deflation, what we were seeing in late Q3. And that that would be something that, again, we would take a look at, but might anticipate going forward.

But, again, we will put all those headwinds and tailwinds together when we come out with guidance and give you some color. But back in my Q3 remarks, that's what I talked about on those.

George Barrett: Again, just to drill down a little bit more on that, on the inflation/deflation, because again this is -- you've probably heard it enough so that it's sticking but it's not always intuitive. We describe inflation, which is an aggregate, basically a blended number, of almost 4,000 SKUs, each its own market. The vast majority of those --

call it, just to pick a number, 3,500 of those -- are in a relatively predictable state of slow price decline. That's the normal pattern and it has been for decades.

Just they are older, they are mature, more entrants; many with low entry barriers some of these products and they just deflate. Then you have several hundred products, and that can be 200 products, it could be 350 products, that have actually been moving the needle. Where we've seen -- and the reason a year ago, or more than a year ago, we said we expected to see a moderating price dynamic is it was historically a relatively larger number of products going up and the rates of that increase were a little higher. And so we are getting this net inflation.

We said that just -- we didn't -- it wasn't like we had a perfect crystal ball. We just said that seems a little bit a historical anomaly and it's likely to sort of return to a different pattern. We were a little early on that call. In Q1 actually it didn't -- we expected it to happen a little earlier. It didn't and, as Jon said, as we got into Q2 and Q3 we began to see that happen.

This is -- for those of you have been around for a long time, this is sort of -- we have seen these patterns before. I don't know if I can call it cyclical, because it's not classically cyclical, but there are sort of these waves to it. And so we did take some time in Q3 and I know for some it didn't make you happy, but I think we felt it was important to describe the conditions of the market as we saw them. And basically those are the conditions that we saw.

And relatively fewer launches. We thought that was important to highlight as we were trying to describe it. It's so hard to model. Those of you who know me know that I've been on the other side of this. Even sitting in that seat it's hard to model generics.

But, again, a key point is that it is really in a relatively small part of that back end where you see the movement that tends to cause the aggregate number to be inflationary or deflationary. I think a lot of the difference in language that you may hear from our peer group -- we all operate in the same environment. It just has probably to do with the way we measure it and the way we capture the numbers, but by and large, I assume we all …

Jon Giacomin:  Probably a little bit to do with mix. Based on customer mix drives really sort of your generic, underlying generics.

CardinalHealth
Essential to care™

George Barrett:  Right, and a few tactics as it relates to how you purchase, right? So we can come back to that if you want.

Audience Member:  Just one follow-up on Mike's comments. You are talking in your fiscal third quarter about mid-single digits, right? Is that what you've seen to date in the June quarter in terms of pricing behavior?

Mike Kaufmann:  I can't update the fourth quarter at this point in time, but that's what we mentioned back then as what we were seeing in the third quarter and what we said we probably expected when we said guidance for the full year and for fourth quarter. But I don't want to update that assumption at this point in time.

Audience Member:  Manoj Garg, Healthco. I have a few on Red Oak.

One, can you overview a little of how it mechanistically works? The reason I'm asking, I was a little surprised to see CVS's purchases through McKesson up significantly for the most recent fiscal year.

Two, what kind of margin improvement have you seen with the joint venture versus standalone? And then lastly, George, what kind of impact on pricing, if any, are you expecting from your old shop, Teva, tying up with the Allergan generics?

George Barrett:  Let me start with the second. This is just trying to -- this is like Jedi. Start with the second, but then go to Mike and then maybe I will try to -- I can't speak for Teva, but I'll just give observations about this sort of environment.

But we won't -- the second is easy because we are not comfortable giving, here is what we used to buy and here is what we buy at. So that differential with the improvement from Red Oak is not something that I would disclose, so that part I can answer for you. Maybe Mike will talk a little bit at the mechanics, which I think are useful. Or Jon, one of you guys.

Then what I will do is I will come back and maybe give some observations about the manufacturer or -- any of us can. We're all living in that world.

**CardinalHealth**
*Essential to care™*

Jon Giacomin:  I guess relative to Red Oak and the mechanics, if you recall it's a 50/50 JV and each organization -- think of it as mostly a contracting organization, so they are out working with manufacturers and contracting the combined volume of both CVS and Cardinal Health.

Relative to the supply chains, though, each organization maintains its own supply chain. We have our own inventory management and operations folks who deal day in and day out with the manufacturer, managing and replenishing our inventories throughout our supply chain. And so does CVS. So CVS continues to do all of that.

I am not quite certain what you could be referencing relative to McKesson's purchases or CVS's purchases through McKesson, but I would just venture to guess that it might be related to some of the acquisitions that CVS Health has completed relative to Omnicare, relative to Target. That would be driving a lot of that. But I think, as we have heard CVS Health say publicly, any and all generics that would be applicable would be contracted through Red Oak sourcing. So all of that has essentially moved over.

Mike Kaufmann:  The way it would've worked before is, for instance, on Omnicare, McKesson would have sourced the generics and the brand for them. When it moved to CVS, McKesson kept the branded product, but the generics are being sourced by -- CVS's own warehouses cut the POs, but Red Oak does 100% of the negotiating.

So if Red Oak had 10,000 total units between Cardinal and CVS prior to Omnicare and that added another 1,000 units, now they're just negotiating for 11,000 units. So they negotiate the price, the terms and conditions, and then they just communicate that to the two buying departments.

When I say buying, it's really just cutting the POs, as Jon described. There's no negotiating of price or terms and conditions. That's all 100% done by Red Oak. They just communicate, hey, Cardinal, we have switched from Mylan to Teva. You're now going to pay $10 a bottle, start cutting your POs to Teva, and we start cutting POs to Teva at that point in time.

So they work very independently in the sense there is a Board -- I serve on the Board -- and there's three from each company as it's a 50/50 JV, but they work independently to negotiate price and terms and conditions.

CardinalHealth
Essential to care™

George Barrett:  Going back to your question, as a percentage of -- as a growth, remember the revenue phenomenon associated with the branded distribution is going to be more noteworthy.

Does that answer your question? Good. Oh, I didn't get to the last part; I'm sorry. Let me try on consolidation. This is for all of us really, I think. So I won't speak about Teva specifically. Consolidation is not a new phenomenon in the generic industry. We have lived it for a long time.

It's very interesting; you see consolidation and you see continued new entrants. It's a very interesting industry structure. If you look at it, you have a relatively small number of players with a pretty good-sized aggregate share and then a really large flow of new entrants always excited about trying to enter this huge US market.

So the consolidation is something with which we are familiar, but I'd say it sort of cuts both ways. There are going to be opportunities where a company -- they have a commanding position on a given product and essentially in that negotiation they may have a little bit more power at that moment on that product.

But there are -- also, when you get bigger, you need market share movements that move the needle for you. And our ability, through Red Oak sourcing, to commit substantial volume is attractive to a large player, so that big-to-big phenomenon can be valuable.

Our goal in our relationship with Red Oak as it relates to manufacturers is to create value for both sides. And so that opportunity exists because we can move between our business and CVS business significant market share and that's valuable to a company that's getting larger.

Audience Member:  One last follow-up. You mentioned 10% of the product, actually about 10% of the product actually move the needle on the generic side. Do they have any level of commonality in terms of they tend to be of a particular formulation type or is there any commonality amongst those?

George Barrett:  Yes, that's really a hard one to answer. Again, there are two answers and then the third one is hard to answer, but there are two patterns you might see.

One would be products that are reasonably newly launched and where the flow of new entrants is gradual. Fair enough? There's probably a third bucket. Second would be a product that has extremely high entry barriers,

something in the technology that makes it very difficult: an inhaler, something that -- a very complex, sustained-release drug that has formulation complexity or raw material complexity.

And the last might be a product that is just sort of at its late stage. It has been mature for a really long time and it's gone through this long decline. People have exited this system and the product is starting to come back up because there are fewer market entrants there.

Audience Member:  So I think the genesis of what when we ask these generic questions everyone's trying to get to you on a multiyear basis is, George, what would need to happen? I'm not asking on a 2017 basis, but let's fast-forward three or five years from now. What would need to happen if we sat in the same room and we were having a conversation for it to be that your generic profitability were not higher in that period or was only moderately higher in that period than where it was today?

Because I think what we are trying to all figure out is the messaging around this inflation/deflation is very confusing and so how to extrapolate that to a financial model in the context of a business of your size. Very difficult, but I think all of us understand generics are clearly a key part of the business. So if we think about the key variables, other than inflation, how do we sort of mix that all together to think about what else would need to happen outside of just inflation for that to be so?

Or if inflation returned to kind of its historical moderate deflationary period and we had the aging population and you gain share, is the picture really that different than what would've assumed maybe three years ago versus this odd period where we had sort of extra normal profits for some time during inflation?

George Barrett:  It's a really good question. I think we will sort of tag team this if that's okay, Mike and Jon? So let's start with the pricing phenomenon. You touched on something important.

This is a familiar pricing environment that we described. Actually, the period of I don't know how long it lasted, 24 months or whatever, was a little bit more abnormal but we've seen this. If I got back over my 30 years of doing this, we have seen these fluctuations.

So what are some of the moving parts? The key fundamental here is the process or the difference between our acquisition cost and our selling price. It's critical for us, over a sustained period of time, to continue to improve

efficiency, reduce our acquisition cost, and then compete at the market, however that market exists. That's where again the Red Oak sourcing venture does create real value for us, because it puts us in a position to manage acquisition cost very effectively. So that is a very large driver.

We described some of the drivers which have to do with demographics, public health. I think benefit design is a little less a phenomenon in pharma than it is in the medical world because Med Part D is pretty well-established and the system is relatively stable. So whereas in the medical world we've seen a lot of fluctuations designed with -- sort of associated with benefit design, I think there's less of it actually in the pharma world. I don't know if you guys agree.

So other issues that we watch for are competitive dynamics around any given product, and this is the hard part. Every product is its own competitive market, so we could have a market that is relatively below the radar for you but that actually move the needle for us because the competitive dynamics of that market are such.

You have the behavior of customers. How are they sourcing products? How are they sourcing products? Are they continuing to believe that it's an effective way to buy directly or actually do they realize they are subscaled now and that it's more effective to buy through a partner?

The flow of new products out of FDA is another factor to watch for.

Audience Member: Is that good or bad?

George Barrett: It's sort of cuts both ways.

Mike Kaufmann: If you can improve your costing better than your competitors can and you maintain some sell price in the marketplace, more competitors can drive higher margin rates. If you get so many and the market price comes down, then maybe you go the other way. So it absolutely cuts both ways.

Jon Giacomin: I think, Ross, you said it's confusing and I think it's because there's a lot of variables, whether it's consolidation going on with manufacturers, whether it's API shortages, whether it's a regulatory environment where there's more scrutiny on manufacturers. They have to raise the bar in their manufacturing operations; some

do, some don't. Some come back to the market; some exit the market. There's a host of different variables and levers that go on within this which make it very challenging to project well into the future.

But it's a very dynamic market, I guess I would say.

Mike Kaufmann: I guess the only thing maybe just to finish this off is I really think about three big drivers of the whole generic bucket. You've got launches from a year-over-year standpoint, launches your net inflation or deflation and your penetration/market share driven by existing and new customers.

To your question over any three- or five-year period I think, as George has said well, launches tends to be wavy and probably over any longer period of time you're going to have years where it's better than the prior year and years where it's worse than the prior year. And each year we are probably going to be a factor that we're going to have to tell you what our opinion is on that year and whether it's better than the prior year or not, but I don't see that it's ever going to be consistently going up or going down. I think it will be wavy.

I think inflation and deflation will tend to be wavy. I think most years it's probably going to be more net deflation than inflation, as we've talked about, but again there are going to be years where we can see that go up. It's a little less -- not a little; it's a lot less predictable than launches where we can give you more probably accurate type of thoughts when we get towards providing guidance each year.

Then the last is that penetration and share of wallet where you are able to penetrate existing customers and win new ones. For us, I think because we sit in a really good position, both from a costing and our ability to service customers effectively, I think that is something that I hope to see as a steady increase for us in both cases with new customers. So it's hard to actually tell you in any -- over a long period exactly what it's going to do, but I think those are the three factors that we will try to give you insights to each year on how we think it's going to drive our numbers.

George Barrett: Again, I think partly what we did in Q3 is just provide some short-term insight as to what we were seeing, which was inflation/deflation, providing some insight there, a little bit of thought on the flow of new products into the market, and actually the approval rate coming out of FDA. For us, those were noteworthy, short-term characteristics. I wouldn't describe those as tailwinds, those are more challenging.

But again, over the longer cycle we have some things going for us here, but that's what we've been trying to describe, Ross. We -- in generics, you model as best you can until you do some risk adjustment, as we do, and then hope you've got your hands around the moving parts. It's always the most challenging part of our business to model, in many ways.

Audience Member: Now that the three big purchasing entities, there's been some time and the models have kind of I guess defined themselves pretty clearly, does your view on global purchasing scale versus North American purchasing scale -- has that changed? Where do we sit versus history?

George Barrett: I'm going to try on this one -- and I'll try to do without poking anyone. I'll just give you -- just is observational.

It's not -- we started down this path with a view that the aggregation of demand was a beneficial thing; scale was valuable and that's something that could create value for our shareholders. Our ideal way of doing that was in a collaboration with CVS, if we could have picked any way of doing that, and that's we have been able to achieve.

There are opportunities on a global basis, but they present challenges. And so, for us, again for us, it has not been the highest priority and the reason it presents challenges is that you have multiple different models throughout, let's call it -- let's start with Europe.

Europe is not a single model, so in some cases it actually looks somewhat similar to the US model, in which case opportunity for synergy is probably the greatest. In some cases, the manufacturer negotiates directly with either a national insurer or a semi-state-managed insurer through a tender and the distribution partner is not moving market share. It is the logistics manager. And then you have all these in between different versions of that.

In some cases it still looks like a branded generic model where you actually have to go out and sell. You have salespeople actually out pushing the product. The US has a very efficient system partly driven by that J code, by that AB rating system.

So for us, as we look at Europe -- again that's not to say this will be our view forever, but as we look at the opportunity to create value from generics globally that the complexity was very high, the synergy was a little bit

more limited. It existed, but more limited, because what we want to be able to say to the manufacturer -- this is really, really important and again Jon lives it and drives and Mike is on the Board of it.

We wanted to say to the manufacturer, when we commit to you 1,000 pieces, we will move 1,000 pieces. And by the way, you are going to negotiate with one player. There is going to be one set of terms and conditions. We're going to be completely transparent, there's not going to be all these other fees. You're not going to be negotiating in multiple markets. You're going to negotiate with one player, one set of conditions.

And we thought -- again, from my perspective, having sat in the other seat -- that that would be valuable. Maybe that answers it.

Again, that is not a state of permanence. That is what I would describe today and in the short term and there's nothing driving a very different perspective today than I had on this six months ago or 12 months ago. I don't know if you guys want to add anything to that at all.

Mike Kaufmann: I would totally agree. The only other thing I would add is you also see different formulations outside the US. Their packaging is different, the formulations can be slightly different, so the same players don't necessarily compete globally.

And I think that's why we also had a focus of a set of -- feeling like we had to align with only the players who could bring you global. We also believe there's a lot of small and midsized players that are very effective in the US with great quality, great ability to supply. They may have limited SKUs that we can also work with in order to keep that competitive environment going for us in the US in order to keep our costs as low as possible.

Because that's our everyday focus at Red Oak is just get the lowest cost and then we will figure out as a business how to price effectively as high as we possibly can, take into account all the things that our customers need from us and reimbursement and all that. But just go cost really, really -- get a great cost.

Audience Member: George, can you --? I think you've been very complementary about Red Oak and moving things as quickly as possible and talking about the immense talent that you've acquired and created there.



As we look forward, is it more about finding additional ways to lever that platform, or is it you've gone through the heavy lifting and now you can slim it down and get more leverage out of it? What are kind of the --? How does it progress from here?

George Barrett: Let me try -- I don't think slimming it down is really -- it's not a very fat organization. I mean Red Oak is incredibly -- I'm going to say incredibly talented and it's a pretty lean organization.

I think we still see great opportunity in the generic space and that is the priority for Red Oak for sure. We also, though, now know that we've got a model that I think the two partners believe in, and so we will continue to explore ways -- without again providing any other color, we will explore ways to take advantage of that model and that construct and that capability.

But I don't think this is one of those plays where we say, look, we got it up to here; now we can slim down. It's not big enough to even -- in terms of headcount that's not the goal at all. In fact, I'd be happy -- the capabilities creates so much value I think for both of us that that's more the priority.

Jon Giacomin: Not to mention I think the generic market -- one thing we were just talking about -- is quite dynamic. So thinking that we've reached some point in time and it's going to be static from here out, I would find hard to believe.

George Barrett: I want to make sure we leave some time. Because we have a hard stop at 1, I want to make sure that we get some time with Joe, but let's take a few more here and then we'll --.

Jon Giacomin: Maybe if we have a specialty question.

Audience Member: I don't have that. I do have a slightly different question on generics, really more towards the margins on generics. Just to frame it for a second, obviously we had this big generic inflation cycle over the past couple of years on generics. Now we're seemingly heading back to deflation.

I think no matter where we are on the industry on the generic pricing cycles, I think we are all in the investment community sort of trained to think that the gross margins that distributors make on generics will stay pretty steady through these cycles.

CardinalHealth
Essential to care™

So I guess the question is really should we generally assume that your generic gross margins will still hold pretty steady, let's say, over the next three years, whatever the cycle is going to be? Or is there any directional comment you can make that your gross margin on generics may still expand from here or compress? I just want to get some color around the margins on generics as we ebb and flow through these cycles.

Mike Kaufmann: Gross margins, if you're talking about gross margin percentage, I would think yes, you can probably continue to maintain or expand that. And then depending again -- the dollars I think are going to be impacted by the amount of launches, your penetration, Red Oak's ability to expand those margins and so you have those other components.

But even if you think about it in a deflating environment, if you are able to keep your dollars the same, theoretically your margin rates have gone up. If your dollars are the same on a lower cost situation, you can have higher margin rates. So I do think from a rate standpoint.

But all those other factors are each year I think is going to be a different answer that we are going to have to give you color to. And obviously, we will do that in a month or two when we come out with some guidance for next year.

George Barrett: This is more just a reminder to everybody. We do -- we source incredibly efficiently. We've got really talented analytics teams that price, but we are also very conscious of our customers and where they are.

And so I've said this to you before: we can capture value and our customers can suddenly get caught in a squeeze where reimbursement is not following the market quickly. We need to be there for them, so we are going to always be a company that has an eye on where our customers are. I think it's just really important just as a reminder all the time that they have to be able to compete and thrive in their environment and we will make sure that we are sensitive to it. Just as a qualifier.

Audience Member: I have a different question, but it's probably equally ambiguous. Just on the political front, given the election cycle, we've got on one party sort of a wildcard; on the other party sort of tough talk on government Medicare pricing, negotiating pricing, which could be the beginning of some overflow into the commercial segment.

Could you help us just think through what the scenarios could look like and how you envision it in your business and how you guys discuss it as you guys talk through it in your meetings?

George Barrett: Look, there's no question that -- particularly drug pricing, healthcare costs but drug pricing have been just this huge subject and it's -- on the short term I don't see it will get less noisy. This is part of the political narrative.

Let's talk generics. I think generics have had -- there's been a little bit of attention on the rate. Again, this is not as an apologist for anybody; I'm not trying -- but the reality on a lot of the big increase percentages on generic drugs, if the product was at $0.06 and it has gone to $0.14 but the brand is at $0.96. I just don't believe that on generics we are going to see a systemic change.

Yes, the regulators are talking about some of the deals and what is competitive and what's not, and you will see some changes there. But generally speaking, if you'll look at the total cost of generics versus the percentage of scripts, it's still a huge value-add into the system in terms of a system trying to contain costs.

Branded side is a little bit more complex. Here's what I'd say. Obviously, some of the really expensive drugs have gotten a lot of attention. Ironically, the rate of increase on those drugs tends to be smaller as a percent. It's just the dollars are big. So when we look at the inflation of the more expensive drug, the tens of thousands or up, those rates of inflation have actually been more moderate than on some of the smaller drugs.

It's hard to say how this plays out in the long term. I think there's no question that companies have to be thoughtful about this in this environment. We have seen, and Mike again qualify -- inflation rates and I there's what we said there in the Q3 call in the branded side that is high single digits to low double digits. It's probably been in the lower band of that. I would say some companies are probably using more caution right now.

But again, primarily when we look at our branded basket, the way we measure branded, these are not typically the products that are $50,000. They are products that are $2,400 a year, so that area will probably -- I think is going to behave fairly typically.

So I think, in the big sense, it's hard to predict what the outcome is. The noise around this stuff will be very high. I think it will stay that way through the election cycle. The public is pretty worked up about it, understandably, and it will stay as a relevant subject.

But addressing it is a complicated story, as you guys know. How do you value the drug that seems incredibly expensive and yet cures Hep C? How do you value that and over what period of time?

So we just -- we have tried to stay very close to that discussion. I think from our standpoint, as a company, what we do in service for pharmaceutical companies -- we measure every company with whom we do business. We measure every SKU, every cube, every storage requirement, every logistics pattern to the market, and we know what it would take to do that in the absence of us. And we price below that. That is basically what we say we are the most efficient way for you to get this product into a patient's hands.

And so for us no matter how that model tweaks a little bit, that's going to be our value proposition, which is we can do this more efficiently than any other way to do that. So I think it is still going to be a noisy subject.

It's hard to know what that comes out of in policy standpoint, because right now again we are in the middle of all this rhetoric making this -- even the question of Medicare negotiating directly, you talk to economists on both sides of the aisle and they will say that probably doesn't have any impact. Because essentially you still have a company in a certain position of exclusivity, essentially, negotiating with somebody.

It's hard to know how that plays out. We just sort of stick to our approach to how do we create value. If there is some shifting around to the business model, which over some period time we could see, we will capture the value that we think we deserve for doing this really important work. And that's the way we will approach it.

I don't think it gives you a very good answer, but I expect it to still be a very highly-polarizing subject and plenty of discussion and rhetoric around it.

