UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>CARDINAL HEALTH, INC., et al.,<br><br>       Defendants. | No. 2:19-cv-03347<br><br><u>CLASS ACTION</u><br><br>Chief Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Elizabeth A. Preston Deavers |

PLAINTIFF'S MOTION TO STRIKE EXHIBITS SUBMITTED WITH DEFENDANTS'
MOTION TO DISMISS

4849-8718-4341.v1

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, plaintiff 1199 SEIU Health Care Employees Pension Fund ("Plaintiff") hereby moves to strike certain exhibits attached to the Declaration of David S. Bloomfield, Jr. in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, ECF Nos. 29 and 30, and all references to and assertions based upon those materials in Defendants' Motion to Dismiss. ECF No. 31.  Specifically, Plaintiff respectfully requests that the Court strike those documents that are not cited in Defendants' motion to dismiss: 4, 10, 15, 18, 25, 28, 29, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 44, 47, 52, 56, 58, 59, 61, 62, 64, 65, 66, 67, 68, 70, 71, 73, 74, 75, 77, 80, 85, 86, 87, 88, 89, 90, 91, 93, 94, 99, 100, and 101. The Court should also strike those documents not incorporated into the Complaint: Exhibits 1, 2, 3, 10, 13, 16, 18, 19, 20, 22, 23, 24, 27, 45, 48, 49, 50, 51, 53, 54 55, 60, 69, 78, 79, 81, 82, and 84.  In support of this Motion to Strike, plaintiff incorporates the facts and arguments presented in its accompanying Memorandum of Law.

DATED:  December 21, 2020    ROBBINS GELLER RUDMAN
    & DOWD LLP
SPENCER A. BURKHOLZ
HENRY ROSEN
LAURIE L. LARGENT
JENNIFER N. CARINGAL


s/ JENNIFER N. CARINGAL
JENNIFER N. CARINGAL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
henryr@rgrdlaw.com
spenceb@rgrdlaw.com
llargent@rgrdlaw.com
jcaringal@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Local Counsel for Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 21, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JENNIFER N. CARINGAL
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jcaringal@rgrdlaw.com

4849-8718-4341.v1

# Mailing Information for a Case 2:19-cv-03347-EAS-EPD Louisiana Sheriffs Pension & Relief Fund v. Cardinal Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laura M Andracchio**
  landracchio@rgrdlaw.com

- **David S Bloomfield , Jr**
  dbloomfield@porterwright.com,mruyf@porterwright.com,rtrafford@porterwright.com,CLShike@wlrk.com,APSadinsky@wlrk.com,wdsavitt@WLRK.com

- **Spencer Burkholz**
  SpenceB@rgrdlaw.com

- **Jennifer Caringal**
  JCaringal@rgrdlaw.com

- **Laurie Largent**
  llargent@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Todd Aaron Long**
  tlong@mcneeslaw.com,kfoster@mcneeslaw.com,talattorney@gmail.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Darren J Robbins**
  tedp@rgrdlaw.com

- **Henry Rosen**
  henryr@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`