UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19-cv-03347 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| | ) | Chief Judge Edmund A. Sargus, Jr. |
| vs. | ) | Magistrate Judge Elizabeth A. Preston Deavers |
| | ) | |
| CARDINAL HEALTH, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE EXHIBITS
SUBMITTED WITH DEFENDANTS' MOTION TO DISMISS

4810-5168-2005.v1

- 1 -

This Court, having considered the Motion to Strike filed by plaintiff 1199 SEIU Health Care Employees Pension Fund, the supporting memorandum of law filed therewith, any Opposition thereto, and any Reply in further support thereof, hereby ORDERS:

1.      That the Motion is GRANTED;

2.      Exhibits 1, 2, 3, 4, 10, 13, 15, 16, 18, 19, 20, 22, 23, 24, 25, 27,  28, 29, 31, 32, 34, 35, 36, 37, 38, 39, 40, 41, 44, 45, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 58, 59, 60, 61, 62, 64, 65, 66, 67, 68, 69, 70, 71, 73, 74, 75, 77, 78, 79, 80, 81, 82, 84, 85, 86, 87, 88, 89, 90, 91, 93, 94, 99, 100, and 101 attached to the Declaration of David S. Bloomfield, Jr. in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint are hereby STRICKEN;

IT IS SO ORDERED this __ day of __, 2021.


DATED:  _____     _____

THE HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

- 1 -

4810-5168-2005.v1