**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LOUISIANA SHERIFFS' PENSION & RELIEF FUND**, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>**CARDINAL HEALTH, INC.**, et al.,<br><br>  Defendants. | Case No. 2:19-cv-3347<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## FEDERAL RULE OF EVIDENCE 502(d) ORDER

Lead Plaintiff 1199 SEIU Health Care Pension Fund and Defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson, have agreed to and have submitted to the Court, and for good cause shown the Court enters, the following Federal Rule of Evidence ("Rule") 502(d) Order:

(1)  The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information in this litigation, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.

(2)  This Order shall be interpreted to provide the maximum protection allowed by Rule 502(d).

(3)  Nothing contained in this Order is intended to or shall serve to limit any party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Error! Unknown document property name.Error! Unknown document property name.

(4)     Nothing in this Order is intended to or shall limit any party's right to contest the privilege or work product designation by the producing party, though the fact of production in this case cannot be used to contest the designation.

(5)     The provisions of Rule 502(b) do not apply.

**IT IS SO ORDERED.**

Dated:  December 9, 2021                          s/ *Elizabeth A. Preston Deavers*
                                                 **ELIZABETH A. PRESTON DEAVERS**
                                                 **UNITED STATES MAGISTRATE JUDGE**

Agreed to by:

Attorney for Plaintiff:                                Attorney for Defendants:

| | |
|---|---|
| /s/ Joseph F. Murray by<br>David S. Bloomfield, Jr.<br><u>per email authorization on December 8, 2021</u><br>Joseph F. Murray (0063373)<br>MURRAY MURPHY MOUL + BASIL LLP<br>1114 Dublin Road<br>Columbus, OH  43215<br>murray@mmmb.com<br>*Attorneys for Plaintiff* | /s/ Robert W. Trafford by<br><u>David S. Bloomfield, Jr.</u><br>Robert W. Trafford (0024447)<br>Trial Attorney<br>David S. Bloomfield, Jr. (0068158)<br>Porter, Wright, Morris & Arthur LLP<br>41 South High Street, Suite 2800<br>Columbus, Ohio  43215<br>(614) 227-2000 - Telephone<br>(614) 227-2100 - Facsimile<br>rtrafford@porterwright.com<br>dbloomfield@porterwright.com<br><br>*Attorneys for Defendants* |
| Of Counsel:<br><br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Darren J. Robbins<br>Spencer Burkholz<br>Laurie Largent<br>Henry Rosen<br>Jennifer Caringal<br>Laura Andracchio<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>darrenr@rgrdlaw.com<br>spenceb@rgrdlaw.com<br>llargent@rgrdlaw.com<br>henryr@rgrdlaw.com<br>jcaringal@rgrdlaw.com<br>landracchio@rgrdlaw.com | Of Counsel:<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br>William Savitt<br>Lauren M. Kofke<br>Alexandra P. Sadinsky<br>Elizabeth N. Brandt<br>51 West 52nd Street<br>New York, NY  10019<br>WDSavitt@wlrk.com<br>LMKofke@wlrk.com<br>APSadinsky@wlrk.com<br>ENBrandt@wlrk.com<br><br>Of Counsel:<br><br>BAKER & HOSTETLER LLP<br>Edward J. Jacobs<br>45 Rockefeller Plaza<br>New York, NY 10111<br>ejacobs@bakerlaw.com |

3