## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LOUISIANA SHERIFFS' PENSION & RELIEF FUND**, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     **v.**<br><br>**CARDINAL HEALTH, INC.**, et al.,<br><br>                    Defendants. | Case No. 2:19-cv-3347<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## DECLARATION OF DAVID S. BLOOMFIELD, JR.
## IN SUPPORT OF DEFENDANTS'
## MEMORANDUM IN OPPOSITION TO
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, David S. Bloomfield, Jr., declare under the penalty of perjury and state as follows:

1.      I am an attorney licensed to practice in the State of Ohio and in the Southern District of Ohio.  I am a partner in the firm of Porter, Wright, Morris & Arthur LLP, which is counsel of record for Defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson ("Defendants").  I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion for Class Certification. I am over the age of eighteen.  I have verified that the documents attached to this Declaration are true and accurate copies of the exhibits attached to this Declaration, and if called as a witness under oath, I could and would competently testify that these are true and accurate copies of the documents attached.

2.      A true and accurate copy of each of the following exhibits is attached to my Declaration:

| Date | Description | Exhibit |
|---|---|---|
| 6/03/22 | Expert Rebuttal Rep. of Kenneth M. Lehn [CONFIDENTIAL] | 1 |
| 8/13/15 | Excerpt of Cardinal Health Form 10-K for fiscal year ending June 30, 2015 (CAH-SDOH2.19-cv-3347-00003015-16, 3023-26, 3043-51) | 2 |
| 3/02/15 | Cardinal Health press release announcing planned acquisition of Cordis (CAH-SDOH2.19-cv-3347-00004564-66) | 3 |
| 10/04/15 | Cardinal Health press release announcing completion of Cordis acquisition (CAH-SDOH2.19-cv-3347-00004590-93) | 4 |
| 8/12/16 | Excerpt of Cardinal Health's Form 10-K for fiscal year ending June 30, 2016 (CAH-SDOH2.19-cv-3347-00003302-03, 3337-40) | 5 |
| 4/26/22 | Tr. of Dep. of Stephanie McGirr of Boston Partners Glob. Invs., Inc. [CONFIDENTIAL] | 6 |
| 5/26/22 | Tr. of Dep. of Nicholas Smith of Columbia Mgmt. Inv. Advisers, LLC [CONFIDENTIAL] | 7 |
| 5/12/22 | Excerpt of Tr. of Dep. of Jeff Agne of Rothschild Asset Mgmt., Inc. [CONFIDENTIAL] | 8 |
| 4/28/22 | Excerpt of Tr. of Dep. of Bhaskaran Swaminathan of LSV Asset Mgmt. [CONFIDENTIAL] | 9 |
| 8/02/16 | Tr. of Aug. 2, 2016 Cardinal Health Conf. Call (CAH-SDOH2.19-cv-3347-00005024-56) | 10 |
| 5/01/17 | Tr. of May 1, 2017 Cardinal Health Conf. Call (CAH-SDOH2.19-cv-3347-00005240-66) | 11 |
| 8/02/17 | Tr. of Aug. 2, 2017 Cardinal Health Conf. Call (CAH-SDOH2.19-cv-3347-00005311-40) | 12 |
| 8/03/17 | Morgan Stanley Rep., CAH, Model & Price Target Updates (MS_CARDINAL_003396-3405) | 13 |
| 2/08/18 | Tr. of Feb. 8, 2018 Cardinal Health Conf. Call (CAH-SDOH2.19-cv-3347-00005439-61) | 14 |
| 5/03/18 | Cardinal Health press release announcing third quarter fiscal year 2018 results (CAH-SDOH2.19-cv-3347-00005484-93) | 15 |
| 5/03/18 | Tr. of May 3, 2018 Cardinal Health Conf. Call (CAH-SDOH2.19-cv-3347-00005494-5523) | 16 |
| 8/02/17 | Cardinal Health press release announcing fourth quarter fiscal year 2017 and fiscal year 2017 results (CAH-SDOH2.19-cv-3347-00005297-5310) | 17 |
| 9/30/17 | Columbia Threadneedle Q. Comment. as of Sept. 30 2017 (1199SEIUHC0136383-87) [CONFIDENTIAL] | 18 |
| 5/03/18 | Bank of Am. Rep., Cardinal Health, Well that Escalated Quickly (FY19 Guidance Ramp): What You May Have Missed (CAH-SDOH2.19-cv-3347-00395094-5103) | 19 |
| 5/17/22 | Tr. of Dep. of Gabriel Ristorucci of 1199 SEIU Health Care Emps.' Pension Fund [CONFIDENTIAL] | 20 |
| 4/01/19 | Engagement Agreement for Portfolio Monitoring (1199SEIUHC0000001-04) [CONFIDENTIAL] | 21 |
| 9/26/19 | Retention Agreement re: Cardinal Health, Inc. Litig. (1199SEIUHC0000005-07) [CONFIDENTIAL] | 22 |

