# EXHIBIT 6

## FILED PROVISIONALLY UNDER SEAL