# EXHIBIT 7

## FILED PROVISIONALLY UNDER SEAL