# EXHIBIT 8

## FILED PROVISIONALLY UNDER SEAL