# EXHIBIT 9

## FILED PROVISIONALLY UNDER SEAL