# EXHIBIT 18

## FILED PROVISIONALLY UNDER SEAL