# EXHIBIT 19

# Cardinal Health

# Well that escalated quickly (FY19 guidance ramp): What You May Have Missed

**Reiterate Rating: UNDERPERFORM | PO: 54.00 USD | Price: 52.72 USD**

**Bank of America Merrill Lynch**

**Equity | 03 May 2018**

## Perfect storm of pressures drive expected FY19 shortfall

The multitude of factors impacting Cardinal Health's outlook are creating an ongoing negative feedback loop for the stock that is hard to break. The quarter itself was not too bad when you back out the tax spike related to Cordis. But continuing pressures across the Medical segment are stunting profit growth opportunities, a dynamic we outlined in our reinstatement report. The commentary relative to the Pharma growth path, however, was worse than we feared, with customer repricing and a reduced view of generic deflation stabilization all contributing to a modest EPS growth outlook for FY19 despite tax benefits and contribution from the Medtronic Patient Recovery acquisition. The stock is trading below the historical range, accounting for these factors as well as further uncertainty. But with the rest of the Rx Supply Chain also trading at discounted valuations, we prefer names with a clearer pathway for profit growth, or at least fewer profit headwinds. Therefore we reiterate our Underperform rating, while reducing our price objective (PO) to $54 (from $64).

## Meaningful estimate reduction given ongoing headwinds

Following earnings and the negative guidance commentary, we are meaningfully reducing our estimates on the back of core and non-core pressures. We are reducing our FY18 EPS from $5.35 to $4.91 and our FY19 EPS from $6.07 to $5.08 to account for continued Cordis pressure, larger-than-expected pharma pricing headwinds (both customer and drug pricing), and a higher tax rate for FY18 in particular. One small offset is a lower share count based off a lower buyback price. We are also reducing our PO from $64 to $54, which equates to about 10x our CY19 EPS estimate (unchanged).

## Upcoming events and catalysts

The most important near-term events for CAH, as well as the group, are DC-related. The first is the 5/8 press conference on drug pricing from President Trump/HHS Secretary Azar, while the House opioids hearing on 5/8 will garner widespread attention, given the importance of the topic. Separately, another catalyst will be IQVIA's mid-month prescription update on May 16th. And finally, any commentary on pricing, either buyside or sellside dynamics, will be crucial to group sentiment.

**Estimates (Jun)**

| (US$) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| EPS | 5.24 | 5.40 | 4.91 | 5.08 | 5.60 |
| GAAP EPS | 2.83 | 3.12 | 3.30 | 4.32 | 3.17 |
| EPS Change (YoY) | 0.6% | 3.1% | -9.1% | 3.5% | 10.2% |
| Consensus EPS (Bloomberg) | | | 5.44 | 6.08 | 6.59 |
| DPS | 1.55 | 1.81 | 1.92 | 2.06 | 2.21 |

**Valuation (Jun)**

| | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| P/E | 10.1x | 9.8x | 10.7x | 10.4x | 9.4x |
| GAAP P/E | 18.6x | 16.9x | 16.0x | 12.2x | 16.6x |
| Dividend Yield | 2.9% | 3.4% | 3.6% | 3.9% | 4.2% |
| EV / EBITDA* | 9.4x | 9.8x | 9.7x | 10.0x | 9.7x |
| Free Cash Flow Yield* | 15.1% | 4.8% | 5.7% | 9.4% | 9.6% |

\* For full definitions of *IQmethod* SM measures, see page 7.

