# EXHIBIT 20

## FILED PROVISIONALLY UNDER SEAL