# EXHIBIT 21

## FILED PROVISIONALLY UNDER SEAL