# EXHIBIT 22

## FILED PROVISIONALLY UNDER SEAL