# EXHIBIT 23

## FILED PROVISIONALLY UNDER SEAL