# EXHIBIT 24

## FILED PROVISIONALLY UNDER SEAL