# EXHIBIT 25

## FILED PROVISIONALLY UNDER SEAL