# EXHIBIT 26

## FILED PROVISIONALLY UNDER SEAL