# EXHIBIT 27

## FILED PROVISIONALLY UNDER SEAL