# EXHIBIT 28

## FILED PROVISIONALLY UNDER SEAL