# EXHIBIT 29

## FILED PROVISIONALLY UNDER SEAL