# EXHIBIT 30

## FILED PROVISIONALLY UNDER SEAL