# EXHIBIT 31

## FILED PROVISIONALLY UNDER SEAL