# EXHIBIT 32

## FILED PROVISIONALLY UNDER SEAL