# EXHIBIT 33

## FILED PROVISIONALLY UNDER SEAL