# EXHIBIT 34

## FILED PROVISIONALLY UNDER SEAL