# EXHIBIT 35

## FILED PROVISIONALLY UNDER SEAL