# EXHIBIT 9

LA Sheriff's Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

April 28, 2022
Bhaskaran Swaminathan

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION
-----------------------------------------
LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated,
　　　Plaintiffs

　　v.

CARDINAL HEALTH, INC., GEORGE S. BARRETT, DONALD M. CASEY, JR., MICHAEL C KAUFMANN, JORGE M. GOMEZ, and DAVID J. WILSON,
　　　Defendants

Case No. 2:19-CVL-03347
----------------------------------------

VIDEO DEPOSITION OF
Bhaskaran Swaminathan
April 28, 2022
Lead: Danika Kritter, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

Page 2

APPEARANCES:

ATTORNEYS FOR PLAINTIFFS
　MS. LAURIE L. LARGENT, Esquire
　ROBBINS GELLER RUDMAN & DOWD LLP
　655 West Broadway
　San Diego, CA 92101
　619-231-1058
　llargent@rgrdlaw.com

ATTORNEYS FOR DEFENDANTS
　DANIKA KRITTER, Esquire
　ALEXANDRA SADINSKY, Esquire
　ELIZABETH BRANDT, Esquire
　WACHTELL LIPTON ROSEN & KATZ
　51 West 52nd Street
　New York, New York 10019
　212-403-1000
　DLKritter@wlrk.com
　APSadinsky@wlrk.com
　ENBrandt@wlrk.com

Page 3

APPEARANCES:  (Continued)

ATTORNEYS FOR LSV ASSET MANAGEMENT and the WITNESS:
　MATTHEW A. BILLS, Esquire
　BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
　200 West Madison Street, Suite 3900
　Chicago, Illinois 60606
　312-984-3100
　matthew.bills@bfkn.com

ALSO PRESENT:
　Josh O'Donnell, LSV Asset Management
　Daniel Flaherty, LSV Asset Management
　Jackson Martin, Wachtell Lipton Rosen & Katz
　Max Obmascik, Wachtell Lipton Rosen & Katz
　Nicole Kim, Esquire, Cardinal Health

JANE ROSE REPORTING
　74 Fifth Avenue
　New York, New York 10011
　1-800-825-3341
　Cynthia J. Conforti, Court Reporter
　Marvin Oltman, Videographer

Page 4

TABLE OF CONTENTS

Witness:  Bhaskaran Swaminathan

Examination

By Ms. Kritter...........................Page   6

By Ms. Largent...........................Page 249

Reporter Certificate.....................Page 254

Notice to Read and Sign..................Page 256

Index to Exhibits........................Page 258

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

LA Sheriff's Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

April 28, 2022
Bhaskaran Swaminathan

Page 149

public debt offerings, and bank loan initiations. But the paper doesn't necessarily look at all those events specifically. It just says -- looks at the total assets of a company, and it says if that assets grow a lot, like a blank instrument, if you may, then the returns are low afterwards, but the assets could have grown because of any of those reasons.

So I don't think they break up all of that, my -- my recollection. As I was saying, it's a paper I read a while ago. But the paper is about total asset growth. It could be due to all those reasons.

BY MS. KRITTER:

Q Are --

A It doesn't -- go ahead, sorry.

Q Are acquisitions associated with abnormally low returns?

A That is the point I was trying to make, is that not all -- so they are not specifically talking about acquisitions in this paper. They are talking about asset growth, and they are saying acquisitions could be one of them.

But it depends upon the growth in assets. If a company acquires another company but the

Page 150

assets didn't grow that significantly, then they wouldn't capture that. It really depends.

Q Would you say that an event that creates abnormal returns also creates risk for the company?

A Okay. In the sense that if a company significantly underperforms, you know, if there's a significant period of underperformance of a company, you can cause risk because, you know, it's equity value's falling, so maybe its leverage goes up. So, yes, it can create risk.

Q So is it fair to say that acquisitions are generally risky?

MR. BILLS: Objection, outside the scope of the topics.

MS. LARGENT: Objection.

THE WITNESS: I'm saying this as intellectually honestly as I can. You cannot make a blanket statement like that.

BY MS. KRITTER:

Q Well, what sort of -- what sort of risks are associated with acquisitions?

A Well, the risks, at least from the literature -- again, I'm talking from my role as an academic -- from the -- you know, typically

Page 151

what they talk about is work in -- in strategy literature and other literature, they talk about post-acquisition integration, for example. Two companies -- two different cultures are coming together, something -- you know, things don't work out.

