# EXHIBIT 18



# 1199 SEIU Health Care Employees Pension Fund
## Quarterly Investment Commentary

As of September 30, 2017



**For Existing Institutional Client Use Only.**
© 2017 Columbia Management Investment Advisers, LLC
All rights reserved.

COLUMBIA
THREADNEEDLE
INVESTMENTS

# Quarterly Investment Review
## Economic Market Review and Outlook

Stocks outperformed bonds during the quarter with the Russell 3000 Index beating the Bloomberg Barclays U.S. Aggregate Bond Index by a little over three and a half percent.  The popular S&P 500 Index has now risen for 11 consecutive months, the longest such streak since 1959.  The S&P 500 has not seen a 5% price correction since June 2016, its longest stretch without a correction of that magnitude or greater in some 21 years.

Emerging Markets were once again one of the top performing regions in the third quarter, gaining 7.9% as reflected in the total return of the MSCI Emerging Market Index. U.S. equity markets underperformed as they have for much of the year, on average, versus other developed market regions though the U.S. did still post a strong return of 4.6% as measured by the Russell 3000 Index.  A weak U.S. dollar (one of the weakest asset class returns for quarter and YTD) helped international equities enjoy noticeable outperformance in dollar terms versus U.S. equities. Core Europe, with the likes of German and French equities, were one of the strongest developed market regions in the quarter.  In U.S. dollar terms, the MSCI Germany Index was up 7.4% in the quarter and the MSCI France Index was up 8.4%.

The Bloomberg Barclays US Aggregate Bond Index posted a return of 0.9% during the third quarter.  Looking back, it appears the bond market may have overthought the perceived weakness across the economy.  During the first week of September, 10 year treasury yields stood barely above 2%, and the probability of a December rate hike priced into Fed Funds futures was barely 20%.  Yet neither the real economy nor the Fed itself ratified these soft and dovish expectations, and, equity markets calmly marched forward to reclaim the highest levels of the year.  Over the final three weeks of the quarter, bond investors seem to have reconsidered, and market patterns favored prosperity linked assets at the expense of interest rate sensitive assets.  Leading the way in terms of strong returns for fixed income investors was high yield corporate bonds.  The Bloomberg Barclays US High Yield Corporate Bond Index was up approximately 2.0% during the quarter.  Conversely, US treasuries, as measured by the Bloomberg Barclays US Treasury Index managed to barely eke out a gain, rising less than one-half of one percent in the quarter.

From an economic perspective, we remain centered around a base case scenario that sees U.S. growth in a range of 2.0% to 2.5% for 2017.  As the Fed begins to wind-down its balance sheet there is a high degree of scrutiny that is directed at the vitality of the business cycle.  Still, improved business and consumer confidence could lead to a slight upshift in demand. Fiscal stimulus is not likely in 2017 but potentially in 2018, and, expectations of tax relief, regulatory relief and overall reflationary efforts could extend the business cycle. The proposed U.S. tax cut plan would result in wider budget deficits and potentially faster U.S. inflation with the U.S. economy already near full employment. Should these events unfold as some market strategists expect, then the Fed is expected to respond with even tighter monetary policy.

Global economic news continues to point toward solid growth, rising inflation pressures and, in response, less accommodative monetary policy.  As such, while we are mostly neutral with respect to our portfolio risk-taking budget, we do begin the fourth quarter with a tilt toward a slightly more aggressive posturing of multi-asset portfolios.  The human tendency to stay anchored to prevailing points of view creates a reluctance to re-install positions consistent with this playbook.  Nevertheless, all of our indicator work supports a move toward a somewhat more aggressively tilted positioning inside portfolios.  There are several different ways to express this view, including through adding equity exposure, reducing duration, or increasing beta (market sensitivity) within the equity segment of funds.  Still, it's important to note that the margin of error for this view is narrow, as a small increase in volatility could easily become self-reinforcing with volatility at today's extremely low levels.

The views expressed are as of the date provided and are subject to change at any time based upon market and other factors.  There is no guarantee that investment objectives will be achieved or that any particular investment will be profitable.  Diversification does not assure a profit or protect against loss.  **Past performance does not guarantee future results.**                                                                                                    1919102 (10/17)

**For Existing Institutional Client Use Only.**  © 2017 Columbia Management Investment Advisers, LLC. All rights reserved.                                                                    4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                    1199SEIUHC0136384



# Quarterly Investment Review
Columbia Contrarian Large Cap Core Strategy

## Market overview

The U.S. equity market posted a gain of 4.48% in the third quarter of 2017, as measured by the Russell 1000 Index. A number of factors combined to fuel the strong performance, including:

- Stronger economic growth: The U.S. economy continued to accelerate, highlighted by healthy manufacturing data, improving business sentiment and stronger employment trends. Growth also picked up steam outside of the United States, particularly in Europe and emerging markets.

- Rising corporate earnings: The broadening of global growth boosted corporate results, leading to gains for revenues and bottom-line earnings both in the United States and abroad. Companies generated rising profit margins and delivered positive future guidance. The weakness in the U.S. dollar provided an additional benefit by making U.S. multinationals' goods and services less expensive overseas.

- Favorable sentiment regarding U.S. Federal Reserve policy: At its September meeting, the Fed announced its intention to continue raising interest rates and begin reversing the quantitative easing policy that helped the markets recover from the 2007-2008 financial crisis. While at first this would seem to be a headwind for stocks, investors seemed to take it as a confirmation of the strength in the U.S. economy. In addition, the markets appeared confident that the Fed would maintain its gradual approach to tightening policy.

