# EXHIBIT 22

# Robbins Geller
# Rudman & Dowd LLP

| | | |
|---|---|---|
| Boca Raton | Melville | San Diego |
| Chicago | Nashville | San Francisco |
| Manhattan | Philadelphia | Washington, DC |

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED

September 6, 2019

VIA E-MAIL

Jeffrey G. Stein, General Counsel
1199 SEIU Health Care Employees Pension Fund
330 West 42nd Street, 31st Floor
New York, NY 10036-6977

Re:     Cardinal Health, Inc. Litigation

Dear Mr. Stein:

This letter will confirm that Robbins Geller Rudman & Dowd LLP has been retained by the 1199 SEIU Health Care Employees Pension Fund ("1199") in connection with securities litigation brought to recover the losses incurred by investors in Cardinal Health, Inc. ("Cardinal Health"). Our firm has conducted an investigation and believes there is a valid basis to prosecute an action against Cardinal Health and certain of its officers and/or directors for violations of state and/or federal securities laws.

The terms under which we will represent 1199 as lead plaintiff in a class action or individually are:

1.     We will prosecute the action on a contingency fee and cost basis.

2.     We will advance all fees and expenses necessary to prosecute the case regardless of whether the case ultimately proceeds as a class action or individual action. 1199 will have no responsibility for legal fees and expenses. Legal fees and expenses will be paid only out of a recovery (*i.e.*, judgment or settlement). If the matter is certified as a class action, legal fees and expenses are paid only after notice to the class and as approved by the court after a hearing.

3.     1199 agrees that we may divide fees with other attorneys for serving as local counsel, as referral fees or for other services performed. The division of attorneys' fees with other counsel may be determined upon a percentage basis or upon time spent in assisting the prosecution of an action. The division of fees with other counsel is our sole responsibility and will not increase the fees received by us upon a successful resolution of the litigation.

4.     If the court does not certify the case as a class action or if you are not designated as a lead plaintiff and we are not designated class counsel, we will discuss with you continued representation of 1199 on an individual basis.

5.     1199 will cooperate in the prosecution of the action, including discovery and deposition testimony if requested.

655 West Broadway     Suite 1900     San Diego, CA 92101     Tel 619 231 1058     Fax 619 231 7423     rgrdlaw.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0000005

**Robbins Geller**
**Rudman & Dowd LLP**

Jeffrey G. Stein, General Counsel
September 6, 2019
Page 2

6.      To ensure that 1199 will be able to prosecute the claims at issue and recover for damages suffered, please be sure that any documents related to 1199's transactions in Cardinal Health securities, including electronic records such as e-mail, have been set aside and protected from destruction.  If we can be of any assistance in identifying and preserving relevant documents and electronic files, please contact me at the phone number listed above.

7.      In a class action, any recovery will be divided among damaged investors based upon a plan of allocation approved by the Court.

8.      1199 agrees that our files and documents compiled in connection with our investigation and prosecution of this matter constitute the work product and property of this firm over which the firm has complete control with respect to its use and/or disclosure.

9.      Robbins Geller will defend and indemnify 1199 for any claims asserted against 1199 for its institution, prosecution and/or resolution of this action including, but not limited to, claims or sanctions involving attorneys' fees or costs.

10.      All notices to be given by the parties hereto shall be in writing and served by depositing same in the United States Post Office, postage prepaid and registered as follows:

| TO THE CLIENT | Jeffrey G. Stein, General Counsel<br>1199 SEIU Health Care Employees Pension Fund<br>330 West 42nd Street, 31st Floor<br>New York, NY 10036-6977 |
|---|---|
| TO ATTORNEYS | Darren J. Robbins<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101 |

11.      All disputes, disagreements and claims arising out of or related to this agreement shall be resolved exclusively through binding arbitration pursuant to the Rules of the American Arbitration Association.

12.      This letter sets forth the entire agreement between the parties, and supersedes all other oral or written provisions.

Enclosed is a Complaint and a certification form which a designated representative of 1199 should execute.  After executing the certification please return it to us via email to darrenr@rgrdlaw.com.

CARDINAL HEALTH

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0000006

**Robbins Geller**
**Rudman & Dowd** LLP

Jeffrey G. Stein, General Counsel
September 6, 2019
Page 3

     We look forward to the successful prosecution of these claims to recover the damages which 1199 and the other investors in Cardinal Health have suffered.

Very truly yours,

DARREN J. ROBBINS

Enclosures

cc:    Nancy Juda

     Please sign below and return this agreement if you would like us to pursue this matter as outlined above.

1199 SEIU HEALTH CARE EMPLOYEES
PENSION FUND

By: _____    9/26/19
                                           [DATE]

Its: _____General Counsel_____

CARDINAL HEALTH

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                1199SEIUHC0000007