# EXHIBIT 24

**Plaintiff's Selected Holdings as of January 31, 2018 in Funds that May Have Derived a Benefit from a Decline in Cardinal Health's Stock Price**

The below chart summarizes hedge funds and other funds listed in investment records produced by Plaintiff dated January 31, 2018 that may have shorted or traded in options on Cardinal Health stock, based on testimony of Plaintiff's representative during his deposition.[1] Since this chart only references those funds discussed during the deposition, it is not a complete list of all such funds in which Plaintiff may have invested as of that date.[2]

| Fund Name | Investment Type | Market Value | Gain/Loss | Source | Plaintiff's Testimony[3] |
|---|---|---|---|---|---|
| CF Makuria Credit Fund Ltd CL A – Anchor USD NI Series Aug 2015 | Hedge Equity US | $0 | -$9,900,000 | Ex. 26 at 75485, 76554 | 257:7-11; 259:12-25; 261:8-262:3; 265:8-24 |
| CF Makuria Credit Fund Ltd CL A – Anchor USD NI Series July 2015 07 | Hedge Equity US | $26,457,518.96 | $11,957,518.96 | Ex. 26 at 75485, 76554 | 257:7-11; 259:12-25; 261:8-262:3; 265:8-24 |
| Corvex Co-Investment Offshore LP | Hedge Equity US | $2,115 | -$621,802.64 | Ex. 26 at 75485, 76554 | 257:7-11; 259:12-25; 261:8-262:3; 265:8-24 |
| Merion ERISA Fund LP-03/09/2016-Co-Investment | Hedge Equity US | $1 | $0 | Ex. 26 at 75485, 76554 | 257:7-11; 259:12-25; 261:8-262:3; 265:8-24 |
| CF Juniperus Insurance Opportunity CL S Ser C118 2017-06-01 FD | Hedge Event Driven US | $0 | -$1,421,790 | Ex. 26 at 75485, 76554 | 262:24-264:5; 265:8-24 |
| CF Juniperus Insurance Opportunity Fund Limited | Hedge Event Driven US | $7,942,517.18 | $1,064,307.18 | Ex. 26 at 75485, 76554 | 262:24-264:5; 265:8-24 |
| CF Pershing Square International Ltd CL E Series 1E | Funds - Common Stock US | $3,123,058.15 | $459,300.50 | Ex. 26 at 75593, 76582 | 252:19-22; 255:5-16; 265:8-24 |
| CF Alger Collective Trust Spectra Series | Funds – Common Stock US | $199,562,838.84 | $54,164,004.17 | Ex. 27 at 75577, 76573 | 271:12-18; 274:14-275:2; 275:15-23 |
| CF Cadian Offshore Fund Ltd A Nov 2017 Corb | Hedge Equity US | $0 | -$3,500,000 | Ex. 28 at 76130, 76691 | 277:25-279:6; 282:8-283:9 |
| CF Cadian Offshore Ltd Ser A Apr 2012 Corb | Hedge Equity US | $24,552,234.42 | $14,569,039.29 | Ex. 28 at 76131, 76691 | 277:25-279:6; 282:8-283:9 |

---

[1] Plaintiff produced investment reports from Northern Trust, which served as custodian for Plaintiff's investments. *See* Ex. 20 (Ristorucci Dep.) at 164:22-165:1.  The investments listed in this exhibit are based on the Northern Trust report as of January 31, 2018.  Excerpts from that report associated with the listed investments are cited in the "Source" column.

[2] The Northern Trust reports show that Plaintiff invested in other hedge funds and exchange traded funds that were not discussed during the deposition and therefore not listed on this chart.  For example, in addition to the items on the chart, as of January 31, 2018, Plaintiff had invested more than $76 million in an additional U.S. hedge multi strategy fund (CF Evelline LLC FD) with a gain of more than $26 million.  Ex. 25, Excerpt of Jan. 2018 N. Tr. Rep. at 5622, 6609.

[3] Plaintiff testified that it was possible that the funds listed in this exhibit could have shorted or engaged in options transactions related to Cardinal Health stock.  This column includes citations from the deposition transcript of Plaintiff's representative (Ex. 20 (Ristorucci Dep.)) related to the listed investments.

