# EXHIBIT 26

# Northern Trust
## Table of Contents

| | |
|---|---:|
| Change in Cash Value by Account | 2 |
| Funding and Disbursement Detail by Account | 313 |
| Income and Expense Detail Base by Account | 410 |
| Investment Transaction Detail by Account | 1747 |
| Asset Detail by Account | 2955 |
| Asset Summary by Account | 4142 |
| Cash Activity Detail by Account | 4397 |
| Change in Book and Market Value by Account | 5616 |
| Capital Change Detail by Account | 5927 |
| Foreign Exchange Gain/Loss Detail by Account | 5957 |
| Foreign Exchange Gain/Loss Summary by Account | 6077 |
| Funding and Disbursement Summary by Account | 6094 |
| Income and Expense Summary by Account | 6151 |
| Pending Tran Detail w/ Accrued Int by Acct | 6220 |
| Realized Gain/Loss Summary by Account | 6373 |
| Investment Transaction Summary by Account | 6487 |



Jane Rose Reporting

**Ristorucci 13**

05/17/22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0072329

# *Accounting by Account*

**31 JAN 18**

Account number ▮1502

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 201 of 1187

▮ *I502 - ZZ\*MESIROW CONSOLIDATED      -*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|

### *Venture Capital and Partnerships*

**Partnerships**

**Global Region  - USD**

MERION CAPITAL OFFSHORE LP   CUSIP : 9923ZJ997

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.000 | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| Total Global Region | | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |

**United Kingdom  - USD**

OMNI SECURED LENDING FEEDER FUND MSW A II LP  CUSIP : 992CX6997

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,800,000.000 | 3,041,143.00 | 0.00 | 3,041,143.00 | 2,800,000.00 | 241,143.00 | 0.00 | 241,143.00 |
| Total USD | | 0.00 | 3,041,143.00 | 2,800,000.00 | 241,143.00 | 0.00 | 241,143.00 |
| Total United Kingdom | | 0.00 | 3,041,143.00 | 2,800,000.00 | 241,143.00 | 0.00 | 241,143.00 |
| **Total partnerships** | | **0.00** | **3,041,144.00** | **2,800,001.00** | **241,143.00** | **0.00** | **241,143.00** |
| **Total venture capital and partnerships** | | **0.00** | **3,041,144.00** | **2,800,001.00** | **241,143.00** | **0.00** | **241,143.00** |

### *Other Assets*

**Miscellaneous**

**United States  - USD**

&&& CASH HELD ELSEWHERE  CF SECOR MSW   CUSIP : 000896167

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 742,546.590 | 1.00 | 0.00 | 742,546.59 | 742,546.59 | 0.00 | 0.00 | 0.00 |

&&& CASH HELD ELSEWHERE IONIC VOLATILITY ARBITRAGE FUND  CUSIP : 000914234

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 143,588.280 | 1.00 | 0.00 | 143,588.28 | 143,588.28 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 886,134.87 | 886,134.87 | 0.00 | 0.00 | 0.00 |
| Total United States | | 0.00 | 886,134.87 | 886,134.87 | 0.00 | 0.00 | 0.00 |
| **Total miscellaneous** | | **0.00** | **886,134.87** | **886,134.87** | **0.00** | **0.00** | **0.00** |

