# EXHIBIT 27

# Northern Trust
## Table of Contents

| | |
|---|---|
| Change in Cash Value by Account | 2 |
| Funding and Disbursement Detail by Account | 313 |
| Income and Expense Detail Base by Account | 410 |
| Investment Transaction Detail by Account | 1747 |
| Asset Detail by Account | 2955 |
| Asset Summary by Account | 4142 |
| Cash Activity Detail by Account | 4397 |
| Change in Book and Market Value by Account | 5616 |
| Capital Change Detail by Account | 5927 |
| Foreign Exchange Gain/Loss Detail by Account | 5957 |
| Foreign Exchange Gain/Loss Summary by Account | 6077 |
| Funding and Disbursement Summary by Account | 6094 |
| Income and Expense Summary by Account | 6151 |
| Pending Tran Detail w/ Accrued Int by Acct | 6220 |
| Realized Gain/Loss Summary by Account | 6373 |
| Investment Transaction Summary by Account | 6487 |



Jane Rose Reporting

**Ristorucci 15**

05/17/22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0072329

## *Accounting by Account*

Account number ▉1544

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 295 of 1187

### ▉1544 - *1199 HEALTHCARE-ALGER SPEC-SL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|

*Equities*

**Funds - common stock**

**United States  - USD**

CF ALGER COLLECTIVE TRUST SPECTRA SERIES   CUSIP : 151990Z01

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14,213,877.410 | 14.04 | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 |
| Total USD | | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 |
| Total United States | | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 |
| **Total funds - common stock** | | **0.00** | **199,562,838.84** | **145,398,834.67** | **54,164,004.17** | **0.00** | **54,164,004.17** |
| | | | | | | | |
| Total equities | | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 |
| Total ▉1544 | | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

*Accounting by Account*

31 JAN 18

Account number ▉99RG

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Summary by Account

Page 104 of 255

---

▉ *1544 - \*1199 HEALTHCARE-ALGER SPEC-SL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss — Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| *Equities* | | | | | | | | |
| **Funds - common stock** | | | | | | | | |
| United States - USD | 0.00 | 199,562,838.84 | 145,398,834.67 | 54,164,004.17 | 0.00 | 54,164,004.17 | 199,562,838.84 | 1.753% |
| **Total funds - common stock** | **0.00** | **199,562,838.84** | **145,398,834.67** | **54,164,004.17** | **0.00** | **54,164,004.17** | **199,562,838.84** | **1.753%** |
| | | | | | | | | |
| **Total equities** | **0.00** | **199,562,838.84** | **145,398,834.67** | **54,164,004.17** | **0.00** | **54,164,004.17** | **199,562,838.84** | **1.753%** |
| **Total for ▉1544** | **0.00** | **199,562,838.84** | **145,398,834.67** | **54,164,004.17** | **0.00** | **54,164,004.17** | **199,562,838.84** | **1.753%** |
| **Total Cost incl. Accruals** | | | **145,398,834.67** | | | | | |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076573