# EXHIBIT 28

# Northern Trust
## Table of Contents

| | |
|---|---:|
| Change in Cash Value by Account | 2 |
| Funding and Disbursement Detail by Account | 313 |
| Income and Expense Detail Base by Account | 410 |
| Investment Transaction Detail by Account | 1747 |
| Asset Detail by Account | 2955 |
| Asset Summary by Account | 4142 |
| Cash Activity Detail by Account | 4397 |
| Change in Book and Market Value by Account | 5616 |
| Capital Change Detail by Account | 5927 |
| Foreign Exchange Gain/Loss Detail by Account | 5957 |
| Foreign Exchange Gain/Loss Summary by Account | 6077 |
| Funding and Disbursement Summary by Account | 6094 |
| Income and Expense Summary by Account | 6151 |
| Pending Tran Detail w/ Accrued Int by Acct | 6220 |
| Realized Gain/Loss Summary by Account | 6373 |
| Investment Transaction Summary by Account | 6487 |



Jane Rose Reporting

**Ristorucci 17**

05/17/22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0072329

## *Accounting by Account*

Account number ▮LT56

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 844 of 1187

*▮LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Equities* | | | | | | | |
| **Common stock** | | | | | | | |
| **United States  - USD** | | | | | | | |
| PVTPL GARRISON CAP INC COM STK   SEDOL : B8JVQ34 | | | | | | | |
| 249,289.000 | 8.09 | 0.00 | 2,016,748.01 | 3,474,472.83 | -1,457,724.82 | 0.00 | -1,457,724.82 |
| Total USD | | 0.00 | 2,016,748.01 | 3,474,472.83 | -1,457,724.82 | 0.00 | -1,457,724.82 |
| Total United States | | 0.00 | 2,016,748.01 | 3,474,472.83 | -1,457,724.82 | 0.00 | -1,457,724.82 |
| **Total common stock** | | **0.00** | **2,016,748.01** | **3,474,472.83** | **-1,457,724.82** | **0.00** | **-1,457,724.82** |
| **Total equities** | | **0.00** | **2,016,748.01** | **3,474,472.83** | **-1,457,724.82** | **0.00** | **-1,457,724.82** |
| *Real Estate* | | | | | | | |
| **Real estate** | | | | | | | |
| **Global Region  - USD** | | | | | | | |
| ORTHOGON PARTNERS SIF LP   CUSIP : 992MRW995 | | | | | | | |
| 2,126,808.000 | 1.013652 | 0.00 | 2,155,843.82 | 2,126,808.00 | 29,035.82 | 0.00 | 29,035.82 |
| Total USD | | 0.00 | 2,155,843.82 | 2,126,808.00 | 29,035.82 | 0.00 | 29,035.82 |
| Total Global Region | | 0.00 | 2,155,843.82 | 2,126,808.00 | 29,035.82 | 0.00 | 29,035.82 |
| **Total real estate** | | **0.00** | **2,155,843.82** | **2,126,808.00** | **29,035.82** | **0.00** | **29,035.82** |
| **Total real estate** | | **0.00** | **2,155,843.82** | **2,126,808.00** | **29,035.82** | **0.00** | **29,035.82** |
| *Venture Capital and Partnerships* | | | | | | | |
| **Partnerships** | | | | | | | |
| **Global Region  - USD** | | | | | | | |
| D.E. SHAW ALKALI INTERNATIONAL FUND II, LP  CUSIP : 991PFF999 | | | | | | | |
| 3,174,711.870 | 1.525024 | 0.00 | 4,841,512.75 | 3,174,711.87 | 1,666,800.88 | 0.00 | 1,666,800.88 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076126

## *Accounting by Account*

31 JAN 18

Account number ■LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 845 of 1187

### *■LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

### *Venture Capital and Partnerships*

#### Partnerships

#### Global Region  - USD

| MERION CAPITAL OFFSHORE LP   CUSIP : 9923MT999 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 870,784.430 | 1.214457 | 0.00 | 1,057,529.99 | 870,784.43 | 186,745.56 | 0.00 | 186,745.56 |
| Total USD | | 0.00 | 5,899,042.74 | 4,045,496.30 | 1,853,546.44 | 0.00 | 1,853,546.44 |
| Total Global Region | | 0.00 | 5,899,042.74 | 4,045,496.30 | 1,853,546.44 | 0.00 | 1,853,546.44 |

