# EXHIBIT 29

# Northern Trust
## Table of Contents

| | |
|---|---:|
| Change in Cash Value by Account | 2 |
| Funding and Disbursement Detail by Account | 313 |
| Income and Expense Detail Base by Account | 410 |
| Investment Transaction Detail by Account | 1747 |
| Asset Detail by Account | 2955 |
| Asset Summary by Account | 4142 |
| Cash Activity Detail by Account | 4397 |
| Change in Book and Market Value by Account | 5616 |
| Capital Change Detail by Account | 5927 |
| Foreign Exchange Gain/Loss Detail by Account | 5957 |
| Foreign Exchange Gain/Loss Summary by Account | 6077 |
| Funding and Disbursement Summary by Account | 6094 |
| Income and Expense Summary by Account | 6151 |
| Pending Tran Detail w/ Accrued Int by Acct | 6220 |
| Realized Gain/Loss Summary by Account | 6373 |
| Investment Transaction Summary by Account | 6487 |



**Jane Rose Reporting**
**Ristorucci 18**
05/17/22

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0072329

## *Accounting by Account*

**Account number** ███ 8275

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

### ◆ Asset Detail by Account

Page 346 of 1187

### ███ 8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

*Equities*

**Funds - common stock**

**United States - USD**

CF PERSHING SQUARE INTL LTD CL E SER 1 E(ONLY 1199) FD  CUSIP : 478991458

| Shares/PAR value | local market price | income/expense | Market value | Cost | Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| 5,669.990 | 1,830.117789 | 0.00 | 10,520,854.00 | 10,999,992.72 | -479,138.72 | 0.00 | -479,138.72 |
| Total USD | | 0.00 | 10,520,854.00 | 10,999,992.72 | -479,138.72 | 0.00 | -479,138.72 |
| Total United States | | 0.00 | 10,520,854.00 | 10,999,992.72 | -479,138.72 | 0.00 | -479,138.72 |
| **Total funds - common stock** | | **0.00** | **10,520,854.00** | **10,999,992.72** | **-479,138.72** | **0.00** | **-479,138.72** |
| **Total equities** | | **0.00** | **10,520,854.00** | **10,999,992.72** | **-479,138.72** | **0.00** | **-479,138.72** |

*Venture Capital and Partnerships*

**Partnerships**

**Global Region - USD**

CEVIAN CAPITAL II CO-INVESTMENT NO.4 L.P  CUSIP : 991PFD994

| Shares/PAR value | local market price | income/expense | Market value | Cost | Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| 3,168,000.000 | 3,972,111.00 | -105,796.99 | 3,972,111.00 | 3,168,000.00 | 804,111.00 | 0.00 | 804,111.00 |

GOLDENTREE DISTRESSED DEBT FUND (CAYMAN)II LP  CUSIP : 991V43995

| Shares/PAR value | local market price | income/expense | Market value | Cost | Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| 1,979,932.500 | 2,769,232.00 | 0.00 | 2,769,232.00 | 1,979,932.50 | 789,299.50 | 0.00 | 789,299.50 |
| Total USD | | -105,796.99 | 6,741,343.00 | 5,147,932.50 | 1,593,410.50 | 0.00 | 1,593,410.50 |
| Total Global Region | | -105,796.99 | 6,741,343.00 | 5,147,932.50 | 1,593,410.50 | 0.00 | 1,593,410.50 |

**United States - USD**

GB SPECIAL OPPORTUNITIES FUND LLC  CUSIP : 992D69999

| Shares/PAR value | local market price | income/expense | Market value | Cost | Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| 1.000 | 517.00 | 0.00 | 517.00 | 1.00 | 516.00 | 0.00 | 516.00 |

GLADE BROOK PRIVATE INVESTORS IX LLC  CUSIP : 992914994

| Shares/PAR value | local market price | income/expense | Market value | Cost | Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| 3,359,404.000 | 3,657,094.00 | 0.00 | 3,657,094.00 | 3,359,404.00 | 297,690.00 | 0.00 | 297,690.00 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075628

# *Accounting by Account*

**31 JAN 18**

Account number ▮8275

**1199SEIU HEALTHCARE EMP PEN FD**

◆ ## Asset Detail by Account

Page 347 of 1187

### ▮8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

#### *Venture Capital and Partnerships*

**Partnerships**

**United States  - USD**

GLADE BROOK PRIVATE INVESTORS V LLC   CUSIP : 991V07990

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,298,839.120 | 1,651,881.00 | 0.00 | 1,651,881.00* | 1,298,839.12 | 353,041.88 | 0.00 | 353,041.88 |

