# EXHIBIT 32

PRODUCED IN NATIVE ONLY

RA_CAH-SDOH2_19-cv-2491-00000129

RhumbLine Advisers
TRANSACTION SUMMARY
1199 Health Care Employees Pension Fund
Northern Trust Acct#███9787  1199mid
From 09-01-14 To 09-08-20

| Transaction | Ticker | CUSIP | Security | Trade Date | Settle Date | Quantity | Trade Amount | |
|---|---|---|---|---|---|---|---|---|
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 10/1/2014 | 10/6/2014 | 300 | $22,505.44 | Client Directed $5MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 10/16/2014 | 10/21/2014 | 50 | $3,657.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 12/9/2014 | 12/12/2014 | 650 | $53,048.71 | Client Directed $12MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 1/16/2015 | 1/22/2015 | 50 | $4,068.75 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 2/12/2015 | 2/18/2015 | 500 | $42,947.20 | Client Directed $10MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 3/2/2015 | 3/5/2015 | 50 | $4,469.25 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 3/9/2015 | 3/12/2015 | 150 | $13,077.50 | Client Directed $2MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 3/25/2015 | 3/30/2015 | 50 | $4,480.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 4/1/2015 | 4/7/2015 | 150 | $13,449.26 | Client Directed $3MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 4/10/2015 | 4/15/2015 | 750 | $67,301.70 | Client Directed $15MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 5/1/2015 | 5/6/2015 | 50 | $4,266.75 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 6/26/2015 | 7/1/2015 | 8880 | $763,914.58 | Russell Reconstitution (left index) |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 6/23/2017 | 6/28/2017 | 6480 | $516,335.47 | Russell Reconstitution (added to index)) |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 7/20/2017 | 7/25/2017 | 50 | $3,882.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 12/15/2017 | 12/19/2017 | 50 | $3,159.95 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 2/20/2018 | 2/22/2018 | 50 | $3,445.25 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 6/22/2018 | 6/26/2018 | 210 | $11,335.44 | Russell Reconstitution (weight change) |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 7/26/2018 | 7/30/2018 | 50 | $2,478.50 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 8/27/2018 | 8/29/2018 | 820 | $43,016.64 | Client Directed $20MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 9/21/2018 | 9/25/2018 | 40 | $2,197.70 | Monthly Portfolio Rebalance |
| to | CAH | 14149Y108 | CARDINAL HLTH INC | 11/7/2018 | 11/7/2018 | 5690 | $305,268.50 | *Account terminated 11/2018 |

RhumbLine Advisers
TRANSACTION SUMMARY
1199 Health Care Employees Pension Fund
Russell Top 200 Value
Northern Trust Acct# ▇▇9309
From 09-01-14 To 09-08-20

| Transaction | Ticker | CUSIP | Security | Trade Date | Settle Date | Quantity | Trade Amount | |
|---|---|---|---|---|---|---|---|---|
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 6/26/2015 | 7/1/2015 | 250 | $21,508.00 | Russell Reconstitution (added to index) |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 1/22/2016 | 1/27/2016 | 50 | $4,080.00 | Client Directed $17MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 2/11/2016 | 2/17/2016 | 150 | $11,569.50 | Client Directed $25MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 3/18/2016 | 3/23/2016 | 150 | $12,129.75 | Client Directed $27MM Contribution |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 6/24/2016 | 6/29/2016 | 160 | $12,036.27 | Russell Reconstitution (weight change) |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 7/22/2016 | 7/27/2016 | 50 | $4,150.00 | Client Directed $15MM Contribution |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 1/20/2017 | 1/25/2017 | 150 | $11,252.75 | Client Directed $60MM Withdrawal |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 6/23/2017 | 6/28/2017 | 340 | $27,090.12 | Russell Reconstitution (left index) |

RhumbLine Advisers
TRANSACTION SUMMARY
1199 Health Care Employees Pension Fund
Russell MidCap Growth Index  pensmcg
Northern Trust Acct# ████8363
From 09-01-14 To 09-08-20

| Transaction | Ticker | CUSIP | Security | Trade Date | Settle Date | Quantity | Trade Amount | |
|---|---|---|---|---|---|---|---|---|
| ti | CAH | 14149Y108 | CARDINAL HLTH INC | 5/29/2015 | 5/29/2015 | 1169 | $103,000.59 | Transfer In |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 6/26/2015 | 7/1/2015 | 1169 | $100,564.87 | Russell Reconstitution (left index) |

RhumbLine Advisers
TRANSACTION SUMMARY
1199 Health Care Employees Pension Fund
Russell Mid Cap Value Index Fund
Northern Trust Acct#     7379    MCV1199
From 09-01-14 To 09-08-20

| Transaction | Ticker | CUSIP | Security | Trade Date | Settle Date | Quantity | Trade Amount | |
|---|---|---|---|---|---|---|---|---|
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 9/3/2014 | 9/8/2014 | 50 | 3,715.75 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 10/16/2014 | 10/21/2014 | 50 | 3,653.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 12/1/2014 | 12/4/2014 | 50 | 4,091.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 12/9/2014 | 12/12/2014 | 1300 | 106,112.76 | Client Directed $13MM Contribution |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 1/16/2015 | 1/22/2015 | 50 | 4,070.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 2/4/2015 | 2/9/2015 | 100 | 8,408.50 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 2/12/2015 | 2/18/2015 | 1000 | 85,758.42 | Client Directed $10MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 3/2/2015 | 3/5/2015 | 50 | 4,465.50 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 3/9/2015 | 3/12/2015 | 200 | 17,429.67 | Client Directed $2MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 3/18/2015 | 3/23/2015 | 150 | 13,424.25 | Monthly Portfolio Rebalance |
| sl | CAH | 14149Y108 | CARDINAL HLTH INC | 4/9/2015 | 4/14/2015 | 4000 | 361,315.35 | Client Directed $40MM Withdrawal |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 5/1/2015 | 5/6/2015 | 50 | 4,266.75 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 5/21/2015 | 5/27/2015 | 50 | 4,421.25 | Monthly Portfolio Rebalance |
| by | CAH | 14149Y108 | CARDINAL HLTH INC | 6/1/2015 | 6/4/2015 | 50 | 4,416.75 | Monthly Portfolio Rebalance |
| to | CAH | 14149Y108 | CARDINAL HLTH INC | 6/17/2015 | 6/17/2015 | 13380 | 1,192,425.60 | * Account terminated 06/2015 |