# EXHIBIT 33

| Fund Code | Fund Name | Contracting Entity | Sec. ID | Sec. Type | Transaction Type | Broker Name | Trade Date | Settlement Date | Share Amount | Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jan-2015 | 15-Jan-2015 | 3858 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | BANK OF AMERICA MERRILL LYNCH | 12-Feb-2015 | 18-Feb-2015 | 400 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | BARCLAYS | 9-Mar-2015 | 12-Mar-2015 | 100 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | MORGAN STANLEY GROUP | 9-Apr-2015 | 14-Apr-2015 | 200 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Apr-2015 | 15-Apr-2015 | 3358 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jul-2015 | 15-Jul-2015 | 3158 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Oct-2015 | 15-Oct-2015 | 3158 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Purchase | UNKNOWN | 17-Dec-2015 | 22-Dec-2015 | 100 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Purchase | GOLDMAN SACHS | 18-Dec-2015 | 23-Dec-2015 | 100 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jan-2016 | 15-Jan-2016 | 3358 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Purchase | JPMORGAN CHASE | 11-Feb-2016 | 17-Feb-2016 | 400 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Apr-2016 | 15-Apr-2016 | 3758 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jul-2016 | 15-Jul-2016 | 3758 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Oct-2016 | 15-Oct-2016 | 3758 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jan-2017 | 15-Jan-2017 | 3758 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | CITIGROUP | 20-Jan-2017 | 25-Jan-2017 | 200 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Purchase | BARCLAYS | 9-Feb-2017 | 14-Feb-2017 | 100 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Apr-2017 | 15-Apr-2017 | 3658 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jul-2017 | 15-Jul-2017 | 3658 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Oct-2017 | 15-Oct-2017 | 3658 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jan-2018 | 15-Jan-2018 | 3658 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | State Street Global Advisors | 16-Mar-2018 | 20-Mar-2018 | 200 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | GOLDMAN SACHS | 16-Mar-2018 | 20-Mar-2018 | 100 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Apr-2018 | 15-Apr-2018 | 3358 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Sale or Pair-off Sale | CITIGROUP | 25-Apr-2018 | 27-Apr-2018 | 1700 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Purchase | CITIGROUP | 16-May-2018 | 18-May-2018 | 200 | USD |
| 1710895 | 1199SEIU Health Care Employees Pension Fund | 1199SEIU Health Care Employees Pension Fund | 14149Y108 | CUSP | Dividend Payment | UNKNOWN | 15-Jul-2018 | 15-Jul-2018 | 1858 | USD |

CONFIDENTIAL

SSGA_0000082