# EXHIBIT 34

PRODUCED IN NATIVE ONLY

BP_CAH-SDOH2_19-cv-2491-00007661

| trade_date | entity_id | entity_name | entity_long_name | ticker | issue_name | price | par_or_shares | trade_base_amount | trans_code | Exec Broker Code | broker | clearing_broker_code | clearing_broker | exchange_code | realized_gl_base | trade_currency | settlement_currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 84.1428 | 1805 | -151911.14 | B | FOB | NULL | FOB | NULL | NULL | 0 | USD | USD |
| 7/10/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 85.5427 | 197 | -16853.88 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 7/16/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 87.1283 | 248 | -21612.78 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 7/24/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.4231 | 264 | -22027.66 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 7/31/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.4218 | -1612 | 134457.34 | S | GOL | NULL | GOL | NULL | NULL | -8220.09 | USD | USD |
| 8/5/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 86.1636 | 173 | -14909.76 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 8/14/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 84.1583 | 113 | -9511.02 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 8/19/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 85.4634 | 121 | -10343.49 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 8/24/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 78.2542 | 1844 | -144332.09 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 8/24/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.4823 | 411 | -32673.19 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 8/24/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.6738 | 288 | -22950.95 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 8/24/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.27 | 20 | -1585.6 | B | 805 | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 8/25/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.2808 | 230 | -18697.92 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 9/16/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 85.3336 | 238 | -20314.16 | B | YNI | NULL | 96B | NULL | NULL | 0 | USD | USD |
| 9/16/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 85.3336 | 238 | -20314.16 | B | AEE | NULL | 96B | NULL | NULL | 0 | USD | USD |
| 10/12/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.9433 | 147 | -11753.14 | B | T86 | NULL | CPG | NULL | NULL | 0 | USD | USD |
| 10/14/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.4544 | 200 | -15894.88 | B | AEE | NULL | 96B | NULL | NULL | 0 | USD | USD |
| 10/19/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 80.2028 | 136 | -10909.55 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 10/27/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.638 | 196 | -16003.01 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 11/2/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 86.0981 | 102 | -8782.47 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 11/11/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 87.1624 | 209 | -18219.03 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 12/3/2015 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 86.1621 | 330 | -28436.79 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 1/12/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.6918 | 326 | -25985.07 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 1/25/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.4256 | 385 | -31356.56 | B | ALX | NULL | ALX | NULL | NULL | 0 | USD | USD |
| 1/25/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.4256 | 385 | -31356.56 | B | ALX | NULL | ALX | NULL | NULL | 0 | USD | USD |
| 1/28/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.0012 | 275 | -21730.83 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 2/5/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 76.2893 | 376 | -28688.54 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 2/8/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.8725 | 278 | -21098.12 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 3/11/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.6891 | 407 | -34067.57 | B | F8S | NULL | MER | NULL | NULL | 0 | USD | USD |
| 3/22/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.0827 | 246 | -19951.26 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 3/23/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.6215 | 1489 | -121556 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 4/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 82.0104 | 373 | -30597.34 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 4/15/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 84.2526 | 263 | -22163.69 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 5/4/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.6044 | -2844 | 220660.85 | S | MER | NULL | MER | NULL | NULL | -22843.61 | USD | USD |
| 5/4/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.9091 | -1588 | 123689.95 | S | SAN | NULL | SAN | NULL | NULL | -12275.27 | USD | USD |
| 5/4/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.41 | -244 | 18885.18 | S | F7F | NULL | GOL | NULL | NULL | -2006.2 | USD | USD |
| 5/5/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 78.1062 | -1314 | 102610.26 | S | 74L | NULL | BEA | NULL | NULL | -9894.97 | USD | USD |
| 5/19/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.1874 | 176 | -13588.5 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 6/2/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.7497 | 304 | -24249.99 | B | RBC | NULL | RBC | NULL | NULL | 0 | USD | USD |
| 6/24/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.6601 | 403 | -30495.05 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 7/18/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.1329 | 248 | -20621.92 | B | F8S | NULL | MER | NULL | NULL | 0 | USD | USD |
| 7/26/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.5272 | 241 | -20133.55 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 8/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.1494 | -1153 | 95852.45 | S | 74L | NULL | BEA | NULL | NULL | -2372.01 | USD | USD |
| 8/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 82.63 | -253 | 20902.4 | S | F7F | NULL | GOL | NULL | NULL | -650.76 | USD | USD |
| 8/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 82.6545 | -4322 | 357151.49 | S | SAN | NULL | SAN | NULL | NULL | -11041.15 | USD | USD |
| 8/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 83.6815 | -239 | 19994.66 | S | FOB | NULL | FOB | NULL | NULL | -365.83 | USD | USD |
| 8/31/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.67 | 406 | -32352.92 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 8/31/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.6642 | 1058 | -84300.06 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 9/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.8016 | 488 | -38952.94 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 9/1/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 79.6535 | 1948 | -155198.14 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 9/27/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 78.0624 | 104 | -8119.53 | B | F8S | NULL | MER | NULL | NULL | 0 | USD | USD |
| 10/14/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.405 | 118 | -8898.97 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 10/20/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.5754 | 171 | -12925.1 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 10/28/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.4429 | -4433 | 294446.29 | S | AM8 | NULL | DON | NULL | NULL | -76988.3 | USD | USD |
| 11/3/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.2151 | 270 | -17880.78 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 11/10/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 70.758 | 102 | -7218.34 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 11/22/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 70.0782 | 111 | -7779.79 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |

