# EXHIBIT 35

**Filename:    Transactions_Detail_US.xlsx**

**Please See Native File**

Confidential - Subject to Protective Order                    LSV0001099

| Account number | Account name | Transaction sub cat name | CUSIP | Asset description - short | Shares/Par value | Recognition date | Contractual settle date | Transaction amt - local | Transaction description |
|---|---|---|---|---|---|---|---|---|---|
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Purchases | 14149Y108 | CARDINAL HLTH INC | 2400 | 12/08/2016 | 12/13/2016 | -169746.48 | CARDINAL HEALTH COM NPV PRICE: 70.7207 BROKER COMMISSION: 16.80 BROKER: CREDIT SUISSE SECURITIES (USA) LLC |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Purchases | 14149Y108 | CARDINAL HLTH INC | 900 | 12/09/2016 | 12/14/2016 | -65769.39 | CARDINAL HEALTH COM NPV PRICE: 73.0701 BROKER COMMISSION: 6.30 BROKER: CREDIT SUISSE SECURITIES (USA) LLC |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Purchases | 14149Y108 | CARDINAL HLTH INC | 600 | 12/12/2016 | 12/15/2016 | -43837.56 | CARDINAL HEALTH COM NPV PRICE: 73.0556 BROKER COMMISSION: 4.20 BROKER: CREDIT SUISSE SECURITIES (USA) LLC |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Purchases | 14149Y108 | CARDINAL HLTH INC | 3000 | 12/14/2016 | 12/19/2016 | -217809.9 | CARDINAL HEALTH COM NPV PRICE: 72.5983 BROKER COMMISSION: 15.00 BROKER: BANK OF AMERICA CORPORATION |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 12/29/2016 | 01/15/2017 | 3097.41 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4489 PER SHARE XD 29/12/16 PD 15/01/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 03/30/2017 | 04/15/2017 | 3097.41 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4489 PER SHARE XD 30/03/17 PD 15/04/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 06/29/2017 | 07/15/2017 | 3190.56 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4624 PER SHARE XD 29/06/17 PD 15/07/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 09/29/2017 | 10/15/2017 | 3190.56 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4624 PER SHARE XD 29/09/17 PD 15/10/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 12/29/2017 | 01/15/2018 | 3190.56 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4624 PER SHARE XD 29/12/17 PD 15/01/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 03/29/2018 | 04/15/2018 | 3190.56 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4624 PER SHARE XD 29/03/18 PD 15/04/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 06/29/2018 | 07/15/2018 | 3286.47 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4763 PER SHARE XD 29/06/18 PD 15/07/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 09/28/2018 | 10/15/2018 | 3286.47 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4763 PER SHARE XD 28/09/18 PD 15/10/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 12/31/2018 | 01/15/2019 | 3286.47 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4763 PER SHARE XD 31/12/18 PD 15/01/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 03/29/2019 | 04/15/2019 | 3286.47 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4763 PER SHARE XD 29/03/19 PD 15/04/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 06/28/2019 | 07/15/2019 | 3319.59 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4811 PER SHARE XD 28/06/19 PD 15/07/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 09/30/2019 | 10/15/2019 | 3319.59 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4811 PER SHARE XD 30/09/19 PD 15/10/1 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 12/31/2019 | 01/15/2020 | 3319.59 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4811 PER SHARE XD 31/12/19 PD 15/01/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 03/31/2020 | 04/15/2020 | 3319.59 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4811 PER SHARE XD 31/03/20 PD 15/04/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 06/30/2020 | 07/15/2020 | 3352.71 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4859 PER SHARE XD 30/06/20 PD 15/07/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 6900 | 09/30/2020 | 10/15/2020 | 3352.71 | INCOME ON 6,900 CARD HLTH NPV DIV RATE $0.4859 PER SHARE XD 30/09/20 PD 15/10/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Purchases | 14149Y108 | CARDINAL HLTH INC | 6900 | 12/18/2020 | 12/22/2020 | -379293 | CARDINAL HEALTH COM NPV PRICE: 54.96 BROKER COMMISSION: 69.00 BROKER: CITIGROUP GLOBAL MARKETS INC. |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 13800 | 12/31/2020 | 01/15/2021 | 6705.42 | INCOME ON 13,800 CARD HLTH NPV DIV RATE $0.4859 PER SHARE XD 31/12/20 PD 15/01/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 13800 | 03/31/2021 | 04/15/2021 | 6705.42 | INCOME ON 13,800 CARD HLTH NPV DIV RATE $0.4859 PER SHARE XD 31/03/21 PD 15/04/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 13800 | 06/30/2021 | 07/15/2021 | 6773.04 | INCOME ON 13,800 CARD HLTH NPV DIV RATE $0.4908 PER SHARE XD 30/06/21 PD 15/07/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 13800 | 09/30/2021 | 10/15/2021 | 6773.04 | INCOME ON 13,800 CARD HLTH NPV DIV RATE $0.4908 PER SHARE XD 30/09/21 PD 15/10/2 |
| LV | 1199SEIU HEALTHCARE EMPLOYEES | Income | 14149Y108 | CARDINAL HLTH INC | 13800 | 12/31/2021 | 01/15/2022 | 6773.04 | INCOME ON 13,800 CARD HLTH NPV DIV RATE $0.4908 PER SHARE XD 31/12/21 PD 15/01/2 |