UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:19-cv-03347 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | District Judge Edmund A. Sargus, Jr. Magistrate Judge Elizabeth A. Preston Deavers |
| CARDINAL HEALTH, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

DECLARATION OF SPENCER A. BURKHOLZ IN SUPPORT OF LEAD PLAINTIFF'S
REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION

4882-5823-7482.v1

I, SPENCER A. BURKHOLZ, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court. I am a partner of the law firm Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff 1199SEIU Health Care Employees Pension Fund ("Lead Plaintiff") in the above-entitled action. I submit this declaration in support of Lead Plaintiff's Reply in Support of Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Excerpts from the Deposition Transcript of Gabriel Ristorucci, dated May 17, 2022 [highlighted];

Exhibit 2: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Artisan Partners Limited Partnership, 1199SEIUHC0000008-050 [highlighted];

Exhibit 3: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Columbia Management Investment Advisers, LLC, 1199SEIUHC0000074-105 [highlighted];

Exhibit 4: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Institutional Capital LLC, 1199SEIUHC0000114-147 [highlighted];

Exhibit 5: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and LSV Asset Management, 1199SEIUHC0000159-191 [highlighted];

Exhibit 6: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Rhumbline Advisers, 1199SEIUHC0000199-249 [highlighted];

Exhibit 7: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Robeco Investment Management, Inc. (parent company of Boston Partners), 1199SEIUHC0000268-300 [highlighted];

Exhibit 8: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and Rothschild Asset Management, Inc., 1199SEIUHC0000308-339 [highlighted];

Exhibit 9: Excerpts of Discretionary Investment Management Agreement between Lead Plaintiff and State Street Bank and Trust Company, 1199SEIUHC0000345-378 [highlighted];

- 1 -

4882-5823-7482.v1

Exhibit 10:    Excerpts from the Deposition Transcript of Nicholas Smith, dated May 26, 2022 [highlighted];

Exhibit 11:    Excerpts from the Deposition Transcript of Jeff Agne, dated May 12, 2022 [highlighted];

Exhibit 12:    Excerpts from the Deposition Transcript of William Supple, dated April 25, 2022 [highlighted];

Exhibit 13:    Excerpts from the Deposition Transcript of Bhaskaran Swaminathan, dated April 28, 2022 [highlighted];

Exhibit 14:    Excerpts from the Deposition Transcript of Steven P. Feinstein, Ph.D., dated May 5, 2022 [highlighted];

Exhibit 15:    Deposition Transcript of Kenneth M. Lehn, Ph.D., dated July 1, 2022 [highlighted];

Exhibit 16:    Rebuttal Report of Professor Steven P. Feinstein, Ph.D., CFA, dated July 22, 2022;

Exhibit 17:    Chart of Post-*Comcast* Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage;

Exhibit 18:    Excerpts from Lead Plaintiff's Deposition Exhibit 10 - Expert Report of Kenneth M. Lehn, dated October 15, 2015, filed in *In Re Intuitive Surgical Sec. Litig.*, No. 5:13-CV-01920-EJD, ECF 135-39 (N.D. Cal. Oct. 15, 2015) [highlighted]; and

Exhibit 19:    Excerpts from Lead Plaintiff's Deposition Exhibit 12 - Expert Report of Kenneth M. Lehn, dated September 30, 2015, filed in *Thorpe v. Walter Inv. Mgmt., Corp., et al.*, No. 14-cv-20880-UU, ECF 123-8 (S.D. Fla. Oct. 30, 2015) [highlighted].

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 22nd day of July, 2022, at San Diego, California.

s/ Spencer A. Burkholz
SPENCER A. BURKHOLZ

- 2 -

4882-5823-7482.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 22, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joseph F. Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Email:  murray@mmmb.com

4882-5823-7482.v1

# Mailing Information for a Case 2:19-cv-03347-EAS-EPD Louisiana Sheriffs Pension & Relief Fund v. Cardinal Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laura M Andracchio**
  landracchio@rgrdlaw.com

- **David S Bloomfield , Jr**
  dbloomfield@porterwright.com,mruyf@porterwright.com,LMKofke@wlrk.com,djosef@porterwright.com,ARNarahari@wlrk.com,wdsavitt@WLRK.com

- **Elizabeth N. Brandt**
  enbrandt@wlrk.com

- **Spencer Burkholz**
  SpenceB@rgrdlaw.com

- **Jennifer Caringal**
  JCaringal@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com

- **Edward John Jacobs**
  ejacobs@bakerlaw.com

- **Marco Janoski**
  mjanoski@rgrdlaw.com

- **Christopher R. Kinnon**
  CKinnon@rgrdlaw.com,agonzales@ecf.courtdrive.com

- **Lauren M. Kofke**
  lmkofke@wlrk.com

- **Laurie Largent**
  llargent@rgrdlaw.com,AGonzales@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Todd Aaron Long**
  tlong@mcneeslaw.com,kfoster@mcneeslaw.com,talattorney@gmail.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Darren J Robbins**
  tedp@rgrdlaw.com

- **Megan Allison Rossi**
  MRossi@rgrdlaw.com

- **Alexandra P. Sandinsky**
  APSadinsky@wlrk.com

- **William Savitt**
  wdsavitt@wlrk.com

- **Robert Ward Trafford**
  rtrafford@porterwright.com,tmagley@porterwright.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)