# EXHIBIT 11

LA Sheriffs' Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

May 12, 2022
Jeff Agne

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO EASTERN DIVISION
------------------------------------------
LOUISIANA SHERIFFS' PENSION & RELIEF
FUND, Individually and on Behalf of All
Others Similarly Situated,
        Plaintiffs

    v.

CARDINAL HEALTH, INC., GEORGE S.
BARRETT, DONALD M. CASEY, JR.,
MICHAEL C KAUFMANN, JORGE M. GOMEZ,
and DAVID J. WILSON,
        Defendants

Case No. 2:19-CVL-03347
------------------------------------------

REMOTE VIDEO DEPOSITION OF
Jeff Agne
May 12, 2022
Lead: Elizabeth N. Brandt, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING  1-800-825-3341

Page 3

APPEARANCES CONTINUED

ATTORNEYS FOR ROTHSCHILD & CO ASSET MANAGEMENT US
INC. AND THE DEPONENT
    Daniel H. Tabak, Esquire
    Cohen & Gressler, LLP
    800 Third Avenue
    New York, New York 10022
    (212) 957-7600

ALSO PRESENT:
    Gabriel Hutter, Document Clerk
        Robbins Geller Rudman & Dowd LLP
    Dina Clements, Esquire
        Senior Regulatory and Compliance Advisor
        Rothschild & Co
    Jackson Martin, Paralegal
        Wachtell Lipton Rosen & Katz

JANE ROSE REPORTING
    74 Fifth Avenue
    New York, New York 10011
    1-800-825-3341
    Joan V. Cain, Court Reporter
    Joseph Salinas, Videographer

Page 2

APPEARANCES

ATTORNEYS FOR PLAINTIFF

    Christopher R. Kinnon, Esquire
    Laurie L. Largent, Esquire
    Jennifer N. Caringal, Esquire
    J. Marco Janoski Gray, Esquire
    Megan A. Rossi, Esquire
    Robbins Geller Rudman & Dowd LLP
    655 West Broadway
    Suite 1900
    San Diego, California 92101
    (619) 239-3247

ATTORNEYS FOR DEFENDANTS

    Elizabeth N. Brandt, Esquire
    Wachtell Lipton Rosen & Katz
    51 West 52nd Street
    New York, New York 10019
    (212) 403-1000

Page 4

TABLE OF CONTENTS

Witness:
Jeff Agne

Examination
By Ms. Brandt.............................Page 7

Reporter Certificate.......................Page 234

Notice to Read and Sign....................Page 236

Index of Exhibits.........................Page 238

LA Sheriffs' Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

May 12, 2022
Jeff Agne

Page 5

PROCEEDINGS

- - -

10:03 a.m. EDT

May 12, 2022

- - -

THE VIDEOGRAPHER:  Here begins Media No. 1, Volume 1, in the deposition of Jeff Agne, in the matter of Louisiana Sheriffs' Pension & Relief Fund versus Cardinal Health.

Today's date is May 12th, 2022.  The time is now 10:03 a.m.  This deposition is being taken via Zoom.  I am Joseph Salinas, the videographer. The court reporter is Joan Cain, from Jane Rose Reporting, New York, New York.

Counsel, please identify yourselves and state whom you represent.

MS. BRANDT:  Elizabeth Brandt from Wachtell Lipton representing the defendants.

MR. MARTIN:  Jackson Martin from Wachtell Lipton, also for the defendants.

MR. KINNON:  Christopher Kinnon from Robbins Geller for the plaintiffs.

MR. TABAK:  Dan Tabak from Cohen & Gressler representing Rothschild and the witness, and also on the Zoom is Dina Clements from Rothschild, who's a

Page 6

counsel.

THE COURT REPORTER:  Good morning.  My name is Joan Cain.  I am a court reporter and a Notary Public in the Commonwealth of Virginia.  I am the deposition officer for today's deposition.

All parties in today's deposition are appearing remotely to comply with the guidance of the Centers for Disease Control in response to the COVID-19 pandemic occurring in our country at this time.  I have collected everyone's appearances off the record, and they will appear on the appearance page of the transcript.

Before we proceed, I will ask lead counsel for today's deposition to stipulate on the record that this deposition officer may swear in the deponent, even though I am not in the physical presence of the deponent, and that there is no objection to that at this time, nor will there be an objection to it at a future date.

Let's start with the noticing attorney, please.

MS. BRANDT:  So stipulated.

THE COURT REPORTER:  Other counsel, please?

MR. KINNON:  So stipulated for plaintiffs.

MR. TABAK:  So stipulated for Rothschild

Page 7

and the witness.

JEFF AGNE, having been duly sworn under penalties of perjury by the Notary Public, was examined and did testify as follows:

THE COURT REPORTER:  Thank you.

Please begin.

