# EXHIBIT 13

| LA Sheriff's Pension<br>v. Cardinal Health Inc. | FINAL<br>CONFIDENTIAL | April 28, 2022<br>Bhaskaran Swaminathan |
|---|---|---|

**Page 1**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

------------------------------------------

LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs

  v.

CARDINAL HEALTH, INC., GEORGE S. BARRETT, DONALD M. CASEY, JR., MICHAEL C KAUFMANN, JORGE M. GOMEZ, and DAVID J. WILSON,

     Defendants

Case No. 2:19-CVL-03347

----------------------------------------

VIDEO DEPOSITION OF
Bhaskaran Swaminathan
April 28, 2022
Lead: Danika Kritter, Esquire
Firm: Wachtell Lipton Rosen & Katz

FINAL COPY - CONFIDENTIAL
JANE ROSE REPORTING 1-800-825-3341

**Page 3**

APPEARANCES:  (Continued)

ATTORNEYS FOR LSV ASSET MANAGEMENT and the WITNESS:
  MATTHEW A. BILLS, Esquire
  BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
  200 West Madison Street, Suite 3900
  Chicago, Illinois 60606
  312-984-3100
  matthew.bills@bfkn.com

ALSO PRESENT:
  Josh O'Donnell, LSV Asset Management
  Daniel Flaherty, LSV Asset Management
  Jackson Martin, Wachtell Lipton Rosen & Katz
  Max Obmascik, Wachtell Lipton Rosen & Katz
  Nicole Kim, Esquire, Cardinal Health

JANE ROSE REPORTING
  74 Fifth Avenue
  New York, New York 10011
  1-800-825-3341
  Cynthia J. Conforti, Court Reporter
  Marvin Oltman, Videographer

**Page 2**

APPEARANCES:

ATTORNEYS FOR PLAINTIFFS
  MS. LAURIE L. LARGENT, Esquire
  ROBBINS GELLER RUDMAN & DOWD LLP
  655 West Broadway
  San Diego, CA 92101
  619-231-1058
  llargent@rgrdlaw.com

ATTORNEYS FOR DEFENDANTS
  DANIKA KRITTER, Esquire
  ALEXANDRA SADINSKY, Esquire
  ELIZABETH BRANDT, Esquire
  WACHTELL LIPTON ROSEN & KATZ
  51 West 52nd Street
  New York, New York 10019
  212-403-1000
  DLKritter@wlrk.com
  APSadinsky@wlrk.com
  ENBrandt@wlrk.com

**Page 4**

TABLE OF CONTENTS

Witness:  Bhaskaran Swaminathan

Examination

By Ms. Kritter...........................Page   6

By Ms. Largent..........................Page 249

Reporter Certificate.....................Page 254

Notice to Read and Sign..................Page 256

Index to Exhibits.......................Page 258

| JANE ROSE REPORTING<br>1-800-825-3341 | National Court-Reporting Coverage<br>janerose@janerosereporting.com |
|---|---|

LA Sheriff's Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

April 28, 2022
Bhaskaran Swaminathan

---

Page 5

* * *
Remote Zoom Video Conference
9:49 a.m. CST
* * *
THE VIDEOGRAPHER:  Here begins Media No. 1, Volume I, in the deposition of Bhaskaran Swaminathan in the matter of Louisiana Sheriffs' Pension & Relief Fund v Cardinal Health, Inc.  Today's date is April 28th, 2022.  The time is now 9:40 a.m.

My name is Marvin Oltman, the legal videographer.  The court reporter is Cynthia Conforti.  We are both from Jane Rose Reporting, New York, New York.

Will counsel please identify themselves and state whom they represent beginning with the noticing party, and please remember to speak slowly for the court reporter today and one at a time.

Please proceed.

MS. KRITTER:  Danika Kritter from Wachtell Lipton.

MS. BRANDT:  Elizabeth Brandt, Wachtell Lipton.

MS. SADINSKY:  Alexandra Sadinsky,

---

Page 6

Wachtell Lipton.

MR. MARTIN:  Jackson Martin from Wachtell Lipton.

MR. OBMASCIK:  Max Obmascik, Wachtell Lipton.

MS. LARGENT:  Laurie Largent with Robbins Geller Rudman & Dowd for lead plaintiff, 1199SEIU Health Care Employees Pension Fund.

MR. BILLS:  Matt Bills on behalf of LSV Asset Management and the witness.

