# EXHIBIT 16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Louisiana Sheriffs' Pension & Relief Fund, Individually and on Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br><br>   vs. <br><br> Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson, <br><br>          Defendants. | No. 2:19-cv-03347 |

REBUTTAL REPORT OF

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

JULY 22, 2022

TABLE OF CONTENTS

I.  SCOPE OF PROJECT AND REPORT ...................................................................1

II.  SUMMARY OF CONCLUSIONS AND OPINIONS ..........................................3

III.  DR. LEHN DOES NOT DISPUTE THE EFFICIENCY OF THE MARKET FOR CARDINAL STOCK OR THAT THERE WERE STATISTICALLY SIGNIFICANT STOCK PRICE DECLINES FOLLOWING THE ALLEGED CORRECTIVE DISCLOSURES..............................................................................9

IV.  CRITIQUE OF DR. LEHN'S DAMAGE METHODOLOGY ARGUMENTS ...................10

A.  The Out-of-Pocket Damage Methodology in the Feinstein Report is Fully Articulated..........................................................................................10

B.  The Out-of-Pocket Damage Methodology is Consistent with Plaintiff's Theory of Liability ................................................................................13

C.  The Feinstein Report Explained that Valuation Tools Can be Applied on a Class Wide Basis to Handle Potential Complexities Encountered During the Implementation of the Out-Of-Pocket Damage Methodology ........................14

1.  Time-Varying Inflation..............................................................16

2.  Treatment of Non-Fraud Related Information On Corrective Disclosure Dates .....................................................................21

3.  Treatment of Information That Was Not Known or Knowable, As Determined by Development of the Evidentiary Record..........................23

4.  The Damage Methodology Appropriately Accommodates Materialization of Known Risks and Unknown Risks..............................24

5.  Linking Corrective Disclosure Price Declines to Specific Misrepresentations ...................................................................26

6.  A Disclosure Need Not Exactly Mirror the Misrepresentation it Corrects ...............................................................................27

7.  Analysts Use the Standard Valuation Tools Referenced in the Feinstein Report to Value Cardinal Continuously ...................................27

8.  Dr. Lehn Does Not Dispute that the Proposed Damages Methodology and Proper Financial Analysis Can Handle All Complexities He Cites .................................................................30

V.  LIMITING FACTORS AND OTHER ASSUMPTIONS......................................31

## I.     SCOPE OF PROJECT AND REPORT

1.     On 24 March 2022, I submitted a report in this matter addressing market efficiency and the methodology for computing damages (the "Feinstein Market Efficiency Report" or the "Feinstein Report").[1] Based on the analyses presented in the Feinstein Report, I concluded that the common stock of Cardinal Health, Inc. traded in an efficient market during the Class Period, 2 March 2015 through 2 May 2018.[2] I further concluded that for all Class members, Section 10(b) and Section 20A damages in this matter can each be computed using a common methodology, respectively, consistent with the Plaintiff's theory of liability for each cause of action. In the Feinstein Report I described each methodology.[3]

2.     Specifically, I explained that the out-of-pocket damage methodology, which is used in virtually all Section 10(b) class action securities cases, is consistent with Plaintiff's theory of liability in the instant case, and can be applied commonly to measure damages for all Class members who have Section 10(b) claims.[4] I explained that this methodology would measure damages as the "the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes."[5]

3.     An inflation ribbon comprising measured artificial inflation on every date during the Class Period can be constructed using an event study augmented by standard valuation tools. In the Feinstein Report, I described how inflation would be measured on every date during the Class Period.[6]

---

[1] Unless otherwise indicated, capitalized terms used herein have the same definition and meaning ascribed to them in the Feinstein Report.

[2] Feinstein Report, ¶¶17-18, and 136.

[3] Feinstein Report, ¶19.

[4] Feinstein Report, ¶141.

[5] Feinstein Report, ¶142.

[6] Feinstein Report, ¶¶144-147; and Video Deposition of Steven P. Feinstein, Ph.D., CFA, dated 5 May 2022 ("Feinstein Deposition") at 158:15-159:9.

4.  I explained that the precise computation of damages using this methodology requires the completion of discovery, the full development of the record, and a loss causation analysis.[7] I stated that as of the submission date of the Feinstein Report, I had not been asked to provide such a loss causation analysis or quantification of damages.[8] However, I noted that if potential complexities were encountered in such a loss causation analysis, or in the quantification of per-share inflation and damages, standard valuation tools could accommodate any potential complexities.[9] I provided a non-exhaustive list of valuation tools that could accommodate the potential complexities.[10]

5.  In the Feinstein Report, I presented the methodology for computing Section 20A damages as well, explaining that the formula for calculating damages under Section 20A of the Exchange Act is spelled out in the statute. Section 20A damages depend on the profits gained and losses avoided by Defendants on account of their trading while the stock price was artificially inflated. Damages are limited by losses sustained and profits foregone by Class members who traded contemporaneously with Defendants. Artificial inflation for purposes of computing Section 20A damages would be indicated by the same inflation ribbon computed for measuring Section 10(b) damages. The Section 20A damage methodology is therefore common for all Class members, and because it is articulated in the statute, it is necessarily consistent with Plaintiff's theory of liability.

6.  Following submission of the Feinstein Report, I provided deposition testimony in this case on 5 May 2022 (the "Feinstein Deposition").

7.  Subsequently, I was asked by Robbins Geller Rudman & Dowd LLP, Lead Counsel for Plaintiff, to consider and evaluate the arguments and conclusions in the Expert Rebuttal Report of Kenneth M. Lehn, dated 3 June 2022 (the "Lehn Report"), submitted by Defendants in this matter. To that end, I read and analyzed the Lehn Report. I also reviewed the transcript of Dr. Lehn's deposition, which took place on 1 July 2022 (the "Lehn Deposition").

---

[7] Feinstein Report, ¶¶138, and 149.

[8] Feinstein Report, ¶149.

[9] Feinstein Report, ¶145.

[10] Feinstein Report, ¶146.

8. The scope of the Lehn Report was "to evaluate whether Plaintiff's expert Professor Steven P. Feinstein has proposed a damages methodology that can be applied on a class-wide basis to reliably measure damages in a manner that is consistent with Plaintiff's theories of liability in this case."[11] Dr. Lehn did not dispute that the market for Cardinal stock was efficient throughout the Class Period.[12]

9. This rebuttal report presents my analysis and conclusions relating to the Lehn Report. As of this juncture, I still have not been asked to conduct an analysis of loss causation or to compute damages. I do not offer a loss causation opinion or damage quantification in this report. Should I be asked to do so, I will comprehensively address loss causation and damages at the appropriate stage in this litigation.

10. Documents that I reviewed and relied upon in preparing this report are those cited in the Feinstein Report, and in addition, those listed in Exhibit-1 of this report. My credentials and compensation are presented in the Feinstein Report, as is a list of testimony I provided during the four years preceding that report. Testimony I have provided since the Feinstein Report is identified in Exhibit-2 of this report.

11. My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

## II.    SUMMARY OF CONCLUSIONS AND OPINIONS

12. Dr. Lehn does not dispute my conclusion presented in the Feinstein Report that Cardinal stock traded in an efficient market throughout the Class Period. Nor does Dr. Lehn dispute any of my analyses or findings supporting that conclusion. In particular, Dr. Lehn accepts and relies on the results of my statistical and event study analyses.[13]

---

[11] Lehn Report, ¶6.

[12] Dr. Lehn does not directly address the efficiency of the market in which Cardinal's stock traded during the Class Period. The only overt reference to market efficiency and Cardinal's stock during the Class Period was Lehn Report, ¶36 (footnote omitted which references a quote from the Feinstein Report): "If the market for Cardinal Health's stock was efficient during the Class Period, as Professor Feinstein claims it was, then there is no reliable basis to conclude that the repetition of previously disclosed information affected Cardinal Health's stock price."

[13] Lehn Report, ¶35 and Exhibit 2; and Lehn Deposition at 94:4-11, 95:23-96:8.

3

13. Dr. Lehn offers no price impact opinion.[14] However, he acknowledges that allegation-related information was disclosed on 2 August 2017 and 3 May 2018.[15] He agrees that there was a statistically significant stock price decline on 2 August 2017.[16] He does not dispute my finding that the stock price decline on 3 May 2018 was also statistically significant.

14. All of Dr. Lehn's arguments are confined to addressing my conclusion that Section 10(b) damages in this matter can be computed commonly for all Class members using the out-of-pocket damages methodology, which is consistent with Plaintiff's theory of liability.

15. Nonetheless, Dr. Lehn does not dispute that the out-of-pocket damages methodology exists and is appropriate in this case.[17] He does not contest that the methodology is applicable in a common manner for all Class members.[18] He does not dispute that the out-of-pocket damages methodology measures damages using the difference between per share inflation at purchase and per share inflation at sale.[19] Dr. Lehn does not dispute that measuring artificial inflation on a daily basis produces an inflation ribbon, which the out-of-pocket damage methodology uses to compute damages commonly for all Class members.[20] Dr. Lehn does not dispute that an event study, in concert with valuation tools, can be applied to establish whether disclosures correcting the alleged misrepresentations and omissions caused the price of Cardinal stock to fall.[21] Neither does Dr. Lehn dispute that an event study in concert with valuation tools can measure how much the Cardinal stock price declined due to the corrective disclosures.[22] Dr. Lehn does not dispute that an event study in concert with valuation tools can be applied to estimate artificial inflation on each day of the Class Period, producing the artificial inflation ribbon, which can then be used to estimate damages for all Class members according to the out-of-pocket damages

---

[14] Lehn Deposition at 51:7-14.

[15] Lehn Report, ¶54.

[16] Lehn Report, Exhibit 2 at E-8.

[17] Lehn Report, Exhibit 2; and Lehn Deposition at 94:4-11, 95:23-96.8.

[18] Lehn Deposition at 58:6-19.

[19] Lehn Report, ¶23.

[20] Lehn Deposition at 55:10-16.

[21] Lehn Deposition at 33:16-34:10.

[22] Lehn Deposition at 31:15-32:3 and 33:16-34:10.

4

methodology.[23] Dr. Lehn does not dispute that valuation tools can be used to assess whether the artificial inflation in Cardinal's stock price varied throughout the Class Period.[24]

16. In sum, Dr. Lehn agrees or does not dispute a substantial portion of my analysis and the opinions I expressed. Based on the foregoing, and as explained herein, the Lehn Report provides no reason to revise any of the conclusions presented in the Feinstein Report, specifically regarding my conclusion that damages in this matter can be computed for all Class members using a common methodology that is consistent with the Plaintiff's theory of liability.

17. Dr. Lehn's main criticism is essentially a caution that certain valuation complexities could arise in the course of constructing the artificial inflation ribbon which would need to be handled appropriately so that the artificial ribbon is reliable and damages are precise. He admits, however, that overcoming encountered complexities is not impossible.[25] He criticizes my conclusion, nonetheless, maintaining that I need to specify how I would handle potential valuation complexities if they do arise, even though loss causation and damages analyses has not yet been undertaken and no complexities have yet been encountered.

18. Dr. Lehn's criticism is misguided. The identification of specific valuation tools and techniques to overcome unproven valuation complexities, which Dr. Lehn demands, cannot be provided until the loss causation analysis is actually undertaken. No expert or financial analyst can state precisely which among the array of valuation tools will be applied to address potential valuation complexities that may be encountered in the course of the damages computation until the analysis is conducted and specific complexities do arise. However, the damages methodology is nonetheless fully articulated. Per share damages are the difference between artificial inflation at purchase and artificial inflation upon sale, subject to certain constraints based on stock price. Moreover, as the valuation component of the analysis produces the inflation ribbon, which is applied commonly for

---

[23] Lehn Deposition, pp. 33-35 and 78.

[24] Lehn Deposition at 78:12-24 and 222:4-8.

[25] Lehn Deposition at 78:12-24.

all Class members, the application of specific valuation tools to address potential valuation complexities will also be common for all Class members.

19. The potential valuation complexities that Dr. Lehn cites as potential issues in this case are: (i) time-varying inflation and (ii) confounding information.[26] Dr. Lehn contends that the value of information (and misinformation) related to Cordis may have changed over the course of the Class Period. Dr. Lehn contends that the length of the Class Period in this case is long and suggests that value of information (and misinformation) and thus artificial inflation may have changed over the extended time period. Dr. Lehn also opines that the alleged misrepresentations and omissions were allegedly made on several dates during the Class Period, which also could cause the level of artificial inflation to change over the course of the Class Period.[27] Dr. Lehn opines that the construction of the artificial inflation ribbon will likely need to take these factors into account in order to determine how much of the inflation that ultimately was dissipated from the stock price by the corrective disclosures was in the stock price on various previous dates in the Class Period.[28]

20. With respect to confounding information, Dr. Lehn contends that because some information accompanying the corrective disclosures may have been unknown or unknowable earlier in the Class Period, that particular information is confounding.[29] Similarly, Dr. Lehn surmises that some of the information disclosed may have been realizations of known risks, which in his opinion would also constitute confounding information.[30] Dr. Lehn complains that I did not present conclusions from a loss causation and damages analysis explaining how I would apportion Cardinal's statistically significant residual stock price declines on the two corrective disclosure dates between fraud-related information and non-fraud (confounding) information, if it should be true that the stock price declined due to both. Dr. Lehn, also opines that I have not established that the

---

[26] Lehn Report, ¶87.

[27] Lehn Report, ¶87.

[28] Lehn Report, ¶87.

[29] Lehn Report, ¶63.

[30] Lehn Report, ¶64.

proposed damages methodology links each alleged misrepresentation or omission to a particular portion of the corrective disclosure price.

21. The analysis that Dr. Lehn essentially asserts I should have completed already is the classic loss causation analysis that is appropriately conducted at a later stage of the litigation and with the benefit of the full development of the record. If I am asked to conduct the loss causation and damages analyses, and if these or other potential complexities are indeed encountered, the standard valuation tools described in the Feinstein Report would accommodate such potential complexities,[31] as they have been in virtually every prior class action securities case. I have served as an expert in a number of cases where valuation complexities were encountered similar to those Dr. Lehn believes may arise in this instant case. In all of those cases, available valuation tools were successfully applied to appropriately overcome the encountered complexities.[32] In many of the cases listed in Exhibit 3 of the Feinstein Report where I have opined on loss causation and damages, my report and testimony are under seal, as is common given their reliance on protected company documents produced in discovery. However, there are a number of cases where my reports are public, e.g., Wells Fargo and others attached as Exhibit-3 through Exhibit6 to this report. As these reports and the analyses presented within them show, the issues of time-varying inflation and confounding information are often encountered, and accommodated by the damages methodology and application of valuation tools I have opined on in this case. The application of valuation tools to address the various complexities encountered is always done in a way that is common for all Class members.

22. All of the potential valuation issues that Dr. Lehn asserts may potentially complicate the implementation of the damages methodology are class-wide issues that commonly occur

---

[31] Feinstein Report, ¶¶143-146.

[32] See, e.g., Order Denying Motion for Summary Judgment, *In re Twitter, Inc. Securities Litigation*, 2020 WL 4187915 (N.D. Cal. 17 April 2020), at 16, where court agreed that I "did consider confounding factors and excluded the impact of factors unrelated to the challenged statements from his stock-price decline estimates." Report On Loss Causation and Damages Professor Steven P. Feinstein, Ph.D., CFA, *Purple Mountain Trust, vs. Wells Fargo & Company, et al.*, No. 3:18-cv-03948-JD, dated 20 September 2021, ¶¶147-161; Report of Professor Steven P. Feinstein, Ph.D., CFA, *Mary K. Jones vs. Pfizer Inc* No. 1:10-cv-03864-AKH, 10 June 2014, ¶¶155-256; Report of Professor Steven P. Feinstein, Ph.D., CFA, *Plumbers & Pipefitters National Pension Fund vs. Michael J. Burns and Robert C. Richter*, No. 3:05-cv-07393-JGC, 4 August 2014, ¶¶116-117, ¶¶121-124; Report On Loss Causation And Damages Professor Steven P. Feinstein, Ph.D., CFA, *Marvin Pearlstein, vs. Blackberry Limited (formerly known as Research In Motion Limited)*, No. 1:13-CV-7060-CM-KHP, 29 May 2020, ¶¶327-336 and ¶339.

7

in Section 10(b) securities fraud class actions. All of them can and will be accommodated in the damages analysis and addressed in a damages report, if they are actually encountered in this case. I have addressed all of these potential valuation issues in other cases. Dr. Lehn acknowledged in his deposition that the potential complexities he cited are not insurmountable problems.[33]

23.    It is important to note that all of the purported complexities raised in the Lehn Report are about the execution of the common damage methodology rather than the existence of a common damage methodology. The potential complexities are not insurmountable according to Dr. Lehn, and further, they may not even exist in this case. Dr. Lehn provides no reliable analysis that proves the potential complexities he cites *actually* are present in this case. Rather, Dr. Lehn's opinion is that these complexities *may arise*. Nonetheless, even if all of Dr. Lehn's potential valuation complexities do arise, the valuation tools and techniques described in the Feinstein Report can accommodate them.

24.    Finally, many of Dr. Lehn's concerns regarding the implementation of the damage methodology rely on a mischaracterization of my report. Dr. Lehn asserts that an event study *by itself* is not enough to accommodate the potential valuation complexities he identifies, should they be encountered. I never stated that an event study *by itself* would resolve all potential valuation issues. The Feinstein Report states that event study analysis in combination with standard valuation tools would resolve all potential issues, as valuation tools precisely address the sorts of issues Dr. Lehn describes.

25.    Dr. Lehn does not dispute what is stated in the Feinstein Report, that there are a wide variety of generally accepted and commonly used valuation tools, deeply rooted in the finance literature and common practice, that are frequently used in conjunction with an event study to account for time-varying inflation and confounding information disaggregation. Dr. Lehn instead criticizes that I have not comprehensively listed all the valuation tools that may be brought to bear, or cited specifically which ones will be used. But, doing so is unnecessary at this juncture and requires a loss causation analysis. Of note, Dr. Lehn implicitly recognizes that valuation tools would supplement the event study if

---

[33] Lehn Deposition at 78:12-24.

8

necessary, undercutting his unfounded criticism that the out-of-pocket damages methodology would rely on the event study alone.

26. Based on the foregoing, and as explained herein, the Lehn Report provides no reason to revise any of my conclusions presented in the Feinstein Report. In particular, Section 10(b) and Section 20A damages in this matter can each be computed using a common methodology that is consistent with the Plaintiff's theory of liability.

## III. DR. LEHN DOES NOT DISPUTE THE EFFICIENCY OF THE MARKET FOR CARDINAL STOCK OR THAT THERE WERE STATISTICALLY SIGNIFICANT STOCK PRICE DECLINES FOLLOWING THE ALLEGED CORRECTIVE DISCLOSURES[34]

27. In the Feinstein Report, I concluded that Cardinal stock traded in an efficient market during the Class Period,[35] and I showed that each of the *Cammer* and *Krogman* factors supported that finding. Event study analysis showed that Cardinal stock reacted promptly to new Company-specific information as it entered the market, which proves that there was a cause-and-effect relationship between the release of Company information and movement in the price of the Cardinal stock.[36]

28. Dr. Lehn does not dispute the elements of my market efficiency analysis or the conclusion.[37] Dr. Lehn takes no issue with the econometric analysis presented in the Feinstein Report. In fact, he accepts my event study analysis and relies on my event study analysis to arrive at his own conclusions.[38]

29. Dr. Lehn does not dispute that allegation-related information was released to the market on 2 August 2017 and 3 May 2018.[39] Dr. Lehn acknowledges that the Cardinal residual stock price decline on 2 August 2017 was statistically significant at the 95% confidence level.

---

[34] Dr. Lehn defines "corrective disclosures" on page 15 of his report as "the dates on which the truth about the alleged omissions was revealed."

[35] Feinstein Report, ¶¶17-18.

[36] Feinstein Report, ¶17.

[37] Lehn Report, ¶16 FN29.

[38] Lehn Report, ¶16, Exhibit 2; and Lehn Deposition at 48:5-19.

[39] Lehn Report, ¶¶8, 21-22, 54, 74, and 82-83.

Dr. Lehn does not dispute that the stock price decline on 3 May 2018 was similarly statistically significant. Dr. Lehn agrees that when conducting event study analysis, a statistically significant price return following an information event proves that information, rather than random volatility alone, caused the stock price reaction.[40]

## IV. CRITIQUE OF DR. LEHN'S DAMAGE METHODOLOGY ARGUMENTS

### A. The Out-of-Pocket Damage Methodology in the Feinstein Report is Fully Articulated

30. Contrary to Dr. Lehn's contention that the Feinstein Report's description of the out-of-pocket damage methodology is unclear, incomplete, and generic, the Feinstein Report fully articulates the out-of-pocket damage methodology in a clear, concise, and detailed manner. I explained that out-of-pocket damages are "measured as the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes."[41] The out-of-pocket damage methodology is the same in virtually all class action securities cases alleging misrepresentations and omissions, and fits the facts, circumstances, and liability theory of the instant case. I explained that the calculation of each Class member's damages would be a mechanical arithmetical exercise, conducted the same way for all Class members, applying the results of the class-wide analyses described in the Feinstein Report (and again below) to each Class member's trading data.[42]

---

[40] Lehn Report, ¶76.

[41] Feinstein Report, ¶142.

[42] Feinstein Report, ¶¶ 147(i)-(vii), and 148.

31. The Feinstein Report detailed the steps of the out-of-pocket damage methodology as follows:

> "First, valuation tools, which would include event study analysis, and potentially other empirical analyses, if necessary, would be used to establish if the disclosures correcting the alleged misrepresentations and omissions, caused the price of Cardinal stock to fall. This analysis, after controlling for potentially non-fraud-related information, would establish if the alleged misrepresentations and omissions had caused the stock price to be artificially inflated, and if corrective disclosures caused the inflation to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis."

> "Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of Cardinal stock on each day during the Class Period, if any. An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been full disclosure. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure that eliminates all remaining artificial inflation from the stock price, back to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The corrective disclosure that finally eliminates all remaining artificial inflation may occur after the end of the Class Period. Supplementing event study results, the full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for stock prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis."

> "Third, the measure of per share damages generally applied in Section 10(b) cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss). That is, per share damages would be calculated as the difference between the inflation on the date the shares were purchased and the inflation on the date those same shares were subsequently sold. Per share damages are limited, however, to be no greater than the decline in the share price over the investor's holding period, which is the investment loss actually sustained."

11

"Pursuant to the Private Securities Litigation Reform Act of 1995 (the 'PSLRA') (15 U.S.C. § 78u-4(e)), for purposes of computing the investment loss limitation on damages, for any shares sold during the 90-day period after the final corrective disclosure, the investment loss is computed as if the selling price was the greater of the actual selling price or the average closing price following the final corrective disclosure to the sale date. For any shares held 90 days or more beyond the final corrective disclosure, the investment loss is computed as if the shares were sold for the average closing price over the 90 days following the final corrective disclosure. The calculation of each Class member's per share damages would be a mechanical arithmetic exercise for all Class members who bought Cardinal stock during the Class Period, applying the results of the class-wide analyses described above to each Class member's stock trading data."
**Feinstein Report, ¶¶147(i)-(v).**

32. Dr. Lehn accepts that the out-of-pocket damages methodology is a common class wide-measure of damages that is applied in Section 10(b) securities cases.[43]

"Q Okay. And I think we've talked about this before, but would you agree that this [out of pocket damages] methodology is the standard method used to calculate damage in Section 10(b) cases?
MS. KOFKE: Objection to form.
Dr. Lehn: At a high level, that's been my -- my general experience. Correct."
**Lehn Deposition at 124:1-7.**

33. Dr. Lehn agrees that the event study is the first step in constructing an inflation ribbon.

"Q What models or tools have you used to measure damages in securities litigations?

A Well, again, it depends on the facts and circumstances of an individual case. There's no cookie-cutter approach to this. You know, oftentimes, and probably more than often, usually, it would start with an event study analysis on the alleged corrective disclosure dates."
**Lehn Deposition at 31:15-22.**

---

[43] Lehn Report, ¶23.

34. Consistent with the damages methodology described in the Feinstein Report and Dr. Lehn's deposition testimony in the instant matter, Dr. Lehn stated in another case that the event study is the "first step in establishing loss causation."

> "An event study analysis of the relevant security price on the days on which the truth about the alleged misrepresentations was disclosed publicly, i.e., on the alleged 'corrective disclosure' dates, is a first step in establishing loss causation. A necessary, but not sufficient, condition for establishing loss causation is that the relevant security price decline by a statistically significant amount on the days on which the alleged corrective disclosures are made."
>
> **Expert Report of Kenneth M. Lehn**, *Eric Silverman vs. Motorola, Inc.*, et al., No. 1:07-cv-04507, ¶26.

### B. The Out-of-Pocket Damage Methodology is Consistent with Plaintiff's Theory of Liability

35. The out-of-pocket damage methodology, specified in the Feinstein Report, is consistent with Plaintiff's theory of liability in the instant matter. Dr. Lehn does not dispute that fact.

36. Plaintiff's single theory of liability with respect to Section 10(b) of the Exchange Act is that Defendants violated Section 10(b) by making misleading statements and omissions of material fact, which were widely disseminated to the securities market, investment analysts and the investing public. The Complaint alleges the Plaintiff and other members of the Class purchased or otherwise acquired Cardinal common stock relying upon the integrity of the market price for Cardinal's common stock and market information relating to Cardinal. The alleged misrepresentations and omissions artificially inflated the price of Cardinal stock according to the Plaintiff, such that investors overpaid for the security. When the truth began to emerge, the price of Cardinal stock declined immediately as the artificial inflation dissipated from the market price of the stock, causing investors to sustain losses, and causing substantial damage to the Plaintiff and the Class.[44]

37. The out-of-pocket damage methodology measures the compensation that would place investors in a position commensurate to the economic condition they would have been in

---

[44] Complaint, ¶¶131-132.

13

had there been no alleged fraud. The methodology measures how much investors lost due to the alleged fraud.[45]

38. In the instant case, the Plaintiff alleges that misrepresentations and omissions artificially inflated the price of Cardinal stock, and later corrective disclosures dissipated this artificial inflation, causing investor losses. The out-of-pocket damage methodology measures the loss caused by the introduction and subsequent dissipation of artificial inflation. Therefore, the damage measure is consistent with Plaintiff's theory of liability, and the methodology is applied commonly for all investors.

39. The out-of-pocket damage methodology is the most appropriate damage computation methodology in virtually all federal class action securities cases alleging misrepresentations and omissions, and it fits the facts, circumstances, and liability theory in the instant case.[46]

40. In fact, Dr. Lehn was asked how many times he offered "opinions challenging a plaintiffs' expert damage methodology at the class certification stage?"[47] He testified that he offered such challenges "maybe ten times"[48] and that the court has never adopted his opinion on the damages methodology as a basis for denying class certification.[49]

     **C.    The Feinstein Report Explained that Valuation Tools Can be Applied on a Class Wide Basis to Handle Potential Complexities Encountered During the Implementation of the Out-Of-Pocket Damage Methodology**

41. As detailed in the Feinstein Report, to the extent there may be "specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket

---

[45] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of *the Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).

[46] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).

[47] Lehn Deposition at 81:20-82:1.

[48] Lehn Deposition at 81:20-82:1.

[49] Lehn Deposition at 81:20-84:18.

damage methodology due to potentially unique facts and circumstances of this case,"[50] standard valuation tools can resolve any potential issues and accordingly adjust the daily inflation ribbon. I provided examples of specific tools that could be used to address potential issues and explained that the forensic expert conducting a loss causation analysis will have all the valuation tools available to analysts and investors in real time, plus the added benefit of event study analysis.

> "Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages in this case. Valuations assuming alternative scenarios are commonly conducted by analysts and investors."
> **Feinstein Report, ¶145.**

> "Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are, for example: valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation, quality of accounting, mergers, acquisitions, and impairments. In addition, forensic analysts have the added benefit of being able to use event study analysis, which quantifies the price effects that occurred when information did reach the market."
> **Feinstein Report, ¶146.**

42. Dr. Lehn does not refute the applicability of these valuation tools in the instant case.[51] Rather, Dr. Lehn simply argues that the valuation tools mentioned in the Feinstein Report would be difficult to implement given the facts of this case. Dr. Lehn refutes neither that the referenced valuation tools could be applied in the implementation of the out-of-pocket damage methodology to calculate damages consistent with the Plaintiff's theory of liability in the instant case, nor that the valuation tools are commonly applied by analysts and investors to value securities.[52] Importantly, Dr. Lehn does not dispute that valuation tools,

---

[50] Feinstein Report, ¶144.

[51] Lehn Report, ¶¶86-87; and Lehn Deposition at 30:8-17.

[52] Lehn Deposition at 30:8-17, 222:4-18, 257:18-258:18, 264:4-21, and 279:22-280:3.

15

such as those referenced in the Feinstein Report, can be used to augment event study output, and to refine the measurement of artificial inflation in the Cardinal stock price on each day of the Class Period.[53] In fact, Dr. Lehn accepts that event study analysis can measure the impact of Company-specific information on news dates.[54] Dr. Lehn overlooks that the potential complexities he identifies would be common for all Class members and that the valuation tools and solutions to those potential complexities would also be common for all Class members.

43. In securities fraud cases such as this one, it is through the execution of a loss causation and damages analysis that the forensic expert identifies valuation complexities and demonstrates how those will be resolved, if at all encountered. While Dr. Lehn acknowledges that certain valuation analyses require further development of the factual record, he insists that a damage methodology must answer questions that are premature at this stage.[55] The full and complete record commonly used to construct an artificial inflation ribbon has not yet been produced. Through conversations with Lead Counsel, I understand that Defendants' substantial completion of document production will not occur until August 2022, and depositions are currently scheduled to be completed in November 2022. The loss causation analysis and damages calculation are usually done in securities cases after the completion of fact discovery and full development of the record.

44. As stated above, given the stage of the case, I have not yet been asked to conduct a loss causation analysis. I also have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class.

### 1. Time-Varying Inflation

45. Without a complete evidentiary record, Dr. Lehn surmises that time-varying inflation may complicate the computation of damages in this case.[56] Time-varying inflation means that artificial inflation in the subject security changes to some extent over the course of the class

---

[53] Lehn Report, ¶¶86-87.

[54] Lehn Report, ¶25, and Appendix C; and Lehn Deposition at 31:8-22.

[55] Lehn Deposition at 225:7-226:16.

[56] Lehn Report, ¶¶17, 28, 59, and 87.

period. Time-varying inflation, however, is a common issue in class action securities cases, and it does not pose insurmountable difficulties. Dr. Lehn does not contend otherwise.

46. Dr. Lehn theorizes that what could have constituted full disclosure in the instant case may have changed over the course of the Class Period, which may have caused the artificial inflation in Cardinal stock to change. The initial misrepresentations in this case were made on 2 March 2015, when Cardinal announced plans to acquire Cordis and stated that the acquisition would be a growth driver for Cardinal.[57] Dr. Lehn posits that the Company's position may have improved or deteriorated between the initial misrepresentations and the corrective disclosures such that what could have been disclosed during the Class Period differed from what was disclosed at the Class Period end. However, it is premature to agree or disagree with this conjecture, because further development of the record is necessary in order to accurately ascertain what was known and when it was known, which ultimately go to the question of liability.[58] Nonetheless, should the evidentiary record ultimately indicate that artificial inflation did change over the course of the Class Period on account of changing conditions at Cardinal, and Cordis specifically, that very same evidence can be used to guide the construction of the artificial inflation ribbon accordingly.

47. Dr. Lehn's criticism is more of an admonition about the importance of discovery than a discovery of any deficiency in the damage methodology. Detailing precisely what the evidence will show and what valuation tools will be used to evaluate it (e.g., discounted cash flow, price/earnings multiples, varying inputs in analysts' valuation models, etc.) is premature until the evidentiary record is complete. The criticism that the description of the methodology is incomplete because it does not detail how currently unavailable documents and information will be evaluated is off base.

48. Dr. Lehn and I agree that artificial inflation on any particular day is the difference between the observed stock price prevailing in the market that day and the but-for price under the alternative scenario of full disclosure.[59] There is no dispute over the market prices that were actually observed. Similarly, the valuation analysis to determine the but-for price will not

---

[57] See, e.g., Feinstein Report, ¶¶29-33; and Complaint, ¶¶2-3, 20, 67, and 83.

[58] Lehn Deposition at 146:16-147:4.

[59] Feinstein Report, ¶142; and Lehn Report, ¶23.

be unusually difficult or exceptionally complex on account of time-varying inflation. The event study informs the forensic expert of the valuation of the previously undisclosed information at the time that information is provided to the market. An event study is essentially a controlled experiment that indicates the value of the security price with and without the previously concealed information. The but-for price on dates much earlier than the corrective disclosure can be determined by valuing the security at issue under the alternative but-for scenario on those earlier dates. Importantly, this type of but-for security valuation (under alternative scenarios and different as-of dates), is conducted by valuation analysts every day for virtually all publicly traded securities.[60] This but-for scenario analysis is also one of the steps routinely applied when executing the out-of-pocket damage methodology in securities cases.

49.     Dr. Lehn overlooks that computational issues such as time-varying inflation are common and are routinely encountered and addressed in class action securities cases. The computational issues are more about the execution of the common damage methodology at the loss causation stage rather than the existence of a common damage methodology at the class certification stage. Personally, in matters where I have served as the expert at the merits stage, such complexities were identified, accounted for, and appropriately addressed. One such case that is a matter of public record, was *Marvin Pearlstein, vs. Blackberry Limited* ("*Blackberry*").

---

[60] "Industry and Company Analysis," by Matthew Coffina, Anthony Fiore, et al., in Equity Investments, *CFA Institute*, 2021, pp. 367-368.

"While the misrepresentations and omissions caused and maintained inflation since the start of the Class Period, they also caused an increase in artificial inflation on 12 August 2013. As described in ¶¶96-97 and ¶¶210-211 above, on that date the Company announced that it would explore strategic alternatives. The stock price rose significantly on this news, as an acquisition target typically commands an acquisition premium. However, when the final corrective disclosures on 20 September 2013 revealed the true state and prospects for BlackBerry 10, analysts commented that BlackBerry's attractiveness and value as an acquisition target had waned considerably. … Some of the price decline that occurred on September 20th, therefore, was the reduction in the value accretion that entered the stock price on August 12th. Just as the full truth caused that value reduction on September 20th, the full truth, had it been known, would have prevented the value accretion on August 12th. Therefore, of the $1.75 per share artificial inflation that dissipated on September 20th, $0.94 per share had newly entered the stock price on August 12th. The rest, $0.81 per share, was in the stock price since the beginning of the Class Period."

**Report On Loss Causation And Damages Professor Steven P. Feinstein, Ph.D., CFA,** *Marvin Pearlstein, vs. Blackberry Limited (formerly known as Research In Motion Limited),* **No. 1:13-CV-7060-CM-KHP, 29 May 2020, ¶¶341-343.**

50. Another example of a case that is publicly available, where I constructed a time-varying inflation ribbon was the *Plumbers & Pipefitters National Pension Fund vs. Michael J. Burns and Robert C. Richter* case (*Dana Corporation* securities litigation, or "*Dana*"). In that case, I constructed an artificial inflation ribbon that increased in connection with successive earnings overstatements. Specifically, in *Dana*, I determined based on principles espoused in the published peer-reviewed literature that "artificial inflation caused by concealment of the internal control deficiencies and unreliability of the Company's accounting and reporting grew as the cumulative earnings overstatements accrued. That is, just as the alleged accounting fraud grew in magnitude, so too did the artificial inflation attributable to the reputation effect."[61]

51. It is noteworthy that the appropriate valuation tool needed to address time-varying inflation in each of those two cases, *Blackberry* and *Dana*, depended on what was the cause of the inflation variation in each case. Different causes dictated the application of different valuation tools. In the *Blackberry* case, it was the changing likelihood that *Blackberry*

---

[61] *Plumbers & Pipefitters National Pension Fund vs. Michael J. Burns and Robert C. Richter*, No. 3:05-cv-07393-JGC, 4 August 2014, ¶¶121-124.

would be acquired that caused inflation to vary. In the *Dana* case, it was the change in reputation effect stemming from an accumulating earnings overstatement that caused inflation to vary. In the *Blackberry* case, the artificial inflation ribbon was constructed to appropriately reflect the increase and then decrease in the acquisition premium. In the *Dana* case, the artificial inflation ribbon was scaled up over time to reflect the increasing earnings overstatement, consistent with the published peer-reviewed literature linking reputation effect to the magnitude of an earnings overstatement.

52. Just as valuation tools, including valuation principles articulated in the finance literature, produced reliable estimations of time-varying inflation in prior cases, the array of valuation tools can be relied upon in the construction of the inflation ribbon in this case. Dr. Lehn supposes that market expectations and valuation for Cardinal's business changed throughout the Class Period and thereby caused the but-for price and artificial inflation to change.[62] Any empirical evidence that demonstrates that analysts were revising their estimates or valuations for Cardinal during the Class Period can be incorporated into the estimation of the but-for stock price and thus the computation of artificial inflation. At this juncture, however, Dr. Lehn's suggestion that artificial inflation could have varied on account of changing business conditions and analyst expectations is unproved and only speculative.

53. In sum, Dr. Lehn's concern about time-varying inflation does not refute the existence of the common out-of-pocket damage methodology. If anything, it acknowledges the existence of the damage methodology and that it can be applied commonly for all Class members. If Dr. Lehn is correct that available evidence will indicate that the inflation level changed on various dates, that evidence will be considered and appropriately incorporated when the artificial inflation ribbon is constructed and damages are computed. The very same evidence that purportedly gives rise to Dr. Lehn's concern will guide the construction of the artificial inflation ribbon, thereby addressing the potential complexity. Importantly, this analysis is common to all Class members.

---

[62] Lehn Report, ¶59.

## 2. Treatment of Non-Fraud Related Information On Corrective Disclosure Dates

54. The Lehn Report states, "Professor Feinstein's proposed methodology does not show how he will isolate the confounding effects on Cardinal Health's stock price of non-fraudulent information that was released concurrently on the dates of the alleged affirmative misstatements and/or corrective disclosures."[63] That is, Dr. Lehn asserts that confounding information will be encountered, and that while the out-pocket-damage methodology can accommodate confounding information, I have not explained precisely how I would account for it when implementing the out-of-pocket damage methodology.

55. Confounding information is valuation-relevant information unrelated to the alleged fraud that emerges simultaneously with a fraud-related disclosure. If material negative non-fraud-related information is revealed to the market at the same time that material fraud-related disclosures are made, an observed decline in the security price may combine the effects of the fraud-related information and the non-fraud-related information.

56. The way confounding information is handled when implementing the out-of-pocket damage methodology is to identify the confounding information, assess its valuation impact, if any, and subtract the valuation impact from the residual price decline elicited by the corrective disclosure event. This adjustment isolates the stock price decline caused by the fraud-related corrective disclosure.

57. Dr. Lehn uses excerpts from analyst reports to contend there is evidence that there was confounding information released on the alleged corrective disclosures dates in the instant case.[64] The presence of confounding information, however, is common in securities class actions, and Dr. Lehn does not claim otherwise.[65] To identify confounding information, a forensic expert will perform a careful analysis of the news and analyst reports (a more extensive version of what Dr. Lehn did in a cursory manner). Then, standard valuation tools are routinely applied to value, isolate, and remove the impact of any identified confounding information. In fact, I have followed these exact steps when conducting loss

---

[63] Lehn Report, ¶75.

[64] Lehn Report, ¶75.

[65] Lehn Deposition at 169:24-170:3, and 254:12-15.

causation analyses and damage computations when implementing the common out-of-pocket damage methodology in other cases.[66] Of note, the requisite news and valuation analyses are common for all Class members.

58. As an example of how appropriate treatment of confounding information is accomplished, suppose a company announces disappointing financial results, with earnings falling $1.00 per share below consensus expectations. Suppose the event study shows that the company's stock price falls as a result. The event study regression separates out the price movements caused by market-wide and sector effects, leaving the residual stock price decline attributable to the Company-specific information released that day. Suppose the available evidence (including internal company documentation obtained via discovery) indicates that $0.50 of the earnings miss was caused by non-allegation-related developments, while the other $0.50 of the surprise is attributable to fraudulent misrepresentations and omissions. Based on a Price/Earnings multiple valuation model, one may attribute 50% of the stock price decline to the allegation-related disclosure, commensurate with the 50% of the earnings miss attributable to that same information, and exclude the other 50% as unrelated to the fraud. That is, the Price/Earnings multiple valuation model can be applied to disaggregate the effects of the fraud-related and confounding information.

59. Depending on what the data, documents, and other evidence ultimately show, it may be determined that a forward Price/Earnings multiple valuation model or a DCF valuation model provides a more precise disaggregation of price effects. If certain factors responsible for the earnings miss are identified as non-recurring while others are expected to be persistent, the valuation literature dictates that greater valuation attribution be given to the persistent factors. Should it be determined that the fraud-related disclosure had reputation effects, which can be ascertained by commentary from analysts or from a comparison of

---

[66] See, e.g., Order Denying Motion for Summary Judgment, *In re Twitter, Inc. Securities Litigation*, 2020 WL 4187915 (N.D. Cal. 17 April 2020), at 16, where the court agreed that I "did consider confounding factors and excluded the impact of factors unrelated to the challenged statements from his stock-price decline estimates."; Report On Loss Causation and Damages Professor Steven P. Feinstein, Ph.D., CFA, *Purple Mountain Trust, vs. Wells Fargo & Company, et al.*, No. 3:18-cv-03948-JD, dated 20 September 2021, ¶¶147-161; Report of Professor Steven P. Feinstein, Ph.D., CFA, *Mary K. Jones vs. Pfizer Inc.*, No. 1:10-cv-03864-AKH, 10 June 2014, ¶¶155-256; Report of Professor Steven P. Feinstein, Ph.D., CFA, *Plumbers & Pipefitters National Pension Fund vs. Michael J. Burns and Robert C. Richter*, No. 3:05-cv-07393-JGC, 4 August 2014, ¶¶116-117, ¶¶121-124; Report On Loss Causation And Damages Professor Steven P. Feinstein, Ph.D., CFA, *Marvin Pearlstein, vs. Blackberry Limited (formerly known as Research In Motion Limited)*, No. 1:13-CV-7060-CM-KHP, 29 May 2020, ¶¶327-336 and ¶339.

the character of the fraud-related disclosures with disclosures addressed in the finance literature on reputation effects, the proportion of the stock price decline attributable to the fraud can be scaled upward, consistent with weights presented in that literature, which were determined from empirical research on numerous cases.[67] Importantly, such attribution analyses would apply on a class-wide basis for all investors.

60. The kinds of potentially confounding items suggested by Dr. Lehn are not at all unusual, and just as in other cases, the difficulties they pose are not particularly complex and are not insurmountable. If valuation-relevant confounding information is indeed present on the corrective disclosure dates in this case, valuation tools can be applied to separate out its effects.

### 3. Treatment of Information That Was Not Known or Knowable, As Determined by Development of the Evidentiary Record

61. Dr. Lehn asserts that any component of a corrective disclosure that could not have been announced by the Company earlier is necessarily confounding information.[68] Dr. Lehn opines that the computation of artificial inflation and damages must include only the price effects of information that "could have been disclosed earlier in the class period."[69] He wrongly criticizes the out-of-pocket damage methodology because it could be implemented without addressing whether a disclosure could have been made earlier in the Class Period. Dr. Lehn is wrong because if a particular detail of a corrective disclosure is deemed to be non-fraud-related information, the damage methodology identifies it, values it, and excludes its impact from damages.

62. Dr. Lehn's criticism is misguided also because knowing what information could have been disclosed at earlier points in the Class Period requires the completion of discovery and a full development of the record. At present, this has not yet been completed.

63. Dr. Lehn cites some public documents which he contends suggests that some disclosures made at the end of the Class Period could not have been made at the start of the Class

---

[67] See, e.g., "The Cost to Firms of Cooking the Books," by Jonathan M. Karpoff et al., *Journal of Financial and Quantitative Analysis*, vol. 43, no. 3, 2008, pp. 581-612.

[68] Lehn Report, ¶¶60-63.

[69] Lehn Report, ¶27.

period.[70] However, Dr. Lehn's criticism founders for several additional reasons. First, he has examined only public documents and has not examined any internal Company documentation or deposition testimony from Company insiders.[71] Just as Dr. Lehn cannot support his conjecture that relevant information was unknown or unknowable on account of discovery being incomplete, his criticism is misguided on account of discovery being incomplete.

64. Second, Dr. Lehn fails to consider that while the exact corrective disclosure might possibly have been impossible at the start of the Class Period, alternative disclosures that were indeed possible may have been sufficient to adequately apprise investors of the otherwise concealed truth. Defendants potentially could have made sufficient disclosures such that investors would not have been surprised by the later corrective disclosures.

65. Third, Dr. Lehn's criticism is misguided because it is also possible that the price impact of any particular detail that was truly unknown or unknowable previously to Defendants was zero. It is only by conducting the loss causation and damages analyses, running the event study, examining all information released, examining internal Company documents and depositions from Company insiders that illuminate what the Company knew and when they knew it, accepting as assumptions Plaintiff's factual allegations, and applying valuation tools and principles, that one can determine whether the potential complexity about known and unknowable information that Dr. Lehn raises exists in this case. Following these steps in the course in this analysis is how the forensic expert determines how much of the corrective disclosure stock price drop should be excluded, if any, when damages are computed pursuant to the out-of-pocket damage methodology. Consequently, the described damages methodology would accommodate the potential complexities Dr. Lehn alludes to, and does so in a common manner for all Class members. Dr. Lehn's criticism is baseless.

### 4. The Damage Methodology Appropriately Accommodates Materialization of Known Risks and Unknown Risks

66. Dr. Lehn contends, "Professor Feinstein's proposed methodology does not describe how he will parse the residual declines in Cardinal Health's stock price on the alleged corrective

---

[70] Lehn Report, Exhibit 1.

[71] Lehn Report, Appendix B.

disclosure dates to account for the materialization of known versus unknown risks."[72] Dr. Lehn continues, "Insofar that the alleged corrective disclosures represent materializations of known risks (in whole or in part), it is not appropriate for Professor Feinstein to use the entire residual decline in Cardinal Health's stock price on the alleged corrective disclosure dates as estimates of artificial inflation."[73]

67. Dr. Lehn is wrong to suggest that a materialization of a known risk is necessarily confounding information. If a company conceals that a risk has already materialized or has begun to materialize, and only discloses the adverse development as a potential risk that may yet materialize, that misinformation could artificially inflate the security price. The disclosure of the materialization would not be confounding information unrelated to the alleged fraud, because in that scenario the Company could have earlier disclosed that the risk materialized.

68. Further, Dr. Lehn overlooks the fact that the out-of-pocket damage methodology accommodates materialization of both known and unknown risks, in a common manner for all class members, appropriately given the liability theory and facts of the case. Dr. Lehn's opinion on this point mischaracterizes the damage methodology as relying exclusively on the event study to measure artificial inflation.[74] Dr. Lehn overlooks that the Feinstein Report explains that the event study coupled with standard tools of valuation would be used, in concert, to construct the inflation ribbon and account for potential valuation complexities.[75] Treatment of materializations of risk is another issue I routinely address in performing loss causation analyses. The damage methodology accommodates it. If present, the requisite analysis involves determining whether the risk was previously disclosed or not, whether the realization was previously disclosable or not, determining whether revelation of the realization was a corrective fraud-related disclosure or alternatively confounding information, and applying valuation tools to assess the valuation impact of the revelation if it truly was confounding information. Dr. Lehn does not contend that this

---

[72] Lehn Report, ¶64.

[73] Lehn Report, ¶64.

[74] Lehn Report, ¶69.

[75] Feinstein Report, ¶147.

analysis is impossible, or that the damage methodology cannot accommodate it. Rather, he merely suggests that one may do it incorrectly.[76] He does admit that the analysis requires a full development of the record.[77]

### 5. Linking Corrective Disclosure Price Declines to Specific Misrepresentations

69. Dr. Lehn erroneously opines that I must establish that the proposed damages methodology must disaggregate prices declines elicited by corrective disclosures such that every individual misrepresentation and omission is linked to a specific quantified price decline, and every portion of the price decline is attributed to a specific individual misrepresentation or omission.[78]

70. Dr. Lehn's criticism is misguided. Disaggregating the price decline elicited by a corrective disclosure so that damages, once computed by the damages methodology, can be attributed to specific individual misrepresentations and omissions, is usually unnecessary. If this disaggregation is necessary, however, there are a variety of ways to accomplish the task, depending on the nature of the various alleged misrepresentations and omissions. Assessment of the linkages between misrepresentations and corrective disclosures is loss causation analysis that I regularly perform in securities cases at a later stage in the litigation. Such analysis, if necessary, when done at the appropriate stage of the litigation, is common for all Class members. I performed such an analysis in the *Wells Fargo* matter:

> "Concluding from the disaggregation analysis, the fraud-related CPI corrective disclosures caused the Wells Fargo stock price to decline $1.39 per share on 28 July 2017, and an additional $0.55 per share on 4 August 2017. The fraud-related GAP insurance corrective disclosure caused the Wells Fargo stock price to decline $0.22 per share on 4 August 2017. The remaining $0.28 per share of residual stock price decline on 4 August 2017 was caused by non-fraud-related confounding information."
> **Report On Loss Causation and Damages Professor Steven P. Feinstein, Ph.D., CFA, *Purple Mountain Trust, vs. Wells Fargo & Company, et al.*, No. 3:18-cv-03948-JD, dated 20 September 2021, ¶160.**

---

[76] Lehn Deposition at 78:12-24.

[77] Lehn Report, ¶63.

[78] Lehn Report, ¶¶55-57.

71.   If asked, I would conduct a similar loss causation analysis in this case.

### 6.   A Disclosure Need Not Exactly Mirror the Misrepresentation it Corrects

72.   Dr. Lehn contends that execution of the damage methodology could potentially be complicated if the corrective disclosures do not mirror closely the alleged misrepresentations.[79] Dr. Lehn fails to appreciate that a corrective disclosure can come in many forms and need not be a mirror image announcement refuting the prior misrepresentation. A corrective disclosure can be a development that is inconsistent with previously misrepresented conditions. By being starkly inconsistent with prior misrepresentations, such an event would inform the market that what they previously were led to believe was false. Moreover, each corrective disclosure may pertain to multiple misrepresentations, and conversely, multiple misrepresentations can be incrementally corrected by each corrective disclosure.

73.   Dr. Lehn's criticism that implementation of the out-of-pocket damage methodology is complicated when disclosures are not mirror images of misrepresentations is consequently misguided. Moreover, Dr. Lehn does not dispute that the potential issues he raises apply commonly for all investors if they apply at all.

### 7.   Analysts Use the Standard Valuation Tools Referenced in the Feinstein Report to Value Cardinal Continuously

74.   Dr. Lehn contends that my presentation of the damages methodology was insufficient because I purportedly did not identify valuation tools that could be brought to bear to construct the inflation ribbon if valuation complexities are encountered. To the contrary, the Feinstein Report does provide a list of valuation tools and techniques that could be applied to augment the event study should specific valuation issues complicate the quantification of inflation in this case.[80] As detailed in the Feinstein Report, those tools include, but are not limited to, the following:

---

[79] Lehn Report, ¶74.

[80] Feinstein Report, ¶146.

> "Valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation and quality of accounting. In addition, forensic analysts have the added benefit of being able to use event study analysis, which quantifies the price effects that occurred when information did reach the market."
> **Feinstein Report, ¶146.**

75. The valuation exercise that may be necessary to construct the inflation ribbon if complexities are encountered is essentially the same as the valuation analysis conducted by innumerable finance professionals who value all publicly traded securities every day. Finance professionals value all financial assets given the current set of facts, but also frequently assess what valuations might be under a broad range of alternative scenarios. The field of valuation analysis is exactly this endeavor, determining the appropriate valuation of an asset under a specific set of facts, and alternative or changing facts. The valuation work that may be necessary to implement the out-of-pocket damages methodology if complexities are encountered has at its disposal the full set of tools and techniques comprised by the rich field of valuation analysis.

76. Numerous analysts following Cardinal employed valuation tools and techniques I identified, i.e., DCF models, Price/Earnings multiple ("P/E"), Enterprise Value/Sales multiple ("EV/Sales"), and Enterprise Value/Earnings Before Interest, Tax, Depreciation and Amortization ("EV/EBITDA").

28

"We use a five-year discounted cash flow analysis as our primary valuation method to derive our 12-month price target. We generally assume a 10% discount rate but may apply appropriate adjustments depending on company and/or industry specific factors. We also assume a terminal growth rate that is dependent on our long-term view of the specific sub-industries under coverage. We note our discount rate assumption could be viewed as conservative relative to the actual weighted average cost of capital, but we view our 10% assumption as reasonable over the long run. Lowering our discount rate assumption or increasing our terminal growth rate assumption would lead to a higher estimated value per share. As a secondary measure, we look at the forward P/E multiple and EV/Sales ratio implied by our DCF analysis and compare that to historical averages."

**"Takeaways from Dinner with Management at Cowen Health Care Conference," by Charles Rhyee et al., Cowen, analyst report, 4 March 2015, p. 3.**

"Our PT is $97 and assumes shares of our CAH can trade at roughly 8.9x times our C2017 EV/EBITDA estimate of $3.9B. In valuing the drug distributor stocks and Cardinal Health, we primarily utilize EV/EBITDA multiples to assess the risk/reward profile of the individual stocks and the group as a whole."

**"4Q16 EPS Tops Consensus, FY17 View Passes Muster," by Robert Willoughby et al., Credit Suisse, analyst report, 2 August 2016, p. 5.**

"Our valuation is based on a blend of comparable trading multiples (P/E) and DCF and equates to ~14.5x our CY18 EPS estimate, a ~1-2x discount to recent averages given the growth uncertainty."

**"EPS Beat Aided by Tax Benefit, with Initial FY18 EPS below Consensus," by Michael Cherny et al., UBS, analyst report, 2 August 2017, p. 1.**

"The stock is trading at ~9.8x our C2019E EPS estimate of $5.35, which is well below its 5-year historical NTM P/E average of ~15x. Relative to C2019E EPS CAH (~10x) is trading below MCK (11.0x) and below ABC which is trading at ~12.1x. Over the next 12 months, we expect CAH shares to trade at ~12.2x our C2019E EPS of $5.35 which would put the stock at $65 (from $75)."

**"Cordis Woes Unlikely to Spread, F2019 Guide is a Clearing Event; PT to $65," by David Larsen et al., Leerink, analyst report, 3 May 2018, p. 3.**

"Our Cardinal Health 12-month target price of $65 equates to a 12x multiple of CY18 EPS of $5.44, up 11% from the current price. We note that this is at a discount to our MCK and ABC target multiples at 14.5x and 15.5x, respectively."

**"Initiating Coverage at Hold, Price Target of $65 (10% upside)," Eric Percher et al., Nephron analyst report, 1 December 2017, p. 5.**

29

77. These tools and techniques, properly applied, would accurately measure and accommodate any potential adjustments to inflation. As explained above, the forensic analyst conducting a loss causation analysis would have all of the valuation tools available to analysts and investors in real time, plus the added benefit of event study analysis. As such the selection of specific tools that could be brought to bear on such issues would be directly informed by the evidence. Disaggregation of simultaneous effects could be handled with the same valuation tools.

78. Dr. Lehn's requirement that any proposed damage methodology must identify at this stage which specific valuation tools would be used to accommodate every potential valuation complexity when refining the inflation ribbon, and which would not, is untenable. It is also unnecessary as the field of valuation analysis is rich enough, and the array of valuation tools is broad enough, to conclude confidently that any particular valuation complexity can be handled. Dr. Lehn's requirement is erroneous also because the out-of-pocket damage methodology is fully specified even without the identification of which exact valuation tool would be marshalled to address every potential complexity that might arise.

79. Indeed, Dr. Lehn has not identified the appropriate or inappropriate valuation tools for the instant case.[81] Nor can he identify any plaintiff that has ever provided the type of detail he is demanding at the class certification stage.[82]

### 8. Dr. Lehn Does Not Dispute that the Proposed Damages Methodology and Proper Financial Analysis Can Handle All Complexities He Cites

80. Undercutting almost all of his criticisms, Dr. Lehn admitted during his deposition that the complexities he identified in the Lehn Report are not impossible to overcome, depending on the facts and circumstances uncovered as the factual record is established. He specifically stated that it is not his opinion that the damage analysis is impossible when the complexities of confounding information and time-varying inflation arise.

---

[81] Lehn Report, ¶87; and Lehn Deposition at 224:2-7.

[82] Lehn Deposition at 280:4-13.

"Q When these type of complexities arise in securities fraud litigation, such as confounding information, time-varying inflation, the complexities that you identify, is it your opinion that it makes any potential valuation or damages analysis impossible?

A No. I think, again, depends upon the facts and circumstances. It depends on the nature of the complexity;p the availability of data. It may well be that some of those complexities can be dealt with in a reliable way, but it also may be that some of them cannot. And it just depends upon the facts, circumstances, and -- and the nature of the complexities."

**Lehn Deposition at 78:12-24.**

## V.    LIMITING FACTORS AND OTHER ASSUMPTIONS

81.    This report is furnished solely for the purpose of court proceedings in the above- referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

31

**Exhibit-1**
**Documents and Other Information Considered**

**CASE DOCUMENTS**

- Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D, CFA, dated 24 March 2022 (and all data and documents cited therein).
- Transcript of Videotaped Deposition of Steven P. Feinstein, Ph.D., CFA, dated 5 May 2022.
- Expert Rebuttal Report of Kenneth M. Lehn, dated 3 June 2022.
- Transcript of Remotely Conducted Videotaped Deposition of Kenneth M. Lehn, 1 July 2022.

**ANALYST REPORTS**

- Analyst reports, 10 January 2013 through 28 January 2019, obtained from Plaintiff's counsel, in the following files:
  - CAH-SDOH2.19-cv-3347-00386623
  - CAH-SDOH2.19-cv-3347-00387296
  - CAH-SDOH2.19-cv-3347-00390759
  - CAH-SDOH2.19-cv-3347-00391735
  - CAH-SDOH2.19-cv-3347-00393126
  - CAH-SDOH2.19-cv-3347-00393138
  - CAH-SDOH2.19-cv-3347-00393245
  - CAH-SDOH2.19-cv-3347-00394568
  - CAH-SDOH2.19-cv-3347-00395094
  - CAH-SDOH2.19-cv-3347-00398954

**ACADEMIC AND PROFESSIONAL LITERATURE**

- "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of *the Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.
- "Industry and Company Analysis," by Mathew Coffina, Anthony Fiore, et al, in Equity Investments, *CFA Institute*, 2021, pp. 367-368.
- "The Cost to Firms of Cooking the Books," by Jonathan M. Karpoff et al., *Journal of Financial and Quantitative Analysis*, vol. 43, no. 3, 2008, pp. 581-612.
- "Markets with Asymmetric Information: The Contributions of George Akerlof, Michael Spence and Joseph Stiglitz," by Karl-Gustaf Lofgren et al., *The Scandinavian Journal of Economics*, vol. 104, no. 2, 2002, pp. 192-211.

**Exhibit-1**
**Documents and Other Information Considered**

**OTHER LEGAL CASE DOCUMENTS**

- Order Denying Motion for Summary Judgement, *In re Twitter, Inc. Securities Litigation*, 2020 WL 4187915 (N.D. Cal. 17 April 2020).
- Expert Report of Kenneth M. Lehn, *Eric Silverman vs. Motorola, Inc., et al.*, No. 1:07-cv-04507, 10 October 2010.
- Report of Professor Steven P. Feinstein, Ph.D., CFA, *Mary K. Jones vs. Pfizer Inc.*, No. 1:10-cv-03864-AKH, 10 June 2014.
- Report of Professor Steven P. Feinstein, Ph.D., CFA, *Plumbers & Pipefitters National Pension Fund vs. Michael J. Burns and Robert C. Richter*, No. 3:05-cv-07393-JGC, 4 August 2014.
- Report On Loss Causation And Damages Professor Steven P. Feinstein, Ph.D., CFA, *Marvin Pearlstein, vs. Blackberry Limited (formerly known as Research In Motion Limited)*, No. 1:13-CV-7060-CM-KHP, 29 May 2020.
- Report On Loss Causation and Damages Professor Steven P. Feinstein, Ph.D., CFA, *Purple Mountain Trust, vs. Wells Fargo & Company, et al.*, No. 3:18-cv-03948-JD, 20 September 2021.

**OTHER**

- Any other documents cited in the report.

**Exhibit-2**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided Since the Feinstein Market Efficiency Report**

In Re Gannett Co., Inc. ERISA Litigation
Civil Action No. 1:18-cv-00325-AJT-JFA
United States District Court
Eastern District of Virginia
Alexandria Division
Deposition Testimony
May 2022

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
July 2022

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN Defendants. | File No. 1:13-CV-7060-CM-KHP |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

MAY 29, 2020

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**TABLE OF CONTENTS**

I.     SCOPE OF PROJECT AND REPORT ............................................................1

II.     CONCLUSIONS.............................................................................................2

III.    PLAINTIFFS' ALLEGATIONS AND SUMMARY OF
       MISREPRESENTATIONS AND OMISSIONS ..............................................7

IV.    FACTUAL BACKGROUND...........................................................................13

     A.    About the Company ..................................................... ...............................13

     B.    Timeline of Events......................................................................................14

          1.    Pre-Class Period Events..............................................................14

          2.    28 March 2013: BlackBerry Announces Results for Q4 FY2013 .............25

          3.    11 April 2013: Detwiler Fenton and ITG Issue Reports on Demand
              and Customer Reception of the BlackBerry 10 .........................................30

          4.    12 April 2013: BlackBerry Responds to the Reports and Reiterates
              Alleged Misrepresentations ..................................... ...............................34

          5.    29 April 2013: CEO Heins Reassures at Milken Institute Global
              Conference .................................................................................................36

          6.    28 June 2013: BlackBerry Announces Q1 FY2014 Results.......................36

          7.    18 July 2013: Executives Discuss Sale of Company Before the
              Market Learns of The Failure of BlackBerry 10 ......................................46

          8.    12 August 2013: BlackBerry Announces It Will Explore Strategic
              Alternatives ...............................................................................................47

          9.    20 September 2013: BlackBerry Announces Preliminary Financial
              Results for Q2 2014 ...................................................................................49

          10.   Post-Class Period Events ...........................................................................52

V.     MARKET EFFICIENCY.................................................................................55

     A.    Definition Of Market Efficiency.................................................................55

     B.    Market Efficiency Indicia and Assessment Methodology .....................................57

          *1.*    The *Cammer* Factors..................................................................57

          2.    The *Krogman* Factors .................................................................59

VI.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR BLACKBERRY
       STOCK .......................................................................................................60

     A.    Trading Volume .........................................................................................61

     B.    Analyst Coverage and Other Avenues of Information Dissemination ..................61

          1.    Analyst Coverage.......................................................................61

          2.    Institutional Ownership and Buy-Side Analysis.......................................63

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

   3. News Coverage ............................................................................ 63
   C. Market Makers and Listing on the NASDAQ Exchange ........................ 64
   D. F-10 Registration Eligibility ............................................................ 65
   E. *Krogman* Factors .......................................................................... 67
      1. Market Capitalization ............................................................ 67
      2. Float ................................................................................... 67
      3. Bid-Ask Spread .................................................................... 68
EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY ............................ 69
   F. Event Study Test of Market Efficiency ............................................. 70
      1. A Caveat About Non-Significant Price Movements ................... 71
      2. Selection of Event Study Events ............................................ 72
      3. Isolating the Impact of Company-Specific Information ............. 80
      4. *t*-Test ................................................................................. 83
   G. Event Study Results ..................................................................... 84
      1. Event Study Results: 11 April 2013 ....................................... 84
      2. Event Study Results: 28 June 2013 ....................................... 84
      3. Event Study Results: 12 August 2013 .................................... 85
      4. Event Study Results: 20 September 2013 ............................... 85
   H. Event Study Summary ................................................................... 85
   I. Collective Tests Of Market Efficiency .............................................. 86
      1. Tests of Event Return Dispersion .......................................... 86
      2. F-Test and Ansari-Bradley Test of Event Return Dispersion ..... 88
VII. MARKET EFFICIENCY SUMMARY ......................................................... 90
VIII. PRICE IMPACT .................................................................................. 91
   A. Definition and Principles ............................................................... 91
   B. Analytic Methodology ................................................................... 91
   C. Evidence and Analysis .................................................................. 92
   D. Front End Impact and the Maintenance Principle .............................. 94
IX. LOSS CAUSATION .............................................................................. 96
   A. Definition and Analytical Methodology ............................................ 96
   B. Loss Causation Analysis ................................................................ 97
      1. 11 April 2013: Corrective Disclosure and Statistically Significant
         Stock Price Decline ............................................................. 98

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

2.      28 June 2013: Corrective Disclosure and Statistically Significant Stock Price Decline ................................................................. 109

3.      20 September 2013: Corrective Disclosure and Statistically Significant Stock Price Decline ............................................. 121

X.     DAMAGES ........................................................................................ 134

    A.     Damages Analysis ....................................................................... 135

      1.      Per Share Damages Caused by the 11 April 2013 Corrective Disclosure ............................................................ 135

      2.      Per Share Damages Caused by the 28 June 2013 Corrective Disclosure ............................................................ 136

      3.      Per Share Damages Caused by the 20 September 2013 Corrective Disclosure ............................................................ 140

    B.     Artificial Inflation Ribbon ......................................................... 142

    C.     Per Share Damages Formula ...................................................... 143

      1.      Shares Purchased From 28 March 2013 Through 10 April 2013 ........... 143

      2.      Shares Purchased From 11 April 2013 Through 27 June 2013 .............. 144

      3.      Shares Purchased From 28 June 2013 Through 11 August 2013 ........... 144

      4.      For Each Share Purchased From 12 August 2013 Up to The Trading Halt On 20 September 2013 ...................................................... 144

XI.    LIMITING FACTORS AND OTHER ASSUMPTIONS ................................................. 145

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## I.  SCOPE OF PROJECT AND REPORT

1.  In my expert report dated 11 May 2018 ("Initial Feinstein Report"), I examined the market for the common stock of BlackBerry Limited ("BlackBerry" or the "Company"), in particular the factors that are generally accepted as indicative of the efficiency of the market in which a security trades. Based on my analysis of those factors, I concluded that the common stock of BlackBerry traded in an efficient market during the period from 28 March 2013 through 20 September 2013, inclusive (the "Class Period").

2.  In the Initial Feinstein Report, I showed that each of the *Cammer* and *Krogman* factors supports a finding that BlackBerry stock traded in an efficient market.[1] Event study analysis showed that BlackBerry stock demonstrated market efficiency by reacting promptly to new Company-specific information as it entered the market.[2] Reacting promptly to new material information is the hallmark of an efficient market.

3.  I further explained in the Initial Feinstein Report that Section 10(b) damages for all Class Members could be computed using a common methodology, the standard out-of-pocket damage model typically applied in Section 10(b) class action securities cases.[3]

4.  Following the Initial Feinstein Report, I submitted a rebuttal report dated 9 October 2018 ("Feinstein Rebuttal Report"). The Feinstein Rebuttal Report addressed the price impact arguments in the Expert Report of Lucy P. Allen, dated 10 August 2018 (the "Allen Report"), submitted by Defendants in this matter.[4] The Allen Report focused on analyzing "price impact of the specific alleged misrepresentations made on March 28, 2013, April 12, 2013, June 28, 2013 and August 12, 2013."[5]

5.  Subsequently, I was asked by Plaintiffs' counsel to determine whether investors who purchased BlackBerry stock during the Class Period suffered losses as a result of

---

[1] Initial Feinstein Report, ¶¶17-19.

[2] Initial Feinstein Report, ¶18.

[3] Initial Feinstein Report, ¶20 and ¶158.

[4] Allen Report, ¶1.

[5] Allen Report, ¶1.

1

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Defendants' alleged misrepresentations and omissions.[6] I was also asked to quantify compensable damages ("Damage(s)") sustained, if any, on a per share basis. This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share Damages.

6.      Because market efficiency is relevant to the loss causation inquiry, I was asked by counsel for Plaintiffs to present in this report the market efficiency analyses, findings, and conclusions of the Initial Feinstein Report, which showed that BlackBerry stock traded in an efficient market throughout the Class Period.

7.      I was asked also to consider, given the facts and analytic findings in this case, whether or not an argument that the alleged misrepresentations and omissions had no price impact is tenable.

8.      The documents I reviewed and relied upon in the course of this engagement, in addition to those cited in my earlier reports, are listed in Exhibit-1. My credentials and compensation are presented in the Initial Feinstein Report, as is a list of testimony I provided within the four years preceding that report. My curriculum vitae is attached as Exhibit-2. Testimony I have provided in the last four years from the date of this report is listed in Exhibit-3.

9.      My work on this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work in this matter.

II.     **CONCLUSIONS**

10.     BlackBerry stock satisfied all of the *Cammer* and *Krogman* factors, which, consistent with financial economic principles and empirical research, indicate market efficiency. BlackBerry stock satisfied these factors by wide margins.

11.     Event study analysis proves that there was a cause and effect relationship between the release of new, Company-specific information and movements in BlackBerry's stock

---

[6] I have assumed Plaintiffs will be able to prove their factual allegations. *See*, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence,* 3rd Edition, 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful.")

2

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

price. Additional statistical tests examining the behavior of BlackBerry stock on earnings announcement dates collectively further indicate that BlackBerry stock responded to new Company-specific information throughout the Class Period. These empirical analyses prove that BlackBerry stock demonstrated market efficiency during the Class Period.

12. Based on the foregoing, I conclude that BlackBerry stock traded in an efficient market over the course of the Class Period.[7]

13. I understand that Defendants may attempt to challenge the common reliance of all Class Members on the alleged misrepresentations and omissions by arguing that the misrepresentations and omissions had no impact on the price of BlackBerry stock on which all Class Members necessarily relied. But this argument is untenable given the facts of this case and how BlackBerry stock reacted significantly to corrective disclosures.

14. The stock price fell dramatically when disclosures corrected the alleged misrepresentations and omissions. The stock price declined 8.32%, 32.46%, and 18.15%, corresponding to -$1.17, -$4.01, and -$1.75, in response to Company information on 11 April 2013, 28 June 2013, and 20 September 2013, respectively, the corrective disclosure dates in this case. These declines are statistically significant at the 97.2%, 99.9% and 99.9% confidence levels. Given these facts and other facts of this case, it is impossible to argue validly that the stock price declines were not caused, at least in part, by the correction of the misrepresentations and omissions. An argument for no price impact is untenable in this case.

15. The alleged misrepresentations and omissions caused investor losses. The alleged misrepresentations and omissions caused the market consensus about the prospects for BlackBerry 10 to be more optimistic throughout the Class Period than what the consensus would have been had there been no misrepresentations and omissions. The alleged misrepresentations and omissions concealed from analysts and investors that consumer demand for BlackBerry 10 was poor, carrier feedback and support were weak, the

---

[7] As explained in the Feinstein Rebuttal Report, Ms. Allen does not dispute my conclusion in the Initial Feinstein Report that BlackBerry common stock traded in an efficient market throughout the Class Period. (Deposition of Lucy Allen, at 109:11-14). In fact, Ms. Allen assumes the market for BlackBerry stock was efficient throughout the Class Period. (Allen Report, ¶26.)

3

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

devices were priced too high, and customer reception and sales of the BlackBerry 10s were below both market expectations and BlackBerry's own expectations. Had analysts and investors been provided this allegedly concealed or misrepresented information sooner, market participants would have understood sooner that the BlackBerry 10 would not be successful, and investment into the project would negatively affect the Company's valuation.

16. Some analysts were pessimistic about the project from the outset and were not swayed to optimism by the company's alleged misrepresentations and omissions. Their negative hypotheses ran contrary to the Company's positive representations. For example, the Canaccord Genuity analyst expressed little hope and assigned a low valuation to the handset business project on 28 March 2013.[8] But the unswayed analysts were in the minority. The majority of analysts incorporated the company's positive and optimistic representations into their valuations. Full and accurate disclosure at the start of the Class Period would have driven the undue optimism of analysts and investors to realistic pessimism. With full and accurate disclosure instead of alleged misrepresentations and omissions, the optimistic camp would have been vacated at the start of the Class Period, just as is was at the end.

17. The market learned the truth about the weak demand for the BlackBerry 10 devices and the dismal prospects for BlackBerry 10 through a series of three corrective disclosure events. The residual declines attributable to the corrective disclosures, which appropriately revised analysts' and investors' expectations, equals the dollar value of the market's prior overvaluation of BlackBerry stock that was caused by the alleged misrepresentations and omissions.

18. Event study analysis, which considered and accounted for potentially confounding information, establishes that the alleged misrepresentations and omissions introduced and maintained artificial inflation in the price of BlackBerry stock, and corrective disclosures caused stock price declines and investor losses. Event study analysis, coupled with analysis accounting for potential confounding information, proves that the disclosures of

---

[8] "Initial BB10 Sell-In and Tax Recovery Drive Solid Q4/F2013 Results; Cautious Long-Term BB10 Thesis Unchanged," by T. Michael Walkley, et al., Canaccord Genuity, analyst report, 28 March 2013, p. 6.

4

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

the previously misrepresented and concealed truths caused the BlackBerry stock price to fall on 11 April 2013, 28 June 2013, and 20 September 2013.

19. The event study and other financial analysis therefore proves that the alleged misrepresentations and omissions caused BlackBerry's stock price to be artificially inflated, buoying the price to be above what it otherwise would have been. By maintaining the price of the stock, keeping it from falling when it otherwise would have, the misrepresentations and omissions introduced and maintained artificial inflation.

20. Corrective disclosures dissipated the artificial inflation, sending the stock price down and thusly causing investor losses. The alleged misrepresentations and omissions therefore caused investor losses. This loss causation conclusion is based on fundamental principles of finance and valuation, Company statements, internal Company documents, testimony, news articles, analyst reports, and event study analysis.

21. While the event study results and other facts of this case render an argument that there was no price impact untenable, the loss causation analysis affirmatively proves that the alleged misrepresentations and omissions did impact the price BlackBerry stock.

22. Based on the event study focusing on 11 April 2013, and considering potentially confounding information, I have determined that the 11 April 2013 partially corrective disclosure caused the stock price to decline $1.17 per share that day, net of artificial inflation reintroduced by the Company's allegedly false and misleading denial also on that date.

23. Based on the event study focusing on 28 June 2013, and considering the valuation impact of confounding information also disseminated on that date, I have determined that the 28 June 2013 partially corrective disclosure caused the stock price to decline $3.91 that day.

24. Based on the event study focusing on 20 September 2013, and considering the valuation impact of potentially confounding information also disseminated on that date, I have determined that the 20 September 2013 final corrective disclosure caused the stock price to decline $1.75.

25. The damages sustained by investors as a result of the alleged misrepresentations and omissions is quantifiable. The three stock price declines precipitated by corrective disclosures were the dissipation of artificial inflation that was previously in the stock price as a result of the Company's misrepresentations and omissions. The sum total of

5

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

artificial inflation that dissipated from the BlackBerry stock price over the course of the Class Period amounts to $6.83 per share. Some of this artificial inflation was in the stock price since the start of the Class Period, while a portion entered subsequently.

26. Analysts commented that the corrective disclosures on 20 September 2013 reduced the attractiveness of the Company as an acquisition target. Therefore, up to $0.94 of the $1.75 per share value that exited the stock price on 20 September 2013 was the acquisition premium that had entered the stock price on 12 August 2013. To provide a conservative damages computation, I assumed that of the $1.75 per share artificial inflation that observably exited the stock on 20 September 2013, $0.94 per share entered the stock price as artificial inflation as recently as 12 August 2013, rather than having been embedded in the stock price from the start of the Class Period. The remaining $0.81 per share of artificial inflation preexisted in the stock price prior to 12 August 2013. This treatment of the acquisition premium that entered on 12 August 2013 and the artificial inflation that dissipated on 20 September 2013 is the most conservative treatment insofar as resulting in conservatively lower aggregate damages.

27. The corrective disclosures proved that the analysts who were most pessimistic at the start of the Class Period were right. Had complete and truthful disclosure replaced the alleged misrepresentations at the start of the Class Period, not only would analysts and investors have understood then that the prospects for BlackBerry 10 were dismal such that it did not deserve a positive valuation, but analysts and investors would have also learned that the Company's commitment to expend Company cash and resources on the losing project despite the dismal prospects was errant, such that the project's true value was negative. All of this is what was precisely learned later via the corrective disclosures.

28. Consequently, $5.89 per share of artificial inflation, which equals the total $6.83 per share of artificial inflation that exited the stock price on the corrective disclosure dates, less the $0.94 per share that entered on 12 August 2013, was in the BBRY stock price as of 28 March 2013, the start of the Class Period.

29. Any investor who purchased BlackBerry stock during the Class Period, and held that stock beyond a corrective disclosure, suffered a loss that was caused by the misrepresentations and omissions. Per share damages range up to $5.89 per share, depending on the timing of the stock purchase and sale.

6

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

III. **PLAINTIFFS' ALLEGATIONS AND SUMMARY OF MISREPRESENTATIONS AND OMISSIONS**

30. Plaintiffs allege that during the Class Period, Defendants made materially false and misleading statements and omissions regarding the Company's new BlackBerry 10 platform relating to demand, carrier support, customer acceptance, reception, sales of and revenue reported for the devices, and returns of the devices, as well as the overall financial condition of BlackBerry.

31. Plaintiffs allege that, leading up to 28 March 2013, the first day of the Class Period, market participants had developed certain expectations for the demand, sales, and probability of success of the BlackBerry 10 platform to return BlackBerry to sustainable profitability. Plaintiffs allege that starting on 28 March 2013, Defendants fraudulently maintained the price of BlackBerry's stock by maintaining these expectations with a series of false and misleading statements and omissions of material fact, and otherwise prevented BlackBerry's stock price from falling with misrepresentations and omissions that concealed true adverse facts about BlackBerry 10's commercial performance and prospects. Plaintiffs allege that actionable misrepresentations took place on six dates: 28 March 2013, 11 April 2013, 12 April 2013, 29 April 2013, 28 June 2013, and 12 August 2013.

32. Plaintiffs claim that on 28 March 2013, in BlackBerry's fourth quarter fiscal year 2013 ("Q4 FY2013") earnings announcement and conference call, Defendants made misrepresentations and omissions comprising the following:

      i.     BlackBerry recognized revenue for shipments of "approximately 1 million BlackBerry 10 units"[9];

      ii.    BlackBerry represented that "two-thirds to three-quarters" of the Z10s shipped to date "already have sold through,"[10];

      iii.   BlackBerry's improper use of sell-in revenue accounting for BlackBerry 10 devices obscured the poor 4Q:13 sales of the Z10 and materially

---

[9] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[10] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters,* conference call, 28 March 2013, 8:00 AM, p. 12.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

increased recorded revenue; Facts analyzed under GAAP indicated that revenue for BlackBerry 10 devices should have been recognized on a sell-through basis;

iv. BlackBerry stated that "the Company return[ed] to profitability in the fourth quarter,"[11];

v. BlackBerry stated, "the initial early global demand for BES 10 has been better than anticipated, and our recent announcement of the largest single purchase order in our history for one million units is also indicative of a strong initial support in demand. As a result of this better-than-expected demand, production was increased in the latter part of the fourth quarter"[12];

vi. BlackBerry stated that "'customers love the [Z10] and the user experience,'"[13] while omitting that (a) BlackBerry's data showed that consumer scores were well-below expectations and what the Company felt was required to succeed, (b) that the reasons for the poor scores were strongly tied to a lack of applications and usability problems that were endemic to the entire BlackBerry 10 platform; and (c) that BlackBerry had observed unusually high return rates for the Z10 with certain carriers in both the UK and Canada;

vii. The Company stated that BlackBerry had "regained the confidence and excitement of our carrier distribution partners"[14];

viii. BlackBerry stated, "[w]e've just started selling in the US, and the launch is meeting our early expectations"[15];

---

[11] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[12] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM, p. 5.

[13] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[14] "Q4 2013 Research In Motion Limited Earnings Conference Call," Thomson Reuters, conference call, 28 March 2013, 8:00 AM, p. 4.

[15] "Q4 2013 Research In Motion Limited Earnings Conference Call," Thomson Reuters, conference call, 28 March 2013, 8:00 AM, p. 5.

8

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

    ix.    BlackBerry stated, "the launch of BlackBerry 10 in January 2013 marked the beginning of the organization's transition to becoming a leading mobile computing organization"[16];

    x.    BlackBerry concealed that the Company had justified the initial prices of the BlackBerry 10 devices using outmoded pricing studies that did not factor in the delayed launch of BlackBerry 10;

    xi.    BlackBerry stated that "55% of the Z10 customers globally are coming from platforms other than BlackBerry,"[17] but omitted that (1) this data came from Facebook, and (2) the Company's own data indicated a much lower percentage of Z10 purchasers were coming from other platforms, and the customers that did come from other platforms gave the Z10 significantly worse consumer scores.

33.    These alleged misrepresentations and omissions portrayed the launch and commercial performance of the BlackBerry 10 more positively than it was as of the start of the Class Period.

34.    On 11 April 2013, after the release of negative research reports by Detwiler Fenton and ITG, Defendants made the following representations, which Plaintiffs claim were false and misleading:

> "BlackBerry wishes to respond to media coverage today regarding speculation that there have been abnormally high levels of returns of BlackBerry Z10 devices. This is absolutely false. Our data shows that return rates for BlackBerry Z10 devices both in the U.S. and on a global basis are in line with or better than our expectations and are consistent with return rates for other premium smartphones in the market today."
> **"Subject: Statement in Response to Return Rates," from Heidi Davidson to Corporate Communications, internal Company email, 11 April 2013, 3:41 PM [BBPearlstein_00021862].**

---

[16] Research In Motion, Form 40-F, for the fiscal year ended 2 March 2013, filed 28 March 2013, p. 17

[17] "Q4 2013 Research In Motion Limited Earnings Conference Call," Thomson Reuters, conference call, 28 March 2013, 8:00 AM, p. 4.

9

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"BlackBerry says in e-mailed statement return rates for Z10 devices in the U.S. and globally are in line with or better than expectations.
\* Says return rates are consistent w/return rates for other premium smartphones
\* BB CN shrs pare earlier decline; down 6.8% after earlier falling as much as 10%
\* NOTE: Earlier, Detwiler Fenton said some 'key' U.S. retail partners seeing 'significant' increase in Z10 returns, with returns exceeding sales"
**"BlackBerry Says Claims of High Z10 Returns 'Absolutely False,'" by Hugo Miller and Beth Mellor, *Bloomberg*, 11 April 2013, p. 1.**

35. On 12 April 2013, further denying the Detwiler Fenton report findings, Defendants made the following alleged misrepresentations:

    i. "Sales of the BlackBerry® Z10 are meeting expectations"[18];

    ii. "[D]ata we have collected from our retail and carrier partners demonstrates that customers are satisfied with their devices"[19];

    iii. "Return rate statistics show that we are at or below our forecasts and right in line with the industry"[20];

    iv. that Detwiler Fenton's conclusions about Z10 return rates in the U.S. were "without basis," and "materially false and misleading"[21];

    v. that Verizon had "refuted" Detwiler Fenton's claims that "Z10 devices were being returned in unusually high numbers."[22]

36. Plaintiffs contend that the following statements made on 29 April 2013 by CEO Thorsten Heins were misrepresentations:

---

[18] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[19] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[20] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[21] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[22] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

10

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

    i.      "[o]ur data and also the Verizon data shows very clearly that we're totally in line within return rates," and that "[i]t varies from carrier to carrier the way they count it, but we are in line with the industry. Actually better than earlier BlackBerry launches were;"[23]

    ii.     that there were "very, very good first signs" of Q10 sales in the UK, and that BlackBerry "expect[ed] several tens of millions of units"[24] of Q10 devices.

37.    Plaintiffs claim that on 28 June 2013, in BlackBerry's Q1 FY2014 earnings announcement and conference call, Defendants made misrepresentations and omissions as follow:

    i.      Defendants again concealed poor demand and sell-through for BlackBerry 10 devices and materially overstated revenue by improperly recording revenue from BlackBerry 10 devices on a sell-in basis;

    ii.     Defendants stated, "the BlackBerry Z10 has been an effective launch product to showcase the renewed and reengineered BlackBerry 10 experience to both consumers and Enterprises"[25];

    iii.    BlackBerry stated that the BlackBerry 10 devices have been "well received because of the performance and quality of BlackBerry 10"[26];

    iv.    BlackBerry stated that when customers "get them in their hands, they seem to be really happy with what they see and what they can experience with the new user experience on BlackBerry."[27]

---

[23] "Blackberry's Heins on Q10, Z10 Phones and Strategy (Video)," *Triad Business Journal*, online video, https://www.bizjournals.com/triad/video/6082092366001, 29 April 2013.

[24] "Blackberry CEO: Expect Q10 By End of May," Fox Business, online video, https://video.foxbusiness.com/v/2337888172001/#sp=show-clips, 29 April 2013.

[25] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, p. 3.

[26] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 5.

[27] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 11.

11

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

38.     Plaintiffs claim that on 12 August 2013, when BlackBerry management announced that the Company had formed a special committee to explore strategic alternatives, Defendants made the following misrepresentations:

> "We continue to see compelling long-term opportunities for BlackBerry 10, we have exceptional technology that customers are embracing, we have a strong balance sheet and we are pleased with the progress that has been made in our transition."
> **"BlackBerry Board of Directors Announces Exploration of Strategic Alternatives,"** *Dow Jones Newswires*, **Company press release, 12 August 2013, 07:58 AM.**

39.     The truth concerning the BlackBerry 10's lack of demand, poor sales, poor consumer reception, and returns, and the consequent commercial and financial condition of the Company, which had been concealed by Defendants' misrepresentations, was revealed through three corrective disclosures:

  i.      11 April 2013: the publication of the Detwiler Fenton and ITG reports;

  ii.     28 June 2013: the Q1 FY2014 earnings announcement and conference call;

  iii.    20 September 2013: the preannouncement of BlackBerry's financial results for the second quarter of fiscal 2014.

40.     Plaintiffs allege that the misrepresentations and omissions served to fraudulently maintain an inflated price of BlackBerry stock throughout the Class Period, such that investors who bought the stock during the Class Period overpaid. Plaintiffs further allege that the corrective disclosures, which provided the market with the previously concealed truth, caused the artificial inflation to dissipate, thereby causing the stock price to decline, which resulted in investor losses. I was asked to investigate these allegations of loss causation and damages from the financial analytic perspective.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

IV.   **FACTUAL BACKGROUND**

A.   **About the Company**

41.   During the Class Period, BlackBerry operated in the wireless communications industry.[28] At the start of the Class Period, the Company offered a range of smartphones, tablets, support services, and features, including the BlackBerry Enterprise Service ("BES").[29] The Company generated revenue primarily through the sale of smartphones and tablets ("Hardware"), and services ("Service").[30] Prior to the end of Fiscal Year ("FY") 2013, BlackBerry launched its new BlackBerry 10 smartphones and BES 10.

42.   For FY2013 (which ended 2 March 2013) and FY2014 (which ended 1 March 2014), the Company reported revenues of $11.1 billion and $6.8 billion, respectively.[31] In FY2013 and FY 2014, Hardware accounted for 60.0% and 55.5% of the Company's revenue, respectively.[32] In FY2013 and FY2014, Service accounted for 35.3% and 39.6% of the Company's revenue, respectively.[33]

43.   Throughout the Class Period, the Company's stock was cross-listed and traded both on the NASDAQ Global Select Market ("NASDAQ") and the Toronto Stock Exchange ("TSX"), under the symbols BBRY and BB, respectively.[34,35]

---

[28] On 30 January 2013, before the start of the Class Period, the Company announced that it was changing its name from Research In Motion and "will now operate around the world under the iconic name BlackBerry, effective immediately." ("Research In Motion Changes Its Name to BlackBerry; Company Adopts Globally Recognized Brand, Consolidates to Single Brand Identity," *Marketwired*, Company press release, 30 January 2013, 11:04 AM.) On 9 July 2013, the Company's shareholders approved a special resolution to "change the Company's name from Research In Motion Limited to BlackBerry Limited." (BlackBerry Limited, Form 6-K, filed 12 July 2013.)

[29] Research In Motion Limited, Form 40-F for the fiscal year ended 2 March 2013, filed 28 March 2013, pp. 19-20.

[30] Research In Motion Limited, Form 40-F for the fiscal year ended 2 March 2013, filed 28 March 2013, p. 19.

[31] BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14. The Company's functional and reporting currency is the U.S. dollar. (BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, pp. 30 and 50). Unless otherwise indicated, all dollar amounts herein are quoted in USD.

[32] BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14.

[33] BlackBerry Limited, Form 40 -F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14.

[34] BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 9.

[35] Effective 4 February 2013, the Company changed its ticker from "RIM" to "BB" on the Toronto Stock Exchange and from "RIMM" to "BBRY" on the NASDAQ. ("Research In Motion Changes Its Name to BlackBerry; Company Adopts Globally Recognized Brand, Consolidates To Single Brand Identity," *Marketwired*, Company press release, 30 January 2013, 11:04 AM.)

13

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

44. On 28 March 2013, the start of the Class Period, BlackBerry's market capitalization (the aggregate value of all outstanding shares stood at $7.57 billion. At its Class Period peak, on 30 April 2013, BlackBerry's market capitalization (the aggregate value of all outstanding shares) was $8.54 billion.[36] By the close of trading on 20 September 2013, the Company's market capitalization had fallen to $4.58 billion.

45. On the first day of the Class Period, BlackBerry's stock price closed at $14.45.[37] The stock price peaked during the Class Period at $16.29 on 30 April 2013. By the close of trading on 20 September 2013, BlackBerry's stock price had fallen to $8.73 per share. Over the course of the Class Period, BlackBerry's stock fell $5.72 per share, from $14.45 to $8.73, a decline of 39.60%. From its Class Period peak of $16.29 per share, the stock price fell $7.57, a decline of 46.44%.

### B.    Timeline of Events

46. A review of the following events provides context for understanding Plaintiffs' allegations and the Company's condition prior to and during the Class Period.

### 1.    Pre-Class Period Events

47. Years prior to the start of the Class Period, BlackBerry was a leader in the smartphone industry. At the end of 2009, BlackBerry held approximately 42% of the U.S. smartphone market while competitors such as Apple and Microsoft held only 25% and 18%, respectively.[38] By early 2011, BlackBerry's market share had fallen to approximately 27% while competitors such as Apple and Android continued to increase their share.[39]

---

[36] Shares outstanding data obtained from Company SEC filings.

[37] Stock price data obtained from CRSP.

[38] https://digital.hbs.edu/platform-digit/submission/the-rise-and-fall-and-rise-again-of-blackberry/

[39] https://www.computerworld.com/article/2508787/android-passes-blackberry-in-u-s--smartphone-survey html

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> a.    *October 2011: Company Announces Plan to Develop and Transition to BlackBerry 10*

48.    In October 2011, BlackBerry announced the upcoming new BlackBerry 10 mobile platform, known at the time as BBX. [40] The BlackBerry 10 platform was aimed at making the Company's devices "more formidable competitors to Apple and Google devices."[41] Comments at the time from market participants touched on the notion that BlackBerry would need a new line of industry-leading hardware if it hoped to attract consumers back to the BlackBerry brand and win back market share.

> "At a developers conference in San Francisco, the Canadian company said on Tuesday it would install its new BBX platform in next-generation devices but provided no timetable. BBX would replace the antiquated software that now powers the BlackBerry with a package built around the QNX system, already on the PlayBook. RIM wants to stop a growing consumer preference for the faster and more intuitive Apple devices and those powered by Google's Android.
>
> Developers had a muted initial reaction to the announcement, and many were hoping RIM had opened the conference by taking the wraps off a splashy new line of hardware. 'BBX could potentially be exciting, but I was honestly expecting a bigger announcement. There was nothing revolutionary,' said Dave Lane, a software developer for Metova, a small firm based in Tennessee. 'In terms of hardware and performance in general, I just don't feel like (the BlackBerry is) on par with Android devices.'"
> **"RIM Unveils Software System for BlackBerry, PlayBook,"** *Reuters News*, **18 October 2011, 12:17 PM.**

---

[40] The Company was forced to change the name of BBX to BlackBerry 10 due to trademark infringement. ("BlackBerry Maker RIM Ordered Not to use BBX Trademark at Singapore Conference," *Internet Business News*, 7 December 2011.)

[41] "Update 4-RIM Aims to Rebuild New Franchise on New BBX Platform," *Reuters News*, 18 October 2011, 12:17 PM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> b.      *December 2011 and June 2012: BlackBerry Delays the Release of BlackBerry 10 Smartphones Until the First Quarter of Calendar 2013*

49.     During a preannouncement of Q3 FY2012 earnings, the Company announced that BlackBerry 10 devices (i.e., smartphones) would not be available until the second half of 2012; previously, the phones had been expected in early 2012.[42] Six months later, in June 2012, BlackBerry announced that the BlackBerry 10 devices were again delayed and were now not expected until the first quarter of CY2013.[43]

> c.      *August and September 2012: Internally at the Company, BlackBerry Sets Expectations for BlackBerry 10 Device Sales*

50.     During August and September 2012, JPMorgan and RBC Capital Markets prepared presentations for BlackBerry management depicting scenarios for the future commercial and financial performance of the Company.[44] In the materials for a 3 August 2012 presentation, JPMorgan and RBC Capital Markets presented "base case," "Wall Street low case," and "worst-case" or "Zero Cash case" scenarios, as requested by BlackBerry management.[45] In the base case scenario, JPMorgan and RBC Capital Markets projected BlackBerry 10 sales of 3.2 million units in Q4 FY2013 and an additional 4.9 million units in Q1 FY2014.[46]

51.     As shown in a presentation document dated 17 August 2012, BlackBerry management asked JPMorgan and RBC Capital Markets to assume for the worst-case scenario that the "BB10 L-series [Z10] launches with 1mm units (Q4 FY13) and subsequent launches

---

[42] "BlackBerry 10 Moved to Later Half of 2012: RIM Now Expects to Ship the New BB 10 Devices in the Later Half of 2012 vs. 'Early' 2012." ("Q3: Sell-Through and Guidance Disappoint," by Daniel Chan, et al., Scotia Capital, analyst report, 16 December 2011, p. 1.)

[43] "RIM results were well below consensus across the board and we expect them to get worse as the new BB10 launch is delayed from October to Q1CY13. In the interim subs, ARPU and cash are the key metrics." ("It Gets Worse Before It Gets Better," by Tim Long, et al., BMO Capital Markets, analyst report, 29 June 2012, pp. 1 and 3.)

[44] "Discussion Materials," by JPMorgan and RBC Capital Markets, draft presentation, 17 August 2012, p. 17 [BBPearlstein_00652327-50 at 45]; and "Radar Stress Test Analysis," by JPMorgan and RBC Capital Markets, working draft, 3 August 2012, p. 2 [BBPearlstein_00059572-92 at 75].

[45] "Radar Stress Test Analysis," by JPMorgan and RBC Capital Markets, working draft, 3 August 2012, pp. 1-4 [BBPearlstein_00059572-92 at 74-77].

[46] "Radar Stress Test Analysis," by JPMorgan and RBC Capital Markets, working draft, 3 August 2012, p. 2 [BBPearlstein_00059572-92 at 75].

16

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

achieve a maximum of 2mm units in launch quarter," whereas in the base case, the BB10 L-series would launch with sales of 3mm units.[47]

52.    As shown in Table-1 below, JPMorgan and RBC Capital Markets also presented a "Management Base Case" and an "Industry Case", which offered a side-by-side comparison of BlackBerry 10 sales expectations from the Company compared to sales that would be expected based on current industry conditions and trends.

Table-1: Expected Sales of BlackBerry 10 Devices

| | BB10 Units Sold (mm) | |
|---|---|---|
| | Management Base Case | Industry Case |
| Q4 2013 | 3.2 | 3.2 |
| **FY2013** | **3.2** | **3.2** |
| Q1 2014 | 4.9 | 2.4 |
| Q2 2014 | 7.8 | 3.9 |
| Q3 2014 | 9.2 | 4.6 |
| Q4 2014 | 8.0 | 4.0 |
| **FY2014** | **29.8** | **15.0** |
| **FY2015** | **54.6** | **27.0** |

*a.    12 November 2012: BlackBerry Schedules Launch Event for BlackBerry 10 and First Two BlackBerry 10 Smartphones*

53.    On 12 November 2012, BlackBerry issued a press release announcing that the Company "will hold its BlackBerry® 10 launch event on January 30th, 2013."[48] The Company explained that the launch event "will mark the official launch of its new platform - BlackBerry 10," and will serve as "the unveiling of the first two BlackBerry 10 smartphones."[49]

---

[47] "Discussion Materials," by JPMorgan and RBC Capital Markets, draft presentation, 17 August 2012, p. 15 [BBPearlstein_00652327-50 at 43].

[48] Research In Motion Limited, Form 6-K, filed 13 November 2012.

[49] Research In Motion Limited, Form 6-K, filed 13 November 2012.

17

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> b.   *21 December 2012: BlackBerry Announces It Will Not Charge*
> *Monthly Infrastructure and Service Fees*

54.   Due to pressure from wireless carriers, and in connection with the development and launch of the BlackBerry 10, the Company announced it would no longer charge monthly infrastructure and services fees.[50] Prior to BlackBerry 10, the Company charged wireless carriers for each subscriber that used the BlackBerry network. Carriers had the option of passing the subscription charges on to end users. Analysts estimated that the "service fee was around $4.08 per subscriber/month this quarter ($5.01 in F2012)"[51] and reported that BlackBerry had 79 million subscribers.[52]

55.   The Company conceded that after the launch of BlackBerry 10 only "customers that require enhanced services, including advanced security, mobile device management and other services, are expected to continue to generate monthly service revenue," and non-enterprise or high-productivity customers were "expected to generate less or no service revenue."[53]

> "As previously disclosed, since many of the Company's competitors recover their infrastructure and services expense in alternate manners, the Company has faced pressure to reduce its infrastructure access fees. In response to these pressures that have intensified in recent fiscal quarters, the Company has been implementing certain price reduction programs in an effort to maintain and continue to grow its subscriber base in advance of the BlackBerry 10 launch. The Company expects that existing subscribers using BlackBerry 7 and prior BlackBerry operating systems will continue to generate service revenue until such time as they upgrade to BlackBerry 10 or deactivate BlackBerry service. The Company expects the transition from BlackBerry 7 to BlackBerry 10 to be gradual, given that RIM has a diversified global customer base, many of which are in markets that are expected to transition more slowly to 4G wireless networks. As BlackBerry 10 products will use the Company's network infrastructure in a different

---

[50] Research In Motion Limited, Form 6-K for the fiscal quarter ended 1 December 2012, filed 21 December 2012, p. 7.

[51] "Focus Shifts to Service," by Richard Tse and William Milne, Coremark Securities, analyst report, 21 December 2012, p. 2.

[52] "Focus Shifts to Service," by Richard Tse and William Milne, Coremark Securities, analyst report, 21 December 2012, p. 2.

[53] Research In Motion Limited, Form 6-K for the fiscal quarter ended 1 December 2012, filed 21 December 2012, p. 7.

18

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

manner than existing products, the Company expects that certain elements of its current revenue model will change as BlackBerry 10 products are introduced into the market. It is anticipated that this will include changes related to infrastructure access fees, enterprise services and software fees, and other anticipated services and software revenue opportunities that may be generated in the future associated with the BlackBerry 10 mobile computing platform. As a result of these changes, customers that require enhanced services, including advanced security, mobile device management and other services, are expected to continue to generate monthly service revenue. Other customers who do not utilize such services are expected to generate less or no service revenue."
**Research In Motion Limited, Form 6-K for the fiscal quarter ended 1 December 2012, filed 21 December 2012, p. 7.**

56.     BlackBerry explained that "as a result of the changes and the continuing pressure to reduce infrastructure access fees described above, the Company anticipates further declines in its service revenue in the coming quarters, which could be significant."[54] The Company advised that it:

"cannot predict this anticipated rate of decline with any degree of certainty as it is dependent on a number of factors, including the outcome of commercial arrangement negotiations with the Company's carrier customers, the rate at which current BlackBerry 6 and BlackBerry 7 customers migrate to Blackberry 10 to use only standard BlackBerry services, the Company's ability to attract new enterprise customers to use the enhanced services offered by BlackBerry 10, the Company's ability to sustain its infrastructure access fees for its BlackBerry 6 and BlackBerry 7 products, and the Company's ability to successfully develop over a transition period a compelling integrated services and software offering that generates other service and software revenues from the BlackBerry 10 mobile computing platform to help mitigate the impact of the anticipated decline in infrastructure access fees. If the Company is unable to mitigate the decline of service revenue relating to infrastructure access fees in the manner described above, this could have a material adverse effect on the Company's results of operations and financial condition."
**Research In Motion Limited, Form 6-K, filed 21 December 2012, MD&A p. 8.**

---

[54] Research In Motion Limited, Form 6-F for the fiscal quarter ended 1 December 2012, filed 21 December 2012, p. 8.

19

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

57.     Analysts commented that due to the restructuring of the services component of the Company's business model and the changes to the competitive landscape, the Company's viability was now entirely dependent on the success of the BlackBerry 10.

> "Without the offset from service revenues, the handset itself will need to demonstrate it can be profitable on a standalone basis. This will be a challenge."
> **"Q3 Results," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 20 December 2012, p. 1.**

> "Grand Bargain or Faustian Bargain? We believe RIM may have traded consumer monthly service fees (or a vast reduction in fees) in exchange for volume commitments and high ASPs. Carrier support dramatically increases the chance of BB10's success (we estimate an increased chance of success from 10% to 30%), but now RIM is playing without a safety net. If BB10 fails, it will likely be unable to stumble along and will either become a takeunder candidate or a niche business. If BB10 succeeds, its business model will more closely resemble other handset OEMs."
> **"FQ3 (Nov) Results: Ready, Set, Not Yet," by Peter Misek, et al., Jefferies, analyst report, 21 December 2012, p. 1.**

> "Given that carriers would appear to be incented to move their blackberry subscribers from BB7 to BB10, however, we could also be setting up for the very real scenario of blow-out BB10 device shipments over the next year coupled with a near complete decimation of the 85% gross margin services business, resulting in a possibly far more exciting, but far less cash generative company. The value created, or destroyed, on the balance sheet between here and there, therefore, represents the true value of the company. … Taking a step back, RIM is a viable long-term business only if it can capture the coveted 3rd mobile ecosystem spot after Android and iOS."
> **"FQ3'13 Solid but Service Rev Writing on the Wall; Reit UW," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 21 December 2012, p. 4.**

> "RIM was also clear on the call that its Service ARPU – currently $4/month – would likely fall materially with BB10 given the trend to BYOD. We believe Services currently generates ~80% of gross profit. BB10 volume

20

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

required to breakeven rises to 15-20mn units: This is up from our prior estimate of 15mn given likely declines in the Services revenue, fewer BB7 units, and lower opex savings than we expected from the CORE program. We believe RIM is launching BB10 primarily into its developed market sub base of ~30mn subs and declining, including enterprise. We thus believe RIM must attract subscribers beyond its sub base to grow into its valuation." **"Probing the Other Profit Driver – Service," by Jeff Kvaal and Luke Labella, Barclays, analyst report, 21 December 2012, p. 1.**

> c. *30 January 2013: The Company Announced the Launch of the BlackBerry 10 Platform, Including Two New Smartphones*

58. On 30 January 2013, BlackBerry launched the new BlackBerry 10 platform (the "BlackBerry 10") at simultaneous events in New York, Toronto, London, Paris, Dubai, and Johannesburg.[55] The BlackBerry 10 platform comprised the Company's new enterprise management system – BlackBerry Enterprise Service 10 ("BES 10"), new mobile operating system also known as BlackBerry 10 (or "BB10"), and two new smartphones – the BlackBerry Z10, an all-touch device, and the BlackBerry Q10, a touch device with physical keyboard.[56] According to the Company's press release, the Z10 would be available in the UK on 31 January 2013, in Canada on 5 February 2013, in the UAE on 10 February 2013, and in the U.S. sometime in March 2013.[57] BlackBerry said the Q10 would launch in April 2013.[58]

59. Approximately three months later, on 14 May 2013, the Company introduced a third BlackBerry 10 device.[59] The new, lower-end BB10 device, known as the BlackBerry Q5 was targeted towards "selected markets in Europe, the Middle East, Africa, Asia

---

[55] "BlackBerry 10: Re- designed, Re- engineered, and Re- invented; BlackBerry 10 Platform Launches on Two New Smartphones," *Marketwired*, dated 30 January 2013, 11:22 AM.

[56] "BlackBerry 10: Re- designed, Re- engineered, and Re- invented; BlackBerry 10 Platform Launches on Two New Smartphones," *Marketwired*, dated 30 January 2013, 11:22 AM.

[57] "BlackBerry 10: Re- designed, Re- engineered, and Re- invented; BlackBerry 10 Platform Launches on Two New Smartphones," *Marketwired*, dated 30 January 2013, 11:22 AM.

[58] "BlackBerry 10: Re- designed, Re- engineered, and Re- invented; BlackBerry 10 Platform Launches on Two New Smartphones," *Marketwired*, dated 30 January 2013, 11:22 AM.

[59] "BlackBerry Introduces a Youthful and Fun BlackBerry 10 QWERTY Smartphone, the BlackBerry Q5, for Selected Markets," *Marketwired*, dated 14 May 2013, 9:37 AM.

21

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

(including the Asia Pacific region), and Latin America" and would be available beginning in July 2013, according to the Company's announcement.[60]

60. Internal documents indicate that the Company viewed the outcome for BlackBerry 10 as binary – either it would achieve the level of sales and consumer acceptance necessary to be considered a success, or it would not.

> "Success Measures:
> - Unit Volumes First day, first week, first month, first quarter, first year — goal: get out of the gate faster than Windows Phone/ Nokia
> - Net Promoter Score — First month, first quarter, first year — goal: attain NPS scores as good as the iPhone and Samsung Galaxy portfolio
> - Applications Traction — at launch, first month, first quarter, first year — goal: launch with more apps and content than Windows Phone/Nokia"
>
> **"BlackBerry 10 – Product Marketing," internal Company document [BBPearlstein_01196650-53 at 50].**

> "3 Key Success Metrics
> - Unit shipment volume – Country level unit volume benchmarked against Nokia Lumia launch volumes
> - Net Promoter Score – Benchmark competitive NPS pre-launch and target BB10 parity 1 to 2 months post launch
> - Application Ecosystem – Top 10 to 20 Global/Local category applications, top 20 to 30 top country/local at time of launch"
>
> **"BlackBerry 10," internal Company document, 5 July 2012 [BBPearlstein_01224129-87 at 49].**

61. Analysts understood that the viability of the business depended on the success of the BlackBerry 10.

> "RIM set to deliver a make-it-or-break-it product Wednesday..."
> **"What to Look for on Wednesday," by Gus Papageorgiou, et al., Scotiabank, analyst report, 28 January 2013, p. 2.**

---

[60] "BlackBerry Introduces a Youthful and Fun BlackBerry 10 QWERTY Smartphone, the BlackBerry Q5, for Selected Markets," *Marketwired*, dated 14 May 2013, 9:37 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> "Ultimately, we believe, Blackberry has to win mind share with consumers to ensure long-term success."
> **"Wide Variance in Outcomes; Retain Neutral," by Amitabh Passi, et al., UBS, analyst report, 25 February 2013, p. 8.**

> "We continue to view the investment case for BlackBerry as a binary outcome, depending on the success of the BB10 launch and its ability to ultimately turn around the company's declining market share trajectory.
> **"Moving to Neutral on Soft AT&T Launch and Higher Expectations," by Simona Jankowski, et al., Goldman Sachs, analyst report, 25 March 2013 [BBRY-ALLEN0006739-46 at 39].**

62.     On 31 January 2013, the Z10 went on sale in the UK, and on 5 February 2013, BlackBerry launched the Z10 in Canada. BlackBerry considered the UK and Canada to be two of its strongest markets.[61] The day after the Canada launch, BlackBerry published a press release reporting strong sales in both markets:

> "'In Canada, yesterday was the best day ever for the first day of a launch of a new BlackBerry smartphone. In fact, it was more than 50% better than any other launch day in our history in Canada,' BlackBerry CEO Thorsten Heins said in a statement. 'In the UK, we have seen close to three times our best performance ever for the first week of sales for a BlackBerry smartphone.'"
> **"All Things Digital: BlackBerry Z10 Jumps Off to a Record-Setting Start in Canada and U.K.,"** *Dow Jones Newswire*, **newswire, 6 February 2013, 2:00 PM.**

63.     Soon after these initial launches in the UK and Canada, analysts responded positively to sales reports for the Z10.

> "BlackBerry Z10 off to a good start. Checks at 40 stores in Canada indicate sell-through of the BlackBerry Z10 smartphone is strong on its launch day, with numerous stores selling out towards the end of the day….

---

[61] "Subject: Re: BB10 Launch," from Frank Boulben to Andy Rubin copying Andrew Bocking, Thorsten Heins, and Nikesh Arora, internal Company email, 7 February 2013, 7:47 AM [BBPearlstein_00032981-85 at 84].

23

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Bangers, Mash and Z10. Sell-through of the BlackBerry Z10 in the UK is exceeding RIM's expectations, with some stores sold out as well."
**"Positive Dynamics in Canada & UK," by Mark Sue, at al., RBC Capital Markets, analyst report, 6 February 2013, p. 1.**


"The Z10 appears to be off to a good start in Canada, based on our very unscientific checks at 23 stores across the country late Tuesday afternoon, the first day of sales."
**"Research In Motion, Inc., Checks Indicate Z10 Off to a Good Start in Canada," by Ehud Gelblum, Morgan Stanley, analyst report, 6 February 2013, p. 1.**


64.    After the UK and Canada launches and leading up to the start of the Class Period, analysts maintained a positive outlook for BlackBerry 10.


"CEO Thorstein Heins commented that BlackBerry 10 production has been increased due to higher than expected sales. This is consistent with our anecdotal retail checks in Canada where retail sales people generally cited strong demand."
**"BBRY: Higher Than Expected Sales Drives Increased Production," by Maynard Um, Wells Fargo, analyst report, 25 February 2013, p. 1.**


"We are upgrading BBRY to OW from UW on the thesis that the mix-shift of devices away from BB6/7 and to BB10 expands GM and ASP….we believe shipments could be relatively strong for BB10 over the next few months."
**"In 8 Pages, it's Quicker to Show Why it Won't go Down; Upgrading to OW," by Ehud Gelblum, at al., Morgan Stanley, analyst report, 20 March 2013, pp. 1 and 3.**


"The response from the initial launch markets in Canada and Britain may have been positive, according to company executives, but these are still early days and BlackBerry will need to ensure that the retail demand doesn't fizzle out post the initial euphoria – something that could prove exceedingly tough in a market largely dominated by the iOS and Android."
**"Blackberry to Finally Launch BB10 in the U.S. Amid Shaky Outlook," Trefis, analyst report, 12 March 2013, p. 1.**

24

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Chart-1: BlackBerry Stock Price 1 June 2012 to 31 December 2012



*See also*, Exhibit-12 to Exhibit-14

### 2. 28 March 2013: BlackBerry Announces Results for Q4 FY2013

65. On 28 March 2013, before the start of trading, BlackBerry announced financial results for Q4 FY2013 and held a conference call with investors.[62] For the quarter, the Company reported revenue of $2.7 billion (below consensus estimates of $2.8 billion) and adjusted earnings per diluted share of $0.22, which was above consensus estimates of -$0.31 per share.[63] The Company reported that "6 million smartphones, including approximately 1 million BlackBerry 10 units" were shipped during the quarter and announced that

---

[62] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM; and "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM.

[63] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM; Consensus estimates obtained from FactSet.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"customers love the device and the user experience."[64] The Company emphasized that they were experiencing "better-than-expected demand" for the Z10 and that 55% of Z10 purchasers came from other platforms.[65]

66.    The Company touted the fact that it generated an operating profit in Q4 2013 and noted that during fiscal 2013, BlackBerry went from "a significant operating loss in the first quarter of the year to an operating profit in the fourth quarter."[66] CEO Heins explained that after implementing "numerous changes and benefiting from a reenergized organization, we returned BlackBerry to an operating profit despite a 23% decline in units shipped versus the first quarter."[67]

67.    By the end of Q4 2013, the Z10 was for sale in the crucial U.S. market, as well as in the U.K., Canada, and a limited set of other markets around the globe.[68] During the conference call, analysts asked for more information about customer demand for the Z10. BMO Capital Markets analyst Tim Long asked whether or not the Company could provide an "indication of how the Z10 sell-through was in the quarter" and how many of the 1 million devices—claimed by the Company to have been shipped during the quarter—sold-through to end users.[69]

> "[Thorsten Heins, BlackBerry CEO]: Yes, I think you're making the argument yourself, Tim which is we are in early days actually, so there's a huge dynamic in the market, what is flowing in, what is already flowing out, so don't take it really like a clear number but what we see roughly is that, from what we have shipped into the markets, two-thirds to three-quarters already have sold through. I mean it is very dynamic. We need to replenish certain markets because we have sold out, huge dynamics going on. The

---

[64] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[65] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM, p. 4.

[66] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM, p. 4.

[67] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM, p. 3.

[68] "…the important US market…" ("Moving to Neutral on Soft AT&T Launch and Higher Expectations," by Simona Jankowski, et al., Goldman Sachs, analyst report, 25 March 2013, p. 1 [BBRY-ALLEN0006739-46 at 39].

[69] "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM, p. 12.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

turnaround cycle for sell-in to sell-through is pretty short, which is a pretty good signal, actually shows that we are higher in demand than in supply. That's why, as I said publicly, we have ramped up our production capabilities. So right now, it's very dynamic but it all goes in the right direction.

[Tim Long, BMO Capital Markets]: Just to clarify, that's two-thirds to three-quarters sold through. Is that as of February or is that more a sense as of now?

[Thorsten Heins, BlackBerry CEO]: I think that number is, as I said, that number is actually converging to what we sell-in, already sell-through pretty quickly, that's why we had to ramp up our production capability, so the logistics and supply chains are working at high speed at the moment.

[Brian Bidulka, BlackBerry CFO]: But your point though, Tim, it's more of a, it's a recent data point that we got on the sell-through we've been just monitoring.

[Tim Long, BMO Capital Markets] Okay, so it's not related to the one million, it's related to to-date shipments.

[Thorsten Heins, BlackBerry CEO]: Yes, yes."
**"Q4 2013 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 March 2013, 8:00 AM, pp. 12-13.**

68. Based on the earnings announcement and comments made by CEO Heins and other executives during the conference call, analysts were on balance positive regarding the performance and gross margin impact of the Z10. Morgan Stanley analysts, accepting the Company's representations, stated that BlackBerry 10 appeared to be "off to a solid start, with 1M units in FQ4 spot-on our est.," "a surprising 55% users coming from other platforms," and "65-75% of the Z10s shipped in FQ4 sold through."[70] The analysts from Morgan Stanly understood the Company's representations to imply that "channel inventory is lean."[71]

---

[70] "FQ413 Wrap: It's All about the Gross Margin; Reit OW," Ehud Gelblum, et al., Morgan Stanley, analyst report, 31 March 2013, [BBRY-ALLEN0007089-97 at 89].

[71] "FQ413 Wrap: It's All about the Gross Margin; Reit OW," Ehud Gelblum, et al., Morgan Stanley, analyst report, 31 March 2013, [BBRY-ALLEN0007089-97 at 89].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"Blackberry reported a strong Q4 including $219 mln in FCF ($2.9B net cash) and 40% GM. One million Z10 were shipped, 55% of which were sold to non-BB users. Q10 is testing with over 40 carriers in 20 countries and is on track to launch in April."
**"Right Sized and Ready For Earnings Leverage," by Todd Coupland and Robin Manson-Hing, CIBC Capital Markets, analyst report, 31 March 2013, p. 1.**

"February upside. EPS of $0.22 on $2.7B (down 36% y/y) beat our estimate of ($0.16) on $2.9B. Positives include 1) 1M BB10 devices sold 'in', ~2/3 of which management estimates have 'sold through' to end-users, 2) gross margins of 40% versus 30% last qtr from which we calculate ASP of ~$500 and gross margins of ~35% for Z10's, and 3) a healthy cash and eq. balance of $2.6M ($5 per share) down just $77M q/q."
**"Good Print on BB10 Launch but Exposes Declining Services Model," by Mark McKechnie and Preeti Doshi, Evercore Partners, analyst report, 31 March 2013, p. 1 [BBRY-ALLEN0007082-86 at 2].**

"Update Blackberry announced a strong set of results today, especially on the gross margin. Overall sales were 6m handsets (cs 6.8m) but the 1m units of the new Z10 handset sold meant that the handset ASP came in at around $260 with we estimate a $510 ASP for the Z10. On the back of cost cutting and the higher margins associated with the new product, the gross margin rose to 40% (cs 31%) and the company lost only $12m at the operating level. SG view The launch of the Z10 has gone much better than we were expecting and this has boosted margins considerably. With the product launched on the US market, there should be opportunity for the volumes to grow again in Q1 FY14."
**"High Z10 Sales Drive Better Than Expected Earnings," by Andy Perkins and Peter Knox, Societe Generale, analyst report, 28 March 2013, [BBRY-ALLEN0007006-07 at 6].**

"Some negatives, some positives. The concerning point for BlackBerry is the sharp erosion in its subscriber-base, down 3M to 76M, implying the world's moving on as Blackberry tries to reverse its market-share loss. Encouragingly, the Z10's holding in with 3/4 of its 1M units now sold through the channel. With cost reduction in older products and the BB10 ASP lift, GMs may hold at new found levels of ~41%. However, flow-through to earnings remains limited as Blackberry will amp marketing efforts to push new devices, implying it may see little near-term earnings. … Solid BB10 start; subscriber base is shrinking. BlackBerry shipped 6.0M smartphones in F4Q13. Blended smartphone ASP improved Q/Q from $230

28

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

to $260, driven by BB10 ASPs of $504. We're nudging our BB10 unit CY13 estimates from 10M to 10.7M, factoring incremental Q10 sell-in."
**"Better Margins and Cash Flow, but Spending it All," by Mark Sue, et al., RBC Capital Markets, analyst report, 28 March 2013, p. 1.**

69.  In its equity analyst report following the Company's Q4 2013 earnings announcement, Goldman Sachs had a weighted price target of $17.00 per share for BlackBerry. 85% of the weight for the Goldman Sachs price target was "based on a fundamental scenario analysis" and the other 15% of the weight came from Goldman Sachs' "theoretical M&A valuation."[72] The Goldman Sachs analysts explained their valuation thusly:

> "Our 12-month, $17 price target is unchanged, based on a fundamental scenario analysis (85% weighting) and our theoretical M&A valuation (15% weighting).
> -  Our fundamental valuation is $16 (up from $15 given improved profitability), which assigns an 80% probability to the bear/base case valuing BBRY at $12 on sum-of-the-parts (up from $11 on higher projected cash as a result of better gross margins), and a 20% probability to the bull case, which values BBRY at $30 based on a 10X P/E on our bull case scenario FY15 (February) EPS of $3.
> -  We assign a 15% weighting to our theoretical M&A value of $28 (down from $29 as we shift forward to NTM sales), using 0.9X EV/S based on the average multiple of comparable deals since 2009.
> Downside risks include lack of follow-through demand for BB10, while upside risks include M&A and stronger than expected BB10 demand."
> **"Improved Margins Now in the Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42 at 38].**

---

[72] "Improved Margins Now in the Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42 at 38].

29

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### 3. 11 April 2013: Detwiler Fenton and ITG Issue Reports on Demand and Customer Reception of the BlackBerry 10

70. On 11 April 2013, before the start of trading, Detwiler Fenton issued a research report about the BlackBerry 10 in the United States.[73] The report imparted that "key retail partners have seen a significant increase in Z10 returns to the point where, in several cases, returns are now exceeding sales, a phenomenon we have never seen before."[74] The report also stated that, "it appears the biggest customer complaints are the unintuitive nature of the user interface, the maps app, and the lack of apps." [75] Detwiler Fenton concluded that the issues "become apparent once consumers have had several days to use the device."[76] The report acknowledged "that Z10 sales for the February Q came in at a respectable 1 MM units with relatively strong sell through but we caution investors that there is significant return risk to these numbers and believe that future results are setting up for a disappointment."[77]

71. Prior to the start of trading that day, *The Wall Street Journal* and *Bloomberg* published articles online reporting on the Detwiler Fenton research.[78] *Bloomberg* reported that according to the Detwiler Fenton report, "Some 'key' U.S. retail partners seeing 'significant' increase in Z10 returns, with returns exceeding sales," and the biggest

---

[73] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013 [BBPearlstein_00282476-78 at 77]; "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

[74] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[75] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[76] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[77] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[78] "MARKET TALK: Z10 Returns Said to Outnumber Sales at Verizon," by William Connors, *Dow Jones Newswires*, 11 April 2013, 8:41 AM; and "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

customer complaints were the "maps app, lack of apps, 'unintuitive' nature of user interface."[79] *Dow Jones Newswires* reported:

> "Detwiler Fenton says Research In Motion's (BBRY) new BlackBerry Z10 hasn't done well in the US since late March's launch. It contends returns at Verizon Wireless of the device are actually outnumbering sales due to 'the unintuitive nature of the user interface, the maps app and the lack of apps.' Detwiler thinks BBRY 'will have minimal success in attracting new users to its platform.'"[80]
> **"MARKET TALK: Z10 Returns Said to Outnumber Sales at Verizon,"**
> **by William Connors, *Dow Jones Newswires*, 11 April 2013, 8:41 AM.**

72.    In the morning on 11 April 2013, ITG also published an analyst report, titled "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch."[81] Based on its analysis of point-of-sale-data, ITG offered that "the clear takeaway from the independent dealer channel is that the US launch of the Z10 started poorly and weakened significantly as the days passed-relative to comps at both AT&T and Verizon."[82]

73.    Shortly after the start of trading, *Bloomberg* posted an article about the ITG analyst report.[83] *Bloomberg* reported, that according to ITG's independent dealer channel checks, the "U.S. start of BlackBerry Z10 sales started 'poorly' and 'weakened significantly.'"[84]

74.    During trading, Morgan Stanley analyst Ehud Gelblum sent the Detwiler Fenton report in an email to Blackberry's Vice President of Investor Relations, Paul Carpino.[85] Mr. Gelblum stated in his email, "Just thought you might want to know that this is what's

[79] "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

[80] "MARKET TALK: Z10 Returns Said to Outnumber Sales at Verizon," by William Connors, *Dow Jones Newswires*, 11 April 2013, 8:41 AM.

[81] "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch," by Joseph Fersedi, et al., ITG, analyst report, 11 April 2014 [DF00000045-60].

[82] "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch," by Joseph Fersedi, et al., ITG, analyst report, 11 April 2014 [DF00000045-60].

[83] "BlackBerry Z10 Started 'Poorly,' 'Weakened Significantly': ITG," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:53 AM.

[84] "BlackBerry Z10 Started 'Poorly,' 'Weakened Significantly': ITG," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:53 AM.

[85] "Re: It's Going Around That Detwiler Saying Z10 Return Rates Are Very High," from Ehud Gelblum to Paul Carpino and Frank Boulben, internal Company email, 11 April 2013 10:54 AM [BBPearlstein_00302991-92 at 91].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

knocking your stock today and getting people worried."[86] He explained that if BlackBerry disagreed with the claims in the Detwiler Fenton report, it "behooves" the Company to rebut them.[87]

75.     In the last 20 minutes of trading on 11 April 2013, *Bloomberg* reported that in an emailed statement BlackBerry had contested the accuracy of the level of returns which had been reported by Detwiler Fenton that morning.[88] The statement sent by the Company to news outlets stated that "speculation that there have been abnormally high levels of returns of BlackBerry B10 devices…is absolutely false."[89] The statement continued, declaring that the Company's "data shows that return rates for BlackBerry B10 devices both in the U.S and on a global basis are in line with or better than our expectations and are consistent with return rates for other premium smartphones in the market today."[90]

76.     Minutes after BlackBerry emailed out its statement refuting the Detwiler Fenton and ITG reports, *Bloomberg* published a summary of the Company's statement. *Bloomberg* included BlackBerry's statements that: i) "Claims Of High Z10 Returns 'Absolutely False;'" ii) "Returns In Line With Other Premium Smartphones;" and iii) "Returns In Line With Or Better Than Expectation."[91]

77.     After the close of trading on 11 April 2013, Detwiler Fenton analyst Jeff Johnston was interviewed on the Business News Network, a Canadian television channel. Jeff Johnson responded on air to BlackBerry's refutation by reiterating the findings in his research report and emphasizing that customer feedback was focused on the unintuitive user

---

[86] "Re: It's Going Around That Detwiler Saying Z10 Return Rates Are Very High," from Ehud Gelblum to Paul Carpino and Frank Boulben, internal Company email, 11 April 2013 10:54 AM [BBPearlstein_00302991-92 at 91].

[87] "Re: It's Going Around That Detwiler Saying Z10 Return Rates Are Very High," from Ehud Gelblum to Paul Carpino and Frank Boulben, internal Company email, 11 April 2013 10:54 AM [BBPearlstein_00302991-92 at 91].

[88] "Subject: Statement In Response To Return Rates," from Heidi Davidson to Corporate Communications, internal Company email, 11 April 2013, 3:41 PM [BBPearlstein_00021862]; and "*Blackberry Made Remarks in an E-Mailed Statement," by Elaine Chan, *Bloomberg*, 11 April 2013, 3:46 PM.

[89] "Subject: Statement in Response to Return Rates," from Heidi Davidson to Corporate Communications, internal Company email, 11 April 2013, 3:41 PM [BBPearlstein_00021862].

[90] "Subject: Statement in Response to Return Rates," from Heidi Davidson to Corporate Communications, internal Company email, 11 April 2013, 3:41 PM [BBPearlstein_00021862].

[91] "*Blackberry Made Remarks in an E-Mailed Statement," by Elaine Chan, *Bloomberg*, 11 April 2013, 3:46 PM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

interface.[92] During the interview, the news anchor said that the Detwiler Fenton report was being credited with causing the stock price decline on 11 April 2013.[93]

78.    Other news media also linked the decline in BlackBerry stock on 11 April 2013 to the information contained in the Detwiler Fenton and ITG reports.

> "Several U.S. retailers have seen a pickup in Z10 returns, says Detwiler Fenton in a note that could be pressuring BlackBerry (BBRY -5.2%). Detwiler, which also issued a downbeat note on Z10 demand last month, adds the pace of returns in some cases is exceeding the pace of sales, and that users are complaining about the Z10's UI, Maps app, and app availability. Separately, Amazon has cut its subsidized Z10 price to $99. (AT&T launch)."
> **"Several U.S. Retailers Have Seen a Pickup in Z10 Returns, Says Detwiler Fenton in a Note That...," by Eric Jhonsa, *SeekingAlpha.com*, 11 April 2013.**

> "BlackBerry remained weak on several analyst reports that highlighted Z10's disappointing launch. 'We believe key retail partners have seen a significant increase in Z10 returns to the point where, in several cases, returns are now exceeding sales, a phenomenon we have never seen before,' said analysts at Detwiler Fenton in a report. The most common complaints from customers are that the phone's user interface and maps application are 'unintuitive' and that the device has a tendency to slow down after several hours, the analysts said. BlackBerry rejected the claims and said return rates are in line with expectations. 'This is absolutely false. Our data shows that return rates for BlackBerry Z10 devices both in the U.S. and on a global basis are in line with or better than our expectations and are consistent with return rates for other premium smartphones in the market today,' said the Canadian smartphone maker in an emailed statement. However, it declined to provide specific data on returns. Joe Fersedi, an analyst at ITG, said that in the first 17 days of sales at AT&T, the Z10 is lagging behind almost every other major launch. 'The clear takeaway from the independent dealer channel is that the US launch of the Z10 started poorly and weakened significantly as the days passed—relative to comps at both AT&T and Verizon,' he said in a note. Meanwhile, Pacific Crest Securities on Thursday

---

[92] [BBPearlstein_00287502.avi].

[93] [BBPearlstein_00287502.avi].

33

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

reiterated its underperform rating on the stock. 'Even if the Z10 were able to maintain its current sell-through run-rate based on our initial checks, it would still amount to less than 1 million units per month. We believe that a run-rate below that level would make it very difficult for BlackBerry to return to long-term profit growth,' said James Faucette at Pacific Crest." **"Thursday Movers: BlackBerry Sinks as Z10 Stumbles; Chipotle Slides after Gundlach Says it Would Make a Good Short," by Sue Chang and Saumya Vaishampayan, *Marketwatch*, press release, 11 April 2013, 4:36 PM.**

79. In a confidential presentation to the SEC regarding the Detwiler Fenton report, BlackBerry attributed the Company's stock price decline on 11 April 2013 to the information in the Detwiler Fenton report and stated that the report had a "Substantial negative effect"[94] on the Company's stock price.[95]

### 4.  12 April 2013: BlackBerry Responds to the Reports and Reiterates Alleged Misrepresentations

80. Prior to the start of trading on 12 April 2013, the day following the release of the Detwiler Fenton and ITG reports, BlackBerry issued a formal press release responding to the reports of poor sales and high returns.[96] In the press release, CEO Heins attacked the Detwiler Fenton report and reassured the marketplace that "customers are satisfied with their devices" and "sales of the BlackBerry(R) Z10 are meeting expectations," and suggesting "otherwise is either a gross misreading of the data or a willful manipulation."[97]

---

[94] "BlackBerry; NASDAQ: BBY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 91].

[95] "BlackBerry; NASDAQ: BBRY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 91].

[96] "BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Marketwired*, Company press release, 12 April 2013, 8:30 AM.

[97] "BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Marketwired*, Company press release, 12 April 2013, 8:30 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"**WATERLOO, ONTARIO - (Marketwired - April 12, 2013) -** BlackBerry® (NASDAQ:BBRY)(TSX:BB), a world leader in mobile communications, today said it would seek Securities and Exchange Commission and Ontario Securities Commission review of a false and misleading report about retail return rates for the Company's new BlackBerry Z10 smartphone.

'Sales of the BlackBerry® Z10 are meeting expectations and the data we have collected from our retail and carrier partners demonstrates that customers are satisfied with their devices,' said BlackBerry President and CEO Thorsten Heins. 'Return rate statistics show that we are at or below our forecasts and right in line with the industry. To suggest otherwise is either a gross misreading of the data or a willful manipulation. Such a conclusion is absolutely without basis and BlackBerry will not leave it unchallenged.'

BlackBerry and Verizon Wireless, the largest U.S. carrier, on Thursday refuted claims from research and investment firm Detwiler Fenton that BlackBerry Z10 devices were being returned in unusually high numbers. Detwiler Fenton refused to make either its report to investors or its methodology available to BlackBerry, even after the Company said the firm's findings were 'absolutely false.'

BlackBerry Chief Legal Officer Steve Zipperstein said: 'These materially false and misleading comments about device return rates in the United States harm BlackBerry and our shareholders, and we call upon the appropriate authorities in Canada and the United States to conduct an immediate investigation. Everyone is entitled to their opinion about the merits of the many competing products in the smartphone industry, but when false statements of material fact are deliberately purveyed for the purpose of influencing the markets a red line has been crossed.'"
**"Press Release: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, newswire, 12 April 2013, 8:30 AM.**

81.     Detwiler Fenton responded to BlackBerry's 12 April 2013 rebuttal in a press release on 12 April 2013.[98] Detwiler Fenton defended the research methodology used by Jeff Johnson and stated that they "welcome any regulatory inquiry."[99]

---

[98] "BlackBerry," Company SEC presentation, 2 May 2013, p. 24 [BB Pearlstein_00004167-239 at 190].

[99] "BlackBerry," Company SEC presentation, 2 May 2013, p. 24 [BB Pearlstein_00004167-239 at 190].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

82. Private communications between BlackBerry and analysts from Morgan Stanley,[100] Coremark Securities,[101] and Scotiabank[102] demonstrate that the Company's denials were important to investors.

### 5. 29 April 2013: CEO Heins Reassures at Milken Institute Global Conference

83. On 29 April 2013, in a television interview with Bloomberg reporter Willow Bay at the Milken Institute 2013 Global Conference, CEO Heins stated that the Company expects to sell "several of tens of millions of units" of BlackBerry 10.[103]

84. Responding to a question about the Detwiler Fenton report and the suggested high level of returns, CEO Heins reassured the market that the data on return rates for the BlackBerry 10 was "very clearly" "inline" with expectations.[104] During an interview on Fox Business the same day, CEO Heins reiterated emphatically that return rates were "absolutely in the range of what you would expect."[105]

### 6. 28 June 2013: BlackBerry Announces Q1 FY2014 Results

85. On 28 June 2013, before the start of trading, BlackBerry announced financial results for Q1 FY2014 and held a conference call with investors.[106] For the quarter, the Company reported revenue of $3.1 billion (below consensus estimates of $3.4 billion) and an

---

[100] "Re: It's Going Around That Detwiler Saying Z10 Return Rates Are Very High," email from Ehud Gelblum to Paul Carpino and Frank Boulben, internal Company email, 11 April 2013 10:54 AM [BBPearlstein_00302991-92, at 91].

[101] "It's good to see you are taking a stand as it relates to your public comments today." ("Re: Your Comments Today," email from Richard Tse to Paul Carpino and Thorsten Heins, internal Company email, 12 April 2013 [BBPearlstein_00702115-16, at 15]).

[102] "WAY TO GO !!!!!!!!!!!!!!!! I am so happy you guys are calling this guy's 'research' out!" ("FW: [MARKETING] BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," email from Gus Papageorgiou to Paul Carpino, internal Company email, 12 April 2013 [BBPearlstein_00227136-38, at 36]).

[103] "Blackberry's Heins on Q10, Z10 Phones and Strategy (Video)," Triad Business Journal, online video, https://www.bizjournals.com/triad/video/6082092366001, 29 April 2013.

[104] "Blackberry's Heins on Q10, Z10 Phones and Strategy (Video)," Triad Business Journal, online video, https://www.bizjournals.com/triad/video/6082092366001, 29 April 2013.

[105] "Blackberry CEO: Expect Q10 By End of May," Fox Business, online video, https://video foxbusiness.com/v/2337888172001/#sp=show-clips, 29 April 2013.

[106] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM; "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

adjusted net loss per diluted share of $0.13 million (below consensus estimates for a profit of $0.06 per share).[107, 108] The Company announced that it had approximately 72 million subscribers in the first quarter.[109]

86.    CEO Heins touted the launch of the BlackBerry 10 stating that "the BlackBerry Z10 has been an effective launch product to showcase the renewed and reengineered BlackBerry 10 experience to both consumers and Enterprises."[110] The Company "shipped 6.8 million BlackBerry smartphones and approximately 100,000 BlackBerry PlayBook tablets" during the quarter.[111] The Company would not quantify the exact number of BlackBerry 10 devices that were shipped. According to CFO Brian Bidulka, of the 6.8 million BlackBerry smartphones shipped during the quarter, "approximately 40%", or about 2.7 million, were BlackBerry 10 devices.[112] CFO Bidulka "estimated" that "sell-through in the quarter was approximately 6.8 million units" for all smartphone devices, but did not indicate what percentage of the sell-through was attributable to BlackBerry 10 devices.[113] With respect to the outlook for the BlackBerry 10 device, CFO Bidulka averred that "the smartphone market remains highly competitive, making it difficult to estimate units, revenue and levels of profitability."[114]

---

[107] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM, p. 1.

[108] Consensus estimates obtained from FactSet.

[109] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

[110] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 3.

[111] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM.

[112] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

[113] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

[114] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

87.     Analysts wanted more details about the demand for BlackBerry 10, including the number of units sold through and the prices.[115]

> "[Gus Papageorgiu, Scotiabank]: Hi, thanks. I guess fundamentally, part of your success in the near term here depends on demand for BlackBerry 10 devices. I'm just wondering if you can kind of characterize how demand has been versus your expectations? With the launch of the Q5 at lower tiers, do you expect to see your sales improve in the developing world where you've been clearly losing some subscribers?
>
> [Thorsten Heins, BlackBerry CEO]: Gus, this is Thorsten. If you look at where we are today with the BlackBerry 10 product launches, as I said in my report, we are five months in that 10 launch -- Q10 launch just came to the US in the last week. Q5 just launching in Dubai. We're in the middle of launching all of these products in all of our various markets and regions. Certainly, the Q5 is geared to those selected Markets in Asia-Pac, and it's too early to say how it will be doing. But, we see strong demand. We see a good reception of the device, and we'll see how it does in those selected markets where we are pushing it."
> **"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 June 2013, 8:00 AM, pp. 7-8.**

> "[Peter Misek, Jefferies]: Thanks, so two quick questions. One, you said you sold through 6.8 million total smartphones. Any way you could give us what you sold through of BlackBerry 10? You sold -- shipped in 2.7 million, and you said you built some inventory but would love to understand what sell-through was. ...
>
> [Brian Bidulka, BlackBerry CFO]: Just on the split of -- we're not going to provide the split on sell-through on the BB10 versus BBOS. I think just relating to channel inventory, we're expecting that we would see BBOS come down and channel build on BB10 -- BlackBerry 10 -- as we started launching across in our global launch."
> **"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 June 2013, 8:00 AM, p. 9.**

> "[Ehud Gelblum, Morgan Stanley]: Okay, so it continues to. Okay, appreciate that. One of the things I didn't hear, and I may have missed, was in terms of units. If you could give us a sense as to guidance for next quarter. How are you looking at units for next quarter both on the BB10 side and

---

[115] See, e.g., "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, pp. 9 and 11-13.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

BB7? And total, whichever you feel comfortable with? And then, during the quarter, did you have to adjust going back to a previous question about gross margin on the hardware side. Was there any adjustment in prices to any of the BB10 devices that you have been selling in the quarter? Or, did they pretty much sell at the same price points that you initially entered them into the market with? Thanks.

[Thorsten Heins, BlackBerry CEO]: This is Thorsten. First, we are not providing really specific guidance at the moment. I think we all understand why. It's a very competitive, very volatile market, so many dynamics going on here. So, it is really, really hard to predict, even with a three-month outlook where are we going to be. And, what we are doing right now is again, we are pushing the whole portfolio into a Global Market. That's what we are focusing on. We're focusing on driving the sell-through so our customers get the devices in their hands, and when they get them in their hands, they seem to be really happy with what they see and what they can experience with the new user experience on BlackBerry. That's what we are focusing on, and that's what we will be driving. And, we will report back in Q2 -- by the end of Q2 -- how things are going. But, full focus is on penetrating the market, the global market, and full focus is on expanding the portfolio.

[Brian Bidulka, BlackBerry CFO]: Just in terms of pricing, we don't give any specifics on price moves on our BB10 devices. So, as we've mentioned, we are looking to invest with carrier partners on driving and improving that adoption of BB10 as we move forward."
**"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters***, conference call, 28 June 2013, 8:00 AM, p. 11.**

88.     Analyst reaction to the Company's quarterly report of financial results and sales for BlackBerry 10 was decidedly negative. William Blair analysts inveighed that "the results were disappointing and will come as a surprise to investors."[116] BMO Capital Markets shared, "we view this as a sign that even a much more robust operating system may not save BlackBerry as the ecosystem still lacks."[117]

---

[116] "First Look at Fiscal First-Quarter Results; Unimpressive, in Spite of Flagship BB10 Product Launches," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1.

[117] "Tough Quarter All Around; Lowering Estimates and Target, Reiterate Underperform," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 28 June 2013, p. 1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We continue to believe Blackberry will struggle as the high-end phone market gets increasingly saturated, 'enterprise' and 'consumer' boundaries blur with BYOD, Apple and Google (with Samsung) make inroads in the enterprise, and competition remains tough at the low-end with low-cost Android devices and alternatives from Firefox, Ubuntu. In our opinion, Blackberry lacks the scale, resources, as well as the content, ecosystem, and multi-screen strategies of its larger competitors that include Apple, Google, Microsoft, and Samsung, amongst others."
**"F1Q Results Disappointing," by Amitabh Passi and James Hillier, UBS, analyst report, 28 June 2013, p. 1.**

"Weaker than anticipated smartphone shipments and a lower gross margin drove a revenue miss and a **surprise** quarterly loss….Total smartphone shipments were 6.8m (cons: 7.4m) and although BB10 shipments were not disclosed in the release, overall ASP of ~$315 suggests a sell-in figure of 3.0m-3.Sm by our estimates. This is in line with consensus (3.1 m), **but we believe there had been a general underlying expectation of a beat, a view we had shared given the geographic rollout of the 210 and the launch of the Q10 during the quarter."**
**"Q1 Miss as Shipments Fall Short," by James Cordwell, Atlantic Equities, analyst report, 28 June 2013 [BBRY-ALLEN0007745-46 at 46] (emphasis added).**

"For the August quarter, BBRY guided to an operating loss. Our prior estimates called for diluted EPS of $0.10, which is a penny below consensus."
**"Quick Note: Weak Numbers," by Tim Long, BMO Capital Markets, analyst report, 28 June 2013, p. 1.**

"The company will host a conference call at 8am ET 1-800-814-4859. Key focus items to look for…3) reasons for an EPS outlook when the company is launching its most profitable phones in many years and Blackberry is guiding for a EPS loss."
**"Results: First Look Disappointing with Many Questions," by Jim Suva, Citi, analyst report, 28 June 2013, p. 1.**

"Significantly, BBRY also noted smartphone competitive dynamics were making it "difficult to estimate units, revenue, and levels of profitability" and hinted at an exit from the tablet market, given the decision to stop work on BB10-compatibility for its PlayBook. We are trimming our below-

40

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

consensus estimates and continue to expect BBRY's Service revenue and smartphone market share to decline meaningfully y/y during FY14, keeping cash flow and gross margins pressured."
**"BBRY Reports F1Q14 Miss; Dismal Service Business Dims Outlook," by Matthew Hoffman, et al., Cowen and Company, analyst report, 28 June 2013, p. 1.**

"Unfortunately it appears that our longer-term view of the firm's challenges have borne out much more quickly, a result of the extremely competitive smartphone market."
**"Q1 Results: Rough Road Ahead," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 28 June 2013, p. 1.**

89. Analysts lowered their expectations and estimates for the Company and the Blackberry 10 devices:

"We are downgrading BBRY to Market Perform from Outperform. Our downgrade does not necessarily reflect a view that BBRY will not be able to succeed (while we still believe it can upgrade its existing installed base, admittedly visibility is limited), but, rather, that success may be further out than we would like and that the benefits may be costly upfront as the company invests heavily. … We expect BBRY shares to experience significant volatility quarter to quarter with downside risk around continued slow sell-in/uptake of BlackBerry devices and further degradation of services revenue and upside risk around the reversal of service revenue in Venezuela (not embedded into forecasts) as well as lower operating expense. We are most disappointed by the slower-than-expected ramp relative to our expectation and relative to high marketing spend and note that while management highlights it has only been 5 months into the BB10 product cycle, we note that the industry has been seeing a short 12-month product cycle between smartphones over the past several years. We lower our valuation range to $10.50-$12."
**"BBRY: BB10 Benefits May Take Longer--Downgrade to Market Perform," by Maynard Um and Munjal Shah, Wells Fargo, analyst report, 28 June 2013, p. 1.**

"Concerns remain around BB10 adoption and GM. Our concerns surrounding BB10 traction remain as the specs and price points of the devices are aimed at the high-end of the market (over $400), limiting the opportunity with strong entrenched competitors. Additionally, we believe that BB10 GMs below 25% make sustainable profitability difficult, especially given the company's push towards lower price points and the

41

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

potential need to discount, as Nokia did with WP last year. We now project hardware revenues of $8.3bn/$5.2bn with GM of 15.6%/16.0% in FY14/FY15."
**"F1Q14 Results: Challenging Times," by Kulbinder Garcha, et al., Credit Suisse, analyst report, 28 June 2013, p. 1.**

"BB10 shipments of 2.7M (Jef 4M, St 3M) were disappointing. We had thought BBRY's niche status would allow it to skate by a general slowdown in high-end smartphones, but we were wrong; however, our Buy thesis has been mainly based on BBRY's MDM opportunity, which is now completely launched and should gain traction throughout this year. Disappointing FQ1 (May) results: $3.1B/$0.13 (Jef $4.0B/$0.50, St $3.4B/$0.07). GM 33.9% (2%negative impact from Venezuela foreign currency restrictions) (Jef 39%, St 38.7%). Mgmt noted hardware revenues were relatively flat Q/Q despite the ramp in BB10 handsets; we believe deteriorating BB7 GMs were to blame. Handsets: 6.8M units (Jef 8M, St 7.4M) with BB10 ~2.7M (Jef 4M, St 3M). ASP $318 (Jef $381, St $321). Playbooks 100K (Jef 286K, St 252K). Cash flow from operations of $630M (Jef -$618M) helped by ~$600M tax refund. Channel inventories were flat Q/Q, which we believe were due to stronger drawdown of BB7 inventories than expected and less BB10 than we estimated (we est 500K vs. our prior 1M est). Services: net adds of -4M (Jef -3M, St -2M though revenues -9% Q/ Q were inline with our estimate after adjusting for the Venezuelan impact."
**"FQ1 (May): Hardware Results Disappointing," by Peter Misek, Jason North, and Billy Kim, Jefferies, analyst report, 28 June 2013, p. 1.**

"In a pivotal quarter for BlackBerry 10, the company shipped 2.7 million new devices (sell-through was not provided) and total smartphone shipments declined 13% year-over-year. The results prove that, despite near-term tailwinds, the market has not embraced BlackBerry 10. We also sensed a change in tone; management acknowledged that fiscal 2014 will be a transition period marked by significant investments to support BlackBerry 10, a phased launch of new devices, and continued declines in services revenue. Bottom line, BlackBerry reverted to pre-BB 10 sales and gross margin figures, despite the expansion of Z10 to several markets and the rollout of Q10. The company also burned cash when excluding a tax refund, and considering the likely promotional spend and working capital investments for BB10, we expect cash burn to continue. In turn, *we believe the longer-term viability and business model of the company will be under greater scrutiny.*"
**"Ice Cream in the Sun; Results Confirm Weak BB10 Uptake," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1 (emphasis added).**

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

90. The Societe Generale analysts that had been surprised with the success of BlackBerry 10 in March 2013 became concerned with the BlackBerry 10 launch after the 28 June 2013 disclosures, stressing that BlackBerry 10 is "the key for RIM."[118]

> "The key for RIM is the success or otherwise of the new BB10 models. The good news is that things are improving but at a slower rate than we had hoped. In our preview of RIM's results, we forecast that BB10 handsets sales would be much higher than expectations, based on our supply chain observations. We believe that these observations were essentially correct. However, it appears that a lot of the additional production ended up in inventory, which rose by almost 50% sequentially. Whether this was stocking ahead of future launches or management's expectations running ahead of reality is uncertain. Additionally, it is unclear how many of the 2.7m unit sales remain in the channel. So the company is now in a race: can it find a profitable sales level (probably 10m+ BB10 units per quarter) before it burns through its $3.1bn cash balance? Due to lower-than-expected unit sales, we have cut our EPS forecasts to a loss for FY14 and by over 80% for FY15."
> **"BB10 Handset Sales Well Below Expectations," by Andy Perkins and Peter Knox, Societe Generale, analyst report, 1 July 2013, p. 1.**

91. In their report following the Company's Q1 FY2014 earnings announcement, Goldman Sachs lowered their price target for BlackBerry to $12.00 per share (previously $17.00).[119] Goldman Sachs explained that their valuation of BlackBerry removed the value of the handset business as they no longer assigned "any probability to the 'bull case' of success with BB10."[120]

> "We no longer assign any probability to the 'bull case' of success with BB10 (previously assigned 20%) - Our prior fundamental valuation used a scenario analysis that assigned 20% probability to the bull case (i.e. a turnaround based on traction with BB10) and 80% probability to the sum-of-the-parts base/bear case (i.e. continued share declines). We no longer

---

[118] "BB10 Handset Sales Well Below Expectations," by Andy Perkins and Peter Knox, Societe Generale, analyst report, 1 July 2013, p. 1.

[119] "Improved Margins Now in the Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42, at 38].

[120] "Sharp Set-Back to Recovery Efforts; Cutting Price Target to $12," by Simona Jankowski, et al., Goldman Sachs, analyst report, 1 July 2013 [BBRY-ALLEN0008021-30, at 23].

43

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

assign any probability to the bull case, given the disappointing traction of BB10 in the first full quarter since the launch."
**"Sharp Set-Back to Recovery Efforts; Cutting Price Target to $12," by Simona Jankowski, et al., Goldman Sachs, analyst report, 1 July 2013 [BBRY-ALLEN0008021-30, at 23].**

92.     Morgan Stanley stated that they could "no longer value the residual Services business as the cash from Services is now once again needed to prop up the Device Business."[121]

> "The lack of BB10 traction implies that the device business can no longer support itself in 2014 the way we had previously modeled and we therefore can no longer value the residual Services business as the cash from Services is now once again needed to prop up the Device Business. We also include patent value and working capital, but take a haircut, since we now believe there's a risk of an inventory write-down."
> **"Downgrade to EW as BB10 Traction Slow to Materialize," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 1 July 2013, p. 2.**

93.     Other analysts, however, expressed more optimistic sentiments following the Company's conference call. For example, Charter Equity Research stated that "management spent much time on the call emphasizing that BB10 is in the early stages of its rollout and declared FY14 a transitory year."[122] Paradigm Capital analysts stated that they "remain of the view that the release of the BB10 portfolio over the course of the year could be the catalyst that drives a powerful hardware refresh and returns the company to profitability."[123] MKM Partners analysts stated that "the BlackBerry 10 operating system could be more successful in reigniting customer interest than we expect."[124] These analysts accepted and related management's reassurance that success was still achievable.

---

[121] "Downgrade to EW as BB10 Traction Slow to Materialize," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 1 July 2013, p. 2.

[122] "BB10 is Not Selling Fast Enough to Stem Subscriber Losses," by Edward Snyder, Charter Equity Research, analyst report, 1 July 2013 [BBRY-ALLEN0007977-80 at 77]..

[123] "Q1 Results a Setback, but BB10 Transition Continues," by Gabriel Leung and Amanda Lefino, Paradigm Capital, analyst report, 2 July 2013, p. 1.

[124] "We Fail to See a Bull Case - Maintain Sell," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 28 June 2013, p. 4.

44

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"Although it is still early, BB10 volumes to date have disappointed. The company has just started rolling out BES 10 and we expect corporate uptake to improve and lower priced Q5 devices to also help volumes. But for now, BB10 is not proving to be as much of a stimulus as we had expected."
**"Q1: Big Miss – Reducing Recommendation," by Gus Papageorgiou, et al., Scotiabank, analyst report, 28 June 2013, p. 1.**


"It's early days for BB10, yet initial sell-in appears below expectations, implying slowing sell-through in early markets even as BlackBerry looks to expand shipments in new markets. Gross margins, profitability and cash-burn are now a concern with upcoming promotional activity; BlackBerry needs to stimulate sell-through. Price target cut to $15; estimate new trading bracket of $8.50-to-$15 (down from $11-to- $18) as tangible-book may decline."
**"Investment Needed to Drive BB10," by Mark Sue, et al., RBC Capital Markets, analyst report, 28 June 2013, p. 1.**


"We anticipate that BB10 unit sales will rise throughout the year, but that unit growth may be driven by the sale of mid-range Q5 QWERTY devices at lower prices. Ultimately, we anticipate that BlackBerry's only chance at BB10 success will come from the mid-range of the market, selling at a price discount to Apple's AAPL iPhone, for example….We thought the next few months could have been the best of times for BlackBerry, thanks to new BB 10 device launches that could satisfy years of pent-up demand from its remaining loyal user base, all while still hanging on to BB7 subscribers.
**"We are Lowering our Fair Value Estimate for BlackBerry Based on Grim BB10 Demand," by Brian Colello, Morningstar, analyst report, 28 June 2013, p. 1.**


"Mgmt's positive; we're cautious with this oven still very hot….Positives. Accelerating BB10 footprint with 320+ carrier acceptances completed and device availability in 147 countries. BB10 portfolio filling-in, Q10/Q5 launched and ramping, more BB10 devices/tiers coming. BB ASP increase to -$317 on increasing BB10 contribution. BES10 user base at 18,000. QoQ cash increase (helped by tax recovery)."
**"Shrinky Dinks," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 28 June 2013, p. 1.**

45

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

94.    Following the Company's earnings announcement, BlackBerry's Vice President of Investor Relations, Paul Carpino, provided a summary of the top concerns "of the post results analyst follow up calls."[125] He drafted and distributed an internal email with a synopsis of analysts' concerns and feedback. According to Mr. Carpino, analysts' primary concern was, "given what appears to be pretty weak uptake of BlackBerry 10, BlackBerry 10 hardware does not look like it will make it."[126] Mr. Carpino also noted that there was a "fear that the company wont pursue a merger to protect shareholders, particularly given that the company will not be able to get share back/has enough scale at the current volumes to compete."[127] He also reported that "on the retail side," analyst sentiment was "that management has been misleading."[128]

### 7.    18 July 2013: Executives Discuss Sale of Company Before the Market Learns of The Failure of BlackBerry 10

95.    On 18 July 2013, Defendant Steve Zipperstein emailed Defendant Thorsten Heins and other BlackBerry executives in preparation for BlackBerry's 26 July 2013 Board Meeting.[129] In his email, Mr. Zipperstein wrote: "our BB 10 devices are not selling well;" BlackBerry was "on the verge of launching additional BB 10 devices, but with no line of sight to profitability for those products;" the Company was facing "a sizeable operating loss in Q2, and further losses for the remainder of FY '14 and FY '15;" and "share price will remain under enormous pressure." Mr. Zipperstein concluded that:

> "…we need to consider all available strategic options and make our best recommendation to the Board. At the extremes we have two choices - either stay the course and continue manufacturing and selling a portfolio of touch

---

[125] "Re: Summary of Analyst Sentiment," email from Paul Carpino to Curt Sigfstead, et al., internal Company email, 6 July 2013 [BBPearlstein_01962335-37, at 35].

[126] "Re: Summary of Analyst Sentiment," email from Paul Carpino to Curt Sigfstead, et al., internal Company email, 6 July 2013 [BBPearlstein_01962335-37, at 35].

[127] "Re: Summary of Analyst Sentiment," email from Paul Carpino to Curt Sigfstead, et al., internal Company email, 6 July 2013 [BBPearlstein_01962335-37, at 35].

[128] "Re: Summary of Analyst Sentiment," email from Paul Carpino to Curt Sigfstead, et al., internal Company email, 6 July 2013 [BBPearlstein_01962335-37, at 35].

[129] "Subject: July 26 Board Meeting -- Privileged and Confidential," from Steve Zipperstein to Thorsten Heins; Kristian Tear, Frank Boulben, and Brian Bidulka copying Edel Ebbs and Nigel Perks, internal Company email, 18 July 2013, 10:03 PM [BB Pearlstein_00636737].

46

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

screen and keyboard devices; or, sell the company to the highest bidder. Between those two extremes we have a range of other options; for example, halting production of our touch screen devices, maintaining production of QWERTY handsets and seeking a partner or partners for the enterprise /network business, selling the hardware business entirely, exiting the consumer market and focusing only on providing MDM and secure solutions to enterprise customers, or some combination /variation of the above."

**"Subject: July 26 Board Meeting -- Privileged and Confidential," from Steve Zipperstein to Thorsten Heins; Kristian Tear, Frank Boulben, and Brian Bidulka copying Edel Ebbs and Nigel Perks, internal Company email, 18 July 2013, 10:03 PM [BB Pearlstein_00636737].**

### 8. 12 August 2013: BlackBerry Announces It Will Explore Strategic Alternatives

96. On 12 August 2013, prior to the start of trading, the Company announced that it had formed a special committee to explore strategic alternatives including "possible joint ventures, strategic partnerships or alliances, a sale of the Company or other possible transactions."[130]

97. Analyst reaction to the Company's announcement was, on balance, positive. Scotiabank noted BlackBerry's "attractive assets" and expected a "transaction to occur within 6 months."[131] Analysts commentary included the following:

"Due to the lackluster BB10 launch, we think the board is actively considering taking the company private or selling the company (we view Samsung as most likely). With interest from several large Canadian funds and rescaled opex, we think an LBO is feasible."
**"Board Exploring Strategic Alternatives; We Think an LBO Is Possible," by Peter Misek, et al., Jefferies, analyst report, 12 August 2013, p. 1.**

"What would BlackBerry offer to a potential buyer? Surprisingly, quite a bit. [A] mobile / wireless operating system / platform (not just in consumer market but industrial applications around M2M); an IP portfolio (acquired and organically developed); and, a global network that connects into ~600

---

[130] "BlackBerry Board of Directors Announces Exploration of Strategic Alternatives," *Dow Jones Newswires*, Company press release, 12 August 2013, 07:58 AM.

[131] "Exploring Strategic Alternatives," by Gus Papageorgiou, et al., Scotiabank, analyst report, 12 August 2013, p.1.

47

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

carrier networks. We believe all of the above would be of value to players without any meaningful presence in mobile / wireless given that is where the market continues to move towards (think of players like Dell, HP, IBM, etc.). … Obviously, there needs to be a willing buyer to step up but we think it's reasonable to assume the Company recognizes where it needs to go now and as such will take the actions (restructuring, asset sales, etc.) to preserve what value remains. We rate BBRY a Buy with a US$13.50 target."
**"Exploring Strategic Alternatives," by Richard Tse and Hubert Mak, Cormark Securities, analyst report, 12 August 2013, p. 1.**

"Moving to Sector Outperform: We believe BlackBerry maintains attractive assets and is motivated to get a deal in place. As a result we expect a transaction to occur within 6 months at around $14.20."
**"Exploring Strategic Alternatives," by Gus Papageorgiou, et al., Scotiabank, analyst report, 12 August 2013, p. 1.**

"We see a big range of potential value by using SOTP, with a mid point of about $10.5. Positive contributors include cash, IPR, the operating system, the NOC and enterprise, while we include negative value for the hardware business."
**"Updated SOTP Analysis; Maintain Market Perform," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 13 August 2013, p. 1.**

"Our target of $10.00 is based on a base case value of BBRY's fixed assets and subscriber base, and implies a multiple of 2.0 times F2014 EV/EBITDA. We have applied no premium on take out. We believe valuation will be difficult to predict given continued subscriber defections and cash required for restructuring headcount and inventory. At the current share price, below book value of $17.93, BBRY could attract a takeover bid with meaningful upside."
**"BlackBerry Formally Exploring Strategic Options," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 12 August 2013, p. 1.**

48

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### 9. 20 September 2013: BlackBerry Announces Preliminary Financial Results for Q2 2014

98. Just prior to 3:00 PM on 20 September 2013, trading in BlackBerry's common stock was halted "pending a news announcement."[132] According to Trade and Quote ("TAQ") data, trading in BlackBerry stock was halted from 3:00 PM to 3:35 PM. During the trading halt, at 3:15 PM that day, the Company announced preliminary financial results for Q2 FY2014 and provided a business update.[133] For the quarter, the Company expected revenue of $1.6 billion (below the consensus estimate of $3.1 billion), and an adjusted loss per diluted share of $0.47 to $0.51 (worse than the consensus estimate of a $0.15 per share loss).[134, 135]

99. The Company shocked analysts and investors by announcing that a majority of the 3.7 million BlackBerry units sold in the quarter were the older generation BlackBerry 7 model and that they would be unable to recognize revenue for "certain BlackBerry 10 devices" as those devices had yet to be sold to actual end customers.[136] The Company finally switched its revenue recognition accounting from sell-in to sell-through, providing the clarity previously denied investors. The Company announced that it had taken a pre-tax charge of $930-$960 million against inventory and supply commitments, which the Company stated was "primarily attributable to BlackBerry Z10 devices."[137] Additionally, the Company announced that it would transition the BlackBerry 10 platform from six devices to four and focus "on enterprise and prosumer-consumer devices."[138] The Company provided cash balance data allowing analysts to compute that

---

[132] "DJ BlackBerry Shares Halted Pending News -- Barron's Blog," *Dow Jones Newswires*, 20 September 2013, 3:13 PM.

[133] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[134] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[135] Consensus estimates obtained from FactSet.

[136] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[137] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[138] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

in the quarter "the company also burned roughly $500 million of cash, or $1 per share".[139]

100. Analysts expressed surprise and disappointment. UBS wrote, "2 main surprises in our opinion: a) the magnitude of the miss (50% in revenues); b) of the 3.7m phones for which revs were recognized, almost all were BB7, *i.e.*, almost no revenue was recognized for the newer BB10 devices."[140] Canaccord Genuity stated that "these results were significantly below our Street-low estimates."

> "Investment recommendation: Consistent with our global surveys indicating very weak Z10, Q10, and Q5 sales along with sharply declining legacy BB7 sales, BlackBerry pre-announced August quarter sales of 3.7M BlackBerry units, $1.6B in revenue, and a non-GAAP loss of $0.47-0.51. These results were significantly below our Street-low estimates. Further, consistent with our prior sum-of-parts valuation that assigns no long-term value to BlackBerry's consumer business, management announced a significant restructuring eliminating roughly 4,500 positions and discontinuing consumer-focused BlackBerry products. BlackBerry will refocus the business towards only enterprise and professional consumers. However, given the growing BYOD trend, we view a healthy consumer smartphone business as paramount for a sustainably profitable enterprise franchise."
> **"Blackberry Pre-Announces Tepid August Quarter, Significant Restructuring," by T. Michael Walkley, et al., Canaccord Genuity, analyst report, 22 September 2013, p. 1.**

> "BB10 sell-through did not improve and carriers were unwilling to take more inventory, despite continued promotions and the launch of the mid-range Q5. Cash is down $500M to $2.6B ($5/share). The operating business is facing significant challenges, the company is trying to rapidly cut costs to reduce cash burn. All the while, the strategic review continues. The shares are trading at a discount to tangible book (est. $10/share). Cash burn remains difficult to forecast."
> **"BBRY: A $1 Billion Revenue Shortfall. Massive Layoff," by Mark Sue, RBC Capital Markets, analyst report, 20 September 2013, p. 1.**

---

[139] "How Much Worse Can It Get? Upgrading from Underperform to Neutral," by William Power, et al., Baird, analyst report, 23 September 2013 [BBRY-Allen0008698-705 at 98].

[140] "Another Negative Preannouncement," by Amitabh Passi and James Hillier, UBS, analyst report, 20 September 2013, p. 1.

50

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

101.    Macquarie analysts reduced their price target from $9.00 to $7.00 due to "higher cash burn," and worried that "BBRY's Board, management, major shareholders and the Canadian government will need to accept a low offer quickly before liquidity becomes an issue and valuable enterprise services customers depart *en masse*."[141] Macquarie warned that they "do not foresee BBRY reaching breakeven FCF as a stand-alone entity" such that "any potential buyer might have to fund another $500m-$1bn in cash outflows to completely exit the hardware business."[142]

> "The intended cost reduction efforts are unlikely to produce an operating profit anytime in the near future, with cash burn seen in the foreseeable future. Our liquidation analysis now suggests fair value in the $6 range with ongoing declines likely with subsequent cash burn."
> **"BBRY: Thoughts on Preannouncement – See Ongoing Unit and Service Revenue Risk," by Benjamin Bollin, Cleveland Research Company, analyst report, 20 September 2013 [BBRY-ALLEN0008602-09 at 02].**

102.    Similarly, MKM Partners reduced their price target by $2.00 per share, warning that Blackberry will "soon go away as a handset brand and likely as a smartphone operating system too."[143] According to their report, MKM Partners expected that the entire cash balance would be consumed by operating losses and restructuring.

> "We are reducing our BlackBerry price target to $7 from $9 and reiterating our Sell rating following Friday's dour pre-announcement. We expect BlackBerry will soon go away as a handset brand and likely as a smartphone operating system too. The brand may only remain as part of the stand-alone BlackBerry Messenger application before long. Management is pushing for a quick sale and the only questions that remain are which parts of the business are left that can sold and for how much? We conclude there is roughly $7 per share of value remaining consisting of $5 for the right to the remaining Services profit-stream, $1 for the QNX OS and $1 for the intellectual property. We project that most, if not all, of the current $2.6bn

---

[141] "Takeunder or Bust; Cutting Target to $7 on Higher Cash Burn," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 22 September 2013, p. 1.

[142] "Takeunder or Bust; Cutting Target to $7 on Higher Cash Burn," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 22 September 2013, p. 1.

[143] "Reiterate Sell Rating and Lowering PT to $7 as BlackBerry 10 Fails," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 23 September 2013, p. 1.

51

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

or $5 per share in cash will be consumed by operating losses and cash restructuring expenses."
**"Reiterate Sell Rating and Lowering PT to $7 as BlackBerry 10 Fails,"**
**by Michael Genovese and Matt Bielawski, MKM Partners, analyst**
**report, 23 September 2013, p. 1.**

103.    News media linked the decline in BlackBerry's stock price on 20 September 2013 to the

Company's disclosures that day.

"As BlackBerry (BBRY) says it's done with the consumer, it's hard to blame the company as it's taking a roughly $950M charge. That's mostly on the recently released Z10--the device that was notably delayed and touted as a savior for the firm. Well, it came far too late to the iPhone/Galaxy/Droid party--as BBRY as since seen. That's why the company is for sale and looking for a way to be relevant as some kind of going concern. But perhaps it's simply just a patent holder at this point."
**"DJ BlackBerry Shows How Bad a Bomb Z10 Was -- Market Talk," by**
**Kevin Kingsbury,** *Dow Jones Newswires*, **20 September 2013, 3:27 PM.**

"R.W. Baird's William Power was one of the first out of the chute this afternoon reflecting on the fiscal Q2 pre-announcement this afternoon by BlackBerry (BBRY) that caused its shares to plunge 17% to close at $8.72."
**"DJ BlackBerry: 'Disastrous' FYQ2 Cash Burn Probably $500 Million,**
**Says Baird -- Barron's Blog,"** *Dow Jones Newswires*, **20 September**
**2013, 4:51 PM.**

**10.      Post-Class Period Events**

    *a.      23 September 2013: BlackBerry Announces Bid*

104.    On 23 September 2013, Blackberry announced it had signed a letter of intent agreement

with a "consortium to be led by Fairfax Financial Holdings Limited ('Fairfax') has

offered to acquire the company subject to due diligence."[144] According to the Company's

press release, the shareholders of BlackBerry "would receive U.S. $9 in cash for each

share of BlackBerry share they hold, in a transaction valued at approximately U.S. $4.7

billion."[145] As per the agreement BlackBerry was entitled to a go-shop provision until the

---

[144] BlackBerry Limited, Form 6-K, filed 23 September 2013.

[145] BlackBerry Limited, Form 6-K, filed 23 September 2013.

52

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

end of the due diligence period which was 4 November 2013. According to the press release, the "go-shop process provides an opportunity to determine if there are alternatives superior to the present proposal from the Fairfax consortium."[146]

> b.     *27 September 2013: BlackBerry Announces Q2 FY2014 Financial Results*

105.    On 27 September 2013, prior to the start of trading, BlackBerry announced financial results for Q2 FY2014.[147] The results were described as "in line with the latest projection from both the company and analysts," but news media added, "Before last week's warning, analysts were expecting revenue of nearly twice that amount."[148] The Company cancelled its Q2 2013 conference call with investors "In light of the letter of intent agreement between BlackBerry and Fairfax Financial Holdings Limited that was signed and announced on Monday."[149]

> c.     *4 November 2013: BlackBerry Announces $1 Billion Investment From Fairfax and Other Institutional Investors; The Company's Prior Takeover Agreement With Fairfax is Terminated*

106.    On 4 November 2013, Blackberry issued two separate press releases.[150] The first press release, was titled "BlackBerry Receives Investment of U.S. $1 billion from Fairfax Financial and Other Institutional Investors".[151] It announced that Fairfax and certain "other institutional investors" will invest $1 billion in BlackBerry "through a U.S. $1 billion private placement of convertible debentures".[152] The second press release, titled "Material Change Report", added that "BlackBerry and Fairfax agree that the letter of intent dated September 23, 2013 between them is terminated and that each party thereto

---

[146] BlackBerry Limited, Form 6-K, filed 23 September 2013.

[147] BlackBerry Limited, Form 6-K, filed 27 September 2013.

[148] "BlackBerry Posts Dismal 2nd-Quarter Figures in Line with Guidance," by Judy McKinnon, *Dow Jones Newswires*, 27 September 2013.

[149] BlackBerry Limited, Form 6-K, filed 26 September 2013.

[150] BlackBerry Limited, Form 6-K, filed 4 November 2013; BlackBerry Limited, Form 6-K, filed 7 November 2013.

[151] BlackBerry Limited, Form 6-K, filed 4 November 2013.

[152] BlackBerry Limited, Form 6-K, filed 4 November 2013.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

fully and finally releases the other party from any and all obligations thereunder."[153] The acquisition was cancelled. Both press releases also announced that Mr. Heins would be stepping down as CEO upon the closing of the $1 billion investment, and would be replaced by John S. Chen as interim CEO.[154]

> *d.     20 December 2013: BlackBerry Announces Q3 2014 Financial Results*

107.    On 20 December 2013, before the start of trading, Blackberry announced financial results for Q3 FY2014 and held a conference call with investors.[155] For the quarter, the Company reported revenue of $1.2 billion (below the consensus estimate of $1.6 billion), and an adjusted loss per diluted share of $0.67 (below the consensus estimate of a $0.43 per share loss).[156] On a GAAP basis (i.e. unadjusted earnings per share), the Company reported a loss of $8.37 per diluted share.[157] BlackBerry explained that the GAAP $8.37 per share loss included "a non-cash, pre-tax charge against long-lived assets of approximately $2.7 billion", "a primarily non-cash, pre-tax charge against inventory and supply commitments of approximately $1.6 billion", and "pre-tax restructuring, legal and financial advisory charges of approximately $266 million related to the Cost Optimization and Resource Efficiency ('CORE') program and the strategic review process".[158]

108.    In addition to the topline results, BlackBerry reported that "During the third quarter, the Company recognized hardware revenue on approximately 1.9 million BlackBerry smartphones compared to approximately 3.7 million BlackBerry smartphones in the previous quarter" and added that "[m]ost of the units recognized were BlackBerry 7 devices."[159] The Company also reported that "During the quarter, approximately 4.3

---

[153] BlackBerry Limited, Form 6-K, filed 4 November 2013; BlackBerry Limited, Form 6-K, filed 7 November 2013.

[154] BlackBerry Limited, Form 6-K, filed 4 November 2013; BlackBerry Limited, Form 6-K, filed 7 November 2013.

[155] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

[156] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

[157] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

[158] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

[159] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

million BlackBerry smartphones were sold through to end customers" and of these 4.3 million, "approximately 3.2 million were BlackBerry 7 devices."[160]

## V.   MARKET EFFICIENCY

### A.   Definition Of Market Efficiency

109.   The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 decision in *Cammer v. Bloom*, 711 F. Supp. 1263 (D.N.J.), which is often cited as a legal authority on the meaning of market efficiency and is consistent with the definition of informational efficiency generally accepted by the academic finance community, is set forth below.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> ***Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989).**

110.   Judge Lechner also cited the definitions offered by commentators Alan R. Bromberg and Lewis D. Lowenfels, and by renowned financial economist and Nobel laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg & Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); see also *Cammer*, 711 F. Supp. at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. at 1280.**

---

[160] "BlackBerry Reports Third Quarter Results for Fiscal 2014," *Marketwired*, 20 December 2013, 7:00 AM.

55

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

111. In his 1991 follow up article titled "Efficient Capital Markets II," Professor Fama further elaborated.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information …. A weaker and more economically sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal cost."
> **"Efficient Capital Markets: II," Eugene Fama, *Journal of Finance*, 1991, p. 1575.**

112. More recently, Professor Fama and a group of other preeminent economists described market efficiency and the state of the profession's general understanding thusly in an *amicus curiae* brief that they submitted to the United States Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear on what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic [Inc. v. Levinson*, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information."
> **Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.,* 5 February 2014, p. 3 (emphasis in original).**

113. The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business …."
> ***Basic v. Levinson,* 485 U.S. 224, 108 S. Ct. 978, 988-91, 99 (1988).**

56

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

114.  The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

> "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company ...."
> ***Amgen Inc. v. Conn. Ret. Plans & Trust Funds*, 133 S. Ct. 1184, 1190, L. Ed. 2d 308 (2013).**

115.  In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause and effect relationship at the center of market efficiency as follows:

> "Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the … price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'"
> ***Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2410, (2014) (emphasis in original).**

116.  An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg & Lowenfels, and Professor Fama and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As these cases have recognized, market efficiency is relevant to a securities case as it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and which were relied upon.

**B.      Market Efficiency Indicia and Assessment Methodology**

**1.      The *Cammer* Factors**

117.  The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are: 1) trading volume, 2) coverage by

57

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

118. Empirical research has confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, p. 302.**

119. Barber, Griffin & Lev [1994], also found that high institutional ownership is indicative of market efficiency.

120. With respect to the fifth *Cammer* factor - empirical evidence - Barber, Griffin & Lev [1994], used empirical tests as a gauge of market efficiency by which to judge the significance of the other variables.[161] Consequently, they acknowledge the importance of the empirical factor.

121. Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as five necessary factors, but rather as indicative of the degree with which the market for a security is expected to be efficient.

> "There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
> ***Cammer*, 711 F. Supp. at 1283.**

122. The *Cammer* opinion describes the nature of the five factors as follows.

> "There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause

---

[161] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra,* 806 F.2d at 1160."
***Id*. at 1285-86 (footnote omitted).**

"First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir.1988)."
***Id*. at 1286.**

"Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
***Id*.**

"Third, it could be alleged the stock had numerous market makers."
***Id*.**

"Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration in connection with public offerings…"
***Id*. at 1287.**

"Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
***Id*.**

"As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
***Id*. at 1291.**

### 2.    The *Krogman* Factors

123.    In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005), and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D.Tex. 2001), identified that three additional factors are also indicative of market efficiency.

59

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

124. These additional factors, the *Krogman* factors, are: 1) the size of the company's market capitalization, 2) the size of the stock's float, and 3) the typical bid-ask spread.

125. Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well known the company will be. Larger companies tend to attract more analyst and news media coverage, and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

126. The stock's float is the number of shares outstanding, less shares held by insiders and affiliated corporate entities. It is generally the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization, but it focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which occur when a company has a high float level, promote market efficiency.

127. The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread will tend to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors, and thereby tends to attract greater interest, greater coverage, and greater volume, which in turn are factors that promote market efficiency.

**VI.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR BLACKBERRY STOCK**

128. To assess whether the market for BlackBerry stock was efficient during the Class Period, I analyzed the market for, and behavior of, BlackBerry stock, focusing on the *Cammer/Krogman* factors which are generally accepted to be indicative of market efficiency for a publicly-traded stock.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

A.     **Trading Volume**

129.    Throughout the Class Period, BlackBerry stock traded regularly and actively. On average, 26.9 million shares changed hands daily.[162] BlackBerry stock trading data are presented in Exhibit-4.

130.    In addition to average daily trading volume, another volume metric to consider in determining market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of BlackBerry stock was approximately 134.6 million shares, or 25.7% of shares outstanding.[163] This level of trading activity is well above levels accepted by courts as being indicative of market efficiency for common stock.[164] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[165] The trading volume for BlackBerry stock during the Class Period was well above the threshold for a strong presumption of market efficiency.

131.    Both in terms of average daily trading volume and the percentage of outstanding shares traded weekly, the market for BlackBerry stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in BlackBerry stock is strong evidence of the efficiency of the market for BlackBerry stock over the course of the Class Period.

B.     **Analyst Coverage and Other Avenues of Information Dissemination**

1.     **Analyst Coverage**

132.    Securities analysts disseminate and interpret information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for

---

[162] Data obtained from CRSP.

[163] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding and multiplying by 5 (the number of trading days in a typical week).

[164] *Cammer*, 711 F. Supp. at 1286.

[165] Id. at 1293.

61

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

133.    I obtained analyst reports published on BlackBerry during the Class Period by 58 different analyst firms:[166] ACI Research, Arete Research, Atlantic Equities, Bank of America Merrill Lynch, Berenberg Bank, Bernstein Research, BGC, BMO Capital Markets, Byron Capital, Canaccord Genuity, Cantor Fitzgerald, Charter Equity Research, CIBC Capital Markets, Citi, Cleveland Research Company, CLSA, Cormark Securities, Cowen and Company, Credit Suisse, Detwiler Fenton, Deutsche Bank, Evercore Partners, Exane BNP Paribas, FBR Capital, GMP Securities, Goldman Sachs, Hudson Square Research, ITG, Jacob Securities, Jefferies, JPMorgan, Macquarie, MKM Partners, Morgan Stanley, Morningstar, National Bank Financial, Needham, Nomura Equity Research, Oppenheimer, Pacific Crest Securities, Paradigm Capital, Raymond James, RBC Capital Markets, Baird, S&P Capital IQ, Sadif, Scotiabank, Seaport Group, Societe Generale, Sterne Agee & Leach, TD Securities, Trefis, UBS, Veritas Equity, Wedge Partners, Wells Fargo, William Blair, and Wright Investors' Service.

134.    During the Class Period, there were at least 336 analyst reports issued regarding BlackBerry. Coverage by at least 58 analyst firms, and the issuance of at least 336 analyst reports in a period of six months, is broad analyst coverage. Barber, et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[167] Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the coverage of BlackBerry by professional securities analysts is evidence of the efficiency of the market for BlackBerry stock during the Class Period.

---

[166] In the Initial Feinstein Report, I identified 44 analyst firms that followed BlackBerry during the Class Period (Initial Feinstein Report, ¶54). Following the submission of the Initial Feinstein Report, I obtained additional reports produced in this matter..

[167] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad M. Barber, Paul A. Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, pp. 302 and 310-311.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### 2.      Institutional Ownership and Buy-Side Analysis

135.    Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[168]

136.    Thomson Eikon compiles and provides institutional ownership data derived from SEC Form 13-F filings. The data show the holdings of BlackBerry stock by major investment institutions as of the end of each quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the stocks they buy. According to SEC filings compiled and reported by Thomson Eikon, at least 490 major institutions owned BlackBerry stock during the Class Period.[169] Exhibit-5 presents a list of the institutions that owned BlackBerry stock during the Class Period. This broad institutional ownership further supports a finding that the market for BlackBerry stock was an efficient market during the Class Period.

### 3.      News Coverage

137.    Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of material information to the marketplace, thereby promoting market efficiency.[170] In the case of BlackBerry, such coverage was extensive. My search of the Factiva database found that at least 6,369 articles were published about the Company during the Class Period.[171] The articles I obtained from Factiva include published news articles and press releases.

138.    Information about BlackBerry also emerged in the form of SEC filings and conference calls.

---

[168] See, e.g., *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).

[169] According to the SEC filings compiled and reported by Thomson Eikon data, 490 institutions held shares of BlackBerry stock on at least one of the following reporting dates: 31 March 2013 and 30 June 2013. There may have been additional institutions that held BlackBerry stock during the Class Period, though not on the quarterly reporting dates.

[170] See, e.g., *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003).

[171] Based on a Factiva search in "All Sources" for articles published during the Class Period where "BlackBerry Ltd." was the "Company" search field parameter.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

139. In sum, during the Class Period, information about BlackBerry was readily available to market participants, not only in the form of analyst reports but also in the form of widely available news media reports. This extensive news coverage is further evidence of the efficiency of the market for BlackBerry stock.

### C. Market Makers and Listing on the NASDAQ Exchange

140. The number of market makers is one of the factors that the *Cammer* court determined indicate market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock, which generally results in a high degree of liquidity and lower transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs.

141. During the Class Period, there were 167 market makers for BlackBerry stock according to Bloomberg. Exhibit-6 presents a list of the market makers for BlackBerry stock during the Class Period.[172]

142. The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that BlackBerry stock traded on the NASDAQ during the Class Period highly relevant. NASDAQ is an electronic exchange consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the NASDAQ. Citing Bromberg and Lowenfels, the *Cammer* court explicitly acknowledged the importance of a NASDAQ listing and the implications of such a listing for market efficiency.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and

---

[172] Market maker data obtained from Bloomberg.

64

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> ***Cammer*, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, *Securities Fraud and Commodities Fraud*, §8.6 (1988)).**

143. That BlackBerry stock traded on the NASDAQ and had a large number of market markers is strong evidence that BlackBerry stock traded in an efficient market throughout the Class Period.

### D. F-10 Registration Eligibility

144. F-10 registration is to Canadian companies listed on U.S. exchanges what S-3 registration is to domestic companies.[173] A U.S. company is eligible for S-3 registration and a Canadian company is eligible for F-10 registration, when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

145. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.

146. In 1992, the SEC amended its requirements for S-3 registration eligibility to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration so long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one third of their public float in primary offerings over any period of 12 calendar months."[174] Despite the fact that the $75 million float requirement has been loosened, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[175]

---

[173] https://www.sec.gov/about/forms/formf-10.pdf.

[174] "Revisions To The Eligibility Requirements For Primary Securities Offerings On Forms S-3 And F-3," SEC Release No. 33-8878, 19 December 2007.

[175] See, e.g., *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

147.    The *Cammer* court noted that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensured that financial data are available to market participants, and the "public float" requirement indicated that many market participants would have examined the information.[176]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."
> **Cammer, 711 F. Supp. at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document."
> **Id. at 1285.**

> "Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency."
> **Id. at 1287.**

148.    BlackBerry satisfied both the original and revised conditions for F-10 registration eligibility throughout the entire Class Period. BlackBerry's average float during the Class Period of $5.44 billion exceeded the threshold requirement for F-10 registration by a wide margin.

149.    Consistent with the *Cammer* opinion, BlackBerry's eligibility to file F-10 registration is evidence of the efficiency of the market for BlackBerry stock throughout the Class Period.

---

[176] *Cammer*, 711 F. Supp. at 1284-85.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

    **E.**    *Krogman* **Factors**

150.    In addition to evaluating market efficiency using the *Cammer* factors, I also examined BlackBerry stock and its market with respect to the three additional *Krogman* factors.

        **1.**    **Market Capitalization**

151.    During the Class Period, the market capitalization of BlackBerry averaged $6.45 billion, ranking BlackBerry as large as companies in the 1st decile of U.S. companies by size – meaning that BlackBerry's average market capitalization was larger than at least 90% of all publicly-traded companies in the United States.[177]

152.    Consistent with the *Unger* and *Krogman* opinions, BlackBerry's sizeable market capitalization throughout the Class Period is further evidence of the efficiency of the market for BlackBerry stock.

        **2.**    **Float**

153.    BlackBerry's float averaged $5.44 billion during the Class Period. While float excludes shares held by insiders and affiliated corporate entities, BlackBerry's average float was still larger than the total market capitalization of at least 80% of all other publicly-traded companies in the U.S.[178] The size of BlackBerry's float satisfied the second *Krogman* factor for market efficiency.

154.    Float can also be analyzed as a percentage of total shares outstanding, as well as in absolute share and value terms. On average during the Class Period, there were 442.2 million shares in BlackBerry's float and 524.2 million shares outstanding, resulting in an average float of 84.4% of shares outstanding.

155.    The large size of BlackBerry's float is indicative of the efficiency of the market for its stock during the Class Period.

---

[177] Using averaged month-end data from CRSP for 31 March 2013 through 30 August 2013, I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA, while the 10th decile contains the smallest 10%.

[178] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013. BlackBerry share data were obtained from SEC filings.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### 3.    Bid-Ask Spread

156.    I obtained from CRSP the daily closing bid and ask quotes for BlackBerry stock during the Class Period.

157.    I measured the percentage bid-ask spread as the difference between the bid and ask quotes, divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[179] Exhibit-4 presents BlackBerry's bid-ask spread data.

158.    The average bid-ask spread for BlackBerry stock over the course of the Class Period was 0.09%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database was 0.65%.[180] BlackBerry's bid-ask spread was therefore narrower than the mean level among all other CRSP stocks – which comprises stocks traded on the NYSE, AMEX, NASDAQ, and ARCA.

159.    In dollar terms, BlackBerry's bid-ask spread during the Class Period averaged $0.01 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.11 during the Class Period.[181]

160.    The average bid-ask spread in the market for BlackBerry stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly-traded stocks in the United States. BlackBerry's narrow bid-ask spread supports a conclusion of market efficiency.

---

[179] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, Vol. 25, No. 4, 1990, pp. 535-547.

[180] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013.

[181] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY**

161. The fifth *Cammer* factor involves showing a cause-and-effect relationship between the dissemination of company-specific information and movement(s) in the security price.[182] The *Cammer* court noted that a demonstration of a cause and effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[183]

162. While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017) the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied by wide margins and circumstances are not unusual. In *Waggoner v. Barclays PLC*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies." Nonetheless, appropriately significant reactions to new valuation-relevant information demonstrate market efficiency. Collective tests that prove that the stock moved more on high information flow days than on other days would also prove that the stock reacted to information and would empirically demonstrate the efficiency of the market in which the security traded.

163. I conducted two empirical tests of the efficiency of the market for BlackBerry stock. The first is an event study that investigates whether BlackBerry stock reacted significantly on important news and announcement event dates during the Class Period. Significant and appropriate reactions to new valuation-relevant information indicate market efficiency.

164. The second set of tests are collective studies that investigate whether BlackBerry stock exhibited market efficiency by moving more on a set of high information flow dates as compared to on all other dates, which would demonstrate that information reaches the market, that the market trades on that information, and the stock price reacts to the flow of information. In the instant case, I focused the collective tests on earnings announcement dates, which according to the finance literature are generally high

---

[182] *Cammer*, 711 F. Supp. at 1291.

[183] *Cammer*, 711 F. Supp. at 1287.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

information flow dates. This test collectively compares earnings announcement dates to all ordinary non- or lesser-news dates.

165.    More stock price movement on days with more information would indicate a cause and effect relationship between information and responses in the BlackBerry stock price, which is the essence of informational market efficiency. I conducted this collective event analysis using an F-test and an Ansari-Bradley volatility test. These statistical tests compare the BlackBerry stock price dynamics on earnings announcement dates to the behavior of the stock price on all ordinary non- or lesser news dates in the Estimation Period. A pattern of greater dispersion and larger stock price movements on earnings announcement dates would indicate market efficiency.

### F.    Event Study Test of Market Efficiency

166.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. Renowned financial economist and Nobel laureate Eugene Fama attests:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets II," by Eugene F. Fama, *Journal of Finance*, 1991, p. 1607.**

167.    Campbell, Lo, and MacKinlay [1997] present a useful description and examples of the methodology and write about how it is generally accepted and widely used in academic research.[184] Crew, et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[185]

---

[184] Chapter 4 of *The Econometrics of Financial Markets*, by John Campbell, Andrew Lo, and A. C. MacKinlay, Princeton University Press, 1997.

[185] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, Marine A. Moore, and Kevin L. Gold, in Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman Weil, et al., John Wiley & Sons, Inc., 2017.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

168.   An event study measures how much a stock price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a stock price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributed to market or sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation.

169.   If a stock's return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. Such proof of a cause and effect relationship between the release of information and movements in the stock price establishes market efficiency.

### 1.   A Caveat About Non-Significant Price Movements

170.   It is important to note that an event study tests the joint hypothesis that the security trades in an efficient market and that the valuation impact of the information disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular disclosure.[186]

171.   For example, if a company reports earnings that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to elicit a statistically significant stock price reaction. Thus, the release of important information consistent with market expectations would maintain the price, whereas important information inconsistent with expectations would be expected to cause a change in the stock price. Similarly, if a misrepresentation is made alongside countervailing confounding news that

---

[186] "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

impacts the stock price in the opposite direction, one might not reasonably expect this mix of new information to cause a statistically significant stock price reaction.[187] In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price reaction. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock is behaving as it should in an efficient market.

172. Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a significant stock price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it previously was, so the appropriate price reaction would be a maintenance of the price level where it previously was.

173. Therefore, ideal candidate events for inclusion in an event study testing for market efficiency are events on which company-specific information was released that is new, unexpected, and may potentially be on balance of such import as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.

174. One may also run a collective event study, which is a methodology that examines a broader collection of news events collectively. By comparing a broad collection of news days to typical non- or lesser-news days, this methodology can assess whether information flow affects the security price, thereby demonstrating market efficiency.

## 2. Selection of Event Study Events

175. To identify potential event dates, I reviewed the Complaint, Company news, and analyst reports during the Class Period. My review and analysis indicated that, based on valuation principles, the information announced on the following four dates were of such valuation relevance and importance as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.

---

[187] Confounding information is simultaneously released unrelated company-specific information.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### a.   11 April 2013

176.   On 11 April 2013, before the start of trading, Detwiler Fenton issued a research report on the BlackBerry 10.[188] The report noted that "key retail partners have seen a significant increase in Z10 returns to the point where, in several cases, returns are now exceeding sales, a phenomenon we have never seen before."[189] The report also stated that, "it appears the biggest customer complaints are the unintuitive nature of the user interface, the maps app, and the lack of apps – issues that become apparent once consumers have had several days to use the device."[190] The report acknowledged "that Z10 sales for the February Q came in at a respectable 1 MM units with relatively strong sell through but we caution investors that there is significant return risk to these numbers and believe that future results are setting up for a disappointment."[191]

177.   Prior to the start of trading that day, *The Wall Street Journal* and *Bloomberg* published articles online reporting on the Detwiler Fenton research note.[192]

### b.   28 June 2013

178.   On 28 June 2013, prior to the start of trading, the Company announced its financial results for Q1 FY2014 and held a conference call with investors.[193] The Company announced quarterly revenue of $3.1 billion and an adjusted loss per share of $0.13.[194]

---

[188] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013 [BBPearlstein_00282476-78 at 77]; "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

[189] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, [BBPearlstein_00282476-78 at 77].

[190] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, [BBPearlstein_00282476-78 at 77].

[191] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, [BBPearlstein_00282476-78 at 77].

[192] "MARKET TALK: Z10 Returns Said to Outnumber Sales at Verizon," by Will Connors, *Dow Jones Newswires*, 11 April 2013, 8:41 AM; and "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

[193] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 07:00 AM; and "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

[194] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 07:00 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

The Company also announced that it had shipped 6.8 million smartphones in the quarter, of which "approximately 40% of these devices were BlackBerry 10 devices."[195]

179.    Analyst reaction to the Company's quarterly results and sales of the BlackBerry 10 was decidedly negative. William Blair analysts lamented that "the results were disappointing and will come as a surprise to investors."[196] BMO Capital Markets analysts noted that "we view this as a sign that even a much more robust operating system may not save Blackberry as the ecosystem still lacks."[197] Analysts adjusted their estimates and expectations for the Company and the Blackberry 10 device.

> "It's early days for BB10, yet initial sell-in appears below expectations, implying slowing sell-through in early markets even as BlackBerry looks to expand shipments in new markets. Gross margins, profitability and cash-burn are now a concern with upcoming promotional activity; BlackBerry needs to stimulate sell-through. Price target cut to $15; estimate new trading bracket of $8.50-to-$15 (down from $11-to-$18) as tangible-book may decline."
> **"Investment Needed to Drive BB10," by Mark Sue, et al., RBC Capital Markets, analyst report, 28 June 2013, p. 1.**

> "We are downgrading BBRY to Market Perform from Outperform. Our downgrade does not necessarily reflect a view that BBRY will not be able to succeed (while we still believe it can upgrade its existing installed base, admittedly visibility is limited), but, rather, that success may be further out than we would like and that the benefits may be costly upfront as the company invests heavily. … We expect BBRY shares to experience significant volatility quarter to quarter with downside risk around continued slow sell-in/uptake of BlackBerry devices and further degradation of services revenue and upside risk around the reversal of service revenue in Venezuela (not embedded into forecasts) as well as lower operating expense. We are most disappointed by the slower-than-expected ramp

---

[195] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

[196] "First Look at Fiscal First-Quarter Results; Unimpressive, in Spite of Flagship BB10 Product Launches," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1.

[197] "Tough Quarter All Around; Lowering Estimates and Target, Reiterate Underperform," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 28 June 2013, p. 1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

relative to our expectation and relative to high marketing spend and note that while management highlights it has only been 5 months into the BB10 product cycle, we note that the industry has been seeing a short 12-month product cycle between smartphones over the past several years. We lower our valuation range to $10.50-$12."
**"BBRY: BB10 Benefits May Take Longer--Downgrade to Market Perform," by Maynard Um and Munjal Shah, Wells Fargo, analyst report, 28 June 2013, p. 1.**

"Although it is still early, BB 10 volumes to date have disappointed. The company has just started rolling out BES 10 and we expect corporate uptake to improve and lower priced Q5 devices to also help volumes. But for now, BB 10 is not proving to be as much of a stimulus as we had expected."
**"Q1: Big Miss – Reducing Recommendation," by Gus Papageorgiou, et al., Scotiabank, analyst report, 28 June 2013, p. 1.**

> c.     *12 August 2013*

180. Merger and acquisition related announcements have often been the focus of event studies.[198] The financial literature finds when a company is identified as a potential acquisition target, the announcement that increases the probability of acquisition is generally a positive event.[199] Acquisition prices often include hefty acquisition premiums. Thus, one would reasonably expect that the announcement that BlackBerry was open to interest from suitors, and was willing to consider such a transaction, would reasonably cause positive movement in BlackBerry's common stock price.

181. On 12 August 2013, prior to the start of trading, the Company announced that it had formed a special committee to explore strategic alternatives including "possible joint ventures, strategic partnerships or alliances, a sale of the Company or other possible transactions."[200]

---

[198] *The Econometrics of Financial Markets*, by John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, Princeton University Press, 1997, p. 149.

[199] See, e.g., "Merger Bids, Uncertainty, and Stockholder Returns," by Paul Asquith, *Journal of Financial Economics*, 1983.

[200] "BlackBerry Board of Directors Announces Exploration of Strategic Alternatives," *Dow Jones Newswires*, Company press release, 12 August 2013, 07:58 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

182. I reviewed news media and analyst reports published around the date to determine whether the information conveyed in this event was new, valuation-relevant information that should reasonably be expected to cause the Company's stock prices to move by a statistically significant amount. Based on these criteria, 12 August 2013 was an appropriate event for the event study.

183. Analyst reaction to the Company's announcement was, on balance, positive. Scotiabank cited BlackBerry's "attractive assets" and expected a "transaction to occur within 6 months."[201] Analysts commentary included the following:

> "Due to the lackluster BB10 launch, we think the board is actively considering taking the company private or selling the company (we view Samsung as most likely). With interest from several large Canadian funds and rescaled opex, we think an LBO is feasible."
> **"Board Exploring Strategic Alternatives; We Think an LBO is Possible," by Peter Misek, et al., Jefferies, analyst report, 12 August 2013, p. 1.**

> "What would BlackBerry offer to a potential buyer? Surprisingly, quite a bit. [A] moble / wireless operating system / platform (not just in consumer market but industrial applications around M2M); an IP portfolio (acquired and organically developed); and, a global network that connects into ~600 carrier networks. We believe all of the above would be of value to players without any meaningful presence in mobile / wireless given that is where the market continues to move towards (think of players like Dell, HP, IBM, etc.). … Obviously, there needs to be a willing buyer to step up but we think it's reasonable to assume the Company recognizes where it needs to go now and as such will take the actions (restructuring, asset sales, etc.) to preserve what value remains. We rate BBRY a Buy with a US$13.50 target."
> **"Exploring Strategic Alternatives," by Richard Tse and Hubert Mak, Cormark Securities, analyst report, 12 August 2013, p. 1.**

> "Moving to Sector Outperform: We believe BlackBerry maintains attractive assets and is motivated to get a deal in place. As a result we expect a transaction to occur within 6 months at around $14.20."
> **"Exploring Strategic Alternatives," by Gus Papageorgiou, et al., Scotiabank, analyst report, 12 August 2013, p.1.**

---

[201] "Exploring Strategic Alternatives," by Gus Papageorgiou, et al., Scotiabank, analyst report, 12 August 2013, p.1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We see a big range of potential value by using SOTP, with a mid point of about $10.5. Positive contributors include cash, IPR, the operating system, the NOC and enterprise, while we include negative value for the hardware business."
**"Updated SOTP Analysis; Maintain Market Perform," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 13 August 2013, p.1.**

"Our target of $10.00 is based on a base case value of BBRY's fixed assets and subscriber base, and implies a multiple of 2.0 times F2014 EV/EBITDA. We have applied no premium on take out. We believe valuation will be difficult to predict given continued subscriber defections and cash required for restructuring headcount and inventory. At the current share price, below book value of $17.93, BBRY could attract a takeover bid with meaningful upside."
**"BlackBerry Formally Exploring Strategic Options," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 12 August 2013, p.1.**

  *d.*    *20 September 2013*

184. On 20 September 2013, the Company announced preliminary financial results for Q2 FY2014 and provided a business update to investors.[202] The Company announced that they expected to report quarterly revenue of $1.6 billion and an adjusted loss per share of $0.47 to $0.51. The Company revealed that a majority of the 3.7 million BlackBerry units sold in the quarter were the older generation BlackBerry 7 model, and that they would be unable to recognize revenue for "certain BlackBerry 10 devices" as those devices had yet to have been sold to actual end customers.[203] The Company also announced that it had taken a pre-tax charge of $930 - $960 million against inventory and supply commitments, which the Company stated was "primarily attributable to BlackBerry Z10 devices."[204]

---

[202] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[203] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[204] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

185.   Analysts expressed their surprise and disappointment with the quarterly results and sales of the BlackBerry 10 device. UBS analysts highlighted "2 main surprises in our opinion: a) the magnitude of the miss (50% in revenues); b) of the 3.7m phones for which revs were recognized, almost all were BB7, i.e., almost no revenue was recognized for the newer BB10 devices."[205] Macquarie analysts reduced their price target from $9.00 to $7.00 due to "higher cash burn," and worried that "BBRY's Board, management, major shareholders and the Canadian government will need to accept a low offer quickly before liquidity becomes an issue and valuable enterprise services customers depart en masse."[206]

186.   Numerous other analysts published reports responding to the Company's preannouncement.

> "BBRY negatively preannounces F2Q results now anticipating Revs of $1.6b (cons $3.1b) and EPS loss, prior to an inventory write-down charge of $930-960m, of -$0.47 to -$0.51 vs. cons at -$0.15. There were 2 main surprises in our opinion: a) the magnitude of the miss (50% in revenues); b) of the 3.7m phones for which revs were recognized, almost all were BB7, i.e., almost no revenue was recognized for the newer BB10 devices. BBRY attributed some of this to sell-in vs. sell thru diff."
> **"Another Negative Preannouncement," by Amitabh Passi and James Hillier, UBS, analyst report, 20 September 2013, p. 1.**

> "BlackBerry pre-announced a dismal 2Q-FY14 with expected sales of only $1.6B, roughly half consensus of $3.1B. BB vol. decreased by 45.6% QoQ with nearly all those able to be recognized being legacy BB7 devices. BB10 hasn't built any momentum, forcing BBRY to announce large cuts (40% of its workforce) and retrenchment to its enterprise roots. The strategy looks to be a full maintenance effort to conserve cash and the services base as a sale of the company is pursued. We see a full company sale as difficult to

---

[205] "Another Negative Preannouncement," by Amitabh Passi and James Hillier, UBS, analyst report, 20 September 2013, p.1.

[206] "Takeunder or Bust; Cutting Target to $7 on Higher Cash Burn," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 22 September 2013, p. 1.

78

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

realize, with a sale of parts (IP and some enterprise pieces) the most likely path. With the parts difficult to value given the extreme circumstance, we recommend staying on the sidelines."
**"Dark Days," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 22 September 2013, p. 1.**

"We are reducing our BlackBerry price target to $7 from $9 and reiterating our Sell rating following Friday's dour pre-announcement. We expect BlackBerry will soon go away as a handset brand and likely as a smartphone operating system too. The brand may only remain as part of the stand-alone BlackBerry Messenger application before long. Management is pushing for a quick sale and the only questions that remain are which parts of the business are left that can sold and for how much? We conclude there is roughly $7 per share of value remaining consisting of $5 for the right to the remaining Services profit-stream, $1 for the QNX OS and $1 for the intellectual property. We project that most, if not all, of the current $2.6bn or $5 per share in cash will be consumed by operating losses and cash restructuring expenses."
**"Reiterate Sell Rating and Lowering PT to $7 as BlackBerry 10 Fails," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 23 September 2013, p. 1.**

> e.   *Mixed and Inline News Renders the 28 March 2013 Earnings Announcement An Uninformative Event For Testing Market Efficient*

187.   On 28 March 2013, before the start of trading in the U.S., the Company announced its financial results for the three months and fiscal year ended 2 March 2013.[207] For the quarter, Blackberry reported revenue of $2.7 billion, and adjusted earnings of $0.22 per share diluted.[208] On balance, analysts deemed the news to be mixed. UBS analysts published a report titled "Enough to inspire both Bulls and Bears."[209] BMO Capital Markets analysts noted that "BBRY reported mixed results. Revenue was roughly in line, and EPS was better thanks to a much higher GM, but the subscriber decline

---

[207] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[208] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 7:00 AM.

[209] "Enough to Inspire Both Bulls and Bears," by Amitabh Passi, et al., UBS, analyst report, 28 March 2013, p.1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

accelerated."[210] Cowen analysts stated "Mixed F4Q13: Gross Margins Shine, But Sharp Payables Rise Boosts OCF."[211]

188.    Given the mixed nature of the information made available to the market that day, which included reassuring alleged misrepresentations and omissions that maintained prior optimism in the BB10 project, this date is not an appropriate event for inclusion in a market efficiency event study, as the mix of news would reasonably maintain the price level rather than significantly change it.

### 3.    Isolating the Impact of Company-Specific Information

189.    Event study analysis determines how much of the Company's stock return following each of the events was driven by Company-specific information as opposed to market and sector factors.

190.    The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of BlackBerry stock typically behaved in relation to the overall stock market and its sector, and then using the regression model to determine how much of each event day's actual return is explained by the market and sector factors. The portion of the stock return that is apportioned to market and sector factors is called the explained return.

191.    The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and sector effects.

192.    The regression equation models the return of BlackBerry stock as a function of: 1) a constant term, 2) the returns of the overall stock market, and 3) the returns of an industry sector index.

193.    For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

---

[210] "Quick Note; GM Is Strong, but Sub Decline a Concern," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 28 March 2013.

[211] "Mixed F4Q13: Gross Margins Shine, But Sharp Payables Rise Boosts OCF," by Matthew Hoffman, et al., Cowen, analyst report, 28 March 2013.

80

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

194. For the sector factor, I examined analyst reports written about BlackBerry during the Class Period and identified four companies that were listed by at least two analysts as comparable companies in their valuation models. These four companies were: Apple, HTC Corp., Microsoft Corporation, and Nokia OYJ. These companies were cited as BlackBerry's peers by CIBC Capital Markets (Apple, HTC Corp., and Nokia OYJ), GMP Securities (Apple, HTC Corp., Microsoft Corporation, and Nokia OYJ), Jefferies (Apple, HTC Corp., Microsoft Corporation, and Nokia OYJ), Morningstar (Apple and Nokia OYJ ), Raymond James (Apple, HTC Corp., and Nokia OYJ), and Scotiabank (Apple and Nokia OYJ).

195. I also considered the constituents of the BI Global Mobile Handset Manufacturers Competitive Peers Index ("BB Index").[212] Twelve different companies were listed as constituents of the BB Index during the Estimation Period. Of these 12 companies, three were in common with the list of four companies identified by at least two analysts as comparable companies in their valuation models: Apple, HTC Corp., and Nokia OYJ.

196. As for HTC Corp., American share data was unavailable and Taiwan Stock Exchange data was non-contemporaneous with BBRY trading in the U.S. Therefore, I excluded HTC Corp. from the constructed industry sector index. I constructed the sector index ("Sector Index") from the returns of Apple common stock and Nokia OYJ American Depository Shares. Constituents in the Sector Index are equal weighted. The Sector Index appropriately incorporates payments of dividends by the constituent companies.[213]

197. All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price.

---

[212] Index data obtained from Bloomberg. My understanding is that this index was constructed by Bloomberg to track the competitive peers in the Mobile Handset Manufacturing Sector. It is an equal-weighted index. The BI Global Mobile Handset Manufacturers Competitive Peers Index is composed of the following companies during the Estimation Period (certain companies were not included in the index throughout the entirety of the Estimation Period): Alphabet, Inc.; Apple, Inc.; Blackberry, Ltd.; HTC Corp.; Lenovo Group Ltd.; LG Electronics; Motorola Solutions, Inc.; Nokia; Samsung Electronics Co. Ltd.; Sharp Corp.; TCL COMM; and ZTE Corp.

[213] To determine if my conclusions are sensitive to an alternative specification of sector index, I used the NASDAQ OMX CTA Smartphone Index as an alternate sector index ("Alternate Sector Index"). This index tracks "the performance of companies in the Smartphone segment of the telecom and technology sectors." I reran all event study tests as described herein using the Alternate Sector Index. My conclusions are robust to this alternative treatment of the sector index. All qualitative findings and conclusions with respect to the efficiency of the market in which BlackBerry stock traded would not change if the regression model were modified so as to substitute the Alternate Sector Index for the Sector Index.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Logarithmic returns are commonly used in event studies and equity analysis. Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[214]

198. BlackBerry's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-7 presents the Market Index and Sector Index data.

199. I ran the regression on daily returns covering the full year starting on 19 September 2012 through the last day of the Class Period, 20 September 2013 ("Estimation Period"). I used dummy variables to control for potentially abnormal returns on the subject event dates of the event study and collective tests. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[215]

200. The choice of using one full year ending on the last day of the Class Period for the regression Estimation Period is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman Weil, et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

201. The regression results are presented in Exhibit-8.

---

[214] The Appendix presents the mathematical formula for the logarithmic return and a discussion of the measure.

[215] See, e.g., "Event Studies with a Contaminated Estimation Period," by Nihat Aktas, et al., *Journal of Corporate Finance*, 2007; "Measuring the Effects of Regulation with Stock Price Data," by John J. Binder, *The RAND Journal of Economics*, 1985; "Intervention Analysis with Applications to Economic and Environmental Problems," by G. E. P. Box and G. C. Tiao, *Journal of the American Statistical Association*, 1975; "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker, et al., *Journal of Financial & Quantitative Analysis*, 1980; "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," by Paul H. Malatesta, *The Journal of Financial and Quantitative Analysis*, 1986; "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," by Rex Thompson, *The Journal of Financial and Quantitative Analysis*, 1985.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

202.   I computed the explained portion of BlackBerry stock return on each event date by adding: 1) the estimated regression intercept term, 2) the respective day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the respective day's Sector Index return multiplied by the Sector Index coefficient estimated by the regression.

203.   I then computed the residual return for each event date by subtracting the explained return from the actual return.

### 4.   *t*-Test

204.   For each event, a statistical test called a *t*-test was conducted to determine whether the residual return of BlackBerry stock was statistically significant. Statistical significance means that the event return after controlling for the market and sector effects, was of such magnitude that it cannot be reasonably attributed to random volatility, but alternatively must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to the typical residual return exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return was unlikely to have been caused by random volatility and is therefore statistically significant.[216]

205.   The results of the event study are presented below and summarized in Exhibit-9.

---

[216] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

G.      **Event Study Results**

1.      **Event Study Results: 11 April 2013**

206.    On 11 April 2013, BlackBerry stock fell 8.08% (on a logarithmic return basis). The Market Index return that day was 0.32%, and the Sector Index return was -0.73%. Based on the regression model, the explained return on BlackBerry stock was 0.24%. The difference between the actual return of -8.08% and the explained return of 0.24% is a residual return of -8.32%.

207.    A residual return of -8.32% is an unusually large one-day decline for BlackBerry stock. That residual return is associated with a $t$-statistic value of -2.23, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is miniscule. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 97.3%.

2.      **Event Study Results: 28 June 2013**

208.    On 28 June 2013, BlackBerry stock fell 32.52% (on a logarithmic return basis). The Market Index return that day was -0.28%, and the Sector Index return was -0.57%. Based on the regression model, the explained return on BlackBerry stock was -0.06%. The difference between the actual return of -32.52% and the explained return of -0.06% is a residual return of -32.46%.

209.    A residual return of -32.46% is an unusually severe one-day decline for BlackBerry stock. That residual return is associated with a $t$-statistic value of -8.68, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is virtually nil. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 99.99%.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### 3.    Event Study Results: 12 August 2013

210.  On 12 August 2013, BlackBerry stock rose 9.94% (on a logarithmic return basis). The Market Index return that day was -0.01%, and the Sector Index return was 1.53%. Based on the regression model, the explained return on BlackBerry stock was 0.71%. The difference between the actual return of 9.94% and the explained return of 0.71% is a residual return of 9.23%.

211.  A residual return of 9.23% is an unusually large one-day increase for BlackBerry stock. That residual return is associated with a $t$-statistic value of 2.47, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is less than 1.4%. The stock return is statistically significant at a confidence level exceeding 98.6%.

### 4.    Event Study Results: 20 September 2013

212.  On 20 September 2013, BlackBerry stock fell 18.71% (on a logarithmic return basis). The Market Index return that day was -0.73%, and the Sector Index return was -1.35%. Based on the regression model, the explained return on BlackBerry stock was -0.56%. The difference between the actual return of -18.71% and the explained return of -0.56% is a residual return of -18.15%.

213.  A residual return of -18.15% is an unusually large one-day decline for BlackBerry stock. That residual return is associated with a $t$-statistic value of -4.85, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic given that particular explanation is less than 0.0002%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance is 99.9998%.

### H.    Event Study Summary

214.  The event study shows that for each of the events tested there was a strong statistically significant price reaction to Company-specific news. This finding proves that BlackBerry stock reacted to new information and its market was thus efficient.

85

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

215.  Further, the event study is essentially a controlled experiment that allows one to observe the market's valuation of the stock with and without the information at issue. Prior to an event, the stock is valued in the marketplace without the new information. After the event, the stock is valued with the newly-released information. The significant stock price changes elicited by the events reflect the effect of that information.

216.  In its 2014 *Halliburton II* decision, the Supreme Court recognized that "plaintiffs themselves can and do introduce evidence of the *existence* of price impact in connection with 'event studies.'"[217] These event study results are such evidence.

### I.  Collective Tests Of Market Efficiency

#### 1.  Tests of Event Return Dispersion

217.  In addition to assessing market efficiency by observing whether the stock price reacted on important news event dates individually, one can also test for market efficiency by assessing collectively whether the stock generally moved more on days with greater information flow than on typical days with less news. That is, if the stock price movements are greater among a collection of news days than among all other lesser or non-news days, this result would establish that there is a cause and effect relationship between the flow of information and stock price movements, which indicates market efficiency.

218.  I conducted collective empirical tests of market efficiency based on these principles. For the collective tests, I examined all five of the earnings announcements that occurred over the course of the entire Estimation Period. A company's financial results and forecasts are among the most important considerations to investors assessing the value of its stock. While not every earnings announcement contains new, unexpected, highly impactful valuation information, the finance literature notes that such information more frequently arrives on earnings announcement dates than on ordinary dates.[218]

---

[217] *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2410, (2014) (emphasis in original).

[218] *Financial Reporting: An Accounting Revolution*, 3rd ed., William H. Beaver, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by Francois Degeorge, Jayendu Patel, and Richard Zeckhauser, *Journal of Business*, 1999, p. 1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

219. Numerous well-known and highly-regarded academic studies (e.g., Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], and Ball and Kothari [1991]) have specifically examined stock price movements caused by earnings announcements, and concur that earnings announcements are unusually important information events generally.

220. A pattern of greater stock price movement on earnings announcement days as compared to all other days is indicative of market efficiency.

221. The following is a list of BlackBerry earnings event dates corresponding to BlackBerry's earnings announcements during the Estimation Period:

    i.    28 September 2012 – After the close of trading on 27 September 2012, the Company announced its financial results for Q2 FY2013 and held a conference call with investors.[219]

    ii.    21 December 2012 – After the close of trading on 20 December 2012, the Company announced its financial results for Q3 FY2013 and held a conference call with investors.[220]

    iii.    28 March 2013 – On 28 March 2013, before the start of trading, the Company announced its financial results for Q4 and FY2013 and held a conference call with investors.[221]

    iv.    28 June 2013 – On 28 June 2013, before the start of trading, the Company announced its financial results for Q1 FY2014 and held a conference call with investors.[222]

---

[219] "Research In Motion Reports Second Quarter Fiscal 2013 Results," *Marketwired*, Company press release, 27 September 2012, 16:05 ET; and "Q2 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 27 September 2012, 5:00 PM.

[220] "Research In Motion Reports Third Quarter Fiscal 2013 Results," *Marketwired*, Company press release, 20 December 2012, 16:11 ET; and "Q3 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2012, 5:00 PM.

[221] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwired*, Company press release, 28 March 2013, 07:00 AM; and "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM.

[222] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 07:00 AM; and "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

v.      20 September 2013 – On 20 September 2013, the Company announced its preliminary financial results for Q2 FY2014 and provided a business update.[223]

222.    There was certainly additional valuation-relevant information aside from earnings information disseminated on these event dates. Stock price reactions to the additional information is further support of market efficiency.[224]

### 2.      F-Test and Ansari-Bradley Test of Event Return Dispersion

223.    If the flow of important Company news is greater on earnings announcement days as compared to ordinary days, as the finance literature states is usually the case, and if BlackBerry stock reacts to information, which is the hallmark of informational efficiency, then one would expect a wider dispersion of returns on earnings announcement dates as compared to ordinary days.

224.    It follows that if the dispersion of BlackBerry stock returns on earnings announcement days was significantly greater than the dispersion of BlackBerry stock returns on all other days, this finding would demonstrate that the stock price reacted to news, which establishes market efficiency. I conducted an F-test and an Ansari-Bradley test to determine whether this is the case.

225.    I ran both tests on the residual returns for BlackBerry stock. Running the tests on residual returns focuses the tests more precisely on the effects of Company-specific information on the Company stock price.

---

[223] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[224] I excluded 12 August 2013 from the tested data as that date was an atypical news date as described above. The qualitative results of the two collective tests are robust to the inclusion of 12 August 2013 among the non- or lesser-news date sample.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

        *a.*     *F-Test*

226.    The sample standard deviation of the earnings announcement event day residual returns was 16.12%. The sample standard deviation among all other day residual returns was 3.79%. Clearly, the earnings announcement day sample standard deviation was greater than the sample standard deviation for all other non- or lesser-news dates – over four times greater.

227.    An F-test assesses whether the difference between the two sample standard deviations is statistically significant, or alternatively, a potentially random result. The F-statistic for these two samples is 18.08 which is greater than the 95% confidence level critical F-statistic value of 2.41 (with 4 and 246 degrees of freedom), indicating that the difference in sample standard deviations is statistically significant and meaningful.

228.    The F-test finds that the dispersion of earnings announcement returns is significantly greater than the dispersion of returns for all other non- or lesser-news dates. This result demonstrates that the price of BlackBerry stock moved more on earnings announcement days than on other days. This statistical result indicates that there was a cause and effect relationship between the release of new information and reactions in the BlackBerry stock price, which therefore proves BlackBerry stock demonstrated market efficiency.

        *b.*     *Ansari-Bradley Test*

229.    The Ansari-Bradley test is another test that determines whether two data samples have significantly different dispersions, which, as discussed above, when applied to a sample of earnings announcement dates, in comparison to all other non- or lesser-news dates, would indicate market efficiency. The Ansari-Bradley test is a well-regarded and generally accepted test for comparing sample dispersions and is presented and described in numerous authoritative textbooks.[225]

---

[225] See, e.g., "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, vol. 31, by A.R. Ansari and R. A. Bradley, 1960, pp. 1174-1189; *Applied Nonparametric Statistical Methods*, 4th Edition, by Peter Sprent and Nigel C. Smeeton, 2007, pp. 170-178; *Applied Nonparametric Statistics*, by Wayne W. Daniel, Houghton Mifflin, 1978, pp. 103-107; *Nonparametric Statistical Methods*, by Myles Hollander and Douglas A. Wolfe, John Wiley & Sons, 1973, pp. 142-158; *Beyond ANOVA: Basics of Applied Statistics*, by Rupert G. Miller, Jr., John Wiley & Sons, 1986, pp. 266-278.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

230. Applied to the earnings announcement event day returns, and the sample of all other returns observed during the Estimation Period, the Ansari-Bradley test, like the F-test, finds with an extremely high degree of statistical certainty that the dispersion of earnings announcement returns was significantly greater than the dispersion of returns on all other non- or lesser-news dates. The Ansari-Bradley C-statistic for the two samples of BlackBerry stock residual returns is 2.34, which is greater than the critical C-statistic threshold of 1.65 for significance at the 95% confidence level.[226] This result demonstrates that the price of BlackBerry stock moved more on earnings announcement days than on other days during the Estimation Period.

231. The collective tests indicate that there was a cause and effect relationship between Company news and reactions in the BlackBerry stock price, which further supports the conclusion that BlackBerry stock traded in an efficient market during the Class Period.

## VII. MARKET EFFICIENCY SUMMARY

232. BlackBerry stock traded on the NASDAQ, and numerous market makers facilitated trading in the stock. The Company was widely covered by analysts and the news media. Institutional ownership of BlackBerry stock was widespread, and trading was active. Market capitalization and float were high. The stock's bid-ask spread was narrow. Current and historical financial information about the Company was readily available to investors and analysts. The Company was eligible for F-10 registration throughout the Class Period.

233. The market for BlackBerry stock satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency, by wide margins.

234. BlackBerry stock satisfied the empirical *Cammer* factor, demonstrating market efficiency. The empirical tests prove that there was a cause and effect relationship between new, Company-specific information, and movements in the price of BlackBerry stock.

---

[226] The Ansari-Bradley critical C-statistic threshold of 1.65 indicates statistical significance at the 95% confidence level for a one-tailed test. When testing for market efficiency, the relevant question is whether news event days have *greater* price movements than the non-news days as opposed to the question of whether news events have *different* price movements than non-events. Therefore, a one-tailed test is appropriate.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

235. Given these facts, I conclude that BlackBerry stock traded in an efficient market over the course of the Class Period.

## VIII. PRICE IMPACT

### A. Definition and Principles

236. The Supreme Court in *Haliburton II* held that defendants at the class certification stage may present evidence to rebut the presumption of reliance "by showing that the alleged misrepresentation did not actually affect the stock price – that is, that it had no *'price impact.'*"[227] From an economic perspective, a statement has price impact if either 1) it causes the stock price to move; or 2) it maintains the stock price at a level other than what it would be but for the statement.

237. To establish that misrepresentations and omissions had no price impact, one must show that they neither caused the security price to move, nor that they prevented the security price from moving. That is, one must prove that the misrepresentations and omissions were completely inconsequential.

### B. Analytic Methodology

238. The price impact of an alleged misrepresentation can be analyzed either: (1) on the "front-end" by analyzing the price impact of a misrepresentation or omission on a company's stock at the time the misrepresentation or omission was made; or (2) on the "back-end" by analyzing the price impact on a company's stock at the time that the misrepresentation or omission was corrected. To prove that there was no price impact, one would have to prove that the misrepresentations and omissions had no front-end effect and that they also had no back-end effect. That is, one would have to prove that the misrepresentations and omissions did not cause the price to rise or prevent it from falling to any extent when made, and also prove they did not cause or contribute to the price decline when corrected.

239. When a price does rise at the front-end, or does fall at the back-end, in order to advance a no-price-impact argument, one would have to prove that the misrepresentations and

---

[227] *Haliburton II*, at 2402 (emphasis added).

91

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

omissions played no role in those observed price movements. One would have to prove that the observed movements were caused entirely by unrelated factors.

240.    Failure to detect price impact does not prove that there was no price impact. Absence of evidence of price impact does not substitute for proof of absence. To submit otherwise is a logical fallacy. The failure of a test to detect price impact may be due more to weakness in the test than to weakness in the price response. By analogy, to prove that a particular lake has no fish, it is not sufficient simply to drop a line in the lake and catch no fish. The failure to catch a fish may be due to a lack of luck or skill rather than a dearth of fish.

241.    Alternatively, proof of loss causation – that is, proof that the misrepresentations and omissions caused investor losses, affirmatively proves that there was price impact. Certain elements of loss causation analysis alone may be sufficient to establish that one cannot possibly prove there was no price impact. Observed front-end or back-end price movements that cannot be entirely attributed to unrelated information establishes that a no-price-impact argument is untenable.

242.    That is the situation in the current case. The BlackBerry stock price fell significantly on three days when the alleged misrepresentations and omissions were corrected. It is impossible to prove that the correction of the misrepresentations and omissions played absolutely no role in precipitating these declines.

### C.    Evidence and Analysis

243.    On 11 April 2013, Detwiler Fenton and ITG issued research reports providing facts and data that partially corrected alleged misrepresentations and omissions about the success of the BlackBerry 10 launch, customer acceptance, sales to users, and demand.[228] That day, the BlackBerry stock price declined a statistically significant 8.08% (on a logarithmic return basis). Controlling for unrelated market and sector effects, and considering the possible role of volatility, the price movement attributable to Company news was -8.32%, or -$1.17 per share. This result is statistically significant at over the

---

[228] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013 [BBPearlstein_00282476-78 at 77]; "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

97% confidence level. No other news besides the allegation-related disclosures can explain that stock price decline.[229]

244.　On 28 June 2013, before the start of trading, BlackBerry announced financial results for Q1 FY2014, and held a conference call with investors.[230] The Company provided facts and data that partially corrected prior alleged misrepresentations and omissions about the success of the BlackBerry 10 launch, customer acceptance, sales to users, and demand.[231,232] That day, the BlackBerry stock price declined a statistically significant 32.52% (on a logarithmic return basis). Controlling for unrelated market and sector effects, and considering the possible role of volatility, the price movement attributable to Company news was -32.46%, or -$4.01 per share. This result is statistically significant at over the 99.99% confidence level. No other news besides the allegation-related disclosures can explain that stock price decline.[233]

245.　On 20 September 2013, the Company announced preliminary financial results for Q2 2014 and provided a business update.[234] The disclosures surprised analysts and investors, informing them that sales, cash burn, inventory valuation, demand, customer acceptance of the BlackBerry 10 products, and the outlook on BlackBerry 10 were all worse than what they had been previously led to believe. That day, the BlackBerry stock price declined a statistically significant 18.71% (on a logarithmic return basis). Controlling for unrelated market and sector effects, and considering the possible role of volatility, the price movement attributable to Company news was -18.51%, or -$1.75 per share. This result is statistically significant at over the 99.99% confidence level. No other news besides the allegation-related disclosures can explain that stock price decline.[235]

---

[229] See infra §VI.G.1 and §IX.B.1.

[230] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM; "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

[231] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM, p. 1.

[232] Consensus estimates obtained from FactSet.

[233] See infra §VI.G.2 and §IX.B.2.

[234] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwired*, Company press release, 20 September 2013, 3:15 PM.

[235] See infra §VI.G.4 and §IX.B.3

93

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

246.    The statistical analysis proves that it was company information that drove down the stock price on each of the corrective disclosure dates. It is inconceivable that the corrective disclosures about BlackBerry 10 played no role in precipitating the stock price declines.

247.    In light of these case facts, in particular the highly statistically significant stock price declines elicited by the corrective disclosures, an argument that the misrepresentations and omissions had no price impact is untenable.

248.    Moreover, as discussed in §IX.B below, the company statements, financial principles, and analyst commentary linking the stock price declines directly to the corrective disclosures affirmatively prove loss causation, and therefore also affirmatively prove price impact.

## D.    Front End Impact and the Maintenance Principle

249.    On 28 March 2013, the first day of the Class Period, when the Company allegedly made misrepresentations and omissions, BlackBerry's stock price rose somewhat, but not statistically significantly. But, this lack of significant stock price rise is not proof or even evidence that the misrepresentations and omissions had no price impact. As discussed, the correction of the misrepresentations and omissions caused the stock price to fall significantly. It follows that full and correct disclosure at the outset of the Class Period would have caused a stock price decline then, just as it did later. The misrepresentations and omissions therefore had front-end price impact by preventing the decline in the stock price that would have occurred but for the misrepresentations and omissions.

250.    That misrepresentations and omissions can have price impact by maintaining a price, keeping it from falling, or by buoying the price so that it falls less than it otherwise would is known as the maintenance principle. The maintenance principle is generally accepted and described in the forensic finance literature:

94

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"Statements that allegedly inflated the share price often do not result in an observed price increase when they were made. For example, one might not expect large increases in share prices for a firm that inflated its stock price by falsely reporting high earnings, if it consistently met market expectations."
**"Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, et al., in Chapter 18 of the *Litigation Services Handbook*; *The Role of the Financial Expert*, 4th ed., edited by Roman L. Weil, Peter B. Frank, Christian W. Hughes, and Michael J. Wagner, John Wiley & Sons, Inc., 2007, pp. 18.14-15.**

251. Exposition and acceptance of the maintenance principle was central in *Ark. Teacher Ret. Sys. v. Goldman Sachs Grp., Inc.,* 955 F.3d 254 (2d Cir. 2020).

252. If misrepresentations and omissions conceal a new adverse development or new information that should diminish a security's value, maintaining the price at an artificially high level *introduces* artificial inflation into the security price. If misrepresentations and omissions countervail against or conceal information that would otherwise cause existing artificial inflation to dissipate, then by maintaining the security price the misrepresentations and omissions *maintain* inflation. Either way, the misrepresentations and omissions impact the security price despite there being little or no observable price movement.

253. Plaintiffs allege that misrepresentations and omissions were also made on the 11 April 2013 and 28 June 2013 corrective disclosure dates. That the misrepresentations and omissions on these dates did not elicit observable stock price increases is easily explained by considering the negative corrective disclosures accompanying them on those days. The effects of the positive misrepresentations and omissions, while reasonably operating to prevent the stock price from falling as much as it did, were overwhelmed by the negative impact of the corrective disclosures.

254. Additionally, Plaintiffs allege that misrepresentations and omissions were also made on 12 April 2013 and 29 April 2013. That the misrepresentations and omissions on these dates did not elicit significant stock price increases is easily explained by considering that the misrepresentations and omissions made on these dates were repetitions of prior misrepresentations and omissions. The repetition of information already know to the

95

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

market will typically serve to maintain the stock price and inflation, rather than increase or decrease the stock price observably.

255.    The non-significant price movement on 28 March 2013 at the start of the Class Period is not proof that the alleged misrepresentations and omissions had no price impact. The highly statistically significant price declines on the three corrective disclosure dates, which cannot be attributable in their entirety to non-fraud-related information, establish that an argument of no price impact is untenable. The loss causation analysis presented next affirmatively proves that there was price impact. The alleged misrepresentations and omissions did impact the price of BlackBerry stock and did cause investor losses.

## IX.    LOSS CAUSATION

### A.    Definition and Analytical Methodology

256.    According to the Private Securities Litigation Reform Act of 1995 ("PSLRA 1995"), "the plaintiff shall have the burden of proving that the act or omission of the defendant alleged to violate this chapter caused the loss for which the plaintiff seeks to recover damages."[236] This causation is what is meant by loss causation.

257.    When addressing loss causation, the empirical behavior of a company's stock following the revelation of the information alleged to have been misrepresented or concealed is important for determining whether the information at issue caused the stock price to decline. One typically conducts an event study in order to determine whether such revelatory information was a substantial cause of a stock price decline. An event study controls for the effects of market and sector factors and thereby measures how much a stock price rises or falls in response to new company-specific information.

258.    An event study is essentially a controlled experiment that allows one to observe the market's valuation of the stock with and without the information at issue. Prior to a corrective disclosure, the stock is valued in the marketplace without the new information. After the event, the stock is valued with the newly released information. If information

---

[236] Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4.

96

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

correcting prior misrepresentations and omissions is determined by the event study and other financial analysis to have caused a stock price decline, loss causation is established.

### B.    Loss Causation Analysis

259.    Plaintiffs allege that Defendants made misrepresentations and omissions about the demand for the Company's BlackBerry 10, including carrier support, pricing, customer acceptance and reception, and purchases of the devices by end users. The alleged misrepresentations and omissions concealed from analysts and investors that consumer demand for BlackBerry 10 was weak, carrier feedback and support were poor, customer acceptance and reception of the devices were disappointing, sales of BlackBerry 10 devices were below expectations, and the return rate was high. Plaintiffs also allege that Defendants improperly recognized revenue for the BB10 devices on a sell-in basis, which obscured the poor demand and sales of BB10s, and misrepresented BlackBerry's financial condition.

260.    Throughout the Class Period, the commercial performance and prospects of BlackBerry 10 were major determinants of analysts' and investors' valuations of BlackBerry common stock.[237] As such, the allegedly misrepresented and omitted information bearing on the success of the BlackBerry 10 was economically material to the valuation of BlackBerry and its stock.

261.    Corrective disclosures provided the market with the truth about the BlackBerry 10's realistically poor commercial performance, prospects, and associated risks, which were previously misrepresented or concealed by the alleged misrepresentations and omissions. Had analysts and investors received the allegedly concealed or misrepresented information sooner, market participants would have understood that the BlackBerry 10 would not be successful, would not return the Company to sustained profitability, did not justify an elevated stock price, and in fact would weigh negatively on the Company valuation.

---

[237] See, e.g., "Improved Margins Now in The Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42 at 38-39]; "Nice OS, but Is It Enough?," by Michael Genovese and Matthew Bielawski, MKM Partners, analyst report, 31 January 2013, p. 2; and the numerous analyst reports cited in ¶267.

97

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

262. Given that BlackBerry stock traded in an efficient market, and given how important BlackBerry 10 was to BlackBerry's valuation, it follows that positive misrepresentations and omissions about BlackBerry 10 would have artificially inflated and kept inflated the market price of the Company's stock. Disclosures revealing the truth underlying the misrepresentations and omissions dissipated that artificial inflation, which in turn caused the stock price to decline and investor losses.

263. These conclusions are based on generally accepted principles of valuation, an analysis of Defendants' statements, the news, analyst reports, documents produced in this litigation to date, and an event study focusing on the empirical reaction of the stock price to corrective disclosures.

### 1.  11 April 2013: Corrective Disclosure and Statistically Significant Stock Price Decline

#### a.  Market's Prior Perception Influenced by Misrepresentations and Omissions

264. Going into 11 April 2013, the market was unaware of the true demand for the Company's BlackBerry 10 platform and devices, including that carrier feedback and support were weak, the devices were priced too high, customer acceptance and reception of the devices was below expectations, and sales of BlackBerry 10 devices were below the Company's own expectations. Because the Company had misrepresented and omitted information about carrier support, pricing, customer acceptance and reception, and sales, many market participants were unduly optimistic about the BlackBerry 10.

265. According to Plaintiffs, the statements listed in ¶32 above affirmatively misrepresented the condition of the market and demand for the BlackBerry 10 devices and platform. Material omissions, presented in ¶32 above, allegedly concealed from investors information that would have eliminated undue optimism about BlackBerry 10's commercial performance and prospects.

266. For example, the Company's choice of presenting sales revenue on a sell-in basis rather than sell-through obscured how many devices were actually being sold to satisfied end users rather than stuffing channel inventory. Analysts were not told that the Company's pricing studies were outdated and that carriers had informed the Company that the

98

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

BlackBerry 10 devices were priced too high. Consequently, analysts and investors could not accurately assess that high margins, a factor often cited by analysts to justify the stock valuation, were unsustainable.

267.   Many investors were deceived by the Company's alleged misrepresentations and omissions such that prior to 11 April 2013, they were misinformed about the commercial performance of BlackBerry 10 and were unduly optimistic about the project's prospects, relative to what would have been the appropriate outlook with full disclosure. The results of the deception are evident in analyst commentary, analyst valuation models, and analyst price targets. The following excerpts contain examples.

> "The launch of the Z10 has gone much better than we were expecting and this has boosted margins considerably. With the product launched on the US market, there should be opportunity for the volumes to grow again in Q1 FY14. Additionally, the arrival of the Q10 in April will be welcomed as it is the first BB10 QWERTY keyboard handset. Reactions to the Q10 are already positive with management stating that they have already had to increase production due to demand. We have boosted our Z10 forecast to 2m in Q1 and a further 1m Q10 unit sales. This increases turnover to $3.3bn."
> **"High Z10 Sales Drive Better Than Expected Margins," by Andy Perkins and Peter Knox, Societe Generale, analyst report, 28 March 2013, p. 1.**

> "Our fundamental valuation is $16 (up from $15 given improved profitability), which assigns an 80% probability to the bear/base case valuing BBRY at $12 on sum-of-the-parts (up from $11 on higher projected cash as a result of better gross margins), and a 20% probability to the bull case, which values BBRY at $30 based on a 10X P/E on our bull case scenario FY15 (February) EPS of $3."
> **"Improved Margins Now in the Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42 at 38].**

> "We see 4 strong reasons to remain very positive on Blackberry in the short term, and actually even in the medium term. Launch momentum will likely remain very strong in the next 3 months and possibly beyond: … The company mentioned on the call today they increased production of the Q 10, which supports our view. Beyond the first quarter, the company confirmed it will launch several new models, likely in the mid and low end, bringing continued momentum support. Pent up demand is largely intact:

99

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Our call largely rests on the fact that we see major pent-up demand for the new BlackBerry platform. If only a small portion of BlackBerry's 76m user base is upgraded in the first months of the launch, the company can turn around its P&L. This pent up demand is to us largely intact."
**"Quick Take - 4 Strong Reasons to Remain Very Positive on Blackberry in the Medium Term," by Pierre Ferragu, et al., Bernstein Research, analyst report, 28 March 2013 [BBRY-ALLEN0006841-44 at 41].**

"BlackBerry reported better-than-expected profitability in its fiscal Q4 results ending March 2013. We expect these numbers to trigger broad increases in consensus forecasts, driven by higher margin expectations. Our forecasts are under review."
**"Hardware Margin Boosts Outlook," by Stuart Jefferey and Woo Jin Ho, Nomura Equity Research, analyst report, 28 March 2013 [BBRY-ALLEN0006991-92 at 91].**

"We continue to believe EPS expectations for F2014 are too low and the company will exceed financial expectations on the back of strong product launches this year."
**"Q4: Surprise EPS Profit - Subs Worse than Expected," by Gus Papageorgiou, et al., Scotiabank, analyst report, 28 March 2013, p. 1.**

"In terms of good news, the gross margin line surprised to the upside. The surprise likely had to do with a slower-than-expected decline in service revenues, better sales of the Z10, and a slowdown in sales of lower-margin BB7/BB6 devices. … Additionally, we were pleased to hear the Z10 had taken a number of subscribers from other platforms."
**"Q4 Results," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 28 March 2013, p. 1.**

"Despite revenues and handsets units being slightly light, FQ4 (Feb) GM and EPS dramatically exceeded St[reet] expectations as we believe the margins and ASPs of the new BB10 phones were underappreciated."
**"First Thoughts on FQ4 (Feb): Much Better Than Expected," by Peter Misek et al., Jefferies, analyst report, 28 March 2013, p. 1.**

"BlackBerry reported much better than expected 4Q-FY13 earnings reflecting significant gross margin improvement and the top-to-bottom restructuring. Management is doing a good job operationally, but their

100

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

ultimate success will be judged on the acceptance of BB10. Here the verdict is clearly still out. BB10 shipments of 1M with sell-through of ~3/4 don't reveal much given the ongoing channel-fill and partial global roll-out, which will still be the case next quarter."
**"The Verdict is Still Out," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 28 March 2013, p. 1.**


"The QWERTY-based Q10 remains on track for an April availability with additional devices expected as the year progresses. BB10 reception remains positive in Canada, U.K. and the Middle East, with early indications somewhat mixed in the U.S. (though it's only been a week at AT&T)."
**"Positive Operational Metrics, Staying Power Remains," by Mark Sue and Ameet Prabhu, RBC, analyst report, 28 March 2013., p. 1.**


"BlackBerry's results were much better than expected, with the company posting an adjusted EPS of $0.22 compared to expectations of net loss. BB10 shipments surprise to the upside, with higher than expected shipments (1.0M vs. 0.5M RBC) and gross margins (40% vs. 30% RBC)."
**"BBRY - Quick Take: Better EPS Than Expected," by Mark Sue, RBC, analyst report, 28 March 2013, p. 1.**


"BBRY reported a surprisingly strong Feb. quarter where it returned to profitability much sooner than expected. This was driven by a big gross margin upside from cost reductions and 1 mm BB10 shipments."
**"Return to Profitability Sooner Than Expected Driven by Big Gross Margin Upside; Raising Estimates," by Shaw Wu, Sterne Agee, analyst report, 28 March 2013, p. 1.**


"We expected sell-in for F4Q and F1Q to be strong on the BB10 launch, though were surprised at the extent to which margins surpassed expectations. We question the sustainability of BB10 sell through (2/3-3/4 of sell-in) and margins over the next 2-3 quarters as competitive pressures and the introduction of lower-cost handsets will put downward pressure on margins."
**"Enough to Inspire Both Bulls and Bears," by Amitbh Passi, et al., UBS, analyst report, 28 March 2013, p. 1.**


"BBRY gross margin materially beats driving profitable quarter; guidance better than expected. Revenue was $2.7bn, slightly lower than our estimate/Street: $3.0/$2.82bn. Z10 units of 1 million were slightly lower than our 1.5mn forecast while BB7 units were in line with our 5mn forecast. With gross margin of 40%, this suggests Z10 gross margins are higher than

101

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

our 27% estimate (or BB7 gross margin are not as loss making). . . . We expect Consensus estimates to increase and, on our initial take, believe the outlook could be conservative on an implied Z10 unit shipment."
**"BBRY: First Look at FQ4 Results," by Maynard Um, Wells Fargo, analyst report, 28 March 2013, p. 1.**

"BlackBerry (NASDAQ:BBRY) delivered a surprise net profit in the final quarter of fiscal year 2013, banking on the higher-margin sales of its newly launched Z10 smartphone to almost reach operational break-even despite a slump in overall revenues. The handset maker saw sales of almost 6 million smartphones during the quarter, with BB10 accounting for almost 1 million of the shipments. While 1 million may not sound like a lot, it must be taken into account that only one model, the full-touch Z10, was available for only a third of the quarter in a few select countries which did not include the U.S. Also, many must be waiting on the sidelines awaiting the launch of Q10 next month considering that QWERTY models have traditionally been BlackBerry's main strength. Considering all these factors, BB10 seems to be off to a good start but next quarter should provide a much better basis for judging the long-term viability of the new platform since it will be the first full quarter of availability and will see the BB10 launch in the all-important U.S. market as well."
**"BlackBerry Surprises with Profit Even as Subscriber Loss Deepens," Trefis, analyst report, 29 March 2013, p. 1.**

"We raise our PT to $20 (up from $17) and maintain our SO-S rating. We expect that F2014 estimates will move higher based on staggered rollouts of BB10 (Z10, Q10 for enterprise upgrades), higher GM and good OpEx control. EPS leverage to $1.00 plus is achievable which supports a $20 PT."
**"Right Sized and Ready for Earnings Leverage," by Todd Coupland and Robin Manson, CIBC, analyst report, 31 March 2013, p. 1.**

"BB10 smartphones outperform expectations. BlackBerry launched its first BB10 smartphones in FQ4 2013. BB10 should help to re-position RIM's smartphone line to be more competitive with iOS and Android, and could reinvigorate consumer interest in the platform."
**"Cost Improvements Positive, but Long-Term Challenges Remain," by William Power, et al., Baird, analyst report, 1 April 2013 [BBRY-ALLEN0007103-10 at 07].**

"This quarter strengthens our conviction on the name. We maintain our outperform rating. Although it is still too early to call a sustainable turn-around, we believe the chances of Blackberry turning the comer, establishing a resilient and profitable business model have increased in the

102

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

last few months, which is not fully reflected in the stock price. With another strong quarter, we believe FY2014 earnings estimate will continue to raise above $1.50, fully justifying a stock price above $20."

**"Blackberry: What Next? Continued Geographic, Marketing and Product Ramp up to Drive Guidance Beat," by Pierre Ferragu, et al., Bernstein Research, analyst report, 1 April 2013 [BBRY-ALLEN0007111-18 at 12].**

"Post the extended review, we are moving our rating for BBRY/BB from Buy (S) to Top Pick. We provide five reasons why would be buyers of BBRY now…

1. Turning operating results and financial strength reduce execution risk
2. Financial results are turning into F2014, be ahead of that…
3. Risk-to-reward looks good to us
4. Subscriber losses – service revenue could actually be upside.
5. We see improving news flow in the short term"

**"Top Pick: Making Our Case," by Richard Tse and William Milne, Cormark Securities, analyst report, 1 April 2014, p. 1.**

"We believe BB10 will appeal to a core group of loyal BlackBerry users that value high security, reliable email and instant messaging, and physical QWERTY keyboards. Our assessment of the new BlackBerry Z10 touchscreen phone confirms a unique user-interface, strong multitasking capability, fast browser, and innovative touchscreen typing."

**"Q4 Surprise Profit on Gross Margin Rebound; Accelerating Subscriber Loss Concerning," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 1 April 2013, p. 4.**

"We expect BBRY to post solid sequential growth in revenues, units and gross profits for the next couple of quarters. While this positive momentum remains, we expect the stock to perform at least in line with the market. We believe that broadening distribution, the Q10 launch and the potential for an upgrade cycle among loyal BlackBerry users (enterprise and consumer) could drive strong sequential trends in FYQ1 through to FYQ3. We expect this momentum to more than offset the more linear headwinds we see in services revenue."

**"Solid Near-Term Momentum Likely to Ease in 3 - 5 Quarters, Fundamentals Still Tough," by Stuart Jeffery and Woo Jin Ho, Nomura Equity Research, analyst report, 1 April 2013 [BBRY-ALLEN0007184-95 at 84].**

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We raise our FQ1 2014 revenue/EPS estimates to $3.4B/$0.07 from $3B/($0.07) to reflect increased BB10 unit shipments to 3.5mm units from 2.5mm units (prior estimate) and increased hardware gross margins to 24% from 13%, offset by decreased BB10 ASP to $440 from $535 and increased opex to $1.3B from $1.1B driven by increased sales/marketing spend to support the continued rollout of BB10."
**"BBRY: Raising Estimates--Outlook Could be Conservative," by Maynard Um, et al., Wells Fargo, analyst report, 1 April 2013, p. 1.**

"Based on our store checks, we believe Verizon retail stores and authorized resellers may have sold ~200K units since launching, averaging ~10 units point of sale. Our checks indicate that every store and reseller had the phone in stock and sell-through appears to be steady. Representatives highlighted particularly strong sales to the niche group of loyal BlackBerry users. While Z10 sales cannot compare to iPhone or Galaxy sales, we believe the Z10 is currently one of the top five bestselling handset on both Verizon and AT&T."
**"Verizon Z10 Launch Store Checks: Sales Reps Trained, Displays Prominent," by Peter Misek, et al., Jefferies, analyst report, 3 April 2013, p. 1.**

"Hard Part Over. Our confidence in the success of BlackBerry 10 is increasing. The most challenging stage of this company's transformation is, we believe, over. Developing a completely new mobile platform and undertaking a massive restructuring simultaneously was a strain whose symptoms continue to be exhibited today (declining subs). But at this stage, we believe it is fair to say the company has successfully launched that platform and its restructuring is delivering material financial benefits. Feedback on the new OS has been almost universally positive and the platform and devices are resonating with carriers, developers, enterprises, and consumers around the world."
**"Hard Part's Over: Buy the Stock," by Gus Papageorgiou, et al., Scotiabank, 9 April 2013, p. 4.**

"We believe the positive mix-shift to GM and ASPs that began in FQ413 is *sustainable*, resulting in an improving operating margin trend over the next several quarters, grinding the stock slowly higher. Reit OW."
**"From the Footnotes: 2013 40-F Ylds Bullish Tidbits," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 10 April 2013, p.1.**

268. Importantly, analysts' assessments of past performance and outlooks for the future often directly referenced the alleged misrepresentations made by the Company. Alleged

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

omissions concealed information that would have apprised analysts and investors accurately. In sum, the alleged misrepresentations and omissions portrayed the BlackBerry 10 performance and prospects to be better than they actually were, and the false portrayal was reflected in analyst valuations, analyst commentary, and the market price of BlackBerry stock.

### b.  Corrective Disclosure

269.  Analysts' and investors' undue optimism about the BlackBerry 10's commercial performance and prospects, which was fueled by the alleged misrepresentations and omissions, was confronted by negative facts and findings presented in research reports published on 11 April 2013 by Detwiler Fenton and ITG that ran contrary to Defendants representations of strong demand, sales, consumer reception and carrier support for the Z10s.[238] The Detwiler Fenton report, released before the start of trading that day, stated that "key retail partners have seen a significant increase in Z10 returns to the point where, in several cases, returns are now exceeding sales, a phenomenon we have never seen before."[239] The report related that "it appears the biggest customer complaints are the unintuitive nature of the user interface, the maps app, and the lack of apps – issues that become apparent once consumers have had several days to use the device."[240]

270.  Importantly, the Detwiler Fenton report echoed the Company's prior misrepresentation "that Z10 sales for the February Q came in at a respectable 1 MM units with relatively strong sell through."[241] While not challenging the veracity of the Company's statement, the report partially corrected this alleged misrepresentation by cautioning that the authors' independent research determined "there is significant return risk to these

---

[238] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013 [BBPearlstein_00282476-78 at 77]; "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:27 AM; "BlackBerry Z10 Started 'Poorly,' 'Weakened Significantly': ITG," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:53 AM.

[239] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[240] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[241] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

numbers and believe that future results are setting up for a disappointment."[242] From the Detwiler Fenton report, investors and analysts gained a clearer, though not yet fully-informed, understanding that consumers' acceptance and reception could be much weaker than previously thought, and that demand for the BlackBerry 10 could be much weaker than prior expectations.

271.    ITG's report published that same morning, 11 April 2013, was titled "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch."[243] ITG expressed that "the clear takeaway from the independent dealer channel is that the US launch of the Z10 started poorly and weakened significantly as the days passed-relative to comps at both AT&T and Verizon."[244] *Bloomberg* publicized the ITG report shortly after the start of trading.[245]

272.    The Company issued a press release the next morning, denying the validity of the Detwiler Fenton research findings, countering ITG's characterization of the Z10 launch, and explicitly reiterating what Plaintiffs allege were false and misleading statements. From the Company's denial, there is no question about what Defendants wished the market to believe:

   i.      "Sales of the BlackBerry® Z10 are meeting expectations"[246];

   ii.     "[D]ata we have collected from our retail and carrier partners demonstrates that customers are satisfied with their devices"[247];

---

[242] "BlackBerry (BBRY): A Worst Case Scenario Brewing?" Detwiler Fenton, analyst report, 11 April 2013, p. 2 [BBPearlstein_00282476-78 at 77].

[243] "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch," by Joseph Fersedi, et al., ITG, analyst report, 11 April 2014 [DF00000045-60].

[244] "Z10 Rollout in the US Through April 7: All Signs Point to a Very Weak Consumer Launch," by Joseph Fersedi, et al., ITG, analyst report, 11 April 2014 [DF00000045-60].

[245] "BlackBerry Z10 Started 'Poorly,' 'Weakened Significantly': ITG," by Joshua Fineman, *Bloomberg*, 11 April 2013, 9:53 AM.

[246]"PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[247] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

106

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

      iii.     "Return rate statistics show that we are at or below our forecasts and right in line with industry"[248];

      iv.     Verizon had "refuted" Detwiler Fenton's claims that "Z10 devices were being returned in unusually high numbers"[249];

      v.     Detwiler Fenton's conclusions about Z10 return rates in the U.S. were "without basis," and "materially false and misleading"[250].

273.    Because of the Company's categorical denial of the findings in the two research reports, and because of continuing misrepresentations and omissions, the corrective effect of the new information was muted. As such, the market was not yet fully informed. Investors and analysts continued to be misled by the alleged misrepresentations and omissions such that many investors continued to be unduly optimistic. Nonetheless, the new mix of information was more negative than the prior mix of information available to investors before 11 April 2013.

274.    Financial principles state that information bearing on revenue, profits, and cash flow are valuation relevant.[251] As one would expect from the negative nature of the information provided to the market in the 11 April 2013 corrective disclosure, which was new and inconsistent with Defendants' prior representations regarding consumer reception, demand, and sales, the corrective information caused the BlackBerry stock price to fall. In fact, the Company confirmed that the information in the Detwiler Fenton report had a

---

[248] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[249] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[250] "PRESS RELEASE: BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Dow Jones Newswire*, Company press release, 12 April 2013, 8:30 AM.

[251]

See, e.g., *Investment Valuation*, 3rd ed., by Aswath Damodaran, Wiley Finance, 2012, p. 564; *Distressed Debt Analysis, Strategies for Speculative Investors*, by Stephen Moyer, J. Ross Publishing, Boca Raton, 2005, p. 115; Valuation: Avoiding the Winner's Curse, by Kenneth Ferris and Barbara Pecherot Petit, Prentice-Hall, Upper Saddle River, 2002, p. 145; "Operational Risk And Reputation In The Financial Industry," by Roland Gillet, et al., *Journal of Banking & Finance,* 2009; and "The Shareholder Wealth Implications of Corporate Lawsuits," by Sanjai Bhagat, et al., *The Journal of the Financial Management Association*, 2004.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"substantial negative effect"[252] on BlackBerry's stock price, and attributed the stock price decline to the information in the Detwiler Fenton report.[253] Event study results confirm this conclusion.

        *c.      Statistically Significant Stock Price Decline*

275.    In response to the corrective information disseminated on 11 April 2013, BlackBerry stock declined, notwithstanding the Company's late-in-the-day and next day denials, which Plaintiffs contend were false and misleading. The total decline in the stock price was 8.08% (on a logarithmic return basis). The Market Index return that day was 0.32%, and the Sector Index return was -0.73%. Based on the regression model, the residual return that is attributable to Company news was -8.32%, or -$1.17 per share.

276.    A residual return of -8.32% is an unusually large one-day decline for BlackBerry stock and is statistically significant. That residual return is associated with a $t$-statistic of -2.23, which indicates that the residual return was too severe to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated $t$-statistic from random volatility alone is only 2.7%, meaning that one can conclude at the 97.3% confidence level that Company news is what caused the stock price decline that day.

277.    Based on the nature of the disclosed information, which partially corrected prior alleged misrepresentations and omissions, based on financial valuation principles, based on Company acknowledgement of the price impact of the disclosure, and based on the statistical significance of the stock price decline on 11 April 2013, I conclude that the alleged misrepresentations and omissions caused investor losses.

---

[252] "BlackBerry; NASDAQ: BBRY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 91].

[253] "BlackBerry; NASDAQ: BBRY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 179].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

2. **28 June 2013: Corrective Disclosure and Statistically Significant Stock Price Decline**

a. *Market's Prior Perception Influenced by Misrepresentations and Omissions*

278. Leading up to 28 June 2013, analysts and investors were not fully apprised that BlackBerry 10 was struggling commercially, and that the outlook for the future was bleak. New misrepresentations and omissions combined with uncorrected prior ones to conceal these facts from investors and falsely portray the BlackBerry 10 performance and prospects favorably.

279. The Company still had not disclosed that carrier feedback was negative and support was weak. The Company failed to inform investors that high rates of product returns and stagnant sales had placed additional strain on the Company's relationships with carriers. The Company knew that customer acceptance and reception of the devices were below expectations, which manifested in high product return rates, and disappointing sell-through of BlackBerry 10 devices to end users. But, these facts were kept from investors and analysts.

280. As discussed above in ¶¶34-35, The Company's denial of the Detwiler Fenton findings included a host of additional alleged misrepresentations and omissions, and reiterations of prior ones. Additionally, Plaintiffs contend the Company statements presented above in ¶36, which were made at the Milken Institute 2013 Global Conference on 29 April 2013, were also false and misleading.

281. On account of the alleged misrepresentations and omissions, analysts and investors continued to be overly optimistic in the aggregate, relative to what their outlook would have been with full disclosure.

282. Undue optimism among investors and analysts leading in to the 28 June 2013 corrective disclosure can be found in analyst commentary, analyst valuation models, and analyst price targets, all of which reflected the alleged misrepresentations and omissions. The following excerpts from analyst reports written after the 11 April 2013 partially corrective disclosure but before the partially corrective disclosure on 28 June 2013 are illustrative examples.

109

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We continue to see large upside to May and Aug Q St ests and that BBRY's MDM opportunity is underappreciated."
**"Asia Trip Takeaways: Build Plan Increased; Normal Return Rates," by Peter Misek, et al., Jefferies, analyst report, 16 April 2013, p. 1.**

"We believe that channel fill of the soon-to-be-launched BlackBerry Q10 should provide some support to BBRY at least in the very near term. We believe there is likely some pent-up demand for the more traditional QWERTY form-factor Q10 and expect that any headlines surrounding its initial sales are likely to be positive, which could catalyze the stock higher."
**"Q10 Channel Fill Likely Prolongs the Optimism a Bit Further," by James Faucette and Brad Erickson, Pacific Crest Securities, analyst report, 25 April 2013 [BBRY-ALLEN0007307-12 at 07].**

"Our View: There's a bit of pent up demand for the new Q10. We're increasing our near-term assumptions on better than expected demand for the Q10 and regional expansion of the Z10. CY13 estimates remain at 10.7M units. We see the stock range bound between $12-$18 and largely driven by sentiment."
**"Some People Love Those Buttons," by Mark Sue, et al., RBC, analyst report, 29 April 2013, pp. 1 and 3.**

"We are incrementally more positive on BBRY in the near term and expect the stock to trade up near term."
**"One More Rally Likely in BBRY; Close Out Shorts as Rally to $17+ Possible on Decent Q10 Sell-in," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 8 May 2013, p. 1.**

"Significant upside opportunity. Buy the stock. We believe the Street's estimates for both hardware and services are too low. With the Q10 selling out and BES 10.1 providing cross-platform BlackBerry services, we believe BlackBerry is well-positioned to beat the Street. We maintain our Sector Outperform rating."
**"BlackBerry Live Next Week," by Gus Papageorgiou, et al., Scotiabank, analyst report, 9 May 2013, pp. 1 and 5.**

"Q10: Sell-through looks good, settling into a pace. Our checks suggest BlackBerry Q10 sell-through in Canada and the U.K. remains healthy though subsiding from the launch rush two weeks ago. In the UK, the Q10

110

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

is now listed as #10 on Carphone Warehouse's top monthly phones list. Less than 5% of stores we contacted in Canada and the U.K. last week were sold out."
**"Filling the Channels and Buying Some Additional Time," by Mark Sue, et al., RBC, analyst report, 13 May 2013, p. 1.**

"Investors should buy the shares. We believe the timetable for the QS along with some offset ideas for service revenue from new and existing sources are positives for BB results over the next few quarters. Service pricing details have yet to be revealed and are not in our current model."
**"Complete Reinvention: BBM, Enterprise, Apps Leads Assault for More Services," by Todd Coupland and Robin Manson, CIBC, analyst report, 14 May 2013, p. 1.**

"We view this announcement as mixed, as incremental profits from the 05 may be offset by the reduction in service fees, as BB10 consumer plans don't include a service fee to BlackBerry."
**"Takeaways from BlackBerry Live," by Simona Jankowski, et al., Goldman Sachs, analyst report, 14 May 2013 [BBRY-ALLEN0007377-78 at 77].**

"Q10 U.S. launch in early June. The launch had been expected in the back half of May. Despite the slight delay, our checks make us very confident in our 4M BB10 shipment estimate for the May Q (St 3M). The bear case is shifting to sell-through rates and a potentially poor Aug Q; however, we believe that sell-through is solid, and we remain very confident in our 4M BB10 shipment estimate for the Aug Q."
**"This BlackBerry is on Fire," by Peter Misek, et al., Jefferies, analyst report, 14 May 2013, p. 1.**

"The tone was distinctly more upbeat at BlackBerry's annual user conference in Orlando this year vs. last. Crowds are tough at industry events, and we believe the intraday pullback in the stock reflects the lack of a sales update and few surprises. Positively, the mid-range Q5 release this summer is earlier than expected and adds to near-term channel fill."
**"Keyboard Love Fest in Orlando," by Mark Sue, et al., RBC, analyst report, 14 May 2013, p. 1.**

"Significant upside opportunity. Buy the stock. We believe the Street's estimates for both hardware and services are too low. With the Q5 launching earlier than expected, Q10 doing well, and BES 10.1 providing cross-

111

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

platform BlackBerry services, we believe BlackBerry is well positioned to beat the Street. We maintain our Sector Outperform rating."
**"BlackBerry Live 2013: The Transformation Begins," by Gus Papageorgiou, et al., Scotiabank, analyst report, 15 May 2013, p. 1.**

"We rate Blackberry Market perform, with a price target of $15, corresponding to ~9x FY2014 EPS. The company's current challenges are well understood by investors and the launch of BB10 is likely to improve the company's economics in the short term."
**"Blackberry: Time to Take a Pause in the BB10 Trade. But Still Not the Short to Play; Downgrade to Market Perform, PT $15," by Pierre Ferragu, et al., Bernstein Research, analyst report, 15 May 2013 [BBRY-ALLEN0007403-16 at 05].**

"Bottom line, it all sounded like a good start to BlackBerry Live despite the ~4% decline the stock price yesterday. In our view, what we saw and heard on the ground was telling of an improving outlook for BBRY where we believe the consensus estimates continue to be too low. We reiterate our Top Pick rating on BBRY and $20.00 target."
**"BlackBerry Live: Products in Place," by Richard Tse and William Milne, Cormark Securities, analyst report, 15 May 2013, p. 3.**

"Our target of $17 equates to 12x F2015E EPS plus forecast F2014 cash of $7/share. This is a premium over Apple, given the potential for RIM to backfill services with alternate sources of higher-margin revenue."
**"Takeaways from BlackBerry Live Day 1 and Keynote," by Scott Penner and Doug Taylor, TD Securities, analyst report, 15 May 2013, p. 2.**

"We maintain our Market Perform rating. Near-term, financial trends at Blackberry are likely improving given substantial sell-in of Z10, Q10 and Q5 devices globally creating potential for reported EPS to be better than some fear. However, we remain more cautious longer term given the uncertain level of decline in the Services revenue stream, and the lack of positive sustained sell through data on BB10 devices to date."
**"More Info on Services Menu/Pricing: Modeling BBRY Services Decline," by Steven Li, et al., Raymond James, analyst report, 24 May 2013, p. 1.**

"Our checks indicate that globally, Z10 sales are slowing but Q10 doing better than expected. Modest initial Q10 demand in the U.S. at T-Mobile with pockets of strength in certain geographies. We believe BBRY will beat

112

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Street estimates for both May and Aug Qs. Our survey shows confidence in the ecosystem. We continue to see the MDM opportunity as underappreciated."
**"Checks and Quarterly Survey Results," by Peter Misek, et al., Jefferies, analyst report, 7 June 2013, p. 1.**

"Good start for Q10 in US, Z10 softness; raising FY2014 ests. Based on our anecdotal checks throughout the week in the US, while Q10 demand varied across stores, salespeople generally cited good demand (business areas saw greater demand) and sufficient inventory (suggesting it was not a soft launch)."
**"BBRY: Raising FY2014 On BB10 Units--Anecdotal Checks OK," by Maynard Um and Munjal Shan, Wells Fargo, analyst report, 14 June 2013, p. 1.**

"We're raising our BB10 unit estimates on faster than expected channel fill of the Z10/Q10, along with the earlier than expected launch (Aug/Sept) of the entry level Q5. Beyond channel-fill, upgrades from diehard users and price stimulation, the picture remains blurry, particularly as competition remains fierce and BlackBerry transitions away from its mandatory service model. Reiterate Sector Perform with an $11-$18 trading range."
**"Increasing Estimates Again," by Mark Sue, et al., RBC, analyst report, 18 June 2013, p. 1.**

"BB is a buy (PT$20) for the BB10 upgrade cycle and emerging market demand for the Q5 (2HF14) that would yield EPS leverage."
**"Q1 Should Be A Good One," by Todd Coupland and Robin Manson, CIBC, analyst report, 21 June 2013, pp. 1.**

"We are raising our FQ1 BB10 estimate to 3.5M from 3.0M on strong global sell-in of the new Q10 and Z10 devices. We expect this stronger BB 10 unit number to drive both GM and ASP, and are raising our GM est to 41% from 38%, up 100 bps from 40% in FQ4, and our blended device ASP to $316 from $276, up 21% q/q."
**"FQ1'14 Preview: BB10 & GM Sustainability Key; Reit O," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 24 June 2013, p. 1.**

"Maintain Sector Outperform: We believe this quarter will illustrate that BlackBerry has returned to solid profitability and BB 10 is gaining steam.

113

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Although forecast accuracy is challenging due to the platform transition we do expect both sales and profitability to improve."
**"Q1 Expectations," by Gus Papageorgiou, et al., Scotiabank, analyst report, 24 June 2013, p. 1.**


"Q1 Preview: We Expect an EPS Beat and Above-Consensus BB10 Shipments. Cyclical Lift is Unlikely to Sway Bears**.** We see consensus at about 3.2mm BB10 shipments (with a wide range of 2.0mm-6.0mm) vs. our model of 3.7mm. The May quarter included a full quarter of Z10 shipments in many markets (as of the Q4 call, 60 carriers in 40 countries had launched the Z10). The Q10, however, was only available at the end of April and did not start shipping in the U.S. until this month. Sell-through will be a better gauge vs. sell-in as the quarter will likely benefit from channel re-stocking (channel drawdown was 7mm in F2013)."
**"Q1 Preview: BB10 Cyclical Lift Aside, Watch Recurring Revenue," by Scott Penner and Doug Taylor, TD Securities, analyst report, 24 June 2013, p. 2.**


"Hardware sales should be solid thanks to channel fill BB10 to drive mix and ASPS higher. We are aligned with consensus on overall smartphone units, though a little lighter on BB10 expectations. Supply chain news flow remains positive on new BB10 shipments, even though actual in-store checks are more muted. The Q10 is expected to shine in the quarter as die-hard qwerty aficionados get their first full physical keyboard-equipped 'modern' OS device, though we do not expect corporate customers to upgrade their BB fleets just yet. A volume surprise vs consensus of less than 0.5m is not meaningful or indicative of underlying trends as channel fill effects may represent swings of that order of magnitude either way."
**"Q1 14 Results On 28 June: BB10 Channel Fill Continues," by Alexander Peterc and Alexandre Faure, BNP, analyst report, 25 June 2013, p. 1.**


"We expect BBRY to meet or beat our BB10 est on strong global sell-in, and are raising our FQ1 BB10 est to 3.5M from 3.0M. On the flip side, BB7 shipments appear to be falling faster but are less relevant. We expect FQ1 earnings to be inconclusive re BBRY's LT chances but reit our OW."
**"FQ1'14 Preview: BB10 & GM Sustainability Key; Reit OW," by Ehud Gelblum, et al., Morgan Stanley, analyst report, 25 June 2013, p. 1.**

114

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> b.      *Corrective Disclosure*

283.    On 28 June 2013, before the start of trading, BlackBerry announced financial results for Q1 2014 and held a conference call with investors.[254] The Company surprised the market with disappointing sales and earnings attributable to BlackBerry 10 underperformance. For the quarter, the Company reported revenue of $3.1 billion, nearly 10% below the consensus estimate of $3.4 billion. Adjusted net earnings per diluted share came in at a loss of $0.13 per share, rather than the $0.06 profit per share expected by analysts.[255] Smartphone shipments were declining year-over-year, not ramping up with BB10 traction as had been expected by the market.

284.    CFO Brian Bidulka explained that of the 6.8 million BackBerry smartphones shipped during the quarter, "approximately 40%" of which, or about 2.7 million, were BlackBerry 10 devices.[256] This was bad news. The consensus sales estimate for the number of BlackBerry 10 units was a range of 3.0 to 3.7 million devices.[257] The 2.7 million unit sales figure was well under the market's expectation, 20% below the estimate range midpoint. These disappointments informed analysts and investors that demand was far weaker than what they had previously been led to believe, as were the future prospects for the BlackBerry 10.

285.    Analysts asked for more details and an explanation. What they got instead was deflection and denial. The presented sales figures were on a sell-in basis, representing how many units BlackBerry shipped into retail channels rather than the number of units purchased by end users. When asked for sell-through sales figures, representing units sold to end users, which data would illuminate the true level of customer acceptance and demand, CFO Bidulka stated that "we're not going to provide the split on sell-through on the

---

[254] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM; "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

[255] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM, p. 1; Consensus estimates obtained from FactSet.

[256] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

[257] "The Straight Road to Nowhere; Maintain Underperform," by Tal Lianu Liani, et al., Bank of America, analyst report, 28 June 2013 [BBRY-ALLEN0007747-53 at 47]; "First Thoughts on FQ1 (May)," by Peter Misek, et al., Jefferies, analyst report, p. 1.

115

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

BB10 versus BBOS."[258] The Company's refusal to provide sell-through figures for the BB10 devices sent a negative signal about sales and demand, and unsettled analysts.

286.    The results announced on 28 June 2013 conveyed to investors and analysts that the consumer demand for BlackBerry 10 devices was much lower than what they had previously been led to believe based on the Company's prior representations.

> "Overall, the results were disappointing and surprised investors. From our point of view, although we have remained cautious on the long-term prospects of BB10, we expected channel fill and an enterprise refresh to provide tailwinds to the company in the near term. In a pivotal quarter for BlackBerry 10, the company shipped 2.7 million new devices (sell-through was not provided) and total smartphone shipments declined 13% year-over-year. The results prove that, despite near-term tailwinds, the market has not embraced BlackBerry 10. We also sensed a change in tone; management acknowledged that fiscal 2014 will be a transition period marked by significant investments to support BlackBerry 10, a phased launch of new devices, and continued declines in services revenue. Bottom line, BlackBerry reverted to pre-BB 10 sales and gross margin figures, despite the expansion of Z10 to several markets and the rollout of Q10."
> **"Ice Cream in the Sun; Results Confirm Weak BB10 Uptake," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1.**

> "On the device side, we are concerned that only 5 months into the launch, the company is already missing its targets, shipping 2.7mn BB10 units vs. the Street's 3.7mn. In addition, the company continues to lose subscribers, down from 77.6mn to 71.5mn YoY. The company will no longer provide total subscribers in the future, worsening the already limited disclosure it provides investors."
> **"The Straight Road to Nowhere; Maintain Underperform," by Tal Liani, et al., Bank of America, analyst report, 28 June 2013 [BBRY-ALLEN0007747-53 at 47].**

---

[258] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomas Reuters*, conference call, 28 June 2013, 8:00 AM, p. 9.

116

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"On BB 10, we continue to hear cautious feedback from the channel. Although 2.7M devices were sold in the May quarter, we estimate that 1.0-1.5M were sold through, bringing the channel close to 2M."
**"Tough Quarter All Around; Lowering Estimates and Target, Reiterate Underperform," by Tim Long and Ari Klein, BMO, analyst report, 28 June 2013, p. 1.**

"BBRY shipped a below-consensus ~6.9MM devices during the quarter versus our 6.8MM forecast; the number of BlackBerry 10 smartphones was not immediately disclosed, nor was the installed base of BlackBerry subscribers"
**"BBRY Reports F1Q14 Miss; Services Revenue Decline Accelerating," by Matthew Hoffman, et al., Cowen and Company, analyst report, 28 June 2013, p. 1.**

"RIM shipped 2.7mm BB10 units below our forecast of 3mm"
**"Q1: Little traction for BB10 so Far, as Subscribers Continue to Leave; Risk High and Rising in Our View," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 28 June 2013, p. 1.**

"Most investors expected a headline beat driven by aggressive Q10 sell-in. However, this was not the case as BB10 sell-in of roughly 2.7mn units missed consensus of 3.1mn units, and total units of 6.8mn missed consensus of 7.4mn. Total unit sell-through equaled sell-in at 6.8mn as BB7 channel inventory was drawn down and BB10 channel inventory was built up. Management did not give a BB10 sell-through number. The company reported revenues/EPS of $3.07bn/($0.13) compared to consensus at $3.38bn/$0.07."
**We Fail to See a Bull Case - Maintain Sell," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 28 June 2013, p. 1.**

287. Following the disclosure, Goldman Sachs changed its price target for BlackBerry stock from $17 to $12 per share. Goldman Sachs' valuation model averaged together a fundamental scenario model with a theoretical mergers and acquisition estimate. Prior to the 28 June 2013 disclosure, Goldman Sachs' fundamental model assigned a 20% probability to the "bull case scenario". Following the disclosure, Goldman Sachs assigned zero probability to the bull case scenario.

117

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"Our fundamental valuation is $16 (up from $15 given improved profitability), which assigns an 80% probability to the bear/base case valuing BBRY at $12 on sum-of-the-parts (up from $11 on higher projected cash as a result of better gross margins), and a 20% probability to the bull case, which values BBRY at $30 based on a 10X P/E on our bull case scenario FY15 (February) EPS of $3."
**"Improved Margins Now in the Stock; BB10 Traction to Drive Next Leg," by Simona Jankowski, et al., Goldman Sachs, analyst report, 28 March 2013 [BBRY-ALLEN0006933-42 at 38].**

"We no longer assign any probability to the 'bull case' of success with BB10 (previously assigned 20%) – Our prior fundamental valuation used a scenario analysis that assigned 20% probability to the bull case (i.e. a turnaround based on traction with BB10) and 80% probability to the sum-of-the-parts base/bear case (i.e. continued share declines). We no longer assign any probability to the bull case, given the disappointing traction of BB10 in the first full quarter since the launch."
**"Sharp Set-Back to Recovery Efforts; Cutting Price Target to $12," by Simona Jankowski, et al., Goldman Sachs, analyst report, 1 July 2013 [BBRY-ALLEN0008021-30 at 23].**

288.    News media reported BlackBerry's foundering.

"The phones, known as BlackBerry 10s, are now here. But from the results the company announced Friday, BlackBerry has not turned around its fortunes. Just the opposite. In the first full quarter of sales of the make-or-break BlackBerry 10s, BlackBerry reported that it shipped 6.8 million phones, of which only about 2.7 million were the new models. Or, to put it another way, Apple sells as many iPhones in a week as BlackBerry 10s were shipped over three months."
**"BlackBerry Posts Loss, Despite New Phone," by Ian Austen, *The New York Times,* 28 June 2013, 2:37 PM.**

"On Friday, the smartphone pioneer surprised investors with a far bigger drop in subscribers than anticipated, an indication that, after a decent fourth quarter, the company's new BlackBerry 10 software and new smartphones are not making a big enough impact to attract new customers or maintain the current customer base. That alone cost BlackBerry more than one-

118

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

quarter of its market value by Friday afternoon — though the stock remains well above its low in the range of $6 per share before enthusiasm over the launch of BB10 devices ignited gains."
**"BlackBerry May Have Fumbled Chance at Recovery; Commentary: Some Investors are Starting to Plan a Funeral," by Therese Poletti,** *Marketwatch,* **28 June 2013.**

289.    The quarterly earnings announcement constituted a partially corrective disclosure because the poor realized results more accurately reflected the true level of demand and prospects for BlackBerry 10 than did the prior alleged misrepresentations. Analysts and investors understood that sales, revenue, earnings, cash flow, and valuation were and would be less than what was previously believed.[259]

290.    Internal Company communications and documents indicate that the performance shortfalls were due to poor customer acceptance of the BlackBerry 10,[260] weakening carrier support due to poor customer acceptance,[261] high product return rates for BlackBerry 10 devices,[262] and the too-high pricing of BlackBerry 10 devices.[263] The true state of affairs was contrary to conditions as the Company had previously misrepresented

---

[259] "Q1 Miss as Shipments Fall Short," by James Cordwell, Atlantic Equities, analyst report, 28 June 2013 [ BBRY-ALLEN0007745-46 at 46]; "Tough Quarter All Around; Lowering Estimates and Target, Reiterate Underperform," by Tim Long and Ari Klein, BMO, analyst report, 28 June 2013, p. 2; "Subscriber Base Declines and New BB10 Launch Disappoints; Reiterate Sell," by Jim Suva and Asiya Merchant, Citi, analyst report, 28 June 2013, p. 1; "BBRY Reports F1Q14 Miss; Services Revenue Decline Accelerating," by Matthew Hoffman, et al., Cowen and Company, analyst report, 28 June 2013, p. 1; "Q1 Results: Rough Road Ahead," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 28 June 2013, p. 1; "FQ1 (May): Hardware Results Disappointing," by Peter Misek, et al., Jefferies, analyst report, 28 June 2013, p. 1; "Looking More Like Palm; Downgrading to UP and $9 TP," by Kevin Smithen, Zach Horat, Macquarie, analyst report, 28 June 2013, p. 1; "We Fail to See a Bull Case - Maintain Sell," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 28 June 2013, p. 2; "F1Q14 Results: Not Much to Hang Your Hat on," by Steven Li, et al., Raymond James, analyst report, 28 June 2013, p. 1; "Investments Needed to Drive BB10," by Mark Sue, et al., RBC, analyst report, 28 June 2013, p. 1; "Q1: Big Miss – Reducing Recommendation," by Daniel Chan and John MaGee, Scotiabank, analyst report, 28 June 2013, pp. 1-2; "BBRY: BB10 Benefits May Take Longer--Downgrade To Market Perform," by Maynard Um and Munjal Shan, Wells Fargo, analyst report, p. 1; "Ice Cream in the Sun; Results Confirm Weak BB10 Uptake," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1.

[260] "BlackBerry Net Promoter Score Tracker: US," Advanced Analytics, internal Company document, 28 June 2013 [BBPearlstein_00115101-16 at 11-12].

[261] "Subject: RE: BBRY Z10 Upgrade Offer," from Douglas Brown to Time Jeske, internal T-Mobile email, 1 May 2013 [BBPearlstein_01929178-81 at 79].

[262] "Subject: Notes from VZW QMR," from Francois Mahieu to Carlo Chiarello, et al., internal Company email, 3 June 2013 [BBPearlstein_00183430-31 at 30].

[263] "Subject: FW: BBRY Z10 Upgrade Offer," from Tim Jeske (BlackBerry) to Doug Brown (T-Mobile), et al., internal Company email, [BBPearlstein_01929178-81 at 80].

119

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

them to be. Every one of these factors was the subject of at least one of the alleged misrepresentations and omissions during the Class Period. Had there been no misrepresentations or omissions, the poor realized results would not have been a surprise to investors and analysts.

291.    The Company did not disclose publicly all the causes of the surprisingly poor financial performance and BB10 sales reported for the quarter – low demand for the BlackBerry 10, poor customer acceptance, weakening carrier support due to poor customer acceptance, high product return rates, and too-high pricing. But, the financial and sales results constructively revealed, in part, the conditions previously concealed by Defendants' alleged misrepresentations and omissions. Remorse returns create inventory issues and erode carriers' willingness to purchase more devices. Confronted with the implications of what had been concealed from them, investors and analysts gained greater clarity into the truth about the BB10.

292.    As one would expect from the negative information provided to the market in the 28 June 2013 corrective disclosures, which were new and inconsistent with Defendants' prior representations regarding consumer reception, demand, and sales, the disclosures caused the BlackBerry stock price to fall. Financial valuation principles state that information bearing on revenue, profits, and cash flow is valuation relevant.[264]

293.    The news media attributed the stock price decline on 28 June 2013 to the disclosures.

> "BlackBerry slid nearly 28% to close at $10.46 after the company reported a surprise net loss for the fiscal first quarter along with disappointing shipments of its latest BlackBerry 10 smartphones. The drop put the stock to its lowest level so far this year. It was also the biggest one-day percentage drop for the stock in more than a decade, according to FactSet."
> **"Tech Stocks Recover Despite BlackBerry Crash; Apple Leads Gains; IBM Hit by Accenture's Results, Outlook," by Dan Gallagher, *MarketWatch*, newswire, 28 June 2013.**

---

[264] See, e.g., *Investment Valuation*, 3rd ed., by Aswath Damodaran, Wiley Finance, 2012, p. 564; *Distressed Debt Analysis, Strategies for Speculative Investors*, by Stephen Moyer, J. Ross Publishing, Boca Raton, 2005, p. 115; Valuation: Avoiding the Winner's Curse, by Kenneth Ferris and Barbara Pecherot Petit, Prentice-Hall, Upper Saddle River, 2002, p. 145; "Operational Risk And Reputation In The Financial Industry," by Roland Gillet, et al., *Journal of Banking & Finance,* 2009; and "The Shareholder Wealth Implications of Corporate Lawsuits," by Sanjai Bhagat, et al., *The Journal of the Financial Management Association*, 2004.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

294. Event study results confirm that the 28 June 2013 corrective disclosures caused the BlackBerry stock price to fall.

### c. *Significant Stock Price Decline*

295. BlackBerry stock fell 32.52% (on a logarithmic return basis) on 28 June 2013, which is a dramatic decline. The Market Index return that day was -0.28%, and the Sector Index return was -0.57%. Based on the regression model, the explained return on BlackBerry stock was -0.06%. The difference between the actual return of -32.52% and the explained return of -0.06% is a residual return of -32.46%, or -$4.01 per share.

296. A residual return of -32.46% is an unusually large one-day decline for BlackBerry stock, and is statistically significant. That residual return is associated with a t-statistic of -8.68, which indicates that the residual return was too severe to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated t-statistic from random volatility alone is virtually nil, meaning that one can conclude at the 99.99% confidence level that Company news is what caused the stock price to fall that day.

297. Based on the nature of the disclosed information, which partially corrected prior alleged misrepresentations and omissions, based on financial valuation principles, based on analyst commentary and valuations, based on the acknowledgement by contemporaneous market observers of the price impact, and based on the statistical significance of the stock price decline on 28 June 2013, I conclude that the alleged misrepresentations and omissions caused investor losses.

### 3. 20 September 2013: Corrective Disclosure and Statistically Significant Stock Price Decline

#### a. *Market's Prior Perception Influenced by Misrepresentations and Omissions*

298. While the market was better informed after the June 28th disclosure that demand for the BlackBerry 10s – particularly the Z10 – was weak and prospects for success of the BlackBerry 10 platform were bleak, they were still not fully informed about just how badly the BlackBerry 10s were faring in the marketplace and how dismal was the outlook

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

for the future. The majority of analysts were unaware that the BB10 project was now a cash drain, such that a negative valuation was appropriate.

299. The mismatch between analysts' and investors' assessments and valuation on the one hand, and the reality of the project's failure on the other, is attributable to Defendants' alleged misrepresentations and omissions, which included the Company's chosen sell-in revenue accounting treatment that continued to obscure the unpleasant truth about customer acceptance, sales, and demand.

300. By not providing the market with sell-through sales numbers, the Company continued to deny market participants the data that would have better informed them about the BlackBerry 10's poor reception by end users. Analysts struggled to determine how many devices were actually bought by satisfied users rather than stuffed or returned into retail channels.

301. The Company still had not acknowledged that demand for the Z10 devices was exceedingly weak such that the value of Z10 devices in inventory was diminished. Nor had the Company disclosed the full breadth of the BlackBerry 10 remorse return issue that had critically impacted BlackBerry 10 demand and worsened relationships with carriers. The Company did not acknowledged that BlackBerry 10 sales were dropping precipitously from already low levels and would likely never ramp up given the remorse return issue and unaddressed application and usability problems with BlackBerry 10s.

302. Additionally, the following alleged misrepresentations made on 28 June and 12 August 2013, continued to blend false optimism into the market's mix of information, thereby preventing a consensus realization that the true value of BlackBerry 10 was actually negative:

> "When they get them in their hands, they seem to be really happy with what they see and what they can experience with the new user experience on BlackBerry."
> **"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 June 2013, 8:00 AM, p. 11.**

122

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> "The BlackBerry Z10 has been an effective launch product to showcase the renewed and reengineered BlackBerry 10 experience to both consumers and enterprises."
> **"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 June 2013, 8:00 AM, p. 3.**

> "Let's remember, one year ago none of these products existed, and today they are just launching, and have been well-received, because of the performance and quality of BlackBerry 10. It has been very exciting and challenging for our teams, and we are looking forward to the next stage of our transition this year."
> **"Q1 2014 Research In Motion Limited Earnings Conference Call,"** *Thomson Reuters*, **conference call, 28 June 2013, 8:00 AM, p. 5.**

> "We continue to see compelling long-term opportunities for BlackBerry 10, we have exceptional technology that customers are embracing, we have a strong balance sheet and we are pleased with the progress that has been made in our transition."
> **"WSJ Blog: BlackBerry Says it is Open to Sale,"** *Dow Jones Newswires*, **Company press release, 12 August 2013, 8:47 AM.**

303. Analysts that ascribed a positive or even a zero value to the handset business were caught off guard when on 20 September 2013 the Company announced that the business burned $500 million of Company cash. Demand was so weak that cash flow and therefore valuation of the handset business was negative.

304. According to FactSet, the consensus operating cash flow expectation for Q2 2014 prior to the disclosure was a positive $629 million. The negative cash flow disclosure was a devastating surprise, informing analysts and investors that the prior outlook, driven by alleged misrepresentations and omissions, as negative as it was, was not nearly negative enough.

305. Heading into the 20 September 2013 corrective disclosure, the following analysts valued the Company's handset business at zero, ***but not negative***: Baird,[265] Bernstein

---

[265] "BB10 Underdelivers," by William Power, et al., Baird, analyst report, 1 July 2013 [BBRY-ALLEN0007953-60].

123

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Research,[266] BGC,[267] Canaccord,[268] Evercore,[269] Jefferies,[270] Goldman Sachs,[271] Macquarie,[272] and Pacific Crest Securities.[273] As they would soon learn, a zero value for the handset business was still too positive.

306. The following analysts assigned a positive value to BlackBerry's handset business after the 28 June 2013 disclosure but before the 20 September 2013 corrective disclosure: Cormark Securities,[274] CIBC,[275] FBR,[276] Morningstar,[277] TD Securities,[278] Trefis,[279] and UBS.[280] These positive valuations confirm that the concealed truths about BlackBerry 10 were not yet in the market prior to the September 2013 disclosure.

307. Undue optimism, or insufficient pessimism, among analysts after the 28 June 2013 corrective disclosure but before the 20 September 2013 corrective disclosure is evident in

---

[266] "Blackberry: Alea Jacta Est? All Indicates BB10 Isn't Going to Make It; Underperform Rating Maintained," by Pierre Ferragu, et al., Bernstein Research, analyst report, 1 July 2013 [BBRY-ALLEN0007961-76].

[267] "Blackberry Earnings Review: The Picture Gets Darker," by Collin Gillis, BGC, analyst report, 28 June 2013 [BBRY-ALLEN0007755-64].

[268] "Weak Results Despite Full Quarter of BB10 Sales; Outlook Supports Cautious Thesis," by Michael Walkley, et al., Canaccord, analyst report 30 June 2013.

[269] "Services Decline Accelerating; BB10 Margins in the High 20s," by Mark McKechnie and Zachary Amsel, Evercore, analyst report, 28 June 2013.

[270] "Builds Plans Cut Again," by Peter Misek, Jason North and Billy Kim, Jefferies, analyst report, 19 August 2013.

[271] "Sharp Set-Back to Recovery Efforts; Cutting Price Target to $12," by Simona Jankowski, et al., Goldman Sachs, analyst report, 1 July 2013 [BBRY-ALLEN0008021-30].

[272] "BlackBerry What's New?," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 12 August 2013.

[273] "BlackBerry and Investors Looking at Different Things," by James Faucette and Brad Erickson, Pacific Crest Securities, analyst report, 1 July 2013 [BBRY-ALLEN0008097-102].

[274] "BlackBerry (BB-TSX; BBRY-NASDAQ) Top Pick: Making Our Case," by Richard Tse and William Milne, Cormark Securities, analyst report, 2 July 2013.

[275] "Microsoft Acquisition of Nokia Sets A Valuation Bar," by Todd Coupland and Robin Manson, CIBC, analyst report, 3 September 2013.

[276] "Subscriber Business Deteriorates as BB 10 Sales Disappoint, Lowering PT to $9 from $11," by Scott Thompson, FBR, analyst report, 1 September 2013.

[277] "We are Lowering our Fair Value Estimate for BlackBerry Based on Grim BB10 Demand," by Brian Colello, Morningstar, analyst report, 28 June 2013.

[278] "Microsoft/Nokia Transaction Readthroughs," by Scott Penner and Doug Taylor, TD Securities, analyst report, 3 September 2013.

[279] "BlackBerry's Enterprise Strength Is Key To Unlocking Value If Sold," Trefis, analyst report, 13 August 2013.

[280] "Blackberry Going Private?," by Amitabh Passi and James Hillier, UBS, analyst report, 9 August 2013.

124

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

the following analyst report excerpts. The Oppenheimer analysts specifically cited management's representations as a basis for their opinion.

> "Mgmt's positive; we're cautious with this oven still very hot….Positives. Accelerating BB10 footprint with 320+ carrier acceptances completed and device availability in 147 countries. BB10 portfolio filling-in, Q10/Q5 launched and ramping, more BB10 devices/tiers coming. BB ASP increase to ~$317 on increasing BB10 contribution. BES10 user base at 18,000. QoQ cash increase (helped by tax recovery)."
> **"Shrinky Dinks," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 28 June 2013, p. 1.**

> "We anticipate that BB10 unit sales will rise throughout the year, but that unit growth may be driven by the sale of mid-range Q5 QWERTY devices at lower prices. Ultimately, we anticipate that BlackBerry's only chance at BB10 success will come from the mid-range of the market, selling at a price discount to Apple's AAPL iPhone, for example"
> **"We are Lowering our Fair Value Estimate for BlackBerry Based on Grim BB10 Demand," by Brian Colello, Morningstar, analyst report, 28 June 2013, p. 1.**

> "Our downgrade does not necessarily reflect a view that BBRY will not be able to succeed (while we still believe it can upgrade its existing installed base, admittedly visibility is limited), but, rather, that success may be further out than we would like and that the benefits may be costly upfront as the company invests heavily. However, at 0.2x EV/sales, we believe investors are already handicapping limited/no success and believe valuations at these levels are risky to be short as these levels have, based on our past experience with other tech companies, typically prompted some action."
> **"BBRY: BB10 Benefits May Take Longer--Downgrade to Market Perform," by Maynard Um and Munjal Shah, Wells Fargo, analyst report, 28 June 2013, p. 1.**

> "BB10 smartphones could outperform expectations. BlackBerry launched its first BB10 smartphone in FQ4'13 and its second in Q1'14. Although BB10 results have been soft to date, an increase in adoption could reinvigorate growth."
> **"BB10 Underdelivers," by William Power, et al., Baird, analyst report, 1 July 2013 [BBRY-ALLEN0007953-60 at 57].**

125

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We lower our PT to $14 (from $20) and maintain our SO-S rating. Our target is 12x our F2015 EPS est. ($0.65) + $5.86 cash/share. We expect that staggered rollouts of BB10 (Z10, Q10 for enterprise upgrades, R5), and good OpEx control will allow BB to navigate this extended transition.

…

While Blackberry's transition to BB10 maybe taking longer than expected, progress has been made building cash ($3.1B or $5.86 share), lowering the cost structure for operating leverage at run rates 50% that of peak levels and transitioning to new services. So what happened in Q1, did they blow it? We do not think so. With the exception of subscribers and gross margin, Blackberry largely met our expectations for Q1 but missed the 'Street's' inflated estimates that trended upwards to the report date and 'herd' mentality took over. There is no silver bullet to a return to its prior dominance. Rather a lot of hard work focused on rebuilding their niche in the market, brand and ultimately profits and EPS. In future quarters, we would expect team Blackberry to be more proactive with investors in terms of making sure its message and position is better understood. That was lacking in Q1, which is why overly positive views stepped in to fill that vacuum.

…

Hardware starting to help and that should continue. We believe devices revenue accounts for just under 50% of total gross margin and by Q3 for this to account for close to 60%. We estimate that hardware margins for smartphones are between that of Apple (37% LQ) and Nokia (21% for smart devices LQ), with the Z10 and Q10 margins closer to that of Apple and Q5 resembling those of Nokia smartphones. This compares to 0% gross margins for BB7 and older devices."
**"Staggered Launches and Services Transition Extend Path to Recovery," by Todd Coupland and Robin Manson-Hing, CIBC, analyst report, 1 July 2013, pp. 1, 3, and 4.**

"The key for RIM is the success or otherwise of the new BB10 models. The good news is that things are improving but at a slower rate than we had hoped. In our preview of RIM's results, we forecast that BB10 handsets sales would be much higher than expectations, based on our supply chain observations. We believe that these observations were essentially correct. However, it appears that a lot of the additional production ended up in inventory, which rose by almost 50% sequentially. Whether this was stocking ahead of future launches or management's expectations running ahead of reality is uncertain. Additionally, it is unclear how many of the

126

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

2.7m unit sales remain in the channel. So the company is now in a race: can it find a profitable sales level (probably 10m+ BB10 units per quarter) before it burns through its $3.1bn cash balance? Due to lower-than-expected unit sales, we have cut our EPS forecasts to a loss for FY14 and by over 80% for FY15."
**"BB10 Handset Sales Well Below Expectations," by Andy Perkins and Peter Knox, Societe Generale, analyst report, 1 July 2013, p. 1.**

"BlackBerry reported lower-than-expected Q1/FY13 results. We are lowering our target to $15.00 but maintaining our Speculative Buy rating given our view that the rollout of BB10 devices could be the catalyst that returns the company to profitability. … Clearly Q1 was a setback given the lower-than-expected earnings and forecast of negative operating results for Q2. However, we remain of the view that the release of the BB10 portfolio over the course of the year could be the catalyst that drives a powerful hardware refresh and returns the company to profitability (in particular, we believe enterprise adoption could accelerate in the current quarter). Furthermore, any resolution of the Venezuelan issue could also act as an upside catalyst. We are lowering our target price to $15.00 target (was $19.00), which is based on 3.5x FY14 EV/EBITDA."
**"Q1 Results a Setback, but BB10 Transition Continues," by Gabriel Leung and Amanda Ierfino, Paradigm Capital, analyst report, 2 July 2013, p. 1.**

"Seems early to sound the death knell of BB10 five months in and with the Q5 yet to launch. The Q5 (the Q10 with a lower spec processor, camera and build quality) will target emerging markets and launch in the Middle East, Africa, Asian and Latin American markets beginning July (59 countries are expected to launch in the August quarter)…. Sum-of-the-parts shows the upside potential – but it is based on potential revenue opportunities that the market may be hesitant to pay for. Our target of $13 is comprised of 1) FY14E ending cash of $5.13; 2) BES 10 services DCF of $2.00; 3) the device business at 0.2x sales or $3.67; and 4) the discounted value of the iOS/Android management opportunity (BYOD) at $2.28."
**"Aftermath of Q1: Too Early to Buy but a More Positive Bias," by Scott Penner and Doug Taylor, TD Securities, analyst report, 2 July 2013, p. 1.**

"Our checks indicate that globally, Z10 sales are slowing but Q10 doing better than expected. Modest initial Q10 demand in the U.S. at T-Mobile with pockets of strength in certain geographies. We believe BBRY will beat

127

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

Street estimates for both May and Aug Qs. Our survey shows confidence in the ecosystem. We continue to see the MDM opportunity as underappreciated."
**"Checks and Quarterly Survey Results," by Peter Misek, et al., Jefferies, analyst report, 7 July 2013, p. 1.**


"Although we continue to see high risks to the fundamentals, we think BB10 will be sufficient to retain a loyal BlackBerry customer base. We ultimately believe BlackBerry can serve a smaller, slower-growing market, with some prospects of generating profit outside the handset business."
**"BlackBerry Formally Exploring Strategic Options," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 12 August 2013, p. 8.**


"Our PT is $14 and rating is SO-S. Assuming a takeover, BB's value is higher than our target. That value is ~$20, including $5.86 in cash, $4 in patents, $1.31 in real estate, and ~$10 in PV of services. We ascribe no value to hardware, brand or channel, all of which would be worth something."
**"Special Committee Forms as Blackberry is Formally put into Play," by Todd Coupland and Robin Manson-Hing, CIBC, analyst report, 12 August 2013, p. 1.**


"Our updated sum-of-parts analysis now yields $10, based on $2.2B or $4.13 in FY14 ending net cash per share, $1.9B or $3.58 in patents, and $1.2B or $2.32 for BBRY's recurring subscriber base, with zero value attributed to BBRY's hardware business."
**"Move to Sidelines, Upgrade to EW; Special Situation Stock from Here," by Mark McKechnie and Zachary Amsel, Evercore, analyst report, 12 August 2013, p. 1.**


"Our target is $13 based on a sum of the parts. The components are Q4/14E cash of $5.13, BES Regulated Edition service fees at $2.00, the device business at $3.67 and the BYOD opportunity at $2.28."
**"Privatization Speculation is Unsurprising," by Scott Penner and Doug Taylor, TD Securities, analyst report, 12 August 2013, p. 1.**


"After several months of stock depreciation, mild success of the BBRY 10 launch could boost investor confidence regarding the company's new strategic direction under the new management of Thorsten Heins, sending the stock price north."
**"Subscriber Business Deteriorates as BB10 Sales Disappoint, Lowering PT to $9 from $11," by Scott Thompson, FBR, analyst report, 1 September 2013, p. 3.**

128

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"Our NAV does not provide any incremental value for Blackberry's hardware and devices unit. Applying the price paid for Nokia's hardware and devices unit or a Price/TTM revenue multiple of 0.3x to Blackberry's TTN hardware revenue equates to $2.1 billion or $4.10 per share.

…

We assume that BBRY prices BB10 phones for ~40% GM. At the same time, we expect its shipments to rise upon entry to the market. If this situation does not materialize, our thesis is at risk."

**"Microsoft Acquisition of Nokia Sets a Valuation Bar," by Todd Coupland and Robin Mason-Hing, CIBC, analyst report, 3 September 2013, p. 3.**

"The Simplest Takeaway is That the Valuation Would be $2.87b ($5.50/share) for BlackBerry's Devices Business. The EUR 5.44b deal covers both the device business (valued at EUR 3.79b including design patents) and separately a EUR 1.65b deal to license additional 'utility' patents. The total equates to 0.4x LTM sales for the device/services business. Applying this multiple to BlackBerry's device business yields $2.87b or $5.50 per share."

**"Microsoft/Nokia Transaction Readthroughs," by Scott Penner and Doug Taylor, TD Securities, analyst report, 3 September 2013, p. 1.**

308.    Some analysts did assign the handset business a negative value prior to the 20 September 2013 corrective disclosure, backed by incomplete information and uncertain hypotheses about BlackBerry 10 demand, past performance, and future outlook.[281] But, they were in the minority and apparently did not accept the Company's positive (mis)representations. Had the Company been fully forthcoming and disclosed the truthful negative information, more market participants would have adopted views and valuations consistent with the most pessimistic minority. That so many analysts and investors were unaware of the truly dismal condition of the handset business, and that it deserved a negative valuation, is attributable to Defendants' misrepresentations and omissions.

---

[281] "Updated SOTP Analysis; Maintain Market Perform," by Tim Long and Ari Klein, BMO, analyst report, 13 August 2013, p. 2; "Downgrade to EW as BB10 Traction Slow to Materialize," by Ehud Gelblum, et al., Morgan Stanley, 1 July 2013.

129

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

       b.     *Corrective Disclosure*

309.    On 20 September 2013, the Company announced preliminary financial results for Q2 FY2014 and provided a business update.[282] For the first time, the Company's accounting provided sell-through sales figures. The new information provided to the market included:

    i.    BlackBerry expected to report Q2 2014 revenue of $1.6 billion and an adjusted loss per share of $0.47-$0.51;[283]

    ii.    A majority of the 3.7 million BlackBerry units sold in the quarter were the older generation BlackBerry 7 model;[284]

    iii.    The Company would switch to sell-through accounting instead of sell-in accounting for "certain BlackBerry 10 devices;" allowing better transparency around the quantification of devices that had been sold to actual end customers;[285]

    iv.    A pre-tax charge of $930 - $960 million against inventory and supply commitments, which the Company stated was "primarily attributable to BlackBerry Z10 devices";[286]

    v.    "[T]he company also burned roughly $500 million of cash, or $1 per share";[287] and

---

[282] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[283] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[284] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[285] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[286] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

[287] "How Much Worse Can It Get? Upgrading from Underperform to Neutral," by William Power, et al., Baird, analyst report, 23 September 2013 [BBRY-Allen0008698-705 at 98].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

      vi.     The Company provided further details regarding the true level of demand for the BlackBerry 10.[288]

310.    The Company's announcement on 20 September 2013 informed the market that the demand for the BlackBerry 10 was even weaker than the market's previous poor expectations. The writing was now on the wall that the Z10 failed because the BlackBerry 10 platform was rejected by handset customers, disproving prior misrepresentations that customers were embracing the platform. The inventory write-down primarily applied to the Z10. The revelation that most of the revenue recognition in the quarter came from legacy devices indicated to the market that the Q10, which utilized the same operating system and contained the same application and usability flaws as the Z10, was not selling well either. Product returns were high, channels were stuffed, and carriers balked, contrary to the prior alleged misrepresentations and omissions.

> "Massive inventory write-down on Z10: BlackBerry will take a charge of $930-$960mm related primarily to Z10 inventory and certain supply commitments… We think this reflects increasing price competition and supply-chain requirements. We also see management's increasingly costly bets on new products amid decreasing relevance for the BlackBerry brand as bad for shareholders."
> **"Fairfax Bid Low, but Competing Bid Not Likely Given High Risk and Deteriorating Fundamentals," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 24 September 2013, p. 3.**

> "We conducted a proprietary survey over the last three weeks. The results indicate substantial value for BBRY's MDM business but that the handset business will be sub-scale going forward, meaning units, ASPs, and margins will be under pressure and lead to a negative value for the handset business (vs. our prior $0 est). Also, it means greater subscriber loss, undermining the value of the services business for potential acquirers."
> **"Downgrade to Hold: Sub-Scale Handset Business Undercuts MDM Opportunity," by Peter Misek, et al., Jefferies, analyst report 22 September 2013, p. 1.**

---

[288] "Press Release: BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Dow Jones Newswire*, Company press release, 20 September 2013, 3:15 PM.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

"We continue to think the device business is not viable, which was well demonstrated by weak shipments in FQ2'14. As such, cash burn will be the focus, in our opinion. BlackBerry 'burned' $500m of cash in the quarter, based on the prior cash balance of $3.1bn and new balance of $2.6bn. This was well above our estimate of $259m of negative FCF in the quarter."
**"Takeunder or Bust; Cutting Target to $7 on Higher Cash Burn," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 22 September 2013, p. 2. wwww**

"This announcement makes now certain and recognized by management the failure of the blackberry 10 platform we had looked for.
…
Last week's pre-announcement confirmed Blackberry 10 is not gaining traction with consumer and showed the company recognizes it, as it has decided to scale down efforts and focus on the corporate and 'prosumer' market only."
**"Blackberry: Alea Jacta Est, It is Confirmed; Can BBM Save the Boat? Maintain Underperform," by Pierre Ferragu, et al., Bernstein Research, analyst report, 23 September 2013 [BBRY-ALLEN0008713-22 at 13 and 15].**

311.    Cormark Securities stated that "BlackBerry's late-quarter warning on Friday was nothing short of disastrous."[289] The Cormark Securities analysts explained that while their expectation was "for a soft-to-potentially dismal quarter, the outcome was even worse than what we were expecting."[290] Whereas many analysts gave the handset business a zero value previously, the 20 September 2013 announcements disclosed that even that zero value was too high.

312.    The Company's 20 September 2013 announcement was a corrective disclosure, because it provided the market with clear and truthful confirmation about the failure of the BlackBerry 10 platform, despite Defendants' alleged misrepresentations to the contrary and their omission of information that would have allowed investors to anticipate the failure at the Class Period outset. As one would expect from the nature of the information provided, the corrective disclosure caused the BlackBerry stock price to fall.

---

[289] "Speechless," by Richard Tse and Andrew McGee, Cormark Securities, analyst report, 23 September 2013, p. 1.

[290] "Speechless," by Richard Tse and Andrew McGee, Cormark Securities, analyst report, 23 September 2013, p. 1.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

> "BlackBerry is for now refocusing on its past strength, enterprise and prosumers. While logical, it's hard to see why either group would invest in BlackBerry given the eroding base and unknown future. A sale to a stronger entity could give the strategy a chance, but even then it's a tough position."
> **"Dark Days," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 22 September 2013, p. 1.**

> ### c. Significant Stock Price Decline

313. On 20 September 2013, BlackBerry stock declined -18.71% (on a logarithmic return basis). The Market Index return was -0.73%, and the Sector Index return was -1.35%. Based on the regression model, the explained return on BlackBerry stock was -0.56%. The difference between the actual return of -18.71% and the explained return of -0.56% is a residual return of -18.15%, or -$1.75 per share.

314. A residual return of -18.15% is an unusually large one-day decline for BlackBerry stock, and is statistically significant. That residual return is associated with a t-statistic of -4.85, which indicates that the residual return was too severe to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated t-statistic from random volatility alone is 0.0002%, meaning that one can conclude at the 99.9998% confidence level that Company news is what caused the stock price decline that day.

315. Based on the nature of the information that had been misrepresented or withheld via the alleged misrepresentations and omissions, financial valuation principles, and the observed statistically significant stock price decline following the corrective disclosures on 20 September 2013, I conclude that the alleged misrepresentations and omissions caused investor losses.

133

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

X.     **DAMAGES**

316.   The "out-of-pocket" measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price of the security had there been no alleged fraud.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Nicholas Crew, et al., in Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil, et al., John Wiley & Sons, Inc., 2017, p. 27.6, (internal citations omitted).**

317.   The difference between what a security's price actually was at a point in time, and what the price would have been absent the alleged fraud is "artificial inflation."

318.   The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during his/her holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.[291]

---

[291] In addition, the Private Securities Litigation Reform Act of 1995 provides the following limitation on damages:

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### A.    Damages Analysis

319.    While the event study established that BlackBerry stock fell in reaction to company-specific information on the corrective disclosure dates, to measure the magnitude of the respective declines caused by the corrective disclosures one must consider whether there was also company-specific non-fraud-related information simultaneously disseminated on those days. The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures. Valuation tools and principles can be applied to remove the valuation effect of confounding information, if any, from the price declines.

320.    If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosure, non-removal of the positive confounding information effect provides a conservatively low measure of the decline caused by the corrective disclosure.

### 1.    Per Share Damages Caused by the 11 April 2013 Corrective Disclosure

321.    The 11 April 2013 partially corrective disclosure comprised the Detwiler Fenton report and the ITG analyst report, which provided the market with incremental information about customer reception and BlackBerry 10 sales to end users. According to the event study, the residual return for BlackBerry stock on 11 April 2013 was -8.32%, or -$1.17 per share.

322.    I examined all Company news that emerged that day and assessed the valuation impact, if any, of potentially confounding information. Besides the adverse disclosures in the Detwiler Fenton and ITG reports, I found no other news on that day that could have been a substantial cause of BlackBerry's residual stock price decline on 11 April 2013.

---

15 U.S.C. Section 78u-4(e) (1). For Class members who sell within that 90-day period, the limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold. 15 U.S.C. Section 78u-4(e) (2). Here, the mean per share trading price of BlackBerry common stock during the 90-days beginning on 20 September 2013 is $7.17. BlackBerry common stock closing prices from 20 September 2013 through 18 December 2013 are presented in Exhibit-11. The Private Securities Litigation Reform Act damages limitation can be applied formulaically to the calculation of per share damages set forth below.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

323. The Company's vehement denial of the Detwiler Fenton report and continued misrepresentations regarding strong Z10 sales is countervailing positive information. I do not estimate and exclude the offsetting positive valuation effect of this positive confounding information in order to provide a conservative measure of the stock price decline caused by the corrective information. Rather, I treat the blend of new information as a single partially corrective disclosure, with the positive alleged misrepresentations muting the impact of the negative corrective disclosures.

324. In a presentation to the SEC regarding the Detwiler Fenton report, BlackBerry acknowledged that the report had a "Substantial negative effect"[292] and attributed the stock price decline to the information in the Detwiler Fenton report.[293] Analyst and news commentary affirmed that the information in the Detwiler Fenton and ITG reports were the substantial cause of the 11 April 2013 residual stock price decline.[294]

325. Based on the statistical analysis and these facts, the 11 April 2013 corrective disclosures caused the BlackBerry stock price to fall $1.17 per share. This $1.17 per share decline is the dissipation of artificial inflation caused by the alleged misrepresentations and omissions, and constitutes a loss shareholders suffered as a result of the alleged misrepresentations and omissions.

### 2. Per Share Damages Caused by the 28 June 2013 Corrective Disclosure

326. The 28 June 2013 partially corrective disclosure comprised the Company's 1Q 2014 earnings announcement and conference call, in which the Company announced sales and earnings misses, low shipments of BlackBerry 10 devices, and explicitly refused to provide informative sell-through data for the BlackBerry 10. According to the event

---

[292] "BlackBerry; NASDAQ: BBRY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 91].

[293] "BlackBerry; NASDAQ: BBRY; TSX: BB," Company presentation to the SEC, dated 2 May 2013 [BB Pearlstein_00004167-239 at 91].

[294] See, e.g., "Re: It's Going Around That Detwiler Saying Z10 Return Rates Are Very High," from Ehud Gelblum to Paul Carpino and Frank Boulben, internal Company email, 11 April 2013 10:54 AM [BBPearlstein_00302991-92 at 91].

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

study, the residual return for BlackBerry stock on 28 June 2013 was -32.46%, or -$4.01 per share.

### a. Confounding Information

327. I examined all Company news that emerged between the close of trading on 27 June 2013 and the close of trading on 28 June 2013 in order to assess whether any other news besides the corrective disclosures that day could have contributed to the residual stock price decline. I identified two items of potentially confounding negative information provided in the press release: (1) "Venezuela foreign currency restrictions impact reported GAAP earnings and adjusted earnings by approximately $0.10 per share";[295] and (2) total subscribers declined by 4 million users since the last quarter, Q4 2013, and service revenue declined accordingly.[296]

### b. Valuation Effect of Venezuela Foreign Currency Restrictions

328. In its press release, the Company explained that "Venezuela foreign currency restrictions impact reported GAAP earnings and adjusted earnings by approximately $0.10 per share."[297] I estimated the valuation impact of this non-fraud-related information and excluded it from the total residual decline in order to isolate fraud-related losses.

329. While discussing the negative impact the Venezuelan development had on reported earnings, news media commented that "it's not like this should have been a surprise for BBRY. Venezuela has operated currency controls for a decade, with restricted access to US dollars at a fixed-rate, much to the chagrin of local and international businesses alike."[298] Reasonably, therefore, this factor contributed no amount to the stock decline that day.

---

[295] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM.

[296] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM.

[297] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwired*, Company press release, 28 June 2013, 7:00 AM.

[298] "FX CHAT: Venezuelan FX Charges Hit RIM Where It Hurts," by David George, *Dow Jones Newswires*, 28 June 2013.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

330.    Nonetheless, to provide a conservative estimate of fraud-related losses, I assume counterfactually that the debit from earnings was unexpected. Given that the Company and analysts considered this impact to be a one-time non-recurring development,[299] the one-time $0.10 per share earnings charge would have only a one-time $0.10 per share effect on the stock valuation. Consequently, I attribute $0.10 of the $4.01 residual stock price decline per share on 28 June 2013 to the impact of the Venezuela foreign currency restriction and exclude that amount from fraud-related loss.

*c.        Declining Subscriber Base and Service Revenue*

331.    In the 28 June 2013 earnings announcement, the Company reported that it had approximately 72 million subscribers in Q1 FY2014, a loss of 4 million subscribers since Q4 FY2013.[300] Service revenue declined accordingly. The Company also stated that it would no longer provide the total number of subscribers going forward.[301]

332.    The decline in subscribers was a combination of expected shrinkage in the old BlackBerry 7 subscriber base, and surprisingly poor penetration of the BlackBerry 10 into the handset market. The non-fraud component was expected; the unexpected component was fraud-related. As such, there is no confounding valuation effect, unrelated to the alleged fraud, stemming from the announced subscriber decline.

333.    The new BlackBerry 10 business model relied on unit sales as opposed to the old business model emphasizing continuing service stream revenue. The de-emphasis on subscriber base is evident in the Company's decision and announcement that it would no longer provide those numbers in future earnings announcements, underscoring the lack of valuation relevance of these figures under the new business model.

---

[299] "BlackBerry (Underperform)," by Tim Long, BMO Capital Markets, analyst report, 28 June 2013, p. 1; "BlackBerry's BB10 Transition Could Be A Lot More Painful Than Expected," TREFIS, analyst report, 28 June 2013, p. 2.

[300] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, p. 6.

[301] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, p. 6.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

334. It was well understood by analysts and investors that the population of subscribers to BlackBerry's services would decline toward a core base of enterprise and high productivity users, in accordance with BlackBerry's planned business model.

> "RIM was also clear on the call that its Service ARPU – currently $4/month – would likely fall materially with BB10 given the trend to BYOD. We believe Services currently generates ~80% of gross profit. BB10 volume required to breakeven rises to 15-20mn units: This is up from our prior estimate of 15mn given likely declines in the Services revenue, fewer BB7 units, and lower opex savings than we expected from the CORE program. We believe RIM is launching BB10 primarily into its developed market sub base of ~30mn subs and declining, including enterprise. We thus believe RIM must attract subscribers beyond its sub base to grow into its valuation."
> **"Probing the Other Profit Driver – Service," by Jeff Kvaal and Luke Labella, Barclays, analyst report, 21 December 2012, p. 1.**

> "Without the offset from service revenues, the handset itself will need to demonstrate it can be profitable on a standalone basis."
> **"Q3 Results," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 20 December 2012, p. 1.**

> "Grand Bargain or Faustian Bargain? We believe RIM may have traded consumer monthly service fees (or a vast reduction in fees) in exchange for volume commitments and high ASPs. Carrier support dramatically increases the chance of BB10's success (we estimate an increased chance of success from 10% to 30%), but now RIM is playing without a safety net."
> **"FQ3 (Nov) Results: Ready, Set, Not Yet," by Peter Misek, et al., Jefferies, analyst report, 21 December 2012, p. 1.**

> "Given that carriers would appear to be incented to move their blackberry subscribers from BB7 to BB10, however, we could also be setting up for the very real scenario of blow-out BB10 device shipments over the next year coupled with a near complete decimation of the 85% gross margin services business, resulting in a possibly far more exciting, but far less cash generative company. The value created, or destroyed, on the balance sheet between here and there, therefore, represents the true value of the company. … Taking a step back, RIM is a viable long-term business only if it can capture the coveted 3rd mobile ecosystem spot after Android and iOS."
> **"FQ3'13 Solid but Service Rev Writing on the Wall; Reit UW," by Ehud Gelblum, Morgan Stanley, analyst report, 21 December 2012, p. 4.**

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

335.    No valuation effect from the subscriber base and service revenue announcement needs to be excluded from the $4.01 per share residual stock price decline. The non-fraud component was expected and therefore had no valuation effect, while the fraud-related component is not confounding information.

> *d.        Per Share Damages Sustained on 28 June 2013*

336.    Based on statistical analysis, Company information caused the price of BlackBerry stock to fall $4.01 per share on 28 June 2013. Of this amount, $0.10 is attributable to confounding information unrelated to the alleged fraud. The remaining $3.91 per share decline was caused by the disclosures partially correcting alleged misrepresentations and omissions. This $3.91 per share decline is the dissipation of artificial inflation caused by the alleged misrepresentations and omissions, and constitutes a loss shareholders suffered as a result of the alleged misrepresentations and omissions.

> **3.        Per Share Damages Caused by the 20 September 2013 Corrective Disclosure**

337.    The 20 September 2013 final corrective disclosure came in the Company's pre-announcement of 2Q FY2014 financial and commercial results, in which the Company essentially acknowledged the commercial failure of the BlackBerry 10. This commercial failure was acknowledged as it was the reason why the Company lost money, missed on revenue, burned cash, and wrote down inventory. This acknowledgement was a stark retreat from the alleged misrepresentations and omissions made over the course of the Class Period.

338.    According to the event study, the residual return for BlackBerry stock on 20 September 2013 was -18.15%, or -$1.75 per share.

339.    I examined the Company news that emerged between the close of trading on 19 September 2013 and the close of trading on 20 September 2013, in order to assess whether any potentially confounding information contributed to the stock price decline. All the new and negative information released on 20 September 2013 related to the BlackBerry 10, and is therefore fraud-related rather than confounding.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

340. Therefore, the alleged misrepresentations and omissions and the 20 September 2013 corrective disclosures caused Class members to suffer damages of up to $1.75 per share depending on the timing of their purchases and sales of BlackBerry stock.

> a. *Some of the Inflation That Dissipated Traced to the Acquisition Premium Recently Added*

341. While the misrepresentations and omissions caused and maintained inflation since the start of the Class Period, they also caused an increase in artificial inflation on 12 August 2013. As described in ¶¶96-97 and ¶¶210-211 above, on that date the Company announced that it would explore strategic alternatives. The stock price rose significantly on this news, as an acquisition target typically commands an acquisition premium. However, when the final corrective disclosures on 20 September 2013 revealed the true state and prospects for BlackBerry 10, analysts commented that BlackBerry's attractiveness and value as an acquisition target had waned considerably.

> "We have no edge into the potential for a takeout/breakup/or privatization of the business - feedback suggests partnerships unlikely."
> **"Update into Earnings - Fundamentals Remain Challenging with Ongoing Service Revenue Headwinds," by Benjamin Bollin, Cleveland Research Company, analyst report, 20 September 2013 [BBRY-ALLEN0008602-09 at 04].**

> "Limited upside from potential LBO/acquisition. We think a bid for the whole company is increasingly unlikely as most of the value is in services/MOM. We think the OS, BBM, and patents have some value while the handset business is now an albatross. We believe potential buyers will be price sensitive due to the sub-scale handset business and uncertainty around how much that diminishes the value of the services/MOM business as half the BBRY MDM share is tied to BBRY handsets in some way."
> **"Downgrade to Hold: Sub-Scale Handset Business Undercuts MDM Opportunity," by Peter Misek, et al., Jefferies, analyst report, 22 September 2013, p. 1.**

> "As noted in the past, we see low probability for Blackberry to develop into a successful independent ecosystem. We believe that finding a strategic partner with the desire to put forth the funds needed to support BB10 will be challenging. It is difficult for us to imagine that Blackberry's dire

141

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

> situation is not influencing CIOs to contemplate other options, including BYOD, which could make any strategic action even more difficult."
> **"Business Eroding at an Alarming Rate," by Tal Liani, et al., Bank of America, analyst report, 23 September 2013 [BBRY-ALLEN0008706-12 at 06].**

> "As expected, management did not provide any guidance. Neither the results, nor the letter of intent, change our view on the stock, given the challenges that likely remain with both the company and completing a deal. As a result we maintain our Sell rating and $6 price target."
> **"Q2 Results: More Questions than Answers," by Brian Modoff and Kip Clifton, Deutsche Bank, analyst report, 27 September 2013, p. 1.**

342. Some of the price decline that occurred on September 20th, therefore, was the reduction in the value accretion that entered the stock price on August 12th. Just as the full truth caused that value reduction on September 20th, the full truth, had it been known, would have prevented the value accretion on August 12th.

343. Therefore, of the $1.75 per share artificial inflation that dissipated on September 20th, $0.94 per share had newly entered the stock price on August 12th. The rest, $0.81 per share, was in the stock price since the beginning of the Class Period.

### B.    Artificial Inflation Ribbon

344. Artificial inflation is the difference between what the stock price actually was at a point in time, and what the price would have been absent the alleged fraud. An inflation ribbon is a time series indicating how much artificial inflation caused by the alleged fraud was in the stock price on each day of the Class Period.

345. The inflation ribbon is typically constructed by working chronologically backwards cumulating fraud-related residual price declines as they occurred. When the stock price falls on account of a corrective disclosure, inflation dissipates. Inflation after such a corrective disclosure and significant price movement must be less than the inflation prior to the disclosure. The significant residual stock price decline, less any decline attributable to confounding information, measures how much additional artificial inflation had been in the stock price prior to the disclosure.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

346.   Using the fraud-related price declines on and after a corrective disclosure date to measure the amount of inflation that was in the stock price prior to that date is a widely-used and generally accepted methodology.[302] The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus the inflation remaining afterward.

### C.   Per Share Damages Formula

347.   Based on the event study results described above and presented in Exhibit-9, per share damages for each share of Blackberry stock purchased during the Class Period is calculated as follows:[303]

#### 1.   Shares Purchased From 28 March 2013 Through 10 April 2013

348.   For each share purchased from 28 March 2013 through 10 April 2013 and sold

   i.      prior to 11 April 2013, per share damages are $0;

   ii.     from 11 April 2013 through 27 June 2013, per share damages are the lesser of $1.17 or the purchase price minus the sale price;

   iii.    from 28 June 2013 through 11 August 2013, per share damages are the lesser of $5.08 or the purchase price minus the sale price;

   iv.     from 12 August 2013 up to the trading halt on 20 September 2013, per share damages are the lesser of $4.14 or the purchase price minus the sale price;

   v.      after the trading halt on 20 September 2013, per share damages are the lesser of $5.89 or the purchase price minus the sale price (subject to the 90-day look-back rule described above).

---

[302] See, "Federal Securities Acts and Areas of Expert Analysis," by Nicholas Crew, et al., in Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman Weil, et al., John Wiley & Sons, Inc., 2017.

[303] As noted above, the damages limitation provision of the Private Securities Litigation Reform Act can be applied formulaically to the calculation of any per share damages based upon the timing of the purchase and sale of the stock.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

    **2.**     **Shares Purchased From 11 April 2013 Through 27 June 2013**

349.    For each share purchased from 11 April 2013 through 27 June 2013 and sold

      i.     prior to 28 June 2013, per share damages are $0;

      ii.    from 28 June 2013 through 11 August 2013, per share damages are the lesser of $3.91 or the purchase price minus the sale price;

      iii.   from 12 August 2013 up to the trading halt on 20 September 2013, per share damages are the lesser of $2.97 or the purchase price minus the sale price;

      iv.   after the trading halt on 20 September 2013, per share damages are lesser of $4.72 or the purchase price minus the sale price (subject to the 90-day look-back rule described above).

    **3.**     **Shares Purchased From 28 June 2013 Through 11 August 2013**

350.    For each share purchased from 28 June 2013 through 11 August 2013 and sold

      i.     prior to 20 September 2013, per share damages are $0;

      ii.    after the trading halt on 20 September 2013, per share damages are lesser of $0.81 or the purchase price minus the sale price (subject to the 90-day look-back rule described above).

    **4.**     **For Each Share Purchased From 12 August 2013 Up to The Trading Halt On 20 September 2013**

351.    For each share purchased from 12 August 2013 up to the trading halt on 20 September 2013 and sold

      i.     prior to the trading halt on 20 September 2013, per share damages are $0;

      ii.    after the trading halt on 20 September 2013, per share damages are lesser of $1.75 or the purchase price minus the sale price (subject to the 90-day look-back rule described above).

144

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

### XI.  LIMITING FACTORS AND OTHER ASSUMPTIONS

352.  This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report if additional information becomes available to me.

Steven P. Feinstein, Ph.D., CFA

145

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

**EXPERT REPORTS**

- Expert Report of Steven Feinstein, Ph.D., CFA, dated 11 May 2018.
- Expert Report of Lucy Allen, dated 10 August 2018.
- Expert Report of Steven Feinstein, Ph.D., CFA, dated 9 October 2018.

**CASE DOCUMENTS**

- Second Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, filed 29 September 2017.
- Decision and Order Denying Defendants' Motion to Dismiss the Second Amended Complaint and Request for Oral Argument on the Motion, Filed 19 March 2018.
- BBRY-ALLEN0000001-BBRY-ALLEN001534.

**DEPOSITIONS**

- Deposition of Lucy Allen, dated 20 September 2018
- Deposition of Geraldo Barron, dated 24 September 2019
- Deposition of Brian Bidulka, dated 16 January 2020
- Deposition of Frank Boulben, dated 3 May 2019
- Deposition of Paul Carpino, dated 4 June 2019
- Deposition of Carlo Chiarello, dated 13 April 2019
- Deposition of Yong Cho, dated 13 June 2018
- Deposition of Daniel Choi, dated 25 October 2019
- Deposition of Keith Connolly, dated 20 January 2020
- Deposition of Rito Natale Costanzo, dated 9 April 2019
- Deposition of Tod Cox, dated 27 June 2018
- Deposition of Heidi Davidson, dated 13 December 2019
- Deposition of Jeffrey Dietel, dated 29 January 2020
- Deposition of Mary Dinzik, dated 29 June 2018
- Deposition of James Dunham, dated 6 January 2020
- Deposition of Edel Ebbs, dated 11 April 2019
- Deposition of Stephen Feinstein, dated 17 July 2018
- Deposition of Eric Grover, dated 4 December 2019
- Deposition of Thorsten Heins, dated 23 January 2020
- Deposition of Roddy Hjort, dated 4 December 2019
- Deposition of Paul Holtz, dated 10 December 2019
- Deposition of Charles Kearns, dated 13 December 2019
- Deposition of Tory Luelo, dated 5 December 2019
- Deposition of Martin Lundie, dated 22 July 2019
- Deposition of Dana Moorehead, dated 27 June 2019
- Deposition of Giovanni Piasentin, dated 1 May 2019
- Deposition of Sheila Pierce, dated 8 January 2020
- Deposition of Lisa Portnoy, dated 16 January 2020
- Deposition of John Powell, dated 19 April 2019
- Deposition of Kevin Sweeney, dated 30 October 2019
- Deposition of Sarah Tatsis, dated 17 January 2020

146

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Deposition of Batuhan Ulug, dated 1 June 2018
- Deposition of James Yersh, dated 29 January 2020
- Deposition of Steven Zipperstein, dated 10 January 2020

**DOCUMENTS PRODUCED IN THIS MATTER**

- Base Case Final Financials (1).xlsx
- BB10 Success Scenario Update Financials.xlsx
- BBPearistein_01224093
- BBPearistein_01224129
- BBPearlstein_00004167
- BBPearlstein_00005427
- BBPearlstein_00009403
- BBPearlstein_00009764
- BBPearlstein_00009985
- BBPearlstein_00010007
- BBPearlstein_00010207
- BBPearlstein_00010364
- BBPearlstein_00014649
- BBPearlstein_00016998
- BBPearlstein_00017001
- BBPearlstein_00017023
- BBPearlstein_00019410
- BBPearlstein_00019746
- BBPearlstein_00021862
- BBPearlstein_00022836
- BBPearlstein_00023375
- BBPearlstein_00025586
- BBPearlstein_00027088
- BBPearlstein_00032227
- BBPearlstein_00032981
- BBPearlstein_00034556
- BBPearlstein_00044113
- BBPearlstein_00044122
- BBPearlstein_00044135
- BBPearlstein_00044140
- BBPearlstein_00049382
- BBPearlstein_00051120
- BBPearlstein_00052240
- BBPearlstein_00054696
- BBPearlstein_00054712
- BBPearlstein_00054728
- BBPearlstein_00054744
- BBPearlstein_00054755
- BBPearlstein_00055600
- BBPearlstein_00055643

147

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- BBPearlstein_00055645
- BBPearlstein_00055796
- BBPearlstein_00055844
- BBPearlstein_00055954
- BBPearlstein_00055977
- BBPearlstein_00056142
- BBPearlstein_00056167
- BBPearlstein_00057000
- BBPearlstein_00057002
- BBPearlstein_00059570
- BBPearlstein_00059572
- BBPearlstein_00059593
- BBPearlstein_00093814
- BBPearlstein_00103649
- BBPearlstein_00103665
- BBPearlstein_00113472
- BBPearlstein_00113497
- BBPearlstein_00113522
- BBPearlstein_00113570
- BBPearlstein_00113594
- BBPearlstein_00113642
- BBPearlstein_00113666
- BBPearlstein_00113690
- BBPearlstein_00113714
- BBPearlstein_00113726
- BBPearlstein_00113750
- BBPearlstein_00113774
- BBPearlstein_00113798
- BBPearlstein_00113822
- BBPearlstein_00113846
- BBPearlstein_00113870
- BBPearlstein_00113894
- BBPearlstein_00113918
- BBPearlstein_00113942
- BBPearlstein_00113966
- BBPearlstein_00113990
- BBPearlstein_00114014
- BBPearlstein_00114038
- BBPearlstein_00114063
- BBPearlstein_00114139
- BBPearlstein_00114168
- BBPearlstein_00114205
- BBPearlstein_00114962
- BBPearlstein_00114988
- BBPearlstein_00115101

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- BBPearlstein_00115517
- BBPearlstein_00115552
- BBPearlstein_00115576
- BBPearlstein_00115600
- BBPearlstein_00115624
- BBPearlstein_00115635
- BBPearlstein_00115660
- BBPearlstein_00115684
- BBPearlstein_00115708
- BBPearlstein_00115732
- BBPearlstein_00115786
- BBPearlstein_00115867
- BBPearlstein_00116131
- BBPearlstein_00118034
- BBPearlstein_00118342
- BBPearlstein_00121552
- BBPearlstein_00122408
- BBPearlstein_00126516
- BBPearlstein_00133132
- BBPearlstein_00145743
- BBPearlstein_00155858
- BBPearlstein_00163811
- BBPearlstein_00165844
- BBPearlstein_00167418
- BBPearlstein_00167665
- BBPearlstein_00167666
- BBPearlstein_00167667
- BBPearlstein_00167705
- BBPearlstein_00167731
- BBPearlstein_00167900
- BBPearlstein_00168230
- BBPearlstein_00168252
- BBPearlstein_00168262
- BBPearlstein_00168306
- BBPearlstein_00168468
- BBPearlstein_00168616
- BBPearlstein_00168845
- BBPearlstein_00168927
- BBPearlstein_00169099
- BBPearlstein_00169144
- BBPearlstein_00169280
- BBPearlstein_00169302
- BBPearlstein_00169324
- BBPearlstein_00169346
- BBPearlstein_00169356

149

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- BBPearlstein_00169378
- BBPearlstein_00169400
- BBPearlstein_00169432
- BBPearlstein_00169538
- BBPearlstein_00169560
- BBPearlstein_00169582
- BBPearlstein_00169605
- BBPearlstein_00169627
- BBPearlstein_00169649
- BBPearlstein_00176776
- BBPearlstein_00180853
- BBPearlstein_00182515
- BBPearlstein_00182527
- BBPearlstein_00182531
- BBPearlstein_00183430
- BBPearlstein_00184844
- BBPearlstein_00189880
- BBPearlstein_00189919
- BBPearlstein_00189951
- BBPearlstein_00193415
- BBPearlstein_00201169
- BBPearlstein_00201618
- BBPearlstein_00219301
- BBPearlstein_00219317
- BBPearlstein_00219651
- BBPearlstein_00219654
- BBPearlstein_00219695
- BBPearlstein_00220039
- BBPearlstein_00227136
- BBPearlstein_00227721
- BBPearlstein_00227734
- BBPearlstein_00227900
- BBPearlstein_00228364
- BBPearlstein_00228386
- BBPearlstein_00229283
- BBPearlstein_00229797
- BBPearlstein_00241184
- BBPearlstein_00241200
- BBPearlstein_00241216
- BBPearlstein_00242702
- BBPearlstein_00242703
- BBPearlstein_00247397
- BBPearlstein_00249764
- BBPearlstein_00254294
- BBPearlstein_00259924

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- BBPearlstein_00261639
- BBPearlstein_00263017
- BBPearlstein_00263955
- BBPearlstein_00277122
- BBPearlstein_00282476
- BBPearlstein_00282494
- BBPearlstein_00282495
- BBPearlstein_00282496
- BBPearlstein_00283713
- BBPearlstein_00283714
- BBPearlstein_00287495
- BBPearlstein_00287502
- BBPearlstein_00294619
- BBPearlstein_00296713
- BBPearlstein_00302991
- BBPearlstein_00303110
- BBPearlstein_00303132
- BBPearlstein_00303133
- BBPearlstein_00303771
- BBPearlstein_00311932
- BBPearlstein_00315263
- BBPearlstein_00315754
- BBPearlstein_00327807
- BBPearlstein_00327811
- BBPearlstein_00336913
- BBPearlstein_00336925
- BBPearlstein_00352318
- BBPearlstein_00352319
- BBPearlstein_00405557
- BBPearlstein_00405560
- BBPearlstein_00449932
- BBPearlstein_00450209
- BBPearlstein_00457932
- BBPearlstein_00500697
- BBPearlstein_00510375
- BBPearlstein_00527725
- BBPearlstein_00533313
- BBPearlstein_00548017
- BBPearlstein_00548788
- BBPearlstein_00551297
- BBPearlstein_00556292
- BBPearlstein_00557069
- BBPearlstein_00558326
- BBPearlstein_00559803
- BBPearlstein_00559804

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- BBPearlstein_00566898
- BBPearlstein_00569831
- BBPearlstein_00569832
- BBPearlstein_00579853
- BBPearlstein_00579914
- BBPearlstein_00581050
- BBPearlstein_00581070
- BBPearlstein_00581928
- BBPearlstein_00581989
- BBPearlstein_00582058
- BBPearlstein_00587703
- BBPearlstein_00591094
- BBPearlstein_00591115
- BBPearlstein_00591134
- BBPearlstein_00591141
- BBPearlstein_00594693
- BBPearlstein_00594697
- BBPearlstein_00595485
- BBPearlstein_00595732
- BBPearlstein_00595800
- BBPearlstein_00596268
- BBPearlstein_00596568
- BBPearlstein_00597833
- BBPearlstein_00627343
- BBPearlstein_00636737
- BBPearlstein_00650078
- BBPearlstein_00651606
- BBPearlstein_00652327
- BBPearlstein_00663956
- BBPearlstein_00702115
- BBPearlstein_00708983
- BBPearlstein_00709004
- BBPearlstein_00775326
- BBPearlstein_00793517
- BBPearlstein_00809353
- BBPearlstein_00812801
- BBPearlstein_00818558
- BBPearlstein_00824737
- BBPearlstein_00862433
- BBPearlstein_00864962
- BBPearlstein_00903932
- BBPearlstein_00933403
- BBPearlstein_01000928
- BBPearlstein_01015823
- BBPearlstein_01105708

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- BBPearlstein_01105709
- BBPearlstein_01106148
- BBPearlstein_01196650
- BBPearlstein_01222185
- BBPearlstein_01315128
- BBPearlstein_01378267
- BBPearlstein_01382001
- BBPearlstein_01393710
- BBPearlstein_01408277
- BBPearlstein_01435122
- BBPearlstein_01576945
- BBPearlstein_01576947
- BBPearlstein_01646562
- BBPearlstein_01681325
- BBPearlstein_01688123
- BBPearlstein_01695086
- BBPearlstein_01698331
- BBPearlstein_01734498
- BBPearlstein_01739929
- BBPearlstein_01739932
- BBPearlstein_01785367
- BBPearlstein_01788877
- BBPearlstein_01789146
- BBPearlstein_01789303
- BBPearlstein_01789628
- BBPearlstein_01789654
- BBPearlstein_01789976
- BBPearlstein_01790052
- BBPearlstein_01790056
- BBPearlstein_01790090
- BBPearlstein_01790221
- BBPearlstein_01794864
- BBPearlstein_01816878
- BBPearlstein_01817546
- BBPearlstein_01822391
- BBPearlstein_01828502
- BBPearlstein_01861809
- BBPearlstein_01876561
- BBPearlstein_01877834
- BBPearlstein_01925799
- BBPearlstein_01925830
- BBPearlstein_01926356
- BBPearlstein_01926357
- BBPearlstein_01929178
- BBPearlstein_01930852

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- BBPearlstein_01934597
- BBPearlstein_01936542
- BBPearlstein_01944687
- BBPearlstein_01950889
- BBPearlstein_01958224
- BBPearlstein_01962335
- BBPearlstein_01968465
- BBPearlstein_02021395
- BBPearlstein_02022447
- BBPearlstein_02025334
- BBPearlstein_02039965
- BBPearlstein_02052622
- BBPearlstein_02057778
- BBPearlstein_02058378
- BBPearlstein_02070713
- BBPearlstein_02076330
- BLA_00000096
- Book4 (models for John).xlsx
- DF00000045
- Exhibit-16, Deposition of Daniel Choi.
- Exhibit-16, Deposition of Earnst & Young
- Exhibit-6, Deposition of Kevin Sweeney
- NPS - BlackBerry 10 - Weekly Trend – UK.xlsx
- NPS - Competitor Topics - Samsung S3.xlsx
- Smartphone volumes since launch v12 (inc L actuals).xlsx
- TMO_B80000214
- TMO_B80000232
- UK NPS_COMPETITORS.xlsx
- USCC00039

**NEWS ARTICLES/PRESS RELEASES**

- Factiva news articles (16,300) from 28 March 2012 to 27 March 2013, downloaded using the following search parameters: Sources Field: All Subjects; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.
- Factiva news articles (6,369) from 28 March 2013 to 20 September 2013, downloaded using the following search parameters: Sources Field: All Sources; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.
- Factiva news articles (13,215) from 21 September 2013 to 20 September 2014, downloaded using the following search parameters: Sources Field: All Subjects; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.
- "BlackBerry Posts Loss, Despite New Phone," by Ian Austen, *The New York Times*, 28 June 2013.
- "BlackBerry Falls as Much as 6%; Sinks Below 50-, Nears 100-DMA," by William Maloney, *Bloomberg*, 11 April 2013.
- "BlackBerry Falls on Reports of Weaker Sales, Returns of Z10," by Hugo Miller, *Bloomberg,* 11 April 2013.
- "BlackBerry Falls on Reports of Weakening Sales, Returns of Z10," by Crayton Harrison, *Bloomberg,* 11 April 2013.

154

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- "*BlackBerry Made Remarks in an E-mailed Statement," by Elaine Chan, *Bloomberg*, 11 April 2013.
- "*BlackBerry Says Claims of High Z10 Returns 'Absolutely False,'" by Jeremy Cooke, *Bloomberg,* 11 April 2013.
- "BlackBerry Says Claims of High Z10 Returns 'Absolutely False,'" by Hugo Miller and Beth Mellor, *Bloomberg,* 11 April 2013.
- "*BlackBerry Says Returns in Line with or Better than Expectation," by Elaine Chan, *Bloomberg*, 11 April 2013.
- "BlackBerry Z10 Seeing 'Very High' Level of Returns: Detwiler," by Joshua Fineman, *Bloomberg,* 11 April 2013.
- "BlackBerry Z10 Started 'Poorly,' 'Weakened Significantly': ITG," by Joshua Fineman, *Bloomberg,* 11 April 2013.
- "BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Bloomberg,* 12 April 2013.
- "BlackBerry Seeks U.S., Canadian Review of False Reports on Return Rates," *Bloomberg,* 12 April 2013.
- "U.S. Pre-Market Movers: BBRY CACC DRTX JCP JPM HD RAD WLT," by Andrew Cinko, *Bloomberg,* 12 April 2013.
- "*BlackBerry CEO Thorsten Heins Speaks Live on Bloomberg TV," by Sarah Kopit, *Bloomberg*, 29 April 2013.
- "BlackBerry Gains as Heins Sees Q10 Sales in Tens of Millions (1)," by Hugo Miller and Willow Bay, *Bloomberg*, 29 April 2013.
- "BlackBerry Sees Sales of 'Several Tens of Millions' Q10 Phones," by Hugo Miller and Beth Mellor, *Bloomberg*, 29 April 2013.
- "*BlackBerry Sees Sales of 'Several Tens of Millions' Q10 Phones," by Sara Kopit, *Bloomberg,* 29 April 2013.
- "*BlackBerry CEO Heins Finishes Speaking on Bloomberg TV," by Sara Kopit, *Bloomberg,* 29 April 2013.
- "*BlackBerry Reiterates Z10 Returns Are in Line with Industry," by Sara Kopit, *Bloomberg,* 29 April 2013.

**ANALYST REPORTS**

- Deutsche Bank, 18 October 2011.
- ThinkEquity, 18 October 2011.
- UBS, 18 October 2011.
- Canaccord, 19 October 2011.
- JPMorgan, 19 October 2011.
- Morgan Keegan, 19 October 2011.
- Barclays, 2 December 2011.
- Cowen and Company, 2 December 2011.
- Macquarie, 2 December 2011.
- Morgan Keegan, 2 December 2011.
- National Bank, 2 December 2011.
- ThinkEquity, 2 December 2011.
- UBS, 2 December 2011.
- Raymond James, 16 December 2011.
- RBC, 16 December 2011.
- Scotia Capital, 16 December 2011.

155

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Scotiabank, 16 December 2011.
- Wedbush, 16 December 2011.
- William Blair, 16 December 2011.
- Canaccord, 28 June 2012.
- BMO, 29 June 2012.
- Credit Suisse, 29 June 2012.
- Wedbush, 29 June 2012.
- Canaccord, 20 December 2012.
- CIBC, 20 December 2012.
- Deutsche Bank, 20 December 2012.
- National Bank, 20 December 2012.
- Paradigm Capital, 20 December 2012.
- Barclays, 21 December 2012.
- Berenberg, 21 December 2012.
- BGC, 21 December 2012.
- BMO, 21 December 2012.
- Cormark Securities, 21 December 2012.
- Cowen and Company, 21 December 2012.
- Credit Suisse, 21 December 2012.
- Evercore, 21 December 2012.
- GMP Securities, 21 December 2012.
- Hudson, 21 December 2012.
- Jefferies, 21 December 2012.
- JPMorgan, 21 December 2012.
- Macquarie, 21 December 2012.
- MKM, 21 December 2012.
- Morgan Stanley, 21 December 2012.
- Morningstar, 21 December 2012.
- Scotiabank, 21 December 2012.
- Societe Generale, 21 December 2012.
- Sterne Agee, 21 December 2012.
- Stifel, 21 December 2012.
- TD Securities, 21 December 2012.
- UBS, 21 December 2012.
- Wells Fargo, 21 December 2012.
- William Blair, 21 December 2012.
- Credit Suisse, 7 January 2013.
- Globaldata, 7 January 2013.
- Marketline, 9 January 2013.
- Sterne Agee, 9 January 2013.
- BMO, 10 January 2013.
- BMI, 12 January 2013.
- Macquarie, 14 January 2013.
- Wright, 16 January 2013.
- BMI, 17 January 2013.

156

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Jefferies, 18 January 2013.
- Byron, 21 January 2013.
- Macquarie, 21 January 2013.
- Citi, 22 January 2013.
- Paradigm Capital, 22 January 2013.
- Scotiabank, 22 January 2013.
- Bernstein, 23 January 2013 [BBRY-ALLEN0006090-99].
- Jefferies, 23 January 2013.
- RBC, 23 January 2013.
- UBS, 24 January 2013.
- TD Securities, 25 January 2013.
- Byron, 28 January 2013.
- RBC, 28 January 2013.
- Scotiabank, 28 January 2013.
- CLSA, 29 January 2013.
- Evercore, 29 January 2013.
- UBS, 29 January 2013.
- Wedge Partners, 29 January 2013.
- BMO, 30 January 2013.
- Canaccord, 30 January 2013.
- Citi, 30 January 2013.
- Cowen and Company, 30 January 2013.
- Evercore, 30 January 2013.
- FBR, 30 January 2013.
- GMP Securities, 30 January 2013.
- Jefferies, 30 January 2013.
- Morgan Stanley, 30 January 2013.
- National Bank, 30 January 2013.
- Societe Generale, 30 January 2013.
- Sterne Agee, 30 January 2013.
- UBS, 30 January 2013.
- Wells Fargo, 30 January 2013.
- Atlantic, 31 January 2013[BBRY-ALLEN0006195-96].
- Baird, 31 January 2013 [BBRY-ALLEN0006197-208].
- Barclays, 31 January 2013.
- BGC, 31 January 2013 [BBRY-ALLEN0006225-34].
- BNP, 31 January 2013 [BBRY-ALLEN0006269-72].
- Byron, 31 January 2013.
- Cantor, 31 January 2013.
- CFRA, 31 January 2013.
- CLSA, 31 January 2013.
- Cormark Securities, 31 January 2013.
- Credit Suisse, 31 January 2013.
- Deutsche Bank, 31 January 2013.
- Goldman Sachs, 31 January 2013 [BBRY-ALLEN0006279-86].

157

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- JPMorgan, 31 January 2013.
- MKM, 31 January 2013.
- Morningstar, 31 January 2013.
- Nomura, 31 January 2013 [BBRY-ALLEN0006291-302].
- Paradigm Capital, 31 January 2013.
- RBC, 31 January 2013.
- Scotiabank, 31 January 2013.
- TD Securities, 31 January 2013.
- Wedge Partners, 31 January 2013.
- Globaldata, 1 February 2013.
- Jefferies, 1 February 2013.
- Bernstein, 4 February 2013 [BBRY-ALLEN0006333-48].
- Byron, 4 February 2013.
- GMP Securities, 4 February 2013.
- Jefferies, 4 February 2013.
- Canaccord, 5 February 2013.
- Deutsche Bank, 5 February 2013.
- Needham, 5 February 2013.
- Pacific Crest, 5 February 2013 [BBRY-ALLEN0006387-92].
- Byron, 6 February 2013.
- Macquarie, 6 February 2013.
- Morgan Stanley, 6 February 2013.
- RBC, 6 February 2013.
- TD Securities, 6 February 2013.
- Jefferies, 7 February 2013.
- Scotiabank, 7 February 2013.
- Wells Fargo, 7 February 2013.
- CFRA, 11 February 2013.
- National Bank, 13 February 2013.
- Arete, 14 February 2013 [BBRY-ALLEN0006439-44].
- Deutsche Bank, 14 February 2013.
- Canaccord, 18 February 2013.
- Macquarie, 18 February 2013.
- Pacific Crest, 19 February 2013 [BBRY-ALLEN0006455-60].
- Cantor, 20 February 2013.
- Jefferies, 20 February 2013.
- CFRA, 21 February 2013.
- CLSA, 21 February 2013.
- MKM, 21 February 2013.
- Wells Fargo, 21 February 2013.
- BGC, 22 February 2013 [BBRY-ALLEN0006709-10].
- Morningstar, 23 February 2013.
- Bernstein, 25 February 2013 [BBRY-ALLEN0006547-50].
- Jefferies, 25 February 2013.
- UBS, 25 February 2013.

158

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo, 25 February 2013.
- Goldman Sachs, 27 February 2013[BBRY-ALLEN0006569-70].
- BMO, 28 February 2013.
- Byron, 1 March 2013.
- Globaldata, 1 March 2013.
- Sterne Agee, 1 March 2013.
- Canaccord, 3 March 2013.
- Cormark Securities, 4 March 2013.
- Pacific Crest, 4 March 2013 [BBRY-ALLEN0006593-98].
- Marketline, 5 March 2013.
- Jefferies, 7 March 2013.
- Trefis, 7 March 2013.
- Jefferies, 11 March 2013.
- Scotiabank, 11 March 2013.
- Wells Fargo, 11 March 2013.
- Trefis, 12 March 2013.
- Wedge Partners, 12 March 2013.
- CFRA, 13 March 2013.
- Goldman Sachs, 13 March 2013 [BBRY-ALLEN0006617-26].
- Pacific Crest, 13 March 2013 [BBRY-ALLEN0006627-32].
- Wells Fargo, 13 March 2013.
- BMO, 14 March 2013.
- Jefferies, 14 March 2013.
- Morgan Stanley, 14 March 2013.
- Morningstar, 14 March 2013.
- RBC, 14 March 2013.
- Sterne Agee, 14 March 2013.
- Trefis, 14 March 2013.
- Wedge Partners, 14 March 2013.
- Cantor, 15 March 2013.
- Macquarie, 15 March 2013.
- Morgan Stanley, 20 March 2013.
- Pacific Crest, 20 March 2013 [BBRY-ALLEN0006687-92].
- Sadif, 20 March 2013.
- Byron, 21 March 2013.
- Cormark Securities, 21 March 2013.
- Deutsche Bank, 21 March 2013.
- Evercore, 21 March 2013.
- Wells Fargo, 21 March 2013.
- Credit Suisse, 22 March 2013.
- Hudson, 22 March 2013.
- Citi, 24 March 2013.
- Cantor, 25 March 2013.
- Goldman Sachs, 25 March 2013 [BBRY-ALLEN0006739-46].
- Hudson, 25 March 2013.

159

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- Jefferies, 25 March 2013.
- Morgan Stanley, 25 March 2013.
- National Bank, 25 March 2013.
- RBC, 25 March 2013.
- Scotiabank, 25 March 2013.
- Sterne Agee, 25 March 2013.
- TD Securities, 25 March 2013.
- UBS, 25 March 2013.
- Wedge Partners, 25 March 2013.
- Wells Fargo, 25 March 2013.
- William Blair, 25 March 2013.
- Bernstein, 26 March 2013 [BBRY-ALLEN0006789-94].
- BGC, 26 March 2013 [BBRY-ALLEN0006795-804].
- Cowen and Company, 26 March 2013.
- Pacific Crest, 26 March 2013 [BBRY-ALLEN0006805-08].
- Trefis, 26 March 2013.
- Bernstein, 27 March 2013 [BBRY-ALLEN0006813-20].
- JPMorgan, 27 March 2013.
- Bank of America, 28 March 2013 [BBRY-ALLEN0006831-40].
- Bernstein, 28 March 2013 [BBRY-ALLEN0006841-44].
- BGC, 28 March 2013 [BBRY-ALLEN0006845-54].
- BMO, 28 March 2013.
- Canaccord, 28 March 2013.
- Cantor, 28 March 2013.
- Citi, 28 March 2013.
- CLSA, 28 March 2013.
- Cowen and Company, 28 March 2013.
- Credit Suisse, 28 March 2013.
- Deutsche Bank, 28 March 2013.
- Goldman Sachs, 28 March 2013 [BBRY-ALLEN0006933-42].
- Jefferies, 28 March 2013.
- Macquarie, 28 March 2013.
- Morgan Stanley, 28 March 2013.
- Nomura, 28 March 2013 [BBRY-ALLEN0006991-92].
- Oppenheimer, 28 March 2013.
- RBC, 28 March 2013.
- Scotiabank, 28 March 2013.
- Societe Generale, 28 March 2013 [BBRY-ALLEN0007006-07].
- Sterne Agee, 28 March 2013.
- UBS, 28 March 2013.
- Wells Fargo, 28 March 2013.
- William Blair, 28 March 2013.
- Marketline, 29 March 2013.
- Morningstar, 29 March 2013.
- Trefis, 29 March 2013.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Canaccord, 31 March 2013.
- CIBC, 31 March 2013.
- Evercore, 31 March 2013 [BBRY-ALLEN0007082-86].
- Macquarie, 31 March 2013.
- MKM, 31 March 2013.
- Morgan Stanley, 31 March 2013 [BBRY-ALLEN0007089-97].
- National Bank, 31 March 2013.
- Baird, 1 April 2013 [BBRY-ALLEN0007103-10].
- Bernstein, 1 April 2013 [BBRY-ALLEN0007111-18].
- Blackberry, 1 April 2013.
- Cantor, 1 April 2013.
- CFRA, 1 April 2013.
- Cormark Securities, 1 April 2013.
- Credit Suisse, 1 April 2013.
- FBR, 1 April 2013.
- Globaldata, 1 April 2013.
- GMP Securities, 1 April 2013.
- Hudson, 1 April 2013.
- JPMorgan, 1 April 2013.
- Macquarie, 1 April 2013.
- MKM, 1 April 2013.
- Morgan Stanley, 1 April 2013.
- Needham, 1 April 2013.
- Nomura, 1 April 2013 [BBRY-ALLEN0007184-95].
- Pacific Crest, 1 April 2013 [BBRY-ALLEN0007196-201].
- Paradigm Capital, 1 April 2013.
- Raymond James, 1 April 2013.
- S&P, 1 April 2013.
- TD Securities, 1 April 2013.
- Wells Fargo, 1 April 2013.
- Berenberg, 2 April 2013.
- BNP, 2 April 2013 [BBRY-ALLEN0007232-37].
- Jefferies, 3 April 2013.
- The Seaport Group, 3 April 2013.
- Morningstar, 4 April 2013.
- Atlantic, 5 April 2013 [BBRY-ALLEN0007250-51].
- Morningstar, 5 April 2013.
- MKM, 8 April 2013.
- MKM, 9 April 2013.
- Scotiabank, 9 April 2013.
- Wright, 9 April 2013.
- Credit Suisse, 10 April 2013.
- Morgan Stanley, 10 April 2013.
- Detwiler Fenton, 11 April 2013.
- Pacific Crest, 11 April 2013 [BBRY-ALLEN0007274-79].

161

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Jefferies, 16 April 2013.
- Cleveland, 18 April 2013 [BBRY-ALLEN0007286-94].
- Paradigm Capital, 22 April 2013.
- Sterne Agee, 22 April 2013.
- Pacific Crest, 25 April 2013 [BBRY-ALLEN0007307-12].
- Wedge Partners, 25 April 2013.
- Jacob, 26 April 2013.
- Jefferies, 29 April 2013.
- RBC, 29 April 2013.
- Globaldata, 1 May 2013.
- Jefferies, 2 May 2013.
- Evercore, 3 May 2013.
- Jefferies, 3 May 2013.
- Canaccord, 5 May 2013.
- Pacific Crest, 7 May 2013 [BBRY-ALLEN0007335-40].
- Jefferies, 8 May 2013.
- Macquarie, 8 May 2013.
- Scotiabank, 9 May 2013.
- Marketline, 10 May 2013.
- Evercore, 13 May 2013.
- Pacific Crest, 13 May 2013 [BBRY-ALLEN0007355-60].
- RBC, 13 May 2013.
- UBS, 13 May 2013.
- BMO, 14 May 2013.
- CIBC, 14 May 2013.
- GMP Securities, 14 May 2013.
- Goldman Sachs, 14 May 2013 [BBRY-ALLEN0007377-78].
- Jefferies, 14 May 2013.
- Morgan Stanley, 14 May 2013.
- National Bank, 14 May 2013.
- Raymond James, 14 May 2013.
- RBC, 14 May 2013.
- UBS, 14 May 2013.
- Bernstein, 15 May 2013 [BBRY-ALLEN0007403-16].
- Cleveland, 15 May 2013 [BBRY-ALLEN0007417-20].
- Cormark Securities, 15 May 2013.
- Credit Suisse, 15 May 2013.
- Marketline, 15 May 2013.
- Morgan Stanley, 15 May 2013.
- Raymond James, 15 May 2013.
- Scotiabank, 15 May 2013.
- TD Securities, 15 May 2013.
- Veritas, 15 May 2013 [BBRY-ALLEN0007441-42].
- Wells Fargo, 15 May 2013.
- Jefferies, 16 May 2013.

162

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- Jefferies, 17 May 2013.
- Trefis, 17 May 2013.
- Nomura, 22 May 2013 [BBRY-ALLEN0007453-62].
- Deutsche Bank, 23 May 2013.
- Raymond James, 24 May 2013.
- Sadif, 24 May 2013.
- National Bank, 27 May 2013.
- Pacific Crest, 31 May 2013 [BBRY-ALLEN0007483-88].
- Trefis, 31 May 2013.
- Globaldata, 5 June 2013.
- Pacific Crest, 5 June 2013 [BBRY-ALLEN0007493-98].
- Cleveland, 6 June 2013 [BBRY-ALLEN0007499-502].
- Jefferies, 7 June 2013.
- Societe Generale, 13 June 2013.
- Deutsche Bank, 14 June 2013.
- Wells Fargo, 14 June 2013.
- RBC, 18 June 2013.
- Bernstein, 19 June 2013 [BBRY-ALLEN0007530-45].
- Cormark Securities, 19 June 2013.
- Evercore, 19 June 2013.
- Pacific Crest, 19 June 2013 [BBRY-ALLEN0007556-65].
- BMO, 20 June 2013.
- Jefferies, 20 June 2013.
- Macquarie, 20 June 2013.
- Raymond James, 20 June 2013.
- CIBC, 21 June 2013.
- Credit Suisse, 21 June 2013.
- Bernstein, 24 June 2013 [BBRY-ALLEN0007602-05].
- Citi, 24 June 2013.
- Hudson, 24 June 2013.
- Morgan Stanley, 24 June 2013.
- National Bank, 24 June 2013.
- Scotiabank, 24 June 2013.
- TD Securities, 24 June 2013.
- UBS, 24 June 2013.
- William Blair, 24 June 2013.
- BNP, 25 June 2013 [BBRY-ALLEN0007673-78].
- Cowen and Company, 25 June 2013.
- Deutsche Bank, 25 June 2013.
- Jefferies, 25 June 2013.
- Morgan Stanley, 25 June 2013.
- RBC, 25 June 2013.
- MKM, 26 June 2013.
- Trefis, 26 June 2013.
- Wedge Partners, 26 June 2013.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- BGC, 27 June 2013 [BBRY-ALLEN0007721-32].
- BMO, 27 June 2013.
- CLSA, 27 June 2013.
- Macquarie, 27 June 2013.
- Atlantic, 28 June 2013 [BBRY-ALLEN0007745-46].
- Bank of America, 28 June 2013 [BBRY-ALLEN0007747-53].
- BGC, 28 June 2013 [BBRY-ALLEN0007755-64].
- BMO, 28 June 2013.
- CFRA, 28 June 2013.
- Citi, 28 June 2013.
- Cowen and Company, 28 June 2013.
- Credit Suisse, 28 June 2013.
- Deutsche Bank, 28 June 2013.
- Evercore, 28 June 2013.
- GMP Securities, 28 June 2013.
- Jefferies, 28 June 2013.
- Macquarie, 28 June 2013.
- MKM, 28 June 2013.
- Morgan Stanley, 28 June 2013.
- Morningstar, 28 June 2013.
- Nomura, 28 June 2013 [BBRY-ALLEN0007871-72].
- Oppenheimer, 28 June 2013.
- Raymond James, 28 June 2013.
- RBC, 28 June 2013.
- S&P, 28 June 2013.
- Scotiabank, 28 June 2013.
- Trefis, 28 June 2013.
- UBS, 28 June 2013.
- Wedge Partners, 28 June 2013.
- Wells Fargo, 28 June 2013.
- William Blair, 28 June 2013.
- Morningstar, 29 June 2013.
- Canaccord, 30 June 2013.
- Baird, 1 July 2013 [BBRY-ALLEN0007953-60].
- Bernstein, 1 July 2013 [BBRY-ALLEN0007961-76].
- BNP, 1 July 2013 [BBRY-ALLEN0008011-13].
- Charter, 1 July 2013 [BBRY-ALLEN0007977-80].
- CIBC, 1 July 2013.
- CLSA, 1 July 2013.
- Credit Suisse, 1 July 2013.
- FBR, 1 July 2013.
- Goldman Sachs, 1 July 2013[BBRY-ALLEN0008021-30].
- Hudson, 1 July 2013.
- JPMorgan, 1 July 2013.
- Morgan Stanley, 1 July 2013.

164

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- Morningstar, 1 July 2013.
- National Bank, 1 July 2013.
- Needham, 1 July 2013.
- Nomura, 1 July 2013 [BBRY-ALLEN0008085-96].
- Pacific Crest, 1 July 2013 [BBRY-ALLEN0008097-102].
- Societe Generale, 1 July 2013.
- Trefis, 1 July 2013.
- UBS, 1 July 2013.
- CFRA, 2 July 2013.
- Cormark Securities, 2 July 2013.
- Globaldata, 2 July 2013.
- Paradigm Capital, 2 July 2013.
- S&P, 2 July 2013.
- TD Securities, 2 July 2013.
- Jefferies, 7 July 2013.
- ACI, 8 July 2013.
- Deutsche Bank, 9 July 2013.
- William Blair, 9 July 2013.
- Arete, 10 July 2013 [BBRY-ALLEN0008165-68].
- Canaccord, 10 July 2013.
- Pacific Crest, 10 July 2013 [BBRY-ALLEN0008169-76].
- Credit Suisse, 11 July 2013.
- Jefferies, 15 July 2013.
- Morningstar, 15 July 2013.
- JPMorgan, 16 July 2013.
- BMO, 18 July 2013.
- Marketline, 18 July 2013.
- Wright, 18 July 2013.
- Jefferies, 20 July 2013.
- CFRA, 22 July 2013.
- Jefferies, 25 July 2013.
- Jefferies, 28 July 2013.
- Morningstar, 28 July 2013.
- Canaccord, 30 July 2013.
- Morgan Stanley, 31 July 2013.
- Scotiabank, 6 August 2013.
- Pacific Crest, 7 August 2013 [BBRY-ALLEN0008287-92].
- Trefis, 8 August 2013.
- UBS, 9 August 2013.
- Wells Fargo, 9 August 2013.
- BMO, 12 August 2013.
- Canaccord, 12 August 2013.
- CFRA, 12 August 2013.
- CIBC, 12 August 2013.
- Citi, 12 August 2013.

165

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- Cormark Securities, 12 August 2013.
- Credit Suisse, 12 August 2013.
- Deutsche Bank, 12 August 2013.
- Evercore, 12 August 2013.
- GMP Securities, 12 August 2013.
- Goldman Sachs, 12 August 2013 [BBRY-ALLEN0008385-90].
- Jefferies, 12 August 2013.
- Macquarie, 12 August 2013.
- Morningstar, 12 August 2013.
- Nomura, 12 August 2013 [BBRY-ALLEN0008405-08].
- Raymond James, 12 August 2013.
- Sadif, 12 August 2013.
- Scotiabank, 12 August 2013.
- TD Securities, 12 August 2013.
- Wells Fargo, 12 August 2013.
- BMO, 13 August 2013.
- Trefis, 13 August 2013.
- Globaldata, 14 August 2013.
- Nomura, 14 August 2013 [BBRY-ALLEN0008457-60].
- CFRA, 15 August 2013.
- Pacific Crest, 16 August 2013 [BBRY-ALLEN0008467-72].
- Jefferies, 19 August 2013.
- Marketline, 19 August 2013.
- Trefis, 23 August 2013.
- Scotiabank, 26 August 2013.
- Wells Fargo, 29 August 2013.
- Raymond James, 30 August 2013.
- Trefis, 30 August 2013.
- Bank of America, 3 September 2013 [BBRY-ALLEN0008523-24].
- CIBC, 3 September 2013.
- Goldman Sachs, 3 September 2013 [BBRY-ALLEN0008529-30].
- Raymond James, 3 September 2013.
- TD Securities, 3 September 2013.
- Wells Fargo, 3 September 2013.
- Canaccord, 4 September 2013.
- National Bank, 4 September 2013.
- Cormark Securities, 5 September 2013.
- Scotiabank, 6 September 2013.
- Wedge Partners, 6 September 2013.
- Scotiabank, 9 September 2013.
- Pacific Crest, 10 September 2013 [BBRY-ALLEN0008575-80].
- Jefferies, 12 September 2013.
- Wells Fargo, 18 September 2013.
- CFRA, 20 September 2013.
- Charter, 20 September 2013 [BBRY-ALLEN0008599-601].

166

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Cleveland, 20 September 2013 [BBRY-ALLEN0008602-09].
- Deutsche Bank, 20 September 2013.
- RBC, 20 September 2013.
- UBS, 20 September 2013.
- Citi, 21 September 2013.
- Canaccord, 22 September 2013.
- CIBC, 22 September 2013.
- Evercore, 22 September 2013.
- Jefferies, 22 September 2013.
- Macquarie, 22 September 2013.
- National Bank, 22 September 2013.
- Oppenheimer, 22 September 2013.
- Atlantic, 23 September 2013 [BBRY-ALLEN0008696-97].
- Baird, 23 September 2013 [BBRY-ALLEN0008698-705].
- Bank of America, 23 September 2013 [BBRY-ALLEN0008706-12].
- Bernstein, 23 September 2013 [BBRY-ALLEN0008713-22].
- Canaccord, 23 September 2013.
- CIBC, 23 September 2013.
- Citi, 23 September 2013.
- Cleveland, 23 September 2013 [BBRY-ALLEN0008602-09].
- Cormark Securities, 23 September 2013.
- Cowen and Company, 23 September 2013.
- Credit Suisse, 23 September 2013.
- Evercore, 23 September 2013.
- GMP Securities, 23 September 2013.
- Goldman Sachs, 23 September 2013 [BBRY-ALLEN0008773-84].
- Jefferies, 23 September 2013.
- JPMorgan, 23 September 2013.
- MKM, 23 September 2013.
- National Bank, 23 September 2013.
- Oppenheimer, 23 September 2013.
- Pacific Crest, 23 September 2013 [BBRY-ALLEN0008818-23].
- Paradigm Capital, 23 September 2013.
- RBC, 23 September 2013.
- Scotiabank, 23 September 2013.
- TD Securities, 23 September 2013.
- Trefis, 23 September 2013.
- UBS, 23 September 2013.
- Wedge Partners, 23 September 2013.
- Wells Fargo, 23 September 2013.
- William Blair, 23 September 2013.
- Baird, 24 September 2013 [BBRY-ALLEN0008893-94].
- Bernstein, 24 September 2013 [BBRY-ALLEN0008895-98].
- BNP, 24 September 2013 [BBRY-ALLEN0008905-10].
- Cormark Securities, 24 September 2013.

167

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen and Company, 24 September 2013.
- Credit Suisse, 24 September 2013.
- GMP Securities, 24 September 2013.
- MKM, 24 September 2013.
- Morningstar, 24 September 2013.
- Pacific Crest, 24 September 2013 [BBRY-ALLEN0008935-38].
- Paradigm Capital, 24 September 2013.
- TD Securities, 24 September 2013.
- Trefis, 24 September 2013.
- Bernstein, 25 September 2013 [BBRY-ALLEN0008955-60].
- BGC, 26 September 2013 [BBRY-ALLEN0008964-71].
- Jefferies, 26 September 2013.
- New Albion, 26 September 2013.
- BGC, 27 September 2013 [BBRY-ALLEN0008974-79].
- CFRA, 27 September 2013.
- Citi, 27 September 2013.
- Cleveland, 27 September 2013[BBRY-ALLEN0008994-95].
- Cowen and Company, 27 September 2013.
- Credit Suisse, 27 September 2013.
- Deutsche Bank, 27 September 2013.
- Evercore, 27 September 2013.
- Goldman Sachs, 27 September 2013 [BBRY-ALLEN0009007-12].
- Jefferies, 27 September 2013.
- Marketline, 27 September 2013.
- MKM, 27 September 2013.
- Sadif, 27 September 2013.
- Societe Generale, 27 September 2013.
- TD Securities, 27 September 2013.
- UBS, 27 September 2013.
- Wells Fargo, 27 September 2013.
- William Blair, 27 September 2013.
- Morningstar, 28 September 2013.
- CIBC, 29 September 2013.
- Baird, 30 September 2013 [BBRY-ALLEN0009054-61].
- Bernstein, 30 September 2013 [BBRY-ALLEN0009062-73].
- Canaccord, 30 September 2013.
- CFRA, 30 September 2013.
- Cormark Securities, 30 September 2013.
- FBR, 30 September 2013.
- GMP Securities, 30 September 2013.
- Jefferies, 30 September 2013.
- JPMorgan, 30 September 2013.
- Nomura, 30 September 2013 [BBRY-ALLEN0009112-21].
- Pacific Crest, 30 September 2013 [BBRY-ALLEN0009122-25].
- Saibus, 30 September 2013.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Stifel, 30 September 2013.
- Trefis, 30 September 2013.
- Wells Fargo, 30 September 2013.
- Morningstar, 1 October 2013.
- Sadif, 1 October 2013.
- Citi, 2 October 2013.
- Raymond James, 2 October 2013.
- TD Securities, 2 October 2013.
- Trefis, 2 October 2013.
- Wells Fargo, 2 October 2013.
- Bernstein, 3 October 2013 [BBRY-ALLEN0009146-57].
- Canaccord, 3 October 2013.
- Deutsche Bank, 3 October 2013.
- Scotiabank, 3 October 2013.
- Trefis, 3 October 2013.
- Sadif, 4 October 2013.
- CLSA, 6 October 2013.
- Jefferies, 7 October 2013.
- Macquarie, 7 October 2013.
- FBR, 9 October 2013.
- Needham, 15 October 2013.
- Trefis, 16 October 2013.
- Credit Suisse, 18 October 2013.
- Canaccord, 4 November 2013.
- CFRA, 4 November 2013.
- CIBC, 4 November 2013.
- Cormark Securities, 4 November 2013.
- Cowen and Company, 4 November 2013.
- Credit Suisse, 4 November 2013.
- Evercore, 4 November 2013.
- Jefferies, 4 November 2013.
- JPMorgan, 4 November 2013.
- MKM, 4 November 2013.
- Morningstar, 4 November 2013.
- National Bank, 4 November 2013.
- Paradigm Capital, 4 November 2013.
- Scotiabank, 4 November 2013.
- Stifel, 4 November 2013.
- TD Securities, 4 November 2013.
- Wells Fargo, 4 November 2013.
- William Blair, 4 November 2013.
- Deutsche Bank, 5 November 2013.
- GMP Securities, 5 November 2013.
- Morningstar, 5 November 2013.
- RBC, 5 November 2013.

169

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Societe Generale, 5 November 2013.
- Wedge Partners, 5 November 2013.
- Wells Fargo, 5 November 2013.
- Cowen and Company, 7 November 2013.
- Sadif, 8 November 2013.
- Sadif, 12 November 2013.
- BMO, 13 November 2013.
- Canaccord, 13 November 2013.
- CFRA, 14 November 2013.
- Jefferies, 25 November 2013.
- Scotiabank, 25 November 2013.
- Wells Fargo, 25 November 2013.
- Wells Fargo, 6 December 2013.
- Raymond James, 11 December 2013.
- BMO, 16 December 2013.
- RBC, 16 December 2013.
- Societe Generale, 16 December 2013.
- Evercore, 17 December 2013.
- Jefferies, 17 December 2013.
- Scotiabank, 17 December 2013.
- Cormark Securities, 18 December 2013.
- Cowen and Company, 18 December 2013.
- Jefferies, 18 December 2013.
- MKM, 18 December 2013.
- Sadif, 18 December 2013.
- BGC, 19 December 2013.
- Deutsche Bank, 19 December 2013.
- JPMorgan, 19 December 2013.
- Wedge Partners, 19 December 2013.
- Wells Fargo, 19 December 2013.
- BGC, 20 December 2013.
- BMO, 20 December 2013.
- Canaccord, 20 December 2013.
- Cowen and Company, 20 December 2013.
- Credit Suisse, 20 December 2013.
- Evercore, 20 December 2013.
- Jefferies, 20 December 2013.
- JPMorgan, 20 December 2013.
- MKM, 20 December 2013.
- Morningstar, 20 December 2013.
- Oppenheimer, 20 December 2013.
- Raymond James, 20 December 2013.
- RBC, 20 December 2013.
- Sadif, 20 December 2013.
- Scotiabank, 20 December 2013.

170

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Societe Generale, 20 December 2013.
- TD Securities, 20 December 2013.
- UBS, 20 December 2013.
- Wedge Partners, 20 December 2013.
- Wells Fargo, 20 December 2013.
- Deutsche Bank, 21 December 2013.
- William Blair, 22 December 2013.
- CIBC, 23 December 2013.
- Cormark Securities, 23 December 2013.
- GMP Securities, 23 December 2013.
- JPMorgan, 23 December 2013.
- MKM, 23 December 2013.
- National Bank, 23 December 2013.
- Paradigm Capital, 23 December 2013.
- Stifel, 23 December 2013.
- CFRA, 26 December 2013.
- Jefferies, 30 December 2013.
- Paradigm Capital, 2 July 2017.
- Barclays, 18 May 2020.

**SEC FILINGS**

- Research In Motion Limited, Form 6-K, filed 30 March 2012.
- Research In Motion Limited, Form 6-K, filed 3 April 2012.
- Research In Motion Limited, Form 40-F, filed 9 April 2012.
- Research In Motion Limited, Form 6-K, filed 11 April 2012.
- Research In Motion Limited, Form 6-K, filed 18 April 2012.
- Research In Motion Limited, Form 6-K, filed 18 April 2012.
- Research In Motion Limited, Form 6-K, filed 1 May 2012.
- Research In Motion Limited, Form 6-K, filed 3 May 2012.
- Research In Motion Limited, Form 6-K, filed 3 May 2012.
- Research In Motion Limited, Form 6-K, filed 8 May 2012.
- Research In Motion Limited, Form 6-K, filed 8 May 2012.
- Research In Motion Limited, Form 6-K, filed 14 May 2012.
- Research In Motion Limited, Form 6-K, filed 17 May 2012.
- Research In Motion Limited, Form 6-K, filed 22 May 2012.
- Research In Motion Limited, Form 6-K, filed 29 May 2012.
- Research In Motion Limited, Form 6-K, filed 30 May 2012.
- Research In Motion Limited, Form 6-K, filed 14 June 2012.
- Research In Motion Limited, Form 6-K, filed 14 June 2012.
- Research In Motion Limited, Form 6-K, filed 29 June 2012.
- Research In Motion Limited, Form 6-K, filed 6 July 2012.
- Research In Motion Limited, Form 6-K, filed 6 July 2012.
- Research In Motion Limited, Form 6-K, filed 11 July 2012.
- Research In Motion Limited, Form 6-K, filed 16 July 2012.
- Research In Motion Limited, Form 6-K, filed 19 July 2012.

171

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- Research In Motion Limited, Form 6-K, filed 25 July 2012.
- Research In Motion Limited, Form 6-K, filed 2 August 2012.
- Research In Motion Limited, Form 6-K, filed 9 August 2012.
- Research In Motion Limited, Form 6-K, filed 17 August 2012.
- Research In Motion Limited, Form 6-K, filed 6 September 2012.
- Research In Motion Limited, Form 6-K, filed 19 September 2012.
- Research In Motion Limited, Form 6-K, filed 20 September 2012.
- Research In Motion Limited, Form 6-K, filed 27 September 2012.
- Research In Motion Limited, Form 6-K, filed 28 September 2012.
- Research In Motion Limited, Form 6-K, filed 28 September 2012.
- Research In Motion Limited, Form 6-K, filed 19 October 2012.
- Research In Motion Limited, Form 6-K, filed 23 October 2012.
- Research In Motion Limited, Form 6-K, filed 8 November 2012.
- Research In Motion Limited, Form 6-K, filed 13 November 2012.
- Research In Motion Limited, Form 6-K, filed 15 November 2012.
- Research In Motion Limited, Form 6-K, filed 26 November 2012.
- Research In Motion Limited, Form 6-K, filed 27 November 2012.
- Research In Motion Limited, Form 6-K, filed 29 November 2012.
- Research In Motion Limited, Form 6-K, filed 4 December 2012.
- Research In Motion Limited, Form 6-K, filed 6 December 2012.
- Research In Motion Limited, Form 6-K, filed 12 December 2012.
- Research In Motion Limited, Form 6-K, filed 14 December 2012.
- Research In Motion Limited, Form 6-K, filed 17 December 2012.
- Research In Motion Limited, Form 6-K, filed 18 December 2012.
- Research In Motion Limited, Form 6-K, filed 21 December 2012.
- Research In Motion Limited, Form 6-K, filed 21 December 2012.
- Research In Motion Limited, Form 6-K, filed 8 January 2013.
- Research In Motion Limited, Form 6-K, filed 17 January 2013.
- Research In Motion Limited, Form 6-K, filed 23 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 31 January 2013.
- Research In Motion Limited, Form 6-K, filed 31 January 2013.
- Research In Motion Limited, Form 6-K, filed 1 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 8 February 2013.
- Research In Motion Limited, Form 6-K, filed 25 February 2013.
- Research In Motion Limited, Form 6-K, filed 26 February 2013.
- Research In Motion Limited, Form 6-K, filed 28 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 March 2013.
- Research In Motion Limited, Form 6-K, filed 13 March 2013.
- Research In Motion Limited, Form 6-K, filed 14 March 2013.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Research In Motion Limited, Form 6-K, filed 22 March 2013.
- Research In Motion Limited, Form 6-KA, filed 22 March 2013.
- Research In Motion Limited, Form 6-K, filed 26 March 2013.
- Research In Motion Limited, Form 6-K, filed 28 March 2013.
- Research In Motion Limited, Form 40-F, filed 28 March 2013.
- Research In Motion Limited, Form 6-K, filed 15 April 2013.
- Research In Motion Limited, Form 6-K, filed 3 May 2013.
- Research In Motion Limited, Form 6-K, filed 15 May 2013.
- Research In Motion Limited, Form 6-K, filed 17 May 2013.
- Research In Motion Limited, Form 6-K, filed 28 May 2013.
- Research In Motion Limited, Form 6-K, filed 31 May 2013.
- Research In Motion Limited, Form 6-K, filed 5 June 2013.
- Research In Motion Limited, Form 6-K, filed 5 June 2013.
- Research In Motion Limited, Form 6-K, filed 25 June 2013.
- Research In Motion Limited, Form 6-K, filed 27 June 2013.
- Research In Motion Limited, Form 6-K, filed 28 June 2013.
- Research In Motion Limited, Form 6-K, filed 5 July 2013.
- Research In Motion Limited, Form S-8, filed 10 July 2013.
- BlackBerry Limited, Form 6-K, filed 12 July 2013.
- BlackBerry Limited, Form 6-K, filed 22 July 2013.
- BlackBerry Limited, Form 6-KA, filed 22 July 2013.
- BlackBerry Limited, Form 6-K, filed 30 July 2013.
- BlackBerry Limited, Form 6-K, filed 31 July 2013.
- BlackBerry Limited, Form 6-K, filed 1 August 2013.
- BlackBerry Limited, Form 6-K, filed 8 August 2013.
- BlackBerry Limited, Form 6-K, filed 12 August 2013.
- BlackBerry Limited, Form 6-K, filed 13 August 2013.
- BlackBerry Limited, Form 6-K, filed 26 August 2013.
- BlackBerry Limited, Form 6-K, filed 5 September 2013.
- BlackBerry Limited, Form 6-K, filed 9 September 2013.
- BlackBerry Limited, Form 6-K, filed 18 September 2013.
- BlackBerry Limited, Form 6-K, filed 18 September 2013.
- BlackBerry Limited, Form 6-K, filed 23 September 2013.
- BlackBerry Limited, Form 6-K, filed 23 September 2013.
- BlackBerry Limited, Form 6-K, filed 25 September 2013.
- BlackBerry Limited, Form 6-K, filed 25 September 2013.
- BlackBerry Limited, Form 6-K, filed 26 September 2013.
- BlackBerry Limited, Form 6-K, filed 27 September 2013.
- BlackBerry Limited, Form 6-K, filed 1 October 2013.
- BlackBerry Limited, Form 6-K, filed 2 October 2013.
- BlackBerry Limited, Form 6-K, filed 8 October 2013.
- BlackBerry Limited, Form 6-K, filed 16 October 2013.
- BlackBerry Limited, Form 6-K, filed 17 October 2013.
- BlackBerry Limited, Form 6-K, filed 23 October 2013.
- BlackBerry Limited, Form 6-K, filed 23 October 2013.

173

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- BlackBerry Limited, Form 6-K, filed 29 October 2013.
- BlackBerry Limited, Form 6-K, filed 30 October 2013.
- BlackBerry Limited, Form 6-K, filed 1 November 2013.
- BlackBerry Limited, Form 6-K, filed 4 November 2013.
- BlackBerry Limited, Form 6-K, filed 7 November 2013.
- BlackBerry Limited, Form 6-K, filed 13 November 2013.
- BlackBerry Limited, Form 6-K, filed 13 November 2013.
- BlackBerry Limited, Form 6-K, filed 18 November 2013.
- BlackBerry Limited, Form 6-K, filed 19 November 2013.
- BlackBerry Limited, Form 6-K, filed 21 November 2013.
- BlackBerry Limited, Form 6-K, filed 25 November 2013.
- BlackBerry Limited, Form 6-K, filed 26 November 2013.
- BlackBerry Limited, Form 6-K, filed 26 November 2013.
- BlackBerry Limited, Form 6-K, filed 3 December 2013.
- BlackBerry Limited, Form 6-K, filed 5 December 2013.
- BlackBerry Limited, Form 6-K, filed 11 December 2013.
- BlackBerry Limited, Form 6-K, filed 13 December 2013.
- BlackBerry Limited, Form 6-K, filed 16 December 2013.
- BlackBerry Limited, Form 6-K, filed 17 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 19 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form S-8, filed 20 December 2013.
- BlackBerry Limited, Form S-8, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 3 January 2014.
- BlackBerry Limited, Form 6-K, filed 7 January 2014.
- BlackBerry Limited, Form 6-K, filed 8 January 2014.
- BlackBerry Limited, Form 6-K, filed 13 January 2014.
- BlackBerry Limited, Form 6-K, filed 15 January 2014.
- BlackBerry Limited, Form 6-K, filed 16 January 2014.
- BlackBerry Limited, Form 6-K, filed 17 January 2014.
- BlackBerry Limited, Form 6-K, filed 21 January 2014.
- BlackBerry Limited, Form 6-K, filed 28 January 2014.
- BlackBerry Limited, Form 6-K, filed 13 February 2014.
- BlackBerry Limited, Form 6-K, filed 24 February 2014.
- BlackBerry Limited, Form 6-K, filed 25 February 2014.
- BlackBerry Limited, Form 6-K, filed 17 March 2014.
- BlackBerry Limited, Form 6-K, filed 19 March 2014.
- BlackBerry Limited, Form 6-K, filed 21 March 2014.
- BlackBerry Limited, Form 6-K, filed 26 March 2014.
- BlackBerry Limited, Form 6-K, filed 27 March 2014.

174

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- BlackBerry Limited, Form 6-K, filed 28 March 2014.
- BlackBerry Limited, Form 40-F, filed 28 March 2014.
- BlackBerry Limited, Form 6-K, filed 1 April 2014.
- BlackBerry Limited, Form 6-K, filed 1 April 2014.
- BlackBerry Limited, Form 6-K, filed 3 April 2014.
- BlackBerry Limited, Form 6-K, filed 8 April 2014.
- BlackBerry Limited, Form 6-K, filed 15 April 2014.
- BlackBerry Limited, Form 6-K, filed 15 April 2014.
- BlackBerry Limited, Form 6-K, filed 16 April 2014.
- BlackBerry Limited, Form 6-K, filed 17 April 2014.
- BlackBerry Limited, Form 6-K, filed 28 April 2014.
- BlackBerry Limited, Form 6-K, filed 5 May 2014.
- BlackBerry Limited, Form 6-K, filed 8 May 2014.
- BlackBerry Limited, Form 6-K, filed 12 May 2014.
- BlackBerry Limited, Form 6-K, filed 13 May 2014.
- BlackBerry Limited, Form 6-K, filed 15 May 2014.
- BlackBerry Limited, Form 6-K, filed 15 May 2014.
- BlackBerry Limited, Form 6-K, filed 21 May 2014.
- BlackBerry Limited, Form 6-K, filed 6 June 2014.
- BlackBerry Limited, Form 6-K, filed 12 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 16 June 2014.
- BlackBerry Limited, Form 6-K, filed 18 June 2014.
- BlackBerry Limited, Form 6-K, filed 19 June 2014.
- BlackBerry Limited, Form 6-K, filed 19 June 2014.
- BlackBerry Limited, Form 6-K, filed 20 June 2014.
- BlackBerry Limited, Form 6-K, filed 20 June 2014.
- BlackBerry Limited, Form 6-K, filed 7 July 2014.
- BlackBerry Limited, Form 6-K, filed 21 July 2014.
- BlackBerry Limited, Form 6-K, filed 23 July 2014.
- BlackBerry Limited, Form S-8, filed 25 July 2014.
- BlackBerry Limited, Form 6-K, filed 29 July 2014.
- BlackBerry Limited, Form 6-K, filed 31 July 2014.
- BlackBerry Limited, Form 6-K, filed 6 August 2014.
- BlackBerry Limited, Form 6-K, filed 13 August 2014.
- BlackBerry Limited, Form 6-K, filed 18 August 2014.
- BlackBerry Limited, Form 6-K, filed 25 August 2014.
- BlackBerry Limited, Form 6-K, filed 11 September 2014.
- BlackBerry Limited, Form 6-K, filed 15 September 2014.
- BlackBerry Limited, Form 6-K, filed 15 September 2014.
- BlackBerry Limited, Form 6-K, filed 16 September 2014.
- BlackBerry Limited, Form 6-K, filed 17 September 2014.
- BlackBerry Limited, Form 6-K, filed 18 September 2014.

175

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

## ACADEMIC AND PROFESSIONAL LITERATURE

- Ansari, A.R. and R. A. Bradley, "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, 31, 1960.
- Aktas, Nihat, et al., "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, 2007.
- Asquith, Paul, "Merger Bids, Uncertainty, and Stockholder Returns," *Journal of Financial Economics*, 1983.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, 1990.
- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, 1991.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements" *Journal of Accounting and Research*, 1968.
- Beaver, William H., Financial Reporting: An Accounting Revolution, 3rd ed., 1998.
- Binder, John J., "Measuring the Effects of Regulation with Stock Price Data," *The RAND Journal of Economics*, 1985.
- Box, G. E. P., and G. C. Tiao "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association*, 1975.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," *Washington University Law Review*, 30 March 2015.
- Bromberg, Alan R. and Lewis D. Lowenfels, *Securities Fraud and Commodities Fraud,* December 2003.
- Campbell, John Y., Andrew W. Lo and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Crew, Nicholas I., Marine A. Moore, and Kevin L. Gold, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Damodaran, Aswath, *Investment Valuation*, 3rd ed Wiley Finance, 2012.
- Daniel, Wayne W., *Applied Nonparametric Statistics*, Houghton Mifflin, 1978.
- Degeorge, Francois, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, 1999.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance*, 1991.
- Hollander, Myles, and Douglas A. Wolfe, *Nonparametric Statistical Methods*, John Wiley & Sons, 1973.
- Ferris, Kenneth and Petit, Pecherot, *Valuation: Avoiding the Winner's Curse*, Prentice-Hall, Upper Saddle River, 2002.
- Larcker, David F., et al., "Testing for Market Efficiency: A Comparison of the Cumulative

176

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

Average Residual Methodology and Intervention Analysis," *Journal of Financial & Quantitative Analysis*, 1980.

- Malatesta, Paul H., "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *The Journal of Financial and Quantitative Analysis*, 1986.
- Miller, Rupert G., *Beyond ANOVA: Basics of Applied Statistics*, John Wiley & Sons, 1986.
- Moyer, Stephen, *Distressed Debt Analysis, Strategies for Speculative Investors*, Ross Publishing, 2005.
- Patell, James M., and Mark A. Wolfson, "The Intraday Speed Of Adjustment Of Stock Prices To Earnings And Dividend Announcements," *Journal of Financial Economics*, 1984.
- "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence,* 3rd Edition, 2011.
- "Reference Guide on Statistics," *Reference Manual on Scientific Evidence*, 3rd edition, 2011.
- Sprent, Peter and Nigel Smeeton, *Applied Nonparametric Statistical Methods*, 4th Edition, 2007.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Thompson, Rex, "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," *The Journal of Financial and Quantitative Analysis*, 1985.
- Watts, Ross L., "Systematic Abnormal Returns After Quarterly Earnings Announcements" *Journal of Financial Economics*, 1978.


**CONFERENCE CALLS**

- "Q2 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 27 September 2012.
- "Q3 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2012.
- "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013.
- "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013.
- "Q3 2014 BlackBerry Ltd Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2013.


**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- FactSet
- Thomson Eikon


**LEGAL CASES**

177

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-1**
**Documents and Other Information Considered**

- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y 2008).
- Amgen Inc., et al. v. Connecticut Retirement Plans, 133 S. Ct. 1184, 1190 (2013).
- Ark. Teacher Ret. Sys. v. Goldman Sachs Grp., Inc., 955 F.3d 254 (2d Cir. 2020).
- Basic, Inc. v. Levinson, 485 U.S. (1988).
- *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J., 1989).
- *Cheney v. Cyberguard Corp.,* 213 F.R.D. 484, 499 (S.D. Fl. 2003).
- *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D.Tex. 2001).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- Halliburton Co. Et Al. v. Erica P. John Fund, Inc., 573 U. S. 10 (2014).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).

**OTHER**

- "Blackberry CEO: Expect Q10 By End of May," Fox Business, online video, https://video foxbusiness.com/v/2337888172001/#sp=show-clips, Transcript obtained from Bloomberg L.P., 29 April 2013.
- "Blackberry's Heins on Q10, Z10 Phones and Strategy (Video)," Triad Business Journal, online video, https://www.bizjournals.com/triad/video/6082092366001, 29 April 2013.
- "Brief of Financial Economists as Amici Curiae in Support of Respondents," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- https://seekingalpha.com/news/937871.
- https://www.sec.gov/about/forms/formf-10.pdf.
- https://www.computerworld.com/article/2508787/android-passes-blackberry-in-u-s--smartphone-survey html
- https://digital.hbs.edu/platform-digit/submission/the-rise-and-fall-and-rise-again-of-blackberry/
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4.
- Section 10(b) of the Exchange Act of 1934.
- "Several U.S. Retailers Have Seen a Pickup in Z10 Returns, Says Detwiler Fenton in a Note That...," by Eric Jhonsa, *SeekingAlpha.com*, 11 April 2013.
- Any other documents and data cited in the report.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)


## TEACHING EXPERIENCE

1996 - present     BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995     BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994     WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

179

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

| | |
|---|---|
| 2008 - present | CROWNINSHIELD FINANCIAL RESEARCH, INC.<br>Brookline, MA<br>President and Senior Expert |
| 1996 - 2008 | THE MICHEL-SHAKED GROUP<br>Boston, MA<br>Senior Expert (2001 - 2008)<br>Affiliated Expert (1996 - 2001) |
| 1987 - 1990 | FEDERAL RESERVE BANK OF ATLANTA<br>Economist |

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

180

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked).  *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

181

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management.*  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

182

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

184

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**COURSES TAUGHT**

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

185

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

186

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

187

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re: Petrobras Securities Litigation
Case No. 15-cv-04226 (JSR)
Case No. 15-cv-03923 (JSR)
Case No. 15-cv-03911 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
June 2016

In Re World Acceptance Corporation Securities Litigation
Case No. 6:14-cv-01606
United States District Court
District of South Carolina
Deposition Testimony
February 2017

In Re Silver Wheaton Corp. Securities Litigation
Case No. 4 2:15-cv-05146
United States District Court
Central District of California
Deposition Testimony
February 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

188

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

Daniel Turocy, et al., v. El Pollo Loco Holdings. Inc., et al.
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

189

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

In re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

Norfolk County Retirement System, et al. v. Community Health Systems Inc., et al.
Civil Action No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

190

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re Blackberry Limited Securities Litigation
Case No. 1:13-cv-7060-TPG
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018


In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018
Trial Testimony
January 2019

In Re SeaWorld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018
Testimony at Evidentiary Hearing
May 2019

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017
Deposition Testimony
July 2019

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Equifax Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019

In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

In Re Megan Villella, et al., vs. Chemical And Mining Company Of Chile Inc., et al.
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

Fadi Dahhan, Individually And On Behalf Of All Others Similarly Situated, vs. OvaScience,
Inc., Et Al.,
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

193

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 9/18/2012 | $7.42 | | | | |
| 9/19/2012 | $7.21 | $7.21 | $7.22 | 15,095,913 | -2.80% |
| 9/20/2012 | $6.91 | $6.90 | $6.91 | 14,045,297 | -4.32% |
| 9/21/2012 | $6.46 | $6.45 | $6.46 | 47,035,195 | -6.74% |
| 9/24/2012 | $6.31 | $6.30 | $6.31 | 20,314,096 | -2.35% |
| 9/25/2012 | $6.60 | $6.60 | $6.61 | 45,673,834 | 4.57% |
| 9/26/2012 | $7.00 | $7.00 | $7.01 | 43,578,891 | 5.88% |
| 9/27/2012 | $7.14 | $7.14 | $7.15 | 71,806,677 | 1.98% |
| 9/28/2012 | $7.50 | $7.50 | $7.51 | 138,673,168 | 4.92% |
| 10/1/2012 | $7.86 | $7.86 | $7.87 | 52,282,945 | 4.69% |
| 10/2/2012 | $8.27 | $8.27 | $8.28 | 54,976,511 | 5.08% |
| 10/3/2012 | $8.06 | $8.05 | $8.06 | 27,490,377 | -2.57% |
| 10/4/2012 | $8.23 | $8.22 | $8.23 | 19,902,827 | 2.03% |
| 10/5/2012 | $8.22 | $8.21 | $8.22 | 15,702,432 | -0.06% |
| 10/8/2012 | $8.24 | $8.23 | $8.24 | 12,204,236 | 0.24% |
| 10/9/2012 | $7.80 | $7.80 | $7.81 | 23,122,799 | -5.49% |
| 10/10/2012 | $7.76 | $7.75 | $7.76 | 18,926,339 | -0.51% |
| 10/11/2012 | $7.91 | $7.90 | $7.91 | 11,604,934 | 1.91% |
| 10/12/2012 | $7.80 | $7.79 | $7.80 | 13,409,907 | -1.40% |
| 10/15/2012 | $7.80 | $7.79 | $7.80 | 9,098,085 | 0.00% |
| 10/16/2012 | $7.83 | $7.82 | $7.83 | 11,466,307 | 0.38% |
| 10/17/2012 | $7.99 | $7.98 | $7.99 | 14,318,156 | 2.02% |
| 10/18/2012 | $7.84 | $7.84 | $7.85 | 16,320,319 | -1.90% |
| 10/19/2012 | $7.76 | $7.75 | $7.76 | 19,008,446 | -1.03% |
| 10/22/2012 | $7.69 | $7.69 | $7.70 | 11,922,186 | -0.91% |
| 10/23/2012 | $7.62 | $7.62 | $7.63 | 15,213,146 | -0.89% |
| 10/24/2012 | $7.52 | $7.52 | $7.53 | 9,130,632 | -1.34% |
| 10/25/2012 | $7.71 | $7.71 | $7.72 | 10,727,062 | 2.50% |
| 10/26/2012 | $7.57 | $7.56 | $7.57 | 11,422,946 | -1.83% |
| 10/31/2012 | $7.93 | $7.92 | $7.93 | 12,997,762 | 4.58% |
| 11/1/2012 | $8.70 | $8.70 | $8.71 | 38,696,362 | 9.33% |
| 11/2/2012 | $8.71 | $8.71 | $8.72 | 23,308,368 | 0.11% |
| 11/5/2012 | $8.90 | $8.88 | $8.89 | 27,578,940 | 2.16% |
| 11/6/2012 | $9.06 | $9.05 | $9.06 | 17,691,146 | 1.78% |
| 11/7/2012 | $8.24 | $8.24 | $8.25 | 34,864,493 | -9.49% |
| 11/8/2012 | $8.20 | $8.19 | $8.20 | 15,996,933 | -0.49% |
| 11/9/2012 | $8.54 | $8.53 | $8.54 | 20,124,043 | 4.06% |
| 11/12/2012 | $8.81 | $8.80 | $8.81 | 20,060,892 | 3.11% |
| 11/13/2012 | $8.40 | $8.39 | $8.40 | 22,025,083 | -4.77% |
| 11/14/2012 | $8.49 | $8.48 | $8.49 | 14,714,764 | 1.07% |
| 11/15/2012 | $8.79 | $8.76 | $8.77 | 19,252,261 | 3.47% |

194

Exhibit-3

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 11/16/2012 | $9.20 | $9.20 | $9.21 | 34,369,865 | 4.56% |
| 11/19/2012 | $9.59 | $9.58 | $9.59 | 41,382,434 | 4.15% |
| 11/20/2012 | $9.71 | $9.70 | $9.71 | 48,345,841 | 1.19% |
| 11/21/2012 | $10.26 | $10.26 | $10.27 | 38,624,029 | 5.56% |
| 11/23/2012 | $11.66 | $11.66 | $11.67 | 72,773,068 | 12.79% |
| 11/26/2012 | $11.98 | $11.98 | $11.99 | 85,546,631 | 2.71% |
| 11/27/2012 | $10.72 | $10.72 | $10.73 | 82,778,392 | -11.11% |
| 11/28/2012 | $11.10 | $11.09 | $11.10 | 53,500,449 | 3.48% |
| 11/29/2012 | $11.54 | $11.54 | $11.55 | 82,918,100 | 3.89% |
| 11/30/2012 | $11.60 | $11.58 | $11.59 | 34,508,764 | 0.52% |
| 12/3/2012 | $11.60 | $11.58 | $11.59 | 37,332,530 | 0.00% |
| 12/4/2012 | $11.56 | $11.55 | $11.56 | 20,632,443 | -0.39% |
| 12/5/2012 | $11.94 | $11.93 | $11.94 | 31,252,379 | 3.28% |
| 12/6/2012 | $11.89 | $11.89 | $11.90 | 32,177,703 | -0.42% |
| 12/7/2012 | $12.01 | $12.01 | $12.02 | 23,882,225 | 1.00% |
| 12/10/2012 | $11.88 | $11.88 | $11.89 | 23,649,130 | -1.09% |
| 12/11/2012 | $12.60 | $12.60 | $12.61 | 42,325,776 | 5.88% |
| 12/12/2012 | $13.31 | $13.33 | $13.34 | 63,557,463 | 5.48% |
| 12/13/2012 | $13.86 | $13.85 | $13.86 | 81,960,862 | 4.05% |
| 12/14/2012 | $14.04 | $14.01 | $14.02 | 53,853,771 | 1.29% |
| 12/17/2012 | $13.93 | $13.92 | $13.93 | 43,946,364 | -0.82% |
| 12/18/2012 | $13.72 | $13.71 | $13.72 | 39,498,076 | -1.48% |
| 12/19/2012 | $13.63 | $13.63 | $13.64 | 26,778,142 | -0.66% |
| 12/20/2012 | $14.12 | $14.12 | $14.13 | 49,414,769 | 3.53% |
| 12/21/2012 | $10.91 | $10.91 | $10.92 | 148,513,429 | -25.79% |
| 12/24/2012 | $10.61 | $10.60 | $10.61 | 28,888,814 | -2.79% |
| 12/26/2012 | $11.83 | $11.82 | $11.83 | 70,729,160 | 10.84% |
| 12/27/2012 | $11.76 | $11.76 | $11.77 | 50,917,632 | -0.55% |
| 12/28/2012 | $11.79 | $11.77 | $11.78 | 28,980,030 | 0.25% |
| 12/31/2012 | $11.87 | $11.87 | $11.88 | 25,596,108 | 0.68% |
| 1/2/2013 | $11.72 | $11.71 | $11.72 | 29,358,046 | -1.31% |
| 1/3/2013 | $11.47 | $11.47 | $11.48 | 25,898,475 | -2.11% |
| 1/4/2013 | $11.95 | $11.94 | $11.95 | 30,634,756 | 4.10% |
| 1/7/2013 | $11.95 | $11.94 | $11.95 | 21,221,436 | 0.00% |
| 1/8/2013 | $11.91 | $11.91 | $11.92 | 33,556,588 | -0.34% |
| 1/9/2013 | $11.49 | $11.48 | $11.49 | 23,571,625 | -3.59% |
| 1/10/2013 | $11.92 | $11.91 | $11.92 | 24,420,126 | 3.67% |
| 1/11/2013 | $13.56 | $13.56 | $13.57 | 110,812,673 | 12.89% |
| 1/14/2013 | $14.95 | $14.95 | $14.96 | 143,351,564 | 9.76% |
| 1/15/2013 | $14.48 | $14.47 | $14.48 | 58,960,554 | -3.19% |
| 1/16/2013 | $14.74 | $14.72 | $14.73 | 67,425,958 | 1.78% |

195

Exhibit-3

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 1/17/2013 | $14.91 | $14.91 | $14.92 | 38,787,169 | 1.15% |
| 1/18/2013 | $15.84 | $15.84 | $15.85 | 71,148,594 | 6.05% |
| 1/22/2013 | $17.90 | $17.89 | $17.90 | 110,887,375 | 12.23% |
| 1/23/2013 | $17.35 | $17.30 | $17.31 | 75,503,467 | -3.12% |
| 1/24/2013 | $17.74 | $17.74 | $17.75 | 107,497,652 | 2.22% |
| 1/25/2013 | $17.54 | $17.54 | $17.55 | 57,502,475 | -1.13% |
| 1/28/2013 | $16.18 | $16.17 | $16.18 | 88,806,601 | -8.07% |
| 1/29/2013 | $15.66 | $15.66 | $15.67 | 106,787,080 | -3.27% |
| 1/30/2013 | $13.78 | $13.75 | $13.76 | 223,617,995 | -12.79% |
| 1/31/2013 | $12.98 | $12.96 | $12.97 | 111,078,390 | -5.98% |
| 2/1/2013 | $13.03 | $13.02 | $13.03 | 59,162,657 | 0.35% |
| 2/4/2013 | $14.98 | $14.98 | $14.99 | 82,329,091 | 14.00% |
| 2/5/2013 | $16.02 | $16.00 | $16.02 | 127,410,111 | 6.70% |
| 2/6/2013 | $16.05 | $16.04 | $16.05 | 100,297,566 | 0.19% |
| 2/7/2013 | $16.96 | $16.95 | $16.96 | 75,772,031 | 5.51% |
| 2/8/2013 | $16.49 | $16.48 | $16.49 | 61,281,667 | -2.81% |
| 2/11/2013 | $15.73 | $15.72 | $15.73 | 60,663,557 | -4.72% |
| 2/12/2013 | $15.20 | $15.19 | $15.20 | 44,188,612 | -3.43% |
| 2/13/2013 | $13.99 | $13.98 | $13.99 | 77,448,983 | -8.30% |
| 2/14/2013 | $15.07 | $15.07 | $15.08 | 112,501,284 | 7.44% |
| 2/15/2013 | $14.16 | $14.16 | $14.17 | 92,379,551 | -6.26% |
| 2/19/2013 | $14.36 | $14.36 | $14.37 | 45,976,590 | 1.40% |
| 2/20/2013 | $13.71 | $13.70 | $13.71 | 55,097,078 | -4.60% |
| 2/21/2013 | $13.88 | $13.86 | $13.87 | 49,717,518 | 1.23% |
| 2/22/2013 | $13.18 | $13.19 | $13.20 | 42,423,652 | -5.17% |
| 2/25/2013 | $13.25 | $13.24 | $13.25 | 35,635,885 | 0.53% |
| 2/26/2013 | $13.06 | $13.04 | $13.05 | 51,612,167 | -1.44% |
| 2/27/2013 | $13.25 | $13.25 | $13.26 | 38,341,855 | 1.44% |
| 2/28/2013 | $13.36 | $13.34 | $13.35 | 42,859,345 | 0.83% |
| 3/1/2013 | $13.26 | $13.26 | $13.27 | 38,925,685 | -0.75% |
| 3/4/2013 | $12.81 | $12.80 | $12.81 | 26,811,430 | -3.45% |
| 3/5/2013 | $12.58 | $12.57 | $12.58 | 27,008,576 | -1.81% |
| 3/6/2013 | $13.35 | $13.35 | $13.36 | 49,626,670 | 5.94% |
| 3/7/2013 | $13.22 | $13.20 | $13.21 | 27,039,469 | -0.98% |
| 3/8/2013 | $13.06 | $13.04 | $13.05 | 21,909,540 | -1.22% |
| 3/11/2013 | $14.90 | $14.89 | $14.90 | 92,554,885 | 13.18% |
| 3/12/2013 | $14.47 | $14.46 | $14.47 | 84,345,725 | -2.93% |
| 3/13/2013 | $15.65 | $15.64 | $15.65 | 81,681,993 | 7.84% |
| 3/14/2013 | $15.06 | $15.06 | $15.07 | 96,304,753 | -3.84% |
| 3/15/2013 | $14.99 | $14.99 | $15.00 | 39,132,003 | -0.47% |
| 3/18/2013 | $15.02 | $15.01 | $15.02 | 50,999,305 | 0.20% |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 3/19/2013 | $15.03 | $15.02 | $15.03 | 27,633,581 | 0.07% |
| 3/20/2013 | $16.00 | $16.00 | $16.01 | 83,611,058 | 6.25% |
| 3/21/2013 | $16.16 | $16.15 | $16.17 | 46,741,488 | 1.00% |
| 3/22/2013 | $14.91 | $14.90 | $14.91 | 122,935,181 | -8.05% |
| 3/25/2013 | $14.23 | $14.22 | $14.23 | 77,908,159 | -4.67% |
| 3/26/2013 | $14.46 | $14.45 | $14.46 | 36,052,675 | 1.60% |
| 3/27/2013 | $14.57 | $14.56 | $14.57 | 50,703,562 | 0.74% |
| 3/28/2013 | $14.45 | $14.44 | $14.45 | 107,090,949 | -0.84% |
| 4/1/2013 | $15.11 | $15.10 | $15.11 | 57,368,517 | 4.49% |
| 4/2/2013 | $15.14 | $15.14 | $15.15 | 31,262,264 | 0.18% |
| 4/3/2013 | $15.03 | $15.01 | $15.03 | 39,001,643 | -0.70% |
| 4/4/2013 | $14.99 | $14.97 | $14.98 | 27,339,868 | -0.27% |
| 4/5/2013 | $14.70 | $14.69 | $14.70 | 20,931,480 | -1.95% |
| 4/8/2013 | $14.67 | $14.66 | $14.67 | 27,547,142 | -0.20% |
| 4/9/2013 | $14.85 | $14.84 | $14.85 | 19,469,941 | 1.22% |
| 4/10/2013 | $14.69 | $14.68 | $14.69 | 36,432,767 | -1.08% |
| 4/11/2013 | $13.55 | $13.55 | $13.56 | 79,302,929 | -8.08% |
| 4/12/2013 | $13.64 | $13.63 | $13.64 | 34,913,987 | 0.66% |
| 4/15/2013 | $13.71 | $13.70 | $13.71 | 21,245,857 | 0.51% |
| 4/16/2013 | $13.92 | $13.92 | $13.93 | 19,296,788 | 1.52% |
| 4/17/2013 | $13.91 | $13.90 | $13.91 | 29,612,223 | -0.07% |
| 4/18/2013 | $13.50 | $13.49 | $13.50 | 26,568,172 | -2.99% |
| 4/19/2013 | $13.84 | $13.83 | $13.84 | 24,115,733 | 2.49% |
| 4/22/2013 | $13.99 | $13.98 | $13.99 | 19,210,187 | 1.08% |
| 4/23/2013 | $14.33 | $14.33 | $14.34 | 20,391,875 | 2.40% |
| 4/24/2013 | $14.90 | $14.89 | $14.90 | 24,934,806 | 3.90% |
| 4/25/2013 | $14.81 | $14.79 | $14.80 | 30,622,196 | -0.61% |
| 4/26/2013 | $15.02 | $15.01 | $15.02 | 17,714,445 | 1.41% |
| 4/29/2013 | $15.61 | $15.60 | $15.61 | 26,635,538 | 3.85% |
| 4/30/2013 | $16.29 | $16.27 | $16.28 | 42,763,247 | 4.26% |
| 5/1/2013 | $15.80 | $15.79 | $15.80 | 33,387,010 | -3.05% |
| 5/2/2013 | $15.70 | $15.69 | $15.70 | 26,200,095 | -0.63% |
| 5/3/2013 | $15.63 | $15.62 | $15.63 | 24,378,180 | -0.45% |
| 5/6/2013 | $15.57 | $15.56 | $15.57 | 23,374,945 | -0.38% |
| 5/7/2013 | $14.82 | $14.82 | $14.83 | 35,247,713 | -4.93% |
| 5/8/2013 | $14.90 | $14.89 | $14.90 | 17,651,920 | 0.53% |
| 5/9/2013 | $15.39 | $15.38 | $15.39 | 40,573,762 | 3.24% |
| 5/10/2013 | $15.54 | $15.54 | $15.55 | 17,891,794 | 0.97% |
| 5/13/2013 | $15.88 | $15.87 | $15.88 | 29,031,444 | 2.16% |
| 5/14/2013 | $15.25 | $15.24 | $15.25 | 52,598,308 | -4.05% |
| 5/15/2013 | $15.00 | $15.00 | $15.01 | 26,907,835 | -1.65% |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 5/16/2013 | $14.69 | $14.67 | $14.68 | 20,302,768 | -2.09% |
| 5/17/2013 | $14.62 | $14.61 | $14.62 | 15,555,318 | -0.48% |
| 5/20/2013 | $14.98 | $14.96 | $14.97 | 18,739,171 | 2.43% |
| 5/21/2013 | $14.77 | $14.75 | $14.76 | 14,379,109 | -1.41% |
| 5/22/2013 | $14.46 | $14.45 | $14.46 | 20,397,489 | -2.12% |
| 5/23/2013 | $14.43 | $14.43 | $14.44 | 15,360,974 | -0.21% |
| 5/24/2013 | $14.48 | $14.47 | $14.48 | 13,443,355 | 0.35% |
| 5/28/2013 | $14.36 | $14.35 | $14.36 | 14,572,504 | -0.84% |
| 5/29/2013 | $14.17 | $14.16 | $14.17 | 17,221,384 | -1.32% |
| 5/30/2013 | $14.42 | $14.41 | $14.42 | 20,149,705 | 1.75% |
| 5/31/2013 | $13.96 | $13.95 | $13.96 | 31,248,988 | -3.28% |
| 6/3/2013 | $13.61 | $13.60 | $13.61 | 25,367,460 | -2.50% |
| 6/4/2013 | $13.54 | $13.53 | $13.54 | 15,554,545 | -0.54% |
| 6/5/2013 | $13.63 | $13.62 | $13.63 | 24,507,736 | 0.68% |
| 6/6/2013 | $13.71 | $13.70 | $13.71 | 15,219,494 | 0.59% |
| 6/7/2013 | $13.86 | $13.85 | $13.86 | 18,479,987 | 1.09% |
| 6/10/2013 | $13.95 | $13.95 | $13.96 | 16,480,811 | 0.65% |
| 6/11/2013 | $13.66 | $13.66 | $13.67 | 11,886,245 | -2.10% |
| 6/12/2013 | $13.56 | $13.57 | $13.58 | 9,353,693 | -0.73% |
| 6/13/2013 | $14.42 | $14.43 | $14.44 | 32,410,666 | 6.15% |
| 6/14/2013 | $14.44 | $14.43 | $14.44 | 24,975,489 | 0.14% |
| 6/17/2013 | $14.30 | $14.28 | $14.29 | 12,300,630 | -0.97% |
| 6/18/2013 | $14.84 | $14.83 | $14.84 | 31,764,453 | 3.71% |
| 6/19/2013 | $14.18 | $14.18 | $14.19 | 34,805,579 | -4.54% |
| 6/20/2013 | $13.98 | $13.97 | $13.98 | 16,835,683 | -1.43% |
| 6/21/2013 | $13.78 | $13.77 | $13.78 | 14,483,320 | -1.48% |
| 6/24/2013 | $14.10 | $14.12 | $14.13 | 19,084,446 | 2.33% |
| 6/25/2013 | $14.56 | $14.58 | $14.59 | 17,614,765 | 3.21% |
| 6/26/2013 | $14.91 | $14.90 | $14.91 | 23,180,978 | 2.38% |
| 6/27/2013 | $14.48 | $14.48 | $14.49 | 37,254,066 | -2.93% |
| 6/28/2013 | $10.46 | $10.45 | $10.46 | 135,955,895 | -32.52% |
| 7/1/2013 | $10.29 | $10.28 | $10.29 | 41,031,720 | -1.64% |
| 7/2/2013 | $9.70 | $9.69 | $9.70 | 44,486,093 | -5.90% |
| 7/3/2013 | $9.65 | $9.66 | $9.67 | 22,531,733 | -0.52% |
| 7/5/2013 | $9.55 | $9.54 | $9.55 | 20,028,159 | -1.04% |
| 7/8/2013 | $9.55 | $9.54 | $9.55 | 16,694,742 | 0.00% |
| 7/9/2013 | $9.64 | $9.64 | $9.65 | 29,663,630 | 0.93% |
| 7/10/2013 | $9.28 | $9.27 | $9.28 | 31,053,833 | -3.80% |
| 7/11/2013 | $9.33 | $9.33 | $9.34 | 17,504,419 | 0.54% |
| 7/12/2013 | $9.24 | $9.23 | $9.24 | 12,837,161 | -0.97% |
| 7/15/2013 | $9.37 | $9.37 | $9.38 | 17,598,089 | 1.40% |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 7/16/2013 | $9.13 | $9.12 | $9.13 | 18,590,506 | -2.65% |
| 7/17/2013 | $9.24 | $9.23 | $9.24 | 14,955,911 | 1.25% |
| 7/18/2013 | $9.12 | $9.11 | $9.12 | 12,464,406 | -1.31% |
| 7/19/2013 | $8.97 | $8.96 | $8.97 | 23,257,109 | -1.66% |
| 7/22/2013 | $9.08 | $9.07 | $9.08 | 15,314,877 | 1.22% |
| 7/23/2013 | $9.02 | $9.01 | $9.02 | 13,015,297 | -0.68% |
| 7/24/2013 | $9.00 | $9.00 | $9.01 | 12,936,632 | -0.21% |
| 7/25/2013 | $8.98 | $8.97 | $8.98 | 11,718,370 | -0.22% |
| 7/26/2013 | $8.88 | $8.87 | $8.88 | 13,419,751 | -1.12% |
| 7/29/2013 | $8.67 | $8.66 | $8.67 | 17,050,448 | -2.39% |
| 7/30/2013 | $8.70 | $8.69 | $8.70 | 14,896,167 | 0.35% |
| 7/31/2013 | $8.84 | $8.83 | $8.84 | 13,753,241 | 1.60% |
| 8/1/2013 | $8.76 | $8.75 | $8.76 | 8,644,653 | -0.91% |
| 8/2/2013 | $8.92 | $8.92 | $8.93 | 8,334,345 | 1.81% |
| 8/5/2013 | $9.58 | $9.57 | $9.58 | 33,519,217 | 7.12% |
| 8/6/2013 | $9.57 | $9.56 | $9.57 | 24,040,476 | -0.09% |
| 8/7/2013 | $9.21 | $9.20 | $9.21 | 17,229,111 | -3.83% |
| 8/8/2013 | $9.23 | $9.22 | $9.23 | 8,827,360 | 0.22% |
| 8/9/2013 | $9.76 | $9.76 | $9.77 | 51,135,869 | 5.58% |
| 8/12/2013 | $10.78 | $10.78 | $10.79 | 92,528,369 | 9.94% |
| 8/13/2013 | $10.93 | $10.92 | $10.93 | 126,857,193 | 1.38% |
| 8/14/2013 | $11.04 | $11.03 | $11.04 | 44,765,578 | 0.98% |
| 8/15/2013 | $10.96 | $10.95 | $10.96 | 20,673,398 | -0.75% |
| 8/16/2013 | $10.51 | $10.51 | $10.52 | 29,130,316 | -4.15% |
| 8/19/2013 | $10.32 | $10.31 | $10.32 | 17,753,765 | -1.84% |
| 8/20/2013 | $10.54 | $10.53 | $10.54 | 16,219,572 | 2.12% |
| 8/21/2013 | $10.25 | $10.24 | $10.25 | 22,039,623 | -2.79% |
| 8/22/2013 | $10.19 | $10.27 | $10.19 | 8,868,639 | -0.59% |
| 8/23/2013 | $10.34 | $10.33 | $10.34 | 11,280,335 | 1.46% |
| 8/26/2013 | $10.42 | $10.42 | $10.43 | 14,313,275 | 0.77% |
| 8/27/2013 | $10.03 | $10.02 | $10.03 | 20,617,902 | -3.81% |
| 8/28/2013 | $10.30 | $10.30 | $10.31 | 31,232,450 | 2.67% |
| 8/29/2013 | $10.26 | $10.25 | $10.26 | 9,911,179 | -0.40% |
| 8/30/2013 | $10.12 | $10.10 | $10.11 | 12,684,526 | -1.37% |
| 9/3/2013 | $10.21 | $10.19 | $10.20 | 22,606,917 | 0.89% |
| 9/4/2013 | $10.75 | $10.75 | $10.76 | 30,214,064 | 5.15% |
| 9/5/2013 | $11.00 | $10.99 | $11.00 | 39,892,642 | 2.25% |
| 9/6/2013 | $10.84 | $10.83 | $10.84 | 16,878,310 | -1.42% |
| 9/9/2013 | $11.53 | $11.53 | $11.54 | 36,800,637 | 6.17% |
| 9/10/2013 | $10.94 | $10.94 | $10.95 | 34,195,119 | -5.25% |
| 9/11/2013 | $10.43 | $10.42 | $10.43 | 27,744,823 | -4.77% |

199

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 9/12/2013 | $10.43 | $10.43 | $10.44 | 17,823,314 | 0.00% |
| 9/13/2013 | $10.28 | $10.27 | $10.28 | 17,302,279 | -1.45% |
| 9/16/2013 | $10.32 | $10.31 | $10.32 | 13,957,272 | 0.34% |
| 9/17/2013 | $10.56 | $10.55 | $10.56 | 19,666,377 | 2.30% |
| 9/18/2013 | $10.40 | $10.40 | $10.41 | 20,951,609 | -1.48% |
| 9/19/2013 | $10.52 | $10.52 | $10.53 | 26,857,206 | 1.15% |
| 9/20/2013 | $8.73 | $8.72 | $8.73 | 71,770,449 | -18.71% |

**Source:** CRSP.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 1 | 10-15 Associates, Inc. | 175 | - |
| 2 | 1832 Asset Management L.P. | 991,370 | 23,548 |
| 3 | 1919 Investment Counsel, LLC | 1,254 | - |
| 4 | A.R.T. Advisors, LLC | 201,025 | - |
| 5 | Abbot Downing Investment Advisors | 65 | 65 |
| 6 | Abner, Herrman & Brock Asset Management | 62,000 | 109,200 |
| 7 | Acadian Asset Management LLC | 354,492 | - |
| 8 | Accuro Investment Services AG | 9,600 | 9,600 |
| 9 | Acker Finley, Inc. | 2,600 | 2,600 |
| 10 | AcomeA SGR S.p.A. | 5,000 | 5,000 |
| 11 | Acuity Investment Management Inc. | 130,900 | 556,000 |
| 12 | Advisors Asset Management, Inc. | 15,859 | 19,408 |
| 13 | AEGON Investment Management B.V. | 252,337 | 237,049 |
| 14 | AGF Investments Inc. | 42,650 | 192,805 |
| 15 | Aktia Asset Management Oy Ab | 30,000 | - |
| 16 | Aletheia Research and Management, Inc._NLE | 5,570 | - |
| 17 | Alexandria Capital, LLC | 100 | - |
| 18 | AllianceBernstein L.P. | 63,701 | 129,600 |
| 19 | Allianz Global Investors Europe GmbH, UK Branch_NLE | 1,390 | 1,390 |
| 20 | Allianz Global Investors GmbH | - | 15,740 |
| 21 | Allstate Investments LLC | 32,000 | - |
| 22 | American Asset Management Inc. | 25 | - |
| 23 | American Century Investment Management, Inc. | 4,905,782 | 222,824 |
| 24 | American Financial Group, Inc. | 50,000 | 50,000 |
| 25 | AMP Capital Investors Limited | 645,102 | 707,576 |
| 26 | Amundi Asset Management | 163,286 | 200,462 |
| 27 | Amundi Deutschland GmbH | 42,999 | 42,999 |
| 28 | Anima SGR S.p.A. | 267,671 | 238,351 |
| 29 | Antipodean Advisors GP, LLC | 654,100 | 585,100 |
| 30 | Aperio Group, LLC | 90,750 | 85,399 |
| 31 | Apriem Advisors | 400 | 400 |
| 32 | AQR Capital Management, LLC | 129,500 | - |
| 33 | ArcoGest, SGC, S.A._NLE | 5,651 | 5,791 |
| 34 | Argenta Fund | 22,018 | 22,018 |
| 35 | Arrowstreet Capital, Limited Partnership | 10,154,889 | 8,675,997 |
| 36 | Ascend Capital, LLC | - | 209,076 |
| 37 | ATB Investment Management Inc. | 339,000 | 289,200 |
| 38 | ATL 12 Capital Gestión SGIIC, S.A. | 30,027 | 45,319 |
| 39 | Aviva Investors France S.A. | 450,000 | 456,778 |
| 40 | Aviva Investors Global Services Limited | 181,603 | 180,401 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 41 | AXA Investment Managers Paris | 179,987 | 179,987 |
| 42 | AXA Investment Managers UK Ltd. | - | 7,300 |
| 43 | AXA Rosenberg Investment Management LLC | - | 7,500 |
| 44 | AXA Towarzystwo Funduszy Inwestycyjnych S.A. | - | 118,270 |
| 45 | Axxion S.A. | 75,000 | - |
| 46 | B & T Capital Management DBA Alpha Capital Management | - | 19,000 |
| 47 | B. Madrid Gestión de Activos S.G.I.I.C., S.A. | - | 1,896 |
| 48 | Baillie Gifford & Co. | 646,302 | 646,302 |
| 49 | Bâloise Asset Management | 10,756 | 10,790 |
| 50 | Bank of America Merrill Lynch (US) | 2,526,361 | 6,993,687 |
| 51 | Bank of Nova Scotia | 2,198,482 | 1,881,115 |
| 52 | Bankia Banca Privada Gestion SGIIC S.A._NLE | 6,817 | 6,817 |
| 53 | Bankia Fondos, S.G.I.I.C., S.A. | 38,276 | 14,979 |
| 54 | Bankinter Gestión de Activos, SGIIC S.A. | 9,448 | 699 |
| 55 | Barclays Bank (France) S.A. | 370 | 370 |
| 56 | Barclays Capital | 295,329 | 530,871 |
| 57 | Barclays Capital Inc. | 189,912 | 370,466 |
| 58 | Barclays Wealth | 3,540 | 3,540 |
| 59 | Barclays Wealth Trustees (Guernsey) Ltd. | 220 | 220 |
| 60 | BBR Partners LLC | 35,887 | 35,887 |
| 61 | BBVA Asset Management, S.A., S.G.I.I.C. | 865 | 20,609 |
| 62 | BBVA Patrimonios Gestora S.G.I.I.C., S.A._NLE | 865 | 865 |
| 63 | BCEE Asset Management | - | 2,500 |
| 64 | Bessemer Trust Company, N.A. (US) | 200 | 200 |
| 65 | BlackRock Advisors (UK) Limited | 4,700 | 19,700 |
| 66 | BlackRock Institutional Trust Company, N.A. | 821,235 | 1,330,578 |
| 67 | Bluefin Trading, LLC | 33,218 | - |
| 68 | BMO Asset Management Inc. | 314,304 | 868,943 |
| 69 | BMO Capital Markets (US) | 26,011 | 107,400 |
| 70 | BMO Harris Bank N.A. | 300 | - |
| 71 | BMO Nesbitt Burns Inc. | 5,433,376 | 5,370,756 |
| 72 | BNP Paribas Securities Corp. North America | 105,929 | 107,850 |
| 73 | BNY Mellon Asset Management | 131,025 | 181,613 |
| 74 | BNY Mellon Wealth Management | 5,100 | 7,250 |
| 75 | BonaVista Asset Management Ltd._NLE | 7,890 | 7,890 |
| 76 | Boston Private Bank & Trust Company | 402 | 102 |
| 77 | Bragg Financial Advisors, Inc. | 45,000 | 45,000 |
| 78 | Brandes Investment Partners, L.P. | 23,320 | 23,320 |
| 79 | Brandywine Global Investment Management, LLC | - | 60 |
| 80 | Bridgehampton Capital Management, L.L.C._NLE | 103,000 | 154,500 |

202

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 81 | BTG Pactual Asset Management US, LLC | 144,000 | - |
| 82 | CA Indosuez (Switzerland) S.A. | - | 617,557 |
| 83 | Cadian Capital Management LP | 3,425,000 | 2,608,884 |
| 84 | Candriam Belgium S.A. | 21,800 | - |
| 85 | Canso Investment Counsel Ltd. | 5,500 | 7,500 |
| 86 | Cap West Equities | 1,400 | 1,400 |
| 87 | Capital Fund Management S.A. | - | 910,500 |
| 88 | Capital Research Global Investors | 375,000 | 375,000 |
| 89 | Casa4Funds Luxembourg European Asset Management S.A. | 2,000 | 2,000 |
| 90 | Cassels Investment Management Inc. | 2,666 | - |
| 91 | Centaur Asset Management (Pty.) Ltd. | - | 50,000 |
| 92 | Charles Schwab Investment Management, Inc. | 108,510 | 111,041 |
| 93 | Chilton Capital Management, LLC | 29 | 29 |
| 94 | Chou Associates Management Inc. | 185,000 | 185,000 |
| 95 | CI Investments Inc. | - | 2,853,600 |
| 96 | CIBC Asset Management Inc. | 299,815 | 299,599 |
| 97 | CIBC Atlantic Trust Private Wealth Management | - | 10 |
| 98 | CIBC World Markets Inc. | 6,124,597 | 6,182,305 |
| 99 | Citadel LLC | 622,829 | 511,841 |
| 100 | Citi Investment Research (US) | 597,654 | 2,513,577 |
| 101 | ClearArc Capital, Inc. | 12,842 | 12,831 |
| 102 | ClearBridge Investments, LLC | 781 | 730 |
| 103 | Coatue Capital, L.L.C. | 6,416,494 | 6,291,159 |
| 104 | Columbia Threadneedle Investments (US) | 268,731 | 1,271 |
| 105 | Comerica, Inc. | 3,248 | 3,737 |
| 106 | Commerzbank AG | 1,225,562 | 1,397,911 |
| 107 | Commonwealth Bank of Australia | 145,847 | - |
| 108 | Commonwealth Financial Network | 21,297 | 16,122 |
| 109 | Community Financial Services Group, LLC | 200 | 200 |
| 110 | Connor, Clark & Lunn Investment Management Ltd. | 4,048,555 | 6,585,580 |
| 111 | Coronation Fund Managers Limited | 103,300 | 103,300 |
| 112 | Counsel Portfolio Services, Inc. | 199,119 | 217,624 |
| 113 | Cowen Inc. | 8,100 | - |
| 114 | Cowen Investment Management LLC | 35,000 | - |
| 115 | CP Invest Investicni Spolecnost a.s._NLE | 72,400 | 72,400 |
| 116 | Creative Planning, Inc. | 43,430 | 41,805 |
| 117 | Credit Suisse Asset Management | 353,657 | 291,463 |
| 118 | Credit Suisse Asset Management Funds S.p.A. | - | 166,018 |
| 119 | Crédit Suisse Gestión S.G.I.I.C., S.A. | 779 | 799 |
| 120 | Credit Suisse Private Banking (Switzerland) | 25,000 | 25,000 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 121 | Crosslink Capital, Inc. | - | 272,246 |
| 122 | Crossmark Global Investments, Inc | 22,798 | 22,728 |
| 123 | Cumberland Private Wealth Management Inc. | 11,700 | 12,600 |
| 124 | D. E. Shaw & Co., L.P. | 1,152,910 | 15,917 |
| 125 | D.A. Davidson & Co. | 2,226 | 3,156 |
| 126 | Dahl & Partner Vermögensverwaltung AG | 20,000 | 20,000 |
| 127 | Daiwa Asset Management Co., Ltd. | 17,200 | - |
| 128 | Dalton Strategic Partnership, L.L.P. | - | 37,770 |
| 129 | Danske Capital | 2,377 | 2,377 |
| 130 | Danske Capital (Sweden) | 4,720 | 4,720 |
| 131 | Davis-Rea Ltd. | 13,975 | 13,775 |
| 132 | DB Platinum Advisors | 63,554 | 62,841 |
| 133 | Degroof Petercam Asset Management | 29,090 | 30,290 |
| 134 | DekaBank Deutsche Girozentrale | 318,200 | - |
| 135 | Deutsche Asset Management Americas | 3,326,562 | 627,168 |
| 136 | Deutsche Asset Management Investment GmbH | 2,969 | 169 |
| 137 | Deutsche Asset Management Investmentgesellschaft mbH_NLE | 63,660 | 87,860 |
| 138 | Deutsche Asset Management, S.G.I.I.C., S.A. | 165 | 169 |
| 139 | Deutsche Bank Securities Inc. | 47,814 | 200,314 |
| 140 | Dimensional Fund Advisors, L.P. | 841,019 | 898,064 |
| 141 | Dimensional Fund Advisors, Ltd. | 18,982 | 18,982 |
| 142 | Discovery Capital Management, LLC | - | 552,500 |
| 143 | Diversified Investment Strategies, LLC | 273,425 | 272,525 |
| 144 | Dorsal Capital Management, LLC | 500,000 | 450,000 |
| 145 | Duncker, Streett & Co., L.L.C. | 275 | - |
| 146 | Dynamic Capital Management LLC | 34,300 | 107,900 |
| 147 | E.Öhman J:or Fonder AB | 3,600 | 3,600 |
| 148 | Ecofi Investissements S.A | - | 19,348 |
| 149 | Edge Wealth Management LLC | - | 5,000 |
| 150 | EDM Gestión S.A., S.G.I.I.C. | 680 | 680 |
| 151 | EDMP, Inc. | 20,622 | 20,567 |
| 152 | Egeria Activos SGIIC S.A.U | 3,897 | 3,993 |
| 153 | Ellington Management Group, L.L.C. | 13,000 | - |
| 154 | Emory University | 300 | 300 |
| 155 | Enterprise Financial Services Corp. | 262 | 262 |
| 156 | ERSTE-SPARINVEST Kapitalanlagegesellschaft mbH | 8,436 | 8,436 |
| 157 | Espalier Global Management LLC | - | 1,698,762 |
| 158 | Etienne, Odier, Pythoud & Cie S.A. | 3,500 | 3,500 |
| 159 | Eurizon Capital S.A. | 4,864 | 4,268 |
| 160 | Federated Investment Management Company | 18,900 | 1,600 |

204

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 161 | Fidelity Institutional Asset Management | 8,782,835 | 602,735 |
| 162 | Fidelity International | 13,900 | - |
| 163 | Fidelity Management & Research Company | 2,139,857 | 2,841,700 |
| 164 | Fiera Capital Corporation | 967,512 | 916,862 |
| 165 | FIL Investment Management (Hong Kong) Limited | 2,892 | 3,694 |
| 166 | Financial Architects Inc. | 5,000 | - |
| 167 | Financial Management Professionals, Inc. | 600 | 600 |
| 168 | FineMark National Bank & Trust | 500 | 500 |
| 169 | First Allied Asset Management, Inc. | 12,870 | - |
| 170 | First Asset Investment Management, Inc. | 22,123 | 474,021 |
| 171 | First Citizens Bank & Trust Company | 277,226 | 265,910 |
| 172 | First New York Capital Corp. | 32,000 | 138,000 |
| 173 | First Trust Advisors L.P. | 24,811 | 18,953 |
| 174 | Foresight Asset Management, L.L.C._NLE | 2,000 | 2,000 |
| 175 | Foresters Asset Management Inc | - | 196,025 |
| 176 | Foyston, Gordon & Payne Inc. | 498,926 | - |
| 177 | Franklin Advisers, Inc. | 450,000 | 450,000 |
| 178 | Franklin Equity Group | 200 | 200 |
| 179 | Franklin Templeton Investments Corporation | 42,650 | 133,270 |
| 180 | Front Street Capital, Inc._NLE | 10,000 | 27,300 |
| 181 | FTB Advisors, Inc. | 420 | 420 |
| 182 | Galaxy Capital Trading Ltd_NLE | 54,800 | - |
| 183 | GAM Investment Management (Switzerland) AG | 7,011 | 6,802 |
| 184 | GCIC Ltd. - (Sibling)_NLE | 969,000 | - |
| 185 | Generali Investments CEE, a.s. | 72,400 | 72,400 |
| 186 | Geode Capital Management, L.L.C. | 162,478 | 73,027 |
| 187 | George V Asset Management | 1,000 | - |
| 188 | Gescooperativo, S.A., S.G.I.I.C. | 14,007 | 14,348 |
| 189 | Gesinter S.G.I.I.C., S.A. | 14,615 | 16,975 |
| 190 | Gesiuris Asset Management S.G.I.I.C., S.A. | 6,529 | 6,688 |
| 191 | Gestión Santander Mexico S.A. de C.V. | 70 | 70 |
| 192 | Glenmede Investment Management LP | 35,055 | 35,055 |
| 193 | GLG LLC | 15,000 | - |
| 194 | GLG Partners LP | 50,000 | - |
| 195 | Goldman Sachs & Company, Inc. | 1,716,200 | 3,739,767 |
| 196 | Goldman Sachs Asset Management (US) | 179,314 | 198,336 |
| 197 | Goldman Sachs Financial Markets LP | 157,085 | 168,188 |
| 198 | Goldman Sachs International | 623,801 | 607,191 |
| 199 | Gotham Asset Management, LLC | 158,049 | - |
| 200 | Graham Capital Management, L.P. | 50,000 | - |

205

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 201 | Grantham Mayo Van Otterloo & Co LLC | 5,969,118 | 7,374,018 |
| 202 | Great Oaks Capital Management, LLC | 24,750 | 24,750 |
| 203 | Group One Trading, L.P. | 23,067 | - |
| 204 | Gruss Asset Management, L.P. | 9,000 | - |
| 205 | Gryphon Investment Counsel, Inc. | 11,800 | 11,800 |
| 206 | GSA Capital Partners LLP | 62,324 | 61,182 |
| 207 | Guardian Capital Advisors LP | 13,465 | - |
| 208 | Guggenheim Investments | 64,778 | 43,441 |
| 209 | Guinness Atkinson Asset Management Inc. | 36,660 | 36,660 |
| 210 | Gustavia Fonder AB_NLE | 1,374 | 1,374 |
| 211 | GVC Gaesco Gestión SGIIC S.A. | 15,901 | 14,694 |
| 212 | GWL Investment Management Ltd. | 673,407 | 701,861 |
| 213 | Hamblin Watsa Investment Counsel Ltd. | 51,854,700 | 51,854,700 |
| 214 | Handelsbanken Asset Management | 30,196 | 33,456 |
| 215 | HAP Trading, LLC | 117,122 | 35,700 |
| 216 | HBK Investments, L.P. | - | 50,000 |
| 217 | Hexavest Inc. | 2,094,446 | 2,201,412 |
| 218 | Highlander Capital Management, LLC | 2,250 | 2,250 |
| 219 | HighMark Capital Management Inc. | 2,650 | 1,000 |
| 220 | Highside Capital Management, L.P._NLE | 355,000 | - |
| 221 | Hightower Advisors, LLC | 44,578 | 40,110 |
| 222 | Hillsdale Investment Management Inc. | 800 | 10,800 |
| 223 | Hoplite Capital Management, L.P. | - | 542,300 |
| 224 | Horizons ETFs Management (Canada) Inc. | 464,686 | 40,273 |
| 225 | Hottinger Asset Management Canada, Inc. (Toronto) | 1,000 | 1,000 |
| 226 | HSBC Global Asset Management (Canada) Limited | - | 200 |
| 227 | HSBC Global Asset Management (Hong Kong) Limited | 1,655 | 1,655 |
| 228 | HSBC Global Asset Management (International) Limited | 10,000 | 10,000 |
| 229 | HSBC Global Asset Management (UK) Limited | 103,685 | 275,577 |
| 230 | Hudock Moyer Wealth Resources, LLC | 600 | 400 |
| 231 | Huntington Private Financial Group | 130 | 130 |
| 232 | I.G. Investment Management, Ltd. | 559,678 | - |
| 233 | Ibercaja Gestión S.G.I.I.C., S.A. | 487 | 487 |
| 234 | Independent Investors, Inc. | 10,600 | 10,600 |
| 235 | Independent Order of Foresters | 47,121 | 37,879 |
| 236 | Industrial Alliance Investment Management Inc. | 98,700 | - |
| 237 | Insiderfonder AB | - | 60,651 |
| 238 | Intact Investment Management Inc. | 314,400 | 605,500 |
| 239 | Invesco Advisers, Inc. | 2,344,400 | 2,877,900 |
| 240 | INVESCO Asset Management (Japan) Ltd. | 41,264 | 41,664 |

206

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 241 | INVESCO Asset Management Deutschland GmbH | 128,400 | 165,600 |
| 242 | INVESCO Asset Management Limited | 42,000 | 42,000 |
| 243 | Invesco Canada Ltd. | 1,996,027 | 1,421,508 |
| 244 | Invesco Hong Kong Limited | 18,978 | 18,978 |
| 245 | Invesco Management Group, Inc. | 186,300 | 186,300 |
| 246 | Invesco PowerShares Capital Management LLC | 46,565 | 50,114 |
| 247 | Investors Capital Advisory Services_NLE | - | 27,048 |
| 248 | Investors Towarzystwo Funduszy Inwestycyjnych S.A. | 38,900 | - |
| 249 | Invex Operadora, S.A. de C.V. | 125,000 | 125,000 |
| 250 | Invictus RG Pte. Ltd. | 14,910 | 14,649 |
| 251 | Ireland Strategic Investment Fund | 33,709 | 33,709 |
| 252 | J. Zechner Associates, Inc. | 73,922 | 148,122 |
| 253 | J.P. Morgan Securities LLC | 1,340,794 | 1,286,116 |
| 254 | J.P. Morgan Securities plc | 55,901 | 62,811 |
| 255 | Jabre Capital Partners S.A. | 210,000 | - |
| 256 | Jane Street Capital, L.L.C. | 208,408 | 36,648 |
| 257 | Janney Montgomery Scott LLC | 42,350 | 55,847 |
| 258 | Janus Henderson Investors | 368,154 | 21,668 |
| 259 | Jarislowsky Fraser, Ltd. | 33,092 | 33,458 |
| 260 | JAT Capital Partners | 3,950,000 | 1,203,148 |
| 261 | Jefferies LLC | - | 9,930 |
| 262 | Joel Isaacson & Co., LLC | - | 30 |
| 263 | JP Morgan Asset Management | 56,798 | 714,867 |
| 264 | JPMorgan Asset Management U.K. Limited | 1,278 | 14,062 |
| 265 | JPMorgan Private Bank (United States) | 150 | - |
| 266 | Jump Trading, LLC | - | 610 |
| 267 | Jupiter Asset Management Ltd. | 649,433 | 596,366 |
| 268 | KBC Asset Management N.V. | 3,024 | 3,006 |
| 269 | KBC Fund Management Limited | 3,551 | 461 |
| 270 | King Investment Advisors, Inc._NLE | 328,065 | 395,095 |
| 271 | KLP Forsikring | 24,500 | 24,500 |
| 272 | Ladenburg Thalmann Asset Management Inc. (LTAM) | 26,611 | 15,876 |
| 273 | Landry Investment Management Inc. | 2,500 | 16,300 |
| 274 | Lansförsäkringar Fondförvaltning AB | 8,100 | 10,100 |
| 275 | Legal & General Investment Management Ltd. | 2,308,369 | 2,379,595 |
| 276 | Lemanik Asset Management S.A. | 5,500 | 5,500 |
| 277 | Light Street Capital Management, LLC | - | 100,000 |
| 278 | Lincluden Management Ltd. | 874,640 | 866,045 |
| 279 | LOGiQ Asset Management Ltd | 165,122 | - |
| 280 | Louisbourg Investments Inc. | 2,675 | - |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 281 | LOYS AG | 413,800 | 413,800 |
| 282 | LPL Financial LLC | 47,375 | 73,397 |
| 283 | LS Investment Advisors, LLC | 230 | 230 |
| 284 | Lyons Wealth Management, LLC | 5,000 | - |
| 285 | Lyxor Asset Management | 33,561 | 33,822 |
| 286 | Mackenzie Financial Corporation | 34,777 | 41,277 |
| 287 | Macquarie Investment Management Ltd. | - | 10,170 |
| 288 | Madison Street Partners, LLC | 15,000 | - |
| 289 | Managed Account Advisors LLC | 2,996 | 5,343 |
| 290 | Manulife Asset Management Limited | 11,254,837 | 649,861 |
| 291 | March Asset Management, S.G.I.I.C., S.A.U. | 12,196 | - |
| 292 | Marco Investment Management, L.L.C. | 4,950 | - |
| 293 | Marketocracy Capital Management, LLC | - | 1,200 |
| 294 | Marque Millennium Capital Management LLC | 54,010 | 54,010 |
| 295 | Marret Asset Management Inc. | 139,270 | 139,270 |
| 296 | Marshall Wace LLP | - | 16,701 |
| 297 | McElvaine Investment Management Ltd. | 250,000 | 250,000 |
| 298 | MCF Advisors LLC | 880 | 880 |
| 299 | MEAG Munich ERGO Kapitalanlagegesellschaft mbH | 110,000 | 110,000 |
| 300 | Meditor Capital Management Limited | 3,170,000 | 2,210,000 |
| 301 | Mellon Capital Management Corporation | 304,799 | 328,597 |
| 302 | Menlo Advisors LLC | - | 209,435 |
| 303 | Merchbanc S.G.I.I.C., S.A. | 21,944 | - |
| 304 | Merrill Lynch Pierce Fenner & Smith S.A.S. | 24,213 | 24,213 |
| 305 | Metropolitan Life Insurance Co. (US) | 3,300 | 1,875 |
| 306 | MFS Investment Management | 7,968 | 7,968 |
| 307 | Millennium Management LLC | 168,415 | - |
| 308 | Mitsubishi UFJ Kokusai Asset Management Co., Ltd. | 34,424 | 34,424 |
| 309 | Mizuho Asset Management Co., Ltd._NLE | 1,100 | 1,100 |
| 310 | Montepio Gestão de Activos - SGFI, S.A. | 4,000 | - |
| 311 | Montrusco Bolton Investments Inc. | 1,540,889 | 1,545,164 |
| 312 | Moon Capital Management LP | - | 157,224 |
| 313 | Morgan Meighen & Associates Ltd. | 47,700 | 47,700 |
| 314 | Morgan Stanley & Co. International Plc | 74,538 | 10,290 |
| 315 | Morgan Stanley & Co. LLC | 1,543,481 | 5,097,270 |
| 316 | Morgan Stanley Canada Limited | 59,972 | 410,521 |
| 317 | Morgan Stanley Investment Management (Japan) Co., Ltd. | 100 | - |
| 318 | Morgan Stanley Wealth Management | 628,787 | 808,168 |
| 319 | Morgens, Waterfall, Vintiadis & Co., Inc. | 163,000 | - |
| 320 | myCIO Wealth Partners, LLC | 2,635 | 3,645 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-5

### BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 321 | National Asset Management, Inc. | 12,125 | - |
| 322 | Natixis Arbitrage | 7,200 | 10,000 |
| 323 | New England Securities Corp_NLE | 80 | 80 |
| 324 | Nexus Investment Management Inc. | 118,110 | 112,935 |
| 325 | Nikko Asset Management Co., Ltd. | 17,100 | 14,200 |
| 326 | NNIP Asset Management B.V. | - | 6,635 |
| 327 | Nomura Asset Management (UK) Ltd. | 12,100 | - |
| 328 | Nomura Asset Management Co., Ltd. | 50,000 | - |
| 329 | Nomura Securities Co., Ltd. | 600,911 | 888,772 |
| 330 | NORD/LB Asset Management AG | 802 | 802 |
| 331 | Norges Bank Investment Management (NBIM) | 4,636,020 | 4,636,020 |
| 332 | NorthCoast Asset Management LLC | 49,991 | - |
| 333 | Northern Trust Global Investments | 46,063 | 47,255 |
| 334 | Northern Trust Investments, Inc. | 21,125 | 19,130 |
| 335 | Northwestern Mutual Capital, LLC | 1,000 | 35 |
| 336 | Nuveen Asset Management, LLC | 2,984 | 2,984 |
| 337 | Nykredit Bank AS | 1,709 | - |
| 338 | Oak Associates, Ltd. | 43,180 | 43,180 |
| 339 | OceanRock Investments Inc. | 49,955 | 53,265 |
| 340 | Och-Ziff Capital Management Group LLC | 1,211,400 | 1,283,700 |
| 341 | Old Mutual Customised Solutions (Pty) Ltd | 19,700 | 22,500 |
| 342 | Old Mutual Global Investors (UK) Limited | 12,410 | 12,410 |
| 343 | Operadora Inbursa de Sociedades de Inversión, S.A. de C.V. | 645,000 | 140,000 |
| 344 | Oppenheimer Asset Management Inc. | 91,000 | 109,400 |
| 345 | Orinda Asset Management LLC | 10,011 | - |
| 346 | O'Shaughnessy Asset Management, LLC | 1,611,649 | 1,331,964 |
| 347 | Oskie Capital Management, LLC | 252,934 | - |
| 348 | Ostrum Asset Management | 141,710 | - |
| 349 | OxFORD Asset Management | 2,627,076 | - |
| 350 | Pactio Gestión, S.G.I.I.C., S.A. | - | 413,389 |
| 351 | Paloma Partners Management Company | - | 10,000 |
| 352 | Parallax Volatility Advisers, L.P. | 180,728 | - |
| 353 | Parametric Portfolio Associates LLC | 47,246 | 46,418 |
| 354 | Partner Fund Management, L.L.C. | 1,311,412 | 396,851 |
| 355 | Partnervest Advisory Services LLC | 100 | - |
| 356 | Pathstone Federal Street | 97 | - |
| 357 | PCJ Investment Counsel Ltd. | 700,700 | 1,381,600 |
| 358 | Peak 6 Capital Management, LLC | 234,705 | 54,449 |
| 359 | Peak Ten Capital, LLC | 10,000 | - |
| 360 | Perkins Investment Management LLC | 335,618 | 335,618 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-5

### BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 361 | Pershing, L.L.C._NLE | 3,077 | 3,077 |
| 362 | Pictet Asset Management Ltd. | 80,149 | 469,146 |
| 363 | Picton Mahoney Asset Management | 100,200 | 171,800 |
| 364 | PineBridge Investments LLC | 149,400 | 149,400 |
| 365 | PKO Towarzystwo Funduszy Inwestycyjnych S.A. | - | 3,600 |
| 366 | PNC Capital Advisors, LLC | 345 | 430 |
| 367 | PNC Wealth Management | 1,825 | 2,375 |
| 368 | Point72 Asset Management, L.P. | 303,055 | 47,100 |
| 369 | Popular Gestión Privada S.G.I.I.C., S.A. | - | 2,525 |
| 370 | Portolan Capital Management, L.L.C. | - | 146,999 |
| 371 | Prelude Capital Management, LLC | 32,855 | 2,816 |
| 372 | PRIMECAP Management Company | 26,243,539 | 27,011,539 |
| 373 | Pro-Financial Asset Management, Inc. | 39,263 | 27,463 |
| 374 | Pure Capital S.A. | 15,000 | 15,000 |
| 375 | Putnam Investment Management, L.L.C. | 1,116,947 | 145,634 |
| 376 | PZU Asset Management SA | - | 35,900 |
| 377 | QS Investors, LLC | 3,094,500 | 79,900 |
| 378 | Quantbot Technologies, LP | - | 99,763 |
| 379 | Quantitative Investment Management LLC | 2,246,700 | 109,600 |
| 380 | Quantitative Management Associates LLC | - | 400 |
| 381 | QV Investors Inc. | 2,347,800 | 2,344,100 |
| 382 | R.N. Croft Financial Group Inc. | 4,662 | - |
| 383 | Rabobank Nederland | 450,807 | - |
| 384 | Raymond James & Associates, Inc. | 20,325 | - |
| 385 | RBC Capital Markets Wealth Management | 133,824 | 353,501 |
| 386 | RBC Dominion Securities, Inc. | 1,332,840 | 1,501,811 |
| 387 | RBC Global Asset Management Inc. | 4,279,014 | 3,113,105 |
| 388 | RBC Investment Solutions (CI) Limited | 1,000 | 3,000 |
| 389 | RBC Phillips, Hager & North Investment Counsel Inc. | 49,730 | 59,719 |
| 390 | RBC Private Counsel (USA) Inc. | 16,728 | 68,932 |
| 391 | RBC Trust Co (International) Ltd | 2,600 | 2,600 |
| 392 | RBC Wealth Management, International | 1,866,210 | 1,966,674 |
| 393 | RBS (Luxembourg) S.A. | - | 752 |
| 394 | RCM Capital Management LLC_NLE | 339,005 | - |
| 395 | Renaissance Technologies LLC | 2,023,900 | 14,792 |
| 396 | RFINANZ Rindlisbacher & Partner AG | - | 9,000 |
| 397 | RHJ International SA_NLE | 2,650 | 2,650 |
| 398 | Rice Hall James & Associates, LLC | - | 228,274 |
| 399 | RiverNorth Capital Management LLC | - | 1,600 |
| 400 | Rivulet Capital, LLC | - | 120,000 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-5

### BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 401 | Ropes & Gray LLP | 65 | - |
| 402 | Royal Trust Corporation of Canada | 645 | 3,980 |
| 403 | Royce & Associates, LP | - | 8,000 |
| 404 | RWC Partners Limited | 35,767 | 113 |
| 405 | San Francisco Sentry Investment Group | 1,900 | 200 |
| 406 | Sandy Spring Bank | 289 | - |
| 407 | Sanlam Investment Management (Pty) Ltd. | 15,050 | 7,350 |
| 408 | Santander Asset Management | 9,743 | 9,985 |
| 409 | Santander Private Banking Gestion, S.A., S.G.I.I.C. | 588 | - |
| 410 | Scheer, Rowlett & Associates Investment Management Ltd. | 1,370,716 | 1,361,923 |
| 411 | Schroder Investment Management Ltd. (SIM) | 2,098,107 | 2,536,084 |
| 412 | Schroder Investment Management North America Inc. | 171,700 | 221,700 |
| 413 | Schweizerische Nationalbank | - | 1,517,850 |
| 414 | Scotia Capital Inc. | 273,132 | 301,383 |
| 415 | SeaStone Capital Management, L.P. | 363,147 | 1,151,981 |
| 416 | SEB Investment Management AB | 247,700 | - |
| 417 | Security Kapitalanlage AG | 2,485 | 2,485 |
| 418 | SFMG Wealth Advisors | 140 | - |
| 419 | SG Americas Securities, L.L.C. | 592,840 | 728,934 |
| 420 | Shepherd Kaplan Krochuk, LLC | 16,796 | 16,923 |
| 421 | Sigma Capital Management, L.L.C._NLE | 600,000 | 400 |
| 422 | Simply Money Advisors | 412 | - |
| 423 | Soroban Capital Partners LP | - | 1,812,000 |
| 424 | Sound Shore Management, Inc. | 14,000 | 14,000 |
| 425 | Southeast Asset Advisors, Inc. | 22,000 | 22,000 |
| 426 | Spot Trading LLC | 26 | 117,571 |
| 427 | Standard Pacific Capital LLC_NLE | 1,488,969 | - |
| 428 | STANLIB Asset Management Ltd. | 10,597 | 7,217 |
| 429 | Stanton Asset Management Inc. | 96,867 | 96,867 |
| 430 | State Street Global Advisors (France) S.A. | 222,921 | 221,230 |
| 431 | State Street Global Advisors (Japan) Co., Ltd. | 36,500 | 36,500 |
| 432 | State Street Global Advisors (UK) Ltd. | 4,650 | 5,350 |
| 433 | State Street Global Advisors (US) | 45,371 | 45,371 |
| 434 | State Street Global Advisors Ltd. (Canada) | 290,483 | 289,383 |
| 435 | Stevens Capital Management LP | 238,909 | 299,312 |
| 436 | Steward Capital Management, Inc. | 75,100 | 10,000 |
| 437 | Stifel Nicolaus Investment Advisors | 17,850 | 18,666 |
| 438 | Storebrand Kapitalforvaltning AS | 106,980 | 117,203 |
| 439 | Sullivan, Bruyette, Speros & Blayney, LLC | 1,700 | 1,700 |
| 440 | Sumitomo Mitsui Trust Asset Management Co., Ltd. | 89,000 | 86,800 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 441 | Sumitomo Mitsui Trust Bank, Limited | 1,382,131 | - |
| 442 | SunAmerica Asset Management, LLC | 561 | 4,161 |
| 443 | Susquehanna Financial Group, LLLP | 1,848,698 | 2,292,233 |
| 444 | Swedbank Robur Fonder AB | 51,982 | 3,794 |
| 445 | Sydinvest | 3,100 | - |
| 446 | Synovus Trust Company, N.A. | 350 | 350 |
| 447 | TALPION Fund Management LP | 36,000 | 36,000 |
| 448 | Taylor Asset Management Inc. | 783,600 | 1,161,000 |
| 449 | TCI Wealth Advisors, Inc. | 1,255 | 1,255 |
| 450 | TCW Asset Management Company LLC | 10,340 | - |
| 451 | TD Asset Management Inc. | 2,691,444 | 2,726,684 |
| 452 | TD Securities, Inc. | 9,575,892 | 11,292,062 |
| 453 | TD Waterhouse Private Investment Counsel, Inc. | 62,569 | 56,679 |
| 454 | The Dow Chemical Company | 10,000 | 95,000 |
| 455 | The Vanguard Group, Inc. | 318,424 | 275,424 |
| 456 | Tilney Investment Management | 298 | 198 |
| 457 | TOBAM | 411,000 | 895,001 |
| 458 | Tower Research Capital LLC | 3,402 | 469 |
| 459 | Tressis Gestion, S.G.I.I.C., S.A. | - | 5,416 |
| 460 | Trioaks Capital Management L.P. | 257,968 | - |
| 461 | U.S. Bancorp Asset Management, Inc. | 7,589 | 7,797 |
| 462 | UBS Asset Management (UK) Ltd. | 72,944 | 62,584 |
| 463 | UBS Financial Services, Inc. | 1,371,252 | 1,865,309 |
| 464 | UBS Gestión, S.G.I.I.C., S.A. | 2,518 | 2,535 |
| 465 | Unifortune Investment Management, Limited | - | 4,767 |
| 466 | Union Investment Privatfonds GmbH | 7,000 | 7,000 |
| 467 | Universal-Investment-Gesellschaft mbH | 500 | 500 |
| 468 | Upright Financial Corporation | 1,100 | - |
| 469 | Verition Fund Management LLC | - | 18,700 |
| 470 | Viking Global Investors LP | 15,188,363 | 14,062,855 |
| 471 | Virtu Americas LLC | 140,614 | 236,863 |
| 472 | Visium Asset Management, LP_NLE | 50,000 | - |
| 473 | W & W Asset Management GmbH | 1,200 | 1,200 |
| 474 | Walleye Trading, LLC | 26,737 | - |
| 475 | Wedbush Securities, Inc. | 46,850 | 51,950 |
| 476 | Wellington West Asset Management Inc._NLE | 1,846 | 1,846 |
| 477 | Wells Capital Management Inc. | 133,327 | 222,345 |
| 478 | Wells Fargo Advisors | 145,531 | 118,025 |
| 479 | Wells Fargo Bank, N.A. | 7,823 | 7,973 |
| 480 | Western Asset Management Co. | 41,422 | 41,422 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-5**

**BlackBerry Common Stock Institutional Ownership**

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 481 | WFG Advisors LP | 611 | 611 |
| 482 | Whittier Trust Company | 3,735 | 3,735 |
| 483 | Whittier Trust Company of Nevada, Inc. | 1,160 | 1,160 |
| 484 | William Blair & Company, L.L.C. (Research) | 24,200 | 77,808 |
| 485 | Wilmington Trust Investment Advisors, Inc. | 100 | - |
| 486 | Wolverine Asset Management, LLC | 235,176 | - |
| 487 | World Asset Management, Inc. | 86,296 | 81,476 |
| 488 | Yacktman Asset Management LP | 5,829,632 | 5,871,352 |
| 489 | Zürcher Kantonalbank (Asset Management) | 41,549 | 45,377 |
| 490 | Zweig-DiMenna Associates, Inc. | 1,418,517 | 1,635,196 |

**Source:** Thomson Eikon.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|---|---|---|---|
| 1 | MSCO | Morgan Stanley & Co., Inc. | 82,490,726 |
| 2 | UBSS | UBS Securities LLC. | 77,930,736 |
| 3 | LEHM | Barclays Capital Inc. | 44,915,708 |
| 4 | FBCO | Credit Suisse First Boston LLC. | 43,923,909 |
| 5 | TRBT | Tradebot Systems, Inc. | 42,985,624 |
| 6 | FQLS | Quantlab Securities LP | 42,626,349 |
| 7 | JPMS | J.P. Morgan Securities Inc. | 40,207,304 |
| 8 | WEDB | Wedbush Morgan Securities Inc. | 35,279,893 |
| 9 | INCA | Instinet Corporation | 33,767,636 |
| 10 | GSCO | Goldman Sachs | 32,294,212 |
| 11 | NITE | Virtu Americas LLC. | 28,970,002 |
| 12 | IBKR | Interactive Brokers LLC. | 28,324,277 |
| 13 | MLCO | Merrill Lynch | 25,327,152 |
| 14 | FOMA | Ameritrade, Inc. | 16,752,129 |
| 15 | PERT | Pershing Trading Company L.P. | 12,643,128 |
| 16 | TMBR | Timber Hill LLC. | 11,486,679 |
| 17 | WMLT | Wedbush Securities Inc. | 8,744,334 |
| 18 | WEXX | Wolverine Execution Services | 8,436,601 |
| 19 | DBAB | Deutsche Bank Securities Inc. | 7,706,675 |
| 20 | WMIT | Wedbush Securities Inc. | 7,489,943 |
| 21 | DBUL | Deutsche Bank Securities Inc. | 7,336,036 |
| 22 | SBSH | Citigroup Global Markets Inc. | 7,316,435 |
| 23 | WMFC | Wedbush Securities Inc. | 6,173,936 |
| 24 | NMRA | Nomura Securities International | 5,373,329 |
| 25 | WMFO | Wedbush Securities Inc. | 4,748,038 |
| 26 | ATDF | Automated Trading Desk Financial Services, LLC. | 4,442,773 |
| 27 | JEFF | Jefferies & Company, Inc. | 2,914,384 |
| 28 | INAT | Instinet, LLC. | 2,392,772 |
| 29 | WMGP | Wedbush Securities Inc. | 2,289,584 |
| 30 | LSTE | Lightspeed Trading LLC. | 1,994,618 |
| 31 | NFSC | National Financial Services LLC. | 1,798,821 |
| 32 | NITP | Virtu Americas LLC. | 1,770,061 |
| 33 | ETCC | Electronic Transaction Clearing, Inc. | 1,649,039 |
| 34 | WMLW | Wedbush Securities Inc. | 1,539,946 |
| 35 | BNPX | BNP Paribas Securities Corp. | 1,533,529 |
| 36 | INML | Instinet, LLC. | 1,469,566 |
| 37 | BZXL | Volant Liquidity, LLC. | 1,403,249 |
| 38 | CHAS | Charles Schwab And Co. Inc. | 1,194,713 |
| 39 | ITGI | ITG Inc. | 1,180,091 |
| 40 | LSCI | Lek Securities Corporation | 1,063,133 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|-----|------|--------------|-------------:|
| 41 | INJX | Instinet, LLC. | 952,437 |
| 42 | WCHV | Wells Fargo Securities, LLC. | 933,765 |
| 43 | PIPR | Piper Jaffray & Co. | 930,365 |
| 44 | SCTR | Scout Trading LLC. | 842,596 |
| 45 | VIEW | Viewtrade Securities, Inc. | 839,167 |
| 46 | TDSI | TD Securities (Usa) Inc. | 821,847 |
| 47 | FRET | Fox River Execution Tehnology, LLC. | 806,153 |
| 48 | WMAV | Wedbush Securities Inc. | 704,030 |
| 49 | WMQS | Wedbush Securities Inc. | 680,244 |
| 50 | FNYS | First New York Securities Co | 675,089 |
| 51 | JOTA | Jump Trading | 673,947 |
| 52 | ATMC | Cowen Capital LLC. | 603,075 |
| 53 | BMOC | BMO Capital Markets | 598,514 |
| 54 | PFRC | Apex Clearing Corporation | 573,079 |
| 55 | ETBP | Electronic Transaction Clearing, Inc. | 559,072 |
| 56 | AGIS | Aegis Capital Corp. | 558,317 |
| 57 | BERN | Sanford C. Bernstein And Co. | 555,088 |
| 58 | ETRS | E*Trade Clearing LLC. | 534,127 |
| 59 | WMSF | Wedbush Securities Inc. | 483,432 |
| 60 | GLPS | Electronic Brokerage Systems, LLC. | 472,548 |
| 61 | WMCH | Wedbush Securities Inc. | 464,463 |
| 62 | CLSA | CLSA Americas, LLC. | 447,703 |
| 63 | KING | C. L. King & Associates, Inc. | 444,261 |
| 64 | GELP | RBC Capital Markets, LLC. | 410,135 |
| 65 | SPDR | Speedroute LLC. | 393,518 |
| 66 | WBPX | White Bay Pt LLC. | 375,872 |
| 67 | NQRB | Brut, LLC. | 369,309 |
| 68 | ABLE | Natexis Bleichroeder Inc. | 365,311 |
| 69 | JONE | Jones And Associates Inc. | 351,068 |
| 70 | LBNN | Lime Brokerage LLC. | 339,768 |
| 71 | FILL | Tradestation Securities, Inc. | 305,442 |
| 72 | NEED | Needham And Co. | 270,938 |
| 73 | WEMM | Wells Fargo Securities, LLC. | 252,924 |
| 74 | COWL | <Unnamed> | 238,801 |
| 75 | DAWA | Daiwa Securities America Inc. | 230,390 |
| 76 | JMPT | Jump Trading, LLC. | 226,919 |
| 77 | WMLP | Wedbush Securities Inc. | 208,911 |
| 78 | ETBD | Electronic Transaction Clearing, Inc. | 207,153 |
| 79 | WEXM | Wolverine Execution Services, LLC. | 186,084 |
| 80 | STFL | Stifel Nicolaus | 157,211 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|-----|------|--------------|-------------|
| 81 | PDQM | PDQ Ats. Inc. | 150,969 |
| 82 | ETBA | Electronic Transaction Clearing, Inc. | 149,049 |
| 83 | WSCS | WS Clearing Inc. | 144,602 |
| 84 | GAME | Global-American Investments | 135,890 |
| 85 | COWN | Cowen & Co., LLC. | 127,250 |
| 86 | OPCO | Oppenheimer & Co. Inc. | 127,227 |
| 87 | SIMA | | 126,637 |
| 88 | ETBL | Electronic Transaction Clearing, Inc. | 125,472 |
| 89 | TIAD | Triad Securities Corp | 125,200 |
| 90 | SHMR | O'connor & Company LLC. | 114,585 |
| 91 | RGEL | | 110,000 |
| 92 | HAPX | Hap Trading, LLC. | 103,483 |
| 93 | SPTD | Stock USA Investments | 102,200 |
| 94 | HFPC | HFP Capital Markets LLC. | 97,450 |
| 95 | CANT | Cantor Fitzgerald & Co. | 93,644 |
| 96 | DRTR | Dart Executions, LLC. | 92,861 |
| 97 | SPHN | Stephens Inc. | 91,450 |
| 98 | BAYT | Baypoint Trading LLC. | 86,792 |
| 99 | FRWY | Pinnacle Capital Markets, Inc. | 80,897 |
| 100 | SQTF | | 76,600 |
| 101 | SALI | Sterne Agee And Leach Inc. | 72,111 |
| 102 | DEGS | Dart Executions, LLC. | 65,282 |
| 103 | BTIG | BTIG, LLC. | 62,213 |
| 104 | CRAG | Credit Agricole Indosuez Cheuv | 57,734 |
| 105 | FCCP | First Clearing, LLC. | 55,500 |
| 106 | FQLB | Quantlab Securities LP | 54,870 |
| 107 | ONEL | William O'neil & Company | 50,300 |
| 108 | BARD | Robert W. Baird & Co. Inc. | 48,687 |
| 109 | FBRC | Friedman, Billings, Ramsey & Co. | 47,882 |
| 110 | MSTR | Mastertrader.Com | 45,635 |
| 111 | LAZA | Lazard Capital Markets | 44,000 |
| 112 | DEMA | Dematteo Moness LLC. | 30,500 |
| 113 | GLEN | Glendale Securities, Inc. | 28,000 |
| 114 | MAXM | Maxim Group, LLC. | 25,671 |
| 115 | IMPC | Imperial Capital  LLC. | 25,000 |
| 116 | WABR | Wall Street Access | 24,700 |
| 117 | WMMF | Wedbush Securities Inc. | 24,700 |
| 118 | SPCS | Legend Securities, Inc. | 21,494 |
| 119 | BMAK | BMA Securities | 18,200 |
| 120 | WDCO | Wilson Davis And Co. Inc. | 15,100 |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|-----|------|--------------|-------------:|
| 121 | MKMP | MKM Partners | 12,500 |
| 122 | CHLM | Craig-Hallum Capital Group LLC. | 12,449 |
| 123 | WIAI |  | 12,100 |
| 124 | WMVG | Wedbush Securities Inc. | 11,892 |
| 125 | ADAM | Canaccord Genuity Inc | 11,000 |
| 126 | MICA | Spartan Securities Group Ltd | 10,500 |
| 127 | FIRE | Blue Fire Capital, LLC. | 10,309 |
| 128 | NATL | National Securities Corp. | 10,250 |
| 129 | ETBB | Electronic Transaction Clearing, Inc | 9,128 |
| 130 | DAPL | Direct Access Partners LLC. | 8,700 |
| 131 | FMAT | Fimat USA, Inc. | 7,536 |
| 132 | LTCO | Ladenburg, Thalmann & Co. Inc. | 7,500 |
| 133 | JSSF | JMP Securities LLC. | 7,350 |
| 134 | AFCO | Albert Fried And Co. | 7,000 |
| 135 | PRSG | Princeton Securities Group, LLC. | 6,823 |
| 136 | STSS | Success Trade | 6,550 |
| 137 | QUAD | Knight Capital Americas LLC. | 6,500 |
| 138 | WBLL | Wedbush Securities Inc. | 6,300 |
| 139 | INTL | Intl Trading, Inc. | 5,885 |
| 140 | VFIN | Vfinance Investments Inc. | 5,800 |
| 141 | RHCO | Suntrust Capital Markets, Inc. | 5,400 |
| 142 | MISM | Mismi, Inc. | 5,203 |
| 143 | GMOR | Lightspeed Trading, LLC. | 5,100 |
| 144 | RJLC | RJL Capital Group, LLC. | 5,100 |
| 145 | AXIO | Axiom Capital Management, Inc. | 5,000 |
| 146 | SDPT | Stock Depot, Inc. | 5,000 |
| 147 | TDSC | Track Data Securities Corp. | 4,905 |
| 148 | KBWI | Keefe Bruyette And Woods Inc. | 4,300 |
| 149 | GARC | Garban Corporates LLC. | 3,500 |
| 150 | DRWS | DRW Securities, LLC. | 3,400 |
| 151 | DJSA | Dawson James Securities, Inc | 3,100 |
| 152 | SSIC | Scottrade, Inc. | 3,000 |
| 153 | FLTL | Feltl & Company, LLC. | 2,500 |
| 154 | HAMC | W.R. Hambrecht & Co., LLC. | 2,500 |
| 155 | PACS | Pacific Crest Securities Inc. | 2,300 |
| 156 | HPPO | Potamus Trading, LLC. | 2,200 |
| 157 | BNCH | The Benchmark Company, LLC. | 2,100 |
| 158 | PCAP | Preferredtrade, Inc. | 2,000 |
| 159 | ETBG | Electronic Transaction Clearing, Inc. | 1,729 |
| 160 | STFC | Stuart Frankel & Co. Inc. | 1,000 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-6

**BlackBerry Common Stock Market Makers**

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|---|---|---|---|
| 161 | MBTS | MB Trading | 500 |
| 162 | MVPF | Grace Financial Group LLC. | 500 |
| 163 | BZYD | Goldman Sachs Execution & Clearing, L.P. | 400 |
| 164 | WUND | Wunderlich Securities Inc. | 295 |
| 165 | PRRX | River Cross Securites, Lllp | 200 |
| 166 | NORT | Northland Securities, Inc. | 147 |
| 167 | SEVP | Seven Points Capital, LLC. | 7 |

**Source:** Bloomberg.

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

### Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 9/19/2012 | 0.13% | -0.16% |
| 9/20/2012 | -0.19% | -0.94% |
| 9/21/2012 | 0.04% | -1.31% |
| 9/24/2012 | -0.31% | -1.21% |
| 9/25/2012 | -1.09% | -2.00% |
| 9/26/2012 | -0.55% | -2.69% |
| 9/27/2012 | 1.00% | 2.72% |
| 9/28/2012 | -0.45% | -2.86% |
| 10/1/2012 | 0.28% | 2.97% |
| 10/2/2012 | 0.12% | -2.42% |
| 10/3/2012 | 0.25% | 1.52% |
| 10/4/2012 | 0.76% | -0.72% |
| 10/5/2012 | -0.01% | -0.31% |
| 10/8/2012 | -0.36% | -1.11% |
| 10/9/2012 | -0.98% | -0.18% |
| 10/10/2012 | -0.56% | -1.10% |
| 10/11/2012 | 0.17% | -1.98% |
| 10/12/2012 | -0.35% | 0.32% |
| 10/15/2012 | 0.72% | 2.71% |
| 10/16/2012 | 0.99% | 3.73% |
| 10/17/2012 | 0.51% | 1.71% |
| 10/18/2012 | -0.27% | -3.37% |
| 10/19/2012 | -1.58% | -2.92% |
| 10/22/2012 | 0.02% | 3.21% |
| 10/23/2012 | -1.30% | -4.02% |
| 10/24/2012 | -0.26% | -1.97% |
| 10/25/2012 | 0.33% | 0.77% |
| 10/26/2012 | -0.14% | -1.80% |
| 10/31/2012 | 0.25% | 1.42% |
| 11/1/2012 | 1.11% | 3.41% |
| 11/2/2012 | -0.98% | -2.56% |
| 11/5/2012 | 0.22% | 0.14% |
| 11/6/2012 | 0.78% | -0.15% |
| 11/7/2012 | -2.13% | -4.34% |
| 11/8/2012 | -1.16% | -2.22% |
| 11/9/2012 | 0.09% | 1.43% |
| 11/12/2012 | -0.02% | 0.74% |

Exhibit-3

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

**Market and Sector Index Returns**

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/13/2012 | -0.42% | -0.36% |
| 11/14/2012 | -1.48% | -0.93% |
| 11/15/2012 | -0.29% | -0.11% |
| 11/16/2012 | 0.62% | 1.11% |
| 11/19/2012 | 1.90% | 6.46% |
| 11/20/2012 | 0.10% | -0.26% |
| 11/21/2012 | 0.31% | 5.99% |
| 11/23/2012 | 1.26% | 4.54% |
| 11/26/2012 | -0.16% | -1.24% |
| 11/27/2012 | -0.44% | -3.28% |
| 11/28/2012 | 0.75% | 1.41% |
| 11/29/2012 | 0.54% | 1.31% |
| 11/30/2012 | 0.03% | -1.26% |
| 12/3/2012 | -0.42% | 0.08% |
| 12/4/2012 | -0.13% | 1.86% |
| 12/5/2012 | 0.18% | 3.13% |
| 12/6/2012 | 0.28% | -0.89% |
| 12/7/2012 | 0.25% | 0.05% |
| 12/10/2012 | 0.15% | -2.43% |
| 12/11/2012 | 0.61% | 2.42% |
| 12/12/2012 | 0.03% | 0.31% |
| 12/13/2012 | -0.59% | -1.79% |
| 12/14/2012 | -0.31% | -1.09% |
| 12/17/2012 | 1.01% | 2.55% |
| 12/18/2012 | 1.10% | 4.51% |
| 12/19/2012 | -0.47% | -0.59% |
| 12/20/2012 | 0.49% | -0.79% |
| 12/21/2012 | -0.85% | -2.53% |
| 12/24/2012 | -0.22% | 0.21% |
| 12/26/2012 | -0.50% | -0.06% |
| 12/27/2012 | -0.07% | -0.42% |
| 12/28/2012 | -0.93% | -2.95% |
| 12/31/2012 | 1.63% | 3.97% |
| 1/2/2013 | 2.47% | 3.55% |
| 1/3/2013 | -0.19% | -0.02% |
| 1/4/2013 | 0.56% | -1.16% |
| 1/7/2013 | -0.26% | 0.18% |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

### Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/8/2013 | -0.22% | -1.90% |
| 1/9/2013 | 0.34% | -4.59% |
| 1/10/2013 | 0.68% | 9.49% |
| 1/11/2013 | 0.02% | 2.47% |
| 1/14/2013 | -0.03% | -2.67% |
| 1/15/2013 | 0.20% | -1.37% |
| 1/16/2013 | -0.07% | 1.31% |
| 1/17/2013 | 0.59% | -0.78% |
| 1/18/2013 | 0.29% | -1.38% |
| 1/22/2013 | 0.52% | 2.59% |
| 1/23/2013 | 0.03% | 1.12% |
| 1/24/2013 | 0.06% | -10.84% |
| 1/25/2013 | 0.52% | -1.90% |
| 1/28/2013 | -0.13% | 1.71% |
| 1/29/2013 | 0.36% | 0.47% |
| 1/30/2013 | -0.39% | -1.59% |
| 1/31/2013 | -0.08% | -2.25% |
| 2/1/2013 | 0.92% | 0.81% |
| 2/4/2013 | -1.11% | -3.69% |
| 2/5/2013 | 0.92% | 3.53% |
| 2/6/2013 | 0.13% | 2.08% |
| 2/7/2013 | -0.21% | 0.75% |
| 2/8/2013 | 0.54% | 0.84% |
| 2/11/2013 | -0.10% | 1.49% |
| 2/12/2013 | 0.22% | -1.75% |
| 2/13/2013 | 0.14% | -1.69% |
| 2/14/2013 | 0.08% | -0.04% |
| 2/15/2013 | -0.20% | -0.56% |
| 2/19/2013 | 0.69% | -0.77% |
| 2/20/2013 | -1.34% | -2.65% |
| 2/21/2013 | -0.71% | -1.23% |
| 2/22/2013 | 0.86% | 0.93% |
| 2/25/2013 | -1.73% | -2.91% |
| 2/26/2013 | 0.56% | -0.13% |
| 2/27/2013 | 1.22% | 2.28% |
| 2/28/2013 | -0.06% | -1.97% |
| 3/1/2013 | 0.18% | -2.08% |

Exhibit-3

**Feinstein BlackBerry Loss Causation and Damages Report**

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/4/2013 | 0.36% | -2.92% |
| 3/5/2013 | 0.92% | 2.16% |
| 3/6/2013 | 0.17% | 0.64% |
| 3/7/2013 | 0.23% | 1.53% |
| 3/8/2013 | 0.49% | -0.00% |
| 3/11/2013 | 0.27% | -0.10% |
| 3/12/2013 | -0.19% | -1.64% |
| 3/13/2013 | 0.08% | -1.84% |
| 3/14/2013 | 0.59% | 0.77% |
| 3/15/2013 | -0.15% | 0.71% |
| 3/18/2013 | -0.53% | 0.19% |
| 3/19/2013 | -0.29% | 0.61% |
| 3/20/2013 | 0.72% | 0.40% |
| 3/21/2013 | -0.76% | 0.14% |
| 3/22/2013 | 0.58% | -0.73% |
| 3/25/2013 | -0.31% | -0.87% |
| 3/26/2013 | 0.73% | 0.35% |
| 3/27/2013 | -0.01% | -0.38% |
| 3/28/2013 | 0.40% | -1.96% |
| 4/1/2013 | -0.54% | -1.88% |
| 4/2/2013 | 0.27% | 0.10% |
| 4/3/2013 | -1.19% | 1.92% |
| 4/4/2013 | 0.38% | -0.35% |
| 4/5/2013 | -0.35% | -1.13% |
| 4/8/2013 | 0.66% | -0.39% |
| 4/9/2013 | 0.37% | 1.30% |
| 4/10/2013 | 1.15% | 3.19% |
| 4/11/2013 | 0.32% | -0.73% |
| 4/12/2013 | -0.38% | -0.38% |
| 4/15/2013 | -2.59% | -3.51% |
| 4/16/2013 | 1.46% | 2.38% |
| 4/17/2013 | -1.48% | -0.72% |
| 4/18/2013 | -0.57% | -7.32% |
| 4/19/2013 | 0.93% | -1.79% |
| 4/22/2013 | 0.43% | 2.32% |
| 4/23/2013 | 1.01% | 1.09% |
| 4/24/2013 | 0.22% | 0.55% |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

**Market and Sector Index Returns**

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/25/2013 | 0.49% | 1.90% |
| 4/26/2013 | -0.25% | 0.32% |
| 4/29/2013 | 0.73% | 2.59% |
| 4/30/2013 | 0.41% | 2.35% |
| 5/1/2013 | -1.07% | -0.99% |
| 5/2/2013 | 0.94% | -0.49% |
| 5/3/2013 | 1.03% | 1.11% |
| 5/6/2013 | 0.26% | 2.67% |
| 5/7/2013 | 0.51% | 1.24% |
| 5/8/2013 | 0.50% | 0.85% |
| 5/9/2013 | -0.37% | -0.01% |
| 5/10/2013 | 0.47% | 1.13% |
| 5/13/2013 | -0.06% | 2.62% |
| 5/14/2013 | 0.93% | -3.87% |
| 5/15/2013 | 0.39% | -0.18% |
| 5/16/2013 | -0.46% | -0.13% |
| 5/17/2013 | 0.94% | 0.39% |
| 5/20/2013 | 0.06% | 1.51% |
| 5/21/2013 | 0.16% | -0.64% |
| 5/22/2013 | -0.97% | -1.15% |
| 5/23/2013 | -0.24% | -0.46% |
| 5/24/2013 | -0.10% | 1.03% |
| 5/28/2013 | 0.63% | -1.25% |
| 5/29/2013 | -0.70% | 0.67% |
| 5/30/2013 | 0.42% | -1.20% |
| 5/31/2013 | -1.37% | -0.64% |
| 6/3/2013 | 0.46% | 0.69% |
| 6/4/2013 | -0.56% | 0.70% |
| 6/5/2013 | -1.35% | -1.61% |
| 6/6/2013 | 0.89% | 0.26% |
| 6/7/2013 | 1.13% | 0.52% |
| 6/10/2013 | 0.02% | 0.23% |
| 6/11/2013 | -1.09% | -1.70% |
| 6/12/2013 | -0.82% | -0.33% |
| 6/13/2013 | 1.49% | 1.00% |
| 6/14/2013 | -0.54% | 0.59% |
| 6/17/2013 | 0.72% | 1.19% |

Exhibit-3
Feinstein BlackBerry Loss Causation and Damages Report

## Exhibit-7

### Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 6/18/2013 | 0.73% | 2.25% |
| 6/19/2013 | -1.35% | -1.15% |
| 6/20/2013 | -2.61% | -0.99% |
| 6/21/2013 | 0.14% | 0.90% |
| 6/24/2013 | -1.24% | -3.02% |
| 6/25/2013 | 1.03% | 0.54% |
| 6/26/2013 | 0.89% | 0.34% |
| 6/27/2013 | 0.81% | -1.83% |
| 6/28/2013 | -0.28% | -0.57% |
| 7/1/2013 | 0.67% | 3.15% |
| 7/2/2013 | -0.14% | 0.74% |
| 7/3/2013 | 0.04% | 1.57% |
| 7/5/2013 | 0.90% | 1.50% |
| 7/8/2013 | 0.52% | 0.33% |
| 7/9/2013 | 0.77% | 1.95% |
| 7/10/2013 | 0.06% | -1.15% |
| 7/11/2013 | 1.45% | 1.61% |
| 7/12/2013 | 0.25% | -0.81% |
| 7/15/2013 | 0.23% | -0.25% |
| 7/16/2013 | -0.38% | -1.14% |
| 7/17/2013 | 0.30% | 0.51% |
| 7/18/2013 | 0.54% | 0.04% |
| 7/19/2013 | 0.15% | -0.92% |
| 7/22/2013 | 0.28% | -0.71% |
| 7/23/2013 | -0.12% | -0.48% |
| 7/24/2013 | -0.49% | 2.90% |
| 7/25/2013 | 0.40% | 0.27% |
| 7/26/2013 | 0.01% | -0.21% |
| 7/29/2013 | -0.38% | 0.27% |
| 7/30/2013 | 0.04% | 0.74% |
| 7/31/2013 | 0.02% | -0.59% |
| 8/1/2013 | 1.22% | 0.84% |
| 8/2/2013 | 0.13% | 0.77% |
| 8/5/2013 | -0.07% | 2.72% |
| 8/6/2013 | -0.66% | -1.42% |
| 8/7/2013 | -0.45% | 0.34% |
| 8/8/2013 | 0.54% | 0.51% |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

### Exhibit-7

**Market and Sector Index Returns**

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/9/2013 | -0.19% | -0.35% |
| 8/12/2013 | -0.01% | 1.53% |
| 8/13/2013 | 0.15% | 2.11% |
| 8/14/2013 | -0.41% | 1.15% |
| 8/15/2013 | -1.30% | -0.90% |
| 8/16/2013 | -0.29% | 0.81% |
| 8/19/2013 | -0.71% | 0.42% |
| 8/20/2013 | 0.57% | -1.52% |
| 8/21/2013 | -0.62% | -0.24% |
| 8/22/2013 | 0.91% | 1.17% |
| 8/23/2013 | 0.44% | 0.29% |
| 8/26/2013 | -0.28% | 0.31% |
| 8/27/2013 | -1.64% | -3.65% |
| 8/28/2013 | 0.26% | -0.01% |
| 8/29/2013 | 0.32% | 0.46% |
| 8/30/2013 | -0.48% | -1.72% |
| 9/3/2013 | 0.45% | 14.65% |
| 9/4/2013 | 0.76% | 3.04% |
| 9/5/2013 | 0.18% | 1.15% |
| 9/6/2013 | 0.11% | -0.80% |
| 9/9/2013 | 1.08% | 2.17% |
| 9/10/2013 | 0.72% | 0.13% |
| 9/11/2013 | 0.27% | -0.16% |
| 9/12/2013 | -0.40% | 3.90% |
| 9/13/2013 | 0.27% | -0.43% |
| 9/16/2013 | 0.51% | -2.96% |
| 9/17/2013 | 0.50% | 0.81% |
| 9/18/2013 | 1.25% | 4.44% |
| 9/19/2013 | -0.11% | 0.67% |
| 9/20/2013 | -0.73% | -1.35% |
| 9/23/2013 | -0.42% | 3.12% |
| 9/24/2013 | -0.12% | -0.84% |
| 9/25/2013 | -0.17% | -0.39% |
| 9/26/2013 | 0.40% | 0.56% |
| 9/27/2013 | -0.36% | -0.21% |
| 9/30/2013 | -0.49% | -1.77% |
| 10/1/2013 | 0.87% | 2.01% |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

### Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 10/2/2013 | -0.07% | 0.24% |
| 10/3/2013 | -0.87% | -0.02% |
| 10/4/2013 | 0.67% | 0.11% |
| 10/7/2013 | -0.85% | -0.18% |
| 10/8/2013 | -1.32% | -1.00% |
| 10/9/2013 | -0.05% | -0.25% |
| 10/10/2013 | 2.08% | 1.00% |
| 10/11/2013 | 0.69% | 0.85% |
| 10/14/2013 | 0.41% | 0.10% |
| 10/15/2013 | -0.69% | 2.50% |
| 10/16/2013 | 1.27% | 1.03% |
| 10/17/2013 | 0.77% | 0.97% |
| 10/18/2013 | 0.69% | 0.64% |
| 10/21/2013 | 0.01% | 1.22% |
| 10/22/2013 | 0.55% | 1.25% |
| 10/23/2013 | -0.53% | 0.08% |
| 10/24/2013 | 0.40% | -0.30% |
| 10/25/2013 | 0.31% | -1.83% |
| 10/28/2013 | 0.03% | -1.21% |
| 10/29/2013 | 0.44% | 3.86% |
| 10/30/2013 | -0.57% | 1.92% |
| 10/31/2013 | -0.35% | -0.14% |
| 11/1/2013 | 0.14% | -0.32% |
| 11/4/2013 | 0.43% | 1.49% |
| 11/5/2013 | -0.30% | -0.45% |
| 11/6/2013 | 0.30% | 1.15% |
| 11/7/2013 | -1.40% | -3.14% |
| 11/8/2013 | 1.23% | 1.51% |
| 11/11/2013 | 0.10% | 0.44% |
| 11/12/2013 | -0.22% | -0.10% |
| 11/13/2013 | 0.85% | 1.54% |
| 11/14/2013 | 0.46% | 0.41% |
| 11/15/2013 | 0.44% | 0.40% |
| 11/18/2013 | -0.46% | -0.23% |
| 11/19/2013 | -0.34% | -1.54% |
| 11/20/2013 | -0.33% | 0.46% |
| 11/21/2013 | 0.86% | 0.66% |

**Exhibit-3**

**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-7

### Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/22/2013 | 0.46% | 0.75% |
| 11/25/2013 | -0.14% | 0.44% |
| 11/26/2013 | 0.11% | -0.13% |
| 11/27/2013 | 0.27% | 1.67% |
| 11/29/2013 | 0.02% | 1.23% |
| 12/2/2013 | -0.37% | -1.00% |
| 12/3/2013 | -0.37% | 0.36% |
| 12/4/2013 | -0.10% | 0.46% |
| 12/5/2013 | -0.35% | -0.82% |
| 12/6/2013 | 0.96% | 0.28% |
| 12/9/2013 | 0.19% | 1.32% |
| 12/10/2013 | -0.28% | -0.58% |
| 12/11/2013 | -1.21% | -1.58% |
| 12/12/2013 | -0.26% | -0.20% |
| 12/13/2013 | 0.13% | -1.66% |
| 12/16/2013 | 0.64% | -0.25% |
| 12/17/2013 | -0.23% | -0.90% |
| 12/18/2013 | 1.44% | 1.98% |
| 12/19/2013 | -0.10% | -0.44% |
| 12/20/2013 | 0.69% | 0.93% |
| 12/23/2013 | 0.62% | 1.77% |
| 12/24/2013 | 0.35% | 0.04% |
| 12/26/2013 | 0.40% | 0.05% |
| 12/27/2013 | -0.01% | 0.74% |
| 12/30/2013 | 0.03% | -0.94% |
| 12/31/2013 | 0.42% | 1.33% |

**Sources:** CRSP.

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

# Exhibit-8

## BlackBerry Common Stock Regression Results

Estimation Period: 19 September 2012 through 20 September 2013

| Regression Statistics | |
|---|---|
| R Squared | 0.427 |
| Adjusted R Squared | 0.405 |
| Standard Error | 3.74% |
| Observations | 252 |

| | Coefficients | Standard Error | $t$-statistic |
|---|---|---|---|
| Intercept | 0.27% | 0.24% | 1.12 |
| Market Index | 0.592 | 36.95% | 1.60 |
| Sector Index | 0.292 | 11.75% | 2.49 |
| 28 September 2012 | 5.75% | 3.76% | 1.53 |
| 21 December 2012 | -24.81% | 3.76% | -6.60 |
| 28 March 2013 | -0.77% | 3.76% | -0.21 |
| 11 April 2013 | -8.32% | 3.75% | -2.22 |
| 28 June 2013 | -32.46% | 3.75% | -8.66 |
| 12 August 2013 | 9.23% | 3.75% | 2.46 |
| 20 September 2013 | -18.15% | 3.76% | -4.83 |

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 270 of 783 PAGEID #: 7003

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

**Exhibit-9**
**BlackBerry Event Study Results**

| Date | BlackBerry Closing Price | BlackBerry Prior Day Closing Price | BlackBerry Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | BlackBerry Explained Return | BlackBerry Residual Return | $t$-statistic | BlackBerry Residual Dollar Return |
|---|---|---|---|---|---|---|---|---|---|
| 11 April 2013 | $13.55 | $14.69 | -8.08% | 0.32% | -0.73% | 0.24% | -8.32% | -2.23 | -$1.17 |
| 28 June 2013 | $10.46 | $14.48 | -32.52% | -0.28% | -0.57% | -0.06% | -32.46% | -8.68 | -$4.01 |
| 12 August 2013 | $10.78 | $9.76 | 9.94% | -0.01% | 1.53% | 0.71% | 9.23% | 2.47 | $0.94 |
| 20 September 2013 | $8.73 | $10.52 | -18.71% | -0.73% | -1.35% | -0.56% | -18.15% | -4.85 | -$1.75 |

**Note:**
Significance at the 5% significance level (95% confidence level) is indicated by a $t$-statistic greater than 1.96 or less than -1.96.

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-10

**Artificial Inflation Ribbon**

28 March 2013 to
20 September 2013

| Date | Inflation |
|---|---|
| 3/28/2013 | $5.89 |
| 4/1/2013 | $5.89 |
| 4/2/2013 | $5.89 |
| 4/3/2013 | $5.89 |
| 4/4/2013 | $5.89 |
| 4/5/2013 | $5.89 |
| 4/8/2013 | $5.89 |
| 4/9/2013 | $5.89 |
| 4/10/2013 | $5.89 |
| 4/11/2013 | $4.72 |
| 4/12/2013 | $4.72 |
| 4/15/2013 | $4.72 |
| 4/16/2013 | $4.72 |
| 4/17/2013 | $4.72 |
| 4/18/2013 | $4.72 |
| 4/19/2013 | $4.72 |
| 4/22/2013 | $4.72 |
| 4/23/2013 | $4.72 |
| 4/24/2013 | $4.72 |
| 4/25/2013 | $4.72 |
| 4/26/2013 | $4.72 |
| 4/29/2013 | $4.72 |
| 4/30/2013 | $4.72 |
| 5/1/2013 | $4.72 |
| 5/2/2013 | $4.72 |
| 5/3/2013 | $4.72 |
| 5/6/2013 | $4.72 |
| 5/7/2013 | $4.72 |
| 5/8/2013 | $4.72 |
| 5/9/2013 | $4.72 |
| 5/10/2013 | $4.72 |
| 5/13/2013 | $4.72 |
| 5/14/2013 | $4.72 |
| 5/15/2013 | $4.72 |
| 5/16/2013 | $4.72 |
| 5/17/2013 | $4.72 |
| 5/20/2013 | $4.72 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-10

### Artificial Inflation Ribbon

28 March 2013 to
20 September 2013

| Date | Inflation |
|---|---|
| 5/21/2013 | $4.72 |
| 5/22/2013 | $4.72 |
| 5/23/2013 | $4.72 |
| 5/24/2013 | $4.72 |
| 5/28/2013 | $4.72 |
| 5/29/2013 | $4.72 |
| 5/30/2013 | $4.72 |
| 5/31/2013 | $4.72 |
| 6/3/2013 | $4.72 |
| 6/4/2013 | $4.72 |
| 6/5/2013 | $4.72 |
| 6/6/2013 | $4.72 |
| 6/7/2013 | $4.72 |
| 6/10/2013 | $4.72 |
| 6/11/2013 | $4.72 |
| 6/12/2013 | $4.72 |
| 6/13/2013 | $4.72 |
| 6/14/2013 | $4.72 |
| 6/17/2013 | $4.72 |
| 6/18/2013 | $4.72 |
| 6/19/2013 | $4.72 |
| 6/20/2013 | $4.72 |
| 6/21/2013 | $4.72 |
| 6/24/2013 | $4.72 |
| 6/25/2013 | $4.72 |
| 6/26/2013 | $4.72 |
| 6/27/2013 | $4.72 |
| 6/28/2013 | $0.81 |
| 7/1/2013 | $0.81 |
| 7/2/2013 | $0.81 |
| 7/3/2013 | $0.81 |
| 7/5/2013 | $0.81 |
| 7/8/2013 | $0.81 |
| 7/9/2013 | $0.81 |
| 7/10/2013 | $0.81 |
| 7/11/2013 | $0.81 |
| 7/12/2013 | $0.81 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-10

### Artificial Inflation Ribbon

28 March 2013 to
20 September 2013

| Date | Inflation |
| --- | --- |
| 7/15/2013 | $0.81 |
| 7/16/2013 | $0.81 |
| 7/17/2013 | $0.81 |
| 7/18/2013 | $0.81 |
| 7/19/2013 | $0.81 |
| 7/22/2013 | $0.81 |
| 7/23/2013 | $0.81 |
| 7/24/2013 | $0.81 |
| 7/25/2013 | $0.81 |
| 7/26/2013 | $0.81 |
| 7/29/2013 | $0.81 |
| 7/30/2013 | $0.81 |
| 7/31/2013 | $0.81 |
| 8/1/2013 | $0.81 |
| 8/2/2013 | $0.81 |
| 8/5/2013 | $0.81 |
| 8/6/2013 | $0.81 |
| 8/7/2013 | $0.81 |
| 8/8/2013 | $0.81 |
| 8/9/2013 | $0.81 |
| 8/12/2013 | $1.75 |
| 8/13/2013 | $1.75 |
| 8/14/2013 | $1.75 |
| 8/15/2013 | $1.75 |
| 8/16/2013 | $1.75 |
| 8/19/2013 | $1.75 |
| 8/20/2013 | $1.75 |
| 8/21/2013 | $1.75 |
| 8/22/2013 | $1.75 |
| 8/23/2013 | $1.75 |
| 8/26/2013 | $1.75 |
| 8/27/2013 | $1.75 |
| 8/28/2013 | $1.75 |
| 8/29/2013 | $1.75 |
| 8/30/2013 | $1.75 |
| 9/3/2013 | $1.75 |
| 9/4/2013 | $1.75 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

# Exhibit-10

### Artificial Inflation Ribbon

28 March 2013 to
20 September 2013

| Date | Inflation |
|---|---|
| 9/5/2013 | $1.75 |
| 9/6/2013 | $1.75 |
| 9/9/2013 | $1.75 |
| 9/10/2013 | $1.75 |
| 9/11/2013 | $1.75 |
| 9/12/2013 | $1.75 |
| 9/13/2013 | $1.75 |
| 9/16/2013 | $1.75 |
| 9/17/2013 | $1.75 |
| 9/18/2013 | $1.75 |
| 9/19/2013 | $1.75 |
| 9/20/2013 | - |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 6/1/2012 | $10.26 |
| 6/4/2012 | $9.66 |
| 6/5/2012 | $9.99 |
| 6/6/2012 | $10.34 |
| 6/7/2012 | $10.72 |
| 6/8/2012 | $10.88 |
| 6/11/2012 | $10.36 |
| 6/12/2012 | $10.61 |
| 6/13/2012 | $10.67 |
| 6/14/2012 | $10.40 |
| 6/15/2012 | $10.89 |
| 6/18/2012 | $10.60 |
| 6/19/2012 | $10.75 |
| 6/20/2012 | $10.33 |
| 6/21/2012 | $10.07 |
| 6/22/2012 | $9.86 |
| 6/25/2012 | $9.11 |
| 6/26/2012 | $8.97 |
| 6/27/2012 | $9.18 |
| 6/28/2012 | $9.13 |
| 6/29/2012 | $7.39 |
| 7/2/2012 | $7.49 |
| 7/3/2012 | $7.35 |
| 7/5/2012 | $7.69 |
| 7/6/2012 | $8.10 |
| 7/9/2012 | $7.67 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 7/10/2012 | $7.29 |
| 7/11/2012 | $7.40 |
| 7/12/2012 | $7.42 |
| 7/13/2012 | $7.25 |
| 7/16/2012 | $7.00 |
| 7/17/2012 | $6.92 |
| 7/18/2012 | $6.95 |
| 7/19/2012 | $6.96 |
| 7/20/2012 | $6.78 |
| 7/23/2012 | $6.86 |
| 7/24/2012 | $6.93 |
| 7/25/2012 | $6.81 |
| 7/26/2012 | $6.97 |
| 7/27/2012 | $7.38 |
| 7/30/2012 | $7.23 |
| 7/31/2012 | $7.15 |
| 8/1/2012 | $7.12 |
| 8/2/2012 | $6.95 |
| 8/3/2012 | $6.99 |
| 8/6/2012 | $7.26 |
| 8/7/2012 | $7.31 |
| 8/8/2012 | $7.62 |
| 8/9/2012 | $7.80 |
| 8/10/2012 | $8.29 |
| 8/13/2012 | $8.07 |
| 8/14/2012 | $7.56 |
| 8/15/2012 | $7.52 |
| 8/16/2012 | $7.50 |
| 8/17/2012 | $7.47 |
| 8/20/2012 | $7.35 |
| 8/21/2012 | $7.16 |
| 8/22/2012 | $7.07 |
| 8/23/2012 | $7.07 |
| 8/24/2012 | $6.94 |
| 8/27/2012 | $7.07 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

### BlackBerry Common
### Stock Prices

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
| --- | --- |
| 8/28/2012 | $7.02 |
| 8/29/2012 | $6.91 |
| 8/30/2012 | $6.71 |
| 8/31/2012 | $6.69 |
| 9/4/2012 | $6.65 |
| 9/5/2012 | $6.52 |
| 9/6/2012 | $6.72 |
| 9/7/2012 | $7.19 |
| 9/10/2012 | $7.15 |
| 9/11/2012 | $7.46 |
| 9/12/2012 | $7.42 |
| 9/13/2012 | $7.43 |
| 9/14/2012 | $7.56 |
| 9/17/2012 | $7.25 |
| 9/18/2012 | $7.42 |
| 9/19/2012 | $7.21 |
| 9/20/2012 | $6.91 |
| 9/21/2012 | $6.46 |
| 9/24/2012 | $6.31 |
| 9/25/2012 | $6.60 |
| 9/26/2012 | $7.00 |
| 9/27/2012 | $7.14 |
| 9/28/2012 | $7.50 |
| 10/1/2012 | $7.86 |
| 10/2/2012 | $8.27 |
| 10/3/2012 | $8.06 |
| 10/4/2012 | $8.23 |
| 10/5/2012 | $8.22 |
| 10/8/2012 | $8.24 |
| 10/9/2012 | $7.80 |
| 10/10/2012 | $7.76 |
| 10/11/2012 | $7.91 |
| 10/12/2012 | $7.80 |
| 10/15/2012 | $7.80 |
| 10/16/2012 | $7.83 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common**
**Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 10/17/2012 | $7.99 |
| 10/18/2012 | $7.84 |
| 10/19/2012 | $7.76 |
| 10/22/2012 | $7.69 |
| 10/23/2012 | $7.62 |
| 10/24/2012 | $7.52 |
| 10/25/2012 | $7.71 |
| 10/26/2012 | $7.57 |
| 10/31/2012 | $7.93 |
| 11/1/2012 | $8.70 |
| 11/2/2012 | $8.71 |
| 11/5/2012 | $8.90 |
| 11/6/2012 | $9.06 |
| 11/7/2012 | $8.24 |
| 11/8/2012 | $8.20 |
| 11/9/2012 | $8.54 |
| 11/12/2012 | $8.81 |
| 11/13/2012 | $8.40 |
| 11/14/2012 | $8.49 |
| 11/15/2012 | $8.79 |
| 11/16/2012 | $9.20 |
| 11/19/2012 | $9.59 |
| 11/20/2012 | $9.71 |
| 11/21/2012 | $10.26 |
| 11/23/2012 | $11.66 |
| 11/26/2012 | $11.98 |
| 11/27/2012 | $10.72 |
| 11/28/2012 | $11.10 |
| 11/29/2012 | $11.54 |
| 11/30/2012 | $11.60 |
| 12/3/2012 | $11.60 |
| 12/4/2012 | $11.56 |
| 12/5/2012 | $11.94 |
| 12/6/2012 | $11.89 |
| 12/7/2012 | $12.01 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common**
**Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 12/10/2012 | $11.88 |
| 12/11/2012 | $12.60 |
| 12/12/2012 | $13.31 |
| 12/13/2012 | $13.86 |
| 12/14/2012 | $14.04 |
| 12/17/2012 | $13.93 |
| 12/18/2012 | $13.72 |
| 12/19/2012 | $13.63 |
| 12/20/2012 | $14.12 |
| 12/21/2012 | $10.91 |
| 12/24/2012 | $10.61 |
| 12/26/2012 | $11.83 |
| 12/27/2012 | $11.76 |
| 12/28/2012 | $11.79 |
| 12/31/2012 | $11.87 |
| 1/2/2013 | $11.72 |
| 1/3/2013 | $11.47 |
| 1/4/2013 | $11.95 |
| 1/7/2013 | $11.95 |
| 1/8/2013 | $11.91 |
| 1/9/2013 | $11.49 |
| 1/10/2013 | $11.92 |
| 1/11/2013 | $13.56 |
| 1/14/2013 | $14.95 |
| 1/15/2013 | $14.48 |
| 1/16/2013 | $14.74 |
| 1/17/2013 | $14.91 |
| 1/18/2013 | $15.84 |
| 1/22/2013 | $17.90 |
| 1/23/2013 | $17.35 |
| 1/24/2013 | $17.74 |
| 1/25/2013 | $17.54 |
| 1/28/2013 | $16.18 |
| 1/29/2013 | $15.66 |
| 1/30/2013 | $13.78 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 1/31/2013 | $12.98 |
| 2/1/2013 | $13.03 |
| 2/4/2013 | $14.98 |
| 2/5/2013 | $16.02 |
| 2/6/2013 | $16.05 |
| 2/7/2013 | $16.96 |
| 2/8/2013 | $16.49 |
| 2/11/2013 | $15.73 |
| 2/12/2013 | $15.20 |
| 2/13/2013 | $13.99 |
| 2/14/2013 | $15.07 |
| 2/15/2013 | $14.16 |
| 2/19/2013 | $14.36 |
| 2/20/2013 | $13.71 |
| 2/21/2013 | $13.88 |
| 2/22/2013 | $13.18 |
| 2/25/2013 | $13.25 |
| 2/26/2013 | $13.06 |
| 2/27/2013 | $13.25 |
| 2/28/2013 | $13.36 |
| 3/1/2013 | $13.26 |
| 3/4/2013 | $12.81 |
| 3/5/2013 | $12.58 |
| 3/6/2013 | $13.35 |
| 3/7/2013 | $13.22 |
| 3/8/2013 | $13.06 |
| 3/11/2013 | $14.90 |
| 3/12/2013 | $14.47 |
| 3/13/2013 | $15.65 |
| 3/14/2013 | $15.06 |
| 3/15/2013 | $14.99 |
| 3/18/2013 | $15.02 |
| 3/19/2013 | $15.03 |
| 3/20/2013 | $16.00 |
| 3/21/2013 | $16.16 |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

# Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|------|--------------------------|
| 3/22/2013 | $14.91 |
| 3/25/2013 | $14.23 |
| 3/26/2013 | $14.46 |
| 3/27/2013 | $14.57 |
| 3/28/2013 | $14.45 |
| 4/1/2013 | $15.11 |
| 4/2/2013 | $15.14 |
| 4/3/2013 | $15.03 |
| 4/4/2013 | $14.99 |
| 4/5/2013 | $14.70 |
| 4/8/2013 | $14.67 |
| 4/9/2013 | $14.85 |
| 4/10/2013 | $14.69 |
| 4/11/2013 | $13.55 |
| 4/12/2013 | $13.64 |
| 4/15/2013 | $13.71 |
| 4/16/2013 | $13.92 |
| 4/17/2013 | $13.91 |
| 4/18/2013 | $13.50 |
| 4/19/2013 | $13.84 |
| 4/22/2013 | $13.99 |
| 4/23/2013 | $14.33 |
| 4/24/2013 | $14.90 |
| 4/25/2013 | $14.81 |
| 4/26/2013 | $15.02 |
| 4/29/2013 | $15.61 |
| 4/30/2013 | $16.29 |
| 5/1/2013 | $15.80 |
| 5/2/2013 | $15.70 |
| 5/3/2013 | $15.63 |
| 5/6/2013 | $15.57 |
| 5/7/2013 | $14.82 |
| 5/8/2013 | $14.90 |
| 5/9/2013 | $15.39 |
| 5/10/2013 | $15.54 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 5/13/2013 | $15.88 |
| 5/14/2013 | $15.25 |
| 5/15/2013 | $15.00 |
| 5/16/2013 | $14.69 |
| 5/17/2013 | $14.62 |
| 5/20/2013 | $14.98 |
| 5/21/2013 | $14.77 |
| 5/22/2013 | $14.46 |
| 5/23/2013 | $14.43 |
| 5/24/2013 | $14.48 |
| 5/28/2013 | $14.36 |
| 5/29/2013 | $14.17 |
| 5/30/2013 | $14.42 |
| 5/31/2013 | $13.96 |
| 6/3/2013 | $13.61 |
| 6/4/2013 | $13.54 |
| 6/5/2013 | $13.63 |
| 6/6/2013 | $13.71 |
| 6/7/2013 | $13.86 |
| 6/10/2013 | $13.95 |
| 6/11/2013 | $13.66 |
| 6/12/2013 | $13.56 |
| 6/13/2013 | $14.42 |
| 6/14/2013 | $14.44 |
| 6/17/2013 | $14.30 |
| 6/18/2013 | $14.84 |
| 6/19/2013 | $14.18 |
| 6/20/2013 | $13.98 |
| 6/21/2013 | $13.78 |
| 6/24/2013 | $14.10 |
| 6/25/2013 | $14.56 |
| 6/26/2013 | $14.91 |
| 6/27/2013 | $14.48 |
| 6/28/2013 | $10.46 |
| 7/1/2013 | $10.29 |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 7/2/2013 | $9.70 |
| 7/3/2013 | $9.65 |
| 7/5/2013 | $9.55 |
| 7/8/2013 | $9.55 |
| 7/9/2013 | $9.64 |
| 7/10/2013 | $9.28 |
| 7/11/2013 | $9.33 |
| 7/12/2013 | $9.24 |
| 7/15/2013 | $9.37 |
| 7/16/2013 | $9.13 |
| 7/17/2013 | $9.24 |
| 7/18/2013 | $9.12 |
| 7/19/2013 | $8.97 |
| 7/22/2013 | $9.08 |
| 7/23/2013 | $9.02 |
| 7/24/2013 | $9.00 |
| 7/25/2013 | $8.98 |
| 7/26/2013 | $8.88 |
| 7/29/2013 | $8.67 |
| 7/30/2013 | $8.70 |
| 7/31/2013 | $8.84 |
| 8/1/2013 | $8.76 |
| 8/2/2013 | $8.92 |
| 8/5/2013 | $9.58 |
| 8/6/2013 | $9.57 |
| 8/7/2013 | $9.21 |
| 8/8/2013 | $9.23 |
| 8/9/2013 | $9.76 |
| 8/12/2013 | $10.78 |
| 8/13/2013 | $10.93 |
| 8/14/2013 | $11.04 |
| 8/15/2013 | $10.96 |
| 8/16/2013 | $10.51 |
| 8/19/2013 | $10.32 |
| 8/20/2013 | $10.54 |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|------|--------------------------|
| 8/21/2013 | $10.25 |
| 8/22/2013 | $10.19 |
| 8/23/2013 | $10.34 |
| 8/26/2013 | $10.42 |
| 8/27/2013 | $10.03 |
| 8/28/2013 | $10.30 |
| 8/29/2013 | $10.26 |
| 8/30/2013 | $10.12 |
| 9/3/2013 | $10.21 |
| 9/4/2013 | $10.75 |
| 9/5/2013 | $11.00 |
| 9/6/2013 | $10.84 |
| 9/9/2013 | $11.53 |
| 9/10/2013 | $10.94 |
| 9/11/2013 | $10.43 |
| 9/12/2013 | $10.43 |
| 9/13/2013 | $10.28 |
| 9/16/2013 | $10.32 |
| 9/17/2013 | $10.56 |
| 9/18/2013 | $10.40 |
| 9/19/2013 | $10.52 |
| 9/20/2013 | $8.73 |
| 9/23/2013 | $8.82 |
| 9/24/2013 | $8.53 |
| 9/25/2013 | $8.01 |
| 9/26/2013 | $7.95 |
| 9/27/2013 | $8.03 |
| 9/30/2013 | $7.95 |
| 10/1/2013 | $7.92 |
| 10/2/2013 | $7.96 |
| 10/3/2013 | $7.73 |
| 10/4/2013 | $7.69 |
| 10/7/2013 | $7.97 |
| 10/8/2013 | $7.98 |
| 10/9/2013 | $8.11 |

**Exhibit-3**
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common**
**Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 10/10/2013 | $8.20 |
| 10/11/2013 | $8.07 |
| 10/14/2013 | $8.14 |
| 10/15/2013 | $8.15 |
| 10/16/2013 | $8.13 |
| 10/17/2013 | $8.20 |
| 10/18/2013 | $8.38 |
| 10/21/2013 | $8.25 |
| 10/22/2013 | $8.24 |
| 10/23/2013 | $8.15 |
| 10/24/2013 | $8.25 |
| 10/25/2013 | $8.23 |
| 10/28/2013 | $8.20 |
| 10/29/2013 | $8.32 |
| 10/30/2013 | $8.14 |
| 10/31/2013 | $7.93 |
| 11/1/2013 | $7.77 |
| 11/4/2013 | $6.50 |
| 11/5/2013 | $6.67 |
| 11/6/2013 | $6.66 |
| 11/7/2013 | $6.51 |
| 11/8/2013 | $6.56 |
| 11/11/2013 | $6.49 |
| 11/12/2013 | $6.48 |
| 11/13/2013 | $6.52 |
| 11/14/2013 | $6.48 |
| 11/15/2013 | $6.43 |
| 11/18/2013 | $6.17 |
| 11/19/2013 | $6.08 |
| 11/20/2013 | $6.08 |
| 11/21/2013 | $6.04 |
| 11/22/2013 | $6.24 |
| 11/25/2013 | $6.25 |
| 11/26/2013 | $6.36 |
| 11/27/2013 | $6.38 |

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**

## Exhibit-11

**BlackBerry Common
Stock Prices**

1 June 2012 through
31 December 2013

| Date | BlackBerry Closing Price |
|---|---|
| 11/29/2013 | $6.33 |
| 12/2/2013 | $6.41 |
| 12/3/2013 | $6.30 |
| 12/4/2013 | $6.14 |
| 12/5/2013 | $5.90 |
| 12/6/2013 | $5.88 |
| 12/9/2013 | $5.75 |
| 12/10/2013 | $5.97 |
| 12/11/2013 | $5.97 |
| 12/12/2013 | $5.91 |
| 12/13/2013 | $6.08 |
| 12/16/2013 | $6.20 |
| 12/17/2013 | $6.11 |
| 12/18/2013 | $6.06 |
| 12/19/2013 | $6.25 |
| 12/20/2013 | $7.22 |
| 12/23/2013 | $7.47 |
| 12/24/2013 | $7.73 |
| 12/26/2013 | $7.06 |
| 12/27/2013 | $7.30 |
| 12/30/2013 | $7.26 |
| 12/31/2013 | $7.44 |

**Source:** CRSP.

### Exhibit-3
### Feinstein BlackBerry Loss Causation and Damages Report



### Exhibit-12
### BlackBerry Stock Price 1 June 2012 to 27 March 2013

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**



**Exhibit-13**
**BlackBerry Stock Price 28 March 2013 to 20 September 2013**

Exhibit-3
**Feinstein BlackBerry Loss Causation and Damages Report**



**Exhibit-14**
**BlackBerry Stock Price 20 September 2013 to 31 December 2013**

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION (TOLEDO)

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND; SEIU PENSION PLANS MASTER TRUST; and WEST VIRGINIA LABORERS PENSION TRUST FUND, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) | No. 3:05-cv-07393-JGC **(Consolidated for Discovery Purposes Only)** CLASS ACTION |
| Plaintiffs, | ) ) | Senior Judge James G. Carr |
| vs. | ) ) | |
| MICHAEL J. BURNS and ROBERT C. RICHTER, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| HAWAII IRONWORKERS ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | No. 3:10-cv-00371-JGC CLASS ACTION |
| Plaintiff, | ) ) | Senior Judge James G. Carr |
| vs. | ) ) | |
| BERNARD N. COLE, et al., | ) ) | |
| Defendants. | ) ) ) | |

REPORT OF

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

August 4, 2014

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

## TABLE OF CONTENTS

INTRODUCTION AND SCOPE ................................................................................................1

CREDENTIALS ........................................................................................................................2

CONCLUSIONS.........................................................................................................................4

FACTUAL BACKGROUND .....................................................................................................5

  About the Company ............................................................................................................ 5

  Summary of Plaintiffs' Allegations .................................................................................. 6

  Timeline of Events ............................................................................................................ 8

    21 April 2004:  Dana Corp. Announces Q1 2004 Financial Results                         8

    9 July 2004: Dana Corp. Agrees to Sell its Automotive Aftermarket Group            12

    21 July 2004:  Dana Corp. Announces Q2 2004 Financial Results                         12

    13 October 2004:  Dana Corp. Announces Reduced 2004 EPS Guidance                15

    20 October 2004:  Dana Corp. Announces Q3 2004 Financial Results                    17

    2 November 2004:  Dana Lowers the Price of the Automotive Aftermarket Group      19

    13 January 2005:  Dana Corp. Announces Fiscal Year 2005 Financial Guidance       19

    23 February 2005:  Dana Corp. Announces Q4 and Fiscal Year 2004 Financial Results    20

    23 March 2005:  Dana Corp. Revises 2005 EPS Outlook                                   22

    20 April 2005:  Dana Corp. Announces Q1 2005 Financial Results                        23

    20 July 2005:  Dana Corp. Announces Q2 2005 Financial Results                         24

    15 September 2005:  Dana Corp. Revises 2005 Earnings Guidance and Announces Possible Restatement                                                                                      26

    10 October 2005:  Dana Expands the Restatement Period, Admits to Deficient Internal Controls, Withdraws Guidance, and Plans Deferred Tax Asset Write Off          29

LOSS CAUSATION....................................................................................................................31

  Financial Principles........................................................................................................... 31

    Earnings and Profitability                                                                            31

    Accounting Reliability and Financial Controls                                               32

    Reputation Effect, and Negative Valuation Impact of Restatements                 33

  Company Statements Confirm the Importance of the Alleged Misrepresentations, Omissions and Deceptive Conduct .................................................................................. 34

    Earnings and Profitability                                                                            34

    Accurate Accounting and Restatements                                                        36

    Financial Controls                                                                                       36

  Analysts' Statements Confirm the Materiality of the Allegations.......................................... 36

    Earnings and Profitability                                                                            36

    Financial Controls, Accounting Quality, and Management Reputation               38

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

EMPIRICAL CONFIRMATION OF LOSS CAUSATION ..........................................................39

    Event Study........................................................................................................... 40

        Disclosure Events                              40

        Isolating the Impact of Company-Specific Information      41

        *t*-Test             43

    Event Study Results and Analysis: 15 September 2005 ........................................... 43

        Significant Stock Price Decline           43

        Accounting for Potentially Confounding Information      44

    Event Study Analysis: 10 October 2005 ................................................................. 44

        Significant Stock Price Decline           44

        Accounting for Potentially Confounding Information      45

    Event Study Summary ........................................................................................... 46

ARTIFICIAL INFLATION RIBBON.......................................................................................46

    Corrective Disclosures and Dissipation of Artificial Inflation ................................ 46

        Dissipation of Inflation on 10 October 2005      46

        Dissipation of Inflation on 15 September 2005      47

    Estimating Artificial Inflation During the Class Period ........................................... 47

        20 July 2005 to 15 September 2005      47

        20 July 2005      47

        21 April 2004 to 20 July 2005      49

    Inflation Ribbon Summary .................................................................................... 50

PER SHARE DAMAGE FORMULA ........................................................................................51

LIMITING FACTORS AND OTHER ASSUMPTIONS..............................................................53

APPENDIX: LOGARITHMIC RETURNS ..............................................................................54

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

## INTRODUCTION AND SCOPE

1.  I was asked by Robbins Geller Rudman & Dowd LLP, counsel for the Plaintiffs, to determine whether investors who purchased Dana Corporation ("Dana Corp", "Dana" or the "Company") common stock during the Class Period, 21 April 2004 to 7 October 2005, suffered losses as a result of the Defendants' alleged misdeeds described in the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, dated 15 August 2006 ("Plumbers Complaint", or the "Comlaint") and the Class Action Complaint for violation of the Securities Exchange Act of 1934 filed 18 February 2010 ("Hawaii Complaint").[1]  I was also asked to quantify damages sustained, if any, on a per share basis.

2.  Toward these ends, I analyzed a wide variety of information and documents, including Dana press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, Company documents obtained through discovery, the security prices, performance of the overall market, and performance of Dana's peers, as well as other data and documents.  I also reviewed the Plumbers Complaint and Hawaii Complaint, and analyzed the allegations therein.  Additionally, where appropriate, I reviewed documents and testimony obtained during discovery in this matter.  Exhibit-1 lists the data and documents that I received, reviewed and relied upon in the course of this engagement.

3.  This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages.

4.  I reserve the right, in my sole discretion, to make any corrections or additions to my report, and to modify my opinion, should any new or additional information become available.

---

[1] The Plumbers Complaint was filed in the Plumbers & Pipefitters National Pension Fund, *et al.*, v. Michael Burns, *et al.* matter ("Plumbers case").  The defendants in that case are former CEO Michael Burns and former CFO Robert Richter.  It is my understanding that a class of stockholders has been certified in the Plumbers case covering a class period of 21 April 2004 through 10 October 2005.  The Hawaii Complaint was filed in the Hawaii Ironworkers Annuity Trust Fund v. Cole, *et al.* matter ("Hawaii case").  The defendants in that action are Bernard Cole, Douglas Hodge, Robert Steimle and William Hennessey, former senior officers at Dana.  The class period relevant to the Hawaii case is 23 February 2005 through 7 October 2005 but it is my understanding that no class has been certified in the Hawaii case.

1

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

## CREDENTIALS

5. I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

6. I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College.  I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

7. At Babson College I have taught undergraduate and MBA level courses in Valuation, Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods and Security Valuation.  I have also taught executive courses on investments and corporate financial management for numerous corporations.  Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

8. At Babson College, I have held the Chair in Applied Investments and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

9. Prior to my joining the faculty at Babson College, I taught finance at Boston University. Previously, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

10. I have published extensively in the field of finance.  My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, and *Primus*.  I am the author of *Finance and Accounting for Project Management*, published by the American Management Association.  I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management.  I have presented research at the annual conventions of the American

2

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research.  Co-authored papers of mine have been presented at the Eastern Finance Association meetings and the Midwestern Finance Association meetings. A list of all the publications I authored in the previous ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

11. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing.  I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

12. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the Boston Security Analysts Society, where I have served as a member of the education committee and ethics subcommittee.  I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

13. The CFA designation is the premier credential for financial analysts worldwide.  In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards.  For over ten years I taught in the Boston University CFA Review Program and the Boston Security Analysts Society CFA Review Program – two of the leading review programs that prepared candidates for the CFA exams.  In both of these programs I taught candidates at the most advanced level.

14. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant.  Past and present clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers.  As a

3

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

financial consultant, I have conducted analyses and presented opinions related to markets, valuation, and damages in over 50 cases.  Exhibit-3 lists my prior testimony appearances over the past four years.

15. I am the president and founder of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the analysts who assist me on this case. My firm is being compensated at a rate of $715 per hour for my work, and my compensation is neither contingent on my findings nor on the outcome of this matter.

## CONCLUSIONS

16. The alleged misrepresentations, omissions and deceptive conduct caused investors and analysts to overestimate the Company's financial strength and profitability over the course of the Class Period.  Event study analysis, which considered and accounted for potentially confounding information, proves that the alleged misrepresentations, omissions and deceptive conduct consequently caused the price of Dana stock to be artificially inflated. The corrective disclosures, which corrected the market's understanding of the Company's financial condition and profitability, caused the inflation to dissipate, which in turn caused the stock price drop and investor losses.

17. The Company's announcements on 15 September 2005 and 10 October 2005 were both partially corrective disclosures, which together caused the dissipation of artificial inflation totaling $5.79 per share.

18. The artificial inflation in the Company's stock price that was caused by the alleged misrepresentations, omissions and deceptive conduct grew from $0.62 per share at the start of the Class Period to $5.79 per share by the time of the first corrective disclosure. Consistent with generally accepted principles of financial economics, supported by peer-reviewed published research, the stock price declines that were caused by the corrective disclosures comprised revaluations of the Company's stock stemming from changed financial valuation metrics and economics (the direct economic effect), and also from the market's reassessment of management's reputation and investors' loss of confidence therein (the reputation effect).  Artificial inflation attributed to the reputation effect traces back to the start of the Class Period when earnings were first overstated, and is

4

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

reasonably estimated to be proportional to the magnitude of the accumulated earnings overstatements that had accrued by each point in time.

19. Consequently, Defendants' misrepresentations, omissions, and deceptive conduct caused investors to suffer losses of up to $5.79 per share. For each investor, the damage per share depends on when the shares were purchased and if or when those shares were subsequently sold.

## FACTUAL BACKGROUND

### About the Company

20. Throughout the Class Period, Dana Corporation was an original equipment manufacturer ("OEM"), producing axles, drive-shafts, fluid systems, and other integral parts used in light, commercial, and off-highway vehicles.[2] As of the start of the Class Period, Dana Corporation had two strategic business units: the Automotive Systems Group ("ASG") and the Heavy Vehicle Technologies and Systems Group ("HVTSG").[3]

21. In 2004, the Automotive Systems Group's largest market was the North American light-duty market.[4] The division's products were used in vehicles like the Ford F150 pick-up truck and BMW's X3/X5 sport utility vehicles. Ford, DaimlerChrysler, and General Motors were the most significant customers.[5]

22. The HVTSG segment (also referred to as the Commercial Vehicle or Commercial Truck segment) manufactured parts used in commercial and off-highway vehicles. This division's largest customers were PACCAR, Volvo, and International Truck & Engine Corp.[6] All of the defendants in the Hawaii Case worked at either the HVTSG level or the Commercial Vehicle level.

---

[2] Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2003, filed 25 February 2004 p. 3; and Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2004, filed 9 March 2005, p. 3.
[3] Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2004, filed 9 March 2005, p. 3.
[4] *Ibid.*, p. 32.
[5] *Ibid.*, p. 3.
[6] *Ibid.*

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

23. For the fiscal year ended 31 December 2003, Dana reported revenue and earnings of $7.92 billion and $222 million, respectively.[7] Revenue for the ASG and HVTSG segments was $5.93 billion and $1.92 billion, respectively.[8] 2004 earnings had initially been reported to be $82 million on 23 February 2005, but were later restated downward to be $62 million.

24. On 21 April 2004, the beginning of the Class Period, Dana's stock price was $20.80 per share. By the end of trading on 10 October 2005, the Company's stock price had fallen to $6.04 per share, representing a decline of 71.0%, or $14.76 per share, from the start of the Class Period.

25. At the start of the Class Period, Dana's market capitalization (the aggregate value of all outstanding common shares) stood at $3.10 billion.[9] By 10 October 2005, the first trading day following the end of the Class Period, the Company's market capitalization had fallen to $908.3 million. This represents a decline in market capitalization of $2.9 billion, a decline of 70.6% from the Company's peak equity value.

**Summary of Plaintiffs' Allegations**

26. Plaintiffs allege that over the course of the Class Period, Defendants' made misrepresentations and omissions, and engaged in deceptive conduct, regarding the Company's financial controls, its realized earnings, and prospects for future profitability. Specifically, Plaintiffs allege that Defendants concealed deficiencies in internal financial controls,[10] overstated earnings,[11] and provided false and misleading indications of future profitability.

27. For example:

> "The Company's reported financial results during the Class Period were false and materially overstated due to a variety of accounting manipulations made possible by the Company's deficient financial controls as more fully described herein at ¶¶70-90, which manipulations caused the Company's financial statements to be presented in violation of Generally Accepted Accounting Principles ('GAAP'). Defendants have

---

[7] *Ibid*., p. 12.
[8] *Ibid*., p. 32.
[9] Data obtained from CRSP.
[10] Complaint, ¶¶ 70-90.
[11] *Ibid*., ¶ 42.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

> restated these results, thereby admitting that the previously reported financial results for FY04, 1Q05 and 2Q05 were false and misleading when issued, and that the Company's deficient internal financial controls were a material factor contributing to Dana's falsified financial statements."
> **Complaint, ¶ 42.**

28. Among the false and misleading indications of the Company's financial strength and future profitability alleged by Plaintiffs, were 1) the Company's carrying on its books of a substantial deferred tax asset, and 2) the accounting manipulations and unrealistic guidance that seemingly allowed the Company to avoid having to write down the deferred tax asset.

> "Hence, the FY04 and FY05 EPS guidance defendants announced to the market was not premised on the Company's actual operating performance or upon information obtained directly from Dana's customers, but was manipulated to meet the forecasts mandated by Burns and Richter and to continue to support the Company's efforts to avoid writing down its deferred tax assets which increased by more than 75%, from $512 million to $895 million, during the Class Period.  Defendants knew that if they did not continue to represent that Dana's operations were stable and posting healthy net income, the Company would have to take a valuation allowance which would devastate Dana's asset base and cause a concomitant dramatic drop in Dana's credit rating and stock price."
> **Complaint, ¶ 55.**

29. From corrective disclosures on 15 September 2005 and 10 October 2005, investors and analysts learned the truth about the Company's internal controls, financial condition, and future profitability.

30. On 15 September 2005, Dana dramatically lowered 2005 earnings guidance to a range of $90 million to $105 million, or $0.60-$0.70 per share, from $196 million to $219 million, or $1.30-$1.45 per share.[12]  Dana also revealed that, due to inappropriate recognition of customer price increases, it would likely have to downwardly restate its reported earnings for Q2 2005.[13]  Further, Dana disclosed it was considering writing down its $740 million

---

[12] "Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.
[13] *Ibid*.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

deferred tax asset, another admission that going forward Company profitability would be substantially less than previously represented.

31.     On 10 October 2005, the Company admitted it had "material weaknesses in its internal control over financial reporting." Dana announced it would have to restate its financial statements for FY 2004 and Q1 2005, as well as Q2 2005.[14] The Company withdrew its guidance for FY 2005 and postponed its Q3 2005 earnings announcement.[15] Additionally, the Company announced that it would have to write down the value of its deferred tax asset, which not only would have a direct negative impact on future reported earnings, but reflected a severely negative outlook for expected future profitability.

32.     The market's reaction to the Company's disclosures was decidedly negative, as was observable in the negative impact on the stock price, analyst commentary analyzing the news and linking the stock price declines to the disclosures, and with regard to management's credibility and reputation.

33.     Plaintiffs allege that Defendants' prior accounting irregularities, misrepresentations, and omissions misled investors about the true condition of the Company and concealed the extent of the collapse in Company profitability that was ultimately revealed in September and October of 2005.

**Timeline of Events**

34.     A review of the following events provides background and context for understanding the Company's condition and experience during the Class Period.

21 April 2004:  Dana Corp. Announces Q1 2004 Financial Results

35.     On 21 April 2004, prior to the start of trading, Dana announced financial results for Q1 2004.[16] The Company reported revenue of $2.3 billion and earnings of $63 million (excluding unusual items), equivalent to $0.42 of earnings per share ("EPS"), excluding

---

[14] "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.

[15] *Ibid*.

[16] "Dana Corporation Reports Stronger First-Quarter Results Increased Volume and Cost Reductions Drive Improvement," *PR Newswire*, Company press release, 21 April 2004.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

unusual items on a diluted basis.[17, 18]  Reported revenue increased 17% on a year-over-year basis.[19]  Compared to the same period a year earlier, earnings from continuing operations (not including the earnings from the Automotive Aftermarket Group, which the Company planned to sell) increased by 85%, to $0.33 per share.[20]

36.  While reported earnings were approximately one cent above analysts' consensus estimates, several analysts remarked that "launch costs" (costs associated with initiating the manufacturing of a new product) were disappointingly high and weighed down earnings growth.

37.  The Company's CEO, Michael Burns, touted the Company's improved profitability and stated the Company had addressed the problem of launch costs, which would improve in Q2 2004.

> "'Our improved profitability was evident in a higher operating margin,' Mr. Burns said. 'In fact, our margin improvement would have been even better if not for continued launch-related costs in our structures group. While these costs are not yet fully behind us, we took further actions to address the remaining issues in the first quarter and are confident that we will see improvement in the second quarter.'"
> **"Dana Corporation Reports Stronger First-Quarter Results Increased Volume and Cost Reductions Drive Improvement," *PR Newswire*, Company press release, 21 April 2004.**

38.  Despite higher launch costs and industry-wide steel surcharges, Mr. Burns reiterated the Company's FY 2004 EPS guidance of $1.90 per share.

> "'The first quarter was not without its challenges, including launch costs and industry-wide steel surcharges,' [Mr. Burns] added. 'And yet, we met our expectations in spite of these challenges. There will always be bumps

---

[17] *Ibid*.

[18] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be $0.44, but was restated downward to $0.39 pursuant to the restatements announced at the end of the Class Period.  See: Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005, pp. 93 and 94.

[19] "Dana Corporation Reports Stronger First-Quarter Results Increased Volume and Cost Reductions Drive Improvement," *PR Newswire*, Company press release, 21 April 2004.

[20] *Ibid*.

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

in the road, but we remain committed to achieving our goal of earnings per share of at least $1.90 in 2004.'"
**"Dana Corporation Reports Stronger First-Quarter Results Increased Volume and Cost Reductions Drive Improvement," *PR Newswire*, Company press release, 21 April 2004.**

39. On the earnings conference call, CFO Robert Richter stated there was no reason to change the Company's FY 2004 EPS guidance, despite higher launch and steel costs.

> "[Robert Richter, Dana CFO]: We are still looking for earnings per share of at least $1.90 for the year. I might mention that while we did have those higher startup costs on structures in the quarter just ended and we did see some increase in steel costs, we don't see a need to change our guidance for either reason at this point."
> **"Q1 2004 Earnings Call," *Bloomberg Transcript*, 21 April 2004, p. 6.**

40. During the conference call, a Gabelli & Company analyst asked management what impact higher steel costs would have on Dana's gross margin. Mr. Richter reassured analysts that, due to the Company's purchasing power, rising steel prices had only a small negative impact on earnings and was no reason to reduce earnings guidance.

> "[David Siino, Gabelli & Company]: Two quick questions. Bob, are you implying that steel had no negative impact on the gross margin this quarter?
>
> [Robert Richter, Dana CFO]: No, it had a small negative impact.
> …
>
> [David Siino, Gabelli & Company]: And from what you can tell now for the balance of the year there will be no discernible impact from steel?
>
> [Robert Richter, Dana CFO]: What we did say was that we will be working with our suppliers and our customers and that coupled with other purchasing economies that we look to realize this year allow us to hold our guidance where it is in spite of whatever we see."
> **"Q1 2004 Earnings Call," *Bloomberg Transcript*, 21 April 2004, pp. 7-8.**

41. Based on the Company's Q1 2004 performance and management's reassurances and representations, several analysts raised their earnings projections for the Company.

10

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

"We are raising our estimates modestly to account for the anticipation of better heavy duty operating income, as build levels improve and the company's operating leverage picks up from currently low levels. We are raising our 2004E (from continuing ops.) to $1.58 from $1.50. Our 2QE goes $0.56 from $0.49, our 3QE goes to $0.34 from $0.26, and our 4QE goes to $0.45 from $0.34. Our 2005 goes to $1.91 from $1.60 to reflect ongoing lower tax rate and expectations that heavy-duty build remains solid. This compares to management's guidance of at least $1.90 EPS for FY04."
**"1Q04 EPS Revenue Growth Solid, Variable Margin Lags," by Stephen Girsky, et al., Morgan Stanley, analyst report, 21 April 2004, p. 2.**

"Raising 2004 estimate to $1.84 and 2005 estimate to $2.00.
We are increasing our 2004 EPS estimate to $1.84 as the company is now projecting an average tax rate of 34% for its continuing operations compared to our previously forecasted rate of 37%. We are also building in a slight benefit for additional cost cuts as the company indicated that its new centralized purchasing mechanism could yield savings in 2004."
**"DCN: Tweaking Up Estimates On New Tax Rate Guidance. Weak 2005 & 2006 Growth Remains A Medium-Term Concern," by Michael Bruynesteyn and Takuo Katayama, Prudential Equity, analyst report, 22 April 2004, p. 2.**

"Our positive thesis for the company remains predicated on the recovery in the U.S. heavy truck market, faith in the cost-cutting agenda of the new management, and a reduction in launch costs."
**"So-So Q1, but Outlook Remains Upbeat," by Himanshu Patel, et al., JPMorgan, analyst report, 22 April 2004, p. 1.**

"Dana is poised to benefit from strong industry tailwinds for the remainder of the year, in our view. We believe that heavy truck demand will continue to recover through the rest of the year (we estimate production to rise 40%) and the company's net new business to keep coming on-stream. At the same time, we believe the new management team's biggest contribution on the cost front will be procurement savings, something Mike Burns (new CEO) learned religiously from his days at GM-Europe."
**"So-So Q1, but Outlook Remains Upbeat," by Himanshu Patel, et al., JPMorgan, analyst report, 22 April 2004, p. 2.**

"Dana's financial performance and business fundamentals should improve as a function of 1) traction in management's restructuring plan, 2) leverage in 2004 through an improving production mix and an expected recovery in the heavy-duty sector, and 3) the potential for meaningful debt reduction."
**"Upside Potential, but Risks Remain," by Jon Rogers and Craig Stampone, Citigroup, analyst report, 30 April 2004, p. 5.**

11

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

"Inflection Point. The company has completed its restructuring program, with the cost behind it and cost reduction and productivity benefits beginning to flow through. Additionally, the company is launching seven major frame programs, reaching an inflection point as launch costs come down and revenue comes on line.

…

Commercial Vehicles. The company is positioned to benefit from a recovery in the commercial vehicle market. We are currently looking for 2004 commercial vehicle production to increase 15% from 2003 levels. We have raised our Class 8 truck production assumptions to 230,000 and 250,000 for 2004 and 2005, respectively."

**"Still On Track. Though With A Slight Pause," by David Leiker, et al., Baird, analyst report, 22 April 2004, p. 7 [BAIRDEX001.001260].**

## 9 July 2004: Dana Corp. Agrees to Sell its Automotive Aftermarket Group

42. On 9 July 2004, the Company agreed to sell its Automotive Aftermarket Group to the Cypress Group for $1.1 billion.[21] The deal was expected to close in 3Q 2004.[22]

"'The completed transaction will provide Dana with important strategic and financial flexibility, which will be used to further invigorate our core businesses and better serve our global original equipment customers,' Mr. Burns said. 'Dana will be a more streamlined company that is better focused on delivering world-class component and systems solutions to our customers in the automotive, commercial vehicle, and off-highway markets.'"

**"Dana Reaches $1.1 Billion Deal To Sell Replacement Products Unit,"** *Associated Press*, **9 July 2004.**

## 21 July 2004:  Dana Corp. Announces Q2 2004 Financial Results

43. On 21 July 2004, Dana announced financial results for Q2 2004.  The Company announced Q2 2004 revenue and earnings of $2.3 billion and $108 million (including $33 million of unusual net gains), respectively.[23]  On a diluted basis and excluding unusual

---

[21] "Dana Corporation Announces Agreement to Sell Automotive Aftermarket Business to Cypress Group Transaction to Enhance Dana's Strategic & Financial Flexibility," *PR Newswire,* Company press release, 9 July 2004.

[22] *Ibid*.

[23] "Dana Corporation Reports Significantly Improved Operational Results Net Income Also Includes Net Gains Triggered by Transactions," *PR Newswires*, Company press release, 21 July 2004.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

items, Dana's reported Q2 2004 EPS was $0.50 per share, one-cent above consensus estimates.[24, 25]

> "'Our solid sales growth contributed to stronger bottom-line results,' Mr. Burns said. 'In addition, we continued to see growth in our gross margin - both year-over-year and sequentially by quarter - as we achieved further cost efficiencies and made progress in addressing the launch costs associated with our structures programs. It's important to note that these improvements were achieved in spite of the higher cost of steel and certain other raw materials that we experienced during the quarter."
> **"Dana Corporation Reports Significantly Improved Operational Results Net Income Also Includes Net Gains Triggered by Transactions,"** *PR Newswires*, **Company press release, 21 July 2004.**

44.    Mr. Burns attributed the Company's improved performance to new business, high production volumes in the HVTSG segment, and costs reductions which more than offset higher raw material prices.

> "[Michael Burns, Dana CEO]:  Second quarter sales were up 16% over the same period last year with the majority of the increase being driven by our new business programs which added approximately a hundred million dollars and another $150 million from higher production volumes in the principal markets served by Dana, particularly the North American heavy truck sector. Sales also increased by about $52 million because of currency impact. Bob will talk more about the unusual items later but suffice it to say at this point that we're happy to have the additional income but we're also pleased that even without these unusual items, we still achieved second quarter net profit of $75 million or 50 cents per share, which is up substantially over last year's $47 million or 31 cents per share. This improvement was largely the result of new business, strong production volumes in our principal markets and cost reductions more than offsetting higher raw material prices."
> **"Q2 2004 Earnings Call,"** *Bloomberg Transcript*, **21 July 2004, p. 2.**

---

[24] *Ibid*., and "Q2 Beats By a Penny; Results are Messy," by Himanshu Patel, *et al*., JPMorgan, analyst report, 21 July 2004, p. 1.

[25] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be $0.74, but was restated downward to $0.67 pursuant to the restatements announced at the end of the Class Period.  See: Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005, pp. 93 and 94.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

45. On a conference call with investors Mr. Richter reaffirmed the Company's FY 2004 EPS guidance.[26] While annual guidance was now understood to include two additional months of earnings from the Automotive Aftermarket Business beyond Q2 2004, which implies a slight reduction in forecasted earnings from continuing operations,[27] management again offered reassurances that profitability was robust and past problems would abate. When asked about effect of rising input prices (e.g. price of steel) on the Company's financial results, Mr. Richter told investors that these factors were abating going forward and that the Company was able to pass-through these higher costs to customers.

> "[John Casesa, Merrill Lynch analyst]: Can you comment on raw material costs and what you're seeing with steel? It sounds like scrap prices are up again and I'm just wondering if some of the more benign environment's reversing itself.
> …
> [Bob Richter, Dana CFO]: Sure. In the second quarter, John, steel alone hit us for about $13 million after tax and we also had increases in costs on commodities like brass and aluminum. But, you know, frankly, we're seeing that abate as we go forward. And we're also getting some pass-throughs to customers, particularly in markets other than light vehicles. So I think the worst of it is behind us now and we probably won't talk about it that much anymore."
> **"Q2 2004 Earnings Call," *Bloomberg Transcript*, 21 July 2004, p. 8.**

46. Analyst commentary following the Company's earnings announcement focused on the improving margins and volumes of the truck business.

> "The highlights of Dana's 2Q were solid contribution margin improvement in heavy truck and higher backlog numbers in 2005. Contribution margins on the light vehicle side were soft owing to higher raw material costs and lingering, albeit improving, launch costs."
> **"Light Vehicle Improvement is The Key," by Rob Lache, et al., Deutsche Bank, analyst report, 21 July 2004, p. 1.**

> "Solid Q2, with positive surprises on both revenue and margins. Dana reported Q2 2004 EPS of $0.50, above our estimate of $0.48 and consensus of $0.49. Operating EPS of $0.50 excludes $0.22 in unusual gains. Positive surprises in both revenue and margins drove the variance in

---

[26] "Q2 2004 Earnings Call," *Bloomberg Transcript*, 21 July 2004, p. 7.
[27] J.P. Morgan Securities Inc. July 21, 2004, Q2 Beats by a Penny; results are Messy."

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

earnings from our model. Revenue increased 16% year over year to $2.3 billion from $2.0 billion on new business launches (particularly Nissan trucks), robust growth in heavy truck production, and a stronger euro."
**"DCN: Solid Progress, But Risks Remain For H2 2004," by Jon Roger and Craig Stampone, Citigroup Smith Barney, analyst report, 21 July 2004, p. 2.**

"Revenues surged 15.9% year-to-year to $2.33 billion, driven primarily by new business programs and strength in the North American heavy vehicle sector. Operating margin improved 230 basis points year-to-year and 100 basis points sequentially to 4.2% on solid top-line growth, cost efficiencies from earlier restructuring programs and progress in addressing the above normal launch costs in the structures business, partially offset by the higher cost of steel and certain other raw materials."
**"2Q04 EPS Ahead of Consensus by a Penny," by Christopher Ceraso and Sam John, Credit Suisse First Boston, analyst report 22 July 2004, p. 1.**

13 October 2004: Dana Corp. Announces Reduced 2004 EPS Guidance

47.     On 12 October 2004, after the close of trading, Dana lowered 2004 EPS guidance.[28] Specifically, the Company's 2004 EPS was reduced from $1.90 per share to a range of $1.60 to $1.65 per share.[29] Defendant Burns attributed the lower guidance to higher raw material prices and reduced production volumes.[30]

"'We had expected that the bottom-line impact of these factors could be offset by the stronger performance in our heavy vehicle business and continuing cost-reduction efforts. But, given more recent trends in commodity prices and light-vehicle production volumes, it's now clear that we will see a negative effect on our 2004 earnings,' Mr. Burns said. 'It's also clear that this effect will be more pronounced in the fourth quarter, since our third-quarter results will reflect a benefit from favorable tax developments.'"
**"Dana Corporation Revises 2004 Earnings Outlook," *PR Newswire*, Company press release, 12 October 2004.**

48.     Some analysts were not surprised by the Company's guidance revision due to rising steel costs, as many of Dana's peers had given similar warnings. Despite rising steel costs, analysts continued to believe that strong volumes and larger margins in the heavy truck segment would be a positive to the Company's earnings.

---

[28] "Dana Corporation Revises 2004 Earnings Outlook," *PR Newswire*, Company press release, 12 October 2004 4:35 PM.
[29] *Ibid.*
[30] *Ibid.*

15

Exhibit-4
**Feinstein Dana Loss Causation and Damages Report**

"DCN continues to benefit from still robust heavy truck volumes: but the earnings boon from this is being outweighed by rising steel costs, which will, in our view, primarily dampen margins at the company's light vehicle business (the company has in the past alluded to the fact that it was having more success in passing through rising steel costs at the heavy truck division that at its light vehicle operations)."
**"The Latest to Revise 2004 Outlook," by Himanshu Patel, et al., JPMorgan, analyst report, 12 October 2004, p. 1.**

"With the heavy truck build exceeding 40% growth YOY to date, we would expect a larger contribution towards earnings from the HVTSG division. In 2Q04, the group's EBIT was about $8 million less than we anticipated based on a YOY heavy truck build increase of 41% (actual EBIT was $51 million). Our forecast used a conservative contribution margin on incremental revenue of 30% (the low-end of management's 30%-35% stated range). It is possible that the rapid volume ramp-up is causing the division to incur abnormally high manufacturing costs. Another factor could be the roll-off of the Mack Truck program, which the company has not quantified. We feel it is unlikely that steel surcharges are significantly affecting HVTSG as management stated that the bulk of the higher steel costs are hitting ASG."
**"DCH: 2h04 Earnings Warning. Cutting 2005 Estimate And Target Price. Underweight Rating Reiterated." By Michael Bruynesteyn, et al., Prudential Equity Group, analyst report, 12 October 2004, p. 2.**

"We are lowering our FY04 EPS estimate from $1.80 to $1.60, at the low end of management's revised $1.60-$1.65 guidance range, which represents a 30.4% YOY EPS increase, driven primarily by a 35c increase in heavy truck segment earnings. As a whole, we are now estimating more than a 30c headwind from higher raw materials costs in FY04.
Our $1.70 FY05 EPS estimate assumes that benefits from the booming heavy truck business will not be enough to grow earnings significantly. We are expecting a 30c benefit from incremental commercial vehicle volumes in 2005 plus benefits from additional restructuring initiatives (such as centralizing purchasing functions, streamlining its management structure, etc) and cost cutting."
**"Change of Price Target: Mgmt Backs Away From $1.90 Guidance," by Darren S. Kimball, Lehman Brothers, analyst report, 13 October 2004, p. 2.**

"The company cited rising cost of steel as well as other raw materials and lower N.A. production volumes as contributors to lower than expected operating results in both the OE and aftermarket sides of the business. According to management, stronger performance in the heavy-truck business and additional cost reduction efforts were not enough to fully offset these negative factors."
**"Negative Pre-Announcement on Steel & Volume," by Stephen Girsky, et al., Morgan Stanley, analyst report, 13 October 2004, p. 2.**

16

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

20 October 2004:  Dana Corp. Announces Q3 2004 Financial Results

49.     On 20 October 2004, Dana announced 3Q 2004 revenue and earnings of $2.1 billion and $40 million (excluding unusual items), respectively.[31]  Third quarter EPS was $0.40 per share (on a diluted basis and excluding unusual items),[32] above analysts' forecast of $0.36 per share.[33, 34]  As previously announced, Mr. Burns attributed the disappointing financial results to higher steel costs and lower light-vehicle production volumes.

> "'We had expected that the bottom-line impact of the commodity price increases would be offset by the stronger performance in our heavy-vehicle business and continuing cost-reduction efforts,' [Mr. Burns] added. 'But, the magnitude of the raw material increases, coupled with a decrease in light-vehicle production volumes, hit us harder than expected.'"
> **"Dana Corporation Reports Third-Quarter Earnings,"** *PR Newswire*, **Company press release, 20 October 2004.**

50.     Mr. Burns stated that he was "reasonably satisfied" with the performance of the HVTSG business, however, the ASG's results were negatively impacted by higher steel costs. Moving forward, the Company was focused on cutting costs and capturing more of the increased global demand for heavy trucks and off road vehicles.

> "'Looking at the year-to-date results, we were reasonably satisfied with the performance from our Heavy Vehicle Technologies and Systems Group, which benefited from a solid commercial vehicle market in North America, and strong global off-highway vehicle production,' Mr. Burns said. 'It was a different story in our Automotive Systems Group. Although their sales were up, about 30 percent of the sales increase resulted from currency translation and new programs in our structures group, which are only beginning to contribute to the bottom line. Additionally, the automotive group bore the brunt of the increased steel costs.'"
> **"Dana Corporation Reports Third-Quarter Earnings,"** *PR Newswire*, **Company press release, 20 October 2004.**

---

[31] "Dana Corporation Reports Third-Quarter Earnings," *PR Newswire*, Company press release, 20 October 2004.
[32] *Ibid*.
[33] "Dana Corp.'s Third-Quarter Earnings Fall By One-Third," *Associated Press*, 20 October 2004.
[34] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be $0.27, and remained unchanged despite the restatements announced at the end of the Class Period.  See: Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005, pp. 93 and 94.

17

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

"'At the same time, we are not solely focused on cutting costs,' [Mr. Burns] said. 'We are equally committed to growing our top line faster - we've added significantly to our book of new business over the last three months, the heavy-truck and off-highway markets continue to grow, and we are focused on expanding our global footprint.'"
**"Dana Corporation Reports Third-Quarter Earnings," *PR Newswire*, Company press release, 20 October 2004.**

51.    Analysts focused on the impact of higher steel costs on the ASG's margins, and the strong demand for heavy vehicles.

"**Commercial vehicle revenue and operating income increased — buoyed by a solid industry environment.**
Heavy vehicle segment revenue increased by 17% versus last year (14.3% ex. F/X). This compared with a 50.7% increase in NA Class 8 truck production in the quarter. The heavy vehicle systems operating income improved to $42mm from $38mm last year (which included $5mm of restructuring reversals). It appears that a $70mm increase in sales (ex. F/X) led to a roughly $15mm increase in EBIT (excluding steel). This suggests a variable margin of roughly 21% excluding all of these items."
**"Raw Material Increases Plague Results," by Stephen Girsky, et al., Morgan Stanley, analyst report, 20 October 2004, p. 2 (emphasis in original).**

"Strong Heavy Vehicle results, driven by rebounding volumes, offset weak Automotive Systems Group results that were impacted by an increase in net steel costs ($21mm of a total $26mm pre-tax)."
**"Despite Preannouncement, Q3 Still Somewhat Disappointing," by Jeff Skoglund, et al., UBS Investment Research, analyst report, 20 October 2004, p. 1.**

"Automotive systems results were below forecast, with raw materials and a low variable margin as culprits. Automotive systems segment level EBIT came in at $67mm versus $82mm last year and our $73mm estimate."
**"Raw Material Increases Plague Results," by Stephen Girsky, et al., Morgan Stanley, analyst report, 20 October 2004, p. 3.**

"Steel prices slam margins, predominantly in ASG. Margin respectable at HVTSG, but not great. Dana's operating units were hit by $26 million in pretax costs ($16 million after-tax) related to higher steel costs, with $21 million expensed in the automotive systems (ASG). As a result, ASG's EBIT margin shrunk 150bps YOY to 4.4%, with a sequential decline of 190bps. … HVTSG racked up a respectable EBIT margin of 7.5% after booking only $5 million of pretax steel charges, although we were expecting a little better with revenue coming up 17% YOY to $570 million as Class 8 truck production increased an estimated 40%. Part of

18

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

the variance between our forecast and the division's actual results is likely due to the roll-off of the Mack truck program in 2Q04."

**"DCN: Operating Earnings Of $0.40 Mask Weak Continuing Auto Ops. Tax Adjustments Add $0.21. 2005 Eps Tweaked Down. $13 Target And Underweight Reiterated," by Michael Bruynesteyn, et al., Prudential Equity Group, analyst report, 20 October 2004, p. 2.**

<u>2 November 2004: Dana Lowers the Price of the Automotive Aftermarket Group</u>

52.    On 1 November 2004, after the close of trading, Dana Corp announced an amendment to the sale agreement of the Automotive Aftermarket Group.[35] The purchase price was lowered to approximately $1.0 billion, comprising $950 million in cash and seller financing of $74.5 million.[36] Previously, the value of the deal was $1.1 billion in cash.

53.    The sale was completed on 30 November 2004.[37]

<u>13 January 2005: Dana Corp. Announces Fiscal Year 2005 Financial Guidance</u>

54.    On 13 January 2005, during a presentation to the Auto Analysts of New York at the Detroit Automotive Conference, Dana Corp. announced guidance for FY 2005.[38] Revenue and earnings guidance for 2005 was $9.5 billion and $240 million, respectively.[39] The $240 million is equivalent to EPS of $1.60 per share.[40] The Company estimated that higher steel prices would have a $30 million after-tax negative impact on 2005 earnings.[41]

55.    An analyst from Lehman Brothers commented that the Company's guidance for 2005 was not surprising given the negative forces. However, the Lehman Brother analyst expected the heavy vehicle business to continue to improve.

"Earnings, considered by many to still be at historically low levels, are not taking off despite the restructuring efforts of the new management and the flattering heavy truck cycle. It appears that the negative forces in the light

---

[35] "Dana Corporation Announces Amendment to Agreement for Sale of Its Automotive Aftermarket Businesses," *PR Newswire*, Company press release, 1 November 2004.

[36] *Ibid*.

[37] "Dana Corporation Completes Sale of Automotive Aftermarket Businesses," *PR Newswire*, Company press release, 30 November 2004.

[38] Dana Corporation Form 8-K, filed 13 January 2005; and "Dana at Auto Analysts of New York Detroit Auto Conference – Final," *Fair Disclosure Wire*, 13 January 2005.

[39] Dana Corporation Form 8-K, filed 13 January 2005, Exhibit-99.2, slides 23-25.

[40] *Ibid*., slide 25.

[41] *Ibid*., Exhibit-99.1, slide 14.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

vehicle systems business, namely price pressure, raw material cost pressure, and Big Three volume pressure are just too powerful right now." **"Management Initiates Flat '05 Guidance," by Darren Kimball, Lehman Brothers, analyst report, 14 January 2005, p. 2.**

**"Leverage To Heavy Duty Truck Cycle Remains Promising** Dana unveiled its heavy duty truck production assumptions, which call for class 8 volumes to hit 293k units or up 15.8% YOY, roughly in line with our expectations. We expect DCN's bottom-line leverage to volume growth to improve in 2005, as volumes are in Dana's manufacturing 'sweet spot' that's in the mid to high 200s." **"Management Initiates Flat '05 Guidance," by Darren Kimball, Lehman Brothers, analyst report, 14 January 2005, p. 2.**

23 February 2005: Dana Corp. Announces Q4 and Fiscal Year 2004 Financial Results

56. On 23 February 2005, Dana Corp announced Q4 2004 earnings of $62 million (excluding unusual items), on revenue of $2.3 billion.[42] Reported EPS (on a diluted basis and excluding unusual items) for the quarter was $0.41 per share.[43]

57. Fiscal year 2004 earnings were reported to be $262 million (excluding unusual items), on revenue of $9.1 billion. Reported fiscal year 2004 EPS was $1.73 (on a diluted basis and excluding unusual items).[44]

> "Sales increased to $9.1 billion in 2004 from $7.9 billion in 2003, primarily due to net new business of over $400 million, strong commercial and off-highway vehicle markets, and favorable currency effects of $300 million. Full-year net income was $82 million, or 54 cents per share, compared to $222 million, or $1.49 per share, in 2003. Unusual items of $180 million in 2004 included the $195 million of charges recorded in the fourth quarter plus $15 million of net gains reported earlier in the year. Net income in 2003 included $39 million of unusual gains on divestitures and debt repurchases. Excluding unusual items, net income in 2004 was $262 million, or $1.73 per share, compared to $183 million, or $1.23 per share, in 2003. The margin on higher sales and benefits from the

---

[42] "Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.
[43] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be a loss of $0.90 for the quarter, but was restated downward to a loss of $0.93 pursuant to the restatements announced at the end of the Class Period. See: Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005, pp. 93 and 94.
[44] Basic EPS was reported to be $0.55 for the year, but was restated downward to $0.41 pursuant to the restatements announced at the end of the Class Period. See: Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005, pp. 93 and 94.

company's cost-reduction initiatives, as well as tax benefits, more than offset the impact of increased raw material costs."
**"Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.**

58.     The Company updated its 2005 EPS guidance range to $1.40 to $1.62 per share.[45] Dana's Q1 2005 EPS guidance was $0.17-$0.23 per share, lower than consensus estimates of $0.27 per share.[46]

> "'We expect Dana's earnings to be lower in the first half of the year compared to last year mainly due to higher raw material prices. Therefore, we're anticipating first-quarter earnings of 17 to 23 cents per share. Our ability to achieve higher earnings in the second half of the year is largely dependent on the successful execution of our cost-reduction programs. At this time, our full-year earnings guidance is $1.40 to $1.62 per share,' added Burns."
> **"Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.**

> "'On the other hand, we have renewed our focus on our global original equipment manufacturers. In fact, we already have an additional $410 million in net new business, which comes on in 2005. And we're very optimistic about the outlook for the commercial vehicle and off-highway markets. We're anticipating a 13 percent increase in North American Class 8 truck production to 293,000 units. The combination of these factors should allow us to increase our 2005 full-year sales to $9.6 billion.' [Mr. Burns stated]"
> **"Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.**

59.     Despite the fact that the Company lowered 2005 guidance and reported disappointing margins for the heavy truck business, Wachovia analysts noted that demand for heavy vehicles would support Company performance in 2005.

---

[45] "Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.
[46] "DJ Dana Corp Swings To 4Q Loss On $195M In Charges>DCN," *Dow Jones Newswires*, 23 February 2005.

21

"Execution is key in 2005; reiterate Market Perform. With its restructuring program complete, a healthy balance sheet in place and a strong tailwind from heavy vehicle demand at its back, we believe management has few excuses for underperformance in 2005."
**"DCN: Confusing Q4 EPS Reported; Reducing '05 EPS By $0.10–Cost Reduction Is Key," by Richard Kwas and David Lim, Wachovia, analyst report, 23 February 2005, p. 1.**

**"Management admitted that HVTSG margins are somewhat disappointing.** The Q4 2005 HVTSG (Heavy Vehicle Technologies and Systems Group) EBIT margin was 6.9% in Q4, approximately 50 bps below the prior year period. However, we estimate that higher steel costs lowered EBIT margin by approximately 180 bps. We believe that the division may be experiencing supply chain inefficiencies resulting in greater use of overtime and premium freight to satisfy customers. Management expressed its commitment to improving margins in 2005. In our view, margin improvement is imperative since demand for heavy vehicles and offroad vehicles is expected to remain robust through 2006 (double-digit unit growth expected)."
**"DCN: Confusing Q4 EPS Reported," By Richard M. Kwas and David H. Lim, Wachovia Securities, analyst report, 23 February 2005, p. 3.**

23 March 2005: Dana Corp. Revises 2005 EPS Outlook

60. On 23 March 2005, Dana lowered its Q1 2005 EPS guidance to $0.11-$0.13 per share from $0.17-$0.23 per share.[47] EPS for FY2005 was lowered to $1.30 to $1.45 per share, from $1.40 to $1.62 per share. The Company cited a component shortage, higher than expected material costs, and lower volumes as the reasons for the lower guidance.[48]

61. Management continued to offer optimistic reassurances, as CEO Michael Burns stated he was hopeful that accelerated cost-reduction efforts would offset the impact from higher material prices.

"Mr. Burns added, 'We are hopeful that we will see less pressure on material price increases during the balance of the year, but we can't count on this. We are accelerating our cost-reduction efforts to pull forward savings to offset the potential impact of continued pressure on material costs. Regarding the component shortage that has reduced heavy-duty axle shipments, we are working closely with the supplier to resolve the situation and are confident that we will see a substantial improvement in the second quarter. However, given the uncertain outlook for the light-

[47] "Dana Corporation Revises Earnings Outlook," *PR Newswire*, Company press release, 23 March 2005.
[48] *Ibid.*

22

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

> vehicle industry in general, as well as on commodity prices, we feel it is prudent to lower our 2005 full-year guidance to $1.30 to $1.45 per share, from our previous guidance of $1.40 to $1.62 per share.'"
> **"Dana Corporation Revises Earnings Outlook," *PR Newswire*, Company press release, 23 March 2005.**

20 April 2005:  Dana Corp. Announces Q1 2005 Financial Results

62.    On 20 April 2005, the Company announced Q1 2005 financial results.  For the quarter, the Company reported revenue of $2.5 billion and earnings of $18 million (excluding unusual items), or $0.12 per share (on a diluted basis, and excluding unusual items).[49, 50] The reported Q1 2005 EPS of $0.12 per share was in line with the consensus EPS estimate.[51]

63.    Again, Mr. Burns offered optimistic reassurance, stating that the accelerated cost reduction efforts should help the Company achieve its 2005 EPS target of $1.30-$1.45 per share.[52]

> "'In the case of the Automotive Systems Group, the dominant issue has been the effect of higher steel prices,' Mr. Burns added. 'The good news is that the market price for raw steel has decreased in recent months and demand appears to be moderating. Although the price we pay for forgings and other parts with high steel content has been slow to follow the decrease for a variety of reasons, we remain hopeful that we'll see less pressure on steel and other material price increases during the balance of the year. Therefore, if light-duty production schedules for the balance of the year do not change significantly, we expect that our accelerated cost reduction efforts will lead to improved performance in this group as well.'"
> **"Dana Corporation Reports First-Quarter Results for 2005," *PR Newswire*, Company press release, 20 April 2005.**

64.    Though tempered by past weak results and acknowledgement of business environment challenges, analyst commentary reflected management's optimistic reassurances.

---

[49] "Dana Corporation Reports First-Quarter Results for 2005," *PR Newswire*, Company press release, 20 April 2005.
[50] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be $0.12 for the quarter, but was restated downward to $0.11 pursuant to the restatements announced at the end of the Class Period.  See: Dana Corporation Form 10-Q/A for the Quarterly Period Ended 31 March 2005, filed 30 December 2005, p. 11.
[51] "Dana Quarterly Earnings Fall, Hurt By Steel Costs," *Reuters*, 20 April 2005.
[52] "Dana Corporation Reports First-Quarter Results for 2005," *PR Newswire*, Company press release, 20 April 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

"Dana has a relatively diversified customer base and exposure to the late-cycle heavy vehicles business, both long-term positives in our view. A new CEO is driving organizational change that could reduce structural costs significantly over the next few years. However, potential margin improvement is challenged near term by stiff raw material headwinds, an uncertain production environment and management's inconsistent track-record for delivery."

**"Encouraging Signs, But Long Road Ahead–Raising '05 Estimate," by Richard Kwas and David Lim, Wachovia, analyst report, 20 April 2005, p. 2.**

"Sales in the Heavy Vehicle Technology and Systems Group (HVTSG) rose 16.6%, powered by a surge in off-highway and commercial vehicle sales and a $14 million contribution from foreign exchange. Without the currency translation, sales would have been up 14.2%. Operating profit increased in HVTSG, rising 2.6% to $40 million from $39 million the year before. Operating margin, however, fell 80 basis points on a $14.8 million pre-tax hit from steel and the impact of the heavy axle component shortage. The component shortage required Dana to incur some additional premium freight costs, and hurt operating efficiency during March. Now that the component shortage has passed, Dana will focus on making operational improvements and improving productivity in this segment to increase margin expansion."

**"No Surprises From Dana," by Christopher J. Ceraso and Erin Silverman, Credit Suisse First Boston, analyst report, 21 April 2005, p. 1.**

"Heavy-duty segment sales grew 16.6% vs. last year, despite the components shortage. Although this was below Class 8 build in the quarter (up 50.5%), management confirmed that corrective actions were taken by the supplier and that product was available to make April shipments. If successfully leveraged, we believe DCN can use the strength in the heavy-duty market to convert string market conditions into profit. This may be an effective way to offset the weakening light OE market."

**"Weaker on Steel, Parts Shortage & Lt. Vehicle Build," by Stephen Girsky and Jonathan Steinmetz, Morgan Stanley, analyst report 21 April 2005, p. 2.**

<u>20 July 2005: Dana Corp. Announces Q2 2005 Financial Results</u>

65. On 20 July 2005, Dana Corp. announced Q2 2005 revenue and earnings of $2.6 billion and $53 million (excluding unusual items), respectively.[53] The Company reported Q2

---

[53] "Dana Corporation Reports Second-Quarter Results," *PR Newswire*, Company press release, 20 July 2005.

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

2005 EPS to be $0.35 per share (on a diluted basis, and excluding unusual items), matching analysts' average forecasts.[54, 55]

> "The Toledo, Ohio-based auto parts maker posted net income of $51 million, or 34 cents a share, down from $110 million, or 73 cents, in the year-earlier period. Excluding a tax-related charge of $5 million and a $3 million gain from an asset sale, profit would have come in at 35 cents a share. Analysts polled by Thomson First Call had expected earnings of 35 cents a share for the quarter and sales of $2.4 billion. Second-quarter sales rose to $2.6 billion from $2.3 billion a year ago, as the heavy vehicle unit benefited from 'strong commercial and off-highway markets.'"
> **"NEWS WRAP: Dana Corp. Posts Sharp 2Q Profit Drop," *Dow Jones News Service*, Company press release, 20 July 2005, 12:31 PM.**

66. The Company stated that "stronger than expected" demand for heavy vehicles offset lower production volumes for light vehicles.  As a result, CEO Burns reiterated unchanged FY 2005 guidance.

> "'Production schedules for North American heavy trucks continue to be stronger than expected and, as a result, we are raising our estimate for full-year 2005 production to 310,000 units from 293,000 units. The off-highway market segments we serve are also expected to remain strong for the rest of the year,' he said. 'We're also expecting to benefit from subsiding steel costs, which will be particularly important to the Automotive Systems Group. 'However,' Mr. Burns continued, 'given the uncertainty surrounding North American light vehicle production in the second half of the year, we are lowering our 2005 production forecast to 15.5 million units from 15.7 million units. We are also concerned about the possible impact on sales if the dollar continues to gain strength. As a result, our earnings expectations for the full year remain unchanged at a range of $1.30 to $1.45 per share.'"
> **"Dana Corporation Reports Second-Quarter Results," *PR Newswire*, Company press release, 20 July 2005.**

67. Analysts noted that the heavy truck segment had a positive effect on Dana's financial results and guidance, and that this information was reflected in the Company's valuation.

---

[54] "Update 2-Dana Quarterly Net Falls, Backs 2005 Outlook," *Reuters*, 20 July 2005.
[55] Basic EPS, which does not exclude unusual items or adjust share count for dilution, was reported to be $0.34 for the quarter, but was restated downward to $0.20 pursuant to the restatements announced at the end of the Class Period.  See: Dana Corporation Form 10-Q/A for the Quarterly Period Ended 30 June 2005, filed 30 December 2005, p. 10.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

"The current valuation suggests that positive sentiment regarding the robust heavy truck build through 2006, potentially lower steel prices, savings from plant closures and consolidation of purchasing, and earnings from the Dongfeng JV are largely priced into the shares."
**"DCN: Downgrading To Neutral Weight As Tailwinds Look To Be Priced Into Shares And Headwinds Loom On Earnings Growth. $16 Target Maintained." By Michael Bruynesteyn, et al., Prudential Equity Group, analyst report, 20 July 2005, p. 1.**

"**Heavy Vehicle Group continues to carry company**
Heavy Vehicle Group EBIT increased 16% to $59 million on strong heavy-truck production rates. This performance was once again more than offset by dismal results in the Automotive Systems Group, where EBIT fell 22% to $85 million from $109 million in the year-ago period."
**"Q2 Results Are Expected," by Jeff Skoglund, UBS Investment Research, analyst report, 20 July 2005, p. 1 (emphasis in original).**

15 September 2005: Dana Corp. Revises 2005 Earnings Guidance and Announces Possible Restatement

68.     On 15 September 2005, Dana informed the public that the previously released Q2 2005 financial statements would likely have to be restated as quarterly income was potentially $10 million to $15 million less than what was previously reported. The earnings overstatement, the Company admitted, was due to "inappropriate recognition of price increases in its Commercial Vehicle business."

69.     Moreover, the Company disclosed that the previously released earnings guidance for 2005 was also wrong and required revision. The Company cut full-year earnings guidance by more than half, to a range of $90 million to $105 million, or $0.60-$0.70 per share, from $196 million to $219 million, or $1.30-$1.45 per share.[56]

"Dana Corporation (NYSE: DCN) today announced that it has revised its 2005 full- year earnings outlook to a range of $90 million to $105 million, or approximately 60 to 70 cents per share, from its previously announced range of $196 million to $219 million, or $1.30 to $1.45 per share. In both cases, the outlook excludes gains and losses on divestitures and asset sales, and other unusual items.
…

---

[56] "Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.

26

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

> Based on a preliminary internal review, the company believes that the potential restatement could result in an after- tax reduction of approximately $10 million to $15 million in second- quarter income."
> **"Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, 15 September 2005.**

70.     The disclosed collapse in profitability was reflected in the Company's announced assessment as to whether it would be required to write down its $740 million deferred tax asset.

> "The company is assessing whether, as the result of the change in earnings outlook, it will be required to write down its U.S. deferred tax assets. A write-down of U.S. deferred tax assets and the consequent inability to record similar tax benefits in the future would not have a cash impact, but would have a direct negative impact on the revised 2005 full- year earnings outlook set forth above. At June 30, the company's U.S. deferred tax assets totaled approximately $740 million. The revised outlook includes approximately $60 million of tax benefits on domestic losses in the second half."
> **"Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, 15 September 2005.**

71.     Analysts understood that the disclosures indicated a collapse in Company profitability.

> "We cut our 2005 EPS to $0.62 (from $1.25), and expect breakeven Q3 EPS (previous $0.29). We also cut our 2006 EPS to $0.80 (from $1.60). An eventual write-down of company's US deferred tax asset would suggest $0.40 downside to our 05 estimate, and further downside to 06."
> **"06 Visibility Lowered Sharply; Downgrade & Cut EPS," by Himanshu Patel, *et al.*, JPMorgan, analyst report, 16 September 2005, p. 1.**

> **"Deferred Tax Asset Write-down Significant**
> A write-down of the company's US deferred tax asset would raise fears on the earnings outlook for the company's US business, and would accordingly notably reduce our visibility on 2006 earnings (when we had certainly expected NA to be profitable given a strong outlook for US heavy truck volumes). We note that the company's new FY 05 guidance assumes around $60MM in tax benefits on anticipated H2 05 US losses. This number is concerning from two perspectives. First, if the company does eventually write down its deferred tax asset, this implies another $0.40 downside to its new FY 05 EPS guidance. Second, the fact that the tax benefit on H2 US losses is $60MM implies (assuming a 35% tax rate) that underlying H2 US pretax losses are running in the $170MM range, which in turn implies that the company could be running at a H2 pretax

27

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

> loss despite healthy European/ROW profitability (our new forecasts imply a H2 pretax loss of $25MM)."
> **"06 Visibility Lowered Sharply; Downgrade & Cut EPS," by Himanshu Patel, *et al.*, JPMorgan, analyst report, 16 September 2005, p. 2.**

> "And our EPS forecast could be considerably worse. Dana also announced that it is considering writing down its sizeable ($740 million) deferred tax asset. The company's latest forecast of $0.60 - $0.70 per share of 2005 earnings, however, does not assume the DTA has been written down; thus, the guidance includes about $60 million, or $0.40 per share, of tax benefit that would not be realized if the company decides to write down the deferred tax asset. (In other words, our $0.60 per share estimate could become $0.20 if DCN records the valuation allowance in the near term.)"
> **"Downside Risk Remains; Cutting to Underperform," by Christopher Ceraso and Erin Silverman, Credit Suisse First Boston, analysts report, 16 September 2005, p. 1.**

72. As a result of the restatement and lowered guidance, analysts questioned management credibility.

> "DCN's startling guidance revision evidences very poor visibility on, and control of, costs as highlighted by the scale of the haircut to guidance after having revised it under 2 months ago. We think the Street will be especially concerned about the future credibility of management. We would define a very preliminary fair value of $9.50 assuming a below average group multiple of 9.5x on 06 earnings of $1.10 (a 33% discount to our current 06 est.) plus some discount given debt rating, covenant renegotiation, and accounting uncertainties (i.e. Q2 restatement due to pricing, and a potential deferred tax asset write down)."
> **"Apparent Lack of Cost Control Blurs Outlook, Diminishes Management Credibility," by Robert Barry, et al., Goldman Sachs, analyst report, 15 September 2005, p. 1 [GS00000108].**

> "Today's news was a significant body blow to a management team that already had credibility issues. While arguably justified, we believe today's 23% drop more than accounted for the company's grim outlook. We expect the shares to be volatile, but believe that there is limited downside after today's fall. As such, we are maintaining our Market Perform rating. We believe a bold plan outlined by management to reduce cost and fix HVTSG over the next few weeks would help support the stock in the near-term. However, time is of the essence in our view. Sustained silence by management would create doubt and place further pressure on the stock. Its ability to recover whatever credibility it had is tenuous at best."
> **"DCN: Lowers 2005 EPS Guidance; Uncertainty Grows, Lowering Estimates," by Richard Kwas and David Lim, Wachovia, analyst report, 15 September 2005, p. 3.**

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

<u>10 October 2005: Dana Expands the Restatement Period, Admits to Deficient Internal Controls, Withdraws Guidance, and Plans Deferred Tax Asset Write Off</u>

73. Less than a month later, on 10 October 2005, Dana Corp. announced that it would restate not only Q2 2005 earnings, but also all of 2004 and Q1 2005. The press release stated, "the company did not properly account for certain items during 2004 and the first and second quarters of 2005," and that "Dana's financial statements for these periods should no longer be relied upon and that restatements will be required for these periods."[57]

74. The Company explicitly admitted to material weaknesses in internal controls over financial reporting.

> "In connection with the restatements, the company believes that there are material weaknesses in its internal control over financial reporting."
> **"Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release,"**
> *PR Newswire*, **Company press release, 10 October 2005.**

75. The Company also withdrew its guidance for full-year 2005 and postponed its Q3 2005 earnings release.[58]

76. Additionally, the Company announced that it would indeed have to write down the value of its deferred tax asset.

> "On Sept. 15, the company announced that it was evaluating its ability to maintain its U.S. deferred tax assets in light of the change in its earnings outlook. At June 30, the company reported that its U.S. deferred tax assets totaled approximately $740 million. The company now believes that it will be unable to maintain its U.S. deferred tax assets or to record similar tax benefits in the future."
> **"Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release,"**
> *PR Newswire*, **Company press release, 10 October 2005.**

77. Analyst commentary following the Company's latest restatement announcement was decidedly negative. Many analysts expressed concerns about management credibility.

---

[57] "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.

[58] "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.

29

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

> "**Restatements, suspension of guidance, and write down of deferred tax asset are bad news.** Dana announced it is restating earning for 2004, 1Q:05, and 2Q:05 due to material weaknesses discovered in the course of an accounting review. The company is also writing down its deferred tax asset of $740 million, which indicates the company does not expect to generate taxable income in the U.S. for the foreseeable future. In addition, DCN has withdrawn its previous earnings guidance and postponed the reporting of 3Q results indefinitely."
> **"Dire Days at Dana," by John Casesa, et al., Merrill Lynch, analyst report, 10 October 2005, p. 1 [ML_DAN_00096] (emphasis in original).**

> "We think it will take time for DCN to regain investor confidence. We suspect a host of guidance revisions over the past couple of years have diminished investor confidence in DCN's strategy. Recent, extreme guidance cuts and the company's decision to pull 2005 guidance has only widened the credibility gap."
> **"Patient in Critical but Stable Condition; Valuation Supports Maintaining IL/C Rating," by Robert Barry, *et al.*, Goldman Sachs, analyst report, 11 October 2005, pp. 2-3 [GS00000118-9].**

78. The press linked the decline in the price of Dana shares to the Company's announcements.

> "Auto-parts maker Dana Corp. will restate its earnings for the past six quarters to fix improper accounting for certain items, the company announced yesterday. Its stock dropped more than 34 per cent on the news."
> **"Parts Maker to Restate Earnings," by John Seewer, *Associated Press*, 11 October 2005.**

> "Auto-parts supplier Dana Corp. has had a rough month:
> The Toledo-based company announced on Sept. 15 that it was cutting its expected profits for the rest of the year in half because of rising energy costs. It also said it was considering significant changes to improve its financial performance.  It's stock fell 23 percent.
> The company on Monday said it would restate its earnings for the last six quarters to fix accounting errors. It also said there were problems with its internal control over financial reporting. It's stock fell 34 percent."
> **"Troubled Month at Dana," *Associated Press*, 10 October 2005.**

> "Dana Corp. shares slid by 18.4 percent before the bell on Monday after the auto parts maker said it would restate earnings for 2004 and the first half of 2005 and delay posting third-quarter 2005 earnings."
> **"Before the Bell-Dana Corp. Shares Off 18.4 pct on Inet," *Reuters*, 10 October 2005.**

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

## LOSS CAUSATION

79.     The alleged misrepresentations, omissions, and deceptive conduct, which related to the Company's financial controls, accounting, earnings, and profitability, caused the price of Dana stock to be artificially inflated over the course of the Class Period.  When the market learned the truth about the Company's financial controls, accounting, earnings, and profitability, the artificial inflation in the price of Dana stock dissipated, causing the stock price to fall, and thereby causing investor losses.

80.     This conclusion is based on generally accepted principles of valuation, Company statements, analyst reports, analysts' valuation models, and an event study focusing on the empirical reaction of the stock price to the corrective disclosure events.

81.     Generally accepted principles of valuation dictate that earnings, profitability, the reliability of accounting data, and management reputation are important factors that bear on the valuation of a company's stock.  Company statements, analyst commentary, and the models analysts used during the Class period to value Dana Corp. stock acknowledge and confirm this fact.  The event study proves the conclusion empirically.

### Financial Principles

Earnings and Profitability

82.     That earnings and profitability are important determinants of a company's value, and consequently the value of its securities, is well grounded in fundamental financial principles and the finance literature.  The following quotes from the academic and professional literature attest to the central role of earnings and profitability in valuation:

> "Earnings power is a chief driver of investment value, and EPS [earnings per share], the denominator of the P/E ratio, is perhaps the chief focus of security analysts' attention."
> **Analysis of Equity Investments: Valuation, by John Stowe, Thomas Robinson, Jerald Pinto, and Dennis McLeavey, Association for Investment Management and Research (CFA Institute), 2002, p. 183.**

> "The most familiar market value multiple is the price/earnings (P/E) multiple."
> **The Market Approach to Valuing Businesses, by Shannon P. Pratt, John Wiley & Sons, 2001, p. 4.**

31

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

> "First, a stock's earnings per share over the forthcoming year $E_1$ are estimated, and then the analyst (or someone else) specifies a 'normal' price-earnings ratio for the stock. The product of these two numbers gives the estimated future price $P_1$."
> **Investments, 5th edition, by William Sharpe, Gordon Alexander, and Jeffrey Bailey, Prentice Hall, 1995, p. 581.**

> "Much of the real-world discussion of stock market valuation concentrates on the firm's price-earnings multiple, the ratio of price per share to earnings per share, commonly called the P/E ratio."
> **Investments, 8th edition, by Zvi Bodie, Alex Kane and Alan Marcus, McGraw-Hill Irwin, 2009, p. 604.**

Accounting Reliability and Financial Controls

83.     It is well-established in the finance and accounting literature that the reliability of accounting data is an important factor that affects the value of a company's securities. The quality of financial controls, consequently, also bears on valuation.  The following quotes from published peer-reviewed literature attest to these generally accepted and well established facts.

> "After controlling for other risk factors, we find that firms with internal control deficiencies have significantly higher idiosyncratic risk, systematic risk, and cost of equity. ... Overall, our cross-sectional and intertemporal change test results are consistent with internal control reports affecting investors' risk assessments and firms' cost of equity."
> **"The Effect of SOX Internal Control Deficiencies on Firm Risk and Cost of Equity," Hollis Ashbaugh-Skaife et al., *Journal of Accounting Research* 47.1, 2009.**

> "The consensus among financial economists is that a rich disclosure environment and low information asymmetry have many desirable consequences. These include the efficient allocation of resources in an economy, capital market development, liquidity in the market, decreased cost of capital, lower return volatility, and high analyst forecast accuracy."
> **"The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis" by S.P. Kothari, Xu Li, and James E. Short, *The Accounting Review,* 2009, p. 1640.**

> "All in all, T&D [transparency and disclosure] enhance the control and behavior that support effective accountability for performance outcomes. An entity is more likely to achieve better result when corporate governance practices of T&D are given prominence within the organization. Conversely, firms with poor corporate governance strategies are more likely to underperform in the long term.
> …

32

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

Disclosure of reliable, timely information contributes to liquid and efficient markets by enabling investors to make investment decisions based on all of the available information that would be material to their decisions. As a result, investors are demanding better reporting and greater transparency. They are demanding more information, and they are shouting louder than ever before."
**"The Demand and Need for Transparency and Disclosure in Corporate Governance," by Benjamin Fung, *Universal Journal of Management*, 2(2), (2014), pp. 73 and 76.**

Reputation Effect, and Negative Valuation Impact of Restatements

84.     It is well-established in the finance literature that the ramifications of financial fraud extend well beyond the direct dollar amount of the fraud, but also cause further loss on account of damage to a company's reputation.  This principle is well established, generally accepted, and presented in the academic and professional literature.  For example:

"Risk/uncertainty likely increases and future prospects may well decrease when management integrity and competence are called into question.
…
Because fraud means intentional, non-GAAP financial reporting, it indicates a lack of management integrity that we expect to be associated with a more negative stock price reaction, incremental to any other impacts from revising reported results. This may be due to an increase in the discount rate because fraud creates uncertainty about the reliability and credibility of management representations, which increases the perceived information asymmetry between management and stockholders.
…
Our results suggest a greater investor concern over restatements that carry negative implications for management integrity than those due to more technical issues."
**"*Determinants* of Market Reactions to Restatement Announcements," by Zoe-Vonna Palmrose, Vernon J. Richardson, and Susan Scholz, *Journal of Accounting & Economics*, 2004.**

85.     Karpoff, Lee, and Martin [2008] find that "for each dollar that a firm misleadingly inflates its market value, on average, it loses this dollar when its misconduct is revealed, plus an additional $2.71, due to reputation loss."[59]

---

[59] "The Cost to Firms of Cooking the Books," by Jonathan Karpoff, D. Scott Lee, and Gerald Martin, *Journal of Financial and Quantitative Analysis*, 2008, p. 581.

> "Reputation can be lost if customers change the terms on which they are willing to do business with the firm because of an increased probability of cheating or the perception that the firm cannot support warranties or supply compatible parts in the future. Diminished reputation also can reflect an increase in the firm's cost of capital or trade credit, as input suppliers change the terms with which they do business with the firm. In addition, the firm can suffer real losses as managers are required to divert resources to the investigation and away from company business. The revelation of financial reporting problems could also force the firm to implement new monitoring and control policies, increasing the cost of operations. We group all such real effects on firm value into the reputation loss."
> **"The Cost to Firms of Cooking the Books," by Jonathan M. Karpoff, D. Scott Lee, and Gerald S. Martin, *Journal of Financial and Quantitative Analysis*, 2008, pp. 598-99.**

86.     In this case, beyond the direct valuation impact of Dana's overstated earnings, the Company's stock would have been artificially inflated over the course of the Class Period due to the reputation effect.   The alleged misdeeds that eventually impaired management's reputation were concealed until the corrective disclosures in September and October of 2005.  According to the published literature, a sizeable portion of the decline in stock price following the corrective disclosures are attributable to a loss of reputation.

## Company Statements Confirm the Importance of the Alleged Misrepresentations, Omissions and Deceptive Conduct

Earnings and Profitability

87.     In its own statements concerning past earnings and future profitability, many of which Plaintiffs allege were false and misleading, the Company itself underscored the importance of these factors in general and its representations in particular:

> "[Mike Burns, CEO]: …our second quarter performance was solid, highlighted by the 60% profit increase, excluding unusual items, on sales growth of 16%."
> **"Q2 2004 Earnings Call," *Bloomberg Transcript*, 21 July 2004, p. 7.**

> "[Mike Burns, CEO]:  Our attitude is that cost reductions and profitable top-line growth are not mutually exclusive efforts. We must do both."
> **"Q3 2004 Earnings Call," *Bloomberg Transcript*, 20 October 2004, p. 8.**

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

> "[Mike Burns, CEO]: First, our earnings excluding unusual items, improved in 2004 despite sharply higher commodity prices.
>
> …
>
> Fourth, if we can meet our customers' needs, then we'll also see success in growing our sales and earnings. We feel there's solid momentum behind both of these, coming out of 2004 into 2005. Cost reductions and profitable top line growth are not mutually exclusive. We must do both.
>
> And finally, flawless execution of goals that have been articulated in plans that have been set, it's critical that we meet these by – and create customer and shareholder value in 2005."
> **"Q4 2004 Earnings Call,"** *Bloomberg Transcript*, **23 February 2005, pp. 10-11.**

> "[Mike Burns, CEO]: Our key goals are, as you know, to achieve profitable sales growth at twice the rate of the global vehicle market, with more customer and geographic distribution. That's happening. We want to grow earnings by accelerating our costs and our productivity initiatives. Again, these include leveraging our purchasing function for greater savings, deploying lean manufacturing and value engineering globally, and continuing to standardize and take out costs from our administrative processes such as the human resource function I mentioned earlier."
> **"Q1 2005 Earnings Call,"** *Bloomberg Transcript*, **20 April 2005, pp. 7-8.**

88.  The dependence on future profitability of the usability and therefore value of the deferred tax asset to Dana Corp. made reported earnings and future profitability ever more important in this particular case, as the Company explained.

> "Our net federal and state deferred tax assets in the U.S. totaled $715 at December 31, 2004. To ensure realization of these assets, we must generate approximately $1,600 of pre- tax income in future years, assuming a 35% statutory tax rate. Although we currently believe that it is more likely than not that we will generate sufficient U.S.- based taxable income to realize these deferred tax assets, the full realization of these assets is not assured. If, as a result of changes in our competitive, operating, economic or regulatory environments, we conclude that it is more likely than not that we will be unable to fully realize these assets, we would be required to provide a full or partial valuation allowance against these deferred tax assets at that time. Providing such a valuation allowance would have an adverse effect on net income and shareholders' equity, the amount of which is likely to be material."
> **Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2004, filed 9 March 2005, p. 9.**

35

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

Accurate Accounting and Restatements

89.     The Company acknowledged the importance of accurate accounting in general, and the materiality of its accounting irregularities and restatements in particular when it announced it would be required to restate FY 2004, Q1 2005, and Q2 2005.

> "Dana also announced that it will likely restate its second-quarter 2005 financial statements, primarily to correct inappropriate recognition of price increases in its Commercial Vehicle business during the second quarter. Based on a preliminary internal review, the company believes that the potential restatement could result in an after-tax reduction of approximately $10 million to $15 million in second-quarter income."
> **"Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.**

Financial Controls

90.     The inclusion in its 10 October 2005 press release and subsequent 8-K filing of its admission about material weaknesses in internal controls over financial reporting is acknowledgement that this is an important factor.

> "In connection with the restatements, the company believes that there are material weaknesses in its internal control over financial reporting."
> **"Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.**

## Analysts' Statements Confirm the Materiality of the Allegations

Earnings and Profitability

91.     Analysts deemed information about the Company's earnings and profitability important, as is evident in their commentary and valuation models.

> "We remain excited about Dana's longer-term earnings power, driven by the company's significant restructuring potential under new management. However, DCN's ability to generate the necessary earnings improvement in 2004 to meet management's ambitious $1.90 EPS guidance is still our primary concern over the near-term."
> **"Change of Earnings Forecast; Capacity Constraints in Hvy Trk Segment," by Darren S. Kimball and Andrew A. Mahony, Lehman Brothers, analyst report, 22 April 2004, p. 1.**

36

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

"Our $17 target price was developed by applying a slightly below average mid-cycle auto parts supplier multiple of 10.0x (average is 10.5x) to our 2005 EPS of $1.85 and discounting back one year at 12%."
**"DCN Earnings Drive-By (10:00am): In Line With Expectations. Guidance Affirmed. Stock Reaction Likely Neutral," by Michael Bruynesteyn and Takuo Katayama, Prudential Equity Group, analyst report, 21 April 2004, p. 2.**

"Our $20 price target is predicated on a 62.5% relative market multiple, or 11.5x our revised 2004E of $1.70."
**"Change of Earnings Forecast; Capacity Constraints in Hvy Trk Segment," by Darren S. Kimball and Andrew A. Mahony, Lehman Brothers, analyst report, 22 April 2004, p. 3.**

"Dana trades at 8.1 times our 2005 EPS estimate, which translates into a 20% discount to its long-term average. Relative to its peers, the company trades at an 11% discount on 2005E P/E."
**"Low Quality Q3 Upside," by Himanshu Patel, et al., JPMorgan, analyst report, 20 October 2004, p. 2.**

"We reiterate our $15 price target and 2-Equal weight rating. Our price target is predicated on a 60% relative market multiple or 10.1x our $1.50 2005 EPS estimate."
**"Company Update: Management Initiates Flat '05 Guidance," by Darren S. Kimball, Lehman Brothers, analyst report, 14 January 2005, p. 1.**

"We are maintaining our BUY (2) rating and $19 price target. Our $19 price target is 10x our 2006E."
**"DCN: First Look: 4Q04 Results Exceed Estimates Due to Tax Benefits; 2005 Guidance Slightly Below Expectation, but Still Solid; Maintaining BUY Rating," by Brett D. Hoselton and Steve Barger, KeyBanc, analyst report, 23 February 2005, p. 2.**

"Our $11 target price is developed by applying an average rising-rate auto parts supplier multiple of 8.0x to our 2006 EPS of $1.50, discounted back 1 year."
**"DCN: Guidance Lowered. Estimates Reduced On Heavy-Axle Supply Disruption. Target Price Trimmed To $11. Underweight Rating Maintained," by Michael Bruynesten, et al., Prudential Equity Group, analyst report, 23 March 2005, p. 3.**

"We would not be buyers of Dana at this price given the unknowns regarding the company's operating margin, its inability to accurately project its results, its tax situation, and potential further credit rating

37

downgrades. In our opinion, this is a major setback for the company's turnaround plan, and at this point Dana's future earnings power is unclear."
**"DCN: Target Price And Estimates Cut As Future Earnings Power Unclear. Restructuring Likely. Neutral Weight Maintained." By Michael Bruynesteyn, et al., Prudential Equity Group, LLC., analyst report, 15 September 2005, pp. 1-2.**

"…Dana's ongoing accounting investigation and ultimate restatement of earnings may reveal that the company's underlying profitability could be weaker than we anticipated, leading to further estimate and target price reductions. "
**"Pricing Probe Calls Core Earnings Power Into Question," by Christopher J. Ceraso and Erin Silverman, Credit Suisse First Boston, analyst report, 10 October 2005, p. 1.**

"We expect that the company will likely produce earnings significantly lower than its most recent estimates. It is particularly disturbing that the restatement affects the company's heavy vehicle business, a segment that has been running full throttle for some time now. Due to the lack of reliable historical financial statements, it is not realistic that we provide financial estimates at this juncture. We strongly discourage investment in Dana Corporation at this time."
**"Announcement of Restated Earnings Recall of Guidance,"** *Wall Street Strategies*, **analyst report, 11 October 2005, pp. 2-3.**

Financial Controls, Accounting Quality, and Management Reputation

92.     That analysts considered financial controls, accounting quality, and management reputation important is also stated in their reports.

"We think the Street will be especially concerned about the future credibility of management. We would define a very preliminary fair value of $9.50 assuming a below average group multiple of 9.5x on 06 earnings of $1.10 (a 33% discount to our current 06 est.) plus some discount given debt rating, covenant renegotiation, and accounting uncertainties (i.e. Q2 restatement due to pricing, and a potential deferred tax asset write down)."
**"Apparent Lack of Cost Control Blurs Outlook, Diminishes Management Credibility," by Robert Barry, et al., Goldman Sachs, analyst report, 15 September 2005, p. 1 [GS00000108].**

"Today's news was a significant body blow to a management team that already had credibility issues. While arguably justified, we believe today's 23% drop more than accounted for the company's grim outlook."
**"DCN: Lowers 2005 EPS Guidance; Uncertainty Grows, Lowering Estimates," by Richard Kwas and David Lim, Wachovia, analyst report, 15 September 2005, p. 3.**

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

"Due to the lack of reliable historical financial statements, it is not realistic that we provide financial estimates at this juncture. We strongly discourage investment in Dana Corporation at this time."
**"Announcement of Restated Earnings Recall of Guidance,"** *Wall Street Strategies*, **analyst report, 11 October 2005, p. 3.**

"Management needs to address the issues affecting the business sooner rather than later. Sustained silence or inaction would fuel more uncertainty and lead to more downside potential in the shares, in our view."
**"Uncertainty Grows, Lowering Estimates," by Richard M. Kwas and David H. Lim, Wachovia Securities, analyst report, 15 September 2005, p.1.**

"As a result, our confidence in management's ability to execute has declined, we think its visibility on operations, especially in commercial vehicles, is poor and we note that it will likely take time for management to regain investor confidence."
**"Downgrading to ILIC from OP/C; share price plunge limits downside with revenue story largely intact, but near term volatility likely," by Robert Barrry, et al., Goldman Sachs, analyst report, 16 September 2005, p.1.**

"We suspect a host of guidance revisions over the past couple of years have diminished investor confidence in DCN's strategy. Recent, extreme guidance cuts and the company's decision to pull 2005 guidance has only widened the credibility gap. We think rebuilding credibility will be a challenge, especially because sector-wide pressures such as raw materials costs and bankruptcy concerns have put a downward bias on auto and supplier valuations and heightened investor skepticism."
**"Patient In critical but stable condition; valuation supports maintaining IL/C rating," by Robert Barry, et al., Goldman Sachs, analyst report, 11 October 2005, pp. 2-3.**

## EMPIRICAL CONFIRMATION OF LOSS CAUSATION

93. Over the course of the Class Period, the alleged misrepresentations, omissions and deceptive conduct caused the price of Dana stock to be artificially inflated. When the truth about the Company's financial condition emerged, the artificial inflation dissipated, causing the stock price to decline and investors to suffer losses.

94. These conclusions, compelled by financial valuation principles, Company statements, and analyst commentary and valuation models, as described above, are also proved empirically by event study analysis focusing on the reaction of the Dana stock price to the corrective disclosures.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Event Study**

95.    An event study examines whether a security price reacts to the release of new information. A statistically significant stock price reaction in response to the release of new information indicates that the new information caused the price change.

96.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes about how it is generally accepted and widely used in academic research.[60] Tabak and Dunbar [2001] write about how the methodology is generally accepted and widely used in forensic applications.[61]

97.    An event study measures how much a stock price rises or falls in response to new information. It first determines how much of a stock price change is explained by market and sector factors. The portion of a stock price change that cannot be attributable to market and sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

98.    If the stock return is deemed statistically significant, it indicates that the stock price movement cannot be attributed to market and sector factors, or to random volatility, but rather was caused by new company-specific information.

99.    If the new information is a disclosure that corrects previous misrepresentations, omissions and deceptive conduct then a statistically significant price decline establishes that the misrepresentations, omissions and deceptive conduct had previously inflated the stock price and then caused investor losses when disclosed.

Disclosure Events

100.    I reviewed a wide variety of information sources, including news articles, press releases, equity analyst reports, and SEC filings, to determine when corrective information related to the alleged misrepresentations, omissions and deceptive conduct was disseminated. The following two partially corrective events were identified:

---

[60] "Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature*, March 1997.
[61] "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, New York, 2001.

40

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

    i.  **15 September 2005** – the Company announced lower EPS guidance for FY 2005 and that it would have to restate its Q2 2005 financial statement.[62]  Dana also announced that it was assessing whether it would be required to write down its deferred tax asset as a result of the change in earnings outlook.[63]

    ii.  **10 October 2005** – Dana admitted to material weaknesses in internal controls; announced that it would have to restate its financial statements for FY 2004 and Q1 2005, as well as Q2 2005; withdrew its guidance for FY 2005; postponed the Q3 2005 earnings release; and announced it would write down the deferred tax asset.[64]

Isolating the Impact of Company-Specific Information

101.    One component of an event study is to determine how much of a company's stock returns are attributable to market and industry sector effects, so that these factors can be isolated and removed.

102.    The method, which is generally accepted and widely used in econometric modeling, first involves running a regression to determine how Dana's stock price typically behaved in relation to the overall stock market and its industry peer group.  Then, the regression model is used to determine how much of each event day's actual return is explained by the market and sector factors (the "explained return").  The actual return minus the explained return is the residual return, which measures the stock return after removing both the market and industry effects.

103.    I ran the regression modeling the return of Dana common stock as a function of:  1) a constant term, 2) the returns of the overall stock market, and 3) a peer group index return.  For the overall stock market factor I used the CRSP Market Total Return Index ("Market Index"), which is a generally accepted and widely used measure of overall stock market

---

[62] "Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.
[63] *Ibid.*
[64] "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

performance.  The Market Index appropriately incorporates the payment of dividends by the index's constituent companies.

104.	I constructed a value-weighted peer group index ("Peer Index") from the prices and returns of the 13 companies identified as peers in the Declaration of Jane D. Nettesheim, which is a reasonable methodology and I accept it.[65]

105.	Dana stock price, dividend, trading volume, and logarithmic returns are presented in Exhibit-4.  The levels and returns of the Market Index and Peer Index are presented in Exhibit-5.

106.	I ran the regression on daily returns covering the period 21 April 2003 through 20 April 2004.[66]  This estimation (control) period constitutes one full year of trading data, ending the day prior to the start of the Class Period.  The choice of a one year control period, ending just prior to the Class Period, is widely used and generally accepted in event study analysis.[67]

107.	All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price plus dividends to the previous day's closing price.  Logarithmic returns are commonly used in event studies and equity analysis.  Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[68]

108.	The regression results are presented in Exhibit-6.

109.	I computed the explained portion of Dana's stock return on the event date by adding:  1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the day's Peer Index return multiplied by the regression's Peer Index coefficient.

110.	I then computed the residual return for the event date by subtracting that day's explained return from the actual return.

---

[65] Declaration of Jane D. Nettesheim, dated 9 March 2012 ("Nettesheim Declaration"), ¶41 and Exhibits 10&12.

[66] This is the same control period used in Exhibit 10 of the Nettesheim Declaration.

[67] For example, see: "Materiality and Magnitude: Event Studies in the Courtroom," David I. Tabak and Frederick C. Dunbar in *Litigation Services Handbook, The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19; and "Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature*, 1997, pp. 14-16.

[68] The Appendix presents the mathematical formula for the logarithmic return and a discussion of the measure.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

*t*-Test

111.    For each event, a statistical test called a *t*-test was conducted to determine whether the residual return of Dana's stock can be explained by random volatility, or alternatively must have been caused by Company-specific information.  A *t*-test compares the residual return on an event date to the typical residual return exhibited over the estimation (control) period.  If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return in question cannot have been caused by random volatility alone – *i.e.*, it is statistically significant.[69]

112.    The event study results are presented below and summarized in Exhibit-7.  As shown in Exhibit-7, Dana's stock price experienced statistically significant declines at the 95% confidence level on each of the disclosure dates: 15 September 2005 and 10 October 2005.  The statistical significance of these declines indicates, to a high degree of statistical certainty, that Company-specific information caused declines in the price of Dana's stock on those dates.

**Event Study Results and Analysis:  15 September 2005**

Significant Stock Price Decline

113.    On 15 September 2005, Dana stock fell 25.94% (on a logarithmic return basis).  The Market Index return was -0.004%, and the Peer Index return was -1.44%.  According to the regression model, on 15 September 2005, the explained return for Dana stock was -1.03% and the residual return was -24.91%, or -$2.82 per share. The residual return is the estimate of the return Dana stock would have experienced absent any market and peer group effects.

114.    A residual return of -24.91% is an unusually large negative one-day return for Dana common stock.  That residual return is associated with a t-statistic value of -10.47, which indicates that the residual return was too severe to have been a random fluctuation.  The likelihood of obtaining a residual return of this magnitude and associated t-statistic given

---

[69] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event date residual return divided by the standard deviation of residual returns from the estimation period.  If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (1.97 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected.

43

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

that particular explanation is virtually nil.  Therefore, the stock return is deemed statistically significant.

115. The magnitude of the residual return on 15 September 2005 and its statistical significance indicate that to a high degree of statistical certainty, the price of Dana stock decreased in response to the Company-specific news that day.

Accounting for Potentially Confounding Information

116. To determine how the allegation-related information contributed to Dana's residual stock price decline that day, I examined all of the Company-related news that emerged and assessed the valuation impact, if any, of that potentially confounding information.

117. I found no other news on that day aside from the fraud-related partially corrective disclosures that would have affected Dana's stock price.  I therefore conclude that the residual decline of $2.82 per share on 15 September 2005 is attributable to the corrective disclosures in the Company's press release.

**Event Study Analysis:  10 October 2005**

Significant Stock Price Decline

118. On 10 October 2005, the residual decline in Dana's stock price was a statistically significant -38.98% (on a logarithmic return basis), or a loss of $2.97 per share.

119. A residual return of -38.98% is an unusually large negative one-day return for Dana common stock.  That residual return is associated with a $t$-statistic value of -16.38, which indicates that the residual return was too severe to have been a random fluctuation.  The likelihood of obtaining a residual return of this magnitude and associated t-statistic given that particular explanation is virtually nil.

120. The magnitude of the residual return on 10 October 2005 and its statistical significance indicate that, to a high degree of statistical certainty, Company-specific information caused the decline in Dana's stock price.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

Accounting for Potentially Confounding Information

121.    In addition to the fraud-related corrective disclosures in the Company's 10 October 2005 press release, there was an additional piece of news that the market may have been absorbing that day.  On Saturday, 8 October 2005, automobile parts manufacturer Delphi announced that it was filing for bankruptcy.

> "Auto parts maker Delphi said Saturday it filed for bankruptcy after warning for months that a filing was in the cards."
> **"Delphi files for bankruptcy,"** *CNN/Money*, **8 October 2005.**
> **(http://money.cnn.com/2005/10/08/news/fortune500/delphi_bankrupt/)**

122.    There are three reasons, however, why the news about Delphi cannot be responsible for the residual price decline Dana Corp. exhibited on 10 October 2005.  First, as the news article cited above states, Delphi had been warning for months that bankruptcy was likely, so the eventual filing was not a complete surprise.  Second, as some analysts pointed out, Delphi had unique problems that were not representative of industry conditions affecting all auto suppliers.

> "Other analysts argued Delphi's problems were specific to that company. 'We do not think the Delphi bankruptcy should be viewed as an example of the eventual fate of all of the auto suppliers,' Calyon Securities analyst Joseph Amaturo wrote in a research note. Amaturo said that Delphi was less competitive than its rivals from the moment it was spun off from GM in 1999, because it was saddled with GM's labor contracts."
> **"Update 5-Dana to restate earnings, shares plunge," by Nick Zieminski, *Reuters*, 10 October 2005.**

123.    Third, to the extent that the Delphi bankruptcy announcement conveyed negative news about the sector that would impact the valuation of other sector companies, that affect is removed by the regression component of the event study methodology.  Dana's 10 October 2005 residual return explicitly controlled for any sector factor, such as the Delphi bankruptcy.

124.    Consequently, based on the event study and analysis of potentially confounding information, I attribute the entire residual decline in Dana's stock price, or $2.97 per share, on 10 October 2005 to the corrective disclosure.

45

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Event Study Summary**

125.  The statistical significance of the declines in the Dana Corp. share prices following the corrective disclosures on 15 September 2005 and 10 October 2005, coupled with analysis of potentially confounding information, prove that the disclosures caused the residual stock price declines that occurred on those days.  It follows that the alleged misrepresentations, omissions and deceptive conduct, which were cured by the disclosures, had previously caused the Dana stock price to be artificially inflated, and thus were responsible for investor losses.

## ARTIFICIAL INFLATION RIBBON

126.  Artificial inflation is the difference between what the stock price actually was at a point in time, and what the price would have been absent the alleged fraud.  An inflation ribbon is a time series indicating how much artificial inflation caused by the alleged fraud was in the stock price on each day of the Class Period.

127.  In this case, the artificial inflation near the end of the Class Period can be measured by the stock price declines that occurred when the corrective disclosures were made.  The significant residual returns caused by the corrective disclosures, as indicated by the event study and analysis of potentially confounding information, are the dissipation of artificial inflation that was in the stock price as a result of the alleged fraud.

**Corrective Disclosures and Dissipation of Artificial Inflation**

Dissipation of Inflation on 10 October 2005

128.  No artificial inflation remained in the stock price after 10 October 2005, the date of the final corrective disclosure.  On 10 October 2005, the residual decline in the Dana stock price, which equals the amount of artificial inflation that dissipated due to the corrective disclosure, was $2.97 per share. Therefore, prior to 10 October 2005, the artificial inflation in the Dana stock price stood at $2.97 per share.

129.  As there were no inflationary or deflationary events after 15 September but before 10 October 2005, that $2.97 per share amount was the level of artificial inflation in the stock price over that interval.

46

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

Dissipation of Inflation on 15 September 2005

130. On 15 September 2005, the residual decline in the Dana stock price, which equals the amount of artificial inflation that dissipated that day due to the corrective disclosure, was $2.82 per share. Therefore, just prior to 15 September 2005, the artificial inflation in the Dana stock price amounted to $5.79 per share, equal to the $2.82 per share that dissipated on 15 September 2005, plus the $2.97 per share that remained afterwards and dissipated later.

**Estimating Artificial Inflation During the Class Period**

20 July 2005 to 15 September 2005

131. I identified no inflationary or deflationary events occurring between the 20 July 2005 earnings announcement and the 15 September 2005 partially corrective disclosure. Therefore, during this interval (including 20 July 2005 but excluding 15 September 2005), artificial inflation held steady at $5.79 per share.

20 July 2005

132. It is my understanding that expert accounting testimony will establish that the corrective disclosures made on 15 September 2005 could and should have been made on 20 July 2005. That is, the warning that reported Q2 2005 earnings required revision, the correction to forward guidance, and the warning regarding the write down of the deferred tax asset would have been unnecessary on 15 September 2005 had there been full and truthful disclosure on 20 July 2005.

133. It is reasonable, therefore, to conclude that the residual stock price decline of $2.82 per share that was sustained on 15 September 2005 represented artificial inflation that entered the stock price by 20 July 2005 at the latest.

134. Some of what the market learned about the Company's deteriorated profitability and the state of internal financial controls could likely have been disclosed earlier. However, to construct a conservative inflation ribbon (one which provides a conservative lower bound estimate of per share and aggregate damages), I assume that all of the $2.82 per share artificial inflation that exited the stock price on 15 September 2005 had entered on 20

47

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

July 2005 on account of the alleged misrepresentations, omissions and deceptive conduct that occurred that day.[70]

135. Similarly, it is my understanding that expert accounting testimony will establish that the revelation on 10 October 2005 that the deferred tax asset would indeed be written down, could and should have been made on 20 July 2005.  The direct economic impact of this information represents artificial inflation, which exited the stock price on 10 October 2005, and reasonably had entered on 20 July 2005 when the announcement could have been made but was not. The economic impact of the confirmation that the deferred tax asset would be written off was $0.73 per share, which along with $0.26 per share of artificial inflation stemming from related expected legal penalties, entered the stock price as artificial inflation on 20 July 2005.  How these components of artificial inflation were computed is explained next.

136. The other components of the 10 October 2005 disclosures relate to the unreliability of Company accounting and guidance, which impact the stock price via the reputational effect.  The reputation of the Company, especially with regard to earnings reporting and guidance had been overestimated by the market since the start of the Class Period, when the deficient financial controls allowed for misleading accounting irregularities.  Consequently, all or some of the reputation effect artificial inflation that dissipated on 10 October 2005 traces back to the start of the Class Period, 21 April 2004.

137. According to Karpoff, *et al.* [2008], on average, 66.6% of a stock price decline caused by the revelation of accounting fraud stems from the reputation effect, while 24.6% is a direct economic effect of the disclosed information, and 8.8% represents anticipated legal penalties.  Therefore, of the $2.97 per share residual stock price decline that occurred on 10 October 2005, I estimate that $1.98 (66.6% of $2.97) was due to the reputation effect, $0.73 (24.6% of $2.97) was caused by the direct economic effect of the new information, and the remaining $0.26 (8.8% of $2.97) per share represents expected legal penalties.

---

[70] While it is my opinion that the disclosures on 15 September 2005 caused the stock investors in the Hawaii case to suffer damages, I cannot disaggregate, with a reasonable degree of scientific certainty, that piece of the $2.82 residual stock price decline that relates solely to the announcement that Dana's Q205 financial statements were being restated.  To provide a conservative calculation of the damages in the Hawaii case, I am not including any portion of the $2.82 residual stock price decline in that calculation.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

138. The $0.73 per share of direct economic effect and the $0.26 per share of expected penalties is conservatively assumed to have entered the stock price as artificial inflation on July 20th, while the $1.98 per share artificial inflation due to the reputation effect accumulated over the course of the Class Period as the magnitude of the alleged accounting fraud mounted.[71]

139. Given this analysis and the stated assumptions, the artificial inflation rose $3.81 per share on 20 July 2005, consisting of the $2.82 of per share artificial inflation that dissipated on 15 September 2005, and the $0.99 portion of the per share artificial inflation from direct economic effects and expected legal penalties that dissipated on 10 October 2005. Artificial inflation rose, therefore, from $1.98 per share just prior to 20 July 2005 to $5.79 per share on 20 July 2005.

21 April 2004 to 20 July 2005

140. As the Company's internal financial controls were apparently deficient from the start of the Class Period, making its financial reporting unreliable from the very beginning of the Class Period, it would be reasonable to conclude that the entire $1.98 of per share artificial inflation due to reputation effect that exited the stock price on 10 October 2005 had been in the stock price from the start of the Class Period on 21 April 2004.

141. However, it is also reasonable, and more conservative, to posit that the magnitude of the artificial inflation caused by concealment of the internal control deficiencies and unreliability of the Company's accounting and reporting grew as the cumulative earnings overstatements accrued. That is, just as the alleged accounting fraud grew in magnitude, so too did the artificial inflation attributable to the reputation effect.

142. Because all artificial inflation that entered the stock price on 20 July 2005 is assumed to have dissipated on 15 September 2005, it is not necessary to estimate how much reputation effect artificial inflation entered on 20 July 2005. It is necessary, however, to estimate the reputation effect artificial inflation that entered on 21 April 2004, 21 July

---

[71] For purposes of the Hawaii case, the $1.98 per share of artificial inflation that dissipated on 10 October 2005 attributable to the revelation of the accounting fraud and resulting reputational effect, are the total damages related to that matter.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

2004, 20 October 2004, 23 February 2005, and 20 April 2005, when earnings were reported for Q1 2004, Q2 2004, Q3 2004, Q4 2004, and Q1 2005, respectively.

143. Basic undiluted EPS was overstated by: $0.05 in Q1 2004, $0.07 in Q2 2004, zero in Q3 2004, $0.03 in Q4 2004, $0.01 in Q1 2005. Over the five quarters through Q1 2005, the total accumulated overstatement of EPS amounted to $0.16 per share. Of this $0.16 per share, 31.3% accrued in Q1 2004 results, 75% had accrued as of the Q2 2004 results, 93.8% had accrued as of the Q4 2004 results, and by construction, 100% accumulated as of the Q1 2005 results.

144. Applying these cumulative accrual percentages to the $1.98 per share reputation effect artificial inflation that also accrued over this period, it follows that $0.62 per share of reputation effect artificial inflation accrued with the reporting of Q1 2004 results on 21 April 2004; the cumulative reputation effect artificial inflation grew to $1.49 per share with the reporting of Q2 2004 results on 21 July 2004; the cumulative reputation effect artificial remained at $1.49 per share with the reporting of Q3 2004 results on 20 October 2004; the cumulative reputation effect artificial inflation grew to $1.86 per share with the reporting of Q4 2004 results on 23 February 2005; and the cumulative reputation effect artificial inflation reached $1.98 per share with the reporting of Q1 2005 results on 20 April 2005.

## Inflation Ribbon Summary

145. Based on the aforementioned analysis, artificial inflation at the start of the Class Period was $0.62 per share. The amount of the inflation rose following each of the remaining earnings announcement dates during the Class Period: 21 July 2004; 20 October 2004; 23 February 2005; 20 April 2005; and 20 July 2005. Following the Company's earnings announcement on 20 July 2005, the amount of artificial inflation peaked at $5.79 per share and remained constant until just prior to the first partially corrective disclosure.

146. Inflation fell $2.82 per share, from $5.79 to $2.97, on 15 September 2005. Inflation fell the remaining $2.97 per share on 10 October 2005.

147. The entire inflation ribbon is presented in Exhibit-8.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

## PER SHARE DAMAGE FORMULA

148. The measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price of the security had there been no fraud or misrepresentation.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases.  The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, chapter 18 in *Litigation Services Handbook: The Role of the Financial Expert*, 4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons, 2007,  p. 18.6 (internal citations omitted).**

149. However, the *Dura Pharmaceuticals* case decision clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, but how much of that artificial inflation was actually lost by the investor on account of corrective disclosures that occurred during the investor's holding period.  Therefore, recoverable damages are the amount by which fraud-induced inflation decreased between the time the investor purchased and sold the security.

150. For shares sold after the final corrective disclosure, the Private Securities Litigation Reform Act of 1995 ("PSLRA 1995") limits the recoverable damages to be no greater than the difference between the price paid for the security and the average trading price over the 90 days subsequent to the disclosure (the "bounce-back period").

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."
> **15 U.S.C. § 78u-4(e) (1).**

51

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

151. Damage on any share purchased during the Class Period and held 90 days or more beyond the final corrective disclosure equals the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price over the 90 days following the final corrective disclosure.

152. Because the final disclosure in this case took place on 10 October 2005, the 90-day bounce-back period stretches from 10 October 2005 through 6 January 2006 (the last trading day within the 90 calendar days following the disclosure). The average price for Dana stock over this period of 90 calendar days, based on closing prices, was $7.04 per share.

153. According to PSLRA 1995, the investment loss cap for a share sold *within* the 90-day bounce-back period is a function of the average trading price from the date of final disclosure to the date of actual sale.

> "[I]f the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in paragraph (1), the plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."
> **15 U.S.C. §78u-4(e) (2).**

154. Thus, damage on any share purchased during the Class Period and sold up to 90 days after the final corrective disclosure is the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the sale price is computed to be the average trading price from the final corrective disclosure date to the sale date.  That is, the damage is capped by the investment loss where the actual sale price is replaced by the average price within the 90-day bounce-back period up to the date of actual sale.

155. To provide a conservative measure of damages, I applied the PSLRA investment loss cap to shares sold *during* the Class Period as well as to shares sold afterward. For any particular holding period, I computed damages as the lesser of the decline in the inflation ribbon (based on the out-of-pocket measure as limited by the *Dura* decision) and the

52

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

decline in the share price over the holding period (based on the PSLRA investment loss cap).

156. As an example of how per share damages are computed for a particular investor, consider an investor who purchased Dana stock on 28 July 2005 for $16.10 per share and sold those shares at the close of trading on 10 October 2005 for $6.04 per share. The inflation on 28 July 2005 was $5.79 per share, and at the close of trading on 10 October 2005 it was $0.00 per share. According to the change in inflation, this investor's economic/inflation loss is $5.79 per share, equal to the decline in inflation over his holding period ($5.79 minus $0.00). The investment loss is $10.09 per share, equal to the $16.10 purchase price minus the $6.04 per share sale price. The per share damages are the lesser of the economic/inflation loss and the investment loss, which is $5.79 per share.

157. Based on the foregoing analysis and statutory formulas, Rule 10b-5 damages per share range from zero to $5.79 per share, excluding prejudgment interest. A particular investor's per share damage depends on when during the Class Period each share was purchased and if and when each respective share was subsequently sold.

## LIMITING FACTORS AND OTHER ASSUMPTIONS

158. This declaration is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

Steven P. Feinstein, Ph.D., CFA

53

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

### APPENDIX:  LOGARITHMIC RETURNS

Logarithmic returns, rather than percent change returns are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
$R_t$ is the logarithmic return on day t;
$P_t$ is the stock price at the end of day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
$d_t$ is the dividend on day t, if any.

The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
$DR_t$ is the dollar return on day t;
$P_{t-1}$ is the stock price from the previous day, day t-1;
e is natural e (approximately 2.7);
$R_t$ is the logarithmic return on day t.

If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

An attractive feature of a logarithmic return is that it can be decomposed linearly into contributing factors. That is, the portion of a logarithmic return caused by Company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and peer group factors.

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

## CASE DOCUMENTS

- Consolidated Class Action Complaint, dated 15 August 2006.
- Class Action Complaint, dated 18 February 2010.
- Declaration of Jane D. Nettesheim, dated 9 March 2012.
- Deposition of Jane D. Nettesheim, dated 31 May 2012.
- Deposition of Jane D. Nettesheim, dated 1 June 2012.
- Declaration of Andrew Roper, dated 31 August 2012.
- Deposition of Andrew Roper, dated 12 September 2012.
- Rebuttal Declaration of Jane D. Nettesheim, dated 5 October 2012.
- Sur-Rebuttal Declaration of Andrew Roper, dated 15 November 2012.
- Deposition of Robert Steimle, dated 30 October 2013.
- Deposition of Norm Boisvert, dated 8 November 2013.
- Deposition of Gregory DiMarco, dated 12 December 2013.
- Deposition of William Hennessy, dated 1 May 2014.
- Deposition of Bernard Cole, dated 12 May 2014.
- Deposition of Bernard Cole, dated 13 May 2014.
- Deposition of Douglas Hodge, dated 2 June 2014.

## NEWS ARTICLES/ PRESS RELEASES

- *Factiva* news articles (4,556) from 31 December 2002 to 30 April 2006, downloaded on 19 June 2014, using the following search parameters: Company Field: Dana Holding Corporation; Sources Field: All Sources; Subject Field: All Subjects; Industry Field; All Industries; Region Field; All Regions.
- "Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.
- "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.
- "Dana Corporation Reports Stronger First-Quarter Results Increased Volume and Cost Reductions Drive Improvement," *PR Newswire*, Company press release, 21 April 2004.
- "Dana Reaches $1.1 Billion Deal To Sell Replacement Products Unit," *Associated Press*, 9 July 2004.
- "Dana Corporation Announces Agreement to Sell Automotive Aftermarket Business to Cypress Group Transaction to Enhance Dana's Strategic & Financial Flexibility," *PR Newswire,* Company press release, 9 July 2004.

55

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Dana Corporation Reports Significantly Improved Operational Results Net Income Also Includes Net Gains Triggered by Transactions," *PR Newswires*, Company press release, 21 July 2004.
- "Dana Corporation Revises 2004 Earnings Outlook," *PR Newswire*, Company press release, 12 October 2004.
- "Dana Corporation Reports Third-Quarter Earnings," *PR Newswire*, Company press release, 20 October 2004.
- "Dana Corp.'s Third-Quarter Earnings Fall By One-Third," *Associated Press*, 20 October 2004.
- "Dana Corporation Announces Amendment to Agreement for Sale of Its Automotive Aftermarket Businesses," *PR Newswire*, Company press release, 1 November 2004.
- "Dana Corporation Completes Sale of Automotive Aftermarket Businesses," *PR Newswire*, Company press release, 30 November 2004.
- "Dana at Auto Analysts of New York Detroit Auto Conference – Final," *Fair Disclosure Wire*, 13 January 2005.
- "Dana Corporation Reports Fourth-Quarter and Full-Year Results Aftermarket Divestiture and Related Actions Improve Balance Sheet, Cost Structure," *PR Newswire*, Company press release, 23 February 2005.
- "DJ Dana Corp Swings To 4Q Loss On $195M In Charges>DCN," *Dow Jones Newswires*, 23 February 2005.
- "Dana Corporation Revises Earnings Outlook," *PR Newswire*, Company press release, 23 March 2005.
- "Dana Corporation Reports First-Quarter Results for 2005," *PR Newswire*, Company press release, 20 April 2005.
- "Dana Quarterly Earnings Fall, Hurt By Steel Costs," *Reuters*, 20 April 2005.
- "Dana Corporation Reports Second-Quarter Results," *PR Newswire*, Company press release, 20 July 2005.
- "Update 2-Dana Quarterly Net Falls, Backs 2005 Outlook," *Reuters*, 20 July 2005.
- "NEWS WRAP: Dana Corp. Posts Sharp 2Q Profit Drop," *Dow Jones News Service*, Company press release, 20 July 2005.
- "Dana Corporation Revises 2005 Earnings Outlook, Restatement of Second-Quarter 2005 Financial Statements Likely," *PR Newswire*, Company press release, 15 September 2005.
- "Dana Corporation to Restate Financial Statements for 2004 & 2005, Write Off U.S. Deferred Tax Assets Company Postpones Third-Quarter 2005 Earnings Release," *PR Newswire*, Company press release, 10 October 2005.
- "Parts Maker to Restate Earnings," by John Seewer, *Associated Press*, 11 October 2005.
- "Troubled Month at Dana," *Associated Press*, 10 October 2005.
- "Before the Bell-Dana Corp. Shares Off 18.4 pct on Inet," *Reuters*, 10 October 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Delphi files for bankruptcy," *CNN/Money*, 8 October 2005. (http://money.cnn.com/2005/10/08/news/fortune500/delphi_bankrupt/)
- "Update 5-Dana to restate earnings, shares plunge," by Nick Zieminski, *Reuters*, 10 October 2005.

**ANALYST REPORTS**

- Baird & Co. Inc., 17 October 2001.
- Baird & Co. Inc., 21 December 2001.
- Baird & Co. Inc., 17 May 2002.
- Baird & Co. Inc., 13 September 2002.
- Baird & Co. Inc., 28 October 2002.
- Baird & Co. Inc., 16 December 2002.
- Baird & Co. Inc., 17 March 2003.
- Prudential Equity Group, 24 April 2003.
- Wells Fargo Securities, 24 April 2003.
- Baird & Co. Inc., 25 April 2003.
- Credit Suisse, 25 April 2003.
- Morgan Stanley, 25 April 2003.
- Prudential Equity Group, 25 April 2003.
- UBS, 25 April 2003.
- Baird & Co. Inc., 1 May 2003.
- Barclays, 1 May 2003.
- Baird & Co. Inc., 5 May 2003.
- Keybanc Capital Markets, 5 May 2003.
- Prudential Equity Group, 16 May 2003.
- Credit Suisse, 4 June 2003.
- UBS, 1 July 2003.
- Morgan Stanley, 2 July 2003.
- Wells Fargo Securities, 8 July 2003.
- Barclays, 9 July 2003.
- Credit Suisse, 9 July 2003.
- Prudential Equity Group, 9 July 2003.
- Morgan Stanley, 22 July 2003.
- Wells Fargo Securities, 22 July 2003.
- Barclays, 23 July 2003.
- Credit Suisse, 23 July 2003.
- Morgan Stanley, 23 July 2003.
- Prudential Equity Group, 23 July 2003.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- UBS, 23 July 2003.
- Wells Fargo Securities, 23 July 2003.
- Credit Suisse, 24 July 2003.
- Morgan Stanley, 24 July 2003.
- Prudential Equity Group, 24 July 2003.
- UBS, 25 July 2003.
- Keybanc Capital Markets, 6 August 2003.
- UBS, 14 August 2003.
- Prudential Equity Group, 28 August 2003.
- Columbine Capital, 10 September 2003.
- Morgan Stanley, 23 September 2003.
- Barclays, 26 September 2003.
- Columbine Capital, 27 September 2003.
- Barclays, 2 October 2003.
- Baird & Co. Inc., 14 October 2003.
- UBS, 22 October 2003.
- JPMorgan, 24 October 2003.
- Prudential Equity Group, 24 October 2003.
- Wells Fargo Securities, 24 October 2003.
- Baird & Co. Inc., 27 October 2003.
- Credit Suisse, 27 October 2003.
- JPMorgan, 27 October 2003.
- Morgan Stanley, 27 October 2003.
- Prudential Equity Group, 27 October 2003.
- UBS, 27 October 2003.
- JPMorgan, 31 October 2003.
- JPMorgan, 17 November 2003.
- Prudential Equity Group, 17 November 2003.
- UBS, 17 November 2003.
- Prudential Equity Group, 24 November 2003.
- JPMorgan, 25 November 2003.
- UBS, 25 November 2003.
- Keybanc Capital Markets, 26 November 2003.
- Wells Fargo Securities, 28 November 2003.
- Baird & Co. Inc., 3 December 2003.
- JPMorgan, 3 December 2003.
- UBS, 3 December 2003.
- Morgan Stanley, 4 December 2003.
- UBS, 4 December 2003.

58

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 12 December 2003.
- Barclays, 12 December 2003.
- Baird & Co. Inc., 17 December 2003.
- Baird & Co. Inc., 19 December 2003.
- Baird & Co. Inc., 5 January 2004.
- Prudential Equity Group, 5 January 2004.
- Merrill Lynch, 8 January 2004.
- Baird & Co. Inc., 9 January 2004.
- Barclays, 9 January 2004.
- Prudential Equity Group, 9 January 2004.
- UBS, 9 January 2004.
- Baird & Co. Inc., 12 January 2004.
- Gabelli & Company, Inc., 13 January 2004.
- Morgan Stanley, 13 January 2004.
- Prudential Equity Group, 15 January 2004.
- Baird & Co. Inc., 16 January 2004.
- Prudential Equity Group, 16 January 2004.
- JPMorgan, 17 January 2004.
- JPMorgan, 18 January 2004.
- Baird & Co. Inc., 20 January 2004.
- Baird & Co. Inc., 21 January 2004.
- Baird & Co. Inc., 29 January 2004.
- UBS, 30 January 2004.
- Prudential Equity Group, 1 February 2004.
- Baird & Co. Inc., 2 February 2004.
- Baird & Co. Inc., 3 February 2004.
- Barclays, 3 February 2004.
- Smith Barney Citigroup, 3 February 2004.
- Morgan Stanley, 4 February 2004.
- Baird & Co. Inc., 9 February 2004.
- Baird & Co. Inc., 11 February 2004.
- JPMorgan, 11 February 2004.
- Prudential Equity Group, 11 February 2004.
- UBS, 11 February 2004.
- Wells Fargo Securities, 11 February 2004.
- Baird & Co. Inc., 12 February 2004.
- Credit Suisse, 12 February 2004.
- Goldman Sachs, 12 February 2004.
- Morgan Stanley, 12 February 2004.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- UBS, 12 February 2004.
- Baird & Co. Inc., 13 February 2004.
- Baird & Co. Inc., 17 February 2004.
- Baird & Co. Inc., 19 February 2004.
- Baird & Co. Inc., 23 February 2004.
- JPMorgan, 24 February 2004.
- Baird & Co. Inc., 1 March 2004.
- Baird & Co. Inc., 8 March 2004.
- Baird & Co. Inc., 10 March 2004.
- Baird & Co. Inc., 12 March 2004.
- Baird & Co. Inc., 15 March 2004.
- Baird & Co. Inc., 17 March 2004.
- Prudential Equity Group, 21 March 2004.
- Baird & Co. Inc., 22 March 2004.
- Prudential Equity Group, 22 March 2004.
- JPMorgan, 25 March 2004.
- Baird & Co. Inc., 29 March 2004.
- Baird & Co. Inc., 4 April 2004.
- Baird & Co. Inc., 5 April 2004.
- Baird & Co. Inc., 7 April 2004.
- Baird & Co. Inc., 12 April 2004.
- Prudential Equity Group, 12 April 2004.
- Baird & Co. Inc., 13 April 2004.
- Baird & Co. Inc., 14 April 2004.
- Baird & Co. Inc., 15 April 2004.
- Lehman Brothers, 15 April 2004.
- Smith Barney Citigroup, 15 April 2004.
- Baird & Co. Inc., 16 April 2004.
- Barclays, 19 April 2004.
- Baird & Co. Inc., 21 April 2004.
- Barclays, 21 April 2004.
- JPMorgan, 21 April 2004.
- Merrill Lynch, 21 April 2004.
- Morgan Stanley, 21 April 2004.
- Prudential Equity Group, 21 April 2004.
- Baird & Co. Inc., 22 April 2004.
- Barclays, 22 April 2004.
- JPMorgan, 22 April 2004.
- Lehman Brothers, 22 April 2004.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Merrill Lynch, 22 April 2004.
- Prudential Equity Group, 22 April 2004.
- UBS, 22 April 2004.
- Baird & Co. Inc., 26 April 2004.
- Baird & Co. Inc., 27 April 2004.
- Citigroup, 27 April 2004.
- Smith Barney Citigroup, 27 April 2004.
- Citigroup, 30 April 2004.
- Baird & Co. Inc., 10 May 2004.
- Deutsche Bank, 11 May 2004.
- Deutsche Bank, 13 May 2004.
- Prudential Equity Group, 16 May 2004.
- Merrill Lynch, 17 May 2004.
- Prudential Equity Group, 17 May 2004.
- Baird & Co. Inc., 24 May 2004.
- Baird & Co. Inc., 25 May 2004.
- JPMorgan, 25 May 2004.
- Baird & Co. Inc., 27 May 2004.
- Baird & Co. Inc., 28 May 2004.
- Baird & Co. Inc., 2 June 2004.
- Baird & Co. Inc., 3 June 2004.
- Baird & Co. Inc., 7 June 2004.
- Morgan Stanley, 7 June 2004.
- Baird & Co. Inc., 14 June 2004.
- Baird & Co. Inc., 16 June 2004.
- Prudential Equity Group, 16 June 2004.
- Baird & Co. Inc., 17 June 2004.
- Barclays, 17 June 2004.
- Baird & Co. Inc., 18 June 2004.
- Baird & Co. Inc., 21 June 2004.
- Prudential Equity Group, 24 June 2004.
- Prudential Equity Group, 25 June 2004.
- Baird & Co. Inc., 2 July 2004.
- Baird & Co. Inc., 6 July 2004.
- Baird & Co. Inc., 8 July 2004.
- Barclays, 9 July 2004.
- Deutsche Bank, 9 July 2004.
- Morgan Stanley, 12 July 2004.
- Prudential Equity Group, 14 July 2004.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 15 July 2004.
- Citigroup, 15 July 2004.
- Smith Barney Citigroup, 15 July 2004.
- Baird & Co. Inc., 16 July 2004.
- Baird & Co. Inc., 18 July 2004.
- Baird & Co. Inc., 19 July 2004.
- Baird & Co. Inc., 21 July 2004.
- Citigroup, 21 July 2004.
- Deutsche Bank, 21 July 2004.
- JPMorgan, 21 July 2004.
- Merrill Lynch, 21 July 2004.
- Prudential Equity Group, 21 July 2004.
- Smith Barney Citigroup, 21 July 2004.
- UBS, 21 July 2004.
- Baird & Co. Inc., 22 July 2004.
- Credit Suisse, 22 July 2004.
- Deutsche Bank, 22 July 2004.
- Goldman Sachs, 22 July 2004.
- Morgan Stanley, 22 July 2004.
- Prudential Equity Group, 22 July 2004.
- Baird & Co. Inc., 25 July 2004.
- Baird & Co. Inc., 26 July 2004.
- Merrill Lynch, 28 July 2004.
- Baird & Co. Inc., 1 August 2004.
- Baird & Co. Inc., 2 August 2004.
- Merrill Lynch, 2 August 2004.
- Prudential Equity Group, 2 August 2004.
- Baird & Co. Inc., 3 August 2004.
- Baird & Co. Inc., 13 August 2004.
- Baird & Co. Inc., 16 August 2004.
- Baird & Co. Inc., 24 August 2004.
- Baird & Co. Inc., 25 August 2004.
- Baird & Co. Inc., 26 August 2004.
- Baird & Co. Inc., 30 August 2004.
- Baird & Co. Inc., 3 September 2004.
- Lehman Brothers, 3 September 2004.
- Baird & Co. Inc., 4 September 2004.
- Baird & Co. Inc., 13 September 2004.
- Baird & Co. Inc., 14 September 2004.

62

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Prudential Equity Group, 14 September 2004.
- Prudential Equity Group, 15 September 2004.
- Goldman Sachs, 21 September 2004.
- Baird & Co. Inc., 24 September 2004.
- Baird & Co. Inc., 27 September 2004.
- Lehman Brothers, 27 September 2004.
- Baird & Co. Inc., 3 October 2004.
- Prudential Equity Group, 7 October 2004.
- Prudential Equity Group, 10 October 2004.
- Baird & Co. Inc., 11 October 2004.
- Baird & Co. Inc., 12 October 2004.
- Citigroup, 12 October 2004.
- JPMorgan, 12 October 2004.
- Prudential Equity Group, 12 October 2004.
- Smith Barney Citigroup, 12 October 2004.
- Baird & Co. Inc., 13 October 2004.
- Deutsche Bank, 13 October 2004.
- Lehman Brothers, 13 October 2004.
- Merrill Lynch, 13 October 2004.
- Morgan Stanley, 13 October 2004.
- Prudential Equity Group, 13 October 2004.
- UBS, 13 October 2004.
- Baird & Co. Inc., 15 October 2004.
- Baird & Co. Inc., 20 October 2004.
- Citigroup, 20 October 2004.
- Credit Suisse, 20 October 2004.
- JPMorgan, 20 October 2004.
- Merrill Lynch, 20 October 2004.
- Morgan Stanley, 20 October 2004.
- Prudential Equity Group, 20 October 2004.
- Smith Barney Citigroup, 20 October 2004.
- UBS, 20 October 2004.
- Baird & Co. Inc., 21 October 2004.
- Barclays, 21 October 2004.
- Credit Suisse, 21 October 2004.
- Deutsche Bank, 21 October 2004.
- UBS, 21 October 2004.
- Baird & Co. Inc., 24 October 2004.
- Baird & Co. Inc., 25 October 2004.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 26 October 2004.
- Lehman Brothers, 26 October 2004.
- Baird & Co. Inc., 31 October 2004.
- Baird & Co. Inc., 1 November 2004.
- Morgan Stanley, 2 November 2004.
- UBS, 2 November 2004.
- Baird & Co. Inc., 3 November 2004.
- Lehman Brothers, 3 November 2004.
- Baird & Co. Inc., 4 November 2004.
- Baird & Co. Inc., 8 November 2004.
- Deutsche Bank, 9 November 2004.
- Wells Fargo Securities, 9 November 2004.
- Baird & Co. Inc., 10 November 2004.
- Deutsche Bank, 10 November 2004.
- Baird & Co. Inc., 11 November 2004.
- Prudential Equity Group, 11 November 2004.
- Baird & Co. Inc., 12 November 2004.
- Citigroup, 16 November 2004.
- Smith Barney Citigroup, 16 November 2004.
- Barclays, 17 November 2004.
- Baird & Co. Inc., 22 November 2004.
- Baird & Co. Inc., 28 November 2004.
- Baird & Co. Inc., 29 November 2004.
- Bear Stearns, 1 December 2004.
- Lehman Brothers, 1 December 2004.
- Baird & Co. Inc., 2 December 2004.
- Baird & Co. Inc., 6 December 2004.
- Baird & Co. Inc., 13 December 2004.
- Baird & Co. Inc., 20 December 2004.
- Baird & Co. Inc., 22 December 2004.
- Baird & Co. Inc., 30 December 2004.
- Baird & Co. Inc., 3 January 2005.
- Prudential Equity Group, 3 January 2005.
- Prudential Equity Group, 10 January 2005.
- Baird & Co. Inc., 11 January 2005.
- Baird & Co. Inc., 13 January 2005.
- Barclays, 14 January 2005.
- Lehman Brothers, 14 January 2005.
- Prudential Equity Group, 15 January 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 18 January 2005.
- Baird & Co. Inc., 19 January 2005.
- Deutsche Bank, 19 January 2005.
- Baird & Co. Inc., 21 January 2005.
- Baird & Co. Inc., 24 January 2005.
- Baird & Co. Inc., 31 January 2005.
- Baird & Co. Inc., 1 February 2005.
- Prudential Equity Group, 7 February 2005.
- Baird & Co. Inc., 9 February 2005.
- Baird & Co. Inc., 11 February 2005.
- Credit Suisse, 16 February 2005.
- Barclays, 18 February 2005.
- Baird & Co. Inc., 22 February 2005.
- Baird & Co. Inc., 23 February 2005.
- Barclays, 23 February 2005.
- Citigroup, 23 February 2005.
- Deutsche Bank, 23 February 2005.
- Keybanc Capital Markets, 23 February 2005.
- Prudential Equity Group, 23 February 2005.
- Smith Barney Citigroup, 23 February 2005.
- UBS, 23 February 2005.
- Wells Fargo Securities, 23 February 2005.
- Baird & Co. Inc., 24 February 2005.
- Bear Stearns, 24 February 2005.
- Credit Suisse, 24 February 2005.
- Deutsche Bank, 24 February 2005.
- JPMorgan, 24 February 2005.
- Keybanc Capital Markets, 24 February 2005.
- Merrill Lynch, 24 February 2005.
- Morgan Stanley, 24 February 2005.
- UBS, 24 February 2005.
- Prudential Equity Group, 28 February 2005.
- Barclays, 1 March 2005.
- Lehman Brothers, 1 March 2005.
- Wall Street Strategies, 2 March 2005.
- Baird & Co. Inc., 7 March 2005.
- Baird & Co. Inc., 9 March 2005.
- Barclays, 14 March 2005.
- Goldman Sachs, 15 March 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Keybanc Capital Markets, 15 March 2005.
- Morgan Stanley, 16 March 2005.
- Baird & Co. Inc., 18 March 2005.
- Baird & Co. Inc., 21 March 2005.
- Baird & Co. Inc., 23 March 2005.
- Deutsche Bank, 23 March 2005.
- Prudential Equity Group, 23 March 2005.
- Wells Fargo Securities, 23 March 2005.
- Citigroup, 24 March 2005.
- Credit Suisse, 24 March 2005.
- Lehman Brothers, 24 March 2005.
- Smith Barney Citigroup, 24 March 2005.
- UBS, 24 March 2005.
- Credit Suisse, 30 March 2005.
- Baird & Co. Inc., 7 April 2005.
- Prudential Equity Group, 7 April 2005.
- Baird & Co. Inc., 8 April 2005.
- Baird & Co. Inc., 14 April 2005.
- Prudential Equity Group, 14 April 2005.
- Baird & Co. Inc., 15 April 2005.
- Baird & Co. Inc., 18 April 2005.
- Barclays, 18 April 2005.
- Lehman Brothers, 18 April 2005.
- Baird & Co. Inc., 20 April 2005.
- Barclays, 20 April 2005.
- Citigroup, 20 April 2005.
- Deutsche Bank, 20 April 2005.
- Merrill Lynch, 20 April 2005.
- Prudential Equity Group, 20 April 2005.
- Smith Barney Citigroup, 20 April 2005.
- Wells Fargo Securities, 20 April 2005.
- Baird & Co. Inc., 21 April 2005.
- Credit Suisse, 21 April 2005.
- Deutsche Bank, 21 April 2005.
- JPMorgan, 21 April 2005.
- Keybanc Capital Markets, 21 April 2005.
- Lehman Brothers, 21 April 2005.
- Morgan Stanley, 21 April 2005.
- UBS, 21 April 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 22 April 2005.
- UBS, 25 April 2005.
- Wall Street Strategies, 25 April 2005.
- Baird & Co. Inc., 29 April 2005.
- Prudential Equity Group, 2 May 2005.
- Baird & Co. Inc., 3 May 2005.
- Baird & Co. Inc., 4 May 2005.
- Prudential Equity Group, 9 May 2005.
- Baird & Co. Inc., 10 May 2005.
- Baird & Co. Inc., 13 May 2005.
- Baird & Co. Inc., 19 May 2005.
- Baird & Co. Inc., 20 May 2005.
- Baird & Co. Inc., 24 May 2005.
- Goldman Sachs, 26 May 2005.
- Prudential Equity Group, 30 May 2005.
- Prudential Equity Group, 31 May 2005.
- Baird & Co. Inc., 1 June 2005.
- Keybanc Capital Markets, 8 June 2005.
- Keybanc Capital Markets, 13 June 2005.
- Baird & Co. Inc., 14 June 2005.
- Prudential Equity Group, 17 June 2005.
- Baird & Co. Inc., 24 June 2005.
- Prudential Equity Group, 27 June 2005.
- Baird & Co. Inc., 1 July 2005.
- Baird & Co. Inc., 5 July 2005.
- Prudential Equity Group, 8 July 2005.
- Baird & Co. Inc., 9 July 2005.
- Prudential Equity Group, 11 July 2005.
- Baird & Co. Inc., 15 July 2005.
- Baird & Co. Inc., 19 July 2005.
- Prudential Equity Group, 19 July 2005.
- Baird & Co. Inc., 20 July 2005.
- Barclays, 20 July 2005.
- Citigroup, 20 July 2005.
- Goldman Sachs, 20 July 2005.
- Merrill Lynch, 20 July 2005.
- Prudential Equity Group, 20 July 2005.
- Smith Barney Citigroup, 20 July 2005.
- UBS, 20 July 2005.

67

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Wells Fargo Securities, 20 July 2005.
- Baird & Co. Inc., 21 July 2005.
- Bernstein, 21 July 2005.
- Citigroup, 21 July 2005.
- Credit Suisse, 21 July 2005.
- Deutsche Bank, 21 July 2005.
- Goldman Sachs, 21 July 2005.
- JPMorgan, 21 July 2005.
- Keybanc Capital Markets, 21 July 2005.
- Prudential Equity Group, 21 July 2005.
- Smith Barney Citigroup, 21 July 2005.
- UBS, 21 July 2005.
- Wall Street Strategies, 21 July 2005.
- Lehman Brothers, 22 July 2005.
- Morgan Stanley, 25 July 2005.
- Baird & Co. Inc., 26 July 2005.
- UBS, 26 July 2005.
- Baird & Co. Inc., 29 July 2005.
- Baird & Co. Inc., 2 August 2005.
- Baird & Co. Inc., 3 August 2005.
- Baird & Co. Inc., 4 August 2005.
- Baird & Co. Inc., 5 August 2005.
- Baird & Co. Inc., 15 August 2005.
- Wells Fargo Securities, 16 August 2005.
- Baird & Co. Inc., 18 August 2005.
- Baird & Co. Inc., 2 September 2005.
- Baird & Co. Inc., 6 September 2005.
- Deutsche Bank, 6 September 2005.
- Baird & Co. Inc., 9 September 2005.
- Baird & Co. Inc., 12 September 2005.
- Prudential Equity Group, 12 September 2005.
- Barclays, 13 September 2005.
- UBS, 13 September 2005.
- Baird & Co. Inc., 15 September 2005.
- Citigroup, 15 September 2005.
- Deutsche Bank, 15 September 2005.
- Goldman Sachs, 15 September 2005.
- Keybanc Capital Markets, 15 September 2005.
- Merrill Lynch, 15 September 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Prudential Equity Group, 15 September 2005.
- Wachovia Securities, 15 September 2005.
- Wells Fargo Securities, 15 September 2005.
- Baird & Co. Inc., 16 September 2005.
- Bernstein, 16 September 2005.
- Credit Suisse, 16 September 2005.
- Goldman Sachs, 16 September 2005.
- JPMorgan, 16 September 2005.
- Morgan Stanley, 16 September 2005.
- Prudential Equity Group, 16 September 2005.
- UBS, 16 September 2005.
- Wall Street Strategies, 16 September 2005.
- Baird & Co. Inc., 22 September 2005.
- Merrill Lynch, 22 September 2005.
- Citigroup, 26 September 2005.
- Lehman Brothers, 26 September 2005.
- JPMorgan, 27 September 2005.
- Wachovia Securities, 28 September 2005.
- Baird & Co. Inc., 30 September 2005.
- Bernstein, 30 September 2005.
- Morgan Stanley, 30 September 2005.
- Keybanc Capital Markets, 6 October 2005.
- Prudential Equity Group, 9 October 2005.
- Baird & Co. Inc., 10 October 2005.
- Credit Suisse, 10 October 2005.
- Merrill Lynch, 10 October 2005.
- Prudential Equity Group, 10 October 2005.
- UBS, 10 October 2005.
- Credit Suisse, 11 October 2005.
- Deutsche Bank, 11 October 2005.
- Goldman Sachs, 11 October 2005.
- Wall Street Strategies, 11 October 2005.
- Deutsche Bank, 12 October 2005.
- Baird & Co. Inc., 13 October 2005.
- Prudential Equity Group, 14 October 2005.
- Baird & Co. Inc., 15 October 2005.
- Baird & Co. Inc., 17 October 2005.
- Prudential Equity Group, 17 October 2005.
- UBS, 17 October 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Baird & Co. Inc., 18 October 2005.
- Citigroup, 18 October 2005.
- Deutsche Bank, 18 October 2005.
- Baird & Co. Inc., 19 October 2005.
- Citigroup, 19 October 2005.
- Credit Suisse, 19 October 2005.
- Goldman Sachs, 19 October 2005.
- Prudential Equity Group, 19 October 2005.
- UBS, 19 October 2005.
- Credit Suisse, 20 October 2005.
- Deutsche Bank, 20 October 2005.
- Merrill Lynch, 20 October 2005.
- Morgan Stanley, 20 October 2005.
- Credit Suisse, 21 October 2005.
- Goldman Sachs, 21 October 2005.
- Lehman Brothers, 24 October 2005.
- UBS, 24 October 2005.
- Bernstein, 26 October 2005.
- Baird & Co. Inc., 7 November 2005.
- Keybanc Capital Markets, 16 November 2005.
- Wall Street Strategies, 1 December 2005.
- Credit Suisse, 6 December 2005.
- Credit Suisse, 7 December 2005.
- Prudential Equity Group, 30 December 2005.
- Wall Street Strategies, 30 December 2005.
- Prudential Equity Group, 5 January 2006.
- Prudential Equity Group, 6 January 2006.
- Baird & Co. Inc., 7 January 2006.
- Baird & Co. Inc., 9 January 2006.
- Prudential Equity Group, 9 January 2006.
- Deutsche Bank, 17 January 2006.
- Goldman Sachs, 17 January 2006.
- JPMorgan, 17 January 2006.
- Keybanc Capital Markets, 17 January 2006.
- Prudential Equity Group, 17 January 2006.
- UBS, 17 January 2006.
- Wachovia Securities, 17 January 2006.
- Wall Street Strategies, 17 January 2006.
- Wells Fargo Securities, 17 January 2006.

70

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Credit Suisse, 18 January 2006.
- Goldman Sachs, 18 January 2006.
- JPMorgan, 18 January 2006.
- Morgan Stanley, 18 January 2006.
- Prudential Equity Group, 18 January 2006.
- UBS, 18 January 2006.
- HSBC Global Research, 20 January 2006.
- Lehman Brothers, 20 January 2006.
- Prudential Equity Group, 20 January 2006.
- JPMorgan, 21 January 2006.
- Prudential Equity Group, 22 January 2006.
- Baird & Co. Inc., 27 January 2006.
- Global Equity Research, 30 January 2006.
- Merrill Lynch, 30 January 2006.
- Keybanc Capital Markets, 1 February 2006.
- Baird & Co. Inc., 3 February 2006.
- Baird & Co. Inc., 10 February 2006.
- Prudential Equity Group, 16 February 2006.
- Baird & Co. Inc., 17 February 2006.
- Baird & Co. Inc., 21 February 2006.
- Keybanc Capital Markets, 23 February 2006.
- Baird & Co. Inc., 24 February 2006.
- HSBC Global Research, 24 February 2006.
- Keybanc Capital Markets, 24 February 2006.
- Merrill Lynch, 24 February 2006.
- Prudential Equity Group, 24 February 2006.
- Wall Street Strategies, 24 February 2006.
- Deutsche Bank, 27 February 2006.
- Keybanc Capital Markets, 27 February 2006.
- Baird & Co. Inc., 1 March 2006.
- Deutsche Bank, 1 March 2006.
- Keybanc Capital Markets, 2 March 2006.
- Baird & Co. Inc., 3 March 2006.
- Credit Suisse, 3 March 2006.
- Goldman Sachs, 3 March 2006.
- Keybanc Capital Markets, 3 March 2006.
- Morgan Stanley, 3 March 2006.
- Prudential Equity Group, 3 March 2006.
- UBS, 3 March 2006.

71

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Wachovia Securities, 3 March 2006.
- Wall Street Strategies, 3 March 2006.
- Baird & Co. Inc., 6 March 2006.
- JPMorgan, 6 March 2006.
- UBS, 6 March 2006.
- Deutsche Bank, 8 March 2006.
- Lehman Brothers, 8 March 2006.
- UBS, 9 March 2006.
- Wells Fargo Securities, 9 March 2006.
- Baird & Co. Inc., 10 March 2006.
- UBS, 10 March 2006.
- Wachovia Securities, 10 March 2006.
- Wells Fargo Securities, 10 March 2006.
- Baird & Co. Inc., 13 March 2006.
- Prudential Equity Group, 13 March 2006.
- Baird & Co. Inc., 17 March 2006.
- Prudential Equity Group, 17 March 2006.
- Baird & Co. Inc., 22 March 2006.
- Baird & Co. Inc., 24 March 2006.
- Baird & Co. Inc., 31 March 2006.
- Prudential Equity Group, 13 April 2006.
- Baird & Co. Inc., 21 April 2006.
- Barclays, 18 July 2006.
- Baird & Co. Inc., 26 July 2006.
- Wachovia Securities, 3 September 2006.

**SEC FILINGS**

- Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2001, filed 26 February 2002.
- Dana Corporation Form 8-K, filed 09 January 2003.
- Dana Corporation Form 8-K, filed 10 February 2003.
- Dana Corporation Form S-8, filed 21 April 2003.
- Dana Corporation Form 8-K, filed 24 April 2003.
- Dana Corporation Form 8-K, filed 22 July 2003.
- Dana Corporation Form 8-K, filed 23 July 2003.
- Dana Corporation Form 10-Q for the Quarter Ended 30 June 2003, filed 25 July 2003.
- Dana Corporation Form 8-K, filed 05 August 2003.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Dana Corporation Form 8-K, filed 24 October 2003.
- Dana Corporation Form 10-Q for the Quarter Ended 30 September 2003, filed 28 October 2003.
- Dana Corporation Form 8-K, filed 03 December 2003.
- Dana Corporation Form 8-K, filed 04 February 2004.
- Dana Corporation Form 8-K, filed 11 February 2004.
- Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2003, filed 25 February 2004.
- Dana Corporation Form DEF-14A, filed 12 March 2004.
- Dana Corporation Form 8-K, filed 20 April 2004.
- Dana Corporation Form 8-K, filed 21 April 2004.
- Dana Corporation Form 10-Q for the Quarter Ended 31 March 2004, filed 29 April 2004.
- Dana Corporation Form 11-K for the Fiscal Year Ended 31 December 2003, filed 28 June 2004.
- Dana Corporation Form 8-K, filed 30 June 2004.
- Dana Corporation Form 8-K, filed 09 July 2004.
- Dana Corporation Form 10-Q for the Quarter Ended 30 June 2004, filed 26 July 2004.
- Dana Corporation Form 8-K, filed 21 July 2004.
- Dana Corporation Form 10-Q for the Quarter Ended 30 June 2004, filed 26 July 2004.
- Dana Corporation Form 8-K, filed 15 September 2004.
- Dana Corporation Form 8-K, filed 28 September 2004.
- Dana Corporation Form 8-K, filed 04 October 2004.
- Dana Corporation Form 8-K, filed 12 October 2004.
- Dana Corporation Form 8-K, filed 20 October 2004.
- Dana Corporation Form 8-K, filed 25 October 2004.
- Dana Corporation Form 8-K, filed 02 November 2004.
- Dana Corporation Form 8-K, filed 08 November 2004.
- Dana Corporation Form 10-Q for the Quarter Ended 30 September 2004, filed 9 November 2004.
- Dana Corporation Form 8-K, filed 15 November 2004.
- Dana Corporation Form 8-K, filed 02 December 2004.
- Dana Corporation Form 8-K, filed 07 December 2004.
- Dana Corporation Form 8-K, filed 10 December 2004.
- Dana Corporation Form 8-K, filed 17 December 2004.
- Dana Corporation Form 8-K, filed 17 December 2004.
- Dana Corporation Form 8-K, filed 22 December 2004.
- Dana Corporation Form 8-K, filed 13 January 2005.
- Dana Corporation Form 8-K, filed 18 February 2005.
- Dana Corporation Form 8-K, filed 23 February 2005.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Dana Corporation Form 8-K, filed 09 March 2005.
- Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2004, filed 9 March 2005.
- Dana Corporation Form 8-K, filed 14 March 2005.
- Dana Corporation Form 8-K, filed 16 March 2005.
- Dana Corporation Form DEF-14A, filed 18 March 2005.
- Dana Corporation Form 8-K, filed 23 March 2005.
- Dana Corporation Form 8-K, filed 01 April 2005.
- Dana Corporation Form S-4, filed 7 April 2005.
- Dana Corporation Form 8-K, filed 12 April 2005.
- Dana Corporation Form 8-K, filed 15 April 2005.
- Dana Corporation Form 8-K, filed 20 April 2005.
- Dana Corporation Form S-4A, filed 25 April 2005.
- Dana Corporation Form 424B3, filed 7 April 2005.
- Dana Corporation Form 10-Q for the Quarter Ended 31 March 2005, filed 6 May 2005.
- Dana Corporation Form 10-Q/A for the Quarterly Period Ended 31 March 2005, filed 13 May 2005.
- Dana Corporation Form 8-K, filed 20 June 2005.
- Dana Corporation Form NT 11-K for the Fiscal Year Ended 31 December 2004, filed 30 June 2005.
- Dana Corporation Form 11-K for the Fiscal Year Ended 31 December 2004, filed 14 July 2005.
- Dana Corporation Form 8-K, filed 20 July 2005.
- Dana Corporation Form 10-Q for the Quarter Ended 30 June 2005, filed 29 July 2005.
- Dana Corporation Form 8-K, filed 02 August 2005.
- Dana Corporation Form 8-K, filed 01 September 2005.
- Dana Corporation Form 8-K, filed 15 September 2005.
- Dana Corporation Form 8-K, filed 14 October 2005.
- Dana Corporation Form 8-K, filed 24 October 2005.
- Dana Corporation Form  NT 10-Q for the Quarterly Period Ended 30 September 2006, filed 7 November 2005.
- Dana Corporation Form 8-K, filed 16 November 2005.
- Dana Corporation Form 8-K, filed 06 December 2005.
- Dana Corporation Form 8-K, filed 21 December 2005.
- Dana Corporation Form 8-K, filed 23 December 2005.
- Dana Corporation Form 10-K/A for the Fiscal Year Ended 31 December 2004, filed 30 December 2005.
- Dana Corporation Form 10-Q/A for the Quarterly Period Ended 31 March 2005, filed 30 December 2005.

74

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Dana Corporation Form 10-Q/A for the Quarterly Period Ended 30 June 2005, filed 30 December 2005.
- Dana Corporation Form 8-K, filed 09 January 2006.
- Dana Corporation Form 8-K, filed 17 January 2006.
- Dana Corporation Form 10-Q for the Quarter Ended 30 September 2005, filed 18 January 2006.
- Dana Corporation Form 8-K, filed 01 February 2006.
- Dana Corporation Form 8-K, filed 06 March 2006.
- Dana Corporation Form 8-K, filed 09 March 2006.
- Dana Corporation Form NT 10-K for the Fiscal Year Ended 31 December 2005, filed 16 March 2006.
- Dana Corporation Form 8-K, filed 22 March 2006.
- Dana Corporation Form 8-K, filed 04 April 2006.
- Dana Corporation Form 8-K, filed 10 April 2006.
- Dana Corporation Form 8-K, filed 13 April 2006.
- Dana Corporation Form 10-K for the Fiscal Year Ended 31 December 2005, filed 27 April 2006.
- Dana Corporation Form 8-K, filed 04 May 2006.
- Dana Corporation Form  NT 10-Q for the Quarterly Period Ended 31 March 2006, filed 11 May 2006.
- Dana Corporation Form 8-K, filed 31 May 2006.
- Dana Corporation Form 8-K, filed 31 May 2006.
- Dana Corporation Form 8-K, filed 15 June 2006.
- Dana Corporation Form 8-K, filed 26 June 2006.
- Dana Corporation Form 8-K, filed 29 June 2006.
- Dana Corporation Form 11-K for the Fiscal Year Ended 31 December 2005, filed 29 June 2006.
- Dana Corporation Form 8-K, filed 21 July 2006.
- Dana Corporation Form 8-A12G, filed 21 July 2006.
- Dana Corporation Form 8-K, filed 01 August 2006.
- Dana Corporation Form 10-Q for the Quarter Ended 30 June 2006, filed 1 August 2006.
- Dana Corporation Form 8-K, filed 04 August 2006.
- Dana Corporation Form 8-K, filed 11 August 2006.
- Dana Corporation Form 8-K, filed 30 August 2006.
- Dana Corporation Form 8-K, filed 11 September 2006.
- Dana Corporation Form 8-K, filed 28 September 2006.
- Dana Corporation Form 8-K, filed 29 September 2006.
- Dana Corporation Form 8-K, filed 23 October 2006.
- Dana Corporation Form 8-K, filed 30 October 2006.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Dana Corporation Form 8-K, filed 09 November 2006.
- Dana Corporation Form 10-Q for the Quarter Ended 30 September 2006, filed 9 November 2006.
- Dana Corporation Form 8-K, filed 30 November 2006.
- Dana Corporation Form 8-K, filed 04 December 2006.
- Dana Corporation Form 8-K, filed 14 December 2006.
- Dana Corporation Form 8-K, filed 21 December 2006.
- Dana Corporation Form 8-K, filed 21 December 2006.
- Dana Corporation Form 8-K, filed 28 December 2006.
- Dana Corporation Form NT 10-K for the Fiscal Year Ended 31 December 2006, filed 16 March 2007.

## ACADEMIC AND PROFESSIONAL LITERATURE

- Ashbaugh-Skaife, Hollis et al., "The Effect of SOX Internal Control Deficiencies on Firm Risk and Cost of Equity," *Journal of Accounting Research* 47.1, 2009.
- Bodie, Zvi, Alex Kane and Alan Marcus, *Investments*, 8th edition, McGraw-Hill Irwin, 2009.
- Crew, Nicholas I., Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, 4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons, 2007.
- Fung, Benjamin, "The Demand and Need for Transparency and Disclosure in Corporate Governance," *Universal Journal of Management*, 2014.
- Karpoff, Jonathan, D. Scott Lee, and Gerald Martin, "The Cost to Firms of Cooking the Books," *Journal of Financial and Quantitative Analysis,* Sept 2008.
- Kothari, S.P., Xu Li, and James E. Short, "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis" *The Accounting Review,* 2009.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, March 1997.
- Palmrose, Zoe-Vanna, Vernon J. Richardson, and Susan Scholz, "Determinants of market reactions to restatement announcements," *Journal of Accounting and Economics,* 2004.
- Pratt, Shannon P., *The Market Approach to Valuing Businesses,* John Wiley & Sons, 2001.
- Sharpe, William, Alexander, and Jeffrey Bailey, *Investments*, 5th edition, Prentice Hall, 1995.
- Stowe, John, Thomas Robinson, Jerald Pinto, and Dennis McLeavey, *Analysis of Equity Investments: Valuation,* Association for Investment Management and Research (CFA Institute), 2002.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Tabak, David and Frederick Dunbar, "Materiality and Magnitude:  Event Studies in the Courtroom," in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, New York, 2001.

**CONFERENCE CALL TRANSCRIPTS**

- "Dana Corporation (DCN) – Q1 2003 Financial Release Conference Call," Thomson StreetEvents, 24 April 2003.
- "Dana Corporation (DCN) – Conference Call," Thomson StreetEvents, 8 July 2003.
- "Dana Corporation (DCN) – Q2 2003 Financial Release Conference Call," Thomson StreetEvents, 23 July 2003.
- "Dana Corporation (DCN) – Q3 2003 Dana Earnings Conference Call," Thomson StreetEvents, 24 October 2003.
- "Dana Corporation (DCN) – Q4 2003 Dana Earnings Conference Call," Thomson StreetEvents, 11 February 2004.
- "Q1 2004 Earnings Call," Bloomberg Transcript, 21 April 2004.
- "Q2 2004 Earnings Call," Bloomberg Transcript, 21 July 2004.
- "DCN – Q3 2004 Dana Earnings Conference Call," Thomson StreetEvents, 20 October 2004.
- "Q3 2004 Earnings Call," Bloomberg Transcript, 20 October 2004.
- "DCN – Q4 2004 Dana Earnings Conference Call," Thomson StreetEvents, 23 February 2005.
- "Q4 2004 Earnings Call," *Bloomberg Transcript*, 23 February 2005.
- "DCN – Q1 2005 Dana Earnings Conference Call," Thomson StreetEvents, 20 April 2005.
- "Q1 2005 Earnings Call," Bloomberg Transcript, 20 April 2005.
- "DCN – Q2 2005 Dana Earnings Conference Call," Thomson StreetEvents, 20 July 2005.
- "DCN – Q3 2005 Dana Earnings Conference Call," Thomson StreetEvents, 17January 2006.

**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- Thomson Financial

**COMPANY DOCUMENTS**

- Exhibit 236.

77

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Exhibit 237.
- AP00022656.
- BAIRDEX004.000001- BAIRDEX004.031370.
- BCI 000001- BCI 001574.
- BH00675.
- BRO000015.
- CH000426.
- CITI 000001-CITI 001135.
- DANA00023581.
- DANA00031304.
- DANA00033711.
- DANA00044615.
- DANA00050301.
- DANA00056370.
- DANA00056370.
- DANA00057098.
- DANA00061357.
- DANA00061538.
- DANA00061538.
- DANA00062172.
- DANA00062178.
- DANA00062690.
- DANA00064968.
- DANA00065464.
- DANA00065898.
- DANA00066673.
- DANA00128877.
- DANA00164361.
- DANA00164367.
- DANA00210696.
- DANA00210912.
- DANA00282230.
- DANA00286832.
- DANA00287109.
- DANA00287191.
- DANA00287191.
- DANA00321556.
- DANA00345479.
- DANA00366929.

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- DANA00680588.
- DANA00682395.
- DANA00683167.
- DANA00684078.
- DANA00687035.
- DANA00687186.
- DANA00715648.
- DANA00715909.
- DANA00724156.
- DANA00734171.
- DANA00741143.
- DANA00796545.
- DANA00820753.
- DANA00907116.
- DANA00907116.
- DANA00907117.
- DANA00919209.
- DANA01179208.
- DANA0118594.
- DANA01189575.
- DANA01430841.
- DANA01454341.
- DANA01457307.
- DANA01486070.
- DANA01491235.
- DANA01501204.
- DANA01501563.
- DANA01502239.
- DANA01582831.
- DBSI-E-0001 - DBSI-E-1219.
- DC 001723.
- DC 003357.
- FITCH00000001 - FITCH00000241.
- GABELLI-DANA 000056 - GABELLI-DANA 000400.
- GABELLI-DANA-ATT 0000001 - GABELLI-DANA-ATT 0000365.
- ID_HEN_00045679.
- JONES0000047.
- KEY0000001 - KEY0002394.
- LOOMIS000001 -LOOMIS038661.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-1**


**Documents and Other Information Reviewed and Relied Upon**

- LOOMIS0038736 - LOOMIS0038816.
- ML_DAN_00019 - ML_DAN_00100.
- SCBC000001 - SCBC000112.


**OTHER**

- *Dura Pharmaceuticals, et al., v. Broudo, et al.*, 544 U.S. 336, 125.
- Private Securities Litigation Reform Act of 1995.
- Any other documents and data cited in the report.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
        (2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present    CROWNINSHIELD FINANCIAL RESEARCH, INC.
Wellesley, MA
President and Senior Expert

1996 - 2008    THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990    FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades." (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes" (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability" (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees" (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

83

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*.  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility." Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased." Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank Of Atlanta Economic Review*, Summer 1987.

84

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

**PRESENTATIONS**

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings" at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Teaching the Strong-Form Efficient Market Hypothesis" at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

86

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

**COURSES TAUGHT**

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

87

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
Boston Security Analysts Society
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

The Board of Trustees of the Southern California IBEW-NECA Defined Contribution Plan, vs.
The Bank of New York Mellon Corporation and BNY Mellon, National Association.
United States District Court
Southern District of New York
Civil Action No. 1:09-cv-06273-RMB-AJP
Deposition Testimony
March 2011 and May 2011

In Re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation
United States District Court
District of New Jersey
Civil Action No. 05-2369(SRC)
Deposition Testimony
May 2011

In Re Constar International Inc. Securities Litigation
United States District Court
Eastern District of Pennsylvania
Civil Action No. 2:03-cv-05020-EL
Deposition Testimony
June 2011

Alaska Electrical Pension Fund, *et al.*, vs. Pharmacia Corporation, *et al.*
United States District Court
District of New Jersey
Civil Action No. 3:09-1519 (AET)
Deposition Testimony
October 2011

Mary K. Jones, *et al.*, vs. Pfizer Inc., *et al.*
United States District Court
Southern District of New York
Civil Action no. 10-CV-03864-AKH
Deposition Testimony
January 2012

State of New Jersey, Department of Treasury, Division of Investment on behalf of Common
Pension Fund A, vs. Merrill Lynch & Co., and Bank of America Corporation
Docket No. L-3855-09
Superior Court of New Jersey
Law Division
Hudson County
Deposition Testimony
June 2012

90

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Jan Buettgen, *et al.* vs. Katherine J. Harless, *et al.*
United States District Court
Northern District of Texas
Dallas Division
Civil Action No. 3:09-cv-00791-K
Deposition Testimony
December 2010 and August 2012

DJ Mortgage, LLC, and John F. Smithgall vs. Synovus Bank d/b/a Bank of North Georgia
Superior Court for the County of Fulton
State of Georgia
Civil Action no. 11-cv-205000
Deposition Testimony
September 2012

Carlos Munoz, *et al.* vs. China Expert Technology, Inc.; PKF New York, Certified Public
Accountants, A Professional Corporation; PKF Hong Kong, Certified Public Accountants; And
BDO McCade Lo Limited Certified Public Accountants
United States District Court
Southern District of New York
Civil Action no. 07-cv-10531 (AKH)
Deposition Testimony
March 2013

In Re American International Group, Inc. 2008 Securities Litigation
United States District Court
Southern District of New York
Civil Action no. 08-CV-4772-LTS
Deposition Testimony
July 2011 and February 2012
Testimony at Evidentiary Hearing
April 2013 and May 2013

Christopher Cohan, *et al.*, vs. KPMG LLP
Court of Fulton County
State of Georgia
Civil Action no. 12EV0114325G
June 2013

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


Landmen Partners Inc. *et al.* vs. The Blackstone Group L.P., *et al.*
United States District Court
Southern District of New York
Civil Action no. 08-cv-03601-HB
Deposition Testimony
May 2013 and August 2013

Louis Pagnotti, Inc. *et al.*, vs. Deloitte & Touche, LLP,
In the Court of Common Pleas of Luzerne County
Case No. 557 C of 2003
Deposition Testimony
October 2013

In Re IndyMac Mortgage-Backed Securities Litigation
Civil Action No. 1:09-cv-04583-LAK
United States District Court
Southern District of New York
Deposition Testimony
January 2011 and October 2013

In Re Walter Energy, Inc. Securities Litigation
Civil Action No. 2:12-cv-00281-VEH
United States District Court
Northern District of Alabama
Deposition Testimony
January 2014

In Re Groupon, Inc. Securities Litigation
Civil Action No. 12-cv-2450
United States District Court
Northern District of Illinois
Deposition Testimony
February 2014

Anwar, *et al.*, v. Fairfield Greenwich Limited, *et al.*
Civil Action No. 09-cv-0118 (VM)
United States District Court
Southern District of New York
Deposition Testimony
February 2014

92

**Exhibit-4**
**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Symbol Technologies, Inc. Securities Litigation
Civil Action No. 05-cv-3923-DRH
United States District Court
Eastern District of New York
Deposition Testimony
June 2014

93

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 4/21/2003 | $8.31 | $8.29 | $8.40 | - | 599,200 | 0.97% |
| 4/22/2003 | $8.66 | $8.60 | $8.81 | - | 554,700 | 4.13% |
| 4/23/2003 | $9.22 | $9.15 | $9.23 | - | 1,061,800 | 6.27% |
| 4/24/2003 | $9.08 | $8.96 | $9.18 | - | 1,193,900 | -1.53% |
| 4/25/2003 | $9.11 | $9.00 | $9.21 | - | 976,200 | 0.33% |
| 4/28/2003 | $9.15 | $9.04 | $9.24 | - | 912,000 | 0.44% |
| 4/29/2003 | $9.28 | $9.17 | $9.37 | - | 914,300 | 1.41% |
| 4/30/2003 | $9.29 | $9.28 | $9.42 | - | 967,200 | 0.11% |
| 5/1/2003 | $9.23 | $9.16 | $9.36 | - | 1,128,900 | -0.65% |
| 5/2/2003 | $9.38 | $9.27 | $9.44 | - | 809,900 | 1.61% |
| 5/5/2003 | $9.45 | $9.40 | $9.57 | - | 929,500 | 0.74% |
| 5/6/2003 | $9.59 | $9.55 | $9.56 | - | 1,234,800 | 1.47% |
| 5/7/2003 | $9.52 | $9.46 | $9.61 | - | 857,800 | -0.73% |
| 5/8/2003 | $9.36 | $9.25 | $9.46 | - | 571,600 | -1.69% |
| 5/9/2003 | $9.40 | $9.29 | $9.49 | - | 703,800 | 0.43% |
| 5/12/2003 | $9.46 | $9.45 | $9.59 | - | 702,800 | 0.64% |
| 5/13/2003 | $9.42 | $9.40 | $9.53 | - | 662,700 | -0.42% |
| 5/14/2003 | $9.28 | $9.21 | $9.39 | - | 508,500 | -1.50% |
| 5/15/2003 | $9.29 | $9.26 | $9.28 | - | 694,700 | 0.11% |
| 5/16/2003 | $9.15 | $9.01 | $9.22 | - | 1,047,800 | -1.52% |
| 5/19/2003 | $8.95 | $8.86 | $8.95 | - | 606,900 | -2.21% |
| 5/20/2003 | $8.90 | $8.85 | $8.86 | - | 830,100 | -0.56% |
| 5/21/2003 | $8.58 | $8.60 | $8.67 | - | 1,192,800 | -3.66% |
| 5/22/2003 | $8.86 | $8.82 | $8.87 | - | 652,700 | 3.21% |
| 5/23/2003 | $8.57 | $8.60 | $8.71 | - | 413,100 | -3.33% |
| 5/27/2003 | $8.73 | $8.75 | $8.76 | - | 755,100 | 1.85% |
| 5/28/2003 | $8.77 | $8.79 | $8.81 | $0.01 | 1,032,700 | 0.57% |
| 5/29/2003 | $8.65 | $8.67 | $8.70 | - | 996,800 | -1.38% |
| 5/30/2003 | $8.91 | $8.94 | $8.96 | - | 2,654,500 | 2.96% |
| 6/2/2003 | $9.83 | $9.77 | $9.79 | - | 1,896,200 | 9.83% |
| 6/3/2003 | $9.63 | $9.54 | $9.76 | - | 1,315,100 | -2.06% |
| 6/4/2003 | $9.88 | $9.88 | $9.91 | - | 1,085,600 | 2.56% |
| 6/5/2003 | $10.51 | $10.51 | $10.52 | - | 1,832,900 | 6.18% |
| 6/6/2003 | $11.01 | $10.85 | $11.10 | - | 1,645,100 | 4.65% |
| 6/9/2003 | $10.60 | $10.58 | $10.61 | - | 1,155,600 | -3.79% |
| 6/10/2003 | $10.88 | $10.87 | $10.88 | - | 708,400 | 2.61% |
| 6/11/2003 | $11.30 | $11.27 | $11.28 | - | 895,300 | 3.79% |
| 6/12/2003 | $11.75 | $11.76 | $11.77 | - | 1,339,900 | 3.91% |
| 6/13/2003 | $11.25 | $11.25 | $11.26 | - | 1,611,900 | -4.35% |
| 6/16/2003 | $11.74 | $11.73 | $11.74 | - | 1,121,700 | 4.26% |
| 6/17/2003 | $11.65 | $11.67 | $11.68 | - | 950,500 | -0.77% |
| 6/18/2003 | $11.73 | $11.66 | $11.67 | - | 481,800 | 0.68% |
| 6/19/2003 | $11.65 | $11.60 | $11.61 | - | 1,022,200 | -0.68% |
| 6/20/2003 | $11.75 | $11.66 | $11.67 | - | 1,488,300 | 0.85% |
| 6/23/2003 | $11.38 | $11.39 | $11.40 | - | 1,001,000 | -3.20% |
| 6/24/2003 | $11.35 | $11.38 | $11.39 | - | 780,600 | -0.26% |
| 6/25/2003 | $11.37 | $11.37 | $11.38 | - | 795,000 | 0.18% |
| 6/26/2003 | $11.60 | $11.57 | $11.59 | - | 669,300 | 2.00% |
| 6/27/2003 | $11.60 | $11.57 | $11.58 | - | 839,400 | 0.00% |
| 6/30/2003 | $11.56 | $11.51 | $11.66 | - | 990,400 | -0.35% |
| 7/1/2003 | $11.63 | $11.57 | $11.60 | - | 907,700 | 0.60% |
| 7/2/2003 | $11.77 | $11.78 | $11.79 | - | 756,000 | 1.20% |
| 7/3/2003 | $11.79 | $11.79 | $11.80 | - | 601,400 | 0.17% |

94

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/7/2003 | $12.02 | $12.04 | $12.05 | - | 954,300 | 1.93% |
| 7/8/2003 | $16.20 | $16.19 | $16.20 | - | 12,517,300 | 29.84% |
| 7/9/2003 | $15.92 | $15.92 | $15.93 | - | 6,316,600 | -1.74% |
| 7/10/2003 | $15.88 | $15.77 | $15.98 | - | 2,292,200 | -0.25% |
| 7/11/2003 | $15.96 | $15.93 | $15.96 | - | 2,353,100 | 0.50% |
| 7/14/2003 | $15.86 | $15.88 | $15.89 | - | 1,998,400 | -0.63% |
| 7/15/2003 | $15.82 | $15.82 | $15.87 | - | 1,237,600 | -0.25% |
| 7/16/2003 | $15.61 | $15.51 | $15.72 | - | 1,737,700 | -1.34% |
| 7/17/2003 | $15.58 | $15.50 | $15.68 | - | 1,398,400 | -0.19% |
| 7/18/2003 | $15.52 | $15.42 | $15.64 | - | 1,764,100 | -0.39% |
| 7/21/2003 | $15.24 | $15.12 | $15.34 | - | 1,624,500 | -1.82% |
| 7/22/2003 | $15.28 | $15.25 | $15.30 | - | 900,400 | 0.26% |
| 7/23/2003 | $15.60 | $15.49 | $15.60 | - | 1,688,300 | 2.07% |
| 7/24/2003 | $15.35 | $15.35 | $15.36 | - | 892,200 | -1.62% |
| 7/25/2003 | $15.64 | $15.64 | $15.65 | - | 1,528,800 | 1.87% |
| 7/28/2003 | $15.45 | $15.39 | $15.46 | - | 876,300 | -1.22% |
| 7/29/2003 | $15.18 | $15.16 | $15.31 | - | 1,006,700 | -1.76% |
| 7/30/2003 | $15.09 | $15.05 | $15.29 | - | 764,600 | -0.59% |
| 7/31/2003 | $15.40 | $15.40 | $15.48 | - | 1,041,400 | 2.03% |
| 8/1/2003 | $15.40 | $15.40 | $15.42 | - | 623,400 | 0.00% |
| 8/4/2003 | $15.50 | $15.53 | $15.54 | - | 871,900 | 0.65% |
| 8/5/2003 | $15.34 | $15.25 | $15.28 | - | 1,085,000 | -1.04% |
| 8/6/2003 | $15.18 | $15.17 | $15.18 | - | 699,600 | -1.05% |
| 8/7/2003 | $14.96 | $14.98 | $15.00 | - | 1,763,400 | -1.46% |
| 8/8/2003 | $15.15 | $15.14 | $15.15 | - | 825,700 | 1.26% |
| 8/11/2003 | $15.34 | $15.34 | $15.35 | - | 1,489,400 | 1.25% |
| 8/12/2003 | $15.35 | $15.36 | $15.39 | - | 553,700 | 0.07% |
| 8/13/2003 | $15.41 | $15.41 | $15.42 | - | 567,500 | 0.39% |
| 8/14/2003 | $15.52 | $15.52 | $15.53 | - | 1,756,800 | 0.71% |
| 8/15/2003 | $15.45 | $15.39 | $15.44 | - | 990,300 | -0.45% |
| 8/18/2003 | $15.48 | $15.46 | $15.49 | - | 806,600 | 0.19% |
| 8/19/2003 | $15.35 | $15.33 | $15.35 | - | 711,300 | -0.84% |
| 8/20/2003 | $15.40 | $15.40 | $15.41 | - | 528,100 | 0.33% |
| 8/21/2003 | $15.37 | $15.39 | $15.40 | - | 630,900 | -0.19% |
| 8/22/2003 | $15.20 | $15.15 | $15.16 | - | 850,100 | -1.11% |
| 8/25/2003 | $15.20 | $15.20 | $15.21 | - | 862,200 | 0.00% |
| 8/26/2003 | $15.41 | $15.41 | $15.42 | - | 900,300 | 1.37% |
| 8/27/2003 | $15.38 | $15.35 | $15.36 | $0.01 | 1,120,100 | -0.13% |
| 8/28/2003 | $15.40 | $15.47 | $15.48 | - | 768,000 | 0.13% |
| 8/29/2003 | $15.42 | $15.35 | $15.38 | - | 287,400 | 0.13% |
| 9/2/2003 | $15.45 | $15.43 | $15.45 | - | 673,200 | 0.19% |
| 9/3/2003 | $15.45 | $15.44 | $15.45 | - | 635,400 | 0.00% |
| 9/4/2003 | $15.55 | $15.54 | $15.55 | - | 423,700 | 0.65% |
| 9/5/2003 | $15.48 | $15.47 | $15.48 | - | 1,414,500 | -0.45% |
| 9/8/2003 | $15.54 | $15.54 | $15.55 | - | 686,600 | 0.39% |
| 9/9/2003 | $15.48 | $15.44 | $15.46 | - | 561,100 | -0.39% |
| 9/10/2003 | $15.41 | $15.40 | $15.41 | - | 708,800 | -0.45% |
| 9/11/2003 | $15.37 | $15.42 | $15.44 | - | 384,000 | -0.26% |
| 9/12/2003 | $15.48 | $15.45 | $15.47 | - | 321,800 | 0.71% |
| 9/15/2003 | $15.62 | $15.61 | $15.62 | - | 481,600 | 0.90% |
| 9/16/2003 | $15.59 | $15.59 | $15.60 | - | 408,600 | -0.19% |
| 9/17/2003 | $15.60 | $15.60 | $15.61 | - | 730,400 | 0.06% |
| 9/18/2003 | $15.72 | $15.72 | $15.73 | - | 706,200 | 0.77% |

95

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/19/2003 | $15.73 | $15.70 | $15.73 | - | 585,900 | 0.06% |
| 9/22/2003 | $15.65 | $15.59 | $15.63 | - | 538,000 | -0.51% |
| 9/23/2003 | $15.90 | $15.89 | $15.90 | - | 1,406,600 | 1.58% |
| 9/24/2003 | $15.50 | $15.47 | $15.49 | - | 1,944,600 | -2.55% |
| 9/25/2003 | $15.65 | $15.66 | $15.67 | - | 938,200 | 0.96% |
| 9/26/2003 | $15.50 | $15.45 | $15.47 | - | 879,700 | -0.96% |
| 9/29/2003 | $15.52 | $15.49 | $15.50 | - | 595,400 | 0.13% |
| 9/30/2003 | $15.43 | $15.40 | $15.41 | - | 2,086,300 | -0.58% |
| 10/1/2003 | $15.45 | $15.42 | $15.45 | - | 1,110,500 | 0.13% |
| 10/2/2003 | $15.35 | $15.33 | $15.35 | - | 1,506,800 | -0.65% |
| 10/3/2003 | $15.59 | $15.59 | $15.60 | - | 1,244,800 | 1.55% |
| 10/6/2003 | $15.55 | $15.54 | $15.55 | - | 994,400 | -0.26% |
| 10/7/2003 | $15.70 | $15.68 | $15.70 | - | 2,483,500 | 0.96% |
| 10/8/2003 | $15.59 | $15.58 | $15.61 | - | 804,900 | -0.70% |
| 10/9/2003 | $15.78 | $15.69 | $15.70 | - | 482,000 | 1.21% |
| 10/10/2003 | $15.73 | $15.72 | $15.73 | - | 316,700 | -0.32% |
| 10/13/2003 | $15.67 | $15.64 | $15.66 | - | 337,500 | -0.38% |
| 10/14/2003 | $15.72 | $15.69 | $15.72 | - | 537,900 | 0.32% |
| 10/15/2003 | $15.64 | $15.64 | $15.65 | - | 502,000 | -0.51% |
| 10/16/2003 | $15.84 | $15.81 | $15.82 | - | 695,400 | 1.27% |
| 10/17/2003 | $15.89 | $15.83 | $15.84 | - | 1,222,000 | 0.32% |
| 10/20/2003 | $15.79 | $15.79 | $15.80 | - | 893,100 | -0.63% |
| 10/21/2003 | $15.79 | $15.79 | $15.80 | - | 691,700 | 0.00% |
| 10/22/2003 | $15.70 | $15.66 | $15.68 | - | 981,200 | -0.57% |
| 10/23/2003 | $15.70 | $15.63 | $15.69 | - | 1,096,100 | 0.00% |
| 10/24/2003 | $15.90 | $15.88 | $15.92 | - | 869,600 | 1.27% |
| 10/27/2003 | $15.89 | $15.88 | $15.89 | - | 748,000 | -0.06% |
| 10/28/2003 | $15.84 | $15.71 | $15.85 | - | 942,200 | -0.32% |
| 10/29/2003 | $16.00 | $15.99 | $16.00 | - | 1,587,000 | 1.01% |
| 10/30/2003 | $16.14 | $16.13 | $16.14 | - | 841,900 | 0.87% |
| 10/31/2003 | $16.28 | $16.23 | $16.30 | - | 720,200 | 0.86% |
| 11/3/2003 | $16.59 | $16.57 | $16.58 | - | 656,448 | 1.89% |
| 11/4/2003 | $16.60 | $16.60 | $16.61 | - | 598,286 | 0.06% |
| 11/5/2003 | $16.53 | $16.46 | $16.55 | - | 501,500 | -0.42% |
| 11/6/2003 | $16.55 | $16.50 | $16.51 | - | 489,800 | 0.12% |
| 11/7/2003 | $16.33 | $16.35 | $16.36 | - | 798,100 | -1.34% |
| 11/10/2003 | $16.34 | $16.30 | $16.33 | - | 524,500 | 0.06% |
| 11/11/2003 | $16.15 | $16.14 | $16.15 | - | 383,900 | -1.17% |
| 11/12/2003 | $16.70 | $16.69 | $16.72 | - | 605,600 | 3.35% |
| 11/13/2003 | $16.72 | $16.72 | $16.73 | - | 438,600 | 0.12% |
| 11/14/2003 | $16.65 | $16.60 | $16.61 | - | 254,600 | -0.42% |
| 11/17/2003 | $15.24 | $15.22 | $15.24 | - | 6,519,200 | -8.85% |
| 11/18/2003 | $14.81 | $14.81 | $14.82 | - | 2,244,800 | -2.86% |
| 11/19/2003 | $15.04 | $14.93 | $15.14 | - | 1,262,300 | 1.54% |
| 11/20/2003 | $14.98 | $14.98 | $14.99 | - | 774,800 | -0.40% |
| 11/21/2003 | $15.00 | $15.00 | $15.01 | - | 618,500 | 0.13% |
| 11/24/2003 | $15.23 | $15.21 | $15.24 | - | 3,372,000 | 1.52% |
| 11/25/2003 | $15.70 | $15.69 | $15.72 | - | 2,601,200 | 3.04% |
| 11/26/2003 | $15.98 | $15.98 | $15.99 | $0.06 | 2,229,400 | 2.14% |
| 11/28/2003 | $16.17 | $16.19 | $16.20 | - | 476,000 | 1.18% |
| 12/1/2003 | $16.38 | $16.37 | $16.38 | - | 1,787,100 | 1.29% |
| 12/2/2003 | $16.23 | $16.21 | $16.22 | - | 1,241,200 | -0.92% |
| 12/3/2003 | $16.72 | $16.71 | $16.72 | - | 2,908,600 | 2.97% |

96

**Exhibit-4**

## Feinstein Dana Loss Causation and Damages Report

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 12/4/2003 | $16.64 | $16.62 | $16.65 | - | 1,277,800 | -0.48% |
| 12/5/2003 | $16.30 | $16.30 | $16.31 | - | 870,000 | -2.06% |
| 12/8/2003 | $16.64 | $16.60 | $16.64 | - | 728,100 | 2.06% |
| 12/9/2003 | $16.73 | $16.70 | $16.71 | - | 871,100 | 0.54% |
| 12/10/2003 | $16.60 | $16.57 | $16.59 | - | 758,300 | -0.78% |
| 12/11/2003 | $16.94 | $16.89 | $16.93 | - | 1,051,900 | 2.03% |
| 12/12/2003 | $17.04 | $17.04 | $17.05 | - | 984,500 | 0.59% |
| 12/15/2003 | $17.06 | $17.00 | $17.01 | - | 978,700 | 0.12% |
| 12/16/2003 | $17.05 | $17.02 | $17.05 | - | 882,000 | -0.06% |
| 12/17/2003 | $17.15 | $17.04 | $17.20 | - | 1,127,200 | 0.58% |
| 12/18/2003 | $17.86 | $17.84 | $17.86 | - | 1,634,200 | 4.06% |
| 12/19/2003 | $18.04 | $18.02 | $18.03 | - | 1,546,900 | 1.00% |
| 12/22/2003 | $18.25 | $18.25 | $18.26 | - | 1,114,200 | 1.16% |
| 12/23/2003 | $18.25 | $18.22 | $18.24 | - | 854,600 | 0.00% |
| 12/24/2003 | $18.22 | $18.20 | $18.23 | - | 345,100 | -0.16% |
| 12/26/2003 | $18.20 | $18.20 | $18.21 | - | 214,500 | -0.11% |
| 12/29/2003 | $18.30 | $18.29 | $18.30 | - | 583,800 | 0.55% |
| 12/30/2003 | $18.40 | $18.38 | $18.40 | - | 697,400 | 0.54% |
| 12/31/2003 | $18.35 | $18.20 | $18.33 | - | 620,200 | -0.27% |
| 1/2/2004 | $18.05 | $18.10 | $18.12 | - | 661,200 | -1.65% |
| 1/5/2004 | $18.62 | $18.58 | $18.60 | - | 981,400 | 3.11% |
| 1/6/2004 | $18.97 | $18.96 | $18.98 | - | 915,700 | 1.86% |
| 1/7/2004 | $19.19 | $19.15 | $19.16 | - | 846,400 | 1.15% |
| 1/8/2004 | $19.49 | $19.49 | $19.49 | - | 1,636,700 | 1.55% |
| 1/9/2004 | $19.50 | $19.50 | $19.51 | - | 1,060,100 | 0.05% |
| 1/12/2004 | $20.48 | $20.49 | $20.50 | - | 2,070,200 | 4.90% |
| 1/13/2004 | $21.01 | $21.02 | $21.03 | - | 2,252,700 | 2.55% |
| 1/14/2004 | $21.31 | $21.28 | $21.31 | - | 1,058,100 | 1.42% |
| 1/15/2004 | $21.37 | $21.35 | $21.39 | - | 875,000 | 0.28% |
| 1/16/2004 | $22.04 | $22.02 | $22.03 | - | 1,382,100 | 3.09% |
| 1/20/2004 | $22.07 | $22.07 | $22.08 | - | 803,900 | 0.14% |
| 1/21/2004 | $22.53 | $22.51 | $22.57 | - | 2,070,000 | 2.06% |
| 1/22/2004 | $22.67 | $22.64 | $22.66 | - | 796,200 | 0.62% |
| 1/23/2004 | $22.56 | $22.54 | $22.56 | - | 939,400 | -0.49% |
| 1/26/2004 | $22.95 | $22.95 | $22.96 | - | 1,025,800 | 1.71% |
| 1/27/2004 | $22.70 | $22.70 | $22.71 | - | 714,100 | -1.10% |
| 1/28/2004 | $22.41 | $22.35 | $22.38 | - | 1,300,200 | -1.29% |
| 1/29/2004 | $21.81 | $21.83 | $21.88 | - | 1,643,100 | -2.71% |
| 1/30/2004 | $20.80 | $20.76 | $20.77 | - | 1,722,000 | -4.74% |
| 2/2/2004 | $21.26 | $21.23 | $21.24 | - | 850,200 | 2.19% |
| 2/3/2004 | $21.57 | $21.58 | $21.64 | - | 1,194,200 | 1.45% |
| 2/4/2004 | $21.52 | $21.46 | $21.51 | - | 1,444,700 | -0.23% |
| 2/5/2004 | $21.40 | $21.32 | $21.39 | - | 710,300 | -0.56% |
| 2/6/2004 | $21.63 | $21.67 | $21.70 | - | 708,700 | 1.07% |
| 2/9/2004 | $22.43 | $22.52 | $22.53 | - | 1,407,500 | 3.63% |
| 2/10/2004 | $22.90 | $22.88 | $22.90 | - | 1,154,700 | 2.07% |
| 2/11/2004 | $22.31 | $22.34 | $22.36 | - | 2,111,000 | -2.61% |
| 2/12/2004 | $21.89 | $21.93 | $21.94 | - | 888,100 | -1.90% |
| 2/13/2004 | $21.30 | $21.32 | $21.36 | - | 620,100 | -2.73% |
| 2/17/2004 | $22.19 | $22.18 | $22.19 | - | 1,167,600 | 4.09% |
| 2/18/2004 | $21.98 | $21.94 | $21.97 | - | 543,700 | -0.95% |
| 2/19/2004 | $21.76 | $21.65 | $21.88 | - | 734,900 | -1.01% |
| 2/20/2004 | $21.41 | $21.36 | $21.40 | - | 728,900 | -1.62% |

97

**Exhibit-4**

## Feinstein Dana Loss Causation and Damages Report

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|------|---|---|---|---|---|---|
| 2/23/2004 | $21.13 | $21.11 | $21.13 | - | 857,100 | -1.32% |
| 2/24/2004 | $21.02 | $21.04 | $21.06 | - | 469,000 | -0.52% |
| 2/25/2004 | $21.38 | $21.35 | $21.38 | - | 400,200 | 1.70% |
| 2/26/2004 | $21.15 | $21.18 | $21.20 | $0.12 | 334,300 | -0.52% |
| 2/27/2004 | $21.39 | $21.34 | $21.47 | - | 447,000 | 1.13% |
| 3/1/2004 | $22.15 | $22.10 | $22.14 | - | 792,500 | 3.49% |
| 3/2/2004 | $21.71 | $21.68 | $21.71 | - | 501,300 | -2.01% |
| 3/3/2004 | $21.49 | $21.44 | $21.46 | - | 438,000 | -1.02% |
| 3/4/2004 | $21.39 | $21.39 | $21.41 | - | 440,400 | -0.47% |
| 3/5/2004 | $21.89 | $21.92 | $21.93 | - | 561,900 | 2.31% |
| 3/8/2004 | $21.37 | $21.36 | $21.37 | - | 678,900 | -2.40% |
| 3/9/2004 | $20.32 | $20.31 | $20.32 | - | 982,300 | -5.04% |
| 3/10/2004 | $19.88 | $19.85 | $19.89 | - | 842,400 | -2.19% |
| 3/11/2004 | $20.05 | $20.01 | $20.03 | - | 1,267,300 | 0.85% |
| 3/12/2004 | $20.16 | $20.14 | $20.15 | - | 804,400 | 0.55% |
| 3/15/2004 | $19.66 | $19.61 | $19.66 | - | 839,000 | -2.51% |
| 3/16/2004 | $19.47 | $19.47 | $19.51 | - | 555,900 | -0.97% |
| 3/17/2004 | $19.79 | $19.82 | $19.83 | - | 660,100 | 1.63% |
| 3/18/2004 | $19.75 | $19.71 | $19.78 | - | 843,800 | -0.20% |
| 3/19/2004 | $19.08 | $19.09 | $19.10 | - | 683,300 | -3.45% |
| 3/22/2004 | $18.42 | $18.38 | $18.39 | - | 1,660,500 | -3.52% |
| 3/23/2004 | $18.21 | $18.22 | $18.28 | - | 650,900 | -1.15% |
| 3/24/2004 | $17.65 | $17.71 | $17.72 | - | 880,200 | -3.12% |
| 3/25/2004 | $18.40 | $18.38 | $18.39 | - | 1,179,000 | 4.16% |
| 3/26/2004 | $18.61 | $18.61 | $18.62 | - | 1,341,100 | 1.13% |
| 3/29/2004 | $18.95 | $18.93 | $18.94 | - | 747,600 | 1.81% |
| 3/30/2004 | $19.43 | $19.43 | $19.45 | - | 568,600 | 2.50% |
| 3/31/2004 | $19.86 | $19.80 | $19.81 | - | 995,800 | 2.19% |
| 4/1/2004 | $20.44 | $20.40 | $20.41 | - | 1,041,100 | 2.88% |
| 4/2/2004 | $20.92 | $20.91 | $20.92 | - | 941,800 | 2.32% |
| 4/5/2004 | $21.25 | $21.24 | $21.30 | - | 970,400 | 1.57% |
| 4/6/2004 | $21.31 | $21.31 | $21.34 | - | 647,100 | 0.28% |
| 4/7/2004 | $20.85 | $20.82 | $20.85 | - | 541,300 | -2.18% |
| 4/8/2004 | $21.12 | $21.10 | $21.11 | - | 851,600 | 1.29% |
| 4/12/2004 | $20.80 | $20.81 | $20.83 | - | 541,700 | -1.53% |
| 4/13/2004 | $20.30 | $20.30 | $20.32 | - | 945,200 | -2.43% |
| 4/14/2004 | $20.40 | $20.40 | $20.42 | - | 649,000 | 0.49% |
| 4/15/2004 | $20.75 | $20.74 | $20.75 | - | 764,300 | 1.70% |
| 4/16/2004 | $20.97 | $20.97 | $20.99 | - | 647,700 | 1.05% |
| 4/19/2004 | $20.75 | $20.60 | $20.75 | - | 324,400 | -1.05% |
| 4/20/2004 | $20.25 | $20.26 | $20.27 | - | 701,600 | -2.44% |
| 4/21/2004 | $20.80 | $20.82 | $20.85 | - | 1,651,200 | 2.68% |
| 4/22/2004 | $21.51 | $21.55 | $21.57 | - | 876,000 | 3.36% |
| 4/23/2004 | $21.60 | $21.56 | $21.61 | - | 812,700 | 0.42% |
| 4/26/2004 | $21.37 | $21.37 | $21.38 | - | 706,700 | -1.07% |
| 4/27/2004 | $21.90 | $21.90 | $21.91 | - | 1,480,200 | 2.45% |
| 4/28/2004 | $21.20 | $21.15 | $21.21 | - | 1,032,900 | -3.25% |
| 4/29/2004 | $20.61 | $20.64 | $20.70 | - | 709,800 | -2.82% |
| 4/30/2004 | $20.16 | $20.17 | $20.17 | - | 653,200 | -2.21% |
| 5/3/2004 | $20.31 | $20.30 | $20.32 | - | 578,300 | 0.74% |
| 5/4/2004 | $21.00 | $20.98 | $21.00 | - | 646,600 | 3.34% |
| 5/5/2004 | $20.89 | $20.90 | $20.91 | - | 485,600 | -0.53% |
| 5/6/2004 | $20.24 | $20.28 | $20.29 | - | 520,100 | -3.16% |

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/7/2004 | $19.26 | $19.24 | $19.26 | - | 766,200 | -4.96% |
| 5/10/2004 | $18.51 | $18.50 | $18.51 | - | 1,275,600 | -3.97% |
| 5/11/2004 | $18.88 | $18.75 | $18.99 | - | 813,300 | 1.98% |
| 5/12/2004 | $18.62 | $18.60 | $18.61 | - | 1,447,400 | -1.39% |
| 5/13/2004 | $18.90 | $18.90 | $18.91 | - | 632,200 | 1.49% |
| 5/14/2004 | $19.07 | $19.00 | $19.06 | - | 468,000 | 0.90% |
| 5/17/2004 | $18.54 | $18.53 | $18.54 | - | 512,700 | -2.82% |
| 5/18/2004 | $18.46 | $18.47 | $18.51 | - | 464,200 | -0.43% |
| 5/19/2004 | $18.60 | $18.59 | $18.61 | - | 638,700 | 0.76% |
| 5/20/2004 | $18.10 | $18.14 | $18.16 | - | 632,500 | -2.72% |
| 5/21/2004 | $18.10 | $18.09 | $18.13 | - | 702,500 | 0.00% |
| 5/24/2004 | $18.11 | $18.14 | $18.16 | - | 696,100 | 0.06% |
| 5/25/2004 | $18.19 | $18.01 | $18.22 | - | 2,171,800 | 0.44% |
| 5/26/2004 | $18.59 | $18.55 | $18.58 | - | 627,600 | 2.18% |
| 5/27/2004 | $18.90 | $18.77 | $19.01 | $0.12 | 836,700 | 2.29% |
| 5/28/2004 | $18.65 | $18.66 | $18.70 | - | 737,700 | -1.33% |
| 6/1/2004 | $19.05 | $19.03 | $19.05 | - | 839,600 | 2.12% |
| 6/2/2004 | $19.22 | $19.16 | $19.20 | - | 901,800 | 0.89% |
| 6/3/2004 | $19.03 | $19.05 | $19.08 | - | 731,100 | -0.99% |
| 6/4/2004 | $19.56 | $19.50 | $19.54 | - | 511,000 | 2.75% |
| 6/7/2004 | $19.98 | $19.97 | $19.98 | - | 467,500 | 2.12% |
| 6/8/2004 | $20.13 | $20.08 | $20.11 | - | 625,400 | 0.75% |
| 6/9/2004 | $19.71 | $19.71 | $19.75 | - | 327,500 | -2.11% |
| 6/10/2004 | $20.54 | $20.53 | $20.55 | - | 1,145,600 | 4.12% |
| 6/14/2004 | $20.13 | $20.11 | $20.14 | - | 593,600 | -2.02% |
| 6/15/2004 | $20.44 | $20.44 | $20.45 | - | 480,200 | 1.53% |
| 6/16/2004 | $20.48 | $20.45 | $20.47 | - | 519,100 | 0.20% |
| 6/17/2004 | $20.38 | $20.40 | $20.41 | - | 406,100 | -0.49% |
| 6/18/2004 | $20.65 | $20.54 | $20.78 | - | 609,400 | 1.32% |
| 6/21/2004 | $20.75 | $20.71 | $20.72 | - | 436,500 | 0.48% |
| 6/22/2004 | $21.05 | $21.04 | $21.05 | - | 504,100 | 1.44% |
| 6/23/2004 | $21.75 | $21.78 | $21.79 | - | 1,159,200 | 3.27% |
| 6/24/2004 | $21.11 | $21.01 | $21.23 | - | 751,600 | -2.99% |
| 6/25/2004 | $20.08 | $20.09 | $20.10 | - | 1,423,700 | -5.00% |
| 6/28/2004 | $19.58 | $19.60 | $19.63 | - | 1,259,200 | -2.52% |
| 6/29/2004 | $19.54 | $19.49 | $19.52 | - | 1,325,100 | -0.20% |
| 6/30/2004 | $19.60 | $19.59 | $19.64 | - | 841,200 | 0.31% |
| 7/1/2004 | $18.96 | $18.94 | $18.95 | - | 662,100 | -3.32% |
| 7/2/2004 | $19.04 | $19.01 | $19.03 | - | 406,600 | 0.42% |
| 7/6/2004 | $18.64 | $18.67 | $18.70 | - | 732,500 | -2.12% |
| 7/7/2004 | $18.60 | $18.59 | $18.60 | - | 423,000 | -0.21% |
| 7/8/2004 | $18.42 | $18.45 | $18.46 | - | 558,800 | -0.97% |
| 7/9/2004 | $19.16 | $19.15 | $19.25 | - | 899,300 | 3.94% |
| 7/12/2004 | $18.86 | $18.81 | $18.82 | - | 521,600 | -1.58% |
| 7/13/2004 | $19.09 | $19.06 | $19.10 | - | 323,800 | 1.21% |
| 7/14/2004 | $18.74 | $18.70 | $18.73 | - | 537,800 | -1.85% |
| 7/15/2004 | $18.62 | $18.60 | $18.64 | - | 678,800 | -0.64% |
| 7/16/2004 | $18.44 | $18.45 | $18.47 | - | 836,800 | -0.97% |
| 7/19/2004 | $18.35 | $18.32 | $18.35 | - | 970,100 | -0.49% |
| 7/20/2004 | $18.25 | $18.21 | $18.25 | - | 1,373,200 | -0.55% |
| 7/21/2004 | $18.93 | $18.94 | $18.95 | - | 2,148,800 | 3.66% |
| 7/22/2004 | $18.18 | $18.20 | $18.25 | - | 1,174,000 | -4.04% |
| 7/23/2004 | $19.01 | $19.00 | $19.01 | - | 1,962,700 | 4.46% |

99

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/26/2004 | $19.02 | $18.97 | $18.98 | - | 704,800 | 0.05% |
| 7/27/2004 | $19.15 | $19.14 | $19.18 | - | 550,300 | 0.68% |
| 7/28/2004 | $19.52 | $19.46 | $19.47 | - | 916,400 | 1.91% |
| 7/29/2004 | $19.42 | $19.38 | $19.39 | - | 1,032,200 | -0.51% |
| 7/30/2004 | $19.29 | $19.31 | $19.32 | - | 253,300 | -0.67% |
| 8/2/2004 | $19.23 | $19.24 | $19.25 | - | 508,800 | -0.31% |
| 8/3/2004 | $18.96 | $18.92 | $18.95 | - | 447,700 | -1.41% |
| 8/4/2004 | $18.85 | $18.84 | $18.85 | - | 595,400 | -0.58% |
| 8/5/2004 | $18.25 | $18.24 | $18.28 | - | 556,000 | -3.23% |
| 8/6/2004 | $17.51 | $17.52 | $17.54 | - | 700,500 | -4.14% |
| 8/9/2004 | $17.76 | $17.71 | $17.75 | - | 446,500 | 1.42% |
| 8/10/2004 | $18.06 | $18.07 | $18.11 | - | 383,900 | 1.68% |
| 8/11/2004 | $17.95 | $17.94 | $17.97 | - | 451,800 | -0.61% |
| 8/12/2004 | $17.59 | $17.59 | $17.61 | - | 529,700 | -2.03% |
| 8/13/2004 | $17.27 | $17.22 | $17.23 | - | 358,300 | -1.84% |
| 8/16/2004 | $18.00 | $18.08 | $18.09 | - | 735,700 | 4.14% |
| 8/17/2004 | $18.38 | $18.36 | $18.45 | - | 499,100 | 2.09% |
| 8/18/2004 | $18.62 | $18.57 | $18.61 | - | 547,900 | 1.30% |
| 8/19/2004 | $18.21 | $18.22 | $18.23 | - | 666,100 | -2.23% |
| 8/20/2004 | $18.45 | $18.44 | $18.46 | - | 649,300 | 1.31% |
| 8/23/2004 | $18.20 | $18.16 | $18.19 | - | 389,900 | -1.36% |
| 8/24/2004 | $18.19 | $18.14 | $18.19 | - | 282,200 | -0.05% |
| 8/25/2004 | $18.40 | $18.36 | $18.42 | - | 287,800 | 1.15% |
| 8/26/2004 | $18.41 | $18.40 | $18.45 | - | 382,700 | 0.05% |
| 8/27/2004 | $18.40 | $18.42 | $18.43 | - | 284,500 | -0.05% |
| 8/30/2004 | $18.46 | $18.43 | $18.46 | $0.12 | 449,900 | 0.97% |
| 8/31/2004 | $18.87 | $18.83 | $18.85 | - | 639,400 | 2.20% |
| 9/1/2004 | $18.95 | $18.94 | $18.95 | - | 444,000 | 0.42% |
| 9/2/2004 | $18.99 | $18.99 | $19.00 | - | 617,100 | 0.21% |
| 9/3/2004 | $19.02 | $19.01 | $19.04 | - | 420,300 | 0.16% |
| 9/7/2004 | $19.25 | $19.20 | $19.24 | - | 409,100 | 1.20% |
| 9/8/2004 | $18.84 | $18.83 | $18.85 | - | 339,600 | -2.15% |
| 9/9/2004 | $18.78 | $18.73 | $18.76 | - | 348,600 | -0.32% |
| 9/10/2004 | $18.46 | $18.46 | $18.50 | - | 618,800 | -1.72% |
| 9/13/2004 | $18.47 | $18.45 | $18.46 | - | 461,200 | 0.05% |
| 9/14/2004 | $18.08 | $18.07 | $18.08 | - | 653,100 | -2.13% |
| 9/15/2004 | $17.92 | $17.88 | $17.92 | - | 928,900 | -0.89% |
| 9/16/2004 | $17.96 | $17.97 | $17.98 | - | 261,900 | 0.22% |
| 9/17/2004 | $17.95 | $17.95 | $17.99 | - | 532,000 | -0.06% |
| 9/20/2004 | $17.63 | $17.63 | $17.65 | - | 430,900 | -1.80% |
| 9/21/2004 | $17.81 | $17.81 | $17.84 | - | 479,100 | 1.02% |
| 9/22/2004 | $17.33 | $17.32 | $17.33 | - | 669,000 | -2.73% |
| 9/23/2004 | $16.95 | $16.92 | $16.94 | - | 779,300 | -2.22% |
| 9/24/2004 | $16.99 | $16.96 | $16.99 | - | 833,700 | 0.24% |
| 9/27/2004 | $16.70 | $16.72 | $16.73 | - | 470,000 | -1.72% |
| 9/28/2004 | $16.86 | $16.88 | $16.89 | - | 621,900 | 0.95% |
| 9/29/2004 | $17.02 | $17.03 | $17.05 | - | 442,200 | 0.94% |
| 9/30/2004 | $17.69 | $17.66 | $17.67 | - | 695,900 | 3.86% |
| 10/1/2004 | $18.19 | $18.20 | $18.25 | - | 887,800 | 2.79% |
| 10/4/2004 | $17.99 | $17.94 | $17.97 | - | 710,200 | -1.11% |
| 10/5/2004 | $17.72 | $17.75 | $17.76 | - | 512,400 | -1.51% |
| 10/6/2004 | $17.53 | $17.54 | $17.55 | - | 891,200 | -1.08% |
| 10/7/2004 | $17.00 | $16.97 | $16.99 | - | 1,122,300 | -3.07% |

100

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/8/2004 | $16.58 | $16.59 | $16.61 | - | 997,000 | -2.50% |
| 10/11/2004 | $16.38 | $16.38 | $16.40 | - | 754,900 | -1.21% |
| 10/12/2004 | $16.60 | $16.57 | $16.58 | - | 765,900 | 1.33% |
| 10/13/2004 | $14.84 | $14.84 | $14.85 | - | 3,361,900 | -11.21% |
| 10/14/2004 | $14.61 | $14.57 | $14.61 | - | 1,492,200 | -1.56% |
| 10/15/2004 | $14.56 | $14.50 | $14.55 | - | 1,764,800 | -0.34% |
| 10/18/2004 | $14.60 | $14.60 | $14.61 | - | 1,088,000 | 0.27% |
| 10/19/2004 | $14.39 | $14.35 | $14.40 | - | 792,200 | -1.45% |
| 10/20/2004 | $14.17 | $14.09 | $14.10 | - | 1,267,900 | -1.54% |
| 10/21/2004 | $14.10 | $14.14 | $14.15 | - | 1,298,600 | -0.50% |
| 10/22/2004 | $14.10 | $14.08 | $14.10 | - | 848,500 | 0.00% |
| 10/25/2004 | $14.19 | $14.17 | $14.19 | - | 826,800 | 0.64% |
| 10/26/2004 | $14.77 | $14.76 | $14.77 | - | 1,243,300 | 4.01% |
| 10/27/2004 | $15.04 | $15.05 | $15.08 | - | 1,166,200 | 1.81% |
| 10/28/2004 | $15.10 | $15.10 | $15.11 | - | 1,372,700 | 0.40% |
| 10/29/2004 | $14.91 | $14.91 | $14.94 | - | 940,700 | -1.27% |
| 11/1/2004 | $15.66 | $15.62 | $15.63 | - | 924,000 | 4.91% |
| 11/2/2004 | $15.63 | $15.59 | $15.62 | - | 1,571,300 | -0.19% |
| 11/3/2004 | $15.67 | $15.65 | $15.67 | - | 1,067,300 | 0.26% |
| 11/4/2004 | $15.93 | $15.89 | $15.90 | - | 970,800 | 1.65% |
| 11/5/2004 | $16.38 | $16.37 | $16.38 | - | 1,166,300 | 2.79% |
| 11/8/2004 | $16.43 | $16.40 | $16.43 | - | 668,400 | 0.30% |
| 11/9/2004 | $16.43 | $16.40 | $16.47 | - | 801,300 | 0.00% |
| 11/10/2004 | $16.24 | $16.19 | $16.24 | - | 747,900 | -1.16% |
| 11/11/2004 | $16.19 | $16.20 | $16.21 | - | 979,300 | -0.31% |
| 11/12/2004 | $16.25 | $16.23 | $16.25 | - | 577,400 | 0.37% |
| 11/15/2004 | $16.24 | $16.24 | $16.26 | - | 1,087,400 | -0.06% |
| 11/16/2004 | $16.45 | $16.45 | $16.46 | - | 763,600 | 1.28% |
| 11/17/2004 | $16.56 | $16.56 | $16.57 | - | 537,300 | 0.67% |
| 11/18/2004 | $16.63 | $16.57 | $16.61 | - | 385,600 | 0.42% |
| 11/19/2004 | $16.33 | $16.30 | $16.33 | - | 527,900 | -1.82% |
| 11/22/2004 | $16.87 | $16.82 | $16.85 | - | 926,100 | 3.25% |
| 11/23/2004 | $16.74 | $16.68 | $16.74 | - | 1,066,400 | -0.77% |
| 11/24/2004 | $16.86 | $16.86 | $16.87 | - | 471,300 | 0.71% |
| 11/26/2004 | $16.83 | $16.83 | $16.84 | - | 188,500 | -0.18% |
| 11/29/2004 | $16.67 | $16.62 | $16.65 | $0.12 | 792,500 | -0.24% |
| 11/30/2004 | $16.35 | $16.36 | $16.37 | - | 557,000 | -1.94% |
| 12/1/2004 | $17.00 | $16.95 | $16.99 | - | 722,800 | 3.90% |
| 12/2/2004 | $16.90 | $16.90 | $16.93 | - | 506,600 | -0.59% |
| 12/3/2004 | $17.04 | $17.01 | $17.02 | - | 518,900 | 0.82% |
| 12/6/2004 | $16.55 | $16.57 | $16.58 | - | 570,400 | -2.92% |
| 12/7/2004 | $16.23 | $16.25 | $16.28 | - | 484,500 | -1.95% |
| 12/8/2004 | $16.36 | $16.39 | $16.40 | - | 672,700 | 0.80% |
| 12/9/2004 | $16.46 | $16.44 | $16.46 | - | 521,600 | 0.61% |
| 12/10/2004 | $16.35 | $16.30 | $16.31 | - | 434,700 | -0.67% |
| 12/13/2004 | $16.63 | $16.61 | $16.63 | - | 399,300 | 1.70% |
| 12/14/2004 | $16.71 | $16.74 | $16.75 | - | 612,300 | 0.48% |
| 12/15/2004 | $17.10 | $17.10 | $17.11 | - | 722,100 | 2.31% |
| 12/16/2004 | $16.73 | $16.73 | $16.76 | - | 457,900 | -2.19% |
| 12/17/2004 | $16.67 | $16.62 | $16.63 | - | 713,500 | -0.36% |
| 12/20/2004 | $16.65 | $16.66 | $16.68 | - | 494,800 | -0.12% |
| 12/21/2004 | $16.90 | $16.89 | $16.90 | - | 500,700 | 1.49% |
| 12/22/2004 | $17.24 | $17.23 | $17.25 | - | 608,100 | 1.99% |

101

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 12/23/2004 | $17.35 | $17.34 | $17.36 | - | 235,000 | 0.64% |
| 12/27/2004 | $16.98 | $17.00 | $17.02 | - | 545,900 | -2.16% |
| 12/28/2004 | $17.37 | $17.35 | $17.38 | - | 452,500 | 2.27% |
| 12/29/2004 | $17.51 | $17.52 | $17.53 | - | 449,600 | 0.80% |
| 12/30/2004 | $17.42 | $17.40 | $17.42 | - | 588,000 | -0.52% |
| 12/31/2004 | $17.33 | $17.34 | $17.35 | - | 407,200 | -0.52% |
| 1/3/2005 | $17.00 | $17.00 | $17.01 | - | 746,100 | -1.92% |
| 1/4/2005 | $17.00 | $16.96 | $17.00 | - | 1,267,500 | 0.00% |
| 1/5/2005 | $16.83 | $16.77 | $17.10 | - | 1,227,400 | -1.01% |
| 1/6/2005 | $17.01 | $17.00 | $17.01 | - | 957,100 | 1.06% |
| 1/7/2005 | $16.71 | $16.66 | $16.67 | - | 1,122,200 | -1.78% |
| 1/10/2005 | $16.50 | $16.49 | $16.50 | - | 762,500 | -1.26% |
| 1/11/2005 | $16.14 | $16.15 | $16.18 | - | 888,700 | -2.21% |
| 1/12/2005 | $16.15 | $16.14 | $16.16 | - | 718,100 | 0.06% |
| 1/13/2005 | $16.18 | $16.17 | $16.19 | - | 1,506,700 | 0.19% |
| 1/14/2005 | $16.30 | $16.10 | $16.38 | - | 622,800 | 0.74% |
| 1/18/2005 | $16.31 | $16.30 | $16.31 | - | 714,800 | 0.06% |
| 1/19/2005 | $16.11 | $16.10 | $16.11 | - | 403,800 | -1.23% |
| 1/20/2005 | $15.70 | $15.69 | $15.70 | - | 485,100 | -2.58% |
| 1/21/2005 | $15.64 | $15.67 | $15.68 | - | 702,600 | -0.38% |
| 1/24/2005 | $15.38 | $15.36 | $15.37 | - | 649,000 | -1.68% |
| 1/25/2005 | $15.36 | $15.35 | $15.36 | - | 1,064,400 | -0.13% |
| 1/26/2005 | $15.88 | $15.85 | $15.90 | - | 1,000,800 | 3.33% |
| 1/27/2005 | $15.81 | $15.78 | $15.80 | - | 559,200 | -0.44% |
| 1/28/2005 | $15.49 | $15.44 | $15.46 | - | 511,200 | -2.04% |
| 1/31/2005 | $15.87 | $15.82 | $15.84 | - | 618,100 | 2.42% |
| 2/1/2005 | $16.00 | $16.00 | $16.02 | - | 632,600 | 0.82% |
| 2/2/2005 | $16.19 | $16.16 | $16.18 | - | 446,900 | 1.18% |
| 2/3/2005 | $15.78 | $15.73 | $15.76 | - | 518,800 | -2.57% |
| 2/4/2005 | $16.06 | $16.05 | $16.06 | - | 372,800 | 1.76% |
| 2/7/2005 | $16.20 | $16.20 | $16.21 | - | 708,300 | 0.87% |
| 2/8/2005 | $16.24 | $16.24 | $16.25 | - | 612,600 | 0.25% |
| 2/9/2005 | $15.94 | $15.89 | $15.97 | - | 470,100 | -1.86% |
| 2/10/2005 | $15.76 | $15.75 | $15.76 | - | 357,600 | -1.14% |
| 2/11/2005 | $16.00 | $15.98 | $16.00 | - | 523,800 | 1.51% |
| 2/14/2005 | $15.84 | $15.84 | $15.85 | - | 357,900 | -1.01% |
| 2/15/2005 | $15.90 | $15.87 | $15.89 | - | 347,700 | 0.38% |
| 2/16/2005 | $15.60 | $15.60 | $15.62 | - | 807,400 | -1.90% |
| 2/17/2005 | $15.42 | $15.40 | $15.41 | - | 487,900 | -1.16% |
| 2/18/2005 | $15.64 | $15.60 | $15.62 | - | 330,400 | 1.42% |
| 2/22/2005 | $15.34 | $15.29 | $15.38 | - | 716,000 | -1.94% |
| 2/23/2005 | $14.95 | $14.95 | $14.96 | - | 1,390,800 | -2.58% |
| 2/24/2005 | $14.85 | $14.86 | $14.87 | - | 1,238,600 | -0.67% |
| 2/25/2005 | $14.76 | $14.73 | $14.79 | $0.12 | 1,174,600 | 0.20% |
| 2/28/2005 | $14.42 | $14.39 | $14.45 | - | 1,518,800 | -2.33% |
| 3/1/2005 | $14.60 | $14.55 | $14.57 | - | 1,543,000 | 1.24% |
| 3/2/2005 | $14.34 | $14.33 | $14.34 | - | 2,415,400 | -1.80% |
| 3/3/2005 | $14.36 | $14.39 | $14.40 | - | 1,080,000 | 0.14% |
| 3/4/2005 | $14.11 | $14.10 | $14.11 | - | 1,094,400 | -1.76% |
| 3/7/2005 | $14.05 | $14.02 | $14.06 | - | 1,717,200 | -0.43% |
| 3/8/2005 | $13.87 | $13.85 | $13.87 | - | 1,478,100 | -1.29% |
| 3/9/2005 | $13.99 | $13.97 | $13.99 | - | 1,378,200 | 0.86% |
| 3/10/2005 | $14.04 | $14.02 | $14.03 | - | 711,700 | 0.36% |

102

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/11/2005 | $14.21 | $14.21 | $14.22 | - | 668,800 | 1.20% |
| 3/14/2005 | $14.53 | $14.40 | $14.53 | - | 706,100 | 2.23% |
| 3/15/2005 | $14.18 | $14.16 | $14.17 | - | 1,238,500 | -2.44% |
| 3/16/2005 | $14.00 | $13.96 | $14.00 | - | 1,646,800 | -1.28% |
| 3/17/2005 | $13.78 | $13.78 | $13.79 | - | 758,800 | -1.58% |
| 3/18/2005 | $13.75 | $13.72 | $13.73 | - | 1,146,500 | -0.22% |
| 3/21/2005 | $13.68 | $13.67 | $13.68 | - | 688,400 | -0.51% |
| 3/22/2005 | $13.54 | $13.53 | $13.56 | - | 859,500 | -1.03% |
| 3/23/2005 | $13.01 | $12.98 | $13.00 | - | 2,754,500 | -3.99% |
| 3/24/2005 | $13.08 | $13.08 | $13.09 | - | 1,481,200 | 0.54% |
| 3/28/2005 | $12.92 | $12.87 | $12.88 | - | 750,800 | -1.23% |
| 3/29/2005 | $12.75 | $12.74 | $12.75 | - | 911,300 | -1.32% |
| 3/30/2005 | $12.35 | $12.37 | $12.38 | - | 1,795,400 | -3.19% |
| 3/31/2005 | $12.79 | $12.74 | $12.75 | - | 1,176,200 | 3.50% |
| 4/1/2005 | $12.52 | $12.54 | $12.55 | - | 972,100 | -2.13% |
| 4/4/2005 | $12.56 | $12.58 | $12.60 | - | 765,900 | 0.32% |
| 4/5/2005 | $12.66 | $12.63 | $12.64 | - | 550,100 | 0.79% |
| 4/6/2005 | $12.60 | $12.57 | $12.61 | - | 556,100 | -0.48% |
| 4/7/2005 | $12.72 | $12.69 | $12.72 | - | 505,400 | 0.95% |
| 4/8/2005 | $12.50 | $12.50 | $12.53 | - | 609,500 | -1.74% |
| 4/11/2005 | $12.10 | $12.09 | $12.10 | - | 1,156,900 | -3.25% |
| 4/12/2005 | $11.99 | $11.99 | $12.00 | - | 1,405,100 | -0.91% |
| 4/13/2005 | $11.82 | $11.81 | $11.82 | - | 1,071,300 | -1.43% |
| 4/14/2005 | $11.53 | $11.54 | $11.55 | - | 878,400 | -2.48% |
| 4/15/2005 | $10.96 | $10.93 | $10.95 | - | 1,551,400 | -5.07% |
| 4/18/2005 | $11.36 | $11.35 | $11.36 | - | 1,592,000 | 3.58% |
| 4/19/2005 | $11.32 | $11.33 | $11.34 | - | 1,360,000 | -0.35% |
| 4/20/2005 | $11.67 | $11.60 | $11.62 | - | 2,554,500 | 3.05% |
| 4/21/2005 | $12.44 | $12.41 | $12.44 | - | 2,803,900 | 6.39% |
| 4/22/2005 | $12.16 | $12.13 | $12.16 | - | 1,246,900 | -2.28% |
| 4/25/2005 | $12.23 | $12.19 | $12.21 | - | 787,300 | 0.57% |
| 4/26/2005 | $11.83 | $11.86 | $11.88 | - | 742,100 | -3.33% |
| 4/27/2005 | $11.62 | $11.61 | $11.63 | - | 969,400 | -1.79% |
| 4/28/2005 | $11.50 | $11.45 | $11.47 | - | 1,070,900 | -1.04% |
| 4/29/2005 | $11.42 | $11.43 | $11.45 | - | 876,500 | -0.70% |
| 5/2/2005 | $11.33 | $11.33 | $11.34 | - | 1,070,700 | -0.79% |
| 5/3/2005 | $11.53 | $11.52 | $11.53 | - | 827,400 | 1.75% |
| 5/4/2005 | $12.24 | $12.24 | $12.25 | - | 2,345,000 | 5.98% |
| 5/5/2005 | $11.84 | $11.83 | $11.84 | - | 1,691,200 | -3.32% |
| 5/6/2005 | $11.96 | $11.95 | $11.96 | - | 1,259,900 | 1.01% |
| 5/9/2005 | $11.98 | $11.95 | $12.01 | - | 662,800 | 0.17% |
| 5/10/2005 | $12.14 | $12.12 | $12.13 | - | 1,681,000 | 1.33% |
| 5/11/2005 | $12.02 | $12.00 | $12.01 | - | 608,500 | -0.99% |
| 5/12/2005 | $11.56 | $11.55 | $11.63 | - | 934,800 | -3.90% |
| 5/13/2005 | $11.65 | $11.61 | $11.65 | - | 925,800 | 0.78% |
| 5/16/2005 | $11.86 | $11.84 | $11.85 | - | 700,600 | 1.79% |
| 5/17/2005 | $11.88 | $11.85 | $11.88 | - | 708,400 | 0.17% |
| 5/18/2005 | $12.28 | $12.29 | $12.30 | - | 1,211,300 | 3.31% |
| 5/19/2005 | $12.44 | $12.39 | $12.41 | - | 853,400 | 1.29% |
| 5/20/2005 | $13.20 | $13.19 | $13.20 | - | 4,596,600 | 5.93% |
| 5/23/2005 | $13.18 | $13.11 | $13.20 | - | 1,151,800 | -0.15% |
| 5/24/2005 | $12.96 | $12.94 | $12.98 | - | 942,300 | -1.68% |
| 5/25/2005 | $13.22 | $13.21 | $13.22 | - | 1,389,800 | 1.99% |

103

**Exhibit-4**

## Feinstein Dana Loss Causation and Damages Report

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/26/2005 | $13.24 | $13.20 | $13.23 | - | 785,800 | 0.15% |
| 5/27/2005 | $13.28 | $13.27 | $13.28 | $0.12 | 797,900 | 1.20% |
| 5/31/2005 | $13.55 | $13.53 | $13.54 | - | 1,347,900 | 2.01% |
| 6/1/2005 | $13.51 | $13.50 | $13.51 | - | 994,500 | -0.30% |
| 6/2/2005 | $13.46 | $13.44 | $13.45 | - | 724,300 | -0.37% |
| 6/3/2005 | $13.14 | $13.11 | $13.13 | - | 698,400 | -2.41% |
| 6/6/2005 | $13.23 | $13.19 | $13.21 | - | 384,100 | 0.68% |
| 6/7/2005 | $13.18 | $13.19 | $13.21 | - | 754,300 | -0.38% |
| 6/8/2005 | $14.33 | $14.30 | $14.32 | - | 1,898,900 | 8.37% |
| 6/9/2005 | $14.45 | $14.44 | $14.46 | - | 1,575,000 | 0.83% |
| 6/10/2005 | $14.54 | $14.53 | $14.57 | - | 1,113,200 | 0.62% |
| 6/13/2005 | $14.75 | $14.73 | $14.75 | - | 714,300 | 1.43% |
| 6/14/2005 | $15.10 | $15.06 | $15.09 | - | 958,700 | 2.35% |
| 6/15/2005 | $15.00 | $14.96 | $14.97 | - | 793,600 | -0.66% |
| 6/16/2005 | $15.07 | $15.05 | $15.07 | - | 630,000 | 0.47% |
| 6/17/2005 | $15.39 | $15.34 | $15.35 | - | 1,173,900 | 2.10% |
| 6/20/2005 | $15.12 | $15.08 | $15.09 | - | 1,080,100 | -1.77% |
| 6/21/2005 | $15.12 | $15.12 | $15.13 | - | 938,500 | 0.00% |
| 6/22/2005 | $14.85 | $14.85 | $14.87 | - | 985,800 | -1.80% |
| 6/23/2005 | $14.85 | $14.81 | $14.87 | - | 1,010,800 | 0.00% |
| 6/24/2005 | $14.49 | $14.48 | $14.49 | - | 996,500 | -2.45% |
| 6/27/2005 | $14.10 | $14.12 | $14.20 | - | 1,037,100 | -2.73% |
| 6/28/2005 | $14.47 | $14.50 | $14.52 | - | 734,300 | 2.59% |
| 6/29/2005 | $14.76 | $14.79 | $14.80 | - | 442,900 | 1.98% |
| 6/30/2005 | $15.01 | $14.95 | $15.00 | - | 1,381,800 | 1.68% |
| 7/1/2005 | $15.33 | $15.07 | $15.34 | - | 1,156,400 | 2.11% |
| 7/5/2005 | $15.42 | $15.37 | $15.39 | - | 866,600 | 0.59% |
| 7/6/2005 | $15.62 | $15.66 | $15.67 | - | 1,135,800 | 1.29% |
| 7/7/2005 | $15.57 | $15.54 | $15.56 | - | 1,059,900 | -0.32% |
| 7/8/2005 | $16.45 | $16.42 | $16.45 | - | 1,125,300 | 5.50% |
| 7/11/2005 | $16.46 | $16.44 | $16.46 | - | 1,085,000 | 0.06% |
| 7/12/2005 | $16.60 | $16.59 | $16.60 | - | 979,600 | 0.85% |
| 7/13/2005 | $16.46 | $16.45 | $16.48 | - | 1,704,800 | -0.85% |
| 7/14/2005 | $16.70 | $16.71 | $16.73 | - | 926,300 | 1.45% |
| 7/15/2005 | $16.51 | $16.52 | $16.56 | - | 1,384,800 | -1.14% |
| 7/18/2005 | $16.35 | $16.35 | $16.36 | - | 892,300 | -0.97% |
| 7/19/2005 | $16.72 | $16.69 | $16.73 | - | 705,200 | 2.24% |
| 7/20/2005 | $16.60 | $16.53 | $16.60 | - | 1,234,900 | -0.72% |
| 7/21/2005 | $15.87 | $15.59 | $15.90 | - | 3,383,600 | -4.50% |
| 7/22/2005 | $16.06 | $16.06 | $16.10 | - | 2,455,400 | 1.19% |
| 7/25/2005 | $15.90 | $15.90 | $15.93 | - | 819,000 | -1.00% |
| 7/26/2005 | $15.80 | $15.79 | $15.80 | - | 1,526,600 | -0.63% |
| 7/27/2005 | $15.96 | $15.95 | $15.97 | - | 830,600 | 1.01% |
| 7/28/2005 | $16.10 | $16.06 | $16.08 | - | 665,100 | 0.87% |
| 7/29/2005 | $15.71 | $15.80 | $15.81 | - | 739,900 | -2.45% |
| 8/1/2005 | $15.82 | $15.81 | $15.82 | - | 874,000 | 0.70% |
| 8/2/2005 | $15.93 | $15.95 | $15.96 | - | 834,000 | 0.69% |
| 8/3/2005 | $15.80 | $15.80 | $15.82 | - | 1,247,300 | -0.82% |
| 8/4/2005 | $15.33 | $15.33 | $15.34 | - | 1,399,900 | -3.02% |
| 8/5/2005 | $15.12 | $15.12 | $15.14 | - | 974,400 | -1.38% |
| 8/8/2005 | $15.25 | $15.25 | $15.26 | - | 512,100 | 0.86% |
| 8/9/2005 | $15.37 | $15.33 | $15.34 | - | 339,800 | 0.78% |
| 8/10/2005 | $15.01 | $15.03 | $15.04 | - | 622,900 | -2.37% |

104

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-4**

**Dana Corp. (DCN) Stock Prices, Dividends, Volume & Returns**

21 April 2003 through 11 October 2005

| Date | Dana Closing Price | Dana Closing Bid | Dana Closing Ask | Dana Dividend | Dana Trading Volume | Dana Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/11/2005 | $15.10 | $15.08 | $15.09 | - | 620,100 | 0.60% |
| 8/12/2005 | $14.68 | $14.68 | $14.69 | - | 1,015,600 | -2.82% |
| 8/15/2005 | $14.71 | $14.71 | $14.72 | - | 473,100 | 0.20% |
| 8/16/2005 | $14.58 | $14.53 | $14.62 | - | 462,300 | -0.89% |
| 8/17/2005 | $14.16 | $14.16 | $14.17 | - | 1,396,700 | -2.92% |
| 8/18/2005 | $13.84 | $13.81 | $13.82 | - | 1,372,900 | -2.29% |
| 8/19/2005 | $13.91 | $13.84 | $13.85 | - | 824,500 | 0.50% |
| 8/22/2005 | $13.98 | $13.98 | $13.99 | - | 753,400 | 0.50% |
| 8/23/2005 | $13.70 | $13.70 | $13.71 | - | 832,700 | -2.02% |
| 8/24/2005 | $13.85 | $13.85 | $13.86 | - | 718,300 | 1.09% |
| 8/25/2005 | $13.91 | $13.90 | $13.92 | - | 791,300 | 0.43% |
| 8/26/2005 | $13.60 | $13.62 | $13.63 | - | 672,400 | -2.25% |
| 8/29/2005 | $13.32 | $13.39 | $13.40 | - | 1,308,000 | -2.08% |
| 8/30/2005 | $13.43 | $13.37 | $13.38 | $0.12 | 1,010,300 | 1.71% |
| 8/31/2005 | $13.46 | $13.41 | $13.45 | - | 696,800 | 0.22% |
| 9/1/2005 | $13.22 | $13.22 | $13.23 | - | 990,400 | -1.80% |
| 9/2/2005 | $13.46 | $13.45 | $13.45 | - | 798,400 | 1.80% |
| 9/6/2005 | $13.15 | $13.16 | $13.17 | - | 1,338,700 | -2.33% |
| 9/7/2005 | $13.28 | $13.28 | $13.29 | - | 975,600 | 0.98% |
| 9/8/2005 | $13.08 | $13.07 | $13.09 | - | 633,900 | -1.52% |
| 9/9/2005 | $12.90 | $12.87 | $12.89 | - | 685,800 | -1.39% |
| 9/12/2005 | $12.94 | $12.95 | $12.97 | - | 1,244,300 | 0.31% |
| 9/13/2005 | $12.68 | $12.72 | $12.73 | - | 698,900 | -2.03% |
| 9/14/2005 | $12.78 | $12.73 | $12.74 | - | 851,600 | 0.79% |
| 9/15/2005 | $9.86 | $9.85 | $9.90 | - | 7,911,300 | -25.94% |
| 9/16/2005 | $9.58 | $9.58 | $9.59 | - | 5,396,900 | -2.88% |
| 9/19/2005 | $9.47 | $9.40 | $9.46 | - | 2,932,100 | -1.15% |
| 9/20/2005 | $9.00 | $9.01 | $9.02 | - | 2,162,200 | -5.09% |
| 9/21/2005 | $9.15 | $9.14 | $9.15 | - | 1,943,300 | 1.65% |
| 9/22/2005 | $9.25 | $9.25 | $9.26 | - | 1,695,500 | 1.09% |
| 9/23/2005 | $9.26 | $9.28 | $9.30 | - | 2,087,300 | 0.11% |
| 9/26/2005 | $9.20 | $9.20 | $9.23 | - | 1,421,700 | -0.65% |
| 9/27/2005 | $9.21 | $9.21 | $9.23 | - | 2,514,100 | 0.11% |
| 9/28/2005 | $9.24 | $9.24 | $9.26 | - | 1,983,000 | 0.33% |
| 9/29/2005 | $9.29 | $9.27 | $9.28 | - | 2,301,900 | 0.54% |
| 9/30/2005 | $9.41 | $9.35 | $9.40 | - | 1,877,700 | 1.28% |
| 10/3/2005 | $9.38 | $9.39 | $9.40 | - | 1,765,100 | -0.32% |
| 10/4/2005 | $9.31 | $9.30 | $9.31 | - | 1,226,200 | -0.75% |
| 10/5/2005 | $9.08 | $9.07 | $9.09 | - | 2,397,100 | -2.50% |
| 10/6/2005 | $8.86 | $8.83 | $8.86 | - | 1,777,500 | -2.45% |
| 10/7/2005 | $9.19 | $9.17 | $9.21 | - | 3,135,100 | 3.66% |
| 10/10/2005 | $6.04 | $6.00 | $6.02 | - | 8,833,000 | -41.97% |
| 10/11/2005 | $5.71 | $5.69 | $5.70 | - | 6,488,100 | -5.62% |

**Source:** CRSP

105

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 4/21/2003 | 1934.13 | 1113.21 | -0.04% | 2.06% |
| 4/22/2003 | 1973.15 | 1151.93 | 2.00% | 3.42% |
| 4/23/2003 | 1989.58 | 1187.15 | 0.83% | 3.01% |
| 4/24/2003 | 1973.03 | 1159.84 | -0.84% | -2.33% |
| 4/25/2003 | 1948.23 | 1128.77 | -1.27% | -2.72% |
| 4/28/2003 | 1981.06 | 1152.85 | 1.67% | 2.11% |
| 4/29/2003 | 1987.50 | 1161.10 | 0.32% | 0.71% |
| 4/30/2003 | 1988.92 | 1166.74 | 0.07% | 0.48% |
| 5/1/2003 | 1989.43 | 1151.26 | 0.03% | -1.34% |
| 5/2/2003 | 2019.04 | 1162.81 | 1.48% | 1.00% |
| 5/5/2003 | 2017.28 | 1164.83 | -0.09% | 0.17% |
| 5/6/2003 | 2034.67 | 1174.96 | 0.86% | 0.87% |
| 5/7/2003 | 2024.89 | 1169.35 | -0.48% | -0.48% |
| 5/8/2003 | 2006.08 | 1162.88 | -0.93% | -0.55% |
| 5/9/2003 | 2033.20 | 1169.89 | 1.34% | 0.60% |
| 5/12/2003 | 2058.17 | 1186.85 | 1.22% | 1.44% |
| 5/13/2003 | 2054.28 | 1185.80 | -0.19% | -0.09% |
| 5/14/2003 | 2051.29 | 1183.76 | -0.15% | -0.17% |
| 5/15/2003 | 2065.44 | 1178.78 | 0.69% | -0.42% |
| 5/16/2003 | 2061.27 | 1164.77 | -0.20% | -1.20% |
| 5/19/2003 | 2015.89 | 1143.41 | -2.23% | -1.85% |
| 5/20/2003 | 2015.26 | 1130.57 | -0.03% | -1.13% |
| 5/21/2003 | 2023.25 | 1129.05 | 0.40% | -0.13% |
| 5/22/2003 | 2041.61 | 1139.06 | 0.90% | 0.88% |
| 5/23/2003 | 2047.15 | 1124.88 | 0.27% | -1.25% |
| 5/27/2003 | 2085.26 | 1167.66 | 1.84% | 3.73% |
| 5/28/2003 | 2089.16 | 1173.03 | 0.19% | 0.46% |
| 5/29/2003 | 2084.19 | 1166.01 | -0.24% | -0.60% |
| 5/30/2003 | 2115.28 | 1204.91 | 1.48% | 3.28% |
| 6/2/2003 | 2124.54 | 1240.45 | 0.44% | 2.91% |
| 6/3/2003 | 2132.19 | 1222.61 | 0.36% | -1.45% |
| 6/4/2003 | 2164.77 | 1223.65 | 1.52% | 0.09% |
| 6/5/2003 | 2177.31 | 1240.70 | 0.58% | 1.38% |
| 6/6/2003 | 2170.03 | 1245.46 | -0.33% | 0.38% |
| 6/9/2003 | 2142.72 | 1222.94 | -1.27% | -1.82% |
| 6/10/2003 | 2163.21 | 1253.31 | 0.95% | 2.45% |
| 6/11/2003 | 2192.16 | 1278.01 | 1.33% | 1.95% |
| 6/12/2003 | 2195.74 | 1286.54 | 0.16% | 0.66% |
| 6/13/2003 | 2173.87 | 1242.81 | -1.00% | -3.46% |
| 6/16/2003 | 2218.47 | 1269.13 | 2.03% | 2.10% |
| 6/17/2003 | 2221.17 | 1299.59 | 0.12% | 2.37% |
| 6/18/2003 | 2217.44 | 1286.69 | -0.17% | -1.00% |

106

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 6/19/2003 | 2185.89 | 1264.96 | -1.43% | -1.70% |
| 6/20/2003 | 2185.83 | 1282.69 | 0.00% | 1.39% |
| 6/23/2003 | 2153.42 | 1259.81 | -1.49% | -1.80% |
| 6/24/2003 | 2157.21 | 1260.58 | 0.18% | 0.06% |
| 6/25/2003 | 2146.35 | 1245.92 | -0.51% | -1.17% |
| 6/26/2003 | 2169.06 | 1253.91 | 1.05% | 0.64% |
| 6/27/2003 | 2152.65 | 1239.46 | -0.76% | -1.16% |
| 6/30/2003 | 2149.96 | 1241.45 | -0.12% | 0.16% |
| 7/1/2003 | 2164.53 | 1231.20 | 0.68% | -0.83% |
| 7/2/2003 | 2191.96 | 1243.66 | 1.26% | 1.01% |
| 7/3/2003 | 2177.86 | 1240.24 | -0.65% | -0.28% |
| 7/7/2003 | 2216.71 | 1262.36 | 1.77% | 1.77% |
| 7/8/2003 | 2226.97 | 1284.10 | 0.46% | 1.71% |
| 7/9/2003 | 2220.00 | 1276.89 | -0.31% | -0.56% |
| 7/10/2003 | 2190.87 | 1264.54 | -1.32% | -0.97% |
| 7/11/2003 | 2210.45 | 1281.04 | 0.89% | 1.30% |
| 7/14/2003 | 2226.61 | 1294.48 | 0.73% | 1.04% |
| 7/15/2003 | 2217.19 | 1301.30 | -0.42% | 0.53% |
| 7/16/2003 | 2203.78 | 1275.70 | -0.61% | -1.99% |
| 7/17/2003 | 2171.85 | 1280.77 | -1.46% | 0.40% |
| 7/18/2003 | 2194.95 | 1296.43 | 1.06% | 1.22% |
| 7/21/2003 | 2166.10 | 1262.79 | -1.32% | -2.63% |
| 7/22/2003 | 2186.08 | 1271.11 | 0.92% | 0.66% |
| 7/23/2003 | 2190.74 | 1286.98 | 0.21% | 1.24% |
| 7/24/2003 | 2178.05 | 1285.62 | -0.58% | -0.11% |
| 7/25/2003 | 2210.32 | 1308.77 | 1.47% | 1.78% |
| 7/28/2003 | 2210.11 | 1298.72 | -0.01% | -0.77% |
| 7/29/2003 | 2197.52 | 1296.47 | -0.57% | -0.17% |
| 7/30/2003 | 2193.07 | 1292.93 | -0.20% | -0.27% |
| 7/31/2003 | 2199.53 | 1316.60 | 0.29% | 1.81% |
| 8/1/2003 | 2177.69 | 1300.74 | -1.00% | -1.21% |
| 8/4/2003 | 2179.03 | 1302.52 | 0.06% | 0.14% |
| 8/5/2003 | 2144.35 | 1273.69 | -1.60% | -2.24% |
| 8/6/2003 | 2144.42 | 1282.20 | 0.00% | 0.67% |
| 8/7/2003 | 2156.96 | 1289.43 | 0.58% | 0.56% |
| 8/8/2003 | 2164.34 | 1292.98 | 0.34% | 0.28% |
| 8/11/2003 | 2175.01 | 1297.62 | 0.49% | 0.36% |
| 8/12/2003 | 2197.41 | 1308.70 | 1.02% | 0.85% |
| 8/13/2003 | 2187.75 | 1316.84 | -0.44% | 0.62% |
| 8/14/2003 | 2199.74 | 1327.81 | 0.55% | 0.83% |
| 8/15/2003 | 2202.16 | 1327.01 | 0.11% | -0.06% |
| 8/18/2003 | 2223.61 | 1346.81 | 0.97% | 1.48% |

107

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 8/19/2003 | 2233.33 | 1356.37 | 0.44% | 0.71% |
| 8/20/2003 | 2230.65 | 1365.37 | -0.12% | 0.66% |
| 8/21/2003 | 2240.24 | 1381.35 | 0.43% | 1.16% |
| 8/22/2003 | 2217.68 | 1368.01 | -1.01% | -0.97% |
| 8/25/2003 | 2215.79 | 1356.59 | -0.09% | -0.84% |
| 8/26/2003 | 2222.61 | 1370.31 | 0.31% | 1.01% |
| 8/27/2003 | 2227.21 | 1378.47 | 0.21% | 0.59% |
| 8/28/2003 | 2242.82 | 1373.39 | 0.70% | -0.37% |
| 8/29/2003 | 2254.60 | 1402.20 | 0.52% | 2.08% |
| 9/2/2003 | 2284.55 | 1448.12 | 1.32% | 3.22% |
| 9/3/2003 | 2295.14 | 1427.04 | 0.46% | -1.47% |
| 9/4/2003 | 2300.89 | 1426.68 | 0.25% | -0.03% |
| 9/5/2003 | 2288.50 | 1419.02 | -0.54% | -0.54% |
| 9/8/2003 | 2312.14 | 1428.46 | 1.03% | 0.66% |
| 9/9/2003 | 2294.75 | 1407.43 | -0.76% | -1.48% |
| 9/10/2003 | 2264.19 | 1381.65 | -1.34% | -1.85% |
| 9/11/2003 | 2277.54 | 1388.31 | 0.59% | 0.48% |
| 9/12/2003 | 2283.03 | 1400.76 | 0.24% | 0.89% |
| 9/15/2003 | 2275.27 | 1394.66 | -0.34% | -0.44% |
| 9/16/2003 | 2305.93 | 1416.75 | 1.34% | 1.57% |
| 9/17/2003 | 2300.65 | 1407.22 | -0.23% | -0.67% |
| 9/18/2003 | 2328.07 | 1426.48 | 1.18% | 1.36% |
| 9/19/2003 | 2324.72 | 1413.27 | -0.14% | -0.93% |
| 9/22/2003 | 2296.27 | 1395.92 | -1.23% | -1.23% |
| 9/23/2003 | 2310.64 | 1401.41 | 0.62% | 0.39% |
| 9/24/2003 | 2269.86 | 1376.77 | -1.78% | -1.77% |
| 9/25/2003 | 2251.53 | 1366.35 | -0.81% | -0.76% |
| 9/26/2003 | 2232.65 | 1349.56 | -0.84% | -1.24% |
| 9/29/2003 | 2254.32 | 1350.72 | 0.97% | 0.09% |
| 9/30/2003 | 2233.91 | 1332.54 | -0.91% | -1.36% |
| 10/1/2003 | 2280.57 | 1372.56 | 2.07% | 2.96% |
| 10/2/2003 | 2288.16 | 1383.89 | 0.33% | 0.82% |
| 10/3/2003 | 2310.36 | 1407.95 | 0.97% | 1.72% |
| 10/6/2003 | 2322.30 | 1413.11 | 0.52% | 0.37% |
| 10/7/2003 | 2333.90 | 1416.63 | 0.50% | 0.25% |
| 10/8/2003 | 2323.65 | 1415.92 | -0.44% | -0.05% |
| 10/9/2003 | 2336.02 | 1432.55 | 0.53% | 1.17% |
| 10/10/2003 | 2336.34 | 1442.14 | 0.01% | 0.67% |
| 10/13/2003 | 2354.38 | 1459.30 | 0.77% | 1.18% |
| 10/14/2003 | 2364.72 | 1475.56 | 0.44% | 1.11% |
| 10/15/2003 | 2356.86 | 1492.36 | -0.33% | 1.13% |
| 10/16/2003 | 2365.46 | 1501.53 | 0.36% | 0.61% |

108

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 10/17/2003 | 2339.90 | 1479.70 | -1.09% | -1.46% |
| 10/20/2003 | 2348.58 | 1484.76 | 0.37% | 0.34% |
| 10/21/2003 | 2355.06 | 1471.14 | 0.28% | -0.92% |
| 10/22/2003 | 2321.01 | 1442.13 | -1.46% | -1.99% |
| 10/23/2003 | 2323.72 | 1451.55 | 0.12% | 0.65% |
| 10/24/2003 | 2313.85 | 1442.25 | -0.43% | -0.64% |
| 10/27/2003 | 2323.41 | 1455.12 | 0.41% | 0.89% |
| 10/28/2003 | 2358.51 | 1478.82 | 1.50% | 1.62% |
| 10/29/2003 | 2365.26 | 1489.30 | 0.29% | 0.71% |
| 10/30/2003 | 2362.98 | 1484.37 | -0.10% | -0.33% |
| 10/31/2003 | 2368.73 | 1485.37 | 0.24% | 0.07% |
| 11/3/2003 | 2389.74 | 1495.94 | 0.88% | 0.71% |
| 11/4/2003 | 2380.88 | 1508.02 | -0.37% | 0.80% |
| 11/5/2003 | 2379.49 | 1495.62 | -0.06% | -0.83% |
| 11/6/2003 | 2392.54 | 1495.79 | 0.55% | 0.01% |
| 11/7/2003 | 2386.97 | 1490.90 | -0.23% | -0.33% |
| 11/10/2003 | 2369.65 | 1477.56 | -0.73% | -0.90% |
| 11/11/2003 | 2364.78 | 1474.82 | -0.21% | -0.19% |
| 11/12/2003 | 2396.39 | 1519.74 | 1.33% | 3.00% |
| 11/13/2003 | 2397.62 | 1531.63 | 0.05% | 0.78% |
| 11/14/2003 | 2378.97 | 1515.59 | -0.78% | -1.05% |
| 11/17/2003 | 2361.94 | 1492.48 | -0.72% | -1.54% |
| 11/18/2003 | 2343.72 | 1481.60 | -0.77% | -0.73% |
| 11/19/2003 | 2360.45 | 1483.23 | 0.71% | 0.11% |
| 11/20/2003 | 2343.10 | 1470.43 | -0.74% | -0.87% |
| 11/21/2003 | 2347.56 | 1475.69 | 0.19% | 0.36% |
| 11/24/2003 | 2385.14 | 1512.61 | 1.59% | 2.47% |
| 11/25/2003 | 2393.32 | 1534.15 | 0.34% | 1.41% |
| 11/26/2003 | 2404.37 | 1528.89 | 0.46% | -0.34% |
| 11/28/2003 | 2407.94 | 1542.99 | 0.15% | 0.92% |
| 12/1/2003 | 2434.21 | 1553.30 | 1.08% | 0.67% |
| 12/2/2003 | 2428.67 | 1540.12 | -0.23% | -0.85% |
| 12/3/2003 | 2422.09 | 1558.62 | -0.27% | 1.19% |
| 12/4/2003 | 2427.85 | 1553.30 | 0.24% | -0.34% |
| 12/5/2003 | 2411.04 | 1544.73 | -0.70% | -0.55% |
| 12/8/2003 | 2426.55 | 1564.88 | 0.64% | 1.30% |
| 12/9/2003 | 2404.79 | 1578.26 | -0.90% | 0.85% |
| 12/10/2003 | 2397.16 | 1564.04 | -0.32% | -0.90% |
| 12/11/2003 | 2427.87 | 1593.36 | 1.27% | 1.86% |
| 12/12/2003 | 2436.22 | 1595.30 | 0.34% | 0.12% |
| 12/15/2003 | 2419.02 | 1615.91 | -0.71% | 1.28% |
| 12/16/2003 | 2430.55 | 1610.49 | 0.48% | -0.34% |

109

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 12/17/2003 | 2434.26 | 1635.42 | 0.15% | 1.54% |
| 12/18/2003 | 2464.01 | 1661.21 | 1.21% | 1.56% |
| 12/19/2003 | 2462.92 | 1679.43 | -0.04% | 1.09% |
| 12/22/2003 | 2472.52 | 1748.12 | 0.39% | 4.01% |
| 12/23/2003 | 2481.59 | 1723.96 | 0.37% | -1.39% |
| 12/24/2003 | 2478.89 | 1722.32 | -0.11% | -0.10% |
| 12/26/2003 | 2483.73 | 1723.36 | 0.19% | 0.06% |
| 12/29/2003 | 2515.51 | 1739.21 | 1.27% | 0.92% |
| 12/30/2003 | 2517.43 | 1732.75 | 0.08% | -0.37% |
| 12/31/2003 | 2517.52 | 1736.56 | 0.00% | 0.22% |
| 1/2/2004 | 2515.54 | 1738.40 | -0.08% | 0.11% |
| 1/5/2004 | 2546.39 | 1779.30 | 1.22% | 2.33% |
| 1/6/2004 | 2551.36 | 1782.65 | 0.19% | 0.19% |
| 1/7/2004 | 2558.29 | 1810.69 | 0.27% | 1.56% |
| 1/8/2004 | 2570.73 | 1822.89 | 0.49% | 0.67% |
| 1/9/2004 | 2554.71 | 1799.01 | -0.63% | -1.32% |
| 1/12/2004 | 2568.13 | 1797.25 | 0.52% | -0.10% |
| 1/13/2004 | 2556.34 | 1799.67 | -0.46% | 0.13% |
| 1/14/2004 | 2574.86 | 1804.68 | 0.72% | 0.28% |
| 1/15/2004 | 2577.79 | 1804.56 | 0.11% | -0.01% |
| 1/16/2004 | 2595.77 | 1805.54 | 0.70% | 0.05% |
| 1/20/2004 | 2602.48 | 1804.03 | 0.26% | -0.08% |
| 1/21/2004 | 2617.05 | 1833.90 | 0.56% | 1.64% |
| 1/22/2004 | 2609.47 | 1838.21 | -0.29% | 0.23% |
| 1/23/2004 | 2605.87 | 1803.14 | -0.14% | -1.93% |
| 1/26/2004 | 2633.22 | 1817.97 | 1.04% | 0.82% |
| 1/27/2004 | 2610.64 | 1809.07 | -0.86% | -0.49% |
| 1/28/2004 | 2573.60 | 1775.21 | -1.43% | -1.89% |
| 1/29/2004 | 2577.12 | 1736.32 | 0.14% | -2.22% |
| 1/30/2004 | 2575.53 | 1713.56 | -0.06% | -1.32% |
| 2/2/2004 | 2583.08 | 1684.96 | 0.29% | -1.68% |
| 2/3/2004 | 2583.42 | 1665.59 | 0.01% | -1.16% |
| 2/4/2004 | 2557.79 | 1670.68 | -1.00% | 0.30% |
| 2/5/2004 | 2563.62 | 1693.87 | 0.23% | 1.38% |
| 2/6/2004 | 2600.40 | 1719.32 | 1.42% | 1.49% |
| 2/9/2004 | 2599.36 | 1713.80 | -0.04% | -0.32% |
| 2/10/2004 | 2614.47 | 1720.98 | 0.58% | 0.42% |
| 2/11/2004 | 2641.28 | 1743.58 | 1.02% | 1.30% |
| 2/12/2004 | 2629.31 | 1730.61 | -0.45% | -0.75% |
| 2/13/2004 | 2615.33 | 1713.64 | -0.53% | -0.99% |
| 2/17/2004 | 2640.96 | 1736.10 | 0.98% | 1.30% |
| 2/18/2004 | 2629.18 | 1717.54 | -0.45% | -1.07% |

110

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 2/19/2004 | 2615.16 | 1715.57 | -0.53% | -0.11% |
| 2/20/2004 | 2605.91 | 1697.47 | -0.35% | -1.06% |
| 2/23/2004 | 2592.80 | 1670.20 | -0.50% | -1.62% |
| 2/24/2004 | 2590.29 | 1647.67 | -0.10% | -1.36% |
| 2/25/2004 | 2603.56 | 1658.23 | 0.51% | 0.64% |
| 2/26/2004 | 2611.18 | 1656.84 | 0.29% | -0.08% |
| 2/27/2004 | 2615.26 | 1659.80 | 0.16% | 0.18% |
| 3/1/2004 | 2642.07 | 1682.94 | 1.02% | 1.38% |
| 3/2/2004 | 2627.20 | 1681.25 | -0.56% | -0.10% |
| 3/3/2004 | 2630.36 | 1672.43 | 0.12% | -0.53% |
| 3/4/2004 | 2642.36 | 1664.91 | 0.46% | -0.45% |
| 3/5/2004 | 2650.21 | 1699.97 | 0.30% | 2.08% |
| 3/8/2004 | 2628.90 | 1670.93 | -0.81% | -1.72% |
| 3/9/2004 | 2611.49 | 1648.31 | -0.66% | -1.36% |
| 3/10/2004 | 2571.86 | 1606.15 | -1.53% | -2.59% |
| 3/11/2004 | 2535.89 | 1587.34 | -1.41% | -1.18% |
| 3/12/2004 | 2568.31 | 1615.23 | 1.27% | 1.74% |
| 3/15/2004 | 2528.40 | 1588.99 | -1.57% | -1.64% |
| 3/16/2004 | 2540.02 | 1600.58 | 0.46% | 0.73% |
| 3/17/2004 | 2571.68 | 1638.77 | 1.24% | 2.36% |
| 3/18/2004 | 2567.82 | 1627.93 | -0.15% | -0.66% |
| 3/19/2004 | 2543.55 | 1604.14 | -0.95% | -1.47% |
| 3/22/2004 | 2507.90 | 1575.21 | -1.41% | -1.82% |
| 3/23/2004 | 2506.16 | 1570.51 | -0.07% | -0.30% |
| 3/24/2004 | 2497.78 | 1565.83 | -0.34% | -0.30% |
| 3/25/2004 | 2539.38 | 1595.14 | 1.65% | 1.85% |
| 3/26/2004 | 2540.21 | 1608.88 | 0.03% | 0.86% |
| 3/29/2004 | 2573.57 | 1629.18 | 1.30% | 1.25% |
| 3/30/2004 | 2586.87 | 1644.80 | 0.52% | 0.95% |
| 3/31/2004 | 2587.37 | 1639.63 | 0.02% | -0.31% |
| 4/1/2004 | 2604.62 | 1639.98 | 0.66% | 0.02% |
| 4/2/2004 | 2627.00 | 1667.06 | 0.86% | 1.64% |
| 4/5/2004 | 2644.22 | 1699.43 | 0.65% | 1.92% |
| 4/6/2004 | 2635.10 | 1700.28 | -0.35% | 0.05% |
| 4/7/2004 | 2623.77 | 1656.17 | -0.43% | -2.63% |
| 4/8/2004 | 2618.69 | 1650.49 | -0.19% | -0.34% |
| 4/12/2004 | 2629.06 | 1659.67 | 0.40% | 0.55% |
| 4/13/2004 | 2589.82 | 1632.25 | -1.50% | -1.67% |
| 4/14/2004 | 2581.22 | 1621.64 | -0.33% | -0.65% |
| 4/15/2004 | 2581.00 | 1627.52 | -0.01% | 0.36% |
| 4/16/2004 | 2593.57 | 1641.64 | 0.49% | 0.86% |
| 4/19/2004 | 2599.33 | 1649.61 | 0.22% | 0.48% |

111

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 4/20/2004 | 2559.24 | 1653.16 | -1.55% | 0.22% |
| 4/21/2004 | 2573.25 | 1725.20 | 0.55% | 4.27% |
| 4/22/2004 | 2610.55 | 1781.34 | 1.44% | 3.20% |
| 4/23/2004 | 2609.75 | 1776.71 | -0.03% | -0.26% |
| 4/26/2004 | 2601.58 | 1764.40 | -0.31% | -0.69% |
| 4/27/2004 | 2604.69 | 1780.59 | 0.12% | 0.91% |
| 4/28/2004 | 2563.50 | 1739.29 | -1.59% | -2.35% |
| 4/29/2004 | 2540.96 | 1713.71 | -0.88% | -1.48% |
| 4/30/2004 | 2524.55 | 1716.96 | -0.65% | 0.19% |
| 5/3/2004 | 2545.97 | 1722.03 | 0.84% | 0.29% |
| 5/4/2004 | 2554.98 | 1728.14 | 0.35% | 0.35% |
| 5/5/2004 | 2561.25 | 1713.68 | 0.25% | -0.84% |
| 5/6/2004 | 2539.82 | 1689.43 | -0.84% | -1.42% |
| 5/7/2004 | 2499.29 | 1637.92 | -1.61% | -3.10% |
| 5/10/2004 | 2464.86 | 1596.51 | -1.39% | -2.56% |
| 5/11/2004 | 2489.24 | 1632.00 | 0.98% | 2.20% |
| 5/12/2004 | 2492.13 | 1629.03 | 0.12% | -0.18% |
| 5/13/2004 | 2489.95 | 1627.71 | -0.09% | -0.08% |
| 5/14/2004 | 2486.62 | 1644.94 | -0.13% | 1.05% |
| 5/17/2004 | 2459.88 | 1606.21 | -1.08% | -2.38% |
| 5/18/2004 | 2479.05 | 1622.78 | 0.78% | 1.03% |
| 5/19/2004 | 2476.24 | 1605.96 | -0.11% | -1.04% |
| 5/20/2004 | 2477.21 | 1600.24 | 0.04% | -0.36% |
| 5/21/2004 | 2488.28 | 1607.51 | 0.45% | 0.45% |
| 5/24/2004 | 2497.51 | 1621.30 | 0.37% | 0.85% |
| 5/25/2004 | 2538.28 | 1663.76 | 1.62% | 2.58% |
| 5/26/2004 | 2545.09 | 1685.08 | 0.27% | 1.27% |
| 5/27/2004 | 2559.50 | 1690.61 | 0.56% | 0.33% |
| 5/28/2004 | 2560.31 | 1683.10 | 0.03% | -0.45% |
| 6/1/2004 | 2563.83 | 1692.75 | 0.14% | 0.57% |
| 6/2/2004 | 2571.39 | 1697.58 | 0.29% | 0.28% |
| 6/3/2004 | 2549.42 | 1687.98 | -0.86% | -0.57% |
| 6/4/2004 | 2564.86 | 1705.67 | 0.60% | 1.04% |
| 6/7/2004 | 2604.82 | 1735.42 | 1.55% | 1.73% |
| 6/8/2004 | 2606.36 | 1746.62 | 0.06% | 0.64% |
| 6/9/2004 | 2578.38 | 1731.89 | -1.08% | -0.85% |
| 6/10/2004 | 2587.55 | 1746.44 | 0.35% | 0.84% |
| 6/14/2004 | 2558.99 | 1718.93 | -1.11% | -1.59% |
| 6/15/2004 | 2579.42 | 1742.76 | 0.80% | 1.38% |
| 6/16/2004 | 2582.99 | 1749.38 | 0.14% | 0.38% |
| 6/17/2004 | 2581.79 | 1757.77 | -0.05% | 0.48% |
| 6/18/2004 | 2587.42 | 1777.31 | 0.22% | 1.11% |

112

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 6/21/2004 | 2577.84 | 1760.71 | -0.37% | -0.94% |
| 6/22/2004 | 2587.72 | 1782.12 | 0.38% | 1.21% |
| 6/23/2004 | 2610.62 | 1811.32 | 0.88% | 1.63% |
| 6/24/2004 | 2605.49 | 1791.95 | -0.20% | -1.08% |
| 6/25/2004 | 2600.35 | 1777.06 | -0.20% | -0.83% |
| 6/28/2004 | 2594.38 | 1760.95 | -0.23% | -0.91% |
| 6/29/2004 | 2601.40 | 1768.96 | 0.27% | 0.45% |
| 6/30/2004 | 2615.64 | 1765.17 | 0.55% | -0.21% |
| 7/1/2004 | 2589.70 | 1713.75 | -1.00% | -2.96% |
| 7/2/2004 | 2584.98 | 1698.07 | -0.18% | -0.92% |
| 7/6/2004 | 2561.81 | 1691.43 | -0.90% | -0.39% |
| 7/7/2004 | 2566.78 | 1692.11 | 0.19% | 0.04% |
| 7/8/2004 | 2543.16 | 1674.53 | -0.92% | -1.04% |
| 7/9/2004 | 2551.50 | 1710.67 | 0.33% | 2.14% |
| 7/12/2004 | 2551.64 | 1707.79 | 0.01% | -0.17% |
| 7/13/2004 | 2552.97 | 1713.22 | 0.05% | 0.32% |
| 7/14/2004 | 2546.23 | 1706.98 | -0.26% | -0.36% |
| 7/15/2004 | 2537.82 | 1699.86 | -0.33% | -0.42% |
| 7/16/2004 | 2526.00 | 1686.05 | -0.47% | -0.82% |
| 7/19/2004 | 2524.49 | 1696.90 | -0.06% | 0.64% |
| 7/20/2004 | 2543.35 | 1678.76 | 0.74% | -1.07% |
| 7/21/2004 | 2506.56 | 1691.23 | -1.46% | 0.74% |
| 7/22/2004 | 2508.61 | 1687.10 | 0.08% | -0.25% |
| 7/23/2004 | 2483.06 | 1685.71 | -1.02% | -0.08% |
| 7/26/2004 | 2471.43 | 1685.37 | -0.47% | -0.02% |
| 7/27/2004 | 2497.10 | 1698.10 | 1.03% | 0.75% |
| 7/28/2004 | 2496.69 | 1724.05 | -0.02% | 1.52% |
| 7/29/2004 | 2513.29 | 1715.85 | 0.66% | -0.48% |
| 7/30/2004 | 2516.99 | 1704.85 | 0.15% | -0.64% |
| 8/2/2004 | 2525.88 | 1731.50 | 0.35% | 1.55% |
| 8/3/2004 | 2509.05 | 1702.87 | -0.67% | -1.67% |
| 8/4/2004 | 2503.35 | 1696.90 | -0.23% | -0.35% |
| 8/5/2004 | 2463.50 | 1651.69 | -1.60% | -2.70% |
| 8/6/2004 | 2426.69 | 1617.47 | -1.51% | -2.09% |
| 8/9/2004 | 2427.01 | 1619.25 | 0.01% | 0.11% |
| 8/10/2004 | 2459.02 | 1649.39 | 1.31% | 1.84% |
| 8/11/2004 | 2450.70 | 1637.80 | -0.34% | -0.70% |
| 8/12/2004 | 2422.20 | 1603.04 | -1.17% | -2.15% |
| 8/13/2004 | 2426.95 | 1598.49 | 0.20% | -0.28% |
| 8/16/2004 | 2460.87 | 1635.46 | 1.39% | 2.29% |
| 8/17/2004 | 2468.07 | 1644.36 | 0.29% | 0.54% |
| 8/18/2004 | 2499.83 | 1646.71 | 1.28% | 0.14% |

113

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 8/19/2004 | 2491.98 | 1621.61 | -0.31% | -1.54% |
| 8/20/2004 | 2512.34 | 1630.10 | 0.81% | 0.52% |
| 8/23/2004 | 2503.71 | 1618.09 | -0.34% | -0.74% |
| 8/24/2004 | 2505.15 | 1616.23 | 0.06% | -0.11% |
| 8/25/2004 | 2525.19 | 1626.25 | 0.80% | 0.62% |
| 8/26/2004 | 2524.30 | 1630.66 | -0.03% | 0.27% |
| 8/27/2004 | 2531.82 | 1641.45 | 0.30% | 0.66% |
| 8/30/2004 | 2511.23 | 1625.85 | -0.82% | -0.95% |
| 8/31/2004 | 2524.01 | 1631.87 | 0.51% | 0.37% |
| 9/1/2004 | 2532.62 | 1629.05 | 0.34% | -0.17% |
| 9/2/2004 | 2559.38 | 1659.46 | 1.05% | 1.85% |
| 9/3/2004 | 2548.53 | 1652.35 | -0.42% | -0.43% |
| 9/7/2004 | 2567.52 | 1681.68 | 0.74% | 1.76% |
| 9/8/2004 | 2555.89 | 1659.63 | -0.45% | -1.32% |
| 9/9/2004 | 2563.93 | 1647.24 | 0.31% | -0.75% |
| 9/10/2004 | 2576.72 | 1623.36 | 0.50% | -1.46% |
| 9/13/2004 | 2584.72 | 1633.85 | 0.31% | 0.64% |
| 9/14/2004 | 2589.72 | 1616.43 | 0.19% | -1.07% |
| 9/15/2004 | 2573.22 | 1597.84 | -0.64% | -1.16% |
| 9/16/2004 | 2583.86 | 1614.00 | 0.41% | 1.01% |
| 9/17/2004 | 2592.51 | 1631.68 | 0.33% | 1.09% |
| 9/20/2004 | 2580.49 | 1621.59 | -0.46% | -0.62% |
| 9/21/2004 | 2599.84 | 1634.83 | 0.75% | 0.81% |
| 9/22/2004 | 2566.22 | 1610.13 | -1.30% | -1.52% |
| 9/23/2004 | 2557.37 | 1592.31 | -0.35% | -1.11% |
| 9/24/2004 | 2561.25 | 1599.72 | 0.15% | 0.46% |
| 9/27/2004 | 2543.90 | 1592.41 | -0.68% | -0.46% |
| 9/28/2004 | 2560.66 | 1605.78 | 0.66% | 0.84% |
| 9/29/2004 | 2572.76 | 1611.46 | 0.47% | 0.35% |
| 9/30/2004 | 2575.87 | 1634.91 | 0.12% | 1.44% |
| 10/1/2004 | 2613.90 | 1659.12 | 1.47% | 1.47% |
| 10/4/2004 | 2623.54 | 1659.07 | 0.37% | 0.00% |
| 10/5/2004 | 2622.15 | 1658.09 | -0.05% | -0.06% |
| 10/6/2004 | 2640.32 | 1650.51 | 0.69% | -0.46% |
| 10/7/2004 | 2613.31 | 1622.12 | -1.03% | -1.73% |
| 10/8/2004 | 2595.84 | 1621.61 | -0.67% | -0.03% |
| 10/11/2004 | 2600.27 | 1629.38 | 0.17% | 0.48% |
| 10/12/2004 | 2594.09 | 1617.38 | -0.24% | -0.74% |
| 10/13/2004 | 2575.04 | 1600.80 | -0.74% | -1.03% |
| 10/14/2004 | 2554.13 | 1545.63 | -0.82% | -3.51% |
| 10/15/2004 | 2566.33 | 1559.99 | 0.48% | 0.92% |
| 10/18/2004 | 2577.66 | 1563.12 | 0.44% | 0.20% |

114

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 10/19/2004 | 2555.34 | 1535.32 | -0.87% | -1.79% |
| 10/20/2004 | 2560.04 | 1530.43 | 0.18% | -0.32% |
| 10/21/2004 | 2571.37 | 1534.03 | 0.44% | 0.23% |
| 10/22/2004 | 2547.55 | 1532.39 | -0.93% | -0.11% |
| 10/25/2004 | 2547.27 | 1526.68 | -0.01% | -0.37% |
| 10/26/2004 | 2580.42 | 1559.57 | 1.29% | 2.13% |
| 10/27/2004 | 2612.71 | 1597.88 | 1.24% | 2.43% |
| 10/28/2004 | 2615.65 | 1608.89 | 0.11% | 0.69% |
| 10/29/2004 | 2621.76 | 1592.61 | 0.23% | -1.02% |
| 11/1/2004 | 2623.89 | 1603.17 | 0.08% | 0.66% |
| 11/2/2004 | 2623.93 | 1601.40 | 0.00% | -0.11% |
| 11/3/2004 | 2654.50 | 1610.01 | 1.16% | 0.54% |
| 11/4/2004 | 2692.50 | 1648.84 | 1.42% | 2.38% |
| 11/5/2004 | 2702.79 | 1678.00 | 0.38% | 1.75% |
| 11/8/2004 | 2699.39 | 1675.32 | -0.13% | -0.16% |
| 11/9/2004 | 2700.95 | 1686.06 | 0.06% | 0.64% |
| 11/10/2004 | 2702.36 | 1685.43 | 0.05% | -0.04% |
| 11/11/2004 | 2726.47 | 1719.38 | 0.89% | 1.99% |
| 11/12/2004 | 2750.56 | 1727.80 | 0.88% | 0.49% |
| 11/15/2004 | 2751.87 | 1726.95 | 0.05% | -0.05% |
| 11/16/2004 | 2735.41 | 1717.50 | -0.60% | -0.55% |
| 11/17/2004 | 2752.10 | 1729.47 | 0.61% | 0.69% |
| 11/18/2004 | 2752.58 | 1730.81 | 0.02% | 0.08% |
| 11/19/2004 | 2725.35 | 1706.75 | -0.99% | -1.40% |
| 11/22/2004 | 2742.20 | 1713.76 | 0.62% | 0.41% |
| 11/23/2004 | 2744.59 | 1712.70 | 0.09% | -0.06% |
| 11/24/2004 | 2758.69 | 1723.75 | 0.51% | 0.64% |
| 11/26/2004 | 2763.66 | 1737.07 | 0.18% | 0.77% |
| 11/29/2004 | 2757.41 | 1726.48 | -0.23% | -0.61% |
| 11/30/2004 | 2748.33 | 1716.51 | -0.33% | -0.58% |
| 12/1/2004 | 2787.01 | 1739.74 | 1.40% | 1.34% |
| 12/2/2004 | 2782.50 | 1734.10 | -0.16% | -0.32% |
| 12/3/2004 | 2785.99 | 1734.81 | 0.13% | 0.04% |
| 12/6/2004 | 2782.44 | 1724.61 | -0.13% | -0.59% |
| 12/7/2004 | 2750.18 | 1710.70 | -1.17% | -0.81% |
| 12/8/2004 | 2761.43 | 1715.89 | 0.41% | 0.30% |
| 12/9/2004 | 2772.92 | 1720.74 | 0.42% | 0.28% |
| 12/10/2004 | 2772.03 | 1706.07 | -0.03% | -0.86% |
| 12/13/2004 | 2795.63 | 1711.31 | 0.85% | 0.31% |
| 12/14/2004 | 2807.65 | 1724.44 | 0.43% | 0.76% |
| 12/15/2004 | 2818.23 | 1735.64 | 0.38% | 0.65% |
| 12/16/2004 | 2809.04 | 1728.48 | -0.33% | -0.41% |

115

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 12/17/2004 | 2796.95 | 1730.50 | -0.43% | 0.12% |
| 12/20/2004 | 2794.73 | 1748.12 | -0.08% | 1.01% |
| 12/21/2004 | 2819.87 | 1759.17 | 0.90% | 0.63% |
| 12/22/2004 | 2829.68 | 1777.66 | 0.35% | 1.05% |
| 12/23/2004 | 2832.78 | 1778.24 | 0.11% | 0.03% |
| 12/27/2004 | 2821.53 | 1774.80 | -0.40% | -0.19% |
| 12/28/2004 | 2844.28 | 1800.49 | 0.80% | 1.44% |
| 12/29/2004 | 2846.08 | 1796.86 | 0.06% | -0.20% |
| 12/30/2004 | 2848.06 | 1801.63 | 0.07% | 0.27% |
| 12/31/2004 | 2845.20 | 1793.81 | -0.10% | -0.44% |
| 1/3/2005 | 2816.66 | 1779.04 | -1.01% | -0.83% |
| 1/4/2005 | 2780.59 | 1754.35 | -1.29% | -1.40% |
| 1/5/2005 | 2763.57 | 1729.26 | -0.61% | -1.44% |
| 1/6/2005 | 2773.19 | 1731.37 | 0.35% | 0.12% |
| 1/7/2005 | 2767.04 | 1728.89 | -0.22% | -0.14% |
| 1/10/2005 | 2778.71 | 1726.17 | 0.42% | -0.16% |
| 1/11/2005 | 2761.27 | 1711.66 | -0.63% | -0.84% |
| 1/12/2005 | 2772.90 | 1713.18 | 0.42% | 0.09% |
| 1/13/2005 | 2753.87 | 1700.71 | -0.69% | -0.73% |
| 1/14/2005 | 2771.04 | 1704.10 | 0.62% | 0.20% |
| 1/18/2005 | 2796.61 | 1705.19 | 0.92% | 0.06% |
| 1/19/2005 | 2771.66 | 1692.72 | -0.90% | -0.73% |
| 1/20/2005 | 2750.97 | 1655.19 | -0.75% | -2.24% |
| 1/21/2005 | 2738.27 | 1629.23 | -0.46% | -1.58% |
| 1/24/2005 | 2724.90 | 1615.87 | -0.49% | -0.82% |
| 1/25/2005 | 2732.22 | 1623.90 | 0.27% | 0.50% |
| 1/26/2005 | 2749.70 | 1643.62 | 0.64% | 1.21% |
| 1/27/2005 | 2751.58 | 1632.08 | 0.07% | -0.70% |
| 1/28/2005 | 2743.80 | 1625.03 | -0.28% | -0.43% |
| 1/31/2005 | 2769.74 | 1637.20 | 0.94% | 0.75% |
| 2/1/2005 | 2788.76 | 1640.54 | 0.68% | 0.20% |
| 2/2/2005 | 2799.58 | 1649.80 | 0.39% | 0.56% |
| 2/3/2005 | 2792.27 | 1633.00 | -0.26% | -1.02% |
| 2/4/2005 | 2822.48 | 1645.15 | 1.08% | 0.74% |
| 2/7/2005 | 2818.72 | 1652.56 | -0.13% | 0.45% |
| 2/8/2005 | 2822.07 | 1641.09 | 0.12% | -0.70% |
| 2/9/2005 | 2796.71 | 1629.96 | -0.90% | -0.68% |
| 2/10/2005 | 2809.26 | 1630.00 | 0.45% | 0.00% |
| 2/11/2005 | 2831.26 | 1629.41 | 0.78% | -0.04% |
| 2/14/2005 | 2834.46 | 1630.39 | 0.11% | 0.06% |
| 2/15/2005 | 2842.30 | 1637.03 | 0.28% | 0.41% |
| 2/16/2005 | 2845.14 | 1636.90 | 0.10% | -0.01% |

116

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 2/17/2005 | 2824.88 | 1615.58 | -0.71% | -1.31% |
| 2/18/2005 | 2825.37 | 1618.41 | 0.02% | 0.18% |
| 2/22/2005 | 2786.60 | 1595.24 | -1.38% | -1.44% |
| 2/23/2005 | 2800.11 | 1603.55 | 0.48% | 0.52% |
| 2/24/2005 | 2821.33 | 1605.71 | 0.75% | 0.13% |
| 2/25/2005 | 2849.14 | 1617.01 | 0.98% | 0.70% |
| 2/28/2005 | 2832.60 | 1599.73 | -0.58% | -1.07% |
| 3/1/2005 | 2847.86 | 1609.19 | 0.54% | 0.59% |
| 3/2/2005 | 2848.79 | 1565.36 | 0.03% | -2.76% |
| 3/3/2005 | 2850.06 | 1558.48 | 0.04% | -0.44% |
| 3/4/2005 | 2877.52 | 1540.24 | 0.96% | -1.18% |
| 3/7/2005 | 2884.41 | 1543.29 | 0.24% | 0.20% |
| 3/8/2005 | 2871.82 | 1545.81 | -0.44% | 0.16% |
| 3/9/2005 | 2844.56 | 1535.37 | -0.95% | -0.68% |
| 3/10/2005 | 2843.75 | 1542.94 | -0.03% | 0.49% |
| 3/11/2005 | 2829.45 | 1551.91 | -0.50% | 0.58% |
| 3/14/2005 | 2845.57 | 1556.55 | 0.57% | 0.30% |
| 3/15/2005 | 2827.67 | 1542.89 | -0.63% | -0.88% |
| 3/16/2005 | 2805.79 | 1506.15 | -0.78% | -2.41% |
| 3/17/2005 | 2812.63 | 1489.34 | 0.24% | -1.12% |
| 3/18/2005 | 2808.27 | 1471.56 | -0.16% | -1.20% |
| 3/21/2005 | 2795.97 | 1472.17 | -0.44% | 0.04% |
| 3/22/2005 | 2771.59 | 1451.44 | -0.88% | -1.42% |
| 3/23/2005 | 2764.38 | 1436.49 | -0.26% | -1.04% |
| 3/24/2005 | 2765.35 | 1450.81 | 0.03% | 0.99% |
| 3/28/2005 | 2767.77 | 1439.96 | 0.09% | -0.75% |
| 3/29/2005 | 2745.39 | 1427.60 | -0.81% | -0.86% |
| 3/30/2005 | 2781.47 | 1440.42 | 1.31% | 0.89% |
| 3/31/2005 | 2784.90 | 1439.26 | 0.12% | -0.08% |
| 4/1/2005 | 2769.63 | 1424.54 | -0.55% | -1.03% |
| 4/4/2005 | 2775.51 | 1419.83 | 0.21% | -0.33% |
| 4/5/2005 | 2785.74 | 1423.00 | 0.37% | 0.22% |
| 4/6/2005 | 2792.85 | 1425.78 | 0.25% | 0.20% |
| 4/7/2005 | 2807.61 | 1436.65 | 0.53% | 0.76% |
| 4/8/2005 | 2783.90 | 1413.45 | -0.85% | -1.63% |
| 4/11/2005 | 2781.75 | 1370.06 | -0.08% | -3.12% |
| 4/12/2005 | 2795.70 | 1343.52 | 0.50% | -1.96% |
| 4/13/2005 | 2762.63 | 1339.41 | -1.19% | -0.31% |
| 4/14/2005 | 2732.08 | 1295.58 | -1.11% | -3.33% |
| 4/15/2005 | 2688.98 | 1274.46 | -1.59% | -1.64% |
| 4/18/2005 | 2697.07 | 1283.14 | 0.30% | 0.68% |
| 4/19/2005 | 2718.87 | 1294.59 | 0.80% | 0.89% |

117

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 4/20/2005 | 2684.48 | 1288.30 | -1.27% | -0.49% |
| 4/21/2005 | 2732.43 | 1326.99 | 1.77% | 2.96% |
| 4/22/2005 | 2713.00 | 1311.97 | -0.71% | -1.14% |
| 4/25/2005 | 2737.25 | 1311.67 | 0.89% | -0.02% |
| 4/26/2005 | 2713.83 | 1288.83 | -0.86% | -1.76% |
| 4/27/2005 | 2718.94 | 1272.81 | 0.19% | -1.25% |
| 4/28/2005 | 2687.51 | 1251.94 | -1.16% | -1.65% |
| 4/29/2005 | 2714.66 | 1256.35 | 1.00% | 0.35% |
| 5/2/2005 | 2729.04 | 1265.57 | 0.53% | 0.73% |
| 5/3/2005 | 2726.37 | 1286.33 | -0.10% | 1.63% |
| 5/4/2005 | 2761.98 | 1348.80 | 1.30% | 4.74% |
| 5/5/2005 | 2758.38 | 1307.83 | -0.13% | -3.08% |
| 5/6/2005 | 2758.16 | 1312.55 | -0.01% | 0.36% |
| 5/9/2005 | 2775.92 | 1328.96 | 0.64% | 1.24% |
| 5/10/2005 | 2748.76 | 1314.93 | -0.98% | -1.06% |
| 5/11/2005 | 2757.72 | 1305.11 | 0.33% | -0.75% |
| 5/12/2005 | 2728.61 | 1275.83 | -1.06% | -2.27% |
| 5/13/2005 | 2714.63 | 1272.27 | -0.51% | -0.28% |
| 5/16/2005 | 2741.01 | 1286.66 | 0.97% | 1.12% |
| 5/17/2005 | 2759.32 | 1281.89 | 0.67% | -0.37% |
| 5/18/2005 | 2790.76 | 1346.35 | 1.13% | 4.91% |
| 5/19/2005 | 2804.47 | 1355.83 | 0.49% | 0.70% |
| 5/20/2005 | 2800.58 | 1376.54 | -0.14% | 1.52% |
| 5/23/2005 | 2813.49 | 1388.25 | 0.46% | 0.85% |
| 5/24/2005 | 2814.72 | 1370.34 | 0.04% | -1.30% |
| 5/25/2005 | 2802.66 | 1369.53 | -0.43% | -0.06% |
| 5/26/2005 | 2822.01 | 1381.47 | 0.69% | 0.87% |
| 5/27/2005 | 2829.79 | 1384.20 | 0.28% | 0.20% |
| 5/31/2005 | 2817.78 | 1375.13 | -0.43% | -0.66% |
| 6/1/2005 | 2843.04 | 1373.64 | 0.89% | -0.11% |
| 6/2/2005 | 2849.38 | 1387.65 | 0.22% | 1.01% |
| 6/3/2005 | 2832.76 | 1365.05 | -0.58% | -1.64% |
| 6/6/2005 | 2837.60 | 1363.61 | 0.17% | -0.11% |
| 6/7/2005 | 2837.70 | 1378.02 | 0.00% | 1.05% |
| 6/8/2005 | 2831.18 | 1386.19 | -0.23% | 0.59% |
| 6/9/2005 | 2847.36 | 1371.83 | 0.57% | -1.04% |
| 6/10/2005 | 2843.20 | 1399.29 | -0.15% | 1.98% |
| 6/13/2005 | 2850.79 | 1413.05 | 0.27% | 0.98% |
| 6/14/2005 | 2859.67 | 1442.85 | 0.31% | 2.09% |
| 6/15/2005 | 2867.95 | 1458.01 | 0.29% | 1.05% |
| 6/16/2005 | 2882.66 | 1475.27 | 0.51% | 1.18% |
| 6/17/2005 | 2894.16 | 1468.54 | 0.40% | -0.46% |

118

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 6/20/2005 | 2891.78 | 1454.22 | -0.08% | -0.98% |
| 6/21/2005 | 2886.29 | 1467.68 | -0.19% | 0.92% |
| 6/22/2005 | 2889.30 | 1433.50 | 0.10% | -2.36% |
| 6/23/2005 | 2860.74 | 1402.27 | -0.99% | -2.20% |
| 6/24/2005 | 2841.81 | 1376.64 | -0.66% | -1.84% |
| 6/27/2005 | 2840.59 | 1369.38 | -0.04% | -0.53% |
| 6/28/2005 | 2868.14 | 1406.37 | 0.97% | 2.67% |
| 6/29/2005 | 2867.05 | 1407.73 | -0.04% | 0.10% |
| 6/30/2005 | 2850.13 | 1392.67 | -0.59% | -1.08% |
| 7/1/2005 | 2860.71 | 1397.51 | 0.37% | 0.35% |
| 7/5/2005 | 2885.01 | 1413.47 | 0.85% | 1.14% |
| 7/6/2005 | 2867.50 | 1418.34 | -0.61% | 0.34% |
| 7/7/2005 | 2875.29 | 1427.93 | 0.27% | 0.67% |
| 7/8/2005 | 2909.66 | 1454.95 | 1.19% | 1.88% |
| 7/11/2005 | 2930.59 | 1476.68 | 0.72% | 1.48% |
| 7/12/2005 | 2938.35 | 1473.23 | 0.26% | -0.23% |
| 7/13/2005 | 2937.72 | 1470.11 | -0.02% | -0.21% |
| 7/14/2005 | 2939.04 | 1487.90 | 0.04% | 1.20% |
| 7/15/2005 | 2941.98 | 1490.50 | 0.10% | 0.17% |
| 7/18/2005 | 2928.02 | 1502.43 | -0.48% | 0.80% |
| 7/19/2005 | 2951.43 | 1513.96 | 0.80% | 0.76% |
| 7/20/2005 | 2967.93 | 1517.75 | 0.56% | 0.25% |
| 7/21/2005 | 2947.77 | 1491.92 | -0.68% | -1.72% |
| 7/22/2005 | 2964.66 | 1500.77 | 0.57% | 0.59% |
| 7/25/2005 | 2952.16 | 1494.14 | -0.42% | -0.44% |
| 7/26/2005 | 2957.89 | 1506.13 | 0.19% | 0.80% |
| 7/27/2005 | 2971.09 | 1502.26 | 0.45% | -0.26% |
| 7/28/2005 | 2992.26 | 1506.75 | 0.71% | 0.30% |
| 7/29/2005 | 2973.57 | 1507.28 | -0.63% | 0.04% |
| 8/1/2005 | 2979.76 | 1517.87 | 0.21% | 0.70% |
| 8/2/2005 | 3001.33 | 1527.06 | 0.72% | 0.60% |
| 8/3/2005 | 3000.79 | 1513.75 | -0.02% | -0.88% |
| 8/4/2005 | 2978.46 | 1514.18 | -0.75% | 0.03% |
| 8/5/2005 | 2953.17 | 1481.50 | -0.85% | -2.18% |
| 8/8/2005 | 2943.97 | 1490.85 | -0.31% | 0.63% |
| 8/9/2005 | 2960.06 | 1504.76 | 0.54% | 0.93% |
| 8/10/2005 | 2958.94 | 1494.43 | -0.04% | -0.69% |
| 8/11/2005 | 2980.91 | 1500.58 | 0.74% | 0.41% |
| 8/12/2005 | 2965.94 | 1485.27 | -0.50% | -1.03% |
| 8/15/2005 | 2973.60 | 1488.74 | 0.26% | 0.23% |
| 8/16/2005 | 2939.56 | 1477.20 | -1.15% | -0.78% |
| 8/17/2005 | 2937.75 | 1478.18 | -0.06% | 0.07% |

119

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

21 April 2003 through 11 October 2005

| Date | CRSP Market Total Return Index Level | Dana Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Dana Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 8/18/2005 | 2931.62 | 1462.45 | -0.21% | -1.07% |
| 8/19/2005 | 2937.37 | 1469.48 | 0.20% | 0.48% |
| 8/22/2005 | 2944.92 | 1469.32 | 0.26% | -0.01% |
| 8/23/2005 | 2936.54 | 1469.61 | -0.28% | 0.02% |
| 8/24/2005 | 2923.64 | 1471.05 | -0.44% | 0.10% |
| 8/25/2005 | 2930.14 | 1482.72 | 0.22% | 0.79% |
| 8/26/2005 | 2910.46 | 1474.14 | -0.67% | -0.58% |
| 8/29/2005 | 2928.35 | 1470.06 | 0.61% | -0.28% |
| 8/30/2005 | 2921.51 | 1461.29 | -0.23% | -0.60% |
| 8/31/2005 | 2955.68 | 1469.16 | 1.16% | 0.54% |
| 9/1/2005 | 2962.70 | 1443.10 | 0.24% | -1.79% |
| 9/2/2005 | 2952.03 | 1442.98 | -0.36% | -0.01% |
| 9/6/2005 | 2986.90 | 1452.17 | 1.17% | 0.63% |
| 9/7/2005 | 2995.41 | 1466.45 | 0.28% | 0.98% |
| 9/8/2005 | 2985.37 | 1452.12 | -0.34% | -0.98% |
| 9/9/2005 | 3008.64 | 1455.85 | 0.78% | 0.26% |
| 9/12/2005 | 3006.74 | 1465.80 | -0.06% | 0.68% |
| 9/13/2005 | 2985.48 | 1459.41 | -0.71% | -0.44% |
| 9/14/2005 | 2975.35 | 1461.88 | -0.34% | 0.17% |
| 9/15/2005 | 2975.25 | 1441.04 | 0.00% | -1.44% |
| 9/16/2005 | 2996.90 | 1443.08 | 0.73% | 0.14% |
| 9/19/2005 | 2983.94 | 1409.50 | -0.43% | -2.35% |
| 9/20/2005 | 2961.85 | 1398.56 | -0.74% | -0.78% |
| 9/21/2005 | 2934.07 | 1401.80 | -0.94% | 0.23% |
| 9/22/2005 | 2940.37 | 1402.87 | 0.21% | 0.08% |
| 9/23/2005 | 2945.00 | 1414.30 | 0.16% | 0.81% |
| 9/26/2005 | 2952.09 | 1414.54 | 0.24% | 0.02% |
| 9/27/2005 | 2951.23 | 1407.89 | -0.03% | -0.47% |
| 9/28/2005 | 2954.15 | 1412.02 | 0.10% | 0.29% |
| 9/29/2005 | 2979.55 | 1408.79 | 0.86% | -0.23% |
| 9/30/2005 | 2986.87 | 1424.85 | 0.25% | 1.13% |
| 10/3/2005 | 2987.93 | 1426.08 | 0.04% | 0.09% |
| 10/4/2005 | 2959.22 | 1411.60 | -0.97% | -1.02% |
| 10/5/2005 | 2909.54 | 1364.44 | -1.69% | -3.40% |
| 10/6/2005 | 2891.43 | 1353.81 | -0.62% | -0.78% |
| 10/7/2005 | 2905.22 | 1344.68 | 0.48% | -0.68% |
| 10/10/2005 | 2883.83 | 1298.93 | -0.74% | -3.46% |
| 10/11/2005 | 2876.04 | 1285.97 | -0.27% | -1.00% |

**Source:** CRSP

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-6**

**Dana Regression Results**

Estimation Period: 21 April 2003 to 20 April 2004

| Regression Statistics | |
|---|---|
| Multiple R | 0.488 |
| R Square | 0.238 |
| Adjusted R Square | 0.232 |
| Standard Error | 2.38% |
| Observations | 253 |
| F-Statistic | 39.14 |
| Significance of F-Statistic | ~0% |

| | Coefficients | Standard Error | *t-statistic* |
|---|---|---|---|
| Intercept | 0.18% | 0.15% | 1.212 |
| Market Index | 0.348 | 0.276 | 1.261 |
| Peer Index | 0.844 | 0.171 | 4.934 |

121

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-7**

**Dana Corp. Event Study Results**

| Date | DCN Closing Price | DCN Prior Day Closing Price | DCN Logarithmic Return | Market Index Logarithmic Return | Peer Index Logarithmic Return | DCN Explained Return | DCN Residual Return | $t$-statistic | Statistically Significant at the 95% Confidence Level? |
|---|---|---|---|---|---|---|---|---|---|
| 9/15/2005 | $9.86 | $12.78 | -25.94% | 0.00% | -1.44% | -1.03% | -24.91% | -10.47 | YES |
| 10/10/2005 | $6.04 | $9.19 | -41.97% | -0.74% | -3.46% | -2.99% | -38.98% | -16.38 | YES |

122

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 4/21/2004 | $0.62 |
| 4/22/2004 | $0.62 |
| 4/23/2004 | $0.62 |
| 4/26/2004 | $0.62 |
| 4/27/2004 | $0.62 |
| 4/28/2004 | $0.62 |
| 4/29/2004 | $0.62 |
| 4/30/2004 | $0.62 |
| 5/3/2004 | $0.62 |
| 5/4/2004 | $0.62 |
| 5/5/2004 | $0.62 |
| 5/6/2004 | $0.62 |
| 5/7/2004 | $0.62 |
| 5/10/2004 | $0.62 |
| 5/11/2004 | $0.62 |
| 5/12/2004 | $0.62 |
| 5/13/2004 | $0.62 |
| 5/14/2004 | $0.62 |
| 5/17/2004 | $0.62 |
| 5/18/2004 | $0.62 |
| 5/19/2004 | $0.62 |
| 5/20/2004 | $0.62 |
| 5/21/2004 | $0.62 |
| 5/24/2004 | $0.62 |
| 5/25/2004 | $0.62 |
| 5/26/2004 | $0.62 |
| 5/27/2004 | $0.62 |
| 5/28/2004 | $0.62 |
| 6/1/2004 | $0.62 |
| 6/2/2004 | $0.62 |
| 6/3/2004 | $0.62 |
| 6/4/2004 | $0.62 |
| 6/7/2004 | $0.62 |
| 6/8/2004 | $0.62 |
| 6/9/2004 | $0.62 |
| 6/10/2004 | $0.62 |
| 6/14/2004 | $0.62 |
| 6/15/2004 | $0.62 |
| 6/16/2004 | $0.62 |

123

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 6/17/2004 | $0.62 |
| 6/18/2004 | $0.62 |
| 6/21/2004 | $0.62 |
| 6/22/2004 | $0.62 |
| 6/23/2004 | $0.62 |
| 6/24/2004 | $0.62 |
| 6/25/2004 | $0.62 |
| 6/28/2004 | $0.62 |
| 6/29/2004 | $0.62 |
| 6/30/2004 | $0.62 |
| 7/1/2004 | $0.62 |
| 7/2/2004 | $0.62 |
| 7/6/2004 | $0.62 |
| 7/7/2004 | $0.62 |
| 7/8/2004 | $0.62 |
| 7/9/2004 | $0.62 |
| 7/12/2004 | $0.62 |
| 7/13/2004 | $0.62 |
| 7/14/2004 | $0.62 |
| 7/15/2004 | $0.62 |
| 7/16/2004 | $0.62 |
| 7/19/2004 | $0.62 |
| 7/20/2004 | $0.62 |
| 7/21/2004 | $1.49 |
| 7/22/2004 | $1.49 |
| 7/23/2004 | $1.49 |
| 7/26/2004 | $1.49 |
| 7/27/2004 | $1.49 |
| 7/28/2004 | $1.49 |
| 7/29/2004 | $1.49 |
| 7/30/2004 | $1.49 |
| 8/2/2004 | $1.49 |
| 8/3/2004 | $1.49 |
| 8/4/2004 | $1.49 |
| 8/5/2004 | $1.49 |
| 8/6/2004 | $1.49 |
| 8/9/2004 | $1.49 |
| 8/10/2004 | $1.49 |
| 8/11/2004 | $1.49 |

124

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

## Exhibit-8

### Artificial Inflation Ribbon

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 8/12/2004 | $1.49 |
| 8/13/2004 | $1.49 |
| 8/16/2004 | $1.49 |
| 8/17/2004 | $1.49 |
| 8/18/2004 | $1.49 |
| 8/19/2004 | $1.49 |
| 8/20/2004 | $1.49 |
| 8/23/2004 | $1.49 |
| 8/24/2004 | $1.49 |
| 8/25/2004 | $1.49 |
| 8/26/2004 | $1.49 |
| 8/27/2004 | $1.49 |
| 8/30/2004 | $1.49 |
| 8/31/2004 | $1.49 |
| 9/1/2004 | $1.49 |
| 9/2/2004 | $1.49 |
| 9/3/2004 | $1.49 |
| 9/7/2004 | $1.49 |
| 9/8/2004 | $1.49 |
| 9/9/2004 | $1.49 |
| 9/10/2004 | $1.49 |
| 9/13/2004 | $1.49 |
| 9/14/2004 | $1.49 |
| 9/15/2004 | $1.49 |
| 9/16/2004 | $1.49 |
| 9/17/2004 | $1.49 |
| 9/20/2004 | $1.49 |
| 9/21/2004 | $1.49 |
| 9/22/2004 | $1.49 |
| 9/23/2004 | $1.49 |
| 9/24/2004 | $1.49 |
| 9/27/2004 | $1.49 |
| 9/28/2004 | $1.49 |
| 9/29/2004 | $1.49 |
| 9/30/2004 | $1.49 |
| 10/1/2004 | $1.49 |
| 10/4/2004 | $1.49 |
| 10/5/2004 | $1.49 |
| 10/6/2004 | $1.49 |

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**


**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 10/7/2004 | $1.49 |
| 10/8/2004 | $1.49 |
| 10/11/2004 | $1.49 |
| 10/12/2004 | $1.49 |
| 10/13/2004 | $1.49 |
| 10/14/2004 | $1.49 |
| 10/15/2004 | $1.49 |
| 10/18/2004 | $1.49 |
| 10/19/2004 | $1.49 |
| 10/20/2004 | $1.49 |
| 10/21/2004 | $1.49 |
| 10/22/2004 | $1.49 |
| 10/25/2004 | $1.49 |
| 10/26/2004 | $1.49 |
| 10/27/2004 | $1.49 |
| 10/28/2004 | $1.49 |
| 10/29/2004 | $1.49 |
| 11/1/2004 | $1.49 |
| 11/2/2004 | $1.49 |
| 11/3/2004 | $1.49 |
| 11/4/2004 | $1.49 |
| 11/5/2004 | $1.49 |
| 11/8/2004 | $1.49 |
| 11/9/2004 | $1.49 |
| 11/10/2004 | $1.49 |
| 11/11/2004 | $1.49 |
| 11/12/2004 | $1.49 |
| 11/15/2004 | $1.49 |
| 11/16/2004 | $1.49 |
| 11/17/2004 | $1.49 |
| 11/18/2004 | $1.49 |
| 11/19/2004 | $1.49 |
| 11/22/2004 | $1.49 |
| 11/23/2004 | $1.49 |
| 11/24/2004 | $1.49 |
| 11/26/2004 | $1.49 |
| 11/29/2004 | $1.49 |
| 11/30/2004 | $1.49 |
| 12/1/2004 | $1.49 |

126

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|---|---|
| 12/2/2004 | $1.49 |
| 12/3/2004 | $1.49 |
| 12/6/2004 | $1.49 |
| 12/7/2004 | $1.49 |
| 12/8/2004 | $1.49 |
| 12/9/2004 | $1.49 |
| 12/10/2004 | $1.49 |
| 12/13/2004 | $1.49 |
| 12/14/2004 | $1.49 |
| 12/15/2004 | $1.49 |
| 12/16/2004 | $1.49 |
| 12/17/2004 | $1.49 |
| 12/20/2004 | $1.49 |
| 12/21/2004 | $1.49 |
| 12/22/2004 | $1.49 |
| 12/23/2004 | $1.49 |
| 12/27/2004 | $1.49 |
| 12/28/2004 | $1.49 |
| 12/29/2004 | $1.49 |
| 12/30/2004 | $1.49 |
| 12/31/2004 | $1.49 |
| 1/3/2005 | $1.49 |
| 1/4/2005 | $1.49 |
| 1/5/2005 | $1.49 |
| 1/6/2005 | $1.49 |
| 1/7/2005 | $1.49 |
| 1/10/2005 | $1.49 |
| 1/11/2005 | $1.49 |
| 1/12/2005 | $1.49 |
| 1/13/2005 | $1.49 |
| 1/14/2005 | $1.49 |
| 1/18/2005 | $1.49 |
| 1/19/2005 | $1.49 |
| 1/20/2005 | $1.49 |
| 1/21/2005 | $1.49 |
| 1/24/2005 | $1.49 |
| 1/25/2005 | $1.49 |
| 1/26/2005 | $1.49 |
| 1/27/2005 | $1.49 |

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 1/28/2005 | $1.49 |
| 1/31/2005 | $1.49 |
| 2/1/2005 | $1.49 |
| 2/2/2005 | $1.49 |
| 2/3/2005 | $1.49 |
| 2/4/2005 | $1.49 |
| 2/7/2005 | $1.49 |
| 2/8/2005 | $1.49 |
| 2/9/2005 | $1.49 |
| 2/10/2005 | $1.49 |
| 2/11/2005 | $1.49 |
| 2/14/2005 | $1.49 |
| 2/15/2005 | $1.49 |
| 2/16/2005 | $1.49 |
| 2/17/2005 | $1.49 |
| 2/18/2005 | $1.49 |
| 2/22/2005 | $1.49 |
| 2/23/2005 | $1.86 |
| 2/24/2005 | $1.86 |
| 2/25/2005 | $1.86 |
| 2/28/2005 | $1.86 |
| 3/1/2005 | $1.86 |
| 3/2/2005 | $1.86 |
| 3/3/2005 | $1.86 |
| 3/4/2005 | $1.86 |
| 3/7/2005 | $1.86 |
| 3/8/2005 | $1.86 |
| 3/9/2005 | $1.86 |
| 3/10/2005 | $1.86 |
| 3/11/2005 | $1.86 |
| 3/14/2005 | $1.86 |
| 3/15/2005 | $1.86 |
| 3/16/2005 | $1.86 |
| 3/17/2005 | $1.86 |
| 3/18/2005 | $1.86 |
| 3/21/2005 | $1.86 |
| 3/22/2005 | $1.86 |
| 3/23/2005 | $1.86 |
| 3/24/2005 | $1.86 |

128

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 3/28/2005 | $1.86 |
| 3/29/2005 | $1.86 |
| 3/30/2005 | $1.86 |
| 3/31/2005 | $1.86 |
| 4/1/2005 | $1.86 |
| 4/4/2005 | $1.86 |
| 4/5/2005 | $1.86 |
| 4/6/2005 | $1.86 |
| 4/7/2005 | $1.86 |
| 4/8/2005 | $1.86 |
| 4/11/2005 | $1.86 |
| 4/12/2005 | $1.86 |
| 4/13/2005 | $1.86 |
| 4/14/2005 | $1.86 |
| 4/15/2005 | $1.86 |
| 4/18/2005 | $1.86 |
| 4/19/2005 | $1.86 |
| 4/20/2005 | $1.98 |
| 4/21/2005 | $1.98 |
| 4/22/2005 | $1.98 |
| 4/25/2005 | $1.98 |
| 4/26/2005 | $1.98 |
| 4/27/2005 | $1.98 |
| 4/28/2005 | $1.98 |
| 4/29/2005 | $1.98 |
| 5/2/2005 | $1.98 |
| 5/3/2005 | $1.98 |
| 5/4/2005 | $1.98 |
| 5/5/2005 | $1.98 |
| 5/6/2005 | $1.98 |
| 5/9/2005 | $1.98 |
| 5/10/2005 | $1.98 |
| 5/11/2005 | $1.98 |
| 5/12/2005 | $1.98 |
| 5/13/2005 | $1.98 |
| 5/16/2005 | $1.98 |
| 5/17/2005 | $1.98 |
| 5/18/2005 | $1.98 |
| 5/19/2005 | $1.98 |

129

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
| --- | --- |
| 5/20/2005 | $1.98 |
| 5/23/2005 | $1.98 |
| 5/24/2005 | $1.98 |
| 5/25/2005 | $1.98 |
| 5/26/2005 | $1.98 |
| 5/27/2005 | $1.98 |
| 5/31/2005 | $1.98 |
| 6/1/2005 | $1.98 |
| 6/2/2005 | $1.98 |
| 6/3/2005 | $1.98 |
| 6/6/2005 | $1.98 |
| 6/7/2005 | $1.98 |
| 6/8/2005 | $1.98 |
| 6/9/2005 | $1.98 |
| 6/10/2005 | $1.98 |
| 6/13/2005 | $1.98 |
| 6/14/2005 | $1.98 |
| 6/15/2005 | $1.98 |
| 6/16/2005 | $1.98 |
| 6/17/2005 | $1.98 |
| 6/20/2005 | $1.98 |
| 6/21/2005 | $1.98 |
| 6/22/2005 | $1.98 |
| 6/23/2005 | $1.98 |
| 6/24/2005 | $1.98 |
| 6/27/2005 | $1.98 |
| 6/28/2005 | $1.98 |
| 6/29/2005 | $1.98 |
| 6/30/2005 | $1.98 |
| 7/1/2005 | $1.98 |
| 7/5/2005 | $1.98 |
| 7/6/2005 | $1.98 |
| 7/7/2005 | $1.98 |
| 7/8/2005 | $1.98 |
| 7/11/2005 | $1.98 |
| 7/12/2005 | $1.98 |
| 7/13/2005 | $1.98 |
| 7/14/2005 | $1.98 |
| 7/15/2005 | $1.98 |

130

Exhibit-4

**Feinstein Dana Loss Causation and Damages Report**

## Exhibit-8

### Artificial Inflation Ribbon

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 7/18/2005 | $1.98 |
| 7/19/2005 | $1.98 |
| 7/20/2005 | $5.79 |
| 7/21/2005 | $5.79 |
| 7/22/2005 | $5.79 |
| 7/25/2005 | $5.79 |
| 7/26/2005 | $5.79 |
| 7/27/2005 | $5.79 |
| 7/28/2005 | $5.79 |
| 7/29/2005 | $5.79 |
| 8/1/2005 | $5.79 |
| 8/2/2005 | $5.79 |
| 8/3/2005 | $5.79 |
| 8/4/2005 | $5.79 |
| 8/5/2005 | $5.79 |
| 8/8/2005 | $5.79 |
| 8/9/2005 | $5.79 |
| 8/10/2005 | $5.79 |
| 8/11/2005 | $5.79 |
| 8/12/2005 | $5.79 |
| 8/15/2005 | $5.79 |
| 8/16/2005 | $5.79 |
| 8/17/2005 | $5.79 |
| 8/18/2005 | $5.79 |
| 8/19/2005 | $5.79 |
| 8/22/2005 | $5.79 |
| 8/23/2005 | $5.79 |
| 8/24/2005 | $5.79 |
| 8/25/2005 | $5.79 |
| 8/26/2005 | $5.79 |
| 8/29/2005 | $5.79 |
| 8/30/2005 | $5.79 |
| 8/31/2005 | $5.79 |
| 9/1/2005 | $5.79 |
| 9/2/2005 | $5.79 |
| 9/6/2005 | $5.79 |
| 9/7/2005 | $5.79 |
| 9/8/2005 | $5.79 |
| 9/9/2005 | $5.79 |

**Exhibit-4**

**Feinstein Dana Loss Causation and Damages Report**

**Exhibit-8**

**Artificial Inflation Ribbon**

21 April 2004 through 10 October 2005

| Date | Inflation |
|------|-----------|
| 9/12/2005 | $5.79 |
| 9/13/2005 | $5.79 |
| 9/14/2005 | $5.79 |
| 9/15/2005 | $2.97 |
| 9/16/2005 | $2.97 |
| 9/19/2005 | $2.97 |
| 9/20/2005 | $2.97 |
| 9/21/2005 | $2.97 |
| 9/22/2005 | $2.97 |
| 9/23/2005 | $2.97 |
| 9/26/2005 | $2.97 |
| 9/27/2005 | $2.97 |
| 9/28/2005 | $2.97 |
| 9/29/2005 | $2.97 |
| 9/30/2005 | $2.97 |
| 10/3/2005 | $2.97 |
| 10/4/2005 | $2.97 |
| 10/5/2005 | $2.97 |
| 10/6/2005 | $2.97 |
| 10/7/2005 | $2.97 |
| 10/10/2005 | $0.00 |

132

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

MARY K. JONES, Individually and on Behalf : Civil Action No. 1:10-cv-03864-AKH
of All Others Similarly Situated, :
: CLASS ACTION
      Plaintiff :
: DECLARATION OF STEVEN P.
 vs. : FEINSTEIN, PH.D., CFA
:
PFIZER INC., et al., :
:
      Defendants. :
:
——————————————————— x

986050_1

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

I, Steven P. Feinstein, Ph.D., CFA, declare as follows:

1.      My name is Steven P. Feinstein. I am over 18 years of age and am fully competent in all respects to make this declaration. I have personal knowledge of the facts and statements contained in this declaration, and each of them is true and correct.

2.      I have been asked by counsel for plaintiffs Stichting Philips Pensioenfonds and Mary K. Jones to provide expert testimony in the above-captioned case.

3.      Attached hereto is a true and correct copy of my expert report entitled Report of Professor Steven P. Feinstein, Ph.D., CFA, dated June 10, 2014. I declare under penalty of perjury that this report accurately sets forth the opinions I have formed in this matter. I hereby incorporate this report into this declaration as if set forth fully herein. If asked to testify at trial, I will testify to the opinions set forth in this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of November, 2014, at Wellesley, Norfolk County Massachusetts.

_____
STEVEN P. FEINSTEIN, PH.D., CFA

- 1 -

986050_1

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| MARY K. JONES, Individually and on Behalf of All Others Similarly Situated, | : : | Civil Action No. 1:10-cv-03864-AKH |
| | : | <u>CLASS ACTION</u> |
| Plaintiff | : : | |
| vs. | : : | |
| PFIZER INC., *et al.*, | : : : | |
| Defendants. | : : | |
| | x | |

REPORT OF

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

June 10, 2014

**CONTAINS INFORMATION SUBJECT TO THE PROTECTIVE ORDER**

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

## TABLE OF CONTENTS

INTRODUCTION AND SCOPE ...................................................................................................1

CREDENTIALS ............................................................................................................................1

CONCLUSIONS............................................................................................................................4

FACTUAL BACKGROUND .........................................................................................................4

    About the Company ................................................................................................................ 4

    Summary of Plaintiffs' Allegations ....................................................................................... 6

    Timeline of Events.................................................................................................................. 7

        19 January 2006:  Q4 and Fiscal Year 2005 Earnings Announcement and Conference Call  7

        1 March 2006: Pfizer Files Its Form 10-K with the SEC ................................................. 8

        26 June 2006: Pfizer Announces Sale of Consumer Healthcare Division to Johnson & Johnson ................................................................................................................................ 8

        1 March 2007: Pfizer Files Its Form 10-K with the SEC ................................................. 9

        23 January 2008:  Q4 and Fiscal Year 2007 Earnings Announcement and Conference Call  9

        February 2008:  Analysts' Expectations for Pfizer's Investor Day Conference................... 13

        29 February 2008:  Pfizer Files Its Form 10-K with the SEC ............................................... 13

        5 March 2008:  Pfizer's Analyst Meeting.......................................................................... 14

        17 April 2008:  Q1 2008 Earnings Announcement and Conference Call............................. 18

        3 June 2008: *The Wall Street Journal* Published an Article Discussing Potential Hurdles to Pfizer's Dividend ................................................................................................................. 20

        June/July 2008:  Earnings Preview ................................................................................... 21

        23 July 2008: Q2 2008 Earnings Announcement and Conference Call ............................... 23

        8 August 2008: Pfizer Files Its Form 10-Q with the SEC ................................................... 26

        September 2008:  Despite Low Valuation, Analysts Neutral on Pfizer ............................... 27

        October 2008: Q3 2008 Earnings Preview ....................................................................... 28

        17 October 2008:  Pfizer Agrees to Pay $894 million to Settle Certain Legal Cases Involving Bextra ................................................................................................................. 29

        21 October 2008:  Q3 2008 Earnings Announcement and Conference Call ........................ 30

        November 2008 through December 2008:  Long-Term Growth Visibility Remains Low and Acquisition Rumors Heat Up....................................................................................... 35

        7 November 2008:  Company Identified Wyeth As Best Fit for Acquisition ...................... 40

        7 November 2008:  Pfizer Files Its Form 10-Q with the SEC............................................ 41

        16 December 2008:  Lyrica Label Change ........................................................................ 41

        January 2009:  Investors Clamoring for a Deal ................................................................. 42

        23 January 2009:  Pfizer/Wyeth Deal Expected Near Term............................................... 43

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

26 January 2009:  Q4 and Fiscal Year Earnings Announcement and Conference Call; Pfizer Announces $2.3 Billion Fine; Pfizer Announces Definitive Agreement to Acquire with Wyeth ........................................................................................................................ 47

2 September 2009:  Pfizer Concludes Settlement with DOJ ................................................. 51

5 November 2009:  Pfizer Files Its Form 10-Q with the SEC ............................................. 52

FY 2009: Pfizer Pays $2.3 Billion Fine ............................................................................. 52

LOSS CAUSATION .................................................................................................................53

Company Statements Confirm the Materiality of the Allegations ........................................ 53

Analysts' Statements Confirm the Materiality of the Allegations ........................................ 54

Financial Principles Confirm the Materiality of the Allegations .......................................... 55

EMPIRICAL CONFIRMATION OF LOSS CAUSATION .......................................................56

Event Study ...................................................................................................................... 56

Disclosure Event ......................................................................................................... 57

Isolating the Impact of Company-Specific Information ................................................ 57

*t*-test ........................................................................................................................... 58

Event Study Analysis ....................................................................................................... 58

Event Study Analysis: 26 January 2009 ........................................................................... 59

Stock Price Reaction ........................................................................................................ 59

Accounting for Potentially Confounding Information ........................................................ 60

Strengthening of the U.S. Dollar ................................................................................. 62

Increased Pension Expenses ........................................................................................ 64

The Wyeth Acquisition ............................................................................................... 66

Dividend Cut ............................................................................................................... 68

Credit Watch ............................................................................................................... 77

Lower Interest Income ................................................................................................ 78

Increased Tax Rate ...................................................................................................... 79

Wyeth's Q4 and FY 2008 Financial Results ................................................................ 82

Pfizer Takes $2.3 Billion Charge ................................................................................. 82

The Impact of the Government Investigations on Pfizer's Future Revenue and Earnings ... 84

Reputation Effect ........................................................................................................ 88

Summary of Allegation Related Decline ...................................................................... 90

ARTIFICIAL INFLATION RIBBON .......................................................................................90

Dissipation of Inflation on 26 January 2009 ..................................................................... 90

PER SHARE DAMAGE FORMULA .......................................................................................91

LIMITING FACTORS AND OTHER ASSUMPTIONS ...........................................................94

APPENDIX-1:  MY REGRESSION RESULTS ARE ROBUST ...............................................95

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

## INTRODUCTION AND SCOPE

1.  In my expert report dated 13 January 2012 ("January 2012 Report" or "Feinstein January 2012 Report"), I concluded that Pfizer stock traded in an efficient market over the course of the Class Period, 19 January 2006 to 23 January 2009.[1]

2.  Subsequently, I was asked by Robbins Geller Rudman & Dowd LLP, counsel for the Plaintiffs, to determine whether investors suffered losses as a result of the Defendants' alleged misdeeds described in the First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, dated 15 April 2011 ("Complaint").  I was also asked to quantify damages sustained, if any, on a per share basis.

3.  This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages.

4.  Exhibit-1 lists the data and documents I reviewed and relied upon during the course of this engagement in addition to those cited in my previous reports.

5.  I understand that discovery is ongoing in this case. I reserve the right, in my sole discretion, to make any corrections or additions to my report, and to modify my opinion, should any new or additional information become available.

## CREDENTIALS

6.  I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.  I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College.  I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.  At Babson College I have taught undergraduate and MBA level courses in Valuation, Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods and Security Valuation.  I have

---

[1] Unless otherwise indicated, capitalized terms used herein have the meaning ascribed to them in my January 2012 Report.

**Exhibit-5**

***Feinstein Pfizer Loss Causation and Damages Report***

also taught executive courses on investments and corporate financial management for numerous corporations.  Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9. At Babson College, I have held the Chair in Applied Investments and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10. Prior to my joining the faculty at Babson College, I taught finance at Boston University. Previously, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

11. I have published extensively in the field of finance.  My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, and *Primus*.  I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book The Portable MBA in Finance and Accounting – one on corporate financial planning and the other on risk management.  I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research.  Co-authored papers of mine have been presented at the Eastern Finance Association meetings and the Midwestern Finance Association meetings. A list of all the publications I authored in the previous ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing.  I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The*

2

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

*Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the Boston Security Analysts Society, where I have served as a member of the education committee and ethics subcommittee. I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the Boston Security Analysts Society CFA Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs I taught candidates at the most advanced level.

15. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past and present clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As a financial consultant, I have conducted analyses and presented opinions related to markets, valuation, and damages in over 50 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16. I am the president and founder of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the analysts who assist me on this case. My firm is being compensated at a rate of $695 per hour for my work, and my compensation is neither contingent on my findings nor on the outcome of this matter.

Exhibit-5
**Feinstein Pfizer Loss Causation and Damages Report**

<u>**CONCLUSIONS**</u>

17. Event study analysis, which considered and accounted for potentially confounding information, proves that the alleged misrepresentations made by the omission of material facts, caused the price of Pfizer stock to be artificially inflated. The corrective disclosure caused the inflation to dissipate, which in turn caused the stock price drop and investor losses.

18. As a result of the Defendants' misrepresentations and omissions, the market price of Pfizer stock was artificially inflated by $1.26 per share throughout the Class Period. No detectable inflation remained after 26 January 2009.

<u>**FACTUAL BACKGROUND**</u>

<u>**About the Company**</u>

19. Prior to and throughout the Class Period, Pfizer was in the business of discovering, developing, and manufacturing pharmaceutical products, including prescription medicines for human and animal consumption.[2]  As of the start of the Class Period, Pfizer had three reporting business segments: Human Health, Consumer Healthcare, and Animal Health.[3] In 2005, the Human Health segment accounted for 86% of the Company's total revenue.[4] Throughout the Class Period, Pfizer was the largest pharmaceutical Company in the world.[5]

20. In the early to mid-2000s Pfizer's growth had been fueled by a series of acquisitions. During this period, the Company acquired the Warner-Lambert Company, Pharmacia Corporation, Esperion Therapeutics, Inc., and Vicuron Pharmaceuticals Inc.[6]  As a result, from 2001 through 2004 Pfizer's revenue grew from $29.0 billion to $52.5 billion.[7]

---

[2] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 1; and Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, p. 1.
[3] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, pp. 2-6.
[4] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 2.
[5] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, p. 2.
[6] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 1.
[7] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2003, filed 10 March 2004, 2003 Financial Report p. 53; and Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report p. 11.

4

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

21. Prior to the start of the Class Period, however, Pfizer was experiencing a period of flat to declining growth.  Pfizer's revenue declined from $52.5 billion in 2004 to $51.3 billion in 2005, a 2.3% drop.[8] Net income fell 28.8% from $11.4 billion in 2004 to $8.1 billion in 2005.[9]

22. The Company attributed the decline in 2005 human health revenues primarily "to loss of U.S. exclusivity of certain key products (primarily Neurontin), uncertainty relating to selective COX-2 inhibitors and the suspension of sales of Bextra."[10]  In 2004, Bextra sales were $1.3 billion.[11]

23. In 2005 the Company had eight "blockbuster" products,[12] Lipitor, Norvasc, Zoloft, Celebrex, Zithromax/Zmax, Viagra, Xalatan/Xalacom and Zyrtec accounted for 64% of the Human Health segment's sales.[13]  Three of the Company's most popular Human Health products, Lipitor, Zoloft, and Norvasc, accounted for $20.1 billion in sales in 2005, 39.2% of Pfizer's revenue.[14]  In 2005, Lipitor alone accounted for $12.2 billion in revenue, or nearly one-quarter of Company-wide revenue.[15]

24. Pfizer faced a serious generic challenge as it entered the Class Period, as its revenue depended on a set of high-profile, blockbuster drugs that were set to experience loss of exclusivity ("LOE").  The Company's patents on Zoloft and Norvasc were set to expire in 2006 and 2007, respectively.[16]  Lipitor was expected to experience LOE in 2010.  As a result of these patent expirations and others, the Company was facing "greater generic challenges than any company in recent memory."[17]

---

[8] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report, p. 11.
[9] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report, p. 11.
[10] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 2.
[11] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report, p. 13.
[12] A drug is considered to be a blockbuster when its annual sales are greater than $1 billion.
[13] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 2.
[14] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report p. 13.
[15] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report, p. 13.
[16] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 9.
[17] "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 1.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

25. Prior to and throughout the Class Period, as a result of the pending patent cliff, the Company had to focus on filling the void in revenues by increasing sales of other important drugs, developing its pipeline, and/or through corporate development (*i.e.* mergers and acquisitions).

26. On 20 December 2006, Pfizer sold its Consumer Healthcare division, which included brands like Listerine, Nicorette, Benadryl, and Sudafed,[18] to Johnson & Johnson for $16.6 billion.[19]

27. At the beginning of the Class Period, the market capitalization of Pfizer – that is, the value of all outstanding stock, was $184.1 billion.[20] At the end of the Class Period, Pfizer's market capitalization stood at $117.7 billion. This drop represents a loss of $66.4 billion in shareholder value.

28. Similarly, at the beginning of the Class Period, Pfizer's stock price was $24.97 per share. By the end of the Class Period, the Company's stock price had fallen to $17.45 per share. It should be noted that Pfizer's stock price suffered this significant decline despite aggressive stock repurchase programs during the Class Period.

**Summary of Plaintiffs' Allegations**

29. Plaintiffs allege that Defendants made misstatements during the Class Period concerning: (a) lawful and ethical conduct while promoting Pfizer pharmaceutical products;[21] (b) legal proceedings and contingencies related to the promotion of Pfizer's pharmaceutical products;[22] (c) the adequacy of internal controls relating to compliance with healthcare law when promoting Pfizer's pharmaceutical products;[23] and (d) the sales growth of Pfizer's pharmaceutical products.[24]

---

[18] "Bureau Protects Competition in Baby Healthcare Product: Johnson & Johnson to Sell Zincofax," *CNNMatthews*, 20 December 2006, 8:38 AM.

[19] Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, 2007 Financial Report, p. 10. The divestiture was announced on 24 June 2006 and closed on 20 December 2006.

[20] Stock price data obtained from CRSP.

[21] Complaint, paragraphs 58-64.

[22] Complaint, paragraphs 68-74, 76 and 78.

[23] Complaint, paragraphs 65-67.

[24] Complaint, paragraphs 84-85, 90-91 and Exhibit B (attached to pleading).

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

30.  Plaintiffs allege Defendants' Class Period statements were misleading because Defendants failed to disclose to investors: (a) the true nature and financial risks posed by the federal government's investigation into the Company's unlawful marketing of Bextra, Geodon, Lyrica and Zyvox;[25] and (b) that Pfizer had been engaged in the systemic and unlawful off-label promotion of these drugs before and during the Class Period.[26]

31.  Plaintiffs further allege that Defendants' omissions of material fact caused the Company's stock price to be artificially inflated throughout the Class Period.[27]  The artificial inflation was dissipated upon the 26 January 2009 announcement of a record $2.3 billion fine Pfizer agreed to pay to settle the government's investigation into the Company's unlawful promotional activities.[28]

32.  The same day, Pfizer formally announced its acquisition of Wyeth Pharmaceuticals for over $60 billion, 2008 financial results, 2009 revenue and earnings guidance, and a dividend reduction.

**Timeline of Events**

33.  The following review of events provides background and context for understanding the Company's condition and experience during the Class Period.

19 January 2006:  Q4 and Fiscal Year 2005 Earnings Announcement and Conference Call

34.  On 19 January 2006, Pfizer reported financial results for Q4 and Fiscal Year 2005. Pfizer reported net income of $2.73 billion on revenues of $13.59 billion.[29]

35.  Pfizer's chief executive, Henry McKinnell, stated that 2005 was "one of the most difficult years in memory" for Pfizer.[30]  The financial press cited a number of factors contributing to the lower year-over-year financial results for the Company, including drug pipeline concerns, downward price pressure worldwide, and increasing competition from generics.[31]

---

[25] Complaint, paragraphs 77 and 79.
[26] Complaint, paragraphs 47-50, 51-52, 53-55, 56-57.
[27] Complaint, paragraphs 79 and 132-133.
[28] Complaint, paragraphs 98 and 134-135.
[29] "Drug Makers Deliver Weak Earnings --- Generics Weigh on Pfizer; Novartis Net Comes In Flat Despite 14% Rise in Sales," by Scott Hensley and Anita Greil, *The Wall Street Journal*, 20 January 2006.
[30] "Drug Makers Deliver Weak Earnings --- Generics Weigh on Pfizer; Novartis Net Comes In Flat Despite 14% Rise in Sales," by Scott Hensley and Anita Greil, *The Wall Street Journal*, 20 January 2006.
[31] "Drug Makers Deliver Weak Earnings --- Generics Weigh on Pfizer; Novartis Net Comes In Flat Despite 14% Rise in Sales," by Scott Hensley and Anita Greil, *The Wall Street Journal*, 20 January 2006.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

1 March 2006: Pfizer Files Its Form 10-K with the SEC

36. On 1 March 2006, Pfizer filed its Form 10-K for the fiscal year ended 31 December 2005. In its filing, the Company noted that the Department of Justice ("DOJ") was actively investigating the Company's Bextra-related marketing practices.

> "In 2003 and 2004, we received requests for information and documents concerning the marketing and safety of Bextra and Celebrex from the Department of Justice and a group of state attorneys general."
> **Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, 2005 Financial Report, p. 67.**

26 June 2006: Pfizer Announces Sale of Consumer Healthcare Division to Johnson & Johnson

37. On 26 June 2006, Pfizer agreed to sell its Consumer Healthcare division to Johnson & Johnson for $16.6 billion dollars in cash.[32] The division had $3.9 billion in sales in 2005, and comprised popular over-the-counter brands such as Listerine, Benadryl and Neosporin.[33]

38. In connection with the sale, Pfizer announced that the Company would increase its share buyback program going forward, purchasing up to $17 billion in outstanding shares over the following two years.[34] According to the Company, these buybacks would allow 2007 per share earnings to be unaffected by the divestiture, and 2008 per share earnings to be bolstered by the divestiture.[35]

39. While analysts saw the Consumer Healthcare division sale as a net positive for Pfizer stock, they did note that the divestiture reduced the number and diversity of the Company's income streams, increasing its dependency on medical drug sales.

---

[32] "Premarket Movers: J&J dips on Pfizer deal," *Associated Press Newswires*, 26 June 2006.
[33] "PFE: Sale of Consumer Health Accretive Beyond 2007, Reiterate $29.50 Fair Value Estimate," by Jon LeCroy, M.D., and Stephen B. Shankman, Natexis Bleichroder, Inc., analyst report, 23 June 2006 (report contains news released on 26 June 2006).
[34] "Expanding Buybacks with Sale Proceeds Increases Shareholder Value," by Jami Rubin, *et al.*, Morgan Stanley, analyst report, 26 June 2006.
[35] "PFE: Sale of Consumer Health Accretive Beyond 2007, Reiterate $29.50 Fair Value Estimate," by Jon LeCroy, M.D., and Stephen B. Shankman, Natexis Bleichroder, Inc., analyst report, 23 June 2006 (report contains news released on 26 June 2006).

> "Pfizer's decision to sell Pfizer Consumer Healthcare (PCH) for $16.6bn may magnify the importance of Lipitor/torcetrapib to PFE's revenue growth and cash flow."
> **"PCH Divestiture Magnifies Lipitor/tocetrapib's Importance on Revenues and Cash Flow," by Catherine J. Arnold, Credit Suisse, analyst report, 26 June 2006.**

1 March 2007: Pfizer Files Its Form 10-K with the SEC

40. On 1 March 2007, Pfizer filed its Form 10-K for the fiscal year ended 31 December 2006. In its filing, the Company again noted that the DOJ was actively investigating Bextra-related marketing practices.

> "Since 2003, we have received requests for information and documents concerning the marketing and safety of Bextra and Celebrex from the Department of Justice and a group of state attorneys general. We have been considering various ways to resolve these matters."
> **Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2006, filed 1 March 2007, 2006 Financial Report, p. 73.**

23 January 2008: Q4 and Fiscal Year 2007 Earnings Announcement and Conference Call

41. On 23 January 2008, prior to the start of trading, Pfizer announced financial results for Q4 and FY 2007.[36] Pfizer reported full-year revenues and earnings of $48.6 billion and $8.3 billion, respectively.[37] In addition, the Company announced revenue guidance for full-year 2008 of $47.0-$49.0 billion and adjusted EPS of $2.35-$2.45.[38] Cash flows from operations were projected to be between $17.0 and $18.0 billion.[39]

42. Pfizer reported adjusted EPS of $0.52 per share, $0.05 per share above consensus estimates of $0.47 per share.[40] In the Company's press release, Jeff Kindler, Pfizer's CEO, attributed the strong Q4 financial results to Pfizer's continued focus on the restructuring plan.

---

[36] "Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance," *Business Wire,* Company press release, 23 January 2008.

[37] "Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance," *Business Wire,* Company press release, 23 January 2008.

[38] "Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance," *Business Wire,* Company press release, 23 January 2008.

[39] "Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance," *Business Wire,* Company press release, 23 January 2008.

[40] "Pfizer Raises Its 2008 Revenue Outlook After 4Q Profit Falls But Beats Street Expectations," by Damian J. Troise, *Associated Press*, 23 January 2008.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "'We are executing against a broad plan to position Pfizer to deliver long-term value. Our new products – Lyrica, Chantix, and Sutent – are performing well. We are continuing to strengthen our senior leadership team and enhance accountability. We are shifting investments into high-priority therapeutic areas, revamping our R&D operations and acquiring new compounds and technologies that we believe are especially promising. These actions taken together have made Pfizer a stronger company than it was a year ago, and we look forward to continued progress in 2008,' added Kindler."
> **"Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance,"** *Business Wire,* **Company press release, 23 January 2008.**

43. Analysts attributed Pfizer's better than expected results to a lower tax rate, solid Lipitor revenues, and higher foreign exchange ("FX") benefits.

> "PFE's $0.52 was $0.04 above our estimate and $0.05 above consensus, but about half of the beat was due to a lower than expected tax rate, and another major source of outperformance was Lipitor revenues. Both of these drivers are short lived."
> **"Positive 4Q Earnings Surprises But Very Different Outlooks," by Catherine J. Arnold and Michael Faerm, Credit Suisse, Pfizer & Abbott analyst report, 23 January 2008, p. 1.**

> "In Exhibit 1 we show our variance analysis, comparing PFE's 4Q07 results to our forecast. PFE beat our EPS forecast by 5 cents. Approximately half of this beat was due to a low tax rate (18.2%, compared to our forecast of 22.8%) and half due to pretax income."
> **"Positive 4Q Earnings Surprises But Very Different Outlooks," by Catherine J. Arnold and Michael Faerm, Credit Suisse, Pfizer & Abbott analyst report, 23 January 2008, p. 2.**

> "PFE's 4Q07 EPS were up 21% to $0.52, $0.05 ahead of DB and consensus, on higher than expected revenues and FX benefits (added $0.02), and a lower than anticipated tax rate that added $0.02 in the quarter. Total revenues in 4Q07 increased 3.7% to $13 billion. The foreign exchange benefit of the weaker dollar had a $610 million or 5% favorable impact on revenues in the quarter, and roughly a $200 million impact on the bottom line."
> **"Consistently Delivering on Near Term Targets," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 January 2008, p. 2.**

> "Pfizer quantified the impact of FX on earnings as being $200 million in 4Q/07 and $600 million for FY/07. This translates into an EPS impact of roughly $0.03 in 4Q/07 and $0.09 in FY/07. Without this gain, EPS would still have increases from 2006 levels. Although the Company noted a

10

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> positive FX impact on sales (roughly $1.5 billion, or 3% of FY /07
> revenues), this impact was offset partials at the COGS line. 4Q gross
> margins of 82.6% were 144 bps below our forecast. Looking forward to
> 2008, we expect gross margins to expand as a result of significant plant
> consolidation."
> **"Raising EPS Forecasts; Shares Trading At Floor Valuation," by Chris Schott, *et
> al.*, Bank of America, analyst report, 23 January 2008, p. 5 [PFE-JONES 00020922].**

> "Transient Benefits Will Help Near-term; Raising '08 Estimates PFE's
> better than expected 4Q/07 revenues & earnings do offer some comfort
> apropos its short-term earnings outlook; & we are raising our 2008
> forecasts as a result (by 3.5% to $235). However, the factors that have
> fuelled the 4Q upside (stronger FX tailwind, aggressive price increases,
> lower tax rate) are transient benefits in our view, & do not meaningfully
> alter PFE's longer-term outlook (our 2009-10 forecasts are revised up by
> only $0.01)."
> **"Defensive Short-term; Risky Longer-term," by Roopesh Patel, *et al.*, UBS, analyst
> report, 23 January 2008, p. 1 [PFE-JONES 00021019].**

44. While analyst commentary about Pfizer's results was generally positive, analysts remained focused on the Company's plan to improve its long-term outlook and concerned about the revenue gap caused by the upcoming Lipitor patent expiration.

> "PFE has been a standout stock in this recessionary environment owing to
> its 'safe' haven status (for the moment) and high dividend yield. However,
> longer term, we see the stock trading sideways absent any major strategic
> moves that improve the company's ROIC. PFE is a show me stock and
> late stage pipeline success (to fill the gaping revenue gap caused by the
> upcoming Lipitor patent expiration), both internal and through external
> acquisitions will be the most important driver of value going forward."
> **"Solid Quarter; Raising Numbers; Fundamental Thesis Stays the Same," by Jami
> Rubin, *et al.*, Morgan Stanley, analyst report, 23 January 2008, p. 1.**

> "We remain Equal-weight PFE shares and maintain our $25 price target.
> PFE has been a marked underperformer in the group and absent any major
> strategic moves that improve the company's ROIC, we think the stock
> remains dead money for the foreseeable future."
> **"Solid Quarter; Raising Numbers; Fundamental Thesis Stays the Same," by Jami
> Rubin, *et al.*, Morgan Stanley, analyst report, 23 January 2008, p. 4.**

11

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

45. Analysts were unimpressed with Pfizer's pipeline prospects and stated that the Company needed to find a new way to grow revenues (*e.g.*, through an acquisition). One analyst's price target included a higher multiple based on the assumption that Pfizer would be making a strategic acquisition.

> "Despite some positive surprises, PFE's outlook remains challenging, as the loss of Lipitor in 2010/2011 looms and challenges PFE's ability to continue its dividend payout. We believe that internal development programs are inadequate to remedy the outlook for diminishing future cash flows, and thus future acquisitions remain possible."
> **"Positive 4Q Earnings Surprises But Very Different Outlooks," by Catherine Arnold and Michael Faerm, Credit Suisse, Pfizer & Abbott analyst report, 23 January 2008, p. 1.**

> "Accelerated restructuring by the new management team and strong financial management, should drive EPS growth in the high single digits over the next few years, however, the multiple will likely continue to be held back until significant strategic initiatives (namely acquisitions of commercial companies) materialize that provide a means to dilute the company's dependence on Lipitor, and provide the visibility on what will fill the revenue void which will be left once Lipitor loses its exclusivity in 2010 or 2011.
>
> Our twelve-month price target of $30 is based on the shares trading up to a target multiple of 12.5x our '08 forecast of $2.38, which assumes that the company takes some strategic action which improves LT EPS persistency via diluting Lipitor, and adding earnings synergies at the latter part of the decade when Lipitor's patents expire."
> **"4Q07 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 January 2008, p. 5.**

> "The market remains unimpressed with PFE's actions to date, however, we believe that they are the right moves, and are necessary to improve the company's long term prospects. **However, we also continue to believe that the market will not reward the stock with a multiple until an acquisition is made which provides the means to visibly dilute the company's dependence on Lipitor, and loads in a substantial earnings bump from synergies."**
> **"Consistently Delivering on Near Term Targets," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 January 2008, pp. 2-3 (emphasis added).**

12

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "In order to address its topline growth concerns, Pfizer is evaluating various options as well as acquisition targets and is also taking conscious steps to boost its bottom line by keeping its operating costs under control, going in for buyback programs, laying off people, *et al.*"
> **"What Happened Last Quarter," by Devina Mehra and Kavita Thomas, First Global, 25 January 2008, p. 5 [PFE-JONES 00021035].**

February 2008:  Analysts' Expectations for Pfizer's Investor Day Conference

46.    Prior to the Company's analyst day on 5 March 2008, analysts remained focused on the risk posed to Pfizer by generics.  Citing Pfizer's "unremarkable" track record in developing drugs, analysts believed that the Company would need to pursue a strategic acquisition to address such concerns.

> "Project 2012 Sales 10% Below 2007; Margin Contraction is Added Risk Our $43.4 bn 2012 sales proj. is 10% ($5bn) below 2007 levels. Patent losses for 9 blockbusters will erode in-line product sales by $11 bn from 2007-2012. Assuming full success, we expect the pipeline to contribute sales of $6 billion in 2012. With 7 of the 10 current blockbusters due to face generics by '12, PFE's 1000+ bps margin lead over peers could shrink by much more than the -400bp we assume. M&A can help, & PFE has resources ($30+bn), but shouldn't get advance credit."
> **"March 5th Meeting Could Be a Mixed Bag," by Roopesh Patel, *et al.*, UBS, analyst report, 29 February 2008, p. 1 [PFE-JONES 00021255].**

> "Business development could potentially make a big difference to the long-term outlook, But:
>
> While PFE does have substantial liquidity ($30+ billion) to fund external acquisitions to supplement internal growth, their track record over the last several years has been unremarkable, and while we believe that success here could be a big swing factor for the stock, we do not recommend giving the stock credit in advance."
> **"March 5th Meeting Could Be a Mixed Bag," by Roopesh Patel, *et al.*, UBS, analyst report, 29 February 2008, pp. 3-4 [PFE-JONES 00021257 - 58].**

29 February 2008:  Pfizer Files Its Form 10-K with the SEC

47.    On 29 February 2008, Pfizer filed its Form 10-K for the fiscal year ended 31 December 2007.  In its filing, the Company once again noted that the DOJ was actively investigating the marketing practices of Bextra.

13

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "The Department of Justice continues to actively investigate the marketing and safety of our COX- 2 medicines, particularly Bextra. The investigation has included requests for information and documents. We also have received requests for information and documents in connection with threatened claims concerning the marketing and safety of Bextra and Celebrex from a group of state attorneys general. We have been considering various ways to resolve these matters."
> **Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, 2007 Financial Report, p. 77.**

5 March 2008:  Pfizer's Analyst Meeting

48.  In his prepared comments for the 5 March 2008 analyst conference, Jeff Kindler, Pfizer's CEO detailed the Company's plan to drive revenues by maximizing internal assets (*i.e.*, its current drugs and pipeline), rather than pursuing a large acquisition.

> "[Jeff Kindler, Pfizer CEO]: Purchasing growth for us, it has to make sense both from a value and a risk perspective, and we will evaluate the tradeoffs carefully while staying opportunistic. We remain open to everything. But as we meet today, I do not see anything that would meet the definition of a mega deal with a large cap biopharma company where the strategic value to our shareholders will outweigh the potential concentration of risk, the inevitable destruction it will bring and its price. Our intention is to drive the strategies you will hear about today and others by maximizing our internal assets and supplementing them with focused business development."
> **"Pfizer Analyst Meeting; 2008 Analyst Day," 5 March 2008, p. 14 [PFE DERIV 01140424].**

49.  Market participants believed that Pfizer's risk profile would remain high until the Company developed a plan to diversify its drug pipeline.

> "Management says 'no mega-deal'; smaller diversifying transactions (non-pharma) not on the table. Management cited long integration as a major disruption to the business, including a significant impact on R&D productivity. PFE's strategy of focusing on the core biopharma business without considering diversifying transactions seems risky to us. We believe PFE's risk profile (and the risk profile of biopharma companies in general) will remain high in the current uncertain regulatory environment, and diversifying transactions could reduce the company's long-term risk profile."
> **"PFE Analyst Day: No Big Deals, No Surprises," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 6 March 2008, p. 1 [PFE-JONES 00021471].**

14

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "The restr. of the base biz is well underway, as is the effort to rebuild the pipeline (from internal and external assets). However, these are not enough, as PFE mgmt appreciates, and will likely be complemented by acqs of commercial revs. which can visibly offset the loss of Lipitor. With PFE clearly indicating that it has been unable to identify major acquisitions with the right balance of value (return) and risk for shareholders, the question is: how will it utilize its awesome cash position to increase shareholder value? While investors are frustrated by PFE's lack of acq. progress, they would likely be more critical had PFE blown its cash on lofty biotech deals which cannot deliver returns---between a rock and a hard place. As investors are pricing in the hit from Lipitor but not the pipeline, or the potential for cash to be converted into future revs and EPS, we see these as likely catalysts for upside. In the meantime, the near 5.9% div yld likely limits the downside."
> **"Between a Rock and Hard Cash Place," by Barbara Ryan, Deutsche Bank, analyst report, 5 March 2008, p. 1.**

50. On the conference call, Mr. D'Amelio noted that Pfizer would be able to fund its dividend barring a significant unforeseen risk or opportunity.

> "A little bit about our dividend growth. We clearly have a long, proven track record of providing strong dividends. You can see that on the chart. In 2008 we said we would moderate dividend growth. Compared to some prior increases we did that. In 2008 the growth was 10 percent. If we look back to 2007 and 2006, we increased the dividend by 21 and 26 percent, respectively. You see, obviously, the strong yield that the dividend has right now. Let me spend a minute on the dividend relative to some comments going forward. The way I'll say this is, significant unforeseen risk and opportunities aside, we expect to continue to generate sufficient cash flow from operations to fund the dividend at least at current levels."
> **"Pfizer Analyst Meeting; 2008 Analyst Day," 5 March 2008, p. 168-169 [PFE DERIV 01140462].**

51. One analyst who noted a belief that the Company was increasing short-term borrowing to fund the dividend, asked if Pfizer planned to repatriate money to pay the dividend and what impact a repatriation would have on the Company's tax rate.

> "Merrill Lynch: I have two questions that are tied together. The first relates to the cash flow in the United States. The short term borrowing is rising, I'm assuming, to fund the U.S. cash needs including the dividends and the stock buy-back. I'm just wondering what the outlook is for that and whether there is a point in time when you are going to need to repatriate more funds and implications for the tax rate? And second, it's great, your outlook for the longer-term operating margin. Could you

15

comment on the longer-term tax rate in light of my first question and also in light of the manufacturing of Lipitor and other products, various low tech regions in the world?

…

[Frank D'Amelio: Pfizer CFO]: Your question was outside the U.S. We believe we can fund our U.S. cash-flow operations on a going-forward basis without any detrimental impact on earnings. You were asking me about borrowing and you were asking about the tax rate. In my mind we are really trying to work through the operating margin and the line items to get in between that. We believe we can work through funding our U.S. schedule operations without having a detrimental effect on the EPS number."

**"Pfizer Analyst Meeting; 2008 Analyst Day," 5 March 2008, p. 181-183 [PFE DERIV 01140465 - 6].**

52. Analyst reports published following the meeting noted that the Company's US division was in a negative cash flow position. This would require the Company to repatriate money from overseas in order to, *inter alia*, pay the dividend. Such a repatriation would increase Pfizer's effective tax rate.

"Investors should also note that PFE may have to repatriate significant ex-U.S. cash when Lipitor expires to pay the dividend, likely driving the tax rate much higher.
**"Best Foot Forward, but Uncertain Footing Ahead," by David Risinger, *et al.*, Merrill Lynch, analyst report, 6 March 2008, p. 1 [PFE DERIV 01124226].**

"PFE Reaffirmed FY08 OPS CF Of $17-$18B; US In Negative CF Position. PFE plans to keep the dividend at least at current levels (<$8B in '07 [21% inc.]; <$9B in '08E [10% inc.]) implying limited upside, coupled w/$5B share repo in '08/beyond ($45B repo'd [~1.6B shares] from '02-'07). We believe PFE is in a -ve U.S. cash flow position, as PFE's US division is 'cash user'. Short-term borrowing in PFE's 10K grew by >$3B to $4.8B in '07 & could grow in '08. Cash repatriation needed & contributor to higher '08 tax rate of 22-22.5% vs. 21% in '07."
**"Our Thoughts on PFE's Analyst Meeting," by John Boris, *et al.*, Bear Stearns, analyst report, 6 March 2008 p. 1 (emphasis in original).**

"Given the substantial contribution Pfizer receives from outside the US (55% of 2008E revenue, and over 70% of earnings in our estimation), it is likely that Pfizer faces a strain to its dividend that is more imminent than illustrated above.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> At the March 5 analyst meeting, the company focused on operating margins. But in order to maintain historical dividend increases, or even maintain a flat dividend, we think PFE will need to repatriate some offshore funds, which will trigger a tax liability and reduce net margin (Exhibit 35). Even if PFE is able to maintain its dividend -that is, if the dividend is not at risk of a cut -we think this will come at the cost of a repatriation tax liability, which will pressure earnings.
>
> Our analysis assumes that PFE funds the 2012 with repatriated funds, which generate an incremental 20% tax on the repatriated amount. This $1.665 Bn liability increases the effective tax rate from 23% to 33%, and reduces EPS from $1.92 to $1.67."
> **"Is Pfizer Doing What Matters?" by Catherine J. Arnold, *et al.*, Credit Suisse, Pfizer, Wyeth, Amgen, analyst report, 6 March 2008, p. 33 [PFE DERIV 01126311].**

53. Despite management's contention that they would not consider an acquisition, analysts suggested that a strategic acquisition was the best way for the Company to combat the pending patent cliff.  One analyst evaluated the case for Pfizer to acquire Wyeth.

> "In the balance of our note ... we compare Pfizer's valuation outlook as a standalone company to our recommendation that they proceed with a transformational deal, give our assessment of the Company's fundamental challenges, assess its 4 main strategic choices, explore risk to the dividend and net margin effects if it is retained with repatriation, closely evaluate the case for a Wyeth or Amgen acquisition and qualitatively consider other targets for a 'smaller' acquisition scenario."
> **"Is Pfizer Doing What Matters?" by Catherine J. Arnold, *et al.*, Credit Suisse, Pfizer, Wyeth, Amgen, analyst report, 6 March 2008, p. 5 [PFE DERIV 01126283].**

54. According to the Credit Suisse analysts, such an acquisition would increase Pfizer's P/E multiple by 4, from 9 to 13,[41] and an acquisition of Wyeth would achieve the largest pro forma per share valuation for Pfizer stock among a number of alternatives.

> "In Exhibit 6, we summarize the results of our DCF valuation. On a standalone basis, we value PFE at about $18-21 per share (multiple dependent), below the current stock price of $22.05. We value a combined PFE/WYE at about $23-29 per share, as we believe this combined company should be able to reach our assumed synergy threshold of 8% and would have a good chance of reaching the 11% average for the sector.

---

[41] "Is Pfizer Doing What Matters?" by Catherine J. Arnold, *et al.*, Credit Suisse, Pfizer, Wyeth, Amgen, analyst report, 6 March 2008, pp. 9-10 [PFE DERIV 01126287 - 88].

17

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> We value a combined PFE/AMGN at $19-26, based on a synergy range of
> 0-8%, as we believe that synergies will be more challenging with this
> combination, due to the lesser degree of therapeutic and primary care
> overlap, and to the more disparate size of the companies."
> **"Is Pfizer Doing What Matters?" by Catherine J. Arnold, *et al.*, Credit Suisse,**
> **Pfizer, Wyeth, Amgen, analyst report, 6 March 2008, p. 6 [PFE DERIV 01126284].**

17 April 2008: Q1 2008 Earnings Announcement and Conference Call

55. On 17 April 2008, before the start of trading, Pfizer announced financial results for the first quarter 2008 and reaffirmed financial guidance for FY 2008.[42]

56. Pfizer's first quarter disappointed the marketplace, with earnings down 18 percent year-over-year,[43] and EPS of 61 cents compared to the consensus estimate of 66 cents.[44]

57. Sales of Lipitor, the Company's blockbuster anti-cholesterol drug, were down 18% on pressure from lower-priced generics after Lipitor's patent expired.[45] Following Pfizer's poor Q1 results, multiple analysts lowered their ratings and price targets for the stock, and raised doubts about whether management had a well-mapped out strategic plan for growing revenue.

> "Chief Executive Jeffrey Kindler reiterated a strategy Thursday that
> focuses on international markets, cost cuts, maximizing growth from older
> products and advancing drugs in the development pipeline.
> …
> Wall Street appeared unconvinced. Pfizer's stock, already down 19%
> since Mr. Kindler took over in July 2006, fell 70 cents, or 3.3%, to $20.40
> in 4 p.m. New York Stock Exchange composite trading Thursday. Says
> Jami Rubin, a Morgan Stanley drug analyst: 'Jeff's strategy for growth is
> falling on deaf ears.'"
> **"Corporate News: Pfizer Net Drops 18% As Rivals Strengthen," by Avery Johnson,**
> ***The Wall Street Journal*, 18 April 2008.**

> "We are Market-Perform rated on PFE with a price target of $23, down
> from $25 previously. The reason for our lower target is a) our lower EPS
> estimates and b) a lower target multiple (9X our '09 EPS estimate). Using

---

[42] "Pfizer Inc - Pfizer Reports First-Quarter 2008 Results; Reaffirms Full-Year 2008 Financial Guidance," *Business Wire*, Company press release, 17 April 2008 7:00 AM.

[43] "Pfizer Profit, Sales Drop After US License Losses," *Agence France Presse*, 17 April 2008.

[44] "Pfizer Profit, Sales Drop After US License Losses," *Agence France Presse*, 17 April 2008.

[45] "Pfizer Profit, Sales Drop After US License Losses," *Agence France Presse*, 17 April 2008.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> a lower multiple is warranted given the recent quarterly miss, the ongoing devaluation of the drug group as a whole, and our concern that PFE management may not have a well-mapped out strategy for the long-term."
> **"Pfizer: Near-Term Miss; Long-Term Strategy Unclear," by Tim Anderson, *et al.*, Bernstein, analyst report, 18 April 2008, p. 2 [PFE-JONES 00022008].**

58. Analysts noted that Pfizer could expand its multiple through corporate development (*i.e.*, acquisition).

> "[T]he multiple will likely continue to be held back until significant strategic initiatives (namely acquisitions of commercial companies) materialize that provide a means to dilute the company's dependence on Lipitor, and provide the visibility on what will fill the revenue void that will be left once Lipitor loses its exclusivity by 2011."
> **"1Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 17 April 2008, p. 5.**

> "Our PT of $30, assumes that the shares could trade up over the next 12 mos to a multiple of 11.7 x our '09 forecast of $2.56, which **would only be achievable via strategic actions which improve LT EPS persistency via diluting Lipitor with new revenue sources**."
> **"1Q08 Disappointing But Outlook For Full Yr Unchanged," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 18 April 2008, p. 1 (emphasis in original).**

59. According to analysts, Pfizer's poor Q1 2008 results highlighted the Company's potential cash flow needs as more and more revenue was being generated outside the US. The increased likelihood that the Company would need to repatriate cash to, *inter alia*, pay its dividend, caused analysts to increase the Company tax rate they expected.

> "We expect a 45.0% (-110bps) operating margin and 22.3% tax rate (+62bps). The higher tax assumption is driven by the risk of repatriation of cash due to PFE's net negative cash position in the US. $5B share repo in '08/beyond ongoing."
> **"1Q08 Earnings Preview: Volumes Declining," by John Boris, *et al.*, Bear Stearns, analyst report, 15 April 2008, p. 1 [PFE-JONES 00021850].**

> "The disappointing quarter also highlights potential cash flow needs as a substantially greater proportion of cash resides outside the US."
> **"Quick Comment: 1Q08 Disappoints; Lipitor Misses," by Jami Rubin, *et al.*, Morgan Stanley, analyst report, 17 April 2008, p. 1.**

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "Recently, concerns about the PFE's future dividend during the 'cliff' period have surfaced related to how the company domiciles its cash flows. A substantial portion of its cash on hand is likely domiciled in low tax jurisdiction territories, and future cash flows may perpetuate this. Paying its dividend in future periods, especially during the generic 'cliff,' may require repatriation of this cash which would (a) incur a tax penalty, and (b) raise the company's effective tax rate, pressuring EPS."
> **"Pfizer: Near-Term Miss; Long-Term Strategy Unclear," by Tim Anderson, *et al.*, Bernstein, analyst report, 18 April 2008, p. 2 [PFE-JONES 00022008].**

3 June 2008:  *The Wall Street Journal* Published an Article Discussing Potential Hurdles to Pfizer's Dividend

60.  On 3 June 2008, *The Wall Street Journal* ("*WSJ*") published an article describing concern among investors regarding Pfizer's ability to fund its dividend using the limited amount of money the Company was generating in the US.[46]

61.  The article quoted a person close to the Company's board saying that "[w]ithout a faster pace of new-product introduction, 'you have to repatriate,'" and "'[t]here comes a time when that gets very, very expensive.'"[47]  Frank D'Amelio, Pfizer's CFO, reiterated that the current dividend was safe barring any "significant events," and noted that should Pfizer have to repatriate cash to pay its dividend in 2012, the Company's tax rate would increase to 28% and take a "15-cent-a-share bite out of 2012 earnings."[48]

62.  According to a Deutsche Bank analyst writing in response to the *WSJ* article, should Pfizer need to repatriate $3 billion to fund its 2010 dividend, it would increase the Company's tax rate by 300 basis points, or 3 percentage points, and cost ~$0.15 per share in earnings.

> "In 2010, assuming Lipitor's patent expires in March of that year, PFE by our calculation will generate free cash after capex of $14.7 billion, thereby clearly covering the current $9 billion dividend liability ($1.28/share). By this calculation, we assume PFE will repatriate $3 billion in cash which it has overseas, and pay a tax on that money of 40%, which would be the

---

[46] "Dividend May Test Pfizer; Company's Funding Of Generous Payout Could Face Hurdles," by Avery Johnson and Joann S. Lublin, *The Wall Street Journal*, 3 June 2008.

[47] "Dividend May Test Pfizer; Company's Funding Of Generous Payout Could Face Hurdles," by Avery Johnson and Joann S. Lublin, *The Wall Street Journal*, 3 June 2008.

[48] "Dividend May Test Pfizer; Company's Funding Of Generous Payout Could Face Hurdles, by Avery Johnson and Joann S. Lublin, *The Wall Street Journal*, 3 June 2008.

20

> most onerous way to plan for this (since it has 2 years to do so). The cost of this repatriation would increase PFE's tax rate by about 300 bp and cost the company about $0.15 in earnings that year, reducing 2010E earnings from $2.24 to $2.10."
> **"Cash Flows Support Dividend," by Barbara Ryan, Deutsche Bank, analyst report, 3 June 2008, p. 1.**

June/July 2008:  Earnings Preview

63.    Through the first half of 2008, according to analysts, Pfizer retained "extremely low market expectations, trading at a 40% discount"[49] to its peers as the Company faced "greater generic challenges than any company in recent memory."[50]  An article published by the investment website *Motley Fool*, highlighted two important issues that investors faced.

> "There are two very important questions that every Pfizer investor or potential investor needs to ask themselves. One: Is the company's dividend sustainable? And two: What can it do to make up for the more than $17.7 billion worth of its compounds that will be facing increased generic competition by the end of 2012?"
> **"Dueling Fools: Pfizer Bear," by Brian Lawler, *Motley Fool*, 11 June 2008.**

64.    The Motley Fool analysts warned that "multiple risks and uncertainties" should be priced into the price Pfizer stock, such as the Company's shaky drug pipeline and the likelihood of a dividend cut.

> "Consider the weakness of Pfizer's pipeline relative to peers like GlaxoSmithKline (NYSE: GSK) and AstraZeneca (NYSE: AZN) – the struggles that Pfizer will have over the coming years to bolster its revenue, the possibility of a future dividend decrease-and combine all this with a tough regulatory environment and uncertain reimbursement issues throughout the world."
> **"Dueling Fools: Pfizer Bear," by Brian Lawler, *Motley Fool*, 11 June 2008.**

---

[49] "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 1.
[50] "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 1.

65. Similarly, JPMorgan initiated coverage with a Neutral rating finding that Pfizer's current "valuation is warranted pending evidence of further pipeline development."[51]  The analysts noted that an acquisition could be a catalyst for the stock.

> "**M&A Appearing More Likely**
> With an $18+ billion net cash position, a large oncoming patent cycle, and a mixed pipeline track record, there is a possibility that Pfizer could look to buy a mid/large sized asset. Although management understandably has not seemed too eager to engage in a sizable transaction, we believe a mid/large sized acquisition outside of Pfizer's core small molecule, primary care business could represent a positive catalyst for Pfizer shares at current levels."
> **"Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 4 (emphasis in original).**

66. An analyst at JPMorgan also discussed the looming patent cliff and the Company's need to repatriate cash to pay the dividend.

> "However, as Pfizer approaches its upcoming patent cycle, the Company may need to either increase its US debt levels or repatriate earnings in order to fund its dividend. We estimate that every $1 billion in annual repatriation would increase the Company's tax rate by one percentage point and dilute EPS by $0.03."
> **"Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 10.**

67. Prior to the Company's Q2 earnings announcement, a Citigroup analyst continued to raise concerns about Pfizer's long-term growth prospects should the Company fail to complete a strategic acquisition or another major event.[52] Despite Pfizer's stock trading at a 35% discount to its peers, the analyst rated the stock a "Hold/High Risk" due to the Company's low revenue and earnings growth.[53]

---

[51] "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 1.

[52] "Growth Outlook Troubling, by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 1 [PFE DERIV 01127824].

[53] "Growth Outlook Troubling, by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 3 [PFE DERIV 01127826].

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "Our relative P/E discount to the group is attributable to PFE offering one of the lowest average earnings and revenue growth outlook relative to its industry peer group given its troubling U.S. operational performance, limited late stage pipeline and substantial generic risk."
> **"Growth Outlook Troubling," by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 3 [PFE DERIV 01127826].**

> "We rate Pfizer shares High Risk given the continued deterioration of the base business in the US & negative US cash flow position."
> **"Growth Outlook Troubling," by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 31 [PFE DERIV 01127854].**

68.    The Citigroup analyst stated that Pfizer's management needed to consider strategic initiatives to spur meaningful growth. The report also warned that any large scale acquisition could result in cutting the dividend.

> "Dividend At Risk -We believe management needs to consider strategic alternatives such as a break-up of the company or a large scale acquisition in order to return Pfizer to sustainable long-term growth. Any large scale M&A could result in Pfizer cutting its attractive dividend."
> **"Growth Outlook Troubling, by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 6 [PFE DERIV 01127829].**

23 July 2008: Q2 2008 Earnings Announcement and Conference Call

69.    On 23 July 2008, prior to the start of trading, Pfizer announced financial results for Q2 2008. For the quarter, the Company reported revenue of $12.1 billion and adjusted EPS of $0.55 per share, both above consensus estimates.[54] According to the Company, Pfizer's nine percent year-over-year revenue increase was primarily attributable to a positive FX impact of $800 million.

> "Pfizer Inc (NYSE: PFE) today reported financial results for the second-quarter 2008. The Company recorded revenues of $12.1 billion, an increase of 9% compared with $11.1 billion in the year-ago quarter. In the U.S., revenues were $4.8 billion, a decrease of 2%, while international revenues were $7.4 billion, an increase of 18%. Revenues reflect the

---

[54] "Ahead of the Bell: Pfizer rises on earnings," *Associated Press*, 23 July 2008, 9:18 AM.

23

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> positive impact of foreign exchange, which increased revenues by approximately $800 million or 7%, as well as the solid performance of many key products."
> **"Pfizer Inc - Pfizer Reports Second-Quarter 2008 Results; …," *Business Wire*, Company press release, 23 July 2008.**

70. Some analysts were unimpressed with the quality of the Company's quarterly results, warning that "what foreign exchange giveth, foreign exchange will eventually taketh away."[55]

> "Analysts at UBS called Pfizer's earnings 'unimpressive.' 'Pfizer reported second quarter 2008 EPS of 55 cents - in line with UBS estimates and 1 cent above consensus, but its quality was unimpressive,' wrote Patel. 'While revenues were higher (up 9% vs up 8% projected), several key franchises were below expectations, U.S. revenues were weak (down 11% vs up 2% projected, and down 14% sequentially),' Patel added."
> **"Update: Pfizer's Profit Doubles On Lower Costs, Favorable Exchange Rate," by Val Brickates Kennedy, *Dow Jones Business News*, 23 July 2008.**

71. Analysts continued to focus on how Pfizer would replace the estimated $18.4 billion in revenues from products with patent expirations between 2010 and 2012.

> "Pfizer faces greater generic challenges than any company in recent memory.
> …
> The Company faces a significant patent cliff that we believe limits investor confidence in the Company's long-term earnings growth, losing patent protection on products with current annual branded sales of $18.4 billion between 2010 and 2012.
> …
> Overall, while we acknowledge that the stock's valuation leaves limited downside risk, we find it difficult to advocate buying Pfizer shares based solely on inexpensive valuation and rich dividend yield."
> **"FX, Cost Control Drive Modest EPS Beat," by Chris Schott, *et al.*, JPMorgan, analyst report, 23 July 2008, p. 6.**

---

[55] "Weak Dollar, Foreign Sales Boost Drugmakers," by Linda A. Johnson, *Associated Press*, 23 July 2008.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report** _

"Risks to our Neutral rating include: meaningful progression of Pfizer's mid- to late stage pipeline (positive), a mid- to large-scale acquisition (positive), withdrawal of Chantix (negative), a boxed warning for Lyrica (negative), and a dividend cut (negative)."

**"FX, Cost Control Drive Modest EPS Beat," by Chris Schott, _et al._, JPMorgan, analyst report, 23 July 2008, p. 7.**

"**Limited Downside, Pipeline/Acquisitions Could Provide Significant Upside**

Maintaining our BUY rating. Our twelve-month price target of $30 is based on the shares trading up to a target multiple of 11.7 x our '09 forecast of $2.54, which assumes that the company takes some strategic action (acq) which improves LT EPS persistency via diluting Lipitor, and adding earnings synergies at the beginning of the next decade when Lipitor's patents expire. … Recent actions to significantly reduce corporate overhead, and increase LT EPS visibility are clearly a positive, but need to be followed by strategic initiatives, namely acquisitions, which could lead to longer-term visibility, and are necessary to enhance the multiple."

**"2Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 July 2008, p. 1 (emphasis in original).**

72. A Hilliard Lyons analyst reported rumors that Pfizer was interested in a large biotechnology acquisition.

"Pfizer has a large number of products in development, but few in the late stages, so the company needs to replenish its pipeline. We also look for cash-rich Pfizer to continue pursuing complementary acquisitions, licensing, and research collaborations to accomplish this. Rumors of a large biotechnology acquisition have surfaced, but no action has yet been evident."

**"Second Quarter Revenue Above Expectations," by Stephen A. O'Neil, Hilliard Lyons, analyst report, 23 July 2008, p. 5 [PFE-JONES 00022879].**

73. Following the Company's Q2 2008 earnings announcement, analysts commented that Pfizer's dividend yield was too high to sustain, and that the dividend would be at risk especially if the Company were to make a large acquisition.

"We view the downside in PFE's shares as potentially limited by the current high dividend yield, and actually believe that the current yield is too high, and implies some lack of integrity to the dividend which is

25

significantly misplaced given the company's strong balance sheet and cash flows. We see the dividend as supporting price appreciation up to the $20 level."
**"2Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 July 2008, p. 5.**

"**Bottom line:** We believe PFE's current dividend is reasonably insulated through 2012, assuming no major new developments (mega-merger, negative legal or product developments), but PFE's long-term business challenges remain substantial. Our 2007-12E EPS CAGR is the group's lowest at -1% (from -2% previously) due to the impact of exclusivity losses & limited visibility on the revenue replacement potential of its pipeline products.

…

**Dividend likely safe through 2012, assuming no major shocks or mega-mergers.**"
**"Sales & EPS Raised in 2011-12 But Still-Negative Outlook Keeps Us on Sidelines," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 11 August 2008, p. 1 [PFE-JONES 00023115] (emphasis in original).**

8 August 2008: Pfizer Files Its Form 10-Q with the SEC

74. In its Form 10-Q for the second quarter 2008, Pfizer noted the DOJ's ongoing investigation into the Company's Bextra-related marketing practices. Pfizer also stated that the DOJ was investigating the marketing practices of other drugs, a departure from the narrower language contained within prior 10-Ks.

"The Department of Justice continues to actively investigate the marketing and safety of our COX- 2 medicines, particularly Bextra, and more recently has begun to investigate the marketing of certain other drugs. These investigations have included requests for information and documents. We have been considering various ways to resolve the COX- 2 matter, which could result in the payment of a substantial fine and/or civil penalty."
**Pfizer Inc., Form 10-Q for the Quarter Ended 29 June 2008, filed 8 August 2008, p. 39.**

75. On 19 August 2008, a Cowen & Company analyst noted the 10-Q's updated language concerning the DOJ investigation.

26

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "Bextra DOJ Investigation. PFE is considering ways to resolve DOJ's investigation into Bextra's marketing and safety, which could result in payment of a substantial fine and/or civil penalty."
> **"What's New In The 10-Q?" by Steve Scala, *et al.*, Cowen and Company, analyst report, 19 August 2008, p. 1.**

September 2008:  Despite Low Valuation, Analysts Neutral on Pfizer

76.   Pfizer shares continued to trade at a 40% discount to its peers in September 2008. Analysts considered such a discount warranted, however, because of the pending patent cliff.

> "**Valuation: Suggesting Limited Downside.** Pfizer faces greater generic challenges than any company in recent memory, and we believe the shares reflect extremely low market expectations, trading at a 40% discount to the group at 7.7x '08 EPS. Limited near-term catalysts coupled with decelerating scripts for key products Lyrica and Chantix leave us Neutral on Pfizer shares."
> **"JAK3: Intriguing Phase IIb Data But Several Questions For ACR," by Chris Schott, *et al.*, JPMorgan, analyst report, 15 September 2008, p. 2.**

77.   Later in September, as part of a large research reshuffling, Pfizer announced that it was planning to abandon heart-drug development.[56] An analyst from Credit Suisse wrote that this change could portend a significant announcement such as a large acquisition.

> "A broader interpretation of the situation is that Pfizer is closer to making meaningful change in its structure, capabilities and offerings. Combined with the notion that time is marching on and the string of patent losses is getting closer, the story may signal even bigger [near-term] future announcements.  Dramatic changes could come in the form of a large acquisition, company break-up or even a combination of the two where new companies are created post acquisition of another entity, allowing the component parts to be more desirable than a simple carve up of Pfizer. This may sound extreme, but challenging times call for dramatic measures.
> …
> In our March 2008 note 'Is Pfizer Doing What Matters?' we explored strategic implications of a large acquisition and a company break-up."
> **"Truth Be Told," by Catherine J. Arnold, *et al.*, Credit Suisse, analyst report, 30 September 2008, p. 1.**

---

[56] "Pfizer Plans to Abandon Heart-Drug Development," by Shirley Wang and Joann Lublin, *The Wall Street Journal,* 30 September 2008.

27

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

October 2008: Q3 2008 Earnings Preview

78.  In previewing Pfizer's Q3 2008 earnings results, Pfizer's looming patent cliff continued to concern analysts.  One analyst considered the Company's shares "high risk" on account of the increased likelihood that Pfizer would need to repatriate cash, which in turn would increase the Company's tax rate and lower its EPS.

> "We expect operating leverage from the ongoing cost cutting plan to continue to play an important role in the quarter. We believe that PFE could also announce an additional cost reduction plan. We believe that cost rationalization is not sufficient to address the troubles facing PFE (challenges to the base business/ negative US cash flow position); however, it positions the company better to face the upcoming patent cliff (42% of US pharma sales/$9.2B in sales)."
> **"3Q08 Preview: Focus on US Operating Performance," by John Boris, *et al.*, Citigroup, analyst report, 16 October 2008, p. 3 [PFE-JONES 00023742].**

> "**Key Issues and Opportunities:** 1) Negative US cash flow require repatriation thus increasing PFE tax rate; $3.5B increase in short-term debt in 1H08 raised PFE ST borrowing to $9.5B …"
> **"3Q08 Preview: Focus on US Operating Performance," by John Boris, *et al.*, Citigroup, analyst report, 16 October 2008, p. 4 [PFE-JONES 00023743].**

> "We rate Pfizer shares High Risk given the continued deterioration of the base business in the US & negative US cash flow position."
> **"3Q08 Preview: Focus on US Operating Performance," by John Boris, *et al.*, Citigroup, analyst report, 16 October 2008, p. 9 [PFE-JONES 00023748].**

> "PFE shares appear well-positioned to weather market volatility based on valuation (operating cash flow yield of 14%; dividend yield of 7.9%) but a major downsizing or acquisition is necessary, in our view, to drive shareholder value (a combination of both would deliver the most shareholder value)."
> **"Sales & EPS Reduced in '08-'12 Reflecting Fx & Q3 Rx Trends," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 16 October 2008, p. 1 [PFE-JONES 00023753].**

28

79. Ahead of Pfizer's Q3 2008 financial results, Leerink Swann cut their earnings forecast for FY 2009 due to a reversal in FX trends. The Leerink Swann analyst asserted that a $1.5 billion increase in FY 2008 revenue due to the impact of foreign exchange would completely reverse, leading to a $1.5 billion decrease in FY 2009 revenue. That is, the total impact of the FX swing would be $3.0 billion. The analysts also lowered their 2009 interest income estimate by $350 million.

> "'08-'12 sales & EPS ests tempered on lackluster Rx trends & Fx headwind. We cut sales by $335M in '08 & by up to $1.9B in '09-'12. We estimate that Fx will add $1.5B to the top line in '08. As of 10/14/08, Fx would fully reverse in '09, in our view & is now reflected in our revised ests.
> …
> These changes along with reduced interest income reflecting declining interest rates on treasuries were partially offset by operating expense reductions, which we expect to at least mirror PFE's sales trajectory."
> **"Sales & EPS Reduced in '08-'12 Reflecting FX & Q3 Rx Trends," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 16 October 2008, p. 1 [PFE-JONES 00023753].**

> "**Lowering '08-'12E sales & EPS on continued Rx & Fx weakness.** We cut sales by $335M in '08 & by up to $1.9B in '09-'12 reflecting disappointing Rx trends & continued strength in the dollar versus most global currencies. At current exchange rates, we expect the entire $1.5B or currency-related sales gains to reverse in '09."
> **"Sales & EPS Reduced in '08-'12 Reflecting FX& Q3 Rx Trends," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 16 October 2008, p. 2 [PFE-JONES 00023754] (emphasis in original).**

<u>17 October 2008: Pfizer Agrees to Pay $894 million to Settle Certain Legal Cases Involving Bextra</u>

80. On 17 October 2008, Pfizer agreed to pay $894 million to settle personal injury and consumer fraud claims involving Bextra.[57]

---

[57] "Pfizer Inc - Pfizer Reaches Agreements in Principle to Resolve Litigation Involving Its NSAID Pain Medications ; $894 Million Settlements To Resolve Personal Injury Cases, Consumer Fraud Cases and State Attorneys General Claims," *Business Wire*, Company press release, 17 October 2008.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "As a result of the settlement, Pfizer said it plans to take a pre-tax charge
> of $894 million, or $640 million after taxes, on its third-quarter earnings.
> Pfizer is scheduled to release its earnings report next Tuesday."
> **"Pfizer To Take $894 Million Charge For Legal Settlement," by Val Brickates**
> **Kennedy, *MarketWatch*, 17 October 2008.**

> "The New York drug maker said Friday it reached agreements in principle
> to resolve personal-injury cases, consumer-fraud cases and claims by state
> attorneys general regarding Bextra, which Pfizer pulled from the market in
> 2005.  In addition, claims surrounding Celebrex - which remains on the
> market - will be resolved following what Pfizer described as 'key court
> rulings.' Pfizer said the settlement is expected to resolve about 90% of the
> personal-injury cases for both Celebrex and Bextra."
> **"WSJ: Pfizer To Settle Celebrex, Bextra Suits For $894M," by Peter Loftus, *Dow***
> ***Jones Newswires*, 17 October 2008.**

21 October 2008:  Q3 2008 Earnings Announcement and Conference Call

81.   On 21 October 2008, prior to the start of trading, Pfizer announced financial results for Q3
      2008.[58] The Company's EPS of $0.62 for the quarter was $0.02 above consensus
      estimates.[59]

> "For third-quarter 2008, Pfizer posted adjusted revenues of $12.2 billion,
> an increase of 2% compared with $12.0 billion in the year-ago quarter. …
> Adjusted revenues were positively impacted by foreign exchange and the
> solid performance of many key products, and negatively impacted by the
> loss of U.S. exclusivity of Norvasc, Zyrtec and Camptosar.  For third-
> quarter 2008, Pfizer recorded adjusted income of $4.2 billion, an increase
> of 5% compared with $4.0 billion in the year-ago quarter, and adjusted
> diluted EPS of $0.62, an increase of 7% compared with $0.58 in the year-
> ago quarter."
> **"Pfizer Inc - Pfizer Reports Third-Quarter 2008 Results; …" *Business Wire*,**
> **Company press release, 21 October 2008, 7:00 AM.**

---

[58] "Pfizer Inc - Pfizer Reports Third-Quarter 2008 Results," *Business Wire*, Company press release, 21 October
2008, 7:00 AM.
[59] "Drugmaker Pfizer Posts Big Jump In 3Q Profit Due To Charge A Year Ago, But Sales Are Flat," by Linda A.
Johnson, Associated Press Newswires, 21 October 2008.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

82. During the conference call with investors that day, Mr. Kindler was asked if his thinking regarding an acquisition had changed. Not only was Mr. Kindler's response different than on previous conference calls, he acknowledged that the Company was considering an acquisition, stating that they were "engage[d] in a very robust and ongoing process to constantly look at all opportunities."

> "[Jeff Kindler - Pfizer CEO]: We have been clear that focused business development have continued to be an important enabler of all of our growth strategies, and we've said before that we are open to all opportunities and we never say never. I can tell you that under Bill Ringo's leadership, we engage in a very robust and ongoing process to constantly look at all opportunities. And in that process we are always taking account of the very dynamic landscape and the challenges and the opportunities that the environment may create. But while the environment changes, the fundamentals don't change and the considerations I have outlined previously still apply to any deal, large or small. First, it has to have strategic value. The price must be right. It must – we must manage the disruption and risks to productivity. In short, it must create shareholder value and none of that has changed. As the environment changes, we continue to observe and monitor very carefully and review those opportunities on a constant basis."
> **"PFE - Q3 2008 Pfizer Earnings Conference Call,"** *Thomson StreetEvents*, **21 October 2008, p. 9.**

83. Analysts noted that Mr. Kindler's response had changed significantly from his comments earlier in the year.

> "PFE is a low expectation, low valuation name offering a high dividend yield of just over 7%, with little 'event risk' in the near-term as best we can tell. The most troubling aspect of the story is the massive patent 'cliff' PFE faces that will put its earnings growth from 2012-2015 into sharply negative territory. It will likely be difficult for PFE to effectively replace these lost revenue streams, suggesting that a merger or acquisition may lie in the company's future. Earlier in the year, CEO Jeff Kindler suggested that no major deal was likely, but now the company seems to suggest that all options are open."
> **"Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2009 Given USD Strengthening," by Tim Anderson, *et al.*, Bernstein, analyst report, 22 October 2008, pp. 1-2 [PFE-JONES 00023965-66].**

31

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

> **"Limited downside, pipeline/acquisitions could provide significant upside**
> Maintaining our BUY rating. Our 12-month price target of $25 is based on the shares trading up to a target multiple of 10x our '09 forecast of $2.53, a discount to the drug group and the market, which we view as appropriate given the substantial challenges to the company's long-term growth prospects. Our target multiple assumes that the company takes some strategic action which improves LT EPS persistency, or pipeline progress, which would dilute Lipitor, and add to earnings at the beginning of the next decade when Lipitor's patents expire. … Recent actions to significantly reduce corporate overhead and increase LT EPS visibility are clearly a positive, but need to be followed by strategic initiatives, namely acquisitions, which could lead to longer-term visibility, and are necessary to enhance the multiple."
> **"Still Paying Dividends, Reiterate Buy," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 21 October 2008, p. 1 (emphasis in original).**

84.    When asked about the current dividend, Mr. D'Amelio reassured investors that Pfizer could continue to fund the dividend with cash flow from operations, barring any significant events (*e.g.*, an acquisition).

> "[Frank D'Amelio - Pfizer CFO]: Let me hit the dividend item first and just say as we have said before, certain significant events aside, we expect to generate sufficient cash flow to fund the dividend, at least at current levels on a going forward basis. That's what we have said previously. That's obviously where we continue to be."
> **"PFE - Q3 2008 Pfizer Earnings Conference Call,"** *Thomson StreetEvents*, **21 October 2008, p. 11.**

85.    Analysts continued to assess Pfizer's ability to fund the dividend into the future.

> "Near term earnings and the company's recent steps to reorganize business units and prioritize development areas are incrementally positive, but are overshadowed by PFE's need to take major strategic action to address its patent cliff problem.  Such strategic action could involve a major reduction in cost structure (well beyond the $250 MM increase in guidance), a large acquisition, a breakup of the company, or a combination of the latter two options.  PFE reaffirmed its commitment to continued funding of the dividend 'at least at current levels,' but absent a major strategic move, we remain concerned that dwindling of US cash balances will make the dividend harder to sustain in the patent cliff period."
> **"Cost Savings On Track; Next Act, Products?" by Catherine J. Arnold,** *et al.*, **Credit Suisse, analyst report, 21 October 2008, p. 1.**

32

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

86. Analysts noted that Pfizer's year to date financial results had benefited from currency tailwinds (*i.e.*, a weak USD), but that trend was likely to reverse, and such a reversal could have a material impact on FY 2009 EPS.  Based on the expected currency headwind, Bernstein lowered its FY 2009 EPS estimate by $0.15 per share.

> "The foreign exchange tailwind that has helped all USD-denominated companies for the last many quarters appears to be over. If rates hold steady from here, a negative impact on reported results will be seen as soon as 4Q'08. PFE will likely be more exposed than about half of the 10 US and European drug names we cover because it relies only on 'natural' hedging, meaning it does not actively hedge against currency swings. This quietly helped EPS when the USD was weak, but will now start to reverse. During Q3, FX added 5c (or 8%) to quarterly results. Our estimate is that current FX trends- when we carry them forward -will adversely impact our 4Q EPS estimate by around 2c, and our 2009 EPS estimate by around 15c. This is predicated on roughly 60% of the revenue impact from FX changes to revenues falling through to operating income. PFE declined to comment on what the impact could be on 2009 at current rates. Our new estimates are tabulated in Exhibit 3. Briefly, our 2008 fully diluted adjusted EPS estimate goes to $2.36 from $2.38; 2009 goes to $2.46 from $2.61; and 2010 goes to $2.67 from $2.84."
> **"Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2009 Given USD Strengthening," by Tim Anderson, *et al.*, Bernstein, analyst report, 22 October 2008, p. 3 [PFE-JONES 00023967].**

> "**EPS Upside Driven By Foreign Exchange**
> Pfizer's 2008 results have benefited from the YOY weakness in the dollar, a trend that looks to reverse itself starting in 4Q/08."
> **"3Q Results: Good, Not Great; Waiting For LT Cost Clarity," by Chris Schott, *et al.*, JPMorgan, analyst report, 21 October 2008, p. 2 (emphasis in original).**

> "PFE anticipates there could be a modestly negative Fx impact in the fourth quarter (based on current Fx rates) and that assumption is included in the company's guidance, as well as our forecasts."
> **"Still Paying Dividends, Reiterate Buy," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 21 October 2008, p. 2.**

87. Analysts covering Pfizer continued to demonstrate impatience with management's failure to address the pending revenue loss and sharp negative earnings growth facing the Company.  Moreover, analyst commentary shows a lack of communication between investors and management concerning the Company's long term strategy and direction.

33

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

"We believe investors are still seeking to identify and understand the company's longer term strategy. Although Kindler states that 'strategies are clear and well understood by colleagues', we do not believe that's the case for the investment community. Unanswered questions still remain regarding the company's cash position and additional savings initiatives. We hope that Pfizer's 'new' management team will provide us with some direction soon."

**"PFE -OK 3Q08 but Needs Some Direction," by C. Anthony Butler, Barclays, analyst report, 22 October 2008, p. 1 [PFE-JONES 00023950].**

"Some analysts have said Kindler, in his two years at the helm of Pfizer, has been too cautious in buying companies or products that could help replace Lipitor. 'Clearly he hasn't done anything radical and I think that's what people are looking for,' said Natixis Bleichroeder analyst Jon LeCroy. LeCroy said investors are growing increasingly impatient with Pfizer and Kindler since company shares are trading at 11-year lows, having tumbled 26 percent in the past 12 months. Although Pfizer deems its cash flow and cash holdings as adequate to protect its industry-topping dividend, some analysts say more of it should be used to buy drugmakers or their products. 'The most troubling aspect of the story is the massive patent 'cliff' Pfizer faces that will put its earnings growth from 2012-2015 into sharply negative territory,' Sanford Bernstein analyst Tim Anderson said in a research note on Tuesday."

**"Update 4-Pfizer Cost Cuts Help, But Street Pines For Deals," *Reuters*, 21 October 2008.**

"The company faces a significant patent cliff that we believe limits investor confidence in the company's long-term earnings growth, losing patent protection on products with current annual branded sales of $18.4 billion between 2010 and 2012."

**"3Q Results: Good, Not Great; Waiting For LT Cost Clarity," by Chris Schott, *et al.*, JPMorgan, analyst report, 21 October 2008, p. 4.**

"We expect PFE will continue to outperform in the NT on the merits of its high div yld and strong balance sheet, but LT EPS visibility will likely only improve via acquisitions and progress on the pipeline which are critical to multiple expansion. The div yield and price appreciation potential support our Buy."

**"3Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 21 October 2008, p. 1.**

"Although CEO Kindler stated that 'strategies are clear and well understood by colleagues', we do not believe that's the case for the investment community. Unanswered questions still exist regarding the company's cash position- where does the cash reside? What is PFE's business development (M&A) plan? Can the company continue to pay the

34

> dividend and how? … We hope in the next few months that Pfizer's 'new' management team will provide us with some sort of meaningful, longer-term direction."
> **"PFE -OK 3Q08 but Needs Some Direction," by Anthony Butler, Barclays, analyst report, 22 October 2008, p. 2 [PFE-JONES 00023951].**

November 2008 through December 2008:  Long-Term Growth Visibility Remains Low and Acquisition Rumors Heat Up

88.    Midway through the fourth quarter, despite Pfizer's low valuation and attractive current dividend yield, analysts remained neutral on the stock until management provided better growth visibility.

> "**We rate Pfizer as Neutral.** Roughly 50% of PFE's current top-line (~$24 billion) will lose patent protection by 2012, & there isn't enough visibility on how PFE will plug this hole & generate top-line growth. While the R&D pipeline is novel, it is mostly early stage, & even if fully successful, will be inadequate. There is also risk of meaningful operating margin compression post Lipitor's patent expiry (2011). While the downside in PFE may be limited in the near-term – given decent comfort on the earnings front, coupled with an attractive dividend yield (~7.5%) & a low valuation (~7x), we expect the stock to be range-bound until top-line growth visibility improves (not expected anytime soon)."
> **"Lightens Up on Obesity Drug- Unsurprising," by Roopesh Patel and Keyur Parekh, UBS, analyst report, 6 November 2008, p. 2 [UBS-0000067] (emphasis in original).**

89.    Initiating coverage on Pfizer, an analyst from Goldman Sachs stated that Pfizer stock would underperform if it did not take "bold action," speculating that, the announcement of an acquisition would spur performance in the Company's stock price.

> "**PFE would underperform absent bold action**
> Pfizer has potential to create value by breaking up or merging with another large pharma or biotech as a first step to more radical restructuring. But absent bold action, we expect significant EPS contraction post-2011 and stock underperformance and would question the sustainability of the dividend post-2011."
> **"Initiation On Large-Cap Pharma: Dramatic Change Is Imperative," by Jami Rubin, *et al.*, Goldman Sachs, analyst report, 6 November 2008, p .1 [PFE DERIV 01138119] (emphasis in original).**

> "Stocks of acquiring companies may even go up, even if a deal is near-term dilutive, if the acquisition leads to visibility into long-term growth."
> **"Initiation On Large-Cap Pharma: Dramatic Change Is Imperative," by Jami Rubin, *et al.*, Goldman Sachs, pharmaceuticals analyst report, 6 November 2008, p. 22 [PFE DERIV 01138140].**

> "Hence, radical transformation, including break up, spin, and (better yet) merger that leads to massive restructuring as a first step to an eventual breakup, appears to be the clearest path to outperformance over the next several years."
> **"Incremental Steps Are Not Enough - Initiate With A Sell," by Jami Rubin, *et al.*, Goldman Sachs, analyst report, 6 November 2008, p. 1 [PFE DERIV 01138153].**

90. Further, Goldman suggested that Wyeth would be a particularly good acquisition target for Pfizer. This was because Pfizer's portfolio had no vaccines or biological assets, while Wyeth's biological and vaccine assets are the "most attractive businesses in the global drug sector."

> "We therefore advocate a large merge-to-spin strategy that could lead to an eventual break-up into smaller, separately traded companies along logical therapeutic lines. For example, Pfizer's portfolio has no vaccines and biologicals, which represent 40% of Wyeth's current revenues."
> **"Incremental Steps Are Not Enough - Initiate With A Sell," by Jami Rubin, *et al.*, Goldman Sachs, analyst report, 6 November 2008, p. 3 [PFE DERIV 01138155].**

> "We expect managers to take a hard look at their current business portfolios over the course of the next several years. As we get closer to the patent cliff, we think the probability will rise that some action will be taken. We have a high degree of confidence that strategic action in the sector will involve Wyeth and Bristol-Myers."
> **"Initiation On Large-Cap Pharma: Dramatic Change Is Imperative," by Jami Rubin, *et al.*, Goldman Sachs, pharmaceuticals analyst report, 6 November 2008, p. 3 [PFE DERIV 01138121].**

91. Later in November, a Deutsche Bank analyst reported that the environment for pharmaceutical acquisitions was ripe. Like other contemporaneous commentary, the Deutsche Bank report noted that companies such as Pfizer should use their large cash holdings to bolster future revenues. According to that same report, another key reason to look to acquire was the benefit of holding cash (*i.e.*, interest income) was *de minimus*. Pfizer was named as a possible acquirer, and Wyeth as an acquiree. Because of the lack of

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

long term visibility, the analysts stressed that timeliness was an important factor for such an acquisition.[60]

> "**Thought Leading: converting cash into future revenues**
> We expect that pharma will have to move aggressively to convert its cash and strong balance sheets into revenues and earnings to fill the void in the cliff period via M&A and mergers of equals, which will likely also serve to reduce unsustainable substantial inefficiencies in the pharma/biotech model.
> **We believe the most progressive companies may be BMY, PFE and MRK**
> In an environment of potentially increased M&A, investors may prefer to own potential acquirees rather than possible acquirors, although fundamental risks and valuation must be considered. In our US pharma universe, we believe that the potential acquirors are MRK and PFE and the acquirees could be BMY and WYE."
> **"Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 1 [PFE-JONES 00024429] (emphasis in original).**

> "Since many of the acquisitions may be made with cash, the opportunity cost associated with de minimus interest income is at a historical low. The companies most likely to make acquisitions that could significantly enhance their long term outlook, in our view, are PFE, MRK. and BMY. The companies most likely to be acquired are BMY. WYE. AMGN, and GILD in our assessment."
> **"Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 4 [PFE-JONES 00024432].**

92. Not only did the analysts from Deutsche Bank consider the scenario that Pfizer would purchase Wyeth, due to the deal's significant synergies, they estimated Wyeth's pro forma price to be $50.00 per share, or ~$68 billion.[61] As described below, this amount is almost identical to the deal's actual offer price when it was agreed upon in January 2009.

---

[60] "Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 7 [PFE-JONES 00024435].
[61] "Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 7 [PFE-JONES 00024449].

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "This combination would also bring significant opportunities for merger synergies in both SG&A and R&D, and add platforms in much desired biologics and vaccines, as well as biologics manufacturing capabilities."
> **"Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 21 [PFE-JONES 00024449].**

93. Throughout the fourth quarter, there were pervasive expectations that Pfizer was looking to make an acquisition. That Pfizer was indeed conserving cash provided support for the belief that the Company was looking to make a large acquisition.

> "$12.2B in Cash Flow From OPS Generated Through 3Q08. PFE has generated 68% to 72% of its $17-$18B CF target. PFE deployed only $500M to repo shares ('08YTD) vs. $7.5B in the comparable period of '07. **PFE appears to be conserving cash for M&A as it sees the global drop in valuations making assets more attractive. PFE needs M&A to backfill its 2011-13 patent cliff**."
> **"3Q08 10Q Assessed -looking for New Adapting to Scale Initiative," by John Boris, _et al._, Citigroup, analyst report, 13 November 2008, p. 1 [PFE-JONES 00024344] (emphasis added).**

> "What we like. 1) Strong cash position. PFE has $26 billion in cash/investments, debt/cap of only 20% and we forecast $20B in annual free cash flow over the next few years. We look for M&A to increase to help fill the patent cliff."
> **"Focused on Cash Deployment Opportunities. Initiate at Buy," by Steven M. Lichtman, _et al._, Bank of America, analyst report, 14 November 2008, p. 1 [PFE-JONES 00024361].**

> "We don't believe cost cutting and the pipeline are enough to offset the generic impact. Monetizing the strong balance sheet is the key to substantial mitigation of the sales losses. From $2.38 in 2008, we look for EPS to trough in the $2.00 range in 2013. Pipeline successes, M&A and Asia penetration offer upside."
> **"Focused on Cash Deployment Opportunities. Initiate at Buy," by Steven M. Lichtman, _et al._, Bank of America, analyst report, 14 November 2008, p. 5 [PFE-JONES 00024365].**

94. In the latter part of the 3rd quarter, reports emerged that Pfizer was seriously vetting potential deals. Analysts continued to note that an acquisition would move the stock price higher.

38

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

"PFE is about in line with the group average on this metric with a cash ratio (estimated cash flow in/out) of 1.7x. We believe it reflects the flexibility for the company and group to pursue major M&A. We believe PFE has engaged heavily in vetting numerous deals and we wouldn't be surprised to see increased M&A over the next 12 months."
**"Dividend Announcement Likely Next Week: We Expect Sustainability," by Steven Lichtman,** *et al.***, Bank of America, analyst report, 10 December 2008, p. 4 [PFE-JONES 00024586].**

"From here, PFE shares are likely to be supported by a $5.0bln (~5% of float) share repurchase that was largely intact going into Q4. We see the stock moving higher as: 1) a significant M&A target is identified, 2) the late-stage pipeline shows advances, 3) further operational streamlining initiatives are taken, and 4) a seemingly directionless management team is either replaced or prodded into action."
**"Initiating Coverage With a Buy: Risk/Reward Compelling as Bad News Priced In," by Manoj Garg, Soleil, analyst report, 10 December 2008, p. 1 [PFE-JONES 00024596].**

95. Market commentary skeptical about the stability of Pfizer's dividend also continued.

"We did not discuss the dividend with D'Amelio. But we note that at Pfizer's March 2008 analyst meeting he stated that the company was committed to the dividend. We continue to expect Pfizer to maintain its dividend (barring any transformative transaction or financial re-engineering)."
**"Quick Comments From Our CFO Meeting," by David Risinger,** *et al.***, Merrill Lynch, analyst report, 3 December 2008, p. 1 [PFE-JONES 00024547].**

"We believe the dividend can be maintained. With more cash outside the U.S. than in and cash flow in the U.S. slower, investors are concerned about the sustainability of the dividend or the negative P&L implications of attempts to maintain the dividend. While even those concerned about the dividend are focused longer term and not on '09, we believe a reaffirmation of the dividend will be a positive catalyst."
**"Dividend Announcement Likely Next Week: We Expect Sustainability," by Steven M. Lichtman,** *et al.***, Bank of America, analyst report, 10 December 2008, p. 1 [PFE-JONES 00024583].**

"There are several options for PFE to help offset this U.S. cash shortfall including repatriating monies from overseas and borrowing. Borrowing would be the better option, in our view. At a 4% interest rate, we estimate the EPS impact of borrowing would be $0.03 in 2012 (only 1% of EPS) and $0.02 in 2013 (3% of EPS) to fund the shortfall. Repatriating the cash

from a lower tax region, on the other hand would cost according to our
analysis $0.18 in 2012 (8%) and $0.12 in 2013 (21 %). We estimate the
difference in the tax rate U.S. versus OUS is about 23% (35% U.S. and
13% OUS)."
**"Dividend Announcement Likely Next Week: We Expect Sustainability," by Steven
M. Lichtman, *et al.*, Bank of America, analyst report, 10 December 2008, pp. 3-4
[PFE-JONES 00024585 - 86].**

7 November 2008:  Company Identified Wyeth As Best Fit for Acquisition

96. Internal email communications dated 7 November 2008, estimated that investors were in
favor of a "significant merger/acquisition" by a 4 to 1 margin, with the understanding that
such a transaction would result in a dividend cut.  According to market commentary around
this time, Wyeth was considered the best fit.

> "Sentiment has clearly shifted more in favor of PFE entering into a
> significant merger/acquisition with a clear understanding that a significant
> transaction would almost certainly result in a reduction (but not
> elimination) of the dividend. I would estimate the current sentiment is 4 to
> 1 in favor of pursuing the appropriate large acquisition. Below are
> required 'deliverables' cited by those who support pursuing an acquisition
> as well as reasons cited by those not supportive of pursuing a significant
> acquisition."
> **"Current Investor Sentiment Regarding A Transformational Acquisition,"
> Company email to Jeff Kindler; from Chuck Triano, dated 7 November 2008 [PFE-
> JONES 00038193].**

> "Companies cited as 'best fit' to achieve requirements above include, in
> rank order, Wyeth, BMS, Amgen and (infrequently) Biogen Idec."
> **"Current Investor Sentiment Regarding A Transformational Acquisition,"
> Company email to Jeff Kindler; from Chuck Triano, dated 7 November 2008 [PFE-
> JONES 00038194].**

97. Chuck Triano, Head of Investor relations for Pfizer, stated that this step was one that many
investors had been waiting for, although he feared a clientele effect due to investor rotation.
As such, Mr. Triano recommended cutting the dividend to 3.5% as optimum.

> "Note regarding dividend:
> We have done some analysis that suggests a dividend reduction to 3.5%
> puts approximately 45 million PFE shares 'at risk'. Reduction of the yield
> to the 2-3% range would put nearly 710 million shares at risk. While a
> dividend reduction would alienate some yield investors who would sell the
> stock for that reason alone, the identified threshold yield of 3.5% yields
> the least pain. All things being equal the offset to losing some pure yield

40

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

investors would be demand from those investors would be attracted to the transaction as it represents the significant strategic step many investors have been waiting for (although clearly many play that by buying shares of the target company).”

**"Current Investor Sentiment Regarding A Transformational Acquisition,"**
**Company email to Jeff Kindler; from Chuck Triano, dated 7 November 2008 [PFE-JONES 00038194].**

<u>7 November 2008:  Pfizer Files Its Form 10-Q with the SEC</u>

98.  On 7 November 2008, Pfizer filed is Form 10-Q for the third quarter 2008.  As previously announced, Pfizer took an $894 million charge in the quarter to settle personal injury claims, along with other matters.  Pfizer noted that the 3rd quarter settlement did not apply to the pending DOJ investigation concerning its marketing of Bextra.

“The settlement agreements and agreements in principle and the charge to earnings do not … apply to the pending investigation by the Department of Justice of the marketing of the Company's COX- 2 medicines, particularly Bextra. The Department of Justice investigation could result in the payment of a substantial fine and/or civil penalty.
**Pfizer Inc., Form 10-Q for the Quarter Ended 28 September 2008, filed 7 November 2008.**

<u>16 December 2008:  Lyrica Label Change</u>

99.  On 16 December 2008, the FDA ordered Pfizer to amend Lyrica's warning label for the increased risk of suicidality.  Ten other drugs used to treat epilepsy and certain other psychiatric disorders were required to add a similar warning.

“The Food and Drug Administration will order new warnings about an increased risk of suicidal thoughts and behaviors associated with 11 drugs used to treat epilepsy and certain psychiatric disorders. The agency will require the makers of the drugs to include the warnings in drug labels and in a medication guide given to patients who fill the prescriptions. The warnings, however, will not be placed in a so-called 'black box,' which is considered the agency's toughest warning, an agency source said Tuesday. The drugs include Topamax by Johnson & Johnson (JNJ), Lamictal by GlaxoSmithKline PLC (GSK), Pfizer Inc.'s (PFE) Lyrica and Neurontin and Novartis AG's (NVS) Tegretol and Trileptal. Topamax is also approved to treat migraines while Lyrica is approved to treat certain pain conditions from diabetes, shingles and fibromyalgia.”
**"FDA To Boost Suicide Warnings On Epilepsy Drugs," by Jennifer Corbett Dooren,** *Dow Jones Newswires***, 16 December 2008.**

41

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

January 2009:  Investors Clamoring for a Deal

100. In January 2009, analysts continued to suggest that a large acquisition would be the only way for Pfizer to grow.  In fact, an analyst from Goldman Sachs argued that "radical change" was imperative, and that they expected such a change to be announced shortly. Many other analysts suggested that an acquisition would be accretive to Pfizer's share price.

> "M&A Needed to Reposition the Company. We project 5-yr ('08-13) sales growth of -3% for PFE on a stand-alone basis. On M&A, PFE's CEO indicated his interest in a 'big' acquisition, with 'the real goal to grow revenues.' We have consistently maintained our view that ongoing cost rationalization initiatives are helpful (more expected on 1/28/09 4Q08 call), however PFE needs to do a large scale acquisition to address its 2011-13 patent cliff ($9.2B / 42% of US pharma division sales). PFE has $34.4B ($26B in cash/ST Investments) on its balance sheet and is conserving cash (PFE did not repo shares in 10/3Q:08; the last quarter in which PFE did not repo shares was 2Q:2000)."
> **"Our Thoughts on Price Increases, Rebates &M&A," by John Boris, *et al.*, Citigroup, analyst report, 6 January 2009, p .1 [PFE-JONES 00024717].**

> "We believe PFE shares, trading at a 25% discount to US. pharma on '09E EPS, currently reflect our five-year (2008-13E) & seven-year (2008-15E) EPS CAGRs of -5% & -4 %, respectively. PFE shares appear well-positioned to weather market volatility based on valuation (operating cash flow yield of 14%; dividend yield of 7%), but a major downsizing or acquisition is necessary, in our view, to drive shareholder value."
> **"Good for Defense, But Long-Term Outlook Requires Better Offense," by Seamus Fernandez and Kathryn C.  Alexander, Leerink Swann, analyst report, 8 January 2009, p. 1 [PFE-JONES 00024729].**

> "The imperative for radical change is higher than ever, and we believe that pressure is mounting on management to do something big and soon. Almost regardless of what precisely this action is, we believe the stock would respond positively to a sign of positive, dramatic change at Pfizer. Despite the company's decision not to raise its dividend (first time in 40 years), Pfizer's dividend yield remains the highest in the sector by over 200 bp, at 7.8%, providing near-term support for the stock. Key risks include significant restructuring or another mega deal without LT integration."
> **"Removing Pfizer from Americas Sell List," by Jami Rubin, *et al.*, Goldman Sachs, analyst report, 11 January 2009, p. 1 [PFE-JONES 00024742].**

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

101. Prior to the Company's release of Q4 and FY 2008 financial results, analyst expectations were for FX to have a detrimental impact on Pfizer's earnings results going forward.

> "Guidance will be provided and we would expect some commentary related to the impact of foreign exchange.
>
> Additional foci for investors during the 4Q call will likely include the following:
>
> Foreign exchange - Last quarter 59% of the company's revenue came from ex-US sources. While this has helped stabilize the company's challenges in the US (Chantix) over the past few quarters, the fx trend has reversed and will likely have a detrimental impact to both top and bottom-line performance.
>
> Guidance will be provided and we would expect some commentary related to the impact of foreign exchange."
> **"4Q and FY08 Earnings Preview," by Anthony Butler, Barclays, analyst report, 23 January 2009, p. 2 [PFE DERIV 00080288].**

23 January 2009:  Pfizer/Wyeth Deal Expected Near Term

102. On 23 January 2009, the *WSJ* reported that Pfizer was in talks to buy Wyeth, and that the two companies had been in discussions for months.  According to the article, the exact price of the acquisition had not been determined as of that day.  The authors did note, however, that transaction premiums in the sector averaged about 20% and based on Wyeth's market capitalization of $52 billion the "value of the deal would be well over $60 billion." [62]   Many analysts believed that such a deal was inevitable given the challenges that Pfizer and other companies in the sector faced.

> "Pfizer Inc. is in talks to acquire rival drug maker Wyeth in a deal that could be valued at more than $60 billion, said people familiar with the matter.
> …
> Pfizer, the world's largest drug maker by revenue, would likely use a combination of cash and stock for the acquisition. Details on price haven't

---

[62] "Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff, *The Wall Street Journal*, 23 January 2009.

43

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

been worked out, but Wyeth has a market capitalization of about $52 billion and premiums in the sector have averaged just over 20%. That would put the value of the deal at well over $60 billion."
**"Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff,** *The Wall Street Journal***, 23 January 2009.**

103. Because the deal would be financed through a combination of cash and stock, analysts believed that Pfizer would need to repatriate most of the $27 billion in cash reported on its balance sheet, resulting in a large tax hit.

"Pfizer alone had more than $27 billion in cash and equivalents on its balance sheet at the end of 2008, Goldman Sachs estimated in a recent note to investors. Analysts believe that most of that money is outside the U.S. and Pfizer would suffer a tax hit if the company repatriated the funds. Many in the industry have been waiting to see what Pfizer does before pursuing deals of their own."
**"Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff,** *The Wall Street Journal***, 23 January 2009.**

104. CNBC's David Faber reported that Pfizer was seeking $25 billion in financing, and would repatriate an undisclosed amount of cash to help pay for the deal.  Mr. Faber reported that an "agreement could come as soon as Monday."

"Pfizer Inc. (PFE) is expected to reach a deal in the 'near term' to acquire rival Wyeth (WYE), CNBC's David Faber reported Friday, citing sources close to the situation. An agreement could come as soon as Monday, he added. Pfizer is seeking $25 billion in financing for the cash portion of the deal, and will repatriate an undisclosed sum of money from overseas to help, as well. Earlier Friday, the Wall Street Journal reported that the pharmaceutical giants have been in talks for months about a deal that could be worth more than $60 billion."
**"Pfizer, Wyeth Deal Expected In 'Near Term' – CNBC's Faber,"** *Dow Jones Newswires***, 23 January 2009.**

105. Pfizer's stock responded positively to reports of an acquisition, despite the likelihood of a dividend cut to finance such a deal. Analysts speculated that the deal would be accretive for Pfizer and change the Company's profile from a dividend stock to a growth stock.

"The market appeared to welcome the deal yesterday, with Pfizer shares rising 1.4% to $17.45 and Wyeth shares jumping about 13% to $43.74."
**"WSJ: Pfizer Seen Paying $65B-$70B To Buy Wyeth – Sources," by Matthew Karnitschnig and Sarah Rubenstein,** *Dow Jones Newswires***, 23 January 2009.**

44

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

"How the deal impacts Pfizer's dividend likely would be a key concern to Pfizer shareholders. The acquisition would change the profile of PFE from a secure high dividend yielding stock to a potentially growth stock."
**"Quick Take: Combination Looks Solid For PFE Shareholders; Less So For WYE's," by Steve Scala,** *et al.***, Cowen and Company, analyst report, 23 January 2009, p. 1.**

"**Lowering dividend rating from same/higher to same/lower**
We are lowering our dividend rating on Pfizer's stock, because management has previously stated that it may not maintain the dividend if the company completes a large acquisition and the WSJ discussed a potential take-over of Buy-rated Wyeth. We changed our dividend rating from '7' ('same or higher') to '8' ('same or lower'). We note the stock's current dividend yield of 7.5% already implies concerns about a potential cut. We are not changing our stock rating of Buy at this time because we believe that the company's cost cutting opportunities could be greater than expected, and external transaction activities could be accretive to the company's long-term earnings outlook. We do not know if PFE will acquire WYE, nor do we know how it would finance a purchase. But it is possible that PFE lowers the dividend in conjunction with a large deal."
**"Shifting to More Conserv. Div Rating," by David Risinger,** *et al.***, Bank of America/Merrill Lynch, analyst report, 23 January 2009, p. 1 [PFE-JONES 00024845] (emphasis in orginal).**

"Our recent upgrade of Pfizer (see our note of January 11, 2009. Removing Pfizer from Americas Sell List) was predicated on our view that there is pressure building on management for the group to make a bold move and to do it soon and that the market would welcome it. The possible combination with Wyeth described in today's WSJ would be just such a move."
**"Potential Deal Makes Strategic Sense – Must Be a First Step," by Jami Rubin,** *et al.***, Goldman Sachs, analyst report, 23 January 2009 p. 1 [PFE DERIV 00080324].**

"As the companies have not confirmed these talks, we expect to comment more fully, as more information becomes available. We would expect both stocks to trade up on the WSJ report. Our price target is unchanged."
**"Potential Deal Makes Strategic Sense – Must Be a First Step," by Jami Rubin,** *et al.***, Goldman Sachs, analyst report, 23 January 2009 p. 1 [PFE DERIV 00080324].**

"PFE's current dividend yield is approximately 7.5%, and PFE has not been shy about saying consistently over the last few months that a major acquisition would likely compel at least a partial cut to its dividend."
**"Pfizer, Wyeth: Tie-Up Could Be Highly Accretive; But From There, PFE Becomes A Bond," by Tim Anderson,** *et al.***, Bernstein, analyst report, 23 January 2009, p. 2 [PFE-JONES 00024891].**

45

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

106. As several market participants had suggested over the last year, Pfizer needed to make a large acquisition to sustain growth, and because of potential synergies, Wyeth was generally viewed as the best possible acquisition candidate.

> "**WYE fits with mgmt's vision, but new model required** … PFE has stated that they want to transform Pfizer and become a much larger player in biological and vaccine products. Wyeth would fit the bill in our view because it offers significant synergy opportunities, and it is the fourth-largest biological/vaccine company in the world (behind Amgen, Genentech, and JNJ's Centocor division)."
> **"Shifting to More Conserv. Div Rating," by David Risinger, *et al.*, Bank of America/Merrill Lynch, analyst report, 23 January 2009, p. 1 [PFE-JONES 00024845] (emphasis in original).**

> "PFE management is under shareholder pressure to do something big in M&A, recently PFE has signaled a possibility of a deal, and WYE is among the most attractive large-cap pharma M&A candidates, in our view.
> …
> **Deal Might Result in Dividend Cut**
> We believe a deal this size might result in PFE cutting its dividend (a big attraction for current shareholders). Combined PFE+WYE have -$49bn in cash/inv and -$28bn in debt."
> **"WYE Deal Will Help; Doesn't Solve Problem," by Roopesh Patel and Keyur Parekh, UBS, analyst report, 23 January 2009, p. 1 [PFE-JONES 00024872] (emphasis in original).**

> "*The Wall Street Journal* is reporting that Pfizer has been in talks to buy Wyeth for the last few months, but that nothing is imminent. We have, for many quarters now, said that PFE essentially has no realistic way of replacing the many drugs that are scheduled to go generic apart from doing a mega-merger. We have also said that WYE is the best take-out candidate in our universe of 10 names -this has been one of our key investment themes with the name.
> …
> Investors in PFE need to appreciate one key point which is that PFE may well cut its dividend with a big transaction like WYE. PFE has a broad shareholder base, with many shareholders likely owning the name for its best-in-the-group dividend yield that is currently 7.4%. Management would likely feel that it is offering these shareholders better visibility through its upcoming patent 'cliff' which would serve as an offset to any dividend cut."
> **"Quick Take – Pfizer Buying Wyeth? Fits Our Thesis. Dividend At Risk?" by Tim Anderson, *et al.*, Bernstein, analyst report, 23 January 2009, p. 1 [PFE DERIV 00080318].**

46

"However, a $60B assumed acquisition price may be low, in our opinion, as we estimate accretion to our current PFE '10-'15 EPS estimates with or without synergies. **Combination of PFE & WYE P&L's is accretive for PFE with or without assumed synergies.**"
**"At $60B, We Estimate PFE/WYE Deal Accretive With or Without Synergies," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 23 January 2009, p. 1 [PFE-JONES 00024880] (emphasis in original).**

"Over the weekend, more specific details emerged so we have refined our model for the combined entity. Based on the new assumption of a $67B acquisition price for Wyeth, financed with $20B of cash, $25B of debt, and $22B of equity, the deal still remains accretive for Pfizer even with no synergies. We estimate that every $500MM of cost synergies equates to $0.05 of EPS accretion. Pfizer's 2007-12 and 2007-15 EPS growth rates would be improved post a transaction but the deal does not offset Pfizer EPS decline in 2011 and 2012 due to the Lipitor patent expiration. The new financing assumption assumes that Pfizer utilizes more cash but less PFE stock than we had initially assumed."
**"Quick Take: Combination Looks Solid For PFE Shareholders; Less So For WYE's," by Steve Scala, *et al.*, Cowen and Company, analyst report, 26 January 2009, p. 1.**

107. Separately, analysts from Bank of America/Merrill Lynch lowered their EPS estimates for 2009 and 2010 due to the weaker U.S. dollar and lower interest income.

"Modestly lowering Pfizer stand-alone EPS on financial items
We are modestly lowering our EPS estimates to reflect the weak dollar and lower interest rates. We lowered 2009E from $2.55 to $2.46 and 2010E from $2.68 to $2.58."
**"Shifting to More Conserv. Div Rating," by David Risinger, *et al.*, Bank of America/Merrill Lynch, analyst report, 23 January 2009, p. 3 [PFE-JONES 00024847].**

26 January 2009: Q4 and Fiscal Year Earnings Announcement and Conference Call; Pfizer Announces $2.3 Billion Fine; Pfizer Announces Definitive Agreement to Acquire with Wyeth

108. On 26 January 2009, prior to the start of trading, Pfizer announced financial results for Q4 and FY 2008.[63] The Company also announced financial guidance for FY 2009.[64] Pfizer's Q4 EPS declined by 90% to $0.04 per share compared to the same period a year earlier.

---

[63] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009, 6:29 AM.
[64] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009, 6:29 AM.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

The decline was due to the $2.3 billion charge to settle allegations of off-label marketing. The $2.3 billion charge was both pre-tax and after-tax, and equal to approximately $0.34 per share.[65]

> "For fourth-quarter 2008, Pfizer posted reported net income of $266 million, a decline of 90% compared with the prior-year quarter, and reported diluted EPS of $0.04, a decrease of 90% compared with the prior-year quarter. Fourth-quarter 2008 results were impacted by a $2.3 billion pre-tax and after-tax charge resulting from an agreement in principle with the Office of Michael Sullivan, the United States Attorney for the District of Massachusetts, to resolve previously disclosed investigations regarding allegations of past off-label promotional practices concerning Bextra, as well as other open investigations."
> **"Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009.**

> "[Frank D'Amelio: Pfizer CFO]: Reported net income was $266 million for the quarter compared with $2.7 billion in the year-ago quarter. The reported diluted EPS was $0.04 versus $0.40. These significant year-over-year decreases were primarily driven by a $2.3 billion pretax and after-tax charge resulting from an agreement in principle to resolve previously disclosed investigations regarding allegations of past off-label promotional practices concerning Bextra, as well as other open investigations. And to a lesser extent by the $1.2 billion pretax increase in restructuring and implementation charges related to cost-reduction initiatives, as well as the increased effective tax rate, which were partially offset by savings resulting from cost-reduction initiatives."
> **"PFE- Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Thomson StreetEvents*, 26 January 2009, p. 6.**

109. Analysts attributed the 90% decline in Pfizer's Q4 2008 EPS to the $2.3 billion fine.

> "Reported EPS declined sharply due to charges. Fourth quarter EPS from continuing operations were $0.04 versus $0.40 last year. The most recent quarter was affected by purchase accounting adjustments, acquisition-related costs, and restructuring charges and implementation costs which lowered earnings. There was also a $2.3 million [*sic*] pretax charge for

---

[65] "The Wyeth Purchase: Activity Yes, But Progress?" by Robert Hazlett and James Tumbrink, BMO, analyst report, 28 January 2009, p. 2 [PFE-JONES 00025072].

> litigation to settle claims related to Celebrex and Bextra, and restructuring charges of $1.5 billion, among other items. In the year-ago quarter, accounting adjustments and restructuring and implementation charges lowered reported results."
> **"PFE Agrees to Acquire Wyeth, Reports 4Q Results, Cuts Dividend," by Stephen O'Neil, Hilliard Lyons, analyst report, 27 January 2009, p. 4.**

> "Pfizer incurred a fourth quarter charge of $2.3B for allegations of past off-label promotional practices concerning Bextra; an additional charge of $800MM was incurred in Q3:08."
> **"Combined PFE/WYE Offers Better Growth Than PFE Alone But With Added Risk," by Steve Scala, *et al.*, Cowen and Company, analyst reports, 27 January 2009, p. 3.**

> "Adjusted EPS was $0.02 above estimates, despite lower than expected revenue as cost-savings initiative benefited COGS and SG&A. Reported EPS of $0.04 included $0.61 in charges including a $0.34 charge related to legal settlements."
> **"The Wyeth Purchase: Activity Yes, But Progress?" by Robert Hazlett and James Tumbrink, BMO, analyst report, 28 January 2009, p. 2 [PFE-JONES 00025072].**

110. Also that day, Pfizer and Wyeth announced that they had "entered into a definitive merger agreement under which Pfizer will acquire Wyeth in a cash-and-stock transaction currently valued at $50.19 per share, or a total of approximately $68 billion."[66]  As a result of the transaction, Wyeth shareholders would own approximately 16% of the combined Company.[67]

111. As discussed above, the news of the Wyeth acquisition surfaced prior to the start of trading on Friday, 23 January 2009.  As anticipated by analysts, in the wake of the acquisition, the Company cut its quarterly dividend by 50% to $0.16 per share from $0.32 per share.[68]

> "Under the terms of the transaction, each outstanding share of Wyeth common stock will be converted into the right to receive $33 in cash and 0.985 of a share of Pfizer common stock, subject to the terms of the merger agreement. Based on the closing price of Pfizer stock as of January 23, 2009, the stock component is valued at $17.19 per share.
> …

---

[66] "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.
[67] "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.
[68] "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> The transaction will be financed through a combination of cash, debt and stock. A consortium of banks has provided commitments for a total of $22.5 billion in debt."
> **"Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.**

112. The Wyeth acquisition gave analysts better long term visibility into Pfizer's growth prospects. A Hilliard Lyons analyst consequently raised his price targets and P/E multiples for Pfizer stock.

> "Our two to three year price target is $30 per share. This figure is based on sustaining earnings around $2.00 or higher over the next few years with the prospect of growth following the Lipitor patent expiration. This also assumes improvement in investor perception of Pfizer should the benefits of merging with Wyeth materialize, resulting in a P/E near the low end of PFE's historical range, as well as a better stock market valuation over time."
> **"PFE Agrees to Acquire Wyeth, Reports 4Q Results, Cuts Dividend," by Stephen O'Neil, Hilliard Lyons, analyst report, 27 January 2009, p. 5.**

113. Analysts commented that the dividend cut should not have come as a surprise given management's recent comments concerning an acquisition. Further, analysts noted that following the cut, Pfizer's resulting dividend yield of ~3.7% was on par with other companies in the sector.

> "Management likely views the delivery of a big acquisition – and the (partial) patching of the company's patent cliff this will offer – as being an adequate offset for a dividend cut. Even though PFE has not been standing at the podium saying it would cut the dividend in the event of a big acquisition, it has readily admitted this on more casual occasions and therefore should not come as much of a surprise to too many shareholders."
> **"Quick Take - Pfizer Buying Wyeth - Should Be Highly Accretive," by Tim Anderson, *et al.*, Bernstein, analyst report, 26 January 2009, p. 2 [PFE DERIV 00080431].**

> "Pfizer had promised to back its current $0.32/share quarterly dividend 'absent a major strategic transaction,' clearly flagging that a cut was likely if a big deal were to be done. The magnitude of the cut was a question and

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> we do suspect that halving the dividend to $0.16/share will be disappointing to high yield fund managers. The new dividend level will put PFE's yield around 3.7%, on par with most sector peers."
> **"Pfizer/Wyeth Combination Improves Pfizer's Outlook," by Catherine Arnold,** *et al.***, Credit Suisse, Pharmaceuticals analyst report, 26 January 2009, p. 1 [PFE DERIV 00080386].**

114. The Company's earnings announcement included financial guidance for 2009. For FY 2009, the Company expected revenue of between $44 billion and $46 billion, and for adjusted EPS to be between $1.85 per share and $1.95 per share.[69] Mr. D'Amelio attributed the decline in revenue to effects of the stronger U.S. dollar. On the conference call with investors, he attributed the $0.50 per share lower earnings guidance to a number of factors.

> "[Frank D'Amelio: Pfizer CFO]: Looking to 2009, we expect, … on the bottom line, adjusted diluted EPS in the range of $1.85 to $1.95. It is important to note that this guidance includes a $1 billion reinvestment in key high-growth areas of our business, including later-stage research and development programs, emerging markets and establish product strategies. Now I would like to provide a bridge from '08 actuals to 2009 guidance. We expect '09 adjusted diluted EPS to be negatively impacted by approximately $0.21 due to the expected $3 billion year-over-year revenue decline related to foreign exchange, $0.21 related to increasing the effective tax rate to 30% reflecting financial strategies in connection with the proposed acquisition of Wyeth, $0.04 due to increased pension expenses and $0.04 resulting from a decrease in interest income. All of these factors translate into a negative impact of roughly $0.50 on 2009 adjusted diluted EPS versus 2008."
> **"PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company,"** *Thomson StreetEvents***, 26 January 2009, p. 7.**

2 September 2009: Pfizer Concludes Settlement with DOJ

115. On 2 September 2009, Pfizer announced that it had finalized its settlement with the DOJ, pertaining to the investigation into off-label marketing of Bextra, Zyvox, Geodon, and Lyrica.

---

[69] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009.

51

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "Pfizer Inc today announced that it has finalized a previously reported agreement in principle with the U.S. Department of Justice (DOJ) to settle an investigation regarding past off-label promotional practices related to Bextra, which Pfizer voluntarily withdrew from the market in 2005. The final agreement also resolves other DOJ investigations involving alleged past off-label promotional practices concerning Zyvox, Geodon and Lyrica, allegations related to certain payments to healthcare professionals involving these and nine other Pfizer medicines, and several related qui tam actions. Pfizer previously disclosed a related $2.3 billion charge to its fourth-quarter and full-year 2008 earnings in connection with the DOJ agreement in principle on January 26, 2009."
> **"Pfizer Inc - Pfizer Concludes Previously Disclosed Settlement Agreement With U.S. Department Of Justice Regarding Past Promotional Practices," *Business Wire*, Company press release, 2 September 2009.**

5 November 2009: Pfizer Files Its Form 10-Q with the SEC

116. On 5 November 2009, Pfizer filed is Form 10-Q for the third quarter 2009. As previously announced, Pfizer finalized its agreement in principle with the DOJ to settle the investigation regarding off-label promotional practices concerning Bextra, Zyvox, Geodon and Lyrica.[70]

> "In September 2009, we finalized our previously reported agreement- in-principle with the U.S. Department of Justice (DOJ) to settle an investigation regarding past off- label promotional practices concerning Bextra. The final agreement also resolved other DOJ investigations involving alleged past off- label promotional practices concerning Zyvox, Geodon and Lyrica, allegations related to certain payments to healthcare professionals involving these and nine other Pfizer drugs, and several related qui tam actions. As previously reported, we recorded a $2.3 billion charge to earnings in the fourth quarter of 2008 related to this settlement. No additional charge will be recorded in connection with this matter. As part of the settlement agreement, a subsidiary of Pfizer pled guilty to one criminal count of violating the U.S. Food, Drug and Cosmetic Act related to its past promotion of Bextra."
> **Pfizer Inc., Form 10-Q for the Quarter Ended 27 September 2009, filed 5 November 2009, p. 60.**

FY 2009: Pfizer Pays $2.3 Billion Fine

117. In the Company's 10-K for the FY 2009, Pfizer disclosed that the $2.3 billion fine was paid during 2009.

---

[70] Pfizer Inc., Form 10-Q for the Quarter Ended 27 September 2009, filed 5 November 2009, p. 60.

52

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "In the third quarter of 2009, we reached final resolution of [the at-issue] matter and no additional charge was recorded. The entire $2.3 billion was paid in 2009."
> **Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2009, filed 26 February 2010, 2009 Financial Report, p. 59.**

## LOSS CAUSATION

118. Over the course of the Class Period, the alleged misrepresentations resulting from Defendants' omissions of material facts caused the price of Pfizer stock to be artificially inflated.  This conclusion is based on a careful analysis of management's statements, Company statements, analyst reports, analysts' valuation models, generally accepted principles of valuation, and an event study focusing on the empirical reaction of the stock price to corrective disclosure events, as described next.

### Company Statements Confirm the Materiality of the Allegations

119. The Company itself frequently acknowledged that certain legal proceedings, including government investigations, could have material adverse effects on the Company's operations and financial results.

> "Legal Proceedings
> We and certain of our subsidiaries are involved in various patent, product liability, consumer, commercial, securities, environmental and tax litigations and claims, government investigations, and other legal proceedings that arise from time to time in the ordinary course of our business. Litigation is inherently unpredictable, and excessive verdicts do occur. Although we believe we have substantial defenses in these matters, we could in the future incur judgments or enter into settlements of claims that could have a material adverse effect on our results of operations in any particular period."
> **Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, p. 77.**

> "Fourth-Quarter 2008 Reported Diluted EPS of $0.04 Compared with $0.40 in the Year-Ago Quarter, Reflecting a $2.3 Billion Charge Resulting from an Agreement in Principle to Resolve Previously Disclosed Investigations."
> **"Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance,"** *Business Wire***, Company press release, 26 January 2009.**

53

120. The Company also noted the importance of timely and accurate information, specifically with respect to accruals reserved for litigation and investigation-related expenses.

> "We and certain of our subsidiaries are involved in various patent, product liability, consumer, commercial, securities, environmental and tax litigations and claims; government investigations; and other legal proceedings that arise from time to time in the ordinary course of our business. We record accruals for such contingencies…"
> **Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2006, filed 1 March 2007, p. 77.**

## Analysts' Statements Confirm the Materiality of the Allegations

121. Analysts deemed information concerning the disclosure of timely and accurate information related to the DOJ's investigation into the Company's promotional practices important, as these issues increase risk and impact projected revenue, earnings, and cash flow and therefore, the value of the Company. This importance and emphasis is evident in their reports, commentary, and valuation models.

> "Bextra legal risk. The Bextra withdrawal increases the legal liability of the product. Although we view the risk as fairly small (probably about $1 billion over ten years), newsflow on the legal risk could be a negative for the stock in coming months."
> **"PFE: Potential Upside for Lipitor and Compelling Yield; Upgrading to Buy," by Jon LeCroy, Natixis Bleichroeder, analyst report, 23 January 2008, p. 5.**

> "Promotion of its drug products is also severely restricted by the FDA and those agencies. In addition, the FDA has been extremely vigilant in the inspection of drug manufacturing plants, and though nothing material has yet appeared with Pfizer or Pharmacia's manufacturing efforts, any difficulties could result in the delay of approval or stoppage of production of a certain drug. We do not foresee manufacturing issues with the FDA being a material concern for the company. In general, the company's more specific focus on ethical pharmaceuticals has increased its risk with regard to FDA regulation, although we believe this specific risk over time should be no greater than any other research-based drug development company."
> **"Acquires Encysive For PAH," by Robert Hazlett and James Tumbrink, BMO, analyst report, 21 February 2008, p. 4 [PFE-JONES 00021207].**

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Financial Principles Confirm the Materiality of the Allegations**

122. That timely and accurate information are important determinants of a company's securities, is well-established in fundamental financial principles and the finance literature.

123. Kothari, Li and Short [2009], and Cheng, Collins and Huang [2006] explain how proper information disclosure by management contributes to the proper functioning of the market for a company's securities, and lowers the cost of capital for a security, increasing its value.

> "The consensus among financial economists is that a rich disclosure environment and low information asymmetry have many desirable consequences. These include the efficient allocation of resources in an economy, capital market development, liquidity in the market, decreased cost of capital, lower return volatility, and high analyst forecast accuracy."
> **"The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis" by S.P. Kothari, Xu Li, and James E. Short, *The Accounting Review*, 2009, p. 1640.**

> "Disclosures (*i.e.* information) enable investors to reduce the degree of error in estimating the parameters, which lowers a firm's cost of capital."
> **"The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis" by S.P. Kothari, Xu Li, and James E. Short, *The Accounting Review*, 2009, p. 1645.**

> "First, confirming prior research we find that stronger shareholder rights and increased financial transparency/disclosure in the post-Enron era are jointly associated with significantly lower costs of equity capital."
> **"Shareholder Rights, Financial Disclosure and the Cost of Equity Capital," by C. S. Agnes Cheng, Denton Collins, and Henry He Huang, *Review of Quantitative Finance and Accounting*, 2006, p. 200.**

124. Fung [2014] describes the importance of transparent and timely information to investors.

> "Disclosure of reliable, timely information contributes to liquid and efficient markets by enabling investors to make investment decisions based on all of the available information that would be material to their decisions. As a result, investors are demanding better reporting and greater transparency."
> **"The Demand and Need for Transparency and Disclosure in Corporate Governance," by Benjamin Fung, *Universal Journal of Management*, 2014, p. 76.**

125. Clearly, the financial literature explains that the timely and accurate disclosure of information is important to investors and materially affects company value.

55

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

126. Pfizer's failure to disclose the DOJ investigation and its off-label marketing practices would have misled investors about the Company's future prospects.  As such, this concealment affected the market's assessment of the Company's value and the value of Pfizer stock.

### EMPIRICAL CONFIRMATION OF LOSS CAUSATION

127. While a review of financial principles, Pfizer's business model, Company statements, and analyst commentary all indicate that the alleged misrepresentations and omissions were material, an empirical analysis of the observed price reaction to the ultimate disclosure provides proof.

### Event Study

128. In order to determine whether disclosure of the $2.3 billion fine caused losses to investors, I conducted an event study.  An event study examines whether a security price reacts to the release of new information.  A statistically significant stock price reaction in response to the release of new information indicates that the new information caused the price change.

129. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers.  MacKinlay [1997] presents a description and examples of the methodology and writes about how it is generally accepted and widely used in academic research.[71]  Tabak and Dunbar [2001] write about how the methodology is generally accepted and widely used in forensic applications.[72]

130. An event study measures how much a stock price rises or falls in response to new information.  It first determines how much of a stock price change cannot be explained by market and sector factors.  The portion of a stock price change that cannot be attributable to market and sector factors is called the residual stock price movement or "residual return."  The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

---

[71] "Event Studies in Economics and Finance," A. Craig MacKinlay, *Journal of Economic Literature*, March 1997.
[72] "Materiality and Magnitude:  Event Studies in the Courtroom," by David Tabak and Frederick Dunbar, in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, New York, 2001.

56

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

131. If the stock return is deemed statistically significant, it indicates that the stock price movement cannot be attributed to market and sector factors, or to random volatility, but rather was caused by new company-specific information.

Disclosure Event

132. I reviewed a wide variety of information sources, including news articles, press releases, equity analyst reports, and SEC filings, to determine when the information entered the market that informed the market of the $2.3 billion fine and its implications. A single event date was identified using this criterion: 26 January 2009.

Isolating the Impact of Company-Specific Information

133. One component of an event study is to determine how much of a company's stock returns are attributable to market and sector effects, so that these factors can be isolated and removed.

134. The method, which is generally accepted and widely used in econometric modeling, first involves running a regression to determine how the company's stock price typically behaved in relation to the overall stock market and its industry sector. Then, the regression model is used to determine how much of each event day's actual return is explained by the market and sector factors (the "explained return"). The actual return minus the explained return is the residual return.

135. In this case, the regression analysis removed from the returns of Pfizer stock that portion explained by the overall stock market and the pharmaceuticals sector, thereby isolating Pfizer residual returns. Pfizer stock price, dividend, trading volume, and logarithmic returns are presented in Exhibit-4.

136. I used the regression model described in paragraphs 30-32, and presented in Exhibit-2 of my January 2012 Report, to compute the residual returns in Pfizer stock.

137. The levels and returns of the Market Index and Peer Index are presented in Exhibit-5.

138. The regression analysis removes both the market and industry effects, isolating the impact of Company-specific information on Pfizer's stock.

57

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

139. I computed the explained portion of Pfizer's stock return on the event date by adding: 1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the day's Peer Index return multiplied by the regression's Peer Index coefficient.

140. I then computed the residual return for the event date by subtracting that day's explained return from the actual return.

*t*-test

141. For the event on 26 January 2009, a statistical test called a *t*-test was conducted to determine whether the residual return of Pfizer's stock can be explained by random volatility, or alternatively must have been caused by Company-specific information.  A *t*-test compares the residual return on an event date to the typical residual return exhibited over the estimation period.  If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return in question cannot have been caused by random volatility alone – *i.e.*, it is statistically significant.[73]

142. Appendix-1 presents an analysis that shows that all the empirical results of the regression analysis, and conclusions drawn from the event study, are robust to changes in estimation period, and to test modifications related to potentially non-stationary volatility over the course of the Class Period.

**Event Study Analysis**

143. Pfizer's stock price reaction to the 26 January 2009 disclosure evidences the materiality of the misrepresentations as alleged by Plaintiffs.  This analysis shows that the misrepresentations and omissions alleged by Plaintiffs caused investor losses.

144. The event study analysis proves that Pfizer's stock price declined significantly in response to the disclosure event.  Analysis of the information disseminated on that date, including an

---

[73] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event date residual return divided by the standard deviation of residual returns from the estimation period.  If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (1.97 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

accounting for potentially confounding information, evidences that disclosure of the $2.3 billion fine and its implications caused the stock price to fall.

**Event Study Analysis: 26 January 2009**

145. On 26 January 2009, Pfizer issued two press releases prior to the start of trading.  In the first, Pfizer announced that it would acquire Wyeth for $68 billion.  Pfizer further announced that, as a result of the acquisition, it would cut its quarterly dividend in half from $0.32 per share to $0.16 per share.[74]

146. In the second press release, Pfizer reported Q4 and FY 2008 earnings and earnings guidance for 2009.  Pfizer's Q4 EPS declined by 90% to $0.04 per share compared to the same period a year earlier, due in part to the $2.3 billion, or approximately $0.34 per share, pre-tax and after-tax charge to settle allegations of off-label marketing.[75]

**Stock Price Reaction**

147. On 26 January 2009, the price of Pfizer stock fell 10.89%.  That day, the Market Index return was positive 0.62% and the Peer Index return was positive 0.66%.  According to the regression model, on 26 January 2009, the explained return for Pfizer stock was 0.64% and the residual return was -11.53%, or -$1.90 per share. The residual return is the estimate of the return Pfizer stock would have experienced absent any market and peer group effects.

148. A residual return of -11.53% is an unusually large negative one-day return for Pfizer stock. That residual return is associated with a $t$-statistic value of -12.94, which indicates that the residual decline was too severe to have been a random fluctuation.  The probability that a residual return of this magnitude and associated $t$-statistic could be caused by random volatility alone is virtually nil.  Therefore, the return is deemed statistically significant.

149. That the residual return on 26 January 2009 is statistically significant means that one may conclude, with a high degree of statistical certainty, that new information about the Company caused the decline in the stock price that day.

---

[74] "Pfizer Inc - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Pfizer press release, *Business Wire*, 26 January 2006.
[75] "The Wyeth Purchase: Activity Yes, But Progress?" by Robert Hazlett and James Tumbrink, BMO, analyst report, 28 January 2009, p. 2 [PFE-JONES 00025072].

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Accounting for Potentially Confounding Information**

150. Some of the news on 26 January 2009, in particular, the disclosure of the $2.3 billion fine, and the effects of that fine on Pfizer, was clearly related to Plaintiffs' allegations. I understand Plaintiffs will provide the following tools and analysis to a jury from which it may attribute a proportionate amount of the per share losses to Defendants' alleged fraud and a portion of the losses to other factors.

151. To determine how the allegation-related information contributed to Pfizer's residual stock price decline that day, I examined all other Company-related news that emerged and assessed the valuation impact, if any, of that potentially confounding information.

152. Eleven pieces of Company-specific information transpired on 26 January 2009:

i. **Strengthening of the U.S. Dollar** – Mr. D'Amelio attributed a $3 billion revenue decline and $0.21 EPS decline in FY 2009 guidance to the strengthening of the U.S. dollar ("USD");[76]

ii. **Increased Pension Expense** – The Company announced that it expected increased pension expenses in 2009 to negatively impact EPS by $0.04 per share;[77]

iii. **Wyeth Acquisition** – Pfizer announced that it had agreed to purchase Wyeth for approximately $68 billion;[78]

iv. **Dividend Cut** – As part of the acquisition announcement, Pfizer announced that it would be cutting its quarterly dividend from $0.32 to $0.16 per share;[79]

v. **Credit Watch** – Standard & Poor's placed Pfizer's 'AAA' rating on credit watch for a potential downgrade;[80]

---

[76] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009, 6:29 AM.

[77] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

[78] "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.

[79] "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009, 6:27 AM.

[80] "Pfizer 'AAA' Rating On Watch Negative After Agreement To Buy Wyeth For $68B," *Standard & Poor's RatingsDirect*, 26 January 2009 [PFE DERIV 01132061].

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

    vi.  **Lower Interest Income** – Pfizer announced that it expected lower interest income in 2009 to negatively impact EPS by $0.04 per share;[81]

    vii.  **Increased Tax Rate** – The Company announced that an increased tax rate in 2009 was expected to reduce EPS by $0.21 per share;[82]

    viii.  **Wyeth Earnings and Outlook** – Wyeth reported revenue and earnings slightly below consensus estimates;[83]

    ix.  **Pfizer Takes $2.3 Billion Charge** – Pfizer disclosed that it took a $2.3 billion pre-tax and after-tax charge to resolve allegations of off-label promotional practices concerning Bextra and certain other drugs;[84]

    x.  **Reputation Effect** – The disclosure of the $2.3 billion fine had a negative effect on management's reputation and increased the risk profile of the Company; and

    xi.  **The Impact of the Government Investigations on Pfizer's Future Revenue and Earnings** – As a consequence of the DOJ's investigation into alleged off-label promotion of its drugs, Pfizer's 2009 revenue and earnings would be impacted by the Company ceasing certain unlawful promotional conduct.

153.  I analyzed each of these pieces of information to determine whether they constituted new valuation-relevant information that would have contributed to Pfizer's residual stock price decline on 26 January 2009.

---

[81] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

[82] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

[83] "Pfizer Discount and Deal Risk Perceptions Create Opportunity – Reiterate Buy and $50 Price Target," by David Moskowitz, RPh., and James Molloy, Caris & Company, analyst report, 27 January 2009.

[84] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

Strengthening of the U.S. Dollar

154. On 26 January 2009, Pfizer announced 2009 revenue and EPS guidance $3.0 billion and $0.50 per share lower than 2008 actual revenue and EPS, respectively.[85] Management attributed the entire $3.0 billion decline in revenue, and $0.21 of the EPS decline, to strengthening of the USD.[86]

155. Pfizer is a multinational corporation that generates revenues and earnings in countries around the globe, and reports financial results in U.S. dollars, or USD. For a given reporting period, Pfizer's results are positively or negatively impacted by currency fluctuations. Generally, if the value of the U.S. dollar weakens (strengthens) relative to the value of foreign currencies Pfizer's financial results will be favorably (unfavorably) impacted, as foreign currencies would have a great (lower) dollar value.

156. In fiscal 2007 and 2008, Pfizer's financial results were positively impacted by the value of foreign currencies increasing relative to the USD.[87]

157. Analysts noted that favorable FX movements had contributed as much as $1.5 billion to sales and $600 million, or $0.09 per share, to earnings in 2007.[88]

158. During Q4 2008 analysts estimated that similar FX movements could contribute as much as $1.5 billion to FY 2008 revenue, but also noted that the trend had reversed and would likely have a negative impact on Pfizer's FY 2009 financial results. As one analyst explained, "what foreign exchange giveth, foreign exchange will eventually taketh away."[89]

159. In a report published 16 October 2008, Leerink Swann analysts estimated that the entire $1.5 billion FX gain in 2008 would reverse in 2009, with FX negatively impacting Pfizer's 2009 sales by $1.5 billion.

---

[85] As explained above, consensus 2009 estimates were projecting flat revenue and earnings growth from 2008 to 2009.

[86] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

[87] "Depending on the direction of change relative to the U.S. dollar, foreign currency values can increase or decrease the reported dollar value of our net assets and results of operations. In 2007, both revenues and net income were favorably impacted by foreign exchange, as foreign currency movements relative to the U.S. dollar increased our revenues and net income in many countries." (Pfizer Inc. Form 10-K for the Year Ended 31 December 2007, filed 29 February 2008, p. 6) *See also* Pfizer Inc. Form 10-K for the Year Ended 31 December 2008, filed 27 February 2009, p. 6.

[88] See for example, "Raising EPS Forecasts; Shares Trading At Floor Valuation," by Chris Schott, *et al.*, Bank of America, analyst report, 23 January 2008 [PFE-JONES 00020922]; and "Solid Quarter; Raising Numbers; Fundamental Thesis Stays the Same," by Jami Rubin *et al.*, Morgan Stanley, analyst report, 23 January 2008, p. 2.

[89] "Weak Dollar, Foreign Sales Boost Drugmakers," by Linda Johnson, *Associated Press*, 23 July 2008.

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

> "**Lowering '08-'12E sales & EPS on continued Rx & Fx weakness.** We cut sales by $335M in '08 & by up to $1.9B in '09-'12 reflecting disappointing Rx trends & continued strength in the dollar versus most global currencies. At current exchange rates, we expect the entire $1.5B or currency-related sales gains to reverse in '09."
> **"Sales & EPS Reduced in '08-'12 Reflecting Fx & Q3 Rx Trends," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 16 October 2008, p. 2 [PFE-JONES 00023754] (emphasis in original).**

160. The change in the FX trend triggered analysts at Bernstein to lower their estimated 2009 EPS by $0.15 per share – well before the Company's 26 January 2009 announcement.

> "Q3 may mark the last of the currency tailwinds. PFE says that at current rates, the impact to Q4 EPS could be a negative 2c. They declined to comment on the impact on 2009 EPS, but our math says the hit could be material, again predicated on the USD remaining relatively stronger. We have lowered our 2009 EPS estimate to $2.46, from $2.61 previously, to account for this."
> **"Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2009 Given USD Strengthening," by Tim Anderson, *et al.*, Bernstein, analyst report, 22 October 2008, p. 1 [PFE-JONES 00023965].**

> "Our estimate is that current FX trends - when we carry them forward - will adversely impact our 4Q EPS estimate by around 2c, and our 2009 EPS estimate by around 15c. This is predicated on roughly 60% of the revenue impact from FX changes to revenues falling through to operating income. PFE declined to comment on what the impact could be on 2009 at current rates. Our new estimates are tabulated in Exhibit 3. Briefly, our 2008 fully diluted adjusted EPS estimate goes to $2.36 from $2.38; 2009 goes to $2.46 from $2.61; and 2010 goes to $2.67 from $2.84."
> **"Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2009 Given USD Strengthening," by Tim Anderson, *et al.*, Bernstein, analyst report, 22 October 2008, p. 3 [PFE-JONES 00023967].**

161. Analyst commentary published prior to 26 January 2009 shows that some portion, if not all, of the negative guidance related to FX was anticipated. To compute the expected portion of the negative guidance impact due to FX, I multiplied $3.0 billion (Leerink Swann's estimate of how reversed FX trends would impact FY 2009 revenue),[90] by 60% (Bernstein's estimate of how lower revenue due to FX would funnel through to operating

---

[90] "Sales & EPS Reduced in '08-'12 Reflecting Fx & Q3 Rx Trends," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 16 October 2008, p. 2 [PFE-JONES 00023754].

63

income).  Thusly computed, the effect of this FX trend reversal on operating income amounts to negative $1.8 billion, or negative $0.27 per share (equal to the $1.8 billion, divided by Pfizer's 6.7 billion shares outstanding).[91]

162. To determine the after-tax impact of the negative FX trend, I multiplied the negative $0.27 per share before-tax impact by 70% (1 minus the Company's new tax rate of 30%).  The after-tax negative impact on earnings due to FX, therefore, amounted to negative $0.19 per share.

163. Only the unexpected portion of the foreign exchange information would have reduced Pfizer's value on January 26th.  That portion equals negative $0.02 per share, the difference between Pfizer's projected EPS reduction of $0.21 per share and the $0.19 per share anticipated EPS reduction.

164. Alternatively, one could compute the unexpected portion of the FX information to be the difference between Pfizer's projected EPS reduction of $0.21 per share and the $0.15 per share EPS reduction estimated by Bernstein.  Thusly computed, the unexpected portion amounts to $0.06 per share.

165. I conservatively attributed $0.06 per share of Pfizer's stock price decline on 26 January 2009 to foreign exchange fluctuations.

Increased Pension Expenses

166. On the 26 January 2009 conference call, the Company disclosed that increased pension expenses were expected to reduce EPS by $0.04 in 2009.[92]

167. It is likely that this $0.04 per share expense was not a complete surprise to market participants, as the value of Pfizer's pension assets was allocated across debt and equity securities.[93]  It follows that a sharp decline (increase) in market asset values would cause a pension fund to be underfunded (overfunded).  Consequently, the fact that many global asset markets suffered large declines in 2008 (*e.g.*, the S&P 500 declined 38.5%[94]), market

---

[91] Pfizer's shares outstanding taken as of 4 November 2008 (Pfizer Inc., Form 10-Q for the Quarter Ended 28 September 2008, filed 7 November 2008).

[92] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Thomson StreetEvents*, 26 January 2009, p. 7.

[93] Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, Financial Report (attached as Exhibit-13), p. 14.

[94] Financial data obtained from CRSP.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

participants would have expected the fair value of pension assets to decrease, increasing future pension expenses.

168. In October 2008, with the S&P 500 index down 31.2% year-to-date, Goldman Sachs published a report estimating that U.S.-based pension plans of S&P 500 companies were underfunded by $115 billion.[95]  According to Goldman Sachs "[i]nvestors are worried about the potential cash flow requirements (ERISA/Pension Protection Act), balance sheet adjustments (FAS 158), and income statement effects (FAS 87) of potentially lower funded levels" of defined benefit plans.[96]  In a report titled "*Pension Palpitations: Investors Focusing On Who May Have Problems*," Goldman Sachs identified companies that "may experience pension-related problems."[97]

169. Pfizer was among the companies identified as having the "[l]argest dollar amount of GAAP underfunding" entering 2008.[98]  The analysts noted that companies like Pfizer "came into [2008] already in a hole [and] that hole is probably even bigger today."[99]  The Goldman analysts added that, as of 31 December 2007, Pfizer had one of the "greatest deltas between expected returns and actual returns in 2008."[100]  As such, Pfizer could suffer a "drag on earnings" in order to comply with FAS 87.[101]

170. On 9 January 2009, UBS published a research report titled "*Record S&P Pension Deficit in 2008*."[102]  The analysts estimated that, due to asset value declines, the unfunded portion of Pfizer's pension obligations increased from $1.7 billion in 2007 to $5.7 billion in 2008.[103]

---

[95] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p. 1.

[96] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p. 1.

[97] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p. 1.

[98] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p. 4 and Exhibit 4.

[99] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p. 4 and Exhibit 4.

[100] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p.4 and Exhibit 8.

[101] "Pension Palpitations:  Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008, p.4 and Exhibit 8.

[102] "Record S&P 500 Pension Deficit in 2008; Is There an Investment Solution?" by David Bianco, *et al.*, Equity Strategy research report, 9 January 2009, p. 7.

[103] "Record S&P 500 Pension Deficit in 2008; Is There an Investment Solution?" by David Bianco, *et al.*, Equity Strategy research report, 9 January 2009, p. 7.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

The 2008 estimated unfunded amount of $5.7 billion was higher than the actual amount of $4.2 billion reported by the Company a few weeks later.[104]

171. Further, during 2008, the fair value of Pfizer's pension plan assets declined by 29.4%, over nine percentage points less than the 38.5% decline in the S&P.[105]

172. Due to these facts, market participants would have expected an increase in Pfizer's pension expense to negatively affect the Company's EPS by at least $0.04 per share. Consequently, I attribute no portion of Pfizer's stock price decline that day to the announced increased pension expense for 2009.

The Wyeth Acquisition

173. On 26 January 2009, Pfizer announced that it would acquire Wyeth for $68 billion, or $50.19 per share. The transaction would be financed with $33 per share in cash ($21B – $22B of cash, and $22.5B of debt) and the remainder in stock ~$17.19 per share in stock ($23B – $24B).[106] This action represented the long-anticipated acquisition Pfizer needed to combat its pending patent cliff.

174. As noted above, on 23 January 2009, the prior trading day, anticipation regarding the acquisition was reported in the *WSJ*, with an expected acquisition price of over $60 billion.[107] That day CNBC's David Faber reported that a formal announcement could come as soon as Monday the 26th.[108] Anticipation of the acquisition sent the stock prices of Pfizer and Wyeth higher that day.[109]

175. During the Class Period, investors increasingly pressured management to either make a large acquisition or break up the Company. Analysts noted that either course of action

---

[104] Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2008, filed 27 February 2009, Financial Report (attached as Exhibit 13), p. 61.

[105] As of the year end 2007 and 2008, Pfizer's pension plan assets were $14.6 billion and $10.3 billion, respectively (Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2008, filed 27 February 2009, Financial Report (attached as Exhibit 13), p. 73.

[106] "PFE + WYE = Transformative Potential, But the Devil May Be in the Details," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 26 January 2009, p. 1 [PFE DERIV 0080377].

[107] "Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff, *The Wall Street Journal*, 23 January 2009.

[108] "Pfizer, Wyeth Deal Expected In 'Near Term' – CNBC's Faber," Dow Jones Newswires, 23 January 2009.

[109] "WSJ: Pfizer Seen Paying $65B-$70B To Buy Wyeth – Sources," by Matthew Karnitschnig and Sarah Rubenstein, *Dow Jones Newswires*, 24 January 2009.

would be applauded by investors. In July 2008, a Hilliard Lyons analyst related reports that Pfizer was looking to make a large biotechnology acquisition.[110]

176. Early in 2008 Pfizer's management suggested that they were not open to a large acquisition.[111] During the Company's Q3 2008 conference call with analysts, however, Mr. Kindler reversed his position, suggesting that the Company was open to all options after all.

> "The most troubling aspect of the story is the massive patent 'cliff' PFE faces that will put its earnings growth from 2012-2015 into sharply negative territory. It will likely be difficult for PFE to effectively replace these lost revenue streams, suggesting that a merger or acquisition may lie in the company's future. Earlier in the year, CEO Jeff Kindler suggested that no major deal was likely, but now the company seems to suggest that all options are open."
> **"Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2009 Given USD Strengthening," by Tim Anderson, *et al.*, Bernstein, analyst report, 22 October 2008, pp. 1-2 [PFE-JONES 00023965-6].**

177. Moreover, because of significant cost synergies, Wyeth was often considered to be the best company for Pfizer to acquire. For Pfizer, such a deal would increase the visibility into the long-term earnings, and potentially change the profile of the Company from a dividend stock to a growth stock.[112] Credit Suisse was not surprised by news of the acquisition.

> "The WSJ is reporting this morning that PFE is in talks to acquire WYE in a deal that would be valued at over $60 Bn. This is not surprising to us and we have written several times previously that such as [*sic*] acquisition makes strategic and financial sense."
> **"PFE/WYE Combo May Become Reality," by Catherine Arnold, *et al.*, Credit Suisse, analyst report, 23 January 2009, p. 1 [PFE DERIV 00080303].**

178. Recently, Goldman Sachs upgraded Pfizer stock predicated on the increased likelihood of such an announcement.

---

[110] "Second Quarter Revenue Above Expectations," by Stephen A. O'Neil, Hilliard Lyons, analyst report, 23 July 2008, p. 5 [PFE-JONES 00022879].

[111] "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 23 June 2008, p. 15 [PFE DERIV 01142050].

[112] "Quick Take: Combination Looks Solid For PFE Shareholders; Less So For WYE's," by Steve Scala, *et al.*, Cowen and Company, analyst report, 23 January 2009, p. 1.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

> "Our recent upgrade of Pfizer (see our note of January 11, 2009.
> Removing Pfizer from Americas Sell List) was predicated on our view
> that there is pressure building on management for the group to make a
> bold move and to do it soon and that the market would welcome it. The
> possible combination with Wyeth described in today's WSJ would be just
> such a move."
> **"Potential Deal Makes Strategic Sense – Must Be a First Step," by Jami Rubin,** *et
> al.***, Goldman Sachs, analyst report, 23 January 2009, p. 1 [PFE DERIV 00080324].**

179. In a report dated 24 November 2008, in constructing a pro-forma P&L statement for a
Pfizer-Wyeth acquisition, a Deutsche Bank analyst estimated the net cost of that acquisition
to be just over $68 billion.[113]  At the time, the analyst assumed that Pfizer would pay $50
per share for Wyeth, a 50% premium from its then trading price.

180. In fact, on the 26 January 2009 conference call, one analyst suggested that at $50 per share
the price of the Wyeth acquisition was "pretty low" given the Company's future
prospects.[114]

181. Based on the above facts, it is unlikely that the marketplace was surprised by the formal
announcement of the Wyeth acquisition, nor the clarification of the ultimate acquisition
price of $68 billion. Consequently, I did not attribute any of Pfizer's stock price decline on
January 26th to the news of the Wyeth acquisition or the $68 billion price.

Dividend Cut

182. As part of the acquisition announcement, Pfizer announced that it would be cutting its
dividend from $0.32 to $0.16 per share quarterly, a 50% reduction.  As noted in the finance
literature, on average, dividend reductions are associated with stock price declines,
primarily due to what they signal to the market about future cash flow generation.[115]
Therefore, it was likely that the announcement of the dividend cut impacted Pfizer's stock
price that day.  However, since the market was already well aware of how Pfizer's cash
flow generation fell behind the level needed to support the dividend, especially with the

---

[113] "We see M&A accelerating: line up the usual suspects," by Barbara Ryan and George Drivas, Deustche Bank, analyst report, 24 November 2008, p. 21.

[114] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Thomson StreetEvents*, 26 January 2009, p. 16.

[115] See, for example, "Are Dividend Changes a Sign of Firm Maturity?" by Gustavo Grullon, Roni Michaely, and Bhaskaran Swaminathan, *Journal of Business*, 2002, vol 75, no. 3, and *Corporate Finance*, by John Graham, Scott Smart, and William Megginson, 2007, p. 493.

cash needs incurred by the anticipated acquisition, the price impact of Pfizer's dividend cut in this case would be modest at most.

183. A 29 February 2008 Lehman Brothers analyst report noted that the 10% increase in the Q1 2008 dividend marked the "41st consecutive year of dividend increases," and discussed whether the Company could continue the trend.[116]  The analyst hypothesized that the Company "will continue to raise its dividend, albeit at a diminishing rate, at least until the company loses exclusivity in the US for Lipitor."[117]

184. At the beginning of March 2008, defendants Kindler, D'Amelio and Read discussed how the Lehman Brothers report:

> "establishe[d] that the rate of increase will slow, which should be obvious to anyone who actually models it, but nice to have it out there. But he head-on addresses your ability (willingness?) to keep the dividend through the LOE, … Personally, I think the dividend message we agreed upon is right, but I do think you want to build a layered story, going forward, that provides the post-LOE financial safety-net, and I think the first step is clearer language regarding your intent to at least hold the dividend."
> **"RE: Daily Street Report Headlines For 02/29/2008," internal Company email from Ian Read, dated 1 March 2008 [PFE DERIV 01103416].**

185. On 1 June 2008, *The Washington Post* quoted Josh Peters, a strategist at Morningstar and editor of its Dividend Investor newsletter, who noted Pfizer's upcoming patent expirations as a reason for skepticism about future dividend payments.

> "It's nice to know that even in a stock market as tortuous as this one there are some easy picks. That is, if you are looking for companies with solid, rising dividends. Josh Peters, an equities strategist at Morningstar and editor of its Dividend Investor newsletter, has identified some high-yielding stocks that he describes as 'easy calls.' What makes for an easy call, Peters says, is a dividend that 1) never declines and 2) rises consistently. A company may have an enticing payout -- say, the 6 percent

---

[116] "Upgrade – Yields Its Way to 2-Equal-weight," by C. Anthony Butler, Lehman Brothers, analyst report, 29 February 2008 [LYRC-002519818 – 21, at 19].

[117] "Upgrade – Yields Its Way to 2-Equal-weight," by C. Anthony Butler, Lehman Brothers, analyst report, 29 February 2008 [LYRC-002519818 – 19].

> of drugmaker Pfizer. But if there is a hint of uncertainty in its future, Peters will eliminate the stock from his easy picks list. Goodbye, Pfizer, which has several drugs, including Lipitor, that soon lose patent protection."
> **"High Yields, Easy Picks," by Steve E. Levingston, *Washington Post*, 1 June 2008, p. F02.**

186. In June 2008, defendant D'Amelio explained to members of Pfizer's Executive Leadership Team ("ELT") that the Company's stock price had deteriorated due to risks from LOE for key drugs, and analysts' lack of confidence that the Company would be able to fund its dividend going forward.[118]  Specifically, Mr. D'Amelio stated:

> "Additionally, subsequent to the June 3 Wall Street Journal article entitled *Dividend May Test Pfizer* and recent sell-side analysts' reports about the perceived lack of cash domiciled in the U.S. to fund Pfizer's dividend obligations, there is a lack of confidence among investors in both Pfizer's willingness and ability to fund the dividend going forward.  These increased concerns have been expressed by our shareholders and are reflected in the stock price as the perceived 'floor' associated with the yield decreases – indicating investors are requiring a higher risk premium to own Pfizer's stock."
> **"Factors Impacting the 2008 Stock Price: Pfizer Specific," Memorandum, ELT Materials, dated 16 June 2008 [PFE DERIV 01144458-634, at 517].**

187. In July 2008, Citigroup Global Markets reported:

> "**PFE appears to be In a net negative cash position in the US**: Lack of any share repurchases in 1Q08 is probably an evidence of the strain on the company's U.S. cash flow. In addition, according to Pfizer's 10Q, short-term borrowing increased by more than $3 billion sequentially. Pfizer did not repurchase any of its shares in 1Q08. It has been close to eight year [*sic*] since Pfizer failed to repurchase its shares (second-quarter of 2000). We believe Pfizer's March 5, 2008 analyst meeting was a trigger for investor concerns over the [*sic*] its negative cash position in the U.S. and the funding of the dividend. Pfizer's shares have contracted 27% from March 4, 2008 to present partially over investor concerns over the way Pfizer is funding its dividend from operations."
> **"Growth Outlook Troubling," by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, pp. 5-6 [PFE DERIV 01127828-9] (emphasis in original).**

---

[118] "Factors Impacting the 2008 Stock Price: Pfizer Specific," Memorandum, ELT Materials, dated 16 June 2008 [PFE DERIV 01144458-634, at 517].

188. Further, Pfizer executives had already forewarned the market of a potential dividend cut. In a conference call on 21 October 2008, Pfizer executives stated that significant events could cause a change in the dividend policy, although, barring such events, the dividend should be funded at then-current levels going forward.

> "[Frank D'Amelio - Pfizer CFO]: Let me hit the dividend item first and just say as we have said before, certain significant events aside, we expect to generate sufficient cash flow to fund the dividend, at least at current levels on a going forward basis. That's what we have said previously. That's obviously where we continue to be."
> **"PFE - Q3 2008 Pfizer Earnings Conference Call," *Thomson StreetEvents*, 21 October 2008, p. 11.**

189. In November 2008, defendants Kindler and D'Amelio were informed that Pfizer's large institutional shareholders clearly understood that if the Company engaged in a transformative acquisition, like Wyeth, it "would almost certainly result in a reduction … of the dividend."[119]  Further, investors were, by a margin of 4 to 1, "in favor of pursuing" a large acquisition.[120]

190. On 16 December 2008, *the WSJ* also noted that Pfizer had failed to raise its dividend for the first time in over 40 years and remarked that "[p]erhaps the Company's saving up for a big M&A move."[121]

> "Given that Pfizer has some $26 billion in cash, it's striking that the company couldn't raise the dividend just a little to keep its decades-long streak alive. 'I've got to wonder why they couldn't find a penny or two,' Michael Krensavage, who runs the hedge fund Krensavage Asset Management, told Forbes. 'It's interesting that a company that on the surface has so much cash isn't returning more to shareholders.' Perhaps the company's saving up for a big M&A move. Or maybe a lot of the cash is being held overseas, and the company would have to pay taxes to bring it back to the U.S."
> **"Three Ways of Looking at Pfizer's Flat Dividend," by Jacob Goldstein, *The Wall Street Journal Health Blog,* 16 December 2008.**

---

[119] "Current Investor Sentiment Regarding A Transformational Acquisition," Company email to Jeff Kindler and Frank D'Amelio; from Chuck Triano, dated 7 November 2008 [PFE-JONES 00038193].

[120] "Current Investor Sentiment Regarding A Transformational Acquisition," Company email to Jeff Kindler and Frank D'Amelio; from Chuck Triano, dated 7 November 2008 [PFE-JONES 00038193].

[121] "Three Ways of Looking at Pfizer's Flat Dividend," by Jacob Goldstein, *The Wall Street Journal Health Blog,* 16 December 2008.

71

191. Analysts and investors understood that large scale M&A could result in the Company cutting its dividend.

> "**Dividend At Risk** -We believe management needs to consider strategic alternatives such as a break-up of the company or a large scale acquisition in order to return Pfizer to sustainable long-term growth. Any large scale M&A could result in Pfizer cutting its attractive dividend."
> **"Growth Outlook Troubling," by John Boris, *et al.*, Citigroup, analyst report, 17 July 2008, p. 6 [PFE DERIV 01127829] (emphasis in original).**

> "**Bottom line:** We believe PFE's current dividend is reasonably insulated through 2012, assuming no major new developments (mega-merger, negative legal or product developments), but PFE's long-term business challenges remain substantial. Our 2007-12E EPS CAGR is the group's lowest at -1% (from -2% previously) due to the impact of exclusivity losses & limited visibility on the revenue replacement potential of its pipeline products.
> …
> **Dividend likely safe through 2012, assuming no major shocks or mega-mergers.**"
> **"Sales & EPS Raised in 2011-12 But Still-Negative Outlook Keeps Us on Sidelines," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 11 August 2008, p. 1 [PFE-JONES 00023115] (emphasis in original).**

192. In fact, on the 26 January 2009 conference call Pfizer executives noted that they had informed the market that funding the dividend was one of many ways the Company could use its cash on hand.

> "So first on the dividend cut, I think -- look at that from a couple of perspectives. One, clearly to assist in the financing of the transaction. Two, to redeploy capital. We've talked about total shareholder return as the focus of how we deploy capital. It is not just about paying a dividend, but also about redeploying some of that capital to get revenue and earnings expansion and price earnings multiple expansion. So clearly this is very consistent with what we have talked about before relative to shareholder return and redeploying capital opportunistically to get that."
> **"PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Thomson StreetEvents*, 26 January 2009, p. 10.**

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

193. Clearly, Pfizer had forewarned the market that sustaining the dividend was doubtful, particularly if there was a significant event that would require Pfizer's capital to be deployed differently.  On 23 January 2009, when news of the Wyeth acquisition reached the marketplace, investors would have anticipated that the Company would need to cut its dividend to access the requisite capital.

> "While not specifically mentioned, there may have been pressure from lenders to reduce the dividend, in our view, despite seemingly adequate coverage. This would not be surprising given the dollars involved, the current earnings outlook, and the upcoming patent expirations."
> **"PFE Agrees to Acquire Wyeth, Reports 4Q Results, Cuts Dividend," by Stephen O'Neil, Hilliard Lyons, analyst report, 27 January 2009, p. 5.**

194. Further, analyst commentary following the Company's announcements stated that investors should not be surprised by the dividend cut.

> "Management likely views the delivery of a big acquisition – and the (partial) patching of the company's patent cliff this will offer –as being an adequate offset for a dividend cut. Even though PFE has not been standing at the podium saying it would cut the dividend in the event of a big acquisition, it has readily admitted this on more casual occasions and therefore should not come as much of a surprise to too many shareholders."
> **"Quick Take - Pfizer Buying Wyeth - Should Be Highly Accretive," by Tim Anderson, *et al.*, Bernstein, analyst report, 26 January 2009, p. 2 [PFE DERIV 00080431].**

195. Notwithstanding the facts that the Company had warned of a potential dividend cut, and that when news of the acquisition emerged on January 23rd analysts also warned of a dividend cut, some market commentators reported that the Company attributed a portion of Pfizer's stock price decline on January 26th to investors selling on news of the cut.

> "Management was disappointed by the negative stock reaction yesterday but attributed the performance to the cycling out of dividend yield investors selling on the dividend cut and lack of arbitrage players, rather than push back on the merits of the deal itself."
> **"Highlights of PFE Analyst Breakfast," by Jami Ruben, *et al.*, Goldman Sachs, analyst report, 27 January 2009, p. 3 [PFE-JONES 00025012].**

196. To determine whether a portion of Pfizer's stock price decline on 26 January 2009 was attributable to the dividend cut, specifically the "cycling out of dividend yield" institutional

investors, or the "clientele effect," I analyzed institutional trading data from Abel Noser Solutions.[122]  The Abel Noser data provides ones of the most comprehensive views of the institutional money management industry.

197. One would expect to see significantly more shares sold than bought by institutions, if as management reportedly told analysts, the stock price decline on 26 January 2009 was caused by a clientele effect.  I obtained daily institutional trading data for the period of 23 January 2009 through 30 January 2009 from Abel Noser, and analyzed the ratio of the number of shares bought versus the number of shares sold during this period.  Table-1 presents a summary of this data.

**Table-1:  Pfizer's Daily Institutional Trading for 23-30 January 2009**

| Date | Sells | | Buys | | |
| --- | --- | --- | --- | --- | --- |
| | Total Shares | As % of PFE Total Volume | Total Shares | As % of PFE Total Volume | Buys/Sells |
| 1/23/2009 | 4,774,939 | 4.4% | 979,101 | 0.9% | 0.2x |
| 1/26/2009 | 7,549,628 | 3.6% | 36,006,653 | 17.1% | 4.8x |
| 1/27/2009 | 5,941,030 | 5.3% | 39,949,208 | 35.8% | 6.7x |
| 1/28/2009 | 6,367,975 | 5.9% | 27,536,409 | 25.3% | 4.3x |
| 1/29/2009 | 2,947,093 | 4.4% | 17,026,673 | 25.2% | 5.8x |
| 1/30/2009 | 2,935,261 | 4.3% | 6,648,431 | 9.7% | 2.3x |

198. On 26 January 2009, there were 36.0 million shares of Pfizer bought by institutions, and 7.5 million shares sold by institutions.  That is, the number of shares bought by institutions was nearly five times larger than the number of shares sold by institutions.  Further, for each of the three following trading days the number of shares bought by institutions exceeded the number of shares sold by institutions by 5.6 times on average.  This data indicates that institutions were significantly more likely to be purchasers of Pfizer stock

---

[122] Abel Noser Solutions provides "broker-neutral pre-trade, real-time and post-trade tools to institutional investors. Each day the company collects data from over 500 firms, and records trading data for over 13,000 stocks that trade over 100 exchanges to provide one of the most comprehensive views of the industry." ("Abel Noser Solutions 2011 Global Broker Ranking")  Abel/Noser data has been used in several academic studies on trading behaviors of institutional investors, for example, Hu, Meng, and Potter (2008), Hu (2009), Chemmanur, Hu, and Huang (2010), and Goldstein, Irvine, and Puckett (2011).

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

than sellers in response to the announcements on 26 January 2009.  Attribution of price decline to a client effect lead by institutions, that day is refuted by this data.

199. Financial theory ascribed primarily to Nobel laureates Franco Modigliani and Merton Miller states that dividend policy is irrelevant to the value of a firm.[123]  Nevertheless, "[s]tudies often consider dividend policy as a way for insiders to signal their beliefs about their company's future prospects."[124]  However a number of other theories have been put forward to explain price reactions to dividend policy changes, and Frankfurter and Wood [2002] have shown that "no dividend model, either separately or jointly with other models, is supported invariably" in empirical tests.[125]

200. Some empirical research has shown that, on average, decreases in a company's dividend can cause negative stock price reactions.[126]  For example, research by Jensen *et al.* [2010] finds that the excess price return on the day that a dividend cut is announced averaged -3.58% over the 40-year period of 1967-2006.[127]  Jensen *et al.* [2010] also note, however, that the average price impact of dividend cuts has declined over time.  Specifically, the authors find that price declines in response to dividend cuts have "subsided considerably" in the second-half of their study.[128]

201. Amihud and Li [2006] present a model to estimate the changing impact of dividends on stock prices as a function of time.[129]  They found that the negative impact of dividend cuts has become less substantial in more recent years.  Amihud and Li [2006] developed a model to quantify this diminishing effect.  They found that the average two-day cumulative abnormal percent return ("*CARy*")for dividend decreases in a particular year, *y*, conforms

---

[123] Modigliani, F., and M. H. Miller, 1958, "The Cost of Capital, Corporation Finance and the Theory of Investment." *American Economic Review*, 48, 261-297; Modigliani, F., and M. H. Miller, 1963, "Corporate Income Taxes and the Cost of Capital: A Correction," *American Economic Review*, 53, 433-443; Miller, M. H., and F. Modigliani, 1961, "Dividend Policy, Growth, and the Valuation of Shares," *Journal of Business*, 34, 235-264
[124] "Does The Timing Of Dividend Reductions Signal Value? Empirical Evidence," by Tyler J. Hull, *Journal of Corporate Finance*, 2013, p.1
[125] Dividend policy theories and their empirical tests," by George Frankfurter and Bob Wood, Jr., *International Review of Financial Analysis*, 2002.
[126] "What Do Dividend Reductions Signal?" by Gerald Jensen, Leonard Lundstrum, and Robert Miller, *Journal of Corporate Finance,* 2010.
[127] "What Do Dividend Reductions Signal?" by Gerald Jensen, Leonard Lundstrum, and Robert Miller, *Journal of Corporate Finance,* 2010, p. 741.
[128] "What Do Dividend Reductions Signal?" by Gerald Jensen, Leonard Lundstrum, and Robert Miller, *Journal of Corporate Finance,* 2010, p. 741.
[129] "The Declining Information Content Of Dividend Announcements And The Effects Of Institutional Investors," by Yakov Amihud and Kefei Li, *Journal of Financial and Quantitative Analysis*, 2006.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

to the following equation: CARy = -2.63 + 0.0013 * y.[130]  Therefore, for the year 2009 the estimated two-day abnormal (or residual) percent return is: $CAR_y = -1.83\%$.  To compute the one-day decline attributable to the dividend cut, from this estimated two-day decline I used the ratio of abnormal returns between the announcement day and the next trading day presented in Jensen *et al.* [2010].[131]  In this manner I estimated the one-day residual decline attributable to the dividend cut to be 1.04% (equal to the ratio of 0.57 multiplied by the two-day decline of -1.83%).

202. I also estimated the one-day residual decline attributable to the dividend cut using the ratio of the 2009 two-day return relative to the average two-day returns for the years 1967-2006 (the period of the Jensen *et al.* [2010] study) computed using the model presented in Amihud and Li [2006].[132]  I estimated the expected impact in 2009 of a dividend decline to be -1.38% (equal to the ratio of 0.385 multiplied by the forty year average announcement day return of -3.58%).

203. Research by Chemmanur and Tian [2013] find a difference between the stock price impacts of forewarned and surprising dividend cuts.[133]  Stock price returns for companies that prepare the market for a dividend are less negative than those of companies who did not.[134]  In an early working paper, these authors found that stock returns on the day prepared dividend cuts are announced are, on average, a 0.95% decline.[135]  By comparison, they found an average decline of 2.64% on days when non-prepared dividend cuts are announced.[136]

---

[130] "The Declining Information Content Of Dividend Announcements And The Effects Of Institutional Investors," by Yakov Amihud and Kefei Li, *Journal of Financial and Quantitative Analysis*, 2006, p. 641.

[131] The ratio of the event day decline to the two-day decline is 0.57 (*i.e.* 57% of the two-day decline occurs on the announcement date).  "What Do Dividend Reductions Signal?" by Gerald Jensen, Leonard Lundstrum, and Robert Miller, *Journal of Corporate Finance,* 2010, p. 741.

[132] The average two-day *CAR* for the period 1967-2006 equals -4.76% and the 2009 *CAR* equals -1.83%.  The ratio of the 2009 event day decline to the two-day decline for 1967-2006 equals 0.385.

[133] "Communicating Private Information to the Equity Market before a Dividend Cut: An Empirical Analysis," by Thomas J. Chemmanur and Xuan Tian, forthcoming in the *Journal of Financial and Quantitative Analysis*, version dated 2013.

[134] "Communicating Private Information to the Equity Market before a Dividend Cut: An Empirical Analysis," by Thomas J. Chemmanur and Xuan Tian, forthcoming in the *Journal of Financial and Quantitative Analysis*, version dated 2013.

[135] "'Preparing' the Equity Market for Corporate Events: Theory and Evidence from Firms Cutting Dividends," by Thomas J. Chemmanur and Xuan Tian, Working Paper, 14 March 2007.

[136] "'Preparing' the Equity Market for Corporate Events: Theory and Evidence from Firms Cutting Dividends," by Thomas J. Chemmanur and Xuan Tian, Working Paper, 14 March 2007.

204. Further, research shows that dividend cuts have a lesser impact, on average, during periods of market declines than during market upswings.[137]

205. Due to the facts that: 1) financial theory ascribed to Modigliani and Miller states that dividend policy is irrelevant to the value of a firm; 2) management provided substantial forewarning to the market; 3) market participants anticipated a dividend cut on 23 January 2009; 4) institutional trading data indicates that a clientele effect, if any, occurred on January 23rd; 5) analysts believed that the acquisition was compensation enough for the cut; and 6) cuts in a declining market have less of an impact on share prices, I conservatively attributed 1.38%, or $0.22 per share, of the decline in Pfizer's share price to the new information about the dividend.

Credit Watch

206. On 26 January 2009, both Standard & Poor's ("S&P") and Moody's put their credit ratings for Pfizer on negative watch.[138] Standard & Poor's also mentioned it would downgrade Pfizer's credit rating from 'AAA' to 'AA' if the acquisition of Wyeth completed as scheduled.[139]

207. According to reports, Pfizer had planned to cut its dividend to preserve its credit rating.[140] This was reportedly due to a provision in the loan agreement that allowed the banks to withhold financing if Pfizer's long-term credit rating fell below 'A,' five notches below the Company's current 'AAA' rating.[141]

208. That Pfizer's 'AAA' rating was put on negative credit watch in connection with the announcement of the Wyeth acquisition, would not necessarily be expected to impact the price of the Company's stock that day. Notably, no major rating agencies downgraded Pfizer's credit before or during trading that day.

---

[137] "Do Dividends Matter More In Declining Markets?" by Kathleen Fuller and Michael Goldstein, *Journal of Corporate Finance,* 2011.

[138] "Update: S&P, Moody's Weighing Downgrade of Pfizer," *Dow Jones Newswires*, 26 January 2009, 11:45 AM. After the close of trading that day, Fitch Ratings downgraded Pfizer's senior unsecured debt one notch to 'AA' from 'AA+' ("Fitch Downgrades Pfizer, Inc.'s IDR to 'AA'; Rating Watch Negative," *Business Wire*, 26 January 2009, 4:51 PM).

[139] "Update: S&P, Moody's Weighing Downgrade of Pfizer," *Dow Jones Newswires*, 26 January 2009, 11:45 AM.

[140] "Update: S&P, Moody's Weighing Downgrade of Pfizer," *Dow Jones Newswires*, 26 January 2009, 11:45 AM.

[141] "Update: S&P, Moody's Weighing Downgrade of Pfizer," *Dow Jones Newswires*, 26 January 2009, 11:45 AM.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

209. The financial literature is mixed on the effects of credit rating changes on stock prices. Empirical research on the market in the 1980's found negative stock returns associated with credit ratings downgrades,[142] but other research has found that negative effects are most pronounced for small, low-credit-quality companies.[143]

210. Each year S&P publishes "*Annual Global Corporate Default Study and Rating Transitions*," analyzing the default probabilities for each of its ratings categories.[144] This data published by S&P indicates that both AAA and AA-rated bonds carry an extremely remote risk of default. During the period 1981-2009, the average one-year default frequency of S&P AAA and AA-rated notes was 0.00% and 0.02%, respectively.[145] That is, assuming that Pfizer was downgraded to AA that day, there would be a 99.98% chance that the Company would be able to meet its debt obligations over the next year.[146] Even if Pfizer had been downgraded to AA, the probability of default would still be remote.

211. As such, and in light of the facts that the credit watch development could have been anticipated on account of the anticipated acquisition, and liquidity concerns engendered by the $2.3 billion fine and its implications are allegation-related, I attribute no portion of the 26 January 2009 stock price decline to non-allegation related confounding information regarding the negative credit watch announcement that day.

Lower Interest Income

212. On the conference call on 26 January 2009, Pfizer CEO Jeff Kindler mentioned that the Company expected lower interest income in 2009 to negatively impact EPS by $0.04.[147]

213. On January 23rd, as details of the Wyeth deal emerged, analysts and the financial press noted that the deal would be paid for in part using new debt and in part using cash on

[142] "The effect of bond rating agency announcements on bond and stock prices," by John R. M. Hand, Robert W. Holthausen, Richard W. Leftwich, *Journal of Finance*, 1992, p. 733–752.

[143] "The long-run stock returns following bond rating changes," by Ilia D. Dichev and Joseph D. Pitroski, *Journal of Finance*, 2001 p. 55–84.

[144] "Default, Transition, and Recovery: 2009 Annual Global Corporate Default Study And Rating Transitions," by Diane Vazza, *et al.*, Standard & Poor's, 17 March 2010, Table 24.

[145] "Default, Transition, and Recovery: 2009 Annual Global Corporate Default Study And Rating Transitions," by Diane Vazza, *et al.*, Standard & Poor's, 17 March 2010, Table 24.

[146] "Default, Transition, and Recovery: 2009 Annual Global Corporate Default Study And Rating Transitions," by Diane Vazza, *et al.*, Standard & Poor's, 17 March 2010, Table 24.

[147] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

hand.[148]  As investors learned that Pfizer's cash assets would decline substantially as a result of the Wyeth acquisition, they would have understood that Pfizer's interest income would decline in 2009 relative to 2008.

214. A Deutsche Bank analyst had anticipated this development[149] and when it occurred commented that the opportunity cost of using cash (*i.e.*, foregone interest income) was *de minimis*.

> "[Barbara Ryan; Deutsche Bank Analyst]: I am assuming that, obviously, you have the lost interest income on the $22 billion in your own cash, which would be, in this environment, pretty de minimis, maybe 2% …
>
> [Frank D'Amelio: Pfizer CFO]:  So without giving a specific rate, I think once again in market rates, the numbers that you used I wouldn't dispute."
> **"PFE- Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company,"** *Thomson StreetEvents***, 26 January 2009, pp. 10-11.**

215. In October 2008, a Leerink Swann analyst lowered Pfizer's estimated 2009 interest income by $350 million, or $0.05 per share.[150]

216. Consequently, Pfizer's announcement of lower interest income would not have been expected to impact Pfizer's stock price.  Therefore, I attributed no portion of Pfizer's stock price decline that day to the information about Pfizer's reduced interest income for 2009.

Increased Tax Rate

217. Throughout the day on 23 January 2009, as information regarding Pfizer's acquisition of Wyeth emerged, analysts and news reporters commented that Pfizer would need to repatriate some amount of cash to finance the acquisition.[151]  In 2008, one analyst estimated that as much as 75% of Pfizer's cash was held abroad.[152]  Therefore, the fact that

---

[148] See for example, "Pfizer, Wyeth Deal Expected In 'Near Term' – CNBC's Faber," *Dow Jones Newswires*, 23 January 2009.

[149] "Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008, p. 1 [PFE-JONES 00024429].

[150] "Sales & EPS Reduced in '08-'12 Reflecting Fx & Q3 Rx Trends," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 16 October 2008, p. 3 [PFE-JONES 00023755].

[151] See for example, "Pfizer, Wyeth Deal Expected In 'Near Term' –CNBC's Faber," *Dow Jones Newswires*, 23 January 2009; "Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff, *The Wall Street Journal*, 23 January 2009.

[152] "Incremental Steps Are Not Enough - Initiate With A Sell," by Jami Rubin, *et al.*, Goldman Sachs, analyst report, 6 November 2008, p. 10 [PFE DERIV 01138162].

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

Pfizer would need to repatriate money for the acquisition, and as a result its tax rate would likely increase, was well-known.[153]

218. On 26 January 2009, as discussed above, the Company announced that a change in its tax rate in 2009 was expected to reduce EPS by $0.21 as a result of the Company's plan to repatriate cash from overseas to finance a portion of the Wyeth acquisition.[154] That the Company's 2009 tax rate would rise as a result of the acquisition was not a surprise to analysts. However, analysts were surprised when Pfizer's CFO disclosed that the Company expected Pfizer's tax rate to remain elevated at 30% for the next couple of years.

> "[Chris Schott - JPMorgan – Analyst]: Good morning. How are you doing? Just two quick questions for you. First of all, when we think about debt you are taking on with this transaction, how aggressively should we think about Pfizer paying down that debt? I know you mentioned 2012 net cash. But I guess I am trying to get at here tax rate obviously on the 30% in 2009, should we think of it up in that 30% range a couple years after that and then maybe when we look at 2012 and beyond, should we think about the tax rate maybe coming back down to this low to mid-20% range?
> …
> [Frank D'Amelio, Pfizer CFO]: So on the tax rate, Chris, we will obviously be looking to pay down the debt. I will call it kind of in a consistent way going forward, which is why we said net cash by 2012. So in terms of your assumptions, I would assume that 30% and I would keep it at roughly that level going forward for the next couple years."
> **"PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Thomson StreetEvents*, 26 January 2009, p. 15.**

219. While certain analyst commentary appeared to attribute the increase in the tax rate after 2009 to the Company's apparent plan to accelerate its debt pay down, other analysts wanted more information.

> "Combined PFE/WYE tax rate of 30% requires explanation. PFE management's indication that the proforma tax rate should be 30% 'going forward for the next couple of years' is the most confusing new

---

[153] "Quick Take – Pfizer Buying Wyeth? Fits Our Thesis. Dividend At Risk?" by Tim Anderson, *et al.*, Bernstein, analyst report, 23 January 2009, p. 1 [PFE DERIV 00080318].

[154] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, p. 7.

80

> development in PFE's guidance. It is unclear to us if the tax rate reflects a new overall tax structure for PFE, continued (but temporary) repatriation of foreign cash, or is simply conservative."
> **"Perfect Storm of Uncertainty Taints Solid Strategic Acquisition," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 27 January 2009, p. 1 [PFE DERIV 00080488].**

220. To quantify the impact of the unexpected portion of the higher tax rate on Pfizer stock price, I calculated the present value of the increased taxes that the market would expect Pfizer to pay over the "next couple of years."  To do so, I obtained consensus earnings before interest and taxes ("EBIT") estimates for Pfizer for the fiscal years 2010 and 2011 as of 23 January 2009, the last trading day prior to the earnings announcement.[155]  Pfizer's consensus EBIT estimates for 2010 and 2011 were $20.495 billion and $19.917 billion, respectively.

221. For each year, I subtracted the interest expense associated with the debt used to finance the acquisition.  The Company affirmed that the cost of financing the additional $22.5 billion in debt would be between 7% and 9%.[156]  To be conservative, I estimated Pfizer's interest expense using an interest rate of 7%.  Thusly computed, I estimated the Company's interest expense to be $1.575 billion in both 2010 and 2011.

222. To compute earnings before taxes ("EBT"), I subtracted the $1.575 billion of interest expense from the estimated EBIT of $20.495 billion and $19.917 billion for 2010 and 2011, respectively.  Thusly computed, Pfizer's consensus EBT for 2010 and 2011 amounted to $18.920 billion and $18.342 billion, respectively.

223. I then multiplied the consensus EBT estimate for 2010 by 7.67%, the difference between the new tax rate of 30% and the average estimated tax rate for 2010 of 22.33%.  For 2011, I multiplied the consensus EBT estimate for 2011 by 7.31%, the difference between the new tax rate of 30% and the average estimated tax rate for 2011 of 22.69%.

224. To calculate the present value of the additional taxes, I discounted the additional annual payments for 2010 and 2011 using a 10.3% discount rate, the cost of equity for Pfizer reported by Bloomberg as of 26 January 2009.  The present value of the increased taxes for

---

[155] EBIT estimates obtained from Bloomberg.

[156] "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Final Transcript, *Thomson StreetEvents*, 26 January 2009, pp. 10-11.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

2010 and 2011 was $2.302 billion, or $0.34 per share. Therefore, the amount of Pfizer's 26 January 2009 decline attributable to the Company's increased tax rate is $0.34 per share.

Wyeth's Q4 and FY 2008 Financial Results

225. On 26 January 2009, Wyeth reported earnings for Q4 and FY 2008.[157] For the fourth quarter, Wyeth reported $5.35 billion in revenues and EPS of $0.78 cents per share. Caris & Company reported that the EPS was one cent above their estimate, but one cent below consensus. Wyeth's gross margin of 74.9% was a surprising positive at 3.3 percentage points above expectations, in part due to strengthening of the U.S. dollar.[158] Overall the financial results were mixed.

226. These mixed financial results would not be expected to move the price of Pfizer stock.

227. Further, one analyst noted that the announcement of the Wyeth acquisition reduced the impact of Wyeth's financial results on the company's stock price.[159]

228. Due to the mixed financial results and the overshadowing news of the acquisition agreement, I attributed none of the residual decline in Pfizer stock to the announcement of Wyeth's financial results that day.

Pfizer Takes $2.3 Billion Charge

229. On 26 January 2009, Pfizer announced that it took a pre-tax and post-tax charge of $2.3 billion in Q4 2008 to settle the DOJ's investigation into allegations that Pfizer was illegally marketing Bextra and other drugs off-label.[160]

230. During the Class Period Pfizer filed three 10-Ks with the SEC, each of which disclosed that the DOJ was actively investigating the marketing and safety of the Company's COX-2

---

[157] "Wyeth Reports Earnings Results for the 2008 Full Year and Fourth Quarter," company press release, *PR Newswire*, 26 January 2009.

[158] "Pfizer Discount and Deal Risk Perceptions Create Opportunity – Reiterate Buy and $50 Price Target," by David Moskowitz, RPh., and James Molloy, Caris & Company, analyst report, 27 January 2009.

[159] "Pfizer Discount and Deal Risk Perceptions Create Opportunity – Reiterate Buy and $50 Price Target," by David Moskowitz, RPh., and James Molloy, Caris & Company, analyst report, 27 January 2009.

[160] "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009.

medicines, particularly Bextra.[161]  In the latter two filings the Company noted that it was working to resolve these matters.[162]

231. In its 10-Q for the second quarter 2008, Pfizer revised its disclosure to note that the DOJ was investigating "certain other drugs" and that the COX-2 matter "could result in the payment of a substantial fine and/or civil penalty."[163]  Despite updating the language in the disclosure, the Company did not reserve for a loss.

232. The $894 million pre-tax charge Pfizer took in Q3 2008, to settle personal-injury claims, and certain other claims, is not related to the $2.3 billion charge related to the DOJ's investigation announced on 26 January.[164]

233. The announcement of the $2.3 billion fine on 26 January 2009 was an unanticipated negative event. As such, Pfizer's equity value would be directly reduced by the fine.  On a per share basis, the $2.3 billion fine amounted to $0.34 (equal to the $2.3 billion charge, divided by Pfizer's 6.74 billion shares outstanding),[165] the same per-share amount that analysts attributed to the fine.[166]

234. The fine thus directly accounts for at least $0.34 per share of the residual decline in the price of Pfizer stock on 26 January 2009, or 17.9% of the $1.90 per share residual decline that day. This decline is attributable to Plaintiffs' allegations.

235. The $0.34 per share attribution is a conservative estimation of the impact of the fine on Pfizer's equity value, as it considers only the dollar value of the fine and ignores the reputation effect and information value of the fine.  Moreover, the precise dollar amount of the fine does not include the additional costs the Company would likely incur in paying the fine.

---

[161] Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006, p. 67; Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2006, filed 1 March 2007, p. 73; Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, p. 77.

[162] Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2006, filed 1 March 2007, p. 73; and Pfizer Inc., Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008, p. 77.

[163] Pfizer Inc., Form 10-Q for the Quarter Ended 29 June 2008, filed 8 August 2008.

[164] Pfizer Inc., Form 10-Q for the Quarter Ended 28 September 2008, filed 7 November 2008.

[165] Pfizer's shares outstanding taken as of 4 November 2008 (Pfizer Inc., Form 10-Q for the Quarter Ended 28 September 2008, filed 7 November 2008).

[166] "The Wyeth Purchase: Activity Yes, But Progress?" by Robert Hazlett and James Tumbrink, BMO, analyst report, 28 January 2009, p. 2 [PFE-JONES 00025072].

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

236. If the Company did not have adequate cash reserves domiciled in the U.S. to pay the $2.3 billion fine, the Company would have to finance the fine by either: 1) repatriating money from overseas; 2) borrowing money; or 3) cutting the dividend. Any of these options would have negatively impacted the Company's 2009 EPS.

237. For example, if Pfizer chose to repatriate the $2.3 billion needed, the resulting tax increase would negatively impact 2009 EPS by an additional $0.07 – $0.12 per share.[167] If the $2.3 billion was instead borrowed, 2009 EPS would be negatively impacted by an additional $0.08 per share.[168] If the Company used a portion of the savings from the dividend cut to pay the fine, the estimated per share impact would be an additional $0.12 per share (the $0.22 per share decline attributed to the dividend times 53.6%, the portion of the savings from the dividend cut that could have been used to pay the fine.)[169]

238. My analysis conservatively attributes none of the stock price decline to costs Pfizer would likely incur to pay the $2.3 billion fine.

The Impact of the Government Investigations on Pfizer's Future Revenue and Earnings

239. As a result of the settlement announced on 26 January 2009, Pfizer was expected to stop certain promotional practices of the drugs at issue. One would reasonably expect this to have an adverse effect on the Company's revenue and earnings, due to the loss of the additional sales and earnings generated from such practices. It is probable that a portion of Pfizer's lower 2009 revenue and earnings guidance was due to the new marketing and promotional restrictions. Company documents obtained in discovery provide insight into how the anticipated marketing restrictions impacted the 2009 revenue and earnings projections for the at issue drugs.

---

[167] The $0.07 per share impact was computed by multiplying the $2.3 billion charge by the negative $0.03 per share impact of each additional billion dollars of higher taxes (*see* "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, *et al.*, JPMorgan, analyst report, 24 June 2008, p. 10). The $0.12 per share impact was computed by multiplying the $2.3 billion charge by the $0.05 per share impact of each additional billion dollars of higher taxes (see "Cash Flows Support Dividend," by Barbara Ryan, Deutsche Bank, analyst report, 3 June 2008, p. 1).

[168] The $0.08 per share impact was computed by multiplying the $2.3 billion charge by negative $0.035 per share, the negative impact to EPS for borrowing $1 billion (see "Dividend Announcement Likely Next Week: We Expect Sustainability," by Steven M. Lichtman, *et al.*, Bank of America, analyst report, 10 December 2008, p. 4 [PFE-JONES 00024586]).

[169] This ratio is equal to $2.3 billion divided by $4.29 billion [the difference in the annual dividend of $8.58 billion before the cut ($1.28 per share, multiplied by Pfizer's 6.7 billion shares outstanding), minus the annual dividend of $4.29 billion ($0.64 per share, multiplied by Pfizer's 6.7 billion shares outstanding)].

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

240. In December 2007, the DOJ brought the issue of Zyvox's promotional practices to the Company's attention.[170] The DOJ's concern was that despite the FDA's 2005 Warning Letter concerning the promotional practices of Zyvox, the Company continued to advance unsubstantiated claims that Zyvox was superior to vancomycin.[171] In connection with the DOJ's December 2007 action, Pfizer incorporated a "review of comparative claim practices" into an ongoing broad review of the Zyvox sales force.[172] Specifically, the Company conducted a review of over 100,000 documents and emails, and over 118 interviews of Pfizer sales employees. [173]

241. Pfizer's "[i]nvestigation revealed problematic comparative messaging occurring in the field."[174] Specifically, sales representatives relied heavily on peer-reviewed clinical reprints, which Pfizer had approved for use in the field, and that these journal articles contained the respective authors' findings that Zyvox achieved "better" clinical results or "superior" outcomes compared to vancomycin in treating MRSA infections.[175]

242. In Pfizer's report to the DOJ, the Company noted that the "frequency of inappropriate comparative messaging is difficult to quantify, but it was prevalent."[176] According to the Company, sales representatives were encouraged to make comparative claims and did in fact utilize this approach.[177]

---

[170] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067514-98, at 62].

[171] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067575].

[172] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067563].

[173] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067563].

[174] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067564].

[175] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067564].

[176] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067568].

[177] "Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067568].

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "Pfizer recognized the scope of the improper comparative messaging problem by late January 2008 and immediately commenced remedial measures.
>
> The Anti-Infectives February 2008 mid-POA meetings were dedicated to providing corrective guidance regarding comparative claims."
> **"Overview of Zyvox Promotional Practices," Company presentation, dated 24 October 2008 [PFE DERIV 00067571].**

243. As described below, after the February 2008 mid-POA, Anti-Infective sales management began the process of calculating the reduction in budgeted 2009 Zyvox sales attributable to the fact that Pfizer could no longer advance the improper superiority claims.

244. In October 2007, two months before the DOJ expressed its concerns about Zyvox comparative claims, the Company forecast Zyvox U.S. sales of $817.0 million for 2009.[178] In September 2008, after the Zyvox sales force had received "corrective guidance" concerning improper superiority claims, Pfizer adjusted its 2009 U.S. net sales forecast for Zyvox down to $731.5 million, a downward revision of $85.5 million.[179]

245. In a 5 October 2008 email, Dee Mahoney raised concern that the proposed 2009 budget for Zyvox did not account for the "ongoing compliance investigation with Zyvox."[180]

> "One additional pessimistic case that was not listed is the ongoing compliance investigation with Zyvox. I just received the email below this evening from legal. You will see from the memo that they want to schedule a meeting to discuss our 09 Zyvox forecast."
> **"2009 Operating Plan," Email from Dee Mahoney, dated 5 October 2008 [PFE DERIV 01062946].**

246. Around 22 October 2008, Michael Gavigan, Pfizer's Director and U.S. Team Leader for Zyvox, estimated that 33% of Zyvox's U.S. pneumonia business was linked to restricted promotional efforts.[181] As a result of these restrictions, Mr. Gavigan estimated that $140 million was a rough starting point for the U.S. Zyvox revenue reduction.[182]

---

[178] "Zyvox Operating Plan," Company presentation, dated 9 October 2007 [PZ0028868-921, at 918].
[179] "2009 Operating Plan," Company presentation, dated 29 September 2008 [PFE-JONES 00084924-002, at 995].
[180] "2009 Operating Plan," email from Dee Mahoney, dated 5 October 2008 [PFE DERIV 01062945-49, at 46].
[181] "Meeting Materials," email from Michael Gavigan, internal Company communication, dated 22 October 2008 [PFE-JONES 00087647-56, at 54].
[182] "Meeting Materials," email from Michael Gavigan, internal Company communication, dated 22 October 2008 [PFE-JONES 00087654].

86

247. On 19 November 2008, Pfizer informed the Zyvox sales force that numerous detailing materials, including journal reprints that explicitly claimed Zyvox to be "superior" or "better" than vancomycin, were no longer approved for use in the field.[183] At that time, Pfizer management was considering lowering Zyvox's 2009 U.S. sales budget below the prevailing $690 million level.[184]

248. In addition, it appears that Pfizer management recognized that government scrutiny and criticism of the Company's promotional activities of Lyrica put 2009 U.S.-based revenues and earnings at risk. In May and June 2008, Pfizer made presentations to the Office of Inspector General ("OIG") and DOJ regarding the Company's compliance function, including initiatives Pfizer took to prevent further healthcare law compliance issues from arising.[185] In an effort to reduce or eliminate off-label marketing of Lyrica, Pfizer informed the OIG and DOJ that the Company would "send a letter to psychiatrists reminding them Lyrica is not indicated for any psychiatric uses and [Lyrica] was specifically denied" an indication to promote the drug in the U.S. for generalized anxiety disorder.[186]

249. Then, on 16 June 2008, Pfizer's counsel attempted to justify to the DOJ the Company's promotion of Lyrica as superior to gabapentin – *i.e.*, by making pharmacokinetic property comparisons – during detailing sessions with U.S. doctors.[187] Shortly after making this presentation, in November 2008, Pfizer instructed the Lyrica sales force that it could no longer use the detailing piece that claimed Lyrica to be superior to gabapentin with respect to absorption rates and could no longer make any pharmacokinetic comparisons in the U.S.[188]

---

[183] *See* PFE DERIV 01044653-784, at 729-30 ("Effective November 21, 2008 . . . . *[t]he following resources are no longer approved for use in promotion. You may not detail, use with, or distribute to customers.*") (emphasis in original).

[184] "RE: Zyvox 2009 Revised Budget Commentary.xls," Company email from Phillip Mckinnie, dated 19 November 2009 [PZ0210073-74].

[185] *See* PFE DERIV 00068056-158.

[186] *See id.* at PFE DERIV 00068143.

[187] *See* PFE DERIV 00066046-69. *See also* PFE DERIV 00066085-86 (letter from Davis Polk acknowledging 16 June 2008 meeting).

[188] *See* KPMG-PFIZ-DS 0005663-720, at 711 (this document also details other corrective measures Pfizer took with regard to alleged off-label marketing of Lyrica during 2008).

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

250. On 2 December 2008, a presentation was made to Pfizer senior management concerning the 2009 world-wide sales and operations budget.[189]  The document recognizes that one of the "Key Issues" impacting Lyrica sales in 2009 was that "54% of US Lyrica volume is non-indicated use [and] [c]annot be promoted/controlled" by Pfizer.[190]  In that presentation, lower U.S. total prescription growth for Lyrica, among other things, contributed to a "Major 2009 Budget Swing Factor" of negative $300 million and negative $260 million in Lyrica sales and operating income, respectively.[191]

251. As explained above, the price decline of Pfizer stock on 26 January 2009 was caused in part by the lower than expected guidance.  To the extent that restricted promotional practices negatively impacted 2009 guidance, logically one could attribute this additional portion of the stock price decline to Plaintiffs' allegations.  To be conservative, I did not attribute any of the lower 2009 guidance and stock price decline to the restricted promotional practices.  However, as explained next and in the finance literature, it is reasonable that a portion of the price decline attributable to the restricted promotional practices is captured in the reputation loss.

Reputation Effect

252. It is well-established in the finance literature that the ramifications of financial fraud extend well beyond the direct dollar amount of the fraud.[192]  Karpoff, Lee, and Martin [2008] find that "for each dollar that a firm misleadingly inflates its market value, on average, it loses this dollar when its misconduct is revealed, plus an additional $2.71, due to reputation loss."[193]

> "Reputation can be lost if customers change the terms on which they are willing to do business with the firm because of an increased probability of cheating or the perception that the firm cannot support warranties or supply compatible parts in the future. Diminished reputation also can

---

[189] *See* PFE DERIV 01063347-72 (WPO 2009 Operating Plan Highlights).
[190]. *Id*. at PFE DERIV 01063362.
[191] *Id.* at PFE DERIV 01063357.
[192] *See*, for example, "Determinants of market reactions to restatement announcements, by Zoe-Vonna Palmrose, Vernon J. Richardson, and Susan Scholz, *Journal of Accounting and Economics*, 37 (2004) p. 59-89. Similar market responses are observed when operational losses are disclosed; see, for example, "The Market Value Impact Of Operational Loss Events For US Banks And Insurers," by J. David Cummins, Christopher M. Lewis, and Ran Wei, *Journal of Banking & Finance* 30 (2006) 2605–2634.
[193] "The Cost to Firms of Cooking the Books," by Jonathan Karpoff, D. Scott Lee, and Gerald Martin, *Journal of Financial and Quantitative Analysis*, 2008, p. 581.

reflect an increase in the firm's cost of capital or trade credit, as input suppliers change the terms with which they do business with the firm. In addition, the firm can suffer real losses as managers are required to divert resources to the investigation and away from company business. The revelation of financial reporting problems could also force the firm to implement new monitoring and control policies, increasing the cost of operations. We group all such real effects on firm value into the reputation loss."

**"The Cost to Firms of Cooking the Books," by Jonathan M. Karpoff, D. Scott Lee, and Gerald S. Martin,** *Journal of Financial and Quantitative Analysis,* **2008, pp. 598 - 99.**

253. In this case, Pfizer's value would reasonably be impacted beyond the dollar value of the $2.3 billion fine levied by the DOJ.[194] First, Pfizer's future earnings were negatively impacted by the loss of off-label sales that could no longer occur, and could be further impacted by operational changes stemming from the DOJ settlement. Second, Pfizer's settlement with the DOJ increased the likelihood of future litigation related to the alleged fraud. Third, revelation of the fine signaled to investors that Pfizer had continued to engage in inappropriate behaviors. It follows that lower future revenue and earnings, increased likelihood of litigation, a continued pattern of misbehavior, and greater risk would negatively impact Pfizer's stock price.

254. Using the finding presented in Karpoff, Lee, and Martin [2008] that for every $1 of inflated value that dissipates, company value declines an additional $2.71 on average because of the loss of reputation, I attributed $0.92 per share of the decline in Pfizer stock price to reputation loss.[195] This number represents almost entirely the additional decline in Pfizer stock unexplained by any of the factors discussed above, $0.98. As such, $0.92 is a conservative estimate of how much of the residual stock price decline on 26 January 2009 is attributable to Pfizer's loss of reputation.

---

[194] This is not an isolated case. For example, on Sunday 22 April 2012, *The New York Times* reported on a covered-up internal investigation at Wal-Mart concerning bribery payments to Mexican officials. While the reported payments totaled $24 million, Wal-Mart's market capitalization fell $15.9 *billion* over the next two trading days (from $212.6 billion on April 20th to $196.7 billion on April 24th). See "Vast Mexico Bribery Case Hushed Up by Wal-Mart After Top-Level Struggle," by David Barstow, *The New York Times*, 22 April 2012; Wal-Mart stock price data obtained from CRSP.

[195] Equal to the $0.34 per share amount of the fine for off-label marketing multiplied by 2.71, the amount of additional share price decline due to reputation loss. ("The Cost to Firms of Cooking the Books," by Jonathan M. Karpoff, D. Scott Lee, and Gerald S. Martin, *Journal of Financial and Quantitative Analysis,* 2008, p. 601.)

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

255. Consequently, I conclude that the disclosures of Pfizer's off-label marketing and the fine on 26 January 2009 caused the value of Pfizer stock to decline an additional $0.92 per share, over and above the $2.3 billion dollar value of the fine.

Summary of Allegation Related Decline

256. Of the $1.90 per share residual decline in Pfizer stock on 26 January 2009, I estimate that $1.26 per share, including the $0.34 per share dollar value of the fine plus the $0.92 value of the reputation loss stemming from the fine, was related to Plaintiffs' allegations.


**ARTIFICIAL INFLATION RIBBON**


257. An inflation ribbon is a time series indicating how much artificial inflation caused by the alleged fraud was in the stock price on each day of the Class Period.  The inflation ribbon is constructed by analyzing the stock price changes that were caused by the allegation-related information as indicated by the event study and analysis of the information that transpired on an event date.  When the stock price falls on account of a corrective disclosure, inflation dissipates. Inflation after such a corrective disclosure and significant price movement must be less than the inflation prior to the disclosure.


**Dissipation of Inflation on 26 January 2009**

258. No artificial inflation remained in the stock price as of 26 January 2009, the date of the final corrective disclosure.  On 26 January 2009, the allegation-related residual decline in the Pfizer stock price, which equals the amount of artificial inflation that dissipated due to the corrective disclosures, was $1.26 per share. Therefore, prior to 26 January 2009 the artificial inflation in the Pfizer stock price stood at $1.26 per share.  That $1.26 per share amount would have been the level of artificial inflation in the stock as of the start of the Class Period and remained unchanged until the corrective disclosure on 26 January 2009.

259. My conclusion that the inflation in the stock price would have been stable over the course of the Class Period, is driven by the fact that while the fine would have been lower had there been full disclosure earlier, this effect would have been offset by lost revenue and earnings stemming from restricted marketing practices.   Moreover, the reputation effect from learning that a company's management is intent on misdeeds, is reasonably

90

comparable to the reputation effects from learning that they had done the misdeeds.  For these reasons, among others, a constant inflation ribbon is appropriate.

## PER SHARE DAMAGE FORMULA

260.  The measure of per share damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price of the security had there been no fraud or misrepresentation.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases.  The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
> **"Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, Kevin L. Gold, and Marnie A. Moore, chapter 18 in** *Litigation Services Handbook: The Role of the Financial Expert*, **4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons, 2007,  p. 18.6 (internal citations omitted).**

261.  However, the *Dura Pharmaceuticals* case decision clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, but how much of that artificial inflation was actually lost by the investor on account of corrective disclosures that occurred during the investor's holding period.  Therefore, recoverable damages are the amount by which fraud-induced inflation decreased between the time the investor purchased and sold the security.

262.  For shares sold after the final corrective disclosure, the Private Securities Litigation Reform Act of 1995 ("PSLRA 1995") limits the recoverable damages to be no greater than the difference between the price paid for the security and the average trading price over the 90 days subsequent to the disclosure (the "bounce-back period").

91

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."
> **15 U.S.C. § 78u-4(e) (1).**

263. Damage on any share purchased during the Class Period and held 90 days or more beyond the final corrective disclosure equals the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price over the 90 days following the final corrective disclosure.

264. Because the final disclosure in this case took place on 26 January 2009, the 90-day bounce-back period stretches from 26 January 2009 through 24 April 2009 (the last trading day within the 90 calendar days following the disclosure). The average price for Pfizer stock over this period of 90 calendar days, based on closing prices, was $13.83 per share. Pfizer stock prices and trading volume are shown in Exhibit-4.

265. According to PSLRA 1995, the investment loss cap for a share sold *within* the 90-day bounce-back period is a function of the average trading price from the date of final disclosure to the date of actual sale.

> "[I]f the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in paragraph (1), the plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."
> **15 U.S.C. §78u-4(e) (2).**

266. Thus, damage on any share purchased during the Class Period and sold up to 90 days after the final corrective disclosure is the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the sale price is computed to be the average trading price from the final corrective disclosure date to the sale date. That is, the damage is capped by the

92

investment loss where the actual sale price is replaced by the average price within the 90-day bounce-back period up to the date of actual sale.

267. To provide a conservative measure of damages, I applied the PSLRA investment loss cap to shares sold *during* the Class Period as well as to shares sold afterward. For any particular holding period, I computed damages as the lesser of the decline in the inflation ribbon (based on the out-of-pocket measure as limited by the *Dura* decision) and the decline in the share price over the holding period (based on the PSLRA investment loss cap).

268. As an example of how per share damages are computed for a particular investor, consider an investor who purchased Pfizer stock on 23 July 2007 for $25.03 per share and sold those shares at the close of trading on 26 January 2009 for $15.65 per share. The inflation on 23 July 2007 was $1.26 per share, and at the close of trading on 26 January 2009 it was $0.00 per share. According to the change in inflation, this investor's economic/inflation loss is $1.26 per share, equal to the decline in inflation over his holding period ($1.26 minus $0). The investment loss is $9.38 per share, equal to the $25.03 purchase price minus the $15.65 per share sale price. The per share damages are the lesser of the economic/inflation loss and the investment loss, which is $1.26 per share.

269. Based on the foregoing analysis and statutory formulas, Rule 10b-5 damages per share range from $0 to $1.26 per share, excluding prejudgment interest.  A particular investor's damages depend on when during the Class Period each share was purchased and if and when each respective share was subsequently sold.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

## LIMITING FACTORS AND OTHER ASSUMPTIONS

270. This declaration is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.

Steven P. Feinstein, Ph.D., CFA

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

## APPENDIX-1:  MY REGRESSION RESULTS ARE ROBUST

As explained above, and in my January 2012 Report, I ran a regression on daily returns covering the Class Period as the estimation period.  To determine whether my results are robust to changes in the estimation period, I ran a regression on daily returns covering the last year of the Class Period, 24 January 2008 through 23 January 2009.[196]  These regression results are presented in Exhibit-6. Pfizer's per share residual decline on 26 January 2009, using this regression model, amounts to $1.90 per share – the same per share decline computed using the regression model presented above and in my January 2012 Report.

The regression analysis presented in this report uses daily returns throughout the Class Period.  The chart below presents the logarithmic returns of Pfizer stock throughout the Class Period.

**Pfizer Stock Price Logarithmic Returns:**
**19 January 2006 through 26 January 2009**



As indicated in the chart above, one could argue that the volatility (*i.e.* the level of dispersion among the returns, in this context) of the Pfizer's stock price increased towards the end of the Class Period. The Generalized Least Square ("GLS") analyses presented below, show that my results are robust to an increase in volatility (heteroskedasticity), and to serial correlation (autocorrelation).[197]  In fact, the dollar residual decline in Pfizer's stock price on 26 January 2009 is $1.90 per share using any of the regressions presented.

---

[196] I did not use a dummy variable to control for the potentially abnormal return on 18 June 2008.
[197] See chapter 8 of *A Guide to Econometrics*, by Peter Kennedy, 6th edition, Blackwell Publishing, 2008.

95

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

## GLS Results Robust to Heteroskedasticity:[198]

*Relationship between PFE Common Stock Returns and Market and Peer Group Returns*

| Log Return of PFE Common Stock | = 0.00 | + | 0.38 | * | Log Return of CRSP Market Total Return | + | 0.62 | * | Log Return of Peer Index |
|---|---|---|---|---|---|---|---|---|---|
| *t-value* | -0.12 | | 10.54 | | | | 13.82 | | |

Number of Observations = 759
Residual Standard Error = 0.02

| **Results for 26 January 2009:** | | |
|---|---|---|
| **Excess Return of PFE** | = | **-11.53%** |
| **Residual Dollar Decline** | = | **($1.90)** |

## GLS Robust to Autocorrelation:[199]

*Relationship between PFE Common Stock Returns and Market and Peer Group Returns*

| Log Return of PFE Common Stock | = 0.00 | + | 0.39 | * | Log Return of CRSP Market Total Return | + | 0.59 | * | Log Return of Peer Index |
|---|---|---|---|---|---|---|---|---|---|
| *t-value* | 0.17 | | 11.46 | | | | 13.55 | | |

Number of Observations = 759
Residual Standard Error = 0.01

| **Results for 26 January 2009:** | | |
|---|---|---|
| **Excess Return of PFE** | = | **-11.52%** |
| **Residual Dollar Decline** | = | **($1.90)** |

---

[198] Weighted Least Squares, Maximum Log-Likelihood Model Fit.
[199] Autoregressive Moving Average Order 2, Maximum Log-Likelihood Model Fit.

96

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

**CASE DOCUMENTS**

- First Amended Consolidated Class Action Complaint, filed 15 April 2011.
- Report of Steven P. Feinstein, dated 13 January 2012.
- Deposition of Daniel Hanson, dated 16 May 2012.
- Deposition of Dee L. Mahoney, dated 19 July 2013.
- Deposition of Frank D'Amelio, dated 4 December 2013.
- Deposition of Jeffrey Kindler, dated 6 December 2013.

**NEW ARTICLES / PRESS RELEASES**

- *Factiva* news articles (2,985) from 19 January 2006 to 31 December 2009, downloaded on 9 April 2014, using the following search parameters: Company Field: Pfizer Inc.; Sources Field: All Sources; Subject Field: All Subjects; Industry Field; All Industries; Region Field; All Regions.
- "Drug Makers Deliver Weak Earnings --- Generics Weigh on Pfizer; Novartis Net Comes In Flat Despite 14% Rise in Sales," by Scott Hensley and Anita Greil, *The Wall Street Journal*, 20 January 2006.
- "Premarket Movers: J&J dips on Pfizer deal," *Associated Press Newswires*, 26 June 2006.
- "Bureau Protects Competition in Baby Healthcare Product: Johnson & Johnson to Sell Zincofax," *CNNMatthews*, 20 December 2006.
- "Pfizer Inc - Pfizer Reports Fourth-Quarter and Full-Year 2007 Results and 2008 Financial Guidance," *Business Wire,* Company press release, 23 January 2008.
- "Pfizer Raises Its 2008 Revenue Outlook After 4Q Profit Falls But Beats Street Expectations," by Damian J. Troise, *Associated Press*, 23 January 2008.
- "Pfizer Inc - Pfizer Reports First-Quarter 2008 Results; Reaffirms Full-Year 2008 Financial Guidance," *Business Wire*, Company press release, 17 April 2008.
- "Pfizer Profit, Sales Drop After US License Losses," *Agence France Presse*, 17 April 2008.
- "Corporate News: Pfizer Net Drops 18% As Rivals Strengthen," by Avery Johnson, *The Wall Street Journal*, 18 April 2008.
- "High Yields, Easy Picks," by Steve E. Levingston, *Washington Post*, 1 June 2008.
- "Dividend May Test Pfizer; Company's Funding Of Generous Payout Could Face Hurdles," by Avery Johnson and Joann S. Lublin, *The Wall Street Journal*, 3 June 2008.
- "Dueling Fools: Pfizer Bear," by Brian Lawler, *Motley Fool*, 11 June 2008.
- "Ahead of the Bell: Pfizer rises on earnings," *Associated Press*, 23 July 2008.
- "Pfizer Inc - Pfizer Reports Second-Quarter 2008 Results; …," *Business Wire*, Company press release, 23 July 2008.
- "Update: Pfizer's Profit Doubles On Lower Costs, Favorable Exchange Rate," by Val Brickates Kennedy, *Dow Jones Business News*, 23 July 2008.

97

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Weak Dollar, Foreign Sales Boost Drugmakers," by Linda Johnson, Associated Press, 23 July 2008.
- "Pfizer Plans to Abandon Heart-Drug Development," by Shirley Wang and Joann Lublin, *The Wall Street Journal,* 30 September 2008.
- "Pension Palpitations: Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008.
- "Pfizer Inc - Pfizer Reaches Agreements in Principle to Resolve Litigation Involving Its NSAID Pain Medications ; $894 Million Settlements To Resolve Personal Injury Cases, Consumer Fraud Cases and State Attorneys General Claims," Business Wire, Company press release, 17 October 2008.
- "Pfizer To Take $894 Million Charge For Legal Settlement," by Val Brickates Kennedy, *MarketWatch*, 17 October 2008.
- "WSJ: Pfizer To Settle Celebrex, Bextra Suits For $894M," by Peter Loftus, *Dow Jones Newswires*, 17 October 2008.
- "Drugmaker Pfizer Posts Big Jump In 3Q Profit Due To Charge A Year Ago, But Sales Are Flat," by Linda A. Johnson, Associated Press Newswires, 21 October 2008.
- "Pfizer Inc - Pfizer Reports Third-Quarter 2008 Results," *Business Wire*, Company press release, 21 October 2008.
- "Update 4-Pfizer Cost Cuts Help, But Street Pines For Deals," *Reuters*, 21 October 2008.
- "FDA To Boost Suicide Warnings On Epilepsy Drugs," by Jennifer Corbett Dooren, *Dow Jones Newswires*, 16 December 2008.
- "Three Ways of Looking at Pfizer's Flat Dividend," by Jacob Goldstein, *The Wall Street Journal Health Blog,* 16 December 2008.
- "Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff, *The Wall Street Journal*, 23 January 2009.
- "Pfizer, Wyeth Deal Expected In 'Near Term' –CNBC's Faber," *Dow Jones Newswires*, 23 January 2009.
- "WSJ: Pfizer Seen Paying $65B-$70B To Buy Wyeth – Sources," by Matthew Karnitschnig and Sarah Rubenstein, *Dow Jones Newswires*, 23 January 2009.
- "Pfizer 'AAA' Rating On Watch Negative After Agreement To Buy Wyeth For $68B," *Standard & Poor's RatingsDirect*, 26 January 2009.
- "Pfizer Reports Fourth-Quarter and Full-Year 2008 Results and 2009 Financial Guidance," *Business Wire*, Company press release, 26 January 2009.
- "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," *Business Wire*, Company press release, 26 January 2009.
- "Update: S&P, Moody's Weighing Downgrade of Pfizer," *Dow Jones Newswires*, 26 January 2009.
- "Wyeth Reports Earnings Results for the 2008 Full Year and Fourth Quarter," Wyeth press release, *PR Newswire,* 26 January 2009.
- "Fitch Downgrades Pfizer, Inc.'s IDR to 'AA'; Rating Watch Negative," *Business Wire*, 26 January 2009.

98

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Pfizer Inc - Pfizer Concludes Previously Disclosed Settlement Agreement With U.S. Department Of Justice Regarding Past Promotional Practices," *Business Wire*, Company press release, 2 September 2009.
- "Default, Transition, and Recovery: 2009 Annual Global Corporate Default Study And Rating Transitions," by Diane Vazza, *et al.*, Standard & Poor's, 17 March 2010.
- "Vast Mexico Bribery Case Hushed Up by Wal-Mart After Top-Level Struggle," by David Barstow, *The New York Times*, 22 April 2012.


**ANALYST REPORTS**

- Prudential Equity Group, Inc., "Pfizer Inc.," 19 January 2006.
- Morgan Stanley, "Pfizer Inc.," 19 January 2006.
- Buckingham Research Group Inc., "Pfizer Inc.," 19 January 2006.
- J.J.B Hilliard, W.L Lyons inc., "Pfizer Inc.," 19 January 2006.
- Morgan Stanley, "Pfizer Inc.," 19 January 2006.
- Credit Suisse, "Pfizer Inc.," 19 January 2006.
- DavenPort & Company LLC, "Pfizer Inc.," 19 January 2006.
- JPMorgan, "Merck & Co. Inc. / Pfizer Inc.," 19 January 2006.
- JPMorgan, "Pfizer Inc.," 19 January 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 January 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 January 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 January 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 20 January 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 20 January 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 20 January 2006.
- Sun Trust Robinson Humphrey Capital Markets, "Pfizer Inc.," 20 January 2006.
- JPMorgan, "Pfizer Inc.," 20 January 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 23 January 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 26 January 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 26 January 2006.
- Sun Trust Robinson Humphrey Capital Markets, "Pfizer Inc.," 26 January 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 26 January 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 January 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 January 2006.
- Sun Trust Robinson Humphrey Capital Markets, "Pfizer Inc.," 27 January 2006.
- Morgan Stanley, "Pfizer Inc.," 27 January 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 27 January 2006.
- Buckingham Research Group, INC, "Pfizer Inc.," 27 January 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 27 January 2006.
- JPMorgan, "Pfizer Inc.," 27 January 2006.
- Morgan Stanley, "Pfizer Inc.," 29 January 2006.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 January 2006.
- Morgan Stanley, "Pfizer Inc.," 2 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 February 2006.
- Morgan Stanley, "Pfizer Inc.," 7 February 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 7 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 February 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 8 February 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 8 February 2006.
- Credit Suisse, "Pfizer Inc.," 8 February 2006.
- JPMorgan, "Pfizer Inc.," 8 February 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 9 February 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 9 February 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 10 February 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 10 February 2006.
- Morgan Stanley, "Pfizer Inc.," 12 February 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 13 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 February 2006.
- Bernstein Research, "Pfizer Inc.," 13 February 2006.
- HSBC Global Research, "Pfizer Inc.," 13 February 2006.
- Credit Suisse, "Pfizer Inc.," 13 February 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 13 February 2006.
- Buckingham Research Group, INC, "Pfizer Inc.," 13 February 2006.
- DavenPort & Company LLC, "Pfizer Inc.," 13 February 2006.
- JPMorgan, "Pfizer Inc.," 13 February 2006.
- Bernstein Research, "Pfizer Inc.," 17 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 21 February 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 February 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 6 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 6 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 6 March 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 8 March 2006.
- Morgan Stanley, "Pfizer Inc.," 12 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 March 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 15 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 23 March 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 24 March 2006.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 March 2006.
- Buckingham Research Group, INC, "Pfizer Inc.," 29 March 2006.
- Buckingham Research Group, INC, "Pfizer Inc.," 31 March 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 April 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 13 April 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 17 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 April 2006.
- Sun Trust Robinson Humphrey Capital Markets, "Pfizer Inc.," 18 April 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 18 April 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 19 April 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 19 April 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 19 April 2006.
- Morgan Stanley, "Pfizer Inc.," 19 April 2006.
- Morgan Stanley, "Pfizer Inc.," 19 April 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 19 April 2006.
- Credit Suisse, "Pfizer Inc.," 19 April 2006.
- JPMorgan, "Pfizer Inc.," 19 April 2006.
- JPMorgan, "Pfizer Inc.," 19 April 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 April 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 April 2006.
- Bernstein Research, "Pfizer Inc.," 20 April 2006.
- J.J.B Hilliard, W.L Lyons, INC, "Pfizer Inc.," 20 April 2006.
- The Investext Group; Thomson Financial Securities Data – M&A, "Sanofi-Aventis SA-Insulin /Pfizer Inc [Brief," 22 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 April 2006.
- Sun Trust Robinson Humphrey Capital Markets, "Pfizer Inc.," 24 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 April 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 1 May 2006.
- Morgan Stanley, "Pfizer Inc.," 3 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 May 2006.
- Oppenheimer and Co, "Pfizer Inc.," 9 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 11 May 2006.
- JPMorgan, "Pfizer Inc.," 11 May 2006.
- Bernstein Research, "Pfizer Inc.," 12 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 May 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 15 May 2006.

101

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 16 May 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 16 May 2006.
- Morgan Stanley, "Pfizer Inc.," 16 May 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 16 May 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 17 May 2006.
- DavenPort & Company LLC, "Pfizer Inc.," 18 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 May 2006.
- Natixis Bleichroeder, "Wyeth Corp / Pfizer Inc.," 24 May 2006.
- JPMorgan, "Pfizer Inc.," 26 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 31 May 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 June 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 June 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 5 June 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 5 June 2006.
- SG Cowen Securities Corporation, "Pfizer Inc.," 8 June 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 8 June 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 June 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 June 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 June 2006.
- JPMorgan, "Pfizer Inc.," 22 June 2006.
- Morgan Stanley, "Pfizer Inc.," 23 June 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 23 June 2006.
- Morgan Stanley, "Pfizer Inc.," 26 June 2006.
- Credit Suisse, "Pfizer Inc.," 26 June 2006.
- JPMorgan, "Pfizer Inc.," 26 June 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 26 June 2006.
- J.J.B Hilliard, W.L Lyons, INC, "Johnson & Johnson / Pfizer Inc.," 27 June 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 10 July 2006.
- Bernstein Research, "Pfizer Inc.," 11 July 2006.
- Bernstein Research, "Pfizer Inc.," 14 July 2006.
- Morgan Stanley, "Pfizer Inc.," 16 July 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 17 July 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 18 July 2006.
- JPMorgan, "Pfizer Inc.," 18 July 2006.
- Bernstein Research, "Pfizer Inc.," 19 July 2006.
- JPMorgan, "Pfizer Inc.," 19 July 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 20 July 2006.
- Morgan Stanley, "Pfizer Inc.," 20 July 2006.
- Morgan Stanley, "Pfizer Inc.," 20 July 2006.
- JPMorgan, "Pfizer Inc.," 20 July 2006.

102

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report_**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Deutsche Bank Securities Inc., "Pfizer Inc.," 20 July 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 20 July 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 21 July 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 21 July 2006.
- Credit Suisse, "Pfizer Inc.," 21 July 2006.
- Cowen and Company, "Pfizer Inc.," 21 July 2006.
- J.J.B Hilliard, W.L Lyons, INC, "Pfizer Inc.," 21 July 2006.
- JPMorgan, "Pfizer Inc.," 21 July 2006.
- Bernstein Research, "Pfizer Inc.," 25 July 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 26 July 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 28 July 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 28 July 2006.
- Morgan Stanley, "Pfizer Inc.," 30 July 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 31 July 2006.
- Credit Suisse, "Pfizer Inc.," 31 July 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 31 July 2006.
- JPMorgan, "Pfizer Inc.," 31 July 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 1 August 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 1 August 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 2 August 2006.
- Credit Suisse, "Pfizer Inc.," 2 August 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 2 August 2006.
- JPMorgan, "Pfizer Inc.," 2 August 2006.
- JPMorgan, "Pfizer Inc.," 2 August 2006.
- Morgan Stanley, "Pfizer Inc.," 2 August 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 2 August 2006.
- Bernstein Research, "Pfizer Inc.," 8 August 2006.
- JPMorgan, "Pfizer Inc.," 16 August 2006.
- Cowen and Company, "Pfizer Inc.," 24 August 2006.
- DavenPort & Company LLC, "Pfizer Inc.," 31 August 2006.
- HSBC Global Research, "Pfizer Inc.," 6 September 2006.
- Bernstein Research, "Pfizer Inc.," 8 September 2006.
- Bernstein Research, "Pfizer Inc.," 13 September 2006.
- Bernstein Research, "Pfizer Inc.," 15 September 2006.
- Bernstein Research, "Pfizer Inc.," 28 September 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 13 October 2006.
- Bernstein Research, "Pfizer Inc.," 18 October 2006.
- JPMorgan, "Pfizer Inc.," 18 October 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 October 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 19 October 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 19 October 2006.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Fideuram Wargny, "Pfizer Inc.," 19 October 2006.
- Morgan Stanley, "Pfizer Inc.," 19 October 2006.
- Morgan Stanley, "Pfizer Inc.," 19 October 2006.
- J.J.B Hilliard, W.L Lyons, INC, "Pfizer Inc.," 19 October 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 19 October 2006.
- JPMorgan, "Pfizer Inc.," 19 October 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 October 2006.
- JPMorgan, "Pfizer Inc.," 20 October 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 20 October 2006.
- HSBC Global Research, "Pfizer Inc.," 20 October 2006.
- Cowen and Company, "Pfizer Inc.," 20 October 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 20 October 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 31 October 2006.
- Morgan Stanley, "Pfizer Inc.," 31 October 2006.
- Cowen and Company, "Pfizer Inc.," 31 October 2006.
- JPMorgan, "Pfizer Inc.," 31 October 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 31 October 2006.
- Bernstein Research, "Pfizer Inc. / Merck & Co., Inc.," 1 November 2006.
- Morgan Stanley, "Pfizer Inc.," 12 November 2006.
- Bernstein Research, "Merck & Co., Inc. / Pfizer Inc.," 13 November 2006.
- Cowen and Company, "Pfizer Inc.," 13 November 2006.
- JPMorgan, "Pfizer Inc.," 27 November 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 28 November 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 28 November 2006.
- Morgan Stanley, "Pfizer Inc.," 28 November 2006.
- JPMorgan, "Pfizer Inc.," 28 November 2006.
- Cowen and Company, "Pfizer Inc.," 29 November 2006.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 30 November 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 30 November 2006.
- JPMorgan, "Pfizer Inc.," 30 November 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 30 November 2006.
- JPMorgan, "Pfizer Inc.," 30 November 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 1 December 2006.
- Bernstein Research, "Pfizer Inc.," 1 December 2006.
- Morgan Stanley, "Pfizer Inc.," 1 December 2006.
- Cowen and Company, "Pfizer Inc.," 1 December 2006.
- Credit Suisse, "Pfizer Inc.," 1 December 2006.
- Natixis Bleichroeder, "Pfizer Inc.," 1 December 2006.
- JPMorgan, "Pfizer Inc.," 1 December 2006.
- Credit Suisse, "Pfizer Inc.," 3 December 2006.
- JPMorgan, "Pfizer Inc.," 3 December 2006.

104

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Deutsche Bank Securities Inc., "Pfizer Inc.," 3 December 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 4 December 2006.
- Prudential Equity Group, Inc., "Pfizer Inc.," 4 December 2006.
- Fideuram Wargny, "Pfizer Inc.," 4 December 2006.
- Morgan Stanley, "Pfizer Inc.," 4 December 2006.
- Credit Suisse, "Pfizer Inc.," 4 December 2006.
- J.J.B Hilliard, W.L Lyons, INC, "Pfizer Inc.," 4 December 2006.
- JPMorgan, "Pfizer Inc.," 4 December 2006.
- Bernstein Research, "Pfizer Inc.," 5 December 2006.
- The Investext Group; Thomson Financial Securities Data - M & A, "Pfizer Inc.," 9 December 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 December 2006.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 December 2006.
- Morgan Stanley, "Pfizer Inc.," 18 December 2006.
- A.G Edwards & Sons, Inc., "Pfizer Inc.," 19 December 2006.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 2 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 16 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 16 January 2007
- Deutsche Bank Securities Inc., "Pfizer Inc.," 16 January 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 17 January 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 22 January 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 22 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 January 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 22 January 2007.
- Credit Suisse, "Pfizer Inc.," 22 January 2007.
- JP Morgan, "Pfizer Inc.," 22 January 2007.
- Morgan Stanley, "Pfizer Inc.," 22 January 2007.
- Morgan Stanley, "Pfizer Inc.," 22 January 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 22 January 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 22 January 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 22 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 January 2007.
- Cowen and Company, "Pfizer Inc.," 24 January 2007.
- JPMorgan, "Pfizer Inc.," 24 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 January 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 February 2007.

105

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 21 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 21 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 February 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 9 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 March 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 21 March 2007.
- Wall Street Strategies, "Pfizer Inc.," 21 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 March 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 22 March 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 22 March 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 22 March 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 22 March 2007.
- Morgan Stanley, "Pfizer Inc.," 22 March 2007.
- JPMorgan, "Pfizer Inc.," 22 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 26 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 26 March 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 26 March 2007.
- Cowen and Company, "Pfizer Inc.," 27 March 2007.
- Cowen and Company, "Pfizer Inc.," 27 March 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 9 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 9 April 2007.
- Morgan Stanley, "Pfizer Inc.," 10 April 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 11 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 April 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 20 April 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 20 April 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 20 April 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 20 April 2007.
- Morgan Stanley, "Pfizer Inc.," 20 April 2007.
- JPMorgan, "Pfizer Inc.," 20 April 2007.
- JPMorgan, "Pfizer Inc.," 20 April 2007.
- Prudential Equity Group, Inc., "Pfizer Inc.," 22 April 2007.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Morgan Stanley, "Pfizer Inc.," 22 April 2007.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 23 April 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 April 2007.
- Cowen and Company, "Pfizer Inc.," 23 April 2007.
- JPMorgan, "Pfizer Inc.," 23 April 2007.
- HSBC Global Research, "Pfizer Inc.," 23 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 April 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 April 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 4 May 2007.
- Morgan Stanley, "Pfizer Inc.," 6 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 May 2007.
- Cowen and Company, "Pfizer Inc.," 8 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 14 May 2007.
- The Investext Group; Thomson Financial Securities Data – M&A, "Rinat Neuroscience Corp /Pfizer Inc.," 19 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 21 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 21 May 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 21 May 2007.
- JPMorgan, "Pfizer Inc.," 21 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 May 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 June 2007.
- Morgan Stanley, "Pfizer Inc.," 5 June 2007.
- JPMorgan, "Pfizer Inc.," 5 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 11 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 11 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 18 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 18 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 June 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 20 June 2007.
- JPMorgan, "Pfizer Inc.," 20 June 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 21 June 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 21 June 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 21 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 June 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 2 July 2007.

107

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 2 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 9 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 9 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 July 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 12 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 16 July 2007.
- Cowen and Company, "Pfizer Inc.," 17 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 July 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 17 July 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 17 July 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 18 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 18 July 2007.
- Morgan Stanley, "Pfizer Inc.," 18 July 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 July 2007.
- Cowen and Company, "Pfizer Inc.," 18 July 2007.
- Morgan Stanley, "Pfizer Inc.," 18 July 2007.
- JPMorgan, "Pfizer Inc.," 18 July 2007.
- HSBC Global Research, "Pfizer Inc.," 18 July 2007.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 19 July 2007.
- Credit Suisse, "Pfizer Inc. / Abbott Laboratories," 19 July 2007.
- JPMorgan, "Pfizer Inc.," 19 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 July 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 July 2007.
- A.G. Edwards & Sons, Inc., "Pfizer Inc.," 6 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 6 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 6 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 13 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 20 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 August 2007.
- Cowen and Company, "Pfizer Inc.," 22 August 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 22 August 2007.
- Cowen and Company, "Pfizer Inc.," 23 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 August 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 August 2007.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 September 2007.
- Cowen and Company, "Pfizer Inc.," 19 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 September 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 1 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 1 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 8 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 16 October 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 October 2007.
- Morgan Stanley, "Pfizer Inc.," 18 October 2007.
- Morgan Stanley, "Pfizer Inc.," 18 October 2007.
- Morgan Stanley, "Pfizer Inc.," 18 October 2007.
- Natixis Bleichroeder, "Pfizer Inc.," 18 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 October 2007.
- Cowen and Company, "Pfizer Inc.," 19 October 2007.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 October 2007.
- JPMorgan, "Pfizer Inc.," 19 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 23 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 29 October 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 November 2007.
- Natixis Bleichroeder, "Pfizer Inc. / Merck & Co., Inc.," 6 November 2007.
- Cowen and Company, "Pfizer Inc.," 8 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 14 November 2007.
- Cowen and Company, "Pfizer Inc.," 16 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 26 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 26 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 30 November 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 December 2007.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Morgan Stanley, "Pfizer Inc.," 9 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 31 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 31 December 2007.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 2 January 2008.
- Lehman Brothers, "Pfizer Inc.," 3 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 14 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 14 January 2008.
- Cowen and Company, "Pfizer Inc.," 14 January 2008.
- Deutsche Bank Securities Inc., "Pharma EPS Preview," 21 January 2008.
- Cowen and Company, "Pfizer Inc.," 22 January 2008.
- Lehman Brothers, "Pfizer Inc.," 22 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 22 January 2008.
- Citigroup Global Markets, "Pfizer Inc.," 22 January 2008.
- UBS Investment Research, "Pfizer Inc.," 22 January 2008.
- Leerink Swann & Company, "Pfizer Inc.," 22 January 2008.
- Credit Suisse, "Abbott Laboratories/Pfizer Inc.," 23 January 2008.
- Cowen and Company, "Pfizer Inc.," 23 January 2008.
- Morgan Stanley, "Pfizer Inc.," 23 January 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 January 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 January 2008.
- Bank of America Corp., "Pfizer Inc.," 23 January 2008.
- Goldman Sachs, "Pfizer Inc.," 23 January 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 23 January 2008.
- Bank of America Corp., "Pfizer Inc.," 23 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 23 January 2008.
- Morgan Stanley, "Pfizer Inc.," 23 January 2008.
- UBS Investment Research, "Pfizer Inc.," 23 January 2008.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 24 January 2008.
- Lehman Brothers, "Pfizer Inc.," 24 January 2008.
- Merrill Lynch, "Pfizer Inc.," 24 January 2008.
- First Global US Research, "Pfizer Inc.," 25 January 2008.

110

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Merrill Lynch, "Weekly Prescription Trends," 28 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 January 2008.
- Leerink Swann & Company, "Pfizer Inc.," 29 January 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 February 2008.
- UBS Investment Research, "Pfizer Inc.," 4 February 2008.
- Rodman & Renshaw, "Pfizer Inc.," 4 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 11 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 11 February 2008.
- Goldman Sachs, "Pfizer Inc.," 18 February 2008.
- Summer Street Research Partners, "Dropping Coverage," 19 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 February 2008.
- BMO Capital Markets, "Pfizer Inc.," 21 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 February 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 25 February 2008.
- Bank of America Corp., "Pfizer Inc.," 28 February 2008.
- UBS Investment Research, "Pfizer Inc.," 29 February 2008.
- Lehman Brothers, "Pfizer Inc.," 29 February 2008.
- Morgan Stanley, "Pfizer Inc.," 2 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 3 March 2008.
- UBS Investment Research, "Pfizer Inc.," 3 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 4 March 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 5 March 2008.
- Morgan Stanley, "Pfizer Inc.," 5 March 2008.
- Bank of America Corp., "Pfizer Inc.," 5 March 2008.
- Goldman Sachs, "Pfizer Inc.," 5 March 2008.
- UBS Investment Research, "Pfizer Inc.," 5 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 6 March 2008.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 6 March 2008.
- Daily Street Report, "Pfizer Inc.," 6 March 2008.
- Citigroup Global Markets, "Pfizer Inc.," 6 March 2008.
- Merrill Lynch, "Pfizer Inc.," 6 March 2008.
- Lehman Brothers, "Pfizer Inc.," 6 March 2008.
- Cowen and Company, "Pfizer Inc.," 6 March 2008.
- Credit Suisse, "Pfizer Inc.," 6 March 2008.
- Leerink Swann & Company, "Pfizer Inc.," 6 March 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 6 March 2008.
- Batlivala And Karani, "Pfizer Inc.," 10 March 2008.

111

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 10 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 24 March 2008.
- Cowen and Company, "Pfizer Inc.," 26 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 31 March 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 31 March 2008.
- Merrill Lynch, "Pfizer Inc.," 31 March 2008.
- UBS Investment Research, "Pfizer Inc.," 1 April 2008.
- Cowen and Company, "Pfizer Inc.," 7 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 7 April 2008.
- UBS Investment Research, "Pfizer Inc.," 10 April 2008.
- Cowen and Company, "Pfizer Inc.," 11 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 14 April 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 15 April 2008.
- Merrill Lynch, "Pfizer Inc.," 15 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 15 April 2008.
- Citigroup Global Markets, "Pfizer Inc.," 16 April 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 17 April 2008.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 17 April 2008.
- Cowen and Company, "Pfizer Inc.," 17 April 2008.
- Cowen and Company, "Pfizer Inc.," 17 April 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 17 April 2008.
- Goldman Sachs, "Pfizer Inc.," 17 April 2008.
- UBS Investment Research, "Pfizer Inc.," 17 April 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 17 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 17 April 2008.
- Morgan Stanley, "Pfizer Inc.," 17 April 2008.
- Morgan Stanley, "Pfizer Inc.," 17 April 2008.
- Credit Suisse, "Pfizer Inc.," 18 April 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 April 2008.
- Bernstein Research, "Pfizer Inc.," 18 April 2008.
- Goldman Sachs, "Pfizer Inc.," 21 April 2008.
- Merrill Lynch, "Pfizer Inc.," 21 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 April 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 28 April 2008.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Bear Stearns & Co., Inc., "Pfizer Inc.," 1 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 5 May 2008.
- Leerink Swann & Company, "Pfizer Inc.," 5 May 2008.
- Cowen and Company, "Pfizer Inc.," 7 May 2008.
- Cowen and Company, "Pfizer Inc.," 7 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 12 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 19 May 2008.
- Morgan Stanley, "Pfizer Inc.," 22 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 23 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 May 2008.
- Bear Stearns & Co., Inc., "Pfizer Inc.," 27 May 2008.
- UBS Investment Research, "Pfizer Inc.," 27 May 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 2 June 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 3 June 2008.
- Lehman Brothers, "Pfizer Inc.," 5 June 2008.
- Morgan Stanley, "Pfizer Inc.," 10 June 2008.
- BMO Capital Markets, "Pfizer Inc.," 13 June 2008.
- Credit Suisse, "Pfizer Inc.," 18 June 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 18 June 2008.
- UBS Investment Research, "Pfizer Inc.," 18 June 2008.
- Merrill Lynch, "Pfizer Inc.," 18 June 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 19 June 2008.
- JPMorgan, "Pfizer Inc.," 24 June 2008.
- American Technology Research, "Pfizer Inc.," 27 June 2008.
- JPMorgan, "Pfizer Inc.," 1 July 2008.
- BMO Capital Markets, "Pfizer Inc.," 3 July 2008.
- JPMorgan, "Pfizer Inc.," 7 July 2008.
- JPMorgan, "Pfizer Inc.," 10 July 2008.
- Credit Suisse, "Pfizer Inc.," 10 July 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 11 July 2008.
- Lehman Brothers, "Pfizer Inc.," 15 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 17 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 20 July 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 23 July 2008.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 23 July 2008.
- JPMorgan, "Pfizer Inc.," 23 July 2008.
- Cowen and Company, "Pfizer Inc.," 23 July 2008.
- Credit Suisse, "Pfizer Inc.," 23 July 2008.
- Goldman Sachs, "Pfizer Inc.," 23 July 2008.

113

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 23 July 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 July 2008.
- UBS Investment Research, "Pfizer Inc.," 23 July 2008.
- Lehman Brothers, "Pfizer Inc.," 24 July 2008.
- Bernstein Research, "Pfizer Inc.," 24 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 24 July 2008.
- Credit Suisse, "Pfizer Inc.," 24 July 2008.
- Merrill Lynch, "Pfizer Inc.," 25 July 2008.
- Lehman Brothers, "Pfizer Inc.," 29 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 29 July 2008.
- Citigroup Global Markets, "Pfizer Inc.," 4 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 5 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 11 August 2008.
- Leerink Swann & Company, "Pfizer Inc.," 11 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 12 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 18 August 2008.
- Cowen and Company, "Pfizer Inc.," 19 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 27 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 28 August 2008.
- Citigroup Global Markets, "Pfizer Inc.," 2 September 2008.
- JPMorgan, "Pfizer Inc. / Bristol-Myers Squibb Co.," 2 September 2008.
- UBS Investment Research, "Pfizer Inc.," 3 September 2008.
- Credit Suisse, "Pfizer Inc.," 8 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 8 September 2008.
- Cowen and Company, "Pfizer Inc.," 12 September 2008.
- JPMorgan, "Pfizer Inc.," 15 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 15 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 16 September 2008.
- Credit Suisse, "Pfizer Inc.," 17 September 2008.
- American Technology Research, "Pfizer Inc.," 18 September 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 September 2008.
- Credit Suisse, "Pfizer Inc.," 24 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 25 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 28 September 2008.
- Citigroup Global Markets, "Pfizer Inc.," 29 September 2008.
- Credit Suisse, "Pfizer Inc.," 30 September 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 30 September 2008.
- UBS Investment Research, "Pfizer Inc.," 30 September 2008.
- Credit Suisse, "Pfizer Inc.," 1 October 2008.
- Merrill Lynch, "Pfizer Inc.," 1 October 2008.

114

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Citigroup Global Markets, "Pfizer Inc.," 6 October 2008.
- Merrill Lynch, "Pfizer Inc.," 8 October 2008.
- Cowen and Company, "Pfizer Inc.," 13 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 13 October 2008.
- Summer Street Research Partners, "Milnacipran PDUFA Preview," 14 October 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 14 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 16 October 2008.
- Leerink Swann & Company, "Pfizer Inc.," 16 October 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 17 October 2008.
- Leerink Swann & Company, "Pfizer Inc.," 17 October 2008.
- Barclays Capital Inc., "Pfizer Inc.," 20 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 20 October 2008.
- Cowen and Company, "Pfizer Inc.," 21 October 2008.
- Credit Suisse, "Pfizer Inc.," 21 October 2008.
- Credit Suisse, "Pfizer Inc.," 21 October 2008.
- JPMorgan, "Pfizer Inc.," 21 October 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 21 October 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 21 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 21 October 2008.
- Merrill Lynch, "Pfizer Inc.," 21 October 2008.
- UBS Investment Research, "Pfizer Inc.," 21 October 2008.
- Leerink Swann & Company, "Pfizer Inc.," 21 October 2008.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 22 October 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 22 October 2008.
- Barclays Capital Inc., "Pfizer Inc.," 22 October 2008.
- Bernstein Research, "Pfizer Inc.," 22 October 2008.
- Merrill Lynch, "Pfizer Inc.," 22 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 22 October 2008.
- Credit Suisse, "Pfizer Inc.," 22 October 2008.
- BMO Capital Markets, "Pfizer Inc.," 23 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 27 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 28 October 2008.
- Credit Suisse, "Pfizer Inc.," 29 October 2008.
- Citigroup Global Markets, "Pfizer Inc.," 29 October 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 30 October 2008.
- Bernstein Research, "Pfizer Inc.," 30 October 2008.
- Summer Street Research Partners, "ACR 2008 Wrap Up," 3 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 3 November 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 3 November 2008.
- Goldman Sachs, "Pfizer Inc.," 6 November 2008.
- UBS Investment Research, "Pfizer Inc.," 6 November 2008.

115

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Citigroup Global Markets, "Pfizer Inc.," 10 November 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 10 November 2008.
- Cowen and Company, "Pfizer Inc.," 13 November 2008.
- Cowen and Company, "Pfizer Inc.," 13 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 13 November 2008.
- Bank of America Corp., "Pfizer Inc.," 14 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 17 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 18 November 2008.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 24 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 24 November 2008.
- Citigroup Global Markets, "Pfizer Inc.," 1 December 2008.
- Merrill Lynch, "Pfizer Inc.," 3 December 2008.
- Citigroup Global Markets, "Pfizer Inc.," 8 December 2008.
- Bank of America Corp., "Pfizer Inc.," 10 December 2008.
- Soleil Equity Research, "Pfizer Inc.," 10 December 2008.
- Citigroup Global Markets, "Pfizer Inc.," 16 December 2008.
- Natixis Bleichroeder, "Pfizer Inc.," 29 December 2008.
- Citigroup Global Markets, "Pfizer Inc.," 30 December 2008.
- Bernstein Research, "Pfizer Inc.," 5 January 2009.
- Citigroup Global Markets, "Pfizer Inc.," 6 January 2009.
- Leerink Swann & Company, "Pfizer Inc.," 8 January 2009.
- Alliance Growth Equities & Bernstein Research, "Pfizer Inc.," 9 January 2009.
- Goldman Sachs, "Pfizer Inc.," 11 January 2009.
- Citigroup Global Markets, "Pfizer Inc.," 12 January 2009.
- Alliance Growth Equities, "Pfizer Inc.," 16 January 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 19 January 2009.
- Citigroup Global Markets, "Pfizer Inc.," 20 January 2009.
- Alliance Growth Equities, "Pfizer Inc.," 21 January 2009.
- Citigroup Global Markets, "Pfizer Inc.," 21 January 2009.
- Cowen and Company, "Pfizer Inc.," 23 January 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 23 January 2009.
- BMO Capital Markets, "Pfizer Inc.," 23 January 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 January 2009.
- Goldman Sachs, "Pfizer Inc.," 23 January 2009.
- UBS Investment Research, "Pfizer Inc.," 23 January 2009.
- Barclays Capital Inc., "Pfizer Inc.," 23 January 2009.
- Bernstein Research, "Pfizer Inc.," 23 January 2009.
- Credit Suisse, "Pfizer Inc.," 23 January 2009.
- Leerink Swann & Company, "Pfizer Inc.," 23 January 2009.
- UBS Investment Research, "Pfizer Inc.," 23 January 2009.
- Cowen and Company, "Pfizer Inc.," 26 January 2009.

116

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Jyske Bank, "Pfizer Inc.," 26 January 2009.
- Bernstein Research, "Pfizer Inc.," 26 January 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 26 January 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 26 January 2009.
- Goldman Sachs, "Pfizer Inc.," 26 January 2009.
- Leerink Swann & Company, "Pfizer Inc.," 26 January 2009.
- Credit Suisse, "Pfizer Inc.," 26 January 2009.
- Standard & Poor's, "Pfizer Inc.," 26 January 2009.
- UBS Investment Research, "Pfizer Inc.," 26 January 2009.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 27 January 2009.
- Bernstein Research, "Pfizer Inc.," 27 January 2009.
- Cowen and Company, "Pfizer Inc.," 27 January 2009.
- Leerink Swann & Company, "Pfizer Inc.," 27 January 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 27 January 2009.
- Barclays Capital Inc., "Pfizer Inc.," 27 January 2009.
- Goldman Sachs, "Pfizer Inc.," 27 January 2009.
- Caris & Company, "Pfizer Inc." 27 January 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 28 January 2009.
- Alliance Growth Equities, "Wyeth Corp.," 28 January 2009.
- BMO Capital Markets, "Pfizer Inc.," 28 January 2009.
- Alliance Growth Equities, "Pfizer Inc.," 30 January 2009.
- Credit Suisse, "Pfizer Inc. / Wyeth Corp," 2 February 2009.
- Natixis Bleichroeder, "Pfizer Inc.," 3 February 2009.
- Citigroup Global Markets, "Pfizer Inc.," 3 February 2009.
- Citigroup Global Markets, "Pfizer Inc.," 4 February 2009.
- First Global US Research, "Pfizer Inc.," 4 February 2009.
- Credit Suisse, "Pfizer Inc.," 5 February 2009.
- UBS Investment Research, "Pfizer Inc.," 9 February 2009.
- Bernstein Research, "Pfizer Inc.," 12 February 2009.
- Leerink Swann & Company, "Pfizer Inc.," 12 February 2009.
- Alliance Growth Equities, "Pfizer Inc.," 13 February 2009.
- Credit Suisse, "Pfizer Inc.," 19 February 2009.
- Natixis Bleichroeder, "Pfizer Inc.," 24 February 2009.
- UBS Investment Research, "Pfizer Inc.," 24 February 2009.
- Cowen and Company, "Pfizer Inc.," 26 February 2009.
- Cowen and Company, "Pfizer Inc.," 26 February 2009.
- Leerink Swann & Company, "Pfizer Inc.," 26 February 2009.
- Credit Suisse, "Pfizer Inc. / Wyeth Corp.," 27 February 2009.
- Alliance Growth Equities, "Pfizer Inc.," 27 February 2009.
- Citigroup Global Markets, "Pfizer Inc.," 2 March 2009.
- Leerink Swann & Company, "Pfizer Inc.," 4 March 2009.

117

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Goldman Sachs, "Pfizer Inc.," 5 March 2009.
- Alliance Growth Equities, "Pfizer Inc.," 6 March 2009.
- Citigroup Global Markets, "Pfizer Inc.," 9 March 2009.
- Cowen and Company, "Pfizer Inc.," 12 March 2009.
- Citigroup Global Markets, "Pfizer Inc.," 12 March 2009.
- Citigroup Global Markets, "Pfizer Inc.," 16 March 2009.
- Citigroup Global Markets, "Pfizer Inc.," 24 March 2009.
- Cowen and Company, "Pfizer Inc.," 2 April 2009.
- Credit Suisse, "Pfizer Inc. / Wyeth Corp.," 2 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 2 April 2009.
- Leerink Swann & Company, "Pfizer Inc.," 3 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 7 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 14 April 2009.
- Natixis Bleichroeder, "Pfizer Inc.," 16 April 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 16 April 2009.
- Bernstein Research, "Pfizer Inc.," 16 April 2009.
- Goldman Sachs, "Pfizer Inc.," 16 April 2009.
- Alliance Growth Equities, "Pfizer Inc.," 17 April 2009.
- Leerink Swann & Company, "Pfizer Inc.," 17 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 20 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 22 April 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 23 April 2009.
- Alliance Growth Equities, "Pfizer Inc.," 24 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 24 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 27 April 2009.
- Cowen and Company, "Pfizer Inc.," 28 April 2009.
- Credit Suisse, "Pfizer Inc.," 28 April 2009.
- Credit Suisse, "Pfizer Inc.," 28 April 2009.
- JPMorgan, "Pfizer Inc.," 28 April 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 28 April 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 28 April 2009.
- Jyske Bank, "Pfizer Inc.," 28 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," 28 April 2009.
- Goldman Sachs, "Pfizer Inc.," 28 April 2009.
- Leerink Swann & Company, "Pfizer Inc.," 28 April 2009.
- UBS Investment Research, "Pfizer Inc.," 28 April 2009.
- Natixis Bleichroeder, "Pfizer Inc.," 29 April 2009.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 29 April 2009.
- Credit Suisse, "Pfizer Inc./Wyeth Corp," 29 April 2009.
- Bernstein Research, "Pfizer Inc.," 29 April 2009.
- Barclays Capital Inc., "Pfizer Inc.," 29 April 2009.

118

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Citigroup Global Markets, "Pfizer Inc.," 29 April 2009.
- Credit Suisse, "Pfizer Inc.," 29 April 2009.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 29 April 2009.
- Citigroup Global Markets, "Pfizer Inc.," April 2009.
- Leerink Swann & Company, "Pfizer Inc.," 1 May 2009.
- Citigroup Global Markets, "Pfizer Inc.," 4 May 2009.
- First Global Stockbroking Pvt. Ltd., "Pfizer Inc.," 7 May 2009.
- First Global US Research, "Pfizer Inc.," 7 May 2009.
- Cowen and Company, "Pfizer Inc.," 11 May 2009.
- Citigroup Global Markets, "Pfizer Inc.," 11 May 2009.
- Credit Suisse, "Pfizer Inc.," 12 May 2009.
- Cowen and Company, "Pfizer Inc.," 13 May 2009.
- Leerink Swann & Company, "Pfizer Inc.," 15 May 2009.
- Credit Suisse, "Pfizer Inc.," 22 May 2009.
- Citigroup Global Markets, "Pfizer Inc.," 26 May 2009.
- First Global US Research, "Pfizer Inc.," 28 May 2009.
- Citigroup Global Markets, "Pfizer Inc.," 1 June 2009.
- Goldman Sachs, "Pfizer Inc.," 10 June 2009.
- Leerink Swann & Company, "Pfizer Inc.," 10 June 2009.
- Citigroup Global Markets, "Pfizer Inc.," 14 June 2009.
- Goldman Sachs, "Pfizer Inc.," 14 June 2009.
- Citigroup Global Markets, "Pfizer Inc.," 15 June 2009.
- Leerink Swann & Company, "Pfizer Inc.," 15 June 2009.
- Natixis Bleichroeder, "Pfizer Inc.," 15 June 2009.
- Citigroup Global Markets, "Pfizer Inc.," 17 June 2009.
- JPMorgan, "Pfizer Inc.," 18 June 2009.
- BMO Capital Markets, "Pfizer Inc.," 1 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 6 July 2009.
- Barclays Capital Inc., "Pfizer Inc.," 17 July 2009.
- UBS Investment Research, "Pfizer Inc.," 17 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 20 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 22 July 2009.
- Cowen and Company, "Pfizer Inc.," 22 July 2009.
- Credit Suisse, "Pfizer Inc.," 22 July 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 22 July 2009.
- Goldman Sachs, "Pfizer Inc.," 22 July 2009.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 22 July 2009.
- JPMorgan, "Pfizer Inc.," 22 July 2009.
- Leerink Swann & Company, "Pfizer Inc.," 22 July 2009.
- UBS Investment Research, "Pfizer Inc.," 22 July 2009.
- Barclays Capital Inc., "Pfizer Inc.," 23 July 2009.

119

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report‗**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- BMO Capital Markets, "Pfizer Inc.," 23 July 2009.
- Credit Suisse, "Pfizer Inc.," 24 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 27 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 27 July 2009.
- First Global US Research, "Pfizer Inc.," 27 July 2009.
- Leerink Swann & Company, "Pfizer Inc.," 27 July 2009.
- Citigroup Global Markets, "Pfizer Inc.," 3 August 2009.
- UBS Investment Research, "Pfizer Inc.," 5 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 10 August 2009.
- UBS Investment Research, "Pfizer Inc.," 11 August 2009.
- Leerink Swann & Company, "Pfizer Inc.," 12 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 13 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 17 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 24 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 31 August 2009.
- Citigroup Global Markets, "Pfizer Inc.," 8 September 2009.
- Morgan Stanley, "Pfizer Inc.," 10 September 2009.
- Citigroup Global Markets, "Pfizer Inc.," 14 September 2009.
- Leerink Swann & Company, "Pfizer Inc.," 17 September 2009.
- Citigroup Global Markets, "Pfizer Inc.," 21 September 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 22 September 2009.
- Goldman Sachs, "Pfizer Inc.," 24 September 2009.
- Alliance Growth Equities, "Pfizer Inc.," 25 September 2009.
- Citigroup Global Markets, "Pfizer Inc.," 28 September 2009.
- Citigroup Global Markets, "Pfizer Inc.," 5 October 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 12 October 2009.
- Citigroup Global Markets, "Pfizer Inc.," 12 October 2009.
- Credit Suisse, "Pfizer Inc.," 13 October 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 14 October 2009.
- Morgan Stanley, "Pfizer Inc.," 15 October 2009.
- Alliance Growth Equities, "Pfizer Inc.," 16 October 2009.
- JPMorgan, "Pfizer Inc.," 16 October 2009.
- Barclays Capital Inc., "Pfizer Inc.," 19 October 2009.
- Citigroup Global Markets, "Pfizer Inc.," 19 October 2009.
- UBS Investment Research, "Pfizer Inc.," 19 October 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 20 October 2009.
- Goldman Sachs, "Pfizer Inc.," 20 October 2009.
- Leerink Swann & Company, "Pfizer Inc.," 20 October 2009.
- Morgan Stanley, "Pfizer Inc.," 20 October 2009.
- UBS Investment Research, "Pfizer Inc.," 20 October 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 21 October 2009.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- BMO Capital Markets, "Pfizer Inc.," 21 October 2009.
- Citigroup Global Markets, "Pfizer Inc.," 21 October 2009.
- J.J.B. Hilliard, W.L. Lyons, Inc., "Pfizer Inc.," 21 October 2009.
- Morgan Stanley, "Pfizer Inc.," 21 October 2009.
- First Global US Research, "Pfizer Inc.," 22 October 2009.
- Citigroup Global Markets, "Pfizer Inc.," 26 October 2009.
- Deutsche Bank Securities Inc., "Pfizer Inc.," 28 October 2009.
- Soleil Equity Research, "Pfizer Inc.," 1 November 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 9 November 2009.
- Goldman Sachs, "Pfizer Inc.," 9 November 2009.
- Goldman Sachs, "Pfizer Inc.," 15 November 2009.
- Leerink Swann & Company, "Pfizer Inc.," 17 November 2009.
- Bank of America Corp. & Merrill Lynch, "Pfizer Inc.," 14 December 2009.
- Atlantic Equities, "Pfizer Inc.," 15 December 2009.
- Cowen and Company, "Pfizer Inc.," 17 December 2009.


**SEC FILINGS**

- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2003, filed 1 March 2004.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 2 October 2005, filed 9 November 2005.
- Pfizer Inc. *Annual Report*. Pfizer Worldwide Communications, 2005.
- Pfizer Inc. Form 8-K, dated 19 January 2006.
- Pfizer Inc. Form 8-K, dated 10 February 2006.
- Pfizer Inc. Form 8-K, dated 24 February 2006.
- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2005, filed 1 March 2006.
- Pfizer Inc. Form 8-K, dated 19 April 2006.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 2 April 2006, filed 8 May 2006.
- Pfizer Inc. Form 8-K, dated 26 June 2006.
- Pfizer Inc. Form 8-K, dated 17 July 2006.
- Pfizer Inc. Form 8-K, dated 20 July 2006.
- Pfizer Inc. Form 8-K, dated 2 August 2006.
- Pfizer Inc. Form 8-K, dated 3 August 2006.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 2 July 2006, filed 11 August 2006.
- Pfizer Inc. Form 8-K, dated 17 August 2006.
- Pfizer Inc. Form 8-K, dated 19 October 2006.
- Pfizer Inc. Form 8-K, dated 26 October 2006.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 1 October 2006, filed 3 November 2006.
- Pfizer Inc. Form 8-K, dated 30 November 2006.
- Pfizer Inc. Form 8-K, dated 5 December 2006.
- Pfizer Inc. Form 8-K, dated 11 December 2006.
- Pfizer Inc. Form 8-K, dated 18 December 2006.

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Pfizer Inc. Form 8-K, dated 21 December 2006.
- Pfizer Inc. *Annual Report*. Pfizer Worldwide Communications, 2006.
- Pfizer Inc. Form 8-K, dated 22 January 2007.
- Pfizer Inc. Form 8-K, dated 27 February 2007.
- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2006, filed 1 March 2007.
- Pfizer Inc. Form 8-K, dated 20 April 2007.
- Pfizer Inc. Form 8-K, dated 27 April 2007.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 1 April 2007, filed 4 May 2007.
- Pfizer Inc. Form 8-K, dated 16 May 2007.
- Pfizer Inc. Form 8-K, dated 23 May 2007.
- Pfizer Inc. Form 8-K, dated 14 June 2007.
- Pfizer Inc. Form 8-K, dated 9 July 2007.
- Pfizer Inc. Form 8-K, dated 18 July 2007.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 1 July 2007, filed 6 August 2007.
- Pfizer Inc. Form 8-K, dated 15 August 2007.
- Pfizer Inc. Form 8-K, dated 22 August 2007.
- Pfizer Inc. Form 8-K, dated 27 September 2007.
- Pfizer Inc. Form 8-K, dated 28 September 2007.
- Pfizer Inc. Form 8-K, dated 18 October 2007.
- Pfizer Inc. Form 8-K, dated 30 October 2007.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 30 September 2007, filed 5 November 2007.
- Pfizer Inc. Form 8-K, dated 15 November 2007.
- Pfizer Inc. Annual Report. Pfizer Worldwide Communications, 2007.
- Pfizer Inc. Form 8-K, dated 23 January 2008.
- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2007, filed 29 February 2008.
- Pfizer Inc. Form 8-K, dated 5 March 2008.
- Pfizer Inc. Form 8-K, dated 17 April 2008.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 30 March 2008, filed 2 May 2008.
- Pfizer Inc. Form 8-K, dated 18 June 2008.
- Pfizer Inc. Form 8-K, dated 26 June 2008.
- Pfizer Inc. Form 8-K, dated 23 July 2008.
- MWI Veterinary Supply Inc. Form 8-K, dated 7 August 2008.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 29 June 2008, filed 8 August 2008.
- Pfizer Inc. Form 8-K, dated 30 September 2008.
- Pfizer Inc. Form 8-K, dated 21 October 2008.
- Pfizer Inc. Form 8-K, dated 24 October 2008.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 28 September 2008, filed 7 November 2008.
- Animal Health International Inc. Form 8-K, dated 11 December 2008.
- MWI Veterinary Supply Inc. Form 8-K, dated 11 December 2008.
- Professional Veterinary Products LTD. Form 8-K, dated 11 December 2008.
- Pfizer Inc. *Annual Report*. Pfizer Worldwide Communications, 2008.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Pfizer Inc. Form 8-K, dated 14 January 2009.
- Pfizer Inc. Form 8-K, dated 25 January 2009.
- Pfizer Inc. Form 8-K, dated 26 January 2009.
- Pfizer Inc. Form 8-K, dated 29 January 2009.
- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2008, filed 27 February 2009.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 29 March 2009, filed 8 May 2009.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 28 June 2009, filed 6 August 2009.
- Pfizer Inc. Form 10-Q for the Fiscal Quarter Ended 27 September 2009, filed 5 November 2009.
- Pfizer Inc. *Annual Report*. Pfizer Worldwide Communications, 2009.
- Pfizer Inc. Form 10-K for the Fiscal Year Ended 31 December 2009, filed 26 February 2010.

**ACADEMIC AND PROFESSIONAL LITERATURE**

- Amihud, Yakov and Kefei Li, "The Declining Information Content Of Dividend Announcements And The Effects Of Institutional Investors," *Journal of Financial and Quantitative Analysis*, 2006.
- Avramova, D., Tarun Chordia, Gergana Jostova, and Alexander Philipov, "Credit ratings and the cross-section of stock returns," *Journal of Financial Markets*, 2009.
- Chemmanur, Thomas J. and Xuan Tian, "'Preparing' the Equity Market for Corporate Events: Theory and Evidence from Firms Cutting Dividends," Working Paper, 14 March 2007.
- Chemmanur, Thomas J. and Xuan Tian, "Communicating Private Information to the Equity Market before a Dividend Cut: An Empirical Analysis," forth coming in the *Journal of Financial and Quantitative Analysis*, version dated 2013.
- Cheng, C. S. Agnes, Denton Collins, and Henry He Huang, "Shareholder Rights, Financial Disclosure and the Cost of Equity Capital," *Review of Quantitative Finance and Accounting*, 2006.
- Cummins, David J., Christopher M. Lewis, and Ran Wei, "The Market Value Impact Of Operational Loss Events For US Banks and Insurers," *Journal of Banking & Finance*, 2006.
- Crew, Nicholas I., Kevin L. Gold, and Marnie A. Moore, "Federal Securities Acts and Areas of Expert Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, 4th edition, edited by Roman Weil, Peter Frank, Christian Hughes, and Michael J. Wagner, John Wiley & Sons, 2007.
- Dichev, Ilia D., and Pitroski, Joseph D., "The long-run stock returns following bond rating changes," *Journal of Finance*, 2001 p. 55–84.
- Frankfurter, G.M. and Bob Woof Jr.., "Dividend policy theories and their empirical tests," *International Review of Financial Analysis*, 2002.
- Fuller, K. P. and M. A. Goldstein, *Journal of Corporate Finance* 17, 2011.
- Fuller, Kathleen and Michael Goldstein, "Do Dividends Matter More In Declining Markets?" *Journal of Corporate Finance,* 2011.
- Fung, Benjamin, "The Demand and Need for Transparency and Disclosure in Corporate Governance," *Universal Journal of Management*, 2014.

123

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- Graham, John, Scott Smart, and William Megginson, *Corporate Finance*, 2007.
- Grullon, Gustavo, Roni Michaely, and Bhaskaran Swaminathan, "Are Dividend Changes a Sign of Firm Maturity?" *Journal of Business*, 2002.
- Hand, John R. M., Robert W. Holthausen, and Richard W. Leftwich, "The effect of bond rating agency announcements on bond and stock prices," *Journal of Finance*, 1992.
- Hull, Tyler J., "Does The Timing Of Dividend Reductions Signal Value? Empirical Evidence," by *Journal of Corporate Finance*, 2013.
- Jensen, Gerald, Leonard Lundstrum, and Robert Miller, "What Do Dividend Reductions Signal?" *Journal of Corporate Finance,* 2010.
- Karpoff, Jonathan, D. Scott Lee, and Gerald Martin, "The Cost to Firms of Cooking the Books," *Journal of Financial and Quantitative Analysis,* Sept 2008.
- Kennedy, Peter. *A Guide to Econometrics,* 6th edition, Blackwell Publishing, 2008.
- Kothari, S.P., Xu Li, and James E. Short, "The Effect of Disclosures by Management, Analysts, and Business Press on Cost of Capital, Return Volatility, and Analyst Forecasts: A Study Using Content Analysis" *The Accounting Review,* 2009.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, March 1997.
- Miller, M. H., and F. Modigliani, "Dividend Policy, Growth, and the Valuation of Shares," *Journal of Business*, 1961.
- Modigliani, F., and M. H. Miller, "Corporate Income Taxes and the Cost of Capital: A Correction," *American Economic Review*, 1963.
- Modigliani, F., and M. H. Miller, "The Cost of Capital, Corporation Finance and the Theory of Investment." *American Economic Review*, 1958.
- Palmrose, Zoe-Vanna, Vernon J. Richardson, and Susan Scholz, "Determinants of market reactions to restatement announcements," *Journal of Accounting and Economics,* 2004.
- Tabak, David and Frederick Dunbar, "Materiality and Magnitude:  Event Studies in the Courtroom," in *Litigation Services Handbook*, 3rd edition, John Wiley & Sons, New York, 2001.

**CONFERENCE CALL TRANSCRIPTS**

- "PFE - Q4 2005 Pfizer Earnings Conference Call," Thomson StreetEvents, 19 January 2006.
- "PFE - Q1 2006 Pfizer Earnings Conference Call," Thomson StreetEvents, 19 April 2006.
- "PFE - Pfizer Conference Call to Review Reclassified Quarterly 2005 and 2006 Consolidated Statements of Income," Thomson StreetEvents, 17 July 2006
- "PFE - Q2 2006 Pfizer Earnings Conference Call," Thomson StreetEvents, 20 July 2006.
- "PFE - Q3 2006 Pfizer Earnings Conference Call," Thomson StreetEvents, 19 October 2006.
- "PFE - Q1 2007 Pfizer Earnings Conference Call," Thomson StreetEvents, 20 April 2007.
- "PFE - Q2 2007 Pfizer Earnings Conference Call," Thomson StreetEvents, 18 July 2007.
- "PFE - Q3 2007 Pfizer Earnings Conference Call," Thomson StreetEvents, 18 October 2007.
- "Q4 2007 Pfizer Earnings Conference Call," Thomson StreetEvents, 23 January 2008.
- "Q1 2008 Pfizer Earnings Conference Call," Thomson StreetEvents, 17 April 2008.

124

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "PFE - Pfizer and Ranbaxy Settle Lipitor Patent Litigation Worldwide," Thomson StreetEvents, 18 June 2008.
- "PFE - Q2 2008 Pfizer Earnings Conference Call," Thomson StreetEvents, 23 July 2008.
- "PFE - Q3 2008 Pfizer Earnings Conference Call," Thomson StreetEvents, 21 October 2008.
- "PFE - Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company," Thomson StreetEvents, 26 January 2009.
- "PFE - Pfizer to Acquire Wyeth-(Press Conference)," Thomson StreetEvents, 26 January 2009.

**DATA AND DATABASES**

- Abel Noser
- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- Thomson Financial

**COMPANY DOCUMENTS**

- "FW: DJ: 'MARKET TALK:Pfizer Can Unlock Value By Cutting Sales Team,'" Pfizer internal email from Jeffrey B. Kindler to David L. Shedlarz and Karen Katen, dated 3 February 2005 [BEX006354902 -BEX006354903].
- "Pfizer info," Pfizer internal email from Jonathon King to Kristen S. Crowe, Cynthia DuVal, Courtney Faighes, Brandon Fields, Margaret Gulley, Jessica Internal, Peter V. Nastro, Todd E. Stahlnecker, Linda A. Steele, Aaron Thompson, David Walters Jr., Clayton F. Young, and Michael H. Hooten, dated 11 February 2005 [BEX003098825 - BEX003098826].
- "The 'Bottom Line' Analysis: The In-House View," Pfizer internal presentation dated 2005.
- "Influencing the Environment: 2006 CIA Risk Inventory & Analysis," Pfizer internal document, dated 1 March 2006 [PFE DERIV 01002335 – 01002355].
- "Zyvox Presentation Deck," Pfizer internal email, with internal presentation attached, from Michael Gavigan to Mark Brown, Lamberto Z. Hornilla III, Mark Kunkel, Fred Cox, David Robert Luke, Brian Morrissey, Alan Litwack, Andrew Dorsa, and Zhanna Jumadilova, dated 5 October 2007 [PZ0028868 -  PZ0028921].
- "RE: 08 Dividends," Pfizer internal email from Denise Mistretta to Richard Passov, dated 22 October 2007 [PFE DERIV 01133313 – 01133315].
- "w: financial metrics 11-8.xls," Pfizer internal email from Frank D'Amelio to Richard Passov and Denise Mistretta, dated 9 November 2007 [PFE DERIV 01144138].
- "Draft Bullet List for Memo," Pfizer internal email from Michael Gavigan to Mark Shapiro, dated 21 February 2008 [PFE-JONES 00087982 – 00087986].

125

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Fw: Daily Street Report Headlines For 02/29/2008," Pfizer internal email from Ian C. Read to Andrew A. Schmeltz and Donna Moisey, dated 1 March 2008 [PFE DERIV 01103416 – 01103420].
- "Pfizer Analyst Meeting, 2008 Analyst Day," dated 5 March 2008 [PFER DERIV 01140420 – 01140473].
- "FW: AI_HIV 2008 Revised LRF," Pfizer internal email from Phillip S. Mckinnie to Michael Gavigan, Brad Hakes, Lena Ryan, Mark Soued, and Andrew Fraser, dated 10 April 2008 [PZ0205515 - PZ0205516].
- "Investor Visit- Bear Stearns Clients April 29, 2008- 10:30 AM to 12:00 PM in 219/4/Tribeca Room," Pfizer internal email from Jeff Kindler and Frank D'Amelio to Jennifer Davis, Marc Keenan and Suzanne Harnett, dated 24 April 2008 [PFE DERIV 01135461 – 01135484].
- "Congratulations," Pfizer internal email from Dee L. Mahoney to Alan Litwack, Michael Gavigan, Joseph R. Hendrickson, Dana Luther, Michelle Meppen, Lea Farstveet, and Deborah Scarano, dated 23 May 2008 [PZ0206592].
- "RE: Zyvox *128/1002* messages/O&A," Pfizer internal email from Jennifer Jacob to Michael Gavigan, Cara Cassino, Charles Lucas, William Erhardt, and Helene Panzer, dated 2 June 2008 [ PFE-JONES 00087916- 00087917].
- "Pfizer Inc Compliance Presentation," Pfizer presentation, dated 11 June 2008 [PFE DERIV 00068056 – 00068158].
- "Pfizer Monitoring for 6.12.08," Email from Rebecca Bohrman to Pfizer Clips Team, dated 12 June 2008 [PFE DERIV 01060336 – 01060367].
- "Factors Impacting the 2008 Stock Price: Pfizer Specific," Memorandum, ELT Materials, dated 16 June 2008 [PFE DERIV 01144458].
- "Overview of Pfizer Inc. Presentation Regarding Pharmacokinetic Property Comparisons," Pfizer internal presentation, dated 16 June 2008 [PFE DERIV 00066046-634].
- " RE: SD/DM Conference Call-Tomorrow 12:30pm," Pfizer internal email from Mark Brown to Dee L. Mahoney, Alan Litwack, and Michael Gavigan, dated 18 June 2008 [PZ0206925 - PZ0206926].
- "FW:," Pfizer internal email from Joe Feczko to Paul Richardson, dated 3 July 2008 [PFE DERIV 01032126 – 01032135].
- "Re: Lyrica (Pregabalin)," Pfizer correspondence from James P. Rouhandeh to Sara M. Bloom and Sanjay M. Bhambhani, dated 11 July 2008 [PFE DERIV 00066085 – 00066086].
- "Anticipated Investor Q&A- 2Q08 Conference Call," Pfizer internal document, dated 23 July 2008 [PFE DERIV 01151914 – 01151986]
- "2008 Zyvox Analytics Plan and Message Recall Tracking Study,' Pfizer internal email from Connie Perla to Alan Litwack, Michael Gavigan, and Susan Podwall, dated 25 July 2008 [PFE-JONES 00087184 – 00087191].
- "Re: Possible Disclosure of DOJ Investigation re Geodon, Zyvox and Other Drugs- TIME SENSITIVE," Pfizer internal email from Douglas Lankler to Larry Fox, Dennis J. Block, Amy Schulman, Gary Giampetruzzi, and Carlton E. Wessel , dated 4 August 2008 [PFE-JONES 00044599 – 00044602].

126

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Zyvox Comparative Claims," Pfizer internal email from Dee L. Mahoney to Mark Brown, Charles Lucas, Heidi Ivanov, Alan Litwack, Michael Gavigan, and Helene Panzer, dated 12 August 2008 [PFE-JONES 00087214].
- "RE: Zyvox website -removal of info," Pfizer internal email from Damon Tutulic to Lea Farstveet, Allison Foster, Michael Gavigan, and Eddie Seo, dated 13 August 2008 [PFE-JONES 00090537].
- "Updated Zyvox Verbatim Zip Code Analysis July 2008," Pfizer internal email from Connie Perla to Michael Gavigan, dated 19 August 2008 [PFE-JONES 00087219].
- "Project Horizon," Pfizer internal presentation, dated 2 September 2008 [PFE DERIV 01130233 – 01130254].
- "Anti-lnfective Communication," Pfizer internal email from Dee L. Mahoney to Michael Gavigan, Joseph R. Hendrickson, Lea Varstveet, Andrew Fraser, Dana Luther, Michelle Meppen, Brad Hakes, Rupa Dave, Mark Soued, Nicholas F. Bove, Lee S. Wiglesworth, Bari Glazer, Meaghan Jones, Lena Ryan, Stephen G. Smith, Thomas L. Vollmers, David Robert Luke, Blair Capitano, Mark Forshag, Christopher M. Paap, Laura Puzniak, Ernesto G. Scerpella, and Charles A. Thomas, dated 3 September 2008 [PFE-JONES 00084866 – 00084867].
- "Latest Versions Of Horizon Documents," Pfizer internal email from Doug Giordano to Jeffrey B. Kindler, Frank D'Amelio, Amy Schulman, Bill Ringo, Jack Levy, Alan Hartman, Dennis J. Block, Kristin Peck, Douglas Braunstein, and Torrey Browder, dated 6 September 2008 [PFE-JONES 00057929].
- "RE:," Pfizer internal email from Jeffrey B. Kindler to Charles E. Triano, Frank D'Amelio, Jennifer M. Davis, and Suzanne Harnett, dated 20 September 2008 [PFE DERIV 01136669 – 01136672].
- "2009 Operating Plan," Pfizer internal presentation, dated 29 September 2008 [PFE-JONES 00084924 – 002].
- "2009 Operating Plan," email from Dee Mahoney, dated 5 October 2008 [PFE-JONES 01062945-49].
- "RE: 2009 Operating Plan," Pfizer internal email from Olivier Brandicourt to George Henninger and Ian C. Read, dated 6 October 2008 [PFE DERIV 01062945- 01062949].
- "Zyvox Operating Plan," Company presentation, dated 9 October 2007 [PZ0028868-921].
- "Anticipated Investor Q&A - 3Q08 Conference Call Final Draft," Pfizer internal document, dated 17 October 2008 [PFE DERIV 01068636 - 01068729].
- Pfizer internal correspondence regarding Corporate Compliance, dated 14 October, 2008, 26 November 2008, and 8 December 2008 [KPMG-PFIZ-DS 0005663 - 0005720].
- "RE: Article on the safety of cash in big pharma," Pfizer internal email from Hugh Donnelly to Jennifer Damico, dated 16 October 2008 [PFE-JONES 00050454 – 00050455].
- "Meeting with Dee," Pfizer internal email, with internal document, from Susan Podwell to Alan Litwack, Michael Gavigan, and Connie Perla, dated 21 October 2008 [PFE-JONES 00087591 – 00087639].
- "FW: Zyvox next steps," Pfizer internal email, with presentation attached, from Michael Gavigan to Connie Perla, dated 21 October 2008 [PFE-JONES 00087495 – 00087582].

127

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Meeting Materials," Pfizer internal email, with presentation attached, from Michael Gavigan to Milton Assang and Connie Perla, dated 22 October 2008 [PFE-JONES 00087647 – 00087656].
- "Overview of Zyvox Promotional Practices," dated 24 October 2008 [PFE DERIV 00067514 – 00067598].
- "Investor Views – M&A," Pfizer internal email from Charles E. Triano to Jeffrey B. Kindler and Frank D'Amelio, dated 7 November 2008 [PFE-JONES 00039449 – 00039451].
- "Current Investor Sentiment Regarding A Transformational Acquisition," Pfizer internal email to Jeff Kindler; from Chuck Triano, dated 7 November 2008 [PFE-JONES 00038193 - 00038197].
- "Investor Views – M&A," Pfizer internal email from Jeffrey B. Kindler to Charles E. Triano, dated 10 November 2008 [PFE-JONES 00038195 – 00038197].
- "Nov 20 ZYVOX DM Conf Caii/LM: Powerpt & Materials," Pfizer internal email from Kathy O'Brien to Marcus Lumpuy, Lamberto Z. Hornilla III, Paul Richardson, Rady Johnson, Helene Panzer, Michael Gavigan, Alan Litwack, Andrea Fraser, Lea Farstveet, and Indrani M. Franchini, dated 19 November 2008 [PFE DERIV 01044653 – 01044654].
- "RE: Zyvox 2009 Revised Budget Commentary.xls," Pfizer internal email from Phillip S. Mckinne to Michael Gavigan, dated 19 November 2008 [PZ0210073 - PZ0210074].
- "Zyvox Approved Resources," Pfizer internal document, dated 21 November 2008 [PFE DERIV 01044655 – 01044675].
- "ZYVOX Messaging Guidance Live Meeting Calls," Pfizer internal presentation, dated 21 November 2008 [PFE DERIV 01044733 – 01044784].
- "RE: November 25th EL T: Frank D'Amelio's Slide Deck," Pfizer internal email from Andy Schmeltz to Ian C. Read, George Henninger, Toni M. King, and Hoori Kaskanian, dated 26 November 2008 [PFE DERIV 01063345 – 01063346].
- "Zyvox serious results. seriously established." Pfizer drug advertisement, dated November 2008 [PFE 01044676 – 01044728].
- "Health Care-Associated Pneumonia and Community-Acquired Pneumonia: a Single-Center Experience," Pfizer internal document, dated November 2008 [PFE DERIV 01044731 – 01044732].
- "WPO 2009 Operation Plan Highlights," Pfizer internal presentation, dated 2 December 2008 [PFE DERIV 01063347 - 01063380].
- "quick_summary).ppt," Pfizer internal email from Richard Passov to Frank D'Amelio, Denise Pacchiano, and Neal Masia, dated 16 December 2008 [PFE-JONES 00048296 – 00048315].
- "FW: Adjustments to 2009 WPO Budget," Pfizer internal email from Toni M. King to Ian C. Read, dated 19 December 2008 [PFE DERIV 01150632 – 01150635].
- "Re: The Government's Investigation of the Promotion of Bextra," Pfizer correspondence from Brien T. O'Connor to Michael J. Sullivan and Sara Miron Bloom, dated 5 January 2009 [PFE DERIV 00067946 – 00067964].
- "Anticipated Investor Q&A - 4Q08 Conference Call," Pfizer internal document, dated 24 January 2009 [PFE DERIV 01146742 – 01146767].
- "FW: Q&A," Pfizer internal email, with documents attached, from Ian C. Read to Joanie Sestito, dated 26 January 2009 [PFE DERIV 01146741 – 01146767].

128

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Reviewed and Relied Upon**

- "Anticipated Investor Q&A – 1Q09 Conference Call," Pfizer internal document, dated 14 April 2009 [KPMG-PFIZ-DS 012859 – 012895].
- "Financial Update – 1Q Actual Results," Pfizer internal presentation, dated 23 April 2009 [PFE DERIV 01138980 – 01138989].
- "Fw: EL T Financial Update Presentation," Pfizer internal email, with presentation attached, from Sandra J. Beaty to DL-ELT, dated 15 June 2009 [PFE DERIV 01047844 – 01047856].
- "RE: Bullets for Amy- Training," Pfizer internal email from Douglas Lankler to James Gibney, dated 15 August 2009 [PFE DERIV 01059582 – 01059585].
- "EL T Financial Update Slides -August Outlook," Pfizer internal email, with presentation attached, from Brendan O'Leary to Frank D'Amelio, Rick Hoddeson, and Mark J. Scalera, dated 25 August 2009 [PFE DERIV 01137585 – 01138936].
- "Financial Update – 3Q and Full Year 2009 Forecasts," Pfizer internal presentation, dated 24 September 2009 [PFE DERIV 01120506 – 01120516].
- "Proxy Paper," Glass Lewis analysis by Michael Spalding, dated 22 April 2010 [PFE DERIV 00082040 – 00082060].
- "Anticipated Q&A – 3Q09 Earnings Conference Call," Pfizer internal document [PFE DERIV 01141644 – 01141699].
- "Anticipated Q&A- 3009 Earnings Conference Call," Pfizer internal document [KPMG-PFIZ-DS 013588 – 013633].
- "Potential Q & A," Pfizer internal document [PFE-JONES 00057930 – 00057935].
- "1Q08 State of Pfizer Presentation," Pfizer internal presentation [LYRC-001170289 - 001l70330].
- "2008 2 APs Revenue by Product," Pfizer internal document [PFE DERIV 00010731 – 00010736].
- "2008 3 APs Revenue by Product," Pfizer internal document [PFE DERIV – 00011153 - 00011157].
- "Pfizer Inc Financial Report 5 Accounting Periods, 2008," Pfizer internal document [PFE DERIV 00002904– 00002920].
- "2008 8 APs Revenue by Product," Pfizer internal document [PFE DERIV 00010794 – 00010797].
- "Pfizer Inc Financial Report 9 Accounting Periods, 2008," Pfizer internal document [PFE DERIV 00010940 – 00010960].

**OTHER**

- *Dura Pharmaceuticals, et al., v. Broudo, et al.*, 544 U.S. 336, 125.
- Private Securities Litigation Reform Act of 1995.
- "Record S&P 500 Pension Deficit in 2008; Is There an Investment Solution?" David Bianco, *et al.*, Equity Strategy research report, 9 January 2009.
- Any other documents and data cited in the report.

129

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu


**EDUCATION**

1989   YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986   YALE UNIVERSITY
M.Phil. in Economics

1983   YALE UNIVERSITY
M.A. in Economics

1981   POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, cum laude)


**TEACHING EXPERIENCE**

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

130

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present      CROWNINSHIELD FINANCIAL RESEARCH, INC.
Wellesley, MA
President and Senior Expert

1996 - 2008      THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990      FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades." (with Gang Hu, Mark Marcus, and Zann Ali) Journal of Forensic Economics, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in New York Times May 19, 2012, and made available on the New York Times website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes" (with Allen Michel and Jacob Oded) Managerial Finance, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability" (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

131

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Planning Capital Expenditure," in The Portable MBA in Financing and Accounting, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in The Portable MBA in Financing and Accounting, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) American Bankruptcy Institute Journal, May 2005.

"Valuation of Credit Guarantees" (with Allen J. Michel and Israel Shaked).  Journal of Forensic Economics 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in The Engineering Economist, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," Journal of Financial Education, fall 2000.

A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) Risk Management, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) The Journal of Financial Planning, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) American Bankruptcy Institute Journal, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," The Journal of Risk, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) Primus, Vol. IX, No. 2, June 1999.

Atlanta Park Medical Center v. Hamlin Asset Management. (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," Derivatives Week, VII, No. 44, November 2, 1998.

132

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Expected Return in Option Pricing: A Non-Mathematical Explanation," Derivatives Week, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," Derivatives Quarterly, Vol. 4, No. 2, Winter 1997.

Finance and Accounting for Project Management. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*. New York: Irwin, 1996.

"The Hull and White Implied Volatility." Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in Financial Systems and Risk Management, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) Federal Reserve Bank of Atlanta Economic Review, March/April 1990. Reprinted in Financial Derivatives: New Instruments and Their Uses. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," Federal Reserve Bank of Atlanta Economic Review, May/June 1989. Reprinted in Financial Derivatives: New Instruments and Their Uses. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased." Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) Federal Reserve Bank of Atlanta Economic Review, September/October 1988. Reprinted in Financial Derivatives: New Instruments and Their Uses. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," Federal Reserve Bank of Atlanta Economic Review, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in Federal Reserve Bank Of Atlanta Economic Review, Summer 1987.

133

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

**PRESENTATIONS**

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings" at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

134

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


"Teaching the Strong-Form Efficient Market Hypothesis" at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

135

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

**COURSES TAUGHT**

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, The New York Times, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, Bloomberg Markets Magazine, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, Financial Times, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, Financial Times, March 12, 2006.

136

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, San Diego Union-Tribune, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, Boston Herald, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, The Boston Globe, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, The Washington Post, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, USA Today, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, Bond Buyer, September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, The Boston Globe, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, The Bond Buyer, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, The Bond Buyer, January 29, 1997.

"Men Behaving Badly (Yield Burning)," Grants Municipal Bond Observer, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, The New York Times, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, The Wall Street Journal, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, The New York Times, July 18, 1991.

137

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, The New York Times, July 5, 1991.


**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
Boston Security Analysts Society
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

138

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

The Board of Trustees of the Southern California IBEW-NECA Defined Contribution Plan, vs.
The Bank of New York Mellon Corporation and BNY Mellon, National Association.
United States District Court
Southern District of New York
Civil Action No. 1:09-cv-06273-RMB-AJP
Deposition Testimony
March 2011 and May 2011

In Re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation
United States District Court
District of New Jersey
Civil Action No. 05-2369(SRC)
Deposition Testimony
May 2011

In Re Constar International Inc. Securities Litigation
United States District Court
Eastern District of Pennsylvania
Civil Action No. 2:03-cv-05020-EL
Deposition Testimony
June 2011

Alaska Electrical Pension Fund, et al., vs. Pharmacia Corporation, et al.
United States District Court
District of New Jersey
Civil Action No. 3:09-1519 (AET)
Deposition Testimony
October 2011

Mary K. Jones, et al., vs. Pfizer Inc., et al.
United States District Court
Southern District of New York
Civil Action no. 10-CV-03864-AKH
Deposition Testimony
January 2012

State of New Jersey, Department of Treasury, Division of Investment on behalf of Common
Pension Fund A, vs. Merrill Lynch & Co., and Bank of America Corporation
Docket No. L-3855-09
Superior Court of New Jersey
Law Division
Hudson County
Deposition Testimony
June 2012

139

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


Jan Buettgen, et al. vs. Katherine J. Harless, et al.
United States District Court
Northern District of Texas
Dallas Division
Civil Action No. 3:09-cv-00791-K
Deposition Testimony
December 2010 and August 2012

DJ Mortgage, LLC, and John F. Smithgall vs. Synovus Bank d/b/a Bank of North Georgia
Superior Court for the County of Fulton
State of Georgia
Civil Action no. 11-cv-205000
Deposition Testimony
September 2012

Carlos Munoz, et al. vs. China Expert Technology, Inc.; PKF New York, Certified Public
Accountants, A Professional Corporation; PKF Hong Kong, Certified Public Accountants; And
BDO McCade Lo Limited Certified Public Accountants
United States District Court
Southern District of New York
Civil Action no. 07-cv-10531 (AKH)
Deposition Testimony
March 2013

In Re American International Group, Inc. 2008 Securities Litigation
United States District Court
Southern District of New York
Civil Action no. 08-CV-4772-LTS
Deposition Testimony
July 2011 and February 2012
Testimony at Evidentiary Hearing
April 2013 and May 2013

Christopher Cohan, et al., vs. KPMG LLP
Court of Fulton County
State of Georgia
Civil Action no. 12EV0114325G
June 2013

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Landmen Partners Inc. et al. vs. The Blackstone Group L.P., et al.
United States District Court
Southern District of New York
Civil Action no. 08-cv-03601-HB
Deposition Testimony
May 2013 and August 2013

Louis Pagnotti, Inc. et al., vs. Deloitte & Touche, LLP,
In the Court of Common Pleas of Luzerne County
Case No. 557 C of 2003
Deposition Testimony
October 2013

In Re IndyMac Mortgage-Backed Securities Litigation
Civil Action No. 1:09-cv-04583-LAK
United States District Court
Southern District of New York
Deposition Testimony
January 2011 and October 2013

In Re Walter Energy, Inc. Securities Litigation
Civil Action No. 2:12-cv-00281-VEH
United States District Court
Northern District of Alabama
Deposition Testimony
January 2014

In Re Groupon, Inc. Securities Litigation
Civil Action No. 12-cv-2450
United States District Court
Northern District of Illinois
Deposition Testimony
February 2014

Anwar, et al., v. Fairfield Greenwich Limited, et al.
Civil Action No. 09-cv-0118 (VM)
United States District Court
Southern District of New York
Deposition Testimony
February 2014

141

**Exhibit-5**
**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Symbol Technologies, Inc. Securities Litigation
Civil Action No. 05-cv-3923-DRH
United States District Court
Eastern District of New York
Deposition Testimony
June 2014

142

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/18/2006 | $24.00 | $23.98 | $23.99 | – | 33,481,700 | |
| 1/19/2006 | $24.97 | $24.93 | $24.98 | – | 57,615,200 | 3.96% |
| 1/20/2006 | $24.71 | $24.66 | $24.68 | – | 51,669,200 | -1.05% |
| 1/23/2006 | $24.89 | $24.87 | $24.88 | – | 28,819,100 | 0.73% |
| 1/24/2006 | $24.59 | $24.56 | $24.59 | – | 29,394,200 | -1.21% |
| 1/25/2006 | $24.83 | $24.78 | $24.81 | – | 26,369,500 | 0.97% |
| 1/26/2006 | $25.05 | $25.05 | $25.06 | – | 41,257,400 | 0.88% |
| 1/27/2006 | $25.99 | $25.98 | $26.00 | – | 61,025,700 | 3.68% |
| 1/30/2006 | $25.94 | $25.93 | $25.94 | – | 32,831,300 | -0.19% |
| 1/31/2006 | $25.68 | $25.68 | $25.69 | – | 31,365,100 | -1.01% |
| 2/1/2006 | $26.05 | $26.05 | $26.06 | – | 28,377,800 | 1.43% |
| 2/2/2006 | $25.78 | $25.77 | $25.79 | – | 24,680,900 | -1.04% |
| 2/3/2006 | $25.28 | $25.29 | $25.29 | – | 27,503,200 | -1.96% |
| 2/6/2006 | $25.09 | $25.10 | $25.11 | – | 21,774,400 | -0.75% |
| 2/7/2006 | $25.18 | $25.17 | $25.18 | – | 28,741,400 | 0.36% |
| 2/8/2006 | $26.37 | $26.38 | $26.39 | $0.24 | 62,030,300 | 5.52% |
| 2/9/2006 | $26.34 | $26.35 | $26.37 | – | 46,326,500 | -0.11% |
| 2/10/2006 | $25.68 | $25.69 | $25.70 | – | 57,860,400 | -2.54% |
| 2/13/2006 | $25.58 | $25.59 | $25.60 | – | 24,917,300 | -0.39% |
| 2/14/2006 | $25.50 | $25.48 | $25.50 | – | 31,597,500 | -0.31% |
| 2/15/2006 | $25.61 | $25.59 | $25.60 | – | 28,022,900 | 0.43% |
| 2/16/2006 | $25.81 | $25.76 | $25.81 | – | 22,623,100 | 0.78% |
| 2/17/2006 | $25.82 | $25.81 | $25.82 | – | 25,052,200 | 0.04% |
| 2/21/2006 | $25.64 | $25.64 | $25.65 | – | 20,905,400 | -0.70% |
| 2/22/2006 | $26.19 | $26.17 | $26.18 | – | 29,163,200 | 2.12% |
| 2/23/2006 | $26.14 | $26.13 | $26.14 | – | 21,884,700 | -0.19% |
| 2/24/2006 | $26.37 | $26.39 | $26.40 | – | 19,253,200 | 0.88% |
| 2/27/2006 | $26.60 | $26.60 | $26.61 | – | 31,139,600 | 0.87% |
| 2/28/2006 | $26.19 | $26.15 | $26.20 | – | 29,639,800 | -1.55% |
| 3/1/2006 | $26.26 | $26.23 | $26.24 | – | 26,933,400 | 0.27% |
| 3/2/2006 | $26.06 | $26.06 | $26.07 | – | 19,967,000 | -0.76% |
| 3/3/2006 | $26.34 | $26.19 | $26.20 | – | 29,213,500 | 1.07% |
| 3/6/2006 | $25.98 | $25.99 | $26.00 | – | 21,045,700 | -1.38% |
| 3/7/2006 | $26.19 | $26.18 | $26.19 | – | 22,851,100 | 0.81% |
| 3/8/2006 | $26.17 | $26.17 | $26.18 | – | 25,785,300 | -0.08% |
| 3/9/2006 | $26.19 | $26.20 | $26.22 | – | 18,755,500 | 0.08% |
| 3/10/2006 | $26.08 | $26.08 | $26.09 | – | 22,755,900 | -0.42% |
| 3/13/2006 | $25.97 | $25.97 | $25.98 | – | 25,587,400 | -0.42% |
| 3/14/2006 | $25.97 | $25.93 | $25.97 | – | 23,505,100 | 0.00% |
| 3/15/2006 | $25.95 | $25.95 | $25.98 | – | 18,394,500 | -0.08% |
| 3/16/2006 | $26.05 | $26.05 | $26.06 | – | 22,809,600 | 0.38% |

143

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/17/2006 | $26.39 | $26.44 | $26.41 | – | 32,125,100 | 1.30% |
| 3/20/2006 | $26.47 | $26.45 | $26.47 | – | 18,233,700 | 0.30% |
| 3/21/2006 | $26.31 | $26.29 | $26.31 | – | 25,516,700 | -0.61% |
| 3/22/2006 | $26.40 | $26.39 | $26.40 | – | 22,609,900 | 0.34% |
| 3/23/2006 | $26.16 | $26.15 | $26.17 | – | 18,097,800 | -0.91% |
| 3/24/2006 | $26.02 | $26.02 | $26.04 | – | 17,846,100 | -0.54% |
| 3/27/2006 | $25.81 | $25.81 | $25.82 | – | 21,305,100 | -0.81% |
| 3/28/2006 | $25.35 | $25.42 | $25.42 | – | 24,307,500 | -1.80% |
| 3/29/2006 | $25.24 | $25.25 | $25.26 | – | 27,868,100 | -0.43% |
| 3/30/2006 | $25.20 | $25.21 | $25.22 | – | 23,318,800 | -0.16% |
| 3/31/2006 | $24.92 | $24.90 | $24.91 | – | 24,385,200 | -1.12% |
| 4/3/2006 | $25.12 | $25.12 | $25.13 | – | 20,405,300 | 0.80% |
| 4/4/2006 | $25.10 | $25.09 | $25.10 | – | 21,794,800 | -0.08% |
| 4/5/2006 | $25.17 | $25.16 | $25.17 | – | 17,207,800 | 0.28% |
| 4/6/2006 | $25.09 | $25.04 | $25.09 | – | 24,629,600 | -0.32% |
| 4/7/2006 | $24.69 | $24.66 | $24.67 | – | 20,900,800 | -1.61% |
| 4/10/2006 | $24.65 | $24.65 | $24.66 | – | 18,306,500 | -0.16% |
| 4/11/2006 | $24.35 | $24.34 | $24.35 | – | 23,613,200 | -1.22% |
| 4/12/2006 | $24.42 | $24.44 | $24.45 | – | 17,777,100 | 0.29% |
| 4/13/2006 | $24.50 | $24.50 | $24.51 | – | 18,306,000 | 0.33% |
| 4/17/2006 | $24.44 | $24.44 | $24.45 | – | 17,250,600 | -0.25% |
| 4/18/2006 | $24.93 | $24.91 | $24.92 | – | 25,624,800 | 1.99% |
| 4/19/2006 | $24.82 | $24.81 | $24.81 | – | 32,855,200 | -0.44% |
| 4/20/2006 | $24.95 | $24.95 | $24.97 | – | 24,957,300 | 0.52% |
| 4/21/2006 | $24.87 | $24.87 | $24.88 | – | 24,964,100 | -0.32% |
| 4/24/2006 | $24.79 | $24.78 | $24.80 | – | 22,803,200 | -0.32% |
| 4/25/2006 | $24.72 | $24.73 | $24.73 | – | 29,488,500 | -0.28% |
| 4/26/2006 | $24.97 | $24.98 | $24.99 | – | 30,913,600 | 1.01% |
| 4/27/2006 | $24.86 | $24.86 | $24.88 | – | 23,856,500 | -0.44% |
| 4/28/2006 | $25.33 | $25.32 | $25.33 | – | 27,535,700 | 1.87% |
| 5/1/2006 | $25.12 | $25.09 | $25.13 | – | 26,476,800 | -0.83% |
| 5/2/2006 | $25.18 | $25.18 | $25.19 | – | 23,045,700 | 0.24% |
| 5/3/2006 | $25.17 | $25.17 | $25.19 | – | 24,999,300 | -0.04% |
| 5/4/2006 | $25.22 | $25.22 | $25.23 | – | 26,607,400 | 0.20% |
| 5/5/2006 | $25.41 | $25.42 | $25.43 | – | 20,104,900 | 0.75% |
| 5/8/2006 | $25.54 | $25.54 | $25.56 | – | 20,666,300 | 0.51% |
| 5/9/2006 | $25.51 | $25.51 | $25.54 | – | 16,592,400 | -0.12% |
| 5/10/2006 | $25.04 | $25.01 | $25.02 | $0.24 | 28,633,800 | -0.91% |
| 5/11/2006 | $24.81 | $24.80 | $24.81 | – | 29,034,500 | -0.92% |
| 5/12/2006 | $24.50 | $24.48 | $24.50 | – | 28,294,200 | -1.26% |
| 5/15/2006 | $24.89 | $24.88 | $24.90 | – | 24,852,800 | 1.58% |

144

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 5/16/2006 | $24.90 | $24.89 | $24.90 | – | 22,617,400 | 0.04% |
| 5/17/2006 | $24.27 | $24.27 | $24.28 | – | 30,841,100 | -2.56% |
| 5/18/2006 | $23.89 | $23.89 | $23.90 | – | 31,992,400 | -1.58% |
| 5/19/2006 | $23.82 | $23.81 | $23.82 | – | 34,600,400 | -0.29% |
| 5/22/2006 | $23.72 | $23.72 | $23.74 | – | 28,372,400 | -0.42% |
| 5/23/2006 | $23.99 | $23.96 | $23.99 | – | 29,718,200 | 1.13% |
| 5/24/2006 | $23.84 | $23.81 | $23.82 | – | 25,141,400 | -0.63% |
| 5/25/2006 | $23.85 | $23.86 | $23.88 | – | 23,895,200 | 0.04% |
| 5/26/2006 | $24.00 | $24.00 | $24.02 | – | 23,025,900 | 0.63% |
| 5/30/2006 | $23.58 | $23.58 | $23.59 | – | 24,226,500 | -1.77% |
| 5/31/2006 | $23.66 | $23.65 | $23.66 | – | 23,891,900 | 0.34% |
| 6/1/2006 | $23.90 | $23.89 | $23.90 | – | 25,064,000 | 1.01% |
| 6/2/2006 | $24.19 | $24.16 | $24.18 | – | 21,593,300 | 1.21% |
| 6/5/2006 | $23.94 | $23.95 | $23.96 | – | 25,614,500 | -1.04% |
| 6/6/2006 | $23.84 | $23.83 | $23.85 | – | 26,528,400 | -0.42% |
| 6/7/2006 | $23.91 | $23.89 | $23.90 | – | 26,884,800 | 0.29% |
| 6/8/2006 | $23.86 | $23.84 | $23.85 | – | 34,592,200 | -0.21% |
| 6/9/2006 | $23.53 | $23.52 | $23.53 | – | 30,464,500 | -1.39% |
| 6/12/2006 | $23.29 | $23.26 | $23.29 | – | 20,075,400 | -1.03% |
| 6/13/2006 | $23.04 | $23.04 | $23.05 | – | 30,941,500 | -1.08% |
| 6/14/2006 | $23.11 | $23.11 | $23.12 | – | 29,071,800 | 0.30% |
| 6/15/2006 | $23.53 | $23.51 | $23.52 | – | 26,873,500 | 1.80% |
| 6/16/2006 | $23.43 | $23.42 | $23.43 | – | 30,979,000 | -0.43% |
| 6/19/2006 | $23.06 | $23.04 | $23.06 | – | 27,816,600 | -1.59% |
| 6/20/2006 | $22.95 | $22.93 | $22.94 | – | 47,688,800 | -0.48% |
| 6/21/2006 | $22.69 | $22.68 | $22.68 | – | 39,343,400 | -1.14% |
| 6/22/2006 | $22.65 | $22.65 | $22.66 | – | 23,298,900 | -0.18% |
| 6/23/2006 | $22.64 | $22.64 | $22.65 | – | 22,250,800 | -0.04% |
| 6/26/2006 | $23.01 | $23.01 | $23.02 | – | 31,248,900 | 1.62% |
| 6/27/2006 | $22.80 | $22.78 | $22.79 | – | 21,514,100 | -0.92% |
| 6/28/2006 | $22.90 | $22.91 | $22.90 | – | 19,779,900 | 0.44% |
| 6/29/2006 | $23.24 | $23.24 | $23.25 | – | 26,130,400 | 1.47% |
| 6/30/2006 | $23.47 | $23.46 | $23.48 | – | 31,426,000 | 0.98% |
| 7/3/2006 | $23.58 | $23.60 | $23.61 | – | 15,778,800 | 0.47% |
| 7/5/2006 | $23.68 | $23.66 | $23.68 | – | 30,038,700 | 0.42% |
| 7/6/2006 | $23.68 | $23.67 | $23.68 | – | 20,205,600 | 0.00% |
| 7/7/2006 | $23.68 | $23.64 | $23.67 | – | 17,472,600 | 0.00% |
| 7/10/2006 | $23.87 | $23.87 | $23.88 | – | 14,216,300 | 0.80% |
| 7/11/2006 | $23.49 | $23.46 | $23.48 | – | 27,555,500 | -1.60% |
| 7/12/2006 | $23.18 | $23.18 | $23.19 | – | 16,843,800 | -1.33% |
| 7/13/2006 | $22.87 | $22.84 | $22.86 | – | 25,557,400 | -1.35% |

145

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/14/2006 | $22.42 | $22.42 | $22.44 | – | 28,384,700 | -1.99% |
| 7/17/2006 | $22.41 | $22.42 | $22.44 | – | 23,591,800 | -0.04% |
| 7/18/2006 | $22.58 | $22.54 | $22.57 | – | 26,775,400 | 0.76% |
| 7/19/2006 | $23.30 | $23.25 | $23.26 | – | 33,619,900 | 3.14% |
| 7/20/2006 | $23.71 | $23.72 | $23.73 | – | 33,487,000 | 1.74% |
| 7/21/2006 | $23.83 | $23.84 | $23.85 | – | 37,126,200 | 0.50% |
| 7/24/2006 | $24.79 | $24.74 | $24.77 | – | 47,420,200 | 3.95% |
| 7/25/2006 | $24.96 | $24.96 | $24.98 | – | 29,784,800 | 0.68% |
| 7/26/2006 | $25.11 | $25.11 | $25.12 | – | 28,435,900 | 0.60% |
| 7/27/2006 | $25.65 | $25.60 | $25.61 | – | 35,937,000 | 2.13% |
| 7/28/2006 | $26.11 | $26.08 | $26.09 | – | 46,959,400 | 1.78% |
| 7/31/2006 | $25.99 | $25.99 | $26.01 | – | 51,996,200 | -0.46% |
| 8/1/2006 | $25.99 | $25.99 | $26.00 | – | 33,446,700 | 0.00% |
| 8/2/2006 | $25.61 | $25.60 | $25.63 | – | 60,864,800 | -1.47% |
| 8/3/2006 | $25.51 | $25.54 | $25.55 | – | 28,400,800 | -0.39% |
| 8/4/2006 | $25.98 | $25.94 | $25.95 | – | 31,669,100 | 1.83% |
| 8/7/2006 | $26.05 | $26.05 | $26.06 | – | 27,551,200 | 0.27% |
| 8/8/2006 | $26.16 | $26.16 | $26.17 | – | 35,013,100 | 0.42% |
| 8/9/2006 | $26.15 | $26.13 | $26.18 | $0.24 | 34,623,700 | 0.88% |
| 8/10/2006 | $25.97 | $25.96 | $25.97 | – | 23,569,700 | -0.69% |
| 8/11/2006 | $25.82 | $25.80 | $25.82 | – | 16,296,300 | -0.58% |
| 8/14/2006 | $26.08 | $26.06 | $26.07 | – | 22,391,200 | 1.00% |
| 8/15/2006 | $26.40 | $26.38 | $26.40 | – | 21,984,700 | 1.22% |
| 8/16/2006 | $26.75 | $26.71 | $26.72 | – | 29,440,100 | 1.32% |
| 8/17/2006 | $27.00 | $27.00 | $27.02 | – | 30,337,900 | 0.93% |
| 8/18/2006 | $27.05 | $27.04 | $27.03 | – | 26,542,100 | 0.19% |
| 8/21/2006 | $26.64 | $26.66 | $26.69 | – | 24,153,900 | -1.53% |
| 8/22/2006 | $26.98 | $26.96 | $26.98 | – | 24,773,000 | 1.27% |
| 8/23/2006 | $27.14 | $27.14 | $27.16 | – | 21,203,800 | 0.59% |
| 8/24/2006 | $27.24 | $27.22 | $27.25 | – | 22,243,700 | 0.37% |
| 8/25/2006 | $27.23 | $27.23 | $27.24 | – | 16,386,400 | -0.04% |
| 8/28/2006 | $27.54 | $27.52 | $27.53 | – | 28,447,100 | 1.13% |
| 8/29/2006 | $27.60 | $27.59 | $27.60 | – | 21,228,700 | 0.22% |
| 8/30/2006 | $27.73 | $27.72 | $27.74 | – | 25,794,300 | 0.47% |
| 8/31/2006 | $27.56 | $27.56 | $27.57 | – | 23,038,200 | -0.61% |
| 9/1/2006 | $27.96 | $27.94 | $27.95 | – | 23,507,300 | 1.44% |
| 9/5/2006 | $27.84 | $27.85 | $27.86 | – | 20,173,400 | -0.43% |
| 9/6/2006 | $27.72 | $27.71 | $27.73 | – | 29,920,700 | -0.43% |
| 9/7/2006 | $27.45 | $27.43 | $27.44 | – | 26,310,300 | -0.98% |
| 9/8/2006 | $27.59 | $27.62 | $27.63 | – | 18,008,800 | 0.51% |
| 9/11/2006 | $27.88 | $27.87 | $27.88 | – | 20,385,100 | 1.05% |

146

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/12/2006 | $28.25 | $28.26 | $28.27 | – | 37,622,500 | 1.32% |
| 9/13/2006 | $28.19 | $28.19 | $28.20 | – | 22,069,900 | -0.21% |
| 9/14/2006 | $28.20 | $28.18 | $28.20 | – | 20,670,000 | 0.04% |
| 9/15/2006 | $28.04 | $28.02 | $28.04 | – | 27,578,300 | -0.57% |
| 9/18/2006 | $28.16 | $28.18 | $28.19 | – | 21,189,300 | 0.43% |
| 9/19/2006 | $28.20 | $28.19 | $28.20 | – | 21,323,400 | 0.14% |
| 9/20/2006 | $28.47 | $28.48 | $28.49 | – | 27,286,100 | 0.95% |
| 9/21/2006 | $28.21 | $28.21 | $28.22 | – | 27,219,900 | -0.92% |
| 9/22/2006 | $28.16 | $28.14 | $28.15 | – | 19,384,700 | -0.18% |
| 9/25/2006 | $28.35 | $28.35 | $28.39 | – | 25,475,700 | 0.67% |
| 9/26/2006 | $28.40 | $28.37 | $28.39 | – | 25,749,800 | 0.18% |
| 9/27/2006 | $28.41 | $28.42 | $28.44 | – | 23,895,200 | 0.04% |
| 9/28/2006 | $28.30 | $28.28 | $28.29 | – | 20,644,700 | -0.39% |
| 9/29/2006 | $28.36 | $28.37 | $28.39 | – | 23,965,900 | 0.21% |
| 10/2/2006 | $28.31 | $28.32 | $28.33 | – | 22,101,300 | -0.18% |
| 10/3/2006 | $28.41 | $28.42 | $28.43 | – | 20,261,600 | 0.35% |
| 10/4/2006 | $28.33 | $28.32 | $28.33 | – | 27,527,100 | -0.28% |
| 10/5/2006 | $27.99 | $27.97 | $28.00 | – | 28,958,600 | -1.21% |
| 10/6/2006 | $27.90 | $27.91 | $27.92 | – | 27,168,500 | -0.32% |
| 10/9/2006 | $27.65 | $27.64 | $27.65 | – | 20,825,100 | -0.90% |
| 10/10/2006 | $27.56 | $27.54 | $27.55 | – | 29,919,300 | -0.33% |
| 10/11/2006 | $27.29 | $27.27 | $27.28 | – | 32,409,000 | -0.98% |
| 10/12/2006 | $27.65 | $27.66 | $27.69 | – | 26,631,800 | 1.31% |
| 10/13/2006 | $27.59 | $27.57 | $27.59 | – | 24,523,400 | -0.22% |
| 10/16/2006 | $27.66 | $27.67 | $27.68 | – | 19,974,500 | 0.25% |
| 10/17/2006 | $27.72 | $27.71 | $27.73 | – | 24,995,400 | 0.22% |
| 10/18/2006 | $28.10 | $28.10 | $28.14 | – | 31,744,300 | 1.36% |
| 10/19/2006 | $27.68 | $27.67 | $27.68 | – | 50,349,100 | -1.51% |
| 10/20/2006 | $27.68 | $27.66 | $27.65 | – | 48,661,400 | 0.00% |
| 10/23/2006 | $27.73 | $27.70 | $27.72 | – | 31,466,200 | 0.18% |
| 10/24/2006 | $27.26 | $27.26 | $27.27 | – | 50,907,700 | -1.71% |
| 10/25/2006 | $27.43 | $27.41 | $27.42 | – | 36,125,600 | 0.62% |
| 10/26/2006 | $27.28 | $27.27 | $27.29 | – | 41,087,200 | -0.55% |
| 10/27/2006 | $27.22 | $27.23 | $27.24 | – | 39,663,100 | -0.22% |
| 10/30/2006 | $27.20 | $27.20 | $27.22 | – | 33,810,000 | -0.07% |
| 10/31/2006 | $26.65 | $26.62 | $26.63 | – | 80,651,300 | -2.04% |
| 11/1/2006 | $26.54 | $26.59 | $26.60 | – | 39,548,300 | -0.41% |
| 11/2/2006 | $26.69 | $26.67 | $26.70 | – | 28,864,900 | 0.56% |
| 11/3/2006 | $26.55 | $26.55 | $26.56 | – | 27,288,500 | -0.53% |
| 11/6/2006 | $26.99 | $26.99 | $27.00 | – | 32,649,900 | 1.64% |
| 11/7/2006 | $27.29 | $27.27 | $27.28 | – | 45,420,700 | 1.11% |

147

**Exhibit-5**
### Feinstein Pfizer Loss Causation and Damages Report

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/8/2006 | $26.62 | $26.62 | $26.63 | $0.24 | 53,063,600 | -1.59% |
| 11/9/2006 | $25.84 | $25.83 | $25.85 | – | 83,070,300 | -2.97% |
| 11/10/2006 | $25.71 | $25.69 | $25.71 | – | 47,054,300 | -0.50% |
| 11/13/2006 | $25.89 | $25.87 | $25.88 | – | 41,162,300 | 0.70% |
| 11/14/2006 | $26.25 | $26.24 | $26.26 | – | 42,344,300 | 1.38% |
| 11/15/2006 | $26.53 | $26.52 | $26.53 | – | 39,719,900 | 1.06% |
| 11/16/2006 | $26.76 | $26.76 | $26.77 | – | 33,037,600 | 0.86% |
| 11/17/2006 | $27.21 | $27.20 | $27.20 | – | 47,911,300 | 1.67% |
| 11/20/2006 | $27.05 | $27.07 | $27.10 | – | 34,239,900 | -0.59% |
| 11/21/2006 | $26.95 | $27.04 | $27.07 | – | 28,768,900 | -0.35% |
| 11/22/2006 | $27.10 | $27.10 | $27.11 | – | 19,438,600 | 0.54% |
| 11/24/2006 | $26.89 | $26.90 | $26.91 | – | 11,222,600 | -0.78% |
| 11/27/2006 | $26.97 | $26.96 | $26.98 | – | 39,010,200 | 0.30% |
| 11/28/2006 | $27.05 | $27.03 | $27.04 | – | 31,602,700 | 0.30% |
| 11/29/2006 | $27.07 | $27.07 | $27.10 | – | 42,728,200 | 0.07% |
| 11/30/2006 | $27.49 | $27.50 | $27.51 | – | 59,352,500 | 1.54% |
| 12/1/2006 | $27.86 | $27.85 | $27.86 | – | 40,177,800 | 1.34% |
| 12/4/2006 | $24.90 | $24.86 | $24.87 | – | 289,330,500 | -11.23% |
| 12/5/2006 | $24.82 | $24.82 | $24.83 | – | 118,592,900 | -0.32% |
| 12/6/2006 | $24.80 | $24.79 | $24.80 | – | 49,225,000 | -0.08% |
| 12/7/2006 | $24.86 | $24.83 | $24.86 | – | 50,887,600 | 0.24% |
| 12/8/2006 | $25.17 | $25.16 | $25.17 | – | 43,708,900 | 1.24% |
| 12/11/2006 | $25.15 | $25.16 | $25.17 | – | 56,132,100 | -0.08% |
| 12/12/2006 | $25.17 | $25.17 | $25.18 | – | 42,305,000 | 0.08% |
| 12/13/2006 | $25.39 | $25.38 | $25.41 | – | 40,457,900 | 0.87% |
| 12/14/2006 | $25.56 | $25.54 | $25.55 | – | 36,918,100 | 0.67% |
| 12/15/2006 | $25.64 | $25.62 | $25.63 | – | 49,868,800 | 0.31% |
| 12/18/2006 | $25.83 | $25.83 | $25.83 | – | 38,294,500 | 0.74% |
| 12/19/2006 | $26.20 | $26.20 | $26.21 | – | 48,695,700 | 1.42% |
| 12/20/2006 | $26.21 | $26.22 | $26.23 | – | 46,109,300 | 0.04% |
| 12/21/2006 | $26.07 | $26.06 | $26.07 | – | 33,845,400 | -0.54% |
| 12/22/2006 | $25.97 | $25.99 | $26.00 | – | 20,414,200 | -0.38% |
| 12/26/2006 | $25.93 | $25.94 | $25.96 | – | 17,824,600 | -0.15% |
| 12/27/2006 | $26.15 | $26.13 | $26.14 | – | 24,682,000 | 0.84% |
| 12/28/2006 | $26.07 | $26.08 | $26.10 | – | 24,014,100 | -0.31% |
| 12/29/2006 | $25.90 | $25.89 | $25.90 | – | 27,754,400 | -0.65% |
| 1/3/2007 | $26.29 | $26.25 | $26.28 | – | 40,645,100 | 1.49% |
| 1/4/2007 | $26.38 | $26.37 | $26.38 | – | 32,257,800 | 0.34% |
| 1/5/2007 | $26.30 | $26.31 | $26.34 | – | 31,355,600 | -0.30% |
| 1/8/2007 | $26.16 | $26.17 | $26.19 | – | 43,223,500 | -0.53% |
| 1/9/2007 | $26.17 | $26.15 | $26.16 | – | 31,320,800 | 0.04% |

148

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 1/10/2007 | $26.20 | $26.17 | $26.20 | – | 34,548,400 | 0.11% |
| 1/11/2007 | $26.46 | $26.44 | $26.47 | – | 37,243,600 | 0.99% |
| 1/12/2007 | $26.64 | $26.64 | $26.70 | – | 29,799,900 | 0.68% |
| 1/16/2007 | $26.77 | $26.76 | $26.77 | – | 31,184,100 | 0.49% |
| 1/17/2007 | $26.89 | $26.89 | $26.93 | – | 36,409,900 | 0.45% |
| 1/18/2007 | $27.17 | $27.17 | $27.20 | – | 38,579,400 | 1.04% |
| 1/19/2007 | $27.22 | $27.18 | $27.19 | – | 33,766,500 | 0.18% |
| 1/22/2007 | $26.95 | $26.94 | $26.97 | – | 47,968,300 | -1.00% |
| 1/23/2007 | $26.37 | $26.33 | $26.37 | – | 51,396,800 | -2.18% |
| 1/24/2007 | $26.82 | $26.78 | $26.81 | – | 37,937,400 | 1.69% |
| 1/25/2007 | $26.36 | $26.34 | $26.35 | – | 35,079,200 | -1.73% |
| 1/26/2007 | $26.29 | $26.29 | $26.32 | – | 33,066,200 | -0.27% |
| 1/29/2007 | $26.06 | $26.05 | $26.06 | – | 33,821,300 | -0.88% |
| 1/30/2007 | $26.10 | $26.10 | $26.11 | – | 26,400,600 | 0.15% |
| 1/31/2007 | $26.24 | $26.22 | $26.25 | – | 34,682,800 | 0.53% |
| 2/1/2007 | $26.62 | $26.58 | $26.61 | – | 30,714,900 | 1.44% |
| 2/2/2007 | $26.80 | $26.76 | $26.77 | – | 35,327,100 | 0.67% |
| 2/5/2007 | $26.88 | $26.89 | $26.91 | – | 38,459,300 | 0.30% |
| 2/6/2007 | $26.83 | $26.84 | $26.86 | – | 23,959,600 | -0.19% |
| 2/7/2007 | $26.52 | $26.50 | $26.52 | $0.29 | 26,899,300 | -0.07% |
| 2/8/2007 | $26.44 | $26.45 | $26.46 | – | 21,352,800 | -0.30% |
| 2/9/2007 | $26.38 | $26.39 | $26.42 | – | 23,959,300 | -0.23% |
| 2/12/2007 | $26.22 | $26.21 | $26.23 | – | 21,912,420 | -0.61% |
| 2/13/2007 | $26.39 | $26.38 | $26.40 | – | 23,944,070 | 0.65% |
| 2/14/2007 | $26.58 | $26.58 | $26.60 | – | 29,521,130 | 0.72% |
| 2/15/2007 | $26.53 | $26.53 | $26.55 | – | 29,467,700 | -0.19% |
| 2/16/2007 | $26.30 | $26.29 | $26.30 | – | 30,615,900 | -0.87% |
| 2/20/2007 | $26.30 | $26.29 | $26.30 | – | 26,156,300 | 0.00% |
| 2/21/2007 | $26.07 | $26.06 | $26.07 | – | 27,045,700 | -0.88% |
| 2/22/2007 | $25.87 | $25.85 | $25.86 | – | 36,250,200 | -0.77% |
| 2/23/2007 | $25.62 | $25.60 | $25.61 | – | 38,039,900 | -0.97% |
| 2/26/2007 | $25.84 | $25.86 | $25.87 | – | 32,300,850 | 0.86% |
| 2/27/2007 | $25.14 | $25.14 | $25.15 | – | 48,379,400 | -2.75% |
| 2/28/2007 | $24.96 | $24.95 | $24.98 | – | 57,511,300 | -0.72% |
| 3/1/2007 | $25.04 | $25.03 | $25.08 | – | 54,266,190 | 0.32% |
| 3/2/2007 | $24.79 | $24.76 | $24.79 | – | 39,599,500 | -1.00% |
| 3/5/2007 | $24.70 | $24.69 | $24.71 | – | 37,956,200 | -0.36% |
| 3/6/2007 | $25.19 | $25.20 | $25.21 | – | 40,825,890 | 1.96% |
| 3/7/2007 | $25.27 | $25.27 | $25.28 | – | 45,184,400 | 0.32% |
| 3/8/2007 | $25.41 | $25.39 | $25.41 | – | 30,205,400 | 0.55% |
| 3/9/2007 | $25.41 | $25.40 | $25.41 | – | 25,754,490 | 0.00% |

149

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/12/2007 | $25.38 | $25.37 | $25.38 | – | 24,602,800 | -0.12% |
| 3/13/2007 | $24.94 | $24.92 | $24.93 | – | 33,254,100 | -1.75% |
| 3/14/2007 | $24.86 | $24.84 | $24.85 | – | 49,778,300 | -0.32% |
| 3/15/2007 | $24.99 | $25.00 | $25.01 | – | 38,188,250 | 0.52% |
| 3/16/2007 | $24.99 | $25.00 | $25.01 | – | 49,702,270 | 0.00% |
| 3/19/2007 | $25.36 | $25.35 | $25.36 | – | 27,657,750 | 1.47% |
| 3/20/2007 | $25.54 | $25.54 | $25.56 | – | 25,396,730 | 0.71% |
| 3/21/2007 | $25.85 | $25.82 | $25.85 | – | 29,795,380 | 1.21% |
| 3/22/2007 | $25.79 | $25.76 | $25.77 | – | 42,827,570 | -0.23% |
| 3/23/2007 | $25.66 | $25.62 | $25.65 | – | 29,643,040 | -0.51% |
| 3/26/2007 | $25.67 | $25.65 | $25.66 | – | 28,602,430 | 0.04% |
| 3/27/2007 | $25.49 | $25.48 | $25.49 | – | 35,533,870 | -0.70% |
| 3/28/2007 | $25.18 | $25.17 | $25.18 | – | 34,908,310 | -1.22% |
| 3/29/2007 | $25.41 | $25.38 | $25.40 | – | 28,352,950 | 0.91% |
| 3/30/2007 | $25.26 | $25.24 | $25.25 | – | 30,201,810 | -0.59% |
| 4/2/2007 | $25.34 | $25.34 | $25.35 | – | 30,232,820 | 0.32% |
| 4/3/2007 | $25.67 | $25.67 | $25.70 | – | 31,429,810 | 1.29% |
| 4/4/2007 | $25.81 | $25.80 | $25.81 | – | 27,913,300 | 0.54% |
| 4/5/2007 | $25.84 | $25.83 | $25.84 | – | 21,961,720 | 0.12% |
| 4/9/2007 | $26.00 | $25.99 | $26.00 | – | 21,852,690 | 0.62% |
| 4/10/2007 | $26.00 | $25.98 | $25.99 | – | 27,654,290 | 0.00% |
| 4/11/2007 | $26.04 | $26.02 | $26.04 | – | 34,974,520 | 0.15% |
| 4/12/2007 | $26.46 | $26.45 | $26.46 | – | 45,947,610 | 1.60% |
| 4/13/2007 | $26.67 | $26.65 | $26.66 | – | 44,181,680 | 0.79% |
| 4/16/2007 | $26.94 | $26.93 | $26.93 | – | 34,389,740 | 1.01% |
| 4/17/2007 | $26.90 | $26.89 | $26.90 | – | 33,708,840 | -0.15% |
| 4/18/2007 | $26.78 | $26.77 | $26.78 | – | 29,262,370 | -0.45% |
| 4/19/2007 | $27.07 | $27.08 | $27.09 | – | 46,667,510 | 1.08% |
| 4/20/2007 | $26.97 | $27.00 | $27.01 | – | 63,055,040 | -0.37% |
| 4/23/2007 | $26.35 | $26.33 | $26.34 | – | 48,617,490 | -2.33% |
| 4/24/2007 | $26.15 | $26.16 | $26.18 | – | 40,357,990 | -0.76% |
| 4/25/2007 | $26.32 | $26.31 | $26.32 | – | 54,128,790 | 0.65% |
| 4/26/2007 | $26.72 | $26.73 | $26.74 | – | 45,699,180 | 1.51% |
| 4/27/2007 | $26.61 | $26.62 | $26.63 | – | 27,375,240 | -0.41% |
| 4/30/2007 | $26.46 | $26.46 | $26.47 | – | 35,461,030 | -0.57% |
| 5/1/2007 | $26.59 | $26.58 | $26.60 | – | 36,557,890 | 0.49% |
| 5/2/2007 | $26.60 | $26.60 | $26.61 | – | 33,740,080 | 0.04% |
| 5/3/2007 | $26.87 | $26.88 | $26.90 | – | 44,447,590 | 1.01% |
| 5/4/2007 | $27.08 | $27.07 | $27.08 | – | 41,786,270 | 0.78% |
| 5/7/2007 | $27.38 | $27.34 | $27.35 | – | 58,450,280 | 1.10% |
| 5/8/2007 | $27.35 | $27.35 | $27.36 | – | 33,352,300 | -0.11% |

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 5/9/2007 | $27.16 | $27.17 | $27.18 | $0.29 | 34,678,170 | 0.36% |
| 5/10/2007 | $26.80 | $26.81 | $26.83 | – | 30,578,600 | -1.33% |
| 5/11/2007 | $27.04 | $27.05 | $27.07 | – | 23,321,180 | 0.89% |
| 5/14/2007 | $27.23 | $27.24 | $27.25 | – | 25,655,810 | 0.70% |
| 5/15/2007 | $27.10 | $27.10 | $27.11 | – | 34,725,850 | -0.48% |
| 5/16/2007 | $27.32 | $27.30 | $27.32 | – | 34,003,300 | 0.81% |
| 5/17/2007 | $27.36 | $27.35 | $27.36 | – | 24,140,500 | 0.15% |
| 5/18/2007 | $27.44 | $27.42 | $27.43 | – | 32,672,950 | 0.29% |
| 5/21/2007 | $27.42 | $27.41 | $27.44 | – | 42,616,400 | -0.07% |
| 5/22/2007 | $27.37 | $27.38 | $27.39 | – | 32,592,330 | -0.18% |
| 5/23/2007 | $27.34 | $27.35 | $27.37 | – | 33,857,590 | -0.11% |
| 5/24/2007 | $27.28 | $27.30 | $27.31 | – | 31,511,700 | -0.22% |
| 5/25/2007 | $27.53 | $27.52 | $27.54 | – | 26,868,920 | 0.91% |
| 5/29/2007 | $27.56 | $27.54 | $27.55 | – | 26,534,110 | 0.11% |
| 5/30/2007 | $27.41 | $27.42 | $27.45 | – | 38,813,780 | -0.55% |
| 5/31/2007 | $27.49 | $27.50 | $27.51 | – | 34,579,130 | 0.29% |
| 6/1/2007 | $27.68 | $27.68 | $27.69 | – | 35,478,270 | 0.69% |
| 6/4/2007 | $27.52 | $27.52 | $27.53 | – | 28,378,540 | -0.58% |
| 6/5/2007 | $27.28 | $27.28 | $27.29 | – | 40,848,560 | -0.88% |
| 6/6/2007 | $26.79 | $26.80 | $26.82 | – | 52,263,610 | -1.81% |
| 6/7/2007 | $26.29 | $26.24 | $26.28 | – | 51,587,070 | -1.88% |
| 6/8/2007 | $26.52 | $26.50 | $26.52 | – | 29,422,740 | 0.87% |
| 6/11/2007 | $26.37 | $26.35 | $26.36 | – | 27,450,550 | -0.57% |
| 6/12/2007 | $26.11 | $26.09 | $26.12 | – | 34,622,540 | -0.99% |
| 6/13/2007 | $26.35 | $26.35 | $26.37 | – | 42,987,630 | 0.91% |
| 6/14/2007 | $26.39 | $26.40 | $26.42 | – | 36,222,160 | 0.15% |
| 6/15/2007 | $26.47 | $26.47 | $26.49 | – | 53,950,480 | 0.30% |
| 6/18/2007 | $26.26 | $26.25 | $26.30 | – | 36,580,780 | -0.80% |
| 6/19/2007 | $26.21 | $26.22 | $26.25 | – | 49,244,260 | -0.19% |
| 6/20/2007 | $25.71 | $25.69 | $25.70 | – | 59,159,860 | -1.93% |
| 6/21/2007 | $25.92 | $25.94 | $25.96 | – | 52,486,850 | 0.81% |
| 6/22/2007 | $25.38 | $25.45 | $25.46 | – | 62,359,190 | -2.11% |
| 6/25/2007 | $25.40 | $25.42 | $25.43 | – | 35,407,380 | 0.08% |
| 6/26/2007 | $25.59 | $25.56 | $25.58 | – | 40,373,110 | 0.75% |
| 6/27/2007 | $25.61 | $25.62 | $25.63 | – | 32,565,790 | 0.08% |
| 6/28/2007 | $25.63 | $25.65 | $25.66 | – | 33,906,750 | 0.08% |
| 6/29/2007 | $25.57 | $25.53 | $25.56 | – | 44,346,320 | -0.23% |
| 7/2/2007 | $25.73 | $25.74 | $25.75 | – | 33,151,150 | 0.62% |
| 7/3/2007 | $25.81 | $25.83 | $25.85 | – | 17,263,500 | 0.31% |
| 7/5/2007 | $25.90 | $25.91 | $25.92 | – | 28,822,030 | 0.35% |
| 7/6/2007 | $25.92 | $25.90 | $25.92 | – | 26,510,210 | 0.08% |

151

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 7/9/2007 | $25.88 | $25.86 | $25.89 | – | 24,728,430 | -0.15% |
| 7/10/2007 | $25.58 | $25.55 | $25.56 | – | 43,466,460 | -1.17% |
| 7/11/2007 | $25.45 | $25.47 | $25.48 | – | 43,896,280 | -0.51% |
| 7/12/2007 | $25.98 | $25.98 | $26.00 | – | 53,141,660 | 2.06% |
| 7/13/2007 | $25.91 | $25.89 | $25.91 | – | 30,192,210 | -0.27% |
| 7/16/2007 | $26.08 | $26.06 | $26.07 | – | 22,897,840 | 0.65% |
| 7/17/2007 | $25.96 | $25.97 | $26.00 | – | 35,210,470 | -0.46% |
| 7/18/2007 | $25.13 | $25.12 | $25.13 | – | 113,297,800 | -3.25% |
| 7/19/2007 | $24.99 | $24.97 | $24.99 | – | 51,915,980 | -0.56% |
| 7/20/2007 | $24.90 | $24.90 | $24.92 | – | 48,330,710 | -0.36% |
| 7/23/2007 | $25.03 | $25.02 | $25.03 | – | 40,050,000 | 0.52% |
| 7/24/2007 | $24.89 | $24.87 | $24.89 | – | 42,694,490 | -0.56% |
| 7/25/2007 | $24.78 | $24.78 | $24.80 | – | 45,395,890 | -0.44% |
| 7/26/2007 | $24.15 | $24.20 | $24.24 | – | 66,525,890 | -2.58% |
| 7/27/2007 | $23.79 | $23.80 | $23.82 | – | 53,231,490 | -1.50% |
| 7/30/2007 | $23.76 | $23.73 | $23.75 | – | 50,798,720 | -0.13% |
| 7/31/2007 | $23.51 | $23.50 | $23.51 | – | 62,407,530 | -1.06% |
| 8/1/2007 | $23.63 | $23.64 | $23.66 | – | 57,355,070 | 0.51% |
| 8/2/2007 | $23.85 | $23.85 | $23.86 | – | 39,817,960 | 0.93% |
| 8/3/2007 | $23.51 | $23.50 | $23.51 | – | 55,136,130 | -1.44% |
| 8/6/2007 | $24.11 | $24.11 | $24.13 | – | 52,248,590 | 2.52% |
| 8/7/2007 | $24.35 | $24.35 | $24.36 | – | 51,762,570 | 0.99% |
| 8/8/2007 | $24.61 | $24.60 | $24.62 | $0.29 | 51,590,510 | 2.23% |
| 8/9/2007 | $24.14 | $24.18 | $24.19 | – | 54,490,470 | -1.93% |
| 8/10/2007 | $23.99 | $23.99 | $24.00 | – | 49,872,460 | -0.62% |
| 8/13/2007 | $23.89 | $23.92 | $23.93 | – | 45,746,400 | -0.42% |
| 8/14/2007 | $23.58 | $23.53 | $23.55 | – | 38,033,260 | -1.31% |
| 8/15/2007 | $23.53 | $23.54 | $23.56 | – | 52,916,830 | -0.21% |
| 8/16/2007 | $23.39 | $23.51 | $23.53 | – | 66,136,860 | -0.60% |
| 8/17/2007 | $23.94 | $23.90 | $23.92 | – | 48,201,900 | 2.32% |
| 8/20/2007 | $24.17 | $24.18 | $24.20 | – | 42,511,600 | 0.96% |
| 8/21/2007 | $24.24 | $24.20 | $24.21 | – | 37,554,490 | 0.29% |
| 8/22/2007 | $24.65 | $24.65 | $24.67 | – | 40,862,000 | 1.68% |
| 8/23/2007 | $24.62 | $24.60 | $24.61 | – | 33,420,830 | -0.12% |
| 8/24/2007 | $24.74 | $24.75 | $24.78 | – | 31,995,300 | 0.49% |
| 8/27/2007 | $24.76 | $24.74 | $24.75 | – | 27,050,120 | 0.08% |
| 8/28/2007 | $24.47 | $24.48 | $24.49 | – | 48,104,700 | -1.18% |
| 8/29/2007 | $24.67 | $24.67 | $24.68 | – | 37,211,150 | 0.81% |
| 8/30/2007 | $24.55 | $24.56 | $24.58 | – | 27,874,300 | -0.49% |
| 8/31/2007 | $24.84 | $24.79 | $24.81 | – | 34,973,300 | 1.17% |
| 9/4/2007 | $25.08 | $25.09 | $25.11 | – | 29,011,000 | 0.96% |

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/5/2007 | $24.71 | $24.67 | $24.68 | – | 40,546,400 | -1.49% |
| 9/6/2007 | $24.62 | $24.62 | $24.63 | – | 30,598,780 | -0.36% |
| 9/7/2007 | $24.25 | $24.25 | $24.27 | – | 36,071,190 | -1.51% |
| 9/10/2007 | $23.96 | $23.95 | $23.96 | – | 36,515,500 | -1.20% |
| 9/11/2007 | $24.19 | $24.19 | $24.21 | – | 30,632,650 | 0.96% |
| 9/12/2007 | $24.19 | $24.19 | $24.20 | – | 28,151,070 | 0.00% |
| 9/13/2007 | $24.23 | $24.19 | $24.23 | – | 31,544,400 | 0.17% |
| 9/14/2007 | $24.29 | $24.26 | $24.28 | – | 35,082,000 | 0.25% |
| 9/17/2007 | $24.13 | $24.13 | $24.14 | – | 40,721,850 | -0.66% |
| 9/18/2007 | $24.54 | $24.53 | $24.54 | – | 40,684,800 | 1.68% |
| 9/19/2007 | $24.88 | $24.89 | $24.90 | – | 44,258,160 | 1.38% |
| 9/20/2007 | $24.52 | $24.50 | $24.54 | – | 38,639,380 | -1.46% |
| 9/21/2007 | $24.59 | $24.59 | $24.61 | – | 53,975,100 | 0.29% |
| 9/24/2007 | $24.42 | $24.40 | $24.42 | – | 40,146,760 | -0.69% |
| 9/25/2007 | $24.24 | $24.26 | $24.27 | – | 39,473,470 | -0.74% |
| 9/26/2007 | $24.58 | $24.57 | $24.65 | – | 32,812,250 | 1.39% |
| 9/27/2007 | $24.75 | $24.75 | $24.78 | – | 29,984,060 | 0.69% |
| 9/28/2007 | $24.43 | $24.42 | $24.44 | – | 41,367,580 | -1.30% |
| 10/1/2007 | $24.85 | $24.85 | $24.86 | – | 31,562,100 | 1.70% |
| 10/2/2007 | $24.94 | $24.94 | $24.95 | – | 36,222,020 | 0.36% |
| 10/3/2007 | $25.08 | $25.07 | $25.09 | – | 32,215,930 | 0.56% |
| 10/4/2007 | $25.30 | $25.31 | $25.32 | – | 31,249,700 | 0.87% |
| 10/5/2007 | $25.58 | $25.56 | $25.58 | – | 48,457,700 | 1.10% |
| 10/8/2007 | $25.45 | $25.45 | $25.46 | – | 23,897,800 | -0.51% |
| 10/9/2007 | $25.54 | $25.54 | $25.55 | – | 31,388,200 | 0.35% |
| 10/10/2007 | $25.54 | $25.51 | $25.53 | – | 29,304,890 | 0.00% |
| 10/11/2007 | $25.45 | $25.43 | $25.45 | – | 31,405,880 | -0.35% |
| 10/12/2007 | $25.26 | $25.25 | $25.26 | – | 33,928,690 | -0.75% |
| 10/15/2007 | $25.00 | $24.99 | $25.01 | – | 42,532,910 | -1.03% |
| 10/16/2007 | $24.63 | $24.62 | $24.63 | – | 44,554,510 | -1.49% |
| 10/17/2007 | $24.55 | $24.54 | $24.55 | – | 32,663,010 | -0.33% |
| 10/18/2007 | $24.54 | $24.53 | $24.54 | – | 43,088,900 | -0.04% |
| 10/19/2007 | $24.07 | $24.06 | $24.07 | – | 46,538,260 | -1.93% |
| 10/22/2007 | $24.02 | $24.01 | $24.02 | – | 38,189,900 | -0.21% |
| 10/23/2007 | $24.05 | $24.06 | $24.07 | – | 32,399,300 | 0.12% |
| 10/24/2007 | $23.98 | $23.99 | $24.01 | – | 45,079,150 | -0.29% |
| 10/25/2007 | $24.29 | $24.29 | $24.30 | – | 46,262,700 | 1.28% |
| 10/26/2007 | $24.31 | $24.30 | $24.31 | – | 27,592,400 | 0.08% |
| 10/29/2007 | $24.51 | $24.49 | $24.50 | – | 35,319,100 | 0.82% |
| 10/30/2007 | $24.45 | $24.42 | $24.44 | – | 31,074,000 | -0.25% |
| 10/31/2007 | $24.61 | $24.61 | $24.62 | – | 31,465,050 | 0.65% |

153

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/1/2007 | $23.95 | $23.94 | $23.96 | – | 44,270,040 | -2.72% |
| 11/2/2007 | $23.67 | $23.66 | $23.70 | – | 40,575,000 | -1.18% |
| 11/5/2007 | $23.67 | $23.67 | $23.69 | – | 32,720,340 | 0.00% |
| 11/6/2007 | $23.93 | $23.94 | $23.95 | – | 34,625,550 | 1.09% |
| 11/7/2007 | $23.32 | $23.29 | $23.30 | $0.29 | 38,998,940 | -1.35% |
| 11/8/2007 | $23.11 | $23.10 | $23.12 | – | 60,445,580 | -0.90% |
| 11/9/2007 | $22.83 | $22.81 | $22.84 | – | 48,479,890 | -1.22% |
| 11/12/2007 | $23.02 | $22.98 | $23.01 | – | 33,736,720 | 0.83% |
| 11/13/2007 | $23.55 | $23.52 | $23.53 | – | 37,920,470 | 2.28% |
| 11/14/2007 | $23.61 | $23.55 | $23.61 | – | 42,466,630 | 0.25% |
| 11/15/2007 | $23.29 | $23.27 | $23.29 | – | 35,724,450 | -1.36% |
| 11/16/2007 | $23.39 | $23.36 | $23.38 | – | 38,676,960 | 0.43% |
| 11/19/2007 | $22.71 | $22.71 | $22.72 | – | 58,398,930 | -2.95% |
| 11/20/2007 | $22.72 | $22.71 | $22.72 | – | 56,001,360 | 0.04% |
| 11/21/2007 | $22.35 | $22.31 | $22.33 | – | 44,164,150 | -1.64% |
| 11/23/2007 | $22.98 | $22.97 | $22.99 | – | 38,640,690 | 2.78% |
| 11/26/2007 | $22.30 | $22.25 | $22.26 | – | 42,068,450 | -3.00% |
| 11/27/2007 | $22.88 | $22.88 | $22.90 | – | 56,717,610 | 2.57% |
| 11/28/2007 | $23.44 | $23.44 | $23.45 | – | 48,107,220 | 2.42% |
| 11/29/2007 | $23.60 | $23.60 | $23.62 | – | 35,134,050 | 0.68% |
| 11/30/2007 | $23.76 | $23.76 | $23.79 | – | 44,172,260 | 0.68% |
| 12/3/2007 | $23.55 | $23.54 | $23.56 | – | 34,294,700 | -0.89% |
| 12/4/2007 | $23.47 | $23.44 | $23.50 | – | 29,608,600 | -0.34% |
| 12/5/2007 | $23.98 | $23.97 | $23.98 | – | 46,187,600 | 2.15% |
| 12/6/2007 | $24.17 | $24.16 | $24.20 | – | 28,667,200 | 0.79% |
| 12/7/2007 | $24.40 | $24.38 | $24.38 | – | 37,018,700 | 0.95% |
| 12/10/2007 | $24.37 | $24.37 | $24.38 | – | 24,989,800 | -0.12% |
| 12/11/2007 | $23.83 | $23.84 | $23.85 | – | 43,966,600 | -2.24% |
| 12/12/2007 | $23.81 | $23.82 | $23.84 | – | 43,410,500 | -0.08% |
| 12/13/2007 | $23.64 | $23.66 | $23.68 | – | 36,230,000 | -0.72% |
| 12/14/2007 | $23.10 | $23.08 | $23.09 | – | 43,925,500 | -2.31% |
| 12/17/2007 | $22.97 | $22.94 | $22.96 | – | 43,934,000 | -0.56% |
| 12/18/2007 | $23.37 | $23.33 | $23.37 | – | 43,914,400 | 1.73% |
| 12/19/2007 | $23.27 | $23.25 | $23.27 | – | 35,284,400 | -0.43% |
| 12/20/2007 | $23.22 | $23.21 | $23.22 | – | 33,144,500 | -0.22% |
| 12/21/2007 | $23.24 | $23.23 | $23.26 | – | 61,641,400 | 0.09% |
| 12/24/2007 | $23.33 | $23.34 | $23.35 | – | 21,413,200 | 0.39% |
| 12/26/2007 | $23.20 | $23.20 | $23.21 | – | 21,442,100 | -0.56% |
| 12/27/2007 | $22.92 | $22.92 | $22.95 | – | 36,025,800 | -1.21% |
| 12/28/2007 | $22.90 | $22.85 | $22.87 | – | 24,356,600 | -0.09% |
| 12/31/2007 | $22.73 | $22.69 | $22.72 | – | 30,899,800 | -0.75% |

154

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/2/2008 | $22.91 | $22.90 | $22.91 | – | 45,984,400 | 0.79% |
| 1/3/2008 | $23.18 | $23.17 | $23.18 | – | 45,472,000 | 1.17% |
| 1/4/2008 | $22.83 | $22.79 | $22.81 | – | 42,024,500 | -1.52% |
| 1/7/2008 | $23.23 | $23.24 | $23.26 | – | 48,118,300 | 1.74% |
| 1/8/2008 | $23.47 | $23.46 | $23.48 | – | 51,903,800 | 1.03% |
| 1/9/2008 | $23.92 | $23.92 | $23.94 | – | 60,179,500 | 1.90% |
| 1/10/2008 | $24.08 | $24.05 | $24.08 | – | 54,644,400 | 0.67% |
| 1/11/2008 | $24.02 | $24.02 | $24.03 | – | 45,208,400 | -0.25% |
| 1/14/2008 | $23.97 | $23.96 | $23.97 | – | 35,166,500 | -0.21% |
| 1/15/2008 | $23.59 | $23.59 | $23.60 | – | 33,693,900 | -1.60% |
| 1/16/2008 | $23.40 | $23.39 | $23.40 | – | 54,911,200 | -0.81% |
| 1/17/2008 | $22.96 | $22.96 | $22.97 | – | 53,311,700 | -1.90% |
| 1/18/2008 | $22.50 | $22.51 | $22.51 | – | 54,018,600 | -2.02% |
| 1/22/2008 | $22.23 | $22.24 | $22.25 | – | 71,222,600 | -1.20% |
| 1/23/2008 | $22.86 | $22.85 | $22.86 | – | 99,969,400 | 2.79% |
| 1/24/2008 | $23.05 | $23.00 | $23.02 | – | 58,732,000 | 0.83% |
| 1/25/2008 | $22.61 | $22.58 | $22.59 | – | 60,284,700 | -1.93% |
| 1/28/2008 | $22.99 | $22.97 | $22.98 | – | 37,972,500 | 1.67% |
| 1/29/2008 | $23.18 | $23.14 | $23.15 | – | 34,884,900 | 0.82% |
| 1/30/2008 | $23.10 | $23.05 | $23.06 | – | 40,972,900 | -0.35% |
| 1/31/2008 | $23.36 | $23.34 | $23.36 | – | 52,736,000 | 1.12% |
| 2/1/2008 | $23.59 | $23.55 | $23.57 | – | 52,094,000 | 0.98% |
| 2/4/2008 | $23.63 | $23.60 | $23.62 | – | 29,597,100 | 0.17% |
| 2/5/2008 | $22.96 | $23.00 | $23.02 | – | 39,342,400 | -2.88% |
| 2/6/2008 | $22.59 | $22.61 | $22.62 | $0.32 | 42,343,900 | -0.22% |
| 2/7/2008 | $22.67 | $22.67 | $22.69 | – | 33,036,800 | 0.35% |
| 2/8/2008 | $22.30 | $22.29 | $22.30 | – | 30,287,700 | -1.65% |
| 2/11/2008 | $22.20 | $22.21 | $22.22 | – | 31,231,800 | -0.45% |
| 2/12/2008 | $22.68 | $22.68 | $22.69 | – | 43,142,600 | 2.14% |
| 2/13/2008 | $22.74 | $22.71 | $22.72 | – | 51,143,200 | 0.26% |
| 2/14/2008 | $22.45 | $22.41 | $22.42 | – | 44,714,800 | -1.28% |
| 2/15/2008 | $22.33 | $22.32 | $22.33 | – | 56,372,200 | -0.54% |
| 2/19/2008 | $22.37 | $22.36 | $22.38 | – | 34,404,600 | 0.18% |
| 2/20/2008 | $22.47 | $22.46 | $22.47 | – | 33,702,500 | 0.45% |
| 2/21/2008 | $22.40 | $22.38 | $22.39 | – | 39,630,200 | -0.31% |
| 2/22/2008 | $22.50 | $22.51 | $22.52 | – | 32,659,200 | 0.45% |
| 2/25/2008 | $22.78 | $22.76 | $22.78 | – | 38,619,100 | 1.24% |
| 2/26/2008 | $22.83 | $22.82 | $22.83 | – | 47,132,400 | 0.22% |
| 2/27/2008 | $22.75 | $22.72 | $22.75 | – | 26,355,900 | -0.35% |
| 2/28/2008 | $22.55 | $22.56 | $22.57 | – | 26,693,900 | -0.88% |
| 2/29/2008 | $22.28 | $22.29 | $22.31 | – | 47,229,700 | -1.20% |

**Exhibit-5**

## Feinstein Pfizer Loss Causation and Damages Report

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 3/3/2008 | $22.25 | $22.27 | $22.28 | – | 32,752,000 | -0.13% |
| 3/4/2008 | $22.24 | $22.23 | $22.25 | – | 36,042,500 | -0.04% |
| 3/5/2008 | $22.05 | $22.03 | $22.04 | – | 46,779,700 | -0.87% |
| 3/6/2008 | $21.59 | $21.59 | $21.60 | – | 34,523,800 | -2.10% |
| 3/7/2008 | $21.35 | $21.35 | $21.36 | – | 42,330,600 | -1.12% |
| 3/10/2008 | $21.15 | $21.18 | $21.19 | – | 34,352,100 | -0.94% |
| 3/11/2008 | $21.72 | $21.73 | $21.74 | – | 37,235,300 | 2.66% |
| 3/12/2008 | $21.28 | $21.26 | $21.30 | – | 41,599,800 | -2.05% |
| 3/13/2008 | $21.21 | $21.19 | $21.20 | – | 44,046,600 | -0.33% |
| 3/14/2008 | $20.64 | $20.66 | $20.67 | – | 46,930,000 | -2.72% |
| 3/17/2008 | $20.57 | $20.59 | $20.60 | – | 46,571,000 | -0.34% |
| 3/18/2008 | $21.00 | $20.99 | $21.01 | – | 47,209,600 | 2.07% |
| 3/19/2008 | $20.61 | $20.60 | $20.62 | – | 45,846,700 | -1.87% |
| 3/20/2008 | $20.59 | $20.59 | $20.60 | – | 54,784,000 | -0.10% |
| 3/24/2008 | $20.61 | $20.61 | $20.62 | – | 35,727,700 | 0.10% |
| 3/25/2008 | $20.78 | $20.78 | $20.79 | – | 44,065,700 | 0.82% |
| 3/26/2008 | $20.69 | $20.67 | $20.68 | – | 31,721,000 | -0.43% |
| 3/27/2008 | $20.56 | $20.57 | $20.58 | – | 34,596,300 | -0.63% |
| 3/28/2008 | $20.50 | $20.49 | $20.50 | – | 31,203,900 | -0.29% |
| 3/31/2008 | $20.93 | $20.87 | $20.92 | – | 52,814,300 | 2.08% |
| 4/1/2008 | $21.38 | $21.35 | $21.36 | – | 37,508,500 | 2.13% |
| 4/2/2008 | $21.51 | $21.48 | $21.49 | – | 31,872,700 | 0.61% |
| 4/3/2008 | $21.34 | $21.32 | $21.33 | – | 35,939,400 | -0.79% |
| 4/4/2008 | $21.35 | $21.34 | $21.35 | – | 29,780,000 | 0.05% |
| 4/7/2008 | $21.48 | $21.45 | $21.46 | – | 25,585,700 | 0.61% |
| 4/8/2008 | $21.00 | $20.97 | $20.98 | – | 38,193,200 | -2.26% |
| 4/9/2008 | $20.89 | $20.88 | $20.89 | – | 37,396,500 | -0.53% |
| 4/10/2008 | $20.92 | $20.92 | $20.93 | – | 37,889,100 | 0.14% |
| 4/11/2008 | $20.45 | $20.46 | $20.47 | – | 30,208,000 | -2.27% |
| 4/14/2008 | $20.56 | $20.56 | $20.56 | – | 37,025,000 | 0.54% |
| 4/15/2008 | $20.71 | $20.70 | $20.71 | – | 33,428,700 | 0.73% |
| 4/16/2008 | $21.10 | $21.03 | $21.04 | – | 38,516,700 | 1.87% |
| 4/17/2008 | $20.40 | $20.37 | $20.38 | – | 77,514,700 | -3.37% |
| 4/18/2008 | $20.47 | $20.45 | $20.46 | – | 56,608,700 | 0.34% |
| 4/21/2008 | $20.20 | $20.17 | $20.19 | – | 50,296,900 | -1.33% |
| 4/22/2008 | $19.79 | $19.81 | $19.82 | – | 66,491,700 | -2.05% |
| 4/23/2008 | $19.88 | $19.89 | $19.90 | – | 53,366,500 | 0.45% |
| 4/24/2008 | $20.04 | $20.04 | $20.07 | – | 39,119,600 | 0.80% |
| 4/25/2008 | $20.43 | $20.44 | $20.45 | – | 54,993,000 | 1.93% |
| 4/28/2008 | $20.23 | $20.20 | $20.21 | – | 56,437,000 | -0.98% |
| 4/29/2008 | $20.24 | $20.25 | $20.26 | – | 49,710,200 | 0.05% |

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 4/30/2008 | $20.11 | $20.07 | $20.09 | – | 44,018,900 | -0.64% |
| 5/1/2008 | $20.44 | $20.42 | $20.43 | – | 48,485,200 | 1.63% |
| 5/2/2008 | $20.61 | $20.59 | $20.60 | – | 48,642,900 | 0.83% |
| 5/5/2008 | $20.52 | $20.52 | $20.53 | – | 34,759,500 | -0.44% |
| 5/6/2008 | $20.42 | $20.43 | $20.44 | – | 41,026,300 | -0.49% |
| 5/7/2008 | $19.92 | $19.89 | $19.90 | $0.32 | 54,534,900 | -0.89% |
| 5/8/2008 | $19.97 | $19.99 | $20.00 | – | 46,832,600 | 0.25% |
| 5/9/2008 | $19.79 | $19.80 | $19.81 | – | 35,321,200 | -0.91% |
| 5/12/2008 | $19.91 | $19.92 | $19.94 | – | 36,224,500 | 0.60% |
| 5/13/2008 | $19.97 | $19.96 | $19.97 | – | 38,655,600 | 0.30% |
| 5/14/2008 | $20.06 | $20.04 | $20.05 | – | 41,439,600 | 0.45% |
| 5/15/2008 | $20.08 | $20.05 | $20.07 | – | 36,070,200 | 0.10% |
| 5/16/2008 | $20.03 | $20.01 | $20.02 | – | 46,590,100 | -0.25% |
| 5/19/2008 | $20.23 | $20.23 | $20.24 | – | 60,620,100 | 0.99% |
| 5/20/2008 | $20.05 | $20.06 | $20.08 | – | 61,429,200 | -0.89% |
| 5/21/2008 | $20.01 | $20.03 | $20.04 | – | 60,577,400 | -0.20% |
| 5/22/2008 | $19.78 | $19.75 | $19.77 | – | 63,713,300 | -1.16% |
| 5/23/2008 | $19.53 | $19.52 | $19.53 | – | 41,882,100 | -1.27% |
| 5/27/2008 | $19.33 | $19.33 | $19.34 | – | 46,953,300 | -1.03% |
| 5/28/2008 | $19.30 | $19.31 | $19.32 | – | 43,479,300 | -0.16% |
| 5/29/2008 | $19.40 | $19.36 | $19.38 | – | 44,816,600 | 0.52% |
| 5/30/2008 | $19.36 | $19.33 | $19.35 | – | 37,121,700 | -0.21% |
| 6/2/2008 | $19.18 | $19.16 | $19.17 | – | 53,487,500 | -0.93% |
| 6/3/2008 | $19.01 | $19.02 | $19.03 | – | 53,436,200 | -0.89% |
| 6/4/2008 | $18.80 | $18.80 | $18.81 | – | 60,537,000 | -1.11% |
| 6/5/2008 | $18.67 | $18.63 | $18.65 | – | 83,092,500 | -0.69% |
| 6/6/2008 | $17.96 | $17.95 | $17.98 | – | 95,754,500 | -3.88% |
| 6/9/2008 | $18.02 | $18.04 | $18.04 | – | 57,243,900 | 0.33% |
| 6/10/2008 | $17.94 | $17.93 | $17.95 | – | 57,166,800 | -0.44% |
| 6/11/2008 | $17.55 | $17.55 | $17.56 | – | 59,493,900 | -2.20% |
| 6/12/2008 | $17.73 | $17.75 | $17.76 | – | 48,411,600 | 1.02% |
| 6/13/2008 | $17.99 | $17.97 | $17.98 | – | 48,376,000 | 1.46% |
| 6/16/2008 | $17.77 | $17.79 | $17.80 | – | 58,925,900 | -1.23% |
| 6/17/2008 | $17.72 | $17.70 | $17.71 | – | 43,291,500 | -0.28% |
| 6/18/2008 | $17.77 | $17.79 | $17.80 | – | 95,524,600 | 0.28% |
| 6/19/2008 | $17.77 | $17.72 | $17.76 | – | 63,205,900 | 0.00% |
| 6/20/2008 | $17.33 | $17.31 | $17.32 | – | 63,389,600 | -2.51% |
| 6/23/2008 | $17.38 | $17.40 | $17.41 | – | 46,495,000 | 0.29% |
| 6/24/2008 | $17.69 | $17.69 | $17.71 | – | 48,735,700 | 1.77% |
| 6/25/2008 | $17.88 | $17.88 | $17.89 | – | 58,040,200 | 1.07% |
| 6/26/2008 | $17.17 | $17.19 | $17.20 | – | 54,795,600 | -4.05% |

157

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/27/2008 | $17.28 | $17.34 | $17.36 | – | 65,996,400 | 0.64% |
| 6/30/2008 | $17.47 | $17.45 | $17.46 | – | 44,310,900 | 1.09% |
| 7/1/2008 | $17.73 | $17.73 | $17.74 | – | 53,155,000 | 1.48% |
| 7/2/2008 | $17.62 | $17.60 | $17.62 | – | 38,321,200 | -0.62% |
| 7/3/2008 | $17.75 | $17.72 | $17.76 | – | 24,349,900 | 0.74% |
| 7/7/2008 | $17.39 | $17.37 | $17.40 | – | 47,756,100 | -2.05% |
| 7/8/2008 | $18.19 | $18.20 | $18.22 | – | 61,049,700 | 4.50% |
| 7/9/2008 | $18.03 | $18.02 | $18.04 | – | 51,180,600 | -0.88% |
| 7/10/2008 | $18.03 | $18.05 | $18.06 | – | 47,087,000 | 0.00% |
| 7/11/2008 | $17.81 | $17.82 | $17.83 | – | 51,195,100 | -1.23% |
| 7/14/2008 | $17.65 | $17.64 | $17.65 | – | 35,782,700 | -0.90% |
| 7/15/2008 | $17.58 | $17.58 | $17.59 | – | 61,798,400 | -0.40% |
| 7/16/2008 | $18.26 | $18.27 | $18.28 | – | 56,020,800 | 3.80% |
| 7/17/2008 | $18.39 | $18.37 | $18.38 | – | 49,100,600 | 0.71% |
| 7/18/2008 | $18.32 | $18.29 | $18.30 | – | 42,749,100 | -0.38% |
| 7/21/2008 | $18.09 | $18.08 | $18.09 | – | 48,620,300 | -1.26% |
| 7/22/2008 | $18.35 | $18.31 | $18.32 | – | 49,939,800 | 1.43% |
| 7/23/2008 | $19.07 | $19.07 | $19.09 | – | 65,662,300 | 3.85% |
| 7/24/2008 | $18.81 | $18.81 | $18.82 | – | 41,012,000 | -1.37% |
| 7/25/2008 | $18.89 | $18.85 | $18.88 | – | 42,849,500 | 0.42% |
| 7/28/2008 | $18.36 | $18.36 | $18.37 | – | 35,835,100 | -2.85% |
| 7/29/2008 | $18.53 | $18.52 | $18.53 | – | 32,498,700 | 0.92% |
| 7/30/2008 | $18.88 | $18.87 | $18.88 | – | 42,487,900 | 1.87% |
| 7/31/2008 | $18.67 | $18.62 | $18.65 | – | 47,622,300 | -1.12% |
| 8/1/2008 | $18.60 | $18.58 | $18.59 | – | 32,912,100 | -0.38% |
| 8/4/2008 | $18.98 | $18.96 | $18.97 | – | 43,046,700 | 2.02% |
| 8/5/2008 | $19.71 | $19.68 | $19.69 | – | 56,923,700 | 3.77% |
| 8/6/2008 | $19.43 | $19.40 | $19.41 | $0.32 | 41,754,900 | 0.20% |
| 8/7/2008 | $19.21 | $19.22 | $19.25 | – | 38,965,500 | -1.14% |
| 8/8/2008 | $19.84 | $19.80 | $19.81 | – | 43,156,500 | 3.23% |
| 8/11/2008 | $19.88 | $19.84 | $19.85 | – | 45,406,100 | 0.20% |
| 8/12/2008 | $19.72 | $19.71 | $19.72 | – | 35,687,200 | -0.81% |
| 8/13/2008 | $19.64 | $19.65 | $19.66 | – | 36,746,400 | -0.41% |
| 8/14/2008 | $19.78 | $19.78 | $19.79 | – | 36,223,800 | 0.71% |
| 8/15/2008 | $19.97 | $19.97 | $19.98 | – | 39,336,200 | 0.96% |
| 8/18/2008 | $19.64 | $19.66 | $19.65 | – | 37,432,900 | -1.67% |
| 8/19/2008 | $19.34 | $19.34 | $19.35 | – | 34,462,500 | -1.54% |
| 8/20/2008 | $19.28 | $19.29 | $19.30 | – | 30,269,900 | -0.31% |
| 8/21/2008 | $19.37 | $19.36 | $19.37 | – | 27,027,500 | 0.47% |
| 8/22/2008 | $19.75 | $19.75 | $19.76 | – | 28,889,500 | 1.94% |
| 8/25/2008 | $19.51 | $19.50 | $19.53 | – | 41,407,100 | -1.22% |

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/26/2008 | $19.28 | $19.29 | $19.30 | – | 36,751,000 | -1.19% |
| 8/27/2008 | $19.08 | $19.08 | $19.08 | – | 36,376,100 | -1.04% |
| 8/28/2008 | $19.27 | $19.29 | $19.30 | – | 32,879,200 | 0.99% |
| 8/29/2008 | $19.11 | $19.08 | $19.09 | – | 25,330,600 | -0.83% |
| 9/2/2008 | $19.17 | $19.17 | $19.18 | – | 29,899,900 | 0.31% |
| 9/3/2008 | $19.20 | $19.21 | $19.22 | – | 30,308,100 | 0.16% |
| 9/4/2008 | $18.67 | $18.66 | $18.67 | – | 46,473,500 | -2.80% |
| 9/5/2008 | $18.51 | $18.50 | $18.52 | – | 41,020,000 | -0.86% |
| 9/8/2008 | $19.14 | $19.12 | $19.14 | – | 48,944,000 | 3.35% |
| 9/9/2008 | $18.24 | $18.25 | $18.26 | – | 54,703,300 | -4.82% |
| 9/10/2008 | $18.20 | $18.17 | $18.18 | – | 38,273,800 | -0.22% |
| 9/11/2008 | $18.39 | $18.40 | $18.42 | – | 33,323,500 | 1.04% |
| 9/12/2008 | $18.62 | $18.63 | $18.64 | – | 43,265,900 | 1.24% |
| 9/15/2008 | $18.05 | $18.10 | $18.12 | – | 67,284,400 | -3.11% |
| 9/16/2008 | $17.81 | $17.83 | $17.84 | – | 86,018,000 | -1.34% |
| 9/17/2008 | $17.17 | $17.18 | $17.19 | – | 73,164,900 | -3.66% |
| 9/18/2008 | $17.99 | $17.95 | $17.96 | – | 95,693,300 | 4.67% |
| 9/19/2008 | $18.55 | $18.49 | $18.52 | – | 80,283,600 | 3.07% |
| 9/22/2008 | $18.07 | $18.07 | $18.16 | – | 46,390,500 | -2.62% |
| 9/23/2008 | $18.01 | $18.01 | $18.02 | – | 61,193,100 | -0.33% |
| 9/24/2008 | $17.99 | $18.01 | $18.04 | – | 39,494,700 | -0.11% |
| 9/25/2008 | $18.64 | $18.64 | $18.66 | – | 57,629,600 | 3.55% |
| 9/26/2008 | $18.66 | $18.66 | $18.67 | – | 37,593,200 | 0.11% |
| 9/29/2008 | $17.65 | $17.91 | $18.01 | – | 72,145,600 | -5.56% |
| 9/30/2008 | $18.44 | $18.35 | $18.38 | – | 75,528,100 | 4.38% |
| 10/1/2008 | $18.94 | $18.94 | $18.95 | – | 68,315,200 | 2.68% |
| 10/2/2008 | $18.79 | $18.75 | $18.78 | – | 59,160,900 | -0.80% |
| 10/3/2008 | $19.00 | $19.03 | $19.05 | – | 77,600,700 | 1.11% |
| 10/6/2008 | $18.94 | $18.75 | $18.76 | – | 103,469,900 | -0.32% |
| 10/7/2008 | $17.65 | $17.71 | $17.73 | – | 94,736,300 | -7.05% |
| 10/8/2008 | $17.13 | $17.15 | $17.19 | – | 112,246,200 | -2.99% |
| 10/9/2008 | $15.67 | $16.01 | $16.20 | – | 92,325,500 | -8.91% |
| 10/10/2008 | $15.14 | $15.30 | $15.33 | – | 148,893,700 | -3.44% |
| 10/13/2008 | $16.68 | $16.85 | $16.87 | – | 106,284,000 | 9.69% |
| 10/14/2008 | $17.13 | $17.10 | $17.11 | – | 84,741,700 | 2.66% |
| 10/15/2008 | $16.27 | $16.25 | $16.26 | – | 71,569,200 | -5.15% |
| 10/16/2008 | $16.97 | $16.86 | $16.87 | – | 81,921,000 | 4.21% |
| 10/17/2008 | $16.91 | $16.91 | $16.93 | – | 70,212,200 | -0.35% |
| 10/20/2008 | $17.34 | $17.29 | $17.30 | – | 53,952,100 | 2.51% |
| 10/21/2008 | $17.34 | $17.34 | $17.37 | – | 71,187,400 | 0.00% |
| 10/22/2008 | $16.74 | $16.87 | $16.96 | – | 68,908,900 | -3.52% |

159

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/23/2008 | $17.10 | $17.05 | $17.10 | – | 66,453,900 | 2.13% |
| 10/24/2008 | $16.57 | $16.54 | $16.58 | – | 64,983,800 | -3.15% |
| 10/27/2008 | $16.39 | $16.35 | $16.40 | – | 63,517,900 | -1.09% |
| 10/28/2008 | $17.82 | $17.83 | $17.90 | – | 84,571,100 | 8.37% |
| 10/29/2008 | $17.19 | $17.11 | $17.27 | – | 66,283,400 | -3.60% |
| 10/30/2008 | $17.86 | $17.86 | $17.87 | – | 56,921,700 | 3.82% |
| 10/31/2008 | $17.71 | $17.84 | $17.91 | – | 60,584,700 | -0.84% |
| 11/3/2008 | $17.76 | $17.74 | $17.75 | – | 41,478,300 | 0.28% |
| 11/4/2008 | $18.41 | $18.35 | $18.38 | – | 46,821,200 | 3.59% |
| 11/5/2008 | $17.00 | $17.01 | $17.04 | $0.32 | 60,578,800 | -6.10% |
| 11/6/2008 | $16.37 | $16.38 | $16.41 | – | 57,064,300 | -3.78% |
| 11/7/2008 | $16.86 | $16.87 | $16.88 | – | 39,557,100 | 2.95% |
| 11/10/2008 | $16.60 | $16.62 | $16.65 | – | 35,497,400 | -1.55% |
| 11/11/2008 | $16.77 | $16.51 | $16.54 | – | 37,589,300 | 1.02% |
| 11/12/2008 | $15.83 | $15.83 | $15.87 | – | 55,955,800 | -5.77% |
| 11/13/2008 | $16.73 | $16.74 | $16.75 | – | 62,611,500 | 5.53% |
| 11/14/2008 | $16.28 | $16.25 | $16.27 | – | 50,081,800 | -2.73% |
| 11/17/2008 | $15.92 | $15.91 | $15.94 | – | 42,729,800 | -2.24% |
| 11/18/2008 | $16.29 | $16.27 | $16.31 | – | 59,035,400 | 2.30% |
| 11/19/2008 | $15.56 | $15.55 | $15.56 | – | 55,138,800 | -4.58% |
| 11/20/2008 | $14.45 | $14.46 | $14.48 | – | 91,064,200 | -7.40% |
| 11/21/2008 | $15.67 | $15.67 | $15.69 | – | 93,973,600 | 8.11% |
| 11/24/2008 | $16.04 | $16.04 | $16.07 | – | 73,929,100 | 2.33% |
| 11/25/2008 | $15.94 | $15.99 | $16.01 | – | 54,435,100 | -0.63% |
| 11/26/2008 | $16.07 | $16.03 | $16.07 | – | 44,456,800 | 0.81% |
| 11/28/2008 | $16.43 | $16.43 | $16.44 | – | 21,117,500 | 2.22% |
| 12/1/2008 | $15.28 | $15.26 | $15.27 | – | 46,006,800 | -7.26% |
| 12/2/2008 | $16.02 | $16.03 | $16.04 | – | 43,476,400 | 4.73% |
| 12/3/2008 | $16.62 | $16.63 | $16.64 | – | 68,967,100 | 3.68% |
| 12/4/2008 | $16.27 | $16.27 | $16.28 | – | 48,622,600 | -2.13% |
| 12/5/2008 | $16.55 | $16.76 | $16.77 | – | 60,054,300 | 1.71% |
| 12/8/2008 | $16.93 | $16.89 | $16.89 | – | 50,283,200 | 2.27% |
| 12/9/2008 | $16.47 | $16.44 | $16.45 | – | 43,560,900 | -2.75% |
| 12/10/2008 | $16.57 | $16.58 | $16.59 | – | 33,921,200 | 0.61% |
| 12/11/2008 | $16.56 | $16.60 | $16.63 | – | 65,350,400 | -0.06% |
| 12/12/2008 | $16.92 | $16.94 | $16.95 | – | 43,869,700 | 2.15% |
| 12/15/2008 | $16.63 | $16.66 | $16.68 | – | 50,200,600 | -1.73% |
| 12/16/2008 | $17.36 | $17.45 | $17.46 | – | 66,468,100 | 4.30% |
| 12/17/2008 | $17.25 | $17.23 | $17.25 | – | 47,230,300 | -0.64% |
| 12/18/2008 | $17.12 | $17.10 | $17.11 | – | 52,777,600 | -0.76% |
| 12/19/2008 | $17.30 | $17.29 | $17.30 | – | 58,041,900 | 1.05% |

160

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|---|---|---|---|---|---|---|
| 12/22/2008 | $17.18 | $17.18 | $17.18 | – | 47,426,900 | -0.70% |
| 12/23/2008 | $17.03 | $17.04 | $17.05 | – | 32,293,500 | -0.88% |
| 12/24/2008 | $17.01 | $16.99 | $17.01 | – | 14,275,700 | -0.12% |
| 12/26/2008 | $17.10 | $17.10 | $17.11 | – | 14,896,800 | 0.53% |
| 12/29/2008 | $17.29 | $17.28 | $17.29 | – | 31,809,800 | 1.10% |
| 12/30/2008 | $17.75 | $17.76 | $17.77 | – | 37,961,700 | 2.63% |
| 12/31/2008 | $17.71 | $17.79 | $17.81 | – | 32,486,500 | -0.23% |
| 1/2/2009 | $18.27 | $18.23 | $18.25 | – | 28,749,100 | 3.11% |
| 1/5/2009 | $18.16 | $18.16 | $18.19 | – | 42,163,600 | -0.60% |
| 1/6/2009 | $17.80 | $17.78 | $17.78 | – | 51,223,000 | -2.00% |
| 1/7/2009 | $17.49 | $17.50 | $17.52 | – | 39,270,700 | -1.76% |
| 1/8/2009 | $17.65 | $17.65 | $17.66 | – | 33,265,900 | 0.91% |
| 1/9/2009 | $17.44 | $17.40 | $17.52 | – | 36,084,500 | -1.20% |
| 1/12/2009 | $17.36 | $17.34 | $17.37 | – | 33,862,000 | -0.46% |
| 1/13/2009 | $17.59 | $17.60 | $17.61 | – | 43,361,400 | 1.32% |
| 1/14/2009 | $17.24 | $17.24 | $17.25 | – | 45,575,300 | -2.01% |
| 1/15/2009 | $17.39 | $17.27 | $17.28 | – | 80,761,600 | 0.87% |
| 1/16/2009 | $17.50 | $17.49 | $17.51 | – | 58,758,600 | 0.63% |
| 1/20/2009 | $17.20 | $17.15 | $17.18 | – | 52,787,200 | -1.73% |
| 1/21/2009 | $17.48 | $17.51 | $17.49 | – | 43,780,500 | 1.61% |
| 1/22/2009 | $17.21 | $17.18 | $17.20 | – | 46,724,800 | -1.56% |
| 1/23/2009 | $17.45 | $17.43 | $17.49 | – | 108,529,900 | 1.38% |
| 1/26/2009 | $15.65 | $15.64 | $15.70 | – | 210,477,200 | -10.89% |
| 1/27/2009 | $15.82 | $15.82 | $15.81 | – | 111,625,000 | 1.08% |
| 1/28/2009 | $15.44 | $15.43 | $15.44 | – | 108,830,900 | -2.43% |
| 1/29/2009 | $15.12 | $15.10 | $15.11 | – | 67,675,000 | -2.09% |
| 1/30/2009 | $14.58 | $14.57 | $14.59 | – | 68,732,100 | -3.64% |
| 2/2/2009 | $14.89 | $14.89 | $14.91 | – | 69,192,200 | 2.10% |
| 2/3/2009 | $15.20 | $15.18 | $15.19 | – | 64,844,800 | 2.06% |
| 2/4/2009 | $14.57 | $14.54 | $14.57 | $0.32 | 65,649,100 | -2.06% |
| 2/5/2009 | $14.50 | $14.49 | $14.51 | – | 77,135,300 | -0.48% |
| 2/6/2009 | $14.84 | $14.83 | $14.84 | – | 63,823,400 | 2.32% |
| 2/9/2009 | $14.71 | $14.70 | $14.71 | – | 47,819,300 | -0.88% |
| 2/10/2009 | $14.07 | $14.06 | $14.08 | – | 75,987,900 | -4.45% |
| 2/11/2009 | $14.38 | $14.38 | $14.39 | – | 50,435,000 | 2.18% |
| 2/12/2009 | $14.65 | $14.64 | $14.65 | – | 65,200,700 | 1.86% |
| 2/13/2009 | $14.58 | $14.57 | $14.57 | – | 58,062,300 | -0.48% |
| 2/17/2009 | $14.25 | $14.24 | $14.33 | – | 63,395,100 | -2.29% |
| 2/18/2009 | $14.16 | $14.15 | $14.15 | – | 48,398,100 | -0.63% |
| 2/19/2009 | $14.03 | $14.02 | $14.03 | – | 41,346,600 | -0.92% |
| 2/20/2009 | $13.71 | $13.70 | $13.73 | – | 62,646,000 | -2.31% |

161

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 2/23/2009 | $13.27 | $13.26 | $13.29 | – | 68,305,600 | -3.26% |
| 2/24/2009 | $13.59 | $13.58 | $13.60 | – | 65,567,200 | 2.38% |
| 2/25/2009 | $13.08 | $13.07 | $13.08 | – | 74,716,800 | -3.82% |
| 2/26/2009 | $12.70 | $12.68 | $12.70 | – | 74,122,800 | -2.95% |
| 2/27/2009 | $12.31 | $12.29 | $12.31 | – | 100,259,100 | -3.12% |
| 3/2/2009 | $11.66 | $11.64 | $11.65 | – | 105,982,200 | -5.42% |
| 3/3/2009 | $11.87 | $11.84 | $11.85 | – | 83,765,900 | 1.79% |
| 3/4/2009 | $12.50 | $12.47 | $12.48 | – | 90,513,300 | 5.17% |
| 3/5/2009 | $12.67 | $12.66 | $12.70 | – | 101,758,400 | 1.35% |
| 3/6/2009 | $12.73 | $12.70 | $12.72 | – | 83,979,100 | 0.47% |
| 3/9/2009 | $12.63 | $12.63 | $12.65 | – | 70,472,200 | -0.79% |
| 3/10/2009 | $13.09 | $13.05 | $13.07 | – | 95,948,700 | 3.58% |
| 3/11/2009 | $12.79 | $12.79 | $12.80 | – | 79,748,100 | -2.32% |
| 3/12/2009 | $14.02 | $14.00 | $14.01 | – | 112,309,400 | 9.18% |
| 3/13/2009 | $14.54 | $14.52 | $14.53 | – | 83,153,700 | 3.64% |
| 3/16/2009 | $14.15 | $14.16 | $14.15 | – | 84,981,200 | -2.72% |
| 3/17/2009 | $14.26 | $14.26 | $14.27 | – | 54,001,300 | 0.77% |
| 3/18/2009 | $14.25 | $14.24 | $14.25 | – | 55,580,300 | -0.07% |
| 3/19/2009 | $13.70 | $13.69 | $13.70 | – | 67,626,600 | -3.94% |
| 3/20/2009 | $13.63 | $13.61 | $13.62 | – | 71,564,900 | -0.51% |
| 3/23/2009 | $14.02 | $14.02 | $14.02 | – | 66,007,300 | 2.82% |
| 3/24/2009 | $13.92 | $13.86 | $13.87 | – | 42,716,300 | -0.72% |
| 3/25/2009 | $14.26 | $14.28 | $14.30 | – | 68,954,200 | 2.41% |
| 3/26/2009 | $14.38 | $14.37 | $14.38 | – | 55,372,200 | 0.84% |
| 3/27/2009 | $14.04 | $14.03 | $14.05 | – | 46,477,200 | -2.39% |
| 3/30/2009 | $13.70 | $13.70 | $13.71 | – | 59,773,900 | -2.45% |
| 3/31/2009 | $13.62 | $13.62 | $13.63 | – | 57,290,700 | -0.59% |
| 4/1/2009 | $13.99 | $13.98 | $13.99 | – | 64,304,600 | 2.68% |
| 4/2/2009 | $13.77 | $13.76 | $13.78 | – | 60,440,800 | -1.59% |
| 4/3/2009 | $13.55 | $13.55 | $13.56 | – | 52,922,100 | -1.61% |
| 4/6/2009 | $13.71 | $13.72 | $13.73 | – | 59,577,700 | 1.17% |
| 4/7/2009 | $13.51 | $13.51 | $13.52 | – | 50,078,100 | -1.47% |
| 4/8/2009 | $13.48 | $13.47 | $13.48 | – | 41,968,500 | -0.22% |
| 4/9/2009 | $13.55 | $13.54 | $13.55 | – | 55,029,200 | 0.52% |
| 4/13/2009 | $13.48 | $13.47 | $13.48 | – | 41,799,500 | -0.52% |
| 4/14/2009 | $13.34 | $13.39 | $13.38 | – | 58,024,200 | -1.04% |
| 4/15/2009 | $13.86 | $13.87 | $13.87 | – | 58,963,800 | 3.82% |
| 4/16/2009 | $13.90 | $13.89 | $13.90 | – | 52,163,300 | 0.29% |
| 4/17/2009 | $14.16 | $14.18 | $14.19 | – | 72,737,800 | 1.85% |
| 4/20/2009 | $13.59 | $13.59 | $13.59 | – | 52,326,500 | -4.11% |
| 4/21/2009 | $13.52 | $13.51 | $13.52 | – | 66,289,400 | -0.52% |

162

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-4**

**Pfizer Inc. (PFE) Stock Prices, Dividends, Volume & Returns**

18 January 2006 to 24 April 2009

| Date | PFE Closing Price | PFE Closing Bid | PFE Closing Ask | PFE Dividend | PFE Trading Volume | PFE Logarithmic Return |
|------|------|------|------|------|------|------|
| 4/22/2009 | $13.04 | $13.05 | $13.06 | – | 72,229,100 | -3.61% |
| 4/23/2009 | $13.28 | $13.30 | $13.31 | – | 86,125,600 | 1.82% |
| 4/24/2009 | $13.17 | $13.15 | $13.16 | – | 65,620,700 | -0.83% |

**Source:** CRSP.

163

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 1/18/2006 | 3,139.23 | 1,057.51 | | |
| 1/19/2006 | 3,163.28 | 1,060.72 | 0.76% | 0.30% |
| 1/20/2006 | 3,112.84 | 1,040.21 | -1.61% | -1.95% |
| 1/23/2006 | 3,122.65 | 1,039.75 | 0.31% | -0.04% |
| 1/24/2006 | 3,135.68 | 1,025.80 | 0.42% | -1.35% |
| 1/25/2006 | 3,128.69 | 1,031.50 | -0.22% | 0.55% |
| 1/26/2006 | 3,154.37 | 1,032.71 | 0.82% | 0.12% |
| 1/27/2006 | 3,176.58 | 1,039.11 | 0.70% | 0.62% |
| 1/30/2006 | 3,182.42 | 1,035.24 | 0.18% | -0.37% |
| 1/31/2006 | 3,177.55 | 1,028.92 | -0.15% | -0.61% |
| 2/1/2006 | 3,182.20 | 1,038.35 | 0.15% | 0.91% |
| 2/2/2006 | 3,155.30 | 1,026.97 | -0.85% | -1.10% |
| 2/3/2006 | 3,139.95 | 1,026.35 | -0.49% | -0.06% |
| 2/6/2006 | 3,146.67 | 1,016.13 | 0.21% | -1.00% |
| 2/7/2006 | 3,114.54 | 1,011.88 | -1.03% | -0.42% |
| 2/8/2006 | 3,135.61 | 1,024.71 | 0.67% | 1.26% |
| 2/9/2006 | 3,130.22 | 1,025.27 | -0.17% | 0.05% |
| 2/10/2006 | 3,133.19 | 1,024.48 | 0.09% | -0.08% |
| 2/13/2006 | 3,118.20 | 1,026.30 | -0.48% | 0.18% |
| 2/14/2006 | 3,147.79 | 1,036.44 | 0.94% | 0.98% |
| 2/15/2006 | 3,158.70 | 1,045.46 | 0.35% | 0.87% |
| 2/16/2006 | 3,183.32 | 1,052.79 | 0.78% | 0.70% |
| 2/17/2006 | 3,181.51 | 1,054.26 | -0.06% | 0.14% |
| 2/21/2006 | 3,173.33 | 1,049.65 | -0.26% | -0.44% |
| 2/22/2006 | 3,194.38 | 1,055.01 | 0.66% | 0.51% |
| 2/23/2006 | 3,185.42 | 1,048.37 | -0.28% | -0.63% |
| 2/24/2006 | 3,192.88 | 1,045.60 | 0.23% | -0.26% |
| 2/27/2006 | 3,203.92 | 1,054.53 | 0.35% | 0.85% |
| 2/28/2006 | 3,172.37 | 1,046.45 | -0.99% | -0.77% |
| 3/1/2006 | 3,202.21 | 1,047.56 | 0.94% | 0.11% |
| 3/2/2006 | 3,200.79 | 1,046.28 | -0.04% | -0.12% |
| 3/3/2006 | 3,196.75 | 1,045.58 | -0.13% | -0.07% |
| 3/6/2006 | 3,173.11 | 1,042.15 | -0.74% | -0.33% |
| 3/7/2006 | 3,156.22 | 1,043.32 | -0.53% | 0.11% |
| 3/8/2006 | 3,158.43 | 1,051.28 | 0.07% | 0.76% |
| 3/9/2006 | 3,145.11 | 1,044.68 | -0.42% | -0.63% |
| 3/10/2006 | 3,168.36 | 1,052.68 | 0.74% | 0.76% |
| 3/13/2006 | 3,177.15 | 1,058.82 | 0.28% | 0.58% |
| 3/14/2006 | 3,209.62 | 1,063.66 | 1.02% | 0.46% |
| 3/15/2006 | 3,226.64 | 1,065.10 | 0.53% | 0.14% |
| 3/16/2006 | 3,232.10 | 1,065.94 | 0.17% | 0.08% |
| 3/17/2006 | 3,236.52 | 1,068.17 | 0.14% | 0.21% |

164

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 3/20/2006 | 3,231.93 | 1,068.87 | -0.14% | 0.07% |
| 3/21/2006 | 3,210.27 | 1,064.82 | -0.67% | -0.38% |
| 3/22/2006 | 3,229.45 | 1,081.45 | 0.60% | 1.55% |
| 3/23/2006 | 3,225.33 | 1,079.48 | -0.13% | -0.18% |
| 3/24/2006 | 3,233.68 | 1,079.93 | 0.26% | 0.04% |
| 3/27/2006 | 3,230.47 | 1,072.25 | -0.10% | -0.71% |
| 3/28/2006 | 3,213.40 | 1,060.39 | -0.53% | -1.11% |
| 3/29/2006 | 3,243.10 | 1,059.52 | 0.92% | -0.08% |
| 3/30/2006 | 3,241.13 | 1,058.04 | -0.06% | -0.14% |
| 3/31/2006 | 3,232.61 | 1,052.15 | -0.26% | -0.56% |
| 4/3/2006 | 3,235.32 | 1,053.17 | 0.08% | 0.10% |
| 4/4/2006 | 3,253.39 | 1,051.85 | 0.56% | -0.13% |
| 4/5/2006 | 3,269.37 | 1,051.54 | 0.49% | -0.03% |
| 4/6/2006 | 3,266.72 | 1,045.72 | -0.08% | -0.56% |
| 4/7/2006 | 3,234.14 | 1,032.08 | -1.00% | -1.31% |
| 4/10/2006 | 3,234.46 | 1,030.70 | 0.01% | -0.13% |
| 4/11/2006 | 3,207.88 | 1,024.57 | -0.83% | -0.60% |
| 4/12/2006 | 3,213.45 | 1,024.32 | 0.17% | -0.02% |
| 4/13/2006 | 3,217.43 | 1,023.12 | 0.12% | -0.12% |
| 4/17/2006 | 3,212.65 | 1,019.36 | -0.15% | -0.37% |
| 4/18/2006 | 3,268.40 | 1,034.05 | 1.72% | 1.43% |
| 4/19/2006 | 3,282.39 | 1,028.60 | 0.43% | -0.53% |
| 4/20/2006 | 3,279.64 | 1,033.98 | -0.08% | 0.52% |
| 4/21/2006 | 3,280.29 | 1,032.12 | 0.02% | -0.18% |
| 4/24/2006 | 3,270.63 | 1,025.39 | -0.30% | -0.65% |
| 4/25/2006 | 3,257.52 | 1,023.38 | -0.40% | -0.20% |
| 4/26/2006 | 3,264.51 | 1,027.53 | 0.21% | 0.40% |
| 4/27/2006 | 3,270.50 | 1,038.68 | 0.18% | 1.08% |
| 4/28/2006 | 3,274.82 | 1,042.33 | 0.13% | 0.35% |
| 5/1/2006 | 3,264.05 | 1,035.64 | -0.33% | -0.64% |
| 5/2/2006 | 3,283.83 | 1,035.27 | 0.60% | -0.04% |
| 5/3/2006 | 3,273.48 | 1,033.36 | -0.32% | -0.18% |
| 5/4/2006 | 3,286.49 | 1,037.14 | 0.40% | 0.37% |
| 5/5/2006 | 3,321.16 | 1,044.96 | 1.05% | 0.75% |
| 5/8/2006 | 3,320.76 | 1,042.99 | -0.01% | -0.19% |
| 5/9/2006 | 3,323.66 | 1,038.87 | 0.09% | -0.40% |
| 5/10/2006 | 3,318.77 | 1,035.52 | -0.15% | -0.32% |
| 5/11/2006 | 3,273.81 | 1,035.38 | -1.36% | -0.01% |
| 5/12/2006 | 3,231.78 | 1,033.56 | -1.29% | -0.18% |
| 5/15/2006 | 3,228.23 | 1,052.73 | -0.11% | 1.84% |
| 5/16/2006 | 3,224.88 | 1,057.39 | -0.10% | 0.44% |
| 5/17/2006 | 3,169.86 | 1,042.84 | -1.72% | -1.39% |

165

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 5/18/2006 | 3,147.12 | 1,042.89 | -0.72% | 0.00% |
| 5/19/2006 | 3,160.25 | 1,040.09 | 0.42% | -0.27% |
| 5/22/2006 | 3,140.46 | 1,036.87 | -0.63% | -0.31% |
| 5/23/2006 | 3,129.61 | 1,032.68 | -0.35% | -0.40% |
| 5/24/2006 | 3,128.82 | 1,036.90 | -0.03% | 0.41% |
| 5/25/2006 | 3,172.39 | 1,046.97 | 1.38% | 0.97% |
| 5/26/2006 | 3,192.38 | 1,052.93 | 0.63% | 0.57% |
| 5/30/2006 | 3,143.75 | 1,031.66 | -1.54% | -2.04% |
| 5/31/2006 | 3,173.10 | 1,036.85 | 0.93% | 0.50% |
| 6/1/2006 | 3,213.07 | 1,049.30 | 1.25% | 1.19% |
| 6/2/2006 | 3,221.35 | 1,050.81 | 0.26% | 0.14% |
| 6/5/2006 | 3,160.51 | 1,036.56 | -1.91% | -1.37% |
| 6/6/2006 | 3,149.23 | 1,040.96 | -0.36% | 0.42% |
| 6/7/2006 | 3,128.55 | 1,045.75 | -0.66% | 0.46% |
| 6/8/2006 | 3,125.07 | 1,049.98 | -0.11% | 0.40% |
| 6/9/2006 | 3,114.85 | 1,043.78 | -0.33% | -0.59% |
| 6/12/2006 | 3,068.58 | 1,036.06 | -1.50% | -0.74% |
| 6/13/2006 | 3,028.48 | 1,035.45 | -1.32% | -0.06% |
| 6/14/2006 | 3,043.94 | 1,040.65 | 0.51% | 0.50% |
| 6/15/2006 | 3,116.57 | 1,051.87 | 2.36% | 1.07% |
| 6/16/2006 | 3,102.69 | 1,050.39 | -0.45% | -0.14% |
| 6/19/2006 | 3,071.13 | 1,045.78 | -1.02% | -0.44% |
| 6/20/2006 | 3,069.51 | 1,047.93 | -0.05% | 0.21% |
| 6/21/2006 | 3,105.72 | 1,052.21 | 1.17% | 0.41% |
| 6/22/2006 | 3,090.59 | 1,046.04 | -0.49% | -0.59% |
| 6/23/2006 | 3,093.46 | 1,044.27 | 0.09% | -0.17% |
| 6/26/2006 | 3,110.61 | 1,040.02 | 0.55% | -0.41% |
| 6/27/2006 | 3,080.53 | 1,025.31 | -0.97% | -1.43% |
| 6/28/2006 | 3,095.75 | 1,028.31 | 0.49% | 0.29% |
| 6/29/2006 | 3,168.82 | 1,046.30 | 2.33% | 1.73% |
| 6/30/2006 | 3,172.08 | 1,054.68 | 0.10% | 0.80% |
| 7/3/2006 | 3,197.18 | 1,058.35 | 0.79% | 0.35% |
| 7/5/2006 | 3,170.02 | 1,056.94 | -0.85% | -0.13% |
| 7/6/2006 | 3,177.02 | 1,064.46 | 0.22% | 0.71% |
| 7/7/2006 | 3,153.15 | 1,066.42 | -0.75% | 0.18% |
| 7/10/2006 | 3,154.51 | 1,066.98 | 0.04% | 0.05% |
| 7/11/2006 | 3,167.63 | 1,068.42 | 0.41% | 0.14% |
| 7/12/2006 | 3,132.99 | 1,059.70 | -1.10% | -0.82% |
| 7/13/2006 | 3,088.64 | 1,051.88 | -1.43% | -0.74% |
| 7/14/2006 | 3,072.29 | 1,045.95 | -0.53% | -0.57% |
| 7/17/2006 | 3,061.29 | 1,051.74 | -0.36% | 0.55% |
| 7/18/2006 | 3,066.27 | 1,051.60 | 0.16% | -0.01% |

166

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 7/19/2006 | 3,127.16 | 1,071.82 | 1.97% | 1.90% |
| 7/20/2006 | 3,092.74 | 1,072.71 | -1.11% | 0.08% |
| 7/21/2006 | 3,065.09 | 1,079.43 | -0.90% | 0.62% |
| 7/24/2006 | 3,119.41 | 1,101.63 | 1.76% | 2.04% |
| 7/25/2006 | 3,143.08 | 1,104.88 | 0.76% | 0.29% |
| 7/26/2006 | 3,144.15 | 1,110.89 | 0.03% | 0.54% |
| 7/27/2006 | 3,126.94 | 1,109.13 | -0.55% | -0.16% |
| 7/28/2006 | 3,167.76 | 1,119.29 | 1.30% | 0.91% |
| 7/31/2006 | 3,166.15 | 1,111.81 | -0.05% | -0.67% |
| 8/1/2006 | 3,149.49 | 1,112.60 | -0.53% | 0.07% |
| 8/2/2006 | 3,170.61 | 1,116.60 | 0.67% | 0.36% |
| 8/3/2006 | 3,178.08 | 1,119.24 | 0.24% | 0.24% |
| 8/4/2006 | 3,174.40 | 1,113.74 | -0.12% | -0.49% |
| 8/7/2006 | 3,164.90 | 1,105.93 | -0.30% | -0.70% |
| 8/8/2006 | 3,152.52 | 1,101.43 | -0.39% | -0.41% |
| 8/9/2006 | 3,139.44 | 1,101.91 | -0.42% | 0.04% |
| 8/10/2006 | 3,151.78 | 1,100.88 | 0.39% | -0.09% |
| 8/11/2006 | 3,137.45 | 1,091.68 | -0.46% | -0.84% |
| 8/14/2006 | 3,139.60 | 1,095.41 | 0.07% | 0.34% |
| 8/15/2006 | 3,186.47 | 1,104.27 | 1.48% | 0.81% |
| 8/16/2006 | 3,216.35 | 1,110.20 | 0.93% | 0.54% |
| 8/17/2006 | 3,221.03 | 1,101.82 | 0.15% | -0.76% |
| 8/18/2006 | 3,230.58 | 1,104.03 | 0.30% | 0.20% |
| 8/21/2006 | 3,220.49 | 1,100.11 | -0.31% | -0.36% |
| 8/22/2006 | 3,224.53 | 1,103.23 | 0.13% | 0.28% |
| 8/23/2006 | 3,207.92 | 1,105.31 | -0.52% | 0.19% |
| 8/24/2006 | 3,211.98 | 1,109.88 | 0.13% | 0.41% |
| 8/25/2006 | 3,211.04 | 1,111.94 | -0.03% | 0.19% |
| 8/28/2006 | 3,228.93 | 1,119.18 | 0.56% | 0.65% |
| 8/29/2006 | 3,238.66 | 1,125.26 | 0.30% | 0.54% |
| 8/30/2006 | 3,243.01 | 1,123.70 | 0.13% | -0.14% |
| 8/31/2006 | 3,245.87 | 1,122.59 | 0.09% | -0.10% |
| 9/1/2006 | 3,262.28 | 1,129.20 | 0.50% | 0.59% |
| 9/5/2006 | 3,270.67 | 1,126.71 | 0.26% | -0.22% |
| 9/6/2006 | 3,233.15 | 1,120.15 | -1.15% | -0.58% |
| 9/7/2006 | 3,215.76 | 1,112.51 | -0.54% | -0.68% |
| 9/8/2006 | 3,223.60 | 1,118.79 | 0.24% | 0.56% |
| 9/11/2006 | 3,218.50 | 1,122.19 | -0.16% | 0.30% |
| 9/12/2006 | 3,255.20 | 1,135.45 | 1.13% | 1.17% |
| 9/13/2006 | 3,271.80 | 1,134.51 | 0.51% | -0.08% |
| 9/14/2006 | 3,264.65 | 1,133.58 | -0.22% | -0.08% |
| 9/15/2006 | 3,271.66 | 1,136.33 | 0.21% | 0.24% |

167

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|------|------|------|------|------|
| 9/18/2006 | 3,276.65 | 1,137.07 | 0.15% | 0.06% |
| 9/19/2006 | 3,265.98 | 1,137.39 | -0.33% | 0.03% |
| 9/20/2006 | 3,282.90 | 1,144.59 | 0.52% | 0.63% |
| 9/21/2006 | 3,268.38 | 1,144.66 | -0.44% | 0.01% |
| 9/22/2006 | 3,256.05 | 1,140.77 | -0.38% | -0.34% |
| 9/25/2006 | 3,281.83 | 1,146.18 | 0.79% | 0.47% |
| 9/26/2006 | 3,305.64 | 1,147.50 | 0.72% | 0.12% |
| 9/27/2006 | 3,312.62 | 1,152.16 | 0.21% | 0.41% |
| 9/28/2006 | 3,318.78 | 1,150.80 | 0.19% | -0.12% |
| 9/29/2006 | 3,308.85 | 1,152.33 | -0.30% | 0.13% |
| 10/2/2006 | 3,295.97 | 1,146.15 | -0.39% | -0.54% |
| 10/3/2006 | 3,294.66 | 1,153.01 | -0.04% | 0.60% |
| 10/4/2006 | 3,335.37 | 1,158.83 | 1.23% | 0.50% |
| 10/5/2006 | 3,352.28 | 1,153.85 | 0.51% | -0.43% |
| 10/6/2006 | 3,341.88 | 1,154.35 | -0.31% | 0.04% |
| 10/9/2006 | 3,349.09 | 1,154.06 | 0.22% | -0.02% |
| 10/10/2006 | 3,356.62 | 1,153.04 | 0.22% | -0.09% |
| 10/11/2006 | 3,344.56 | 1,154.29 | -0.36% | 0.11% |
| 10/12/2006 | 3,379.90 | 1,160.05 | 1.05% | 0.50% |
| 10/13/2006 | 3,391.16 | 1,158.41 | 0.33% | -0.14% |
| 10/16/2006 | 3,405.90 | 1,162.70 | 0.43% | 0.37% |
| 10/17/2006 | 3,390.25 | 1,171.72 | -0.46% | 0.77% |
| 10/18/2006 | 3,393.70 | 1,189.80 | 0.10% | 1.53% |
| 10/19/2006 | 3,401.76 | 1,188.63 | 0.24% | -0.10% |
| 10/20/2006 | 3,400.35 | 1,198.51 | -0.04% | 0.83% |
| 10/23/2006 | 3,418.78 | 1,200.23 | 0.54% | 0.14% |
| 10/24/2006 | 3,421.58 | 1,202.48 | 0.08% | 0.19% |
| 10/25/2006 | 3,436.47 | 1,203.81 | 0.43% | 0.11% |
| 10/26/2006 | 3,458.71 | 1,201.72 | 0.64% | -0.17% |
| 10/27/2006 | 3,430.37 | 1,193.31 | -0.82% | -0.70% |
| 10/30/2006 | 3,431.47 | 1,185.98 | 0.03% | -0.62% |
| 10/31/2006 | 3,431.68 | 1,181.95 | 0.01% | -0.34% |
| 11/1/2006 | 3,400.88 | 1,178.69 | -0.90% | -0.28% |
| 11/2/2006 | 3,400.42 | 1,183.40 | -0.01% | 0.40% |
| 11/3/2006 | 3,399.35 | 1,179.98 | -0.03% | -0.29% |
| 11/6/2006 | 3,438.50 | 1,190.48 | 1.15% | 0.89% |
| 11/7/2006 | 3,444.74 | 1,197.38 | 0.18% | 0.58% |
| 11/8/2006 | 3,456.30 | 1,180.51 | 0.33% | -1.42% |
| 11/9/2006 | 3,440.25 | 1,147.54 | -0.47% | -2.83% |
| 11/10/2006 | 3,447.65 | 1,147.70 | 0.21% | 0.01% |
| 11/13/2006 | 3,455.50 | 1,146.15 | 0.23% | -0.13% |
| 11/14/2006 | 3,479.45 | 1,153.40 | 0.69% | 0.63% |

168

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 11/15/2006 | 3,493.38 | 1,158.07 | 0.40% | 0.40% |
| 11/16/2006 | 3,497.34 | 1,162.17 | 0.11% | 0.35% |
| 11/17/2006 | 3,498.08 | 1,168.57 | 0.02% | 0.55% |
| 11/20/2006 | 3,499.78 | 1,164.88 | 0.05% | -0.32% |
| 11/21/2006 | 3,510.76 | 1,156.27 | 0.31% | -0.74% |
| 11/22/2006 | 3,521.28 | 1,157.49 | 0.30% | 0.11% |
| 11/24/2006 | 3,514.58 | 1,149.90 | -0.19% | -0.66% |
| 11/27/2006 | 3,462.85 | 1,143.32 | -1.48% | -0.57% |
| 11/28/2006 | 3,473.37 | 1,145.26 | 0.30% | 0.17% |
| 11/29/2006 | 3,506.91 | 1,156.75 | 0.96% | 1.00% |
| 11/30/2006 | 3,512.86 | 1,152.01 | 0.17% | -0.41% |
| 12/1/2006 | 3,502.92 | 1,150.99 | -0.28% | -0.09% |
| 12/4/2006 | 3,537.89 | 1,161.02 | 0.99% | 0.87% |
| 12/5/2006 | 3,551.59 | 1,166.46 | 0.39% | 0.47% |
| 12/6/2006 | 3,547.74 | 1,165.82 | -0.11% | -0.05% |
| 12/7/2006 | 3,535.58 | 1,159.78 | -0.34% | -0.52% |
| 12/8/2006 | 3,539.71 | 1,160.99 | 0.12% | 0.10% |
| 12/11/2006 | 3,546.70 | 1,160.02 | 0.20% | -0.08% |
| 12/12/2006 | 3,539.55 | 1,159.19 | -0.20% | -0.07% |
| 12/13/2006 | 3,543.70 | 1,158.84 | 0.12% | -0.03% |
| 12/14/2006 | 3,570.90 | 1,167.15 | 0.76% | 0.72% |
| 12/15/2006 | 3,570.96 | 1,170.03 | 0.00% | 0.25% |
| 12/18/2006 | 3,553.15 | 1,167.07 | -0.50% | -0.25% |
| 12/19/2006 | 3,559.83 | 1,167.68 | 0.19% | 0.05% |
| 12/20/2006 | 3,557.56 | 1,162.52 | -0.06% | -0.44% |
| 12/21/2006 | 3,543.94 | 1,158.28 | -0.38% | -0.37% |
| 12/22/2006 | 3,527.85 | 1,152.08 | -0.46% | -0.54% |
| 12/26/2006 | 3,543.11 | 1,154.42 | 0.43% | 0.20% |
| 12/27/2006 | 3,570.70 | 1,162.53 | 0.78% | 0.70% |
| 12/28/2006 | 3,567.00 | 1,165.41 | -0.10% | 0.25% |
| 12/29/2006 | 3,550.88 | 1,161.21 | -0.45% | -0.36% |
| 1/3/2007 | 3,546.05 | 1,168.58 | -0.14% | 0.63% |
| 1/4/2007 | 3,548.21 | 1,188.28 | 0.06% | 1.67% |
| 1/5/2007 | 3,522.56 | 1,178.28 | -0.73% | -0.85% |
| 1/8/2007 | 3,531.59 | 1,175.21 | 0.26% | -0.26% |
| 1/9/2007 | 3,531.50 | 1,177.39 | 0.00% | 0.19% |
| 1/10/2007 | 3,538.88 | 1,175.49 | 0.21% | -0.16% |
| 1/11/2007 | 3,564.70 | 1,184.05 | 0.73% | 0.73% |
| 1/12/2007 | 3,586.58 | 1,188.02 | 0.61% | 0.33% |
| 1/16/2007 | 3,587.80 | 1,191.10 | 0.03% | 0.26% |
| 1/17/2007 | 3,585.63 | 1,199.50 | -0.06% | 0.70% |
| 1/18/2007 | 3,568.52 | 1,211.81 | -0.48% | 1.02% |

169

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 1/19/2007 | 3,584.06 | 1,213.65 | 0.43% | 0.15% |
| 1/22/2007 | 3,564.66 | 1,209.40 | -0.54% | -0.35% |
| 1/23/2007 | 3,583.31 | 1,207.14 | 0.52% | -0.19% |
| 1/24/2007 | 3,614.46 | 1,216.80 | 0.87% | 0.80% |
| 1/25/2007 | 3,575.39 | 1,206.76 | -1.09% | -0.83% |
| 1/26/2007 | 3,575.86 | 1,194.59 | 0.01% | -1.01% |
| 1/29/2007 | 3,576.29 | 1,193.16 | 0.01% | -0.12% |
| 1/30/2007 | 3,596.81 | 1,193.73 | 0.57% | 0.05% |
| 1/31/2007 | 3,619.53 | 1,200.08 | 0.63% | 0.53% |
| 2/1/2007 | 3,642.23 | 1,205.17 | 0.63% | 0.42% |
| 2/2/2007 | 3,646.66 | 1,200.37 | 0.12% | -0.40% |
| 2/5/2007 | 3,644.58 | 1,198.62 | -0.06% | -0.15% |
| 2/6/2007 | 3,650.21 | 1,197.50 | 0.15% | -0.09% |
| 2/7/2007 | 3,658.37 | 1,194.77 | 0.22% | -0.23% |
| 2/8/2007 | 3,656.70 | 1,191.54 | -0.05% | -0.27% |
| 2/9/2007 | 3,631.55 | 1,187.91 | -0.69% | -0.31% |
| 2/12/2007 | 3,617.35 | 1,185.22 | -0.39% | -0.23% |
| 2/13/2007 | 3,646.49 | 1,187.82 | 0.80% | 0.22% |
| 2/14/2007 | 3,672.97 | 1,193.69 | 0.72% | 0.49% |
| 2/15/2007 | 3,679.33 | 1,192.02 | 0.17% | -0.14% |
| 2/16/2007 | 3,681.07 | 1,187.89 | 0.05% | -0.35% |
| 2/20/2007 | 3,694.31 | 1,186.62 | 0.36% | -0.11% |
| 2/21/2007 | 3,693.29 | 1,180.54 | -0.03% | -0.51% |
| 2/22/2007 | 3,691.93 | 1,176.39 | -0.04% | -0.35% |
| 2/23/2007 | 3,682.42 | 1,174.17 | -0.26% | -0.19% |
| 2/26/2007 | 3,677.56 | 1,183.10 | -0.13% | 0.76% |
| 2/27/2007 | 3,552.24 | 1,155.51 | -3.47% | -2.36% |
| 2/28/2007 | 3,568.83 | 1,160.38 | 0.47% | 0.42% |
| 3/1/2007 | 3,558.70 | 1,150.46 | -0.28% | -0.86% |
| 3/2/2007 | 3,514.35 | 1,142.06 | -1.25% | -0.73% |
| 3/5/2007 | 3,472.21 | 1,139.74 | -1.21% | -0.20% |
| 3/6/2007 | 3,530.27 | 1,148.89 | 1.66% | 0.80% |
| 3/7/2007 | 3,525.52 | 1,145.65 | -0.13% | -0.28% |
| 3/8/2007 | 3,551.02 | 1,152.43 | 0.72% | 0.59% |
| 3/9/2007 | 3,556.78 | 1,156.48 | 0.16% | 0.35% |
| 3/12/2007 | 3,567.97 | 1,156.61 | 0.31% | 0.01% |
| 3/13/2007 | 3,496.09 | 1,138.59 | -2.03% | -1.57% |
| 3/14/2007 | 3,515.04 | 1,137.19 | 0.54% | -0.12% |
| 3/15/2007 | 3,531.84 | 1,133.51 | 0.48% | -0.32% |
| 3/16/2007 | 3,519.11 | 1,129.56 | -0.36% | -0.35% |
| 3/19/2007 | 3,557.99 | 1,137.61 | 1.10% | 0.71% |
| 3/20/2007 | 3,582.17 | 1,145.68 | 0.68% | 0.71% |

170

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 3/21/2007 | 3,642.18 | 1,159.47 | 1.66% | 1.20% |
| 3/22/2007 | 3,641.67 | 1,158.21 | -0.01% | -0.11% |
| 3/23/2007 | 3,647.91 | 1,148.46 | 0.17% | -0.84% |
| 3/26/2007 | 3,649.94 | 1,154.70 | 0.06% | 0.54% |
| 3/27/2007 | 3,629.15 | 1,145.25 | -0.57% | -0.82% |
| 3/28/2007 | 3,603.75 | 1,138.54 | -0.70% | -0.59% |
| 3/29/2007 | 3,616.43 | 1,147.01 | 0.35% | 0.74% |
| 3/30/2007 | 3,615.05 | 1,148.47 | -0.04% | 0.13% |
| 4/2/2007 | 3,626.03 | 1,152.95 | 0.30% | 0.39% |
| 4/3/2007 | 3,658.34 | 1,163.03 | 0.89% | 0.87% |
| 4/4/2007 | 3,663.80 | 1,171.25 | 0.15% | 0.70% |
| 4/5/2007 | 3,677.10 | 1,180.87 | 0.36% | 0.82% |
| 4/9/2007 | 3,679.24 | 1,180.69 | 0.06% | -0.01% |
| 4/10/2007 | 3,689.18 | 1,184.28 | 0.27% | 0.30% |
| 4/11/2007 | 3,667.53 | 1,184.00 | -0.59% | -0.02% |
| 4/12/2007 | 3,690.93 | 1,194.15 | 0.64% | 0.85% |
| 4/13/2007 | 3,704.71 | 1,227.47 | 0.37% | 2.75% |
| 4/16/2007 | 3,743.56 | 1,239.22 | 1.04% | 0.95% |
| 4/17/2007 | 3,747.43 | 1,246.43 | 0.10% | 0.58% |
| 4/18/2007 | 3,748.62 | 1,243.27 | 0.03% | -0.25% |
| 4/19/2007 | 3,738.14 | 1,257.43 | -0.28% | 1.13% |
| 4/20/2007 | 3,773.01 | 1,266.08 | 0.93% | 0.69% |
| 4/23/2007 | 3,766.49 | 1,260.14 | -0.17% | -0.47% |
| 4/24/2007 | 3,763.69 | 1,257.47 | -0.07% | -0.21% |
| 4/25/2007 | 3,799.38 | 1,269.62 | 0.94% | 0.96% |
| 4/26/2007 | 3,797.18 | 1,265.67 | -0.06% | -0.31% |
| 4/27/2007 | 3,794.21 | 1,261.71 | -0.08% | -0.31% |
| 4/30/2007 | 3,759.05 | 1,259.80 | -0.93% | -0.15% |
| 5/1/2007 | 3,765.62 | 1,261.40 | 0.17% | 0.13% |
| 5/2/2007 | 3,796.78 | 1,264.18 | 0.82% | 0.22% |
| 5/3/2007 | 3,811.55 | 1,267.49 | 0.39% | 0.26% |
| 5/4/2007 | 3,822.52 | 1,278.41 | 0.29% | 0.86% |
| 5/7/2007 | 3,832.49 | 1,281.05 | 0.26% | 0.21% |
| 5/8/2007 | 3,827.14 | 1,274.64 | -0.14% | -0.50% |
| 5/9/2007 | 3,841.23 | 1,276.09 | 0.37% | 0.11% |
| 5/10/2007 | 3,788.43 | 1,239.76 | -1.38% | -2.89% |
| 5/11/2007 | 3,827.67 | 1,245.86 | 1.03% | 0.49% |
| 5/14/2007 | 3,817.37 | 1,246.91 | -0.27% | 0.08% |
| 5/15/2007 | 3,810.29 | 1,244.43 | -0.19% | -0.20% |
| 5/16/2007 | 3,838.27 | 1,255.22 | 0.73% | 0.86% |
| 5/17/2007 | 3,836.36 | 1,251.58 | -0.05% | -0.29% |
| 5/18/2007 | 3,862.35 | 1,263.22 | 0.68% | 0.93% |

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 5/21/2007 | 3,874.87 | 1,265.63 | 0.32% | 0.19% |
| 5/22/2007 | 3,878.47 | 1,264.15 | 0.09% | -0.12% |
| 5/23/2007 | 3,874.81 | 1,264.75 | -0.09% | 0.05% |
| 5/24/2007 | 3,830.96 | 1,258.39 | -1.14% | -0.50% |
| 5/25/2007 | 3,855.39 | 1,255.48 | 0.64% | -0.23% |
| 5/29/2007 | 3,867.16 | 1,254.61 | 0.30% | -0.07% |
| 5/30/2007 | 3,899.00 | 1,251.65 | 0.82% | -0.24% |
| 5/31/2007 | 3,905.26 | 1,254.35 | 0.16% | 0.22% |
| 6/1/2007 | 3,925.29 | 1,254.24 | 0.51% | -0.01% |
| 6/4/2007 | 3,933.57 | 1,253.75 | 0.21% | -0.04% |
| 6/5/2007 | 3,912.66 | 1,250.19 | -0.53% | -0.28% |
| 6/6/2007 | 3,876.07 | 1,240.28 | -0.94% | -0.80% |
| 6/7/2007 | 3,805.93 | 1,218.67 | -1.83% | -1.76% |
| 6/8/2007 | 3,846.92 | 1,223.34 | 1.07% | 0.38% |
| 6/11/2007 | 3,851.24 | 1,228.41 | 0.11% | 0.41% |
| 6/12/2007 | 3,809.56 | 1,215.87 | -1.09% | -1.03% |
| 6/13/2007 | 3,863.52 | 1,229.95 | 1.41% | 1.15% |
| 6/14/2007 | 3,884.24 | 1,230.40 | 0.53% | 0.04% |
| 6/15/2007 | 3,913.01 | 1,243.79 | 0.74% | 1.08% |
| 6/18/2007 | 3,909.52 | 1,236.42 | -0.09% | -0.59% |
| 6/19/2007 | 3,916.47 | 1,240.16 | 0.18% | 0.30% |
| 6/20/2007 | 3,866.71 | 1,224.46 | -1.28% | -1.27% |
| 6/21/2007 | 3,887.54 | 1,226.09 | 0.54% | 0.13% |
| 6/22/2007 | 3,845.77 | 1,203.17 | -1.08% | -1.89% |
| 6/25/2007 | 3,827.25 | 1,207.55 | -0.48% | 0.36% |
| 6/26/2007 | 3,811.91 | 1,217.05 | -0.40% | 0.78% |
| 6/27/2007 | 3,847.48 | 1,223.67 | 0.93% | 0.54% |
| 6/28/2007 | 3,850.31 | 1,223.39 | 0.07% | -0.02% |
| 6/29/2007 | 3,847.53 | 1,220.11 | -0.07% | -0.27% |
| 7/2/2007 | 3,891.43 | 1,227.41 | 1.13% | 0.60% |
| 7/3/2007 | 3,904.83 | 1,228.90 | 0.34% | 0.12% |
| 7/5/2007 | 3,909.55 | 1,228.21 | 0.12% | -0.06% |
| 7/6/2007 | 3,926.97 | 1,223.63 | 0.44% | -0.37% |
| 7/9/2007 | 3,933.07 | 1,221.33 | 0.16% | -0.19% |
| 7/10/2007 | 3,879.67 | 1,208.73 | -1.37% | -1.04% |
| 7/11/2007 | 3,899.31 | 1,221.62 | 0.50% | 1.06% |
| 7/12/2007 | 3,967.58 | 1,245.59 | 1.74% | 1.94% |
| 7/13/2007 | 3,980.16 | 1,245.78 | 0.32% | 0.02% |
| 7/16/2007 | 3,968.01 | 1,246.76 | -0.31% | 0.08% |
| 7/17/2007 | 3,967.68 | 1,236.58 | -0.01% | -0.82% |
| 7/18/2007 | 3,961.57 | 1,231.43 | -0.15% | -0.42% |
| 7/19/2007 | 3,980.89 | 1,232.14 | 0.49% | 0.06% |

172

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 7/20/2007 | 3,934.42 | 1,219.35 | -1.17% | -1.04% |
| 7/23/2007 | 3,946.40 | 1,241.01 | 0.30% | 1.76% |
| 7/24/2007 | 3,867.02 | 1,213.91 | -2.03% | -2.21% |
| 7/25/2007 | 3,877.44 | 1,222.11 | 0.27% | 0.67% |
| 7/26/2007 | 3,784.94 | 1,193.49 | -2.41% | -2.37% |
| 7/27/2007 | 3,729.22 | 1,164.47 | -1.48% | -2.46% |
| 7/30/2007 | 3,763.79 | 1,170.14 | 0.92% | 0.49% |
| 7/31/2007 | 3,725.62 | 1,164.25 | -1.02% | -0.50% |
| 8/1/2007 | 3,740.97 | 1,175.20 | 0.41% | 0.94% |
| 8/2/2007 | 3,763.28 | 1,177.32 | 0.59% | 0.18% |
| 8/3/2007 | 3,665.71 | 1,161.89 | -2.63% | -1.32% |
| 8/6/2007 | 3,731.83 | 1,191.24 | 1.79% | 2.50% |
| 8/7/2007 | 3,756.36 | 1,195.20 | 0.66% | 0.33% |
| 8/8/2007 | 3,814.96 | 1,215.74 | 1.55% | 1.70% |
| 8/9/2007 | 3,712.35 | 1,186.62 | -2.73% | -2.42% |
| 8/10/2007 | 3,710.57 | 1,177.84 | -0.05% | -0.74% |
| 8/13/2007 | 3,708.48 | 1,179.40 | -0.06% | 0.13% |
| 8/14/2007 | 3,637.79 | 1,163.07 | -1.92% | -1.39% |
| 8/15/2007 | 3,580.83 | 1,161.83 | -1.58% | -0.11% |
| 8/16/2007 | 3,587.43 | 1,157.08 | 0.18% | -0.41% |
| 8/17/2007 | 3,675.05 | 1,166.70 | 2.41% | 0.83% |
| 8/20/2007 | 3,680.94 | 1,165.50 | 0.16% | -0.10% |
| 8/21/2007 | 3,688.90 | 1,164.39 | 0.22% | -0.10% |
| 8/22/2007 | 3,736.94 | 1,174.89 | 1.29% | 0.90% |
| 8/23/2007 | 3,730.95 | 1,179.93 | -0.16% | 0.43% |
| 8/24/2007 | 3,776.99 | 1,189.31 | 1.23% | 0.79% |
| 8/27/2007 | 3,745.64 | 1,181.22 | -0.83% | -0.68% |
| 8/28/2007 | 3,657.86 | 1,164.17 | -2.37% | -1.45% |
| 8/29/2007 | 3,737.69 | 1,178.41 | 2.16% | 1.22% |
| 8/30/2007 | 3,723.52 | 1,173.43 | -0.38% | -0.42% |
| 8/31/2007 | 3,769.33 | 1,180.93 | 1.22% | 0.64% |
| 9/4/2007 | 3,811.22 | 1,188.22 | 1.11% | 0.62% |
| 9/5/2007 | 3,772.79 | 1,183.61 | -1.01% | -0.39% |
| 9/6/2007 | 3,789.52 | 1,192.39 | 0.44% | 0.74% |
| 9/7/2007 | 3,727.92 | 1,171.72 | -1.64% | -1.75% |
| 9/10/2007 | 3,717.18 | 1,175.05 | -0.29% | 0.28% |
| 9/11/2007 | 3,767.46 | 1,187.48 | 1.34% | 1.05% |
| 9/12/2007 | 3,768.31 | 1,192.97 | 0.02% | 0.46% |
| 9/13/2007 | 3,796.22 | 1,202.17 | 0.74% | 0.77% |
| 9/14/2007 | 3,801.03 | 1,197.14 | 0.13% | -0.42% |
| 9/17/2007 | 3,778.93 | 1,188.18 | -0.58% | -0.75% |
| 9/18/2007 | 3,889.66 | 1,209.90 | 2.89% | 1.81% |

173

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 9/19/2007 | 3,912.14 | 1,220.10 | 0.58% | 0.84% |
| 9/20/2007 | 3,891.79 | 1,216.58 | -0.52% | -0.29% |
| 9/21/2007 | 3,910.92 | 1,226.82 | 0.49% | 0.84% |
| 9/24/2007 | 3,893.41 | 1,221.03 | -0.45% | -0.47% |
| 9/25/2007 | 3,891.72 | 1,220.51 | -0.04% | -0.04% |
| 9/26/2007 | 3,913.14 | 1,227.74 | 0.55% | 0.59% |
| 9/27/2007 | 3,934.08 | 1,229.15 | 0.53% | 0.12% |
| 9/28/2007 | 3,923.51 | 1,223.56 | -0.27% | -0.46% |
| 10/1/2007 | 3,977.38 | 1,241.57 | 1.36% | 1.46% |
| 10/2/2007 | 3,979.36 | 1,238.40 | 0.05% | -0.26% |
| 10/3/2007 | 3,958.81 | 1,245.63 | -0.52% | 0.58% |
| 10/4/2007 | 3,969.58 | 1,249.40 | 0.27% | 0.30% |
| 10/5/2007 | 4,016.52 | 1,258.67 | 1.18% | 0.74% |
| 10/8/2007 | 4,004.42 | 1,251.58 | -0.30% | -0.57% |
| 10/9/2007 | 4,036.71 | 1,254.17 | 0.80% | 0.21% |
| 10/10/2007 | 4,035.77 | 1,246.55 | -0.02% | -0.61% |
| 10/11/2007 | 4,014.83 | 1,242.88 | -0.52% | -0.29% |
| 10/12/2007 | 4,036.25 | 1,245.08 | 0.53% | 0.18% |
| 10/15/2007 | 4,001.55 | 1,238.89 | -0.86% | -0.50% |
| 10/16/2007 | 3,973.45 | 1,229.36 | -0.70% | -0.77% |
| 10/17/2007 | 3,984.78 | 1,229.41 | 0.28% | 0.00% |
| 10/18/2007 | 3,986.25 | 1,234.82 | 0.04% | 0.44% |
| 10/19/2007 | 3,888.19 | 1,223.40 | -2.49% | -0.93% |
| 10/22/2007 | 3,900.87 | 1,217.29 | 0.33% | -0.50% |
| 10/23/2007 | 3,940.91 | 1,235.31 | 1.02% | 1.47% |
| 10/24/2007 | 3,928.16 | 1,235.10 | -0.32% | -0.02% |
| 10/25/2007 | 3,924.17 | 1,234.84 | -0.10% | -0.02% |
| 10/26/2007 | 3,978.43 | 1,242.67 | 1.37% | 0.63% |
| 10/29/2007 | 3,999.90 | 1,250.03 | 0.54% | 0.59% |
| 10/30/2007 | 3,972.23 | 1,250.44 | -0.69% | 0.03% |
| 10/31/2007 | 4,024.68 | 1,257.13 | 1.31% | 0.53% |
| 11/1/2007 | 3,920.39 | 1,236.17 | -2.63% | -1.68% |
| 11/2/2007 | 3,928.45 | 1,231.17 | 0.21% | -0.41% |
| 11/5/2007 | 3,902.48 | 1,231.00 | -0.66% | -0.01% |
| 11/6/2007 | 3,952.60 | 1,233.79 | 1.28% | 0.23% |
| 11/7/2007 | 3,846.26 | 1,210.32 | -2.73% | -1.92% |
| 11/8/2007 | 3,843.99 | 1,216.98 | -0.06% | 0.55% |
| 11/9/2007 | 3,786.07 | 1,215.65 | -1.52% | -0.11% |
| 11/12/2007 | 3,732.97 | 1,225.10 | -1.41% | 0.77% |
| 11/13/2007 | 3,837.23 | 1,242.98 | 2.75% | 1.45% |
| 11/14/2007 | 3,814.93 | 1,237.92 | -0.58% | -0.41% |
| 11/15/2007 | 3,761.06 | 1,239.06 | -1.42% | 0.09% |

174

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 11/16/2007 | 3,778.41 | 1,250.36 | 0.46% | 0.91% |
| 11/19/2007 | 3,707.71 | 1,240.03 | -1.89% | -0.83% |
| 11/20/2007 | 3,722.50 | 1,239.37 | 0.40% | -0.05% |
| 11/21/2007 | 3,665.59 | 1,218.24 | -1.54% | -1.72% |
| 11/23/2007 | 3,725.52 | 1,239.29 | 1.62% | 1.71% |
| 11/26/2007 | 3,649.24 | 1,228.56 | -2.07% | -0.87% |
| 11/27/2007 | 3,694.24 | 1,252.34 | 1.23% | 1.92% |
| 11/28/2007 | 3,803.00 | 1,274.24 | 2.90% | 1.73% |
| 11/29/2007 | 3,801.70 | 1,281.21 | -0.03% | 0.55% |
| 11/30/2007 | 3,828.73 | 1,280.47 | 0.71% | -0.06% |
| 12/3/2007 | 3,807.55 | 1,272.49 | -0.55% | -0.63% |
| 12/4/2007 | 3,779.96 | 1,270.94 | -0.73% | -0.12% |
| 12/5/2007 | 3,834.65 | 1,284.12 | 1.44% | 1.03% |
| 12/6/2007 | 3,895.09 | 1,285.66 | 1.56% | 0.12% |
| 12/7/2007 | 3,894.49 | 1,277.32 | -0.02% | -0.65% |
| 12/10/2007 | 3,924.85 | 1,279.35 | 0.78% | 0.16% |
| 12/11/2007 | 3,824.90 | 1,266.01 | -2.58% | -1.05% |
| 12/12/2007 | 3,846.49 | 1,264.22 | 0.56% | -0.14% |
| 12/13/2007 | 3,843.39 | 1,267.77 | -0.08% | 0.28% |
| 12/14/2007 | 3,791.99 | 1,253.67 | -1.35% | -1.12% |
| 12/17/2007 | 3,731.51 | 1,240.81 | -1.61% | -1.03% |
| 12/18/2007 | 3,755.10 | 1,244.86 | 0.63% | 0.33% |
| 12/19/2007 | 3,753.82 | 1,235.93 | -0.03% | -0.72% |
| 12/20/2007 | 3,777.43 | 1,234.15 | 0.63% | -0.14% |
| 12/21/2007 | 3,841.99 | 1,249.00 | 1.69% | 1.20% |
| 12/24/2007 | 3,877.17 | 1,248.12 | 0.91% | -0.07% |
| 12/26/2007 | 3,882.96 | 1,241.96 | 0.15% | -0.50% |
| 12/27/2007 | 3,830.26 | 1,229.34 | -1.37% | -1.02% |
| 12/28/2007 | 3,838.04 | 1,228.82 | 0.20% | -0.04% |
| 12/31/2007 | 3,812.99 | 1,214.40 | -0.65% | -1.18% |
| 1/2/2008 | 3,767.58 | 1,203.22 | -1.20% | -0.92% |
| 1/3/2008 | 3,763.93 | 1,205.19 | -0.10% | 0.16% |
| 1/4/2008 | 3,667.16 | 1,193.31 | -2.60% | -0.99% |
| 1/7/2008 | 3,667.81 | 1,219.83 | 0.02% | 2.20% |
| 1/8/2008 | 3,604.91 | 1,246.52 | -1.73% | 2.16% |
| 1/9/2008 | 3,640.82 | 1,264.52 | 0.99% | 1.43% |
| 1/10/2008 | 3,671.55 | 1,263.42 | 0.84% | -0.09% |
| 1/11/2008 | 3,620.59 | 1,266.34 | -1.40% | 0.23% |
| 1/14/2008 | 3,658.46 | 1,257.12 | 1.04% | -0.73% |
| 1/15/2008 | 3,568.15 | 1,235.86 | -2.50% | -1.71% |
| 1/16/2008 | 3,544.87 | 1,239.01 | -0.65% | 0.25% |
| 1/17/2008 | 3,446.18 | 1,204.84 | -2.82% | -2.80% |

175

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 1/18/2008 | 3,426.43 | 1,185.22 | -0.57% | -1.64% |
| 1/22/2008 | 3,394.55 | 1,146.40 | -0.93% | -3.33% |
| 1/23/2008 | 3,462.25 | 1,134.38 | 1.97% | -1.05% |
| 1/24/2008 | 3,505.52 | 1,131.78 | 1.24% | -0.23% |
| 1/25/2008 | 3,459.60 | 1,108.06 | -1.32% | -2.12% |
| 1/28/2008 | 3,519.19 | 1,126.34 | 1.71% | 1.64% |
| 1/29/2008 | 3,541.83 | 1,119.78 | 0.64% | -0.58% |
| 1/30/2008 | 3,522.94 | 1,102.43 | -0.53% | -1.56% |
| 1/31/2008 | 3,575.74 | 1,104.43 | 1.49% | 0.18% |
| 2/1/2008 | 3,632.98 | 1,119.68 | 1.59% | 1.37% |
| 2/4/2008 | 3,600.17 | 1,131.76 | -0.91% | 1.07% |
| 2/5/2008 | 3,489.28 | 1,109.95 | -3.13% | -1.95% |
| 2/6/2008 | 3,461.29 | 1,112.61 | -0.81% | 0.24% |
| 2/7/2008 | 3,488.17 | 1,107.17 | 0.77% | -0.49% |
| 2/8/2008 | 3,481.05 | 1,090.77 | -0.20% | -1.49% |
| 2/11/2008 | 3,501.27 | 1,091.93 | 0.58% | 0.11% |
| 2/12/2008 | 3,523.06 | 1,106.92 | 0.62% | 1.36% |
| 2/13/2008 | 3,573.95 | 1,123.23 | 1.43% | 1.46% |
| 2/14/2008 | 3,526.47 | 1,107.23 | -1.34% | -1.43% |
| 2/15/2008 | 3,524.72 | 1,113.37 | -0.05% | 0.55% |
| 2/19/2008 | 3,526.52 | 1,119.37 | 0.05% | 0.54% |
| 2/20/2008 | 3,558.06 | 1,114.21 | 0.89% | -0.46% |
| 2/21/2008 | 3,515.67 | 1,104.28 | -1.20% | -0.90% |
| 2/22/2008 | 3,539.47 | 1,107.23 | 0.67% | 0.27% |
| 2/25/2008 | 3,593.01 | 1,125.26 | 1.50% | 1.61% |
| 2/26/2008 | 3,622.45 | 1,130.50 | 0.82% | 0.46% |
| 2/27/2008 | 3,619.49 | 1,115.79 | -0.08% | -1.31% |
| 2/28/2008 | 3,591.49 | 1,105.75 | -0.78% | -0.90% |
| 2/29/2008 | 3,497.38 | 1,094.54 | -2.66% | -1.02% |
| 3/3/2008 | 3,495.74 | 1,092.72 | -0.05% | -0.17% |
| 3/4/2008 | 3,479.40 | 1,089.76 | -0.47% | -0.27% |
| 3/5/2008 | 3,503.33 | 1,088.45 | 0.69% | -0.12% |
| 3/6/2008 | 3,426.07 | 1,070.86 | -2.23% | -1.63% |
| 3/7/2008 | 3,396.10 | 1,059.31 | -0.88% | -1.08% |
| 3/10/2008 | 3,333.90 | 1,050.46 | -1.85% | -0.84% |
| 3/11/2008 | 3,453.33 | 1,068.72 | 3.52% | 1.72% |
| 3/12/2008 | 3,429.01 | 1,065.87 | -0.71% | -0.27% |
| 3/13/2008 | 3,454.29 | 1,068.89 | 0.73% | 0.28% |
| 3/14/2008 | 3,385.21 | 1,046.59 | -2.02% | -2.11% |
| 3/17/2008 | 3,334.47 | 1,060.80 | -1.51% | 1.35% |
| 3/18/2008 | 3,467.08 | 1,083.81 | 3.90% | 2.15% |
| 3/19/2008 | 3,376.91 | 1,079.40 | -2.64% | -0.41% |

176

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 3/20/2008 | 3,449.00 | 1,091.17 | 2.11% | 1.08% |
| 3/24/2008 | 3,509.69 | 1,092.98 | 1.74% | 0.17% |
| 3/25/2008 | 3,529.48 | 1,088.98 | 0.56% | -0.37% |
| 3/26/2008 | 3,506.67 | 1,086.83 | -0.65% | -0.20% |
| 3/27/2008 | 3,470.79 | 1,087.52 | -1.03% | 0.06% |
| 3/28/2008 | 3,442.93 | 1,082.57 | -0.81% | -0.46% |
| 3/31/2008 | 3,461.40 | 1,055.88 | 0.53% | -2.50% |
| 4/1/2008 | 3,573.07 | 1,071.89 | 3.18% | 1.50% |
| 4/2/2008 | 3,574.25 | 1,057.06 | 0.03% | -1.39% |
| 4/3/2008 | 3,583.68 | 1,066.55 | 0.26% | 0.89% |
| 4/4/2008 | 3,590.69 | 1,079.88 | 0.20% | 1.24% |
| 4/7/2008 | 3,596.73 | 1,093.66 | 0.17% | 1.27% |
| 4/8/2008 | 3,585.42 | 1,086.97 | -0.31% | -0.61% |
| 4/9/2008 | 3,553.13 | 1,084.85 | -0.90% | -0.20% |
| 4/10/2008 | 3,573.19 | 1,101.84 | 0.56% | 1.55% |
| 4/11/2008 | 3,502.96 | 1,089.94 | -1.99% | -1.09% |
| 4/14/2008 | 3,493.97 | 1,085.00 | -0.26% | -0.45% |
| 4/15/2008 | 3,511.64 | 1,080.90 | 0.50% | -0.38% |
| 4/16/2008 | 3,596.51 | 1,080.80 | 2.39% | -0.01% |
| 4/17/2008 | 3,592.42 | 1,069.72 | -0.11% | -1.03% |
| 4/18/2008 | 3,652.35 | 1,083.27 | 1.65% | 1.26% |
| 4/21/2008 | 3,650.16 | 1,074.03 | -0.06% | -0.86% |
| 4/22/2008 | 3,616.26 | 1,068.43 | -0.93% | -0.52% |
| 4/23/2008 | 3,620.13 | 1,077.36 | 0.11% | 0.83% |
| 4/24/2008 | 3,638.91 | 1,084.00 | 0.52% | 0.61% |
| 4/25/2008 | 3,664.18 | 1,092.20 | 0.69% | 0.75% |
| 4/28/2008 | 3,664.97 | 1,094.93 | 0.02% | 0.25% |
| 4/29/2008 | 3,644.42 | 1,078.93 | -0.56% | -1.47% |
| 4/30/2008 | 3,638.38 | 1,079.01 | -0.17% | 0.01% |
| 5/1/2008 | 3,691.66 | 1,101.87 | 1.45% | 2.10% |
| 5/2/2008 | 3,703.67 | 1,106.70 | 0.32% | 0.44% |
| 5/5/2008 | 3,693.71 | 1,099.35 | -0.27% | -0.67% |
| 5/6/2008 | 3,724.97 | 1,095.96 | 0.84% | -0.31% |
| 5/7/2008 | 3,665.87 | 1,081.02 | -1.60% | -1.37% |
| 5/8/2008 | 3,682.66 | 1,082.54 | 0.46% | 0.14% |
| 5/9/2008 | 3,665.79 | 1,076.55 | -0.46% | -0.55% |
| 5/12/2008 | 3,706.20 | 1,087.76 | 1.10% | 1.04% |
| 5/13/2008 | 3,709.14 | 1,085.53 | 0.08% | -0.21% |
| 5/14/2008 | 3,720.54 | 1,094.52 | 0.31% | 0.82% |
| 5/15/2008 | 3,761.86 | 1,096.10 | 1.10% | 0.14% |
| 5/16/2008 | 3,770.72 | 1,095.94 | 0.24% | -0.01% |
| 5/19/2008 | 3,769.97 | 1,099.14 | -0.02% | 0.29% |

177

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 5/20/2008 | 3,747.48 | 1,094.54 | -0.60% | -0.42% |
| 5/21/2008 | 3,689.64 | 1,083.68 | -1.56% | -1.00% |
| 5/22/2008 | 3,700.42 | 1,089.90 | 0.29% | 0.57% |
| 5/23/2008 | 3,657.54 | 1,077.15 | -1.17% | -1.18% |
| 5/27/2008 | 3,675.74 | 1,084.34 | 0.50% | 0.67% |
| 5/28/2008 | 3,696.87 | 1,083.91 | 0.57% | -0.04% |
| 5/29/2008 | 3,713.33 | 1,101.65 | 0.44% | 1.62% |
| 5/30/2008 | 3,725.34 | 1,108.01 | 0.32% | 0.58% |
| 6/2/2008 | 3,691.63 | 1,095.19 | -0.91% | -1.16% |
| 6/3/2008 | 3,673.86 | 1,100.19 | -0.48% | 0.46% |
| 6/4/2008 | 3,670.75 | 1,099.93 | -0.08% | -0.02% |
| 6/5/2008 | 3,745.22 | 1,108.93 | 2.01% | 0.82% |
| 6/6/2008 | 3,644.98 | 1,081.62 | -2.71% | -2.49% |
| 6/9/2008 | 3,643.02 | 1,077.14 | -0.05% | -0.42% |
| 6/10/2008 | 3,625.38 | 1,070.33 | -0.49% | -0.63% |
| 6/11/2008 | 3,570.07 | 1,058.65 | -1.54% | -1.10% |
| 6/12/2008 | 3,575.36 | 1,060.28 | 0.15% | 0.15% |
| 6/13/2008 | 3,628.25 | 1,070.36 | 1.47% | 0.95% |
| 6/16/2008 | 3,640.02 | 1,065.43 | 0.32% | -0.46% |
| 6/17/2008 | 3,625.42 | 1,065.81 | -0.40% | 0.04% |
| 6/18/2008 | 3,595.21 | 1,058.13 | -0.84% | -0.72% |
| 6/19/2008 | 3,603.99 | 1,074.24 | 0.24% | 1.51% |
| 6/20/2008 | 3,540.99 | 1,062.78 | -1.76% | -1.07% |
| 6/23/2008 | 3,538.02 | 1,073.31 | -0.08% | 0.99% |
| 6/24/2008 | 3,515.88 | 1,080.51 | -0.63% | 0.67% |
| 6/25/2008 | 3,537.70 | 1,085.09 | 0.62% | 0.42% |
| 6/26/2008 | 3,444.66 | 1,063.96 | -2.67% | -1.97% |
| 6/27/2008 | 3,435.85 | 1,068.24 | -0.26% | 0.40% |
| 6/30/2008 | 3,432.21 | 1,083.13 | -0.11% | 1.38% |
| 7/1/2008 | 3,438.81 | 1,092.82 | 0.19% | 0.89% |
| 7/2/2008 | 3,366.50 | 1,090.68 | -2.13% | -0.20% |
| 7/3/2008 | 3,358.39 | 1,106.18 | -0.24% | 1.41% |
| 7/7/2008 | 3,329.46 | 1,096.09 | -0.87% | -0.92% |
| 7/8/2008 | 3,386.45 | 1,128.54 | 1.70% | 2.92% |
| 7/9/2008 | 3,320.62 | 1,129.05 | -1.96% | 0.05% |
| 7/10/2008 | 3,345.84 | 1,135.35 | 0.76% | 0.56% |
| 7/11/2008 | 3,317.96 | 1,121.98 | -0.84% | -1.18% |
| 7/14/2008 | 3,290.48 | 1,122.00 | -0.83% | 0.00% |
| 7/15/2008 | 3,252.64 | 1,141.71 | -1.16% | 1.74% |
| 7/16/2008 | 3,331.14 | 1,142.56 | 2.38% | 0.07% |
| 7/17/2008 | 3,363.41 | 1,144.14 | 0.96% | 0.14% |
| 7/18/2008 | 3,364.64 | 1,141.53 | 0.04% | -0.23% |

178

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 7/21/2008 | 3,377.83 | 1,117.14 | 0.39% | -2.16% |
| 7/22/2008 | 3,415.72 | 1,108.50 | 1.12% | -0.78% |
| 7/23/2008 | 3,422.05 | 1,111.95 | 0.19% | 0.31% |
| 7/24/2008 | 3,338.56 | 1,113.37 | -2.47% | 0.13% |
| 7/25/2008 | 3,357.28 | 1,119.81 | 0.56% | 0.58% |
| 7/28/2008 | 3,301.53 | 1,119.52 | -1.67% | -0.03% |
| 7/29/2008 | 3,371.97 | 1,126.79 | 2.11% | 0.65% |
| 7/30/2008 | 3,427.97 | 1,116.06 | 1.65% | -0.96% |
| 7/31/2008 | 3,387.72 | 1,120.29 | -1.18% | 0.38% |
| 8/1/2008 | 3,370.26 | 1,116.15 | -0.52% | -0.37% |
| 8/4/2008 | 3,325.30 | 1,132.79 | -1.34% | 1.48% |
| 8/5/2008 | 3,407.31 | 1,157.44 | 2.44% | 2.15% |
| 8/6/2008 | 3,426.78 | 1,164.93 | 0.57% | 0.64% |
| 8/7/2008 | 3,369.05 | 1,151.10 | -1.70% | -1.19% |
| 8/8/2008 | 3,434.29 | 1,172.34 | 1.92% | 1.83% |
| 8/11/2008 | 3,457.60 | 1,174.01 | 0.68% | 0.14% |
| 8/12/2008 | 3,424.23 | 1,171.92 | -0.97% | -0.18% |
| 8/13/2008 | 3,423.96 | 1,163.24 | -0.01% | -0.74% |
| 8/14/2008 | 3,441.49 | 1,166.38 | 0.51% | 0.27% |
| 8/15/2008 | 3,446.48 | 1,175.26 | 0.14% | 0.76% |
| 8/18/2008 | 3,400.08 | 1,164.98 | -1.36% | -0.88% |
| 8/19/2008 | 3,369.82 | 1,160.53 | -0.89% | -0.38% |
| 8/20/2008 | 3,392.83 | 1,153.71 | 0.68% | -0.59% |
| 8/21/2008 | 3,403.69 | 1,152.96 | 0.32% | -0.06% |
| 8/22/2008 | 3,436.41 | 1,164.90 | 0.96% | 1.03% |
| 8/25/2008 | 3,372.44 | 1,153.04 | -1.88% | -1.02% |
| 8/26/2008 | 3,384.47 | 1,153.93 | 0.36% | 0.08% |
| 8/27/2008 | 3,416.86 | 1,156.57 | 0.95% | 0.23% |
| 8/28/2008 | 3,466.01 | 1,167.51 | 1.43% | 0.94% |
| 8/29/2008 | 3,425.29 | 1,150.12 | -1.18% | -1.50% |
| 9/2/2008 | 3,401.66 | 1,155.65 | -0.69% | 0.48% |
| 9/3/2008 | 3,391.65 | 1,153.73 | -0.29% | -0.17% |
| 9/4/2008 | 3,293.56 | 1,131.13 | -2.93% | -1.98% |
| 9/5/2008 | 3,306.31 | 1,131.51 | 0.39% | 0.03% |
| 9/8/2008 | 3,355.48 | 1,153.18 | 1.48% | 1.90% |
| 9/9/2008 | 3,238.09 | 1,137.51 | -3.56% | -1.37% |
| 9/10/2008 | 3,265.91 | 1,135.44 | 0.86% | -0.18% |
| 9/11/2008 | 3,302.22 | 1,145.13 | 1.11% | 0.85% |
| 9/12/2008 | 3,319.51 | 1,140.00 | 0.52% | -0.45% |
| 9/15/2008 | 3,167.42 | 1,119.22 | -4.69% | -1.84% |
| 9/16/2008 | 3,216.12 | 1,126.80 | 1.53% | 0.68% |
| 9/17/2008 | 3,069.14 | 1,097.31 | -4.68% | -2.65% |

179

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 9/18/2008 | 3,204.96 | 1,114.07 | 4.33% | 1.52% |
| 9/19/2008 | 3,352.13 | 1,114.70 | 4.49% | 0.06% |
| 9/22/2008 | 3,228.28 | 1,090.61 | -3.76% | -2.18% |
| 9/23/2008 | 3,177.89 | 1,088.78 | -1.57% | -0.17% |
| 9/24/2008 | 3,167.33 | 1,094.87 | -0.33% | 0.56% |
| 9/25/2008 | 3,219.88 | 1,112.23 | 1.65% | 1.57% |
| 9/26/2008 | 3,213.72 | 1,116.13 | -0.19% | 0.35% |
| 9/29/2008 | 2,947.64 | 1,061.63 | -8.64% | -5.01% |
| 9/30/2008 | 3,085.78 | 1,094.58 | 4.58% | 3.06% |
| 10/1/2008 | 3,068.16 | 1,094.01 | -0.57% | -0.05% |
| 10/2/2008 | 2,928.00 | 1,081.99 | -4.68% | -1.11% |
| 10/3/2008 | 2,886.05 | 1,071.08 | -1.44% | -1.01% |
| 10/6/2008 | 2,763.34 | 1,027.84 | -4.34% | -4.12% |
| 10/7/2008 | 2,602.53 | 997.24 | -6.00% | -3.02% |
| 10/8/2008 | 2,572.45 | 987.04 | -1.16% | -1.03% |
| 10/9/2008 | 2,384.04 | 912.70 | -7.61% | -7.83% |
| 10/10/2008 | 2,355.38 | 887.57 | -1.21% | -2.79% |
| 10/13/2008 | 2,626.69 | 987.13 | 10.90% | 10.63% |
| 10/14/2008 | 2,603.27 | 987.94 | -0.90% | 0.08% |
| 10/15/2008 | 2,369.10 | 926.98 | -9.43% | -6.37% |
| 10/16/2008 | 2,463.40 | 968.52 | 3.90% | 4.38% |
| 10/17/2008 | 2,457.87 | 967.17 | -0.22% | -0.14% |
| 10/20/2008 | 2,572.35 | 1,009.81 | 4.55% | 4.31% |
| 10/21/2008 | 2,491.59 | 992.20 | -3.19% | -1.76% |
| 10/22/2008 | 2,344.12 | 941.81 | -6.10% | -5.21% |
| 10/23/2008 | 2,346.21 | 974.77 | 0.09% | 3.44% |
| 10/24/2008 | 2,268.05 | 953.89 | -3.39% | -2.16% |
| 10/27/2008 | 2,184.05 | 936.70 | -3.77% | -1.82% |
| 10/28/2008 | 2,392.48 | 1,006.88 | 9.11% | 7.22% |
| 10/29/2008 | 2,396.02 | 978.49 | 0.15% | -2.86% |
| 10/30/2008 | 2,472.32 | 989.70 | 3.13% | 1.14% |
| 10/31/2008 | 2,517.53 | 1,000.12 | 1.81% | 1.05% |
| 11/3/2008 | 2,515.86 | 1,003.92 | -0.07% | 0.38% |
| 11/4/2008 | 2,613.68 | 1,026.23 | 3.81% | 2.20% |
| 11/5/2008 | 2,481.11 | 984.55 | -5.21% | -4.15% |
| 11/6/2008 | 2,358.92 | 952.86 | -5.05% | -3.27% |
| 11/7/2008 | 2,420.91 | 988.53 | 2.59% | 3.67% |
| 11/10/2008 | 2,388.47 | 986.91 | -1.35% | -0.16% |
| 11/11/2008 | 2,330.25 | 976.60 | -2.47% | -1.05% |
| 11/12/2008 | 2,204.59 | 949.76 | -5.54% | -2.79% |
| 11/13/2008 | 2,355.09 | 1,015.65 | 6.60% | 6.71% |
| 11/14/2008 | 2,252.17 | 977.49 | -4.47% | -3.83% |

180

Exhibit-5

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 11/17/2008 | 2,197.57 | 960.17 | -2.45% | -1.79% |
| 11/18/2008 | 2,210.56 | 987.47 | 0.59% | 2.80% |
| 11/19/2008 | 2,068.12 | 945.43 | -6.66% | -4.35% |
| 11/20/2008 | 1,921.55 | 890.77 | -7.35% | -5.96% |
| 11/21/2008 | 2,039.80 | 929.34 | 5.97% | 4.24% |
| 11/24/2008 | 2,176.14 | 950.25 | 6.47% | 2.22% |
| 11/25/2008 | 2,197.13 | 951.87 | 0.96% | 0.17% |
| 11/26/2008 | 2,282.13 | 958.10 | 3.80% | 0.65% |
| 11/28/2008 | 2,305.75 | 971.01 | 1.03% | 1.34% |
| 12/1/2008 | 2,098.39 | 912.99 | -9.42% | -6.16% |
| 12/2/2008 | 2,177.81 | 947.64 | 3.71% | 3.73% |
| 12/3/2008 | 2,230.79 | 971.47 | 2.40% | 2.48% |
| 12/4/2008 | 2,163.08 | 944.88 | -3.08% | -2.78% |
| 12/5/2008 | 2,242.07 | 974.06 | 3.59% | 3.04% |
| 12/8/2008 | 2,333.12 | 983.09 | 3.98% | 0.92% |
| 12/9/2008 | 2,280.32 | 964.90 | -2.29% | -1.87% |
| 12/10/2008 | 2,314.46 | 970.04 | 1.49% | 0.53% |
| 12/11/2008 | 2,244.50 | 973.08 | -3.07% | 0.31% |
| 12/12/2008 | 2,268.08 | 980.30 | 1.04% | 0.74% |
| 12/15/2008 | 2,236.15 | 979.43 | -1.42% | -0.09% |
| 12/16/2008 | 2,354.83 | 1,010.81 | 5.17% | 3.15% |
| 12/17/2008 | 2,343.26 | 999.46 | -0.49% | -1.13% |
| 12/18/2008 | 2,294.99 | 1,000.50 | -2.08% | 0.10% |
| 12/19/2008 | 2,304.41 | 1,006.84 | 0.41% | 0.63% |
| 12/22/2008 | 2,259.83 | 1,004.55 | -1.95% | -0.23% |
| 12/23/2008 | 2,242.70 | 1,004.20 | -0.76% | -0.03% |
| 12/24/2008 | 2,252.69 | 1,003.52 | 0.44% | -0.07% |
| 12/26/2008 | 2,268.86 | 1,002.80 | 0.72% | -0.07% |
| 12/29/2008 | 2,258.79 | 997.24 | -0.45% | -0.56% |
| 12/30/2008 | 2,315.14 | 1,018.48 | 2.46% | 2.11% |
| 12/31/2008 | 2,355.69 | 1,030.23 | 1.74% | 1.15% |
| 1/2/2009 | 2,428.51 | 1,045.30 | 3.04% | 1.45% |
| 1/5/2009 | 2,427.41 | 1,033.74 | -0.05% | -1.11% |
| 1/6/2009 | 2,454.96 | 1,019.97 | 1.13% | -1.34% |
| 1/7/2009 | 2,379.95 | 1,011.12 | -3.10% | -0.87% |
| 1/8/2009 | 2,395.10 | 1,017.89 | 0.63% | 0.67% |
| 1/9/2009 | 2,341.26 | 1,010.83 | -2.27% | -0.70% |
| 1/12/2009 | 2,281.72 | 997.31 | -2.58% | -1.35% |
| 1/13/2009 | 2,290.18 | 1,003.49 | 0.37% | 0.62% |
| 1/14/2009 | 2,209.12 | 987.64 | -3.60% | -1.59% |
| 1/15/2009 | 2,220.18 | 988.33 | 0.50% | 0.07% |
| 1/16/2009 | 2,239.48 | 992.50 | 0.87% | 0.42% |

181

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-5**

**Market & Peer Index Levels & Returns**

18 January 2006 through 26 January 2009

| Date | CRSP Market Total Return Index Level | Pfizer Custom Peer Index Level | CRSP Market Total Return Index Logarithmic Return | Pfizer Custom Peer Index Logarithmic Return |
|---|---|---|---|---|
| 1/20/2009 | 2,115.85 | 974.08 | -5.68% | -1.87% |
| 1/21/2009 | 2,207.55 | 987.75 | 4.24% | 1.39% |
| 1/22/2009 | 2,167.45 | 989.60 | -1.83% | 0.19% |
| 1/23/2009 | 2,182.05 | 984.95 | 0.67% | -0.47% |
| 1/26/2009 | 2,195.54 | 991.51 | 0.62% | 0.66% |

**Source:** CRSP.

**Exhibit-5**

**Feinstein Pfizer Loss Causation and Damages Report**

**Exhibit-6**

**Regression Results**

Estimation Period:  24 January 2008 to 23 January 2009

| Regression Statistics | |
|---|---:|
| Multiple R | 0.877 |
| R Square | 0.769 |
| Adjusted R Square | 0.767 |
| Standard Error | 1.14% |
| Observations | 253 |
| F-Statistic | 416.85 |
| Significance of F-Statistic | ~0% |

| | Coefficients | Standard Error | *t*- statistic |
|---|---:|---:|---:|
| Intercept | 0.03% | 0.07% | 0.361 |
| Market Index [1] | 0.418 | 0.054 | 7.800 |
| Peer Index [2] | 0.551 | 0.072 | 7.695 |

183

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PURPLE MOUNTAIN TRUST, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:18-cv-03948-JD |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| WELLS FARGO & COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

September 20, 2021

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

## TABLE OF CONTENTS

I.     SCOPE OF PROJECT AND REPORT ................................................................1

II.    CREDENTIALS .................................................................................................2

III.   CONCLUSIONS.................................................................................................4

IV.   SUMMARY OF PLAINTIFF'S ALLEGATIONS ...........................................6

V.    FACTUAL BACKGROUND.............................................................................8

     A.    About the Company .................................................................................8

     B.    Wells Fargo Common Stock....................................................................8

VI.   EFFICIENCY OF THE MARKET FOR WELLS FARGO COMMON STOCK ..............9

VII.   TIMELINE OF EVENTS .................................................................................13

     A.    3 November 2016: Wells Fargo Presents at BancAnalysts Association of Boston Conference.................................................................................13

     B.    18 November 2016: Wells Fargo's Responses to Questions from U.S. Senate Committee on Banking, Housing, and Urban Affairs are Released to the Public .........................................................................................15

     C.    27 July 2017: *The New York Times* Reports on Wells Fargo's CPI Misconduct...........................................................................................16

     D.    4 August 2017: Wells Fargo Files Form 10-Q with SEC Disclosing Additional CPI Details and the GAP Misconduct ..................................20

VIII.   LOSS CAUSATION..........................................................................................24

     A.    Analytical Methodology .........................................................................24

     B.    Loss Causation Analysis ........................................................................25

         1.    Financial Principles......................................................................26

             a.    Remediation Costs, Regulatory Penalties, and Legal Expenses ..........................................................................26

             b.    Reputation Effect and Negative Valuation Impact ........27

         2.    Company Statements and Class Action Settlements Compel a Conclusion of Loss Causation ....................................................29

         3.    Analyst Statements Compel a Conclusion of Loss Causation...................35

         4.    Event Study.................................................................................38

             a.    Identification of Corrective Disclosure Event Dates .....38

             b.    Isolating the Impact of Company-Specific Information ...............39

             c.    *t*-test...............................................................................41

         5.    Event Study Results and Analysis ..............................................42

             a.    Event Study Results and Analysis: 28 July 2017..........42

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

|   |   |   |   |
|---|---|---|---|
| | b. | Event Study Results and Analysis: 4 August 2017 | 42 |
| IX. | SECTION 10(b) DAMAGES | | 43 |
| | A. | Quantifying Losses Precipitated by Disclosures Correcting Alleged Misrepresentations and Omissions | 44 |
| | | 1. Per Share Decline Caused by the 27 July 2017 Corrective Disclosures | 44 |
| | | 2. Per Share Decline Caused by the 4 August 2017 Corrective Disclosures | 45 |
| | | a. *Guaranteed Asset Protection* | 48 |
| | | b. *Collateral Protection Insurance* | 51 |
| | | c. *CFPB Investigation into Frozen Accounts* | 57 |
| | | d. *Inadvertent Leak of Client Data in Separate Litigation* | 58 |
| | | e. *CFPB Investigation into Rate Lock* | 59 |
| | | f. *Wells Fargo Software Used by Foreign Banks to Conduct Transactions* | 61 |
| | | g. *Potential Change in Structure, Composition, and Practices of the Board of Directors* | 62 |
| | | h. *Potential Increase in the Number of Unauthorized Accounts* | 63 |
| | | i. *Increase of High End of the Range of Probable Litigation Losses Perfectly Inline with Prior Announced Expectation* | 64 |
| | | j. *Summary of Identification Analysis of Potentially Confounding Information on 4 August 2017* | 65 |
| | | 3. Quantifying Losses Caused by the Corrective Disclosures | 65 |
| | | a. Disaggregating the Price Impacts of Fraud-Related and Confounding Information | 65 |
| | | b. Intentional Disclosure Bundling and Its Impact on the Estimation of Damages | 68 |
| | B. | Artificial Inflation Ribbon | 72 |
| | C. | Per Share Damages Formula | 73 |
| X. | LIMITING FACTORS AND OTHER ASSUMPTIONS | | 74 |
| XI. | APPENDIX-1: LOGARITHMIC RETURNS | | 75 |

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

### I. SCOPE OF PROJECT AND REPORT

1. I was asked by Robbins Geller Rudman & Dowd LLP, Counsel for the Lead Plaintiff, to determine whether Class members suffered losses as a result of the alleged misrepresentations and omissions described in the Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint"), filed 31 August 2018. I was also asked to quantify damages, if any, sustained by Class members from investments in the common stock of Wells Fargo & Company ("Wells Fargo" or the "Company") during the period from 3 November 2016 through 3 August 2017, inclusive (the "Class Period"). Specifically, I was asked to estimate per share damages sustained by the Class members in connection with their claims under Section 10(b) of the Exchange Act of 1934 and U.S. Securities & Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)") on their investments in Wells Fargo common stock made during the Class Period.

2. Toward these ends, I analyzed a wide variety of information and documents, including Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of Wells Fargo's industry sector, as well as other pertinent data and documents. I read and considered the contents of the Complaint, the Court's Order Regarding Motion to Dismiss, filed 10 January 2020, and Plaintiff's Notice of Motion for Class Certification, Motion for Class Certification and Memorandum of Points and Authorities, dated 15 October 2020.

3. I examined and considered documents produced in this action, including the Expert Report of Bjorn I. Steinholt, CFA, filed 15 October 2020 and the Expert Report of Douglas J. Skinner, filed 19 November 2020 (the "Skinner Report"). Exhibit-1 lists the documents I considered in the course of this engagement and arriving at the opinions expressed herein.

1

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

4.  For the loss causation and damages analysis, I assumed the Plaintiff will be able to prove their factual allegations.[1]

5.  This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages, based on the information presently available to me. This report also presents my independent determination that the market for Wells Fargo common stock was an efficient market throughout the Class Period and presents the bases for that conclusion.

6.  My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work.

## II. CREDENTIALS

7.  I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

8.  I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

9.  At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

10. I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Center for Investments and Finance, a research and education center dedicated to the study and teaching of investments and capital markets.

---

[1] Assuming the factual allegations is a generally accepted practice in loss causation and damages analysis. See, e.g., "Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific Evidence*, 3rd Edition, 2011, p. 432 ("In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful").

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

11. Prior to my joining the faculty at Babson College, I taught finance courses at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States ("U.S.").

12. I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. I also co-authored papers that have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

13. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

14. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of

3

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

Forensic Economics, the CFA Institute, and the CFA Society Boston. I served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

15. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs, I taught candidates at the most advanced level.

16. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, the National Association of Securities Dealers, and numerous law firms prominent in securities litigation. As a financial consultant, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 150 cases over the past 25 years. Exhibit-3 lists my prior testimony appearances over the past four years.

17. I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is being compensated at a rate of $950 per hour for my work, and a range of lower rates for analysts and other personnel who have assisted me on this case. My compensation is neither contingent on my findings nor on the outcome of this matter.

### III.  CONCLUSIONS

18. Wells Fargo stock traded in an efficient market over the course of the Class Period. Wells Fargo stock satisfied all of the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001), which, consistent with financial economic principles and empirical research, indicate market efficiency.

4

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

19.     The alleged misrepresentations and omissions caused the Plaintiff and Class members to suffer losses. Defendants' alleged false and misleading statements and omissions concealed from investors that the Company had engaged in, and was aware of, misconduct related to the Company's collateral protection insurance ("CPI") and its failure to refund guaranteed automobile protection ("GAP") premiums. The alleged misrepresentations and omissions thus concealed from investors the likelihood of consequent remediation costs, regulatory penalties, legal expenses, and that the Company's reputation would be impaired. By depriving investors of this highly adverse and economically material information, the alleged misrepresentations and omissions artificially inflated the market price of Wells Fargo stock throughout the Class Period.

20.     When corrective disclosures informed investors that Wells Fargo had engaged in improper business practices, beyond those to which the Company had already admitted, investors learned that there would likely be negative economic consequences, and the reputational value in Wells Fargo stock did decline. Corrective disclosures thereby dissipated the artificial inflation in the stock price, causing the stock price to fall and investors to suffer losses. Thus, the alleged misrepresentations and omissions caused investor losses.

21.     An event study coupled with other financial analysis, which considers and accounts for potentially confounding information, establishes that the alleged misrepresentations and omissions caused the price of Wells Fargo stock to be artificially inflated, and that corrective disclosures caused the stock price to fall. The analysis presented herein establishes that the corrective disclosure after the close on 27 July 2017 caused all of the Wells Fargo residual stock price decline on 28 July 2017. The allegation-related corrective disclosures on 4 August 2017 caused most of the residual stock price decline that day.

22.     This loss causation conclusion is based on fundamental principles of finance and valuation, Company statements, news articles, analyst reports, and event study analysis.

23.     With respect to the quantification of damages, my analysis shows that on account of Defendants' misrepresentations and omissions, the Company's stock price was inflated by at least $2.16 per share at the start of the Class Period. Any investor who purchased shares of Wells Fargo stock during the Class Period when the stock was artificially

5

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

inflated, and held those shares beyond 27 July 2017 or 3 August 2017, suffered a loss that was caused by the misrepresentations and omissions. Per share damages range up to $2.16, depending on the timing of the stock purchase and sale.

### IV. SUMMARY OF PLAINTIFF'S ALLEGATIONS

24. According to the Complaint, "[f]or more than a decade, Wells Fargo's Community Banking Division charged hundreds of thousands of its own customers for insurance they did not need or want and improperly withheld excess insurance premiums."[2] The Complaint relates that Wells Fargo enrolled hundreds of thousands of its customers into CPI without the customers' request, consent, knowledge, or need.[3] Also, as detailed in the Complaint, Wells Fargo failed to refund GAP insurance premiums that it owed to customers who had paid off their car loans early.[4]

25. Plaintiff contends that "[e]ven as defendants told investors that their in-depth investigations into Wells Fargo's Community Banking Division had not turned up any problems other than the fake account scandal," Defendants knew about but chose to conceal these improper automobile insurance practices and the harm they caused to hundreds of thousands of Wells Fargo customers.[5]

26. It is my understanding that the Court upheld as actionable two specific allegedly false and misleading statements because both statements omitted material facts.[6] These statements were Chief Executive Officer Timothy Sloan's ("CEO Sloan") 3 November 2016 statement at the BancAnalysts Association of Boston Conference and Wells Fargo's 15 November 2016 response to questions posed by the U.S. Senate Banking Committee that was made public by U.S. Senator Sherrod Brown on 18 November 2016.

27. At the 3 November 2016 BancAnalysts Association of Boston Conference, when CEO Sloan was asked about the Company-wide review of "activities outside of retail banking

---

[2] Complaint, ¶27.

[3] *Id.*, ¶¶9, 27, and 157.

[4] *Id.*, ¶27.

[5] *Id.*, ¶6.

[6] Order Re Motion to Dismiss, pp. 9-10, 12.

6

Exhibit-6
**Feinstein Wells Fargo Loss Causation and Damages Report**

focused and reviews focused on sales practices and culture," CEO Sloan answered, "We are going to leave no stone unturned. I am not aware of any issues…."[7]

28.    In the Company's 15 November 2016 responses to the questions posed by the U.S. Senate Banking Committee, questions that specifically asked if the Company was aware of any other misconduct not already revealed, Defendants failed to disclose the Company's CPI and GAP misconduct:

> "[Question:] As was asked at the hearing, ***are you confident that this type of fraudulent activity does not exist in other Wells business lines***? Have you discovered other types of misconduct involving other products aside from credit cards or basic banking (such as misconduct related to applications for mortgages or personal or other loans, or lines of credit, ***insurance***, or other investment areas)? If so, how did the company obtain this information? When was the first reported case, how many cases have been discovered, and what is the nature of these cases? Have you reported those cases to federal financial regulators?
>
> Response: We believe that the activity at issue here was limited to certain team members within the Community Banking Division."
> **Complaint, ¶57 (emphasis in original).**

29.    Plaintiff contends that a *New York Times* exposé published online after the close of trading on 27 July 2017 served as a partially corrective disclosure, informing the public about some of the illicit insurance practices Defendants had known about for over a year. Hours after the publication of *The New York Times* article, Wells Fargo issued a press release in which "the Company admitted that it had been aware of the illegal collateral protection insurance ('CPI') practices since July 2016, and that the Company had been engaged in efforts to calculate the refunds required to make its victims whole."[8]

30.    Plaintiff contends that the misrepresentations and omissions were ultimately fully corrected on 4 August 2017 when Wells Fargo issued its Form 10-Q for the second quarter of 2017 ("2Q17"). The Form 10-Q revealed the GAP misconduct and provided additional details about the CPI issue:

---

[7] Complaint, ¶47.

[8] *Id.*, ¶10.

> "On August 4, 2017, Wells Fargo issued its report on Form 10-Q for the second quarter of 2017 ('2Q17 10-Q'), which included further details about the insurance scheme, including that it extended beyond the CPI policies described in the earlier press release to include guaranteed automobile protection ('GAP') policies issued to its customers."
> **Complaint, ¶11.**

## V. FACTUAL BACKGROUND

### A. About the Company

31. During the Class Period, Wells Fargo was the third largest bank holding company in the U.S. based on assets.[9] The Company provided banking services through its subsidiaries, which included consumer finance, mortgage banking, commercial finance, agricultural finance, investment banking, securities brokerage, trust services, investment advisory services, and computer and data processing services.[10] The Company was organized into three operating segments: Community Banking, Wholesale Banking, and Wealth and Investment Management.[11]

### B. Wells Fargo Common Stock

32. Throughout the Class Period, Wells Fargo common stock traded on the New York Stock Exchange ("NYSE") under the ticker symbol "WFC."[12]

33. Wells Fargo stock price peaked during the Class Period at $59.73 per share on 1 March 2017.[13] By the close of trading on 4 August 2017, the first trading day after the end of the Class Period, the stock price had fallen to $52.84 per share, a decline of $6.89 per share, or 11.54% from the Class Period high. Wells Fargo stock prices during the Class Period are presented in Exhibit-4.

---

[9] Wells Fargo & Company, Form 10-K for the fiscal year ended 31 December 2016, filed 1 March 2017, p. 1.

[10] *Id.*, p. 1.

[11] *Id.*, p. 1.

[12] *Id.*, p. 9.

[13] I obtained Wells Fargo stock price data from the Center for Research in Security Prices ("CRSP"), a reliable data source that is widely used by academic researchers and investment professionals.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

34. On 3 November 2016, the first day of the Class Period, Wells Fargo's market capitalization, the aggregate value of all outstanding shares, stood at $227.7 billion.[14] At its Class Period peak, on 1 March 2017, the market capitalization was $298.9 billion. By the close of trading on 4 August 2017, the Company's market capitalization had fallen to $262.3 billion. The Company's market capitalization declined $36.6 billion from the peak, representing a 12.23% decline in the Company's market value of equity.

35. Over the course of the Class Period, Wells Fargo's market capitalization averaged $273.8 billion, making Wells Fargo larger than 99% of all other publicly traded companies in the U.S.[15]

## VI. EFFICIENCY OF THE MARKET FOR WELLS FARGO COMMON STOCK

36. I was asked by Counsel for the Plaintiff to independently assess whether the market for Wells Fargo stock was efficient during the Class Period. To this end, I conducted an analysis of the *Cammer* and *Krogman* factors, which are generally accepted to be indicative of market efficiency for a publicly traded security. My findings are summarized below:

      i. **Wells Fargo Stock Traded Regularly and Actively** – During the Class Period, the average weekly trading volume of Wells Fargo stock in the U.S. was 103.2 million shares, or 2.06% of shares outstanding. This level of trading activity is above levels accepted by courts as being indicative of market efficiency for stock.[16] In fact, this level of trading volume is greater than the 2% threshold that justifies a "strong presumption of market efficiency."[17]

---

[14] Shares outstanding data obtained from Company SEC filings.

[15] The market capitalizations for all other stocks were computed as averaged month-end values using data from CRSP, which cover all companies listed on the NYSE, NASDAQ, and ARCA. Size percentiles were computed using the averaged month-end market capitalizations for November 2016 through July 2017.

[16] *Cammer*, 711 F. Supp. 1264 at 1286.

[17] *Id*., at 1293.

9

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

    ii.     **Wells Fargo Was the Subject of Broad Analyst Coverage** – I obtained analyst reports covering Wells Fargo during the Class Period published by 23 different firms. Transcripts of Wells Fargo's conference calls conducted during the Class Period reveal that at least six additional firms also followed the Company. Barber et al., [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[18] Coverage by 29 analyst firms is broad coverage.

    iii.     **Wells Fargo Stock Was Listed on the NYSE and Had Numerous Market Makers** – Throughout the Class Period, Wells Fargo traded on the NYSE, where a Designated Market Maker is assigned to each listed security to maintain a fair and orderly market.[19] During the Class Period, there were at least 128 market makers for Wells Fargo stock, including well-known firms such as: Barclays Capital, J.P. Morgan Securities, Morgan Stanley, and UBS Securities.[20]

    iv.     **Wells Fargo Was Eligible to File an S-3** – Wells Fargo satisfied the conditions for S-3 eligibility throughout the Class Period. A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizeable value. The SEC requirements for S-3 eligibility include 12 months of consistent financial filings and at least $75 million of float.[21] Wells Fargo regularly filed financial reports with the SEC throughout the Class Period. The average float of Wells Fargo during the Class Period ranged between $223.8 billion and $298.5 billion, which always far exceeded the minimum requirement for S-3 eligibility. Not only

---

[18] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *The Journal of Corporation Law*, 1994, pp. 302, and 310-311.

[19] "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2019; and "The NYSE Market Model: How the NYSE Market Model Works," *NYSE.com*.

[20] Market maker data obtained from *Bloomberg*.

[21] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

was Wells Fargo eligible for S-3 registrations throughout the Class Period, but the Company actually did file an S-3 registration statement during the Class Period on 24 February 2017.

v.  **Wells Fargo's Market Capitalization Was Large** – With an average market capitalization of $273.8 billion during the Class Period, Wells Fargo was one of the largest publicly traded companies in the United States and the world. Wells Fargo's size, measured in terms of market capitalization, was larger than 99% of all other publicly traded companies in the U.S.

vi.  **Wells Fargo Stock Had Large Float** – Wells Fargo's public float averaged $273.5 billion during the Class Period. Float excludes shares held by insiders and affiliated corporate entities, yet Wells Fargo's average float was still larger than the total market capitalizations (which includes shares held by insiders and affiliates) of at least 99% of all other publicly traded companies in the U.S.[22]

vii.  **Wells Fargo's Bid-Ask Spread Was Narrow** – The average bid-ask spread for Wells Fargo stock during the Class Period was 0.02%, which was much narrower than the 0.57% average month-end bid-ask spread among all CRSP stocks.[23] In dollar terms, the Wells Fargo stock bid-ask spread during the Class Period averaged $0.01 per share, while the average month-end bid-ask spread among all CRSP stocks was $0.11 during the Class Period.

viii.  **Wells Fargo Stock Reacted to Information** – I conducted a collective empirical test of the efficiency of the market for Wells Fargo stock.[24] A

---

[22] For the entire Class Period, the market capitalizations for all other stocks were computed as averaged month-end values using data from CRSP. Size percentiles were computed using these averaged month-end data from CRSP for November 2016 through July 2017. The 1st percentile contains the largest 1% of all public companies listed on the NYSE, NASDAQ, and ARCA, while the 99th percentile contains the smallest 1%.

[23] This calculation is based upon averaged month-end data from CRSP November 2016 through July 2017.

[24] Collective tests of market efficiency have been accepted by courts in at least the following cases: *McIntire v. China Media Express Holdings, Inc.*, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014); *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016); *Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491, 506 (S.D. Tex. 2004); and *City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ,* 322 F. Supp. 3d 676, 688 (D. Md.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

collective empirical test investigates whether Wells Fargo stock demonstrated market efficiency by moving more on a set of high information flow dates than on ordinary non- or lesser news dates. If the stock price moves more on high information event dates, such a finding demonstrates that information reaches the market, the market does not ignore the information, the market trades on the information, and the stock price reacts to the flow of information. Due to the relatively short Class Period, I conducted the collective event study test over a slightly extended period, the one-year period beginning on the first date of the Class Period. Specifically, the date range for the test is 3 November 2016 to 2 November 2017 ("Examination Period"). I focused the test on the four earnings announcements during the Examination Period, comparing their price movements to the price movements on all other days. I conducted a Fisher's Exact Test, which is a commonly used and widely accepted test, to determine whether earnings announcement event dates were more frequently statistically significant than all other more ordinary news days.[25] The proportion of statistically significant days among the Wells Fargo earnings event days during the Examination Period is 50.0% (2 of 4), while the proportion of statistically significant days among all other days is 5.2% (13 of 248). This difference in incidence frequency is associated with a p-value of 1.856%. At more than a 98% confidence level, this finding proves that Wells Fargo stock reacted to information and therefore its market demonstrated informational efficiency during the Examination Period.

---

2018). The methodology is described in "The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," by Michael Hartzmark and H. Nejat Seyhun, *Va. L. & Bus. Rev.* vol. 6, no. 3, 2012 and "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," by Paul Ferrillo et al., *St. John's L. Rev.* vol. 78, no. 1, 2004, p. 119.

[25] "A Survey of Exact Inference for Contingency Tables," by Alan Agresti, *Institute of Mathematical Statistics*, vol. 7, no. 1, 1992, pp. 131-153.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

## VII. TIMELINE OF EVENTS

37.     A review of the following events provides context for understanding the Plaintiff's allegations and the Company's experience during the Class Period.

### A.     3 November 2016: Wells Fargo Presents at BancAnalysts Association of Boston Conference

38.     On 3 November 2016, Wells Fargo's CEO Sloan and Senior Executive VP of Community Banking Mary Mack ("SEVP Mack") presented at the BancAnalysts Association of Boston conference.[26] During the conference, CEO Sloan and SEVP Mack made a series of representations regarding Wells Fargo's commitment to "taking the necessary steps to restore our customers' trust."[27]

39.     In his opening remarks, CEO Sloan stated that Wells Fargo would "be engaging a separate, independent consultant to review sales practices across the company" and touted that "[t]his is beyond what we're required to do under the Consent Orders, because we want to do what's right for our customers."[28] CEO Sloan also assured that "nothing gets in the way of doing what's right for the customers" and that "the vast majority of our team members did the right thing and still do the right thing every day on behalf of customers … ."[29] In closing his prepared statements, CEO Sloan reiterated as follows:

> "[CEO Sloan]: I'm fully committed along with the rest of our entire leadership team, and you'll hear from one of the best, Mary Mack, in just a few minutes, to fixing these issues and taking the necessary steps to restore our customers' trust."
> **"BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016, p. 1.**

---

[26] "BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016.

[27] *Id.*, p. 1.

[28] *Id.* p. 3.

[29] "*Id.*, pp. 5-6.

13

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

> "[CEO Sloan]: I want to conclude my remarks with my near-term priorities. My primary objective and the objective of our senior leadership team is to restore trust in Wells Fargo, and including rebuild pride in our company and a vision of meeting our customers' financial needs."
> **"BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016, p. 3.**

40. Following the executives' prepared remarks, analysts had the opportunity to ask questions. In response to an analyst's question, CEO Sloan assured as follows:

> "[CEO Sloan]: Sure. Good question. So, everybody heard the question; that is, are there activities outside of Retail Banking focused – and reviews focused on sales practices and culture? The short answer is yes. I announced in Charlotte last week and it was relatively well-covered by the media, that we're going to engage separate from the consent – the requirements under the consent order, we're going to engage a separate firm to look at sales practices across the rest of the company. Right? We're going to leave no stone unturned. I'm not aware of any issues, but I don't want there to be a question about how we interact with customers at Wells Fargo. We're going to put that to rest. That's going to be done in a very comprehensive way and it's going to be done relatively quickly, but it's going to be done right."
> **"BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016, p. 9.**

41. In their reports issued following the BancAnalysts Association of Boston Conference, analysts echoed the Company's representations and assurances:

> "As one might expect, management devoted much of the time to the current turmoil regarding inappropriate retail sales practices. … Overall, we did not hear anything that we believe shed significant new light on the current situation or would change how we are thinking about the stock. Nevertheless, management seems committed to transparency with current business trends, and we will continue to monitor closely any updates. … Management's clear near-term priority is to restore trust in the company, including pride in the company and vision. Management intends to be transparent with business trends."
> **"WFC Highlights from 2016 BAAB Conference Presentation," by R. Scott Siefers et al., Sandler O'Neil, analyst report, 3 November 2016, pp. 1-2.**

> "Beyond Retail Banking… though mindful of the risk, management is not seeing a significant impact on business outside of the retail banking footprint. Near term priorities. For CEO Tim Sloan, first and foremost is the restoration of trust, broadly (employees, customers, regulators, etc.)--

14

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> addressing any and all weaknesses within Wells Fargo's culture is high on the list. … Catalysts for share price outperformance. Sustained outperformance relies on both confidence in sustainable growth and ROE prospects (a more favorable macro backdrop would help), and conclusion/resolution of the mounting inquiries and investigations into the bank's sales practices."
> **"Gauging Change: Takeaways from BAAB," by Susan Katzke et al., Credit Suisse, analyst report, 7 November 2016, pp. 1-2.**

> "As WFC moves forward it has a specific action plan in place that is focused on outreach to everyone who has been affected by retail banking sales practices including WFC's community, its customers, WFC's regulators, WFC's team members and WFC's investors."
> **"3Q16 10-Q Review: DoJ, SEC Inquiries; RPLs Up; More Cross Sell Changes," by Jason Goldberg et al., Barclays, analyst report, 4 November 2016, p. 7.**

    **B.    18 November 2016: Wells Fargo's Responses to Questions from U.S. Senate Committee on Banking, Housing, and Urban Affairs are Released to the Public**

42.    On 15 November 2016, Wells Fargo submitted responses to a series of questions from the U.S. Senate Committee on Banking, Housing, and Urban Affairs.[30] These Questions for the Record ("QFR") responses were not made public until Senator Brown posted them on his website on 18 November 2016.[31] Among the questions asked by the U.S. Senate Committee was a direct inquiry: "Have you discovered other types of misconduct involving other products aside from credit cards or basic banking (such as misconduct related to applications for mortgages or personal or other loans or lines of credit, insurance or other investment areas)?"[32] Wells Fargo answered that the activity was "limited to certain team members within the Community Banking Division."[33]

---

[30] Joint Stipulation Regarding Authenticity of the Excerpt of the Wells Fargo QFR Response Publicly Released by Senator Sherrod Brown, dated 9 August 2021; "Brown: Wells Fargo Must Stop Stonewalling on Phony Accounts Scandal," *United States Senate Committee on Banking, Housing, and Urban Affairs*, 18 November 2016.

[31] *Id.*

[32] *Id.*

[33] *Id.*

**Exhibit-6**

## Feinstein Wells Fargo Loss Causation and Damages Report

C.     **27 July 2017:** *The New York Times* **Reports on Wells Fargo's CPI Misconduct**

43.     On 27 July 2017, after the close of trading, *The New York Times* published an exposé titled "Wells Fargo Forced Unwanted Auto Insurance on Borrowers."[34] According to *The New York Times* article, Wells Fargo examined insurance policies sold to its customers from January 2012 through July 2016.[35] Wells Fargo found that "[m]ore than 800,000 people who took out car loans from Wells Fargo were charged for auto insurance they did not need" and that the "expense of the unneeded insurance, which covered collision damage, pushed roughly 274,000 Wells Fargo customers into delinquency and resulted in almost 25,000 wrongful vehicle repossessions … ."[36]

44.     According to the article, Wells Fargo found that the "insurance, which the bank required, was more expensive than auto insurance that customers often already had obtained on their own."[37] As a result of the illicit practice and how the automobile insurance was deducted from borrowers' accounts by Wells Fargo, many borrowers were pushed into delinquency.

> "For borrowers, delinquencies arose quickly because of the way the bank charged for the insurance. Say, for example, that a customer agreed to a monthly payment of $275 in principal and interest on her car loan, and arranged for the amount to be deducted from her bank account automatically. If she were not advised about the insurance and it increased her monthly payment to, say, $325, her account could become overdrawn as soon as Wells Fargo added the coverage."
> **"Wells Fargo Forced Unwanted Auto Insurance on Borrowers," by Gretchen Morgenson, *The New York Times*, 27 July 2017, 8:52 PM.**

45.     Within hours of the release of *The New York Times* article, Wells Fargo issued a press release acknowledging the CPI misconduct. The Company disclosed that its "review determined that certain external vendor processes and internal controls were inadequate.

---

[34] "Wells Fargo Forced Unwanted Auto Insurance on Borrowers," by Gretchen Morgenson, *The New York Times*, 27 July 2017, 8:52 PM.

[35] *Id.*

[36] *Id.*

[37] *Id.*

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

As a result, customers may have been charged premiums for CPI even if they were paying for their own vehicle insurance, as required, and in some cases the CPI premiums may have contributed to a default that led to their vehicle's repossession."[38]

46.     In the same press release issued that day, the Company announced its "plan to remediate auto loan customers of Wells Fargo Dealers Services who may have been financially harmed due to issues related to auto Collateral Protection Insurance (CPI) policies."[39] The Company divulged that it had identified approximately 570,000 customers who may have been impacted, and it estimated the remediation cost to be approximately $80 million.

> "Wells Fargo reviewed policies placed between 2012 and 2017 and identified approximately 570,000 customers who may have been impacted and will receive refunds and other payments as compensation. In total, approximately $64 million of cash remediation will be sent to customers in the coming months, along with $16 million of account adjustments, for a total of approximately $80 million in remediation."
> **"Press Release: Wells Fargo Announces Plan to Remediate Customers for Auto Insurance Coverage," *Dow Jones Institutional News*, Company press release, 27 July 2017, 11:22 PM.**

47.     Analysts viewed the CPI disclosures as negative news that would have direct negative financial consequences and also negatively impact the Company's reputation and credibility.

> "Key implications: 1) Legal penalties and fines likely to follow, which add further to expenses; 2) Large reputational hit and further scrutiny – this will also increase expenses; 3) Unclear to us what, if any, liability may arise for any insurance sales prior to 2012. … Despite three other scandals, it is very surprising that Wells Fargo has not changed the opaqueness in its disclosure and only disclosed this late on Thursday night when it realized a news story was about to break the next morning. This raises the question about what other changes Wells Fargo needs in its culture."
> **"Another Scandal – Auto Finance, 570,000 Customers; No Disclosure Again; Mines/Legal Chgs, Clawbacks?" by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 31 July 2017, p. 1.**

---

[38] "Press Release: Wells Fargo Announces Plan to Remediate Customers for Auto Insurance Coverage," *Dow Jones Institutional News*, Company press release, 27 July 2017, 11:22 PM.

[39] *Id.*

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

"Following our note earlier this week, we have learned additional details about this issue. This raises questions about the full size of the liability and the number of customers initially estimated in the consultant's report (570,000), both of which are likely to be higher. It appears that many banks stopped doing force-placed auto insurance over 10 years ago when they realized that it was leading to increased defaults."

**"Follow Up to Auto Insurance Scandal: Damages and Number of Harmed Customers Could Be Higher, Key Questions," by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 2 August 2017, p. 1.**

"Our Take: The company has made significant progress towards resolving the remaining issues from the sales practice scandal—earlier this month receiving preliminary approval for its $142M settlement for the 3.5M customers impacted by the scandal—however *the auto CPI issue is yet another hit to the company's reputation*. We expect the company to resolve the auto CPI issue and continue to put the remaining issues from cross-sell scandal behind the company, and we expect that shares will re-rate over time as the margin expands and loan growth returns at a more meaningful pace. We reiterate our Outperform rating on shares of WFC."

**"WFC: To Refund $80M for Unwanted Auto Insurance," by Brian Kleinhanzl, KBW, analyst report, 28 July 2017, p. 1 [WF PM_00018117-8 at 7] (emphasis added).**

"This is new news. In our follow-up call with mgmt, we confirmed that the auto insurance issue is new news, and not related to the sales practice issues. … Issue to have legs. Given this issue is fresh off the block, it's likely to be around for a while. While WFC has already announced remediation efforts, the nature of the issue (misrepresentation of consumer data, auto repossessions, impact to related consumer credit profiles, lack of internal controls to catch the issue) is likely to draw flies quickly. Such could come in the form of new government investigations, civil & criminal suits, fines, and regulatory actions. *Another hit to management's credibility*. Since taking over for ousted CEO John Stumpf in Oct 2016, CEO Tim Sloan has been upfront with investors that no stone will be left unturned re: the sales practice issue. However, this development is outside of the scope of the sales practice issue, and more importantly, illustrates that visibility into the adequacy of Well's risk controls remains limited. … Stock likely to remain pressured. We expect WFC's shares to remain pressured n/t as the issue develops, and more importantly, *as mgmt credibility begins to wane*."

**"And the Hits Just Keep on Coming - Initial Take on Auto Issues," by John Pancari et al., Evercore, analyst report, 28 July 2017, p. 1 (emphasis added).**

"WFC announced that ~$64M of cash remediation will be sent to impacted customers in coming months along with $16M of account adjustments for a total hit of ~$80M. While the dollar amount is

18

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> negligible, we believe the full cost may be significantly higher and weigh on the risk premium the market will place on shares."
> **"Here We Go Again?" by Kevin Barker et al., Piper Jaffray, analyst report, 28 July 2017, p. 1.**

48. JPMorgan compared the size of the estimated CPI remediation expense to the size of the remediation expense in the retail bank scandal, finding the CPI matter to be of a larger magnitude: "The fees reimbursed to customers in that case was much smaller at $2.6 mil."[40] JPMorgan also anticipated the liability and the number of affected customers to be greater than the Company's reported estimates.[41]

49. Coverage of the developments was widespread and public reaction was harsh. New York City's Comptroller Scott Stringer described the news thusly, "'This is a full-blown scandal – again.'"[42] Examples of reporting on the matter include the following:

> "Wells Fargo and Co said it would reimburse about $80 million to 570,000 customers who may have been charged wrongly due to issues related to auto collateral protection insurance (CPI) policies. … Wells Fargo said late Thursday it would pay back $80 million to customers wrongly charged for car loan insurance in the coming months, which included $64 million in cash and $16 million of account adjustments."
> **"Wells Fargo to Refund $80 Million to Customers Hit by Car Loan Insurance," *Reuters News*, 28 July 2017, 12:49 AM.**

> "An internal report has said that Wells Fargo (NYSE: WFC) had forced auto insurance on some borrowers. The bank is said to have sold useless auto insurance to some customers that caused 25,000 wrongful vehicle repossessions. More than 800,000 people who took out car loans from the bank were charged for insurance they did not need. Some of the borrowers are still paying for the insurance, the report said."
> **"Wells Fargo Said to Have Forced Auto Insurance on Borrowers," *Electronic News Publishing*, 28 July 2017.**

---

[40] "Another Scandal – Auto Finance, 570,000 Customers; No Disclosure Again; Mines/Legal Chgs, Clawbacks?" by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 31 July 2017, p. 1.

[41] "Follow Up to Auto Insurance Scandal: Damages and Number of Harmed Customers Could Be Higher, Key Questions," by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 2 August 2017, p. 1.

[42] "Wells Fargo Faces Angry Questions after New Sales Abuses Uncovered," by Dan Freed, *Reuters*, 28 July 2017 6:41 PM.

19

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

> "Wells Fargo & Co. said late Thursday it plans to refund certain auto-loan customers who may have been improperly charged for some auto insurance. The bank said it found 570,000 customers who may have been impacted from policies placed between 2012 and 2017, and that they will receive refunds or account adjustments totaling around $80 million."
>
> **"Wells Fargo Will Pay $80 Million to Overcharged Auto Loan Consumers; Another Consumer Scandal for the Troubled Bank," by Emily Glazer, *MarketWatch*, 28 July 2017, 11:59 AM.**

> "'What has been shown is that the bank was run for superior revenue growth, and the controls around managing that were clearly insufficient,' Atlantic Equities analyst Christopher Wheeler said in an email. 'Management changes may have to be more extensive to try and shake off the new and lower-quality reputation.'"
>
> **"New Wells Fargo Scandal Seen as Proof Controls Still Lacking," by Laura Keller and Noah Buhayar, *Bloomberg*, 28 July 2017 12:08 AM, updated 28 July 2017 12:26 PM.**

> "Wells Fargo is trying to fix its battered reputation. The latest scandal won't help. The bank said late Thursday it is 'extremely sorry' for charging as many as 570,000 customers for car insurance they didn't need."
>
> **"Wells Fargo May Have Forced 570,000 Customers into Unneeded Auto Insurance," by Matt Egan, *CNN Business*, 28 July 2017, 1:22 PM.**

> "The drip, drip, drip of revelations about various scandals goes beyond how much in fines or customer reimbursements the bank must pay to larger questions of credibility, Ed Mills, an FBR Capital Markets analyst, said in an interview. 'What we have seen repeatedly with Wells Fargo is that the economic impact is not material and it's more of the reputation that's impacted,' Mills said. 'What is big to the average American, and what is big to Wells Fargo, are two very different things.'"
>
> **"Wells Fargo Does It Again, This Time with Unwanted Auto Insurance," by Laura Keller, *Bloomberg*, 28 July 2017, 3:38 PM.**

**D.  4 August 2017: Wells Fargo Files Form 10-Q with SEC Disclosing Additional CPI Details and the GAP Misconduct**

50.  On 4 August 2017, during the trading day, Wells Fargo issued its Form 10-Q for 2Q17. In the filing, the Company provided further details regarding its illicit automobile insurance practices.[43] The Company reiterated what it presented in its 27 July 2017 press

---

[43] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

release, stating it "determined that certain external vendor processes and operational controls were inadequate, and, as a result, customers may have been charged premiums for CPI even if they were paying for their own vehicle insurance, as required, and in some cases the CPI premiums may have contributed to a default that led to their vehicle's repossession. The Company discontinued the CPI program in September 2016."[44]

51. The Form 10-Q added the disclosure that "[m]ultiple putative class action cases alleging, among other things, unfair and deceptive practices relating to these CPI policies, have been filed against the Company in United States federal courts, including in the United States District Courts for the Northern District of California and Southern District of New York."[45] With respect to CPI and GAP, the Company also warned that "[t]hese and other issues related to the origination, servicing and/or collection of indirect consumer auto loans, including related insurance products, may subject the Company to formal or informal inquiries, investigations or examinations from federal, state and/or local government agencies, and may also subject the Company to litigation."[46]

52. In its Form 10-Q, the Company disclosed the GAP issue, hitherto undisclosed. The Company stated that it "identified certain issues related to the unused portion of guaranteed auto protection waiver or insurance agreements between the dealer and, by assignment, the lender, which may result in refunds to customers in certain states."[47]

53. News media identified the GAP issue as new news that had not previously been disclosed by the Company. *The New York Times* wrote, "The bank alluded to the new problem briefly in its quarterly financial statement issued Friday. 'The company has identified certain issues related to the unused portion of guaranteed auto protection waiver or insurance agreements between the dealer and, by assignment, the lender, which may result in refunds to customers in certain states,' Wells Fargo said in the filing."[48] The

---

[44] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[45] *Id.*

[46] *Id.*

[47] *Id.*

[48] "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds," by Gretchen Morgenson, *The New York Times*, 7 August 2017, 9:00 PM.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

article further noted that the "new problem raises questions about Wells Fargo's internal controls and its board's oversight of company operations."[49]

54.  Later that day, the Company also issued a press release titled "Wells Fargo CEO Shares Updates on Company's Rebuilding Trust Efforts in Companywide Message."[50] In the press release, CEO Sloan emphasized that the SEC filing "includes updates on our rebuilding trust efforts … Rebuilding trust became our top priority when I became CEO last October."[51]

55.  Analysts attributed the decline in the Company's share price on 4 August 2017 to the disclosures in the Company's Form 10-Q filing.

> "However, negative headlines continue—including most recently in Friday's 10Q and ~2weeks ago when issues related to auto collateral protection insurance became well known. As a result, near term news flow/headline risk, and its impact on the stock, is more uncertain. … Auto lending insurance was an issue highlighted recently in the media, in which some WFC customers were forced to purchase insurance when they didn't need to. Regulators have known about this, but what other political fallout could there be? What about further issues in other areas. It seems like the retail sales practice issues may have been more widespread?"
> **"Takeaways from CEO Meetings and 10Q," by Matt O-Connor and Robert Placet, Deutsche Bank, analyst report, 8 August 2017, pp. 3 and 8.**

> "10Q flags items - some incremental, some for sake of transparency; Headlines again hit the stock. Wells Fargo flagged several items in its 10Q filed on Friday, which together, weighed on the stock in late afternoon trading (WFC down 1.1% on Friday vs peers up 0.8%).
> …
> New auto insurance issue identified. Wells Fargo noted that it self-identified issues related to the unused portion of customer initiated guaranteed auto protection (GAP) insurance agreements between auto dealers and WFC. Specifically, mgmt noted on a follow-up call that due to lack of oversight in some cases, dealers did not refund the covered deficiency balance to customers. Mgmt noted that starting in June 2017, Wells Fargo will process such refunds directly to customers, not via

---

[49] "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds," by Gretchen Morgenson, *The New York Times*, 7 August 2017, 9:00 PM.

[50] "Wells Fargo CEO Shares Updates on Company's Rebuilding Trust Efforts in Companywide Message," Wells Fargo & Company, Company press release, 4 August 2017.

[51] *Id.*

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

dealers (in 9 states). Mgmt expects to expand this policy nationally over time. Importantly, we note that this is a separate newly disclosed issue, and different from the recently disclosed CPI issue (discussed below), and was self-identified. Mgmt noted that Wells Fargo's review of this issue is still in the early stages and accordingly, did not disclose a potential financial impact. That said, mgmt acknowledged that this could present reputational risk for WFC. Lastly, mgmt noted that while regulators have not yet scrutinized this issue, it cannot completely rule out such a possibility, and therefore was self-identified. This matter is a brand-new disclosure, not previously reported by any source.

…

On a follow-up call, mgmt noted that a comprehensive review of the issue is underway. To this end, late last week, the New York Department of Financial Services sent WFC a subpoena on the [CPI] matter, and it was reported that the OCC is now investigating WFC on the matter as well. Additionally, WFC noted in the 10Q that customers impacted by these policies have already filed lawsuits in Federal Court, in both California and New York."

**"10Q Flags Additional Items; More Headline Risk," by John Pancari et al., Evercore, analyst report, 7 August 2017, p. 1.**

"Wells Fargo (Wells) shares sold off on Friday afternoon after it released its 2Q17 10Q filling. The 10Q indicated that the expansion of the review to include 2009 and 2010 (vs May 2011-Sep 2016 initially) could lead to 'significant increases' in potentially unauthorized accounts. In addition, new disclosures included, among other things, CFPB reviews into actions to freeze and, in some cases, close deposit accounts after suspected fraudulent activity was discovered and into policies requiring customers to pay for the extension of interest rate locks on residential mortgages. Moreover, the 10Q comes on the back of last week's disclosures about the unauthorized charging of premiums for collision protection insurance. Wells stock has declined 3.4% since Thursday, July 27 close, vs the 1.8% increase in the KBW banks index over this time period. Reputational damage adds to revenue headwinds. Though applauding management's commitment to enhanced disclosures on legal/regulatory matters, we continue to worry that reputational damage could impair the value of Wells' retail and even commercial banking franchises."

**"A Tough End to a Tough Week; The Price of Transparency – Stock Sells Off on 10Q Filing," by Saul Martinez et al., UBS, analyst report, 4 August 2017, p. 1.**

23

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> "WFC have lagged peers by 26% since retail sale practice issues came to light nearly a year ago. Negative headlines continue, incl in Fri's 10Q and it's hard to rule out additional headwinds in coming months. That said, there were several positives in 2Q and we expect more clarity on some issues in 3Q (and more in 4Q). The stock also seems to be pricing in a lot of bad news, trading at a 20% discount to peers."
> **"Takeaways from CEO Meetings and 10Q," by Matt O-Connor and Robert Placet, Deutsche Bank, analyst report, 8 August 2017, p. 1.**

## VIII.  LOSS CAUSATION

### A.      Analytical Methodology

56.   I conducted an event study and additional financial analyses in order to determine whether the alleged misrepresentations and omissions caused Plaintiff's losses. Specifically, I conducted an event study and additional financial analyses to determine whether the alleged misrepresentations, omissions, and subsequent corrective disclosures concerning fraudulent CPI and GAP business practices caused the Plaintiff to suffer losses.

57.   An event study coupled with other financial analysis can determine whether revelatory information on particular disclosure event dates was a substantial cause of a security price decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new company-specific information. An event study is essentially a controlled experiment that allows one to observe the market's valuation of a security with and without newly provided information.

58.   Once an event study has established a company-specific security price reaction on a corrective disclosure date, to establish loss causation one must determine whether allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. Financial analysis, including valuation analysis, can account for and thus remove the effect, if any, of confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently concealed facts was a substantial cause of the security price decline.

24

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

59. Additional elements of loss causation analysis may include applying fundamental valuation principles, examining Company statements, and reviewing analyst commentary in order to assess whether the subject matter of the alleged misrepresentations and omissions is economically material – that is, valuation relevant and important to investors.[52]

### B. Loss Causation Analysis

60. Over the course of the Class Period, the alleged misrepresentations and omissions concealed from investors illicit business practices that subjected the Company to significant direct adverse financial impacts, specifically, remediation costs, regulatory penalties, and legal expenses.

61. Moreover, the illicit business practices concealed by the alleged misrepresentations and omissions were inconsistent with the Company's stated commitment to be a trustworthy financial services company for its customers. It is a generally accepted valuation principle that a good reputation has significant value. Company and analysts' statements throughout the Class Period and immediately thereafter attest to the importance of Wells Fargo's reputation to its valuation. Financial principles and published empirical research establish that company conduct which breaks investors' trust has a negative valuation impact on a company's stock price on account of a diminished reputation (i.e., the "reputation effect").

62. Given that Wells Fargo's stock traded in an efficient market, it follows that the concealment of adverse information would artificially inflate the stock price. Because the alleged misrepresentations and omissions hid consequent adverse impacts on future costs, earnings, and cash flow, and also inflated the market's perception of Wells Fargo's reputation, the misrepresentation and omissions artificially inflated the market price of Wells Fargo stock. When corrective disclosures informed market participants about what

---

[52] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

Exhibit-6
**Feinstein Wells Fargo Loss Causation and Damages Report**

previously was concealed, consequent expenses were anticipated, reputation value was diminished, the artificial inflation in the stock price dissipated, the stock price declined, and thus, investors suffered losses. As such, the alleged misrepresentations and omissions caused investor losses.

63. Event study analysis focusing on the reaction of the security price to corrective disclosures, which revealed to market participants the existence and extent of the additional misconduct, confirms this conclusion empirically. The analysis supporting the conclusion of loss causation is presented in more detail next.

### 1. Financial Principles

#### a. Remediation Costs, Regulatory Penalties, and Legal Expenses

64. Engaging in improper or illegal business practices incurs a risk of remediation costs, regulatory penalties, and legal expenses. Concealed misconduct therefore conceals the risk of negative impacts on earnings and cash flow. Earnings and cash flow are among the most economically material financial metrics, as elucidated in the excerpts below from the finance literature. Consequently, a company's concealment of misconduct, of the sort Wells Fargo reportedly engaged in, artificially inflates the market's valuation of the company and its securities. It follows that when the misconduct comes to light, the anticipation of the adverse economic consequences negatively impacts the value of the company and its stock.

65. The following quotes from the academic literature attest to the central role of earnings and cash flow in valuation:

> "Earnings power is a chief driver of investment value, and EPS [earnings per share], the denominator of the P/E ratio, is perhaps the chief focus of security analysts' attention."
> ***Analysis of Equity Investments: Valuation*, by John Stowe et al., Association for Investment Management and Research (CFA Institute), 2002, p. 183.**

> "The most familiar market value multiple is the *price/earnings (P/E) multiple*."
> ***The Market Approach to Valuing Businesses*, 2nd Edition, by Shannon Pratt, John Wiley & Sons, 2005, p. 4 (emphasis in original).**

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

"First, a stock's earnings per share over the forthcoming year $E_1$ are estimated, and then the analyst (or someone else) specifies a 'normal' **price-earnings ratio** for the stock. The product of these two numbers gives the estimated future price P1."
*Investments*, **5th Edition, by William Sharpe et al., Prentice Hall, 1995, p. 581 (emphasis in original).**

"Much of the real-world discussion of stock market valuation concentrates on the firm's **price-earnings multiple**, the ratio of price per share to earnings per share, commonly called the P/E ratio."
*Investments*, **10th Edition, by Zvi Bodie et al., McGraw-Hill Education, 2014, p. 609 (emphasis in original).**

"In finance, the value of the firm is its ability to generate financial cash flow."
*Corporate Finance*, **8th Edition, by Stephen A. Ross et al., McGraw-Hill Irwin, 2008, p. 29.**

"One way to think about the question of how much a firm is worth is to calculate the present value of its future cash flows."
*Corporate Finance*, **8th Edition, by Stephen A. Ross et al., McGraw-Hill Irwin, 2008, p. 116.**

"The free cash flow approach is the one [valuation model] used most often in corporate finance. The analyst first estimates the value of the entire firm as the present value of expected future cash flows to the entire firm and then subtracts the value of all claims other than equity. Alternatively, the free cash flows to equity can be discounted at a discount rate appropriate to the risk of the stock."
*Investments*, **8th Edition, by Zvi Bodie et al., McGraw-Hill Irwin, 2009, p. 619.**

"The discounted-cash-flow (DCF) formula for the present value of a stock is just the same as it is for the present value of any other asset. We just discount the cash flows by the return that can be earned in the capital market on securities of comparable risk."
*Principles of Corporate Finance*, **8th Edition, by Richard A. Brealey et al., McGraw-Hill Irwin, 2006, p. 61.**

           b.      **Reputation Effect and Negative Valuation Impact**

66.    It is well-established in the finance literature that the valuation ramifications of misconduct extend beyond the direct dollar consequences of the misconduct. Misconduct,

27

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

when revealed, causes further valuation loss on account of damage to a company's reputation. This principle is generally accepted and presented in the academic and professional literature. For example:

> "Risk/uncertaintly likely increases and future prospects may well decrease when management integrity and competence are called into question."
> **"Determinants of Market Reactions to Restatement Announcements," by Zoe-Vonna Palmrose et al.,** *Journal of Accounting & Economics*, **2004, p. 63.**

67. Karpoff et al. [2008] found that when fraud is disclosed, the damage to a firm's reputation has significant negative valuation impact because of the negative effect of reputation damage on future cash flows stemming from customer loss and higher cost of financing. The finance literature explains that beyond the direct economic consequences of disclosed misconduct, such as remediation costs, regulatory penalties, and legal expenses, the consequent reputational harm incurs additional negative valuation impacts stemming from increased operational and financing costs, slowing deposit growth, strained commercial banking relationships, and lower customer product revenue.

68. Reputation is of particular importance for banking and financial institutions.

> "Our paper … analyzed operational loss impact due to internal frauds on stock returns for financial institutions in the period 2000–2006 using the OpVar database. … We conduct an event study analysis of the market value impact of these operational loss events on bank and insurance stocks through the evaluation of the cumulative abnormal return in a window event surrounding the event date. … We observe an evident reputational effect due to internal fraud events. The reputational effect is revealed through a sharp negative impact on the CAR values. This negative impact progressively weakens after sometime. We finally estimate the reputational VaR at a given confidence level for a monthly event window which represent the economic capital necessary to hedge negative reputational effects."
> **"Quantifying Reputational Effects for Publicly Traded Financial Institutions," by Giuseppina Cannas et al.,** *Journal of Financial Transformation*, **vol. 27, p. 80, 2009.**

28

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

"Indeed, reputational events have a sharp negative impact (Cruz, 2002) and after a while a progressive recovery occurs (the kind of recovery depends strongly on the specific financial institution). For these reasons, the reputational VaR is estimated in a short time horizon where the negative reputational impact is observable."
**"Quantifying Reputational Effects for Publicly Traded Financial Institutions," by Giuseppina Cannas et al.,** *Journal of Financial Transformation*, **vol. 27, 76-81, 2009.**

"Defendants involved in government suits suffer larger declines in shareholder wealth (-1.73%) than defendants involved in lawsuits with other firms (-0.75%) or with private parties (-0.81%). These results are consistent with the hypothesis that government agencies have more leverage and resources at their disposal to use in a legal battle and/or the type of suit most frequently filed by government agencies, such as an environmental action, is typically more serious."
**"The Shareholder Wealth Implications of Corporate Lawsuits," by Sanjai Bhagat et al.,** *The Journal of the Financial Management Association*, **1998, p. 6.**

"In cases of internal fraud, the loss in market value is greater that [sic] the operational loss amount announced, which is interpreted as a sign of reputational damage. Negative impact is proportionally greater when the loss amount represents a larger share in the company's net profit."
**"Operational Risk and Reputation in the Financial Industry," by Roland Gillet et al.,** *Journal of Banking & Finance*, **2010, p. 224.**

69. According to established financial principles and published empirical research, the alleged misrepresentations and omissions would have inflated Wells Fargo's value on account of the Company's reputation being overestimated by the market. Investors would ultimately suffer losses, for among other reasons, when this reputational misperception was corrected by the disclosures of the misconduct.

### 2. Company Statements and Class Action Settlements Compel a Conclusion of Loss Causation

70. The Company acknowledged that there would be and were direct negative economic consequences stemming from the misconduct. The Company made these admissions in its 27 July 2017 press release, in the 4 August 2017 Form 10-Q, in subsequent announcements, and in interrogatory answers provided in the instant litigation.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

"Wells Fargo & Company (NYSE: WFC) today announced a plan to remediate auto loan customers of Wells Fargo Dealers Services who may have been financially harmed due to issues related to auto Collateral Protection Insurance (CPI) policies. Wells Fargo reviewed policies placed between 2012 and 2017 and identified approximately 570,000 customers who may have been impacted and will receive refunds and other payments as compensation. In total, approximately $64 million of cash remediation will be sent to customers in the coming months, along with $16 million of account adjustments, for a total of approximately $80 million in remediation. Starting in August 2017, Wells Fargo will proactively reach out to impacted customers with letters and refund checks."
**"Press Release: Wells Fargo Announces Plan to Remediate Customers for Auto Insurance Coverage," *Dow Jones Institutional News*, Company press release, 27 July 2017, 11:22 PM.**

"The Company recently announced a plan to remediate customers who may have been financially harmed due to issues related to automobile collateral protection insurance (CPI) policies purchased through a third-party vendor on their behalf (based on an understanding by the vendor that the borrowers' insurance had lapsed). The plan currently consists of approximately $64 million in cash remediation and $16 million in account adjustments. The Company discontinued the CPI placement program in September 2016."
**Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, p. 4.**

"Subject to and without waiving any Objections, Wells Fargo states that as of May 31, 2021, it has paid or will pay approximately $693 million to customers with CPI policies placed between October 14, 2005 and September 30, 2016..."
**"The Response to Interrogatory No. 13; Defendant Wells Fargo & Company's Second Supplemental Responses and Objections To Lead Plaintiff's Fifth Set Of Interrogatories," *Purple Mountain Trust v. Wells Fargo & Company*, Case No. 3:18-cv-03948-JD (2021).**

"Subject to and without waiving any objections, Wells Fargo states that Wells Fargo Bank, N.A. paid a total of $1 billion in civil penalties pursuant to Consent Orders entered into with the OCC and CFPB on April 20, 2018 concerning various issues at Wells Fargo Bank, N.A., only one of which was the placement of CPI on customers who did not need it because they already had adequate insurance coverage of their own."
**"The Response to Interrogatory No. 14; Defendant Wells Fargo & Company's Second Supplemental Responses and Objections To Lead Plaintiff's Fifth Set Of Interrogatories," *Purple Mountain Trust v. Wells Fargo & Company*, Case No. 3:18-cv-03948-JD (2021).**

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

"Subject to and without waiving any objections, Wells Fargo states that in settlement of the case styled *In re Wells Fargo Collateral Protection Insurance Litigation*, No. 8:17-ML-02797-AG-KES (C.D. Cal.), Wells Fargo paid $1 million for the benefit of class members who had CPI placed on their accounts. Wells Fargo also has paid settlements to resolve individual claims concerning CPI totaling approximately $500,000. Wells Fargo further states that it paid $575 million pursuant to a December 28, 2018 Settlement Agreement with the Attorneys General of all 50 states and the District of Columbia concerning various issues at the Company…."

**"The Response to Interrogatory No. 15; Defendant Wells Fargo & Company's Second Supplemental Responses and Objections to Lead Plaintiff's Fifth Set of Interrogatories,"** *Purple Mountain Trust v. Wells Fargo & Company*, **Case No. 3:18-cv-03948-JD (2021).**

"**Future GAP Refunds & Business Practice Change**. No later than **January 1, 2022**, Wells Fargo will implement processes to automatically provide Early Payoff GAP Refunds to customers in all 50 States. (Settlement, § III.A.) Customers will not be required to take any action other than completing an Early Payoff to receive an Early Payoff GAP Refund. (Id.) This obligation will continue until **January 1, 2026**. (Id.) Based on a review of Wells Fargo's records, Plaintiffs' expert estimates that Wells Fargo will pay out approximately **$417,029,964.00** in refunds during this four-year period."

**"Plaintiffs' Notice Of Motion And Unopposed Motion For Preliminary Approval Of Nationwide Class Action Settlement,"** *Herrera v. Wells Fargo Bank*, **Case No. 8:18-cv-00332-JVS-MRW (2021), p. 14 (emphasis in original).**

"Wells Fargo represents and warrants that it has paid **$33,357,919.81** collectively to the members of the Statutory Subclass between **February 22, 2019** and **March 31, 2021**."

**"Plaintiffs' Notice Of Motion And Unopposed Motion For Preliminary Approval Of Nationwide Class Action Settlement,"** *Herrera v. Wells Fargo Bank*, **Case No. 8:18-cv-00332-JVS-MRW (2021), p. 15 (emphasis in original).**

"**Supplemental Settlement Fund.** Wells Fargo will establish a Supplemental Settlement Fund totaling **$45 million** to pay for: (1) Approved Claims for GAP Refunds to Non-Statutory Subclass Members; (2) the $5.00 Additional Compensation payments to the Statutory Subclass; (3) the Fee and Expenses Awards approved by the Court; and (4) any Service Awards approved by the Court."

**"Plaintiffs' Notice Of Motion And Unopposed Motion For Preliminary Approval Of Nationwide Class Action Settlement,"** *Herrera v. Wells Fargo Bank*, **Case No. 8:18-cv-00332-JVS-MRW (2021), p. 16 (emphasis in original).**

31

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

71.    Consistent with the fundamental valuation principles set forth above, the Company itself considered its reputation to be an important driver of its value. The Company acknowledged the importance of its reputation prior to, during, and after the Class Period. Moreover, implicitly recognizing the importance of reputation and trust, the Company engaged in various costly initiatives to try to repair its reputation. The following are examples of Wells Fargo's explicit recognition of the importance of reputation and the implicit recognition of importance in its efforts to repair its reputation:

> "My primary objective is to restore trust in Wells Fargo … The job of fixing and learning, and building a better Wells Fargo for tomorrow is a job for our *entire* company – not just for the Community Bank. … Second, transparency will become increasingly important. We want to increase transparency with you and all of our stakeholders."
> **"A Companywide Address from CEO Tim Sloan," CEO Sloan speech, 25 October 2016, from internal Company email, [WF_PM_00315263-69 at 64, 65, and 68].**

> "I'm fully committed along with the rest of our entire leadership team, and you'll hear from one of the best, Mary Mack, in just a few minutes, to fixing these issues and taking the necessary steps to restore our customers' trust. … I want to conclude my remarks with my near-term priorities. My primary objective and the objective of our senior leadership team is to restore trust in Wells Fargo, and including rebuild pride in our company and a vision of meeting our customers' financial needs."
> **"BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016, pp. 1 and 3.**

> "There are things that we need to fix within our culture and weaknesses must be addressed and, although the sales practice issues were in retail banking, our entire Company is focused on building a better Wells Fargo that includes surveying team members to understand their views on our approach to ethics and integrity. As part of our review of sales practices across the country we will be engaging a separate independent consultant so that we're going to be looking at all of our businesses. We are actively engaged with our regulators to comply with the consent orders and taking actions to ensure that we are always doing what is right for our customers."
> **"Wells Fargo & Co at Goldman Sachs US Financial Services Conference," conference call, *Reuters*, 6 December 2016, p. 5.**

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

"As you know, we're committed to maintaining increased transparency. … My number one priority remains rebuilding trust."
**"Wells Fargo & Co November 2016 Retail Banking Customer Activity Report Call," conference call, *Thomson Reuters*, 16 December 2016, pp. 2 and 3.**

"We submitted a reimbursement and redress plan to the OCC and the CFPB in December. We refunded a total of $3.2 million to customers including the $2.6 million that was part of our original analysis. As part of the consent orders, work is now under way to expand the time periods of our review to cover the beginning of 2011 and the period through September 2016. And we've hired an independent consultant to evaluate sales practices. We've also gone beyond the requirements of the sales practice consent orders as part of our effort to make things right for our customers, including a nationwide mediation program at no cost to our customers. In addition, we've begun the data analysis to review 2009 and 2010 for potentially unauthorized accounts. And we've engaged a separate third-party consultant to evaluate sales practices more broadly across Wells Fargo. We are leaving no stone unturned so that we can emerge from this a better, stronger company.
…
Think of the review in terms of sales practices in two parts. One, there's a requirement under the consent orders with the OCC and the CFPB to have a third-party consultant come in and take a look at sales practices, primarily in our retail-related businesses. That's just begun. My guess is that will take the good part of this year to accomplish. And then, separately, because, as I said in my earlier remarks, we want to leave no stone unturned here, we've said, and we have, brought in a separate consultant to look at sales practice across other businesses within the Company. And my guess, it will take much of this year to complete that work. And if we find something that's important, we'll communicate that. But if nothing happens we may not communicate it. But we'll take it as it comes. But I think given our desire to be very transparent, we'll probably err on the side of overcommunicating as opposed to undercommunicating that."
**"Q4 2016 Wells Fargo & Co Earnings Call," conference call, *Thomson Reuters*, 13 January 2017, pp. 3 and 13.**

"As you know, we are very committed to maintaining transparency. And as part of that effort, we have been reporting monthly trends on customer activity in retail banking, including the January results we shared today."
**"Wells Fargo & Co January 2017 Retail Banking Customer Activity Report Call," conference call, *Reuters*, 17 February 2017, p. 2.**

33

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

"'To regain the trust we have lost, we must continue to be transparent with all our stakeholders and go beyond what has been asked of us by our regulators by reviewing all of our operations–leaving no stone unturned–so we can be confident we have done all that we can do to build a better, stronger Wells Fargo. Today's regulatory filing reminds us of this, because it includes evidence of much of that work, particularly as we have identified problems that we have committed to fix. Some of the items identified already have been the subject of news reports, such as the Collateral Protection Insurance issue in Dealer Services. … Because there is so much interest in the work we are doing to rebuild trust, we can expect more headlines as we fulfill our commitment to identify and fix problems and make things right for our customers. This is a lot of information, but such is our commitment to you, our team members, and to our customers, our investors, our regulators and the public. We want our stakeholders to know about issues that we are committed to fixing. Today's quarterly report, as an example, identifies issues, even if the final conclusions or outcomes for many are unknown at this time.'"
**"Wells Fargo CEO Shares Updates on Company's Rebuilding Trust Efforts in Companywide Message," Wells Fargo & Company, Company press release, 4 August 2017.**

"In light of recent news developments, Jamie and I thought it would be of value to share quickly the latest read on reputation favorability that we have received from PSB. Attached are results from polling last week, reflecting perceptions of Wells Fargo following the recent CPI developments. Key takeaways: Recall of the CPI news has been significant, as evidenced by the rise in news awareness of Wells Fargo and the verbatim comments of survey respondents. Probably as a result our metrics declined across the board after several months of relative stability. Given this, Jamie and I are going to do some additional follow up with PSB regarding our messaging to see if adjustments are warranted. For example, in future press interviews and in other non-paid forums we may want to place a greater emphasis on the broad nature of our 'leave no stone unturned' efforts as we continue to remedy weaknesses in our operations. Our next survey is scheduled for the end of this month. … Awareness of the insurance situation is high and the negative coverage is having an impact on Wells Fargo's reputation. Nearly 10% of respondents recalled specifics of the auto-insurance scandal which led to a more negative news environment and caused metrics to decrease across the board. … The news environment grew more negative with specific recall of the auto-insurance issue. Not only were respondents recalling the details of the auto-insurance scandal, but they were putting the issue in context of broader bad behavior."
**"Wells Fargo News and Reputation Monitoring," internal Company email, 8 August 2017, [WF_PM_00283113-37, at 13 and 16].**

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

"Attached are the latest findings from the monthly Wells Fargo News and Reputation Monitor report, the regular assessment of our reputation favorability and reputation recovery attributes that is sponsored by Marketing and Corporate Communications. Please note the August report includes a series of new questions that attempt to gauge where survey respondents stood following recent news developments, such as CPI and other items that have been subsequently summarized in recent financial disclosures. The insights related to these questions can be found in a 'Special Appendix' section that begins on page 19 of the deck. … This is the second report since news broke about the auto-insurance scandal, which is clearly having an impact. Though news awareness has not increased, the environment remains toxic with many respondents recalling the details of more recent issues. … Consumers feel that all these issues are related rather than a series of isolated incidents. They view the issues as a systemic, Wells Fargo problem rather than associate the issues with specific products. … The new information paints a challenging but accurate picture of the perceptions we'll need to change if we want to recover."

**"Wells Fargo News and Reputation Monitoring," from internal Company email, 24 August 2017 [WF_PM_00325378-413 at 378 and 380].**

### 3.     Analyst Statements Compel a Conclusion of Loss Causation

72.     When they learned of the CPI and GAP misconduct, analysts anticipated direct adverse financial consequences. Moreover, consistent with the fundamental valuation principles set forth above, analysts also considered the reputation of Wells Fargo to be an important factor in valuing the stock. Specifically, analysts expressed that transparency, legal business practices, and compliance with regulations were important factors for deciding whether to purchase Wells Fargo stock.[53] Analysts expressed that Wells Fargo's reputation was impaired by the CPI and GAP misconduct.

73.     Following the revelations on 27 July 2017, after the close of trading, and after months of Wells Fargo's repeated assurances of rehabilitation and strict oversight, analysts,

---

[53] See e.g., "And the Hits Just Keep on Coming - Initial Take on Auto Issues," by John Pancari et al., Evercore, analyst report, 28 July 2017; "Another Scandal – Auto Finance, 570,000 Customers; No Disclosure Again; Fines/Legal Chgs, Clawbacks?" by Vivek Juneja and Jingjing Xu, JPMorgan, 31 July 2017; "Follow Up to Auto Insurance Scandal: damages and Number of Harmed Customers Could Be Higher, Key Questions," by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 2 August 2017; "WFC: To Refund $80M for Unwanted Auto Insurance," by Brian Kleinhanzl, KBW, analyst report, 28 July 2017, [WF PM_00018117-8 at 17]; "And the Hits Just Keep on Coming - Initial Take on Auto Issues," by John Pancari et al., Evercore, analyst report, 28 July 2017.; "Here We Go Again?" by Kevin Barker et al., Piper Jaffray, analyst report, 28 July 2017.

35

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

investors, and regulators questioned why the Company had not disclosed its improper CPI enrollment practices amid its nearly year-long efforts to restore Wells Fargo's public image following the "fake account scandal." For example, Piper Jaffray issued a client note asking "why didn't the company address these issues publicly while they were already dealing with the account scandal rather than address them now?"[54] Piper Jaffray "believe[d] these revelations could result in lawsuits that may cost WFC multiples of the $80M disclosed today and the company's relationship with some states could be further impaired."[55] Other analysts expressed similar sentiments, and noted the negative valuation consequences.

> "the nature of the issue (misrepresentation of consumer data, auto repossessions, impact to related consumer credit profiles, lack of internal controls to catch the issue) is likely to draw flies quickly. Such could come in the form of new government investigations, civil & criminal suits, fines, and regulatory actions."
> **"And the Hits Just Keep on Coming - Initial Take on Auto Issues," by John Pancari et al., Evercore, analyst report, 28 July 2017, p. 1.**

> "Total number of retail customers impacted is now likely over 3mil (retail bank and auto finance scandals) as we would expect limited overlap between retail bank and indirect auto customers who come through auto dealers. Key implications: 1) Legal penalties and fines likely to follow, which add further to expenses; 2) Large reputational hit and further scrutiny – this will also increase expenses; 3) Unclear to us what, if any, liability may arise for any insurance sales prior to 2012. Wells shut the practice down in Sept 2016 as it received complaints and began a review, reserved for $80mil estimated payments in 2Q earnings as it received the report of the review but failed to disclose the issue even though it involved a large group, 570,000, of customers. Despite three other scandals, it is very surprising that Wells Fargo has not changed the opaqueness in its disclosure and only disclosed this late on Thursday night when it realized a news story was about to break the next morning. This raises the question about what other changes Wells Fargo needs in its culture. There has been no change to the Board despite all the scandals, which has been frustrating some shareholders."
> **"Another Scandal – Auto Finance, 570,000 Customers; No Disclosure Again; Fines/Legal Chgs, Clawbacks?" by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 31 July 2017, p. 1.**

---

[54] "Here We Go Again?" by Kevin Barker et al., Piper Jaffray, analyst report, 28 July 2017, p. 1.

[55] "Here We Go Again?" by Kevin Barker et al., Piper Jaffray, analyst report, 28 July 2017, p. 1.

36

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

"Following our note earlier this week, we have learned additional details about this issue. This raises questions about the full size of the liability and the number of customers initially estimated in the consultant's report (570,000), both of which are likely to be higher. It appears that many banks stopped doing force-placed auto insurance over 10 years ago when they realized that it was leading to increased defaults."
**"Follow Up to Auto Insurance Scandal: damages and Number of Harmed Customers Could Be Higher, Key Questions," by Vivek Juneja and Jingjing Xu, JPMorgan, analyst report, 2 August 2017, p. 1.**

"Our Take: The company has made significant progress towards resolving the remaining issues from the sales practice scandal-earlier this month receiving preliminary approval for its $142M settlement for the 3.5M customers impacted by the scandal-however *the auto CPI issue is yet another hit to the company's reputation*. We expect the company to resolve the auto CPI issue and continue to put the remaining issues from cross-sell scandal behind the company, and we expect that shares will re-rate over time as the margin expands and loan growth returns at a more meaningful pace. We reiterate our Outperform rating on shares of WFC."
**"WFC: To Refund $80M for Unwanted Auto Insurance," by Brian Kleinhanzl et al., KBW, analyst report, 28 July 2017, [WF PM_00018117-8, at 17] (emphasis added).**

"This is new news. In our follow-up call with mgmt, we confirmed that the auto insurance issue is new news, and not related to the sales practice issues. … Issue to have legs. Given this issue is fresh off the block, it's likely to be around for a while. While WFC has already announced remediation efforts, the nature of the issue (misrepresentation of consumer data, auto repossessions, impact to related consumer credit profiles, lack of internal controls to catch the issue) is likely to draw flies quickly. Such could come in the form of new government investigations, civil & criminal suits, fines, and regulatory actions. *Another hit to management's credibility*. Since taking over for ousted CEO John Stumpf in Oct 2016, CEO Tim Sloan has been upfront with investors that no stone will be left unturned re: the sales practice issue. However, this development is outside of the scope of the sales practice issue, and more importantly, illustrates that visibility into the adequacy of Well's risk controls remains limited. … Stock likely to remain pressured. We expect WFC's shares to remain pressured n/t as the issue develops, and more importantly, *as mgmt credibility begins to wane*."
**"And the Hits Just Keep on Coming - Initial Take on Auto Issues," by John Pancari et al., Evercore, analyst report, 28 July 2017, p. 1 (emphasis in original).**

37

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

> "WFC announced that ~$64M of cash remediation will be sent to impacted customers in coming months along with $16M of account adjustments for a total hit of ~$80M. While the dollar amount is negligible, we believe the full cost may be significantly higher and weigh on the risk premium the market will place on shares."
>
> **"Here We Go Again?" by Kevin Barker et al., Piper Jaffray, analyst report, 28 July 2017, p. 1.**

### 4.    Event Study

#### a.    Identification of Corrective Disclosure Event Dates

74.    I analyzed Company news and announcements that transpired over the course of the Class Period to identify when disclosures correcting the alleged misrepresentations and omissions occurred. I reviewed a wide variety of information sources, including Company announcements, Company conference call transcripts, Company presentation slide decks, news articles, press releases, equity analyst reports, SEC filings, interrogatory responses, and internal Company documents obtained through discovery to determine when information correcting the alleged misrepresentations and omissions was disseminated.

75.    I confirmed that public disclosures on 27 July 2017 and 4 August 2017 revealed the previously concealed truths about the CPI and GAP misconduct that is the focus of the allegations in this case:

   i.    **27 July 2017** – On 27 July 2017, after the close of trading, *The New York Times* article exposed Wells Fargo's illicit CPI practices.[56] The Company's subsequent press release acknowledged that the Company had indeed engaged in the described practices, and that the Company had known about the misconduct. Because these disclosures occurred after the close of trading on 27 July 2017, the market's reaction first occurred on 28 July 2017, which is the effective event date for empirical testing.

---

[56] "Wells Fargo Forced Unwanted Auto Insurance on Borrowers," by Gretchen Morgenson, *The New York Times*, 27 July 2017, 8:52 PM.

38

Exhibit-6

**Feinstein Wells Fargo Loss Causation and Damages Report**

ii. **4 August 2017** – On 4 August 2017, during trading that day, Wells Fargo filed its Form 10-Q for 2Q17 in which it provided further details regarding its faulty automobile insurance practices.[57]

b. **Isolating the Impact of Company-Specific Information**

76. One component of event study analysis determines how much of the Company's stock return following each event was driven by market and industry sector factors, as opposed to Company-specific information, so that those influences can be statistically factored out. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaves in relation to the overall market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

77. The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

78. I ran a regression modeling the return of Wells Fargo stock as a function of i) a constant term, ii) the return of the overall stock market, and iii) a sector index return.

79. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

80. In its 2016 and 2017 Annual Reports, Wells Fargo compared the performance of its stock to the KBW Nasdaq Bank Total Return Index.[58] That is, Wells Fargo identified the KBW Nasdaq Bank Total Return Index as representative of its industry sector. Therefore, for the sector factor, I used the same index that Wells Fargo identified as representative of its industry sector, reconstructed to remove Wells Fargo.

---

[57] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[58] "2016 Annual Report," Wells Fargo & Company, 2016, p. 273; "2017 Annual Report," Wells Fargo & Company, 2017, p. 279.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

81. Because Wells Fargo was a constituent of the KBW Nasdaq Bank Total Return throughout the Class Period, I reconstructed the index to exclude Wells Fargo (the "Sector Index").[59] This adjustment is necessary to mitigate the simultaneity of effects, wherein Wells Fargo's returns cause, as well as are caused by, changes in the sector index. This adjustment provides a purer measure of the independent sector effect.

82. All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis. Analysts and researchers generally use logarithmic returns instead of percent price changes because of various computational advantages.[60]

83. Wells Fargo stock prices, dividends, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents the Market Index and Sector Index return data.

84. Given the relatively short length of the Class Period, to ensure that the regression estimation period and estimates would be relatively contemporaneous with the disclosure events being tested, and to eliminate potential econometric complexities that could arise from including in the regression estimation period the unusual stock market movements around the time of the 2016 presidential election, I ran the regression on the one full year of data comprising calendar year 2017.

85. Estimating the regression on an interval of data surrounding the event dates of interest is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar,** *Litigation Services Handbook: The Role of the Financial Expert*, **3rd ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

86. I used dummy variables to control for potentially abnormal returns on earnings announcement event dates and the corrective disclosure event dates. Using dummy

---

[59] I obtained from Nasdaq the daily weight of Wells Fargo in the KBW Nasdaq Bank Total Return. Using this data, I removed the weighted returns of Wells Fargo from the KBW Nasdaq Bank Total Return.

[60] Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[61]

87. The results of the regression estimation are presented in Exhibit-8.

88. For each event date, I computed the explained portion of Wells Fargo's stock return by adding 1) the estimated regression intercept term, 2) the event day's Market Index return multiplied by the Market Index coefficient estimated by the respective regression, and 3) the event day's Sector Index return multiplied by the Sector Index coefficient estimated by the respective regression.

89. I then computed the residual return for each event date by subtracting the explained return from the actual return.

   c. **_t_-test**

90. For each event, a statistical test called a _t_-test was conducted to determine whether the residual return of Wells Fargo stock was statistically significant. Statistical significance means that the event return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility, but alternatively must have been caused by Company-specific information. A _t_-test compares the residual return on an event date to the typical residual return and volatility exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the _t_-test indicates that the residual return is statistically significant.[62]

---

[61] See, e.g., "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., _Journal of Corporate Finance_, Vol. 13, No. 1, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker et al., _Journal of Financial & Quantitative Analysis_, Vol. 15, No. 2, 1980.

[62] The test is called the _t_-test because it involves the computation of a _t_-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, _i.e._, the regression estimation data comprising all other days. If the absolute value of the _t_-statistic is greater than the critical _t_-statistic value (±1.96 for large samples), the likelihood of the stock having this residual return caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

91. The results of the event study are presented below and summarized in Exhibit-9.

### 5. Event Study Results and Analysis

#### a. Event Study Results and Analysis: 28 July 2017

92. On 28 July 2017, the price of Wells Fargo stock fell 2.61% (on a logarithmic return basis). The US Market Index return that day was -0.11%, and the Sector Index return was -0.05%. Based on the regression model, the explained return of the stock was -0.04%. The difference between the actual return of -2.61% and the explained return of -0.04% is a statistically significant residual decline of 2.57%, equivalent to a residual loss of $1.39 per share. This residual return is associated with a $t$-statistic of -4.11, which is statistically significant at the 99% confidence level.

93. The statistical significance of the residual return indicates that the large stock price decline that day was not caused by random volatility. The regression excluded market-wide and sector effects. Therefore, the steep stock price decline was caused by the new information in *The New York Times* article, which disclosed the Company's illicit CPI practices.

94. Based on the nature of the information disclosed on this event date, which partially corrected prior alleged misrepresentations and omissions, and based on financial valuation principles, analyst commentary and valuations, and the statistical significance of the stock price decline on 28 July 2017, I conclude that the alleged misrepresentations and omissions caused investor losses on this date.

#### b. Event Study Results and Analysis: 4 August 2017

95. On 4 August 2017, the price of Wells Fargo stock fell 1.05% (on a logarithmic return basis). The Market Index return that day was 0.20%, and the Sector Index return was 1.11%. Based on the regression model, the explained return on the stock was 0.93%. The difference between the actual return of -1.05% and the explained return of 0.93% is a statistically significant residual decline of 1.98%, equivalent to a residual loss of $1.05 per share. This residual return is associated with a $t$-statistic of -3.18, which is statistically significant at the 99% confidence level.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

96. The statistical significance of the residual return indicates that the stock price decline on this day was not caused by random volatility. The regression excluded market-wide and sector effects. Therefore, the steep stock price decline was caused by the Company's Form 10-Q filing, which contained corrective disclosures.

97. Based on the nature of the event and the information it conveyed to investors, which corrected prior alleged misrepresentations and omissions, and based on financial valuation principles, analyst commentary, and the statistical significance of the stock price decline on 4 August 2017, I conclude that the alleged misrepresentations and omissions caused investor losses that day.

## IX.    SECTION 10(b) DAMAGES

98. The "out-of-pocket" measure of per share damages commonly applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud.

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words, the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation…"
> **"Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6, (internal citations omitted).**

99. The difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud is "artificial inflation."

100. The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which

43

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.[63]

### A.    Quantifying Losses Precipitated by Disclosures Correcting Alleged Misrepresentations and Omissions

#### 1.    Per Share Decline Caused by the 27 July 2017 Corrective Disclosures

101.    According to the event study, the residual return for Wells Fargo stock on 28 July 2017 was a statistically significant -2.57%, or -$1.39 per share. From the statistical significance, one may conclude that the residual stock price decline was caused by Company-specific information.

102.    I examined all Company news that emerged between the close of trading on 27 July 2017 and the close of trading on 28 July 2017 in order to assess whether any other news besides the corrective disclosures could have contributed to the residual stock price decline on 28 July 2017. There was no new negative information released between the close of trading on 27 July 2017 and the close of trading on 28 July 2017 that would reasonably have contributed to the $1.39 residual price decline in Wells Fargo stock on 28 July 2017, other than the allegation-related corrective disclosure.

103.    As there was no confounding news, I conclude that all of the $1.39 residual price decline on 28 July 2017 was caused by the corrective disclosure.

---

[63] In addition, the Private Securities Litigation Reform Act of 1995 provides the following limitation on damages:

> "[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."

15 U.S.C. §78u-4(e)-(1). For Class members who sell within that 90-day period, the limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold. 15 U.S.C. §78u-4(e)-(2). Here, the mean per share trading price of Wells Fargo stock during the 90-days beginning on 4 August 2017 is $53.26. Wells Fargo stock closing prices from 4 August 2017 through 1 November 2017 are presented in Exhibit-4. The Private Securities Litigation Reform Act damages limitation can be applied formulaically to the calculation of per share damages set forth below.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

          **2.**       **Per Share Decline Caused by the 4 August 2017**
                    **Corrective Disclosures**

104. According to the event study, the residual return for Wells Fargo's stock on 4 August 2017 was a statistically significant -1.98%, or -$1.05 per share. I examined all Company news that emerged between the close of trading on 3 August 2017 and the close of trading on 4 August 2017 in order to assess whether any other Company news besides the information in the filed Form 10-Q could have contributed to the residual stock price decline. I identified no other Company-specific information other than the Company's Form 10-Q filing that could have caused or contributed to the statistically significant residual price decline in Wells Fargo stock on 4 August 2017.

105. Within Wells Fargo's Form 10-Q, I identified a basket of announcements and disclosures that Wells Fargo chose to make simultaneously alongside its disclosure of the GAP misconduct and additional details relating to the CPI issue. Some of these items were new information, while some were repetitions of prior announcements. Some were negative information, while others were positive. Some were valuation-relevant according to valuation principles, while others were not. In the Skinner Report, Professor Skinner also observed that the Form 10-Q contained a collection of disclosures, and he enumerated them.[64] Professor Skinner erred, however, by surmising that all of the announcements in the Form 10-Q were value-relevant and negative. I analyzed the collection of announcements, and determined which would have a confounding negative effect on the Wells Fargo stock price and which would not. Based on this and additional financial analysis, I isolated the stock price impact of the allegation-related corrective disclosures in the Form 10-Q.

106. Based on a review of analyst reports, internal Company documents, and the Skinner Report, below is a list of the potentially new, material information disclosed in the Company's Form 10-Q:

      i.      The Company "determined that certain external vendor processes and operational controls were inadequate, and, as a result, customers may have

---

[64] Skinner Report, ¶¶75-77.

45

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

been charged premiums for CPI even if they were paying for their own vehicle insurance, as required, and in some cases the CPI premiums may have contributed to a default that led to their vehicle's repossession. The Company discontinued the CPI program in September 2016. Multiple putative class action cases alleging, among other things, unfair and deceptive practices relating to these CPI policies, have been filed against the Company in United States federal courts, including in the United States District Courts for the Northern District of California and Southern District of New York."[65]

ii.     The Company "identified certain issues related to the unused portion of guaranteed auto protection waiver or insurance agreements between the dealer and, by assignment, the lender, which may result in refunds to customers in certain states. These and other issues related to the origination, servicing and/or collection of indirect consumer auto loans, including related insurance products, may subject the Company to formal or informal inquiries, investigations or examinations from federal, state and/or local government agencies, and may also subject the Company to litigation."[66]

iii.    The CFPB had "commenced an investigation into whether customers were unduly harmed by the Company's procedures regarding the freezing (and, in many cases, closing) of consumer deposit accounts after the Company detected suspected fraudulent activity (by third-parties or account holders) that affected those accounts."[67]

iv.     In connection with a civil litigation, "the Company inadvertently provided certain client information in response to a third-party subpoena issued in a civil litigation. The Company obtained temporary restraining orders in New

---

[65] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[66] *Id.*

[67] *Id.*

46

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

Jersey and New York state courts requiring the electronic data and all copies to be delivered to the New Jersey state court for safekeeping."[68]

v.     The CFPB had "commenced an investigation into the Company's policies and procedures regarding the circumstances in which the Company required customers to pay fees for the extension of interest rate lock periods for residential mortgages."[69]

vi.    The Company had "self-identified an issue whereby certain foreign banks utilized a Wells Fargo software-based solution to conduct import/export trade-related financing transactions with countries and entities prohibited by the Office of Foreign Assets Control ('OFAC') of the United States Department of the Treasury."[70]

vii.   The Company's Board of Directors explained that "in response to feedback received at our annual stockholders meeting in April 2017, the Board is engaging in an ongoing comprehensive review of its structure, composition and practices."[71] The Company explained that the review was "expected to result in actions in third quarter 2017, which will be publicly announced at that time."[72]

viii.  "Federal, state and local government agencies, including the Department of Justice, the United States Securities and Exchange Commission and the United States Department of Labor, and state attorneys general and prosecutors' offices, as well as Congressional committees, have undertaken formal or informal inquiries, investigations or examinations arising out of certain sales practices of the Company that were the subject of settlements with the Consumer Financial Protection Bureau, the Office of the

---

[68] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[69] *Id.*

[70] *Id.*

[71] *Id.*, p. 3.

[72] *Id.*

47

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

Comptroller of the Currency and the Office of the Los Angeles City Attorney announced by the Company on September 8, 2016."[73]

ix. The Company had established "accruals for legal actions when potential losses associated with the actions become probable and the costs can be reasonably estimated. The high end of the range of reasonably possible potential losses in excess of the Company's accrual for probable and estimable losses was approximately $3.3 billion as of June 30, 2017. The increase in the high end of the range from March 31, 2017 was due to a variety of matters, including the Company's existing mortgage related regulatory investigations."[74]

107. The first two disclosures in the list were corrective of the alleged misrepresentations and omissions in the instant case. As discussed above and again below, they are clearly new, negative, economically material, information, and are therefore corrective disclosures.

108. I analyzed each of the remaining disclosures in turn, assessing whether or not each constituted new and negative Company-specific information that reasonably could have contributed to the Wells Fargo residual stock price decline on 4 August 2017.

*a.       Guaranteed Asset Protection*

109. At the front of its Form 10-Q, under the heading "Additional Efforts to Rebuild Trust" the Company disclosed for the first time that it "has identified certain issues related to the unused portion of guaranteed automobile protection waiver or insurance agreements between the dealer and, by assignment, the lender, which may result in refunds to customers in certain states."[75] Later in the Form 10-Q, Wells Fargo appended GAP to the discussion of automobile lending matters: "These and other issues related to the origination, servicing and/or collection of indirect consumer auto loans, including related insurance products, may subject the Company to formal or informal inquiries,

---

[73] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 126.

[74] *Id.*

[75] *Id.*, p. 4 and 126.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

investigations or examinations from federal, state and/or local government agencies, and may also subject the Company to litigation."[76]

110. Analysts identified this as a new issue that the Company was disclosing for the first time: "This matter is a brand-new disclosure, not previously reported by any source."[77] Evercore analysts noted that Wells Fargo "self-identified issues related to the unused portion of customer initiated" GAP insurance[78] and reported, "[i]mportantly, we note that this is a separate newly disclosed issue, and different from the recently disclosed CPI issue (discussed below), and was self-identified."[79] Evercore analysts reiterated that Wells Fargo management "*acknowledged that this could present reputational risk for WFC*."[80]

111. News media also identified this announcement as new news that had not previously been disclosed by the Company. *The New York Times* wrote that "The bank alluded to the new problem briefly in its quarterly financial statement issued Friday. 'The company has identified certain issues related to the unused portion of guaranteed auto protection waiver or insurance agreements between the dealer and, by assignment, the lender, which may result in refunds to customers in certain states,' Wells Fargo said in the filing."[81] The article further noted that the "new problem raises questions about Wells Fargo's internal controls and its board's oversight of company operations."[82]

112. Following the disclosures in the Company's Form 10-Q, the Company prepared reports that tracked public sentiment and its reputation.[83] According to these presentations, the

---

[76] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 126.

[77] "10Q Flags Additional Items; More Headline Risk," by John Pancari et al., Evercore, analyst report, 7 August 2017, p. 1.

[78] *Id.*

[79] *Id.*

[80] *Id.*

[81] "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds," by Gretchen Morgenson, *The New York Times*, 7 August 2017, 9:00 PM.

[82] *Id.*

[83] "Wells Fargo News and Reputation Monitoring," Company presentation, 8 August 2017, from internal Company email, dated 9 August 2017 [WF_PM_00283113-37]; and "Wells Fargo News and Reputation Monitoring,"

49

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

automobile insurance issues were viewed by consumers as toxic to the Company's reputation.

> "Awareness of the insurance situation is high and the negative coverage is having an impact on Wells Fargo's reputation. Nearly 10% of respondents recalled specifics of the auto-insurance scandal which led to a more negative news environment and caused metrics to decrease across the board. The individual metric declines are not dramatic, but the broader pattern is alarming. After months of relative stability, this negative shock indicates that the insurance situation has the potential to severely undermine any recovery efforts. The efficacy of our response messaging is at its lowest point since October, suggesting we may need an updated response which directly addresses the new or renewed concerns about Wells Fargo. The news environment grew more negative with specific recall of the auto-insurance issue. Not only were respondents recalling the details of the auto-insurance scandal, but they were putting the issue in context of broader bad behavior. … Declines in recovery attributes could be leading indicators of reputational damage. All recovery attributes fell since last month and many are approaching October levels which could signal future declines in favorability. Attributes related to fundamentally changing our culture and practices saw some of the largest declines - specifically 'genuinely changing the way we do business' and 'trying to be more transparent'."
> **"Wells Fargo News and Reputation Monitoring," Company presentation, 8 August 2017, from internal Company email, dated 9 August 2017 [WF_PM_00283113-37 at 16].**

> "The latest data shows that our reputation continues to decline as a result of the ongoing negative coverage. This is the second report since news broke about the auto-insurance scandal, which is clearly having an impact. Though news awareness has not increased, the environment remains toxic with many respondents recalling the details of more recent issues. As a result, favorability ticked down again and is approaching the historical lows seen back in October. Other metrics are either flat or down with many also approaching their low points. We also now have data that confirms a lot of what we had suspected about why consumers feel the way they do toward Wells Fargo. • Consumers feel that all these issues are related rather than a series of isolated incidents • They view the issues as a systemic, Wells Fargo problem rather than associate the issues with specific products • Consumers - including over 40% of our own customers

Company presentation, 24 August 2017, from internal Company email, dated 13 September 2017 [WF_PM_00325378-413].

50

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> - think we've done the 'bare minimum' instead of going above and beyond in response."
> **"Wells Fargo News and Reputation Monitoring," Company presentation, 24 August 2017, from internal Company email, dated 13 September 2017 [WF_PM_00325378-413 at 80].**

> b. *Collateral Protection Insurance*

113. On 27 July 2017, after the close of trading, the Company had disclosed that its "customers may have been charged premiums for CPI even if they were paying for their own vehicle insurance …."[84] In its 10-Q released on 4 August 2017, Wells Fargo disclosed for the first time that multiple class action cases had been filed as a result of its fraudulent CPI business practices.[85] Wells Fargo reported that (importantly, in a new section titled "Auto Lending Matters") "[m]ultiple putative class action cases alleging, among other things, unfair and deceptive practices relating to these CPI policies, have been filed against the Company in United States federal courts, including in the United States District Courts for the Northern District of California and Southern District of New York."[86] With respect to CPI and GAP, the Company also warned that "[t]hese and other issues related to the origination, servicing and/or collection of indirect consumer auto loans, including related insurance products, may subject the Company to formal or informal inquiries, investigations or examinations from federal, state and/or local government agencies, and may also subject the Company to litigation."[87]

114. Also in the Company's Form 10-Q, in the section titled "Additional Efforts to Rebuild Trust," Wells Fargo attempted to rectify its reputation loss. Specifically, the Company emphasized the remediation plan for CPI fraudulent business practices that caused customer losses:

---

[84] "Press Release: Wells Fargo Announces Plan to Remediate Customers for Auto Insurance Coverage," *Dow Jones Institutional News*, Company press release, 27 July 2017, 11:22 PM.

[85] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[86] *Id.*

[87] *Id.*

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

> "Our priority of rebuilding trust has also included an effort to identify other areas or instances where customers may have experienced financial harm. We are working with our regulatory agencies in this effort. As part of this effort, we are focused on the following key areas: Practices concerning the origination, servicing, and/or collection of indirect consumer auto loans, including related insurance products. For example: The Company recently announced a plan to remediate customers who may have been financially harmed due to issues related to automobile collateral protection insurance (CPI) policies purchased through a third-party vendor on their behalf (based on an understanding by the vendor that the borrowers' insurance had lapsed). The plan currently consists of approximately $64 million in cash remediation and $16 million in account adjustments. The Company discontinued the CPI placement program in September 2016."
>
> **Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 4.**

115. On 4 August 2017, in response to the auto "insurance revelations," the *Wall Street Journal* reported that the Office of the Comptroller of the Currency ("OCC") is now "considering taking further action in light of the new, insurance revelations..."[88] The article warned that "although it isn't clear yet what form that could take, ***the OCC has broad power to restrict acquisitions and other banking activities***."[89]

116. Analysts attributed the decline in the Company's share price in the afternoon of 4 August 2017 to the issues raised in the Company's Form 10-Q filing, highlighting the GAP and CPI disclosures most prominently.

> "10Q flags items - some incremental, some for sake of transparency; Headlines again hit the stock. Wells Fargo flagged several items in its 10Q filed on Friday, which together, weighed on the stock in late afternoon trading (WFC down 1.1% on Friday vs peers up 0.8%). … New auto insurance issue identified. Wells Fargo noted that it self-identified issues related to the unused portion of customer-initiated guaranteed auto protection (GAP) insurance agreements between auto dealers and WFC. Specifically, mgmt noted on a follow-up call that due to lack of oversight in some cases, dealers did not refund the covered deficiency balance to customers. Mgmt noted that starting in June 2017, Wells Fargo will

---

[88] "Wells Fargo Might Face More Regulatory Sanctions; The Bank Says Problems Over Certain Auto Insurance Affected as Many as 570,000 Loan Customers," by Emily Glazer and Ryan Tracy, *Dow Jones Institutional News*, 4 August 2017, 11:33AM.

[89] *Id.*

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

process such refunds directly to customers, not via dealers (in 9 states). Mgmt expects to expand this policy nationally over time. Importantly, we note that this is a separate newly disclosed issue, and different from the recently disclosed CPI issue (discussed below), and was self-identified. Mgmt noted that Wells Fargo's review of this issue is still in the early stages and accordingly, did not disclose a potential financial impact. That said, mgmt acknowledged that this could present reputational risk for WFC. Lastly, mgmt noted that while regulators have not yet scrutinized this issue, it cannot completely rule out such a possibility, and therefore was self-identified. This matter is a brand-new disclosure, not previously reported by any source."
**"10Q Flags Additional Items; More Headline Risk," by John Pancari et al., Evercore, analyst report, 7 August 2017, p. 1.**

"Ultimately, though, the bigger question is whether reputational damage hurts client acquisition, and, by extension, enhances already stiff revenue headwinds. UBS Evidence Lab analysis from January and May 2017 already appeared to show that Wells' premium reputation had been impaired but that things were stabilizing. (Struggling to get the stagecoach rolling: UBS Evidence Lab shows risks and opportunities and UBS Evidence Lab analysis shows the stagecoach still rolling on below the speed limit. However, we wonder whether continued negative news flow could prevent a recovery. See here and here for other recent research, including takeaways from recent meetings with Investor Relations at UBS Financials Conference."
**"Increased Estimate of Unauthorized Accounts Adds to Revenue Uncertainty," by Saul Martinez et al., UBS, analyst report, 31 August 2017, p. 1.**

117.    Notably, UBS issued a report titled "A Tough End to a Tough Week; The Price of Transparency – Stock Sells Off on 10Q Filing," which stated that "[r]eputational damage adds to revenue headwinds" for Wells Fargo and that "we continue to worry that reputational damage could impair the value of Wells' retail and even commercial banking franchises."[90] UBS also noted that "on the back of last week's disclosures about the unauthorized charging of premiums for collision protection insurance" Wells Fargo's "stock has declined 3.4% since [the] … July 27 close."[91]

---

[90] "A Tough End to a Tough Week; The Price of Transparency – Stock Sells Off on 10Q Filing," by Saul Martinez et al., UBS, analyst report, 4 August 2017, p. 1.

[91] *Id.*

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

118.    Among the disclosures, the news media focused primarily on the automobile insurance issues – CPI and GAP. The news media put far less emphasis on the other disclosures Wells Fargo chose to bundle alongside the CPI and GAP disclosures. The news media attributed the stock price decline primarily to the automobile insurance issues – CPI and GAP:

     i.    On 4 August 2017, *The Wall Street Journal* published an article titled "Wells Fargo Might Face More Regulatory Sanctions; The Bank Says Problems Over Certain Auto Insurance Affected as Many as 570,000 Loan Customers" and reported that "Wells Fargo & Co. is expected to face further regulatory sanctions due to its latest scandal over improperly charging customers for certain auto insurance, people familiar with the matter said. … 'This is a lot of information,' but 'we want our stakeholders to know about issues that we are committed to fixing,' Mr. Sloan wrote. Wells Fargo shares dropped 1.6%, compared with a 0.9% increase in the KBW Nasdaq Bank Index. Now, the OCC is considering taking further action in light of the new insurance revelations, the people familiar said."[92]

     ii.    On 7 August 2017, *The New York Times* published an article titled "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds."[93]

     iii.    In another article, *The New York Times* wrote that Wells Fargo's "reputation is already tarnished by a fake accounts scandal. Now, Wells Fargo is facing questions for a second time in a month for its insurance practices."[94]

---

[92] "Wells Fargo Might Face More Regulatory Sanctions; The Bank Says Problems Over Certain Auto Insurance Affected as Many as 570,000 Loan Customers," by Emily Glazer et al., *The Wall Street Journal*, 4 August 2017, pp. 1 and 2.

[93] "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds," by Gretchen Morgenson, *The New York Times*, 7 August 2017, 9:00 PM.

[94] "Morning Agenda: More Questions for Wells Fargo," by Chad Bray, *The New York Times*, 8 August 2017; see also "Stakeholder Report," 8 August 2017, WF_PM_00276155-77, at 59].

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> iv. *Bloomberg* reported that "Wells Fargo's reputation among consumers has been jolted again over the last few weeks after it was revealed it may have forced unwanted insurance on customers who took out car loans."[95]

119. After the Class Period, according to an email sent from Franklin Codel, Senior Executive Vice President of Consumer Lending, to CEO Sloan, the Company was willing to pay a CPI customer $35,000 to sign a release form and not speak with Gretchen Morgenson at *The New York Times*.[96]

> "We have a CPI customer who has been in touch with Gretchen from NYT. In short, it was a 2015/2016 timeframe and the team could hardly have dropped the ball more on the customers attempt to get his CPI cancelled. We worked to engage the customer directly - he was in an airport as he had been flown to a photo shoot with the NYT - and got him to sign a release and drop his claims for $35K. Painful, but it gets him out of the story and cleans up a potentially difficult experience with an elderly vet. Jennifer Temple will send an update."
> **"Items of Note – Heads Up," internal Company email from Franklin Codel to Timothy Sloan, 16 August 2017 [WF_PM_00001898].**

120. Following the disclosures in the Company's Form 10-Q, the Company prepared reports that tracked public sentiment and its reputation.[97] According to these presentations, the automobile insurance issues were viewed by consumers as toxic to the Company's reputation.

> "In light of recent news developments, Jamie and I thought it would be of value to share quickly the latest read on reputation favorability that we have received from PSB. Attached are results from polling last week, reflecting perceptions of Wells Fargo following the recent CPI developments. Key takeaways: Recall of the CPI news has been significant, as evidenced by the rise in news awareness of Wells Fargo and

---

[95] "Wells Fargo Said to Face Regulator Scrutiny on Second Auto Issue," by Laura Keller et al, *Bloomberg*, 8 August 2017; see also "Stakeholder Report," 8 August 2017, [WF_PM_00276155-77, at 68].

[96] "Items of Note – Heads Up," internal Company email from Franklin Codel to Timothy Sloan, 16 August 2017 [WF_PM_00001898].

[97] "Wells Fargo News and Reputation Monitoring," from internal Company email, 8 August 2017, [WF_PM_00283113-37, at 13 and 16]; "Wells Fargo News and Reputation Monitoring," from internal Company email, 24 August 2017 [WF_PM_00325378-413 at 378 and 380].

the verbatim comments of survey respondents. Probably as a result our metrics declined across the board after several months of relative stability. Given this, Jamie and I are going to do some additional follow up with PSB regarding our messaging to see if adjustments are warranted. For example, in future press interviews and in other non-paid forums we may want to place a greater emphasis on the broad nature of our 'leave no stone unturned' efforts as we continue to remedy weaknesses in our operations. Our next survey is scheduled for the end of this month. … Nearly 10% of respondents recalled specifics of the auto-insurance scandal which led to a more negative news environment and caused metrics to decrease across the board. … The news environment grew more negative with specific recall of the auto-insurance issue. Not only were respondents recalling the details of the auto-insurance scandal, but they were putting the issue in context of broader bad behavior."
**"Wells Fargo News and Reputation Monitoring," from internal Company email, 8 August 2017, [WF_PM_00283113-37, at 13 and 16].**

"Attached are the latest findings from the monthly Wells Fargo News and Reputation Monitor report, the regular assessment of our reputation favorability and reputation recovery attributes that is sponsored by Marketing and Corporate Communications. Please note the August report includes a series of new questions that attempt to gauge where survey respondents stood following recent news developments, such as CPI and other items that have been subsequently summarized in recent financial disclosures. The insights related to these questions can be found in a 'Special Appendix' section that begins on page 19 of the deck. … This is the second report since news broke about the auto-insurance scandal, which is clearly having an impact. Though news awareness has not increased, the environment remains toxic with many respondents recalling the details of more recent issues. … Consumers feel that all these issues are related rather than a series of isolated incidents. They view the issues as a systemic, Wells Fargo problem rather than associate the issues with specific products. … The new information paints a challenging but accurate picture of the perceptions we'll need to change if we want to recover."
**"Wells Fargo News and Reputation Monitoring," from internal Company email, 24 August 2017 [WF_PM_00325378-413 at 378 and 380].**

121.    After the Class Period, in a presentation to the US Department of Justice Civil Division titled "Wells Fargo – Collateral Protection Insurance ('CPI') Remediation Overview and Updates," the Company provided a breakdown of the amounts attributable to CPI

56

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

remediation and fines and civil penalties.[98] In a slide titled "Wells Fargo's Accountability for CPI" the Company showed that its "current estimate" for the cost of "Customer Remediation" was equal to $614.7 million plus $15.7 million in mediation settlements, for a total remediation cost of $630 million.

122. None of the other bundled disclosures received attention from analysts or the media as prominent as the attention paid to the GAP and CPI disclosures.

<em>c.      CFPB Investigation into Frozen Accounts</em>

123. In the section titled "Legal Actions," contained within the Company's Form 10-Q filing on 4 August 2017, Wells Fargo stated that "The [CFPB] has commenced an investigation into whether customers were unduly harmed by the Company's procedures regarding the freezing (and, in many cases, closing) of consumer deposit accounts after the Company detected suspected fraudulent activity (by third parties or account holders) that affected those accounts."[99] The Company did not provide any additional details or estimates regarding the frozen accounts issues (e.g., the number of affected accounts or the cost of remediation).

124. Two weeks after the Company filed its Form 10-Q for 2Q17, Reuters published an article on the frozen account issue.[100] After reviewing several consumer complaints on the CFPB website, *Reuters* reported that unlike the issues related to the fake account scandal, CPI, GAP, and mortgage rate locks "which stemmed from Wells Fargo trying to generate more revenue from customers, the frozen accounts appear to have arisen from an abundance of caution."[101] According to *Reuters*, "Banks have had to contend with a rising number of scams. As a rule, lenders are 'very zealous in protecting against

---

[98] "Wells Fargo – Collateral Protection Insurance ('CPI') Remediation Overview and Updates," Company presentation to the US Department of Justice Civil Division, 27 August 2020 [WF_PM_00246626-49].

[99] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[100] "Wells Fargo Troubles Shift from Phony Accounts it Opened to Real Accounts it Closed," by Dan Freed et al, *Reuters*, 18 August 2017, 1:31 PM.

[101] *Id.*

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

suspicious activity,' said Brad Rustin, partner at law firm Nelson Mullins, who counsels financial companies on compliance."[102]

125.    As of the writing of this report, Wells Fargo has not disclosed any cost of remediating the account freezing issue (public or otherwise), or a number for how many accounts may have been affected. Because there appear to have been no significant adverse repercussions stemming from this issue, because Wells Fargo has not subsequently provided any material follow-up information, and because market observers did not perceive the frozen accounts issues to be misconduct by Wells Fargo (but rather an unfortunate software issue stemming from an "abundance of caution"), the information content of this particular disclosure cannot be deemed responsible for a decline in the Wells Fargo stock price. I therefore attribute none of the residual decline in Wells Fargo stock to the announcement related to the frozen account issue that day.

### d.    Inadvertent Leak of Client Data in Separate Litigation

126.    The Company's Form 10-Q included the following statements about a client data issue: "In July 2017, the Company inadvertently provided certain client information in response to a third-party subpoena issued in a civil litigation. The Company obtained temporary restraining orders in New Jersey and New York state courts requiring the electronic data and all copies to be delivered to the New Jersey state court for safekeeping."[103]

127.    However, this issue was not new to investors. On 21 July 2017, after the close of trading, *The New York Times* had published an article titled "Wells Fargo Accidentally Releases Trove of Data on Wealthy Clients."[104] According to the article, an attorney representing a former Wells Fargo employee against the Company in a defamation suit received financial information for at least 50,000 individual customers through the e-discovery

---

[102] "Wells Fargo Troubles shift from phony accounts it opened to real accounts it closed," by Dan Freed et al, *Reuters News*, 18 August 2017, 1:31 PM.

[103] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[104] "Dealbook: Wells Fargo Accidentally Releases Trove of Data on Wealthy Clients," by Serge F. Kovaleski and Stacy Cowley, *The New York Times*, 21 July 2017, 7:23 PM.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

process ("2017 Data Leak").[105] According to the article, "these clients have tens of billions of dollars invested through Wells Fargo, all laid out in vivid detail for him as part of the discovery process in his lawsuit."[106] An outside attorney hired by Wells Fargo in the litigation, Ms. Turiano, wrote that "we went through a long process of a very large email review with an outside vendor with instructions on exclusion which was spot checked. Clearly there was some type of vendor error — which I am confirming now."[107]

128. According to the Form 10-Q, moving to safeguard the data, the Company "obtained temporary restraining orders in New Jersey and New York state courts requiring the electronic data and all copies to be delivered to the New Jersey state court for safekeeping."[108]

129. Due to the facts that: i) the 2017 Data Leak was previously disclosed on 21 July 2017; ii) the 2017 Data Leak was in connection with a civil case; iii) the Company took action to protect data; iv) there were no reports of the leaked data being released to the public; and v) because the attorney for Wells Fargo, Ms. Turiano, explained that the error was the e-discovery vendor's fault ("clearly there was some type of vendor error"[109]), I conclude that the presentation of this particular issue in the Form 10-Q had no negative impact on the Wells Fargo stock price on 4 August 2017.

*e.      CFPB Investigation into Rate Lock*

130. According to the Company's Form 10-Q, the CFPB had "commenced an investigation into the Company's policies and procedures regarding the circumstances in which the Company required customers to pay fees for the extension of interest rate lock periods for residential mortgages."[110] Analysts noted that this was a new issue that the Company was

---

[105] "Dealbook: Wells Fargo Accidentally Releases Trove of Data on Wealthy Clients," by Serge F. Kovaleski and Stacy Cowley, *The New York Times*, 21 July 2017, 7:23 PM.

[106] *Id.*

[107] *Id.*

[108] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 124.

[109] "Dealbook: Wells Fargo Accidentally Releases Trove of Data on Wealthy Clients," by Serge F. Kovaleski and Stacy Cowley, *The New York Times*, 21 July 2017, 7:23 PM.

[110] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 125.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

disclosing for the first time: "This investigation is a brand new disclosure, not previously reported by any source."[111] Credit Suisse analysts wrote: "Mortgage Interest Rate Lock Related Regulatory Investigation (new disclosure)."[112]

131. On 4 October 2017, the Company issued a press release in which it announced "plans to reach out to all home lending customers who paid fees for mortgage rate lock extensions requested from Sept. 16, 2013, through Feb. 28, 2017, and to refund customers who believe they shouldn't have paid those fees."[113] In the press release, the Company provided its first estimate for remediation of a "total of approximately $98 million in rate lock extension fees were assessed to about 110,000 borrowers during the period in question ..."[114]

132. On 10 March 2020, Wells Fargo's new CEO Charles W. Scharf testified before the US House Committee on Financial Services.[115] According to his prepared remarks, the Company had paid more than $101 million to remediate "customers impacted by improperly charged mortgage rate-lock extension fees."[116] He explained that Wells Fargo "offered refunds to all customers who paid a rate-lock extension fee for extensions requested between September 2013 and February 2017, no questions asked and no documentation required, whether the fee was appropriately assessed or not."[117]

133. Because the market viewed the announcement regarding the CFPB investigation into rate locks to be new news, and the matter did have economic consequences, the announcement that the CFBC was investigating mortgage rate locks reasonably did contribute to the stock price decline on 4 August 2017. Below, I quantify that impact.

---

[111] "10Q Flags Additional Items; More Headline Risk," by John Pancari et al., Evercore, analyst report, 7 August 2017, p. 2.

[112] "10Q Highlights Board Review and Mgmt Follow on Work; Estimates/TP Reduced to $56," by Susan Katzke et al., Credit Suisse, analyst report, 6 August 2017, p. 6.

[113] "Wells Fargo Announces Plan to Refund Customers for Mortgage Rate Lock Extension Fees," *Business Wire*, Company press release, 4 October 2017, 9:04 AM.

[114] *Id.*

[115] "Statement Of Charles W. Scharf Chief Executive Officer & President Wells Fargo & Company Before The United States House Committee On Financial Services," 10 March 2020.

[116] *Id.*

[117] *Id.*

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> *f.*  *Wells Fargo Software Used by Foreign Banks to Conduct*
> *Transactions*

134. According to the Company's Form 10-Q, Wells Fargo "self-identified an issue whereby certain foreign banks utilized a Wells Fargo software-based solution to conduct import/export trade-related financing transactions with countries and entities prohibited by the Office of Foreign Assets Control ('OFAC') of the United States Department of the Treasury."[118] However, this was not the first time the Company disclosed this issue. Wells Fargo had provided the exact same disclosure in its Form 10-K for FY 2016 filed on 1 March 2017.[119]

135. In March 2017, following the disclosure in the Company's Form 10-K filing, Barclays addressed the OFAC issue, noting that "WFC has made a voluntary self-disclosure to OFAC and is cooperating with an inquiry from the United States Department of Justice. (new)."[120]

136. Because the report that foreign banks utilized Wells Fargo's software to conduct transactions prohibited by the OFAC was previously disclosed in the Company's Form 10-K filed on 1 March 2017, it was not new information. Accordingly, because it was a reiteration of old news, this issue did not cause Wells Fargo's stock price to fall on 4 August 2017. I attribute none of the residual decline in Wells Fargo stock on 4 August 2017 to the announcement that foreign banks utilized Wells Fargo's software to conduct transactions prohibited by the OFAC.[121]

---

[118] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 125.

[119] "The Company has self-identified an issue whereby certain foreign banks utilized a Wells Fargo software based solution to conduct import/export trade-related financing transactions with countries and entities prohibited by the Office of Foreign Assets Control ('OFAC') of the United States Department of the Treasury. We do not believe any funds related to these transactions flowed through accounts at Wells Fargo as a result of the aforementioned conduct. The Company has made a voluntary self-disclosure to OFAC and is cooperating with an inquiry from the United States Department of Justice." (Wells Fargo & Company, Form 10-K for the fiscal year ended 31 December 2016, filed 1 March 2017, Exhibit 13, pp. 212-213.)

[120] "2016 10-K Review: Eliminating Cross-Sell Metric Reporting; Comp Reduced," by Jason Goldberg et al., Barclays, analyst report, 2 March 2017, p. 28.

[121] While this OFAC-related disclosure was essentially identical to the OFAC-related disclosure on 2 March 2017, based on my review of analyst reports following the 4 August 2017 disclosure, at least one analyst incorrectly identified the OFAC issue as new a disclosure. See e.g., "OFAC Related Investigation (new disclosure)." ("10Q

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

> g.      *Potential Change in Structure, Composition, and Practices of the*
>
> *Board of Directors*

137.    Included in the Form 10-Q was a Company announcement that in response to investor and stakeholder feedback, the Company had taken steps and was continuing actions to improve its oversight and governance. The announcement read as follows:

> "Over the past several months, our Board of Directors (Board) has undertaken a series of significant actions to enhance Board oversight and governance. The actions the Board has taken to date, many of which reflect the feedback we received from our investors and other stakeholders, include separating the roles of Chairman of the Board and Chief Executive Officer, amending Wells Fargo's By-Laws to require that the Chairman be an independent director, adding two new independent directors in February 2017, and amending Board committee charters to enhance oversight of conduct risk. The Board recognizes that there is still work to be done and, in response to feedback received at our annual stockholders meeting in April 2017, the Board is engaging in an ongoing comprehensive review of its structure, composition and practices. This review is expected to result in actions in third quarter 2017, which will be publicly announced at that time. As has been our practice, we will continue our engagement efforts with our investors and other stakeholders."
>
> **Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 3.**

138.    The Company's willingness to improve its corporate governance based on feedback from shareholders is a positive development, and if anything, would have a positive impact on the stock price. Following the disclosure on 27 July 2017, JPMorgan noted that some investors were frustrated by the lack of change to the Board: "This raises the question about what other changes Wells Fargo needs in its culture. There has been no change to the Board despite all the scandals, which has been frustrating some shareholders."[122] Wells Fargo responding to investor feedback and complying with requests for better governance is a favorable development. That market participants understood this can be

---

Highlights Board Review and Mgmt Follow On Work; Estimates/TP Reduced to $56," by Susan Katzke et al., Credit Suisse, analyst report, 6 August 2017, p. 6).

[122] "Another Scandal – Auto Finance, 570,000 Customers; No Disclosure Again; Fines/Legal Chgs, Clawbacks?" by Vivek Juneja and Jingjing Xu, JPMorgan, 31 July 2017, p. 1.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

observed in commentary from Sandler O'Neill analysts, who stated that the changes to Wells Fargo's board of directors "represent an incremental positive for WFC, but they are unsurprising."[123] As such, I attribute none of the residual decline in Wells Fargo stock price to this particular announcement or issue.

139. Reasonably, this positive announcement had a positive impact on the stock price. The consequent positive stock price impact would have offset some of the negative stock price impact of the corrective disclosures. Therefore, by attributing no price impact to the positive Board of Directors developments, my damage quantification is conservative.

*h. Potential Increase in the Number of Unauthorized Accounts*

140. In its Form 10-Q, Wells Fargo disclosed that it would be expanding the time period it was examining related to the fake accounts scandal. Specifically, the Company stated that it would review accounts opened between 2009 and September 2016, "which adds over three years to the initial review period of approximately four years (May 2011 to mid-2015)."[124]

141. According to analysts, and what the Company reportedly told analysts, the expanded investigation was not expected to materially impact Wells Fargo. For example, Evercore stated that "Wells Fargo indicated that it does not expect a significant incremental financial impact (confirmed by mgmt on a follow-up call)."[125] Barclays stated that Wells Fargo "does not expect any incremental remediation costs" from the expanded scope.[126]

142. Because this development was not expected to have any "significant incremental financial impact," it would not cause a reduction in the stock price. I therefore attributed none of the residual decline in Wells Fargo stock on 4 August 2017 to the announcement related to the fake account scandal that day.

---

[123] "WFC Officially Announces BOD Changes," by R. Scott Siefers et al., Sandler O'Neill, analyst report, 16 August 2017, p. 2.

[124] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 4.

[125] "10Q Flags Additional Items; More Headline Risk," by John Pancari and Samuel Ross, Evercore, analyst report, 7 August 2017, p. 1 (emphasis added).

[126] "2Q17 10-Q Review: Account Issues Could Increase, Several New Probes," by Jason Goldberg et al., Barclays, analyst report, 7 August 2017, p. 1.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

      *i.       Increase of High End of the Range of Probable Litigation Losses*
                 *Perfectly Inline with Prior Announced Expectation*

143.    In the Company's earlier Form 10-Q filed on 5 May 2017 for 1Q17, Wells Fargo reported an accrual for possible litigation losses of $2.0 billion.[127] During the Company's 2Q17 earnings conference call held on 14 July 2017, CFO Shrewsberry explained that the Company expected that its 2Q17 Form 10-Q would report an increase to the high end of the range of the accrual for possible litigation losses of $1.3 billion.

> "As we usually do, we will include in our 10-Q filing an update on the high end of the range of reasonably possible potential litigation losses in excess of our accrued liability for the quarter. But based on the information currently available, which may change between now and when we file the 10-Q, we expect the high end of the range to increase by approximately $1.3 billion due to a variety of matters, including our existing RMBS-related regulatory investigations."
> **"Q2 2017 Wells Fargo & Co Earnings Call,"** *Thomson Reuters*, **conference call, 14 July 2017, pp. 6-7.**

144.    Exactly as anticipated, the Form 10-Q for 2Q17, filed on 4 August 2017, did report an increase to the high end of the range of the accrual for possible litigation losses of $1.3 billion.[128]

145.    Evercore analysts noted that the loss accrual increase "was previously disclosed on the 2Q17 earnings call."[129] Evercore added that "On our follow-up call, mgmt confirmed there has been no change to RPL since the 2Q earnings call and the filing of the 10Q."[130]

146.    Because the loss accrual increase that was presented in the 2Q17 Form 10-Q was perfectly in line with prior expectations, and these expectations were set by what was essentially an earlier preannouncement of the number, this item in the 2Q17 Form 10-Q would not have a negative impact on the Wells Fargo stock price. Accordingly, I

---

[127] Wells Fargo & Company, Form 10-Q for the Quarter ended 31 March 2017, filed 5 May 2017, p. 121.

[128] Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2017, filed 4 August 2017, 1:52 PM, p. 126.

[129] "10Q Flags Additional Items; More Headline Risk," by John Pancari and Samuel Ross, Evercore, analyst report, 7 August 2017, p. 1.

[130] *Id.*

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

> *j.    Summary of Identification Analysis of Potentially Confounding Information on 4 August 2017*

147.    While the 2Q 2017 Form 10-Q filed on 4 August 2017 was lengthy and contained a lot of text and data, as is usually the case with a Form 10-Q, most of the document's contents were either not new, not surprising, not negative, or not valuation-relevant. Much had already been disclosed in the Company's earnings announcement and conference call, which took place on 14 July 2017.

148.    Based on an examination of the contents of the Form 10-Q, analysts' reactions to it, news media reaction, prior news reports, and prior Company disclosures, and in light of valuation principles, I determined that the negative, valuation-relevant information disclosed on 4 August 2017 that caused the significant stock price decline that day was the new incremental CPI disclosure, the GAP issue disclosure, and the disclosure of the CFPB's investigation into Wells Fargo's rate lock business practices. Of these three items – CPI, GAP, and rate lock practices – the first two are allegation-related and the information disseminated was corrective of the alleged misrepresentations and omissions. The disclosure of the CFPB's investigation was confounding, non-fraud related information.

### 3.    Quantifying Losses Caused by the Corrective Disclosures

#### a.    Disaggregating the Price Impacts of Fraud-Related and Confounding Information

149.    The event study analysis quantifies that the release of Company-specific information after the close on 27 July 2017 caused Wells Fargo stock to fall $1.39 per share on 28 July 2017. The only valuation-relevant Company-specific information that could have caused the decline on 28 July 2017 was the CPI disclosure in *The New York Times* exposé and the Company's acknowledgement of the CPI matter following the publication of the article.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

150.    The event study analysis quantifies that the release of Company-specific information on 4 August 2017 caused Wells Fargo stock to fall $1.05 per share that day. Analysis of the August 4th information releases indicates that the information that caused the significant residual stock price decline that day was the new incremental CPI disclosure, the GAP issue disclosure, and the disclosure of the CFPB's investigation into Wells Fargo's rate lock business practices, all of which information was disseminated in the Form 10-Q filing.

151.    The combined residual stock price declines across the two days, 28 July 2017 and 4 August 2017, sum to $2.44 per share. This aggregate decline was caused by disclosures related to three issues – CPI, GAP, and rate lock practices. The first two are allegation-related and the information disseminated was corrective of the alleged misrepresentations and omissions.

152.    To disaggregate the combined $2.44 residual stock price decline so that it could be attributed between fraud-related and confounding information, I measured the relative importance of each of the three items to Wells Fargo's valuation. A reasonable metric for assessing the relative importance and price impact of each item is the size of the expense the Company incurred to remediate each problem.[131]

153.    I relied on the Company's estimates of the costs to remediate each issue. While some of this information may not have been available to investors at the time of the disclosures, investors and analysts did seek to assess the direct economic impacts of each disclosed item, and economic principles dictate that market assessments are not systematically wrong. Consequently, it is reasonable for the forensic analyst who is estimating what investors and analysts at the time were estimating to assume that investors and analysts estimated correctly.[132]

---

[131] I also considered legal fines and penalties associated with the three issues. However, the figures presented for these additional costs did not isolate the costs for each issue separately, and therefore were uninformative about disaggregation.

[132] See e.g., "Rational Expectations and the Theory of Price Movements," by John F. Muth, *Econometrica*, 1961; and "Asset Prices in an Exchange Economy," by Robert E. Lucas, Jr., *Econometrica*, 1978.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

154.  According to the Company's Response to Interrogatory No. 13, the cost of remediating the CPI issues was estimated by Wells Fargo to be $693 million.[133]

155.  According to Wells Fargo's settlement agreement with various state attorney generals and the settlement papers filed in the class action case, the cost of remediating the GAP insurance issue was estimated by Wells Fargo to be $78 million.[134]

156.  According to Wells Fargo's new CEO Charles W. Scharf's testimony before the US House Committee on Financial Services, the Company had paid more than $101 million to remediate "customers impacted by improperly charged mortgage rate-lock extension fees."[135]

157.  Using these remediation figures, the total estimated cost of remediation for all three issues was $872 million. Of the total cost, $693 million, $78 million, and $101 million are attributable to the CPI, GAP insurance, and rate lock issues, respectively. Thus, of the total remediation expense, 79.5%, 8.9%, and 11.6% can be attributed to the CPI, GAP insurance, and rate lock issues, respectively. Applying these relative weights to the combined residual stock price decline of $2.44 per share across 28 July 2017 and 4 August 2017, it follows that declines of $1.94, $0.22, $0.28 per share are attributable to the CPI, GAP insurance and rate lock issues, respectively.

158.  Because the entire $1.39 per share residual price decline on 28 July 2017 was caused by the partial CPI disclosure after the close on 27 July 2017, the price impact of the new

---

[133] The Response to Interrogatory No. 13 states: "Wells Fargo states that as of May 31, 2021, it has paid or will pay approximately $693 million to customers with CPI policies placed between October 14, 2005 and September 30, 2016." ("Defendant Wells Fargo & Company's Second Supplemental Responses and Objections to Lead Plaintiff's Fifth Set Of Interrogatories," *Purple Mountain Trust v. Wells Fargo & Company*, Case No. 3:18-cv-03948-JD (2021).)

[134] According to the GAP settlement in the *Herrera v. Wells Fargo Bank* litigation, the total gap settlement of $78 million was comprised of (i) "Wells Fargo represents and warrants that it has paid $33,357,919.81 collectively to the members of the Statutory Subclass between February 22, 2019 and March 31, 2021;" and (ii) "Wells Fargo will establish a supplemental settlement fund totaling $45 million" (*Herrera v. Wells Fargo Bank*, Case No. 8:18-cv-00332-JVS-MRW (2021).) In its 2Q21 Form 10-Q, the Company confirmed the $45 million settlement amount. "In addition, the Company is subject to a class action in the United States District Court for the Central District of California alleging that customers are entitled to refunds related to the unused portion of guaranteed automobile protection (GAP) waiver or insurance agreements between the customer and dealer and, by assignment, the lender. In June 2021, the court granted preliminary approval of an agreement pursuant to which the Company will pay $45 million and make certain changes to its GAP refund practices in order to settle the action." (Wells Fargo & Company, Form 10-Q for the Quarter ended 30 June 2021, filed 28 July 2021, p. 113).

[135] "Statement Of Charles W. Scharf Chief Executive Officer & President Wells Fargo & Company Before The United States House Committee On Financial Services," 10 March 2020, p. 4.

67

Exhibit-6

**Feinstein Wells Fargo Loss Causation and Damages Report**

incremental CPI disclosure on 4 August 2017 had to have been $0.55 (equal to the total impact of $1.94 per share minus the $1.39 per share price impact on 28 July 2017).

159.    Of the $1.05 per share residual decline in Wells Fargo stock on 4 August 2017, $0.55 per share is attributable to new details regarding the CPI issues, $0.22 per share is attributable to the new disclosure of the GAP issue, and $0.28 per share is attributable to the disclosure of the rate lock issue. Each item's allocated share of the total price impact is thus equal to each item's relative share of the total remediation costs.

160.    Concluding from the disaggregation analysis, the fraud-related CPI corrective disclosures caused the Wells Fargo stock price to decline $1.39 per share on 28 July 2017, and an additional $0.55 per share on 4 August 2017. The fraud-related GAP insurance corrective disclosure caused the Wells Fargo stock price to decline $0.22 per share on 4 August 2017. The remaining $0.28 per share of residual stock price decline on 4 August 2017 was caused by non-fraud-related confounding information.

161.    Summing the declines precipitated by the fraud-related corrective disclosures, I conclude that the alleged misrepresentations and omissions caused investors to suffer losses of up to $2.16 per share ($1.39 + $0.55 + $0.22).

        b.      **Intentional Disclosure Bundling and Its Impact on the Estimation of Damages**

162.    Based on my review of internal Company communications, the deposition testimony of Franklin Codel,[136] and Company SEC filings, it appears that Wells Fargo intentionally bundled several items of confounding information alongside the major disclosures of fraudulent misconduct in its 4 August 2017 Form 10-Q filing. None of the simultaneously disclosed confounding items were of comparable magnitude or importance as the fraud-related disclosures, but as noted by Professor Skinner in the Skinner Report, this intentional bundling complicates the disaggregation of price impact and the quantification of damages.

163.    That Wells Fargo purposefully sought to disclose several pieces of confounding information simultaneously in its 4 August 2017 Form 10-Q, and that the desired effect

---

[136] Wells Fargo's Senior Executive Vice President of Consumer Lending.

68

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

was to obfuscate, confound, and inure, is evident in internal Company communications. For example:

> "[Sheila Farmer]: Thank you for the heads up. I would never forward anything from you. Never. This all leaves one a bit numb these days and wondering what else is coming. ***Hopefully the public will get tired of all this press against Wells Fargo and move on.*** We need an alien invasion or something really distracting so the media can take their focus off of Wells.
> …
> [Franklin Codel]: If you read the 10-Q we dropped a couple more shoes in there like gap insurance in auto and rate lock in mortgage. Some things were already public, others not so much. And a $100 million + Veterans VA fee lawsuit from 2006 was settled and announced today - old news, but still a rough headline. ***We are working to 'clear the decks' and get as much out and behind us as we can right now.*** Thanks for your comments."
> **"Re: WSJ," internal Wells Fargo correspondence between Shelia Farmer and Franklin Codel, 4 August 2017, [WF_PM_00112233-34] (emphasis added).**

> "Stating the obvious but in case it helps with the decision making the group below will do: it is impossible to rebuild until we get all the dirty laundry aired. So if people want the rebuild to begin, we have to get everything else aired and soon."
> **"Re: Briefing Plan for Next Week," internal Wells Fargo correspondence between Jennifer Temple and Franklin Codel, 29 July 2017, [WF_PM_00079260-62 at 60].**

164. In his deposition testimony, Franklin Codel confirmed that disclosures were intentionally bundled.

> "Q. And you responded to her 'If you read the 10-Q we dropped a couple more shoes in there like GAP insurance in auto and rate lock in mortgage. Some things were already public, others not so much. And a $100 million + Veterans VA lawsuit from 2006 was settled and announced today - old news, but still a rough headline.' What did you mean when you said the 10-Q dropped more shoes like GAP insurance?
>
> A. So the Gretchen Morgenson article did not talk about GAP insurance, and -- nor did we talk about GAP insurance in our press release that followed that I recall. And when the 10-Q went out, there were things in there like GAP insurance and rate lock, which is a mortgage issue, that we hadn't talked about publicly before. And so what happens in those moments is all of a sudden the 10-Q goes out and there is a big paragraph and a change in the -- either legal reserves or the pending legal risks, and

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> everybody is like -- or many people are wondering why we are not talking about them and just putting them in some footnote deep in the 10-Q document, which is not exactly an easy bedtime read for the general public. So there's this confluence of factors, and we have to keep in mind that up until -- from the time Tim became CEO up through the Gretchen Morgenson article, there was a steady diet of pronouncements, whether it be the Shearman & Sterling Board report or general pronouncements through Investor Day or other things that indicated that Wells Fargo was moving in the right direction, had -- had fixed its community bank problems around the products, fake products scandal and, you know, was making investments in risk management and so forth, and that it wasn't evident to people, especially our own team members, that there were these other major items out there like CPI and rate lock. And so having these come out in quick succession in this time window was starting to overwhelm the team's capacity to believe in and trust that management was being transparent with them."
> **Zoom Videotaped Deposition of Franklin Codel, 8 March 2021, pp. 257:4-259:5.**

165. The incentives and effects of intentional disclosure bundling with respect to the quantification of securities lawsuit damages has been discussed in the literature. John C. Coffee, Jr., a professor of law at Columbia University, wrote:

> "In particular, corporate counsel who realize that their company has made a materially false statement which needs to be corrected may behave very differently under the incentives that the post- Dura case law now present, because the prospect of financial liability can seemingly be minimized depending on how corrective disclosure is made.
>
> …
>
> Another possible technique would be to bundle adverse and favorable information together into one disclosure package so that the hypothetical financial statement restatement might be revealed at the same time as a positive earnings increase.
>
> …
>
> To be sure, the ethics of such practices are highly questionable. One is in effect releasing material information in an incomplete and piecemeal fashion prior to the official corrective disclosure in order to create the false impression that other factors were responsible for the price decline."
> **"Securities; News; Litigation: New Doctrine Spawns New Tactics," by John C. Coffee, Jr., *New York Law Journal*, 2006, pp. 1 and 3.**

166. More recently, Bliss et al. [2018] studied various forms of "information bundling" and found that information bundling both "significantly reduced" the likelihood of a lawsuit and enabled "firms that were sued to settle those lawsuits for significantly lower sums."

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

> "Anecdotal evidence has long suggested that disclosure practices can reduce firms' litigation risk. Studies by Files et al. (2009) and Myers et al. (2013) found evidence that disclosure packaging can affect stock price reactions and that disclosing a restatement discreetly can reduce litigation risk. We add another disclosure practice to this list: information bundling. We show that information bundling has generated real, tangible benefits for firms: bundling significantly reduced the likelihood of being sued and enabled firms that were sued to settle those lawsuits for significantly lower sums.
>
> …
>
> Courts and policy makers arguably should consider the prevalence and effectiveness of information bundling. For example, courts might consider relaxing the Dura loss causation requirements if multiple pieces of firm-specific news are disclosed simultaneously. Regulators might consider requiring that restatements be disclosed on a stand-alone basis during non-announcement days, so that the stock price response to a restatement can be more easily discerned. At minimum, policy makers should be aware that information bundling affects the litigation environment."
>
> **"Information Bundling and Securities Litigation," by Barbara A. Bliss et al.,** *Journal of Accounting and Economics*, **Vol. 65, 2018, p. 79.**

167. Of particular relevance to the instant matter, Bliss et al. [2018] also identified a subset of information bundling that they labeled "noise bundling" which they characterized as "a disclosure practice that adds bad or confounding news to bad news." Bliss et al. [2018] explains that "Noise bundling includes not only bad news, but also confounding news that might or might not be objectively bad but nevertheless complicates the task of establishing loss causation …. making it difficult or impossible to unravel how much of the stock price decline is attributable to each piece of bad news and complicate proof of loss causation for plaintiffs."[137]

168. Based on Wells Fargo's internal communications and the paucity of disaggregated data the Company chose to present within its litany of disclosures on 4 August 2017, Wells Fargo apparently did engage in noise bundling. Fortunately, there was sufficient disaggregated data available to unconfound the price effects and quantify damages precisely in this case.

---

[137] "Information Bundling and Securities Litigation," by Barbara A. Bliss et al., *Journal of Accounting and Economics*, Vol. 65, 2018, p. 63.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

### B. Artificial Inflation Ribbon

169. Artificial inflation is the difference between what a security price actually was at a point in time and what the price would have been absent the alleged fraud. An inflation ribbon is a time series indicating the level of artificial inflation caused by alleged fraud over a period of time.

170. The inflation ribbon in this case can be constructed by working chronologically backwards from the final corrective disclosure on 4 August 2017, cumulating the two fraud-related residual price declines as they occurred. When a stock price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The significant residual security price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information), measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus the inflation remaining afterward.

171. Using the fraud-related price declines on and after a corrective disclosure date to measure the amount of inflation that was in the security price prior to that date is a widely used and generally accepted methodology.[138]

172. According to the Complaint, and detailed above, Defendants allegedly made misrepresentations and omissions that misled investors by concealing the Company's fraudulent CPI and GAP business practices.

173. From corrective disclosures, the market learned the previously concealed truth about the illicit CPI and GAP business practices. Had analysts and investors been fully and honestly informed by the Company at the start of the Class Period, rather than misled by alleged misrepresentations and omissions, they would not have been surprised by the subsequent adverse announcements. The stock price would have fallen at the start of the

---

[138] See, "Federal Securities Acts and Areas of Expert Analysis," by Kevin L. Gold et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil et al., John Wiley & Sons, Inc., 2017.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

Class Period to reflect the adverse information, rather than falling over time as the truth later emerged.

174. To the extent that the decline in the Company's stock price on other dates during the Class Period stemmed from news that also partially informed investors of Wells Fargo's illicit CPI and GAP business practices, this estimation of damages is conservatively low, because I excluded from damages the losses sustained on all other days.

175. The complete artificial inflation ribbon is presented in Exhibit-10.

### C. Per Share Damages Formula

176. Based on the foregoing analysis and statutory formulas, Section 10(b) damages per share range up to $2.16 per share, excluding prejudgment interest. A particular investor's per share damages depends on when during the Class Period each share was purchased and if and when each respective share was subsequently sold. Class members who sold their shares prior to a corrective disclosure suffered no recoverable losses on those shares.

177. As an example of how per share damages are computed for a particular investor, consider an investor who purchased Wells Fargo stock on 8 December 2016 for $57.29 per share and sold those shares at the close of trading on 4 August 2017 for $52.84 per share. The artificial inflation on 8 December 2016 was $2.16 per share, and at the close of trading on 4 August 2017 it was $0.00 per share. According to the change in artificial inflation, this investor's economic/inflation loss is $2.16 per share, equal to the decline in artificial inflation over his holding period ($2.16 minus $0.00). The investment loss is $4.45 per share, equal to the $57.29 per share purchase price minus the $52.84 per share sale price. The per share damages are the lesser of the economic/inflation loss and the investment loss, which is $2.16 per share.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**X.      LIMITING FACTORS AND OTHER ASSUMPTIONS**

178.   This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**XI. APPENDIX-1: LOGARITHMIC RETURNS**

A-1. Logarithmic returns, rather than percent change returns, are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
   $R_t$ is the logarithmic return on day t;
   $P_t$ is the stock price at the end of day t;
   $P_{t-1}$ is the stock price from the previous day, day t-1;
   $d_t$ is the dividend on day t, if any.

A-2. The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
   $DR_t$ is the dollar return on day t;
   $P_{t-1}$ is the stock price from the previous day, day t-1;
   e is natural e (approximately 2.7);
   $R_t$ is the logarithmic return on day t.

A-3. If a stock falls from \$20 to \$18, the percent change in price is -10%, equal to the \$2 decline divided by the original \$20 price. The logarithmic return, however, is -10.54%, equal to ln(\$18/\$20).

A-4. The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5. An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

**EXPERT REPORTS**

- Expert Report of Bjorn I. Steinholt, CFA, filed 15 October 2020.
- Expert Report of Douglas J. Skinner, PhD., filed 19 November 2020.

**DEPOSITIONS**

- Deposition of David Marks, 22 January 2021.
- Zoom Videotaped Deposition of Franklin Codel, 8 March 2021.

**CASE DOCUMENTS**

- Plaintiff Muniz Notice of Voluntary Dismissal without Prejudice, filed 1 June 2018.
- Consolidated Complaint for Violation of the Federal Securities Laws, filed 31 August 2018.
- Order Re Motion to Dismiss, filed 10 January 2020.
- Plaintiff's Notice of Motion for Class Certification, Motion for Class Certification and Memorandum of Points and Authorities, dated 15 October 2020.
- Declaration of L. Scott Baggett in Support of Unopposed Motion for Preliminary Approval of Nationwide Class Action Settlement, filed 7 June 2021.
- Declaration of Jason M. Frank in Support of Unopposed Motion for Preliminary Approval of Nationwide Class Action Settlement, filed 7 June 2021.
- [Proposed] Order Granting Motion for Preliminary Approval of Nationwide Class Action Settlement, filed 7 June 2021.
- Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Nationwide Class Action Settlement, filed 7 June 2021.

**DOCUMENTS PROVIDED BY COUNSEL**

- Consent Order, filed 20 April 2018.
- Consent Order, dated 20 April 2018.
- Consent Order for a Civil Money Penalty, dated 20 April 2018.
- Defendant Wells Fargo & Company's Second Supplemental Responses and Objections to Lead Plaintiff's Fifth Set of Interrogatories, dated 2 September 2021.
- Deposition of David Marks, Exhibit 1005 to Exhibit 1019.
- Deposition of Franklin Codel, Exhibit 200 to Exhibit 210.
- Deposition of Franklin Codel, Exhibit 1092 to Exhibit 1113.

76

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Errata Sheet for Deposition of David B. Marks Taken on January 22, 2021, 5 March 2021.
- Joint Stipulation Regarding Authenticity of the Excerpt of the Wells Fargo QFR Response Publicly Released by Senator Sherrod Brown, dated 9 August 2021; "Brown: Wells Fargo Must Stop Stonewalling on Phony Accounts Scandal," *United States Committee on Banking, Housing, and Urban Affairs*, 18 November 2016.
- Joint Stipulation Regarding Authenticity of the Excerpt of the Wells Fargo QFR Response Publicly Released by Senator Sherrod Brown, dated 9 August 2021; "An Examination of Wells Fargo's Unauthorized Accounts and the Regulatory Response," *United States Committee on Banking, Housing, and Urban Affairs*, 20 September 2016.
- Settlement Agreement, dated 28 December 2018.
- Stipulation and Order Concerning Expert Discovery, filed 22 June 2021.
- WF_PM_00018117.
- WF_PM_00018289.
- WF_PM_00019400.
- WF_PM_00019659.
- WF_PM_00023128.
- WF_PM_00049110.
- WF_PM_00049112.
- WF_PM_00051069.
- WF_PM_00051073.
- WF_PM_00051183.
- WF_PM_00051209.
- WF_PM_00079260.
- WF_PM_00105733.
- WF_PM_00112249.
- WF_PM_00122404.
- WF_PM_00122451.
- WF_PM_00122473.
- WF_PM_00122962.
- WF_PM_00123091.
- WF_PM_00125821.
- WF_PM_00141071.
- WF_PM_00142211.
- WF_PM_00142230.
- WF_PM_00180453.
- WF_PM_00180459.
- WF_PM_00184005.
- WF_PM_00184009.

Exhibit-6

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- WF_PM_00196981.
- WF_PM_00197451.
- WF_PM_00197586.
- WF_PM_00197696.
- WF_PM_00209112.
- WF_PM_00209255.
- WF_PM_00211183.
- WF_PM_00212625.
- WF_PM_00215838.
- WF_PM_00221841.
- WF_PM_00246626.
- WF_PM_00274622.
- WF_PM_00276155.
- WF_PM_00280776.
- WF_PM_00283113.
- WF_PM_00308388.
- WF_PM_00309887.
- WF_PM_00309984.
- WF_PM_00315263.
- WF_PM_00325378.
- WF_PM_00384568.
- WF_PM_00399310.
- WF_PM_00401969.
- WF_PM_00490433.
- WF_PM_00490449.
- WF_PM_00493694.

**NEWS ARTICLES/PRESS RELEASES**

- Factiva news articles from 1 May 2016 to 2 November 2016, downloaded using the following search parameters: All Sources; All Authors; Company: Wells Fargo & Company; All Subjects; All Industries; All Regions.
- Factiva news articles from 3 November 2016 to 3 August 2017, downloaded using the following search parameters: All Sources; All Authors; Company: Wells Fargo & Company; All Subjects; All Industries; All Regions.
- Factiva news articles from 4 August 2017 to 31 January 2018, downloaded using the following search parameters: All Sources; All Authors; Company: Wells Fargo & Company; All Subjects; All Industries; All Regions.

78

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- "Brown: Wells Fargo Must Stop Stonewalling on Phony Accounts Scandal," *United States Committee on Banking, Housing, and Urban Affairs*, 18 November 2016.
- "Dealbook: Wells Fargo Accidentally Releases Trove of Data on Wealthy Clients," by Serge F. Kovaleski and Stacy Cowley, *The New York Times*, 21 July 2017, 7:23 PM.
- "Wells Fargo Forced Unwanted Auto Insurance on Borrowers," by Gretchen Morgenson, *The New York Times*, 27 July 2017, 8:52 PM.
- "Press Release: Wells Fargo Announces Plan to Remediate Customers for Auto Insurance Coverage," *Dow Jones Institutional News*, Company press release, 27 July 2017, 11:22 PM.
- "Wells Fargo Faces Angry Questions after New Sales Abuses Uncovered," by Dan Freed, *Reuters*, 28 July 2017.
- "Wells Fargo Said to Have Forced Auto Insurance on Borrowers," *Electronic News Publishing*, 28 July 2017.
- "New Wells Fargo Scandal Seen as Proof Controls Still Lacking," by Laura Keller and Noah Buhayar, Bloomberg, 28 July 2017 12:08 AM, updated 28 July 2017 12:26 PM. "Wells Fargo to Refund $80 Million to Customers Hit by Car Loan Insurance," *Reuters News*, 28 July 2017, 12:49 AM.
- "Wells Fargo Will Pay $80 Million to Overcharged Auto Loan Consumers; Another Consumer Scandal for the Troubled Bank," by Emily Glazer, *MarketWatch*, 28 July 2017, 11:59 AM.
- "Wells Fargo May Have Forced 570,000 Customers into Unneeded Auto Insurance," by Matt Egan, *CNN Business*, 28 July 2017, 1:22 PM.
- "Wells Fargo Does It Again, This Time with Unwanted Auto Insurance," by Laura Keller, *Bloomberg*, 28 July 2017, 3:38 PM.
- "Wells Fargo CEO Shares Updates on Company's Rebuilding Trust Efforts in Companywide Message," Wells Fargo & Company, Company press release, 4 August 2017.
- "Wells Fargo Might Face More Regulatory Sanctions; The Bank Says Problems Over Certain Auto Insurance Affected as Many as 570,000 Loan Customers," by Emily Glazer and Ryan Tracy, *Dow Jones Institutional News*, 4 August 2017.
- "Wells Fargo, Awash in Scandal, Faces Violations Over Car Insurance Refunds," by Gretchen Morgenson, *The New York Times*, 7 August 2017, 9:00 PM.
- "Morning Agenda: More Questions for Wells Fargo," by Chad Bray, *The New York Times*, 8 August 2017.
- "Wells Fargo Said to Face Regulator Scrutiny on Second Auto Issue," by Laura Keller and Elizabeth Dexheimer, *Bloomberg*, 8 August 2017.
- "Wells Fargo Troubles Shift from Phony Accounts it Opened to Real Accounts it Closed," by Dan Freed et al, *Reuters*, 18 August 2017, 1:31 PM.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- "Wells Fargo Announces Plan to Refund Customers for Mortgage Rate Lock Extension Fees," *Business Wire*, Company press release, 4 October 2017, 9:04 AM.

**ANALYST REPORTS**

- Analyst reports obtained from Thomson Eikon:
  - Morningstar, 26 July 2017.
  - Evercore, 28 July 2017.
  - Morningstar, 28 July 2017.
  - Piper Jaffray, 28 July 2017.
  - BMO, 30 July 2017.
  - BMO, 30 July 2017.
  - JPMorgan, 31 July 2017.
  - JPMorgan, 2 August 2017.
  - UBS, 4 August 2017.
  - Credit Suisse, 6 August 2017.
  - Barclays, 7 August 2017.
  - Evercore, 7 August 2017.
- Analyst reports, 7 September 2016 through 24 May 2018, obtained from Plaintiff's counsel, in the following files:
  - WFC analyst reports 09012016-05312018 vol (1).
  - WFC analyst reports 09012016-05312018 vol (2).
  - WFC analyst reports 09012016-05312018 vol (3).
  - WFC analyst reports 09012016-05312018 vol (4).
  - WFC analyst reports 09012016-05312018 vol (5).
  - WFC analyst reports 09012016-05312018 vol (6).
  - WFC analyst reports 09012016-05312018 vol (7).
  - WFC analyst reports 09012016-05312018 vol (8).
  - WFC analyst reports 09012016-05312018 vol (9).
  - WFC analyst reports 09012016-05312018 vol (10).
  - WFC analyst reports 09012016-05312018 vol (11).
  - WFC analyst reports 09012016-05312018 vol (12).

**SEC FILINGS**

- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2015, filed 24 February 2016.

80

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2016, filed 4 May 2016.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2016, filed 3 August 2016.
- Wells Fargo & Company, Form 3, filed 3 November 2016.
- Wells Fargo & Company, Form 3, filed 3 November 2016.
- Wells Fargo & Company, Form 424B2, filed 3 November 2016.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 September 2016, filed 3 November 2016.
- Wells Fargo & Company, Form 8-K, filed 4 November 2016.
- Wells Fargo & Company, Form 424B2, filed 7 November 2016.
- Wells Fargo & Company, Form 8-K, filed 7 November 2016.
- Wells Fargo & Company, Form FWP, filed 8 November 2016.
- Wells Fargo & Company, Form 424B2, filed 8 November 2016.
- Wells Fargo & Company, Form 4, filed 8 November 2016.
- Wells Fargo & Company, Form 3, filed 8 November 2016.
- Wells Fargo & Company, Form 3, filed 8 November 2016.
- Wells Fargo & Company, Form 3, filed 8 November 2016.
- Wells Fargo & Company, Form FWP, filed 8 November 2016.
- Wells Fargo & Company, Form 424B2, filed 8 November 2016.
- Wells Fargo & Company, Form 424B2, filed 8 November 2016.
- Wells Fargo & Company, Form 424B2, filed 9 November 2016.
- Wells Fargo & Company, Form 424B2, filed 9 November 2016.
- Wells Fargo & Company, Form FWP, filed 9 November 2016.
- Wells Fargo & Company, Form FWP, filed 9 November 2016.
- Wells Fargo & Company, Form 424B2, filed 9 November 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 10 November 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 10 November 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 10 November 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 10 November 2016.
- Wells Fargo & Company, Form SC 13G, filed 10 November 2016.
- Wells Fargo & Company, UPLOAD, filed 10 November 2016.
- Wells Fargo & Company, Form FWP, filed 14 November 2016.
- Wells Fargo & Company, Form 424B2, filed 14 November 2016.
- Wells Fargo & Company, Form 8-K, filed 15 November 2016.
- Wells Fargo & Company, Form 424B2, filed 17 November 2016.
- Wells Fargo & Company, Form 424B2, filed 17 November 2016.
- Wells Fargo & Company, Form 424B2, filed 17 November 2016.
- Wells Fargo & Company, Form 8-K, filed 17 November 2016.

81

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 18 November 2016.
- Wells Fargo & Company, Form 424B2, filed 18 November 2016.
- Wells Fargo & Company, Form 424B2, filed 18 November 2016.
- Wells Fargo & Company, Form SC 13D/A, filed 21 November 2016.
- Wells Fargo & Company, Form 4, filed 21 November 2016.
- Wells Fargo & Company, Form 3, filed 21 November 2016.
- Wells Fargo & Company, Form SC 13D, filed 21 November 2016.
- Wells Fargo & Company, Form 8-K, filed 21 November 2016.
- Wells Fargo & Company, Form 424B2, filed 21 November 2016.
- Wells Fargo & Company, Form 8-K, filed 21 November 2016.
- Wells Fargo & Company, Form 424B2, filed 28 November 2016.
- Wells Fargo & Company, Form 424B2, filed 30 November 2016.
- Wells Fargo & Company, Form 8-K, filed 1 December 2016.
- Wells Fargo & Company, Form FWP, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form FWP, filed 2 December 2016.
- Wells Fargo & Company, Form FWP, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form FWP, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form 424B2, filed 2 December 2016.
- Wells Fargo & Company, Form 8-K, filed 5 December 2016.
- Wells Fargo & Company, Form 424B2, filed 5 December 2016.
- Wells Fargo & Company, Form 424B2, filed 5 December 2016.
- Wells Fargo & Company, Form 424B2, filed 5 December 2016.
- Wells Fargo & Company, Form 424B2, filed 5 December 2016.
- Wells Fargo & Company, Form 8-K, filed 7 December 2016.
- Wells Fargo & Company, Form 8-K, filed 8 December 2016.
- Wells Fargo & Company, Form 8-K, filed 8 December 2016.
- Wells Fargo & Company, Form 424B2, filed 8 December 2016.
- Wells Fargo & Company, Form 424B2, filed 8 December 2016.
- Wells Fargo & Company, Form 424B2, filed 8 December 2016.
- Wells Fargo & Company, Form FWP, filed 8 December 2016.
- Wells Fargo & Company, Form FWP, filed 9 December 2016.
- Wells Fargo & Company, Form FWP, filed 9 December 2016.
- Wells Fargo & Company, Form FWP, filed 9 December 2016.
- Wells Fargo & Company, Form FWP, filed 9 December 2016.

82

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 8-K, filed 9 December 2016.
- Wells Fargo & Company, Form 424B2, filed 12 December 2016.
- Wells Fargo & Company, Form 424B2, filed 12 December 2016.
- Wells Fargo & Company, Form 424B2, filed 12 December 2016.
- Wells Fargo & Company, Form 424B2, filed 12 December 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 12 December 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 12 December 2016.
- Wells Fargo & Company, Form SC 13G/A, filed 12 December 2016.
- Wells Fargo & Company, Form 8-K, filed 13 December 2016.
- Wells Fargo & Company, Form 424B2, filed 13 December 2016.
- Wells Fargo & Company, Form 424B2, filed 13 December 2016.
- Wells Fargo & Company, Form 8-K, filed 14 December 2016.
- Wells Fargo & Company, Form 8-K, filed 14 December 2016.
- Wells Fargo & Company, Form 424B2, filed 15 December 2016.
- Wells Fargo & Company, Form 424B2, filed 16 December 2016.
- Wells Fargo & Company, Form 424B2, filed 16 December 2016.
- Wells Fargo & Company, Form 424B2, filed 16 December 2016.
- Wells Fargo & Company, Form 8-K, filed 16 December 2016.
- Wells Fargo & Company, Form 8-K, filed 22 December 2016.
- Wells Fargo & Company, Form 424B2, filed 22 December 2016.
- Wells Fargo & Company, Form FWP, filed 23 December 2016.
- Wells Fargo & Company, Form 424B2, filed 23 December 2016.
- Wells Fargo & Company, Form 8-K, filed 28 December 2016.
- Wells Fargo & Company, Form 424B2, filed 29 December 2016.
- Wells Fargo & Company, Form 424B2, filed 29 December 2016.
- Wells Fargo & Company, Form 8-K, filed 30 December 2016.
- Wells Fargo & Company, Form FWP, filed 3 January 2017.
- Wells Fargo & Company, Form FWP, filed 3 January 2017.
- Wells Fargo & Company, Form FWP, filed 3 January 2017.
- Wells Fargo & Company, Form FWP, filed 3 January 2017.
- Wells Fargo & Company, Form FWP, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 3 January 2017.
- Wells Fargo & Company, Form 424B2, filed 4 January 2017.
- Wells Fargo & Company, Form 8-K, filed 4 January 2017.
- Wells Fargo & Company, Form 4, filed 4 January 2017.

83

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 4, filed 4 January 2017.
- Wells Fargo & Company, Form 4, filed 4 January 2017.
- Wells Fargo & Company, Form 4, filed 4 January 2017.
- Wells Fargo & Company, Form FWP, filed 5 January 2017.
- Wells Fargo & Company, Form FWP, filed 5 January 2017.
- Wells Fargo & Company, Form FWP, filed 5 January 2017.
- Wells Fargo & Company, Form 424B2, filed 5 January 2017.
- Wells Fargo & Company, Form FWP, filed 5 January 2017.
- Wells Fargo & Company, Form 424B2, filed 5 January 2017.
- Wells Fargo & Company, Form FWP, filed 6 January 2017.
- Wells Fargo & Company, Form FWP, filed 6 January 2017.
- Wells Fargo & Company, Form 424B2, filed 6 January 2017.
- Wells Fargo & Company, Form 424B2, filed 6 January 2017.
- Wells Fargo & Company, Form 424B2, filed 6 January 2017.
- Wells Fargo & Company, Form 424B2, filed 6 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 January 2017.
- Wells Fargo & Company, Form 424B2, filed 11 January 2017.
- Wells Fargo & Company, Form 424B2, filed 13 January 2017.
- Wells Fargo & Company, Form 424B2, filed 13 January 2017.
- Wells Fargo & Company, Form 8-K, filed 13 January 2017.
- Wells Fargo & Company, NO ACT, filed 17 January 2017.
- Wells Fargo & Company, Form FWP, filed 17 January 2017.
- Wells Fargo & Company, Form FWP, filed 17 January 2017.
- Wells Fargo & Company, Form 424B2, filed 17 January 2017.
- Wells Fargo & Company, Form 424B2, filed 17 January 2017.
- Wells Fargo & Company, Form 424B2, filed 17 January 2017.
- Wells Fargo & Company, Form 424B2, filed 17 January 2017.
- Wells Fargo & Company, Form 8-K, filed 17 January 2017.
- Wells Fargo & Company, Form 424B2, filed 19 January 2017.
- Wells Fargo & Company, Form 4, filed 19 January 2017.
- Wells Fargo & Company, Form 424B2, filed 19 January 2017.
- Wells Fargo & Company, Form 424B2, filed 19 January 2017.
- Wells Fargo & Company, Form 424B2, filed 19 January 2017.
- Wells Fargo & Company, Form 424B2, filed 19 January 2017.
- Wells Fargo & Company, Form 424B2, filed 23 January 2017.
- Wells Fargo & Company, Form 424B2, filed 23 January 2017.
- Wells Fargo & Company, Form 424B2, filed 24 January 2017.

84

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.

85

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 24 January 2017.
- Wells Fargo & Company, Form 8-K, filed 24 January 2017.
- Wells Fargo & Company, Form 4, filed 24 January 2017.
- Wells Fargo & Company, Form 8-K, filed 24 January 2017.
- Wells Fargo & Company, Form 424B2, filed 24 January 2017.
- Wells Fargo & Company, Form 424B2, filed 25 January 2017.
- Wells Fargo & Company, Form 4, filed 27 January 2017.
- Wells Fargo & Company, Form 4, filed 27 January 2017.
- Wells Fargo & Company, Form 4, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.

86

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G, filed 27 January 2017.
- Wells Fargo & Company, Form 424B2, filed 27 January 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 27 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 8-K, filed 30 January 2017.
- Wells Fargo & Company, Form 8-K, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 8-K, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 424B2, filed 30 January 2017.
- Wells Fargo & Company, Form 8-K, filed 31 January 2017.
- Wells Fargo & Company, Form 424B2, filed 31 January 2017.
- Wells Fargo & Company, Form 424B2, filed 31 January 2017.

87

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 13F-HR, filed 1 February 2017.
- Wells Fargo & Company, Form 8-K, filed 1 February 2017.
- Wells Fargo & Company, Form 424B2, filed 1 February 2017.
- Wells Fargo & Company, Form 8-K, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form 8-K, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form FWP, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 2 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form 8-K, filed 3 February 2017.
- Wells Fargo & Company, Form FWP, filed 3 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form FWP, filed 3 February 2017.
- Wells Fargo & Company, Form 424B2, filed 3 February 2017.
- Wells Fargo & Company, Form FWP, filed 6 February 2017.
- Wells Fargo & Company, Form FWP, filed 6 February 2017.
- Wells Fargo & Company, Form FWP, filed 6 February 2017.
- Wells Fargo & Company, Form 424B2, filed 6 February 2017.
- Wells Fargo & Company, Form 424B2, filed 6 February 2017.
- Wells Fargo & Company, Form 424B2, filed 6 February 2017.
- Wells Fargo & Company, Form 8-K, filed 7 February 2017.
- Wells Fargo & Company, Form 424B2, filed 7 February 2017.
- Wells Fargo & Company, Form 8-K, filed 8 February 2017.

88

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 8 February 2017.
- Wells Fargo & Company, Form 424B2, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 9 February 2017.
- Wells Fargo & Company, Form SC 13G, filed 9 February 2017.
- Wells Fargo & Company, Form FWP, filed 9 February 2017.
- Wells Fargo & Company, Form 424B2, filed 10 February 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 February 2017.
- Wells Fargo & Company, Form 424B2, filed 10 February 2017.
- Wells Fargo & Company, Form 424B2, filed 10 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 5, filed 13 February 2017.
- Wells Fargo & Company, Form 424B2, filed 13 February 2017.
- Wells Fargo & Company, Form 8-K, filed 13 February 2017.
- Wells Fargo & Company, Form 8-K, filed 13 February 2017.
- Wells Fargo & Company, Form 424B2, filed 13 February 2017.
- Wells Fargo & Company, Form 424B2, filed 13 February 2017.
- Wells Fargo & Company, Form 424B2, filed 14 February 2017.
- Wells Fargo & Company, NO ACT, filed 15 February 2017.
- Wells Fargo & Company, Form 8-K, filed 16 February 2017.
- Wells Fargo & Company, Form 8-K, filed 17 February 2017.
- Wells Fargo & Company, Form 424B2, filed 17 February 2017.
- Wells Fargo & Company, Form 424B2, filed 17 February 2017.
- Wells Fargo & Company, Form 8-K, filed 17 February 2017.
- Wells Fargo & Company, Form 424B2, filed 22 February 2017.
- Wells Fargo & Company, Form 8-K, filed 23 February 2017.

89

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 8-K, filed 23 February 2017.
- Wells Fargo & Company, Form 424B2, filed 23 February 2017.
- Wells Fargo & Company, Form 4, filed 23 February 2017.
- Wells Fargo & Company, Form 4, filed 23 February 2017.
- Wells Fargo & Company, Form 3, filed 23 February 2017.
- Wells Fargo & Company, Form 3, filed 23 February 2017.
- Wells Fargo & Company, Form 424B2, filed 24 February 2017.
- Wells Fargo & Company, Form 424B2, filed 24 February 2017.
- Wells Fargo & Company, Form S-3ASR, filed 24 February 2017.
- Wells Fargo & Company, Form 424B2, filed 24 February 2017.
- Wells Fargo & Company, Form 8-K, filed 24 February 2017.
- Wells Fargo & Company, Form 424B2, filed 24 February 2017.
- Wells Fargo & Company, Form 424B2, filed 24 February 2017.
- Wells Fargo & Company, NO ACT, filed 27 February 2017.
- Wells Fargo & Company, NO ACT, filed 27 February 2017.
- Wells Fargo & Company, NO ACT, filed 27 February 2017.
- Wells Fargo & Company, Form 424B2, filed 27 February 2017.
- Wells Fargo & Company, Form 424B2, filed 27 February 2017.
- Wells Fargo & Company, Form 424B2, filed 27 February 2017.
- Wells Fargo & Company, Form 424B2, filed 27 February 2017.
- Wells Fargo & Company, Form 424B2, filed 27 February 2017.
- Wells Fargo & Company, Form 8-K, filed 28 February 2017.
- Wells Fargo & Company, Form 424B2, filed 28 February 2017.
- Wells Fargo & Company, Form DEFA14A, filed 1 March 2017.
- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2016, filed 1 March 2017.
- Wells Fargo & Company, Form 8-K, filed 1 March 2017.
- Wells Fargo & Company, NO ACT, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.

90

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13D/A, filed 2 March 2017.
- Wells Fargo & Company, Form SC 13D/A, filed 2 March 2017.
- Wells Fargo & Company, Form SC 13D/A, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 2 March 2017.
- Wells Fargo & Company, Form SC 13D/A, filed 2 March 2017.
- Wells Fargo & Company, Form 8-K, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form FWP, filed 2 March 2017.
- Wells Fargo & Company, Form 424B2, filed 2 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 4/A, filed 3 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 4, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 3 March 2017.
- Wells Fargo & Company, Form FWP, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 3 March 2017.
- Wells Fargo & Company, Form FWP, filed 3 March 2017.
- Wells Fargo & Company, Form FWP, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 3 March 2017.
- Wells Fargo & Company, Form 424B2, filed 6 March 2017.
- Wells Fargo & Company, Form 424B2, filed 6 March 2017.
- Wells Fargo & Company, Form FWP, filed 6 March 2017.
- Wells Fargo & Company, Form 424B2, filed 6 March 2017.
- Wells Fargo & Company, Form FWP, filed 6 March 2017.
- Wells Fargo & Company, Form 424B2, filed 6 March 2017.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 6 March 2017.
- Wells Fargo & Company, Form 8-K, filed 7 March 2017.
- Wells Fargo & Company, Form 4, filed 7 March 2017.
- Wells Fargo & Company, Form 424B2, filed 7 March 2017.
- Wells Fargo & Company, Form 8-K, filed 8 March 2017.
- Wells Fargo & Company, Form 8-K, filed 9 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 March 2017.
- Wells Fargo & Company, Form SC 13G, filed 10 March 2017.
- Wells Fargo & Company, Form 424B2, filed 13 March 2017.
- Wells Fargo & Company, Form FWP, filed 14 March 2017.
- Wells Fargo & Company, Form 424B2, filed 14 March 2017.
- Wells Fargo & Company, Form DEFA14A, filed 15 March 2017.
- Wells Fargo & Company, Form DEF 14A, filed 15 March 2017.
- Wells Fargo & Company, Form 424B2, filed 16 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 4, filed 17 March 2017.
- Wells Fargo & Company, Form 424B2, filed 17 March 2017.
- Wells Fargo & Company, Form 8-K, filed 20 March 2017.
- Wells Fargo & Company, Form DEFA14A, filed 21 March 2017.
- Wells Fargo & Company, Form 424B2, filed 21 March 2017.
- Wells Fargo & Company, Form 8-K, filed 22 March 2017.
- Wells Fargo & Company, Form 424B2, filed 22 March 2017.
- Wells Fargo & Company, Form 424B2, filed 23 March 2017.
- Wells Fargo & Company, Form 424B2, filed 24 March 2017.

92

Exhibit-6
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 8-K, filed 27 March 2017.
- Wells Fargo & Company, Form 424B2, filed 27 March 2017.
- Wells Fargo & Company, Form PX14A6N, filed 27 March 2017.
- Wells Fargo & Company, Form 424B2, filed 28 March 2017.
- Wells Fargo & Company, Form 8-K, filed 28 March 2017.
- Wells Fargo & Company, Form 8-K, filed 28 March 2017.
- Wells Fargo & Company, Form PX14A6G, filed 29 March 2017.
- Wells Fargo & Company, Form 8-K, filed 31 March 2017.
- Wells Fargo & Company, Form 4/A, filed 31 March 2017.
- Wells Fargo & Company, Form 4/A, filed 31 March 2017.
- Wells Fargo & Company, Form 424B2, filed 31 March 2017.
- Wells Fargo & Company, Form 424B2, filed 31 March 2017.
- Wells Fargo & Company, Form 8-K, filed 3 April 2017.
- Wells Fargo & Company, Form FWP, filed 3 April 2017.
- Wells Fargo & Company, Form 424B2, filed 3 April 2017.
- Wells Fargo & Company, Form FWP, filed 3 April 2017.
- Wells Fargo & Company, Form FWP, filed 3 April 2017.
- Wells Fargo & Company, Form 424B2, filed 3 April 2017.
- Wells Fargo & Company, Form 424B2, filed 3 April 2017.
- Wells Fargo & Company, Form 424B2, filed 3 April 2017.
- Wells Fargo & Company, Form 8-K, filed 4 April 2017.
- Wells Fargo & Company, Form FWP, filed 4 April 2017.
- Wells Fargo & Company, Form 424B2, filed 4 April 2017.
- Wells Fargo & Company, Form 4, filed 4 April 2017.
- Wells Fargo & Company, Form 4, filed 4 April 2017.
- Wells Fargo & Company, Form 4, filed 4 April 2017.
- Wells Fargo & Company, Form 4, filed 4 April 2017.
- Wells Fargo & Company, Form FWP, filed 4 April 2017.
- Wells Fargo & Company, Form FWP, filed 4 April 2017.
- Wells Fargo & Company, Form 424B2, filed 4 April 2017.
- Wells Fargo & Company, Form 424B2, filed 4 April 2017.
- Wells Fargo & Company, Form 424B2, filed 4 April 2017.
- Wells Fargo & Company, Form 424B2, filed 4 April 2017.
- Wells Fargo & Company, Form FWP, filed 5 April 2017.
- Wells Fargo & Company, Form 3, filed 5 April 2017.
- Wells Fargo & Company, Form 8-K, filed 5 April 2017.
- Wells Fargo & Company, Form 424B2, filed 5 April 2017.
- Wells Fargo & Company, Form FWP, filed 5 April 2017.
- Wells Fargo & Company, Form FWP, filed 5 April 2017.

93

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 5 April 2017.
- Wells Fargo & Company, Form 424B2, filed 5 April 2017.
- Wells Fargo & Company, Form 424B2, filed 5 April 2017.
- Wells Fargo & Company, Form PX14A6G, filed 7 April 2017.
- Wells Fargo & Company, Form FWP, filed 7 April 2017.
- Wells Fargo & Company, Form DEFA14A, filed 7 April 2017.
- Wells Fargo & Company, Form 8-K, filed 7 April 2017.
- Wells Fargo & Company, Form 424B2, filed 7 April 2017.
- Wells Fargo & Company, Form FWP, filed 7 April 2017.
- Wells Fargo & Company, Form 424B2, filed 7 April 2017.
- Wells Fargo & Company, Form FWP, filed 7 April 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 April 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 April 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 April 2017.
- Wells Fargo & Company, Form DEFA14A, filed 10 April 2017.
- Wells Fargo & Company, Form DEFA14A, filed 10 April 2017.
- Wells Fargo & Company, Form DEFA14A, filed 11 April 2017.
- Wells Fargo & Company, Form 8-K, filed 11 April 2017.
- Wells Fargo & Company, Form FWP, filed 11 April 2017.
- Wells Fargo & Company, Form 424B2, filed 11 April 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 11 April 2017.
- Wells Fargo & Company, Form 4, filed 12 April 2017.
- Wells Fargo & Company, Form DEFA14A, filed 12 April 2017.
- Wells Fargo & Company, Form 424B2, filed 13 April 2017.
- Wells Fargo & Company, Form 8-K, filed 13 April 2017.
- Wells Fargo & Company, Form 424B2, filed 14 April 2017.
- Wells Fargo & Company, Form 424B2, filed 14 April 2017.
- Wells Fargo & Company, Form 424B2, filed 14 April 2017.
- Wells Fargo & Company, Form FWP, filed 17 April 2017.
- Wells Fargo & Company, Form 4, filed 17 April 2017.
- Wells Fargo & Company, Form 4, filed 17 April 2017.
- Wells Fargo & Company, Form 424B2, filed 17 April 2017.
- Wells Fargo & Company, Form FWP, filed 18 April 2017.
- Wells Fargo & Company, Form 4, filed 18 April 2017.
- Wells Fargo & Company, Form 424B2, filed 18 April 2017.
- Wells Fargo & Company, Form 424B2, filed 18 April 2017.
- Wells Fargo & Company, Form 424B2, filed 19 April 2017.
- Wells Fargo & Company, Form 424B2, filed 19 April 2017.
- Wells Fargo & Company, Form 4, filed 19 April 2017.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 4, filed 19 April 2017.
- Wells Fargo & Company, Form 4, filed 19 April 2017.
- Wells Fargo & Company, Form FWP, filed 19 April 2017.
- Wells Fargo & Company, Form 424B2, filed 20 April 2017.
- Wells Fargo & Company, Form 4, filed 21 April 2017.
- Wells Fargo & Company, Form 4, filed 21 April 2017.
- Wells Fargo & Company, Form 4, filed 21 April 2017.
- Wells Fargo & Company, Form 424B2, filed 21 April 2017.
- Wells Fargo & Company, CERTNYS, filed 24 April 2017.
- Wells Fargo & Company, Form 8-A12B, filed 24 April 2017.
- Wells Fargo & Company, Form 8-K, filed 24 April 2017.
- Wells Fargo & Company, Form 8-K, filed 25 April 2017.
- Wells Fargo & Company, Form 424B2, filed 26 April 2017.
- Wells Fargo & Company, Form 424B2, filed 26 April 2017.
- Wells Fargo & Company, Form 424B2, filed 26 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 8-K, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 424B2, filed 27 April 2017.
- Wells Fargo & Company, Form 4, filed 28 April 2017.
- Wells Fargo & Company, Form 8-K, filed 28 April 2017.

95

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 8-K, filed 28 April 2017.
- Wells Fargo & Company, Form 13F-HR, filed 28 April 2017.
- Wells Fargo & Company, Form 8-K, filed 28 April 2017.
- Wells Fargo & Company, Form FWP, filed 1 May 2017.
- Wells Fargo & Company, Form 424B2, filed 1 May 2017.
- Wells Fargo & Company, Form 8-K, filed 1 May 2017.
- Wells Fargo & Company, Form FWP, filed 1 May 2017.
- Wells Fargo & Company, Form FWP, filed 1 May 2017.
- Wells Fargo & Company, Form FWP, filed 1 May 2017.
- Wells Fargo & Company, Form 424B2, filed 1 May 2017.
- Wells Fargo & Company, Form 424B2, filed 1 May 2017.
- Wells Fargo & Company, Form 424B2, filed 1 May 2017.
- Wells Fargo & Company, Form 4, filed 2 May 2017.
- Wells Fargo & Company, Form FWP, filed 2 May 2017.
- Wells Fargo & Company, Form 424B2, filed 2 May 2017.
- Wells Fargo & Company, Form FWP, filed 2 May 2017.
- Wells Fargo & Company, Form 424B2, filed 2 May 2017.
- Wells Fargo & Company, Form 424B2, filed 2 May 2017.
- Wells Fargo & Company, Form 8-K, filed 4 May 2017.
- Wells Fargo & Company, Form FWP, filed 4 May 2017.
- Wells Fargo & Company, Form 424B2, filed 4 May 2017.
- Wells Fargo & Company, Form FWP, filed 4 May 2017.
- Wells Fargo & Company, Form 424B2, filed 4 May 2017.
- Wells Fargo & Company, Form FWP, filed 4 May 2017.
- Wells Fargo & Company, Form 424B2, filed 4 May 2017.
- Wells Fargo & Company, Form 424B2, filed 4 May 2017.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2017, filed 5 May 2017.
- Wells Fargo & Company, Form 4, filed 5 May 2017.
- Wells Fargo & Company, Form 8-K, filed 5 May 2017.
- Wells Fargo & Company, Form FWP, filed 5 May 2017.
- Wells Fargo & Company, Form 424B2, filed 5 May 2017.
- Wells Fargo & Company, Form 424B2, filed 5 May 2017.
- Wells Fargo & Company, Form FWP, filed 8 May 2017.
- Wells Fargo & Company, Form 424B2, filed 8 May 2017.
- Wells Fargo & Company, Form 424B2, filed 8 May 2017.
- Wells Fargo & Company, Form 424B2, filed 9 May 2017.
- Wells Fargo & Company, Form 424B2, filed 9 May 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 May 2017.

96

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13G/A, filed 10 May 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 May 2017.
- Wells Fargo & Company, Form FWP, filed 10 May 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 May 2017.
- Wells Fargo & Company, Form 424B2, filed 10 May 2017.
- Wells Fargo & Company, Form 424B2, filed 11 May 2017.
- Wells Fargo & Company, Form 424B2, filed 11 May 2017.
- Wells Fargo & Company, Form 424B2, filed 12 May 2017.
- Wells Fargo & Company, Form 8-K, filed 15 May 2017.
- Wells Fargo & Company, Form FWP, filed 15 May 2017.
- Wells Fargo & Company, Form 424B2, filed 15 May 2017.
- Wells Fargo & Company, Form 8-K, filed 16 May 2017.
- Wells Fargo & Company, Form 424B2, filed 16 May 2017.
- Wells Fargo & Company, Form 424B2, filed 16 May 2017.
- Wells Fargo & Company, Form 424B2, filed 16 May 2017.
- Wells Fargo & Company, Form 424B2, filed 16 May 2017.
- Wells Fargo & Company, Form 8-K, filed 17 May 2017.
- Wells Fargo & Company, Form FWP, filed 18 May 2017.
- Wells Fargo & Company, Form 424B2, filed 18 May 2017.
- Wells Fargo & Company, Form 424B2, filed 18 May 2017.
- Wells Fargo & Company, Form 8-K, filed 19 May 2017.
- Wells Fargo & Company, Form 8-K, filed 22 May 2017.
- Wells Fargo & Company, Form 424B2, filed 22 May 2017.
- Wells Fargo & Company, Form FWP, filed 22 May 2017.
- Wells Fargo & Company, Form 424B2, filed 22 May 2017.
- Wells Fargo & Company, Form 8-K, filed 23 May 2017.
- Wells Fargo & Company, Form 424B2, filed 24 May 2017.
- Wells Fargo & Company, Form 424B2, filed 25 May 2017.
- Wells Fargo & Company, Form 424B2, filed 26 May 2017.
- Wells Fargo & Company, Form 8-K, filed 30 May 2017.
- Wells Fargo & Company, Form 424B2, filed 30 May 2017.
- Wells Fargo & Company, Form FWP, filed 30 May 2017.
- Wells Fargo & Company, Form 424B2, filed 30 May 2017.
- Wells Fargo & Company, Form 8-K, filed 31 May 2017.
- Wells Fargo & Company, Form 424B2, filed 31 May 2017.
- Wells Fargo & Company, Form FWP, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 1 June 2017.
- Wells Fargo & Company, Form FWP, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 1 June 2017.

97

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form FWP, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 1 June 2017.
- Wells Fargo & Company, Form FWP, filed 1 June 2017.
- Wells Fargo & Company, Form FWP, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 1 June 2017.
- Wells Fargo & Company, Form 8-K, filed 1 June 2017.
- Wells Fargo & Company, Form 424B2, filed 2 June 2017.
- Wells Fargo & Company, Form 4, filed 2 June 2017.
- Wells Fargo & Company, Form FWP, filed 2 June 2017.
- Wells Fargo & Company, Form 424B2, filed 2 June 2017.
- Wells Fargo & Company, Form 8-K, filed 2 June 2017.
- Wells Fargo & Company, Form 424B2, filed 2 June 2017.
- Wells Fargo & Company, Form 424B2, filed 2 June 2017.
- Wells Fargo & Company, Form FWP, filed 5 June 2017.
- Wells Fargo & Company, Form 424B2, filed 5 June 2017.
- Wells Fargo & Company, Form FWP, filed 6 June 2017.
- Wells Fargo & Company, Form 8-K, filed 6 June 2017.
- Wells Fargo & Company, Form FWP, filed 6 June 2017.
- Wells Fargo & Company, Form 424B2, filed 6 June 2017.
- Wells Fargo & Company, Form FWP, filed 7 June 2017.
- Wells Fargo & Company, Form 424B2, filed 7 June 2017.
- Wells Fargo & Company, Form 8-K, filed 7 June 2017.
- Wells Fargo & Company, Form 424B2, filed 7 June 2017.
- Wells Fargo & Company, Form 424B2, filed 7 June 2017.
- Wells Fargo & Company, Form 4, filed 8 June 2017.
- Wells Fargo & Company, Form 4, filed 8 June 2017.
- Wells Fargo & Company, Form 424B2, filed 8 June 2017.
- Wells Fargo & Company, Form 424B2, filed 8 June 2017.
- Wells Fargo & Company, Form 4, filed 9 June 2017.
- Wells Fargo & Company, Form 4, filed 9 June 2017.
- Wells Fargo & Company, Form 4, filed 9 June 2017.
- Wells Fargo & Company, Form 8-K, filed 9 June 2017.
- Wells Fargo & Company, Form 424B2, filed 9 June 2017.
- Wells Fargo & Company, Form 424B2, filed 9 June 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 12 June 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 12 June 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 12 June 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 12 June 2017.

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form SC 13G/A, filed 12 June 2017.
- Wells Fargo & Company, Form FWP, filed 12 June 2017.
- Wells Fargo & Company, Form FWP, filed 12 June 2017.
- Wells Fargo & Company, Form FWP, filed 12 June 2017.
- Wells Fargo & Company, Form 424B2, filed 12 June 2017.
- Wells Fargo & Company, Form 424B2, filed 12 June 2017.
- Wells Fargo & Company, Form 4, filed 13 June 2017.
- Wells Fargo & Company, Form 424B2, filed 13 June 2017.
- Wells Fargo & Company, Form FWP, filed 14 June 2017.
- Wells Fargo & Company, Form 424B2, filed 14 June 2017.
- Wells Fargo & Company, Form FWP, filed 14 June 2017.
- Wells Fargo & Company, Form 424B2, filed 14 June 2017.
- Wells Fargo & Company, Form 11-K, For the Fiscal Period ended 31 December 2016, filed 15 June 2017.
- Wells Fargo & Company, Form 424B2, filed 19 June 2017.
- Wells Fargo & Company, Form 424B2, filed 21 June 2017.
- Wells Fargo & Company, Form FWP, filed 22 June 2017.
- Wells Fargo & Company, Form 424B2, filed 22 June 2017.
- Wells Fargo & Company, Form 424B2, filed 22 June 2017.
- Wells Fargo & Company, Form 424B2, filed 22 June 2017.
- Wells Fargo & Company, Form 424B2, filed 22 June 2017.
- Wells Fargo & Company, Form 8-K, filed 23 June 2017.
- Wells Fargo & Company, Form 424B2, filed 23 June 2017.
- Wells Fargo & Company, Form 424B2, filed 23 June 2017.
- Wells Fargo & Company, Form 8-K, filed 26 June 2017.
- Wells Fargo & Company, Form 424B2, filed 26 June 2017.
- Wells Fargo & Company, Form 424B2, filed 26 June 2017.
- Wells Fargo & Company, Form 8-K, filed 27 June 2017.
- Wells Fargo & Company, Form 424B2, filed 27 June 2017.
- Wells Fargo & Company, Form 8-K, filed 28 June 2017.
- Wells Fargo & Company, Form 8-K, filed 28 June 2017.
- Wells Fargo & Company, Form 424B2, filed 28 June 2017.
- Wells Fargo & Company, Form 424B2, filed 29 June 2017.
- Wells Fargo & Company, Form 424B2, filed 29 June 2017.
- Wells Fargo & Company, Form 424B2, filed 29 June 2017.
- Wells Fargo & Company, Form 8-K, filed 29 June 2017.
- Wells Fargo & Company, Form 424B2, filed 29 June 2017.
- Wells Fargo & Company, Form 424B2, filed 29 June 2017.
- Wells Fargo & Company, Form 424B2, filed 30 June 2017.

99

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form FWP, filed 30 June 2017.
- Wells Fargo & Company, Form 424B2, filed 30 June 2017.
- Wells Fargo & Company, Form 8-K, filed 30 June 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form FWP, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form 424B2, filed 3 July 2017.
- Wells Fargo & Company, Form 4, filed 5 July 2017.
- Wells Fargo & Company, Form 4, filed 5 July 2017.
- Wells Fargo & Company, Form 4, filed 5 July 2017.
- Wells Fargo & Company, Form 4, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 8-K, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form FWP, filed 5 July 2017.
- Wells Fargo & Company, Form FWP, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 424B2, filed 5 July 2017.
- Wells Fargo & Company, Form 8-K, filed 6 July 2017.
- Wells Fargo & Company, Form FWP, filed 6 July 2017.

100

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 6 July 2017.
- Wells Fargo & Company, Form 8-K, filed 7 July 2017.
- Wells Fargo & Company, Form 3, filed 7 July 2017.
- Wells Fargo & Company, Form FWP, filed 7 July 2017.
- Wells Fargo & Company, Form 424B2, filed 7 July 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 July 2017.
- Wells Fargo & Company, Form SC 13G/A, filed 10 July 2017.
- Wells Fargo & Company, Form 8-K, filed 10 July 2017.
- Wells Fargo & Company, Form 424B2, filed 11 July 2017.
- Wells Fargo & Company, Form 424B2, filed 11 July 2017.
- Wells Fargo & Company, Form 3, filed 14 July 2017.
- Wells Fargo & Company, Form 424B2, filed 14 July 2017.
- Wells Fargo & Company, Form 8-K, filed 14 July 2017.
- Wells Fargo & Company, Form SC 13D, filed 17 July 2017.
- Wells Fargo & Company, Form 424B2, filed 18 July 2017.
- Wells Fargo & Company, Form 4, filed 18 July 2017.
- Wells Fargo & Company, Form 424B2, filed 19 July 2017.
- Wells Fargo & Company, Form 424B2, filed 20 July 2017.
- Wells Fargo & Company, Form 8-K, filed 24 July 2017.
- Wells Fargo & Company, Form 424B2, filed 24 July 2017.
- Wells Fargo & Company, Form 424B2, filed 24 July 2017.
- Wells Fargo & Company, Form 424B2, filed 24 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form 4, filed 25 July 2017.
- Wells Fargo & Company, Form FWP, filed 25 July 2017.
- Wells Fargo & Company, Form 8-K, filed 25 July 2017.
- Wells Fargo & Company, Form 424B2, filed 25 July 2017.
- Wells Fargo & Company, Form 424B2, filed 25 July 2017.
- Wells Fargo & Company, Form 424B2, filed 26 July 2017.
- Wells Fargo & Company, Form 424B2, filed 27 July 2017.
- Wells Fargo & Company, Form 424B2, filed 27 July 2017.
- Wells Fargo & Company, Form 8-K, filed 27 July 2017.
- Wells Fargo & Company, Form 8-K, filed 28 July 2017.
- Wells Fargo & Company, Form 424B2, filed 28 July 2017.
- Wells Fargo & Company, Form 424B2, filed 28 July 2017.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 424B2, filed 28 July 2017.
- Wells Fargo & Company, Form 8-K, filed 31 July 2017.
- Wells Fargo & Company, Form 424B2, filed 31 July 2017.
- Wells Fargo & Company, Form 424B2, filed 31 July 2017.
- Wells Fargo & Company, Form 4, filed 1 August 2017.
- Wells Fargo & Company, Form 4, filed 1 August 2017.
- Wells Fargo & Company, Form 4, filed 1 August 2017.
- Wells Fargo & Company, Form FWP, filed 1 August 2017.
- Wells Fargo & Company, Form 4, filed 1 August 2017.
- Wells Fargo & Company, Form 4, filed 1 August 2017.
- Wells Fargo & Company, Form FWP, filed 1 August 2017.
- Wells Fargo & Company, Form FWP, filed 1 August 2017.
- Wells Fargo & Company, Form FWP, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form FWP, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 1 August 2017.
- Wells Fargo & Company, Form 424B2, filed 2 August 2017.
- Wells Fargo & Company, Form FWP, filed 2 August 2017.
- Wells Fargo & Company, Form 424B2, filed 2 August 2017.
- Wells Fargo & Company, Form 8-K, filed 2 August 2017.
- Wells Fargo & Company, Form 424B2, filed 2 August 2017.
- Wells Fargo & Company, Form FWP, filed 2 August 2017.
- Wells Fargo & Company, Form 424B2, filed 2 August 2017.
- Wells Fargo & Company, Form 424B2, filed 3 August 2017.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2017, filed 4 August 2017.
- Wells Fargo & Company, Form 8-K, filed 4 August 2017.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 September 2017, filed 3 November 2017.
- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2017, filed 1 March 2018.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2018, filed 4 May 2018.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2018, filed 3 August 2018.

102

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 September 2018, filed 6 November 2018.
- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2018, filed 27 February 2019.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2019, filed 3 May 2019.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2019, filed 2 August 2019.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 September 2019, filed 1 November 2019.
- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2019, filed 27 February 2020.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2020, filed 5 May 2020.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2020, filed 4 August 2020.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 September 2020, filed 2 November 2020.
- Wells Fargo & Company, Form 10-K, For the Fiscal Period ended 31 December 2020, filed 23 February 2021.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 31 March 2021, filed 5 May 2021.
- Wells Fargo & Company, Form 10-Q, For the Fiscal Period ended 30 June 2021, filed 28 July 2021.

**ACADEMIC AND PROFESSIONAL LITERATURE**

- Agresti, Alan, "A Survey of Exact Inference for Contingency Tables," *Institute of Mathematical Statistics*, Vol. 7, No. 1, 1992.
- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, Vol. 13, 2007.
- Allen, Mark A., Robert E. Hall, and Victoria A. Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Bhagat, John B. and Jeffrey L. Coles, "The Shareholder Wealth Implications of Corporate Lawsuits," *The Journal of the Financial Management Association*, 2004.
- Bliss, Barbara A., Frank Partnow, and Michael Furchtgott, "Information Bundling and Securities Litigation," *Journal of Accounting and Economics*, Vol. 65, 2018.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 8th Edition, McGraw-Hill Irwin, 2009.
- Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, 10th Edition, McGraw-Hill Irwin, 2014.
- Brearly, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 8th Edition, McGraw-Hill Irwin, 2006.
- Cannas, Giuseppina, Giovanni Masala, and Marco Micocci, "Quantifying Reputational Effects for Publicly Traded Financial Institutions," *Journal of Financial Transformation*, Vol. 27, 2009.
- Coffee, John C., "Securities; News; Litigation: New Doctrine Spawns New Tactics," *New York Law Journal*, 2006.
- Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, Vol. 78, No. 1, 2004.
- Gillet, Roland, Georges Hubner, and Severine Plunus, "Operational Risk and Reputation in the Financial Industry," *Journal of Banking & Finance*, 2009.
- Gold, Kevin L., Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Hartzmark, Michael and H. Nejat Seyhun, "The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," *Virginia Law & Business Review,* Vol. 6, No. 3, 2012.
- Karpoff, Jonathan M., D. Scott Lee, and Gerald S. Martin, "The Cost to Firms of Cooking the Book," *Journal of Financial and Quantitative Analysis*, Vol. 43, No. 3, 2008.
- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, No. 2, 1980.
- Lucas, Jr., Robert E., "Asset Prices in an Exchange Economy," *Econometrica*, 1978.
- Muth, John F., "Rational Expectations and the Theory of Price Movements," *Econometrica*, 1961.
- Palmrose, Zoe-Vonna, Vernon J. Richardson, and Susan Scholz, "Determinants of Market Reactions to Restatement Announcements," *Journal of Accounting & Economics*, 2004.
- Pratt, Shannon P., *The Market Approach to Valuing Businesses*, John Wiley & Sons, 2001.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- Ross, Stephen A., Randolph W. Westerfield, and Jeffrey Jaffe, *Corporate Finance*, 8th Edition, McGraw-Hill Irwin, 2008.
- Sharpe, William C., Jeffrey W. Bailey, and Gordon J. Alexander, *Investments*, 5th Edition, Prentice Hall, 1995.
- Stowe, John D., Thomas R. Robinson, Jerald E. Pinto, and Denis W. McLeavey, *Analysis of Equity Investments: Valuation,* Association for Investment Management and Research (CFA Institute), 2002.
- Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.

**CONFERENCE CALLS TRANSCRIPTS**

- "Q1 2015 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 15 April 2015.
- "Q2 2015 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 4 July 2015.
- "Q3 2015 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 14 October 2015.
- "Q4 2015 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 15 January 2016.
- "Q1 2016 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 14 April 2016.
- "Q2 2016 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 15 July 2016.
- "Q3 2016 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 14 October 2016.
- "Wells Fargo & Co at BancAnalysts Association of Boston Conference," *Thomson Reuters*, conference call, 3 November 2016.
- "BancAnalysts Association of Boston Conference," Bloomberg Transcript, 3 November 2016.
- "Wells Fargo & Co October 2016 Retail Banking Customer Activity Report Call," *Thomson Reuters*, conference call, 17 November 2016.
- "Wells Fargo & Co at Goldman Sachs US Financial Services Conference," *Thomson Reuters*, conference call, 6 December 2016.
- "Wells Fargo & Co November 2016 Retail Banking Customer Activity Report Call," *Thomson Reuters*, conference call, 16 December 2016.

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-1**

**Documents and Other Information Considered**

- "Q4 2016 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 13 January 2017.
- "Wells Fargo & Co January 2017 Retail Banking Customer Activity Report Call," *Thomson Reuters*, conference call, 17 February 2017.
- "February 2017 Wells Fargo & Co Retail Banking Customer Activity Report Call," *Thomson Reuters*, conference call, 20 March 2017.
- "Q1 2017 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 13 April 2017.
- "Wells Fargo & Co Annual Shareholders Meeting," *Thomson Reuters*, conference call, 25 April 2017.
- "Wells Fargo & Co 2017 Investor Day," *Thomson Reuters*, conference call, 11 May 2017.
- "Wells Fargo & Co at Morgan Stanley Financials Conference," *Thomson Reuters*, conference call, 13 June 2017.
- "Q2 2017 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 14 July 2017.
- "Q3 2017 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 13 October 2017.
- "Q4 2017 Wells Fargo & Co Earnings Call," *Thomson Reuters*, conference call, 12 January 2018.

**DATA AND DATABASES**

- Bloomberg
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- NASDAQ
- Thomson Eikon

**LEGAL CASES**

- *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989).
- *City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc.*, *HQ,* 322 F. Supp. 3d 676, 688 (D. Md. 2018).
- *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).
- *Herrera v. Wells Fargo Bank*, Case No. 8:18-cv-00332-JVS-MRW (2021).
- *In re Petrobras Sec. Litig.*, 312 F.R.D. 354, 369 (S.D.N.Y. 2016).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).

106

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-1

### Documents and Other Information Considered

- *Lehocky v. Tidel Techs., Inc.*, 220 F.R.D. 491, 506 (S.D. Tex. 2004).
- *McIntire v. China Media Express Holdings, Inc.*, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014).
- *Purple Mountain Trust v. Wells Fargo & Company*, Case No. 3:18-cv-03948-JD (2021).

**OTHER**

- "Fact Sheet; Designated Market Makers," *NYSE Euronext*, 2019.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- Section 10(b) of the Exchange Act of 1934.
- "Statement Of Charles W. Scharf Chief Executive Officer & President Wells Fargo & Company Before The United States House Committee On Financial Service," 10 March 2020.
- "The NYSE Market Model: How the NYSE Market Model Works," *NYSE.com*.
- Any other documents cited in my report.

107

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

**EDUCATION**

1989    YALE UNIVERSITY
        Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
        M.Phil. in Economics

1983    YALE UNIVERSITY
        M.A. in Economics

1981    POMONA COLLEGE
        B.A. in Economics (Phi Beta Kappa, *cum laude*)

**TEACHING EXPERIENCE**

1996 - present          BABSON COLLEGE
                        Babson Park, MA
                        Full-time Faculty, Finance Division
                        Associate Professor (2000-present)
                        Donald P. Babson Chair in Applied Investments (2002-2010)
                        Faculty Director of the Babson College Fund (2002-2009)
                        Director of the Stephen D. Cutler Investment Management Center
                        (2002-2007)
                        Assistant Professor (1996-2000)

1990 - 1995             BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
                        Boston, MA
                        Full-time Faculty, Department of Finance

1993 - 1994             WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
                        St. Louis, MO
                        Visiting Assistant Professor, Department of Finance

108

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present      CROWNINSHIELD FINANCIAL RESEARCH, INC.
Brookline, MA
President and Senior Expert

1996 - 2008      THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990      FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/ Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, 2021, Vol. 57, 203-234.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

109

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**


**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

110

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

111

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

**PRESENTATIONS**

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

112

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**COURSES TAUGHT**

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Equity Markets (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management  (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (MBA)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

114

Exhibit-6
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2
Curriculum Vitae
Steven P. Feinstein, Ph.D., CFA**

**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

115

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

116

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

Daniel Turocy, et al., v. El Pollo Loco Holdings. Inc., et al.
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

In re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

118

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018

In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

119

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018
Trial Testimony
January 2019

In Re SeaWorld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018
Testimony at Evidentiary Hearing
May 2019

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017
Deposition Testimony
July 2019

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Equifax Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019

In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

In Re Megan Villella, et al., vs. Chemical And Mining Company Of Chile Inc., et al.
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

Fadi Dahhan, Individually And On Behalf Of All Others Similarly Situated, vs. OvaScience,
Inc., Et Al.,
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

121

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Marvin Pearlstein, et al. vs. Blackberry Limited, et al.
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2018
Deposition Testimony
July 2020

Ronald L. Jackson vs. Microchip Technology Inc
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020

Frank Hall vs. Johnson & Johnson, et al.
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

In Re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

In Re Novo Nordisk Securities Litigation
Civil Action No. 3:17-cv-209-BRM-LHG
United States District Court
District of New Jersey
Deposition Testimony
February 2021

122

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021
Deposition Testimony
February 2021

In Re Vale S.A. Securities Litigation
No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District Of Pennsylvania
Deposition Testimony
May 2021

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
July 2021

123

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Endo International PLC Securities Litigation
Master File No. 2:17-cv-05114-MMB
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
July 2021

In Re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

124

**Exhibit-6**

# Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|---|---|---|---|---|---|
| 11/3/2015 | $54.93 | - | $54.94 | $54.95 | 10,709,126 | |
| 11/4/2015 | $54.58 | $0.38 | $54.58 | $54.59 | 12,823,595 | 0.05% |
| 11/5/2015 | $54.86 | - | $54.86 | $54.87 | 12,263,906 | 0.51% |
| 11/6/2015 | $55.85 | - | $55.85 | $55.86 | 22,376,825 | 1.79% |
| 11/9/2015 | $55.47 | - | $55.48 | $55.49 | 17,609,713 | -0.68% |
| 11/10/2015 | $55.91 | - | $55.92 | $55.93 | 13,475,898 | 0.79% |
| 11/11/2015 | $55.80 | - | $55.81 | $55.82 | 10,808,470 | -0.20% |
| 11/12/2015 | $55.17 | - | $55.17 | $55.18 | 17,552,240 | -1.14% |
| 11/13/2015 | $54.57 | - | $54.56 | $54.57 | 16,550,247 | -1.09% |
| 11/16/2015 | $55.27 | - | $55.25 | $55.26 | 11,955,410 | 1.27% |
| 11/17/2015 | $54.96 | - | $54.96 | $54.97 | 11,331,933 | -0.56% |
| 11/18/2015 | $55.67 | - | $55.67 | $55.68 | 16,612,571 | 1.28% |
| 11/19/2015 | $55.97 | - | $55.96 | $55.97 | 12,167,644 | 0.54% |
| 11/20/2015 | $55.82 | - | $55.79 | $55.80 | 16,264,121 | -0.27% |
| 11/23/2015 | $55.60 | - | $55.60 | $55.61 | 9,638,084 | -0.39% |
| 11/24/2015 | $55.28 | - | $55.28 | $55.29 | 14,156,491 | -0.58% |
| 11/25/2015 | $55.22 | - | $55.20 | $55.21 | 10,034,400 | -0.11% |
| 11/27/2015 | $55.39 | - | $55.41 | $55.42 | 4,914,008 | 0.31% |
| 11/30/2015 | $55.10 | - | $55.14 | $55.15 | 15,998,923 | -0.52% |
| 12/1/2015 | $55.71 | - | $55.69 | $55.70 | 15,543,357 | 1.10% |
| 12/2/2015 | $55.08 | - | $55.11 | $55.12 | 12,779,891 | -1.14% |
| 12/3/2015 | $54.20 | - | $54.21 | $54.22 | 15,410,137 | -1.61% |
| 12/4/2015 | $55.67 | - | $55.65 | $55.66 | 19,647,728 | 2.68% |
| 12/7/2015 | $55.42 | - | $55.44 | $55.45 | 17,991,639 | -0.45% |
| 12/8/2015 | $54.40 | - | $54.41 | $54.42 | 19,949,494 | -1.86% |
| 12/9/2015 | $54.12 | - | $54.12 | $54.13 | 18,499,649 | -0.52% |
| 12/10/2015 | $54.34 | - | $54.34 | $54.35 | 14,075,334 | 0.41% |
| 12/11/2015 | $53.31 | - | $53.31 | $53.32 | 17,815,729 | -1.91% |
| 12/14/2015 | $53.20 | - | $53.20 | $53.21 | 22,055,078 | -0.21% |
| 12/15/2015 | $54.91 | - | $54.90 | $54.91 | 19,056,701 | 3.16% |
| 12/16/2015 | $55.85 | - | $55.84 | $55.85 | 21,086,759 | 1.70% |
| 12/17/2015 | $55.47 | - | $55.48 | $55.49 | 18,800,520 | -0.68% |
| 12/18/2015 | $53.79 | - | $53.80 | $53.81 | 31,468,584 | -3.08% |
| 12/21/2015 | $54.02 | - | $54.04 | $54.06 | 12,993,380 | 0.43% |
| 12/22/2015 | $54.34 | - | $54.35 | $54.36 | 10,318,062 | 0.59% |
| 12/23/2015 | $55.04 | - | $55.03 | $55.04 | 13,033,579 | 1.28% |
| 12/24/2015 | $54.82 | - | $54.78 | $54.79 | 4,999,417 | -0.40% |
| 12/28/2015 | $54.68 | - | $54.68 | $54.69 | 8,288,841 | -0.26% |
| 12/29/2015 | $55.29 | - | $55.27 | $55.28 | 7,894,876 | 1.11% |
| 12/30/2015 | $54.89 | - | $54.87 | $54.88 | 8,016,893 | -0.73% |
| 12/31/2015 | $54.36 | - | $54.33 | $54.34 | 10,929,767 | -0.97% |
| 1/4/2016 | $52.91 | - | $52.93 | $52.94 | 25,985,392 | -2.70% |
| 1/5/2016 | $52.89 | - | $52.89 | $52.90 | 14,759,616 | -0.04% |
| 1/6/2016 | $51.88 | - | $51.88 | $51.89 | 20,026,405 | -1.93% |
| 1/7/2016 | $50.40 | - | $50.41 | $50.42 | 30,425,557 | -2.89% |
| 1/8/2016 | $49.56 | - | $49.56 | $49.57 | 22,981,395 | -1.68% |
| 1/11/2016 | $50.09 | - | $50.08 | $50.09 | 19,046,405 | 1.06% |
| 1/12/2016 | $51.36 | - | $51.38 | $51.39 | 28,961,499 | 2.50% |
| 1/13/2016 | $49.73 | - | $49.72 | $49.73 | 22,013,526 | -3.23% |
| 1/14/2016 | $50.64 | - | $50.59 | $50.60 | 24,569,804 | 1.81% |
| 1/15/2016 | $48.82 | - | $48.81 | $48.82 | 41,090,425 | -3.66% |
| 1/19/2016 | $48.21 | - | $48.24 | $48.25 | 29,918,487 | -1.26% |

125

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|-------------------|--------------|-----------------|-----------------|--------------------|------------------------|
| 1/20/2016 | $47.87 | - | $47.87 | $47.88 | 40,241,141 | -0.71% |
| 1/21/2016 | $48.01 | - | $48.01 | $48.02 | 24,272,884 | 0.29% |
| 1/22/2016 | $49.02 | - | $49.00 | $49.01 | 18,298,681 | 2.08% |
| 1/25/2016 | $47.66 | - | $47.67 | $47.68 | 23,440,754 | -2.81% |
| 1/26/2016 | $48 26 | - | $48.28 | $48.29 | 18,895,135 | 1.25% |
| 1/27/2016 | $48 57 | - | $48.55 | $48.56 | 20,441,469 | 0.64% |
| 1/28/2016 | $48 92 | - | $48.90 | $48.91 | 21,306,571 | 0.72% |
| 1/29/2016 | $50 23 | - | $50.20 | $50.21 | 25,358,282 | 2.64% |
| 2/1/2016 | $49 94 | - | $49.92 | $49.93 | 17,385,386 | -0.58% |
| 2/2/2016 | $48.83 | - | $48.83 | $48.84 | 25,593,244 | -2.25% |
| 2/3/2016 | $47.60 | $0.38 | $47.62 | $47.63 | 47,149,705 | -1.77% |
| 2/4/2016 | $48 25 | - | $48.23 | $48.24 | 30,851,728 | 1.36% |
| 2/5/2016 | $47.86 | - | $47.84 | $47.85 | 23,733,681 | -0.81% |
| 2/8/2016 | $46 50 | - | $46.49 | $46.50 | 31,172,124 | -2.88% |
| 2/9/2016 | $46.45 | - | $46.46 | $46.47 | 29,896,186 | -0.11% |
| 2/10/2016 | $46 17 | - | $46.15 | $46.16 | 19,885,509 | -0.60% |
| 2/11/2016 | $45 16 | - | $45.14 | $45.15 | 32,570,931 | -2.21% |
| 2/12/2016 | $47 31 | - | $47.30 | $47.31 | 28,533,866 | 4.65% |
| 2/16/2016 | $48 24 | - | $48.21 | $48.22 | 20,410,626 | 1 95% |
| 2/17/2016 | $48 13 | - | $48.13 | $48.14 | 18,060,517 | -0.23% |
| 2/18/2016 | $47.73 | - | $47.73 | $47.74 | 17,162,829 | -0.83% |
| 2/19/2016 | $48.09 | - | $48.07 | $48.08 | 18,234,852 | 0.75% |
| 2/22/2016 | $49 19 | - | $49.16 | $49.17 | 17,572,775 | 2 26% |
| 2/23/2016 | $48 10 | - | $48.10 | $48.11 | 15,224,730 | -2.24% |
| 2/24/2016 | $47.61 | - | $47.59 | $47.60 | 18,595,685 | -1.02% |
| 2/25/2016 | $47.75 | - | $47.74 | $47.75 | 16,646,240 | 0 29% |
| 2/26/2016 | $48.07 | - | $48.05 | $48.06 | 20,325,626 | 0.67% |
| 2/29/2016 | $46 92 | - | $46.91 | $46.92 | 24,018,058 | -2.42% |
| 3/1/2016 | $48.72 | - | $48.70 | $48.71 | 24,758,534 | 3.76% |
| 3/2/2016 | $49 57 | - | $49.55 | $49.56 | 18,667,745 | 1.73% |
| 3/3/2016 | $49.77 | - | $49.77 | $49.78 | 14,268,054 | 0.40% |
| 3/4/2016 | $50.11 | - | $50.11 | $50.12 | 18,685,622 | 0.68% |
| 3/7/2016 | $50.07 | - | $50.06 | $50.07 | 14,386,101 | -0.08% |
| 3/8/2016 | $49.05 | - | $49.05 | $49.06 | 18,098,226 | -2.06% |
| 3/9/2016 | $48.79 | - | $48.77 | $48.78 | 17,920,105 | -0 53% |
| 3/10/2016 | $48.51 | - | $48.50 | $48.51 | 18,542,677 | -0 58% |
| 3/11/2016 | $50.07 | - | $50.05 | $50.06 | 18,318,360 | 3 17% |
| 3/14/2016 | $49.88 | - | $49.87 | $49.88 | 12,803,930 | -0 38% |
| 3/15/2016 | $49.98 | - | $49.97 | $49.98 | 12,945,605 | 0 20% |
| 3/16/2016 | $49.54 | - | $49.55 | $49.56 | 16,629,748 | -0.88% |
| 3/17/2016 | $49.73 | - | $49.73 | $49.74 | 16,002,822 | 0 38% |
| 3/18/2016 | $50.54 | - | $50.48 | $50.49 | 35,812,068 | 1.62% |
| 3/21/2016 | $50.67 | - | $50.66 | $50.67 | 13,543,212 | 0 26% |
| 3/22/2016 | $50.37 | - | $50.38 | $50.39 | 13,906,976 | -0 59% |
| 3/23/2016 | $49.76 | - | $49.75 | $49.76 | 13,648,139 | -1 22% |
| 3/24/2016 | $48.90 | - | $48.89 | $48.90 | 20,871,108 | -1.74% |
| 3/28/2016 | $48.70 | - | $48.69 | $48.70 | 18,478,056 | -0.41% |
| 3/29/2016 | $48.05 | - | $48.06 | $48.05 | 24,459,483 | -1 34% |
| 3/30/2016 | $48.65 | - | $48.65 | $48.66 | 16,794,241 | 1 24% |
| 3/31/2016 | $48.36 | - | $48.35 | $48.36 | 16,397,626 | -0.60% |
| 4/1/2016 | $48.45 | - | $48.45 | $48.46 | 14,321,391 | 0 19% |
| 4/4/2016 | $48.50 | - | $48.49 | $48.50 | 12,110,231 | 0 10% |

126

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|---|---|---|---|---|---|---|
| 4/5/2016 | $47 51 | - | $47.52 | $47.53 | 18,297,731 | -2.06% |
| 4/6/2016 | $48.08 | - | $48.08 | $48.09 | 17,214,436 | 1.19% |
| 4/7/2016 | $46 93 | - | $46.92 | $46.93 | 17,593,134 | -2.42% |
| 4/8/2016 | $47.07 | - | $47.07 | $47.08 | 12,236,503 | 0.30% |
| 4/11/2016 | $47.03 | - | $47.03 | $47.04 | 15,113,542 | -0.09% |
| 4/12/2016 | $47.77 | - | $47.75 | $47.76 | 18,772,599 | 1.56% |
| 4/13/2016 | $49.03 | - | $49.05 | $49.06 | 26,311,931 | 2.60% |
| 4/14/2016 | $48.79 | - | $48.78 | $48.79 | 30,067,893 | -0.49% |
| 4/15/2016 | $48 25 | - | $48.24 | $48.25 | 24,885,233 | -1.11% |
| 4/18/2016 | $48.84 | - | $48.83 | $48.84 | 18,225,836 | 1.22% |
| 4/19/2016 | $49.88 | - | $49.87 | $49.88 | 18,673,376 | 2.11% |
| 4/20/2016 | $50.45 | - | $50.44 | $50.45 | 22,647,670 | 1.14% |
| 4/21/2016 | $50.05 | - | $50.05 | $50.06 | 20,255,390 | -0.80% |
| 4/22/2016 | $50.62 | - | $50.62 | $50.63 | 16,365,728 | 1.13% |
| 4/25/2016 | $50 51 | - | $50.50 | $50.51 | 11,689,131 | -0.22% |
| 4/26/2016 | $50 92 | - | $50.92 | $50.94 | 13,333,517 | 0.81% |
| 4/27/2016 | $50 93 | - | $50.94 | $50.96 | 15,342,749 | 0.02% |
| 4/28/2016 | $50.41 | - | $50.42 | $50.43 | 15,506,288 | -1.03% |
| 4/29/2016 | $49 98 | - | $49.99 | $50.00 | 17,886,992 | -0.86% |
| 5/2/2016 | $50 59 | - | $50.57 | $50.58 | 14,780,296 | 1.21% |
| 5/3/2016 | $50.00 | - | $50.01 | $50.02 | 16,246,390 | -1.17% |
| 5/4/2016 | $48 94 | $0.38 | $48.93 | $48.94 | 22,402,535 | -1.37% |
| 5/5/2016 | $48 96 | - | $48.95 | $48.96 | 15,953,570 | 0.04% |
| 5/6/2016 | $49.02 | - | $49.02 | $49.04 | 14,189,590 | 0 12% |
| 5/9/2016 | $48.88 | - | $48.88 | $48.89 | 13,877,044 | -0.29% |
| 5/10/2016 | $49.40 | - | $49.39 | $49.40 | 14,234,406 | 1.06% |
| 5/11/2016 | $49.08 | - | $49.08 | $49.09 | 17,344,292 | -0.65% |
| 5/12/2016 | $49 20 | - | $49.21 | $49.22 | 13,589,627 | 0 24% |
| 5/13/2016 | $48 24 | - | $48.23 | $48.24 | 25,251,741 | -1.97% |
| 5/16/2016 | $48 27 | - | $48.26 | $48.27 | 19,655,303 | 0.06% |
| 5/17/2016 | $47.62 | - | $47.61 | $47.62 | 21,495,620 | -1.36% |
| 5/18/2016 | $48.65 | - | $48.64 | $48.65 | 30,028,165 | 2 14% |
| 5/19/2016 | $48 38 | - | $48.38 | $48.39 | 13,604,146 | -0.56% |
| 5/20/2016 | $48.75 | - | $48.75 | $48.76 | 13,222,812 | 0.76% |
| 5/23/2016 | $48.70 | - | $48.71 | $48.72 | 10,643,985 | -0.10% |
| 5/24/2016 | $49 20 | - | $49.20 | $49.21 | 16,597,709 | 1.02% |
| 5/25/2016 | $50 50 | - | $50.48 | $50.49 | 22,482,241 | 2.61% |
| 5/26/2016 | $50 55 | - | $50.54 | $50.55 | 14,983,339 | 0 10% |
| 5/27/2016 | $50.85 | - | $50.84 | $50.85 | 13,430,516 | 0 59% |
| 5/31/2016 | $50.72 | - | $50.70 | $50.71 | 19,725,015 | -0.26% |
| 6/1/2016 | $51.00 | - | $51.00 | $51.01 | 16,774,325 | 0 55% |
| 6/2/2016 | $51.11 | - | $51.09 | $51.10 | 14,206,658 | 0 22% |
| 6/3/2016 | $50.19 | - | $50.18 | $50.19 | 25,452,559 | -1.82% |
| 6/6/2016 | $50.49 | - | $50.48 | $50.49 | 14,528,522 | 0.60% |
| 6/7/2016 | $50.27 | - | $50.28 | $50.29 | 15,310,077 | -0.44% |
| 6/8/2016 | $50.00 | - | $49.98 | $49.99 | 18,168,540 | -0 54% |
| 6/9/2016 | $49.14 | - | $49.13 | $49.14 | 19,464,358 | -1.73% |
| 6/10/2016 | $48.34 | - | $48.34 | $48.35 | 16,815,315 | -1.64% |
| 6/13/2016 | $47.97 | - | $47.97 | $47.98 | 16,150,106 | -0.77% |
| 6/14/2016 | $46.88 | - | $46.87 | $46.88 | 25,311,654 | -2 30% |
| 6/15/2016 | $46.78 | - | $46.78 | $46.79 | 20,141,964 | -0 21% |
| 6/16/2016 | $46.85 | - | $46.84 | $46.85 | 15,619,311 | 0 15% |

127

**Exhibit-6**

## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/17/2016 | $46.60 | - | $46.59 | $46.60 | 25,661,279 | -0.54% |
| 6/20/2016 | $46 93 | - | $46.94 | $46.95 | 19,490,106 | 0.71% |
| 6/21/2016 | $47 23 | - | $47.22 | $47.23 | 11,731,625 | 0.64% |
| 6/22/2016 | $46 97 | - | $46.97 | $46.98 | 17,072,144 | -0.55% |
| 6/23/2016 | $47 91 | - | $47.90 | $47.91 | 16,269,981 | 1.98% |
| 6/24/2016 | $45.71 | - | $45.70 | $45.71 | 46,744,062 | -4.70% |
| 6/27/2016 | $45.01 | - | $45.02 | $45.03 | 35,094,392 | -1.54% |
| 6/28/2016 | $46 10 | - | $46.09 | $46.10 | 27,525,655 | 2.39% |
| 6/29/2016 | $46 97 | - | $46.95 | $46.96 | 20,856,371 | 1.87% |
| 6/30/2016 | $47 33 | - | $47.35 | $47.36 | 22,538,811 | 0.76% |
| 7/1/2016 | $47.03 | - | $47.03 | $47.04 | 19,013,628 | -0.64% |
| 7/5/2016 | $46 21 | - | $46.20 | $46.21 | 22,213,032 | -1.76% |
| 7/6/2016 | $46.65 | - | $46.63 | $46.64 | 19,024,127 | 0.95% |
| 7/7/2016 | $46.80 | - | $46.79 | $46.80 | 17,946,194 | 0.32% |
| 7/8/2016 | $47.79 | - | $47.76 | $47.77 | 19,775,669 | 2.09% |
| 7/11/2016 | $48.08 | - | $48.09 | $48.10 | 16,008,705 | 0.60% |
| 7/12/2016 | $48 35 | - | $48.34 | $48.35 | 15,067,947 | 0.56% |
| 7/13/2016 | $48 27 | - | $48.26 | $48.27 | 14,389,624 | -0.17% |
| 7/14/2016 | $48 94 | - | $48.92 | $48.93 | 17,578,435 | 1.38% |
| 7/15/2016 | $47.71 | - | $47.69 | $47.70 | 35,120,978 | -2.55% |
| 7/18/2016 | $48 28 | - | $48.25 | $48.26 | 24,139,225 | 1 19% |
| 7/19/2016 | $48 37 | - | $48.37 | $48.38 | 15,982,946 | 0 19% |
| 7/20/2016 | $48.61 | - | $48.59 | $48.60 | 16,569,909 | 0.49% |
| 7/21/2016 | $48 30 | - | $48.30 | $48.31 | 15,938,855 | -0.64% |
| 7/22/2016 | $48 32 | - | $48.31 | $48.32 | 13,588,537 | 0.04% |
| 7/25/2016 | $48 12 | - | $48.11 | $48.12 | 12,122,176 | -0.41% |
| 7/26/2016 | $47 97 | - | $47.95 | $47.96 | 16,130,062 | -0.31% |
| 7/27/2016 | $48.00 | - | $48.01 | $48.02 | 17,886,802 | 0.06% |
| 7/28/2016 | $48 13 | - | $48.11 | $48.12 | 12,562,560 | 0 27% |
| 7/29/2016 | $47 97 | - | $47.96 | $47.97 | 13,111,673 | -0.33% |
| 8/1/2016 | $47.81 | - | $47.79 | $47.80 | 16,026,645 | -0.33% |
| 8/2/2016 | $47.70 | - | $47.68 | $47.69 | 17,033,061 | -0.23% |
| 8/3/2016 | $47 57 | $0.38 | $47.57 | $47.58 | 14,913,525 | 0 52% |
| 8/4/2016 | $47.84 | - | $47.84 | $47.85 | 14,662,635 | 0 57% |
| 8/5/2016 | $48.68 | - | $48.66 | $48.67 | 19,064,723 | 1.74% |
| 8/8/2016 | $48.91 | - | $48.89 | $48.90 | 14,871,601 | 0.47% |
| 8/9/2016 | $48.93 | - | $48.91 | $48.92 | 10,449,765 | 0.04% |
| 8/10/2016 | $48.18 | - | $48.16 | $48.17 | 16,782,739 | -1 54% |
| 8/11/2016 | $48.24 | - | $48.22 | $48.23 | 14,614,072 | 0 12% |
| 8/12/2016 | $47.90 | - | $47.89 | $47.90 | 13,227,473 | -0.71% |
| 8/15/2016 | $48.27 | - | $48.26 | $48.27 | 11,758,906 | 0.77% |
| 8/16/2016 | $48.44 | - | $48.45 | $48.46 | 13,957,611 | 0 35% |
| 8/17/2016 | $48.61 | - | $48.59 | $48.60 | 13,062,907 | 0 35% |
| 8/18/2016 | $48.53 | - | $48.51 | $48.52 | 12,189,198 | -0 16% |
| 8/19/2016 | $48.65 | - | $48.64 | $48.65 | 12,557,726 | 0 25% |
| 8/22/2016 | $48.63 | - | $48.64 | $48.65 | 9,212,563 | -0.04% |
| 8/23/2016 | $48.41 | - | $48.41 | $48.42 | 15,430,170 | -0.45% |
| 8/24/2016 | $48.63 | - | $48.63 | $48.64 | 16,315,832 | 0.45% |
| 8/25/2016 | $48.38 | - | $48.39 | $48.40 | 13,643,168 | -0 52% |
| 8/26/2016 | $48.51 | - | $48.51 | $48.52 | 15,527,260 | 0 27% |
| 8/29/2016 | $49.56 | - | $49.56 | $49.57 | 21,201,406 | 2 14% |
| 8/30/2016 | $50.62 | - | $50.63 | $50.64 | 25,055,769 | 2 12% |

128

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|---|---|---|---|---|---|---|
| 8/31/2016 | $50.80 | - | $50.78 | $50.79 | 24,533,587 | 0.35% |
| 9/1/2016 | $50.43 | - | $50.41 | $50.42 | 17,017,066 | -0.73% |
| 9/2/2016 | $50.55 | - | $50.54 | $50.55 | 12,683,950 | 0.24% |
| 9/6/2016 | $49.99 | - | $49.97 | $49.98 | 21,832,155 | -1.11% |
| 9/7/2016 | $49.77 | - | $49.76 | $49.77 | 12,437,261 | -0.44% |
| 9/8/2016 | $49.90 | - | $49.89 | $49 90 | 14,169,243 | 0.26% |
| 9/9/2016 | $48.72 | - | $48.73 | $48.74 | 32,147,152 | -2.39% |
| 9/12/2016 | $48.54 | - | $48.51 | $48 52 | 35,588,431 | -0.37% |
| 9/13/2016 | $46.96 | - | $46.94 | $46 95 | 59,000,513 | -3.31% |
| 9/14/2016 | $46.52 | - | $46.52 | $46 53 | 44,841,748 | -0.94% |
| 9/15/2016 | $46.15 | - | $46.15 | $46 16 | 61,190,519 | -0.80% |
| 9/16/2016 | $45.43 | - | $45.41 | $45.42 | 51,871,380 | -1.57% |
| 9/19/2016 | $46.01 | - | $46.01 | $46.02 | 33,562,406 | 1.27% |
| 9/20/2016 | $46.56 | - | $46.56 | $46 57 | 51,510,381 | 1.19% |
| 9/21/2016 | $45.83 | - | $45.81 | $45.82 | 64,530,229 | -1.58% |
| 9/22/2016 | $45.72 | - | $45.71 | $45.72 | 36,964,352 | -0.24% |
| 9/23/2016 | $45.74 | - | $45.74 | $45.75 | 28,710,524 | 0.04% |
| 9/26/2016 | $44.88 | - | $44.88 | $44.89 | 30,937,973 | -1.90% |
| 9/27/2016 | $45.09 | - | $45.08 | $45.09 | 24,359,007 | 0.47% |
| 9/28/2016 | $45.31 | - | $45.30 | $45 31 | 28,220,297 | 0.49% |
| 9/29/2016 | $44.37 | - | $44.37 | $44 38 | 45,266,713 | -2.10% |
| 9/30/2016 | $44.28 | - | $44.28 | $44 29 | 54,117,665 | -0.20% |
| 10/3/2016 | $43.83 | - | $43.80 | $43.81 | 38,197,732 | -1.02% |
| 10/4/2016 | $43.75 | - | $43.74 | $43.75 | 44,008,293 | -0.18% |
| 10/5/2016 | $44.99 | - | $45.00 | $45.01 | 40,458,953 | 2.79% |
| 10/6/2016 | $45.18 | - | $45.18 | $45 19 | 29,878,198 | 0.42% |
| 10/7/2016 | $45.33 | - | $45.35 | $45 36 | 24,893,588 | 0.33% |
| 10/10/2016 | $45.65 | - | $45.64 | $45.65 | 21,804,917 | 0.70% |
| 10/11/2016 | $45.45 | - | $45.45 | $45.46 | 25,442,608 | -0.44% |
| 10/12/2016 | $45.32 | - | $45.32 | $45 33 | 21,780,463 | -0.29% |
| 10/13/2016 | $44.75 | - | $44.73 | $44.74 | 44,174,614 | -1.27% |
| 10/14/2016 | $44.71 | - | $44.71 | $44.72 | 45,418,598 | -0.09% |
| 10/17/2016 | $44.50 | - | $44.49 | $44 50 | 18,861,278 | -0.47% |
| 10/18/2016 | $44.95 | - | $44.94 | $44 95 | 23,877,562 | 1.01% |
| 10/19/2016 | $45.26 | - | $45.27 | $45 28 | 26,976,973 | 0.69% |
| 10/20/2016 | $44.93 | - | $44.93 | $44 94 | 27,210,558 | -0.73% |
| 10/21/2016 | $45.09 | - | $45.09 | $45 10 | 21,490,816 | 0.36% |
| 10/24/2016 | $45.52 | - | $45.51 | $45.52 | 19,303,808 | 0.95% |
| 10/25/2016 | $45.72 | - | $45.72 | $45.73 | 20,402,012 | 0.44% |
| 10/26/2016 | $46.15 | - | $46.15 | $46.15 | 25,181,900 | 0.94% |
| 10/27/2016 | $46.41 | - | $46.41 | $46.42 | 25,661,020 | 0.56% |
| 10/28/2016 | $46.23 | - | $46 22 | $46.23 | 20,882,042 | -0.39% |
| 10/31/2016 | $46.01 | - | $46.01 | $46.02 | 20,115,933 | -0.48% |
| 11/1/2016 | $45.99 | - | $45 99 | $46.00 | 20,020,196 | -0.04% |
| 11/2/2016 | $45.24 | $0 38 | $45 24 | $45.25 | 19,566,574 | -0.81% |
| 11/3/2016 | $45.34 | - | $45 35 | $45.36 | 14,982,746 | 0.22% |
| 11/4/2016 | $44.60 | - | $44 59 | $44.60 | 27,391,609 | -1.65% |
| 11/7/2016 | $45.40 | - | $45 38 | $45.39 | 25,769,393 | 1.78% |
| 11/8/2016 | $45.54 | - | $45 52 | $45.53 | 19,462,621 | 0.31% |
| 11/9/2016 | $47.99 | - | $47 99 | $48.00 | 67,615,042 | 5.24% |
| 11/10/2016 | $51.63 | - | $51.62 | $51.63 | 100,988,797 | 7.31% |
| 11/11/2016 | $51.73 | - | $51.71 | $51.72 | 46,594,895 | 0.19% |

129

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|------|------|------|------|------|------|
| 11/14/2016 | $53.22 | - | $53.24 | $53.25 | 59,154,429 | 2.84% |
| 11/15/2016 | $52.59 | - | $52.58 | $52 59 | 39,437,914 | -1.19% |
| 11/16/2016 | $51.68 | - | $51.68 | $51.69 | 26,996,205 | -1.75% |
| 11/17/2016 | $52.49 | - | $52.49 | $52 50 | 29,205,878 | 1.56% |
| 11/18/2016 | $52.82 | - | $52.82 | $52.83 | 29,673,414 | 0.63% |
| 11/21/2016 | $52.12 | - | $52.12 | $52 13 | 23,587,173 | -1.33% |
| 11/22/2016 | $52.22 | - | $52.21 | $52 22 | 22,816,942 | 0.19% |
| 11/23/2016 | $52.16 | - | $52.13 | $52 14 | 20,022,318 | -0.11% |
| 11/25/2016 | $52.62 | - | $52.60 | $52 58 | 9,635,745 | 0.88% |
| 11/28/2016 | $51.58 | - | $51.58 | $51 59 | 26,518,494 | -2.00% |
| 11/29/2016 | $51.86 | - | $51.86 | $51.87 | 16,267,266 | 0.54% |
| 11/30/2016 | $52.92 | - | $52.93 | $52 94 | 26,567,203 | 2.02% |
| 12/1/2016 | $54.34 | - | $54.35 | $54 36 | 35,623,052 | 2.65% |
| 12/2/2016 | $53.58 | - | $53.57 | $53 58 | 21,894,686 | -1.41% |
| 12/5/2016 | $54.35 | - | $54.36 | $54 37 | 24,793,902 | 1.43% |
| 12/6/2016 | $55.55 | - | $55.56 | $55 57 | 30,706,669 | 2.18% |
| 12/7/2016 | $57.28 | - | $57.27 | $57 28 | 46,616,968 | 3.07% |
| 12/8/2016 | $57.29 | - | $57.28 | $57 29 | 39,828,604 | 0.02% |
| 12/9/2016 | $57.14 | - | $57.14 | $57 15 | 20,331,186 | -0.26% |
| 12/12/2016 | $55.78 | - | $55.77 | $55.78 | 27,886,167 | -2.41% |
| 12/13/2016 | $55.84 | - | $55.83 | $55.84 | 24,355,561 | 0.11% |
| 12/14/2016 | $54.70 | - | $54.70 | $54.71 | 54,590,640 | -2.06% |
| 12/15/2016 | $55.19 | - | $55.19 | $55.20 | 31,345,878 | 0.89% |
| 12/16/2016 | $55.34 | - | $55.33 | $55.34 | 33,171,784 | 0.27% |
| 12/19/2016 | $55.22 | - | $55 22 | $55.23 | 16,801,429 | -0.22% |
| 12/20/2016 | $56.10 | - | $56.09 | $56.10 | 19,245,332 | 1.58% |
| 12/21/2016 | $55.71 | - | $55.72 | $55.73 | 14,058,380 | -0.70% |
| 12/22/2016 | $55.75 | - | $55.75 | $55.76 | 14,515,521 | 0.07% |
| 12/23/2016 | $55.96 | - | $55 95 | $55.96 | 8,312,986 | 0.38% |
| 12/27/2016 | $55.95 | - | $55 94 | $55.95 | 8,893,940 | -0.02% |
| 12/28/2016 | $55.32 | - | $55 32 | $55.33 | 10,609,110 | -1.13% |
| 12/29/2016 | $54.84 | - | $54.83 | $54.84 | 15,933,472 | -0.87% |
| 12/30/2016 | $55.11 | - | $55 12 | $55.13 | 15,095,516 | 0.49% |
| 1/3/2017 | $56.00 | - | $55 98 | $55.99 | 22,063,790 | 1.60% |
| 1/4/2017 | $56.05 | - | $56.04 | $56.05 | 15,036,148 | 0.09% |
| 1/5/2017 | $55.18 | - | $55 17 | $55.18 | 18,831,628 | -1.56% |
| 1/6/2017 | $55.04 | - | $55.04 | $55.05 | 18,715,908 | -0.25% |
| 1/9/2017 | $54.24 | - | $54.24 | $54.25 | 21,794,061 | -1.46% |
| 1/10/2017 | $54.62 | - | $54.62 | $54.63 | 17,978,219 | 0.70% |
| 1/11/2017 | $54.80 | - | $54.79 | $54.80 | 21,100,589 | 0.33% |
| 1/12/2017 | $54.50 | - | $54.51 | $54.53 | 20,566,603 | -0.55% |
| 1/13/2017 | $55.31 | - | $55.30 | $55.31 | 37,231,593 | 1.48% |
| 1/17/2017 | $53.78 | - | $53.76 | $53.77 | 26,974,416 | -2.81% |
| 1/18/2017 | $54.27 | - | $54.26 | $54.27 | 21,186,749 | 0.91% |
| 1/19/2017 | $54.58 | - | $54.58 | $54.59 | 20,906,892 | 0.57% |
| 1/20/2017 | $55.07 | - | $55.07 | $55.08 | 24,160,823 | 0.89% |
| 1/23/2017 | $54.25 | - | $54.25 | $54.26 | 17,227,385 | -1.50% |
| 1/24/2017 | $54.70 | - | $54.70 | $54.71 | 18,523,327 | 0.83% |
| 1/25/2017 | $56.62 | - | $56.62 | $56.63 | 32,252,075 | 3.45% |
| 1/26/2017 | $57.18 | - | $57.17 | $57.18 | 23,769,752 | 0.98% |
| 1/27/2017 | $56.59 | - | $56.57 | $56.58 | 17,186,210 | -1.04% |
| 1/30/2017 | $56.08 | - | $56.05 | $56.06 | 15,961,389 | -0.91% |

130

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|-------------------|--------------|-----------------|-----------------|---------------------|------------------------|
| 1/31/2017 | $56 33 | - | $56.33 | $56.34 | 22,409,081 | 0.44% |
| 2/1/2017 | $55 91 | $0.38 | $55.90 | $55.91 | 21,157,698 | -0.07% |
| 2/2/2017 | $55.75 | - | $55.75 | $55.76 | 13,044,449 | -0.29% |
| 2/3/2017 | $57 27 | - | $57.26 | $57.27 | 19,879,774 | 2.69% |
| 2/6/2017 | $56 55 | - | $56.55 | $56.56 | 13,940,158 | -1.27% |
| 2/7/2017 | $56 34 | - | $56.32 | $56.33 | 14,937,421 | -0.37% |
| 2/8/2017 | $55.63 | - | $55.62 | $55.63 | 18,592,180 | -1.27% |
| 2/9/2017 | $56.73 | - | $56.72 | $56.73 | 15,907,818 | 1 96% |
| 2/10/2017 | $56.86 | - | $56.86 | $56.87 | 12,268,103 | 0 23% |
| 2/13/2017 | $57.08 | - | $57.07 | $57.08 | 15,325,274 | 0 39% |
| 2/14/2017 | $57 98 | - | $57.95 | $57.96 | 16,382,857 | 1 56% |
| 2/15/2017 | $58 55 | - | $58.55 | $58.56 | 25,350,371 | 0 98% |
| 2/16/2017 | $58 12 | - | $58.11 | $58.12 | 14,694,501 | -0.74% |
| 2/17/2017 | $58.09 | - | $58.07 | $58.08 | 15,783,230 | -0.05% |
| 2/21/2017 | $58 25 | - | $58.23 | $58.24 | 16,916,750 | 0 28% |
| 2/22/2017 | $58 36 | - | $58.36 | $58.37 | 12,344,234 | 0 19% |
| 2/23/2017 | $58.49 | - | $58.47 | $58.48 | 13,841,369 | 0 22% |
| 2/24/2017 | $57.81 | - | $57.80 | $57.81 | 16,379,051 | -1.17% |
| 2/27/2017 | $58.06 | - | $58.06 | $58.07 | 10,101,035 | 0.43% |
| 2/28/2017 | $57.88 | - | $57.89 | $57.90 | 15,558,884 | -0.31% |
| 3/1/2017 | $59.73 | - | $59.70 | $59.71 | 25,912,728 | 3 15% |
| 3/2/2017 | $58.71 | - | $58.70 | $58.71 | 17,578,616 | -1.72% |
| 3/3/2017 | $58.89 | - | $58.87 | $58.88 | 14,753,743 | 0 31% |
| 3/6/2017 | $58.61 | - | $58.61 | $58.62 | 13,225,468 | -0.48% |
| 3/7/2017 | $58.30 | - | $58.29 | $58.30 | 13,099,877 | -0 53% |
| 3/8/2017 | $58.21 | - | $58.22 | $58.23 | 14,711,295 | -0 15% |
| 3/9/2017 | $58.70 | - | $58.70 | $58.71 | 15,721,476 | 0.84% |
| 3/10/2017 | $58.85 | - | $58.86 | $58.87 | 15,120,176 | 0 26% |
| 3/13/2017 | $58.70 | - | $58.72 | $58.73 | 14,063,472 | -0 26% |
| 3/14/2017 | $58.76 | - | $58.75 | $58.76 | 10,885,031 | 0 10% |
| 3/15/2017 | $58.71 | - | $58.69 | $58.70 | 17,777,338 | -0.09% |
| 3/16/2017 | $59.32 | - | $59.31 | $59.32 | 18,468,200 | 1.03% |
| 3/17/2017 | $58.67 | - | $58.66 | $58.67 | 20,985,674 | -1 10% |
| 3/20/2017 | $57.63 | - | $57.64 | $57.65 | 17,663,194 | -1.79% |
| 3/21/2017 | $55.85 | - | $55.85 | $55.86 | 31,766,385 | -3 14% |
| 3/22/2017 | $55.33 | - | $55.33 | $55.34 | 27,740,860 | -0 94% |
| 3/23/2017 | $55.25 | - | $55.25 | $55.26 | 18,999,983 | -0 14% |
| 3/24/2017 | $55.83 | - | $55.82 | $55.83 | 21,127,464 | 1.04% |
| 3/27/2017 | $55.39 | - | $55.40 | $55.41 | 16,854,761 | -0.79% |
| 3/28/2017 | $55.96 | - | $55.96 | $55.98 | 14,878,890 | 1.02% |
| 3/29/2017 | $55.67 | - | $55.68 | $55.69 | 10,329,113 | -0 52% |
| 3/30/2017 | $56.24 | - | $56.24 | $56.25 | 12,106,538 | 1.02% |
| 3/31/2017 | $55.66 | - | $55.65 | $55.66 | 11,864,615 | -1.04% |
| 4/3/2017 | $55.49 | - | $55.49 | $55.50 | 14,550,739 | -0 31% |
| 4/4/2017 | $55.20 | - | $55.18 | $55.19 | 11,937,360 | -0 52% |
| 4/5/2017 | $54.98 | - | $54.97 | $54.98 | 17,411,708 | -0.40% |
| 4/6/2017 | $55.37 | - | $55.36 | $55.37 | 10,387,536 | 0.71% |
| 4/7/2017 | $54.84 | - | $54.85 | $54.86 | 15,848,831 | -0 96% |
| 4/10/2017 | $54.54 | - | $54.53 | $54.54 | 14,607,683 | -0 55% |
| 4/11/2017 | $54.16 | - | $54.16 | $54.17 | 28,086,812 | -0.70% |
| 4/12/2017 | $53.12 | - | $53.12 | $53.13 | 25,601,266 | -1 94% |
| 4/13/2017 | $51.35 | - | $51.36 | $51.37 | 47,981,952 | -3 39% |

131

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|---|---|---|---|---|---|---|
| 4/17/2017 | $52.72 | - | $52.72 | $52.73 | 31,959,061 | 2.63% |
| 4/18/2017 | $52.45 | - | $52.44 | $52.45 | 22,257,525 | -0.51% |
| 4/19/2017 | $52 15 | - | $52.13 | $52.14 | 17,414,622 | -0.57% |
| 4/20/2017 | $53 50 | - | $53.50 | $53.51 | 31,552,904 | 2.56% |
| 4/21/2017 | $53.00 | - | $53.00 | $53.01 | 26,177,343 | -0.94% |
| 4/24/2017 | $53.65 | - | $53.64 | $53.65 | 23,856,688 | 1.22% |
| 4/25/2017 | $54 56 | - | $54.56 | $54.57 | 27,061,299 | 1.68% |
| 4/26/2017 | $54 54 | - | $54.53 | $54.54 | 15,915,542 | -0.04% |
| 4/27/2017 | $54.44 | - | $54.45 | $54.46 | 13,978,030 | -0.18% |
| 4/28/2017 | $53.84 | - | $53.82 | $53.83 | 16,501,919 | -1.11% |
| 5/1/2017 | $54.46 | - | $54.48 | $54.49 | 13,915,807 | 1.14% |
| 5/2/2017 | $54 54 | - | $54.52 | $54.53 | 15,634,864 | 0.15% |
| 5/3/2017 | $54.85 | $0.38 | $54.83 | $54.84 | 15,737,118 | 1.26% |
| 5/4/2017 | $55 18 | - | $55.17 | $55.18 | 17,054,067 | 0.60% |
| 5/5/2017 | $55 11 | - | $55.10 | $55.11 | 13,078,783 | -0.13% |
| 5/8/2017 | $55.04 | - | $55.03 | $55.04 | 14,242,805 | -0.13% |
| 5/9/2017 | $54.68 | - | $54.67 | $54.68 | 14,402,868 | -0.66% |
| 5/10/2017 | $54.72 | - | $54.70 | $54.71 | 15,897,244 | 0.07% |
| 5/11/2017 | $53.74 | - | $53.72 | $53.73 | 32,200,089 | -1.81% |
| 5/12/2017 | $53.02 | - | $53.01 | $53.02 | 29,642,325 | -1.35% |
| 5/15/2017 | $53 32 | - | $53.31 | $53.32 | 15,245,047 | 0 56% |
| 5/16/2017 | $53 26 | - | $53.25 | $53.26 | 12,650,066 | -0.11% |
| 5/17/2017 | $52 24 | - | $52.24 | $52.25 | 33,173,088 | -1.93% |
| 5/18/2017 | $52 38 | - | $52.38 | $52.39 | 19,790,140 | 0 27% |
| 5/19/2017 | $53.06 | - | $53.05 | $53.06 | 16,894,978 | 1 29% |
| 5/22/2017 | $53.01 | - | $53.00 | $53.01 | 13,946,952 | -0.09% |
| 5/23/2017 | $53 39 | - | $53.39 | $53.40 | 11,751,719 | 0.71% |
| 5/24/2017 | $53.09 | - | $53.08 | $53.09 | 11,363,414 | -0.56% |
| 5/25/2017 | $52.78 | - | $52.77 | $52.78 | 16,643,765 | -0.59% |
| 5/26/2017 | $52.41 | - | $52.40 | $52.41 | 14,247,740 | -0.70% |
| 5/30/2017 | $52 16 | - | $52.14 | $52.15 | 19,379,725 | -0.48% |
| 5/31/2017 | $51 14 | - | $51.14 | $51.15 | 30,519,660 | -1.97% |
| 6/1/2017 | $52.08 | - | $52.08 | $52.09 | 21,001,799 | 1.82% |
| 6/2/2017 | $51.81 | - | $51.73 | $51.74 | 19,477,314 | -0.52% |
| 6/5/2017 | $51.72 | - | $51.72 | $51.73 | 13,663,770 | -0.17% |
| 6/6/2017 | $51.81 | - | $51.80 | $51.81 | 14,887,538 | 0 17% |
| 6/7/2017 | $52.09 | - | $52.09 | $52.10 | 17,022,350 | 0 54% |
| 6/8/2017 | $52.56 | - | $52.56 | $52.57 | 22,644,201 | 0 90% |
| 6/9/2017 | $53.80 | - | $53.80 | $53.81 | 25,749,954 | 2 33% |
| 6/12/2017 | $54.09 | - | $54.09 | $54.10 | 22,791,380 | 0 54% |
| 6/13/2017 | $54.45 | - | $54.45 | $54.46 | 17,965,974 | 0.66% |
| 6/14/2017 | $54.53 | - | $54.52 | $54.53 | 16,574,994 | 0 15% |
| 6/15/2017 | $53.90 | - | $53.91 | $53.92 | 17,232,258 | -1 16% |
| 6/16/2017 | $53.89 | - | $53.91 | $53.92 | 23,492,702 | -0.02% |
| 6/19/2017 | $54.24 | - | $54.24 | $54.25 | 15,367,253 | 0.65% |
| 6/20/2017 | $53.46 | - | $53.45 | $53.46 | 13,622,247 | -1.45% |
| 6/21/2017 | $52.98 | - | $52.98 | $52.99 | 12,653,747 | -0 90% |
| 6/22/2017 | $52.49 | - | $52.48 | $52.49 | 15,362,168 | -0 93% |
| 6/23/2017 | $52.45 | - | $52.45 | $52.46 | 21,868,452 | -0.08% |
| 6/26/2017 | $52.90 | - | $52.91 | $52.92 | 12,532,812 | 0.85% |
| 6/27/2017 | $53.16 | - | $53.16 | $53.17 | 13,496,348 | 0.49% |
| 6/28/2017 | $54.33 | - | $54.32 | $54.33 | 20,961,669 | 2 18% |

132

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|---|---|---|---|---|---|---|
| 6/29/2017 | $55.78 | - | $55.76 | $55.77 | 32,552,121 | 2.63% |
| 6/30/2017 | $55.41 | - | $55.42 | $55.43 | 16,750,704 | -0.67% |
| 7/3/2017 | $55.78 | - | $55.76 | $55.77 | 11,825,311 | 0.67% |
| 7/5/2017 | $55.78 | - | $55.78 | $55.79 | 14,086,881 | 0.00% |
| 7/6/2017 | $55 56 | - | $55.57 | $55.58 | 14,481,179 | -0.40% |
| 7/7/2017 | $55.74 | - | $55.73 | $55.74 | 11,503,450 | 0.32% |
| 7/10/2017 | $55 59 | - | $55.60 | $55.61 | 10,978,963 | -0.27% |
| 7/11/2017 | $55.04 | - | $55.06 | $55.07 | 14,842,691 | -0.99% |
| 7/12/2017 | $55 17 | - | $55.16 | $55.17 | 11,951,527 | 0.24% |
| 7/13/2017 | $55.60 | - | $55.63 | $55.64 | 14,201,775 | 0.78% |
| 7/14/2017 | $54 99 | - | $54.99 | $55.00 | 17,949,644 | -1.10% |
| 7/17/2017 | $54.71 | - | $54.70 | $54.71 | 14,953,583 | -0.51% |
| 7/18/2017 | $54.80 | - | $54.78 | $54.79 | 13,603,344 | 0.16% |
| 7/19/2017 | $54 94 | - | $54.95 | $54.96 | 12,366,197 | 0.26% |
| 7/20/2017 | $54.88 | - | $54.89 | $54.90 | 15,123,488 | -0.11% |
| 7/21/2017 | $54 17 | - | $54.17 | $54.18 | 17,384,457 | -1.30% |
| 7/24/2017 | $54 27 | - | $54.30 | $54.31 | 18,489,859 | 0.18% |
| 7/25/2017 | $55.06 | - | $55.06 | $55.07 | 20,167,835 | 1.45% |
| 7/26/2017 | $54 91 | - | $54.89 | $54.90 | 19,686,938 | -0.27% |
| 7/27/2017 | $54.71 | - | $54.72 | $54.73 | 17,352,646 | -0.36% |
| 7/28/2017 | $53 30 | - | $53.29 | $53.30 | 32,590,568 | -2.61% |
| 7/31/2017 | $53 94 | - | $53.94 | $53.95 | 20,378,065 | 1.19% |
| 8/1/2017 | $54.08 | - | $54.06 | $54.07 | 19,350,259 | 0 26% |
| 8/2/2017 | $53.62 | $0.39 | $53.59 | $53.60 | 19,422,130 | -0.13% |
| 8/3/2017 | $53.40 | - | $53.41 | $53.42 | 19,374,704 | -0.41% |
| 8/4/2017 | $52.84 | - | $52.83 | $52.84 | 44,664,559 | -1.05% |
| 8/7/2017 | $52 54 | - | $52.51 | $52.52 | 22,673,681 | -0.57% |
| 8/8/2017 | $52.71 | - | $52.71 | $52.72 | 24,877,808 | 0 32% |
| 8/9/2017 | $52.79 | - | $52.78 | $52.79 | 14,631,563 | 0 15% |
| 8/10/2017 | $51.95 | - | $51.94 | $51.95 | 18,373,022 | -1.60% |
| 8/11/2017 | $51.94 | - | $51.94 | $51.95 | 14,714,450 | -0.02% |
| 8/14/2017 | $52.84 | - | $52.83 | $52.84 | 16,313,225 | 1.72% |
| 8/15/2017 | $52.85 | - | $52.86 | $52.87 | 11,028,101 | 0.02% |
| 8/16/2017 | $52.69 | - | $52.68 | $52.69 | 11,224,409 | -0 30% |
| 8/17/2017 | $51.80 | - | $51.80 | $51.82 | 16,814,287 | -1.70% |
| 8/18/2017 | $51.68 | - | $51.67 | $51.68 | 17,130,641 | -0 23% |
| 8/21/2017 | $51.82 | - | $51.81 | $51.82 | 13,503,090 | 0 27% |
| 8/22/2017 | $52.22 | - | $52.21 | $52.22 | 12,984,102 | 0.77% |
| 8/23/2017 | $52.03 | - | $52.01 | $52.02 | 10,019,524 | -0 36% |
| 8/24/2017 | $52.16 | - | $52.17 | $52.18 | 12,345,029 | 0 25% |
| 8/25/2017 | $51.77 | - | $51.77 | $51.78 | 15,307,840 | -0.75% |
| 8/28/2017 | $51.63 | - | $51.62 | $51.63 | 12,425,896 | -0 27% |
| 8/29/2017 | $51.42 | - | $51.41 | $51.42 | 10,715,516 | -0.41% |
| 8/30/2017 | $51.36 | - | $51.34 | $51.35 | 11,427,543 | -0 12% |
| 8/31/2017 | $51.07 | - | $51.06 | $51.07 | 25,231,147 | -0 57% |
| 9/1/2017 | $50.97 | - | $50.98 | $50.99 | 16,217,688 | -0 20% |
| 9/5/2017 | $50.10 | - | $50.08 | $50.09 | 31,251,308 | -1.72% |
| 9/6/2017 | $49.88 | - | $49.87 | $49.88 | 26,854,049 | -0.44% |
| 9/7/2017 | $49.68 | - | $49.67 | $49.68 | 23,367,261 | -0.40% |
| 9/8/2017 | $49.58 | - | $49.60 | $49.61 | 18,975,665 | -0 20% |
| 9/11/2017 | $50.66 | - | $50.65 | $50.66 | 17,987,052 | 2 15% |
| 9/12/2017 | $51.57 | - | $51.57 | $51.58 | 17,129,536 | 1.78% |

133

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|------|------|------|------|------|------|
| 9/13/2017 | $51.46 | - | $51.44 | $51.45 | 12,617,331 | -0.21% |
| 9/14/2017 | $51.29 | - | $51.30 | $51.31 | 13,739,413 | -0.33% |
| 9/15/2017 | $51.66 | - | $51.51 | $51.52 | 28,494,345 | 0.72% |
| 9/18/2017 | $52.71 | - | $52.71 | $52.72 | 20,943,426 | 2.01% |
| 9/19/2017 | $53.36 | - | $53.35 | $53.36 | 17,046,989 | 1.23% |
| 9/20/2017 | $53.75 | - | $53.74 | $53.75 | 21,560,419 | 0.73% |
| 9/21/2017 | $54.06 | - | $54.07 | $54.08 | 16,210,868 | 0.58% |
| 9/22/2017 | $54.25 | - | $54.22 | $54.23 | 18,047,820 | 0.35% |
| 9/25/2017 | $54.03 | - | $54.02 | $54.03 | 11,595,884 | -0.41% |
| 9/26/2017 | $53.80 | - | $53.81 | $53.82 | 12,052,460 | -0.43% |
| 9/27/2017 | $54.21 | - | $54.21 | $54.22 | 15,840,785 | 0.76% |
| 9/28/2017 | $54.25 | - | $54.23 | $54.24 | 14,531,655 | 0.07% |
| 9/29/2017 | $55.15 | - | $55.13 | $55.14 | 20,872,334 | 1.65% |
| 10/2/2017 | $55.47 | - | $55.45 | $55.46 | 11,764,416 | 0.58% |
| 10/3/2017 | $55.58 | - | $55.58 | $55.59 | 17,405,089 | 0.20% |
| 10/4/2017 | $54.96 | - | $54.95 | $54.96 | 14,697,750 | -1.12% |
| 10/5/2017 | $55.39 | - | $55.40 | $55.41 | 14,560,658 | 0.78% |
| 10/6/2017 | $55.58 | - | $55.55 | $55.56 | 11,151,225 | 0.34% |
| 10/9/2017 | $55.14 | - | $55.16 | $55.17 | 11,377,035 | -0.79% |
| 10/10/2017 | $55.61 | - | $55.62 | $55.63 | 12,800,536 | 0.85% |
| 10/11/2017 | $55.66 | - | $55.65 | $55.66 | 12,843,107 | 0.09% |
| 10/12/2017 | $55.21 | - | $55.18 | $55 19 | 15,067,498 | -0.81% |
| 10/13/2017 | $53.69 | - | $53.68 | $53.69 | 35,310,028 | -2.79% |
| 10/16/2017 | $53.80 | - | $53.78 | $53.79 | 22,802,389 | 0.20% |
| 10/17/2017 | $53.19 | - | $53.17 | $53 18 | 18,614,716 | -1.14% |
| 10/18/2017 | $53.41 | - | $53.41 | $53.42 | 21,604,023 | 0.41% |
| 10/19/2017 | $53.75 | - | $53.75 | $53.76 | 12,669,710 | 0.63% |
| 10/20/2017 | $54.92 | - | $54.91 | $54 92 | 28,407,666 | 2.15% |
| 10/23/2017 | $54.91 | - | $54.90 | $54 91 | 18,102,146 | -0.02% |
| 10/24/2017 | $55.42 | - | $55.41 | $55.42 | 18,779,387 | 0.92% |
| 10/25/2017 | $55.25 | - | $55.24 | $55 25 | 17,096,879 | -0.31% |
| 10/26/2017 | $55.62 | - | $55.62 | $55.63 | 15,979,177 | 0.67% |
| 10/27/2017 | $55.87 | - | $55.88 | $55.89 | 17,258,583 | 0.45% |
| 10/30/2017 | $55.85 | - | $55.84 | $55.85 | 12,249,199 | -0.04% |
| 10/31/2017 | $56.14 | - | $56.13 | $56.14 | 14,619,169 | 0.52% |
| 11/1/2017 | $56.21 | - | $56.21 | $56.22 | 11,678,320 | 0.12% |
| 11/2/2017 | $56.48 | $0 39 | $56.48 | $56.49 | 15,630,001 | 1.17% |
| 11/3/2017 | $56.35 | - | $56.34 | $56.35 | 10,049,173 | -0.23% |
| 11/6/2017 | $56.18 | - | $56.19 | $56.20 | 10,414,893 | -0.30% |
| 11/7/2017 | $55.05 | - | $55.04 | $55.05 | 18,679,065 | -2.03% |
| 11/8/2017 | $54.26 | - | $54.26 | $54.27 | 24,047,114 | -1.45% |
| 11/9/2017 | $54.00 | - | $54.00 | $54.01 | 24,438,825 | -0.48% |
| 11/10/2017 | $53.81 | - | $53.81 | $53.82 | 13,671,702 | -0.35% |
| 11/13/2017 | $53.72 | - | $53.72 | $53.73 | 13,447,019 | -0.17% |
| 11/14/2017 | $54.04 | - | $54.03 | $54.04 | 20,830,063 | 0.59% |
| 11/15/2017 | $53.75 | - | $53.77 | $53.78 | 18,238,575 | -0.54% |
| 11/16/2017 | $54.60 | - | $54.60 | $54.61 | 26,361,825 | 1.57% |
| 11/17/2017 | $54.15 | - | $54 14 | $54.15 | 15,814,821 | -0.83% |
| 11/20/2017 | $54.05 | - | $54.05 | $54.06 | 16,943,059 | -0.18% |
| 11/21/2017 | $54.52 | - | $54 53 | $54.54 | 13,757,036 | 0.87% |
| 11/22/2017 | $54.06 | - | $54.06 | $54.07 | 11,421,659 | -0.85% |
| 11/24/2017 | $54.09 | - | $54.09 | $54.10 | 5,386,489 | 0.06% |

134

**Exhibit-6**
## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-4**

**Wells Fargo Stock Prices, Volume, and Returns**

3 November 2015 through 29 December 2017

| Date | WFC Closing Price | WFC Dividend | WFC Closing Bid | WFC Closing Ask | WFC Trading Volume | WFC Logarithmic Return |
|------|------|------|------|------|------|------|
| 11/27/2017 | $53.95 | - | $53.95 | $53.96 | 11,066,809 | -0.26% |
| 11/28/2017 | $55.57 | - | $55.58 | $55.59 | 25,685,169 | 2.96% |
| 11/29/2017 | $56.68 | - | $56.68 | $56.69 | 29,631,806 | 1.98% |
| 11/30/2017 | $56.47 | - | $56.46 | $56.47 | 30,984,403 | -0.37% |
| 12/1/2017 | $56.20 | - | $56.20 | $56.21 | 31,242,412 | -0.48% |
| 12/4/2017 | $57.39 | - | $57.37 | $57.38 | 28,720,384 | 2.10% |
| 12/5/2017 | $58.55 | - | $58.54 | $58.55 | 39,754,878 | 2.00% |
| 12/6/2017 | $58.57 | - | $58.58 | $58.59 | 26,758,332 | 0.03% |
| 12/7/2017 | $59.36 | - | $59.35 | $59.36 | 32,990,684 | 1.34% |
| 12/8/2017 | $59.31 | - | $59.30 | $59.31 | 22,017,053 | -0.08% |
| 12/11/2017 | $58.87 | - | $58.87 | $58.88 | 15,876,592 | -0.74% |
| 12/12/2017 | $60.33 | - | $60.34 | $60.35 | 25,040,438 | 2.45% |
| 12/13/2017 | $59.40 | - | $59.41 | $59.42 | 18,227,043 | -1.55% |
| 12/14/2017 | $59.22 | - | $59.22 | $59.23 | 14,730,970 | -0.30% |
| 12/15/2017 | $59.87 | - | $59.87 | $59.88 | 36,467,523 | 1.09% |
| 12/18/2017 | $60.92 | - | $60.94 | $60.95 | 19,970,907 | 1.74% |
| 12/19/2017 | $60.36 | - | $60.33 | $60.34 | 17,062,716 | -0.92% |
| 12/20/2017 | $60.14 | - | $60.14 | $60.15 | 16,544,502 | -0.37% |
| 12/21/2017 | $61.61 | - | $61.62 | $61.63 | 22,130,653 | 2.41% |
| 12/22/2017 | $61.55 | - | $61.55 | $61.56 | 11,653,242 | -0.10% |
| 12/26/2017 | $61.13 | - | $61.12 | $61.12 | 11,662,751 | -0.68% |
| 12/27/2017 | $60.95 | - | $60.94 | $60.95 | 10,010,820 | -0.29% |
| 12/28/2017 | $61.30 | - | $61.28 | $61.29 | 10,550,864 | 0.57% |
| 12/29/2017 | $60.67 | - | $60.74 | $60.75 | 10,711,384 | -1.03% |

**Source:** CRSP.

135

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/3/2015 | 0.31% | 0.26% |
| 11/4/2015 | -0.34% | -0.06% |
| 11/5/2015 | -0.14% | 1.04% |
| 11/6/2015 | -0.04% | 2.77% |
| 11/9/2015 | -0.97% | -1.00% |
| 11/10/2015 | 0.13% | 0.20% |
| 11/11/2015 | -0.41% | -0.38% |
| 11/12/2015 | -1.46% | -1.78% |
| 11/13/2015 | -0.98% | -0.94% |
| 11/16/2015 | 1.37% | 1.19% |
| 11/17/2015 | -0.14% | -0.14% |
| 11/18/2015 | 1.52% | 2.13% |
| 11/19/2015 | -0.10% | -0.02% |
| 11/20/2015 | 0.30% | -0.13% |
| 11/23/2015 | -0.07% | -0.40% |
| 11/24/2015 | 0.24% | 0.08% |
| 11/25/2015 | 0.12% | 0.06% |
| 11/27/2015 | 0.08% | 0.37% |
| 11/30/2015 | -0.39% | -0.17% |
| 12/1/2015 | 0.95% | 1.04% |
| 12/2/2015 | -1.08% | -1.07% |
| 12/3/2015 | -1.44% | -1.44% |
| 12/4/2015 | 1.63% | 2.86% |
| 12/7/2015 | -0.98% | -1.40% |
| 12/8/2015 | -0.61% | -1.86% |
| 12/9/2015 | -0.66% | -1.33% |
| 12/10/2015 | 0.20% | 0.55% |
| 12/11/2015 | -2.01% | -2.51% |
| 12/14/2015 | 0.16% | 0.08% |
| 12/15/2015 | 1.12% | 3.06% |
| 12/16/2015 | 1.48% | 1.70% |
| 12/17/2015 | -1.47% | -2.09% |
| 12/18/2015 | -1.52% | -2.89% |
| 12/21/2015 | 0.71% | 0.92% |
| 12/22/2015 | 0.88% | 0.63% |
| 12/23/2015 | 1.36% | 1.50% |
| 12/24/2015 | -0.08% | 0.00% |
| 12/28/2015 | -0.33% | -0.49% |
| 12/29/2015 | 1.00% | 1.08% |
| 12/30/2015 | -0.74% | -1.13% |
| 12/31/2015 | -0.82% | -0.84% |
| 1/4/2016 | -1.50% | -2.37% |
| 1/5/2016 | 0.14% | -0.06% |
| 1/6/2016 | -1.39% | -1.74% |
| 1/7/2016 | -2.43% | -3.39% |
| 1/8/2016 | -1.10% | -2.01% |
| 1/11/2016 | -0.17% | 0.12% |
| 1/12/2016 | 0.61% | 0.69% |
| 1/13/2016 | -2.62% | -3.51% |
| 1/14/2016 | 1.53% | 1.08% |
| 1/15/2016 | -2.19% | -2.83% |

136

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|------|------|------|
| 1/19/2016 | -0.24% | -0.58% |
| 1/20/2016 | -1.07% | -1.90% |
| 1/21/2016 | 0.57% | -1.54% |
| 1/22/2016 | 2.22% | 1.58% |
| 1/25/2016 | -1.68% | -3.59% |
| 1/26/2016 | 1.58% | 2.24% |
| 1/27/2016 | -1.06% | 0.57% |
| 1/28/2016 | 0.51% | 0.69% |
| 1/29/2016 | 2.43% | 2.69% |
| 2/1/2016 | -0.04% | -1.00% |
| 2/2/2016 | -2.02% | -3.38% |
| 2/3/2016 | 0.57% | 0.47% |
| 2/4/2016 | 0.36% | 1.40% |
| 2/5/2016 | -1.98% | -1.32% |
| 2/8/2016 | -1.71% | -3.22% |
| 2/9/2016 | -0.31% | 0.27% |
| 2/10/2016 | 0.03% | -1.04% |
| 2/11/2016 | -1.21% | -4.43% |
| 2/12/2016 | 1.99% | 5.27% |
| 2/16/2016 | 1.75% | 2.84% |
| 2/17/2016 | 1.80% | 0.74% |
| 2/18/2016 | -0.42% | -1.69% |
| 2/19/2016 | -0.02% | 0.34% |
| 2/22/2016 | 1.42% | 2.10% |
| 2/23/2016 | -1.19% | -3.00% |
| 2/24/2016 | 0.50% | -0.80% |
| 2/25/2016 | 1.10% | 1.46% |
| 2/26/2016 | 0.03% | 1.79% |
| 2/29/2016 | -0.59% | -2.33% |
| 3/1/2016 | 2.22% | 4.56% |
| 3/2/2016 | 0.57% | 1.88% |
| 3/3/2016 | 0.56% | 1.29% |
| 3/4/2016 | 0.41% | 0.84% |
| 3/7/2016 | 0.32% | -0.40% |
| 3/8/2016 | -1.36% | -2.60% |
| 3/9/2016 | 0.56% | -0.36% |
| 3/10/2016 | -0.13% | 0.42% |
| 3/11/2016 | 1.73% | 2.80% |
| 3/14/2016 | -0.16% | -0.38% |
| 3/15/2016 | -0.45% | -0.28% |
| 3/16/2016 | 0.75% | -0.94% |
| 3/17/2016 | 0.82% | 0.54% |
| 3/18/2016 | 0.39% | 1.77% |
| 3/21/2016 | 0.05% | 0.26% |
| 3/22/2016 | -0.04% | -0.27% |
| 3/23/2016 | -0.95% | -0.89% |
| 3/24/2016 | -0.02% | -0.57% |
| 3/28/2016 | 0.08% | -0.22% |
| 3/29/2016 | 1.10% | -0.62% |
| 3/30/2016 | 0.45% | 0.75% |
| 3/31/2016 | -0.09% | -0.65% |

137

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/1/2016 | 0.46% | 0.77% |
| 4/4/2016 | -0.44% | -0.20% |
| 4/5/2016 | -1.01% | -1.94% |
| 4/6/2016 | 1.10% | 0.87% |
| 4/7/2016 | -1.17% | -2.94% |
| 4/8/2016 | 0.43% | 0.49% |
| 4/11/2016 | -0.18% | 0.82% |
| 4/12/2016 | 1.04% | 1.76% |
| 4/13/2016 | 1.12% | 3.91% |
| 4/14/2016 | -0.04% | 1.12% |
| 4/15/2016 | -0.06% | -0.47% |
| 4/18/2016 | 0.68% | 0.67% |
| 4/19/2016 | 0.45% | 1.77% |
| 4/20/2016 | 0.12% | 1.80% |
| 4/21/2016 | -0.53% | -0.33% |
| 4/22/2016 | 0.18% | 1.16% |
| 4/25/2016 | -0.28% | -0.64% |
| 4/26/2016 | 0.34% | 1.04% |
| 4/27/2016 | 0.27% | 0.17% |
| 4/28/2016 | -0.86% | -1.27% |
| 4/29/2016 | -0.45% | -0.81% |
| 5/2/2016 | 0.67% | 0.88% |
| 5/3/2016 | -1.12% | -2.12% |
| 5/4/2016 | -0.62% | -1.99% |
| 5/5/2016 | -0.05% | -0.34% |
| 5/6/2016 | 0.35% | 0.31% |
| 5/9/2016 | -0.02% | -0.58% |
| 5/10/2016 | 1.22% | 1.93% |
| 5/11/2016 | -0.83% | -0.56% |
| 5/12/2016 | -0.08% | -0.50% |
| 5/13/2016 | -0.80% | -1.57% |
| 5/16/2016 | 1.02% | 0.93% |
| 5/17/2016 | -0.86% | -0.04% |
| 5/18/2016 | -0.08% | 3.89% |
| 5/19/2016 | -0.38% | -0.85% |
| 5/20/2016 | 0.76% | 0.46% |
| 5/23/2016 | -0.18% | -0.26% |
| 5/24/2016 | 1.30% | 1.63% |
| 5/25/2016 | 0.73% | 1.82% |
| 5/26/2016 | -0.01% | -0.96% |
| 5/27/2016 | 0.44% | 0.96% |
| 5/31/2016 | -0.04% | -0.23% |
| 6/1/2016 | 0.24% | 0.40% |
| 6/2/2016 | 0.36% | 0.39% |
| 6/3/2016 | -0.19% | -2.31% |
| 6/6/2016 | 0.61% | 1.34% |
| 6/7/2016 | 0.21% | -0.79% |
| 6/8/2016 | 0.36% | 0.17% |
| 6/9/2016 | -0.28% | -1.27% |
| 6/10/2016 | -1.13% | -1.58% |
| 6/13/2016 | -0.82% | -1.07% |

138

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 6/14/2016 | -0.28% | -2.41% |
| 6/15/2016 | -0.05% | 0.24% |
| 6/16/2016 | 0.19% | -0.50% |
| 6/17/2016 | -0.18% | 0.55% |
| 6/20/2016 | 0.72% | 0.59% |
| 6/21/2016 | 0.23% | 0.38% |
| 6/22/2016 | -0.19% | -0.19% |
| 6/23/2016 | 1.43% | 2.97% |
| 6/24/2016 | -3.73% | -7.83% |
| 6/27/2016 | -2.05% | -5.58% |
| 6/28/2016 | 1.79% | 3.20% |
| 6/29/2016 | 1.75% | 2.55% |
| 6/30/2016 | 1.31% | 1.92% |
| 7/1/2016 | 0.30% | -0.98% |
| 7/5/2016 | -0.83% | -3.04% |
| 7/6/2016 | 0.54% | 0.65% |
| 7/7/2016 | -0.07% | 0.84% |
| 7/8/2016 | 1.54% | 1.83% |
| 7/11/2016 | 0.42% | 0.83% |
| 7/12/2016 | 0.79% | 2.01% |
| 7/13/2016 | -0.02% | -0.14% |
| 7/14/2016 | 0.47% | 1.76% |
| 7/15/2016 | -0.08% | 0.16% |
| 7/18/2016 | 0.26% | 0.30% |
| 7/19/2016 | -0.24% | -0.08% |
| 7/20/2016 | 0.46% | -0.00% |
| 7/21/2016 | -0.33% | -0.50% |
| 7/22/2016 | 0.45% | 0.63% |
| 7/25/2016 | -0.32% | -0.22% |
| 7/26/2016 | 0.16% | 0.69% |
| 7/27/2016 | -0.13% | 0.61% |
| 7/28/2016 | 0.17% | 0.18% |
| 7/29/2016 | 0.26% | -0.28% |
| 8/1/2016 | -0.23% | -0.85% |
| 8/2/2016 | -0.71% | -0.87% |
| 8/3/2016 | 0.44% | 1.62% |
| 8/4/2016 | 0.08% | -0.08% |
| 8/5/2016 | 0.80% | 3.24% |
| 8/8/2016 | 0.01% | -0.04% |
| 8/9/2016 | 0.11% | -0.09% |
| 8/10/2016 | -0.26% | -1.22% |
| 8/11/2016 | 0.48% | 0.48% |
| 8/12/2016 | -0.05% | -0.44% |
| 8/15/2016 | 0.40% | 1.25% |
| 8/16/2016 | -0.55% | -0.01% |
| 8/17/2016 | 0.10% | 0.20% |
| 8/18/2016 | 0.34% | 0.10% |
| 8/19/2016 | -0.18% | 0.17% |
| 8/22/2016 | -0.04% | 0.01% |
| 8/23/2016 | 0.28% | 0.11% |
| 8/24/2016 | -0.61% | -0.15% |

139

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/25/2016 | -0.06% | 0.47% |
| 8/26/2016 | -0.18% | 0.76% |
| 8/29/2016 | 0.52% | 0.78% |
| 8/30/2016 | -0.15% | 1.15% |
| 8/31/2016 | -0.26% | 0.25% |
| 9/1/2016 | 0.08% | -0.57% |
| 9/2/2016 | 0.59% | 0.50% |
| 9/6/2016 | 0.34% | -1.07% |
| 9/7/2016 | 0.08% | 0.28% |
| 9/8/2016 | -0.21% | 0.45% |
| 9/9/2016 | -2.53% | -0.90% |
| 9/12/2016 | 1.33% | 1.14% |
| 9/13/2016 | -1.60% | -1.48% |
| 9/14/2016 | -0.05% | -0.55% |
| 9/15/2016 | 1.01% | 0.80% |
| 9/16/2016 | -0.39% | -1.08% |
| 9/19/2016 | 0.14% | 0.42% |
| 9/20/2016 | -0.04% | 0.08% |
| 9/21/2016 | 1.18% | 0.66% |
| 9/22/2016 | 0.78% | 0.24% |
| 9/23/2016 | -0.60% | -0.09% |
| 9/26/2016 | -0.83% | -2.16% |
| 9/27/2016 | 0.51% | 1.03% |
| 9/28/2016 | 0.67% | 0.62% |
| 9/29/2016 | -0.93% | -1.48% |
| 9/30/2016 | 0.78% | 1.76% |
| 10/3/2016 | -0.31% | -0.28% |
| 10/4/2016 | -0.56% | 1.27% |
| 10/5/2016 | 0.49% | 1.88% |
| 10/6/2016 | -0.07% | 0.19% |
| 10/7/2016 | -0.38% | -0.16% |
| 10/10/2016 | 0.56% | 0.45% |
| 10/11/2016 | -1.27% | -1.26% |
| 10/12/2016 | 0.09% | -0.07% |
| 10/13/2016 | -0.33% | -1.94% |
| 10/14/2016 | -0.03% | 0.52% |
| 10/17/2016 | -0.25% | -0.42% |
| 10/18/2016 | 0.65% | 1.28% |
| 10/19/2016 | 0.30% | 1.73% |
| 10/20/2016 | -0.17% | 0.73% |
| 10/21/2016 | -0.01% | 0.27% |
| 10/24/2016 | 0.44% | 0.43% |
| 10/25/2016 | -0.44% | 0.03% |
| 10/26/2016 | -0.28% | 0.90% |
| 10/27/2016 | -0.40% | 0.46% |
| 10/28/2016 | -0.26% | -0.74% |
| 10/31/2016 | 0.04% | -0.02% |
| 11/1/2016 | -0.68% | 0.01% |
| 11/2/2016 | -0.77% | -1.25% |
| 11/3/2016 | -0.40% | -0.09% |
| 11/4/2016 | -0.12% | -0.04% |

140

**Exhibit-6**

## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/7/2016 | 2.07% | 2.84% |
| 11/8/2016 | 0.39% | -0.38% |
| 11/9/2016 | 1.20% | 4.78% |
| 11/10/2016 | 0.20% | 3.48% |
| 11/11/2016 | 0.02% | 1.06% |
| 11/14/2016 | 0.24% | 3.22% |
| 11/15/2016 | 0.79% | 0.40% |
| 11/16/2016 | -0.15% | -2.01% |
| 11/17/2016 | 0.46% | 1.73% |
| 11/18/2016 | -0.14% | 0.40% |
| 11/21/2016 | 0.78% | 0.29% |
| 11/22/2016 | 0.30% | 0.22% |
| 11/23/2016 | 0.09% | 0.84% |
| 11/25/2016 | 0.36% | 0.20% |
| 11/28/2016 | -0.60% | -1.83% |
| 11/29/2016 | 0.10% | 0.28% |
| 11/30/2016 | -0.16% | 2.06% |
| 12/1/2016 | -0.42% | 2.11% |
| 12/2/2016 | 0.07% | -1.03% |
| 12/5/2016 | 0.73% | 1.18% |
| 12/6/2016 | 0.47% | 1.17% |
| 12/7/2016 | 1.23% | 1.42% |
| 12/8/2016 | 0.37% | 1.37% |
| 12/9/2016 | 0.39% | 0.03% |
| 12/12/2016 | -0.24% | -1.22% |
| 12/13/2016 | 0.58% | 0.12% |
| 12/14/2016 | -0.97% | -0.20% |
| 12/15/2016 | 0.36% | 1.35% |
| 12/16/2016 | -0.11% | -1.24% |
| 12/19/2016 | 0.21% | 0.31% |
| 12/20/2016 | 0.43% | 1.42% |
| 12/21/2016 | -0.25% | -0.35% |
| 12/22/2016 | -0.27% | -0.12% |
| 12/23/2016 | 0.18% | 0.29% |
| 12/27/2016 | 0.25% | 0.28% |
| 12/28/2016 | -0.80% | -1.06% |
| 12/29/2016 | 0.06% | -1.07% |
| 12/30/2016 | -0.41% | 0.49% |
| 1/3/2017 | 0.82% | 0.91% |
| 1/4/2017 | 0.86% | 1.25% |
| 1/5/2017 | -0.09% | -1.41% |
| 1/6/2017 | 0.23% | 0.47% |
| 1/9/2017 | -0.39% | -0.63% |
| 1/10/2017 | 0.13% | 0.65% |
| 1/11/2017 | 0.32% | 0.56% |
| 1/12/2017 | -0.26% | -1.03% |
| 1/13/2017 | 0.28% | 0.82% |
| 1/17/2017 | -0.37% | -3.55% |
| 1/18/2017 | 0.14% | 0.74% |
| 1/19/2017 | -0.39% | -0.82% |
| 1/20/2017 | 0.36% | 0.56% |

141

**Exhibit-6**

## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 1/23/2017 | -0.19% | -0.35% |
| 1/24/2017 | 0.83% | 1.59% |
| 1/25/2017 | 0.80% | 1.45% |
| 1/26/2017 | -0.11% | 0.36% |
| 1/27/2017 | -0.16% | -0.47% |
| 1/30/2017 | -0.71% | -0.91% |
| 1/31/2017 | 0.08% | -0.71% |
| 2/1/2017 | 0.03% | 0.40% |
| 2/2/2017 | 0.06% | -0.66% |
| 2/3/2017 | 0.78% | 2.19% |
| 2/6/2017 | -0.27% | -0.33% |
| 2/7/2017 | -0.05% | -0.41% |
| 2/8/2017 | 0.12% | -0.91% |
| 2/9/2017 | 0.65% | 1.53% |
| 2/10/2017 | 0.41% | 0.23% |
| 2/13/2017 | 0.47% | 1.22% |
| 2/14/2017 | 0.39% | 1.84% |
| 2/15/2017 | 0.48% | 0.99% |
| 2/16/2017 | -0.13% | -0.43% |
| 2/17/2017 | 0.19% | -0.22% |
| 2/21/2017 | 0.58% | 0.57% |
| 2/22/2017 | -0.17% | -0.12% |
| 2/23/2017 | -0.09% | 0.07% |
| 2/24/2017 | 0.04% | -0.90% |
| 2/27/2017 | 0.20% | 0.62% |
| 2/28/2017 | -0.46% | -0.20% |
| 3/1/2017 | 1.33% | 3.22% |
| 3/2/2017 | -0.69% | -2.11% |
| 3/3/2017 | 0.09% | 0.48% |
| 3/6/2017 | -0.38% | -0.68% |
| 3/7/2017 | -0.34% | -0.32% |
| 3/8/2017 | -0.33% | 0.08% |
| 3/9/2017 | -0.03% | 0.17% |
| 3/10/2017 | 0.35% | -0.31% |
| 3/13/2017 | 0.17% | -0.08% |
| 3/14/2017 | -0.42% | -0.16% |
| 3/15/2017 | 1.01% | -0.68% |
| 3/16/2017 | -0.06% | 0.48% |
| 3/17/2017 | -0.08% | -1.09% |
| 3/20/2017 | -0.23% | -1.17% |
| 3/21/2017 | -1.37% | -4.07% |
| 3/22/2017 | 0.18% | 0.03% |
| 3/23/2017 | 0.01% | 0.41% |
| 3/24/2017 | -0.03% | -0.03% |
| 3/27/2017 | -0.03% | -0.41% |
| 3/28/2017 | 0.69% | 1.69% |
| 3/29/2017 | 0.23% | -0.48% |
| 3/30/2017 | 0.26% | 1.85% |
| 3/31/2017 | -0.11% | -1.08% |
| 4/3/2017 | -0.26% | -0.24% |
| 4/4/2017 | 0.06% | -0.21% |

142

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/5/2017 | -0.41% | -1.08% |
| 4/6/2017 | 0.35% | 0.79% |
| 4/7/2017 | -0.07% | -0.44% |
| 4/10/2017 | 0.15% | -0.65% |
| 4/11/2017 | -0.01% | -0.00% |
| 4/12/2017 | -0.46% | -0.99% |
| 4/13/2017 | -0.72% | -1.28% |
| 4/17/2017 | 0.86% | 1.82% |
| 4/18/2017 | -0.25% | -1.07% |
| 4/19/2017 | -0.14% | -0.01% |
| 4/20/2017 | 0.76% | 1.79% |
| 4/21/2017 | -0.28% | -0.81% |
| 4/24/2017 | 1.07% | 2.61% |
| 4/25/2017 | 0.60% | 0.64% |
| 4/26/2017 | -0.01% | 0.33% |
| 4/27/2017 | -0.01% | -0.70% |
| 4/28/2017 | -0.26% | -1.04% |
| 5/1/2017 | 0.20% | 0.92% |
| 5/2/2017 | 0.02% | -0.39% |
| 5/3/2017 | -0.26% | 1.04% |
| 5/4/2017 | -0.08% | 0.23% |
| 5/5/2017 | 0.58% | -0.30% |
| 5/8/2017 | -0.08% | 0.35% |
| 5/9/2017 | -0.10% | -0.55% |
| 5/10/2017 | 0.26% | 0.23% |
| 5/11/2017 | -0.27% | -0.65% |
| 5/12/2017 | -0.15% | -0.40% |
| 5/15/2017 | 0.56% | 0.90% |
| 5/16/2017 | -0.04% | 0.52% |
| 5/17/2017 | -1.83% | -4.36% |
| 5/18/2017 | 0.34% | 0.38% |
| 5/19/2017 | 0.76% | 0.83% |
| 5/22/2017 | 0.54% | 0.26% |
| 5/23/2017 | 0.15% | 1.35% |
| 5/24/2017 | 0.24% | -0.29% |
| 5/25/2017 | 0.32% | -0.00% |
| 5/26/2017 | 0.03% | -0.20% |
| 5/30/2017 | -0.23% | -1.01% |
| 5/31/2017 | -0.03% | -1.09% |
| 6/1/2017 | 0.90% | 1.22% |
| 6/2/2017 | 0.35% | -0.70% |
| 6/5/2017 | -0.18% | 0.17% |
| 6/6/2017 | -0.22% | -0.51% |
| 6/7/2017 | 0.07% | 1.23% |
| 6/8/2017 | 0.16% | 1.78% |
| 6/9/2017 | -0.05% | 2.24% |
| 6/12/2017 | -0.09% | 0.04% |
| 6/13/2017 | 0.53% | 0.49% |
| 6/14/2017 | -0.23% | 0.12% |
| 6/15/2017 | -0.30% | -0.46% |
| 6/16/2017 | 0.05% | -0.23% |

143

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 6/19/2017 | 0.76% | 0.92% |
| 6/20/2017 | -0.75% | -0.92% |
| 6/21/2017 | -0.07% | -0.79% |
| 6/22/2017 | 0.08% | -0.68% |
| 6/23/2017 | 0.29% | -0.89% |
| 6/26/2017 | 0.09% | 0.63% |
| 6/27/2017 | -0.75% | 0.78% |
| 6/28/2017 | 1.00% | 1.67% |
| 6/29/2017 | -0.82% | 1.19% |
| 6/30/2017 | 0.14% | 0.05% |
| 7/3/2017 | 0.30% | 1.67% |
| 7/5/2017 | 0.01% | 0.36% |
| 7/6/2017 | -0.93% | -0.89% |
| 7/7/2017 | 0.64% | 0.58% |
| 7/10/2017 | 0.05% | -0.08% |
| 7/11/2017 | 0.02% | -0.58% |
| 7/12/2017 | 0.77% | -0.10% |
| 7/13/2017 | 0.17% | 0.63% |
| 7/14/2017 | 0.48% | -0.67% |
| 7/17/2017 | 0.00% | -0.08% |
| 7/18/2017 | 0.05% | -0.66% |
| 7/19/2017 | 0.60% | -0.49% |
| 7/20/2017 | 0.00% | -0.21% |
| 7/21/2017 | -0.09% | -0.17% |
| 7/24/2017 | -0.01% | 0.79% |
| 7/25/2017 | 0.35% | 1.33% |
| 7/26/2017 | -0.01% | -1.09% |
| 7/27/2017 | -0.21% | -0.27% |
| 7/28/2017 | -0.11% | -0.05% |
| 7/31/2017 | -0.09% | 0.79% |
| 8/1/2017 | 0.24% | 0.89% |
| 8/2/2017 | -0.10% | 0.18% |
| 8/3/2017 | -0.22% | -0.55% |
| 8/4/2017 | 0.20% | 1.11% |
| 8/7/2017 | 0.14% | -0.26% |
| 8/8/2017 | -0.28% | 0.15% |
| 8/9/2017 | -0.14% | -0.59% |
| 8/10/2017 | -1.45% | -2.33% |
| 8/11/2017 | 0.15% | -0.71% |
| 8/14/2017 | 0.98% | 1.77% |
| 8/15/2017 | -0.14% | 0.17% |
| 8/16/2017 | 0.22% | -0.37% |
| 8/17/2017 | -1.47% | -2.16% |
| 8/18/2017 | -0.12% | 0.04% |
| 8/21/2017 | 0.09% | -0.47% |
| 8/22/2017 | 0.94% | 1.13% |
| 8/23/2017 | -0.19% | 0.03% |
| 8/24/2017 | -0.12% | 0.30% |
| 8/25/2017 | 0.20% | 0.13% |
| 8/28/2017 | 0.03% | -0.57% |
| 8/29/2017 | 0.07% | -0.75% |

144

**Exhibit-6**

## Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/30/2017 | 0.46% | 0.50% |
| 8/31/2017 | 0.69% | -0.35% |
| 9/1/2017 | 0.29% | 0.83% |
| 9/5/2017 | -0.77% | -2.55% |
| 9/6/2017 | 0.32% | 0.21% |
| 9/7/2017 | -0.00% | -2.12% |
| 9/8/2017 | -0.13% | 0.57% |
| 9/11/2017 | 1.02% | 2.00% |
| 9/12/2017 | 0.35% | 1.61% |
| 9/13/2017 | 0.06% | 0.45% |
| 9/14/2017 | -0.05% | -0.58% |
| 9/15/2017 | 0.18% | 0.50% |
| 9/18/2017 | 0.20% | 1.22% |
| 9/19/2017 | 0.11% | 0.85% |
| 9/20/2017 | 0.09% | 0.82% |
| 9/21/2017 | -0.25% | 0.51% |
| 9/22/2017 | 0.11% | -0.16% |
| 9/25/2017 | -0.19% | -0.25% |
| 9/26/2017 | 0.02% | 0.26% |
| 9/27/2017 | 0.50% | 1.69% |
| 9/28/2017 | 0.16% | 0.21% |
| 9/29/2017 | 0.33% | 0.51% |
| 10/2/2017 | 0.45% | 0.55% |
| 10/3/2017 | 0.25% | -0.02% |
| 10/4/2017 | 0.08% | -0.53% |
| 10/5/2017 | 0.48% | 1.46% |
| 10/6/2017 | -0.10% | 0.14% |
| 10/9/2017 | -0.20% | -0.57% |
| 10/10/2017 | 0.27% | 0.58% |
| 10/11/2017 | 0.20% | -0.38% |
| 10/12/2017 | -0.15% | -1.08% |
| 10/13/2017 | 0.09% | -0.28% |
| 10/16/2017 | 0.10% | 0.70% |
| 10/17/2017 | -0.02% | -0.69% |
| 10/18/2017 | 0.10% | 0.67% |
| 10/19/2017 | -0.01% | 0.12% |
| 10/20/2017 | 0.42% | 1.51% |
| 10/23/2017 | -0.43% | -0.41% |
| 10/24/2017 | 0.17% | 0.80% |
| 10/25/2017 | -0.54% | -0.50% |
| 10/26/2017 | 0.15% | 0.85% |
| 10/27/2017 | 0.76% | 0.25% |
| 10/30/2017 | -0.34% | -0.47% |
| 10/31/2017 | 0.20% | -0.35% |
| 11/1/2017 | 0.07% | 0.25% |
| 11/2/2017 | 0.03% | 0.61% |
| 11/3/2017 | 0.29% | -0.13% |
| 11/6/2017 | 0.21% | -0.09% |
| 11/7/2017 | -0.18% | -2.32% |
| 11/8/2017 | 0.14% | -0.87% |
| 11/9/2017 | -0.36% | -0.79% |

145

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-5**

**Market Index and Sector Index**

3 November 2015 through 29 December 2017

| Date | Market Index Return | Sector Index Return |
|------|---------------------|---------------------|
| 11/10/2017 | -0.03% | -0.39% |
| 11/13/2017 | 0.02% | 0.73% |
| 11/14/2017 | -0.26% | 0.49% |
| 11/15/2017 | -0.49% | 0.47% |
| 11/16/2017 | 0.93% | -0.17% |
| 11/17/2017 | -0.09% | 0.19% |
| 11/20/2017 | 0.18% | 0.57% |
| 11/21/2017 | 0.66% | -0.30% |
| 11/22/2017 | -0.01% | -0.24% |
| 11/24/2017 | 0.22% | -0.31% |
| 11/27/2017 | -0.16% | -0.19% |
| 11/28/2017 | 0.88% | 2.94% |
| 11/29/2017 | -0.07% | 2.74% |
| 11/30/2017 | 0.72% | 0.31% |
| 12/1/2017 | -0.11% | 0.15% |
| 12/4/2017 | -0.17% | 2.04% |
| 12/5/2017 | -0.42% | -1.16% |
| 12/6/2017 | -0.14% | -0.54% |
| 12/7/2017 | 0.40% | 0.53% |
| 12/8/2017 | 0.50% | 0.72% |
| 12/11/2017 | 0.28% | -0.43% |
| 12/12/2017 | 0.08% | 0.97% |
| 12/13/2017 | 0.05% | -1.35% |
| 12/14/2017 | -0.44% | -0.89% |
| 12/15/2017 | 0.79% | 1.24% |
| 12/18/2017 | 0.67% | 1.14% |
| 12/19/2017 | -0.34% | -0.36% |
| 12/20/2017 | -0.01% | -0.27% |
| 12/21/2017 | 0.25% | 1.13% |
| 12/22/2017 | -0.02% | -0.16% |
| 12/26/2017 | -0.02% | -0.63% |
| 12/27/2017 | 0.08% | -0.09% |
| 12/28/2017 | 0.25% | 0.50% |
| 12/29/2017 | -0.48% | -0.82% |

**Sources:** CRSP and Nasdaq.

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report
### Exhibit-6
#### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index | | | Sector Index | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coefficient | Standard Error | t-statistic | Coefficient | Standard Error | t-statistic |
| 11/3/2016 | 252 | 78.67% | 78.06% | 0.63% | -0.05% | 0.211 | 0.078 | 2.70 | 0.640 | 0.044 | 14.47 |
| 11/4/2016 | 252 | 78.76% | 78.15% | 0.63% | -0.05% | 0.210 | 0.078 | 2.68 | 0.641 | 0.044 | 14.47 |
| 11/7/2016 | 252 | 78.39% | 77.77% | 0.64% | -0.05% | 0.212 | 0.079 | 2.67 | 0.640 | 0.045 | 14.23 |
| 11/8/2016 | 252 | 78.20% | 77.57% | 0.64% | -0.06% | 0.209 | 0.080 | 2.60 | 0.639 | 0.046 | 13.92 |
| 11/9/2016 | 252 | 79.38% | 78.79% | 0.64% | -0.06% | 0.215 | 0.080 | 2.67 | 0.636 | 0.046 | 13.87 |
| 11/10/2016 | 252 | 80.79% | 80.24% | 0.65% | -0.05% | 0.183 | 0.081 | 2.26 | 0.666 | 0.046 | 14.61 |
| 11/11/2016 | 252 | 76.42% | 75.75% | 0.72% | -0.03% | 0.079 | 0.088 | 0.89 | 0.739 | 0.049 | 15.01 |
| 11/14/2016 | 252 | 76.68% | 76.01% | 0.72% | -0.03% | 0.086 | 0.089 | 0.97 | 0.736 | 0.049 | 14.96 |
| 11/15/2016 | 252 | 76.66% | 76.00% | 0.73% | -0.03% | 0.075 | 0.088 | 0.85 | 0.743 | 0.048 | 15.37 |
| 11/16/2016 | 252 | 76.33% | 75.66% | 0.73% | -0.04% | 0.058 | 0.089 | 0.65 | 0.750 | 0.049 | 15.37 |
| 11/17/2016 | 252 | 76.45% | 75.78% | 0.73% | -0.04% | 0.055 | 0.088 | 0.62 | 0.751 | 0.048 | 15.52 |
| 11/18/2016 | 252 | 76.41% | 75.73% | 0.73% | -0.03% | 0.057 | 0.088 | 0.64 | 0.752 | 0.048 | 15.58 |
| 11/21/2016 | 252 | 76.51% | 75.84% | 0.73% | -0.04% | 0.056 | 0.088 | 0.63 | 0.753 | 0.048 | 15.62 |
| 11/22/2016 | 252 | 76.08% | 75.39% | 0.74% | -0.04% | 0.042 | 0.089 | 0.47 | 0.758 | 0.049 | 15.61 |
| 11/23/2016 | 252 | 76.07% | 75.39% | 0.74% | -0.04% | 0.042 | 0.089 | 0.48 | 0.758 | 0.049 | 15.60 |
| 11/25/2016 | 252 | 76.07% | 75.38% | 0.74% | -0.04% | 0.047 | 0.089 | 0.53 | 0.755 | 0.049 | 15.55 |
| 11/28/2016 | 252 | 76.14% | 75.45% | 0.74% | -0.04% | 0.050 | 0.089 | 0.56 | 0.754 | 0.049 | 15.50 |
| 11/29/2016 | 252 | 76.09% | 75.41% | 0.74% | -0.04% | 0.049 | 0.089 | 0.54 | 0.756 | 0.049 | 15.55 |
| 11/30/2016 | 252 | 76.25% | 75.58% | 0.74% | -0.04% | 0.047 | 0.089 | 0.52 | 0.757 | 0.049 | 15.56 |
| 12/1/2016 | 252 | 76.47% | 75.80% | 0.74% | -0.04% | 0.037 | 0.089 | 0.42 | 0.762 | 0.048 | 15.84 |
| 12/2/2016 | 252 | 76.31% | 75.63% | 0.74% | -0.03% | 0.014 | 0.088 | 0.16 | 0.775 | 0.048 | 16.27 |
| 12/5/2016 | 252 | 76.26% | 75.58% | 0.74% | -0.03% | 0.005 | 0.088 | 0.05 | 0.779 | 0.048 | 16.38 |
| 12/6/2016 | 252 | 76.15% | 75.47% | 0.74% | -0.03% | 0.004 | 0.089 | 0.04 | 0.778 | 0.048 | 16.36 |
| 12/7/2016 | 252 | 76.31% | 75.63% | 0.75% | -0.03% | 0.007 | 0.089 | 0.08 | 0.781 | 0.048 | 16.34 |
| 12/8/2016 | 252 | 75.51% | 74.81% | 0.76% | -0.02% | 0.025 | 0.090 | 0.28 | 0.776 | 0.049 | 15.99 |
| 12/9/2016 | 252 | 75.37% | 74.67% | 0.76% | -0.03% | 0.029 | 0.090 | 0.32 | 0.773 | 0.049 | 15.91 |
| 12/12/2016 | 252 | 75.61% | 74.91% | 0.76% | -0.03% | 0.028 | 0.090 | 0.31 | 0.774 | 0.049 | 15.93 |
| 12/13/2016 | 252 | 75.10% | 74.39% | 0.76% | -0.03% | 0.024 | 0.091 | 0.26 | 0.779 | 0.049 | 15.94 |
| 12/14/2016 | 252 | 75.29% | 74.59% | 0.76% | -0.03% | 0.025 | 0.091 | 0.27 | 0.779 | 0.049 | 15.95 |
| 12/15/2016 | 252 | 74.42% | 73.69% | 0.77% | -0.04% | 0.050 | 0.092 | 0.55 | 0.765 | 0.049 | 15.51 |
| 12/16/2016 | 252 | 74.31% | 73.58% | 0.77% | -0.05% | 0.047 | 0.092 | 0.51 | 0.765 | 0.049 | 15.54 |
| 12/19/2016 | 252 | 74.20% | 73.46% | 0.77% | -0.05% | 0.063 | 0.092 | 0.68 | 0.759 | 0.049 | 15.43 |
| 12/20/2016 | 252 | 73.94% | 73.19% | 0.77% | -0.04% | 0.059 | 0.092 | 0.64 | 0.757 | 0.049 | 15.39 |
| 12/21/2016 | 252 | 73.92% | 73.18% | 0.77% | -0.04% | 0.059 | 0.092 | 0.64 | 0.759 | 0.049 | 15.43 |
| 12/22/2016 | 252 | 73.88% | 73.14% | 0.77% | -0.04% | 0.059 | 0.092 | 0.63 | 0.759 | 0.049 | 15.42 |
| 12/23/2016 | 252 | 73.81% | 73.06% | 0.77% | -0.04% | 0.057 | 0.093 | 0.61 | 0.760 | 0.049 | 15.42 |
| 12/27/2016 | 252 | 73.82% | 73.07% | 0.77% | -0.04% | 0.056 | 0.093 | 0.61 | 0.760 | 0.049 | 15.42 |

# Exhibit-6
# Feinstein Wells Fargo Loss Causation and Damages Report
## Exhibit-6
### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index | | | Sector Index | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 12/28/2016 | 252 | 73.87% | 73.13% | 0.77% | -0.04% | 0.056 | 0.093 | 0.61 | 0.760 | 0.049 | 15.43 |
| 12/29/2016 | 252 | 73.86% | 73.11% | 0.77% | -0.04% | 0.056 | 0.093 | 0.60 | 0.760 | 0.049 | 15.43 |
| 12/30/2016 | 252 | 73.85% | 73.10% | 0.77% | -0.04% | 0.056 | 0.093 | 0.61 | 0.760 | 0.049 | 15.48 |
| 1/3/2017 | 252 | 73.93% | 73.18% | 0.77% | -0.04% | 0.053 | 0.093 | 0.57 | 0.762 | 0.049 | 15.53 |
| 1/4/2017 | 252 | 73.53% | 72.78% | 0.77% | -0.04% | 0.052 | 0.093 | 0.57 | 0.760 | 0.049 | 15.49 |
| 1/5/2017 | 252 | 73.52% | 72.76% | 0.77% | -0.04% | 0.048 | 0.093 | 0.52 | 0.760 | 0.049 | 15.45 |
| 1/6/2017 | 252 | 73.35% | 72.59% | 0.77% | -0.04% | 0.040 | 0.093 | 0.43 | 0.763 | 0.049 | 15.56 |
| 1/9/2017 | 252 | 72.98% | 72.21% | 0.78% | -0.04% | 0.037 | 0.094 | 0.40 | 0.763 | 0.049 | 15.54 |
| 1/10/2017 | 252 | 72.70% | 71.92% | 0.78% | -0.04% | 0.039 | 0.094 | 0.42 | 0.763 | 0.049 | 15.50 |
| 1/11/2017 | 252 | 72.83% | 72.06% | 0.78% | -0.05% | 0.042 | 0.094 | 0.45 | 0.762 | 0.049 | 15.53 |
| 1/12/2017 | 252 | 73.29% | 72.53% | 0.76% | -0.05% | 0.033 | 0.093 | 0.36 | 0.764 | 0.048 | 15.78 |
| 1/13/2017 | 252 | 72.87% | 72.10% | 0.76% | -0.05% | 0.026 | 0.094 | 0.28 | 0.763 | 0.048 | 15.79 |
| 1/17/2017 | 252 | 73.32% | 72.44% | 0.76% | -0.05% | 0.010 | 0.095 | 0.10 | 0.768 | 0.048 | 15.87 |
| 1/18/2017 | 252 | 72.65% | 71.87% | 0.76% | -0.05% | 0.009 | 0.094 | 0.10 | 0.769 | 0.047 | 16.20 |
| 1/19/2017 | 252 | 72.65% | 71.87% | 0.76% | -0.05% | 0.008 | 0.094 | 0.08 | 0.769 | 0.047 | 16.23 |
| 1/20/2017 | 252 | 72.48% | 71.70% | 0.76% | -0.05% | 0.010 | 0.094 | 0.11 | 0.769 | 0.048 | 16.17 |
| 1/23/2017 | 252 | 73.02% | 72.24% | 0.76% | -0.05% | -0.015 | 0.094 | -0.16 | 0.783 | 0.048 | 16.41 |
| 1/24/2017 | 252 | 72.74% | 71.96% | 0.76% | -0.06% | -0.038 | 0.096 | -0.39 | 0.790 | 0.048 | 16.43 |
| 1/25/2017 | 252 | 72.88% | 72.11% | 0.76% | -0.06% | -0.039 | 0.096 | -0.40 | 0.790 | 0.048 | 16.38 |
| 1/26/2017 | 252 | 71.79% | 70.99% | 0.77% | -0.05% | -0.025 | 0.098 | -0.26 | 0.792 | 0.049 | 16.10 |
| 1/27/2017 | 252 | 71.74% | 70.94% | 0.77% | -0.05% | -0.024 | 0.100 | -0.24 | 0.791 | 0.050 | 15.92 |
| 1/30/2017 | 252 | 71.71% | 70.90% | 0.78% | -0.05% | -0.025 | 0.100 | -0.25 | 0.792 | 0.050 | 15.92 |
| 1/31/2017 | 252 | 71.43% | 70.61% | 0.77% | -0.06% | -0.039 | 0.101 | -0.38 | 0.795 | 0.050 | 15.96 |
| 2/1/2017 | 252 | 71.20% | 70.38% | 0.78% | -0.05% | -0.034 | 0.102 | -0.34 | 0.792 | 0.050 | 15.84 |
| 2/2/2017 | 252 | 70.92% | 70.09% | 0.78% | -0.06% | -0.028 | 0.102 | -0.27 | 0.792 | 0.050 | 15.84 |
| 2/3/2017 | 252 | 71.93% | 71.13% | 0.77% | -0.05% | -0.013 | 0.101 | -0.13 | 0.787 | 0.049 | 15.99 |
| 2/6/2017 | 252 | 71.76% | 70.95% | 0.77% | -0.04% | -0.013 | 0.101 | -0.13 | 0.790 | 0.049 | 16.01 |
| 2/7/2017 | 252 | 71.56% | 70.75% | 0.77% | -0.05% | -0.003 | 0.104 | -0.03 | 0.788 | 0.050 | 15.81 |
| 2/8/2017 | 252 | 71.19% | 70.36% | 0.77% | -0.05% | -0.006 | 0.104 | -0.06 | 0.787 | 0.050 | 15.80 |
| 2/9/2017 | 252 | 71.35% | 70.53% | 0.77% | -0.05% | -0.012 | 0.104 | -0.12 | 0.791 | 0.050 | 15.87 |
| 2/10/2017 | 252 | 71.21% | 70.39% | 0.77% | -0.05% | -0.013 | 0.104 | -0.13 | 0.793 | 0.050 | 15.87 |
| 2/13/2017 | 252 | 71.28% | 70.46% | 0.77% | -0.05% | -0.022 | 0.104 | -0.21 | 0.808 | 0.050 | 16.05 |
| 2/14/2017 | 252 | 70.17% | 69.32% | 0.77% | -0.06% | -0.022 | 0.104 | -0.21 | 0.802 | 0.051 | 15.78 |
| 2/15/2017 | 252 | 70.01% | 69.16% | 0.77% | -0.06% | -0.020 | 0.104 | -0.19 | 0.803 | 0.051 | 15.85 |
| 2/16/2017 | 252 | 70.15% | 69.30% | 0.77% | -0.05% | 0.001 | 0.106 | 0.01 | 0.797 | 0.051 | 15.60 |
| 2/17/2017 | 252 | 70.14% | 69.29% | 0.77% | -0.06% | 0.000 | 0.106 | 0.00 | 0.800 | 0.051 | 15.63 |
| 2/21/2017 | 252 | 70.17% | 69.32% | 0.77% | -0.06% | 0.002 | 0.106 | 0.02 | 0.798 | 0.051 | 15.63 |

148

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

Exhibit-6

Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index Coefficient | Market Index Standard Error | Market Index $t$-statistic | Sector Index Coefficient | Sector Index Standard Error | Sector Index $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2017 | 252 | 69.96% | 69.10% | 0.76% | -0.06% | -0.006 | 0.106 | -0.06 | 0.799 | 0.051 | 15.67 |
| 2/23/2017 | 252 | 69.60% | 68.73% | 0.76% | -0.06% | -0.007 | 0.106 | -0.07 | 0.800 | 0.051 | 15.64 |
| 2/24/2017 | 252 | 69.64% | 68.77% | 0.76% | -0.06% | -0.003 | 0.107 | -0.03 | 0.798 | 0.051 | 15.51 |
| 2/27/2017 | 252 | 69.75% | 68.89% | 0.76% | -0.06% | 0.003 | 0.107 | 0.03 | 0.799 | 0.051 | 15.59 |
| 2/28/2017 | 252 | 69.85% | 68.99% | 0.76% | -0.05% | -0.006 | 0.107 | -0.05 | 0.804 | 0.051 | 15.62 |
| 3/1/2017 | 252 | 70.09% | 69.23% | 0.76% | -0.05% | -0.003 | 0.107 | -0.03 | 0.801 | 0.052 | 15.50 |
| 3/2/2017 | 252 | 69.36% | 68.48% | 0.76% | -0.05% | -0.003 | 0.107 | -0.03 | 0.803 | 0.052 | 15.53 |
| 3/3/2017 | 252 | 69.20% | 68.32% | 0.76% | -0.05% | -0.002 | 0.107 | -0.02 | 0.802 | 0.052 | 15.51 |
| 3/6/2017 | 252 | 69.28% | 68.40% | 0.76% | -0.05% | -0.001 | 0.107 | -0.01 | 0.803 | 0.052 | 15.55 |
| 3/7/2017 | 252 | 69.28% | 68.40% | 0.76% | -0.05% | -0.002 | 0.107 | -0.01 | 0.803 | 0.052 | 15.55 |
| 3/8/2017 | 252 | 69.29% | 68.41% | 0.76% | -0.05% | -0.003 | 0.107 | -0.03 | 0.804 | 0.052 | 15.54 |
| 3/9/2017 | 252 | 69.02% | 68.13% | 0.76% | -0.05% | -0.001 | 0.107 | -0.01 | 0.804 | 0.052 | 15.53 |
| 3/10/2017 | 252 | 68.88% | 67.99% | 0.76% | -0.04% | 0.000 | 0.108 | 0.00 | 0.803 | 0.052 | 15.44 |
| 3/13/2017 | 252 | 68.95% | 68.07% | 0.76% | -0.05% | 0.000 | 0.108 | 0.00 | 0.803 | 0.052 | 15.48 |
| 3/14/2017 | 252 | 68.50% | 67.60% | 0.76% | -0.05% | -0.015 | 0.108 | -0.14 | 0.803 | 0.052 | 15.53 |
| 3/15/2017 | 252 | 68.47% | 67.57% | 0.76% | -0.05% | -0.017 | 0.108 | -0.16 | 0.803 | 0.052 | 15.54 |
| 3/16/2017 | 252 | 68.52% | 67.62% | 0.76% | -0.05% | -0.001 | 0.106 | -0.01 | 0.797 | 0.051 | 15.60 |
| 3/17/2017 | 252 | 68.45% | 67.55% | 0.76% | -0.04% | -0.003 | 0.107 | -0.03 | 0.798 | 0.052 | 15.44 |
| 3/20/2017 | 252 | 68.68% | 67.78% | 0.76% | -0.04% | -0.004 | 0.108 | -0.04 | 0.799 | 0.052 | 15.47 |
| 3/21/2017 | 252 | 69.08% | 68.20% | 0.76% | -0.05% | -0.005 | 0.108 | -0.05 | 0.801 | 0.052 | 15.45 |
| 3/22/2017 | 252 | 69.14% | 68.26% | 0.76% | -0.05% | -0.005 | 0.108 | -0.05 | 0.799 | 0.051 | 15.56 |
| 3/23/2017 | 252 | 68.96% | 68.07% | 0.76% | -0.05% | -0.007 | 0.108 | -0.07 | 0.800 | 0.051 | 15.54 |
| 3/24/2017 | 252 | 68.92% | 68.04% | 0.76% | -0.05% | -0.012 | 0.109 | -0.11 | 0.801 | 0.052 | 15.55 |
| 3/27/2017 | 252 | 68.82% | 67.93% | 0.76% | -0.04% | -0.009 | 0.109 | -0.08 | 0.797 | 0.051 | 15.49 |
| 3/28/2017 | 252 | 68.84% | 67.95% | 0.76% | -0.04% | -0.009 | 0.109 | -0.09 | 0.798 | 0.052 | 15.49 |
| 3/29/2017 | 252 | 68.85% | 67.96% | 0.76% | -0.04% | 0.012 | 0.110 | 0.11 | 0.788 | 0.052 | 15.14 |
| 3/30/2017 | 252 | 68.92% | 68.03% | 0.76% | -0.04% | 0.009 | 0.110 | 0.08 | 0.789 | 0.052 | 15.20 |
| 3/31/2017 | 252 | 68.94% | 68.05% | 0.76% | -0.04% | 0.012 | 0.110 | 0.11 | 0.786 | 0.052 | 15.20 |
| 4/3/2017 | 252 | 68.98% | 68.09% | 0.76% | -0.04% | 0.013 | 0.110 | 0.12 | 0.786 | 0.052 | 15.25 |
| 4/4/2017 | 252 | 69.02% | 68.14% | 0.76% | -0.04% | 0.016 | 0.110 | 0.14 | 0.786 | 0.052 | 15.23 |
| 4/5/2017 | 252 | 68.76% | 67.86% | 0.76% | -0.04% | 0.011 | 0.110 | 0.10 | 0.785 | 0.052 | 15.23 |
| 4/6/2017 | 252 | 68.71% | 67.81% | 0.76% | -0.04% | 0.002 | 0.111 | 0.02 | 0.787 | 0.052 | 15.24 |
| 4/7/2017 | 252 | 68.35% | 67.44% | 0.76% | -0.04% | 0.002 | 0.111 | 0.02 | 0.786 | 0.052 | 15.19 |
| 4/10/2017 | 252 | 68.30% | 67.39% | 0.76% | -0.04% | 0.001 | 0.111 | 0.01 | 0.787 | 0.052 | 15.20 |
| 4/11/2017 | 252 | 68.44% | 67.54% | 0.76% | -0.04% | -0.006 | 0.111 | -0.05 | 0.791 | 0.052 | 15.28 |
| 4/12/2017 | 252 | 68.48% | 67.58% | 0.76% | -0.04% | -0.007 | 0.111 | -0.07 | 0.791 | 0.052 | 15.26 |
| 4/13/2017 | 252 | 68.62% | 67.72% | 0.76% | -0.05% | -0.007 | 0.112 | -0.06 | 0.797 | 0.053 | 15.16 |

149

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report
### Exhibit-6
#### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index Coefficient | Market Index Standard Error | Market Index $t$-statistic | Sector Index Coefficient | Sector Index Standard Error | Sector Index $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2017 | 252 | 69.06% | 68.17% | 0.76% | -0.05% | -0.007 | 0.112 | -0.06 | 0.797 | 0.053 | 15.16 |
| 4/18/2017 | 252 | 68.76% | 67.87% | 0.77% | -0.04% | 0.000 | 0.112 | 0.00 | 0.798 | 0.053 | 15.13 |
| 4/19/2017 | 252 | 68.78% | 67.88% | 0.76% | -0.04% | -0.005 | 0.112 | -0.05 | 0.798 | 0.053 | 15.16 |
| 4/20/2017 | 252 | 68.98% | 68.09% | 0.76% | -0.05% | -0.001 | 0.112 | -0.01 | 0.794 | 0.053 | 15.06 |
| 4/21/2017 | 252 | 68.67% | 67.78% | 0.77% | -0.04% | -0.001 | 0.113 | 0.00 | 0.799 | 0.053 | 15.01 |
| 4/24/2017 | 252 | 68.76% | 67.87% | 0.77% | -0.04% | -0.005 | 0.113 | -0.04 | 0.801 | 0.053 | 15.05 |
| 4/25/2017 | 252 | 68.73% | 67.84% | 0.77% | -0.04% | -0.006 | 0.113 | -0.05 | 0.796 | 0.053 | 14.94 |
| 4/26/2017 | 252 | 68.43% | 67.53% | 0.77% | -0.04% | 0.004 | 0.114 | 0.03 | 0.795 | 0.054 | 14.84 |
| 4/27/2017 | 252 | 68.38% | 67.48% | 0.77% | -0.04% | 0.004 | 0.114 | 0.04 | 0.794 | 0.054 | 14.82 |
| 4/28/2017 | 252 | 68.44% | 67.53% | 0.77% | -0.04% | 0.007 | 0.114 | 0.06 | 0.793 | 0.054 | 14.80 |
| 5/1/2017 | 252 | 68.43% | 67.53% | 0.77% | -0.04% | 0.006 | 0.114 | 0.06 | 0.793 | 0.054 | 14.83 |
| 5/2/2017 | 252 | 68.34% | 67.43% | 0.77% | -0.04% | 0.004 | 0.114 | 0.04 | 0.795 | 0.054 | 14.85 |
| 5/3/2017 | 252 | 68.36% | 67.45% | 0.77% | -0.04% | 0.002 | 0.114 | 0.01 | 0.794 | 0.053 | 14.85 |
| 5/4/2017 | 252 | 68.29% | 67.39% | 0.77% | -0.04% | 0.000 | 0.114 | 0.00 | 0.798 | 0.053 | 15.00 |
| 5/5/2017 | 252 | 68.13% | 67.22% | 0.77% | -0.04% | -0.002 | 0.114 | -0.02 | 0.800 | 0.053 | 15.00 |
| 5/8/2017 | 252 | 68.15% | 67.24% | 0.77% | -0.04% | 0.000 | 0.113 | 0.00 | 0.800 | 0.053 | 15.04 |
| 5/9/2017 | 252 | 68.16% | 67.25% | 0.77% | -0.04% | 0.002 | 0.113 | 0.02 | 0.799 | 0.053 | 15.03 |
| 5/10/2017 | 252 | 68.15% | 67.24% | 0.77% | -0.04% | 0.001 | 0.113 | 0.01 | 0.800 | 0.053 | 15.04 |
| 5/11/2017 | 252 | 68.36% | 67.46% | 0.77% | -0.04% | 0.006 | 0.114 | 0.05 | 0.800 | 0.053 | 15.05 |
| 5/12/2017 | 252 | 68.14% | 67.22% | 0.78% | -0.05% | 0.006 | 0.115 | 0.05 | 0.802 | 0.053 | 15.00 |
| 5/15/2017 | 252 | 68.05% | 67.14% | 0.78% | -0.05% | 0.006 | 0.115 | 0.05 | 0.804 | 0.054 | 15.01 |
| 5/16/2017 | 252 | 67.86% | 66.94% | 0.78% | -0.05% | 0.001 | 0.115 | 0.01 | 0.803 | 0.054 | 15.01 |
| 5/17/2017 | 252 | 68.17% | 67.26% | 0.78% | -0.05% | 0.013 | 0.115 | 0.11 | 0.800 | 0.054 | 14.94 |
| 5/18/2017 | 252 | 67.86% | 66.94% | 0.78% | -0.03% | -0.025 | 0.116 | -0.21 | 0.797 | 0.054 | 14.86 |
| 5/19/2017 | 252 | 67.87% | 66.95% | 0.78% | -0.03% | -0.057 | 0.119 | -0.48 | 0.816 | 0.056 | 14.68 |
| 5/22/2017 | 252 | 67.74% | 66.82% | 0.78% | -0.03% | -0.050 | 0.119 | -0.42 | 0.815 | 0.056 | 14.64 |
| 5/23/2017 | 252 | 67.77% | 66.85% | 0.78% | -0.03% | -0.058 | 0.119 | -0.49 | 0.817 | 0.056 | 14.68 |
| 5/24/2017 | 252 | 67.77% | 66.85% | 0.78% | -0.03% | -0.055 | 0.119 | -0.46 | 0.815 | 0.056 | 14.69 |
| 5/25/2017 | 252 | 67.73% | 66.80% | 0.78% | -0.03% | -0.054 | 0.119 | -0.45 | 0.816 | 0.055 | 14.70 |
| 5/26/2017 | 252 | 67.55% | 66.63% | 0.77% | -0.04% | -0.059 | 0.119 | -0.50 | 0.813 | 0.055 | 14.71 |
| 5/30/2017 | 252 | 67.70% | 66.78% | 0.77% | -0.05% | -0.066 | 0.119 | -0.56 | 0.818 | 0.055 | 14.80 |
| 5/31/2017 | 252 | 67.93% | 67.02% | 0.77% | -0.04% | -0.065 | 0.119 | -0.55 | 0.817 | 0.055 | 14.79 |
| 6/1/2017 | 252 | 67.92% | 67.01% | 0.78% | -0.05% | -0.073 | 0.119 | -0.62 | 0.823 | 0.055 | 14.87 |
| 6/2/2017 | 252 | 67.75% | 66.83% | 0.78% | -0.05% | -0.064 | 0.119 | -0.54 | 0.822 | 0.055 | 14.82 |
| 6/5/2017 | 252 | 67.75% | 66.83% | 0.78% | -0.05% | -0.062 | 0.119 | -0.53 | 0.821 | 0.055 | 14.86 |
| 6/6/2017 | 252 | 67.50% | 66.57% | 0.78% | -0.05% | -0.062 | 0.119 | -0.52 | 0.821 | 0.056 | 14.72 |
| 6/7/2017 | 252 | 67.45% | 66.52% | 0.78% | -0.04% | -0.062 | 0.119 | -0.52 | 0.822 | 0.056 | 14.71 |

150

# Exhibit-6
# Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-6
### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index | | | Sector Index | | |
|------|------------------------|-------|----------------|----------------|-----------|--------------|--|--|--------------|--|--|
| | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 6/8/2017 | 252 | 67.47% | 66.54% | 0.78% | -0.05% | -0.061 | 0.119 | -0.51 | 0.821 | 0.056 | 14.69 |
| 6/9/2017 | 252 | 67.84% | 66.92% | 0.78% | -0.05% | -0.051 | 0.119 | -0.43 | 0.816 | 0.056 | 14.68 |
| 6/12/2017 | 252 | 67.67% | 66.74% | 0.78% | -0.04% | -0.060 | 0.118 | -0.51 | 0.819 | 0.055 | 14.92 |
| 6/13/2017 | 252 | 67.46% | 66.53% | 0.78% | -0.04% | -0.067 | 0.118 | -0.56 | 0.820 | 0.055 | 14.93 |
| 6/14/2017 | 252 | 67.39% | 66.46% | 0.78% | -0.04% | -0.063 | 0.119 | -0.53 | 0.819 | 0.055 | 14.92 |
| 6/15/2017 | 252 | 67.11% | 66.17% | 0.78% | -0.03% | -0.060 | 0.119 | -0.50 | 0.816 | 0.055 | 14.72 |
| 6/16/2017 | 252 | 67.01% | 66.07% | 0.78% | -0.04% | -0.058 | 0.119 | -0.49 | 0.817 | 0.056 | 14.71 |
| 6/19/2017 | 252 | 67.10% | 66.16% | 0.78% | -0.04% | -0.063 | 0.119 | -0.53 | 0.819 | 0.056 | 14.75 |
| 6/20/2017 | 252 | 67.45% | 66.52% | 0.78% | -0.03% | -0.072 | 0.119 | -0.60 | 0.823 | 0.055 | 14.84 |
| 6/21/2017 | 252 | 67.39% | 66.46% | 0.78% | -0.04% | -0.068 | 0.119 | -0.57 | 0.823 | 0.056 | 14.81 |
| 6/22/2017 | 252 | 67.46% | 66.53% | 0.78% | -0.04% | -0.069 | 0.119 | -0.58 | 0.824 | 0.055 | 14.85 |
| 6/23/2017 | 252 | 67.44% | 66.51% | 0.78% | -0.04% | -0.073 | 0.119 | -0.61 | 0.825 | 0.055 | 14.91 |
| 6/26/2017 | 252 | 67.13% | 66.20% | 0.78% | -0.04% | -0.060 | 0.119 | -0.51 | 0.821 | 0.055 | 14.87 |
| 6/27/2017 | 252 | 66.05% | 65.08% | 0.77% | -0.05% | -0.016 | 0.119 | -0.13 | 0.840 | 0.055 | 15.20 |
| 6/28/2017 | 252 | 68.74% | 67.85% | 0.74% | -0.07% | 0.011 | 0.113 | 0.09 | 0.885 | 0.054 | 16.48 |
| 6/29/2017 | 252 | 68.73% | 67.84% | 0.74% | -0.07% | 0.026 | 0.114 | 0.22 | 0.887 | 0.054 | 16.48 |
| 6/30/2017 | 252 | 67.95% | 67.03% | 0.75% | -0.06% | -0.012 | 0.114 | -0.11 | 0.906 | 0.054 | 16.90 |
| 7/3/2017 | 252 | 68.03% | 67.12% | 0.75% | -0.06% | 0.001 | 0.115 | 0.01 | 0.907 | 0.054 | 16.94 |
| 7/5/2017 | 252 | 67.88% | 66.96% | 0.75% | -0.07% | 0.001 | 0.115 | 0.01 | 0.905 | 0.054 | 16.83 |
| 7/6/2017 | 252 | 67.89% | 66.98% | 0.75% | -0.07% | 0.000 | 0.115 | 0.00 | 0.916 | 0.054 | 16.93 |
| 7/7/2017 | 252 | 67.83% | 66.91% | 0.75% | -0.07% | -0.011 | 0.115 | -0.10 | 0.917 | 0.054 | 16.95 |
| 7/10/2017 | 252 | 67.87% | 66.95% | 0.75% | -0.07% | -0.016 | 0.114 | -0.14 | 0.919 | 0.054 | 16.97 |
| 7/11/2017 | 252 | 67.70% | 66.78% | 0.75% | -0.07% | -0.028 | 0.116 | -0.24 | 0.920 | 0.054 | 17.00 |
| 7/12/2017 | 252 | 67.65% | 66.72% | 0.75% | -0.07% | -0.029 | 0.116 | -0.25 | 0.921 | 0.054 | 17.04 |
| 7/13/2017 | 252 | 67.97% | 67.05% | 0.74% | -0.07% | -0.016 | 0.114 | -0.14 | 0.924 | 0.054 | 17.20 |
| 7/14/2017 | 252 | 68.05% | 67.14% | 0.74% | -0.07% | -0.016 | 0.114 | -0.14 | 0.925 | 0.054 | 17.21 |
| 7/17/2017 | 252 | 67.95% | 66.90% | 0.74% | -0.07% | -0.017 | 0.115 | -0.15 | 0.926 | 0.054 | 17.15 |
| 7/18/2017 | 252 | 67.39% | 66.46% | 0.74% | -0.07% | -0.017 | 0.114 | -0.15 | 0.926 | 0.054 | 17.18 |
| 7/19/2017 | 252 | 67.36% | 66.43% | 0.74% | -0.07% | -0.016 | 0.114 | -0.14 | 0.923 | 0.054 | 17.17 |
| 7/20/2017 | 252 | 67.24% | 66.30% | 0.74% | -0.07% | -0.001 | 0.114 | -0.01 | 0.917 | 0.054 | 17.11 |
| 7/21/2017 | 252 | 67.44% | 66.51% | 0.74% | -0.07% | -0.007 | 0.114 | -0.06 | 0.919 | 0.054 | 17.15 |
| 7/24/2017 | 252 | 67.13% | 66.19% | 0.75% | -0.07% | -0.006 | 0.114 | -0.05 | 0.920 | 0.054 | 17.09 |
| 7/25/2017 | 252 | 67.28% | 66.34% | 0.75% | -0.07% | 0.000 | 0.114 | 0.00 | 0.918 | 0.054 | 17.08 |
| 7/26/2017 | 252 | 67.25% | 66.32% | 0.75% | -0.07% | -0.001 | 0.115 | -0.01 | 0.919 | 0.054 | 17.12 |
| 7/27/2017 | 252 | 67.29% | 66.35% | 0.75% | -0.06% | 0.003 | 0.114 | 0.03 | 0.916 | 0.053 | 17.13 |
| 7/28/2017 | 252 | 67.88% | 66.96% | 0.75% | -0.06% | 0.000 | 0.114 | 0.00 | 0.918 | 0.054 | 17.15 |
| 7/31/2017 | 252 | 67.98% | 66.93% | 0.75% | -0.06% | -0.001 | 0.115 | 0.00 | 0.918 | 0.054 | 17.11 |

151

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report
### Exhibit-6
#### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index | | | Sector Index | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 8/1/2017 | 252 | 67.91% | 66.86% | 0.75% | -0.06% | -0.005 | 0.115 | -0.04 | 0.920 | 0.054 | 17.15 |
| 8/2/2017 | 252 | 67.90% | 66.85% | 0.75% | -0.07% | -0.004 | 0.115 | -0.04 | 0.920 | 0.054 | 17.15 |
| 8/3/2017 | 252 | 68.00% | 66.95% | 0.75% | -0.07% | 0.004 | 0.115 | 0.03 | 0.920 | 0.054 | 17.17 |
| 8/4/2017 | 252 | 68.26% | 67.22% | 0.74% | -0.07% | 0.002 | 0.115 | 0.02 | 0.924 | 0.054 | 17.26 |
| 8/7/2017 | 252 | 68.38% | 67.21% | 0.74% | -0.07% | 0.001 | 0.115 | 0.01 | 0.925 | 0.054 | 17.27 |
| 8/8/2017 | 252 | 68.51% | 67.34% | 0.74% | -0.07% | -0.005 | 0.114 | -0.04 | 0.939 | 0.054 | 17.44 |
| 8/9/2017 | 252 | 68.56% | 67.39% | 0.74% | -0.07% | -0.007 | 0.114 | -0.06 | 0.940 | 0.054 | 17.48 |
| 8/10/2017 | 252 | 68.63% | 67.46% | 0.74% | -0.07% | -0.007 | 0.114 | -0.06 | 0.939 | 0.054 | 17.42 |
| 8/11/2017 | 252 | 68.37% | 67.20% | 0.74% | -0.06% | -0.018 | 0.113 | -0.16 | 0.935 | 0.054 | 17.31 |
| 8/14/2017 | 252 | 68.48% | 67.31% | 0.74% | -0.06% | -0.010 | 0.113 | -0.09 | 0.931 | 0.054 | 17.25 |
| 8/15/2017 | 252 | 68.45% | 67.28% | 0.74% | -0.06% | -0.008 | 0.113 | -0.07 | 0.931 | 0.054 | 17.24 |
| 8/16/2017 | 252 | 68.44% | 67.28% | 0.74% | -0.05% | -0.008 | 0.113 | -0.07 | 0.932 | 0.054 | 17.25 |
| 8/17/2017 | 252 | 68.70% | 67.54% | 0.74% | -0.06% | -0.002 | 0.113 | -0.01 | 0.930 | 0.054 | 17.24 |
| 8/18/2017 | 252 | 68.68% | 67.52% | 0.74% | -0.05% | -0.009 | 0.112 | -0.08 | 0.930 | 0.054 | 17.23 |
| 8/21/2017 | 252 | 68.68% | 67.52% | 0.74% | -0.05% | -0.007 | 0.113 | -0.06 | 0.929 | 0.054 | 17.21 |
| 8/22/2017 | 252 | 68.59% | 67.42% | 0.74% | -0.05% | -0.002 | 0.113 | -0.02 | 0.926 | 0.054 | 17.13 |
| 8/23/2017 | 252 | 68.59% | 67.42% | 0.74% | -0.05% | -0.005 | 0.112 | -0.04 | 0.927 | 0.054 | 17.13 |
| 8/24/2017 | 252 | 68.60% | 67.44% | 0.74% | -0.05% | -0.001 | 0.112 | -0.01 | 0.925 | 0.054 | 17.12 |
| 8/25/2017 | 252 | 68.73% | 67.57% | 0.74% | -0.05% | 0.008 | 0.113 | 0.07 | 0.923 | 0.054 | 17.10 |
| 8/28/2017 | 252 | 68.75% | 67.59% | 0.74% | -0.05% | 0.000 | 0.113 | 0.00 | 0.927 | 0.054 | 17.16 |
| 8/29/2017 | 252 | 68.77% | 67.61% | 0.74% | -0.05% | -0.002 | 0.113 | -0.02 | 0.927 | 0.054 | 17.15 |
| 8/30/2017 | 252 | 68.93% | 67.78% | 0.74% | -0.06% | -0.009 | 0.112 | -0.08 | 0.926 | 0.054 | 17.29 |
| 8/31/2017 | 252 | 68.86% | 67.71% | 0.73% | -0.06% | 0.001 | 0.112 | 0.01 | 0.918 | 0.054 | 17.14 |
| 9/1/2017 | 252 | 68.86% | 67.70% | 0.73% | -0.06% | -0.001 | 0.111 | -0.01 | 0.919 | 0.053 | 17.22 |
| 9/5/2017 | 252 | 68.85% | 67.70% | 0.74% | -0.07% | 0.000 | 0.111 | 0.00 | 0.916 | 0.054 | 17.10 |
| 9/6/2017 | 252 | 68.76% | 67.61% | 0.74% | -0.06% | 0.001 | 0.112 | 0.01 | 0.911 | 0.053 | 17.08 |
| 9/7/2017 | 252 | 68.61% | 67.44% | 0.74% | -0.06% | -0.001 | 0.112 | -0.01 | 0.911 | 0.054 | 16.95 |
| 9/8/2017 | 252 | 68.10% | 66.92% | 0.74% | -0.05% | 0.021 | 0.113 | 0.19 | 0.894 | 0.054 | 16.70 |
| 9/11/2017 | 252 | 68.34% | 67.17% | 0.75% | -0.06% | 0.026 | 0.113 | 0.23 | 0.891 | 0.054 | 16.64 |
| 9/12/2017 | 252 | 68.68% | 67.52% | 0.74% | -0.05% | -0.059 | 0.119 | -0.49 | 0.914 | 0.054 | 16.92 |
| 9/13/2017 | 252 | 69.04% | 67.90% | 0.73% | -0.04% | -0.027 | 0.120 | -0.23 | 0.911 | 0.054 | 16.97 |
| 9/14/2017 | 252 | 69.11% | 67.97% | 0.72% | -0.03% | -0.091 | 0.121 | -0.75 | 0.919 | 0.053 | 17.34 |
| 9/15/2017 | 252 | 69.10% | 67.95% | 0.72% | -0.03% | -0.090 | 0.121 | -0.74 | 0.917 | 0.053 | 17.32 |
| 9/18/2017 | 252 | 69.80% | 68.68% | 0.72% | -0.02% | -0.060 | 0.121 | -0.50 | 0.912 | 0.053 | 17.33 |
| 9/19/2017 | 252 | 69.57% | 68.45% | 0.72% | -0.02% | -0.067 | 0.121 | -0.55 | 0.915 | 0.053 | 17.38 |
| 9/20/2017 | 252 | 69.65% | 68.52% | 0.72% | -0.02% | -0.068 | 0.120 | -0.57 | 0.916 | 0.052 | 17.45 |
| 9/21/2017 | 252 | 69.89% | 68.77% | 0.71% | -0.02% | -0.066 | 0.120 | -0.55 | 0.915 | 0.052 | 17.55 |

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report
### Exhibit-6
#### Wells Fargo Regression Results for Market Efficiency Analysis

| Date | Number of Observations | $R^2$ | Adjusted $R^2$ | Standard Error | Intercept | Market Index | | | Sector Index | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Coefficient | Standard Error | $t$-statistic | Coefficient | Standard Error | $t$-statistic |
| 9/22/2017 | 252 | 70.79% | 69.70% | 0.70% | -0.02% | -0.009 | 0.119 | -0.08 | 0.902 | 0.051 | 17.60 |
| 9/25/2017 | 252 | 70.78% | 69.70% | 0.70% | -0.01% | 0.001 | 0.120 | 0.01 | 0.899 | 0.051 | 17.49 |
| 9/26/2017 | 252 | 70.80% | 69.71% | 0.70% | -0.01% | 0.005 | 0.120 | 0.04 | 0.899 | 0.051 | 17.45 |
| 9/27/2017 | 252 | 70.45% | 69.35% | 0.70% | -0.02% | 0.007 | 0.120 | 0.05 | 0.898 | 0.052 | 17.38 |
| 9/28/2017 | 252 | 70.35% | 69.25% | 0.70% | -0.02% | 0.009 | 0.121 | 0.08 | 0.895 | 0.052 | 17.33 |
| 9/29/2017 | 252 | 70.51% | 69.42% | 0.70% | -0.02% | 0.010 | 0.121 | 0.08 | 0.895 | 0.052 | 17.32 |
| 10/2/2017 | 252 | 69.96% | 68.85% | 0.71% | -0.01% | 0.003 | 0.122 | 0.03 | 0.894 | 0.052 | 17.24 |
| 10/3/2017 | 252 | 70.74% | 69.66% | 0.70% | 0.00% | 0.018 | 0.120 | 0.15 | 0.899 | 0.051 | 17.55 |
| 10/4/2017 | 252 | 70.89% | 69.81% | 0.70% | 0.00% | 0.014 | 0.120 | 0.12 | 0.899 | 0.051 | 17.60 |
| 10/5/2017 | 252 | 71.26% | 70.19% | 0.69% | 0.00% | -0.028 | 0.121 | -0.23 | 0.917 | 0.051 | 17.86 |
| 10/6/2017 | 252 | 70.96% | 69.89% | 0.69% | 0.00% | -0.027 | 0.121 | -0.22 | 0.908 | 0.051 | 17.73 |
| 10/9/2017 | 252 | 71.02% | 69.94% | 0.69% | 0.00% | -0.027 | 0.121 | -0.22 | 0.908 | 0.051 | 17.73 |
| 10/10/2017 | 252 | 71.09% | 70.02% | 0.69% | -0.01% | -0.020 | 0.121 | -0.17 | 0.908 | 0.051 | 17.73 |
| 10/11/2017 | 252 | 71.06% | 69.99% | 0.69% | -0.01% | -0.024 | 0.121 | -0.19 | 0.909 | 0.051 | 17.74 |
| 10/12/2017 | 252 | 71.17% | 70.10% | 0.69% | -0.01% | 0.001 | 0.123 | 0.01 | 0.904 | 0.051 | 17.67 |
| 10/13/2017 | 252 | 71.75% | 70.71% | 0.69% | -0.01% | 0.002 | 0.122 | 0.02 | 0.903 | 0.051 | 17.68 |
| 10/16/2017 | 252 | 71.69% | 70.52% | 0.69% | -0.01% | -0.001 | 0.123 | 0.00 | 0.907 | 0.051 | 17.64 |
| 10/17/2017 | 252 | 71.75% | 70.70% | 0.69% | -0.01% | 0.001 | 0.122 | 0.01 | 0.906 | 0.051 | 17.66 |
| 10/18/2017 | 252 | 71.67% | 70.62% | 0.69% | -0.01% | -0.001 | 0.123 | -0.01 | 0.908 | 0.051 | 17.70 |
| 10/19/2017 | 252 | 71.63% | 70.58% | 0.69% | -0.01% | 0.001 | 0.123 | 0.00 | 0.908 | 0.051 | 17.70 |
| 10/20/2017 | 252 | 72.02% | 70.98% | 0.69% | -0.01% | -0.007 | 0.123 | -0.06 | 0.914 | 0.051 | 17.79 |
| 10/23/2017 | 252 | 72.31% | 71.29% | 0.68% | 0.00% | -0.026 | 0.122 | -0.21 | 0.925 | 0.051 | 18.10 |
| 10/24/2017 | 252 | 72.33% | 71.30% | 0.68% | 0.00% | -0.029 | 0.122 | -0.24 | 0.926 | 0.051 | 18.10 |
| 10/25/2017 | 252 | 72.36% | 71.33% | 0.68% | 0.00% | -0.035 | 0.122 | -0.29 | 0.927 | 0.051 | 18.16 |
| 10/26/2017 | 252 | 72.40% | 71.38% | 0.68% | 0.00% | -0.031 | 0.122 | -0.25 | 0.926 | 0.051 | 18.13 |
| 10/27/2017 | 252 | 72.36% | 71.34% | 0.68% | 0.00% | -0.029 | 0.123 | -0.23 | 0.925 | 0.051 | 18.03 |
| 10/30/2017 | 252 | 72.34% | 71.31% | 0.68% | 0.00% | -0.021 | 0.122 | -0.17 | 0.923 | 0.051 | 17.98 |
| 10/31/2017 | 252 | 72.32% | 71.29% | 0.68% | 0.00% | -0.024 | 0.122 | -0.19 | 0.923 | 0.051 | 17.98 |
| 11/1/2017 | 252 | 72.18% | 71.14% | 0.68% | 0.01% | -0.017 | 0.122 | -0.14 | 0.920 | 0.051 | 17.90 |
| 11/2/2017 | 252 | 72.25% | 71.22% | 0.68% | 0.01% | -0.018 | 0.124 | -0.15 | 0.920 | 0.052 | 17.84 |

**Note:**

Dummy variables were used to control for potentially abnormal returns on earnings announcements and corrective disclosures. These dates were: 15 January 2016, 14 April 2016, 15 July 2016, 14 October 2016, 13 January 2017, 13 April 2017, 14 July 2017, 28 July 2017, 4 August 2017, and 13 October 2017.

153

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 768 of 783 PAGEID #: 7501

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
#### Wells Fargo Daily Event Study Results for Market Efficiency Analysis

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/2016 | $45.34 | - | $45.24 | 0.22% | -0.40% | -0.09% | -0.19% | 0.41% | 0.64 |
| 11/4/2016 | $44.60 | - | $45.34 | -1.65% | -0.12% | -0.04% | -0.10% | -1.55% | -2.44 ** |
| 11/7/2016 | $45.40 | - | $44.60 | 1.78% | 2.07% | 2.84% | 2.20% | -0.42% | -0.66 |
| 11/8/2016 | $45.54 | - | $45.40 | 0.31% | 0.39% | -0.38% | -0.22% | 0.53% | 0.82 |
| 11/9/2016 | $47.99 | - | $45.54 | 5.24% | 1.20% | 4.78% | 3.25% | 1.99% | 3.10 *** |
| 11/10/2016 | $51.63 | - | $47.99 | 7.31% | 0.20% | 3.48% | 2.30% | 5.01% | 7.66 *** |
| 11/11/2016 | $51.73 | - | $51.63 | 0.19% | 0.02% | 1.06% | 0.75% | -0.56% | -0.77 |
| 11/14/2016 | $53.22 | - | $51.73 | 2.84% | 0.24% | 3.22% | 2.36% | 0.48% | 0.67 |
| 11/15/2016 | $52.59 | - | $53.22 | -1.19% | 0.79% | 0.40% | 0.32% | -1.51% | -2.09 ** |
| 11/16/2016 | $51.68 | - | $52.59 | -1.75% | -0.15% | -2.01% | -1.56% | -0.19% | -0.26 |
| 11/17/2016 | $52.49 | - | $51.68 | 1.56% | 0.46% | 1.73% | 1.29% | 0.27% | 0.37 |
| 11/18/2016 | $52.82 | - | $52.49 | 0.63% | -0.14% | 0.40% | 0.26% | 0.37% | 0.50 |
| 11/21/2016 | $52.12 | - | $52.82 | -1.33% | 0.78% | 0.29% | 0.22% | -1.56% | -2.14 ** |
| 11/22/2016 | $52.22 | - | $52.12 | 0.19% | 0.30% | 0.22% | 0.14% | 0.05% | 0.07 |
| 11/23/2016 | $52.16 | - | $52.22 | -0.11% | 0.09% | 0.84% | 0.60% | -0.71% | -0.97 |
| 11/25/2016 | $52.62 | - | $52.16 | 0.88% | 0.36% | 0.20% | 0.12% | 0.75% | 1.02 |
| 11/28/2016 | $51.58 | - | $52.62 | -2.00% | -0.60% | -1.83% | -1.45% | -0.55% | -0.74 |
| 11/29/2016 | $51.86 | - | $51.58 | 0.54% | 0.10% | 0.28% | 0.17% | 0.37% | 0.50 |
| 11/30/2016 | $52.92 | - | $51.86 | 2.02% | -0.16% | 2.06% | 1.52% | 0.51% | 0.69 |
| 12/1/2016 | $54.34 | - | $52.92 | 2.65% | -0.42% | 2.11% | 1.56% | 1.09% | 1.47 |
| 12/2/2016 | $53.58 | - | $54.34 | -1.41% | 0.07% | -1.03% | -0.83% | -0.58% | -0.78 |
| 12/5/2016 | $54.35 | - | $53.58 | 1.43% | 0.73% | 1.18% | 0.89% | 0.54% | 0.73 |
| 12/6/2016 | $55.55 | - | $54.35 | 2.18% | 0.47% | 1.17% | 0.88% | 1.30% | 1.75 * |
| 12/7/2016 | $57.28 | - | $55.55 | 3.07% | 1.23% | 1.42% | 1.09% | 1.98% | 2.65 *** |
| 12/8/2016 | $57.29 | - | $57.28 | 0.02% | 0.37% | 1.37% | 1.05% | -1.03% | -1.36 |
| 12/9/2016 | $57.14 | - | $57.29 | -0.26% | 0.39% | 0.03% | 0.01% | -0.27% | -0.35 |
| 12/12/2016 | $55.78 | - | $57.14 | -2.41% | -0.24% | -1.22% | -0.98% | -1.43% | -1.89 * |
| 12/13/2016 | $55.84 | - | $55.78 | 0.11% | 0.58% | 0.12% | 0.07% | 0.03% | 0.04 |
| 12/14/2016 | $54.70 | - | $55.84 | -2.06% | -0.97% | -0.20% | -0.21% | -1.85% | -2.42 ** |
| 12/15/2016 | $55.19 | - | $54.70 | 0.89% | 0.36% | 1.35% | 1.00% | -0.11% | -0.14 |
| 12/16/2016 | $55.34 | - | $55.19 | 0.27% | -0.11% | -1.24% | -1.00% | 1.27% | 1.65 |
| 12/19/2016 | $55.22 | - | $55.34 | -0.22% | 0.21% | 0.31% | 0.20% | -0.42% | -0.54 |
| 12/20/2016 | $56.10 | - | $55.22 | 1.58% | 0.43% | 1.42% | 1.06% | 0.52% | 0.67 |

154

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 770 of 783 PAGEID #: 7503

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
#### Wells Fargo Daily Event Study Results for Market Efficiency Analysis

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2016 | $55.71 | - | $56.10 | -0.70% | -0.25% | -0.35% | -0.32% | -0.38% | -0.49 |
| 12/22/2016 | $55.75 | - | $55.71 | 0.07% | -0.27% | -0.12% | -0.15% | 0.22% | 0.28 |
| 12/23/2016 | $55.96 | - | $55.75 | 0.38% | 0.18% | 0.29% | 0.19% | 0.19% | 0.24 |
| 12/27/2016 | $55.95 | - | $55.96 | -0.02% | 0.25% | 0.28% | 0.19% | -0.21% | -0.27 |
| 12/28/2016 | $55.32 | - | $55.95 | -1.13% | -0.80% | -1.06% | -0.89% | -0.24% | -0.31 |
| 12/29/2016 | $54.84 | - | $55.32 | -0.87% | 0.06% | -1.07% | -0.85% | -0.02% | -0.03 |
| 12/30/2016 | $55.11 | - | $54.84 | 0.49% | -0.41% | 0.49% | 0.30% | 0.19% | 0.24 |
| 1/3/2017 | $56.00 | - | $55.11 | 1.60% | 0.82% | 0.91% | 0.69% | 0.91% | 1.18 |
| 1/4/2017 | $56.05 | - | $56.00 | 0.09% | 0.86% | 1.25% | 0.96% | -0.87% | -1.12 |
| 1/5/2017 | $55.18 | - | $56.05 | -1.56% | -0.09% | -1.41% | -1.11% | -0.45% | -0.58 |
| 1/6/2017 | $55.04 | - | $55.18 | -0.25% | 0.23% | 0.47% | 0.33% | -0.58% | -0.75 |
| 1/9/2017 | $54.24 | - | $55.04 | -1.46% | -0.39% | -0.63% | -0.53% | -0.93% | -1.20 |
| 1/10/2017 | $54.62 | - | $54.24 | 0.70% | 0.13% | 0.65% | 0.46% | 0.24% | 0.31 |
| 1/11/2017 | $54.80 | - | $54.62 | 0.33% | 0.32% | 0.56% | 0.39% | -0.07% | -0.08 |
| 1/12/2017 | $54.50 | - | $54.80 | -0.55% | -0.26% | -1.03% | -0.85% | 0.30% | 0.39 |
| 1/13/2017 | $55.31 | - | $54.50 | 1.48% | 0.28% | 0.82% | 0.58% | 0.89% | 1.17 |
| 1/17/2017 | $53.78 | - | $55.31 | -2.81% | -0.37% | -3.55% | -2.79% | -0.02% | -0.02 |
| 1/18/2017 | $54.27 | - | $53.78 | 0.91% | 0.14% | 0.74% | 0.51% | 0.39% | 0.52 |
| 1/19/2017 | $54.58 | - | $54.27 | 0.57% | -0.39% | -0.82% | -0.68% | 1.25% | 1.65 |
| 1/20/2017 | $55.07 | - | $54.58 | 0.89% | 0.36% | 0.56% | 0.39% | 0.51% | 0.67 |
| 1/23/2017 | $54.25 | - | $55.07 | -1.50% | -0.19% | -0.35% | -0.32% | -1.18% | -1.56 |
| 1/24/2017 | $54.70 | - | $54.25 | 0.83% | 0.83% | 1.59% | 1.17% | -0.34% | -0.45 |
| 1/25/2017 | $56.62 | - | $54.70 | 3.45% | 0.80% | 1.45% | 1.05% | 2.39% | 3.16 *** |
| 1/26/2017 | $57.18 | - | $56.62 | 0.98% | -0.11% | 0.36% | 0.24% | 0.75% | 0.97 |
| 1/27/2017 | $56.59 | - | $57.18 | -1.04% | -0.16% | -0.47% | -0.42% | -0.62% | -0.80 |
| 1/30/2017 | $56.08 | - | $56.59 | -0.91% | -0.71% | -0.91% | -0.76% | -0.15% | -0.19 |
| 1/31/2017 | $56.33 | - | $56.08 | 0.44% | 0.08% | -0.71% | -0.63% | 1.07% | 1.38 |
| 2/1/2017 | $55.91 | $0.38 | $56.33 | -0.07% | 0.03% | 0.40% | 0.26% | -0.33% | -0.43 |
| 2/2/2017 | $55.75 | - | $55.91 | -0.29% | 0.06% | -0.66% | -0.58% | 0.29% | 0.38 |
| 2/3/2017 | $57.27 | - | $55.75 | 2.69% | 0.78% | 2.19% | 1.67% | 1.02% | 1.33 |
| 2/6/2017 | $56.55 | - | $57.27 | -1.27% | -0.27% | -0.33% | -0.30% | -0.97% | -1.26 |
| 2/7/2017 | $56.34 | - | $56.55 | -0.37% | -0.05% | -0.41% | -0.37% | 0.00% | 0.00 |
| 2/8/2017 | $55.63 | - | $56.34 | -1.27% | 0.12% | -0.91% | -0.77% | -0.50% | -0.65 |

155

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 771 of 783 PAGEID #: 7504

# Exhibit-6
# Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
**Wells Fargo Daily Event Study Results for Market Efficiency Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 2/9/2017 | $56.73 | - | $55.63 | 1.96% | 0.65% | 1.53% | 1.15% | 0.81% | 1.05 |
| 2/10/2017 | $56.86 | - | $56.73 | 0.23% | 0.41% | 0.23% | 0.13% | 0.10% | 0.13 |
| 2/13/2017 | $57.08 | - | $56.86 | 0.39% | 0.47% | 1.22% | 0.92% | -0.53% | -0.70 |
| 2/14/2017 | $57.98 | - | $57.08 | 1.56% | 0.39% | 1.84% | 1.41% | 0.15% | 0.20 |
| 2/15/2017 | $58.55 | - | $57.98 | 0.98% | 0.48% | 0.99% | 0.73% | 0.25% | 0.32 |
| 2/16/2017 | $58.12 | - | $58.55 | -0.74% | -0.13% | -0.43% | -0.39% | -0.34% | -0.45 |
| 2/17/2017 | $58.09 | - | $58.12 | -0.05% | 0.19% | -0.22% | -0.23% | 0.18% | 0.23 |
| 2/21/2017 | $58.25 | - | $58.09 | 0.28% | 0.58% | 0.57% | 0.40% | -0.12% | -0.16 |
| 2/22/2017 | $58.36 | - | $58.25 | 0.19% | -0.17% | -0.12% | -0.15% | 0.34% | 0.45 |
| 2/23/2017 | $58.49 | - | $58.36 | 0.22% | -0.09% | 0.07% | -0.01% | 0.23% | 0.30 |
| 2/24/2017 | $57.81 | - | $58.49 | -1.17% | 0.04% | -0.90% | -0.78% | -0.39% | -0.51 |
| 2/27/2017 | $58.06 | - | $57.81 | 0.43% | 0.20% | 0.62% | 0.44% | -0.01% | -0.01 |
| 2/28/2017 | $57.88 | - | $58.06 | -0.31% | -0.46% | -0.20% | -0.22% | -0.09% | -0.12 |
| 3/1/2017 | $59.73 | - | $57.88 | 3.15% | 1.33% | 3.22% | 2.52% | 0.62% | 0.82 |
| 3/2/2017 | $58.71 | - | $59.73 | -1.72% | -0.69% | -2.11% | -1.74% | 0.02% | 0.02 |
| 3/3/2017 | $58.89 | - | $58.71 | 0.31% | 0.09% | 0.48% | 0.33% | -0.02% | -0.03 |
| 3/6/2017 | $58.61 | - | $58.89 | -0.48% | -0.38% | -0.68% | -0.59% | 0.12% | 0.15 |
| 3/7/2017 | $58.30 | - | $58.61 | -0.53% | -0.34% | -0.32% | -0.31% | -0.22% | -0.29 |
| 3/8/2017 | $58.21 | - | $58.30 | -0.15% | -0.33% | 0.08% | 0.01% | -0.16% | -0.22 |
| 3/9/2017 | $58.70 | - | $58.21 | 0.84% | -0.03% | 0.17% | 0.08% | 0.75% | 0.99 |
| 3/10/2017 | $58.85 | - | $58.70 | 0.26% | 0.35% | -0.31% | -0.30% | 0.55% | 0.73 |
| 3/13/2017 | $58.70 | - | $58.85 | -0.26% | 0.17% | -0.08% | -0.11% | -0.14% | -0.19 |
| 3/14/2017 | $58.76 | - | $58.70 | 0.10% | -0.42% | -0.16% | -0.17% | 0.27% | 0.36 |
| 3/15/2017 | $58.71 | - | $58.76 | -0.09% | 1.01% | -0.68% | -0.61% | 0.52% | 0.69 |
| 3/16/2017 | $59.32 | - | $58.71 | 1.03% | -0.06% | 0.48% | 0.34% | 0.69% | 0.92 |
| 3/17/2017 | $58.67 | - | $59.32 | -1.10% | -0.08% | -1.09% | -0.91% | -0.19% | -0.25 |
| 3/20/2017 | $57.63 | - | $58.67 | -1.79% | -0.23% | -1.17% | -0.97% | -0.82% | -1.07 |
| 3/21/2017 | $55.85 | - | $57.63 | -3.14% | -1.37% | -4.07% | -3.30% | 0.17% | 0.22 |
| 3/22/2017 | $55.33 | - | $55.85 | -0.94% | 0.18% | 0.03% | -0.02% | -0.91% | -1.20 |
| 3/23/2017 | $55.25 | - | $55.33 | -0.14% | 0.01% | 0.41% | 0.28% | -0.42% | -0.55 |
| 3/24/2017 | $55.83 | - | $55.25 | 1.04% | -0.03% | -0.03% | -0.07% | 1.12% | 1.46 |
| 3/27/2017 | $55.39 | - | $55.83 | -0.79% | -0.03% | -0.41% | -0.37% | -0.42% | -0.55 |
| 3/28/2017 | $55.96 | - | $55.39 | 1.02% | 0.69% | 1.69% | 1.30% | -0.28% | -0.36 |

156

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-7**

**Wells Fargo Daily Event Study Results for Market Efficiency Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 3/29/2017 | $55.67 | - | $55.96 | -0.52% | 0.23% | -0.48% | -0.42% | -0.10% | -0.14 |
| 3/30/2017 | $56.24 | - | $55.67 | 1.02% | 0.26% | 1.85% | 1.42% | -0.40% | -0.53 |
| 3/31/2017 | $55.66 | - | $56.24 | -1.04% | -0.11% | -1.08% | -0.89% | -0.14% | -0.19 |
| 4/3/2017 | $55.49 | - | $55.66 | -0.31% | -0.26% | -0.24% | -0.23% | -0.08% | -0.10 |
| 4/4/2017 | $55.20 | - | $55.49 | -0.52% | 0.06% | -0.21% | -0.21% | -0.31% | -0.41 |
| 4/5/2017 | $54.98 | - | $55.20 | -0.40% | -0.41% | -1.08% | -0.89% | 0.49% | 0.65 |
| 4/6/2017 | $55.37 | - | $54.98 | 0.71% | 0.35% | 0.79% | 0.58% | 0.12% | 0.16 |
| 4/7/2017 | $54.84 | - | $55.37 | -0.96% | -0.07% | -0.44% | -0.39% | -0.57% | -0.75 |
| 4/10/2017 | $54.54 | - | $54.84 | -0.55% | 0.15% | -0.65% | -0.55% | 0.01% | 0.01 |
| 4/11/2017 | $54.16 | - | $54.54 | -0.70% | -0.01% | 0.00% | -0.04% | -0.66% | -0.87 |
| 4/12/2017 | $53.12 | - | $54.16 | -1.94% | -0.46% | -0.99% | -0.82% | -1.11% | -1.47 |
| 4/13/2017 | $51.35 | - | $53.12 | -3.39% | -0.72% | -1.28% | -1.06% | -2.33% | -3.05 *** |
| 4/17/2017 | $52.72 | - | $51.35 | 2.63% | 0.86% | 1.82% | 1.40% | 1.24% | 1.62 |
| 4/18/2017 | $52.45 | - | $52.72 | -0.51% | -0.25% | -1.07% | -0.90% | 0.38% | 0.50 |
| 4/19/2017 | $52.15 | - | $52.45 | -0.57% | -0.14% | -0.01% | -0.05% | -0.52% | -0.68 |
| 4/20/2017 | $53.50 | - | $52.15 | 2.56% | 0.76% | 1.79% | 1.37% | 1.18% | 1.55 |
| 4/21/2017 | $53.00 | - | $53.50 | -0.94% | -0.28% | -0.81% | -0.69% | -0.25% | -0.32 |
| 4/24/2017 | $53.65 | - | $53.00 | 1.22% | 1.07% | 2.61% | 2.05% | -0.83% | -1.08 |
| 4/25/2017 | $54.56 | - | $53.65 | 1.68% | 0.60% | 0.64% | 0.47% | 1.22% | 1.58 |
| 4/26/2017 | $54.54 | - | $54.56 | -0.04% | -0.01% | 0.33% | 0.22% | -0.26% | -0.34 |
| 4/27/2017 | $54.44 | - | $54.54 | -0.18% | -0.01% | -0.70% | -0.59% | 0.41% | 0.53 |
| 4/28/2017 | $53.84 | - | $54.44 | -1.11% | -0.26% | -1.04% | -0.87% | -0.24% | -0.31 |
| 5/1/2017 | $54.46 | - | $53.84 | 1.14% | 0.20% | 0.92% | 0.69% | 0.46% | 0.59 |
| 5/2/2017 | $54.54 | - | $54.46 | 0.15% | 0.02% | -0.39% | -0.35% | 0.50% | 0.64 |
| 5/3/2017 | $54.85 | $0.38 | $54.54 | 1.26% | -0.26% | 1.04% | 0.79% | 0.47% | 0.61 |
| 5/4/2017 | $55.18 | - | $54.85 | 0.60% | -0.08% | 0.23% | 0.14% | 0.46% | 0.59 |
| 5/5/2017 | $55.11 | - | $55.18 | -0.13% | 0.58% | -0.30% | -0.28% | 0.16% | 0.20 |
| 5/8/2017 | $55.04 | - | $55.11 | -0.13% | -0.08% | 0.35% | 0.24% | -0.37% | -0.48 |
| 5/9/2017 | $54.68 | - | $55.04 | -0.66% | -0.10% | -0.55% | -0.48% | -0.18% | -0.23 |
| 5/10/2017 | $54.72 | - | $54.68 | 0.07% | 0.26% | 0.23% | 0.14% | -0.07% | -0.09 |
| 5/11/2017 | $53.74 | - | $54.72 | -1.81% | -0.27% | -0.65% | -0.57% | -1.24% | -1.61 |
| 5/12/2017 | $53.02 | - | $53.74 | -1.35% | -0.15% | -0.40% | -0.37% | -0.98% | -1.26 |
| 5/15/2017 | $53.32 | - | $53.02 | 0.56% | 0.56% | 0.90% | 0.67% | -0.11% | -0.14 |

157

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
**Wells Fargo Daily Event Study Results for Market Efficiency Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/2017 | $53.26 | - | $53.32 | -0.11% | -0.04% | 0.52% | 0.37% | -0.48% | -0.62 |
| 5/17/2017 | $52.24 | - | $53.26 | -1.93% | -1.83% | -4.36% | -3.56% | 1.62% | 2.09 ** |
| 5/18/2017 | $52.38 | - | $52.24 | 0.27% | 0.34% | 0.38% | 0.26% | 0.01% | 0.01 |
| 5/19/2017 | $53.06 | - | $52.38 | 1.29% | 0.76% | 0.83% | 0.61% | 0.68% | 0.88 |
| 5/22/2017 | $53.01 | - | $53.06 | -0.09% | 0.54% | 0.26% | 0.15% | -0.25% | -0.32 |
| 5/23/2017 | $53.39 | - | $53.01 | 0.71% | 0.15% | 1.35% | 1.06% | -0.35% | -0.45 |
| 5/24/2017 | $53.09 | - | $53.39 | -0.56% | 0.24% | -0.29% | -0.28% | -0.28% | -0.36 |
| 5/25/2017 | $52.78 | - | $53.09 | -0.59% | 0.32% | 0.00% | -0.06% | -0.53% | -0.68 |
| 5/26/2017 | $52.41 | - | $52.78 | -0.70% | 0.03% | -0.20% | -0.21% | -0.50% | -0.64 |
| 5/30/2017 | $52.16 | - | $52.41 | -0.48% | -0.23% | -1.01% | -0.85% | 0.38% | 0.49 |
| 5/31/2017 | $51.14 | - | $52.16 | -1.97% | -0.03% | -1.09% | -0.93% | -1.04% | -1.35 |
| 6/1/2017 | $52.08 | - | $51.14 | 1.82% | 0.90% | 1.22% | 0.89% | 0.93% | 1.20 |
| 6/2/2017 | $51.81 | - | $52.08 | -0.52% | 0.35% | -0.70% | -0.64% | 0.12% | 0.16 |
| 6/5/2017 | $51.72 | - | $51.81 | -0.17% | -0.18% | 0.17% | 0.10% | -0.28% | -0.36 |
| 6/6/2017 | $51.81 | - | $51.72 | 0.17% | -0.22% | -0.51% | -0.45% | 0.62% | 0.80 |
| 6/7/2017 | $52.09 | - | $51.81 | 0.54% | 0.07% | 1.23% | 0.96% | -0.42% | -0.54 |
| 6/8/2017 | $52.56 | - | $52.09 | 0.90% | 0.16% | 1.78% | 1.41% | -0.51% | -0.66 |
| 6/9/2017 | $53.80 | - | $52.56 | 2.33% | -0.05% | 2.24% | 1.78% | 0.55% | 0.71 |
| 6/12/2017 | $54.09 | - | $53.80 | 0.54% | -0.09% | 0.04% | -0.00% | 0.54% | 0.69 |
| 6/13/2017 | $54.45 | - | $54.09 | 0.66% | 0.53% | 0.49% | 0.33% | 0.33% | 0.43 |
| 6/14/2017 | $54.53 | - | $54.45 | 0.15% | -0.23% | 0.12% | 0.07% | 0.07% | 0.09 |
| 6/15/2017 | $53.90 | - | $54.53 | -1.16% | -0.30% | -0.46% | -0.40% | -0.77% | -0.98 |
| 6/16/2017 | $53.89 | - | $53.90 | -0.02% | 0.05% | -0.23% | -0.22% | 0.21% | 0.26 |
| 6/19/2017 | $54.24 | - | $53.89 | 0.65% | 0.76% | 0.92% | 0.67% | -0.02% | -0.03 |
| 6/20/2017 | $53.46 | - | $54.24 | -1.45% | -0.75% | -0.92% | -0.73% | -0.71% | -0.92 |
| 6/21/2017 | $52.98 | - | $53.46 | -0.90% | -0.07% | -0.79% | -0.69% | -0.22% | -0.28 |
| 6/22/2017 | $52.49 | - | $52.98 | -0.93% | 0.08% | -0.68% | -0.60% | -0.33% | -0.42 |
| 6/23/2017 | $52.45 | - | $52.49 | -0.08% | 0.29% | -0.89% | -0.79% | 0.72% | 0.92 |
| 6/26/2017 | $52.90 | - | $52.45 | 0.85% | 0.09% | 0.63% | 0.48% | 0.38% | 0.48 |
| 6/27/2017 | $53.16 | - | $52.90 | 0.49% | -0.75% | 0.78% | 0.62% | -0.13% | -0.17 |
| 6/28/2017 | $54.33 | - | $53.16 | 2.18% | 1.00% | 1.67% | 1.42% | 0.76% | 1.02 |
| 6/29/2017 | $55.78 | - | $54.33 | 2.63% | -0.82% | 1.19% | 0.96% | 1.67% | 2.25 ** |
| 6/30/2017 | $55.41 | - | $55.78 | -0.67% | 0.14% | 0.05% | -0.02% | -0.65% | -0.86 |

158

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 774 of 783  PAGEID #: 7507

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
**Wells Fargo Daily Event Study Results for Market Efficiency Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | *t*-statistic |
|------|-------------------|--------------|------------------------------|------------------------|----------------------------------|----------------------------------|----------------------|---------------------|---------------|
| 7/3/2017 | $55.78 | - | $55.41 | 0.67% | 0.30% | 1.67% | 1.45% | -0.79% | -1.05 |
| 7/5/2017 | $55.78 | - | $55.78 | 0.00% | 0.01% | 0.36% | 0.26% | -0.26% | -0.35 |
| 7/6/2017 | $55.56 | - | $55.78 | -0.40% | -0.93% | -0.89% | -0.89% | 0.49% | 0.66 |
| 7/7/2017 | $55.74 | - | $55.56 | 0.32% | 0.64% | 0.58% | 0.45% | -0.13% | -0.17 |
| 7/10/2017 | $55.59 | - | $55.74 | -0.27% | 0.05% | -0.08% | -0.14% | -0.13% | -0.17 |
| 7/11/2017 | $55.04 | - | $55.59 | -0.99% | 0.02% | -0.58% | -0.61% | -0.39% | -0.52 |
| 7/12/2017 | $55.17 | - | $55.04 | 0.24% | 0.77% | -0.10% | -0.19% | 0.43% | 0.57 |
| 7/13/2017 | $55.60 | - | $55.17 | 0.78% | 0.17% | 0.63% | 0.51% | 0.26% | 0.35 |
| 7/14/2017 | $54.99 | - | $55.60 | -1.10% | 0.48% | -0.67% | -0.69% | -0.41% | -0.55 |
| 7/17/2017 | $54.71 | - | $54.99 | -0.51% | 0.00% | -0.08% | -0.14% | -0.37% | -0.50 |
| 7/18/2017 | $54.80 | - | $54.71 | 0.16% | 0.05% | -0.66% | -0.68% | 0.84% | 1.13 |
| 7/19/2017 | $54.94 | - | $54.80 | 0.26% | 0.60% | -0.49% | -0.53% | 0.79% | 1.06 |
| 7/20/2017 | $54.88 | - | $54.94 | -0.11% | 0.00% | -0.21% | -0.26% | 0.15% | 0.20 |
| 7/21/2017 | $54.17 | - | $54.88 | -1.30% | -0.09% | -0.17% | -0.22% | -1.08% | -1.45 |
| 7/24/2017 | $54.27 | - | $54.17 | 0.18% | -0.01% | 0.79% | 0.65% | -0.47% | -0.63 |
| 7/25/2017 | $55.06 | - | $54.27 | 1.45% | 0.35% | 1.33% | 1.14% | 0.30% | 0.40 |
| 7/26/2017 | $54.91 | - | $55.06 | -0.27% | -0.01% | -1.09% | -1.07% | 0.80% | 1.07 |
| 7/27/2017 | $54.71 | - | $54.91 | -0.36% | -0.21% | -0.27% | -0.32% | -0.05% | -0.07 |
| 7/28/2017 | $53.30 | - | $54.71 | -2.61% | -0.11% | -0.05% | -0.11% | -2.50% | -3.35 *** |
| 7/31/2017 | $53.94 | - | $53.30 | 1.19% | -0.09% | 0.79% | 0.66% | 0.54% | 0.72 |
| 8/1/2017 | $54.08 | - | $53.94 | 0.26% | 0.24% | 0.89% | 0.75% | -0.49% | -0.66 |
| 8/2/2017 | $53.62 | $0.39 | $54.08 | -0.13% | -0.10% | 0.18% | 0.10% | -0.23% | -0.30 |
| 8/3/2017 | $53.40 | - | $53.62 | -0.41% | -0.22% | -0.55% | -0.57% | 0.16% | 0.22 |
| 8/4/2017 | $52.84 | - | $53.40 | -1.05% | 0.20% | 1.11% | 0.96% | -2.01% | -2.70 *** |
| 8/7/2017 | $52.54 | - | $52.84 | -0.57% | 0.14% | -0.26% | -0.31% | -0.26% | -0.34 |
| 8/8/2017 | $52.71 | - | $52.54 | 0.32% | -0.28% | 0.15% | 0.07% | 0.25% | 0.34 |
| 8/9/2017 | $52.79 | - | $52.71 | 0.15% | -0.14% | -0.59% | -0.62% | 0.77% | 1.04 |
| 8/10/2017 | $51.95 | - | $52.79 | -1.60% | -1.45% | -2.33% | -2.25% | 0.64% | 0.86 |
| 8/11/2017 | $51.94 | - | $51.95 | -0.02% | 0.15% | -0.71% | -0.73% | 0.71% | 0.95 |
| 8/14/2017 | $52.84 | - | $51.94 | 1.72% | 0.98% | 1.77% | 1.58% | 0.14% | 0.19 |
| 8/15/2017 | $52.85 | - | $52.84 | 0.02% | -0.14% | 0.17% | 0.10% | -0.08% | -0.11 |
| 8/16/2017 | $52.69 | - | $52.85 | -0.30% | 0.22% | -0.37% | -0.40% | 0.09% | 0.13 |
| 8/17/2017 | $51.80 | - | $52.69 | -1.70% | -1.47% | -2.16% | -2.07% | 0.36% | 0.49 |

159

Case: 2:19-cv-03347-EAS-EPD Doc #: 94-17 Filed: 07/22/22 Page: 775 of 783 PAGEID #: 7508

# Exhibit-6
## Feinstein Wells Fargo Loss Causation and Damages Report

### Exhibit-7
**Wells Fargo Daily Event Study Results for Market Efficiency Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/2017 | $51.68 | - | $51.80 | -0.23% | -0.12% | 0.04% | -0.02% | -0.21% | -0.29 |
| 8/21/2017 | $51.82 | - | $51.68 | 0.27% | 0.09% | -0.47% | -0.49% | 0.76% | 1.03 |
| 8/22/2017 | $52.22 | - | $51.82 | 0.77% | 0.94% | 1.13% | 0.99% | -0.22% | -0.30 |
| 8/23/2017 | $52.03 | - | $52.22 | -0.36% | -0.19% | 0.03% | -0.02% | -0.34% | -0.46 |
| 8/24/2017 | $52.16 | - | $52.03 | 0.25% | -0.12% | 0.30% | 0.22% | 0.03% | 0.04 |
| 8/25/2017 | $51.77 | - | $52.16 | -0.75% | 0.20% | 0.13% | 0.07% | -0.82% | -1.10 |
| 8/28/2017 | $51.63 | - | $51.77 | -0.27% | 0.03% | -0.57% | -0.59% | 0.32% | 0.43 |
| 8/29/2017 | $51.42 | - | $51.63 | -0.41% | 0.07% | -0.75% | -0.75% | 0.34% | 0.45 |
| 8/30/2017 | $51.36 | - | $51.42 | -0.12% | 0.46% | 0.50% | 0.40% | -0.52% | -0.70 |
| 8/31/2017 | $51.07 | - | $51.36 | -0.57% | 0.69% | -0.35% | -0.39% | -0.18% | -0.25 |
| 9/1/2017 | $50.97 | - | $51.07 | -0.20% | 0.29% | 0.83% | 0.70% | -0.89% | -1.22 |
| 9/5/2017 | $50.10 | - | $50.97 | -1.72% | -0.77% | -2.55% | -2.40% | 0.68% | 0.92 |
| 9/6/2017 | $49.88 | - | $50.10 | -0.44% | 0.32% | 0.21% | 0.13% | -0.57% | -0.77 |
| 9/7/2017 | $49.68 | - | $49.88 | -0.40% | 0.00% | -2.12% | -2.00% | 1.60% | 2.16 ** |
| 9/8/2017 | $49.58 | - | $49.68 | -0.20% | -0.13% | 0.57% | 0.45% | -0.66% | -0.88 |
| 9/11/2017 | $50.66 | - | $49.58 | 2.15% | 1.02% | 2.00% | 1.75% | 0.40% | 0.54 |
| 9/12/2017 | $51.57 | - | $50.66 | 1.78% | 0.35% | 1.61% | 1.41% | 0.38% | 0.51 |
| 9/13/2017 | $51.46 | - | $51.57 | -0.21% | 0.06% | 0.45% | 0.37% | -0.58% | -0.79 |
| 9/14/2017 | $51.29 | - | $51.46 | -0.33% | -0.05% | -0.58% | -0.56% | 0.23% | 0.32 |
| 9/15/2017 | $51.66 | - | $51.29 | 0.72% | 0.18% | 0.50% | 0.41% | 0.31% | 0.43 |
| 9/18/2017 | $52.71 | - | $51.66 | 2.01% | 0.20% | 1.22% | 1.08% | 0.93% | 1.30 |
| 9/19/2017 | $53.36 | - | $52.71 | 1.23% | 0.11% | 0.85% | 0.75% | 0.47% | 0.66 |
| 9/20/2017 | $53.75 | - | $53.36 | 0.73% | 0.09% | 0.82% | 0.72% | 0.00% | 0.01 |
| 9/21/2017 | $54.06 | - | $53.75 | 0.58% | -0.25% | 0.51% | 0.46% | 0.11% | 0.16 |
| 9/22/2017 | $54.25 | - | $54.06 | 0.35% | 0.11% | -0.16% | -0.16% | 0.51% | 0.73 |
| 9/25/2017 | $54.03 | - | $54.25 | -0.41% | -0.19% | -0.25% | -0.24% | -0.16% | -0.23 |
| 9/26/2017 | $53.80 | - | $54.03 | -0.43% | 0.02% | 0.26% | 0.22% | -0.64% | -0.92 |
| 9/27/2017 | $54.21 | - | $53.80 | 0.76% | 0.50% | 1.69% | 1.51% | -0.75% | -1.06 |
| 9/28/2017 | $54.25 | - | $54.21 | 0.07% | 0.16% | 0.21% | 0.17% | -0.10% | -0.14 |
| 9/29/2017 | $55.15 | - | $54.25 | 1.65% | 0.33% | 0.51% | 0.44% | 1.20% | 1.71 * |
| 10/2/2017 | $55.47 | - | $55.15 | 0.58% | 0.45% | 0.55% | 0.48% | 0.10% | 0.14 |
| 10/3/2017 | $55.58 | - | $55.47 | 0.20% | 0.25% | -0.02% | -0.02% | 0.21% | 0.31 |
| 10/4/2017 | $54.96 | - | $55.58 | -1.12% | 0.08% | -0.53% | -0.48% | -0.64% | -0.92 |

160

# Exhibit-6
# Feinstein Wells Fargo Loss Causation and Damages Report

## Exhibit-7
### Wells Fargo Daily Event Study Results for Market Efficiency Analysis

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|---|
| 10/5/2017 | $55.39 | - | $54.96 | 0.78% | 0.48% | 1.46% | 1.33% | -0.55% | -0.79 |
| 10/6/2017 | $55.58 | - | $55.39 | 0.34% | -0.10% | 0.14% | 0.13% | 0.22% | 0.32 |
| 10/9/2017 | $55.14 | - | $55.58 | -0.79% | -0.20% | -0.57% | -0.52% | -0.28% | -0.40 |
| 10/10/2017 | $55.61 | - | $55.14 | 0.85% | 0.27% | 0.58% | 0.52% | 0.33% | 0.48 |
| 10/11/2017 | $55.66 | - | $55.61 | 0.09% | 0.20% | -0.38% | -0.36% | 0.45% | 0.65 |
| 10/12/2017 | $55.21 | - | $55.66 | -0.81% | -0.15% | -1.08% | -0.98% | 0.17% | 0.25 |
| 10/13/2017 | $53.69 | - | $55.21 | -2.79% | 0.09% | -0.28% | -0.26% | -2.53% | -3.68 *** |
| 10/16/2017 | $53.80 | - | $53.69 | 0.20% | 0.10% | 0.70% | 0.63% | -0.42% | -0.61 |
| 10/17/2017 | $53.19 | - | $53.80 | -1.14% | -0.02% | -0.69% | -0.64% | -0.50% | -0.73 |
| 10/18/2017 | $53.41 | - | $53.19 | 0.41% | 0.10% | 0.67% | 0.59% | -0.18% | -0.26 |
| 10/19/2017 | $53.75 | - | $53.41 | 0.63% | -0.01% | 0.12% | 0.10% | 0.53% | 0.78 |
| 10/20/2017 | $54.92 | - | $53.75 | 2.15% | 0.42% | 1.51% | 1.37% | 0.78% | 1.13 |
| 10/23/2017 | $54.91 | - | $54.92 | -0.02% | -0.43% | -0.41% | -0.37% | 0.35% | 0.51 |
| 10/24/2017 | $55.42 | - | $54.91 | 0.92% | 0.17% | 0.80% | 0.73% | 0.19% | 0.28 |
| 10/25/2017 | $55.25 | - | $55.42 | -0.31% | -0.54% | -0.50% | -0.44% | 0.13% | 0.19 |
| 10/26/2017 | $55.62 | - | $55.25 | 0.67% | 0.15% | 0.85% | 0.78% | -0.12% | -0.17 |
| 10/27/2017 | $55.87 | - | $55.62 | 0.45% | 0.76% | 0.25% | 0.21% | 0.24% | 0.36 |
| 10/30/2017 | $55.85 | - | $55.87 | -0.04% | -0.34% | -0.47% | -0.43% | 0.40% | 0.58 |
| 10/31/2017 | $56.14 | - | $55.85 | 0.52% | 0.20% | -0.35% | -0.33% | 0.85% | 1.24 |
| 11/1/2017 | $56.21 | - | $56.14 | 0.12% | 0.07% | 0.25% | 0.23% | -0.11% | -0.16 |
| 11/2/2017 | $56.48 | $0.39 | $56.21 | 1.17% | 0.03% | 0.61% | 0.57% | 0.60% | 0.87 |

**Sources**: CRSP and Nasdaq

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

161

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-8**

**Wells Fargo Regression Results for Loss Causation Analysis**

Estimation Period: 3 January 2017 through 29 December 2017

| Regression Statistics | |
| --- | --- |
| R Squared | 0.698 |
| Adjusted R Squared | 0.688 |
| Standard Error | 0.62% |
| Observations | 251 |

| | Coefficient | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | 0.02% | 0.04% | 0.47 |
| Market Index | 0.168 | 0.121 | 1.38 |
| Sector Index | 0.794 | 0.051 | 15.59 |
| 1/13/2017 | 0.76% | 0.63% | 1.21 |
| 4/13/2017 | -2.27% | 0.63% | -3.60 |
| 7/14/2017 | -0.67% | 0.63% | -1.07 |
| 7/28/2017 | -2.57% | 0.63% | -4.10 |
| 8/4/2017 | -1.98% | 0.63% | -3.16 |
| 10/13/2017 | -2.60% | 0.63% | -4.16 |

# Exhibit-6
# Feinstein Wells Fargo Loss Causation and Damages Report

**Exhibit-9**

**Wells Fargo Event Study Results for Loss Causation Analysis**

| Date | WFC Closing Price | WFC Dividend | WFC Prior Day Closing Price | WFC Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | WFC Explained Return | WFC Residual Return | $t$-statistic | Dollar Residual Return |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 July 2017 | $53.30 | - | $54.71 | -2.61% | -0.11% | -0.05% | -0.04% | -2.57% | -4.11 *** | -$1.39 |
| 4 August 2017 | $52.84 | - | $53.40 | -1.05% | 0.20% | 1.11% | 0.93% | -1.98% | -3.18 *** | -$1.05 |

**Notes:**

"*" indicates statistical significance at the 90% confidence level.

"**" indicates statistical significance at the 95% confidence level.

"***" indicates statistical significance at the 99% confidence level.

163

Exhibit-6
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-10**

**Artificial Inflation Ribbon**

3 November 2016 to 4 August 2017

| Date | Inflation |
|------|-----------|
| 11/3/2016 | $2.16 |
| 11/4/2016 | $2.16 |
| 11/7/2016 | $2.16 |
| 11/8/2016 | $2.16 |
| 11/9/2016 | $2.16 |
| 11/10/2016 | $2.16 |
| 11/11/2016 | $2.16 |
| 11/14/2016 | $2.16 |
| 11/15/2016 | $2.16 |
| 11/16/2016 | $2.16 |
| 11/17/2016 | $2.16 |
| 11/18/2016 | $2.16 |
| 11/21/2016 | $2.16 |
| 11/22/2016 | $2.16 |
| 11/23/2016 | $2.16 |
| 11/25/2016 | $2.16 |
| 11/28/2016 | $2.16 |
| 11/29/2016 | $2.16 |
| 11/30/2016 | $2.16 |
| 12/1/2016 | $2.16 |
| 12/2/2016 | $2.16 |
| 12/5/2016 | $2.16 |
| 12/6/2016 | $2.16 |
| 12/7/2016 | $2.16 |
| 12/8/2016 | $2.16 |
| 12/9/2016 | $2.16 |
| 12/12/2016 | $2.16 |
| 12/13/2016 | $2.16 |
| 12/14/2016 | $2.16 |
| 12/15/2016 | $2.16 |
| 12/16/2016 | $2.16 |
| 12/19/2016 | $2.16 |
| 12/20/2016 | $2.16 |
| 12/21/2016 | $2.16 |
| 12/22/2016 | $2.16 |
| 12/23/2016 | $2.16 |
| 12/27/2016 | $2.16 |
| 12/28/2016 | $2.16 |
| 12/29/2016 | $2.16 |
| 12/30/2016 | $2.16 |
| 1/3/2017 | $2.16 |
| 1/4/2017 | $2.16 |

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-10**

**Artificial Inflation Ribbon**

3 November 2016 to 4 August 2017

| Date | Inflation |
|------|-----------|
| 1/5/2017 | $2.16 |
| 1/6/2017 | $2.16 |
| 1/9/2017 | $2.16 |
| 1/10/2017 | $2.16 |
| 1/11/2017 | $2.16 |
| 1/12/2017 | $2.16 |
| 1/13/2017 | $2.16 |
| 1/17/2017 | $2.16 |
| 1/18/2017 | $2.16 |
| 1/19/2017 | $2.16 |
| 1/20/2017 | $2.16 |
| 1/23/2017 | $2.16 |
| 1/24/2017 | $2.16 |
| 1/25/2017 | $2.16 |
| 1/26/2017 | $2.16 |
| 1/27/2017 | $2.16 |
| 1/30/2017 | $2.16 |
| 1/31/2017 | $2.16 |
| 2/1/2017 | $2.16 |
| 2/2/2017 | $2.16 |
| 2/3/2017 | $2.16 |
| 2/6/2017 | $2.16 |
| 2/7/2017 | $2.16 |
| 2/8/2017 | $2.16 |
| 2/9/2017 | $2.16 |
| 2/10/2017 | $2.16 |
| 2/13/2017 | $2.16 |
| 2/14/2017 | $2.16 |
| 2/15/2017 | $2.16 |
| 2/16/2017 | $2.16 |
| 2/17/2017 | $2.16 |
| 2/21/2017 | $2.16 |
| 2/22/2017 | $2.16 |
| 2/23/2017 | $2.16 |
| 2/24/2017 | $2.16 |
| 2/27/2017 | $2.16 |
| 2/28/2017 | $2.16 |
| 3/1/2017 | $2.16 |
| 3/2/2017 | $2.16 |
| 3/3/2017 | $2.16 |
| 3/6/2017 | $2.16 |
| 3/7/2017 | $2.16 |

165

**Exhibit-6**
**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-10**

**Artificial Inflation Ribbon**

3 November 2016 to 4 August 2017

| Date | Inflation |
|---|---|
| 3/8/2017 | $2.16 |
| 3/9/2017 | $2.16 |
| 3/10/2017 | $2.16 |
| 3/13/2017 | $2.16 |
| 3/14/2017 | $2.16 |
| 3/15/2017 | $2.16 |
| 3/16/2017 | $2.16 |
| 3/17/2017 | $2.16 |
| 3/20/2017 | $2.16 |
| 3/21/2017 | $2.16 |
| 3/22/2017 | $2.16 |
| 3/23/2017 | $2.16 |
| 3/24/2017 | $2.16 |
| 3/27/2017 | $2.16 |
| 3/28/2017 | $2.16 |
| 3/29/2017 | $2.16 |
| 3/30/2017 | $2.16 |
| 3/31/2017 | $2.16 |
| 4/3/2017 | $2.16 |
| 4/4/2017 | $2.16 |
| 4/5/2017 | $2.16 |
| 4/6/2017 | $2.16 |
| 4/7/2017 | $2.16 |
| 4/10/2017 | $2.16 |
| 4/11/2017 | $2.16 |
| 4/12/2017 | $2.16 |
| 4/13/2017 | $2.16 |
| 4/17/2017 | $2.16 |
| 4/18/2017 | $2.16 |
| 4/19/2017 | $2.16 |
| 4/20/2017 | $2.16 |
| 4/21/2017 | $2.16 |
| 4/24/2017 | $2.16 |
| 4/25/2017 | $2.16 |
| 4/26/2017 | $2.16 |
| 4/27/2017 | $2.16 |
| 4/28/2017 | $2.16 |
| 5/1/2017 | $2.16 |
| 5/2/2017 | $2.16 |
| 5/3/2017 | $2.16 |
| 5/4/2017 | $2.16 |
| 5/5/2017 | $2.16 |

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-10**

**Artificial Inflation Ribbon**

3 November 2016 to 4 August 2017

| Date | Inflation |
|---|---|
| 5/8/2017 | $2.16 |
| 5/9/2017 | $2.16 |
| 5/10/2017 | $2.16 |
| 5/11/2017 | $2.16 |
| 5/12/2017 | $2.16 |
| 5/15/2017 | $2.16 |
| 5/16/2017 | $2.16 |
| 5/17/2017 | $2.16 |
| 5/18/2017 | $2.16 |
| 5/19/2017 | $2.16 |
| 5/22/2017 | $2.16 |
| 5/23/2017 | $2.16 |
| 5/24/2017 | $2.16 |
| 5/25/2017 | $2.16 |
| 5/26/2017 | $2.16 |
| 5/30/2017 | $2.16 |
| 5/31/2017 | $2.16 |
| 6/1/2017 | $2.16 |
| 6/2/2017 | $2.16 |
| 6/5/2017 | $2.16 |
| 6/6/2017 | $2.16 |
| 6/7/2017 | $2.16 |
| 6/8/2017 | $2.16 |
| 6/9/2017 | $2.16 |
| 6/12/2017 | $2.16 |
| 6/13/2017 | $2.16 |
| 6/14/2017 | $2.16 |
| 6/15/2017 | $2.16 |
| 6/16/2017 | $2.16 |
| 6/19/2017 | $2.16 |
| 6/20/2017 | $2.16 |
| 6/21/2017 | $2.16 |
| 6/22/2017 | $2.16 |
| 6/23/2017 | $2.16 |
| 6/26/2017 | $2.16 |
| 6/27/2017 | $2.16 |
| 6/28/2017 | $2.16 |
| 6/29/2017 | $2.16 |
| 6/30/2017 | $2.16 |
| 7/3/2017 | $2.16 |
| 7/5/2017 | $2.16 |
| 7/6/2017 | $2.16 |

**Exhibit-6**

**Feinstein Wells Fargo Loss Causation and Damages Report**

**Exhibit-10**

**Artificial Inflation Ribbon**

3 November 2016 to 4 August 2017

| Date | Inflation |
|---|---|
| 7/7/2017 | $2.16 |
| 7/10/2017 | $2.16 |
| 7/11/2017 | $2.16 |
| 7/12/2017 | $2.16 |
| 7/13/2017 | $2.16 |
| 7/14/2017 | $2.16 |
| 7/17/2017 | $2.16 |
| 7/18/2017 | $2.16 |
| 7/19/2017 | $2.16 |
| 7/20/2017 | $2.16 |
| 7/21/2017 | $2.16 |
| 7/24/2017 | $2.16 |
| 7/25/2017 | $2.16 |
| 7/26/2017 | $2.16 |
| 7/27/2017 | $2.16 |
| 7/28/2017 | $0.77 |
| 7/31/2017 | $0.77 |
| 8/1/2017 | $0.77 |
| 8/2/2017 | $0.77 |
| 8/3/2017 | $0.77 |
| 8/4/2017-thereafter | – |

168