# EXHIBIT 17

**Post-*Comcast* Cases Where Dr. Feinstein's Out-of-Pocket Damages Methodology Was Adopted at the Class Certification Stage**

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| Vale S.A. | Rauch v. Vale S.A. et al | 1:19-cv-00526-RJD-SJB | Eastern District of New York | March 31, 2022 |
| AmTrust Financial Services, Inc. | Jan Martinek v. AmTrust Financial Services, Inc., Barry D. Zyskind, George Karfunkel and Leah Karfunkel | 19-cv-8030-KPF | Southern District of New York | February 3, 2022 |
| McKesson Corporation | Evanston Police Pension Fund v. McKesson Corporation, et al. | 3:18-cv-06525 | Northern District of California | April 8, 2021 |
| JELD-WEN Holding, Inc. | In re JELD-WEN Holding, Inc. Securities Litigation | 3:20-cv-00112 | Eastern District of Virginia | March 29, 2021 |
| Microchip Technology Inc. | Jackson v. Microchip Technology Inc., et al. | 2:18-cv-02914-ROS | District of Arizona | February 22, 2021 |
| Blackberry, Ltd. | Pearlstein v. BlackBerry Ltd., et al. | 1:13-cv-07060 | Southern District of New York | January 26, 2021 |
| Novo Nordisk | In re Novo Nordisk Securities Litigation | 3:17-cv-00209 | District of New Jersey | January 31, 2020 |
| The Southern Company | Monroe County Employees' Retirement System, et al. v. The Southern Company, et al. | 1:17-cv-00241 | Northern District of Georgia | August 22, 2019 |
| Corrections Corporation of America | Grae v. Corrections Corporation of America, et al. | 3:16-cv-02267 | Middle District of Tennessee | March 26, 2019 |
| SunEdison, Inc. | In re SunEdison, Inc. Securities Litigation | 1:16-md-02742 | Southern District of New York | January 7, 2019 |
| RH, Inc. | City of Miami General Employees' & Sanitation Employees' Retirement Trust, et al. v. RH, Inc., et al. | 4:17-cv-00554 | Northern District of California | October 11, 2018 |
| LSB Industries, Inc. | Wilson v. LSB Industries, Inc., et al. | 1:15-cv-07614 | Southern District of New York | August 16, 2018 |

| Company | Case | Case No. | District Court | Date of Class Certification Approval |
|---|---|---|---|---|
| Twitter Inc. | In re Twitter Inc. Securities Litigation | 4:16-cv-05314 | Northern District of California | July 17, 2018 |
| El Pollo Loco Holdings, Inc. | Turocy v. El Pollo Loco Holdings, Inc., et al. | 8:15-cv-01343 | Central District of California | July 3, 2018 |
| Resource Capital Corp. | Levin v. Resource Capital Corp., et al. | 1:15-cv-07081 | Southern District of New York | November 22, 2017 |
| Marvell Technology Group, Ltd. | Luna v. Marvell Technology Group, Ltd., et al. | 3:15-cv-05447 | Northern District of California | October 27, 2017 |
| American Realty Capital Properties, Inc. | In re American Realty Capital Properties, Inc. Litigation | 1:15-mc-00040 | Southern District of New York | August 31, 2017 |
| Silver Wheaton Corp. | In re Silver Wheaton Corp. Securities Litigation | 2:15-cv-05146 | Central District of California | May 11, 2017 |
| STAAR Surgical Company | Todd v. STAAR Surgical Company, et al. | 2:14-cv-05263 | Central District of California | January 5, 2017 |
| BancorpSouth, Inc. | Burges, et al. v. BancorpSouth, Inc., et al. | 3:14-cv-01564 | Middle District of Tennessee | April 28, 2016 |
| Genworth Financial, Inc. | In re Genworth Financial, Inc. Securities Litigation | 1:14-cv-02392 | Southern District of New York | March 7, 2016 |
| Petróleo Brasileiro S.A. - Petrobras | In re Petrobras Securities Litigation | 1:14-cv-09662 | Southern District of New York | February 2, 2016 |
| JPMorgan Chase & Co. | In re JPMorgan Chase & Co. Securities Litigation | 1:12-cv-04729 | Southern District of New York | September 29, 2015 |
| Prudential Financial, Inc. | City of Sterling Heights General Employees' Retirement System v. Prudential Financial, Inc., et al. | 2:12-cv-05275 | District of New Jersey | August 31, 2015 |
| Las Vegas Sands Corporation | Fosbre v. Las Vegas Sands Corporation, et al. | 2:10-cv-00765 | District of Nevada | June 15, 2015 |