**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LOUISIANA SHERIFFS PENSION
& RELIEF FUND,** Individually and on
Behalf of All Others Similarly Situated,

      **Plaintiff,**

                                      **Case No. 2:19-cv-3347**

      **vs.**                                **Judge Edmund A. Sargus, Jr.**

                                        **Magistrate Judge Elizabeth P. Deavers**

**CARDINAL HEALTH, INC.,** *et al.*,

      **Defendants.**

## ORDER

    This matter came before the Court on September 27, 2022, for a telephonic status conference. Counsel for all parties appeared and participated in the conference.

    The parties indicated that they have scheduled a mediation in December and request a stay of the case so they can focus their attention on trying to reach a resolution. The request is well taken. For purposes of docket administration, this case is **STAYED**. The parties are **DIRECTED** to file a Joint Status Report detailing the status, but not the substance of their settlement efforts no later than **JANUARY 6, 2023**.

    **IT IS SO ORDERED.**


                                        **/s/** *Elizabeth A. Preston Deavers*
**DATED: September 28, 2022**            **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**