**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | Case No. 2:19-cv-03347 |
|  | : | CLASS ACTION |
| Plaintiff, | : : | Judge Edmund A. Sargus, Jr. |
| v. | : : | Magistrate Judge Elizabeth A. Preston Deavers |
| CARDINAL HEALTH, INC., *et al.*, | : : |  |
| Defendants. | : : |  |

**STIPULATED SUPPLEMENTAL PROTECTIVE ORDER**
**FOR DISCOVERY PRODUCED BY CARDINAL HEALTH SWITZERLAND 515 GmbH**

Lead Plaintiff 1199 SEIU Health Care Pension Fund ("Plaintiff") and Defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson (collectively, "Defendants"; Plaintiffs and Defendants are collectively, "Parties," and individually, a "Party") agree to the following Supplemental Protective Order relating to certain documents described below, and the Court **ORDERS** that:

WHEREAS, the Parties agreed to a Stipulated Protective Order that was entered by the Court on January 10, 2022 ("Protective Order," ECF No. 61, PageID 3537);

WHEREAS, Defendant Cardinal Health, Inc. ("Cardinal Health") is the parent company of Cardinal Health Switzerland 515 GmbH ("CAH 515"), a company registered under the laws of Switzerland;

WHEREAS, CAH 515 is in possession of information responsive to discovery requests served in this action ("Swiss Emails and Documents");

- 1 -

4893-3723-5503.v1

WHEREAS, Cardinal Health and CAH 515 obtained a legal opinion from Swiss counsel on the permissiveness of producing the Swiss Emails and Documents in this action in consideration of the Swiss Federal Act in Data Protection law, as amended, and other relevant Swiss laws (the "Swiss Legal Opinion"); and

WHEREAS the Parties wish to comply with Swiss laws in accordance with the Swiss Legal Opinion; and

WHEREAS, Rule 26(c) of the Federal Rules of Civil Procedure provides for the issuance of protective orders limiting the disclosure of discovered information in appropriate circumstances, and good cause having been shown, IT IS STIPULATED, ORDERED AND AGREED THAT:

1.      Any Swiss Emails and Documents produced in this action will be subject to the limitations and restrictions set out in the Protective Order.

2.      In addition to the Information Security Protection provisions provided for in paragraph 15 of the Protective Order, Plaintiff, as the Receiving Party of Swiss Email and Documents, will maintain the data security measures set forth in the attached Appendix 1.

4893-3723-5503.v1

**IT IS SO ORDERED.**


**Dated: September 28, 2022**            <u>s/ *Elizabeth A. Preston Deavers*</u>
                                          **ELIZABETH A. PRESTON DEAVERS**
                                          **UNITED STATES MAGISTRATE JUDGE**

Agreed to by:

- 3 -

4893-3723-5503.v1

| | |
|---|---|
| /s/ Joseph F. Murray per email authority on September 27, 2022 _____ Joseph F. Murray (0063373) MURRAY MURPHY MOUL + BASIL LLP 1114 Dublin Road Columbus, OH  43215 murray@mmmb.com<br><br>*Local Counsel for Lead Plaintiff* | /s/ Robert W. Trafford by David S. Bloomfield, Jr. _____ Robert W. Trafford (0024447) Trial Attorney David S. Bloomfield, Jr. (0068158) PORTER, WRIGHT, MORRIS  & ARTHUR LLP 41 South High Street, Suite 2800 Columbus, OH  43215 (614) 227-2000 - Telephone (614) 227-2100 - Facsimile rtrafford@porterwright.com dbloomfield@porterwright.com<br><br>*Attorneys for Defendants* |
| ROBBINS GELLER RUDMAN  & DOWD LLP Spencer A. Burkholz Tor Gronborg Laurie L. Largent Jennifer N. Caringal Christopher R. Kinnon J. Marco Janoski Gray Megan A. Rossi 655 West Broadway, Suite 1900 San Diego, CA  92101 Telephone:  619/231-1058 619/231-7423 (fax) spenceb@rgrdlaw.com torg@rgrdlaw.com llargent@rgrdlaw.com jcaringal@rgrdlaw.com ckinnon@rgrdlaw.com mjanoski@rgrdlaw.com mrossi@rgrdlaw.com<br><br>*Lead Counsel for Lead Plaintiff* | Of Counsel:<br><br>WACHTELL, LIPTON, ROSEN & KATZ William Savitt Lauren M. Kofke Alexandra P. Sadinsky Elizabeth N. Brandt 51 West 52nd Street New York, NY  10019 WDSavitt@wlrk.com LMKofke@wlrk.com APSadinsky@wlrk.com ENBrandt@wlrk.com<br><br>BAKER & HOSTETLER LLP Edward J. Jacobs 45 Rockefeller Plaza New York, NY 10111 ejacobs@bakerlaw.com<br><br>*Of Counsel* |

- 4 -

**APPENDIX  1: DATA SECURITY MEASURES**

1.      **Security of Stored Data**

- Servers with data are maintained behind a firewall at an SSAE18-complaint, SOC 1, 2 and 3 audited data center.

- Access to the data centers requires biometric and badge authorization and all communication to and from the data centers is encrypted using industry best practices.

- Data is encrypted in transit and at rest.

- All remote access requires multi-factor authentication.

- Servers, desktops and data storage are scanned routinely for vulnerabilities and exploits, from both external and internal sources.

- Comprehensive logging is implemented to track what data was accessed and by whom, along with regular reports on who has administrative rights and access to the network.