**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LOUISIANA SHERIFFS' PENSION &**
**RELIEF FUND,**

       **Plaintiff,**

    **v.**                                       **Civil Action 2:19-cv-3347**
                                                  **Judge Edmund A. Sargus, Jr.**
                                                  **Magistrate Judge Elizabeth P. Deavers**

**CARDINAL HEALTH, INC.,** *et al.,*

       **Defendants.**

### ORDER

On January 6, 2023, the parties filed a Joint Status Report, advising the Court that they "are continuing efforts to explore potential resolution of the case" and requesting a 45-day extension of the current administrative stay.  (ECF No. 100.)  The parties' request is **GRANTED IN PART**.  Accordingly, the case remains **STAYED** and the parties are **DIRECTED** to file a Joint Status Report detailing the status, but not the substance of their settlement efforts no later than **FEBRUARY 2, 2023**.  The parties are **ADVISED** that in the event the parties have not reached a settlement by that date, then the Court will schedule an in-person conference thirty (30) days after the stay expires.

    **IT IS SO ORDERED.**

**Date: January 10, 2023**                 **/s/ *Elizabeth A. Preston Deavers***
                                            **ELIZABETH A. PRESTON DEAVERS**
                                              **UNITED STATES MAGISTRATE JUDGE**