UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:19-cv-03347 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | District Judge Edmund A. Sargus, Jr. |
| | ) | Magistrate Judge Elizabeth A. Preston Deavers |
| vs. | ) ) | |
| CARDINAL HEALTH, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CLASS CERTIFICATION, AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

4862-9046-0250.v1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff 1199SEIU Health Care Employees Pension Fund, by and through its attorneys, will move this Court, before the Honorable Edmund A. Sargus, Jr., United States District Judge, at the Joseph P. Kinneary U.S. Courthouse, Courtroom 301, 85 Marconi Boulevard, Columbus, OH 43215, at such date and time as the Court may designate, for entry of the [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Settlement Class, agreed upon by all parties: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily granting class certification for settlement purposes; (3) approving the form and manner of notice of the proposed Settlement to the Settlement Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

DATED:  April 3, 2023                                    MURRAY MURPHY MOUL + BASIL LLP


                                                                    s/ Joseph F. Murray
                                                        JOSEPH F. MURRAY (0063373)
                                                        1114 Dublin Road
                                                        Columbus, OH  43215
                                                        Telephone:  614/488-0400
                                                        614/488-0401 (fax)
                                                        murray@mmmb.com

                                                        Local Counsel for Lead Plaintiff

- 1 -

4862-9046-0250.v1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
TOR GRONBORG
LAURIE L. LARGENT
JENNIFER N. CARINGAL
CHRISTOPHER R. KINNON
J. MARCO JANOSKI GRAY
MEGAN A. ROSSI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
torg@rgrdlaw.com
llargent@rgrdlaw.com
jcaringal@rgrdlaw.com
ckinnon@rgrdlaw.com
mjanoski@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -

4862-9046-0250.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 3, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joseph F. Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)

Email:  murray@mmmb.com

# Mailing Information for a Case 2:19-cv-03347-EAS-EPD Louisiana Sheriffs Pension & Relief Fund v. Cardinal Health, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Laura M Andracchio**
  landracchio@rgrdlaw.com

- **David S Bloomfield , Jr**
  dbloomfield@porterwright.com,mruyf@porterwright.com,LMKofke@wlrk.com,djosef@porterwright.com,wdsavitt@WLRK.com

- **Elizabeth N. Brandt**
  enbrandt@wlrk.com

- **Spencer Burkholz**
  SpenceB@rgrdlaw.com

- **Jennifer Caringal**
  JCaringal@rgrdlaw.com

- **Tor Gronborg**
  torg@rgrdlaw.com,e_file_sd@rgrdlaw.com,ckopko@rgrdlaw.com,ckopko@ecf.courtdrive.com

- **Edward John Jacobs**
  ejacobs@bakerlaw.com

- **Marco Janoski**
  mjanoski@rgrdlaw.com

- **Christopher R. Kinnon**
  CKinnon@rgrdlaw.com,agonzales@ecf.courtdrive.com

- **Lauren M. Kofke**
  lmkofke@wlrk.com

- **Laurie Largent**
  llargent@rgrdlaw.com,AGonzales@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Todd Aaron Long**
  tlong@mcneeslaw.com,kfoster@mcneeslaw.com,talattorney@gmail.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Darren J Robbins**
  tedp@rgrdlaw.com

- **Megan Allison Rossi**
  MRossi@rgrdlaw.com

- **Alexandra P. Sandinsky**
  APSadinsky@wlrk.com

- **William Savitt**
  wdsavitt@wlrk.com

- **Robert Ward Trafford**
  rtrafford@porterwright.com,tmagley@porterwright.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)