**LAWRENCE A. MOLLMANN**
**694 COVERED BRIDGE DR.**
**DELAWARE, OH 43015**
**614 657-5160**

July 24, 2023

Honorable Edmund A. Sargus, Jr.
United States District Court for the
Southern District of Ohio (Eastern Division)
Joseph P. Kinneary U.S. Courthouse,
Courtroom 301
85 Marconi Boulevard
Columbus, OH 43204

Re: Case No. 2:19-cv-03347

Honorable Sargus,

I received notice that I was part of this case. After researching the documentation, I see that I am able to address the court. There are several items I wish to bring to the court's attention and request that I am able to address the court at the hearing.

Please let me know what other steps I need to take prior to the hearing on September 11, 2023, so that I may appear.

Thank you.

Sincerely,

Lawrence A. Mollmann