**LAWRENCE A. MOLLMANN**
**694 COVERED BRIDGE DR.**
**DELAWARE, OH 43015**
**614 657-5160**

FILED
TIME 4:00p

AUG 2 1 2023

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

August 17, 2023

Clerk of the United States District Court for the
Southern District of Ohio (Eastern Division)
Joseph P. Kinneary U.S. Courthouse,
Courtroom 301
85 Marconi Boulevard
Columbus, OH 43204

Re: Case No. 2:19-cv-03347 Objection to Settlement

I wish to file my "Notice of Intention to appear in the Cardinal Health
Securities Settlement" and also file my Objection to Settlement.

Enclosed are:
1. My Objection to the Settlement
2. My Notice of Intention to Appear
3. Copy of Post Card Received
4. Statement from Vanguard validating my class status
5. Spreadsheets showing various account balances
6. Claim form

Thank you.

Sincerely,

Lawrence A. Mollmann

Lawrence A. Mollmann

**LAWRENCE A. MOLLMANN**
**694 COVERED BRIDGE DR.**
**DELAWARE, OH 43015**
**614 657-5160**

**(ii) Objection to the court settlement.**
I object to the amount of attorney fees being paid in the settlement because the attorneys didn't properly represent me and my subclass.

**Reasons for Objection.**
I am a member of the subclass of owner(s) of a small number of shares of Cardinal Health.

The form is poorly designed, who fills out something with last name, middle initial and then first name. What foreign office of the law firm created the form?

Claim period covered was over 3 years but form was set up with room for five entries for purchases so that anyone who had stock for the whole period with dividends would easily need at least 12 entries. Most small owners purchase their shares for the long term and thus easily would have held it three years. If you really only had 5 or less purchases in 3 years, you are not an investor but a speculator and don't really deserve any relief.

Entry of dollar amounts on form had cents default to 00 but no rounding instruction.

We who are small investors are happy to have fractional shares. All of their forms want me to round my number of shares but no instruction was provided so I had to modify the form.

The print on the postcard announcing the settlement was extremely small, requiring me to use a magnifying glass. Those who have problems reading never would be able to read that to know to file.

By receiving postcard, I assume I should file and thus should be entitled to payment. I have spent time and money and feel I deserve a payment, no matter how small. I don't think my claim needs to exceed $10 and feel the attorneys can reduce their fees to help pay out those with under a $10 claim.

Signed _Lawrence A. Mollmann_ Date _8/17/23_
Lawrence A. Mollmann

**LAWRENCE A. MOLLMANN**
**694 COVERED BRIDGE DR.**
**DELAWARE, OH 43015**
**614 657-5160**

**I have not filed any objections to settlements in the last three (3) years.**

Signed _Lawrence C. Mollmann_    Date _8/17/23_
     Lawrence A. Mollmann

**LAWRENCE A. MOLLMANN**
**694 COVERED BRIDGE DR.**
**DELAWARE, OH 43015**
**614 657-5160**

**Notice of Intention to appear in the Cardinal Health Securities Settlement Hearing**

Signed _Lawrence C. Mollmann_ 	 Date _8/18/23_
　　Lawrence A. Mollmann

*Cardinal Health Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301135
Los Angeles, CA 90030-1135



00072518

JOB# N87245-010

08

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

8#

# LEGAL NOTICE

www.CardinalHealthSecuritiesSettlement.com.

Court-Ordered Legal Notice
(Forwarding Service Requested).

Important Information about a
Securities Class Action Settlement.

You may be entitled to a payment.
This Notice may affect your legal rights.

Please read it carefully.



\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 430
LAWRENCE A MOLLMANN &
694 COVERED BRIDGE DR
DELAWARE OH 43015-3196

08

# CHSS

*Louisiana Sheriffs' Pension & Relief Fund v. Cardinal Health, Inc., et al.*

Case No. 2:19-cv-03347 (S.D. Ohio)

THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT
VISIT WWW.CARDINALHEALTHSECURITIESSETTLEMENT.COM OR
CALL 1-888-815-0439 FOR MORE INFORMATION



If you purchased or otherwise acquired Cardinal Health, Inc. ("Cardinal Health" or the "Company") common stock between March 2, 2015 and May 2, 2018, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in this litigation ("Litigation"). Your rights may be affected by this Litigation and the Settlement. A hearing will be held on September 11, 2023, at 2:00 p.m., before Judge Edmund A. Sargus, Jr., at the United States District Court, Southern District of Ohio, in Courtroom 311 of the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215, to determine whether the proposed settlement of the Litigation against Defendants Cardinal Health, George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson for $109 million and the Plan of Allocation should be approved as fair, reasonable, and adequate and whether the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 30% of the Settlement Amount, and expenses not to exceed $850,000, plus interest on both amounts, and an award to Lead Plaintiff, should be granted.

