

Mr. Lawrence A. Mollmann
694 Covered Bridge Dr
Delaware, OH 43015

**Retail**

 

UNITED STATES
POSTAL SERVICE®

43215

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
LEWIS CENTER, OH 43035
AUG 18, 2023

**$1.83**

R2305H127312-3

X-RAY
U.S. MARSHALS SERVICE

Clerk of the United States District Court
for the Southern District of Ohio

301 Joseph P. Kinneary U.S. Courthouse

85 Marconi Blvd
Columbus OH 43215

Attn: Christin Werner