# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **LOUISIANA SHERIFFS' PENSION & RELIEF FUND**, Individually and on Behalf of All Others Similarly Situated, | **Case No. 2:19-cv-3347** |
| Plaintiff, | Judge Edmund A. Sargus |
| v. | Magistrate Judge Elizabeth A. Preston Deavers |
| **CARDINAL HEALTH, INC.**, et al., | |
| Defendants. | |

## NOTICE OF FILING DECLARATION PER STIPULATION OF SETTLEMENT

Under Section 3.3 of the Stipulation of Settlement (ECF No. 109, PageID #7706), Defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson give notice of the attached Declaration relating to compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. §1715.

August 28, 2023

Of Counsel:

William Savitt (*pro hac vice*)
Lauren M. Kofke (*pro hac vice*)
Alexandra P. Sadinsky (*pro hac vice*)
Elizabeth N. Brandt (*pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Tel:  (212) 403-1000
Fax:  (212) 403-2000
Email:  wdsavitt@wlrk.com
        lmkofke@wlrk.com
        apsadinsky@wlrk.com
        enbrandt@wlrk.com

Edward J. Jacobs
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Tel:  (212) 589-4674
Fax:  (212) 589-4201
Email:  ejacobs@bakerlaw.com

*Attorneys for Defendants*

/s/ Robert W. Trafford by
David S. Bloomfield, Jr.
Robert W. Trafford (0024447)
Trial Attorney
David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2800
Columbus, OH  43215
Tel.:  (614) 227-2000
Fax:  (614) 227-2100
Email:  rtrafford@porterwright.com
        dbloomfield@porterwright.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice was filed electronically on this 28th day of August 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to Plaintiff's attorneys of record.

*s/ David S. Bloomfield, Jr.*

23084595v1