# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **LOUISIANA SHERIFFS' PENSION & RELIEF FUND**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**CARDINAL HEALTH, INC.**, et al.,<br><br>Defendants. | Case No. 2:19-cv-3347<br><br>Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## DECLARATION OF ELIZABETH BRANDT
## REGARDING COMPLIANCE WITH CAFA NOTICE REQUIREMENTS

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Brandt, declare as follows:

1.    I am an attorney at the law firm Wachtell, Lipton, Rosen and Katz, attorneys for defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson in this matter.

2.    I submit this declaration regarding compliance with the notice requirements of CAFA pursuant to Section 3.3 of the Stipulation of Settlement.

3.    As described in the "*Declaration of Kyle S. Bingham on Implementation of CAFA Notice,*" dated April 11, 2023, attached as Exhibit A hereto, Epiq Class Action & Claims Solutions, Inc. sent a CAFA notice package ("CAFA Notice"), on behalf of Defendants Cardinal Health, Inc., George S. Barrett, Donald M. Casey, Jr., Michael C. Kaufmann, Jorge M. Gomez, and David J. Wilson, as required by the federal Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, to 57 federal and state officials on April 11, 2023.  The CAFA Notice was mailed via USPS Certified Mail to 55 officials, including the Attorneys General of 49 states, the District of

Columbia, and the United States Territories.  As per the direction of the Office of the Nevada Attorney General, the CAFA Notice was sent to the Nevada Attorney General electronically via e-mail.  The CAFA Notice was also sent via United Parcel Service to the Attorney General of the United States.

4.      In accordance with 28 U.S.C. § 1715(b), the CAFA Notice was sent within ten days of the parties' filing of the proposed settlement with the Court (i.e., within ten days of April 3, 2023).

*                  *                  *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2023.

/s/ *Elizabeth N. Brandt*
Elizabeth N. Brandt