UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA SHERIFFS' PENSION & RELIEF FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 2:19-cv-03347 |
| Plaintiff, | ) ) ) | CLASS ACTION<br><br>District Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Elizabeth A. Preston Deavers |
| vs. | ) ) | |
| CARDINAL HEALTH, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

This matter having come before the Court on September 11, 2023, on Lead Plaintiff's motion for approval of the Plan of Allocation in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated March 31, 2023, ECF 109 (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") disseminated to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established pursuant to the Stipulation among the Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

4. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

5. The Court has considered the objection to the Plan of Allocation filed by Lawrence A. Mollmann (ECF 118) and finds it to be without merit. The objection is overruled in its entirety and

- 1 -

the Court finds and concludes that the minimum distribution threshold of $10.00 as provided for in

the Plan of Allocation is fair and reasonable and warranted to minimize expense and administrative

costs to the Settlement Class.

      IT IS SO ORDERED.


DATED:  _____       _____
                                                  THE HONORABLE EDMUND A. SARGUS, JR.
                                                  UNITED STATES DISTRICT JUDGE