AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern   District of    Ohio

LOUISIANA SHERIFFS' PENSION &
RELIEF FUND, Individually and on
Behalf of All Others Similarly Situated,

*Plaintiff*

v.

CARDINAL HEALTH, INC., et al.,

*Defendant*

)
)
)
)
)
)

Civil Action No.     2:19-cv-3347

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒  other:   Pursuant to the Opinion and Order filed 9/5/2023 the Court **GRANTS** ECF No. 114 Plaintiff's
Motion for Final Approval of Class Action, Approval of Plan of Allocation, and Final Class
Certification, as well as Lead Plaintiff's Motion for Attorney Fees and Expenses.  This case is
dismissed with prejudice.

_____ .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for _____

_____ .

Date:        9/13/2023

CLERK OF COURT

_Christi M. Wern_
Signature of Clerk or Deputy Clerk