Mike Kaufmann:  The only thing I would add to that is -- I agree with George on the generics. It's hard for me to imagine price controls of some type on generics. When it's a deflating item how can you not allow someone who has deflated so much to not adjust their pricing based on the market demands?

On brand, don't forget the fact is over 80% of our fees are non-contingent to inflation. So even if it did go into some significant price control that significantly reduced the ability of brand companies to raise price, over 80% of our fees are non-contingent to that inflation anyway and so it would have little impact on us on at least 80% of our margins on that. Just keep that in mind too as you are going through it.

Jon Giacomin:  And I think many of these generics are already sourced through -- you've got many entities that are already doing these Part D plans and managed care already and they are some of the biggest sourcers of generics now. So to George's earlier point, I'm not sure there's going to be a lot more value relative to some of that.

Sally Curley:  I'm just going to keep us on time. We've got about five minutes left, so get your questions in.

Audience Member: Evan Stover, Baird. I think one of the things -- I'm going to ask on traditional brand for a change and not on generics here. I think one of the things that a lot of investors love about inflation in that space is you're paid on list price. It's very stable over time; it's been remarkably stable.

But is Cardinal or any other distributor really going to be able to capture gross profit dollars to the same extent when you see widening gross to net spreads? I guess is the question. Is that model really going to be sustainable long term, or are your brand manufacturers going to come back to you with different margin profiles on those drugs over time? Because realistically net pricing in the industry is low to mid-single digits.

George Barrett: It's an interesting question. This goes back to the comment I made earlier. The mechanism by which we get paid today is primarily almost like a miniature royalty on the selling price, but essentially it's a certain amount of basis points or dollars.

However we are going to create that value, however that model occurs, we are still going to fight for that value with our branded partners in order to do that for them more efficiently than they can do that themselves. Whether we get paid off our list or -- so is it possible that over time we will see changes to the model?

Possible. The question for us is how do we capture value for doing the work that we are doing? You can capture off the gross margin rate. You can capture off the revenue line. We can do that on a pure fee basis, but one way or the other we are doing what we do incredibly efficiently relative to an alternative and will want to be compensated for that.

So regardless -- does that make sense? I think that is sort of where we take some comfort that we are not living high off the hog on some artificial dynamic. And if that's what happens, as you know, when there's inflation we have to often sort of net back.

So I think the basics of what we do on the pharmaceutical distribution I think are pretty robust and the way we create value is pretty straightforward. It's the mechanism of payment models that could over time could start to see some --.

Jon Giacomin: I think it's about getting compensated really for the value we provide versus the manufacturers' margin rates and taking some portion of that. So to George's point, we provide all those supply chain services from their point of distribution all the way through the provider and the last-mile services and a number of things that go and wraparound that. So it's not specific to that, but it's more about the value creation and delivering our services.

George Barrett: Somebody ask Joe a question.

Audience Member: I'll maybe try it. Question just around the long-term market formation of biosimilars in the US and then just how you see your opportunity evolving over the next decade to capitalize on that.

Joe DePinto: Great question. We are very early in the biosimilar era. And it's interesting; as you look at the biosimilars, if you've seen one biosimilar, you've seen one biosimilar. They will act differently depending on how many will enter into a market and what market they will enter.

So it will be something -- and we believe that many of them will need some of those services that we were talking about to support them and that's a key component. We are positioned well on the specialty side there with our hub services that we provide through our acquisition of Sonexus and the technology that goes along with it, especially with prior authorizations and making sure that we are doing all the reimbursement work as these manufacturers launch in this space.

And at this point in time still watching closely what the government is doing around reimbursement as well. Understanding the interchangeability, or lack of interchangeability, as it exists at this point in time and what those differences in reimbursement codes will be from the initial product that is launched that is a branded product in the market that will have a specific J code versus products that a biosimilar will have that same J code.

So there's a lot of differences; it's still evolving. It's an exciting time in this space and one that, as Cardinal Health -- on the specialty side, because of our vast distribution systems, both on the hospital side as well as the clinic



side, we think we're well-positioned. But more importantly, on the services side we can bring significant value to those manufacturers.

George Barrett: We really do think each product is going to be its own market, therapeutic area. What are the services required? What does that patient population look like? What are their special needs? How big are they? Is there substitution? Those will dictate the way a product flows into the system and actually where in our business.

For example, if it was AB rated and likely going to some retail setting, it's very likely to come through our Red Oak sourcing. If it's not, it's likely to be in our Specialty group.

Audience Member: You talked about mix of customers earlier, so in a timeframe where we're seeing some generic deflation, can you maybe expand a bit more on what you mean by mix? Like where would you see potentially either more or less, I guess, favorable impact from it, a deflationary environment? Is this like size of customers, like retail chains, or independents?

Jon Giacomin:  I think what I was referring to, Dave, was really around when you look at customers and sort of what they buy -- let's assume everybody buys branded generics predominantly with some OTC products.

If you think about those customers, some have the ability to, say, take generics direct. They will go contract those and they will source those directly. In many cases, we might find ourselves in a backup role. In other instances, customers are buying everything from us.

And so what I was referring to is, generally speaking, what might change -- I think I was making that comment relative to inflation, deflation, and how you might think about that -- is the mix of those customers and what percentage of those things that they are buying from us? You might be more heavily weighted in products where, say, a mail-order customer is buying generics from you and they are buying more chronic type of generics from you. That would influence how you would calculate or impact your calculation around inflation/deflation. That's what I was referring to.

Audience Member: Given that ABC's largest customer is Walgreens, do you think there's a more unfavorable impact to ABC in a deflationary environment than it would be to Cardinal?

Jon Giacomin:  That's really hard to say.  Probably not one we're going to answer, so thanks.

Sally Curley:  We're going to take two more questions and then we're going to turn over to George to wrap up and end it.

Audience Member: George, you said that you measure all the deliverables to manufacturers, so you really know kind of what you need to be paid or what you think is fair. Very different deliverables on specialty side versus solid orals, so can you talk a little bit about what are those deliverables that you're providing to manufacturers on specialty drugs? And what is that revenue model? How are you being paid for it and how is that revenue model evolving?

Joe DePinto:  The revenue model to the manufacturers on the services side is very different, obviously, than the distribution side, and those deliverables are shaping up nicely as we continue to build scale on our services or upstream manufacturer services side of our business.

When you think about what we have been able to amass here at Cardinal on the specialty side, we like to think of ourselves as being able to provide end-to-end services for the biopharmaceutical companies as they look at optimizing their brands. Everything, as I think George or John stated earlier, about regulatory science consulting as they prepare to bring their products to market with the regulatory authorities, providing the writing and preparation for their files, as well as consulting, all the way through some of the work we do in reimbursement assistance programs, hub services, adherence and compliance programs.

So we continue to add those services at a very different margin level than you would in the typical provider distribution. It's a combination of you have to be in the space for that specific specialty from a distribution side to be relevant upstream with the manufacturer. So they want to make sure that you are active there and we are very active across many different specialties.

That gives us the opportunity to go to those manufacturers who play in those specialties with our host of services and be able to provide them that end-to-end consultative services, as well as deliverables, that will vary anywhere from prior authorization help in our e-hub and our technology play with our patient-centric hub at Sonexus, all the way through to some of the stuff we do on our 3PL, where we do order to cash and some of the technology work we do with them on their billing. So we've been able to provide that support to large biopharm and small biotechs.

CardinalHealth

*Essential to care™*

George Barrett: Again, the model on most of that is a fee for that service. It's payment for the actual substantive work that we are doing there.

Mike Kaufmann:  We still get the same -- we still get the base fees, like we do in PD, for the pick, pack, and ship and forecasting and all that. So that same next-best alternative modeling that George talked about that we do in PD, we do the same thing in specialty and have those for the base. So you have that. Then you have on top of it all the services that Joe talked about, too.

Final question over here?

Audience Member: Thanks, I guess, for making me final. Kristen Stewart, Deutsche Bank.

Just wondering from a capital allocation and M&A perspective, how do you guys think about just deploying capital? And I guess from the medical side, it seems like you're making a shift there obviously to higher-margin business. How do you think about, from a medical device industry which has clearly been really consolidating, competing against them longer term since they are building a lot of scale and really focusing more on the service line perspective?

You've obviously made a lot of great acquisitions looking more on the solution side and really being more dedicated on making hospitals become more focused on efficient management. But really how do you plan on differentiating against a lot of these medical device companies with really a lot of strength in service lines? And I have one other follow-up.

George Barrett: So let me start with the very basics. I think our general view of having some kind of balance to our capital deployment is important. We really do believe that having a dividend that's noteworthy is an important feature for us.

We invest heavily in technologies that improve our efficiency internally. A lot of our IT investments really are about our ability to work across the enterprise the most efficient way, capturing data on every -- not every customer, but now really doing patient-related data as it relates to things like naviHealth. So we will continue to invest in infrastructure.

CardinalHealth

*Essential to care™*

I've talked about repurchase as a tool in the arsenal. Acquisitions are really about driving our strategy and so people have asked us it seems like you're doing more in M than in P. Actually the reality is we are going to take it where the opportunity is to drive value, given what we do and what our core strengths are. You find me another Kinray tomorrow, we are all in. It's about finding the right opportunity in the right moment.

As it relates to the medical side and the med device, there is going to be plenty of opportunity. I think we have, as Don defined it, been a pretty early and thoughtful mover about what that's going to look like and it's not all about the device. It's about the episode of care.

We will actually be able to compete effectively and partner effectively with companies out there today. I think we are already differentiating ourselves in some ways. I think we are building tools that are going to be extremely valuable, either for us alone or us in partnership with folks, and so I think we're actually well-positioned on this side of it.

Again, I think we're going to find in medical devices, where there's limited clinical differentiation, the key differentiation is going to be in this ability to help a provider, or whoever's paying for it, manage an episode of care at high quality, low cost, and safely. So I think that's at the heart of it.

We will continue to be thoughtful about capital deployment. There are times where we won't deploy capital and we can create a partnership, CVS Health and Red Oak was a great example. So we will try to be disciplined stewards of your capital.

Mike Kaufmann:  I was just going to say to your question on the medical, competing in medical, I think Don described it well earlier around we already are an incredibly large medical device or Med/Surg distribution company. Where I think we will be able to compete very effectively in that space against all the other consolidation is the fact that we are already so broad.

Don mentioned the 360 program. We can out-bundle anybody today, in our opinion, with what we have because we don't have to bundle just one piece. We can bundle, as we said, post-acute, pharma, services, products, so I think we have a multitude of ways to compete very effectively in that space. And it's why I think you will continue to see us deploy capital strategically and culturally and the price is right in the med space.

George Barrett: Again, I think around acquisition it will always be not just is the opportunity attractive intellectually, meaning you can identify a growth dynamic, but A) are we an advantaged donor? And can we execute?

It has to pass those three hurdles, other than the obvious financial hurdles, for us to say we are going to go there. But where we can do, we will and we won't be shy about that.

Audience Member: Is the strategy to continue to have your own products and continue to distribute alongside that?

George Barrett: We will have our own products and we are very likely to be working with other partners, as Don described in Europe on a drug-eluting stent, to fill out the bag in cardiovascular.

So why don't I just wrap us up, if I could, just with this? It's an incredible time in healthcare; you guys know that. We are in a system going through a lot of changes. We will see pressures to do more coordination, more integration, more action out of the acute-care centers.

The hospitals are actually going to be for sick people and many more -- much more of the care will be treated in a post-acute setting and, in many cases, at home. We will see more consumerism. We will see focus on data and evidence-based medicine more and more.

And I think we're going to see more breakthrough drugs, I really do. You know what the pipelines look like and I think they are going to be surprising to all of us. And we even see that in our own research being done here in the community.

We're going to see more partnerships. I think we are probably going to see companies that have made moves in the last couple of years that as they grow value, as their portfolio has gone forward saying, I don't know, maybe everything that I acquired doesn't completely fit. And we will see some more shifting around landscape.

For us, we will continue to focus on making sure we are the best in class and largest in generics. Very important for us. Our specialty business will continue to try to leverage capability, grow that ability to serve both the downstream and upstream, especially at a time where there's more innovation happening in pharmaceuticals than we've seen in many years.

We will continue to follow the continuum of care outside of that acute-care settings and all the way to the home. Manage -- helping to manage post-acute. Providing services to hospitals and health systems that are navigating these very tricky dynamics.

Leveraging our international footprint. We didn't talk about that much today but we are beginning, as Don said, to stand up businesses around the world, particularly on the product side. And I wouldn't mind selling every consumable we have in every market, so we will look at that opportunity.

In general, a really highly-motivated organization here at Cardinal Health that internalizes our work in a very deep sense. Everybody here knows why we are here. It's not just about creating value for shareholders. That's a critical dynamic for us, but we know that we are here to serve patients who're at the end of everything we do.

So I think we have a really deep connection to the work that we do and why we do it and a very disciplined approach to serving you guys and being the stewards of your support.

Thank you all for being here. We appreciated the great questions and look forward to talking with you going forward. Thanks, everybody.

# EXHIBIT 44

# Welcome

Cardinal Health, Inc. Dublin Day
June 17, 2016



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Healthcare is changing…
# We're changing healthcare.

**<u>Speakers</u>**

George Barrett
Chairman and CEO

Mike Kaufmann
Chief Financial Officer

Don Casey
CEO, Medical Segment

Jon Giacomin
CEO, Pharmaceutical Segment

Clay Richards
CEO, naviHealth

Sally Curley
SVP, Investor Relations



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the frequency or rate of pharmaceutical price appreciation or deflation and the timing of generic and branded pharmaceutical introductions; the ability to continue to achieve and maintain the benefits from the generic sourcing venture with CVS Health and from the acquisitions of Cordis and The Harvard Drug Group; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform, including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of June 17, 2016. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement. In addition, this presentation may contain Non-GAAP financial measures. Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.



2   © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**For those tasked with navigating the complexities of healthcare…**

Cardinal Health brings **scaled solutions** that **help our customers thrive** in a changing world.

# Agenda

| Time | Topics | Speakers |
|---|---|---|
| 10:00 AM – 10:15 AM | Welcome & agenda overview | *Sally Curley* |
| | Introductory comments | George Barrett |
| 10:15 AM – 11:00 AM | Brief overview of Medical initiatives | *Don Casey* |
| | Intro to naviHealth followed by Q&A | *Clay Richards* |
| 11:00 AM – 11:45 AM | Medical segment Q&A | *Don Casey* |
| 11:45 AM – 12:00 PM | *Break for lunch (note that we will pause the webcast)* | |
| 12:00 PM – 1:00 PM | Pharmaceutical segment Q&A | *Jon Giacomin* |
| | Capital deployment and other Q&A | *Mike Kaufmann* |
| 1:00 PM | *Adjourn* | |



4  © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# naviHealth enables health plans, health systems and health care providers to better manage post-acute care



| | |
|---|---|
| **>15** | years of experience managing post-acute care (PAC) |
| **>1.5M** | Medicare Advantage and ACO lives under management for PAC |
| **50K** | annual episodes under management in CMS's BPCI program |
| **>1K** | acute hospitals touched by naviHealth services |
| **10K** | PAC facilities touched by naviHealth services |



# Post-Acute Care is costly <u>and</u> difficult to manage

*Half the total medical expense of an episode of care occurs post-discharge, yet post-acute care is often one of the least-managed, least-understood areas of spend*

## Post-Acute Care is Expensive…

**Average cost of episode of care[1,2]**



~$25k

Readmits 14%

Post-Acute 36%

Acute 50%

Post-Acute Spend by Setting

**Episode Cost**

~$9k

Other 14%
LTCH 5%
IRF 11%
HH 14%
SNF 57%

**Post-Acute Spend**

**~50% of the cost of an episode of care occurs post-discharge**

## …and Often Poorly Managed

### Lack of Clinical Standardization

*"Post-acute care accounts for 73% of total variance in Medicare spending per beneficiary."* **– Institute of Medicine Report, July 2013**

### Misalignment of Incentives

*"In 2002 nursing homes gave ultrahigh therapy to 7% of patients…in 2013, they billed 54% as ultrahigh."* **– Wall Street Journal, August 2015**

### Poor Coordination at Discharge

*"Readmissions from SNF are common… and expensive… and a large portion are preventable."* **– RTI on behalf of CMS, March 2015**

1. *SOURCE: naviHealth experience managing >500,000 episodes of care per year; data for Medicare population*
2. ***LTCH**: "Long Term Acute Care"; **IRF**: "Inpatient Rehab Facility"; **SNF**: "Skilled Nursing Facility"; **HH**: "Home Health"*



# naviHealth addresses the key challenges providers face in managing PAC as part of value-based care

## Key Challenges in Discharge Planning

 Managing quality and costs across the continuum without visibility into and control of what happens post-discharge

 Standardizing transition workflows and collaborating with downstream providers without the technology or infrastructure to facilitate the process

 Identifying high-risk patients and making informed clinical decisions with limited data and analytics

 Monitoring patient progress across the continuum and intervening when necessary without people to manage the process



# naviHealth offers comprehensive PAC solutions to enable success in value-based care for both payors and providers



## Technology Solutions

Proprietary decision support and care transitions software for PAC connectivity and optimization



## Insights & Analytics

Strategic and operational insights to drive outcomes



## Managed Services

Outsourced and/or end-to-end PAC management services enabling capitation and risk-sharing

**CONNECT**　　　　**OPTIMIZE**　　　　**MANAGE**



## Advisory & Support

Dedicated onboarding staff, experienced clinicians and trainers, and committed customer support specialists and account managers.



# naviHealth's footprint spans the country and cover a significant potion of total hospital discharges nationally



● Post-acute care customers   ● Acute care customers   ▪ 20+ Clinical Service areas

# A unique set of tools to address needs in a changing environment

| Goals | Results: Better Outcomes, Lower Cost |
|---|---|

**Goals**

Optimize Post-acute Care Placement & Utilization

Reduce Readmissions

Adhere to CMS Conditions of Participation

Reduce Acute LOS

Enhance Staff Productivity

**Results: Better Outcomes, Lower Cost**

*Significant increase* in patient functional recoveries

*Double-digit (%) decline* in readmissions

*Double-digit (%) decline* in post-acute medical expense

*>90% member satisfaction*



# Agenda

| Time | Topics | Speakers |
|---|---|---|
| 10:00 AM – 10:15 AM | Welcome & agenda overview | *Sally Curley* |
| | Introductory comments | George Barrett |
| 10:15 AM – 11:00 AM | Brief overview of Medical initiatives | *Don Casey* |
| | Intro to naviHealth followed by Q&A | *Clay Richards* |
| 11:00 AM – 11:45 AM | Medical segment Q&A | *Don Casey* |
| 11:45 AM – 12:00 PM | *Break for lunch (note that we will pause the webcast)* | |
| 12:00 PM – 1:00 PM | Pharmaceutical segment Q&A | *Jon Giacomin* |
| | Capital deployment and other Q&A | *Mike Kaufmann* |
| 1:00 PM | *Adjourn* | |

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# EXHIBIT 45

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## Form 8-K

### Current Report

**Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 2, 2016**

# Cardinal Health, Inc.

(Exact name of registrant as specified in its charter)

| **Ohio** | **1-11373** | **31-0958666** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**7000 Cardinal Place, Dublin, Ohio 43017**

(Address of principal executive offices) (Zip Code)

**(614) 757-5000**

(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions ( see General Instructions A.2. below):

☐ Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

## Item 2.02: Results of Operations and Financial Condition

On August 2, 2016 , Cardinal Health, Inc. (the "Company") issued a news release announcing its results for the quarter and fiscal year ended June 30, 2016 . A copy of the news release is included as Exhibit 99.1 to this report.

## Item 7.01: Regulation FD Disclosure

During a conference call scheduled to be held at 8:00 a.m. Eastern time on August 2, 2016 , the Company's Chairman and Chief Executive Officer and Chief Financial Officer will discuss the Company's results for the quarter and fiscal year ended June 30, 2016 and outlook for the fiscal year ending June 30, 2017 . The slide presentation for the conference call will be available at ir.cardinalhealth.com . An audio replay of the conference call also will be available at ir.cardinalhealth.com .

## Item 9.01: Financial Statements and Exhibits

(d) Exhibits

| Exhibit Number | Exhibit Description |
| --- | --- |
| 99.1 | News release issued by the Company on August 2, 2016 announcing fourth quarter and fiscal year results. |

2

# Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Cardinal Health, Inc.**

(Registrant)

Date: August 2, 2016        By:   /s/ Stuart G. Laws

Stuart G. Laws

Senior Vice President and Chief Accounting Officer

3

# Exhibit Index

**Exhibit
Number** | **Exhibit Description**

99.1 | News release issued by the Company on August 2, 2016 announcing fourth quarter and fiscal year results.

4

Exhibit 99.1



**FOR IMMEDIATE RELEASE**

| Media: | Ellen Barry | Investors: | Sally Curley |
|---|---|---|---|
| | (614) 553-3858 | | (614) 757-7115 |
| | ellen.barry@cardinalhealth.com | | sally.curley@cardinalhealth.com |

# CARDINAL HEALTH REPORTS Q4 AND FISCAL 2016 RESULTS, PROVIDES FISCAL 2017 OUTLOOK

- **Fourth-quarter revenue increases 14 percent to $31.4 billion ; full-year revenue increases 19 percent to a record $121.5 billion**
- **Fourth-quarter GAAP [1] operating earnings increase 11 percent to $620 million , and non-GAAP operating earnings increase 5 percent to $643 million**
- **Full-year GAAP operating earnings increase 14 percent to $2.5 billion , and non-GAAP operating earnings increase 17 percent to $2.9 billion**

**DUBLIN, Ohio, Aug. 2, 2016** - Cardinal Health today reported fourth-quarter fiscal year 2016 revenues of $31.4 billion , an increase of 14 percent from the fourth quarter last year, and fiscal 2016 revenues of $121.5 billion , an increase of 19 percent from the same period last year.

For the quarter, the company reported growth in GAAP operating earnings of 11 percent to $620 million and in non-GAAP operating earnings of 5 percent to $643 million . GAAP operating earnings for fiscal year 2016 were $2.5 billion , an increase of 14 percent , and non-GAAP operating earnings for the fiscal year were $2.9 billion , an increase of 17 percent from the prior fiscal year.