| 5/05/22 | Tr. of Dep. of Steven P. Feinstein, Ph.D., CFA of Crowninshield Fin. Rsch. [CONFIDENTIAL] | 23 |
|---|---|---|
| 6/03/22 | Pl.'s Selected Holdings as of Jan. 31, 2018 in Funds that May Have Derived a Benefit from a Decline in Cardinal Health's Stock Price [CONFIDENTIAL] | 24 |
| 1/31/2018 | Excerpt of Jan. 2018 N. Tr. Rep. (1199SEIUHC0072329, 5325, 5414, 5443, 5480, 5484-86, 5571, 5577, 5593-97, 5617, 5622, 5628-35, 6128-35, 6498, 6533, 6540, 6552, 6554-55, 6567, 6573, 6582-84, 6604, 6609, 6615-17, 6691-92) [CONFIDENTIAL] | 25 |
| 1/31/2018 | Dep. of Gabriel Ristorucci of 1199 SEIU Health Care Emps.' Pension Fund, Ex. 13, Excerpt of Jan. 2018 N. Tr. Rep. (1199SEIUHC0072329, 5483-87, 5593, 6554-55, 6582) [CONFIDENTIAL] | 26 |
| 1/31/2018 | Dep. of Gabriel Ristorucci of 1199 SEIU Health Care Emps.' Pension Fund, Ex. 15, Excerpt of Jan. 2018 N. Tr. Rep. (1199SEIUHC0072329, 5577, 6573) [CONFIDENTIAL] | 27 |
| 1/31/2018 | Dep. of Gabriel Ristorucci of 1199 SEIU Health Care Emps.' Pension Fund, Ex. 17, Excerpt of Jan. 2018 N. Tr. Rep. (1199SEIUHC0072329, 6126-35, 6690-92) [CONFIDENTIAL] | 28 |
| 1/31/2018 | Dep. of Gabriel Ristorucci of 1199 SEIU Health Care Emps.' Pension Fund, Ex. 18, Excerpt of Jan. 2018 N. Tr. Rep. (1199SEIUHC0072329, 5628-36, 6615-17) [CONFIDENTIAL] | 29 |
| 10/31/17 | Excerpt of Oct. 2017 N. Tr. Rep. (1199SEIUHC0054536, 6850, 6941, 6969, 6998, 7007-08, 7013-16, 7101-02, 7107, 7124-28, 7149, 7155, 7161, 7163-69, 7203, 7239, 7246, 7256, 7259, 7261-62, 7275, 7281, 7289-91, 7310, 7315, 7320-22) [CONFIDENTIAL] | 30 |
| 5/31/18 | Excerpt of May 2018 N. Tr. Rep. (1199SEIUHC0099580, 103081, 3171, 3200, 3234-35, 3239-40, 3325, 3333, 3349-51, 3371, 3376, 3382, 3384-87, 3393, 3853-60, 4302, 4337, 4346, 4356, 4358, 4369, 4375, 4384-86, 4405, 4410, 4416-17, 4422, 4493) [CONFIDENTIAL] | 31 |
| 3/08/22 | RhumbLine Advisers LP Trading Ledger (RA_CAH-SDOH2_19-cv-2491-00000129) [CONFIDENTIAL] | 32 |
| 4/06/22 | State Street Glob. Advisors Tr. Co. Trading Ledger (SSGA_0000082) [CONFIDENTIAL] | 33 |
| 3/02/22 | Boston Partners Glob. Invs., Inc. Trading Ledger (BP_CAH_SDOH2_19-cv-2491-00007661) [CONFIDENTIAL] | 34 |
| 3/09/22 | LSV Asset Mgmt. Trading Ledger (LSV0001099) [CONFIDENTIAL] | 35 |
| 6/12/17 | Excerpt of Rep. on Mkt. Efficiency by Dr. Steven P. Feinstein, *Freddie Mac*, No. 4:08-cv-00160-BYP (N.D. Ohio June 12, 2017), ECF No. 372-3 | 36 |
| 4/18/17 | Excerpt of Cardinal Health Form 8-K announcing acquisition of Medtronic's patient product portfolio (CAH-SDOH2.19-cv-3347-00003764-66, 3910-13) | 37 |

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 3rd day of June, 2022, in Columbus, Ohio.

/s/ David S. Bloomfield, Jr.
David S. Bloomfield, Jr.

20947351v1

-4-