**BofA Merrill Lynch does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**Refer to important disclosures on page 8 to 10. Analyst Certification on page 6. Price Objective Basis/Risk on page 6.** 11870981

Timestamp: 03 May 2018 01:44PM EDT

### Key Changes

| (US$) | Previous | Current |
|---|---|---|
| Price Obj. | 64.00 | 54.00 |
| 2018E EPS | 5.35 | 4.91 |
| 2019E EPS | 6.07 | 5.08 |
| 2020E EPS | 6.60 | 5.60 |
| 2018E EBITDA (m) | 3,099.2 | 2,994.5 |
| 2019E EBITDA (m) | 3,316.1 | 2,900.9 |
| 2020E EBITDA (m) | 3,480.8 | 2,984.1 |
| 2018E DPS | 1.91 | 1.92 |

**Michael Cherny**
Research Analyst
MLPF&S
+1 646 855 5109
michael.cherny@baml.com

**Allen Lutz CFA**
Research Analyst
MLPF&S
+1 646 855 4380
allen.lutz@baml.com

**Ivy Ma**
Research Analyst
MLPF&S
+1 646 855 5934
ivy.ma@baml.com

### Stock Data

| | |
|---|---|
| Price | 52.72 USD |
| Price Objective | 54.00 USD |
| Date Established | 3-May-2018 |
| Investment Opinion | B-3-7 |
| 52-Week Range | 54.66 USD - 80.37 USD |
| Mrkt Val (mn) / Shares Out (mn) | 16,591 USD / 314.7 |
| Average Daily Value (mn) | 138.75 USD |
| BofAML Ticker / Exchange | CAH / NYS |
| Bloomberg / Reuters | CAH US / CAH.N |
| ROE (2018E) | 21.6% |
| Net Dbt to Eqty (Jun-2017A) | 50.6% |

Unauthorized redistribution of this report is prohibited. This report is intended for megan.paulus@cardinalhealth.com

# *iQprofile*[SM] Cardinal Health

### *iQ*method[SM] – Bus Performance*

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Return on Capital Employed | 13.1% | 10.6% | 8.7% | 8.7% | 9.1% |
| Return on Equity | 27.0% | 25.8% | 21.6% | 20.9% | 23.0% |
| Operating Margin | 2.4% | 2.1% | 2.0% | 1.8% | 1.8% |
| Free Cash Flow | 2,506 | 797 | 952 | 1,559 | 1,590 |

### *iQ*method[SM] – Quality of Earnings*

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.7x | 0.7x | 0.9x | 1.3x | 1.2x |
| Asset Replacement Ratio | 0.7x | 0.5x | 0.5x | 0.5x | 0.5x |
| Tax Rate | 36.1% | 32.6% | 33.5% | 29.4% | 27.0% |
| Net Debt-to-Equity Ratio | 47.6% | 50.6% | 130.2% | 131.6% | 138.3% |
| Interest Cover | 16.4x | 13.7x | 7.8x | 7.7x | 8.6x |

### Income Statement Data (Jun)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Sales | 121,546 | 129,976 | 136,067 | 141,208 | 146,345 |
| % Change | 18.5% | 6.9% | 4.7% | 3.8% | 3.6% |
| Gross Profit | 6,543 | 6,561 | 7,124 | 7,145 | 7,370 |
| % Change | 14.5% | 0.3% | 8.6% | 0.3% | 3.1% |
| EBITDA | 3,077 | 2,962 | 2,995 | 2,901 | 2,984 |
| % Change | 5.2% | -3.7% | 1.1% | -3.1% | 2.9% |
| Net Interest & Other Income | (183) | (198) | (340) | (334) | (309) |
| **Net Income (Adjusted)** | **1,732** | **1,726** | **1,548** | **1,566** | **1,690** |
| **% Change** | **-1.1%** | **-0.3%** | **-10.3%** | **1.1%** | **7.9%** |

### Free Cash Flow Data (Jun)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 1,431 | 1,294 | 1,062 | 1,037 | 1,128 |
| Depreciation & Amortization | 641 | 721 | 1,057 | 1,095 | 1,128 |
| Change in Working Capital | 623 | (1,294) | (913) | (234) | (309) |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 276 | 463 | 262 | 155 | 155 |
| Capital Expenditure | (465) | (387) | (516) | (494) | (512) |
| **Free Cash Flow** | **2,506** | **797** | **952** | **1,559** | **1,590** |
| **% Change** | **11.9%** | **-68.2%** | **19.4%** | **63.8%** | **2.0%** |