So they talk about those as a -- that as a risk factor, post-acquisition integration. They talk about overestimation of synergies. I'm acquiring this company, there's going to be all these synergies, and they talk about overestimation of synergies as another risk. So these are the kind of issues they talk about in the literature.

Q Have you ever discussed this specific paper with others at LSV?

A We have discussed this paper, yes, because we have used some of these signals. We use some of these signals in our model.

Q Do you use any signals about acquisitions in your model?

A Not acquisitions specifically.

Q Has LSV tested any investment ideas with respect to acquisitions?

A I'm thinking. Give me a second. Because

Page 152

I've been here for 17 years. I have to think through and I want to answer this honestly, so...

No, we have not.

Q So do acquisitions not factor into LSV's investment ideas?

A They factor in indirect fashion.

If -- indirect fashion.

So if -- as I talked about, stock issuances, if a company finances not just acquisitions, any asset purchase, it could be internal investment. Doesn't have to be an acquisition.

If it uses equity offerings, meaning if it choose equity to raise finances, that would generally show up in our model as a negative signal.

Q Do you know why this paper was sent to Ms. Altiner of SEIU?

A I think it was just -- I don't know, because I wasn't there, the discussion between Jason and Dilay. But Dilay is a very intellectually curious person, and I've sent papers like this and others to her over time.

So I don't know the particular reason, but I think she probably talked to us about some

LA Sheriff's Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

April 28, 2022
Bhaskaran Swaminathan

Page 241

have provided it.

Q Did anyone from SEIU ever say to LSV that they believed Cardinal Health had committed securities fraud in connection with the company's statement about Cordis?

MR. BILLS: Objection, asked and answered.

THE WITNESS: Not that I'm aware of.

MS. LARGENT: Join.

THE WITNESS: Yeah, if there was any communication, we would have provided it.

BY MS. KRITTER:

Q At any point has anyone from SEIU ever said to anyone at LSV that they didn't want SEIU's money invested in Cardinal Health?

A Could you repeat the question to me, please?

Q A lot of acronyms.

At any point has anyone from SEIU ever said to anyone at LSV that they don't want SEIU's money invested in Cardinal Health?

A Not that I'm aware of, and I highly doubt that, but if there was any such communication, we would have shared that with you.

Q So SEIU has never notified LSV of this litigation?

Page 242

MS. LARGENT: Objection as --

MR. BILLS: Objection, mischaracterizes his testimony.

THE WITNESS: I think if there's any communications regarding litigation, we would have shared that with you, but I don't think they ever told us not to invest in Cardinal Health.

BY MS. KRITTER:

Q Do you know if SEIU contacted LSV about its holdings in Cardinal Health securities after LSV purchased more Cardinal Health securities in December 2020?

A I missed the middle part of it. So if you can please repeat to me.

Q Sorry.

So even after LSV purchased more Cardinal Health securities on behalf of SEIU in December 2020, did anyone from SEIU contact LSV about Cardinal Health?

A I don't think so. But if they did, again, we would have shared it.

MS. KRITTER: Let's go back to tab 12.

THE WITNESS: Before you ask the next question, can we take a small break?

MS. KRITTER: Sure. I'm actually almost

Page 243

done.

THE WITNESS: Okay. Then we'll wait, we'll wait.

MS. KRITTER: We can power through the rest of this.

This is LSV Exhibit 9. And this is the quarterly investment report we have already talked about. This is from December 2016.

If you could go to page 5, please. If you could zoom into the top right quadrant. Yes.

BY MS. KRITTER:

Q So do you see where this report from December 2016 shows that LSV held Cardinal Health stock on behalf of SEIU?

A Yes.

Q Did LSV send SEIU a quarterly investment report similar to this one in December 2020?

A Sure, I'm sure we did.

Q So SEIU would know that LSV had purchased more Cardinal Health stock in December 2020, correct?

A Yes.

Q And SEIU never told LSV to stop trading in Cardinal Health securities?

A Yes, that's correct.

Page 244

Q These are my last questions for today.

MS. KRITTER: You can put that document down, Max.

BY MS. KRITTER:

Q Do the folks who work at LSV regularly communicate by e-mail?

A We do for detail, yes.

Q Are there any other forms of communication that are regularly used, like phone calls or texts?

A Texts, no. Yeah, texts, no. The only time there may be a text communication is that if we are traveling together before the pandemic to see a client and somebody might say, I'm already at the airport or something like that, those kinds of things, but nothing serious.

But telephone calls we do. We also talk to each other on the phone.

Q Would you say that e-mail is the primary means of communication at LSV?