- A potential tax reduction: Although Washington, D.C. remained mired in gridlock, renewed hopes for tax reform - including a potential cut in the corporate tax rate - gave an added lift to stocks in September.

These factors, together with a rebound in commodity prices and the persistently low level of global bond yields, supported investors' appetite for risk and helped fuel healthy, broad-based gains for the global equity markets.

## Contributors and detractors

For the quarter, stock selection was the primary driver of underperformance. Weak stock selection in the industrials, consumer discretionary and materials sectors detracted most from portfolio performance relative to the benchmark. Stock selection for the period was strongest in the financials, information technology and energy sectors. Sector allocation contributed modestly on overall performance for the period. A slight overweight to the energy sector and an underweight to consumer staples were positives for the strategy.

Quarterly contributors and detractors include:

### Contributors

- MasterCard had the best overall effect on the portfolio during the quarter. It is well positioned to benefit from the ongoing global secular shift away from traditional cash and checks and toward electronic payments.

- Facebook was another strong performer for the portfolio, with profits and revenues up double digits. Advertisers continue to embrace the core Facebook platform as well as its subsidiary Instagram.

- Citigroup was a strong performer, as the market applauded the firm's long-term outlook as presented at its recent investor day.

### Detractors

- Cardinal Health detracted from performance in the period. Generic drug pricing deflation as well as company spending initiatives hurt the growth outlook, resulting in investor disappointment.

- Coach performed poorly, as investors looked for better growth synergies from the recently combined Kate Spade and Coach franchises. This outlook disappointment led to weakness in the shares.

- Allergan declined despite reporting strong results in early August, including a 9% increase in revenues. Investors remain concerned on the patent integrity of AGN's leading product, Restasis.

**For Existing Institutional Client Use Only.**  © 2017 Columbia Management Investment Advisers, LLC. All rights reserved.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0136385

Third Quarter 2017



# Quarterly Investment Review
Columbia Contrarian Large Cap Core Strategy

## Outlook

The global growth outlook appears to have improved recently as decent synchronized gross domestic product growth took hold in most parts of the world. This renewed growth will be good for earnings but not great as we enter the later stages of this economic cycle. Previous operating leverage has already improved margins back to very high levels. A better growth outlook coupled with the prospect of tax reform have boosted markets.

Our enthusiasm is somewhat tempered by the facts that valuations remain elevated, volatility remains surprisingly low, and sentiment levels remain high. We continue to adhere to our contrarian process, using pessimism as a starting point to select potential investment candidates where we see the ability for long-term value creation for the portfolio.

This commentary was prepared by the investment team for the strategy. The team's views are based on market conditions as of the quarter end identified in this commentary and are subject to change without notice at any time based upon market and other factors. This information may contain certain statements that may be deemed forward-looking. Please note that any such statements are not guarantees of any future performance, and actual results or developments may differ materially from those discussed. There is no guarantee that investment objectives will be achieved or that any particular investment will be profitable.

**Past performance does not guarantee future results.**                                                      1921852 (10/17)

**For Existing Institutional Client Use Only.**  © 2017 Columbia Management Investment Advisers, LLC. All rights reserved.                    6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                      1199SEIUHC0136386

Case: 2:19-cv-03347-EAS-EPD Doc #: 93-19 Filed: 06/28/22 Page: 6 of 6  PAGEID #: 6060



# Quarterly Investment Review
## Disclosures

**Past performance does not guarantee future results.** Results are for the client's own account and are not composite results. Performance is based on time-weighted, daily calculation using values that are determined in good faith by Columbia Management Investment Advisers, LLC and is calculated based on trade date, net of transaction costs and reflects accrued interest. Gross performance does not reflect the deduction of management fees. The net performance reflects the deduction of management fees as of the most recent quarter end. If you have any questions regarding the above information, or if there are any changes in your investment objectives or guidelines, please contact your client relationship manager.

This performance report is separate from the custodial brokerage statement that is delivered to you identifying the securities and other assets held in your account at the end of the reporting period and setting forth all transactions in the account during that period. Transaction and valuation information reflected in this report may be inconsistent with the information presented in your custodial brokerage statement due to settlement dates and other factors. We urge you to compare the account statements from your custodian with those that you receive from Columbia Management Investment Advisers, LLC.

Any client portfolio holdings information provided is proprietary and confidential. In receiving holdings data, clients and their authorized agents agree that the data is not being obtained in order to effect securities transactions based upon such information or to provide such information to another party. References to specific securities should not be considered a recommendation to purchase or sell a particular security but rather an illustration of investment management strategy. Complete holdings information is available in client statements.

Information provided by third parties is deemed to be reliable but may be derived using methodologies or techniques that are proprietary or unique to the third party source.

**Entity Definitions and Disclosures**

Columbia Threadneedle Investments is the global brand name of the Columbia and Threadneedle group of companies.

Columbia Management Investment Advisers, LLC ("CMIA") is an investment adviser registered with the U.S. Securities and Exchange Commission.

1727540 (04/17)

**For Existing Institutional Client Use Only.**  © 2017 Columbia Management Investment Advisers, LLC. All rights reserved.    7

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                           1199SEIUHC0136387