| | | | | | |
|---|---|---|---|---|---|
| CF Cadian Offshore Ltd Ser A Aug 2017 Corb | Hedge Equity US | $0 | -$2,000,000 | Ex. 28 at 76131, 76691 | 277:25-279:6; 282:8-283:9 |
| CF Cadian Offshore Ltd Ser A Sep 2017 Corb FD | Hedge Equity US | $0 | -$2,000,000 | Ex. 28 at 76131, 76691 | 277:25-279:6; 282:8-283:9 |
| Corbin ERISA Opportunity Fund LP | Hedge Equity US | $55,449,478.80 | $1,449,478.80 | Ex. 28 at 76131, 76691 | 277:25-279:6; 282:8-283:9 |
| Merion ERISA Fund LP-09/19/2016 Co-Investment | Hedge Equity US | $2,530,651.92 | $130,651.92 | Ex. 28 at 76131, 76691 | 277:25-279:6; 282:8-283:9 |
| CF Credit Suisse Securitized Products CLA1 Sub-CL 6 Ser-One | Hedge Market Independent US | $18,438,290.14 | $2,181,559.69 | Ex. 28 at 76132, 76691 | 281:17-282:2; 282:8-283:9 |
| Autonomy Global Macro Fund | Hedge Market Dependent US | $18,779,128 | $279,128 | Ex. 28 at 76132, 76691 | 281:17-282:2; 282:8-283:9 |
| CF Autonomy Global Macro Fund Limited Institutional Series Shares | Hedge Market Dependent US | $10,469,435.18 | $469,435.18 | Ex. 28 at 76132, 76691 | 281:17-282:2; 282:8-283:9 |
| CF Autonomy Global Macro Fund Limited General Series Shares (US$) | Hedge Market Dependent US | $18,550,176.15 | $4,765,210.87 | Ex. 28 at 76132, 76691 | 281:17-282:2; 282:8-283:9 |
| Garrison Special Opportunities Fund | Hedge Event Driven US | $191,980.98 | -$214,310.68 | Ex. 28 at 76133, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opp Fd, Ltd CL/Ser C-1-01-18 FD | Hedge Multi Strategy US | $3,038,291.10 | $38,291.10 | Ex. 28 at 76134, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opp Fd, Ltd CL/Ser C-1-09-17 FD | Hedge Multi Strategy US | $6,175,440 | $175,440 | Ex. 28 at 76134, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opp Fd, Ltd CL/Ser C-1-11-17 FD | Hedge Multi Strategy US | $8,115,439.20 | $115,439.20 | Ex. 28 at 76134, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opportunities Fund | Hedge Multi Strategy US | $1,023,464.90 | $23,464.90 | Ex. 28 at 76134, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opportunities Fund, Ltd CL/Ser C-1-08-17 Fund | Hedge Multi Strategy US | $3,074,090.40 | $74,090.40 | Ex. 28 at 76134, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opportunities Fund, Ltd CL/Ser C-1-1 | Hedge Multi Strategy US | $17,833,910.16 | $1,833,910.16 | Ex. 28 at 76135, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Whitebox Asymmetric Opportunities Fund, Ltd. CL C-1 Ser 02-17 | Hedge Multi Strategy US | $1,040,222.50 | $40,222.50 | Ex. 28 at 76135, 76692 | 281:17-282:2; 282:8-283:9 |
| CF Pershing Square Intl Ltd CL E Ser 1 E | Funds – Common Stock | $10,520,854 | -$479,138.72 | Ex. 29 at 75628, 76615 | 288:1-13; 291:21-292:5 |
| CF SB Special Situation Ltd CL D Ser 0816.2.4 | Hedge Equity US | $0 | -$889,248 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB Special Situation Ltd CL D Ser 0814.1 | Hedge Equity US | $0 | -$3,300,000 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |

| | | | | | |
|---|---|---|---|---|---|
| CF SB Special Situation Ltd CL D Ser 0815.2.3 | Hedge Equity US | $0 | -$574,400 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB Special Situation Ltd CL F1 Ser 4.17.08.1 | Hedge Equity US | $0 | -$296,199 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB Special Situation Ltd CL F1 Ser 4.17.12.1 | Hedge Equity US | $0 | -$119,732 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB Special Situation Ltd CL F2 Ser 4.17.1.1 | Hedge Equity US | $0 | -$660,712 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB Special Situation Master Fund Ltd CL SGTD F 1216.1.6 | Hedge Equity US | $0 | -$359,458 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF SB SPL CF SB SPL Situation Master Fund SPC Ser 0216.11.1 | Hedge Equity US | $4,178,109 | $3,890,909 | Ex. 29 at 75631, 76616 | 289:3-10; 290:2-9; 291:21-292:5 |
| CF Scoggin Overseas Ltd CL R-U Ser 1113.2 | Hedge Fund of Funds US | $7,526,942.34 | $444,977.50 | Ex. 29 at 75632, 76616 | 290:18-291:11; 291:21-292:5 |
| EPMR Partners LP | Hedge Fund of Funds US | $5,698,173 | $2,519,887.60 | Ex. 29 at 75632, 76616 | 290:18-291:11; 291:21-292:5 |
| CF Axonic CR – Restricted – 1.75 – TRCOF Ser 061 Jan 2016 | Hedge Market Independent US | $18,157,138 | $2,021,028.86 | Ex. 29 at 75632, 76616 | 290:18-291:11; 291:21-292:5 |
| CF EPSG SPC Ltd. – Sergregated PortfolioA | Hedge Event Driven US | $4,857,662.45 | $1,691,497.45 | Ex. 29 at 75633, 76616 | 290:18-291:11; 291:21-292:5 |
| CF Greywolf Capital Overseas II FD | Hedge Event Driven US | $3,957,547 | -$1,317,453 | Ex. 29 at 75633, 76616 | 290:18-291:11; 291:21-292:5 |
| CF Third Point Offshore Fund | Hedge Event Driven US | $29,097,022 | $29,097,022 | Ex. 29 at 75633, 76616 | 290:18-291:11; 291:21-292:5 |
| CF Third Pt Offshore Class E Ser 1 | Hedge Event Driven US | $0 | -$24,290,541 | Ex. 29 at 75633, 76616 | 290:18-291:11; 291:21-292:5 |
| **TOTAL** | | **$510,343,730.77** | **$81,511,030.19**[4] | | |

---

[4] Including the additional fund referenced in note 2 *supra* would increase these totals to almost $600 million in total market value of investments and over $100 million in gains as of January 31, 2018.