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075483

# *Accounting by Account*

**31 JAN 18**

Account number ▮1502

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 202 of 1187

## ▮*1502 - ZZ\*MESIROW CONSOLIDATED  -*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Other Assets* | | | | | | | |
| Total other assets | | 0.00 | 886,134.87 | 886,134.87 | 0.00 | 0.00 | 0.00 |
| *Hedge Fund* | | | | | | | |
| **Hedge equity** | | | | | | | |
| **Global Region  - USD** | | | | | | | |
| HBK SPECIAL OPPORTUNITY FUND II LP   CUSIP : 991WM3993 | | | | | | | |
| 1,860,140.140 | 684,452.00 | 0.00 | 684,452.00 | 1,860,140.14 | -1,175,688.14 | 0.00 | -1,175,688.14 |
| OZ MESC OVERSEAS FUND LP   CUSIP : 991LUV996 | | | | | | | |
| 1.000 | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 684,453.00 | 1,860,141.14 | -1,175,688.14 | 0.00 | -1,175,688.14 |
| Total Global Region | | 0.00 | 684,453.00 | 1,860,141.14 | -1,175,688.14 | 0.00 | -1,175,688.14 |
| **International Region  - USD** | | | | | | | |
| CF ANCHORAGE CAPITAL PARTNERS OFFSHORE LTD CL D SER 784 (ONLY 1199 ) FD  CUSIP : 12599Z740 | | | | | | | |
| 5,763.130 | 1,196.83 | 0.00 | 6,994,730.07 | 5,840,207.25 | 1,154,522.82 | 0.00 | 1,154,522.82 |
| CF REDWOOD ARGENTINA OFFSHORE LTD CLASS A (ONLY 1199 SEIU HEALTH) FUND  CUSIP : 757990BR6 | | | | | | | |
| 3,488.250 | 129.367886 | 0.00 | 450,816.70 | 358,561.80 | 92,254.90 | 0.00 | 92,254.90 |
| Total USD | | 0.00 | 7,445,546.77 | 6,198,769.05 | 1,246,777.72 | 0.00 | 1,246,777.72 |
| Total International Region | | 0.00 | 7,445,546.77 | 6,198,769.05 | 1,246,777.72 | 0.00 | 1,246,777.72 |
| **Ireland  - USD** | | | | | | | |
| CF AHL DIMENSION (CAYMAN) LIMITED, CLASS A USD (CLIENT SPECIFIC)  CUSIP : 350991K79 | | | | | | | |
| 27,569,025.830 | 1.0715 | 0.00 | 29,585,855.74 | 29,145,928.36 | 439,927.38 | 0.00 | 439,927.38 |
| Total USD | | 0.00 | 29,585,855.74 | 29,145,928.36 | 439,927.38 | 0.00 | 439,927.38 |
| Total Ireland | | 0.00 | 29,585,855.74 | 29,145,928.36 | 439,927.38 | 0.00 | 439,927.38 |
| **United States  - USD** | | | | | | | |

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075484

## *Accounting by Account*

**Account number** ▮1502

**1199SEIU HEALTHCARE EMP PEN FD**

**31 JAN 18**

◆ Asset Detail by Account

Page 203 of 1187

### ▮*1502 - ZZ\*MESIROW CONSOLIDATED* -

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

#### *Hedge Fund*

**Hedge equity**

**United States - USD**

CF MAKURIA CREDIT FUND LTD CL A - ANCHOR USD NI SERIES AUG 2015 (ONLY 1199)  CUSIP : 275994ST9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9,900.000 | 1,069.5237 | 0.00 | 0.00 | 9,900,000.00 | -9,900,000.00 | 0.00 | -9,900,000.00 |

CF MAKURIA CREDIT FUND LTD CL A - ANCHOR USD NI SERIES JULY 2015 07 (ONLY 1199)  CUSIP : 275994IJK

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14,500.000 | 1,089.8589 | 0.00 | 26,457,518.96 | 14,500,000.00 | 11,957,518.96 | 0.00 | 11,957,518.96 |

CORVEX CO-INVESTMENT OFFSHORE LP   CUSIP : 991PC0995

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 623,917.640 | 2,115.00 | 0.00 | 2,115.00* | 623,917.64 | -621,802.64 | 0.00 | -621,802.64 |

*\* Market value based on prices received from an external manager or other client-directed pricing source*