#### United States  - USD

| CANVAS DISTRESSED CREDIT FUND, L.P   CUSIP : 992MJX992 | | | | | | | |
|---|---|---|---|---|---|---|---|
| 600,000.000 | 0.977745 | 0.00 | 586,647.00 | 600,000.00 | -13,353.00 | 0.00 | -13,353.00 |
| CERBERUS CMBS OPPORTUNITIES FUND LP   CUSIP : 991M31990 | | | | | | | |
| 20,101,216.230 | 1.223277 | 0.00 | 24,589,349.46 | 20,101,216.23 | 4,488,133.23 | 0.00 | 4,488,133.23 |
| CORBIN MEZZANINE FUND I LP   CUSIP : 991VH5996 | | | | | | | |
| 6,456,038.180 | 1.444661 | 0.00 | 9,326,784.64 | 6,456,038.18 | 2,870,746.46 | 0.00 | 2,870,746.46 |
| CORBIN PRIVATE CREDIT OPPORTUNITY FUND II, LP  CUSIP : 992HFD991 | | | | | | | |
| 8,262,083.960 | 0.986588 | 0.00 | 8,151,275.37 | 8,262,083.96 | -110,808.59 | 0.00 | -110,808.59 |
| D.E. SHAW ALKALI FUND II, L.P.   CUSIP : 991PGW991 | | | | | | | |
| 6,401,148.540 | 1.504418 | 0.00 | 9,629,999.88 | 6,401,148.54 | 3,228,851.34 | 0.00 | 3,228,851.34 |
| IRONSIDES PARTNERS SPECIAL SITUATIONS FUND III LP  CUSIP : 992MMV992 | | | | | | | |
| 2,100,000.000 | 1.048094 | 0.00 | 2,200,997.82 | 2,100,000.00 | 100,997.82 | 0.00 | 100,997.82 |
| PARK PRESIDIO CAPITAL PARTNERS LP   CUSIP : 992PYA998 | | | | | | | |
| 15,000,000.000 | 1.00 | 0.00 | 15,000,000.00 | 15,000,000.00 | 0.00 | 0.00 | 0.00 |
| PERELLA WEINBERG PARTNERS ABV OFFSHORE FUND  CUSIP : 991MXL993 | | | | | | | |
| 631,721.560 | 0.948525 | 0.00 | 599,203.95 | 631,721.56 | -32,517.61 | 0.00 | -32,517.61 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076127

## *Accounting by Account*

**31 JAN 18**

**Account number ▮LT56**

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 846 of 1187

### ▮LT56 - 1199 HEALTH CARE CORBIN CONSOL

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

#### *Venture Capital and Partnerships*

**Partnerships**

**United States  - USD**

PERELLA WEINBERG PARTNERS ABV OFFSHORE FUND (3 Year)  CUSIP : 991PW5992

| 3,551,340.050 | 0.952646 | 0.00 | 3,383,168.83 | 3,551,340.05 | -168,171.22 | 0.00 | -168,171.22 |
|---|---|---|---|---|---|---|---|

SRS SPECIAL OPPORTUNITIES MASTER II, LP   CUSIP : 991PGU995

| 2,002,095.310 | 0.674311 | 0.00 | 1,350,033.89 | 2,002,095.31 | -652,061.42 | 0.00 | -652,061.42 |
|---|---|---|---|---|---|---|---|

VPC SPECIALTY FINANCE FUND I, LP   CUSIP : 9922YH994

| 1.000 | 63,018.00 | 0.00 | 63,018.00 | 1.00 | 63,017.00 | 0.00 | 63,017.00 |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 74,880,478.84 | 65,105,644.83 | 9,774,834.01 | 0.00 | 9,774,834.01 |
| Total United States | | 0.00 | 74,880,478.84 | 65,105,644.83 | 9,774,834.01 | 0.00 | 9,774,834.01 |
| **Total partnerships** | | **0.00** | **80,779,521.58** | **69,151,141.13** | **11,628,380.45** | **0.00** | **11,628,380.45** |
| **Total venture capital and partnerships** | | **0.00** | **80,779,521.58** | **69,151,141.13** | **11,628,380.45** | **0.00** | **11,628,380.45** |

#### *Other Assets*

**Miscellaneous**

**United States  - USD**

CF OTHER MISCELLANEOUS FUND APL   CUSIP : 308999929

| 16,000,000.000 | 1.00 | 0.00 | 16,000,000.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 16,000,000.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 |
| Total United States | | 0.00 | 16,000,000.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 |
| **Total miscellaneous** | | **0.00** | **16,000,000.00** | **16,000,000.00** | **0.00** | **0.00** | **0.00** |
| **Total other assets** | | **0.00** | **16,000,000.00** | **16,000,000.00** | **0.00** | **0.00** | **0.00** |

#### *Hedge Fund*

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## *Accounting by Account*

31 JAN 18

Account number ▮LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 847 of 1187

### ▮LT56 - *1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

#### *Hedge Fund*

**Hedge equity**

**Asia Region  - USD**

TIGER PACIFIC DOMESTIC FUND LP   CUSIP : 992PXZ994

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14,000,000.000 | 1.00 | 0.00 | 14,000,000.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 14,000,000.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 |
| Total Asia Region | | 0.00 | 14,000,000.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 |

**Global Region  - USD**

CF PELHAM LONG/SHORT FUND LTD CLS B USD NON-NEW IS  CUSIP : 131990YR8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69,094.642 | 211.066735 | 0.00 | 14,583,580.49 | 13,000,000.00 | 1,583,580.49 | 0.00 | 1,583,580.49 |