* Market value based on prices received from an external manager or other client-directed pricing source

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 5,309,492.00 | 4,658,244.12 | 651,247.88 | 0.00 | 651,247.88 |
| Total United States | | 0.00 | 5,309,492.00 | 4,658,244.12 | 651,247.88 | 0.00 | 651,247.88 |
| **Total partnerships** | | **-105,796.99** | **12,050,835.00** | **9,806,176.62** | **2,244,658.38** | **0.00** | **2,244,658.38** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total venture capital and partnerships | | -105,796.99 | 12,050,835.00 | 9,806,176.62 | 2,244,658.38 | 0.00 | 2,244,658.38 |

#### *Other Assets*

**Miscellaneous**

**United States  - USD**

&&& CASH HELD ELSEWHERE SCULPTOR OVERSEAS FD  CUSIP : 000667717

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,176,475.700 | 1.00 | 0.00 | 1,176,475.70 | 1,176,475.70 | 0.00 | 0.00 | 0.00 |
| Total USD | | 0.00 | 1,176,475.70 | 1,176,475.70 | 0.00 | 0.00 | 0.00 |
| Total United States | | 0.00 | 1,176,475.70 | 1,176,475.70 | 0.00 | 0.00 | 0.00 |
| **Total miscellaneous** | | **0.00** | **1,176,475.70** | **1,176,475.70** | **0.00** | **0.00** | **0.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total other assets | | 0.00 | 1,176,475.70 | 1,176,475.70 | 0.00 | 0.00 | 0.00 |

#### *Hedge Fund*

**Hedge equity**

**Iceland  - USD**

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075629

## *Accounting by Account*

31 JAN 18

Account number ■8275

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 348 of 1187

### ■8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

*Hedge Fund*

**Hedge equity**

**Iceland  - USD**

CF TRIAN PARTNERS (ERISA) LTD, CLASS A QOPT 3 - SERIES 1/17 FD (1199 ONLY)  CUSIP : 17S999262

| 1,715.610 | 1,638.449714 | 0.00 | 2,304,357.00 | 2,355,070.36 | -50,713.36 | 0.00 | -50,713.36 |

CF TRIAN PARTNERS LTD, CLASS DUQO3-10/17E (1199 ONLY)  CUSIP : 4O999N239

| 0.000 | 1,010.526597 | 0.00 | 16,623,924.00 | 0.00 | 16,623,924.00 | 0.00 | 16,623,924.00 |

CF TRIAN PARTNERS LTD, CLASS DUQO3-1 FD (1199 ONLY)  CUSIP : 51699H5G2

| 8,208.050 | 1,638.449714 | 0.00 | 0.00 | 13,301,929.00 | -13,301,929.00 | 0.00 | -13,301,929.00 |

CF TRIAN PARTNERS LTD, CLASS DUQO3-12/17E (1199 ONLY)  CUSIP : 51699H5S6

| 3,116.570 | 1,017.842047 | 0.00 | 0.00 | 3,116,567.00 | -3,116,567.00 | 0.00 | -3,116,567.00 |

| Total USD | | 0.00 | 18,928,281.00 | 18,773,566.36 | 154,714.64 | 0.00 | 154,714.64 |

| Total Iceland | | 0.00 | 18,928,281.00 | 18,773,566.36 | 154,714.64 | 0.00 | 154,714.64 |

**International Region  - USD**

CF CORVEX OFFSHORE II LTD 1199 SEIU HEALTH CARE ONLY)  CUSIP : 2G999QQ50

| 601.460 | 1,118.0415 | 0.00 | 15,272,030.00 | 601,460.00 | 14,670,570.00 | 0.00 | 14,670,570.00 |

CF CORVEX OFFSHORE II LTD 1199 SEIU HEALTHCARE PENSION FD 02 2014 FD (1199  CUSIP : 2F999ES57

| 10,000.000 | 1,060.2537 | 0.00 | 0.00 | 10,000,000.00 | -10,000,000.00 | 0.00 | -10,000,000.00 |

CF CORVEX OFFSHORE II LTD 1199 SEIU HEALTHCARE PENSION FD 05 2014 FD (1199  CUSIP : 2Y999EE51

| 2,000.000 | 1,047.7969 | 0.00 | 0.00 | 2,000,000.00 | -2,000,000.00 | 0.00 | -2,000,000.00 |

CF CORVEX OFFSHORE II LTD 1199 SEIU HEALTHCARE PENSION FD 08 2014 FD (1199  CUSIP : 21999GF65

| 1,950.000 | 974.6681 | 0.00 | 0.00 | 1,950,000.00 | -1,950,000.00 | 0.00 | -1,950,000.00 |