SEIUHEALTH

| trade_date | entity_id | entity_name | entity_long_name | ticker | issue_name | price | par_or_shares | trade_base_amount | trans_code | Exec Broker Code | broker | clearing_broker_code | clearing_broker | exchange_code | realized_gl_base | trade_currency | settlement_currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 71.0336 | 169 | -12006.37 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 12/21/2016 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 72.6611 | 106 | -7703.14 | B | MOS | NULL | MOS | NULL | NULL | 0 | USD | USD |
| 1/5/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.8466 | -94 | 7033.82 | S | SAN | NULL | SAN | NULL | NULL | -769.69 | USD | USD |
| 1/5/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.5102 | -2041 | 152031.18 | S | STI | NULL | STI | NULL | NULL | -17404.64 | USD | USD |
| 1/6/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.7644 | -2025 | 151354.1 | S | STI | NULL | STI | NULL | NULL | -16753.47 | USD | USD |
| 1/11/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 73.7155 | 86 | -6340.39 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 1/18/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.4296 | 173 | -13051.05 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 1/20/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.9701 | -2311 | 173229.01 | S | Z42 | NULL | MER | NULL | NULL | -18145.03 | USD | USD |
| 1/23/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.6392 | 102 | -7614.22 | B | MOS | NULL | MOS | NULL | NULL | 0 | USD | USD |
| 1/31/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 74.558 | 102 | -7605.94 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 2/6/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 75.4465 | 91 | -6866.54 | B | FT3 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 2/8/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.7888 | 35 | -2722.96 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 2/22/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 80.9957 | 81 | -6561.46 | B | FT3 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 2/28/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.397 | 82 | -6675.37 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 3/8/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.5243 | 88 | -7175.02 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 3/17/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 82.9513 | 46 | -3816.43 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 3/23/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.4127 | 41 | -3338.33 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 4/5/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 81.5339 | 44 | -3588.13 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 4/18/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 72.7268 | -2184 | 158794.73 | S | 74L | NULL | BEA | NULL | NULL | -21305.1 | USD | USD |
| 4/19/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 71.822 | -197 | 14145.76 | S | SBI | NULL | SBI | NULL | NULL | -2099.51 | USD | USD |
| 4/25/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 72.4271 | 83 | -6012.28 | B | FT3 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 5/3/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 72.5073 | 103 | -7469.28 | B | MOS | NULL | MOS | NULL | NULL | 0 | USD | USD |
| 5/31/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 73.8795 | 128 | -9457.86 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 6/30/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.9944 | 52 | -4056.62 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 7/11/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 76.6079 | 1139 | -87275.76 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 7/11/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 76.7125 | 496 | -38054.36 | B | F7F | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 7/11/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 76.705 | 63 | -4833.68 | B | FOB | NULL | FOB | NULL | NULL | 0 | USD | USD |
| 7/12/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.2945 | 1108 | -85661.15 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 7/13/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 77.5736 | 1154 | -89539.55 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 7/21/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 76.6944 | 116 | -8898.58 | B | MER | NULL | MER | NULL | NULL | 0 | USD | USD |
| 9/26/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 67.7715 | 101 | -6846.94 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 10/4/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 67.7394 | 117 | -7926.68 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 10/12/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.6097 | 2893 | -192730.79 | B | F7F | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 10/12/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.68 | 65 | -4335.5 | B | FOB | NULL | FOB | NULL | NULL | 0 | USD | USD |
| 10/12/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.551 | 1063 | -70764.97 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 10/20/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.8613 | 96 | -6420.6 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 11/3/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 61.2954 | 144 | -8829.42 | B | FT3 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 12/1/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 58.7186 | -2642 | 155064.9 | S | 74L | NULL | BEA | NULL | NULL | -46001.77 | USD | USD |
| 12/1/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 58.1953 | -1240 | 72129.5 | S | YQD | NULL | YQB | NULL | NULL | -22239.41 | USD | USD |
| 12/5/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 60.5457 | 198 | -11993 | B | Z42 | NULL | MER | NULL | NULL | 0 | USD | USD |
| 12/21/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 62.7271 | 778 | -48821.13 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 12/21/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 62.73 | 152 | -9538.76 | B | YQD | NULL | YQB | NULL | NULL | 0 | USD | USD |
| 12/22/2017 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 62.6564 | 1559 | -97720.31 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 1/12/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 70.8604 | 1555 | -110226.79 | B | 74L | NULL | BEA | NULL | NULL | 0 | USD | USD |
| 1/12/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 70.87 | 1044 | -74014.38 | B | FOB | NULL | FOB | NULL | NULL | 0 | USD | USD |
| 1/12/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 71.49 | 682 | -48773.23 | B | SAN | NULL | SAN | NULL | NULL | 0 | USD | USD |
| 1/17/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 72.8787 | 284 | -20703.23 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 2/9/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 65.8599 | 350 | -23059.73 | B | MER | NULL | MER | NULL | NULL | 0 | USD | USD |
| 3/9/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 71.2347 | 128 | -9118.94 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 3/21/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 66.1401 | 636 | -42069.55 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 3/28/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 62.586 | 191 | -11954.98 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |
| 4/20/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 61.8772 | 276 | -17083.63 | B | MOS | NULL | MOS | NULL | NULL | 0 | USD | USD |
| 4/25/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 63.1632 | 929 | -58701.84 | B | MER | NULL | MER | NULL | NULL | 0 | USD | USD |
| 4/25/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 63.5283 | 632 | -40165.69 | B | FOB | NULL | FOB | NULL | NULL | 0 | USD | USD |
| 4/25/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 63.355 | 289 | -18316.83 | B | MOS | NULL | MOS | NULL | NULL | 0 | USD | USD |
| 4/26/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 63.9556 | 451 | -28855.25 | B | MER | NULL | MER | NULL | NULL | 0 | USD | USD |
| 4/27/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 65.4891 | 105 | -6878.99 | B | SBI | NULL | SBI | NULL | NULL | 0 | USD | USD |