EXAMINATION BY COUNSEL FOR DEFENDANTS BY MS. BRANDT:

Q   Good morning, Mr. Agne.  My name is Beth Brandt.  I represent the defendants in this case. Let's cover some ground rules for today.

It's my job to ask you questions, and it's your job to answer them as best you can.  To make the court reporter's job manageable, please let me finish my question before you start answering, and I will let you finish answering before I start asking my next question.

Please give audible, verbal responses to the questions.  The transcript cannot reflect if you are merely nodding your head.  If you don't understand a question, please tell me so I can try to rephrase or explain.

Remember that you are testifying today on behalf of Rothschild.  There will be times when I'm

Page 8

also asking for your personal knowledge or experience as an employee of Rothschild.  If you are ever unsure whether I am asking you a question personally or as Rothschild's representative, please ask me, and I'll be happy to clarify.

If you need to take a break, please let me know.  We can take a break any time so long as there's not a question pending.  Your lawyer or plaintiff's lawyer may object to certain of my questions for purposes of the record, but unless your lawyer instructs you not to answer the question, you should fully and completely answer the question.

Do you understand that you are testifying under oath today just as you would be testifying under oath in court at trial?

A   Yes.

Q   Do you understand that there is a remote deposition protocol applying to this deposition today?

A   Yes.

Q   Do you understand that while we're on the record, you should put away and not look at electronic devices not being used for the deposition?

LA Sheriffs' Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

May 12, 2022
Jeff Agne

Page 69

I think it was in 2021.

Q   And how much was the contribution?

A   I think it was close to $90 million.

Q   Is lead plaintiff here one of Rothschild's more significant clients?

MR. KINNON:  Objection to form.

THE WITNESS:  I would say every -- every client we treat equally.

BY MS. BRANDT:

Q   In terms of assets under management, is SEIU one of Rothschild's more significant clients?

MR. KINNON:  Objection to form.

THE WITNESS:  You know, we have clients that have billions of dollars with us, and we have small clients that have, you know, hundreds of thousands of dollars.

BY MS. BRANDT:

Q   All right.  Let's turn to Schedule C, which is page 31.

MR. MARTIN:  31?

MS. BRANDT:  Yeah, sorry.  Section M of Schedule C, which is page 31.  Sorry about that.

BY MS. BRANDT:

Q   All right.  Under the heading "Forbidden Assets" at the bottom of the page, the agreement

Page 70

says: "Unless given express written approval...managers are not allowed to leverage their portfolio, engage in short selling or invest in futures or options."

Do you see that?

A   Yes.

Q   Did Rothschild ever receive such approval from SEIU?

A   I don't believe so.

Q   Has the SEIU portfolio with Rothschild at any time had a short position in any Cardinal Health security?

MR. KINNON:  Objection to form.

THE WITNESS:  No.

BY MS. BRANDT:

Q   Has the SEIU portfolio with Rothschild at any time had put options on any Cardinal Health security?

MR. KINNON:  Objection to form.

THE WITNESS:  No.

BY MS. BRANDT:

Q   Has Rothschild invested in any Cardinal Health securities other than common stock on behalf of SEIU?

A   No.

Page 71

Q   Has Rothschild invested in any third-party funds, such as hedge funds or mutual funds, on behalf of SEIU?

MR. KINNON:  Objection to form.

THE WITNESS:  No.

MS. BRANDT:  Okay.  We can take down the document, Jackson.

Thank you.

BY MS. BRANDT:

Q   So let's talk a little bit about Rothschild.  What is Rothschild?

A   The -- the entity, is that what you want me to talk about?

Q   Yeah.

A   Yeah, so, you know, at a very high level, it's a financial services firm -- global financial services firm -- services firm that has an investment bank, a private equity group, an asset management division.  I'll stop there.

Q   And what types of services does Rothschild provide?

MR. TABAK:  Objection to form.

Are you asking about a specific division that Mr. Agne works in, or all of Rothschild?

BY MS. BRANDT:

Page 72

Q   Let's focus here on the investment management division.

A   Yeah, so in the U.S. investment management division, we manage long-only strategies.  There's a large-cap team, a small-cap team.  Our strategies are core and value strategies, primarily.

Q   And, roughly, how many people work in that division?

A   You know, today I think we're somewhere between 35 and 40.

Q   And how many people work, thinking of Rothschild more broadly?

A   Ooh.  I mean, it's in the thousands.  I think it's, like, 3,000.

Q   And thinking of the investment management division, how many people of -- how many of those people are investment professionals?

A   So of the -- you know, in the U.S. business, of the 35 or 40 employees, 12 of those would be considered analysts or portfolio managers.

Q   And what do the noninvestment professionals do?

A   Yeah, so it's -- it's everything from general counsel to operations to sales and marketing to IT.  Things like that.