MS. KIM:  Nicole Kim, in-house counsel for Cardinal Health.

THE REPORTER:  Raise you right hand, please, sir.

BHASKARAN SWAMINATHAN, having been duly sworn, was examined and testified as follows:
EXAMINATION
BY MS. KRITTER:
Q  Let's cover some ground rules for today.  It's my job to ask you questions, and it's your job to answer them as best you can.  To make the court reporter's job manageable, please let me finish my question before you start answering, and I'll let you finish answering before I start my

---

Page 7

next question.

Please give audible, verbal responses to the questions.  The transcript cannot reflect if you're merely nodding your head.  If you don't understand a question, please tell me so I can try to rephrase or explain it.

Remember that you are testifying on behalf of LSV.  There will be times when I'm also asking for your personal knowledge or experience as an employee of LSV.  If you are ever unsure whether I am asking you a question personally or as a representative of LSV, please ask me and I'll be happy to clarify.

If you need to take a break, please let me know.  We can take a break anytime so long as a question is not pending.

Your lawyers or plaintiffs' lawyer may object to certain of my questions for purposes of the record, but unless your lawyer or plaintiffs' lawyer instructs you not to answer, you should fully and completely answer the question.

Do you understand that you are testifying under oath today, just as you would be testifying under oath in court or at a trial?
A  Yes.

---

Page 8

Q  And do you understand that there is a remote deposition protocol applying to this deposition today?
A  Yes.
Q  Do you understand that while we are on the record, you should put away and not look at electronic devices not being used for the deposition?
A  Yes.
Q  And do you understand that while we are on the record, you will not communicate with counsel or any other parties unless that communication is recorded or noted in the record of the deposition, for example, by e-mails or text messages?
A  Yes.
Q  And is there any reason, medical or otherwise, that you can't testify completely and accurately today?
A  No.
Q  Have you been deposed before?
A  No.  This is my first time.
Q  Testified in court before?
A  No.
Q  So do you understand that you have been designated as a witness to testify on behalf of

---

LA Sheriff's Pension
v. Cardinal Health Inc.

FINAL
CONFIDENTIAL

April 28, 2022
Bhaskaran Swaminathan

Page 181

don't rely on what the client tells us about a company. We rely on our own quantitative model to make a judgment about a company.

So if SEIU called me up, if Dilay called me up and said, you know, I'm -- this is part of our IMA, where they say we don't want you to buy certain kinds of companies.

THE REPORTER: I'm sorry.

THE WITNESS: If Dilay calls me and says that, you know, and talks to me and says, you know, we have -- we don't want you to buy this company, those kind of conversations don't occur between us and our clients. If there are any restrictions, that has to be part of our IMA.

So that's why, you know, the question you're asking, I cannot answer this because we don't have these conversations. We don't listen to our clients about how we manage our portfolios.

MS. KRITTER: Can you turn to page 23 of this document, Max. Move on to Schedule B of this agreement.

BY MS. KRITTER:

Q Is this the fee schedule for SEIU?

A It seems like from this agreement that on this date that that's what was -- we agreed.

Page 182

BY MS. KRITTER:

Q Is it correct that LSV charges 30 basis points on the first 350 million, 25 basis points on the next 350 million and 20 basis points on assets over 700 million?

A Yes, as of the agreement as of that date, unless otherwise there's an amendment to it after that.

Q Are you aware if there's an amendment to this?

A If it is, we would have provided that to you. We could have provided that to you.

Q And the paragraph below that breakdown of the fees, it says that:

Fees are calculated based on the combined Large Cap Value assets under management of the fund, the 1199SEIU Greater New York Pension Fund and the 1199SEIU Home Care Employees Pension Fund.

Do you see that?

A Yes.

Q Is that still the fee arrangement today?

A I -- I believe so. If there is an amendment to it, we would have provided that.

Q Has the amount invested by the plaintiff with LSV remained roughly constant over the years?

Page 183

MS. LARGENT: Objection, asked and answered.

THE WITNESS: It would have fluctuated over time based on market conditions and any withdrawals they made.

BY MS. KRITTER:

Q Do you recall any significant withdrawals by SEIU?

A Not that I recall.

MS. LARGENT: Objection as to form.

THE WITNESS: Not that I recall.

BY MS. KRITTER:

Q Do you recall any significant contributions by SEIU?

MS. LARGENT: Objection as to form.

THE WITNESS: Yeah, not off the top of my head.