The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the U.S. federal securities laws, Defendants made materially false and misleading statements and omissions concerning Cardinal Health's acquisition and integration of Cordis Corporation ("Cordis"), a medical device manufacturer purchased from Johnson & Johnson. Defendants deny the allegations and any liability or wrongdoing of any kind. For a full description of the Settlement and your rights, and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), and the Proof of Claim and Release ("Claim Form") by visiting the website: www.CardinalHealthSecuritiesSettlement.com (the "Website") or you may request copies from the Claims Administrator by: (i) mail: *Cardinal Health Securities Settlement,* Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 301135, Los Angeles, CA 90030-1135; or (ii) call toll-free: 1-888-815-0439.

To qualify for payment, you must submit a valid Claim Form, with supporting documentation, postmarked or submitted online no later than July 24, 2023. You will be bound by any Judgment entered in the Litigation, regardless of whether you submit a Claim Form, unless you exclude yourself from the Settlement Class. If you exclude yourself, you cannot get money from this Settlement. If you do not exclude yourself from the Settlement Class, you may object to the Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses no later than August 21, 2023. The long-form Notice and the Website explain how to exclude yourself from the Settlement Class or how to object.

Lead Plaintiff and the Settlement Class are represented by Lead Counsel: Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com. You may, but do not have to, attend the Court hearing to be heard. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

V.    All accounts      *Proof of Ownership*      Support   🔍 ✉ 📄 👤 Log off

My dashboard    Portfolio ∨    Transact ∨    Products & services ∨    Resources & education ∨    ⟳ Automatic investments

### Welcome back, Larry

# $1,781,809.00

Value as of: July 21, 2023, 4:10 p.m., Eastern time
Last login: July 22, 2023, 7:05 a.m., Eastern time

*LAWRENCE A. MOLLMANN*
*Lawrence A. Mollmann*
*LAST*
*7/24/23*

## Unrealized lot level details

**Lawrence A. Mollmann, Carla J. Mollmann, UA —**      **The Mollmann Family Trust — Trust Brokerage Account**

| Symbol Name | Cost basis method | Quantity | Cost per share | Total cost | as of 07/21/2023 04:10 PM, ET Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| **CAH** CARDINAL HEALTH INC | First in, first out (FIFO) | 89.2320 | — | $3,867.10 | $8,315.53 | ↑ +$31.29 | ↑ +$4,417.14 | ↑ +$4,448.43 | ↑ +115.03% |

Noncovered shares - shares for which Vanguard is not required to report cost basis information to the IRS.

| Date acquired | Quantity | Cost per share | Total cost | as of 07/21/2023 04:10 PM, ET Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|
| 07/13/2004 | 54.1850 | $34.96 | $1,894.08 | $5,049.50 | — | ↑ +$3,155.42 | ↑ +$3,155.42 | ↑ +166.59% |
| 10/15/2004 | 0.1670 | $29.88 | $4.99 | $15.56 | — | ↑ +$10.57 | ↑ +$10.57 | ↑ +211.88% |
| 01/18/2005 | 0.1280 | $39.06 | $5.00 | $11.93 | — | ↑ +$6.93 | ↑ +$6.93 | ↑ +138.57% |
| 04/15/2005 | 0.1270 | $39.37 | $5.00 | $11.84 | — | ↑ +$6.84 | ↑ +$6.84 | ↑ +136.70% |
| 07/15/2005 | 0.2380 | $42.02 | $10.00 | $22.18 | — | ↑ +$12.18 | ↑ +$12.18 | ↑ +121.79% |
| 10/17/2005 | 0.2180 | $45.92 | $10.01 | $20.32 | — | ↑ +$10.31 | ↑ +$10.31 | ↑ +102.95% |
| 01/17/2006 | 0.2010 | $49.85 | $10.02 | $18.73 | — | ↑ +$8.71 | ↑ +$8.71 | ↑ +86.94% |
| 04/17/2006 | 0.1990 | $50.35 | $10.02 | $18.54 | — | ↑ +$8.52 | ↑ +$8.52 | ↑ +85.08% |
| 07/17/2006 | 0.3320 | $45.33 | $15.05 | $30.94 | — | ↑ +$15.89 | ↑ +$15.89 | ↑ +105.58% |
| 10/16/2006 | 0.3210 | $46.95 | $15.07 | $29.91 | — | ↑ +$14.84 | ↑ +$14.84 | ↑ +98.50% |