For the quarter, GAAP diluted earnings per share from continuing operations [2] (EPS) increased 16 percent to $1.02 , while non-GAAP diluted EPS increased 14 percent to $1.14 . GAAP diluted EPS for fiscal year 2016 increased 20 percent to $4.32 , and non-GAAP diluted EPS increased 20 percent to $5.24 .

"We finished fiscal 2016 having generated the highest revenues, the largest GAAP and non-GAAP operating earnings, and the greatest operating cash flow in our company's history. Our teams worked incredibly hard this past year while never losing sight of the ultimate goal - serving patients and their families," said George Barrett, chairman and CEO of Cardinal Health, Inc. "The Cardinal Health team is well-positioned to adapt, innovate and lead during a time of great change in the healthcare industry."

## Q4 and Fiscal Year Summary

| | | Q4 FY16 | | Q4 FY15 | Y/Y | | FY16 | | FY15 | Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ | **31.4 billion** | $ | 27.5 billion | 14% | $ | **121.5 billion** | $ | 102.5 billion | 19% |
| GAAP Operating Earnings | $ | **620 million** | $ | 558 million | 11% | $ | **2,459 million** | $ | 2,161 million | 14% |
| Non-GAAP Operating Earnings | $ | **643 million** | $ | 611 million | 5% | $ | **2,895 million** | $ | 2,472 million | 17% |
| GAAP Earnings from Continuing Operations [2] | $ | **333 million** | $ | 293 million | 14% | $ | **1,427 million** | $ | 1,212 million | 18% |
| Non-GAAP Earnings from Continuing Operations [2] | $ | **372 million** | $ | 333 million | 12% | $ | **1,732 million** | $ | 1,469 million | 18% |
| GAAP Diluted EPS from Continuing Operations [2] | $ | **1.02** | $ | 0.88 | 16% | $ | **4.32** | $ | 3.61 | 20% |
| Non-GAAP Diluted EPS from Continuing Operations [2] | $ | **1.14** | $ | 1.00 | 14% | $ | **5.24** | $ | 4.38 | 20% |

## SEGMENT RESULTS

### *Pharmaceutical Segment*

Fourth-quarter revenue for the Pharmaceutical segment increased 14 percent to $28.2 billion due to growth from existing and net new Pharmaceutical Distribution customers and, to a lesser extent, performance from the Specialty business. Segment profit for the quarter increased 1 percent to $542 million due to contributions from acquisitions, largely offset by the loss of a large customer contract, which expired on March 31, 2016.

For the full year, revenue for the Pharmaceutical segment increased 20 percent to $109.1 billion , and segment profit increased 19 percent to $2.5 billion .

| | | Q4 FY16 | | Q4 FY15 | Y/Y | | FY16 | | FY15 | Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ | **28.2 billion** | $ | 24.7 billion | 14% | $ | **109.1 billion** | $ | 91.1 billion | 20% |
| Segment Profit | $ | **542 million** | $ | 535 million | 1% | $ | **2.5 billion** | $ | 2.1 billion | 19% |

**Cardinal Health**
**Page 2**

*Medical Segment*
Fourth-quarter revenue for the Medical segment increased 12 percent to $3.2 billion primarily due to contributions from acquisitions, and, to a lesser extent, growth from Cardinal Health Brand products. Segment profit increased 19 percent to $122 million due to contributions from acquisitions and Cardinal Health Brand products.

Full-year revenue for the Medical segment increased 9 percent to $12.4 billion , and segment profit increased 6 percent to $457 million .

| | Q4 FY16 | | Q4 FY15 | | Y/Y | FY16 | | FY15 | | Y/Y |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ | 3.2 billion | $ | 2.9 billion | 12% | $ | 12.4 billion | $ | 11.4 billion | 9% |
| Segment Profit | $ | 122 million | $ | 103 million | 19% | $ | 457 million | $ | 433 million | 6% |

## OUTLOOK

The company does not provide GAAP EPS outlook, because it is unable to reliably forecast most of the items that are excluded from GAAP EPS to calculate non-GAAP EPS. These items could cause EPS to differ materially from non-GAAP EPS. See "Use of Non-GAAP Measures" following the attached schedules for additional explanation.

The company's fiscal year 2017 guidance range for non-GAAP diluted EPS from continuing operations is $5.48 to $5.73, representing growth of approximately 5 to 9 percent from the prior year.

Cardinal Health typically does not provide quarterly earnings guidance. However, the company expects a year-over-year decline in its non-GAAP earnings per share for the first-quarter of fiscal year 2017 in the high-single- to low-double-digit-percent range. This expectation is largely due to an anticipated first-quarter decline in Pharmaceutical segment profit in a percentage range from the high teens to low twenties with full-year Pharmaceutical segment profit expected to be essentially flat to fiscal year 2016.

The expected first-quarter fiscal 2017 Pharmaceutical segment decline is largely based upon two factors: 1) less year-over-year incremental contribution from its generics program; and 2) a previously mentioned Pharmaceutical Distribution large customer loss, the impacts of which will continue through the third-quarter of fiscal year 2017.

More details can be found on the accompanying earnings presentation slides as well as on the company's conference call.

## SELECTED YEAR-END AND RECENT HIGHLIGHTS
• Increased quarterly dividend by 16 percent to $0.4489 per share, or $1.80 on an annualized basis, and authorized new share repurchase program
• Appointed Pamela O. Kimmet Chief Human Resources Officer following the retirement of Carole Watkins
• Committed nearly $2 million in multi-year patient safety grants to help improve the effectiveness, efficiency and excellence of patient care
• Announced distribution agreement with Biosensors enabling Cordis to sell Biosensors' coronary stent portfolio in select countries in Europe, the Middle East, Africa, Australia and New Zealand
• Convened 26th annual Retail Business Conference, presenting a record-setting 9,300 attendees with the industry's largest lineup of continuing education opportunities, buying opportunities, and access to a broad array of Cardinal Health solutions to help diversify and improve their businesses
• Demonstrated Cardinal Health's commitment to the community by:
  ◦ Recognizing the essential contributions of medical laboratory professionals to patient care with the Cardinal Health urEssential Award
  ◦ Donating 11 million yen to Save the Children Japan to assist with restoration efforts for those families affected by the earthquakes earlier this year
  ◦ Contributing more than $85,000 in cash and health care products to aid those affected by the wildfires in Fort McMurray, Alberta, Canada

## AWARDS AND RECOGNITIONS

Over the past year, Cardinal Health was recognized for the company's culture and its commitment to diversity and sustainability. These accolades include:

• Named on the 2016 " World's Most Admired Companies " list by *Fortune*
• Designated a 2016 Top Green Company in the U.S. by *Newsweek*
• Named to the Human Rights Campaign (HRC) "Best Places to Work for LGBT Equality" for fourth consecutive year based on ratings in HRC's 2016 Corporate Equality Index
• Included in Becker's Healthcare 150 Great Places to Work in Healthcare 2016 listing

**Cardinal Health**
**Page 3**

- Named among the 2016 Best Companies for Leaders by *Chief Executive*
- Included in the Dow Jones Sustainability North American Company Index for the 10th year in a row

## CONFERENCE CALL

Cardinal Health will host a webcast and conference call today at **8 a.m.** Eastern to discuss fourth-quarter and full-year fiscal 2016 financial results and its future outlook. To access the call and corresponding slide presentation, go to the Investor Relations page at ir.cardinalhealth.com . Alternatively, participants can call 719-325-2100 and use conference ID 5956345.

There is no pre-registration for the call. Participants are advised to dial into the call at least 10 minutes prior to the start time.

Presentation slides and a webcast replay will be available on the Cardinal Health website at ir.cardinalhealth.com until Aug. 1, 2017.

## UPCOMING WEBCASTED INVESTOR EVENTS

- Morgan Stanley Global Healthcare Conference on Sept. 14 at 9:20 a.m. Eastern in New York

## About Cardinal Health

Cardinal Health, Inc. (NYSE: CAH), is a global integrated healthcare services and products company, providing customized solutions for hospital systems, pharmacies, ambulatory surgery centers, clinical laboratories and physician offices worldwide. The company provides clinically proven medical products and pharmaceuticals and cost-effective solutions that enhance supply chain efficiency. Cardinal Health connects patients, providers, payers, pharmacists and manufacturers for integrated care coordination and better patient management. Backed by nearly 100 years of experience, with more than 37,000 employees in nearly 60 countries, Cardinal Health ranks among the top 25 on the *Fortune* 500. For more information, visit cardinalhealth.com , follow @CardinalHealth on Twitter and connect on LinkedIn at linkedin.com/company/cardinal-health .

[1] GAAP refers to U.S. generally accepted accounting principles. This news release includes GAAP financial measures as well as non-GAAP financial measures, which are financial measures not calculated in accordance with GAAP. See "Use of non-GAAP Measures" following the attached schedules for definitions of the non-GAAP financial measures presented in this news release, and see the attached schedules for reconciliations of the differences between the non-GAAP financial measures and their most directly comparable GAAP financial measures.

[2] Attributable to Cardinal Health, Inc.

Cardinal Health uses its website as a channel of distribution for material company information. Important information, including news releases, financial information, earnings and analyst presentations, and information about upcoming presentations and events is routinely posted and accessible on the Investor Relations page at ir.cardinalhealth.com . In addition, the website allows investors and other interested persons to sign up automatically to receive e-mail alerts when the company posts news releases, SEC filings and certain other information on its website.

## Cautions Concerning Forward-Looking Statements

This news release contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the amount or rate of pharmaceutical price appreciation or deflation and the timing of and benefit from generic pharmaceutical introductions; the ability to maintain the benefits from the generic sourcing venture with CVS Health; our ability to successfully integrate and realize the benefits from our acquisition of Cordis; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This news release reflects management's views as of Aug. 2, 2016 . Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.

<div align="right"><b><u>Schedule 1</u></b></div>

<div align="center"><b>Cardinal Health, Inc. and Subsidiaries</b><br/><b>Condensed Consolidated Statements of Earnings (Unaudited)</b></div>

| (in millions, except per common share amounts) | | Fourth Quarter | | | |
|---|---|---|---|---|---|
| | | 2016 | | 2015 | % Change |
| Revenue | $ | 31,384 | $ | 27,547 | 14% |
| Cost of products sold | | 29,719 | | 26,089 | 14% |
| Gross margin | | 1,665 | | 1,458 | 14% |
| | | | | | |
| **Operating expenses:** | | | | | |
| Distribution, selling, general, and administrative expenses | | 970 | | 847 | 15% |
| Restructuring and employee severance | | 6 | | 11 | N.M. |
| Amortization and other acquisition-related costs | | 132 | | 91 | N.M. |
| Impairments and (gain)/loss on disposal of assets | | 3 | | — | N.M. |
| Litigation (recoveries)/charges, net | | (66) | | (49) | N.M. |
| Operating earnings | | 620 | | 558 | 11% |
| | | | | | |
| Other (income)/expense, net | | — | | (1) | N.M. |
| Interest expense, net | | 44 | | 36 | 22% |
| Earnings from continuing operations before income taxes | | 576 | | 523 | 10% |
| | | | | | |
| Provision for income taxes | | 241 | | 230 | 5% |
| Earnings from continuing operations | | 335 | | 293 | 14% |
| | | | | | |
| Earnings from discontinued operations, net of tax | | — | | 2 | N.M. |
| Net earnings | | 335 | | 295 | 14% |
| | | | | | |
| Less: Net earnings attributable to noncontrolling interests | | (2) | | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ | 333 | $ | 295 | 13% |
| | | | | | |
| **Basic earnings per common share attributable to Cardinal Health, Inc.:** | | | | | |
| Continuing operations | $ | 1.03 | $ | 0.89 | 16% |
| Discontinued operations | | — | | — | N.M. |
| **Net basic earnings per common share attributable to Cardinal Health, Inc.** | $ | 1.03 | $ | 0.89 | 16% |
| | | | | | |
| **Diluted earnings per common share attributable to Cardinal Health, Inc.:** | | | | | |
| Continuing operations | $ | 1.02 | $ | 0.88 | 16% |
| Discontinued operations | | — | | — | N.M. |
| **Net diluted earnings per common share attributable to Cardinal Health, Inc.** | $ | 1.02 | $ | 0.88 | 16% |
| | | | | | |
| **Weighted-average number of common shares outstanding:** | | | | | |
| Basic | | 324 | | 330 | |
| Diluted | | 327 | | 333 | |

**Schedule 2**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Earnings (Unaudited)**

| (in millions, except per common share amounts) | | Fiscal year 2016 | | 2015 | % Change |
|---|---|---|---|---|---|
| Revenue | $ | 121,546 | $ | 102,531 | 19% |
| Cost of products sold | | 115,003 | | 96,819 | 19% |
| Gross margin | | 6,543 | | 5,712 | 15% |
| | | | | | |
| **Operating expenses:** | | | | | |
| Distribution, selling, general, and administrative expenses | | 3,648 | | 3,240 | 13% |
| Restructuring and employee severance | | 25 | | 44 | N.M. |
| Amortization and other acquisition-related costs | | 459 | | 281 | N.M. |
| Impairments and (gain)/loss on disposal of assets | | 21 | | (19) | N.M. |
| Litigation (recoveries)/charges, net | | (69) | | 5 | N.M. |
| Operating earnings | | 2,459 | | 2,161 | 14% |
| | | | | | |
| Other (income)/expense, net | | 5 | | (7) | N.M. |
| Interest expense, net | | 178 | | 141 | 26% |
| Loss on extinguishment of debt | | — | | 60 | N.M. |
| Earnings from continuing operations before income taxes | | 2,276 | | 1,967 | 16% |
| | | | | | |
| Provision for income taxes | | 845 | | 755 | 12% |
| Earnings from continuing operations | | 1,431 | | 1,212 | 18% |
| | | | | | |
| Earnings from discontinued operations, net of tax | | — | | 3 | N.M. |
| Net earnings | | 1,431 | | 1,215 | 18% |
| | | | | | |
| Less: Net earnings attributable to noncontrolling interests | | (4) | | — | N.M. |
| **Net earnings attributable to Cardinal Health, Inc.** | $ | 1,427 | $ | 1,215 | 18% |
| | | | | | |
| **Basic earnings per common share attributable to Cardinal Health, Inc.:** | | | | | |
| Continuing operations | $ | 4.36 | $ | 3.65 | 19% |
| Discontinued operations | | — | | 0.01 | N.M. |
| **Net basic earnings per common share attributable to Cardinal Health, Inc.** | $ | 4.36 | $ | 3.66 | 19% |
| | | | | | |
| **Diluted earnings per common share attributable to Cardinal Health, Inc.:** | | | | | |
| Continuing operations | $ | 4.32 | $ | 3.61 | 20% |
| Discontinued operations | | — | | 0.01 | N.M. |
| **Net diluted earnings per common share attributable to Cardinal Health, Inc.** | $ | 4.32 | $ | 3.62 | 19% |
| | | | | | |
| **Weighted-average number of common shares outstanding:** | | | | | |
| Basic | | 327 | | 332 | |
| Diluted | | 330 | | 335 | |

**Schedule 3**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Balance Sheets (Unaudited)**

| | | June 30 | | |
|---|---|---|---|---|
| (in millions) | | **2016** | | 2015 |
| **Assets** | | | | |
| **Current assets:** | | | | |
| Cash and equivalents | $ | **2,356** | $ | 4,616 |
| Trade receivables, net | | **7,405** | | 6,523 |
| Inventories, net | | **10,615** | | 9,211 |
| Prepaid expenses and other | | **1,580** | | 1,402 |
| Total current assets | | **21,956** | | 21,752 |
| | | | | |
| Property and equipment, net | | **1,796** | | 1,506 |
| Goodwill and other intangibles, net | | **9,426** | | 6,018 |
| Other assets | | **944** | | 866 |
| **Total assets** | $ | **34,122** | $ | 30,142 |
| | | | | |
| **Liabilities, Redeemable Noncontrolling Interests, and Shareholders' Equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | **17,306** | $ | 14,368 |
| Current portion of long-term obligations and other short-term borrowings | | **587** | | 281 |
| Other accrued liabilities | | **1,808** | | 2,594 |
| Total current liabilities | | **19,701** | | 17,243 |
| | | | | |
| Long-term obligations, less current portion | | **4,952** | | 5,211 |
| Deferred income taxes and other liabilities | | **2,781** | | 1,432 |
| | | | | |
| Redeemable noncontrolling interests | | **117** | | — |
| | | | | |
| Total Cardinal Health, Inc. shareholders' equity | | **6,554** | | 6,256 |
| Noncontrolling interests | | **17** | | — |
| Total shareholders' equity | | **6,571** | | 6,256 |
| **Total liabilities, redeemable noncontrolling interests, and shareholders' equity** | $ | **34,122** | $ | 30,142 |

**Schedule 4**

**Cardinal Health, Inc. and Subsidiaries**
**Condensed Consolidated Statements of Cash Flows (Unaudited)**

| (in millions) | Fourth Quarter 2016 | Fourth Quarter 2015 | Fiscal year 2016 | Fiscal year 2015 |
|---|---|---|---|---|
| **Cash flows from operating activities:** | | | | |
| Net earnings | $ 335 | $ 295 | $ 1,431 | $ 1,215 |
| Earnings from discontinued operations, net of tax | — | (2) | — | (3) |
| Net earnings from continuing operations | $ 335 | $ 293 | $ 1,431 | $ 1,212 |
| | | | | |
| Adjustments to reconcile earnings from continuing operations to net cash provided by operating activities: | | | | |
| Depreciation and amortization | 176 | 115 | 641 | 451 |
| Loss on extinguishment of debt | — | — | — | 60 |
| Gain on sale of other investments | — | — | — | (5) |
| Impairments and (gain)/loss on disposal of assets, net | 4 | — | 21 | (19) |
| Share-based compensation | 29 | 30 | 111 | 110 |
| Provision for deferred income taxes | 87 | 219 | 87 | 219 |
| Provision for bad debts | 22 | 10 | 73 | 52 |
| Change in fair value of contingent consideration obligation | — | 8 | (16) | 8 |
| Change in operating assets and liabilities, net of effects from acquisitions: | | | | |
| Increase in trade receivables | (145) | (152) | (866) | (870) |
| Decrease/(increase) in inventories | 278 | 71 | (1,179) | (779) |
| Increase/(decrease) in accounts payable | (24) | 291 | 2,815 | 1,948 |
| Other accrued liabilities and operating items, net | (121) | (17) | (147) | 153 |
| Net cash provided by operating activities | 641 | 868 | 2,971 | 2,540 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of subsidiaries, net of cash acquired | (231) | (184) | (3,614) | (503) |
| Additions to property and equipment | (181) | (161) | (465) | (300) |
| Purchase of available-for-sale securities and other investments | (50) | (208) | (200) | (342) |
| Proceeds from sale of available-for-sale securities and other investments | 37 | 77 | 136 | 206 |
| Proceeds from maturities of available-for-sale securities | 13 | 13 | 50 | 37 |
| Proceeds from divestitures and disposal of property and equipment and held for sale assets | 13 | — | 13 | 53 |
| Net cash used in investing activities | (399) | (463) | (4,080) | (849) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Payment of contingent consideration obligation | (2) | (4) | (25) | (7) |
| Net change in short-term borrowings | (8) | (3) | 26 | (12) |
| Net purchase of noncontrolling interests | — | — | (10) | — |
| Reduction of long-term obligations | (1) | — | (6) | (1,221) |
| Proceeds from long-term obligations, net of issuance costs | — | 1,490 | — | 2,672 |
| Net proceeds/(tax withholdings) from share-based compensation | 9 | 13 | 6 | 72 |
| Excess tax benefits/(deficits) from share-based compensation | — | (4) | 33 | 52 |
| Dividends on common shares | (126) | (114) | (512) | (460) |
| Purchase of treasury shares | (351) | (350) | (651) | (1,036) |
| Net cash provided by/(used in) financing activities | (479) | 1,028 | (1,139) | 60 |
| | | | | |
| Effect of exchange rate changes on cash and equivalents | (5) | — | (12) | — |
| | | | | |
| Net increase/(decrease) in cash and equivalents | (242) | 1,433 | (2,260) | 1,751 |
| Cash and equivalents at beginning of period | 2,598 | 3,183 | 4,616 | 2,865 |
| **Cash and equivalents at end of period** | $ 2,356 | $ 4,616 | $ 2,356 | $ 4,616 |

**Schedule 5**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Fourth Quarter | | | (in millions) | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **28,177** | $ 24,676 | Amount | $ | **3,210** | $ 2,855 |
| Growth rate | | **14%** | 23% | Growth rate | | **12%** | 2% |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **542** | $ 535 | Amount | $ | **122** | $ 103 |
| Growth rate | | **1%** | 42% | Growth rate | | **19%** | 7% |
| Segment profit margin | | **1.93%** | 2.17% | Segment profit margin | | **3.81%** | 3.59% |

Total consolidated revenue for the three months ended June 30, 2016 was $31,384 million , which included total segment revenue of $31,387 million and Corporate revenue of $(3) million . Total consolidated revenue for the three months ended June 30, 2015 was $27,547 million , which included total segment revenue of $27,531 million and Corporate revenue of $16 million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended June 30, 2016 were $620 million , which included total segment profit of $664 million and Corporate costs of $(44) million . Total consolidated operating earnings for the three months ended June 30, 2015 were $558 million , which included total segment profit of $638 million and Corporate costs of $(80) million . Corporate includes, among other things, LIFO (charges)/credits, restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net, and certain investment spending that are not allocated to the segments.

**Schedule 6**

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Fiscal year | | | (in millions) | Fiscal year | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **109,131** | $ 91,116 | Amount | $ | **12,430** | $ 11,395 |
| Growth rate | | **20%** | 14% | Growth rate | | **9%** | 4 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **2,488** | $ 2,094 | Amount | $ | **457** | $ 433 |
| Growth rate | | **19%** | 20% | Growth rate [1] | | **6%** | (3)% |
| Segment profit margin | | **2.28%** | 2.30% | Segment profit margin | | **3.68%** | 3.80 % |

[1] Segment profit includes a $43 million impact from the roll-out of the inventory fair value step up related to the Cordis acquisition for the fiscal year ended June 30, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit growth would have been 15 percent for the fiscal year ended June 30, 2016.