### Balance Sheet Data (Jun)

| (US$ Millions) | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|
| Cash & Equivalents | 2,356 | 6,879 | 928 | 1,002 | 1,324 |
| Trade Receivables | 7,405 | 8,048 | 8,462 | 8,821 | 9,182 |
| Other Current Assets | 12,195 | 13,418 | 14,900 | 15,579 | 16,225 |
| Property, Plant & Equipment | 1,796 | 1,879 | 2,482 | 2,458 | 2,437 |
| Other Non-Current Assets | 10,370 | 9,888 | 14,926 | 14,676 | 14,409 |
| **Total Assets** | **34,122** | **40,112** | **41,698** | **42,536** | **43,576** |
| Short-Term Debt | 0 | 0 | 0 | 0 | 0 |
| Other Current Liabilities | 19,114 | 19,894 | 20,877 | 21,681 | 22,380 |
| Long-Term Debt | 5,539 | 10,395 | 10,948 | 10,999 | 11,499 |
| Other Non-Current Liabilities | 2,781 | 2,877 | 2,177 | 2,259 | 2,342 |
| **Total Liabilities** | **27,434** | **33,166** | **34,003** | **34,940** | **36,220** |
| **Total Equity** | **6,688** | **6,946** | **7,696** | **7,596** | **7,356** |
| **Total Equity & Liabilities** | **34,122** | **40,112** | **41,698** | **42,536** | **43,576** |

* For full definitions of *iQ*method[SM] measures, see page 7.

## Company Sector

Health Care Distribution & Technology

## Company Description

CAH is one of the largest drug and medical product distributors. The company generates approximately two-thirds of its profit from the pharmaceutical business and nearly one-third from its medical business. The pharmaceutical distribution business supports retail/mail/hospital/physician clients as well as drug manufacturers. The medical business manufactures its own portfolio of medical products and distributes brand-name products to hospitals and physicians. The company is based in Dublin, OH.

## Investment Rationale

Our Underperform rating is driven by increasingly competitive markets in both of the company's core businesses: pharmaceuticals and medical devices and limited near-term offsets. We think the market for pharmaceutical distribution will remain challenging near term and historical upside drivers such as Red Oak sourcing benefits will slow. In Medical, the Cordis platform will likely support solid growth ex-US, but we see pricing and volume trends remaining tough domestically.

## Stock Data

| | |
|---|---|
| Average Daily Volume | 2,631,753 |

## Quarterly Earnings Estimates

| | 2017 | 2018 |
|---|---|---|
| Q1 | 1.24A | 1.09A |
| Q2 | 1.34A | 1.51A |
| Q3 | 1.53A | 1.39A |
| Q4 | 1.31A | 0.92E |

**Bank of America**
**Merrill Lynch**

CAH-SDOH2.19-cv-3347-00395095

# Notes from CAH FY3Q'18 earnings call

## Prepared Remarks

- Disappointing Cordis performance masked the quarter, created a higher non-GAAP tax rate, for 3Q, adjusted EPS would have been $1.52 for the Cordis tax issue alone

- Effective tax rate resulted in a $0.19 negative impact to adjusted EPS

    o $0.13 of which was related to current and forecasted results of Cordis. $0.13 is a true-up required for YTD adjustment relative to 2Q expectations.

    o Booked adjustment of $0.06 related to a higher than anticipated increase in the 3Q effective tax rate

    o Weaker than expected Cordis performance and higher inventory reserves are major contributors to a higher than expected tax rate for 3Q and FY18

- Overall, pharma performance was better than expected:

    o Strong performance from Red Oak, but not enough to offset generics deflation

    o Strong flu season provided some upside

    o Brand inflation tracking generally in line with expectations

- Significant renewal during the quarter:

    o Extended and expanded contract with Optum through the end of FY2024

    o Optum has been a customer since Aug. 2015

- Expect Cordis to on the path to profitable growth by the end of FY19

    o Revenue growth YTD in non-US

    o Implemented several supply chain streamline

    o Cordis challenges will persist in 4Q and FY19

    o Cost inventory challenges was the one of the biggest issues

    o Changed Cordis leader

- Other than Cordis, CAH branded products including exam gloves adds to challenges