A E-mails and phone calls too, but e-mails is the primary.

Q Have you ever e-mailed other people at LSV about SEIU?

A E-mails to -- are you asking whether I

LA Sheriff's Pension  
v. Cardinal Health Inc.

FINAL  
CONFIDENTIAL

April 28, 2022  
Bhaskaran Swaminathan

Page 255

INSTRUCTIONS FOR ERRATA

NOTARY PUBLIC SIGNATURE

Not required unless agreed upon by counsel that notary public signature is required.

Please return a copy of the signed errata within 30 days of receipt, unless otherwise agreed upon by counsel.  Once we receive the signed errata, we will distribute an electronic copy to all parties.

RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL TO:

    FAX:     1-800-825-9055

    EMAIL:   janerose@janerosereporting.com

Jane Rose Reporting  
Administrative Offices  
309 South Main Street  
PO Box 542  
Luck, Wisconsin  54853

LA Sheriff's Pension       FINAL       April 28, 2022
v. Cardinal Health Inc.       CONFIDENTIAL       Bhaskaran Swaminathan

Page 256

NOTICE TO READ AND SIGN

This transcript was electronically distributed to
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP to
forward to witness.

ACKNOWLEDGEMENT OF DEPONENT

I, Bhaskaran Swaminathan, do hereby certify
that I have read the foregoing pages and that the
same is a correct transcription of the answers
given by me to the questions therein propounded,
except for the corrections or changes in form or
substance, if any, noted in the attached Errata
Sheet.

May 24, 2022
Date       BHASKARAN SWAMINATHAN

Signed and subscribed to before me this
___ day of May, _____, 2022.

Notary Public

JESSICA J ROBERTS
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 5, 2025

| LA Sheriff's Pension<br>v. Cardinal Health Inc. | FINAL<br>CONFIDENTIAL | April 28, 2022<br>Bhaskaran Swaminathan |
|---|---|---|

Page 257-A

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 9 | 16 | "MR. BILLS" to "MS. LARGENT" | Transcription Error |
| 10 | 1 | "MR. BILLS" to "MS. LARGENT" | Transcription Error |
| 12 | 9 | "of" to "on" | Transcription Error |
| 14 | 21 | "1999" to "2000" | Correction |
| 16 | 5 | "marketing" to "market" | Transcription Error |
| 17 | 8 | "critical" to "empirical" | Transcription Error |
| 17 | 13 | "CAO" to "CIO" | Transcription Error |
| 19 | 8 | Strike "to" | Transcription Error |
| 26 | 23 | "practically" to "empirically" | Transcription Error |
| 27 | 12 | "we are" to "we are a" | Transcription Error |
| 27 | 15 | "usual" to "individual" | Transcription Error |
| 30 | 2 | "they" to "there" | Transcription Error |
| 30 | 19 | "that including" to "with improving" | Transcription Error |
| 32 | 15 | "asset center" to "assets under" | Transcription Error |
| 32 | 20 | "perform" to "performed | Transcription Error |
| 32 | 21 | "benchmark" to "benchmarks" | Transcription Error |
| 32 | 25 | "paying" to "prior" | Transcription Error |
| 36 | 11 | "add" to "had" | Transcription Error |
| 46 | 15 | "comps" to "accounts" | Transcription Error |
| 52 | 1 | Add ", but also based on any additional cash inflows or outflows." | Clarification |
| 52 | 21 | "sim" to sin" | Transcription Error |
| 54 | 5 | "separate" to "sector" | Transcription Error |
| 54 | 6 | Strike "for documents" | Transcription Error |
| 55 | 11 | "by the clients" to "separately" | Correction |
| 56 | 5 | "38" to "45" | Correction |

**JANE ROSE REPORTING**
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

LA Sheriff's Pension      FINAL      April 28, 2022
v. Cardinal Health Inc.      CONFIDENTIAL      Bhaskaran Swaminathan