MERION ERISA FUND LP-03/09/2016-CO-INVESTMENT  CUSIP : 9926KY993

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.000 | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 26,459,634.96 | 25,023,918.64 | 1,435,716.32 | 0.00 | 1,435,716.32 |
| Total United States | | 0.00 | 26,459,634.96 | 25,023,918.64 | 1,435,716.32 | 0.00 | 1,435,716.32 |
| **Total hedge equity** | | **0.00** | **64,175,490.47** | **62,228,757.19** | **1,946,733.28** | **0.00** | **1,946,733.28** |

**Hedge event driven**

**United States - USD**

CF JUNIPERUS INSURANCE OPPORTUNITY CL S SER C118 2017-06-01 FD  CUSIP : 1W2999G11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,421.790 | 1,000.00 | 0.00 | 0.00 | 1,421,790.00 | -1,421,790.00 | 0.00 | -1,421,790.00 |

CF JUNIPERUS INSURANCE OPPORTUNITY FUND LIMITED  CUSIP : 125995852

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,878.210 | 951.1279 | 0.00 | 7,942,517.18 | 6,878,210.00 | 1,064,307.18 | 0.00 | 1,064,307.18 |
| Total USD | | 0.00 | 7,942,517.18 | 8,300,000.00 | -357,482.82 | 0.00 | -357,482.82 |
| Total United States | | 0.00 | 7,942,517.18 | 8,300,000.00 | -357,482.82 | 0.00 | -357,482.82 |

**Venezuela - USD**

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075485

# *Accounting by Account*

**31 JAN 18**

Account number ▮1502

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 204 of 1187

**▮1502 - ZZ\*MESIROW CONSOLIDATED     -**

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

## *Hedge Fund*

### Hedge event driven

**Venezuela  - USD**

CF GRAMERCY VENEZUELA OPPORTUNITY OFFSHORE FUND B  CUSIP : 332997I80

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4,800.000 | 978.07 | 0.00 | 4,916,815.34 | 4,800,000.00 | 116,815.34 | 0.00 | 116,815.34 |
| Total USD | | 0.00 | 4,916,815.34 | 4,800,000.00 | 116,815.34 | 0.00 | 116,815.34 |
| Total Venezuela | | 0.00 | 4,916,815.34 | 4,800,000.00 | 116,815.34 | 0.00 | 116,815.34 |
| **Total hedge event driven** | | **0.00** | **12,859,332.52** | **13,100,000.00** | **-240,667.48** | **0.00** | **-240,667.48** |

### Hedge multi strategy

**International Region  - USD**

CF CC ARB SIF I LTD CLASS A INITIAL NON RESTRICTED (ONLY 1199 SEIU) FD  CUSIP : 455997KL9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13,947.080 | 1,315.548 | 0.00 | 18,364,488.77 | 16,908,741.25 | 1,455,747.52 | 0.00 | 1,455,747.52 |

CF HBK MULTI-STRATEGY OFFSHORE FUND LTD CLASS A: SUBCLASS A.1: SERIES LEAD  CUSIP : 7QI999Z36

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27,902.920 | 1,146.1787 | 0.00 | 31,901,777.82 | 29,867,551.17 | 2,034,226.65 | 0.00 | 2,034,226.65 |
| Total USD | | 0.00 | 50,266,266.59 | 46,776,292.42 | 3,489,974.17 | 0.00 | 3,489,974.17 |
| Total International Region | | 0.00 | 50,266,266.59 | 46,776,292.42 | 3,489,974.17 | 0.00 | 3,489,974.17 |
| **Total hedge multi strategy** | | **0.00** | **50,266,266.59** | **46,776,292.42** | **3,489,974.17** | **0.00** | **3,489,974.17** |
| **Total hedge fund** | | **0.00** | **127,301,089.58** | **122,105,049.61** | **5,196,039.97** | **0.00** | **5,196,039.97** |

## *Liabilities*

### Other liabilities

**United States  - USD**

CF CASH AWAITING SALE  CUSIP : 999362NH5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 400,000.000 | 1.00 | 0.00 | -400,000.00 | -400,000.00 | 0.00 | 0.00 | 0.00 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## *Accounting by Account*