SPF SECURITIZED PRODUCTS FUND LP   CUSIP : 991PLV997

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38,000,000.000 | 1.208477 | 0.00 | 45,922,126.00 | 38,000,000.00 | 7,922,126.00 | 0.00 | 7,922,126.00 |
| Total USD | | 0.00 | 60,505,706.49 | 51,000,000.00 | 9,505,706.49 | 0.00 | 9,505,706.49 |
| Total Global Region | | 0.00 | 60,505,706.49 | 51,000,000.00 | 9,505,706.49 | 0.00 | 9,505,706.49 |

**International Region  - USD**

CADIAN OFFSHORE FUND LTD. SERIES A OCT 2017 CORB(119 HEALTH CARE ONLY)  CUSIP : 144993F64

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,500.000 | 0.00 | 0.00 | 0.00 | 1,500,000.00 | -1,500,000.00 | 0.00 | -1,500,000.00 |

CF NOKOTA CAPITAL OFFSHORE LTD SER A NR SUB SER 1 UNREST (ONLY 1199) FD  CUSIP : 87P999I53

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4,066.736 | 1,844.6587 | 0.00 | 7,501,739.94 | 6,281,364.37 | 1,220,375.57 | 0.00 | 1,220,375.57 |

CF PELHAM LONG/SHORT FUND LTD CLASS B USD SUB CLASS 1 FD (1199 HEALTH ONLY)  CUSIP : 07099H5K1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 56,715.231 | 550.4657 | 0.00 | 31,219,789.33 | 14,500,000.00 | 16,719,789.33 | 0.00 | 16,719,789.33 |

CF SENATOR GBL OPP OFSHR II LTD CL A1 SER 45 (NEW ISSUE EGBL) FD (1199 HLTH CR )  CUSIP : HYJ9921V7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,000.000 | 1,012.6215 | 0.00 | 5,063,107.50 | 5,000,000.00 | 63,107.50 | 0.00 | 63,107.50 |

CF SENATOR GL OPPO OFF FD II LTD CLS A1 (NEW ISSUE ELI)(1.25% MF)SR 1 APR 19  CUSIP : 357993Y57

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16,131.818 | 1,291.5069 | 0.00 | 20,834,354.26 | 16,312,708.38 | 4,521,645.88 | 0.00 | 4,521,645.88 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076129

## *Accounting by Account*

**31 JAN 18**

Account number ▮LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 848 of 1187

### ▮LT56 - *1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss |||
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

#### *Hedge Fund*

**Hedge equity**

**International Region  - USD**

CF SENATOR GLOBAL OPP OFFSHORE II LTD CL A1 SER 47 APR 2019(ONLY 1199 HEALTH) FD  CUSIP : 704999PO3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,000.000 | 1,034.7595 | 0.00 | 3,104,278.50 | 3,000,000.00 | 104,278.50 | 0.00 | 104,278.50 |

CF SENATOR GLOBAL OPPORTUNITY OFFSHORE II LTD CL A1 SER 43 (ONLY 1199 HEALTH) FD  CUSIP : 12G999J50

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,000.000 | 1,046.0434 | 0.00 | 2,092,086.80 | 2,000,000.00 | 92,086.80 | 0.00 | 92,086.80 |

CF SENATOR GLOBAL OPPORTUNITY OFFSHORE II LTD CL A1 SER 44 (ONLY 1199 HEALTH) FD  CUSIP : 357993H15

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,000.000 | 1,042.6817 | 0.00 | 5,213,408.50 | 5,000,000.00 | 213,408.50 | 0.00 | 213,408.50 |

CF SRS PARTNERS LTD CLASS B (NR) SR 68 OCTOBER 2017 FUND ( 1199 HEALTHCARE ONLY)  CUSIP : 412995L59

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,500.000 | 1,030.0056 | 0.00 | 1,545,008.40 | 1,500,000.00 | 45,008.40 | 0.00 | 45,008.40 |

CF SRS PARTNERS LTD CLASS B (NR) SR 70 JAN 2018 FUND ( 1199 HEALTHCARE ONLY)  CUSIP : 8R999H215

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,000.000 | 1,037.9018 | 0.00 | 2,075,803.60 | 2,000,000.00 | 75,803.60 | 0.00 | 75,803.60 |

CF SRS PARTNERS LTD CLASS B NR FD (1199 HEALTH CARE ONLY)  CUSIP : 173995F63

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,000.000 | 996.6389 | 0.00 | 4,983,194.50 | 5,000,000.00 | -16,805.50 | 0.00 | -16,805.50 |

CF SRS PARTNERS LTD CLASS B SERIES 67 SEPTEMBER 2017FUND (1199 HEALTH CARE ONLY)  CUSIP : 412995N24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,000.000 | 1,033.8418 | 0.00 | 2,067,683.60 | 2,000,000.00 | 67,683.60 | 0.00 | 67,683.60 |