CF JANA OFFSHORE PARTNERS LTD CL A NON RESTRICTED SER 01/2002 (ONLY 1199) FD  CUSIP : 44399L712

| 3,986.440 | 4,438.6059 | 0.00 | 18,101,215.00 | 16,522,369.48 | 1,578,845.52 | 0.00 | 1,578,845.52 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075630

# Accounting by Account

**31 JAN 18**

Account number ███8275

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 349 of 1187

## ███8275 - *1199 HEALTH CARE - ENTRUST-SL

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

### Hedge Fund

**Hedge equity**

**International Region  - USD**

SABA E FUND LLC - CLASS 1 - SERIES MA-11   CUSIP : 991ULL998

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12,577,157.090 | 11,551,230.00 | 0.00 | 11,551,230.00 | 12,577,157.09 | -1,025,927.09 | 0.00 | -1,025,927.09 |
| Total USD | | 0.00 | 44,924,475.00 | 43,650,986.57 | 1,273,488.43 | 0.00 | 1,273,488.43 |
| Total International Region | | 0.00 | 44,924,475.00 | 43,650,986.57 | 1,273,488.43 | 0.00 | 1,273,488.43 |

**United States  - USD**

CF SB SPECIAL SITUATION LTD CL D SER 0816.2.4 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 672992V01

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 889.250 | 603.4238 | 0.00 | 0.00 | 889,248.00 | -889,248.00 | 0.00 | -889,248.00 |

CF SB SPECIAL SITUATION LTD CL D SER 0814.1 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 627992V23

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,300.000 | 650.3647 | 0.00 | 0.00 | 3,300,000.00 | -3,300,000.00 | 0.00 | -3,300,000.00 |

CF SB SPECIAL SITUATION LTD CL D SER 0815.2.3 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 627998JU2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 574.400 | 816.2766 | 0.00 | 0.00 | 574,400.00 | -574,400.00 | 0.00 | -574,400.00 |

CF SB SPECIAL SITUATION LTD CL F1 SER 4.17.08.1 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 1RN999Y76

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 296.200 | 594.9497 | 0.00 | 0.00 | 296,199.00 | -296,199.00 | 0.00 | -296,199.00 |

CF SB SPECIAL SITUATION LTD CL F1 SER 4.17.12.1 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 1RN999Y84

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 119.730 | 594.9497 | 0.00 | 0.00 | 119,732.00 | -119,732.00 | 0.00 | -119,732.00 |

CF SB SPECIAL SITUATION LTD CL F2 SER 4.17.1.1 (ONLY 1199 SEIU HEALTH CARE) FD  CUSIP : 1RN999Y68

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 660.710 | 577.0542 | 0.00 | 0.00 | 660,712.00 | -660,712.00 | 0.00 | -660,712.00 |

CF SB SPECIAL SITUATION MASTER FUND LTD CL SGTD F 1216.1.6 (1199 ONLY)  CUSIP : 15F999252

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 359.460 | 467.1432 | 0.00 | 0.00 | 359,458.00 | -359,458.00 | 0.00 | -359,458.00 |

CF SB SPL CF SB SPL SITUATION MASTER FUND SPC SER 0216.11.1  CUSIP : 85499RT25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 287.200 | 780.6293 | 0.00 | 4,178,109.00 | 287,200.00 | 3,890,909.00 | 0.00 | 3,890,909.00 |
| Total USD | | 0.00 | 4,178,109.00 | 6,486,949.00 | -2,308,840.00 | 0.00 | -2,308,840.00 |
| Total United States | | 0.00 | 4,178,109.00 | 6,486,949.00 | -2,308,840.00 | 0.00 | -2,308,840.00 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075631

## *Accounting by Account*

**31 JAN 18**

Account number █8275

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 350 of 1187

### █8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

#### *Hedge Fund*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total hedge equity** | | **0.00** | **68,030,865.00** | **68,911,501.93** | **-880,636.93** | **0.00** | **-880,636.93** |

#### Hedge fund of funds

**International Region  - USD**

CF SILVER POINT CAP OFFSHORE FD D-495-H-495-14  CUSIP : 362993LK1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38.870 | 9,145.218 | 66,799.88 | 0.00 | 388,674.88 | -388,674.88 | 0.00 | -388,674.88 |