| trade_date | entity_id | entity_name | entity_long_name | ticker | issue_name | price | par_or _shares | trade_base_ amount | trans_ code | Exec Broker Code | broker | clearing_ broker_ code | clearing_ broker | exchange_ code | realized_ gl_base | trade_ currency | settlement_c urrency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 63.1228 | 312 | -19700.55 | B | GOL | NULL | GOL | NULL | NULL | 0 | USD | USD |
| 5/3/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 53.7137 | -5891 | 316319.95 | S | JEF | NULL | JEF | NULL | NULL | -103624.9 | USD | USD |
| 5/15/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 54.2128 | 148 | -8024.3 | B | MER | NULL | MER | NULL | NULL | 0 | USD | USD |
| 6/6/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 53.5108 | -532 | 28458.33 | S | SHY | NULL | SHY | NULL | NULL | -9382.3 | USD | USD |
| 6/7/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 52.9855 | -5683 | 301016.07 | S | MER | NULL | MER | NULL | NULL | -103210.1 | USD | USD |
| 6/8/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 53.005 | -1291 | 68406.62 | S | SBI | NULL | SBI | NULL | NULL | -23420.93 | USD | USD |
| 6/28/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 49.7409 | -6153 | 305947.18 | S | JEF | NULL | JEF | NULL | NULL | -131709.6 | USD | USD |
| 6/29/2018 | 00755 | SEIUHEALTH | 1199 SEIU Health Care Employees Pension Fund | CAH | Cardinal Health, Inc. | 49.3666 | -2448 | 120806.24 | S | JEF | NULL | JEF | NULL | NULL | -53317.57 | USD | USD |

SEIUHEALTH