I mean, if you have some document we have provided that shows that, I'm happy to go through it.

BY MS. KRITTER:

Q Is SEIU one of LSV's more significant clients?

MS. LARGENT: Objection as to form.

MR. BILLS: Objection to the form.

Page 184

Ambiguous as to "significant."

THE WITNESS: Yeah, I don't know how to answer that, to be honest, I don't know.

Because we have lots of clients. We have more than 200, 300 clients. So to define "significant client," you know. It depends on what you define as significant, is more than seven amount AUM, so I don't know how to answer that.

BY MS. KRITTER:

Q So by "significant," I just mean assets under management. So is it one of the larger accounts that LSV manages?

A Yeah. Yeah, I guess so. I -- yeah, I would grant you that, give you that.

MS. KRITTER: Let's go to page 32 of this document.

BY MS. KRITTER:

Q You see the heading that says Forbidden Assets at the bottom of this page?

A Yes.

Q And it says:

Unless given express written approval, managers are not allowed to leverage their portfolio, engage in short selling, or invest in

LA Sheriff's Pension      FINAL      April 28, 2022
v. Cardinal Health Inc.      CONFIDENTIAL      Bhaskaran Swaminathan

Page 185

futures or options.

Do you see that?

A Yes.

Q Has LSV ever received such approval from SEIU?

A For those things that you listed there? Leverage their portfolio, engage in short selling, or invest in futures or options?

Q Yes.

A No.

Q Has the SEIU portfolio with LSV at any time had a short position in any Cardinal Health security?

A No.

Q Has the SEIU portfolio with LSV at any time had put options of any Cardinal Health security?

A No.

Q Has LSV ever invested in any Cardinal Health securities other than common stock on behalf of SEIU?

A No.

Q Has LSV invested in any third-party funds, such as hedge funds or mutual funds on behalf of SEIU?

Page 186

A No.

Q Let's talk a little bit about Cardinal Health.

Are you familiar with Cardinal Health?

A More in the last couple of days.

Q That's fair. What is it?

A It's -- it's a company that is in the health care industry.

THE REPORTER: Ms. Largent, did you object?

MS. LARGENT: Oh, sorry. No. I'm just trying to -- are you done with the document that you're share -- screen sharing, Danika?

MS. KRITTER: Yeah, I'm about to put up another document.

MS. LARGENT: Okay. Because I can't see the witness.

Oh, there you go. Thanks.

MS. KRITTER: Max, could you mark as LSV Exhibit 17, tab 24, and the Bates number on this one is long, so bear with me. It is CAH-SDOH2.19-cv-3347-00472611.

THE WITNESS: Excuse me, ma'am. Before you ask the next question, may I take a bathroom break, please?

Page 187

MS. KRITTER: Yeah, of course.

THE WITNESS: Okay. Thank you.

MS. KRITTER: Take a five-minute break.

THE VIDEOGRAPHER: We are now going off the record at 2:03 p.m.

(Recess taken from 2:03 p.m. to 2:11 p.m.)

THE VIDEOGRAPHER: We are now going back on the record at 2:11 p.m.

BY MS. KRITTER:

Q Did you talk to your counsel during the break?

A Yes.

Q Did you discuss your testimony?

A No.

MS. KRITTER: So, Max, if you could mark as LSV Exhibit 18; is that right?

MR. OBMASCIK: Exhibit 17.

MS. KRITTER: Exhibit 17, tab 24. And this is -- the Bates number is CAH-SDOH2.19-CV-3347-00472611.

(LSV Exhibit 17 is introduced for the record.)

BY MS. KRITTER:

Q So this is a document that was produced by the defendants in this litigation.

Page 188

A Okay.

Q Are you familiar with this document?

A I am familiar with documents like this, but not this particular one.

Q Do you know what it is?

A Yeah, it's a 10-K, which is filed by the company once a year.

Q And it's the 10-K for Cardinal Health, right?

A That is correct.

MS. KRITTER: Can you go to page 8, please.

BY MS. KRITTER:

Q So do you understand that Cardinal Health is a health care services and products company?

A Yes.

Q Are you aware that Cardinal Health has a pharmaceutical segment and a medical segment?

A Yes, I see that there.

Q Do you know what each segment does?

A I see the descriptions there.

Q So the pharmaceutical segment distributes pharmaceutical products. Does that sound right?

A Right, correct.

Q Medical segment distributes a range of