| Date | Quantity | Cost per share | Total cost | Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|
| 01/16/2007 | 0.3120 | $48.37 | $15.09 | $29.08 | — | +$13.99 | +$13.99 | +92.68% |
| 04/16/2007 | 0.2810 | $53.77 | $15.11 | $26.19 | — | +$11.08 | +$11.08 | +73.31% |
| 07/16/2007 | 0.3980 | $50.68 | $20.17 | $37.09 | — | +$16.92 | +$16.92 | +83.89% |
| 10/15/2007 | 0.4270 | $47.33 | $20.21 | $39.79 | — | +$19.58 | +$19.58 | +96.89% |
| 01/15/2008 | 0.4660 | $43.43 | $20.24 | $43.43 | — | +$23.19 | +$23.19 | +114.56% |
| 01/15/2010 | 1.2550 | $32.49 | $40.78 | $116.95 | — | +$76.17 | +$76.17 | +186.79% |
| 04/15/2010 | 1.1520 | $35.58 | $40.99 | $107.35 | — | +$66.36 | +$66.36 | +161.91% |
| 07/15/2010 | 1.2840 | $35.75 | $45.90 | $119.66 | — | +$73.76 | +$73.76 | +160.69% |

**Covered shares - shares for which Vanguard has cost basis and is required to report this information to the IRS.**

| Date acquired | Quantity | Cost per share | Total cost | as of 07/21/2023 04:10 PM, ET Market value | Short term capital gain/loss | Long term capital gain/loss | Total capital gain/loss | Percent gain/loss |
|---|---|---|---|---|---|---|---|---|
| 01/15/2013 | 1.5100 | $43.11 | $65.09 | $140.72 | — | +$75.63 | +$75.63 | +116.19% |
| 04/15/2013 | 1.5090 | $43.41 | $65.51 | $140.62 | — | +$75.11 | +$75.11 | +114.66% |
| 10/15/2013 | 0.7720 | $54.74 | $42.26 | $71.94 | — | +$29.68 | +$29.68 | +70.24% |
| 01/15/2014 | 0.6230 | $68.22 | $42.50 | $58.06 | — | +$15.56 | +$15.56 | +36.61% |
| 04/15/2014 | 0.6380 | $66.90 | $42.68 | $59.46 | — | +$16.78 | +$16.78 | +39.30% |
| 07/15/2014 | 0.6870 | $70.67 | $48.55 | $64.02 | — | +$15.47 | +$15.47 | +31.87% |
| 10/15/2014 | 0.6650 | $73.35 | $48.78 | $61.97 | — | +$13.19 | +$13.19 | +27.04% |
| 01/15/2015 | 0.5340 | $82.15 | $43.87 | $49.76 | — | +$5.89 | +$5.89 | +13.43% |
| 04/15/2015 | 0.4860 | $90.66 | $44.06 | $45.29 | — | +$1.23 | +$1.23 | +2.79% |
| 07/15/2015 | 0.5800 | $86.16 | $49.97 | $54.05 | — | +$4.08 | +$4.08 | +8.17% |
| 10/15/2015 | 0.6370 | $78.79 | $50.19 | $59.36 | — | +$9.17 | +$9.17 | +18.27% |
| 04/15/2016 | 0.3250 | $83.75 | $27.22 | $30.29 | — | +$3.07 | +$3.07 | +11.27% |
| 07/15/2016 | 0.3820 | $83.04 | $31.72 | $35.60 | — | +$3.88 | +$3.88 | +12.23% |
| 10/17/2016 | 0.4240 | $75.21 | $31.89 | $39.51 | — | +$7.62 | +$7.62 | +23.90% |
| 01/17/2017 | 0.4300 | $74.60 | $32.08 | $40.07 | — | +$7.99 | +$7.99 | +24.91% |
| 04/17/2017 | 0.3960 | $81.49 | $32.27 | $36.90 | — | +$4.63 | +$4.63 | +14.36% |
| 07/17/2017 | 0.4270 | $78.29 | $33.43 | $39.79 | — | +$6.36 | +$6.36 | +19.03% |
| 10/16/2017 | 0.5190 | $64.78 | $33.62 | $48.37 | — | +$14.75 | +$14.75 | +43.86% |
| 01/16/2018 | 0.4730 | $71.59 | $33.86 | $44.08 | — | +$10.22 | +$10.22 | +30.18% |
| 04/16/2018 | 0.5650 | $60.32 | $34.08 | $52.65 | — | +$18.57 | +$18.57 | +54.50% |
| 07/16/2018 | 0.6940 | $50.98 | $35.38 | $64.67 | — | +$29.29 | +$29.29 | +82.80% |
| 10/15/2018 | 0.6920 | $51.60 | $35.71 | $64.49 | — | +$28.78 | +$28.78 | +80.59% |
| 01/15/2019 | 0.7600 | $47.42 | $36.04 | $70.82 | — | +$34.78 | +$34.78 | +96.52% |