Total consolidated revenue for the fiscal year ended June 30, 2016 was $121,546 million , which included total segment revenue of $121,561 million and Corporate revenue of $(15) million . Total consolidated revenue for the fiscal year ended June 30, 2015 was $102,531 million , which included total segment revenue of $102,511 million and Corporate revenue of $20 million . Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the fiscal year ended June 30, 2016 were $2,459 million , which included total segment profit of $2,945 million and Corporate costs of $(486) million . Total consolidated operating earnings for the fiscal year ended June 30, 2015 were $2,161 million , which included total segment profit of $2,527 million and Corporate costs of $(366) million . Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and certain investment spending that are not allocated to the segments.

**Schedule 7**

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation [1]**

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings [2] Before Income Taxes | Provision for Income Taxes | Net Earnings from Continuing Operations [3] | Net Earnings from Continuing Operations [3] Growth Rate | Diluted EPS [3] | Diluted EPS [3] Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fourth Quarter 2016** | | | | | |
| **GAAP** | $ 1,665 | 14% | $ 620 | 11% | $ 576 | $ 241 | $ 333 | 14% | $ 1.02 | 16% |
| LIFO charges/(credits) | (51) | | (51) | | (51) | (20) | (31) | | (0.10) | |
| Restructuring and employee severance | — | | 6 | | 6 | 2 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | — | | 132 | | 132 | 28 | 104 | | 0.32 | |
| Impairments and (gain)/loss on disposal of assets | — | | 3 | | 3 | — | 3 | | 0.01 | |
| Litigation (recoveries)/charges, net | — | | (66) | | (66) | (25) | (41) | | (0.13) | |
| **Non-GAAP** | $ 1,614 | 11% | $ 643 | 5% | $ 599 | $ 226 | $ 372 | 12% | $ 1.14 | 14% |
| | | | | | **Fourth Quarter 2015** | | | | | |
| GAAP | $ 1,458 | 16% | $ 558 | 44% | $ 523 | $ 230 | $ 293 | 25% | $ 0.88 | 29% |
| Restructuring and employee severance | — | | 11 | | 11 | 4 | 7 | | 0.02 | |
| Amortization and other acquisition-related costs | — | | 91 | | 91 | 31 | 60 | | 0.18 | |
| Impairments and (gain)/loss on disposal of assets | — | | — | | — | — | — | | — | |
| Litigation (recoveries)/charges, net | — | | (49) | | (49) | (22) | (27) | | (0.08) | |
| Non-GAAP | $ 1,458 | 16% | $ 611 | 33% | $ 577 | $ 243 | $ 333 | 17% | $ 1.00 | 20% |

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings [2] Before Income Taxes | Provision for Income Taxes | Net Earnings from Continuing Operations [3] | Net Earnings from Continuing Operations [3] Growth Rate | Diluted EPS [3] | Diluted EPS [3] Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fiscal Year 2016** | | | | | |
| **GAAP** | $ 6,543 | 15% | $ 2,459 | 14% | $ 2,276 | $ 845 | $ 1,427 | 18% | $ 4.32 | 20% |
| LIFO charges/(credits) | — | | — | | — | — | — | | — | |
| Restructuring and employee severance | — | | 25 | | 25 | 9 | 16 | | 0.05 | |
| Amortization and other acquisition-related costs | — | | 459 | | 459 | 143 | 316 | | 0.96 | |
| Impairments and (gain)/loss on disposal of assets | — | | 21 | | 21 | 6 | 15 | | 0.04 | |
| Litigation (recoveries)/charges, net | — | | (69) | | (69) | (27) | (42) | | (0.13) | |
| **Non-GAAP** | $ 6,543 | 15% | $ 2,895 | 17% | $ 2,711 | $ 976 | $ 1,732 | 18% | $ 5.24 | 20% |
| | | | | | **Fiscal Year 2015** | | | | | |
| GAAP | $ 5,712 | 11% | $ 2,161 | 15% | $ 1,967 | $ 755 | $ 1,212 | 4% | $ 3.61 | 7% |
| Restructuring and employee severance | — | | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | — | | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and (gain)/loss on disposal of assets | — | | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | — | | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | — | | — | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 5,712 | 11% | $ 2,472 | 16% | $ 2,339 | $ 870 | $ 1,469 | 11% | $ 4.38 | 14% |

[1] For more information on these measures, refer to the Use of Non-GAAP Measures and Definitions schedules

[2] from continuing operations

[3] attributable to Cardinal Health, Inc.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**

<u>Use of Non-GAAP Measures</u>

This earnings release contains financial measures that are not calculated in accordance with U.S. generally accepted accounting principles ("GAAP"). In general, these measures exclude items and charges that (i) are not reflective of the day-to-day offering of our products and services and relate more to strategic, multi-year corporate actions, (ii) do not impact operating cash flows, (iii) relate to activities that may have occurred in prior or multiple periods, or (iv) facilitate comparability of our financial results to those of our peer group companies. In each case, the Company believes these items and charges may obscure analysis of trends and financial performance of its business.

Management uses these non-GAAP financial measures internally to evaluate the Company's performance, evaluate the balance sheet, engage in financial and operational planning and determine incentive compensation because it believes that these measures more accurately reflect the performance of the Company's underlying, ongoing business. Management provides these non-GAAP financial measures to investors as supplemental metrics to assist readers in assessing the effects of items and events on its financial and operating results on a year-over-year basis and in comparing the Company's performance to that of its competitors. However, the non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies.

The non-GAAP financial measures disclosed by the Company should not be considered a substitute for, or superior to, financial measures calculated in accordance with GAAP, and the financial results calculated in accordance with GAAP and reconciliations to those financial statements set forth above should be carefully evaluated.

<u>Exclusions from Non-GAAP</u>

The differences between the non-GAAP measures presented here and the most directly comparable GAAP measure are represented by the following items, which management believes are useful to exclude for its own and for investors' assessment of the business for the reasons identified below:

- <u>restructuring and employee severance costs</u>, which include charges for programs in which we fundamentally change our operations and are excluded because they are not part of the operations of our underlying business, which includes normal levels of reinvestment in the business;
- <u>amortization and other acquisition-related costs</u>, which the Company began excluding amortization costs in fiscal 2013 primarily for consistency with the presentation of the financial results of our peer group companies. Additionally, these non-cash amounts are variable in amount and frequency and are significantly impacted by the timing and size of acquisitions, so their exclusion allows for better comparison of forecasted, current and historical financial results. Other acquisition-related costs are excluded because they are directly related to an acquisition but do not meet the criteria to be recognized on the acquired entity's initial balance sheet as part of the purchase price allocation;
- <u>impairments and gains or loss on disposal of assets</u>, which are excluded because they do not occur in or reflect the ordinary course of the Company's business and their exclusion results in a metric that more meaningfully reflects the sustainability of our operating performance;
- <u>litigations recoveries or charges, net</u>, which also do not occur in or reflect the ordinary course of the Company's business and are inherently unpredictable in timing and amount;
- <u>LIFO charges and credits</u>, which the Company began excluding in fiscal 2015 because the factors that drive LIFO charges or credits such as pharmaceutical manufacturer price appreciation/deflation and year-end inventory levels (which can be meaningfully influenced by customer buying behavior immediately preceding our year-end), are largely out of the Company's control and cannot be accurately predicted. We also believe that exclusion of LIFO charges from non-GAAP metrics allows for better comparison of our financial results to our historical operations and to our peer group companies;
- <u>loss on extinguishment of debt</u>, which do not typically occur in the normal course of business and may obscure analysis of trends and financial performance. Additionally, the amount and frequency of these notable one-time charges is not consistent and is significantly impacted by the timing and size of debt financing transactions.

The tax effect for each of the non-GAAP items described above is determined using the tax rate and other tax attributes applicable to the item and the jurisdiction(s) in which the item is recorded. The gross, tax and net impact of each item are presented with our GAAP to non-GAAP reconciliations.

<u>Forward Looking Non-GAAP Measures</u>

In this earnings release, the Company presents its outlook for fiscal 2017 non-GAAP EPS. The Company does not provide EPS outlook, which is the most directly comparable GAAP measure to non-GAAP EPS, because changes in the items that the Company excludes from EPS to calculate non-GAAP EPS, described above, can be dependent on future events that are less capable of being controlled or reliably predicted by management and are not part of the Company's routine operating activities. Additionally, due to their unpredictability, management does not forecast many of the excluded items for internal use and therefore cannot create or rely on an EPS outlook.

The timing and amount of any of the excluded items could significantly impact the Company's fiscal 2017 EPS. Over the past five fiscal years, the excluded items have lowered the Company's EPS from $0.14 to $2.76, which includes a goodwill impairment charge of $2.32 per share related to our Nuclear Pharmacy Services division that we recognized in fiscal 2013.

**Cardinal Health, Inc. and Subsidiaries**

<u>Definitions</u>

**Non-GAAP gross margin** : gross margin excluding LIFO charges/(credits).

**Non-GAAP operating earnings** : operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) other spin off costs.

**Non-GAAP earnings from continuing operations before income taxes** : earnings from continuing operations before income taxes excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt.

**Non-GAAP net earnings from continuing operations attributable to Cardinal Health, Inc.** : net earnings attributable to Cardinal Health, Inc. excluding (1) earnings from discontinued operations (2) LIFO charges/(credits), (3) restructuring and employee severance, (4) amortization and other acquisition-related costs, (5) impairments and (gain)/loss on disposal of assets, (6) litigation (recoveries)/charges, net, (7) loss on extinguishment of debt, and (8) other spin off costs, each net of tax.

**Non-GAAP diluted EPS from continuing operations attributable to Cardinal Health, Inc. or "Non-GAAP diluted EPS"** : non-GAAP net earnings from continuing operations attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

# EXHIBIT 46



# Q4 FY16 Cardinal Health, Inc. Earnings Conference Call

**August 2, 2016 8:00AM Eastern**

Operator:  Please standby. We're about to begin. Good day and welcome to the Cardinal Health fourth-quarter fiscal year 2016 earnings conference call. Today's conference is being recorded. At this time I'd like to turn the conference over to Ms. Sally Curley. Please go ahead.


Sally Curley:  Thank you Ronald and welcome to Cardinal Health's fourth-quarter and fiscal year-end 2016 earnings call.

We have a lot to get through this morning including our fiscal 2017 outlook.  We also recognize that most of you have a very full earnings reporting day today, which is why we thought it would be helpful to move our call a little earlier this morning. Because we have limited time on the call, if we don't get to all of your questions, please feel free to reach out to us after the call ends.

Also today, we will be making forward-looking statements. The matters addressed in the statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected or implied.

Please refer to the SEC Filings and the forward-looking statement slide at the beginning of the presentation found on the investor page of our website for a description of risks and uncertainties.

In addition, we will reference non-GAAP financial measures. Information about these measures and reconciliations to GAAP are included at the end of the slides.

In terms of upcoming events, we will be webcasting our presentation at the Morgan Stanley Global Healthcare Conference on September 14th at 9:20 am Eastern in New York.

Today's press release and details for any webcasted events are, or will be, posted on the IR Section of our web site at cardinalhealth.com so please make sure to visit the site often for updated information.

We hope to see many of you in an upcoming event.

Now I'd like to turn the call over to our Chairman and CEO George Barrett. George?

George Barrett:  Thanks Sally. Good morning everyone and thanks to all of you for joining our fourth-quarter and end of the year call.

Healthcare is at an inflection point. The demands of an aging population, the challenges of public health and continued policy debates around cost, quality and access have significant implications for economies around the globe and families close to home. They require adaptive and meaningful action from our industry.

The simple truth is we are experiencing the most dynamic and rapid change in the history of healthcare. At Cardinal Health, we are acutely aware of the need to adapt, innovate and lead.  Our teams worked hard this past year integrating new product teams, building and acquiring additional capabilities and finding more efficient and effective ways to deliver real value, while never losing sight of the ultimate goal, serving patients and their families.

This was also a period in which I participated in the healthcare system in a very personal way. I lost both of my parents in these last 15 months. I had the opportunity to witness the technical skill, the dedication, and the compassion of caregivers, from physicians to hospice workers, as well as the extraordinary power of science. I also had the opportunity to see how complex our system remains. How disconnected the elements of care can be and how difficult it can be for a person to retain their dignity when they need it most.

Healthcare is, at its core, personal. This is what inspires all of us at Cardinal Health to do our work every day. Every priority we set, every strategic move that we make, we know that at the center of all of this is that patient - our mother or father, our sister or brother, our son or daughter, our friend.

As I highlight our Q4 and full-year performance and put the year in context, I will keep those patients at the forefront of our conversation.

Also, as I've done in years past at year end, I'll spend a few minutes providing some commentary on the big picture for our business and our future. And then I will turn it over to Mike who will go into further detail on the financials, our assumptions for the year ahead, and our long term aspirations.

We delivered a solid fourth-quarter, closing out an outstanding fiscal 2016 thanks to the incredible hard work of our integrated teams – from Medical, to Pharma, to Corporate.

First, revenue for the quarter was up 14% versus the prior year to $31 billion.  Second, we reported an increase of 5% versus the prior year in non-GAAP operating earnings of $643 million.  And third, we delivered an increase of 14% versus the prior year of non-GAAP diluted earnings per share of $1.14.

For the year, we delivered strong, impressive results in fiscal 2016 across the enterprise. Full-year revenues were up 19% versus the prior year to a record $121.5 billion. Non-GAAP operating earnings were up 17% versus the prior year to $2.9 billion, also a record.  And non-GAAP earnings per share was up 20% to $5.24.

I cannot say enough about the dedication, teamwork and commitment that our more than 37,000 people demonstrated this year. This record achievement is their milestone.

These results were indeed a true team effort – rooted in our culture of collaboration:  both the Pharmaceutical and Medical segments achieved meaningful, measurable growth while strengthening our overall competitive and strategic positioning.   That's a result of their disciplined and determined execution, delivering the highest levels of service to our customers, driving operating efficiencies, managing our rock-solid balance sheet, and integrating the operations of important acquisitions.

First, let's look at the strong year our Pharmaceutical segment had. Full-year revenue was up 20% versus fiscal 2015 to $109 billion. And we reported an increase of 19% versus the prior year in segment profit of $2.5 billion.

Jon Giacomin and his team spent this past year deepening their relationships with existing customers while welcoming new ones.  They successfully completed the integration of the Harvard Drug team, building on our first rate generics offering.

As for existing customers we grew our retail independent footprint over the course of the Fiscal year, increasing the number of customers we serve. Two weeks ago we hosted a record 9,300 attendees at our annual Retail Business Conference in Chicago, where independent pharmacists shared their unique insights about how they serve their communities… as well as the pressures they face.

As a result of this regular engagement, the Cardinal Health team has its finger on the pulse, driving meaningful relationships with our customers and working directly to help them be more efficient to drive the outcomes their patients deserve. This is how we operate, boots on the ground, understanding our customer's needs.

Throughout our Pharma business, you can see that our world-class supply tools provide patient-driven service offerings and help reduce cost, increase efficiency, and improve quality for providers and the patients they serve.

As an example, the Cardinal Health Pharmacy Network, which includes thousands of locally owned pharmacies as members, provides comprehensive services to monitor and elevate performance, improve adherence, and manage compliance and credentialing. Our pharmacies consistently rank among the highest in customer satisfaction, a testament to the fact that our offerings are helping our customers achieve their quality star ratings.

And of course, our first-rate generics program – strengthened by Red Oak Sourcing, our partnership with CVS Health – continues to be a source of value for our customers, their patients, and our shareholders.

For those who might question whether the entrepreneurial spirit is thriving in America, listening to these business leaders share their experiences about running a small business while working to make their communities stronger, serves as a powerful rebuttal to that narrative.

Specialty solutions also delivered an outstanding fiscal 2016. Building on its proven track record of growth, the business not only met, but exceeded the $8 billion revenue target we shared with you for fiscal 2016. Our specialty solutions group successfully completed the integration of Metro Medical which expands our ability to serve customers in some important therapeutic areas such as Rheumatology, Nephrology, and Oncology, now and well into the future.

We're continuing to add new biopharma tools and services to our portfolio, which positions us for strong, steady growth today and tomorrow. Our work in specialty links directly to the outcomes of major scientific breakthroughs coming from the pharmaceutical and biotech industries.

Our nuclear business has regained its footing. We've moved beyond radio-diagnostics and into radio-pharmaceuticals – exploring the potential for new life-saving treatments for cancer patients.

The way that we are working with Bayer on the Xofigo project, their treatment for prostate cancer, integrating manufacturing to dose compounding, is just one example of the cutting edge work that we're doing in the Nuclear segment.

To conclude on the Pharma segment, while the generics environment presents some near-term challenges for our pharmaceutical distribution business on a comparative basis, we feel extremely good about the way the entire segment has competed in 2016 and positive about our competitive positioning going forward.

Fiscal 2016 was a real tipping point for our Medical segment, producing exceptional results. Full-year revenue for the Medical segment was up 9% versus the prior year to $12.4 billion and we reported an increase of 6% versus FY15 in segment profit of $457 million. These results are a true testament to how we are working seamlessly and successfully with our provider and manufacturer partners as they seek to serve patients more efficiently with less waste, to aid in delivering safer, higher quality care.

Our OptiFreight and 3PL Services and our inventory management tools are delivering real and measurable results to our partners. And the considerable expansion of our Cardinal Health line of consumables drives both standardization and value. In just the last two years we've added over 2,600 products to help providers with greater standardization and to source more cost-effectively.

While healthcare systems continue to wrestle with evolving payment models moving from a fee-for-service model to one that is more value-based, Cardinal Health is providing products and services to help our customers manage these important changes.

Our physician preference item strategy allows us to integrate products and services that help our partners deliver care in a cost-effective and high quality manner for their patients.

Don Casey and his team did a tremendous job closing the Cordis acquisition on time and managing the integration into Cardinal Health with discipline and a focus on the patient. Our global cross-functional teams have been performing at a high level and we hit our integration and performance benchmarks.

To stay on the theme of evolving payment models, we can draw a straight line between these trends and our work in discharge management and post-acute care. Our solutions offered through naviHealth, RightCare, and Curaspan position us to help providers and payors manage the complex processes of discharge. With these tools, we can help direct patients to the optimal site of care, build the linkages to post-acute settings and through our At Home business, supply medical products to patients in their homes, improving their healthcare experience. These are important solutions as the population ages and the health system adapts.

While we are proud of the strong results we delivered in Fiscal 2016, we know that our healthcare system continues to undergo rapid transformation. And, we know what changes are necessary in this new environment.

First, care needs to be more coordinated, more efficient and centered around the patient. Second, a higher priority must be placed on delivering the right care at the right time using the right evidence-based protocols and standards, and in the right setting. Third, a greater focus must be placed on patient outcomes, not activity.

Lastly, and certainly not insignificantly, we are seeing daily the potential for science and technology to change the healthcare experience.

To highlight the significance and pace of change, just last week, CMS released another proposed mandatory bundled payment model for acute myocardial infarction, coronary artery bypass graft, and surgical hip-femur fracture treatment episodes in their Medicare population.

Similar to the now finalized rule around comprehensive joint replacement, acute care hospitals would bear financial risk for an episode of care from inpatient admission to 90 days post discharge.

Our work in physician preference items, where we can focus on an episode of care, across the continuum of care – from device to inventory management to discharge management to patient follow-up, all help providers compete in an environment in which they will increasingly be compensated around that episode of care.

The capabilities resident in naviHealth, RightCare and Curaspan all strengthen our ability to deliver real and measurable value at a time when providers are being asked to bear more risk.

While the initiatives coming out of CMS can create some challenges for providers, we see the goal of rewarding hospitals that work together with physicians and other providers to avoid complications, prevent hospital readmissions, and speed recovery as an important direction for the future of healthcare.

We have participated directly in bundles programs, and will continue to work very closely with providers and payors, as well as CMS, to do our part to best serve patients.

As we position Cardinal Health for the future, we're always looking for new ways to better serve providers and patients, while driving value for our shareholders.

We enter fiscal 2017 well prepared and positioned to weather some short-term challenges, particularly around the generic pharmaceutical environment. At Cardinal Health we are committed to exploring avenues by which we can turn the system's challenges today into breakthroughs and opportunities tomorrow. We are both realistic and optimistic about our industry and its future.

With this as a backdrop, we are providing non-GAAP EPS guidance for FY17 of $5.48 to $5.73, which equates to a growth rate of about 5% to 9%.

Healthcare is ultimately about people. Every technical solution we consider, every innovation in which we invest, and every team that we welcome in the Cardinal Health family are all focused on the same faces – those of the mothers and fathers, the sisters and brothers, the sons and daughters, and friends that we serve as patients. We all have a part to play in the next generation of healthcare and I believe that as long as we are focused on those patients, their families and our communities, we will make the right decisions, the right investments, and the right moves to be successful now and well into the future.

I'd like to thank our customers for their trust, our manufacturer partners for their shared goal of great patient care, our shareholders for their support, and all of our employees for their deep commitment. With that, I will turn the call over to Mike to discuss more of our financials and our outlook for the future.

Mike Kaufmann: Thanks George and thanks to everyone joining us on the call today. George said our team delivered another strong year of earnings growth and cash flow in fiscal '16. And this just highlights the great work of our Pharmaceutical, Medical and Corporate teams to deliver these record results for our customers and shareholders.

Our proven track record of success, combined with our aspirational goals, position us to deliver meaningful, measurable value for our shareholders now and well into the future. We remain committed to a disciplined and balanced approach to capital deployment, including our dependable dividend payout ratio of 30% to 35%. We also continue to aspire to a non-GAAP EPS compound annual growth rate, over any three year period, of 10% to 15%.

So with that additional context, I'd like to go into more detail on our fourth-quarter results, then our full-year highlights, and finally, a preview of our expectations for fiscal 2017, including some of our underlying assumptions. I have a lot to cover, but I'll leave plenty of time to answer all of your questions.