- Forecasting a more modest 4Q

    o Early divesture of China business reflected in 3Q, will have more significant impact on 4Q

    o Had about $0.08 in 2H for customer initiatives (re-pricing), Optum accounts for about half of that

- FY19 will be more challenging than previously expected

    o Tailwinds of patient recovery in Red Oak and tax reform

 Bank of America Merrill Lynch

Cardinal Health | 03 May 2018    **3**

CAH-SDOH2.19-cv-3347-00395096

- o Significant headwinds including Cordis, customer re-pricing, loss of Pharmerica and continued generic deflation

- o Should see some modest growth in FY19 based on updated FY18 guidance $4.85-4.95, will provide specific FY19 guidance at 4Q call

- Management focus areas:

  - o Business mix

  - o Cost structure

  - o Capital deployment strategies (have about $1Bn remaining under approved buyback plan)

## Q&A

- Effective tax rate:

  - o Cordis performance resulted CAH to not to be able to take xxx in certain regions

  - o Expect to see tax rate decline going forward

- Generic pricing: expect to finish at mid-to high single digit

  - o Slightly higher than original expectation but have seen moderation in deflation vs. last year and last quarter, but not moderating as fast as expected

  - o Didn't see aggressive pricing

  - o Buyside generic pricing: didn't see material impact from that yet

- What could pressure in FY19:

  - o Optum re-pricing pressure, and re-priced some other clients

  - o Larger than normal customer re-pricing next year

  - o When renewing: look to partner with customer on all fronts including consumer health brand and generics, private label, and other products, looking for opportunities of additional volume in exchange of price decrease.

- Size and scope of Cordis issue:

  - o Inventory reserves: much more difficult outside of US, where 70% of Cordis' business at

  - o Going to evaluate if necessary to be in 60-70 countries, but with the breadth of products CAH believe they can compete effectively outside of US

  - o Roll-out IT projects and solutions, rolled out one last quarter; drove some inventory write-offs, going to roll out more which would provide more visibility to inventory

- Medical segment challenges:

---

**Bank of America**
**Merrill Lynch**

CAH-SDOH2.19-cv-3347-00395097

- o If the inventory system in place would have been better; as the company rolled out the first system, had to do a large inventory write-off in the quarter, created significant hit on medical

- o Exam gloves continued to be a challenge in 3Q: it is a large volume commodity type product, CAH has a lot of downstream fixed contracts

- o Medtronic Patient Recovery business going well, this piece is over 75% in the US, so very little concern on inventory reserve visibility challenges

- o Patient Recovery business in general don't have expiration dates, so lesser program vs. Cordis products with inventory challenges

- o The biggest challenge is not in CAH's own systems to get inventory visibility, but in the consigned inventory, which is what CAH is working on

- Red Oak: continues to be a tailwind

  - o Generic deflation in the Q was more than Red Oak outperform

- $0.16 client investment previously talked about:

  - o $0.08 related to 2H repricing, in which $0.04 related to Cordis

  - o The other $0.08 related to tax component, which has been spent

  - o The vast majority of the $0.16 already spend and will get spent this year

 

CAH-SDOH2.19-cv-3347-00395098

# Price objective basis & risk

**Cardinal Health (CAH)**

Our $54 price objective is about 10x CY19E EPS. This multiple is below the five-year average of 14x. The discount incorporates margin and pricing pressure in the pharmaceutical segment from slowing branded inflation and increasing competition from downstream independent buying groups. The discount for the Medical segment incorporates growing risk from non-traditional distributors.