Page 257-B

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 58 | 3 | "product" to "project" | Transcription Error |
| 61 | 6 | "product" to "project" | Transcription Error |
| 62 | 7 | Add: "But they may work on a client request for some specific data or clarification." | Clarification |
| 64 | 12 | "is" to "are | Transcription Error |
| 66 | 18 | "range" to "run" | Transcription Error |
| 66 | 25 | "protect" to "detect" | Transcription Error |
| 67 | 15 | Add "of the" before "stock" | Transcription Error |
| 67 | 16 | "ben" to "been" | Transcription Error |
| 67 | 22 | "transfer" to "international" | Transcription Error |
| 67 | 23 | "There's" to "That is" | Transcription Error |
| 68 | 23 | "they're" to "were" | Transcription Error |
| 70 | 23 | "universal" to "universe of" | Transcription Error |
| 71 | 7 | "or" to "the" | Transcription Error |
| 72 | 18 | Strike "we" after "and" | Transcription Error |
| 74 | 13 | "view" to "yield" | Transcription Error |
| 74 | 22 | "of" to "for" | Transcription Error |
| 75 | 22-23 | "buy sim" to "not buy sin" | Transcription Error |
| 77 | 12 | "valve" to "well" | Transcription Error |
| 77 | 22 | "division" to "decisions" | Transcription Error |
| 87 | 7 | "prospective" to "respective" | Transcription Error |
| 88 | 20 | "is" to "are" | Transcription Error |
| 90 | 16 | "off-sales" to "past sales" | Transcription Error |
| 91 | 2, 16 | "diversion" to "reversion" | Transcription Error |

JANE ROSE REPORTING      National Court-Reporting Coverage
1-800-825-3341      janerose@janerosereporting.com

| LA Sheriff's Pension v. Cardinal Health Inc. | FINAL CONFIDENTIAL | April 28, 2022 Bhaskaran Swaminathan |
|---|---|---|

Page 257-C

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 93 | 4 | "include" to "increase" | Transcription Error |
| 94 | 4 | "big" to beat" | Transcription Error |
| 95 | 1 | "jump" to "jumps" | Transcription Error |
| 95 | 4 | "computed" to "continue to" | Transcription Error |
| 98 | 16 | "up" to "of" | Transcription Error |
| 99 | 8 | "could" to "would" | Transcription Error |
| 111 | 11 | "controlled" to "control" | Transcription Error |
| 117 | 10 | "the" to "their" | Transcription Error |
| 121 | 1 | "valuable" to "a value" | Transcription Error |
| 121 | 7 | "its" to "it is" | Transcription Error |
| 125 | 23 | "down" to "up" | Correction |
| 128 | 1 | "-- what's" to "works" | Transcription Error |
| 129 | 6 | "but" to "that" | Transcription Error |
| 129 | 7 | "data event" to "event that went" | Transcription Error |
| 137 | 1 | "heading up" to "scheduling" | Transcription Error |
| 138 | 1 | "he's" to "she's" | Transcription Error |
| 138 | 2 | "he" to "she" | Transcription Error |
| 144 | 7-13 | "Schiller" to "Shiller" | Transcription Error |
| 144 | 16 | "he" to "she" | Transcription Error |
| 144 | 20 | "guy" to "idea" | Clarification |
| 145 | 5,11 | "Schiller" to "Shiller" | Transcription Error |
| 145 | 12 | "at first," to "of us" | Transcription Error |
| 148 | 7 | "what's" to "that's" | Transcription Error |
| 149 | 19 -20 | "is that not" to "it's not that at" | Transcription Error |

**JANE ROSE REPORTING**
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

LA Sheriff's Pension       FINAL       April 28, 2022
v. Cardinal Health Inc.     CONFIDENTIAL     Bhaskaran Swaminathan

Page 257-D

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 153 | 14 | "product" to "project" | Transcription Error |
| 155 | 1 | "unpublished" to "own" | Correction |
| 158 | 22 | "behavior" to "behavioral" | Transcription Error |
| 160 | 23 | "all" to "more" | Transcription Error |
| 170 | 20 | Strike "not" | Transcription Error |
| 177 | 12 | "normal" to "in the model" | Transcription Error |
| 177 | 18 | "LSV" to "SEIU" | Correction |
| 182 | 12 | "could" to "would" | Transcription Error |
| 184 | 8 | "seven amount" to "a certain amount of" | Transcription Error |
| 209 | 21 | "accreted" to "accretive" | Transcription Error |
| 213 | 9 | "and many" to "in many" | Transcription Error |
| 213 | 10-11 | "of the other" to "or another" | Transcription Error |
| 217 | 9 | "face" to "raise" | Transcription Error |
| 225 | 6 | "evaluation-based use" to "valuation ratios" | Transcription Error |
| 233 | 10 | "and" to "than" | Transcription Error |
| 237 | 24 | "the view to" to "to you in" | Transcription Error |
| 244 | 7 | "for detail" to "by e-mail" | Transcription Error |
| 251 | 8 | "camera" to "Cammer" | Transcription Error |
| | / | / | / |
| | / | / | / |
| | / | / | / |
| | / | / | / |
| | / | / | / |