Account number ■1502

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

### ◆ Asset Detail by Account

Page 205 of 1187

*■1502 - ZZ\*MESIROW CONSOLIDATED        -*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Liabilities* | | | | | | | |
| **Other liabilities** | | | | | | | |
| Total USD | | 0.00 | -400,000.00 | -400,000.00 | 0.00 | 0.00 | 0.00 |
| Total United States | | 0.00 | -400,000.00 | -400,000.00 | 0.00 | 0.00 | 0.00 |
| **Total other liabilities** | | **0.00** | **-400,000.00** | **-400,000.00** | **0.00** | **0.00** | **0.00** |
| **Total liabilities** | | **0.00** | **-400,000.00** | **-400,000.00** | **0.00** | **0.00** | **0.00** |
| **Total ■1502** | | **0.00** | **130,828,368.45** | **125,391,185.48** | **5,437,182.97** | **0.00** | **5,437,182.97** |

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075487

# *Accounting by Account*

**Account number** ▆0453

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 311 of 1187

### ▆0453 - *ZZ\*1199 MESIROW-PERSHING SQUA-*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

## *Equities*

**Funds - common stock**

**United States  - USD**

CF PERSHING SQUARE INTERNATIONAL LTD CL E SERIES 1E (ONLY 1199 HEALTH CARE) FD  CUSIP : 478991540

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,682.930 | 1,855.530334 | 0.00 | 3,123,058.15 | 2,663,757.65 | 459,300.50 | 0.00 | 459,300.50 |
| Total USD | | 0.00 | 3,123,058.15 | 2,663,757.65 | 459,300.50 | 0.00 | 459,300.50 |
| Total United States | | 0.00 | 3,123,058.15 | 2,663,757.65 | 459,300.50 | 0.00 | 459,300.50 |
| **Total funds - common stock** | | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** |
| | | | | | | | |
| **Total equities** | | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** |
| **Total** ▆**0453** | | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Accounting by Account*

31 JAN 18

Account number ■99RG

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Summary by Account

Page 85 of 255

*■ 1502 - ZZ\*MESIROW CONSOLIDATED* -

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Venture Capital and Partnerships** | | | | | | | | |
| **Partnerships** | | | | | | | | |
| Global Region - USD | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.000% |
| United Kingdom - USD | 0.00 | 3,041,143.00 | 2,800,000.00 | 241,143.00 | 0.00 | 241,143.00 | 3,041,143.00 | 0.027% |
| **Total partnerships** | **0.00** | **3,041,144.00** | **2,800,001.00** | **241,143.00** | **0.00** | **241,143.00** | **3,041,144.00** | **0.027%** |
| **Total venture capital and partnerships** | **0.00** | **3,041,144.00** | **2,800,001.00** | **241,143.00** | **0.00** | **241,143.00** | **3,041,144.00** | **0.027%** |
| **Other Assets** | | | | | | | | |
| **Miscellaneous** | | | | | | | | |
| United States - USD | 0.00 | 886,134.87 | 886,134.87 | 0.00 | 0.00 | 0.00 | 886,134.87 | 0.008% |
| **Total miscellaneous** | **0.00** | **886,134.87** | **886,134.87** | **0.00** | **0.00** | **0.00** | **886,134.87** | **0.008%** |
| **Total other assets** | **0.00** | **886,134.87** | **886,134.87** | **0.00** | **0.00** | **0.00** | **886,134.87** | **0.008%** |
| **Hedge Fund** | | | | | | | | |
| **Hedge equity** | | | | | | | | |
| Global Region - USD | 0.00 | 684,453.00 | 1,860,141.14 | -1,175,688.14 | 0.00 | -1,175,688.14 | 684,453.00 | 0.006% |
| International Region - USD | 0.00 | 7,445,546.77 | 6,198,769.05 | 1,246,777.72 | 0.00 | 1,246,777.72 | 7,445,546.77 | 0.065% |
| Ireland - USD | 0.00 | 29,585,855.74 | 29,145,928.36 | 439,927.38 | 0.00 | 439,927.38 | 29,585,855.74 | 0.260% |
| United States - USD | 0.00 | 26,459,634.96 | 25,023,918.64 | 1,435,716.32 | 0.00 | 1,435,716.32 | 26,459,634.96 | 0.232% |
| **Total hedge equity** | **0.00** | **64,175,490.47** | **62,228,757.19** | **1,946,733.28** | **0.00** | **1,946,733.28** | **64,175,490.47** | **0.564%** |
| **Hedge event driven** | | | | | | | | |
| United States - USD | 0.00 | 7,942,517.18 | 8,300,000.00 | -357,482.82 | 0.00 | -357,482.82 | 7,942,517.18 | 0.070% |
| Venezuela - USD | 0.00 | 4,916,815.34 | 4,800,000.00 | 116,815.34 | 0.00 | 116,815.34 | 4,916,815.34 | 0.043% |