SRS PARTNERS LTD CLASS B-1A USD S 1-C1  CUSIP : 408991115

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4,823.222 | 3,385.9595 | 0.00 | 16,331,234.35 | 12,487,669.80 | 3,843,564.55 | 0.00 | 3,843,564.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 102,031,689.28 | 76,581,742.55 | 25,449,946.73 | 0.00 | 25,449,946.73 |
| Total International Region | | 0.00 | 102,031,689.28 | 76,581,742.55 | 25,449,946.73 | 0.00 | 25,449,946.73 |

**United States  - USD**

CF CADIAN OFFSHORE FUND LTD A NOV 2017 CORB  CUSIP : 2P99921L5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,500.000 | 0.00 | 0.00 | 0.00 | 3,500,000.00 | -3,500,000.00 | 0.00 | -3,500,000.00 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# *Accounting by Account*

**31 JAN 18**

Account number ■LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 849 of 1187

## ■*LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

### *Hedge Fund*

**Hedge equity**

**United States  - USD**

CF CADIAN OFFSHORE LTD SER A APR 2012 CORB (ONLY 1199) FD  CUSIP : 144993X80

| 9,652.236 | 2,543.6836 | 0.00 | 24,552,234.42 | 9,983,195.13 | 14,569,039.29 | 0.00 | 14,569,039.29 |

CF CADIAN OFFSHORE LTD SER A AUG 2017 CORB (ONLY 1199) FD  CUSIP : 2Y999RQ59

| 2,000.000 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | -2,000,000.00 | 0.00 | -2,000,000.00 |

CF CADIAN OFFSHORE LTD SER A SEP 2017 CORB FD ( 1199 HEALTH ONLY)  CUSIP : 1RN999W11

| 2,000.000 | 0.00 | 0.00 | 0.00 | 2,000,000.00 | -2,000,000.00 | 0.00 | -2,000,000.00 |

CORBIN ERISA OPPORTUNITY FUND LP   CUSIP : 992FAA996

| 54,000,000.000 | 1.026842 | 0.00 | 55,449,478.80 | 54,000,000.00 | 1,449,478.80 | 0.00 | 1,449,478.80 |

MERION ERISA FUND LP-09/19/2016 CO-INVESTMENT  CUSIP : 992PB3999

| 2,400,000.000 | 1.054438 | 0.00 | 2,530,651.92 | 2,400,000.00 | 130,651.92 | 0.00 | 130,651.92 |

| Total USD | | 0.00 | 82,532,365.14 | 73,883,195.13 | 8,649,170.01 | 0.00 | 8,649,170.01 |
| Total United States | | 0.00 | 82,532,365.14 | 73,883,195.13 | 8,649,170.01 | 0.00 | 8,649,170.01 |
| **Total hedge equity** | | **0.00** | **259,069,760.91** | **215,464,937.68** | **43,604,823.23** | **0.00** | **43,604,823.23** |

**Hedge fund of funds**

**Global Region  - USD**

KINGSBRIDGE PARTNERS LP   CUSIP : 991MZ8990

| 1.000 | 331,411.00 | 0.00 | 331,411.00 | 1.00 | 331,410.00 | 0.00 | 331,410.00 |

| Total USD | | 0.00 | 331,411.00 | 1.00 | 331,410.00 | 0.00 | 331,410.00 |
| Total Global Region | | 0.00 | 331,411.00 | 1.00 | 331,410.00 | 0.00 | 331,410.00 |
| **Total hedge fund of funds** | | **0.00** | **331,411.00** | **1.00** | **331,410.00** | **0.00** | **331,410.00** |

**Hedge market independent**

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076131

## *Accounting by Account*

31 JAN 18

Account number █LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 850 of 1187

### █*LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

#### *Hedge Fund*

**Hedge market independent**

**United States  - USD**

CF CREDIT SUISSE SECURITIZED PRODUCTS CLA1 SUB-CL 6 SER-ONE (ONLY 1199 SEIU)FD  CUSIP : 682993AZ3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10,851.747 | 1,699.108 | 0.00 | 18,438,290.14 | 16,256,730.45 | 2,181,559.69 | 0.00 | 2,181,559.69 |
| Total USD | | 0.00 | 18,438,290.14 | 16,256,730.45 | 2,181,559.69 | 0.00 | 2,181,559.69 |
| Total United States | | 0.00 | 18,438,290.14 | 16,256,730.45 | 2,181,559.69 | 0.00 | 2,181,559.69 |
| **Total hedge market independent** | | **0.00** | **18,438,290.14** | **16,256,730.45** | **2,181,559.69** | **0.00** | **2,181,559.69** |

**Hedge market dependent**

**United States  - USD**

AUTONOMY GLOBAL MACRO FUND   CUSIP : 9929QA993

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18,500,000.000 | 1.015088 | 0.00 | 18,779,128.00 | 18,500,000.00 | 279,128.00 | 0.00 | 279,128.00 |

CF AUTONOMY GLOBAL MACRO FUND LIMITED INSTITUTIONAL SERIES SHARES  CUSIP : 787996PO9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78,674.080 | 133.0735 | 0.00 | 10,469,435.18 | 10,000,000.00 | 469,435.18 | 0.00 | 469,435.18 |

CF AUTONOMY GLOBAL MACRO FUND LIMITED GENERAL SERIES SHARES (US$) (ONLY 1199)  CUSIP : 51299V8R8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78,116.530 | 237.468 | 0.00 | 18,550,176.15 | 13,784,965.28 | 4,765,210.87 | 0.00 | 4,765,210.87 |
| Total USD | | 0.00 | 47,798,739.33 | 42,284,965.28 | 5,513,774.05 | 0.00 | 5,513,774.05 |
| Total United States | | 0.00 | 47,798,739.33 | 42,284,965.28 | 5,513,774.05 | 0.00 | 5,513,774.05 |
| **Total hedge market dependent** | | **0.00** | **47,798,739.33** | **42,284,965.28** | **5,513,774.05** | **0.00** | **5,513,774.05** |

**Hedge event driven**

**Global Region  - USD**

VIKING GLOBAL OPPORTUNITIES III LP   CUSIP : 992233999

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33,000,000.000 | 1.116868 | 0.00 | 36,856,650.60 | 33,000,000.00 | 3,856,650.60 | 0.00 | 3,856,650.60 |
| Total USD | | 0.00 | 36,856,650.60 | 33,000,000.00 | 3,856,650.60 | 0.00 | 3,856,650.60 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076132

## *Accounting by Account*

**31 JAN 18**

**Account number ▮LT56**

**1199SEIU HEALTHCARE EMP PEN FD**

### ◆ Asset Detail by Account

Page 851 of 1187

*▮LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Hedge Fund* | | | | | | | |
| **Hedge event driven** | | | | | | | |
| Total Global Region | | 0.00 | 36,856,650.60 | 33,000,000.00 | 3,856,650.60 | 0.00 | 3,856,650.60 |
| **International Region  - USD** | | | | | | | |
| CF ANCHORAGE CAPITAL PARTNERS OFFSHORE (ONLY 1199 SEIU) FD  CUSIP : 720099887 | | | | | | | |
| 22,887.982 | 1,244.529 | 0.00 | 28,484,757.35 | 24,457,630.58 | 4,027,126.77 | 0.00 | 4,027,126.77 |
| CF ANCHORAGE CAPITAL PARTNERS OFFSHORE 1199SEIU HEALTH CARE EMPLOYEE PENSION  CUSIP : 8L99921L8 | | | | | | | |
| 9,500.000 | 0.00 | 0.00 | 0.00 | 9,500,000.00 | -9,500,000.00 | 0.00 | -9,500,000.00 |
| CF REDWOOD OFFSHORE FUND LTD CL A NR 1.5/20 ( 1199 ONLY)  CUSIP : 142999B18 | | | | | | | |
| 138,614.208 | 109.199 | 0.00 | 15,136,532.90 | 14,000,000.00 | 1,136,532.90 | 0.00 | 1,136,532.90 |
| CF REDWOOD OFFSHORE FUND LTD CL AI_ NR 2/20 AI- 244 ( 1199 ONLY)  CUSIP : 142994I53 | | | | | | | |
| 51,930.486 | 103.5686 | 0.00 | 5,378,367.73 | 5,378,367.76 | -0.03 | 0.00 | -0.03 |
| CF REDWOOD OPPORTUNITY OFFSHORE LTD CL ASER 22 (NOV 2011) ( ONLY 1199) FD  CUSIP : 78499M519 | | | | | | | |
| 18,319.023 | 1,782.2965 | 0.00 | 32,649,930.58 | 26,317,404.41 | 6,332,526.17 | 0.00 | 6,332,526.17 |
| Total USD | | 0.00 | 81,649,588.56 | 79,653,402.75 | 1,996,185.81 | 0.00 | 1,996,185.81 |
| Total International Region | | 0.00 | 81,649,588.56 | 79,653,402.75 | 1,996,185.81 | 0.00 | 1,996,185.81 |
| **United States  - USD** | | | | | | | |
| GARRISON SPECIAL OPPORTUNITIES FUND   CUSIP : 991TP0993 | | | | | | | |
| 406,291.660 | 0.47252 | 0.00 | 191,980.98 | 406,291.66 | -214,310.68 | 0.00 | -214,310.68 |
| Total USD | | 0.00 | 191,980.98 | 406,291.66 | -214,310.68 | 0.00 | -214,310.68 |
| Total United States | | 0.00 | 191,980.98 | 406,291.66 | -214,310.68 | 0.00 | -214,310.68 |
| **Total hedge event driven** | | **0.00** | **118,698,220.14** | **113,059,694.41** | **5,638,525.73** | **0.00** | **5,638,525.73** |

**Hedge multi strategy**

**Global Region  - USD**

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076133

## *Accounting by Account*

**31 JAN 18**

Account number ▉LT56

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 852 of 1187

### ▉LT56 - *1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|

*Hedge Fund*

**Hedge multi strategy**

**Global Region  - USD**

CF EAST LODGE CAP CR OPPORTUNITIES FUND LTD  CUSIP : 451992FC0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8,000.000 | 0.00 | 0.00 | 0.00 | 8,000,000.00 | -8,000,000.00 | 0.00 | -8,000,000.00 |

CF EAST LODGE CAPITAL CR OPPORTUNITIES FD LTD. - CLS C, USD SERIES JAN 2018  CUSIP : 06599B2M0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18,000.000 | 1,016.9702 | 0.00 | 18,305,463.60 | 18,000,000.00 | 305,463.60 | 0.00 | 305,463.60 |

| Total USD | | 0.00 | 18,305,463.60 | 26,000,000.00 | -7,694,536.40 | 0.00 | -7,694,536.40 |
|---|---|---|---|---|---|---|---|
| Total Global Region | | 0.00 | 18,305,463.60 | 26,000,000.00 | -7,694,536.40 | 0.00 | -7,694,536.40 |

**International Region  - USD**

CF PINE RIVER FIXED INCOME LTD CL A SER 65 (1199 ONLY) FUND  CUSIP : 174996A99

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,334.122 | 627.6253 | 0.00 | 837,328.72 | 1,334,122.30 | -496,793.58 | 0.00 | -496,793.58 |

| Total USD | | 0.00 | 837,328.72 | 1,334,122.30 | -496,793.58 | 0.00 | -496,793.58 |
|---|---|---|---|---|---|---|---|
| Total International Region | | 0.00 | 837,328.72 | 1,334,122.30 | -496,793.58 | 0.00 | -496,793.58 |

**United States  - USD**

CF WHITEBOX ASYMMETRIC OPP FD, LTD CL/SER C-1-01-18 FD (1199 HEALTH CARE)  CUSIP : 6P999R151

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,000.000 | 1,012.7637 | 0.00 | 3,038,291.10 | 3,000,000.00 | 38,291.10 | 0.00 | 38,291.10 |

CF WHITEBOX ASYMMETRIC OPP FD, LTD CL/SER C-1-09-17 FD(1199 HEALTH CARE ONLY)  CUSIP : 128993N24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,000.000 | 1,029.24 | 0.00 | 6,175,440.00 | 6,000,000.00 | 175,440.00 | 0.00 | 175,440.00 |

CF WHITEBOX ASYMMETRIC OPP FD, LTD CL/SER C-1-11-17 FD (1199 HEALTH CARE ONLY)  CUSIP : 128993F64

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8,000.000 | 1,014.4299 | 0.00 | 8,115,439.20 | 8,000,000.00 | 115,439.20 | 0.00 | 115,439.20 |

CF WHITEBOX ASYMMETRIC OPPORTUNITIES FUND,  CUSIP : 2Q999GH76

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,000.000 | 1,023.4649 | 0.00 | 1,023,464.90 | 1,000,000.00 | 23,464.90 | 0.00 | 23,464.90 |

CF WHITEBOX ASYMMETRIC OPPORTUNITIES FUND, LTD CL/SER C-1-08-17 FUND(119  CUSIP : 2O999VC57

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,000.000 | 1,024.6968 | 0.00 | 3,074,090.40 | 3,000,000.00 | 74,090.40 | 0.00 | 74,090.40 |

*\*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076134

## *Accounting by Account*

Account number █LT56

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 853 of 1187

### █LT56 - *1199 HEALTH CARE CORBIN CONSOL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss<br>Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Hedge Fund* | | | | | | | |
| **Hedge multi strategy** | | | | | | | |
| **United States  - USD** | | | | | | | |
| CF WHITEBOX ASYMMETRIC OPPORTUNITIES FUND, LTD CL/SER C-1-1  CUSIP : 9RU999135 | | | | | | | |
| 10,261.027 | 1,738.0239 | 0.00 | 17,833,910.16 | 16,000,000.00 | 1,833,910.16 | 0.00 | 1,833,910.16 |
| CF WHITEBOX ASYMMETRIC OPPORTUNITIES FUND, LTD. CL C-1 SER 02-17  CUSIP : 5II999I43 | | | | | | | |
| 1,000.000 | 1,040.2225 | 0.00 | 1,040,222.50 | 1,000,000.00 | 40,222.50 | 0.00 | 40,222.50 |
| Total USD | | 0.00 | 40,300,858.26 | 38,000,000.00 | 2,300,858.26 | 0.00 | 2,300,858.26 |
| Total United States | | 0.00 | 40,300,858.26 | 38,000,000.00 | 2,300,858.26 | 0.00 | 2,300,858.26 |
| **Total hedge multi strategy** | | **0.00** | **59,443,650.58** | **65,334,122.30** | **-5,890,471.72** | **0.00** | **-5,890,471.72** |
| **Total hedge fund** | | **0.00** | **503,780,072.10** | **452,400,451.12** | **51,379,620.98** | **0.00** | **51,379,620.98** |
| *Cash and Cash Equivalents* | | | | | | | |
| **Invested cash** | | | | | | | |
| USD  - United States dollar | | | | | | | |
| | 1.00 | 22,963.62 | 53,779,271.42 | 53,779,271.42 | 0.00 | 0.00 | 0.00 |
| Total invested cash - all currencies | | 22,963.62 | 53,779,271.42 | 53,779,271.42 | 0.00 | 0.00 | 0.00 |
| Total invested cash - all countries | | 22,963.62 | 53,779,271.42 | 53,779,271.42 | 0.00 | 0.00 | 0.00 |
| **Total invested cash** | | **22,963.62** | **53,779,271.42** | **53,779,271.42** | **0.00** | **0.00** | **0.00** |
| **Total cash and cash equivalents** | | **22,963.62** | **53,779,271.42** | **53,779,271.42** | **0.00** | **0.00** | **0.00** |
| **Total █LT56** | | **22,963.62** | **658,511,456.93** | **596,932,144.50** | **61,579,312.43** | **0.00** | **61,579,312.43** |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076135

*Accounting by Account*

31 JAN 18

◆ Asset Summary by Account

### LT56 - 1199 HEALTH CARE CORBIN CONSOL

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| *Equities* | | | | | | | | |
| **Common stock** | | | | | | | | |
| United States - USD | 0.00 | 2,016,748.01 | 3,474,472.83 | -1,457,724.82 | 0.00 | -1,457,724.82 | 2,016,748.01 | 0.018% |
| **Total common stock** | **0.00** | **2,016,748.01** | **3,474,472.83** | **-1,457,724.82** | **0.00** | **-1,457,724.82** | **2,016,748.01** | **0.018%** |
| **Total equities** | **0.00** | **2,016,748.01** | **3,474,472.83** | **-1,457,724.82** | **0.00** | **-1,457,724.82** | **2,016,748.01** | **0.018%** |
| *Real Estate* | | | | | | | | |
| **Real estate** | | | | | | | | |
| Global Region - USD | 0.00 | 2,155,843.82 | 2,126,808.00 | 29,035.82 | 0.00 | 29,035.82 | 2,155,843.82 | 0.019% |
| **Total real estate** | **0.00** | **2,155,843.82** | **2,126,808.00** | **29,035.82** | **0.00** | **29,035.82** | **2,155,843.82** | **0.019%** |
| **Total real estate** | **0.00** | **2,155,843.82** | **2,126,808.00** | **29,035.82** | **0.00** | **29,035.82** | **2,155,843.82** | **0.019%** |
| *Venture Capital and Partnerships* | | | | | | | | |
| **Partnerships** | | | | | | | | |
| Global Region - USD | 0.00 | 5,899,042.74 | 4,045,496.30 | 1,853,546.44 | 0.00 | 1,853,546.44 | 5,899,042.74 | 0.052% |
| United States - USD | 0.00 | 74,880,478.84 | 65,105,644.83 | 9,774,834.01 | 0.00 | 9,774,834.01 | 74,880,478.84 | 0.658% |
| **Total partnerships** | **0.00** | **80,779,521.58** | **69,151,141.13** | **11,628,380.45** | **0.00** | **11,628,380.45** | **80,779,521.58** | **0.709%** |
| **Total venture capital and partnerships** | **0.00** | **80,779,521.58** | **69,151,141.13** | **11,628,380.45** | **0.00** | **11,628,380.45** | **80,779,521.58** | **0.709%** |
| *Other Assets* | | | | | | | | |
| **Miscellaneous** | | | | | | | | |
| United States - USD | 0.00 | 16,000,000.00 | 16,000,000.00 | 0.00 | 0.00 | 0.00 | 16,000,000.00 | 0.141% |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076690

## Accounting by Account

31 JAN 18

◆ Asset Summary by Account

*LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Other Assets** | | | | | | | | |
| **Total miscellaneous** | **0.00** | **16,000,000.00** | **16,000,000.00** | **0.00** | **0.00** | **0.00** | **16,000,000.00** | **0.141%** |
| **Total other assets** | **0.00** | **16,000,000.00** | **16,000,000.00** | **0.00** | **0.00** | **0.00** | **16,000,000.00** | **0.141%** |
| **Hedge Fund** | | | | | | | | |
| **Hedge equity** | | | | | | | | |
| Asia Region - USD | 0.00 | 14,000,000.00 | 14,000,000.00 | 0.00 | 0.00 | 0.00 | 14,000,000.00 | 0.123% |
| Global Region - USD | 0.00 | 60,505,706.49 | 51,000,000.00 | 9,505,706.49 | 0.00 | 9,505,706.49 | 60,505,706.49 | 0.531% |
| International Region - USD | 0.00 | 102,031,689.28 | 76,581,742.55 | 25,449,946.73 | 0.00 | 25,449,946.73 | 102,031,689.28 | 0.896% |
| United States - USD | 0.00 | 82,532,365.14 | 73,883,195.13 | 8,649,170.01 | 0.00 | 8,649,170.01 | 82,532,365.14 | 0.725% |
| **Total hedge equity** | **0.00** | **259,069,760.91** | **215,464,937.68** | **43,604,823.23** | **0.00** | **43,604,823.23** | **259,069,760.91** | **2.275%** |
| **Hedge fund of funds** | | | | | | | | |
| Global Region - USD | 0.00 | 331,411.00 | 1.00 | 331,410.00 | 0.00 | 331,410.00 | 331,411.00 | 0.003% |
| **Total hedge fund of funds** | **0.00** | **331,411.00** | **1.00** | **331,410.00** | **0.00** | **331,410.00** | **331,411.00** | **0.003%** |
| **Hedge market independent** | | | | | | | | |
| United States - USD | 0.00 | 18,438,290.14 | 16,256,730.45 | 2,181,559.69 | 0.00 | 2,181,559.69 | 18,438,290.14 | 0.162% |
| **Total hedge market independent** | **0.00** | **18,438,290.14** | **16,256,730.45** | **2,181,559.69** | **0.00** | **2,181,559.69** | **18,438,290.14** | **0.162%** |
| **Hedge market dependent** | | | | | | | | |
| United States - USD | 0.00 | 47,798,739.33 | 42,284,965.28 | 5,513,774.05 | 0.00 | 5,513,774.05 | 47,798,739.33 | 0.420% |
| **Total hedge market dependent** | **0.00** | **47,798,739.33** | **42,284,965.28** | **5,513,774.05** | **0.00** | **5,513,774.05** | **47,798,739.33** | **0.420%** |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076691

# *Accounting by Account*

**31 JAN 18**

◆ Asset Summary by Account

### *LT56 - 1199 HEALTH CARE CORBIN CONSOL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Hedge Fund** | | | | | | | | |
| **Hedge event driven** | | | | | | | | |
| Global Region - USD | 0.00 | 36,856,650.60 | 33,000,000.00 | 3,856,650.60 | 0.00 | 3,856,650.60 | 36,856,650.60 | 0.324% |
| International Region - USD | 0.00 | 81,649,588.56 | 79,653,402.75 | 1,996,185.81 | 0.00 | 1,996,185.81 | 81,649,588.56 | 0.717% |
| United States - USD | 0.00 | 191,980.98 | 406,291.66 | -214,310.68 | 0.00 | -214,310.68 | 191,980.98 | 0.002% |
| **Total hedge event driven** | **0.00** | **118,698,220.14** | **113,059,694.41** | **5,638,525.73** | **0.00** | **5,638,525.73** | **118,698,220.14** | **1.042%** |
| **Hedge multi strategy** | | | | | | | | |
| Global Region - USD | 0.00 | 18,305,463.60 | 26,000,000.00 | -7,694,536.40 | 0.00 | -7,694,536.40 | 18,305,463.60 | 0.161% |
| International Region - USD | 0.00 | 837,328.72 | 1,334,122.30 | -496,793.58 | 0.00 | -496,793.58 | 837,328.72 | 0.007% |
| United States - USD | 0.00 | 40,300,858.26 | 38,000,000.00 | 2,300,858.26 | 0.00 | 2,300,858.26 | 40,300,858.26 | 0.354% |
| **Total hedge multi strategy** | **0.00** | **59,443,650.58** | **65,334,122.30** | **-5,890,471.72** | **0.00** | **-5,890,471.72** | **59,443,650.58** | **0.522%** |
| **Total hedge fund** | **0.00** | **503,780,072.10** | **452,400,451.12** | **51,379,620.98** | **0.00** | **51,379,620.98** | **503,780,072.10** | **4.424%** |
| ***Cash and Cash Equivalents*** | | | | | | | | |
| **Invested cash** | | | | | | | | |
| Invested cash | 22,963.62 | 53,779,271.42 | 53,779,271.42 | 0.00 | 0.00 | 0.00 | 53,802,235.04 | 0.473% |
| **Total invested cash** | **22,963.62** | **53,779,271.42** | **53,779,271.42** | **0.00** | **0.00** | **0.00** | **53,802,235.04** | **0.473%** |
| **Total cash and cash equivalents** | **22,963.62** | **53,779,271.42** | **53,779,271.42** | **0.00** | **0.00** | **0.00** | **53,802,235.04** | **0.473%** |
| **Total for ■LT56** | **22,963.62** | **658,511,456.93** | **596,932,144.50** | **61,579,312.43** | **0.00** | **61,579,312.43** | **658,534,420.55** | **5.783%** |
| **Total Cost incl. Accruals** | | | **596,955,108.12** | | | | | |

*Generated by Northern Trust from periodic data on 3 Dec 19 B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076692