CF SILVER POINT CAP OFFSHORE FD H-495   CUSIP : 362993KL0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,971.410 | 12,608.2384 | -23,247.87 | 25,205,484.00 | 19,769,520.08 | 5,435,963.92 | 0.00 | 5,435,963.92 |
| Total USD | | 43,552.01 | 25,205,484.00 | 20,158,194.96 | 5,047,289.04 | 0.00 | 5,047,289.04 |
| Total International Region | | 43,552.01 | 25,205,484.00 | 20,158,194.96 | 5,047,289.04 | 0.00 | 5,047,289.04 |

**United States  - USD**

CF SCOGGIN OVERSEAS LTD CL R-U SER 1113.2(ONLY 1199 HEALTH) FD  CUSIP : WS999TYT4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,682.200 | 1,126.4168 | 0.00 | 7,526,942.34 | 7,081,964.84 | 444,977.50 | 0.00 | 444,977.50 |

EPMR PARTNERS LP   CUSIP : 992BAA995

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,178,285.400 | 5,698,173.00 | 0.00 | 5,698,173.00 | 3,178,285.40 | 2,519,887.60 | 0.00 | 2,519,887.60 |
| Total USD | | 0.00 | 13,225,115.34 | 10,260,250.24 | 2,964,865.10 | 0.00 | 2,964,865.10 |
| Total United States | | 0.00 | 13,225,115.34 | 10,260,250.24 | 2,964,865.10 | 0.00 | 2,964,865.10 |
| **Total hedge fund of funds** | | **43,552.01** | **38,430,599.34** | **30,418,445.20** | **8,012,154.14** | **0.00** | **8,012,154.14** |

#### Hedge market independent

**United States  - USD**

CF AXONIC CR - RESTRICTED -1.75 -TRCOF SER 061 JAN 2016(1199 ONLY) ( 1199 ONLY)  CUSIP : 6YT999C25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16,737.090 | 1,085.852054 | 0.00 | 18,157,138.00 | 16,136,109.14 | 2,021,028.86 | 0.00 | 2,021,028.86 |
| Total USD | | 0.00 | 18,157,138.00 | 16,136,109.14 | 2,021,028.86 | 0.00 | 2,021,028.86 |
| Total United States | | 0.00 | 18,157,138.00 | 16,136,109.14 | 2,021,028.86 | 0.00 | 2,021,028.86 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| *Accounting by Account* | Account number ██8275 |
|---|---|
| 31 JAN 18 | **1199SEIU HEALTHCARE EMP PEN FD** |

◆ Asset Detail by Account                                                                 Page 351 of 1187

██8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|

*Hedge Fund*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total hedge market independent** | | 0.00 | 18,157,138.00 | 16,136,109.14 | 2,021,028.86 | 0.00 | 2,021,028.86 |

**Hedge event driven**

**International Region  - USD**

CF CYRUS OPPORTUNITIES FUND II LTD OFF-LIQJJU1- SER-1 ( ONLY 1199) FD  CUSIP : 552999LQ5

| 12,414.260 | 1,392.523977 | 0.00 | 17,282,966.00 | 14,032,544.00 | 3,250,422.00 | 0.00 | 3,250,422.00 |
|---|---|---|---|---|---|---|---|

CF GRAMERCY OPPORTUNITY FUND SPC - ODB SP CL A - SER 1 (1199 HEALTHCARE ONLY)  CUSIP : 16G999H61

| 3,126.480 | 935.68 | 0.00 | 2,925,306.00 | 3,065,357.63 | -140,051.63 | 0.00 | -140,051.63 |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 20,208,272.00 | 17,097,901.63 | 3,110,370.37 | 0.00 | 3,110,370.37 |
| Total International Region | | 0.00 | 20,208,272.00 | 17,097,901.63 | 3,110,370.37 | 0.00 | 3,110,370.37 |

**United States  - USD**

CF EPSG SPC LTD. - SERGREGATED PORTFOLIOA  CUSIP : 2HJ999LL5

| 3,166.170 | 1,534.239303 | 0.00 | 4,857,662.45 | 3,166,165.00 | 1,691,497.45 | 0.00 | 1,691,497.45 |
|---|---|---|---|---|---|---|---|

CF GREYWOLF CAPITAL OVERSEAS II (ONLY 1199 SEIU HEALTH) FD  CUSIP : 967999814

| 4,708.580 | 841.9284 | 0.00 | 3,957,547.00 | 5,275,000.00 | -1,317,453.00 | 0.00 | -1,317,453.00 |
|---|---|---|---|---|---|---|---|

CF THIRD POINT OFFSHORE FUND   CUSIP : 33099RS04

| 0.000 | 117.32 | 0.00 | 29,097,022.00 | 0.00 | 29,097,022.00 | 0.00 | 29,097,022.00 |
|---|---|---|---|---|---|---|---|

CFTHIRD PT OFFSHORE CLASS E SER 1 ( 1199HEALTH CARE ONLY)  CUSIP : 17A999436

| 67,470.300 | 431.42 | 0.00 | 0.00 | 24,290,541.00 | -24,290,541.00 | 0.00 | -24,290,541.00 |
|---|---|---|---|---|---|---|---|
| Total USD | | 0.00 | 37,912,231.45 | 32,731,706.00 | 5,180,525.45 | 0.00 | 5,180,525.45 |
| Total United States | | 0.00 | 37,912,231.45 | 32,731,706.00 | 5,180,525.45 | 0.00 | 5,180,525.45 |
| **Total hedge event driven** | | 0.00 | 58,120,503.45 | 49,829,607.63 | 8,290,895.82 | 0.00 | 8,290,895.82 |

**Hedge multi strategy**

**International Region  - USD**

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075633

## *Accounting by Account*

Account number ■8275

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 352 of 1187

### ■8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

#### *Hedge Fund*

#### Hedge multi strategy

#### International Region  - USD

CF PAULSON ESP SEGREGATED CL SBIC1 SER INITIAL FD (1199 ONLY)  CUSIP : 6A2999J78

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13,063.020 | 128.99 | 0.00 | 1,687,817.00 | 1,684,629.90 | 3,187.10 | 0.00 | 3,187.10 |
| Total USD | | 0.00 | 1,687,817.00 | 1,684,629.90 | 3,187.10 | 0.00 | 3,187.10 |
| Total International Region | | 0.00 | 1,687,817.00 | 1,684,629.90 | 3,187.10 | 0.00 | 3,187.10 |

#### Somalia (Federal Republic of)  - USD

CF GOLDENTREE ENTRUST OFFSHORE FUND CLASS A 12  CUSIP : 442998S19

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,794.200 | 1,360.780581 | 0.00 | 22,013,461.00 | 1,737,313.27 | 20,276,147.73 | 0.00 | 20,276,147.73 |

CF GOLDENTREE ENTRUST OFFSHORE FUND  CL SPA SER 12 (ONLY GOLDENTREE) FD  CUSIP : 667994J57

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 747.370 | 1,344.660622 | 0.00 | 0.00 | 613,087.30 | -613,087.30 | 0.00 | -613,087.30 |

CF GOLDENTREE ENTRUST OFFSHORE FUND  CL SPA SER 16 (ONLY GOLDENTREE) FD  CUSIP : 667994U62

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 856.720 | 1,344.660627 | 0.00 | 0.00 | 740,327.30 | -740,327.30 | 0.00 | -740,327.30 |

CF GOLDENTREE ENTRUST OFFSHORE FUND CL SPA SER 17 (ONLY GOLDENTREE) FD  CUSIP : 667994I74

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 431.010 | 1,344.660637 | 0.00 | 0.00 | 381,736.22 | -381,736.22 | 0.00 | -381,736.22 |

CF GOLDENTREE ENTRUST OFFSHORE FUND CL SPA SER 19 (ONLY GOLDENTREE) FD  CUSIP : 667994U54

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 549.900 | 1,344.66061 | 0.00 | 0.00 | 508,964.68 | -508,964.68 | 0.00 | -508,964.68 |

CF GOLDENTREE ENTRUST OFFSHORE FUND SPC CL A SER 16 (ONLY GOLDENTREE) FD  CUSIP : 442992WW9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5,729.560 | 1,306.438889 | 0.00 | 0.00 | 5,659,672.70 | -5,659,672.70 | 0.00 | -5,659,672.70 |

CF GOLDENTREE ENTRUST OFFSHORE FUND SPC CL A SER 17 (ONLY GOLDENTREE) FD  CUSIP : 442992QQ9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2,954.300 | 1,274.674205 | 0.00 | 0.00 | 2,918,263.78 | -2,918,263.78 | 0.00 | -2,918,263.78 |

CF GOLDENTREE ENTRUST OFFSHORE FUND SPC CL A SER 19 (ONLY 1199) FD  CUSIP : 127999K90

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,939.080 | 1,219.746815 | 0.00 | 0.00 | 3,891,035.32 | -3,891,035.32 | 0.00 | -3,891,035.32 |
| Total USD | | 0.00 | 22,013,461.00 | 16,450,400.57 | 5,563,060.43 | 0.00 | 5,563,060.43 |
| Total Somalia (Federal Republic of) | | 0.00 | 22,013,461.00 | 16,450,400.57 | 5,563,060.43 | 0.00 | 5,563,060.43 |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075634

## *Accounting by Account*

31 JAN 18

Account number ██8275

**1199SEIU HEALTHCARE EMP PEN FD**

◆ Asset Detail by Account

Page 353 of 1187

### ██8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID Investment Mgr ID Shares/PAR value | Exchange rate/ local market price | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Translation | Total |
|---|---|---|---|---|---|---|---|
| *Hedge Fund* | | | | | | | |
| **Total hedge multi strategy** | | 0.00 | 23,701,278.00 | 18,135,030.47 | 5,566,247.53 | 0.00 | 5,566,247.53 |
| **Total hedge fund** | | 43,552.01 | 206,440,383.79 | 183,430,694.37 | 23,009,689.42 | 0.00 | 23,009,689.42 |
| *Cash and Cash Equivalents* | | | | | | | |
| **Funds - short term investment** | | | | | | | |
| USD - United States dollar  CUSIP : 195997MV0 | | | | | | | |
| | 1.00 | 7,090.25 | 59,744.71 | 59,744.71 | 0.00 | 0.00 | 0.00 |
| Total funds - short term investment - all currencies | | 7,090.25 | 59,744.71 | 59,744.71 | 0.00 | 0.00 | 0.00 |
| Total funds - short term investment - all countries | | 7,090.25 | 59,744.71 | 59,744.71 | 0.00 | 0.00 | 0.00 |
| **Total funds - short term investment** | | **7,090.25** | **59,744.71** | **59,744.71** | **0.00** | **0.00** | **0.00** |
| **Total cash and cash equivalents** | | **7,090.25** | **59,744.71** | **59,744.71** | **0.00** | **0.00** | **0.00** |
| *Adjustments To Cash* | | | | | | | |
| **Pending trade purchases** | | | | | | | |
| USD - United States dollar | | | | | | | |
| | 1.00 | 0.00 | -6,230,957.48 | -6,230,957.48 | 0.00 | 0.00 | 0.00 |
| Total pending trade purchases - all currencies | | 0.00 | -6,230,957.48 | -6,230,957.48 | 0.00 | 0.00 | 0.00 |
| Total pending trade purchases - all countries | | 0.00 | -6,230,957.48 | -6,230,957.48 | 0.00 | 0.00 | 0.00 |
| **Total pending trade purchases** | | **0.00** | **-6,230,957.48** | **-6,230,957.48** | **0.00** | **0.00** | **0.00** |

**Pending trade sales**

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075635

## *Accounting by Account*

Account number ▮8275

**1199SEIU HEALTHCARE EMP PEN FD**

31 JAN 18

◆ Asset Detail by Account

Page 354 of 1187

### ▮8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Description / Asset ID<br>Investment Mgr ID<br>Shares/PAR value | Exchange rate/<br>local market price | Accrued<br>income/expense | Market value | Cost | Unrealized gain/loss | | |
|---|---|---|---|---|---|---|---|
| | | | | | Market | Translation | Total |

#### *Adjustments To Cash*

**Pending trade sales**

USD  - United States dollar

| | 1.00 | 0.00 | 12,348,648.25 | 12,348,648.25 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| Total pending trade sales - all currencies | | 0.00 | 12,348,648.25 | 12,348,648.25 | 0.00 | 0.00 | 0.00 |
| Total pending trade sales - all countries | | 0.00 | 12,348,648.25 | 12,348,648.25 | 0.00 | 0.00 | 0.00 |
| **Total pending trade sales** | | **0.00** | **12,348,648.25** | **12,348,648.25** | **0.00** | **0.00** | **0.00** |

**Other payables**

USD  - United States dollar

| | 1.00 | 0.00 | -335,600.89 | -335,600.89 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| Total other payables - all currencies | | 0.00 | -335,600.89 | -335,600.89 | 0.00 | 0.00 | 0.00 |
| Total other payables - all countries | | 0.00 | -335,600.89 | -335,600.89 | 0.00 | 0.00 | 0.00 |
| **Total other payables** | | **0.00** | **-335,600.89** | **-335,600.89** | **0.00** | **0.00** | **0.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total adjustments to cash** | | **0.00** | **5,782,089.88** | **5,782,089.88** | **0.00** | **0.00** | **0.00** |
| **Total ▮8275** | | **-55,154.73** | **236,030,383.08** | **211,255,174.00** | **24,775,209.08** | **0.00** | **24,775,209.08** |

*Generated by Northern Trust from periodic data on 03 Dec 19   B0521*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0075636

## *Accounting by Account*

31 JAN 18

◆ Asset Summary by Account

Page 146 of 255

### █8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Equities** | | | | | | | | |
| **Funds - common stock** | | | | | | | | |
| United States - USD | 0.00 | 10,520,854.00 | 10,999,992.72 | -479,138.72 | 0.00 | -479,138.72 | 10,520,854.00 | 0.092% |
| **Total funds - common stock** | **0.00** | **10,520,854.00** | **10,999,992.72** | **-479,138.72** | **0.00** | **-479,138.72** | **10,520,854.00** | **0.092%** |
| **Total equities** | **0.00** | **10,520,854.00** | **10,999,992.72** | **-479,138.72** | **0.00** | **-479,138.72** | **10,520,854.00** | **0.092%** |
| **Venture Capital and Partnerships** | | | | | | | | |
| **Partnerships** | | | | | | | | |
| Global Region - USD | -105,796.99 | 6,741,343.00 | 5,147,932.50 | 1,593,410.50 | 0.00 | 1,593,410.50 | 6,635,546.01 | 0.058% |
| United States - USD | 0.00 | 5,309,492.00 | 4,658,244.12 | 651,247.88 | 0.00 | 651,247.88 | 5,309,492.00 | 0.047% |
| **Total partnerships** | **-105,796.99** | **12,050,835.00** | **9,806,176.62** | **2,244,658.38** | **0.00** | **2,244,658.38** | **11,945,038.01** | **0.105%** |
| **Total venture capital and partnerships** | **-105,796.99** | **12,050,835.00** | **9,806,176.62** | **2,244,658.38** | **0.00** | **2,244,658.38** | **11,945,038.01** | **0.105%** |
| **Other Assets** | | | | | | | | |
| **Miscellaneous** | | | | | | | | |
| United States - USD | 0.00 | 1,176,475.70 | 1,176,475.70 | 0.00 | 0.00 | 0.00 | 1,176,475.70 | 0.010% |
| **Total miscellaneous** | **0.00** | **1,176,475.70** | **1,176,475.70** | **0.00** | **0.00** | **0.00** | **1,176,475.70** | **0.010%** |
| **Total other assets** | **0.00** | **1,176,475.70** | **1,176,475.70** | **0.00** | **0.00** | **0.00** | **1,176,475.70** | **0.010%** |
| **Hedge Fund** | | | | | | | | |
| **Hedge equity** | | | | | | | | |
| Iceland - USD | 0.00 | 18,928,281.00 | 18,773,566.36 | 154,714.64 | 0.00 | 154,714.64 | 18,928,281.00 | 0.166% |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076615

# *Accounting by Account*

31 JAN 18

Account number ▮99RG

**1199SEIU HEALTHCARE EMP PEN FD**

## ◆ Asset Summary by Account

Page 147 of 255

### ▮8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Transaction | Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| *Hedge Fund* | | | | | | | | |
| **Hedge equity** | | | | | | | | |
| International Region - USD | 0.00 | 44,924,475.00 | 43,650,986.57 | 1,273,488.43 | 0.00 | 1,273,488.43 | 44,924,475.00 | 0.395% |
| United States - USD | 0.00 | 4,178,109.00 | 6,486,949.00 | -2,308,840.00 | 0.00 | -2,308,840.00 | 4,178,109.00 | 0.037% |
| **Total hedge equity** | **0.00** | **68,030,865.00** | **68,911,501.93** | **-880,636.93** | **0.00** | **-880,636.93** | **68,030,865.00** | **0.597%** |
| | | | | | | | | |
| **Hedge fund of funds** | | | | | | | | |
| International Region - USD | 43,552.01 | 25,205,484.00 | 20,158,194.96 | 5,047,289.04 | 0.00 | 5,047,289.04 | 25,249,036.01 | 0.222% |
| United States - USD | 0.00 | 13,225,115.34 | 10,260,250.24 | 2,964,865.10 | 0.00 | 2,964,865.10 | 13,225,115.34 | 0.116% |
| **Total hedge fund of funds** | **43,552.01** | **38,430,599.34** | **30,418,445.20** | **8,012,154.14** | **0.00** | **8,012,154.14** | **38,474,151.35** | **0.338%** |
| | | | | | | | | |
| **Hedge market independent** | | | | | | | | |
| United States - USD | 0.00 | 18,157,138.00 | 16,136,109.14 | 2,021,028.86 | 0.00 | 2,021,028.86 | 18,157,138.00 | 0.159% |
| **Total hedge market independent** | **0.00** | **18,157,138.00** | **16,136,109.14** | **2,021,028.86** | **0.00** | **2,021,028.86** | **18,157,138.00** | **0.159%** |
| | | | | | | | | |
| **Hedge event driven** | | | | | | | | |
| International Region - USD | 0.00 | 20,208,272.00 | 17,097,901.63 | 3,110,370.37 | 0.00 | 3,110,370.37 | 20,208,272.00 | 0.177% |
| United States - USD | 0.00 | 37,912,231.45 | 32,731,706.00 | 5,180,525.45 | 0.00 | 5,180,525.45 | 37,912,231.45 | 0.333% |
| **Total hedge event driven** | **0.00** | **58,120,503.45** | **49,829,607.63** | **8,290,895.82** | **0.00** | **8,290,895.82** | **58,120,503.45** | **0.510%** |
| | | | | | | | | |
| **Hedge multi strategy** | | | | | | | | |
| International Region - USD | 0.00 | 1,687,817.00 | 1,684,629.90 | 3,187.10 | 0.00 | 3,187.10 | 1,687,817.00 | 0.015% |
| Somalia (Federal Republic of) - USD | 0.00 | 22,013,461.00 | 16,450,400.57 | 5,563,060.43 | 0.00 | 5,563,060.43 | 22,013,461.00 | 0.193% |
| **Total hedge multi strategy** | **0.00** | **23,701,278.00** | **18,135,030.47** | **5,566,247.53** | **0.00** | **5,566,247.53** | **23,701,278.00** | **0.208%** |

*Generated by Northern Trust from periodic data on  3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076616

# *Accounting by Account*

31 JAN 18

## ◆ Asset Summary by Account

■ 8275 - *1199 HEALTH CARE - ENTRUST-SL*

| Country | Accrued income/expense | Market value | Cost | Unrealized gain/loss Market | Unrealized gain/loss Transaction | Unrealized gain/loss Total | Market value incl. accruals | % |
|---|---|---|---|---|---|---|---|---|
| **Total hedge fund** | **43,552.01** | **206,440,383.79** | **183,430,694.37** | **23,009,689.42** | **0.00** | **23,009,689.42** | **206,483,935.80** | **1.813%** |

### *Cash and Cash Equivalents*

#### Funds - short term investment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Funds - Short Term Investment | 7,090.25 | 59,744.71 | 59,744.71 | 0.00 | 0.00 | 0.00 | 66,834.96 | 0.001% |
| **Total funds - short term investment** | **7,090.25** | **59,744.71** | **59,744.71** | **0.00** | **0.00** | **0.00** | **66,834.96** | **0.001%** |
| **Total cash and cash equivalents** | **7,090.25** | **59,744.71** | **59,744.71** | **0.00** | **0.00** | **0.00** | **66,834.96** | **0.001%** |

### *Adjustments To Cash*

#### Pending trade purchases

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pending trade purchases | 0.00 | -6,230,957.48 | -6,230,957.48 | 0.00 | 0.00 | 0.00 | -6,230,957.48 | -0.055% |
| **Total pending trade purchases** | **0.00** | **-6,230,957.48** | **-6,230,957.48** | **0.00** | **0.00** | **0.00** | **-6,230,957.48** | **-0.055%** |

#### Pending trade sales

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pending trade sales | 0.00 | 12,348,648.25 | 12,348,648.25 | 0.00 | 0.00 | 0.00 | 12,348,648.25 | 0.108% |
| **Total pending trade sales** | **0.00** | **12,348,648.25** | **12,348,648.25** | **0.00** | **0.00** | **0.00** | **12,348,648.25** | **0.108%** |

#### Other payables

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Other Payables | 0.00 | -335,600.89 | -335,600.89 | 0.00 | 0.00 | 0.00 | -335,600.89 | -0.003% |
| **Total other payables** | **0.00** | **-335,600.89** | **-335,600.89** | **0.00** | **0.00** | **0.00** | **-335,600.89** | **-0.003%** |
| **Total adjustments to cash** | **0.00** | **5,782,089.88** | **5,782,089.88** | **0.00** | **0.00** | **0.00** | **5,782,089.88** | **0.051%** |
| **Total for ■ 8275** | **-55,154.73** | **236,030,383.08** | **211,255,174.00** | **24,775,209.08** | **0.00** | **24,775,209.08** | **235,975,228.35** | **2.072%** |
| **Total Cost incl. Accruals** | | | **211,200,019.27** | | | | | |

*Generated by Northern Trust from periodic data on 3 Dec 19   B0887*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

1199SEIUHC0076617