7/24/23  LAWRENCE A. MÖLLMANN  *[signature]*  LM

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/15/2019 | 0.7750 | $46.97 | $36.40 | $72.22 | — | ↑ +$35.82 | ↑ +$35.82 | ↑ +98.41% |
| 07/15/2019 | 0.7810 | $47.55 | $37.14 | $72.78 | — | ↑ +$35.64 | ↑ +$35.64 | ↑ +95.96% |
| 10/15/2019 | 0.7940 | $47.24 | $37.51 | $73.99 | — | ↑ +$36.48 | ↑ +$36.48 | ↑ +97.26% |
| 01/15/2020 | 0.7250 | $52.28 | $37.90 | $67.56 | — | ↑ +$29.66 | ↑ +$29.66 | ↑ +78.27% |
| 04/15/2020 | 0.7670 | $49.86 | $38.24 | $71.48 | — | ↑ +$33.24 | ↑ +$33.24 | ↑ +86.92% |
| 07/15/2020 | 0.7580 | $51.45 | $39.00 | $70.64 | — | ↑ +$31.64 | ↑ +$31.64 | ↑ +81.12% |
| 10/15/2020 | 0.8240 | $47.78 | $39.37 | $76.79 | — | ↑ +$37.42 | ↑ +$37.42 | ↑ +95.04% |
| 01/15/2021 | 0.7190 | $55.31 | $39.77 | $67.00 | — | ↑ +$27.23 | ↑ +$27.23 | ↑ +68.48% |
| 04/15/2021 | 0.6620 | $60.60 | $40.12 | $61.69 | — | ↑ +$21.57 | ↑ +$21.57 | ↑ +53.77% |
| 07/15/2021 | 0.7200 | $56.74 | $40.85 | $67.10 | — | ↑ +$26.25 | ↑ +$26.25 | ↑ +64.25% |
| 10/15/2021 | 0.8430 | $48.87 | $41.20 | $78.56 | — | ↑ +$37.36 | ↑ +$37.36 | ↑ +90.68% |
| 01/18/2022 | 0.7830 | $53.14 | $41.61 | $72.97 | — | ↑ +$31.36 | ↑ +$31.36 | ↑ +75.36% |
| 04/18/2022 | 0.6710 | $62.59 | $42.00 | $62.53 | — | ↑ +$20.53 | ↑ +$20.53 | ↑ +48.88% |
| 07/15/2022 | 0.7800 | $54.81 | $42.75 | $72.69 | — | ↑ +$29.94 | ↑ +$29.94 | ↑ +70.03% |
| 10/17/2022 | 0.6250 | $69.02 | $43.14 | $58.24 | ↑ +$15.10 | — | ↑ +$15.10 | ↑ +35.01% |
| 01/17/2023 | 0.5660 | $76.77 | $43.45 | $52.75 | ↑ +$9.30 | — | ↑ +$9.30 | ↑ +21.39% |
| 04/17/2023 | 0.5420 | $80.68 | $43.73 | $50.51 | ↑ +$6.78 | — | ↑ +$6.78 | ↑ +15.50% |
| 07/17/2023 | 0.4780 | $92.95 | $44.43 | $44.54 | ↑ +$0.11 | — | ↑ +$0.11 | ↑ +0.26% |

Vanguard funds not held in a brokerage account are held by The Vanguard Group, Inc., and are not protected by SIPC. Brokerage assets are held by Vanguard Brokerage Services, a division of Vanguard Marketing Corporation, member FINRA and SIPC.

For additional financial information on Vanguard Marketing Corporation, see its Statement of Financial Condition: Audited and Unaudited

Broker-Dealer Form Client Relationship Summary (Form CRS) and Investment Advisor Form Client Relationship Summary (Form CRS)

© 1995–2023 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor of the Vanguard Funds. Your use of this site signifies that you accept our terms & conditions of use.

Our privacy policy | Security at Vanguard | Accessibility | Technical support | Mutual fund prospectuses | ETF (exchange-traded fund) prospectuses | Special notice to non-U.S. investors | Mobile app | Social media | Company information and insights | Manage cookies

LAWRENCE A. MOLLMANN

L4
7/24/23

## Total Cardinal Health Shares as of March 2, 2015

| Date acquired | Quantity | | Cost per share | Total cost |
|---|---|---|---|---|
| 07/13/2004 | 54.185 | $34.96 | $1,894.08 | $5,049.50 |
| 10/15/2004 | 0.167 | $29.88 | $4.99 | $15.56 |
| 01/18/2005 | 0.128 | $39.06 | $5.00 | $11.93 |
| 04/15/2005 | 0.127 | $39.37 | $5.00 | $11.84 |
| 07/15/2005 | 0.238 | $42.02 | $10.00 | $22.18 |
| 10/17/2005 | 0.218 | $45.92 | $10.01 | $20.32 |
| 01/17/2006 | 0.201 | $49.85 | $10.02 | $18.73 |
| 04/17/2006 | 0.199 | $50.35 | $10.02 | $18.54 |
| 07/17/2006 | 0.332 | $45.33 | $15.05 | $30.94 |
| 10/16/2006 | 0.321 | $46.95 | $15.07 | $29.91 |
| 01/16/2007 | 0.312 | $48.37 | $15.09 | $29.08 |
| 04/16/2007 | 0.281 | $53.77 | $15.11 | $26.19 |
| 07/16/2007 | 0.398 | $50.68 | $20.17 | $37.09 |
| 10/15/2007 | 0.427 | $47.33 | $20.21 | $39.79 |
| 01/15/2008 | 0.466 | $43.43 | $20.24 | $43.43 |
| 01/15/2010 | 1.255 | $32.49 | $40.78 | $116.95 |
| 04/15/2010 | 1.152 | $35.58 | $40.99 | $107.35 |
| 07/15/2010 | 1.284 | $35.75 | $45.90 | $119.66 |
| 01/15/2013 | 1.510 | $43.11 | $65.09 | $140.72 |
| 04/15/2013 | 1.509 | $43.41 | $65.51 | $140.62 |
| 10/15/2013 | 0.772 | $54.74 | $42.26 | $71.94 |
| 01/15/2014 | 0.623 | $68.22 | $42.50 | $58.06 |
| 04/15/2014 | 0.638 | $66.90 | $42.68 | $59.46 |
| 07/15/2014 | 0.687 | $70.67 | $48.55 | $64.02 |
| 10/15/2014 | 0.665 | $73.35 | $48.78 | $61.97 |
| 01/15/2015 | 0.534 | $82.15 | $43.87 | $49.76 |

**Total Shares as of 3/2/15**  68.629

LAWRENCE A. MOLLMANN

*[signature]* Lawrence G. Mollman

L4

7/24/23

TOTAL B

**Total Cardinal Health Shares acquired during Period**

|  | Date acquired | Quantity | Cost per share | Total cost |
|---|---|---|---|---|
| 1 | 04/15/2015 | 0.486 | $90.66 | $44.06 |
| 2 | 07/15/2015 | 0.58 | $86.16 | $49.97 |
| 3 | 10/15/2015 | 0.637 | $78.79 | $50.19 |
| 4 | 04/15/2016 | 0.325 | $83.75 | $27.22 |
| 5 | 07/15/2016 | 0.382 | $83.04 | $31.72 |
| 6 | 10/17/2016 | 0.424 | $75.21 | $31.89 |
| 7 | 01/17/2017 | 0.43 | $74.60 | $32.08 |
| 8 | 04/17/2017 | 0.396 | $81.49 | $32.27 |
| 9 | 07/17/2017 | 0.427 | $78.29 | $33.43 |
| 10 | 10/16/2017 | 0.519 | $64.78 | $33.62 |
| 11 | 01/16/2018 | 0.473 | $71.59 | $33.86 |
| 12 | 04/16/2018 | 0.565 | $60.32 | $34.08 |

**Total Shares acquired during period**      5.644

LAWRENCE A. MOLLMANN

*Lawrence G. Mollmann*

L4

7/24/23

Official
Office
Use
Only

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

*Louisiana Sheriffs' Pension & Relief Fund
v. Cardinal Health, Inc., et al.*

Case No. 2:19-cv-03347

**PROOF OF CLAIM AND RELEASE**

Must Be Postmarked (if Mailed
or Received (if Submitted Online
No Later Than July 24, 202

**CHSS**

Please Type or Print in the Boxes Belo
Do NOT use Red Ink, Pencil, or Staple

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTION IN CARDINAL HEALTH COMMON STOCK. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATIO OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.**

## PART I. CLAIMANT IDENTIFICATION

Last Name
MOLLMANN

M.I. A    First Name
LAWRENCE

Last Name (Co-Beneficial Owner)
MOLLMANN

M.I. J    First Name (Co-Beneficial Owner)
CARLA

IRA    Joint Tenancy    Employee    Individual    ● Other  TRUST

(specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number    Taxpayer Identification Number

or

Telephone Number (Primary Daytime)
614 - 657 - 510

Telephone Number (Alternate)

Email Address
MOLLMAL@ICLOUD.COM

**MAILING INFORMATION**

Address
694 COVERED BRIDGE DR

Address (cont.)

City
DELAWARE

State
OH

ZIP Code
43015

Foreign Province    Foreign Postal Code    Foreign Country Name/Abbreviation

| FOR CLAIMS PROCESSING ONLY | OB | CB | ATP KE ICI | BE DR EM | FL ME ND | OP RE SH | / | / | FOR CLAIM PROCESSIN ONLY |
|---|---|---|---|---|---|---|---|---|---|

3

## PART II: SCHEDULE OF TRANSACTIONS IN CARDINAL HEALTH COMMON STOCK

A. Number of shares of Cardinal Health common stock held at the opening of trading on March 2, 2015 (must be documented). If none, write "zero" or "0":  6 8 . 6 2 9

Proof Enclosed?  ☑ Y   N

B. Purchases or acquisitions of Cardinal Health common stock between March 2, 2015 and July 31, 2018, inclusive:

**PURCHASES**

| | Trade Date(s) (List Chronologically) | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price (Excluding commissions, taxes and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| | M M / D D / Y Y Y Y | | | |
| 1. | 04/15/2015 | 0.486 | $44.06 .00 | ☑ Y  N |
| 2. | 07/15/2015 | 0.58 | $49.97 .00 | ☑ Y  N |
| 3. | 10/15/2015 | 0.637 | $50.19 .00 | ☑ Y  N |
| 4. | 04/15/2016 | 0.325 | $27.22 .00 | ☑ Y  N |
| 5. | 07/15/2016 | 0.382 | $31.72 .00 | ☑ Y  N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes:     Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired

| M M / D D / Y Y Y Y | Merger Shares: | Company: |
|---|---|---|
| /   / | | _____ |

C. Sales of Cardinal Health common stock between March 2, 2015 and July 31, 2018, inclusive:

**SALES**

| | Trade Date(s) (List Chronologically) | Number of Shares Sold | Total Sales Price (Excluding commissions, taxes and fees) | Proof of Sales Enclosed? |
|---|---|---|---|---|
| | M M / D D / Y Y Y Y | | | |
| 1. | /   / | ZERO | $ .00 | Y  N |
| 2. | /   / | | $ .00 | Y  N |
| 3. | /   / | | $ .00 | Y  N |
| 4. | /   / | | $ .00 | Y  N |
| 5. | /   / | | $ .00 | Y  N |

D. Number of shares of Cardinal Health common stock held at the close of trading on May 2, 2018 (must be documented). If none, write "zero" or "0":  7 4 . 2 7 3

Proof Enclosed?  ☑ Y   N

E. Number of shares of Cardinal Health common stock held at the close of trading on July 31, 2018 (must be documented). If none, write "zero" or "0":  7 4 . 9 6 7

Proof Enclosed?  ☑ Y   N

If you require additional space, attach extra schedules in the same format as above. Sign and print your name and the last four digits of your social security/taxpayer identification number on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 7. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



4