Please note that, with all of my comments, I'll begin with GAAP and then provide the comparable non-GAAP figure. The slide presentation on our website will be a helpful guide throughout this discussion, as it includes our GAAP to non-GAAP reconciliation tables.

Let me start by discussing the strong year-over-year financial performance our team delivered this quarter and year. You can follow along on slides 3 through 12 in our earnings presentation.

For the fourth-quarter of fiscal 2016, GAAP diluted earnings per share from continuing operations grew 16% to $1.02 while non-GAAP EPS grew 14% to $1.14. These results contributed to full-year GAAP and non-GAAP EPS growth of nearly 20% to $4.32 and $5.24, respectively.

Fourth-quarter consolidated revenues grew 14% to $31.4 billion, while full-year revenue grew 19% to a record $121.5 billion. GAAP gross margin dollars grew more than 14% in the fourth-quarter, and gross margin rate increased by 1 basis point, which includes a $51 million LIFO benefit that we recognized in the quarter.

Fiscal '16 GAAP gross margin dollars increased 15%, while gross margin rate decreased 19 basis points primarily from the impact of mix as we on-boarded a new mail order customer in our Pharmaceutical segment. Non-GAAP gross margin dollars increased 11% in the fourth-quarter and 15% versus the prior full-year. Non-GAAP gross margin rate declined in the fourth-quarter and full-year by 15 and 19 basis points, respectively again due primarily to the new customer I just mentioned.  SG&A expenses increased in the quarter and year as we anticipated largely as a result of our strategic acquisitions, many of which George spoke about in his comments.

Consolidated GAAP and non-GAAP operating earnings grew 11% and 5%, respectively, in the fourth-quarter and grew 14% and 17%, respectively, for the full fiscal year.  As anticipated net interest and other expense increased versus the prior year's fourth-quarter and year primarily due to the debt issued in Q4 of Fiscal '15. The GAAP effective tax rate for the quarter was 41.8%. As expected, our non-GAAP ETR was lower at 37.6%.

As many of you may remember, in Q4FY15 we had an unusually high tax rate because of increased reserves related to certain federal and state tax matters. For FY16, full-year GAAP tax rate was 37.1% and non-GAAP ETR was 36%.  Our fourth-quarter and full-year diluted weighted-average shares outstanding were 327 and 330 million respectively.

During the fourth-quarter, we pulled forward $350 million worth of share repurchases. This brought our fiscal 2016 share repurchases to about $650 million, which combined with our differentiated dividend payouts, totals $1.2 billion in cash returned to shareholders.  In addition, we repurchased another $250 million of shares in July, which leaves us with $793 million remaining on our board authorized share repurchase program.

Moving on to consolidated cash flows, we generated approximately $640 million in operating cash flow during the quarter. This brought the fiscal '16 cash from operations to a record $3 billion, a result of strong contributions from both segments. We also deployed $465 million in capital expenditures, primarily in order to refresh our existing infrastructure and support new acquisitions.

Overall, we ended June 30th with a strong balance sheet, with cash and liquid investments of approximately $2.6 billion of which $475 million were held internationally. Outstanding working capital management by our teams resulted in this strong year-end cash position, and average net working capital days improved by more than a day.

Now let's move to the Pharmaceutical segment performance for the fourth-quarter and Fiscal year. You can refer to slides 6 and 10.

Pharma segment revenue in the fourth-quarter grew 14% to $28.2 billion, driven by growth from existing and net new pharmaceutical distribution customers and, to a lesser extent, performance from our Specialty business. For the year, we drove growth in existing and net new pharmaceutical distribution customers, acquisitions and Specialty by 20% to a record $109 billion. In fact, as George mentioned, the Specialty team far exceeded the revenue goal we set in Fiscal '16 of $8 billion.

Segment profit for the fourth-quarter increased 1% to $542 million primarily due to the contributions from acquisitions, offset by the loss of Safeway. In addition, positive contributions from existing and net new pharmaceutical distribution customers, which includes our generics program, were offset by reduced contribution from a specific branded manufacturer agreement. For the year, segment profit increased 19% to $2.5 billion due to growth from existing and net new pharma distribution customers, which includes our generics program, as well as contributions from our strategic acquisitions. This was partially offset by the typical customer re-pricings and to a lesser extent, reduced contribution from the specific branded manufacturer agreement mentioned earlier.

Speaking of acquisitions, we've not only met, but exceeded the goals that we set for our acquisitions of the Harvard Drug Group and Metro Medical, which is a testament to the hard work of these dedicated teams. We've now lapped both acquisitions.

Segment profit rate declined by 24 basis points for the quarter and 2 basis points for the year. This was largely due to changes in product and customer mix. Performance under our generics program, which includes the Red Oak Sourcing venture, helped to positively offset some of the full-year decline.

All in all, despite a challenging environment in Q4 with the expiration of the Safeway contract and a tougher product pricing environment, we demonstrated that we have the team and talent to still deliver outstanding performance for the year.

Let's move to slides 7 and 11 that cover the Medical segment, which had an excellent fourth-quarter. Revenue for the quarter grew more than 12% to $3.2 billion, primarily due to acquisitions and, to a lesser extent, Cardinal Health Brand products. For the year, revenue grew 9% to a record $12.4 billion, driven by contributions from acquisitions and sales growth from existing businesses.

Fourth-quarter segment profit grew more than 19% to $122 million due to acquisitions and growth in Cardinal Health Brand products. Full-year segment profit increased 6% to $457 million due to contributions from Cardinal Health Brand products as well as the net contributions from acquisitions. This increase was partially offset by changes in the Canadian market which affected the first half of fiscal '16, and which we've mentioned on prior calls.

Medical segment profit rate expanded by 22 basis points in the fourth-quarter driven by Cardinal Health Brand products, including Cordis, but declined by 12 basis points for the year, again related to the first-half pressures in Canada.

Knowing you'll have some questions on Cordis, I'd like to provide more details on our progress. Our integration team has worked hard this year, and all day one countries are stood up and providing solutions that drive efficiency, standardization and improved patient outcomes.  In fact, the Cordis team has already demonstrated measurable growth in certain geographic regions, such as Europe, which hasn't seen that type of growth in a number of years. We continue to work on closing and standing up day two countries.

As I mentioned last quarter, we expected variability in the margin rate between quarters as we are still working through a few intricate mechanics related to the transition service and manufacturing agreements that we have with J&J. This variability is caused by such factors as the timing of exits, the ramping up and down of certain expenses and the impact of foreign exchange.

You can see that variability sequentially in the fourth-quarter segment profit rate versus last quarter where I had indicated that the Q3 segment profit rate was somewhat elevated. As we expected, we should be fully stood up and exiting our TSA agreements in the fourth-quarter of fiscal 2017, while our transition manufacturing agreements will extend for a couple of years longer.

Let me share a quick update on Cardinal Health China. Our business in China generated over $3.5 billion in revenue for the year, resulting in solid top-and bottom-line growth. And as many of you know, our Chinese operations serve both our Pharmaceutical and Medical segments, each showing significant multi-year growth. We have 16 large-scale distribution centers and operate 29 specialized retail pharmacies in 20 of the major cities across China. The team there continues to execute well through a combination of organic and inorganic moves and we continue to gain share in our ranking among the top 10 healthcare distributors in China.

Finally, as I mentioned earlier, if you review the Q4 fiscal '16 GAAP to non-GAAP reconciliations on slide 8, you'll see three key reconciling items that are excluded from non-GAAP EPS.

First, amortization and other acquisition-related costs accounts for 32 cents per share. Second, net litigation recoveries, which includes proceeds of approximately $68 million in pre-tax anti-trust settlements, accounts for 13 cents. And third, as we closed fiscal 2016, we reviewed and adjusted our LIFO reserves based on the actual June 30 inventory balances. This resulted in a favorable 10 cent adjustment to GAAP EPS.

So with a very strong year behind us, let me now turn to our fiscal '17 outlook and relevant underlying assumptions. From an overall perspective, there are two items to note about our non-GAAP guidance range. First, all of my forward-looking comments will be focused on non-GAAP, as we do not provide GAAP future guidance due to the difficulty in predicting items that we don't include in our non-GAAP EPS.

And second, our guidance doesn't include the impact of the new accounting treatment for the tax effect of share-based compensation. We are currently assessing whether or not we want to adopt this earlier than the required Q1 fiscal 2018 adoption date. If we do early adopt, we will keep you informed and provide you with the impact and updated guidance range.

So now, let me walk you through our guidance for the upcoming fiscal year. Starting on slide 14, we expect high single-digit percentage growth in our consolidated company revenues and, as George stated, we expect our non-GAAP EPS to grow roughly 5% to 9% for a range of $5.48 to $5.73.

On slide 15 we've outlined five corporate assumptions. First, we expect a non-GAAP effective tax rate of 35% to 37%. As I've mentioned on prior calls, we only provide full-year guidance on tax rates as they can have natural quarter-to-quarter fluctuations resulting from discrete items.

Second, for fiscal '17, we are assuming diluted weighted average shares outstanding in the range of 324 to 326 million. As I mentioned earlier, we already completed $250 million of share repurchases in July which is included in this range.  Third, we expect net interest and other expense of 190 to $205 million. Fourth, we continue to view reinvestment in the business as a priority to support acquisitions and growing demand. As a result, we expect capital investment to be in the range of $400 to $450 million.

And finally, we currently assume amortization of approximately $376 million or 74 cents, which includes all acquisitions closed as of June 30. Again, this is excluded from non-GAAP.

Now moving to the segment assumptions, starting with Pharma, which you'll see on slide 16. Beginning with revenues, we expect a high-single digit percentage increase versus the prior year. This is based on current pricing trends, contributions from existing and net new pharmaceutical distribution customers, offset by the loss of Safeway which impacts most of fiscal '17. We expect Pharma segment profit for the full-year to be essentially flat versus fiscal '16.  While we don't normally provide quarterly guidance, Q1 is unusual. We expect Pharma segment profit to be down in the high teens to low 20% range as we navigate challenging year-over-year comps. Clearly the trends we saw this past quarter also factor into our guidance.

Of course, this will affect our company consolidated non-GAAP EPS for the first quarter. As a result, we expect consolidated non-GAAP EPS to decline by high-single to low-double digits year-on-year.

However, we do expect Pharma segment growth to improve and performance to be back half-weighted versus the prior year. Let me provide some additional context on Pharma.

As I mentioned just now related to revenues, we also expect the loss of Safeway to impact Pharma segment profit for the first three quarters of fiscal '17. As it relates to generic manufacturer drug price increases, we expect less contribution in fiscal '17 than we've experienced in fiscal '16. We are modeling generic manufacturer price deflation in the mid-single digits for the full fiscal year. Also, I want to point out that in last year's Q1 fiscal '16, we had several key generic items that we had previously disclosed as being unusual and significant drivers in that quarter. These items have now experienced meaningful deflation which creates some tough comparisons to Q1. We assume brand manufacturer price inflation to be approximately 10% for the full fiscal year.

FY17 expenses associated with modernizing our Pharma information systems to support our significant growing demand, as well as acquisitions, will be more than what we had incurred in FY16.

As I said earlier, we have the team and talent in place to ensure success of this multi-year project. We expect incremental year-over-year earnings contribution from both Red Oak Sourcing and new item launches, as well as measurable growth within our existing customers and new customer wins. However, that year-on-year benefit will be significantly less than fiscal '17. Red Oak Sourcing has been, and continues to be, an effective and productive partnership. As we've mentioned in the past, the achievement of certain milestones would trigger the second of two predetermined payments beginning in fiscal '17. Because of the excellent performance, Red Oak achieved these milestones and we will be making our second and final $10 million increase in our quarterly payment to CVS Health beginning in Q1. As anticipated our new quarterly payment will be $45.6 million for the remaining eight years of the agreement.

There are two other business assumptions that we have embedded in our guidance for Pharma. First, we expect continued contributions from our acquisitions. For Harvard Drug, we are reaffirming our original assumption of greater than 20 cents EPS contribution to fiscal '17. And second, we expect double-digit growth in our China business and in Cardinal Health Specialty Solutions. We expect that Specialty revenue and profit growth will continue in the double-digits again this fiscal year.

So again, to be clear, because of the exceptionally strong Q1 last year, smaller tailwinds from Red Oak Sourcing and launches, current pricing trends and the Safeway loss which impacts the majority of fiscal '17, we now expect Pharma segment profit to be down in the high teens to low 20% range in Q1F17 and essentially flat for the year.

Let's now talk about expectations and assumptions around our Medical segment for fiscal '17, which you can find on slide 17.

We expect revenues to increase in the mid-single digit percentage range versus the prior year. We also expect double-digit segment profit growth and margin rate expansion. Medical segment profit growth stems mainly from three key assumptions.

First, we continue to expect great performance from Cordis with that acquisition adding more than 15 cents to fiscal '17 versus the prior year, net of transaction-related interest expense of 7 to 8 cents. This is a lower accretion figure than we originally provided, largely due to currency impacts as well as some increased SG&A investments compared to our original business case.  Our commitment to serving this global customer base without disruption is our highest priority, and therefore some of the synergies originally associated with this complex acquisition will take longer to achieve than we originally modeled.

Second, we expect above-market revenue growth, and therefore solid contribution from Cardinal Health At Home.

And third, we are forecasting double-digit profit growth from Cardinal Health Brand.

In Q1 we began onboarding Kaiser with a dedicated customer service team. This new contract is already embedded in our assumptions, as is the assumption that our Cardinal Health Brand penetration will gradually increase over the course of this fiscal year.

On slide 18, we've provided an EPS bridge from our fiscal '16 finish to our fiscal '17 guidance midpoint of $5.61. Each category that you see on slide 18 is a mix of headwinds and tailwinds, and the number associated with each category reflects the midpoint of a risk-adjusted non-GAAP EPS contribution range.

We've tried to size each of these four categories for you so that you better understand the components of our growth for this fiscal year. This is not something that we plan to do on a go- forward basis. However, given current market dynamics, we thought it might be helpful.

As you see on slide 19, we expect core growth of about 3% to 6%, with capital deployment adding 2% to 3%, for total fiscal '17 estimated growth rate of 5% to 9% in non-GAAP EPS.

The higher end of our guidance range contemplates greater growth from the businesses as well as additional capital deployment, either through share repurchases, acquisitions or a combination.

Finally I want to address the aspirational goals for fiscal '17 year-end that we outlined at our December 2013 investor day because it's important to us that we stay accountable to you, our shareholders.

At that time, we outlined five goals we hoped to accomplish as we exited fiscal '17, and which we said would require both organic and inorganic moves. I'd like to update you on our progress toward each of these goals.

First, we targeted achieving a Pharma segment profit rate of at least 2.5%. As you know, we've grown with the addition of an important new mail-order customer that helps to increase our earnings, but is dilutive to margin rates.

So while this margin goal will be difficult to achieve, we will always pursue opportunities that are both incredibly capital efficient and overall accretive to earnings.

Second, for the Medical segment we targeted a segment profit rate of at least 5.75%. While this may take somewhat longer to achieve the Medical team is still committed to this target.

Third, we stated that 45% of the segment gross profit would come from Cardinal Health Brand, and we are very much on track to achieve this.

Fourth, we set out to increase income from Cardinal Health At Home by more than 50%. We've already made significant progress toward achieving this goal.

And fifth and finally, we said we wanted to deliver more than 70% of the Medical segment gross profit from a combination of Cardinal Health Brand, services and alternate site solutions, and we are also very much on track to deliver this.

I know we just provided a lot of information for you around our assumptions. So please feel free to ask any clarifying questions.

Allow me to briefly close by saying fiscal '16 was truly a remarkable year for Cardinal Health and our well-positioned portfolio. I'd like to recognize our team for all the work that they've done, and continue to do, to deliver meaningful, measurable results. I am confident about our plan for fiscal '17 and I look forward to the year ahead.

I'll now turn it over to the operator to start Q&A.

Operator:  And thank you. If you would like to ask a question please signal by pressing star 1 on your telephone keypad. If you're using a speakerphone please make sure your mute function is turned off to allow your signal to reach our equipment. And we do ask that you please limit yourself to just one question and one follow-up question. Again that is star 1 to ask a question at this time.

And we will take our first question from Eric Percher from Barclays. Please go ahead.

David Ho:  Good morning. This is David Ho on for Eric. So my first question is on that 55 cent headwind from net customer activity, I was just wondering, Mike, could you provide a little bit more detail? How much of that or, you know, is a majority of that due to the Safeway loss?  And I'm assuming it also includes repricing assumptions around customers like Prime and Kmart. So I was wondering if you could provide a little bit more color on that.

Mike Kaufmann:  Absolutely. Thanks for the question. Hopefully you guys all found this slide to be helpful.  Let me do this just in case there's other questions, I'll give you a little bit of color on the 55 cents. But I'll give you also a little color on the other pieces too just to be helpful.

First of all, hopefully you got it in color -- the first three components: net customer activity, Generics Program and existing or remaining businesses. Those numbers all represent midpoints of a guidance range -- of a range that we established for each one of these. And so just think about that there is a range for each of these. The capital deployment is essentially the bottom of the range because we've already achieved the 10 cents through the share repurchases that we've done.

As far as the net customer activity, the things that are included in there would be, for instance as you mentioned, the loss of Safeway. All of the re-pricings that we experienced, that we expect to experience this year in Pharma which we expect to be at normal levels, is also included, as well as normal Medical re-pricings, and then the impact of any other wins or losses that we would be having with customers.

The Generics Program bucket includes the headwind we talked about with generic drug manufacturing pricing assumptions and then the tailwinds of both generic new item launches and Red Oak Sourcing, which again, while tailwinds will be less than what we experienced in '16 versus '15. And then also our assumptions around generic penetration are in there.

In that final bucket, existing or remaining businesses, that would be everything else such as Specialty, China, Harvard, the negative impacts of PMOD (pharmaceutical IT investment) that we talked about, etc. All those other things are in that bucket. So hopefully that gave you a little bit of color.

David Ho: All right. That helps definitely. And I guess my follow-up would be on that midpoint number we've noticed that Cardinal has a history of exceeding that midpoint by about 6%. And I was wondering is there anything different this year versus prior years? You know is this a year with less risk at the beginning of the year because maybe the generics piece, there's less upside? So I'm just wondering if there's more room to grow from here.

Mike Kaufmann: Yes. Thanks for the question. I would tell you that as every year, I don't think it's any different than we try to do any other year. I would tell you that I believe this is an achievable plan. We've put a lot of thought into this. Clearly there's a lot of different dynamics affecting the year. And we tried to risk adjust each and every one of those. So hopefully that helps a little bit.

Operator: And we'll take our next question from Ross Muken from Evercore ISI.

**CardinalHealth**
*Essential to care™*

Ross Muken:  Good morning guys. Appreciate you laying out sort of the challenges to this year in perspective of, you know, sort of your long-term aspirations.  I mean as you were thinking about some of the temporal items that are affecting the business, you know, how did you think about sort of the pushes and pulls of maybe other things you could've done to accelerate the growth rate this year but maybe that's not in the best interest of sort of the long term whether it was getting more aggressive with acquisitions or something on the cost side? I'm just curious what the debate was like and, you know, I guess it maybe speaks to the fact of your confidence in the long term that you felt like you didn't need to do something now.

George Barrett:  Yes. Good morning Ross. It's George. It's a little hard to answer that question but let me do the best I can.  You know we obviously have a goal of having this long-term creation of value for our shareholders and of course in the short term making sure that we're hitting our numbers, executing and are very disciplined.  We've tried to continue that tradition. You know we will be very disciplined about the moves that we make, the way we deploy capital, the acquisitions we consider. All of those are really with the thought about where care is going and make sure we're on the right side of care.

But again we are very much focused on making sure that we do what we say we're going to do in the short term. And that we execute very efficiently.  But we'll continue to look for those opportunities to drive the business. As you know we're a pretty strong generator of cash. And capital deployment for us is a resource, that we recognize is an opportunity for us to create our value for all of you shareholders. So we'll continue to bring that approach to it.

Ross Muken:  Great, thanks guys.

George Barrett:  You're welcome.

Operator:  Our next question comes from Charles Rhyee from Cowen & Company.

Charles Rhyee:  Yes, thanks guys for taking the question here. You know maybe first I could ask you a question about medical here.  You were talking about that as we move to sort of episodes of care, you know, across 90 days to kind of change the way providers have to think about their costs, are you kind of saying that are you then going to the market trying to sell a suite of products that crosses the, you know, sort of the episode of care itself?

So are hospitals really looking to buy, you know, maybe physician preference items within - that'll be used for a case tied then to discharge planning? Is that - my understanding is that is not really how they buy today. You know how are those discussions going? And, you know, how quickly do you think we'll get there that people think of it that way?

George Barrett: Yes. So let me just sort of respond to this broadly first Charles. I think the movement toward value-based care is pretty clear. I think the horse is out of the barn in that regard. Making it happen in practice as you know is quite challenging. We're at early stages in a sense. So there's certain episodes of care we're aligning on what the outcome we're looking for is. Where the appropriate period to measure can be quite straightforward there are other episodes of care where it's extremely difficult and the time horizon in terms of measuring outcomes is more difficult.

So I think we have to recognize that we're in a period of mixed system where we'll be living for some period of time with traditional fee-for-service models as well as outcome or value-based models. Not every provider or every payer is completely ready to move forward on all those programs. We feel like we're well positioned to serve in any of those kinds of markets. We're extremely efficient in driving our lines of businesses given the fee-for-service model. But we now have some tools that are enabling particularly very large complex systems that are beginning to wrestle with these issues. We have tools that can really help them whether or not it's reducing costs or standardization, the consumables, physician preference item strategy which links the device and the services around it where they're going to be paid a set fee for an episode or the work that we're doing in post-acute and discharge management which is really critical as you think about the amount of cost in the system post-discharge.

So I think we're going to live in a world that has both models in the short term. But we really are positioned I think to create value for our customers in either model. And actually just so you have this. Our legacy lines of business in our Medical segment during the back half of the year were actually very strong. And I think it's again a testament to the fact that we can compete effectively in either one of these financing models.



Charles Rhyee:  Thanks. And I guess just to follow-up, so NaviHealth, right, if you think about really post-discharge planning, you know, is that a purchasing - I mean is that a decision made at what level in the hospital when you're going in and then, you know, because I'm trying to think about how quickly we could start tying, you know, these types of different product lines or offerings together into kind of a full suite offering.

George Barrett:  Right. Well you have to remember that NaviHealth has two types of customers. They have payer customers and have provider customers.  And I think the decisions this kind of work tends to get relatively high in the organization. It's not necessarily made in one place.  But I will say that because the implications of post-discharge costs are very significant for our customers, these activities, the work that we're doing in this area tends to move fairly high up into the organization. But decisions are certainly made throughout different parts of any customer.

Operator:  And we'll take our next question from Ricky Goldwasser from Morgan Stanley.

Zack Sopcak:  Hey good morning. This is Zack in for Ricky.  I wanted to ask first about the moving parts on the Pharmaceutical segment and how you think about what organic growth was in the quarter versus in fiscal '16 and how that compares to the - and I realize it's not organic but the flattish expectation for growth in fiscal '17.

Mike Kaufmann:  Yes, thanks for the question, Zach. We're not going to get specific on the split between organic and nonorganic within the segments.  But if you think about the slide on Page 19 we did split it down for the overall company to try to give you a little color, in that we're expecting the capital deployment which will be the combination of stock repo and some tuck-in acquisitions to be in the 2% to 3% range. And then we expect the business growth to be 3% to 6% in total.  And, again, if you remember I did say that I expected the Pharma segment to be essentially flat for the year but a little different on a quarter-to-quarter basis.

Zack Sopcak:  Got it. Thanks for that. And then a question on specialty so, you know, as you mentioned Specialty is exceeding your target and expectations for fiscal '16. As you head into '17 and further on how do you think about Specialty impacting both your margins as well as your cash generation?

Mike Kaufmann:  Yes. I continue to be very excited about what's going on in Specialty. You know last year we wanted to give you a revenue goal which we said was $8 billion which we far exceeded.  And really the reason we gave that

last year, it's probably not something we'll be giving forward is because we want you to understand the scale and breadth of that business that we've grown so quickly that it's truly at a scale where we have all the relationships that we need with Pharma manufacturers as well as the suite of services to serve the providers downstream. We do continue to expect double-digit growth in the Specialty business for '17. And we're excited about both our offerings upstream to providers as well as downstream, or upstream to manufacturers and downstream to providers.

So I think we're really well positioned in that business. I think that our margin rates, I think, you know, it's going to be higher margin rates on the upstream services to manufacturers. More typical distribution margin rates on the downstream services to the providers.

George Barrett: George Barrett: Zack, I would just add again something you probably well know, which is that if you look at the pipeline coming out of biopharmaceutical world, Specialty is going to continue to be a priority. So our positioning as Mike said both downstream with the providers and upstream with manufacturers I think is quite stronger now.

Operator: And our next question comes from Bob Jones from Goldman Sachs.

Nathan Rich: Hi. This is Nathan Rich on for Bob this morning. Mike going back to your comments on Cordis and the update to the accretion range. Specifically on the increase in SG&A investments that you guys are planning to make, could you just give us a little more detail behind the nature of these investments? And is there any change to your expectations for the top line contribution from Cordis?

Mike Kaufmann: So thanks for the question on Cordis. First of all, I just want to make sure you know that we feel really excited about Cordis. We think things are going really well. We've got all of the key employees, you know, Management Team, sales folks in place. Things are going incredibly well.

So just a couple quick things to note, really the difference between the 20 cents accretion we had last year and the 15 cents that we're now updating it to, is mostly FX. And, you know, obviously that's something that we can have some impact in the way we price. But it's obviously hard to control. So the biggest piece of that change really truly is FX.

Why I wanted to emphasize the SG&A just a little bit was to let you know that we're incredibly committed to making sure that we do no harm to the current sales business.  And that as we get through our TSA Agreements with J&J that as we build up to and support it internally, and then exit off of those other agreements, we've decided to be -- I guess I'll use the word is conservative -- in the sense of managing our expenses so that we don't cause any disruption to the supply chain.  Or do anything that would make our sales guys lives tougher.

So we feel good about this. We feel like we have really good plans to deliver. And that's also why I mentioned before, that we would have some variability between quarters.  Because in some cases, you know, as we're ramping up our expenses we're also still on the TSA.  So we kind of have slightly double expenses in certain periods as we then walk off the TSAs, as we move country to country.

Nathan Rich:  Great. And then you also highlighted the record operating cash flow for the year. Just, you know, given your assumptions for fiscal '17, do you think that this level of cash flow performance is sustainable for next year?

Mike Kaufmann:  Well I think we're going to continue to have strong cash flow. But we don't, you know, guide specifically to cash flow so I can't give that to you.  But I think that we're going to be -- just by the nature of our business and our strong focus on working capital -- we're going to continue to have strong cash flow numbers. This was a record year. And it creates a lot of options for us to take a look at different ways to deploy that capital.

Nathan Rich:  Okay, thanks for the questions.

Mike Kaufmann: Absolutely.

Sally Curley:  Operator next question.

Operator:  Yes. Our next question comes from George Hill from Deutsche Bank.

George Hill:  Yes. Good morning guys and thanks for the taking the question.

George Barrett:  Good morning.



George Hill: I guess Mike or George I'm going to go back to that Slide 19 where you guys talked about the multiyear aspirations. And that was kind of the '13 to '17 period. I guess if we think about the next five years should we think of those multiyear aspirations as still holding or is kind of the most recent year that being fiscal '17 kind of what we should think of as a kind of more normalized run rate for the business?

Mike Kaufmann: Yes. I, you know, wanted to make sure that I did emphasize. We still believe that over any three-year period we can achieve 10% to 15% non-GAAP EPS growth. So whether you look at '16 through '18 or '17 through '19 or going forward, there's nothing at this time that as we project out what we think we can do not only with the strong position and performance of our businesses but also with our significant and disciplined approach to capital that we think we can still continue to deliver the 10% to 15% non-GAAP EPS growth. And then on the dividend payout, we intend to continue to differentiate that dividend and keep our payout in that 30% to 35% range, which is again something we feel -- with our strong cash flow and continued earnings growth -- we're going to be able to continue to do.

George Hill: Okay, that's very helpful. And I guess just if we think about, you kind of highlighted moving pieces in the guidance in fiscal '17. If we look at the core U.S. drug distribution business, recognizing that there's the Safeway roll off, Nuclear, Specialty, and China are all growing fast. I guess what I'm trying to figure out is on a like-for-like basis is the core U.S. DSD business expected to be flat or actually shrink in fiscal '17?

Mike Kaufmann: Yes. I can't go into a split again with the core other than what I gave you from an overall Cardinal Health standpoint. I will tell you though that remember that we've mentioned a few other things related to the Pharmaceutical segment and the assumption. So from a headwind standpoint, you know, Safeway as you clearly mentioned is a headwind. Also we have our normal re-pricings. Then we have the headwind from the increased expense we're going to incur this year which is specifically related to our Pharmaceutical IT investments because we've had such significant growth in our Pharmaceutical business -- including acquisitions -- that it will be an important area for us.



And then the generic manufacturer deflation that we've talked about, the impact on our business from that. And then specifically the manufacturer branded agreements that we talked a little bit about. But I do want to make sure you know that PD is not shrinking. We feel really good about the strength of all of our businesses in PD both China, Specialty and the core PD businesses.

And then the tailwinds that we've talked about as I mentioned. Just remember one other thing I mentioned. It's important. We expect Red Oak and generic launches to continue to be tailwinds for us but just less in '17 versus '16 than they were '16 versus '15, just because of the nature of the generic launches. There's fewer of them out there. And because we synergized Red Oak so quickly and we had a lot of impact from it in '16. And again it'll be positive in '17 but less than it was the previous year.

Operator: And our next question comes from Lisa Gill from JPMorgan. Please go ahead.

Lisa Gill: Thanks very much and thanks for all the comments. George, I'm wondering if you can just maybe talk about what you're seeing in the marketplace for your contracts that you have with manufacturers that are not under Inventory Management Agreements. Are you seeing any changes at all in the marketplace? And, you know, obviously we've seen some of these manufacturers that have gone through some changes. Are they changing the way they're contracting with you at all?

George Barrett: Good morning Lisa. Yes. I'll start and I'll let Mike jump in. Actually we're not really seeing any noteworthy change here. Relationships with our manufacturers are really good. Again with different product lines that we're seeing launched these days so more products that are coming through Specialty. But I would say, in general, the basic tone of the conversations is positive. And the basic nature of contracting is quite similar. So, Mike, I don't know if you want to add to that.

Mike Kaufmann: The only thing I would add Lisa that is maybe a slight change that would be important to note is that typically in the past we've said that about 80% of our fees from branded manufacturers were non-contingent to inflation. And with recent renegotiations of agreements and various moving parts we expect that to be 85% at a minimum this coming year. And so that means that now 15% or less of our margins on branded manufacturers will be subject to inflation which, again, I think reduces the overall risk and exposure going forward.

And as you've heard me say in the past on that 15% that is contingent, you know, we do that in a thoughtful way working with manufacturers that we believe can still deliver a consistent type of return for us. So I think that's probably the only slightly moving part that I've seen with our agreements.

Lisa Gill: Okay, great. Thank you.

George Barrett: Thanks Lisa.

Operator: Our next question comes from Garen Sarafian with Citi.

Garen Sarafian: Hi. Thanks for taking the questions. A couple clarification questions actually. So on Red Oak I was under the assumption that it was already at a nice run rate. But you stated the incremental contributions. Just to be clear is this just the normal benefits as volumes increase to the JV or are there new functions Red Oak will be taking on?

George Barrett: So let me start and then again I'll make sure Mike clarifies it if it's not clear. So really what we were trying to say was the benefit as you move from '17 to '16 is less than the benefit that occurred from '16 to '15 because it was really the ramp-up basically. So we really had the first year ramp-up, which was more dramatic. But the general direction is positive. I would say the relationship right now is really strong. Red Oak is a highly functioning operating entity with some scale. And so we continue to explore ways to create value from that. Mike's on the Board there. Anything you want to add?

Mike Kaufmann: Yes. The only color I would add -- I think if I understand where you're going -- was while I would tell you we were fully ramped up with any sourcing business, every year you challenge yourself to take costs out and get better and better. Whether it's on the Medical side where the team this past year did an excellent job of continuing to take costs out on our Cardinal Health Branded products and the ones we source, no different than Red Oak Sourcing.

I was at our Board Meeting just last week. And I continue to be impressed with the data analytics and analysis the team are doing as they look for opportunities to lower our costs. And again, work with manufacturers in different

and unique ways that we hope are win-wins with always the goal being transparency and being clear with our manufacturers.

Garen Sarafian:  Yes. I guess where I was going with that is with that nice slide on Page 18 with the bridging from '16 to '17. The Generics Program line is 35 cents attributed to it. So just trying to figure out how much of that was marketplace sort of dynamics versus very unique to Cardinal's Red Oak Program. So it sounds like most of that is from just the marketplace dynamics of generics coming onboard.

Mike Kaufmann:  Well I would say, you know, Red Oak is going to be the - one of the big positives in there. Generic launches will be a positive. And then generic penetration will be a positive.  And then on the flipside, what we're seeing in terms of generic deflation is the negative in there that offsets some of those upsides.  And again, as George and I both mentioned, it is the upsides from Red Oak and launches that were a little smaller this year. But also, remember that it's really basically impossible to pull apart all those pieces because they all work kind of in tandem together. When you see pricing pressure you're looking for cost to, you know, costs and renegotiations and etc., etc.  So a lot of that works together which is why we grouped it together.

Operator:  And our next question comes from Greg Bolan from Avondale Partners.

Greg Bolan:  Hey thanks guys for squeezing me in here. Just to keep it real quick, so if we think about, you know, kind of where your minds were at very end of April, last time we spoke with regards to generic deflation and where your minds are today, I mean our work suggests that, you know, the ratio of inflationary to deflationary generic prices has really come back into a more normalized level maybe even still slightly above a normalized level. Certainly, you know, less than 0.5%.  Has that changed at all, just in terms of your mindset? Does it seem like there's more of a stabilization and as we think about kind of the back half of fiscal '17 into the first half of fiscal '18, I know we don't want to get that too far out but just does it feel like from a year-on-year comparable basis it's starting to stabilize?

George Barrett:  So why don't I start just giving some historical perspective and then and I'll let Mike jump in.  I don't - you know this is sort of the environment that we've been in. You know now for quite a number of months.

And so we have over the years seen these swings from time to time. And over the last couple years is a particularly noteworthy stretch. But I would say this is a dynamic with which we're familiar. And I'm not sure that it's changed our mindset in any way. I think we understand with the nature of the market this is a kind of market we've lived in. We're extremely effective at sourcing products. And I think our teams do a great job of commercializing them. And I think we've been picking up new customers. So generally speaking, I'm not sure that there's a …that our mindset has changed in any way. Mike, I don't know if you want to add anything that might differ?

Mike Kaufmann: Yes. I would agree with George on that in terms of a mindset. This is an environment we know how to operate in. And again, I think we're incredibly well positioned with our partnership with CVS Health and with Red Oak and the investments we're making in our Pricing and Analytics Teams across both Cardinal Health and at Red Oak. There are less items going up in price if you're talking about that from a mix standpoint. But when you take a look at the core items whether you look at it and look at items four years older or two years older, or how many players there are, generally we're seeing similar deflation to what we saw in historical periods in those buckets. We're just tending to see fewer and less larger, I guess, increases when we do see the increases, which I think is having the impact that you saw from a few years ago.

George Barrett: I think that's right. The difference is really in a relatively small set of the total.

Greg Bolan: Got it. Thanks guys.

George Barrett: Thank you much Greg.

Operator: Our next question comes from Robert Willoughby from Credit Suisse.

Robert Willoughby: Hey George or Mike. You've mentioned the Cardinal Health At Home products a few times here. You're expecting above market growth here. What's incremental to that strategy for '17? Why are you so upbeat that it's going to grow above the market? And then secondarily, where does that stand as a gross margin driver for you on your hierarchy of things? Is this in the top bucket or is that a "too small to care about" at this point?



George Barrett:  Yes. Good morning Bob. I don't think it's small. Again, this is a big contributor to us. I think the drivers of growth here are largely demographic. I mean I think what we see is an increasingly aging population.  And so I think, in general, the winds are going in our direction here. We have more patients being discharged in some cases more quickly. As you know the incentives are changing a bit. We are competing very, very effectively. We are generating more flow of Cardinal Health Brand, which is actually still in its relatively early phases of work.

So I would say as we are able to drive more of our own Cardinal Health Brand through that channel that actually makes us more effective.  And that's a little bit of that fly wheel that we've seen in other parts of the business, where as we can create more product flow through it's more efficient for the customers, which creates more volume, which allows us to do that much more effectively.  And so I think that's sort of the key to that business model. And we feel very good about our ability to source, drive Cardinal Health products and expand our presence in that channel.

Mike Kaufmann:  The only thing I would add Bob around your question about why we're above-market is I think a couple other things hit me. One is we have tremendous billing capabilities there and also outstanding payer relationships. We think we probably have, it's not probably have, I think we have the largest breadth of relationships with payers.  So we make it easy for discharge planners and folks when they want a one stop shop to go to someone who can handle all of the needs of the patients to come to us.

So I think our ability to make it easier for those folks, our breadth of our line including the Cardinal Health products, as well as I would tell you I really believe in the team up there, has some outstanding folks, I think are the reasons why we're growing above the market.

Robert Willoughby:  Is there any change in the retail strategy itself, how many storefronts you might be selling through?

Mike Kaufmann:  I wouldn't say there's any change. But we continue to grow that relationship with our various customers. The team is doing a nice job. Jon and Don work together across P&M to look for opportunities and work with whether its retail independents, regional chains or large chains to find opportunities where we can help them create, you know, endless aisles in this area of these type of products and us to be their back-office for them.

So, no, we are absolutely continuing to cross-sell those products.

George Barrett:  Yes.

Robert Willoughby:  All right, thank you.

George Barrett:  Thanks.

Operator:  Our next question comes from John Kreger at William Blair.

John Kreger:  Hi. Thanks. Quick follow-up on Slide 19, Mike, the 10% to 15% longer term EPS growth goal, should we assume that there's any capital deployment in that number?

Mike Kaufmann:  Absolutely. That assumes that there will be capital deployment in that number. It'll be a combination of stock repurchases, acquisitions as well as any capital deployment we use for capital expenditures. So it clearly includes capital deployment.

George Barrett:  And by the way when we went back to the Analyst Day a couple years ago when we laid out these goals that was also something we articulated.

John Kreger:  Great. And then just a similar follow-up, if you think about your segment level guidance for '17 are there any additional acquisitions baked into either Pharma or Medical guidance?

Mike Kaufmann:  At this time the only acquisitions that would be baked in in a sense is - there's no real acquisitions baked in.  But we said that capital deployment would be 2% to 3%. So we have given some room in there to either do some small tuck-in acquisitions or to be able to do some additional repo.  So from that sense, from an overall company standpoint, there is some I guess capital deployment that could be either acquisitions or stock buyback embedded in our earnings guidance but no specific company necessarily at this point in time.

Operator:  And we'll take our next question from Steven Valiquette from Bank of America Merrill Lynch.



Steven Valiquette:  Thanks. Good morning George and Mike. We've also been publishing an EPS bridge from Fiscal '16 to '17 as well so I'm glad you guys are on board with the same concept.  You know I clearly don't want to get granular as we try to compare on this call. But I would say just big picture we had a benefit from new generic launches but an equal-sized hit from generic price erosion on older products. So we were kind of right around, you know, zero or neutral for generic profits for Cardinal overall for fiscal '17.  You guys obviously have, you know, a positive 35 cent contribution at your midpoint. I just wanted to try to dive in that a little bit deeper on what some of the positive contributors are.  Maybe the first question might be, do you have generic pricing as a positive contributor or subtraction?  And also are you anticipating maybe a lot of unit volume growth in generics within your customer base that might be driving a lot of that earnings as well? Just want to get more color on that 35 cents. Thanks.

Mike Kaufmann:  Yes. The three positives that are in there would be Red Oak Sourcing would be the most significant of the positives in there, and again, the year-over-year benefit, right?  I've mentioned a couple times it's smaller than '16 versus '15 but it's still a very important number to us. So that's clearly a positive.  Generic launches are a positive, again while smaller than the prior year. And then we also do have some assumption of penetration of current accounts that we will be able to take, you know, some of the generics that they're buying direct or from other folks and buy them through us. So those are the three positives or the tailwinds.  And then on the negative side it's the generic deflation, actually and the impact that that creates from inventory gains as well as the impact on our selling prices. That impact to generic deflation is the bad guy in there that we've talked about in the past.

Steven Valiquette:  And would Harvard accretion be in there? I forgot if somebody asked that or not. Is that part of that?

Mike Kaufmann:  No. Harvard and the overall performance would be down in the third bucket -- existing or remaining businesses. We just put all of that down in that bucket.

Operator:  And our next question comes from David Larsen from Leerink.

David Larsen:  Hi Mike, could you talk a bit about the operating margin in the Medical division? I think you mentioned there were a couple of like one-time benefits last quarter. It just seemed like the sequential delta there was fairly significant. Thanks.



Mike Kaufmann:  Yes. Thanks for the question. So in Medical this was what we predicted in our last quarter. We thought with all of the moving parts on Cordis related to the building-up of internal expenses to take over the various operations being managed by J&J right now on the Transition Service Agreements -- that we would have some kind of variability between where we're ramping up and ramping down. We also have some FX impact in there.

And then there's a few other puts and takes that we've had in the - between the quarters that are just creating some variability. And so I'd probably look more at Q3 and Q4 combined than I would to try to look at any one single quarter over the last couple quarters.  And this noise will begin to reduce as we go over the next couple quarters and begin to get off the TSA Agreements by our fourth-quarter this year.

David Larsen:  Okay fantastic. And then Mike I know you led the Pharma division for a long time. You probably know more about, you know, Pharma pricing than, you know, pretty much lots of folks on the planet.  How is Red Oak performing relative to your expectations? And what's going to turn that 20% decline in Pharma operating income in 1Q around so dramatically? It sounds like you're going to have to have a pretty good growth rate in 2Q and 3Q going forward. And in your view what's the one or two things that's going to turn that around?

Mike Kaufmann:  Yes. Thanks for that question. A couple things, first off, remember a big reason for that Q1 decline is really how incredibly strong Q1 of '16 was. There were - if you remember back then I mentioned - there was a subset of a few specific generic items that we had anticipated would deflate on July 1 of last year. And they didn't. They ended up staying very much higher-priced than we anticipated, which created a lot of extra margin on those items in Q1. Those items have subsequently deflated. And so they're not creating as much margin.

So that's one of the big headwinds in Q1. You also have the Safeway piece in Q1 of this year where it was a customer that was very late in its contract life that we had fully synergized in terms of Red Oak Sourcing and had penetrated essentially about 100% of the generics there.

So you have those two big things that are there. And then as you really look forward the team is just doing a lot of things as I mentioned around focusing on penetrating current customers which is going to continue to grow us, continuing to invest in data and analytics. Some of the good work we're doing on Harvard, specialty. Nuclear is really improving as a business.  And so I think we're going to have much better comps as we move forward over

the next couple quarters. So we would expect our second half to be much better than our first half on Pharma. But I don't think there's anything in there -- like we don't have to pull a rabbit out of a hat or anything to get there. I think Jon and his team have a really great set of plans to execute and get us where we need to be.

George Barrett: Dave if I could just add to it, our Pharma business is competing really effectively right now. Our position is really strong. I love where we are with our customers. Red Oak Sourcing is really effective. So as Mike said there's some somewhat unique things in the comparative data. But we really like the positioning.

Sally Curley: Operator I think we are going to try to go through the rest of the questions in the queue if we can.

Operator: Indeed. We had one final question actually from Mr. Eric Coldwell from Robert Baird.

Eric Coldwell: Hi. Actually my question was covered just a minute ago and for the sake of time I'll let you guys wrap up.

George Barrett: Thanks Eric.

Sally Curley: Thanks Eric.

Mike: Thanks Eric.

Operator: Okay. And there are no further questions at this time. So Mr. Barrett I'd like to turn the conference back over to you.

George Barrett: Sure. Thank you. Listen, I know all of you have a really busy day today. We appreciate you jumping on a little early with us today and very much appreciate you joining us for the call. So we hope to see many of you in the coming weeks. Thanks to all of you. And have a good day.

Operator: And that will conclude today's conference. We thank you for your participation. You may now disconnect.

# EXHIBIT 47

# Q4 FY2016

Cardinal Health, Inc. Earnings Investor/Analyst call
August 2, 2016



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Forward-looking statements and GAAP reconciliation

**Cautions Concerning Forward-Looking Statements**

This presentation contains forward-looking statements addressing expectations, prospects, estimates and other matters that are dependent upon future events or developments. These statements may be identified by words such as "expect," "anticipate," "intend," "plan," "believe," "will," "should," "could," "would," "project," "continue," "likely," and similar expressions, and include statements reflecting future results or guidance, statements of outlook and expense accruals. These matters are subject to risks and uncertainties that could cause actual results to differ materially from those projected, anticipated or implied. These risks and uncertainties include competitive pressures in Cardinal Health's various lines of business; the amount or rate of pharmaceutical price appreciation or deflation and the timing of and benefit from generic pharmaceutical introductions; the ability to maintain the benefits from the generic sourcing venture with CVS Health; our ability to successfully integrate and realize the benefits from our acquisition of Cordis; the risk of non-renewal or a default under one or more key customer or supplier arrangements or changes to the terms of or level of purchases under those arrangements; uncertainties due to government health care reform including federal health care reform legislation; changes in the distribution patterns or reimbursement rates for health care products and services; the effects of any investigation or action by any regulatory authority; and changes in foreign currency rates and the cost of commodities such as oil-based resins, cotton, latex and diesel fuel. Cardinal Health is subject to additional risks and uncertainties described in Cardinal Health's Form 10-K, Form 10-Q and Form 8-K reports and exhibits to those reports. This presentation reflects management's views as of August 2, 2016. Except to the extent required by applicable law, Cardinal Health undertakes no obligation to update or revise any forward-looking statement.  In addition, this presentation contains Non-GAAP financial measures. Cardinal Health provides definitions and reconciliations of the differences between the Non-GAAP financial measures and their most directly comparable GAAP financial measures in the Financial Appendix at the end of this presentation and at ir.cardinalhealth.com. An audio replay of the conference call will be available at ir.cardinalhealth.com.

2  © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# CAH FY2016 accomplishments

- Increased revenue by **19%** to a record **$121.5B**

- Increased gross margin dollars by **15%**

- Generated record GAAP operating earnings of **$2.5B** and record non-GAAP operating earnings of **$2.9B,** an increase of **14%** and **17%,** respectively

- Grew both GAAP and non-GAAP diluted EPS from continuing operations[1] by **20%** to **$4.32** and **$5.24,** respectively

- Generated record **$3B** in operating cash flow

- Returned **$1.2B** in cash to shareholders

  – Dividend increase of **16%**, to an annual dividend per share rate of **$1.80**

  – Repurchased **$650M** in shares

[1]*Attributable to Cardinal Health, Inc.*

*Please see appendix for GAAP to non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q4 and FY2016 results



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Q4 FY16 financial summary

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
|---|---|---|---|---|
| | Q4 FY16 | Q4 FY15 | Q4 FY16 | Q4 FY15 |
| **Revenue** | **$31,384** | **$27,547** | **$31,384** | **$27,547** |
| *% change* | *14% increase YoY* | *20% increase YoY* | *14% increase YoY* | *20% increase YoY* |
| **Gross Margin** | **$1,665** | **$1,458** | **$1,614** | **$1,458** |
| *% change* | *14% increase YoY* | *16% increase YoY* | *11% increase YoY* | *16% increase YoY* |
| *Ratio to revenue* | *5.31%* | *5.29%* | *5.14%* | *5.29%* |
| **Operating Earnings** | **$620** | **$558** | **$643** | **$611** |
| *% change* | *11% increase YoY* | *44% increase YoY* | *5% increase YoY* | *33% increase YoY* |
| *Ratio to revenue* | *1.98%* | *2.03%* | *2.05%* | *2.22%* |
| **Net Earnings[1]** | **$333** | **$293** | **$372** | **$333** |
| *% change* | *14% increase YoY* | *25% increase YoY* | *12% increase YoY* | *17% increase YoY* |
| *Ratio to revenue* | *1.06%* | *1.06%* | *1.18%* | *1.21%* |
| **Diluted EPS[1]** | **$1.02** | **$0.88** | **$1.14** | **$1.00** |
| *% change* | *16% increase YoY* | *29% increase YoY* | *14% increase YoY* | *20% increase YoY* |

[1]*From continuing operations attributable to Cardinal Health, Inc.*
*Please see appendix for GAAP to Non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q4 FY16 Pharmaceutical segment business analysis

|  | Q4 FY16 ($M) | Q4 FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | **$28,177** | **$24,676** | **14%** |
| **Segment Profit** | **$542** | **$535** | **1%** |
| **Segment Profit Margin** | **1.93%** | **2.17%** | **-24 bps** |

## Highlights:

- **Revenue** for the Pharmaceutical segment increased 14 percent to $28.2 billion due to growth from existing and net new Pharmaceutical Distribution customers and, to a lesser extent, performance from the Specialty business.

- **Segment profit** increased 1 percent to $542 million due to contributions from acquisitions, largely offset by the loss of a large customer contract, which expired on March 31, 2016.

- **Segment profit margin rate** decreased largely due to changes in product and customer mix, offset by performance under our generics program.

*The sum of the components may not equal the total due to rounding.*

6    © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q4 FY16 Medical segment business analysis

|  | Q4 FY16 ($M) | Q4 FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | **$3,210** | **$2,855** | **12%** |
| **Segment Profit** | **$122** | **$103** | **19%** |
| **Segment Profit Margin** | **3.81%** | **3.59%** | **+22 bps** |

## <u>Highlights:</u>

- **Revenue** for the Medical segment increased 12 percent to $3.2 billion primarily due to contributions from acquisitions, and, to a lesser extent, growth from Cardinal Health Brand products.

- **Segment profit** increased 19 percent to $122 million due to contributions from acquisitions and Cardinal Health Brand products.

- **Segment profit margin rate** increased driven by Cardinal Health Brand products.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Q4 FY16 GAAP to non-GAAP adjustments[1]

| | Q4 FY 2016 | | | | Q4 FY 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[2] ($M) | Diluted EPS[2] | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[2] ($M) | Diluted EPS[2] |
| **GAAP** | **$1,665** | **$620** | **$333** | **$1.02** | **$1,458** | **$558** | **$293** | **$0.88** |
| LIFO charges/(credits) | (51) | (51) | (31) | (0.10) | - | - | - | - |
| Restructuring and employee severance | - | 6 | 4 | 0.01 | - | 11 | 7 | 0.02 |
| Amortization and other acquisition-related costs | - | 132 | 104 | 0.32 | - | 91 | 60 | 0.18 |
| Impairments and (gain)/loss on disposal of assets | - | 3 | 3 | 0.01 | - | - | - | - |
| Litigation (recoveries)/charges, net | - | (66) | (41) | (0.13) | - | (49) | (27) | (0.08) |
| **Non-GAAP** | **$1,614** | **$643** | **$372** | **$1.14** | **$1,458** | **$611** | **$333** | **$1.00** |
| | | | | | | | | |
| Amortization of acquisition-related intangible assets | - | $99 | $68 | $0.21 | - | $50 | $32 | $0.09 |

[1]*Please see appendix for GAAP to Non-GAAP reconciliations.*
[2]*From continuing operations attributable to Cardinal Health, Inc.*

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY16 financial summary

| | GAAP Basis ($M) | | Non-GAAP Basis ($M) | |
|---|---|---|---|---|
| | FY16 | FY15 | FY16 | FY15 |
| **Revenue** | **$121,546** | **$102,531** | **$121,546** | **$102,531** |
| *% change* | 19% increase YoY | 13% increase YoY | 19% increase YoY | 13% increase YoY |
| **Gross Margin** | **$6,543** | **$5,712** | **$6,543** | **$5,712** |
| *% change* | 15% increase YoY | 11% increase YoY | 15% increase YoY | 11% increase YoY |
| *Ratio to revenue* | 5.38% | 5.57% | 5.38% | 5.57% |
| **Operating Earnings** | **$2,459** | **$2,161** | **$2,895** | **$2,472** |
| *% change* | 14% increase YoY | 15% increase YoY | 17% increase YoY | 16% increase YoY |
| *Ratio to revenue* | 2.02% | 2.11% | 2.38% | 2.41% |
| **Net Earnings[1]** | **$1,427** | **$1,212** | **$1,732** | **$1,469** |
| *% change* | 18% increase YoY | 4% increase YoY | 18% increase YoY | 11% increase YoY |
| *Ratio to revenue* | 1.17% | 1.18% | 1.42% | 1.43% |
| **Diluted EPS[1]** | **$4.32** | **$3.61** | **$5.24** | **$4.38** |
| *% change* | 20% increase YoY | 7% increase YoY | 20% increase YoY | 14% increase YoY |

*[1]From continuing operations attributable to Cardinal Health, Inc.*
*Please see appendix for GAAP to Non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY16 Pharmaceutical segment business analysis

| | FY16 ($M) | FY15 ($M) | YoY Change |
|---|---|---|---|
| **Revenue** | **$109,131** | **$91,116** | **20%** |
| **Segment Profit** | **$2,488** | **$2,094** | **19%** |
| **Segment Profit Margin** | **2.28%** | **2.30%** | **-2 bps** |

## Highlights:

- **Revenue** for the Pharmaceutical segment increased 20 percent to $109.1 billion due to growth from existing and net new Pharmaceutical Distribution customers and, to a lesser extent, contributions from acquisitions as well as performance from the Specialty business.

- **Segment profit** increased 19 percent to $2.5 billion due to growth from existing and net new Pharmaceutical Distribution customers, as well as contributions from acquisitions.

- **Segment profit margin rate** decreased largely due to changes in product and customer mix, offset by performance under our generics program.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY16 Medical segment business analysis

|                        | FY16 ($M) | FY15 ($M) | YoY Change |
|------------------------|-----------|-----------|------------|
| Revenue                | $12,430   | $11,395   | 9%         |
| Segment Profit         | $457      | $433      | 6%         |
| Segment Profit Margin  | 3.68%     | 3.80%     | -12 bps    |

## Highlights:

- **Revenue** for the Medical segment increased 9 percent to $12.4 billion due to net contributions from acquisitions and sales growth from existing businesses.

- **Segment profit** increased 6 percent to $457 million due to contributions from Cardinal Health Brand products as well as the net contribution from acquisitions, partially offset by Canada.

- **Segment profit margin rate** decreased primarily due to changes in the Canadian market, which affected the first half of fiscal 2016.

*The sum of the components may not equal the total due to rounding.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY16 GAAP to non-GAAP adjustments[1]

| | FY 2016 | | | | FY 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[2] ($M) | Diluted EPS[2] | Gross Margin ($M) | Operating Earnings ($M) | Net Earnings[2] ($M) | Diluted EPS[2] |
| **GAAP** | **$6,543** | **$2,459** | **$1,427** | **$4.32** | **$5,712** | **$2,161** | **$1,212** | **$3.61** |
| Restructuring and employee severance | - | 25 | 16 | 0.05 | - | 44 | 29 | 0.09 |
| Amortization and other acquisition-related costs | - | 459 | 316 | 0.96 | - | 281 | 181 | 0.54 |
| Impairments and (gain)/loss on disposal of assets | - | 21 | 15 | 0.04 | - | (19) | (9) | (0.03) |
| Litigation (recoveries)/charges, net | - | (69) | (42) | (0.13) | - | 5 | 19 | 0.06 |
| Loss on extinguishment of debt | - | - | - | - | - | - | 37 | 0.11 |
| **Non-GAAP** | **$6,543** | **$2,895** | **$1,732** | **$5.24** | **$5,712** | **$2,472** | **$1,469** | **$4.38** |
| | | | | | | | | |
| Amortization of acquisition-related intangible assets | - | $355 | $233 | $0.70 | - | $189 | $120 | $0.36 |

[1]*Please see appendix for GAAP to Non-GAAP reconciliations.*
[2]*From continuing operations attributable to Cardinal Health, Inc.*

*The sum of the components may not equal the total due to rounding.*



12   © Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

# FY2017 Outlook

*The company presents its outlook for fiscal 2017 non-GAAP EPS, non-GAAP effective tax rate and other forward-looking goals on the following pages.  The company does not provide a GAAP EPS or GAAP effective tax rate outlook because it is unable to reliably forecast many of the items that the company excludes from GAAP EPS and effective tax rate to calculate them. See "Forward-Looking non-GAAP Measures" following the attached schedules for additional information.*



**Cardinal**Health

*Essential to care*™

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# FY17 financial expectations

|  | **FY2017 Outlook** | **FY2016 Actual** |
|---|---|---|
| **Revenue** | High-single digit percentage growth vs. PY | $121.5B |
| **Non-GAAP Diluted EPS** | $5.48 to $5.73 | $5.24 |

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY17 corporate assumptions

|  | **FY2017 Outlook** | **FY2016 Actual** |
|---|---|---|
| **Non-GAAP effective tax rate** | 35% - 37%[1] | 36.0%[4] |
| **Diluted weighted average Shares outstanding** | 324M – 326M[2] | 330M |
| **Interest and other, net** | $190M - $205M | $183M |
| **Capital expenditures** | $400M - $450M | $465M |
| **Acquisition-related intangible amortization** | ~$376M or ~$0.74[3] | $355M or $0.70 |

[1]*May fluctuate quarterly due to unique items affecting periods.*

[2]*Reflects the impact from a total of $600M of share repurchases in Q4FY16 and July 2016.*

[3]*Includes only acquisitions closed as of June 30, 2016.*

[4]*FY2016 GAAP ETR 37.1%, Please see appendix for GAAP to Non-GAAP reconciliations.*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Pharmaceutical segment FY17(E)

- **High-single digit percentage increase in revenue versus prior year**
- **Full-year segment profit essentially flat vs. prior year and back half-weighted.  Q1FY17 expected to be down in high teens to low 20-percent range, vs. unusually strong Q1FY16**

## Key assumptions

- Loss of a large pharmaceutical distribution customer contract, which expired on March 31, 2016
- Generic drug manufacturer price assumption – mid-single digit deflation for full fiscal year
- Brand drug manufacturer price assumption – approximately 10% inflation for full fiscal year
- Increased expense related to investment in information systems to support growth
- Incremental contribution from new generic launches, but Y-o-Y benefit significantly less
- Incremental contribution from Red Oak Sourcing, but Y-o-Y benefit significantly less
- Additional contributions from Metro Medical and Harvard Drug Group
- Double-digit revenue and profit growth from both Specialty and Cardinal Health China[1]

[1]*Cardinal Health China reports in both segments, but primarily contributes to the Pharmaceutical segment*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Medical segment FY17(E)

- **Mid-single digit percentage increase in revenue vs. prior year**

- **Double-digit segment profit growth vs. prior year**

### Key assumptions

- Cordis accretive by >$0.15 vs. prior year; net of transaction-related interest expense of $0.07-$0.08; increasingly accretive thereafter

- Above-market revenue growth in Cardinal Health at Home

- Double-digit profit growth from Cardinal Health Brand products

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# FY16 to FY17E non-GAAP EPS bridge

*(Items in red reflect mid-point of risk-adjusted range)*

| | |
|---|---|
| **FY16 non-GAAP EPS[1]** | **$5.24** |
| Net customer activity[2] | ($0.55) |
| Generic programs[3] | $0.35 |
| Existing (or Remaining) businesses[4] | $0.47 |
| Capital deployment[5] | $0.10 |
| **FY17 non-GAAP EPS[1] midpoint** | **$5.61** |

[1] From continuing operations attributable to Cardinal Health, Inc.
[2] Enterprise-wide customer wins, losses and customer repricings
[3] Net impact from generics program, including generic drug manufacturer pricing assumptions, generic launches and Red Oak Sourcing
[4] Enterprise performance not captured in (2) and (3); includes expense related to pharmaceutical IT systems, unlapped portions of acquisitions that closed in fiscal 2016, performance under branded manufacturer agreements, etc.
[5] Includes $600M share repo executed in Q4FY16 and Q1FY17; assumes potential additional share repurchase, tuck-in acquisitions or a combination of both

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



# Cardinal Health outlook

| | FY17 non-GAAP EPS growth contribution |
| --- | --- |
| Business growth[1] | ~ 3% - 6% |
| Capital deployment | ~ 2% - 3% |
| **Total company growth** | ~ 5% - 9% |

| | Multi-year aspirations |
| --- | --- |
| Non-GAAP EPS growth | 10% – 15% |
| Dividend payout[2] | 30% – 35% |

[1]*Defined as growth excluding acquisitions and share repurchase*
[2]*Defined as a percentage of non-GAAP EPS*

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.



Appendix

# Q4 FY2016 trailing five quarters, GAAP to Non-GAAP reconciliation statements and supplemental financial information



© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved

# Q4 FY2016 segment analysis

## Pharmaceutical segment

|  | Q4 FY15 | Q1 FY16 | Q2 FY16 | Q3 FY16 | Q4 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 24,676 | 25,140 | 28,287 | 27,527 | 28,177 |
| Segment Profit ($M) | 535 | 657 | 627 | 660 | 542 |

## Medical segment

|  | Q4 FY15 | Q1 FY16 | Q2 FY16 | Q3 FY16 | Q4 FY16 |
|---|---|---|---|---|---|
| Revenue ($M) | 2,855 | 2,919 | 3,162 | 3,138 | 3,210 |
| Segment Profit ($M) | 103 | 101 | 106 | 128 | 122 |

© Copyright 2016, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

**Cardinal**Health

*Essential to care™*

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation[1]**

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings[2] Before Income Taxes | Provision for Income Taxes | Net Earnings from Continuing Operations[3] | Net Earnings from Continuing Operations[3] Growth Rate | Diluted EPS[3] | Diluted EPS[3] Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fourth Quarter 2016** | | | | | |
| **GAAP** | $ 1,665 | 14 % | $ 620 | 11 % | $ 576 | $ 241 | $ 333 | 14 % | $ 1.02 | 16 % |
| LIFO charges/(credits) | (51) | | (51) | | (51) | (20) | (31) | | (0.10) | |
| Restructuring and employee severance | - | | 6 | | 6 | 2 | 4 | | 0.01 | |
| Amortization and other acquisition-related costs | - | | 132 | | 132 | 28 | 104 | | 0.32 | |
| Impairments and (gain)/loss on disposal of assets | - | | 3 | | 3 | - | 3 | | 0.01 | |
| Litigation (recoveries)/charges, net | - | | (66) | | (66) | (25) | (41) | | (0.13) | |
| **Non-GAAP** | $ 1,614 | 11 % | $ 643 | 5 % | $ 599 | $ 226 | $ 372 | 12 % | $ 1.14 | 14 % |
| | | | | | **Fourth Quarter 2015** | | | | | |
| GAAP | $ 1,458 | 16 % | $ 558 | 44 % | $ 523 | $ 230 | $ 293 | 25 % | $ 0.88 | 29 % |
| Restructuring and employee severance | - | | 11 | | 11 | 4 | 7 | | 0.02 | |
| Amortization and other acquisition-related costs | - | | 91 | | 91 | 31 | 60 | | 0.18 | |
| Impairments and (gain)/loss on disposal of assets | - | | - | | - | - | - | | - | |
| Litigation (recoveries)/charges, net | - | | (49) | | (49) | (22) | (27) | | (0.08) | |
| Non-GAAP | $ 1,458 | 16 % | $ 611 | 33 % | $ 577 | $ 243 | $ 333 | 17 % | $ 1.00 | 20 % |

| (in millions, except per common share amounts) | Gross Margin | Gross Margin Growth Rate | Operating Earnings | Operating Earnings Growth Rate | Earnings[2] Before Income Taxes | Provision for Income Taxes | Net Earnings from Continuing Operations[3] | Net Earnings from Continuing Operations[3] Growth Rate | Diluted EPS[3] | Diluted EPS[3] Growth Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fiscal Year 2016** | | | | | |
| **GAAP** | $ 6,543 | 15 % | $ 2,459 | 14 % | $ 2,276 | $ 845 | $ 1,427 | 18 % | $ 4.32 | 20 % |
| LIFO charges/(credits) | - | | - | | - | - | - | | - | |
| Restructuring and employee severance | - | | 25 | | 25 | 9 | 16 | | 0.05 | |
| Amortization and other acquisition-related costs | - | | 459 | | 459 | 143 | 316 | | 0.96 | |
| Impairments and (gain)/loss on disposal of assets | - | | 21 | | 21 | 6 | 15 | | 0.04 | |
| Litigation (recoveries)/charges, net | - | | (69) | | (69) | (27) | (42) | | (0.13) | |
| **Non-GAAP** | $ 6,543 | 15 % | $ 2,895 | 17 % | $ 2,711 | $ 976 | $ 1,732 | 18 % | $ 5.24 | 20 % |
| | | | | | **Fiscal Year 2015** | | | | | |
| GAAP | $ 5,712 | 11 % | $ 2,161 | 15 % | $ 1,967 | $ 755 | $ 1,212 | 4 % | $ 3.61 | 7 % |
| Restructuring and employee severance | - | | 44 | | 44 | 15 | 29 | | 0.09 | |
| Amortization and other acquisition-related costs | - | | 281 | | 281 | 100 | 181 | | 0.54 | |
| Impairments and loss on disposal of assets | - | | (19) | | (19) | (10) | (9) | | (0.03) | |
| Litigation (recoveries)/charges, net | - | | 5 | | 5 | (14) | 19 | | 0.06 | |
| Loss on extinguishment of debt | - | | - | | 60 | 23 | 37 | | 0.11 | |
| Non-GAAP | $ 5,712 | 11 % | $ 2,472 | 16 % | $ 2,339 | $ 870 | $ 1,469 | 11 % | $ 4.38 | 14 % |

[1] For more information on these measures, refer to the Definitions schedule

[2] From continuing operations

[3] Attributable to Cardinal Health, Inc.

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

Cardinal Health, Inc. and Subsidiaries
Total Company Business Analysis

|  | Fourth Quarter | | Non-GAAP Fourth Quarter | |
|---|---|---|---|---|
| (in millions) | 2016 | 2015 | 2016 | 2015 |
| **Revenue** | | | | |
| Amount | $ 31,384 | $ 27,547 | | |
| Growth rate | 14 % | 20 % | | |
| | | | | |
| **Gross margin** | | | | |
| Amount[1] | $ 1,665 | $ 1,458 | $ 1,614 | $ 1,458 |
| Growth rate | 14 % | 16 % | 11 % | 16 % |
| | | | | |
| **Operating earnings** | | | | |
| Amount | $ 620 | $ 558 | $ 643 | $ 611 |
| Growth rate | 11 % | 44 % | 5 % | 33 % |
| | | | | |
| **Net earnings from continuing operations attributable to Cardinal Health, Inc.** | | | | |
| Amount | $ 333 | $ 293 | $ 372 | $ 333 |
| Growth rate | 14 % | 25 % | 12 % | 17 % |
| | | | | |
| Return on equity | 20 % | 18.7 % | 22.4 % | 21.3 % |
| | | | | |
| Effective tax rate | 41.8 % | 44.1 % | 37.6 % | 42.2 % |
| | | | | |
| Debt to total capital | 46 % | 47 % | | |
| Net debt to capital | | | 33 % | 12 % |

|  | Fiscal Year | | Non-GAAP Fiscal Year | |
|---|---|---|---|---|
| (in millions) | 2016 | 2015 | 2016 | 2015 |
| **Revenue** | | | | |
| Amount | $ 121,546 | $ 102,531 | | |
| Growth rate | 19 % | 13 % | | |
| | | | | |
| **Gross margin** | | | | |
| Amount[1] | $ 6,543 | $ 5,712 | $ 6,543 | $ 5,712 |
| Growth rate | 15 % | 11 % | 15 % | 11 % |
| | | | | |
| **Operating earnings** | | | | |
| Amount | $ 2,459 | $ 2,161 | $ 2,895 | $ 2,472 |
| Growth rate | 14 % | 15 % | 17 % | 16 % |
| | | | | |
| **Net earnings from continuing operations attributable to Cardinal Health, Inc.** | | | | |
| Amount | $ 1,427 | $ 1,212 | $ 1,732 | $ 1,469 |
| Growth rate | 18 % | 4 % | 18 % | 11 % |
| | | | | |
| Return on equity | 21.9 % | 19.4 % | 26.4 % | 23.4 % |
| | | | | |
| Effective tax rate | 37.1 % | 38.4 % | 36.0 % | 37.2 % |

[1] GAAP Gross margin includes the positive impact of a $51 million LIFO credit in the fourth quarter ($0 year-to-date).

Refer to the GAAP/Non-GAAP reconciliation for definitions and calculations supporting the Non-GAAP balances.

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Fourth Quarter | | | (in millions) | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|
| | **2016** | | 2015 | | **2016** | | 2015 |
| **Pharmaceutical** | | | | **Medical** | | | |
| **Revenue** | | | | **Revenue** | | | |
| Amount | $ | **28,177** | $ 24,676 | Amount | $ | **3,210** | $ 2,855 |
| Grow th rate | | **14 %** | 23 % | Grow th rate | | **12 %** | 2 % |
| **Segment profit** | | | | **Segment profit** | | | |
| Amount | $ | **542** | $ 535 | Amount | $ | **122** | $ 103 |
| Grow th rate | | **1 %** | 42 % | Grow th rate | | **19 %** | 7 % |
| Segment profit margin | | **1.93 %** | 2.17 % | Segment profit margin | | **3.81 %** | 3.59 % |

Total consolidated revenue for the three months ended June 30, 2016 w as $31,384 million, w hich included total segment revenue of $31,387 million and Corporate revenue of $(3) million. Total consolidated revenue for the three months ended June 30, 2015 w as $27,547 million, w hich included total segment revenue of $27,531 million and Corporate revenue of $16 million. Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the three months ended June 30, 2016 w ere $620 million, w hich included total segment profit of $664 million and Corporate costs of $(44) million. Total consolidated operating earnings for the three months ended June 30, 2015 w ere $558 million, w hich included total segment profit of $638 million and Corporate costs of $(80) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and certain investment spending that are not allocated to the segments.

**Cardinal Health, Inc. and Subsidiaries**
**Segment Business Analysis**

| (in millions) | Fiscal Year 2016 | | Fiscal Year 2015 | | (in millions) | Fiscal Year 2016 | | Fiscal Year 2015 | |
|---|---|---|---|---|---|---|---|---|---|
| **Pharmaceutical** | | | | | **Medical** | | | | |
| **Revenue** | | | | | **Revenue** | | | | |
| Amount | $ | **109,131** | $ | 91,116 | Amount | $ | **12,430** | $ | 11,395 |
| Growth rate | | **20 %** | | 14 % | Growth rate | | **9 %** | | 4 % |
| **Segment profit** | | | | | **Segment profit** | | | | |
| Amount | $ | **2,488** | $ | 2,094 | Amount | $ | **457** | $ | 433 |
| Growth rate | | **19 %** | | 20 % | Growth rate[1] | | **6 %** | | (3)% |
| Segment profit margin | | **2.28 %** | | 2.30 % | Segment profit margin | | **3.68 %** | | 3.80 % |

[1] Segment profit includes a $43 million impact from the roll out of the inventory fair value step up related to the Cordis acquisition for the fiscal year ended June 30, 2016. Excluding the impact of the inventory fair value step up, Medical segment profit growth rate would have been 15% for the fiscal year ended June 30, 2016.

Total consolidated revenue for the fiscal year ended June 30, 2016 was $121,546 million, which included total segment revenue of $121,561 million and Corporate revenue of $(15) million. Total consolidated revenue for the fiscal year ended June 30, 2015 was $102,531 million, which included total segment revenue of $102,511 million and Corporate revenue of $20 million.  Corporate revenue consists primarily of elimination of inter-segment revenue and other revenue not allocated to the segments.

Total consolidated operating earnings for the fiscal year ended June 30, 2016 were $2,459 million, which included total segment profit of $2,945 million and Corporate costs of $(486) million. Total consolidated operating earnings for the fiscal year ended June 30, 2015 were $2,161 million, which included total segment profit of $2,527 million and Corporate costs of $(366) million. Corporate includes, among other things, LIFO charges/(credits), restructuring and employee severance, amortization and other acquisition-related costs, impairments and (gain)/loss on disposal of assets, litigation (recoveries)/charges, net and certain investment spending that are not allocated to the segments.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Fourth Quarter | |
|---|---|---|
| | 2016 | 2015 |
| **GAAP return on equity** | 20 % | 18.7 % |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings from continuing operations attributable to Cardinal Health, Inc. | $ 333 | $ 293 |
| LIFO charges/(credits), net of tax | (31) | - |
| Restructuring and employee severance, net of tax | 4 | 7 |
| Amortization and other acquisition-related costs, net of tax | 104 | 60 |
| Impairments and (gain)/loss on disposal of assets, net of tax | 3 | - |
| Litigation (recoveries)/charges, net, net of tax | (41) | (27) |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ 372 | $ 333 |
| Annualized | $ 1,486 | $ 1,332 |

| | Fourth Quarter | Third Quarter | Fourth Quarter | Third Quarter |
|---|---|---|---|---|
| | 2016 | 2016 | 2015 | 2015 |
| Total Cardinal Health, Inc. shareholders' equity | $ 6,554 | $ 6,713 | $ 6,256 | $ 6,369 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ 6,634 | | $ 6,312 | |
| **Non-GAAP return on equity** | 22.4 % | | 21.3 % | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Fiscal Year | |
|---|---|---|
| | **2016** | 2015 |
| **GAAP return on equity** | **21.9 %** | 19.4 % |
| | | |
| **Non-GAAP return on equity** | | |
| Net earnings from continuing operations attributable to Cardinal Health, Inc. | $ **1,427** | $ 1,212 |
| Restructuring and employee severance, net of tax | **16** | 29 |
| Amortization and other acquisition-related costs, net of tax | **316** | 181 |
| Impairments and (gain)/loss on disposal of assets, net of tax | **15** | (9) |
| Litigation (recoveries)/charges, net of tax | **(42)** | 19 |
| Loss on extinguishment of debt, net of tax | **-** | 37 |
| Adjusted net earnings attributable to Cardinal Health, Inc. | $ **1,732** | $ 1,469 |

| | Fourth Quarter 2016 | Third Quarter 2016 | Second Quarter 2016 | First Quarter 2016 | Fourth Quarter 2015 | Third Quarter 2015 | Second Quarter 2015 | First Quarter 2015 |
|---|---|---|---|---|---|---|---|---|
| Total Cardinal Health, Inc. shareholders' equity | $ **6,554** | $ **6,713** | $ **6,712** | $ **6,505** | $ 6,256 | $ 6,369 | $ 6,100 | $ 6,256 |
| Divided by average Cardinal Health, Inc. shareholders' equity | $ **6,548** | | | | $ 6,276 | | | |
| **Non-GAAP return on equity** | **26.4 %** | | | | 23.4 % | | | |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**
**GAAP / Non-GAAP Reconciliation**

| (in millions) | Fourth Quarter | | Fiscal Year | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **GAAP effective tax rate** | **41.8 %** | 44.1 % | **37.1 %** | 38.4 % |
| | | | | |
| **Non-GAAP effective tax rate** | | | | |
| Earnings before income taxes | $ **576** | $ 523 | $ **2,276** | $ 1,967 |
| LIFO charges/(credits) | **(51)** | - | **-** | - |
| Restructuring and employee severance | **6** | 11 | **25** | 44 |
| Amortization and other acquisition-related costs | **132** | 91 | **459** | 281 |
| Impairments and (gain)/loss on disposal of assets | **3** | - | **21** | (19) |
| Litigation (recoveries)/charges, net | **(66)** | (49) | **(69)** | 5 |
| Loss on extinguishment of debt | **-** | - | **-** | 60 |
| Adjusted earnings before income taxes | $ **599** | $ 577 | $ **2,711** | $ 2,339 |
| | | | | |
| Provision for income taxes | $ **241** | $ 230 | $ **845** | $ 755 |
| LIFO charges/(credits) tax benefit | **(20)** | - | **-** | - |
| Restructuring and employee severance tax benefit | **2** | 4 | **9** | 15 |
| Amortization and other acquisition-related costs tax benefit | **28** | 31 | **143** | 100 |
| Impairments and (gain)/loss on disposal of assets tax benefit/(expense) | **-** | - | **6** | (10) |
| Litigation (recoveries)/charges, net tax benefit/(expense) | **(25)** | (22) | **(27)** | (14) |
| Loss on extinguishment of debt tax benefit | **-** | - | **-** | 23 |
| Adjusted provision for income taxes | $ **226** | $ 243 | $ **976** | $ 870 |
| | | | | |
| **Non-GAAP effective tax rate** | **37.6 %** | 42.2 % | **36.0 %** | 37.2 % |

| | Fourth Quarter | |
|---|---|---|
| | **2016** | 2015 |
| **Debt to total capital** | **46 %** | 47 % |
| | | |
| **Net debt to capital** | | |
| Current portion of long-term obligations and other short-term borrowings | $ **587** | $ 281 |
| Long-term obligations, less current portion | **4,952** | 5,211 |
| Debt | $ **5,539** | $ 5,492 |
| Cash and equivalents | **(2,356)** | (4,616) |
| Net debt | $ **3,183** | $ 876 |
| Total Cardinal Health, Inc. shareholders' equity | **6,554** | 6,256 |
| Capital | $ **9,737** | $ 7,132 |
| **Net debt to capital** | **33 %** | 12 % |

The sum of the components may not equal the total due to rounding.

We apply varying tax rates depending on the item's nature and tax jurisdiction where it is incurred.

**Cardinal Health, Inc. and Subsidiaries**

<u>Forward Looking non-GAAP Measures</u>

In this presentation, the Company presents its outlook for fiscal 2017 non-GAAP EPS and non-GAAP Effective Tax Rate (ETR). The Company does not provide EPS or ETR outlook, which are the most directly comparable GAAP measures to non-GAAP EPS and non-GAAP ETR, respectively, because changes in the items that the Company excludes from GAAP EPS and GAAP ETR to calculate these measures can be dependent on future events that are less capable of being controlled or reliably predicted by management and are not part of the Company's routine operating activities. Additionally, due to their unpredictability, management does not forecast many of the excluded items for internal use and therefore cannot create or rely on EPS or ETR outlook numbers.

The timing and amount of any of the excluded items could significantly impact the Company's fiscal 2017 EPS. Over the past five fiscal years, the excluded items have lowered the Company's EPS from $0.14 to $2.76, which includes a goodwill impairment charge of $2.32 per share related to our Nuclear Pharmacy Services division that we recognized in fiscal 2013.

**Debt**: long-term obligations plus short-term borrowings.

**Debt to Total Capital**: debt divided by (debt plus total Cardinal Health, Inc. shareholders' equity).

**Interest and Other, net**: other (income)/expense, net plus interest expense, net.

**Net Debt**: a Non-GAAP measure defined as debt minus (cash and equivalents).

**Net Debt to Capital**: a Non-GAAP measure defined as net debt divided by (net debt plus total Cardinal Health, Inc. shareholders' equity).

**Non-GAAP Diluted EPS attributable to Cardinal Health, Inc. or "Non-GAAP Diluted EPS" or "Non-GAAP Diluted Earnings Per Share"**: non-GAAP net earnings attributable to Cardinal Health, Inc. divided by diluted weighted-average shares outstanding.

**Non-GAAP Diluted EPS from continuing operations**: non-GAAP earnings from continuing operations divided by diluted weighted-average shares outstanding.

**Non-GAAP Effective Tax Rate**: (provision for income taxes adjusted for (1) LIFO charges/(credits)[1], (2) restructuring and employee severance[2], (3) amortization and other acquisition-related costs[3], (4) impairments and (gain)/loss on disposal of assets[4], (5) litigation (recoveries)/charges, net[5], and (6) loss on extinguishment of debt[6]) divided by (earnings before income taxes adjusted for the same six items).

**Non-GAAP Gross Margin**: Gross margin excluding LIFO charges/(credits).

**Non-GAAP Net Earnings attributable to Cardinal Health, Inc. or "Non-GAAP Net Earnings"**: net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Earnings from Continuing Operations:** earnings from continuing operations excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax.

**Non-GAAP Operating Earnings**: operating earnings excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net.

**Non-GAAP Return on Equity**: (annualized current period net earnings attributable to Cardinal Health, Inc. excluding (1) LIFO charges/(credits), (2) restructuring and employee severance, (3) amortization and other acquisition-related costs, (4) impairments and (gain)/loss on disposal of assets, (5) litigation (recoveries)/charges, net, and (6) loss on extinguishment of debt, each net of tax) divided by average Cardinal Health, Inc. shareholders' equity.

**Return on Equity**: annualized current period net earnings attributable to Cardinal Health, Inc. divided by average Cardinal Health, Inc. shareholders' equity.

**Segment Profit**: segment revenue minus (segment cost of products sold and segment distribution, selling, general, and administrative expenses).

**Segment Profit Margin**: segment profit divided by segment revenue.

[1] The inventories of the Company's core pharmaceutical distribution facilities in the Pharmaceutical segment are valued at the lower of cost, using the LIFO method, or market. These charges or credits are included in cost of products sold, and represent changes in the Company's LIFO inventory reserve.

[2] Programs by which the Company fundamentally changes its operations such as closing and consolidating facilities, moving manufacturing of a product to another location, production or business process sourcing, employee severance (including rationalizing headcount or other significant changes in personnel), and realigning operations (including realignment of the management structure of a business unit in response to changing market conditions).

[3] Costs that consist primarily of amortization of acquisition-related intangible assets, transaction costs, integration costs, and changes in the fair value of contingent consideration obligations.

[4] Asset impairments and (gains)/losses from the disposal of assets not eligible to be classified as discontinued operations are classified within impairments and (gain)/loss on disposal of assets within the condensed consolidated statements of earnings.

[5] Loss contingencies related to litigation and regulatory matters and income from favorable resolution of legal matters.

[6] Charges related to the make-whole premium on the redemption of notes.

# EXHIBIT 48

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|---|---|
| Barrett George S | | | CARDINAL HEALTH INC [ CAH ] | X Director | 10% Owner |
| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below) | Other (specify below) |
| 7000 CARDINAL PLACE | | | 08/04/2016 | Chairman and CEO | |
| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| DUBLIN | OH | 43017 | | X Form filed by One Reporting Person | |
| (City) | (State) | (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 11/27/2015 | | G | V | 3,843 | D | $0 | 402,291 | D | |
| Common Shares | 08/04/2016 | | A(1) | | 88,043 | A | $0 | 490,334 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Reflects performance share units that will settle on August 15, 2016.

**Remarks:**

| /s/ Elaine S. Natsis, Attorney-in-fact | 08/08/2016 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 49

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Casey Donald M Jr. | CARDINAL HEALTH INC [ CAH ] | |

| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | Director | 10% Owner |
|---|---|---|---|---|---|
| 7000 CARDINAL PLACE | | | 08/04/2016 | X  Officer (give title below) | Other (specify below) |
| | | | | CEO, Medical Segment | |

| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|---|---|
| DUBLIN | OH | 43017 | | X  Form filed by One Reporting Person |
| (City) | (State) | (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 08/04/2016 | | A(1) | | 23,112 | A | $0 | 138,319 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**
1. Reflects performance share units that will settle on August 15, 2016.

**Remarks:**

/s/ Elaine S. Natsis, Attorney-in-fact     08/08/2016
** Signature of Reporting Person            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 50

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Barrett George S | CARDINAL HEALTH INC [ CAH ] | X Director    10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 08/08/2016 | X Officer (give title below)    Other (specify below) |
| 7000 CARDINAL PLACE | | Chairman and CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| DUBLIN    OH    43017 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 08/08/2016 | | M | | 20,428 | A | $30.94 | 510,762 | D | |
| Common Shares | 08/08/2016 | | S | | 20,428 | D | $83.75[1] | 490,334 | D | |
| Common Shares | 08/09/2016 | | M | | 129,818 | A | $30.94 | 620,152 | D | |
| Common Shares | 08/09/2016 | | S | | 129,818 | D | $83.76[2] | 490,334 | D | |
| Common Shares | 08/10/2016 | | M | | 99,754 | A | $30.94 | 590,088 | D | |
| Common Shares | 08/10/2016 | | S | | 99,754 | D | $83.44[3] | 490,334 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Shares | $30.94 | 08/08/2016 | | M | | | 20,428 | [4] | 08/16/2017[5] | Common Shares | 20,428 | $0 | 665,561[5] | D | |
| Common Shares | $30.94 | 08/09/2016 | | M | | | 129,818 | [4] | 08/16/2017[5] | Common Shares | 129,818 | $0 | 535,743[5] | D | |
| Common Shares | $30.94 | 08/10/2016 | | M | | | 99,754 | [4] | 08/16/2017[5] | Common Shares | 99,754 | $0 | 435,989[5] | D | |

**Explanation of Responses:**

1. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $83.72 to $83.80, inclusive. The reporting person undertakes to provide to Cardinal Health, Inc., any security holder of Cardinal Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in footnotes 1, 2 and 3 to this Form 4.

2. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $83.59 to $84.00, inclusive.

3. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $83.24 to $83.80, inclusive.

4. The option, representing a right to purchase a total of 685,989 shares, vested and became exercisable in three equal annual installments beginning on August 16, 2011.

5. This stock option expires on August 16, 2017. On August 8, 2016, the reporting person adopted a Rule 10b5-1 trading plan to sell the remaining 435,989 shares subject to this option in the open market at prevailing market prices between November 2016 and February 2017, subject to minimum price thresholds specified in the plan. These transactions will be disclosed publicly in Form 144 and Form 4 Filings with the SEC. The goal of the transactions reported in this Form 4 and the subsequent transactions under the Rule 10b5-1 plan is to fully exercise the stock option in several transactions over a period of approximately six months.

**Remarks:**

| | |
|---|---|
| /s/ Elaine S. Natsis, Attorney-in-fact | 08/10/2016 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT 51

SEC Form 4

| | |
|---|---|
| **FORM 4** | |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br><br> Casey Donald M Jr. | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> CARDINAL HEALTH INC [ CAH ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

| (Last) | (First) | (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) <br> 08/09/2016 |
|---|---|---|---|
| 7000 CARDINAL PLACE | | | |

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

CEO, Medical Segment

| (Street) | | |
|---|---|---|
| DUBLIN | OH | 43017 |
| (City) | (State) | (Zip) |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|
| | X  Form filed by One Reporting Person <br><br>  Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Shares | 08/09/2016 | | M | | 26,484 | A | $40.58 | 164,803 | D | |
| Common Shares | 08/09/2016 | | S | | 26,484 | D | $83.81[(1)] | 138,319 | D | |
| Common Shares | 08/10/2016 | | M | | 32,696 | A | $40.58 | 171,015 | D | |
| Common Shares | 08/10/2016 | | S | | 32,696 | D | $83.42[(2)] | 138,319 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $40.58 | 08/09/2016 | | M | | | 26,484 | [(3)] | 04/16/2022 | Common Shares | 26,484 | $0 | 32,696 | D | |
| Employee Stock Option (right to buy) | $40.58 | 08/10/2016 | | M | | | 32,696 | [(3)] | 04/16/2022 | Common Shares | 32,696 | $0 | 0 | D | |

**Explanation of Responses:**

1. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $83.77 to $83.90, inclusive. The reporting person undertakes to provide to Cardinal Health, Inc., any security holder of Cardinal Health, Inc., or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth in footnotes 1 and 2 to this Form 4.

2. The price reported in column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $83.27 to $83.80, inclusive.

3. The option, representing a right to purchase a total of 59,180 shares, vested and became exercisable in three equal annual installments beginning on April 16, 2013.

**Remarks:**

/s/ Elaine S. Natsis, Attorney-in-fact      08/10/2016

\*\* Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**