Upside risks to our PO are any potential volume pickup, increases in buyside/sellside spreads, faster-than-expected contributions from the recently acquired medical businesses, and capital deployment. Downside risks to our PO are incrementally worse drug pricing pressure, increased competition creating gross profit headwinds, the risk of Amazon or another disruptive force entering the supply chain market, and lack of available attractive capital deployment opportunities.

# Analyst Certification

I, Michael Cherny, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

**US - Healthcare Technology & Distribution Coverage Cluster**

| Investment rating | Company | BofA Merrill Lynch ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Allscripts | MDRX | MDRX US | Michael Cherny |
| | AmerisourceBergen | ABC | ABC US | Michael Cherny |
| | Cerner Corporation | CERN | CERN US | Michael Cherny |
| | CVS Health | CVS | CVS US | Michael Cherny |
| | McKesson | MCK | MCK US | Michael Cherny |
| | Owens & Minor | OMI | OMI US | Michael Cherny |
| | Premier, Inc. | PINC | PINC US | Michael Cherny |
| **NEUTRAL** | | | | |
| | Athenahealth | ATHN | ATHN US | Michael Cherny |
| | Henry Schein | HSIC | HSIC US | Michael Cherny |
| | Walgreens Boots Alliance | WBA | WBA US | Michael Cherny |
| **UNDERPERFORM** | | | | |
| | Cardinal Health | CAH | CAH US | Michael Cherny |
| | Patterson Companies | PDCO | PDCO US | Michael Cherny |

**Bank of America**
**Merrill Lynch**

CAH-SDOH2.19-cv-3347-00395099

**iQ**method $^{SM}$ **Measures Definitions**

| Business Performance | Numerator | Denominator |
|---|---|---|
| Return On Capital Employed | NOPAT = (EBIT + Interest Income) * (1 - Tax Rate) + Goodwill Amortization | Total Assets – Current Liabilities + ST Debt + Accumulated Goodwill Amortization |
| Return On Equity | Net Income | Shareholders' Equity |
| Operating Margin | Operating Profit | Sales |
| Earnings Growth | Expected 5-Year CAGR From Latest Actual | N/A |
| Free Cash Flow | Cash Flow From Operations – Total Capex | N/A |

| Quality of Earnings | | |
|---|---|---|
| Cash Realization Ratio | Cash Flow From Operations | Net Income |
| Asset Replacement Ratio | Capex | Depreciation |
| Tax Rate | Tax Charge | Pre-Tax Income |
| Net Debt-To-Equity Ratio | Net Debt = Total Debt, Less Cash & Equivalents | Total Equity |
| Interest Cover | EBIT | Interest Expense |

| Valuation Toolkit | | |
|---|---|---|
| Price / Earnings Ratio | Current Share Price | Diluted Earnings Per Share (Basis As Specified) |
| Price / Book Value | Current Share Price | Shareholders' Equity / Current Basic Shares |
| Dividend Yield | Annualised Declared Cash Dividend | Current Share Price |
| Free Cash Flow Yield | Cash Flow From Operations – Total Capex | Market Cap. = Current Share Price * Current Basic Shares |
| Enterprise Value / Sales | EV = Current Share Price * Current Shares + Minority Equity + Net Debt + Other LT Liabilities | Sales |
| EV / EBITDA | Enterprise Value | Basic EBIT + Depreciation + Amortization |

**iQ**method $^{SM}$ is the set of BofA Merrill Lynch standard measures that serve to maintain global consistency under three broad headings: Business Performance, Quality of Earnings, and validations. The key features of iQmethod are: A consistently structured, detailed, and transparent methodology. Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

**iQ**database $^®$ is our real-time global research database that is sourced directly from our equity analysts' earnings models and includes forecasted as well as historical data for income statements, balance sheets, and cash flow statements for companies covered by BofA Merrill Lynch.

**iQ**profile $^{SM}$, **iQ**method $^{SM}$ are service marks of Bank of America Corporation. **iQ**database $^®$ is a registered service mark of Bank of America Corporation.

CAH-SDOH2.19-cv-3347-00395100

# Disclosures

## Important Disclosures

**CAH Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of April 30, 2018 or such later date as indicated.

**Equity Investment Rating Distribution: Health Care Group (as of 01 Apr 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 131 | 58.22% | Buy | 79 | 60.31% |
| Hold | 53 | 23.56% | Hold | 30 | 56.60% |
| Sell | 41 | 18.22% | Sell | 14 | 34.15% |

**Equity Investment Rating Distribution: Global Group (as of 01 Apr 2018)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships* | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1639 | 54.31% | Buy | 1023 | 62.42% |
| Hold | 639 | 21.17% | Hold | 404 | 63.22% |
| Sell | 740 | 24.52% | Sell | 367 | 49.59% |

* Issuers that were investment banking clients of BofA Merrill Lynch or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. *VOLATILITY RISK RATINGS*, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. *INVESTMENT RATINGS* reflect the analyst's assessment of a stock's: (i) absolute total return potential and (ii) attractiveness for investment relative to other stocks within its *Coverage Cluster* (defined below). There are three investment ratings: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster* |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |
| Neutral | ≥ 0% | ≤ 30% |
| Underperform | N/A | ≥ 20% |

* Ratings dispersions may vary from time to time where BofA Merrill Lynch Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Merrill Lynch report referencing the stock.

Price charts for the securities referenced in this research report are available at https://pricecharts.baml.com, or call 1-800-MERRILL to have them mailed.
MLPF&S or one of its affiliates acts as a market maker for the equity securities recommended in the report: Cardinal Health.
MLPF&S or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Cardinal Health.
The issuer is or was, within the last 12 months, an investment banking client of MLPF&S and/or one or more of its affiliates: Cardinal Health.
MLPF&S or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Cardinal Health.
The issuer is or was, within the last 12 months, a non-securities business client of MLPF&S and/or one or more of its affiliates: Cardinal Health.
MLPF&S or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Cardinal Health.
MLPF&S or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Cardinal Health.
MLPF&S or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Cardinal Health.
The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of MLPF&S and/or one or more of its affiliates: Cardinal Health.
BofA Merrill Lynch Research Personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

**Bank of America**
**Merrill Lynch**



CAH-SDOH2.19-cv-3347-00395101

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Merrill Lynch policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for the purpose of any recommendation in relation to: (i) an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report; or (ii) a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including Bank of America Merrill Lynch trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

---

Officers of MLPF&S or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

**BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.**

**"BofA Merrill Lynch" includes Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") and its affiliates. Investors should contact their BofA Merrill Lynch representative or Merrill Lynch Global Wealth Management financial advisor if they have questions concerning this report. "BofA Merrill Lynch" and "Merrill Lynch" are each global brands for BofA Merrill Lynch Global Research.**

**Information relating to Non-US affiliates of BofA Merrill Lynch and Distribution of Affiliate Research Reports:**

MLPF&S distributes, or may in the future distribute, research reports of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Investment Industry Regulatory Organization of Canada; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; Merrill Lynch (Argentina): Merrill Lynch Argentina SA, regulated by Comisión Nacional de Valores; Merrill Lynch (Japan): Merrill Lynch Japan Securities Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; DSP Merrill Lynch (India): DSP Merrill Lynch Limited, regulated by the Securities and Exchange Board of India; Merrill Lynch (Indonesia): PT Merrill Lynch Sekuritas Indonesia, regulated by Otoritas Jasa Keuangan (OJK); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (Russia): OOO Merrill Lynch Securities, Moscow, regulated by the Central Bank of the Russian Federation; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Spain): Merrill Lynch Capital Markets Espana, S.A.S.V., regulated by Comisión Nacional del Mercado De Valores; Merrill Lynch (Brazil): Bank of America Merrill Lynch Banco Multiplo S.A., regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company, Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK) and Bank of America Merrill Lynch International Limited, which are authorized by the PRA and regulated by the FCA and the PRA, and is distributed in the UK to retail clients (as defined in the rules of the FCA and the PRA) by Merrill Lynch International Bank Limited, London Branch, which is authorized by the Central Bank of Ireland and subject to limited regulation by the FCA and PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been considered and distributed in Japan by Merrill Lynch (Japan), a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by DSP Merrill Lynch (India); and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch International Bank Limited (Merchant Bank) (MLIBLMB) and Merrill Lynch (Singapore) (Company Registration Nos F 06872E and 198602883D respectively). MLIBLMB and Merrill Lynch (Singapore) are regulated by MAS. Bank of America N.A., Australian Branch (ARBN 064 874 531), AFS License 412901 (BANA Australia) and Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distribute this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of BANA Australia, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. Bank of America Merrill Lynch International Limited, Frankfurt Branch (BAMLI Frankfurt) distributes this information in Germany and is regulated by BaFin.

This information has been prepared and issued by MLPF&S and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in respect of any matters relating to dealing in securities or provision of specific advice on securities or any other matters arising from, or in connection with, this information. Singapore recipients of this information should contact Merrill Lynch International Bank Limited (Merchant Bank) and/or Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Merrill Lynch.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Merrill Lynch clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Merrill Lynch, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Merrill Lynch is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned in this report. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

UK Readers: The protections provided by the U.K. regulatory regime, including the Financial Services Scheme, do not apply in general to business coordinated by BofA Merrill Lynch entities

---


**Bank of America**
**Merrill Lynch**

CAH-SDOH2.19-cv-3347-00395102

located outside of the United Kingdom. BofA Merrill Lynch Global Research policies relating to conflicts of interest are described at https://go.bofa.com/coi.

MLPF&S or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. MLPF&S or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Merrill Lynch, through business units other than BofA Merrill Lynch Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations reflect the different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Merrill Lynch is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and MLPF&S for the provision of research services for a separate fee, and in connection therewith MLPF&S may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom MLPF&S has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by MLPF&S). If such recipient uses the services of MLPF&S in connection with the sale or purchase of a security referred to herein, MLPF&S may act as principal for its own account or as agent for another person. MLPF&S is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information regarding Research Reports:**

Copyright 2018 Bank of America Corporation. All rights reserved. iQmethod, iQmethod 2.0, iQprofile, iQtoolkit, iQworks are service marks of Bank of America Corporation. iQanalytics®, iQcustom®, iQdatabase® are registered service marks of Bank of America Corporation. This research report is prepared for the use of BofA Merrill Lynch clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Merrill Lynch. BofA Merrill Lynch Global Research reports are distributed simultaneously to internal and client websites and other portals by BofA Merrill Lynch and are not publicly-available materials. Any unauthorized use or disclosure is prohibited. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets) without first obtaining expressed permission from an authorized officer of BofA Merrill Lynch.

Materials prepared by BofA Merrill Lynch Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch, including investment banking personnel. BofA Merrill Lynch has established information barriers between BofA Merrill Lynch Global Research and certain business groups. As a result, BofA Merrill Lynch does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Merrill Lynch Global Research personnel's knowledge of legal proceedings in which any BofA Merrill Lynch entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Merrill Lynch in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of MLPF&S, any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Merrill Lynch Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Merrill Lynch and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This report may contain links to third-party websites. BofA Merrill Lynch is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this report and is not incorporated by reference into this report. The inclusion of a link in this report does not imply any endorsement by or any affiliation with BofA Merrill Lynch. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Merrill Lynch is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Merrill Lynch is under no obligation to update this information and BofA Merrill Lynch's ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Merrill Lynch will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Merrill Lynch policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports may contain discussions and/or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with MLPF&S or any of its affiliates may not solicit purchases of securities or financial instruments that are Restricted or Under Review and may only solicit securities under Extended Review in accordance with firm policies.

Neither BofA Merrill Lynch nor any officer or employee of BofA Merrill Lynch accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents.



CAH-SDOH2.19-cv-3347-00395103