*\*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*Accounting by Account*

31 JAN 18

Account number ██99RG

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Summary by Account

Page 86 of 255

### ██ 1502 - *ZZ\*MESIROW CONSOLIDATED*　-

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Hedge Fund** | | | | | | | | |
| **Total hedge event driven** | **0.00** | **12,859,332.52** | **13,100,000.00** | **-240,667.48** | **0.00** | **-240,667.48** | **12,859,332.52** | **0.113%** |
| | | | | | | | | |
| **Hedge multi strategy** | | | | | | | | |
| International Region - USD | 0.00 | 50,266,266.59 | 46,776,292.42 | 3,489,974.17 | 0.00 | 3,489,974.17 | 50,266,266.59 | 0.441% |
| **Total hedge multi strategy** | **0.00** | **50,266,266.59** | **46,776,292.42** | **3,489,974.17** | **0.00** | **3,489,974.17** | **50,266,266.59** | **0.441%** |
| | | | | | | | | |
| **Total hedge fund** | **0.00** | **127,301,089.58** | **122,105,049.61** | **5,196,039.97** | **0.00** | **5,196,039.97** | **127,301,089.58** | **1.118%** |
| **Liabilities** | | | | | | | | |
| **Other liabilities** | | | | | | | | |
| United States - USD | 0.00 | -400,000.00 | -400,000.00 | 0.00 | 0.00 | 0.00 | -400,000.00 | -0.004% |
| **Total other liabilities** | **0.00** | **-400,000.00** | **-400,000.00** | **0.00** | **0.00** | **0.00** | **-400,000.00** | **-0.004%** |
| | | | | | | | | |
| **Total liabilities** | **0.00** | **-400,000.00** | **-400,000.00** | **0.00** | **0.00** | **0.00** | **-400,000.00** | **-0.004%** |
| **Total for ██ 1502** | **0.00** | **130,828,368.45** | **125,391,185.48** | **5,437,182.97** | **0.00** | **5,437,182.97** | **130,828,368.45** | **1.149%** |
| **Total Cost incl. Accruals** | | | **125,391,185.48** | | | | | |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076555

# *Accounting by Account*

**31 JAN 18**

## ◆ Asset Summary by Account

### ■0453 - *ZZ\*1199 MESIROW-PERSHING SOUA-*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| *Equities* | | | | | | | | |
| **Funds - common stock** | | | | | | | | |
| United States - USD | 0.00 | 3,123,058.15 | 2,663,757.65 | 459,300.50 | 0.00 | 459,300.50 | 3,123,058.15 | 0.027% |
| **Total funds - common stock** | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** | **3,123,058.15** | **0.027%** |
| **Total equities** | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** | **3,123,058.15** | **0.027%** |
| **Total for ■0453** | **0.00** | **3,123,058.15** | **2,663,757.65** | **459,300.50** | **0.00** | **459,300.50** | **3,123,058.15** | **0.027%** |
| **Total Cost incl. Accruals** | | | **2,663,757.65** | | | | | |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER